MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:    (212) 468-8000
Facsimile:    (212) 468-7900
Larren M. Nashelsky
Gary S. Lee
Lorenzo Marinuzzi

*Proposed Counsel for the Debtors and*
*Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------
                                            )
In re:                                      )    Case No. 12-
                                            )
RESIDENTIAL FUNDING COMPANY,                )    Chapter 11
LLC,                                        )
                                            )
                        Debtor.             )
                                            )
Tax I.D. No. 93-0891336                     )
--------------------------------------------------------)
                                            )
In re:                                      )    Case No. 12-
                                            )
RESIDENTIAL CAPITAL, LLC,                   )    Chapter 11
                                            )
                        Debtor.             )
                                            )
Tax I.D. No. 20-1770738                     )
--------------------------------------------------------)
                                            )
In re:                                      )    Case No. 12-
                                            )
DITECH, LLC,                                )    Chapter 11
                                            )
                        Debtor.             )
                                            )
Tax I.D. No. 23-2887228                     )
--------------------------------------------------------)

---------------------------------------------------------
                                                    )
In re:                                              )    Case No. 12-
                                                    )
DOA HOLDING PROPERTIES, LLC,                        )    Chapter 11
                                                    )
                              Debtor.               )
                                                    )
Tax I.D. No. 26-1424257                             )
                                                    )
---------------------------------------------------------)
                                                    )
In re:                                              )    Case No. 12-
                                                    )
DOA PROPERTIES IX (LOTS-OTHER),                     )    Chapter 11
LLC,                                                )
                                                    )
                              Debtor.               )
                                                    )
Tax I.D. No. 26-2783274                             )
                                                    )
---------------------------------------------------------)
                                                    )
In re:                                              )    Case No. 12-
                                                    )
EPRE LLC,                                           )    Chapter 11
                                                    )
                              Debtor.               )
                                                    )
Tax I.D. No. 26-2747974                             )
                                                    )
---------------------------------------------------------)
                                                    )
In re:                                              )    Case No. 12-
                                                    )
EQUITY INVESTMENT I, LLC,                           )    Chapter 11
                                                    )
                              Debtor.               )
                                                    )
Tax I.D. No. 02-0632797                             )
                                                    )
---------------------------------------------------------)
                                                    )
In re:                                              )    Case No. 12-
                                                    )
ETS OF VIRGINIA, INC.,                              )    Chapter 11
                                                    )
                              Debtor.               )
                                                    )
Tax I.D. No. 26-4051445                             )
                                                    )
---------------------------------------------------------)

ny-1011806

| | | |
|---|---|---|
| In re: | ) | Case No. 12- |
| ETS OF WASHINGTON, INC. | ) | Chapter 11 |
| Debtor. | ) | |
| Tax I.D. No. 45-2910665 | ) | |

| | | |
|---|---|---|
| In re: | ) | Case No. 12- |
| EXECUTIVE TRUSTEE SERVICES, LLC, | ) | Chapter 11 |
| Debtor. | ) | |
| Tax I.D. No. 23-2778943 | ) | |

| | | |
|---|---|---|
| In re: | ) | Case No. 12- |
| GMACM BORROWER LLC, | ) | Chapter 11 |
| Debtor. | ) | |
| Tax I.D. No. 45-5064887 | ) | |

| | | |
|---|---|---|
| In re: | ) | Case No. 12- |
| GMAC MODEL HOME FINANCE I, LLC, | ) | Chapter 11 |
| Debtor. | ) | |
| Tax I.D. No. 26-2748469 | ) | |

| | | |
|---|---|---|
| In re: | ) | Case No. 12- |
| GMAC MORTGAGE USA CORPORATION, | ) | Chapter 11 |
| Debtor. | ) | |
| Tax I.D. No. 20-4796930 | ) | |

| | |
|---|---|
| In re: | Case No. 12- |
| GMAC MORTGAGE, LLC, | Chapter 11 |
| Debtor. | |
| Tax I.D. No. 23-1694840 | |

| | |
|---|---|
| In re: | Case No. 12- |
| GMAC RESIDENTIAL HOLDING COMPANY, LLC, | Chapter 11 |
| Debtor. | |
| Tax I.D. No. 91-1902190 | |

| | |
|---|---|
| In re: | Case No. 12- |
| GMACR MORTGAGE PRODUCTS, LLC, | Chapter 11 |
| Debtor. | |
| Tax I.D. No. 03-0536369 | |

| | |
|---|---|
| In re: | Case No. 12- |
| GMACM REO LLC, | Chapter 11 |
| Debtor. | |
| Tax I.D. No. 45-5222043 | |

| | |
|---|---|
| In re: | Case No. 12- |
| GMAC-RFC HOLDING COMPANY, LLC, | Chapter 11 |
| Debtor. | |
| Tax I.D. No. 23-2593763 | |

-------------------------------------------------------

|  |  |
|---|---|
| In re: | Case No. 12- |
| GMACRH SETTLEMENT SERVICES, LLC, | Chapter 11 |
|         Debtor. | |
| Tax I.D. No. 23-3036156 | |

