# EXHIBIT 1

# FILING ENTITIES

| Name of Filing Entity | State of Incorporation | Tax Identification Number |
|---|---|---|
| ditech, LLC | Delaware | 23-2887228 |
| DOA Holding Properties, LLC | Delaware | 26-1424257 |
| DOA Properties IX (Lots-Other), LLC | Delaware | 26-2783274 |
| EPRE LLC | Delaware | 26-2747974 |
| Equity Investment I, LLC | Delaware | 02-0632797 |
| ETS of Virginia, Inc. | Virginia | 26-4051445 |
| ETS of Washington, Inc. | Washington | 45-2910665 |
| Executive Trustee Services, LLC | Delaware | 23-2778943 |
| GMAC-RFC Holding Company, LLC | Delaware | 23-2593763 |
| GMAC Model Home Finance I, LLC | Delaware | 26-2748469 |
| GMAC Mortgage USA Corporation | Delaware | 20-4796930 |
| GMAC Mortgage, LLC | Delaware | 23-1694840 |
| GMAC Residential Holding Company, LLC | Delaware | 91-1902190 |
| GMACRH Settlement Services, LLC | Delaware | 23-3036156 |
| GMACM Borrower LLC | Delaware | 45-5064887 |
| GMACM REO LLC | Delaware | 45-5222043 |
| GMACR Mortgage Products, LLC | Delaware | 03-0536369 |
| HFN REO SUB II, LLC | Delaware | None |
| Home Connects Lending Services, LLC | Pennsylvania | 25-1849412 |
| Homecomings Financial Real Estate Holdings, LLC | Delaware | 26-2736869 |
| Homecomings Financial, LLC | Delaware | 51-0369458 |
| Ladue Associates, Inc. | Pennsylvania | 23-1893048 |
| Passive Asset Transactions, LLC | Delaware | 51-0404130 |
| PATI A, LLC | Delaware | 26-3722729 |
| PATI B, LLC | Delaware | 26-3722937 |
| PATI Real Estate Holdings, LLC | Delaware | 27-0515201 |
| RAHI A, LLC | Delaware | 26-3723321 |
| RAHI B, LLC | Delaware | 26-3723553 |
| RAHI Real Estate Holdings, LLC | Delaware | 27-0515287 |
| RCSFJV2004, LLC | Nevada | 20-3802772 |
| Residential Accredit Loans, Inc. | Delaware | 51-0368240 |
| Residential Asset Mortgage Products, Inc. | Delaware | 41-1955181 |
| Residential Asset Securities Corporation | Delaware | 51-0362653 |
| Residential Capital, LLC | Delaware | 20-1770738 |
| Residential Consumer Services of Alabama, LLC | Alabama | 63-1105449 |
| Residential Consumer Services of Ohio, LLC | Ohio | 34-1754796 |
| Residential Consumer Services of Texas, LLC | Texas | 75-2510515 |
| Residential Consumer Services, LLC | Delaware | 20-4812167 |
| Residential Funding Company, LLC | Delaware | 93-0891336 |
| Residential Funding Mortgage Exchange, LLC | Delaware | 41-1674247 |
| Residential Funding Mortgage Securities I, Inc. | Delaware | 75-2006294 |
| Residential Funding Mortgage Securities II, Inc. | Delaware | 41-1808858 |
| Residential Funding Real Estate Holdings, LLC | Delaware | 26-2736505 |
| Residential Mortgage Real Estate Holdings, LLC | Delaware | 26-2737180 |
| RFC – GSAP Servicer Advance, LLC | Delaware | 26-1960289 |

Exhibit 1-1

ny-1011800

| Name of Filing Entity | State of Incorporation | Tax Identification Number |
|---|---|---|
|  |  |  |
| RFC Asset Holdings II, LLC | Delaware | 41-1984034 |
| RFC Asset Management, LLC | Delaware | 06-1664678 |
| RFC Borrower LLC | Delaware | 45-5065558 |
| RFC Construction Funding, LLC | Delaware | 41-1925730 |
| RFC REO LLC | Delaware | 45-5222407 |
| RFC SFJV-2002, LLC | Nevada | 06-1664670 |

Exhibit 1-2

ny-1011800