-------------------------------------------------------

|  |  |
|---|---|
| In re: | Case No. 12- |
| HFN REO SUB II, LLC, | Chapter 11 |
|         Debtor. | |
| Tax I.D. None | |

-------------------------------------------------------

|  |  |
|---|---|
| In re: | Case No. 12- |
| HOME CONNECTS LENDING SERVICES, LLC, | Chapter 11 |
|         Debtor. | |
| Tax I.D. No. 25-1849412 | |

-------------------------------------------------------

|  |  |
|---|---|
| In re: | Case No. 12- |
| HOMECOMINGS FINANCIAL, LLC, | Chapter 11 |
|         Debtor. | |
| Tax I.D. No. 51-0369458 | |

-------------------------------------------------------

ny-1011806

```
------------------------------------------------
                                            )
In re:                                      )    Case No. 12-
                                            )
HOMECOMINGS FINANCIAL REAL                  )    Chapter 11
ESTATE HOLDINGS, LLC,                       )
                                            )
                        Debtor.             )
                                            )
Tax I.D. No. 26-2736869                     )
                                            )
------------------------------------------------
                                            )
In re:                                      )    Case No. 12-
                                            )
LADUE ASSOCIATES, INC.,                     )    Chapter 11
                                            )
                        Debtor.             )
                                            )
Tax I.D. No. 23-1893048                     )
                                            )
------------------------------------------------
                                            )
In re:                                      )    Case No. 12-
                                            )
PASSIVE ASSET TRANSACTIONS, LLC,            )    Chapter 11
                                            )
                        Debtor.             )
                                            )
Tax I.D. No. 51-0404130                     )
                                            )
------------------------------------------------
                                            )
In re:                                      )    Case No. 12-
                                            )
PATI A, LLC,                                )    Chapter 11
                                            )
                        Debtor.             )
                                            )
Tax I.D. No. 26-3722729                     )
                                            )
------------------------------------------------
                                            )
In re:                                      )    Case No. 12-
                                            )
PATI B, LLC,                                )    Chapter 11
                                            )
                        Debtor.             )
                                            )
Tax I.D. No. 26-3722937                     )
                                            )
------------------------------------------------
```

| | | |
|---|---|---|
| In re: | ) | Case No. 12- |
| | ) | |
| PATI REAL ESTATE HOLDINGS, LLC, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 27-0515201 | ) | |
| | ) | |
| In re: | ) | Case No. 12- |
| | ) | |
| RAHI A, LLC, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 26-3723321 | ) | |
| | ) | |
| In re: | ) | Case No. 12- |
| | ) | |
| RAHI B, LLC, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 26-3723553 | ) | |
| | ) | |
| In re: | ) | Case No. 12- |
| | ) | |
| RAHI REAL ESTATE HOLDINGS, LLC, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 27-0515287 | ) | |
| | ) | |
| In re: | ) | Case No. 12- |
| | ) | |
| RCSFJV2004, LLC, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 20-3802722 | ) | |

--------------------------------------------------------

| | |
|---|---|
| In re: | Case No. 12- |
| RESIDENTIAL ACCREDIT LOANS, INC., | Chapter 11 |
| Debtor. | |
| Tax I.D. No. 51-0368240 | |

--------------------------------------------------------

| | |
|---|---|
| In re: | Case No. 12- |
| RESIDENTIAL ASSET MORTGAGE PRODUCTS, INC., | Chapter 11 |
| Debtor. | |
| Tax I.D. No. 41-1955181 | |

--------------------------------------------------------

| | |
|---|---|
| In re: | Case No. 12- |
| RESIDENTIAL ASSET SECURITIES CORPORATION, | Chapter 11 |
| Debtor. | |
| Tax I.D. No. 51-0362653 | |

--------------------------------------------------------

| | |
|---|---|
| In re: | Case No. 12- |
| RESIDENTIAL CONSUMER SERVICES OF ALABAMA, LLC, | Chapter 11 |
| Debtor. | |
| Tax I.D. No. 63-1105449 | |

--------------------------------------------------------

8

|  |  |  |
|---|---|---|
| In re: | ) | Case No. 12- |
|  | ) |  |
| RESIDENTIAL CONSUMER SERVICES OF OHIO, LLC, | ) | Chapter 11 |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |
| Tax I.D. No. 34-1754796 | ) |  |
|  | ) |  |
| In re: | ) | Case No. 12- |
|  | ) |  |
| RESIDENTIAL CONSUMER SERVICES OF TEXAS, LLC, | ) | Chapter 11 |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |
| Tax I.D. No. 75-2510515 | ) |  |
|  | ) |  |
| In re: | ) | Case No. 12- |
|  | ) |  |
| RESIDENTIAL CONSUMER SERVICES, LLC, | ) | Chapter 11 |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |
| Tax I.D. No. 20-4812167 | ) |  |
|  | ) |  |
| In re: | ) | Case No. 12- |
|  | ) |  |
| RESIDENTIAL FUNDING MORTGAGE EXCHANGE, LLC, | ) | Chapter 11 |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |
| Tax I.D. No. 41-1674247 | ) |  |

ny-1011806

| | | |
|---|---|---|
| In re: | ) | Case No. 12- |
| | ) | |
| RESIDENTIAL FUNDING MORTGAGE SECURITIES I, INC., | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 75-2006294 | ) | |
| | ) | |
| In re: | ) | Case No. 12- |
| | ) | |
| RESIDENTIAL FUNDING MORTGAGE SECURITIES II, INC., | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 41-1808858 | ) | |
| | ) | |
| In re: | ) | Case No. 12- |
| | ) | |
| RESIDENTIAL FUNDING REAL ESTATE HOLDINGS, LLC, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 26-2736505 | ) | |
| | ) | |
| In re: | ) | Case No. 12- |
| | ) | |
| RESIDENTIAL MORTGAGE REAL ESTATE HOLDINGS, LLC, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 26-2737180 | ) | |

ny-1011806

| | |
|---|---|
| In re: | Case No. 12- |
| RFC ASSET HOLDINGS II, LLC, | Chapter 11 |
| Debtor. | |
| Tax I.D. No. 41-1984034 | |

| | |
|---|---|
| In re: | Case No. 12- |
| RFC ASSET MANAGEMENT, LLC, | Chapter 11 |
| Debtor. | |
| Tax I.D. No. 06-1664678 | |

| | |
|---|---|
| In re: | Case No. 12- |
| RFC BORROWER LLC, | Chapter 11 |
| Debtor. | |
| Tax I.D. No. 45-5065558 | |

| | |
|---|---|
| In re: | Case No. 12- |
| RFC CONSTRUCTION FUNDING, LLC, | Chapter 11 |
| Debtor. | |
| Tax I.D. No. 41-1925730 | |

| | |
|---|---|
| In re: | Case No. 12- |
| RFC-GSAP SERVICER ADVANCE, LLC, | Chapter 11 |
| Debtor. | |
| Tax I.D. No. 26-1960289 | |

ny-1011806

```
------------------------------------------------     )
In re:                                               )      Case No. 12-
                                                     )
RFC REO LLC,                                         )      Chapter 11
                                                     )
                              Debtor.                )
                                                     )
Tax I.D. No. 45-5222407                              )
------------------------------------------------     )
                                                     )
In re:                                               )      Case No. 12-
                                                     )
RFC SFJV-2002, LLC,                                  )      Chapter 11
                                                     )
                              Debtor.                )
                                                     )
Tax I.D. No. 06-1664670                              )
------------------------------------------------     )
```

### DEBTORS' MOTION FOR ORDER UNDER BANKRUPTCY RULE 1015 AUTHORIZING JOINT ADMINISTRATION OF THE DEBTORS' CHAPTER 11 CASES

The debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors")[1] hereby move for entry of an order, under Rule 1015 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), authorizing the joint administration of the Debtors' Chapter 11 cases for procedural purposes only (the "Motion").[2]  In support of the Motion, the Debtors rely upon and incorporate by reference the Affidavit of James Whitlinger, Chief Financial Officer of Residential Capital, LLC, in Support of Chapter 11 Petitions and First Day Pleadings, filed with the Court concurrently herewith (the "Whitlinger Affidavit").  In

---

[1]    The names of the Debtors in these cases and their respective tax identification numbers are in the caption of this Motion and are also identified on Exhibit 1 to the Whitlinger Affidavit (defined below).  Additional subsidiaries and affiliates of the Debtors may file Chapter 11 petitions on a rolling basis.  As used herein, the term "Debtors" includes any such entities.

[2]    Creditors and parties-in-interest with questions or concerns regarding the Debtors' Chapter 11 cases or the relief requested in this Motion may refer to http://www.kccllc.net/rescap for additional information.

further support of the Motion, the Debtors, by and through their undersigned counsel,

respectfully represent:

## JURISDICTION

1.      The Court has jurisdiction to consider this Motion under 28 U.S.C. §§ 157

and 1334.  This matter is a core proceeding under 28 U.S.C. § 157(b).  Venue of these cases and

this Motion is proper under 28 U.S.C. §§ 1408 and 1409.  The statutory predicates for the relief

requested herein are section 101(2) of Chapter 11 of title 11 of the United States Code, 11 U.S.C.

§§ 101 *et seq.* (the "Bankruptcy Code") and Bankruptcy Rule 1015.

## BACKGROUND

2.      On the date hereof (the "Petition Date"), each of the Debtors filed a voluntary

petition in this Court for relief under Chapter 11 of the Bankruptcy Code.  The Debtors are

managing and operating their businesses as debtors in possession pursuant to Bankruptcy Code

sections 1107(a) and 1108.  No trustee, examiner or statutory creditors' committee has been

appointed in these Chapter 11 cases.

3.      The Debtors are a leading residential real estate finance company indirectly

owned by Ally Financial Inc., which is not a Debtor.  The Debtors and their non-debtor affiliates

operate the fifth largest servicing business and the tenth largest mortgage origination business in

the United States.  A more detailed description of the Debtors, including their business

operations, their capital and debt structure, and the events leading to the filing of these

bankruptcy cases, is set forth in the Whitlinger Affidavit.

## RELIEF REQUESTED

4.      By this Motion, the Debtors seek entry of an order, substantially in the

form attached hereto as <u>Exhibit A</u>, directing joint administration of the Debtors' Chapter 11

cases for procedural purposes only, pursuant to Bankruptcy Rule 1015.

## APPLICABLE AUTHORITY

5.    Bankruptcy Rule 1015(b) provides that "[i]f . . . two or more petitions are

pending in the same court by or against . . . a debtor and an affiliate, the court may order a joint

administration of the estates" of the debtor and such affiliates.  See Fed. R. Bankr. P. 1015(b)(4).

Section 101(2) of the Bankruptcy Code, in turn, defines the term "affiliate" in pertinent part, as a

> corporation 20 percent or more of whose outstanding voting
> securities are directly or indirectly owned, controlled, or held with
> power to vote, by the debtor, or by an entity that directly or
> indirectly owns, controls, or holds with power to vote, 20 percent
> or more of the outstanding voting securities of the debtor . . . .

See 11 U.S.C. § 101(2)(B).

6.    The Debtors in these proceedings include Residential Capital, LLC

("ResCap") and fifty (50) of its subsidiaries and affiliates (the "Affiliate Debtors").  ResCap is

the direct or indirect parent or owner of all of the Affiliate Debtors.  ResCap, as the ultimate

parent of each Affiliate Debtor, owns 100 percent of the ownership interests in each Affiliate

Debtor.  As such, the Affiliate Debtors are "affiliates" as that term is defined in section 101(2) of

the Bankruptcy Code and as used in Bankruptcy Rule 1015(b).  Accordingly, joint administration

of the Debtors' cases is appropriate under Bankruptcy Rule 1015(b).

7.    The Debtors anticipate that numerous notices, applications, motions, other

pleadings, hearings and orders in these cases will affect several of the Debtors.  With fifty-one

(51) Debtors, each with its own case docket, the failure to jointly administer these cases would

result in numerous duplicative filings for each issue, which would then be served upon separate

service lists.  This duplication would be extremely wasteful and would unnecessarily overburden

the Clerk of the Court.

8.    Joint administration will save time and money, and avoid duplicative and

potentially confusing filings by permitting counsel for all parties in interest to (a) use a single

caption on the numerous documents that will be served and filed herein, and (b) file the papers in one case rather than in multiple cases.  Moreover, this Court will be relieved of the burden of entering duplicative orders and maintaining duplicative files.  Also, joint administration will ease the burden on the Office of the United States Trustee for the Southern District of New York in supervising these bankruptcy cases.

9.      Moreover, joint administration of the Debtors' Chapter 11 cases will permit the Clerk of the Court to use a single general docket for each of the Debtors' cases and to combine notices to creditors and other parties in interest of the Debtors' respective estates.  Joint administration also will protect parties in interest by ensuring that parties in each of the Debtors' respective Chapter 11 cases will be apprised of the various matters before the Court in all of these cases.

10.      The rights of the respective creditors of each of the Debtors will not be adversely affected by joint administration of these cases because the relief sought is purely procedural and is in no way intended to affect substantive rights.  Each creditor and other party in interest will maintain whatever rights it has against the particular estate in which it allegedly has a claim or right.  Thus, all creditors will benefit from the reduced costs as a result of such joint administration.

11.      Accordingly, the Debtors request that the official caption to be used by all parties in all pleadings and other filings in the jointly administered cases be as follows:

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------------
)
In re:                                                    )        Case No. 12-
                                                          )
RESIDENTIAL CAPITAL, LLC, et al.,        )        Chapter 11
                                                          )
                                        Debtors.       )        Jointly Administered
-----------------------------------------------------------------------
)

12.      The Debtors submit that use of this simplified caption, without reference

to their respective tax identification numbers, addresses, and other detail specified by section

342(c) of the Bankruptcy Code and Bankruptcy Rule 2002(n), will eliminate cumbersome and

confusing procedures and ensure a uniformity of pleading identification.  Further, in light of the

fact that numerous Debtors filed for Chapter 11 relief, requiring the Debtors to include the

caption information required in Bankruptcy Code section 342(c) and Bankruptcy Rule 2002(n)

will materially increase the size of every pleading filed in the Debtors' jointly administered cases.

13.      Moreover, such case-specific information will be listed in the petitions for

each Debtor, and such petitions are publicly available to parties in interest at

http://www.kccllc.net/rescap or will be provided by the Debtors upon request.  Therefore, the

Debtors submit that the policies behind the requirements of Bankruptcy Code section 342(c) and

Bankruptcy Rule 2002(n) have been satisfied.

14.      In addition, the Debtors request that the Court make separate docket

entries on the docket of each of the Debtors' Chapter 11 cases (except that of ResCap),

substantially as follows:

> An order has been entered in this case consolidating this case with
> the case of Residential Capital, LLC, Case No. 12-_____ (____),
> for procedural purposes only and providing for its joint
> administration in accordance with the terms thereof.    The docket

16

in Case No. 12-_____ (___) should be consulted for all matters
affecting this case.

15.     No party will be prejudiced by virtue of the relief requested in this Motion.
Specifically, the relief sought herein is solely procedural and is not intended to affect substantive
rights.

16.     Joint administration of interrelated chapter 11 cases is routinely approved
by courts in this jurisdiction, without controversy, under similar circumstances.  See, e.g., In re
Pinnacle Airlines Corp., Case No. 12-11343 (REG) (Bankr. S.D.N.Y. Apr. 2. 2012) (Docket No.
31); In re Eastman Kodak Co., Case No. 12-10202 (ALG) (Bankr. S.D.N.Y. Jan. 19, 2012)
(Docket No. 42); In re Hostess Brands, Inc., Case No. 12-22052 (RDD) (Bankr. S.D.N.Y. Jan. 12,
2012) (Docket No. 59); In re AMR Corp., Case No. 11-15463 (SHL) (Bankr. S.D.N.Y. Nov. 29,
2011) (Docket No. 46); In re MSR Resort Golf Course LLC, Case No. 11-10372 (SHL) (Bankr.
S.D.N.Y. Feb. 2, 2011) (Docket No. 19); In re Loehmann's Holdings, Inc., Case No. 10-16077
(REG) (Bankr. S.D.N.Y. Nov. 15, 2011) (Docket No. 27); In re EnviroSolutions of New York,
LLC, Case No. 10-11236 (SMB) (Bankr. S.D.N.Y. Mar. 12, 2010) (Docket No. 31); In re
Borders Group, Inc., Case No. 11-10614 (MG) (Bankr. S.D.N.Y. Feb. 16, 2011) (Docket No. 45);
In re Blockbuster Inc., Case No. 10-14997 (BRL) (Bankr. S.D.N.Y. Sept. 23, 2010) (Docket No.
36); In re Charter Commc'ns, Inc., Case No. 09-11435 (JMP) (Bankr. S.D.N.Y. Mar. 30, 2009)
(Docket No. 64).

17.     For these reasons, the Debtors submit that the relief requested herein is in
the best interest of the Debtors, their estates, creditors, and other parties in interest and, therefore,
should be granted.  No previous request for the relief sought herein has been made to this or any
other court.

## NOTICE

18.    Notice of this Motion will be given to the following parties, or in lieu thereof, to their counsel:  (a) the Office of the United States Trustee for the Southern District of New York; (b) the office of the United States Attorney General; (c) the office of the New York Attorney General; (d) the office of the United States Attorney for the Southern District of New York; (e) the Internal Revenue Service; (f) the Securities and Exchange Commission; (g) each of the Debtors' prepetition lenders, or their agents, if applicable; (h) each of the indenture trustees for the Debtors' outstanding notes issuances; (i) Ally Financial Inc. and its counsel; (j) counsel to the administrative agent for the Debtors' proposed providers of debtor in possession financing; (k) Nationstar Mortgage LLC and its counsel; and (l) the parties included on the Debtors' list of fifty (50) largest unsecured creditors.

## CONCLUSION

WHEREFORE, the Debtors respectfully request that the Court (i) enter an order substantially in the form attached hereto as Exhibit A granting the relief requested in the Motion; and (ii) grant such other and further relief to the Debtors as the Court may deem just and proper.

Dated:  May 14, 2012
        New York, New York

                    */s/* Larren M. Nashelsky
                    Larren M. Nashelsky
                    Gary S. Lee
                    Lorenzo Marinuzzi
                    MORRISON & FOERSTER LLP
                    1290 Avenue of the Americas
                    New York, New York 10104
                    Telephone: (212) 468-8000
                    Facsimile: (212) 468-7900

                    *Proposed Counsel for the Debtors and*
                    *Debtors in Possession*

# **EXHIBIT A**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| ----------------------------------------------------------- | ) | |
| In re: | ) | Case No. 12- |
| | ) | |
| RESIDENTIAL FUNDING COMPANY, LLC, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 93-0891336 | ) | |
| ----------------------------------------------------------- | ) | |
| In re: | ) | Case No. 12- |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 20-1770738 | ) | |
| ----------------------------------------------------------- | ) | |
| In re: | ) | Case No. 12- |
| | ) | |
| DITECH, LLC, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 23-2887228 | ) | |
| ----------------------------------------------------------- | ) | |
| In re: | ) | Case No. 12- |
| | ) | |
| DOA HOLDING PROPERTIES, LLC, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 26-1424257 | ) | |
| ----------------------------------------------------------- | ) | |

---------------------------------------------------------------

| | |
|---|---|
| In re: | ) Case No. 12- |
| | ) |
| DOA PROPERTIES IX (LOTS-OTHER), LLC, | ) Chapter 11 |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 26-2783274 | ) |

---------------------------------------------------------------

| | |
|---|---|
| In re: | ) Case No. 12- |
| | ) |
| EPRE LLC, | ) Chapter 11 |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 26-2747974 | ) |

---------------------------------------------------------------

| | |
|---|---|
| In re: | ) Case No. 12- |
| | ) |
| EQUITY INVESTMENT I, LLC, | ) Chapter 11 |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 02-0632797 | ) |

---------------------------------------------------------------

| | |
|---|---|
| In re: | ) Case No. 12- |
| | ) |
| ETS OF VIRGINIA, INC., | ) Chapter 11 |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 26-4051445 | ) |

---------------------------------------------------------------

| | |
|---|---|
| In re: | ) Case No. 12- |
| | ) |
| ETS OF WASHINGTON, INC. | ) Chapter 11 |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 45-2910665 | ) |

---------------------------------------------------------------

2

```
----------------------------------------------------  )
In re:                                                )    Case No. 12-
                                                      )
EXECUTIVE TRUSTEE SERVICES, LLC,                      )    Chapter 11
                                                      )
                             Debtor.                  )
                                                      )
Tax I.D. No. 23-2778943                               )
                                                      )
----------------------------------------------------  )
                                                      )
In re:                                                )    Case No. 12-
                                                      )
GMACM BORROWER LLC,                                   )    Chapter 11
                                                      )
                             Debtor.                  )
                                                      )
Tax I.D. No. 45-5064887                               )
                                                      )
----------------------------------------------------  )
                                                      )
In re:                                                )    Case No. 12-
                                                      )
GMAC MODEL HOME FINANCE I, LLC,                       )    Chapter 11
                                                      )
                             Debtor.                  )
                                                      )
Tax I.D. No. 26-2748469                               )
                                                      )
----------------------------------------------------  )
                                                      )
In re:                                                )    Case No. 12-
                                                      )
GMAC MORTGAGE USA CORPORATION,                        )    Chapter 11
                                                      )
                             Debtor.                  )
                                                      )
Tax I.D. No. 20-4796930                               )
                                                      )
----------------------------------------------------  )
                                                      )
In re:                                                )    Case No. 12-
                                                      )
GMAC MORTGAGE, LLC,                                   )    Chapter 11
                                                      )
                             Debtor.                  )
                                                      )
Tax I.D. No. 23-1694840                               )
                                                      )
----------------------------------------------------  )
```

3

--------------------------------------------------------------

|  |  |
|---|---|
| In re: | ) Case No. 12- |
|  | ) |
| GMAC RESIDENTIAL HOLDING COMPANY, LLC, | ) Chapter 11 |
|  | ) |
| Debtor. | ) |
|  | ) |
| Tax I.D. No. 91-1902190 | ) |

--------------------------------------------------------------

| In re: | ) Case No. 12- |
|---|---|
|  | ) |
| GMACR MORTGAGE PRODUCTS, LLC, | ) Chapter 11 |
|  | ) |
| Debtor. | ) |
|  | ) |
| Tax I.D. No. 03-0536369 | ) |

--------------------------------------------------------------

| In re: | ) Case No. 12- |
|---|---|
|  | ) |
| GMACM REO LLC, | ) Chapter 11 |
|  | ) |
| Debtor. | ) |
|  | ) |
| Tax I.D. No. 45-5222043 | ) |

--------------------------------------------------------------

| In re: | ) Case No. 12- |
|---|---|
|  | ) |
| GMAC-RFC HOLDING COMPANY, LLC, | ) Chapter 11 |
|  | ) |
| Debtor. | ) |
|  | ) |
| Tax I.D. No. 23-2593763 | ) |

--------------------------------------------------------------

| In re: | ) Case No. 12- |
|---|---|
|  | ) |
| GMACRH SETTLEMENT SERVICES, LLC, | ) Chapter 11 |
|  | ) |
| Debtor. | ) |
|  | ) |
| Tax I.D. No. 23-3036156 | ) |

--------------------------------------------------------------

ny-1011808

---------------------------------------------------------

| | |
|---|---|
| In re: | ) Case No. 12- |
| | ) |
| HFN REO SUB II, LLC, | ) Chapter 11 |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. None | ) |
| | ) |

---------------------------------------------------------

| | |
|---|---|
| In re: | ) Case No. 12- |
| | ) |
| HOME CONNECTS LENDING SERVICES, LLC, | ) Chapter 11 |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 25-1849412 | ) |
| | ) |

---------------------------------------------------------

| | |
|---|---|
| In re: | ) Case No. 12- |
| | ) |
| HOMECOMINGS FINANCIAL, LLC, | ) Chapter 11 |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 51-0369458 | ) |
| | ) |

---------------------------------------------------------

| | |
|---|---|
| In re: | ) Case No. 12- |
| | ) |
| HOMECOMINGS FINANCIAL REAL ESTATE HOLDINGS, LLC, | ) Chapter 11 |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 26-2736869 | ) |
| | ) |

---------------------------------------------------------

| | |
|---|---|
| In re: | ) Case No. 12- |
| | ) |
| LADUE ASSOCIATES, INC., | ) Chapter 11 |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 23-1893048 | ) |

---------------------------------------------------------

5

| | |
|---|---|
| ----------------------------------------------------------- ) | |
| In re: ) | Case No. 12- |
| ) | |
| PASSIVE ASSET TRANSACTIONS, LLC, ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| ) | |
| Tax I.D. No. 51-0404130 ) | |
| ----------------------------------------------------------- ) | |
| In re: ) | Case No. 12- |
| ) | |
| PATI A, LLC, ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| ) | |
| Tax I.D. No. 26-3722729 ) | |
| ----------------------------------------------------------- ) | |
| In re: ) | Case No. 12- |
| ) | |
| PATI B, LLC, ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| ) | |
| Tax I.D. No. 26-3722937 ) | |
| ----------------------------------------------------------- ) | |
| In re: ) | Case No. 12- |
| ) | |
| PATI REAL ESTATE HOLDINGS, LLC, ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| ) | |
| Tax I.D. No. 27-0515201 ) | |
| ----------------------------------------------------------- ) | |
| In re: ) | Case No. 12- |
| ) | |
| RAHI A, LLC, ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| ) | |
| Tax I.D. No. 26-3723321 ) | |
| ----------------------------------------------------------- ) | |

6

-------------------------------------------------------

| | |
|---|---|
| In re: | Case No. 12- |
| RAHI B, LLC, | Chapter 11 |
| Debtor. | |
| Tax I.D. No. 26-3723553 | |

-------------------------------------------------------

| | |
|---|---|
| In re: | Case No. 12- |
| RAHI REAL ESTATE HOLDINGS, LLC, | Chapter 11 |
| Debtor. | |
| Tax I.D. No. 27-0515287 | |

-------------------------------------------------------

| | |
|---|---|
| In re: | Case No. 12- |
| RCSFJV2004, LLC, | Chapter 11 |
| Debtor. | |
| Tax I.D. No. 20-3802722 | |

-------------------------------------------------------

| | |
|---|---|
| In re: | Case No. 12- |
| RESIDENTIAL ACCREDIT LOANS, INC., | Chapter 11 |
| Debtor. | |
| Tax I.D. No. 51-0368240 | |

-------------------------------------------------------

| | |
|---|---|
| In re: | Case No. 12- |
| RESIDENTIAL ASSET MORTGAGE PRODUCTS, INC., | Chapter 11 |
| Debtor. | |
| Tax I.D. No. 41-1955181 | |

-------------------------------------------------------

7

| | | |
|---|---|---|
| In re: | ) | Case No. 12- |
| | ) | |
| RESIDENTIAL ASSET SECURITIES CORPORATION, | ) ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 51-0362653 | ) | |
| | ) | |
| In re: | ) | Case No. 12- |
| | ) | |
| RESIDENTIAL CONSUMER SERVICES OF ALABAMA, LLC, | ) ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 63-1105449 | ) | |
| | ) | |
| In re: | ) | Case No. 12- |
| | ) | |
| RESIDENTIAL CONSUMER SERVICES OF OHIO, LLC, | ) ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 34-1754796 | ) | |
| | ) | |
| In re: | ) | Case No. 12- |
| | ) | |
| RESIDENTIAL CONSUMER SERVICES OF TEXAS, LLC, | ) ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 75-2510515 | ) | |
| | ) | |

8

---

| | | |
|---|---|---|
| In re: | ) | Case No. 12- |
| | ) | |
| RESIDENTIAL CONSUMER SERVICES, LLC, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 20-4812167 | ) | |
| | ) | |

---

| | | |
|---|---|---|
| In re: | ) | Case No. 12- |
| | ) | |
| RESIDENTIAL FUNDING MORTGAGE EXCHANGE, LLC, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 41-1674247 | ) | |
| | ) | |

---

| | | |
|---|---|---|
| In re: | ) | Case No. 12- |
| | ) | |
| RESIDENTIAL FUNDING MORTGAGE SECURITIES I, INC., | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 75-2006294 | ) | |
| | ) | |

---

| | | |
|---|---|---|
| In re: | ) | Case No. 12- |
| | ) | |
| RESIDENTIAL FUNDING MORTGAGE SECURITIES II, INC., | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 41-1808858 | ) | |
| | ) | |

---

9

------------------------------------------------------------

| | | |
|---|---|---|
| In re: | ) | Case No. 12- |
| | ) | |
| RESIDENTIAL FUNDING REAL ESTATE HOLDINGS, LLC, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 26-2736505 | ) | |
| | ) | |

------------------------------------------------------------

| | | |
|---|---|---|
| In re: | ) | Case No. 12- |
| | ) | |
| RESIDENTIAL MORTGAGE REAL ESTATE HOLDINGS, LLC, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 26-2737180 | ) | |

------------------------------------------------------------

| | | |
|---|---|---|
| In re: | ) | Case No. 12- |
| | ) | |
| RFC ASSET HOLDINGS II, LLC, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 41-1984034 | ) | |

------------------------------------------------------------

| | | |
|---|---|---|
| In re: | ) | Case No. 12- |
| | ) | |
| RFC ASSET MANAGEMENT, LLC, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 06-1664678 | ) | |

------------------------------------------------------------

| | | |
|---|---|---|
| In re: | ) | Case No. 12- |
| | ) | |
| RFC BORROWER LLC, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 45-5065558 | ) | |

------------------------------------------------------------

10

```
---------------------------------------------------    )
In re:                                                  )    Case No. 12-
                                                        )
RFC CONSTRUCTION FUNDING, LLC,                          )    Chapter 11
                                                        )
                              Debtor.                   )
                                                        )
Tax I.D. No. 41-1925730                                 )
---------------------------------------------------    )
                                                        )
In re:                                                  )    Case No. 12-
                                                        )
RFC-GSAP SERVICER ADVANCE, LLC,                         )    Chapter 11
                                                        )
                              Debtor.                   )
                                                        )
Tax I.D. No. 26-1960289                                 )
---------------------------------------------------    )
                                                        )
In re:                                                  )    Case No. 12-
                                                        )
RFC REO LLC,                                            )    Chapter 11
                                                        )
                              Debtor.                   )
                                                        )
Tax I.D. No. 45-5222407                                 )
---------------------------------------------------    )
                                                        )
In re:                                                  )    Case No. 12-
                                                        )
RFC SFJV-2002, LLC,                                     )    Chapter 11
                                                        )
                              Debtor.                   )
                                                        )
Tax I.D. No. 06-1664670                                 )
---------------------------------------------------    )
```

11

### ORDER UNDER BANKRUPTCY RULE 1015 AUTHORIZING JOINT
### ADMINISTRATION OF THE DEBTORS' CHAPTER 11 CASES

Upon the motion (the "Motion")[1] of the Debtors for entry of an order, under Bankruptcy Rule 1015, authorizing the joint administration of the Debtors' Chapter 11 cases; and upon the Whitlinger Affidavit; and it appearing that this Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that venue of these Chapter 11 cases and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that this proceeding on the Motion is a core proceeding pursuant to 28 U.S.C. § 157(b); and sufficient notice of the Motion having been given under the particular circumstances; and it appearing that no other or further notice need be provided; and it appearing that the relief requested by the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and after due deliberation thereon; and sufficient cause appearing therefor, it is hereby

### ORDERED, ADJUDGED, AND DECREED THAT:

1.      The Motion is GRANTED as set forth herein.

2.      The above-captioned cases are consolidated for procedural purposes only and shall be administered jointly under Case No. 12-_____ (____) in accordance with the provisions of Bankruptcy Rule 1015.

3.      The caption of pleadings and other documents filed in the jointly administered cases shall read as follows:

---

[1]    Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion. Creditors and parties-in-interest with questions or concerns regarding the Debtors' Chapter 11 cases or the relief granted herein may refer to http://www.kccllc.net/rescap for additional information.

12

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------------

|                                   |     |                        |
|-----------------------------------|-----|------------------------|
| In re:                            | )   | Case No. 12-           |
|                                   | )   |                        |
| RESIDENTIAL CAPITAL, LLC, et al., | )   | Chapter 11             |
|                                   | )   |                        |
| Debtors.                          | )   | Jointly Administered   |
|                                   | )   |                        |

-----------------------------------------------------------------------

4.      This caption shall be deemed to satisfy any applicable requirements of

Bankruptcy Code section 342(c) and Bankruptcy Rule 2002(n).

5.      All pleadings and other documents to be filed in the jointly administered

cases shall be filed and docketed in the case of Residential Capital, LLC, Case No. 12-_____

(___).

6.      A docket entry shall be made in the Chapter 11 cases of all Debtors other

than Residential Capital, LLC, substantially as follows:

> An order has been entered in this case consolidating this case with
> the case of Residential Capital, LLC, Case No. 12-_____ (___),
> for procedural purposes only and providing for its joint
> administration in accordance with the terms thereof.  The docket in
> Case No. 12-_____ (___) should be consulted for all matters
> affecting this case.

7.      Any creditors filing a proof of claim against any of the Debtors shall

clearly assert such claim against the particular Debtor obligated on such claim and not against

the jointly administered Debtors.

8.      Notwithstanding anything herein to the contrary, this Order shall not

modify or affect the terms and provisions of, nor the rights and obligations under, (a) the Board

of Governors of the Federal Reserve System Consent Order, dated April 13, 2011, by and among

Ally Financial Inc. ("AFI"), Ally Bank, ResCap, GMAC Mortgage, LLC, the Board of

ny-1011808

Governors of the Federal Reserve System, and the Federal Deposit Insurance Corporation, (b)

the consent judgment entered April 5, 2012 by the District Court for the District of Columbia,

dated February 9, 2012, (c) the Order of Assessment of a Civil Money Penalty Issued Upon

Consent Pursuant to the Federal Deposit Insurance Act, as amended, dated February 10, 2012,

and (d) all related agreements with AFI and Ally Bank and their respective subsidiaries and

affiliates (excluding ResCap and its subsidiaries).

> 9.    This Court shall retain jurisdiction with respect to all matters relating to

the interpretation or implementation of this Order.

Dated:   New York, New York
_____, 2012


_____
UNITED STATES BANKRUPTCY JUDGE

14