# EXHIBIT 2

# ORGANIZATIONAL CHARTS



Residential Capital LLC ("ResCap") Organizational Structure – Exhibit 2A

Exhibit 2-1

ResCap Organizational Structure – Exhibit 2B



Exhibit 2-2

ny-1011800

ResCap Organizational Structure – Exhibit 2C





Exhibit 2-3

ny-1011800

ResCap Organizational Structure – Exhibit 2D





Exhibit 2-4

ny-1011800

ResCap Organizational Structure – Exhibit 2E





Exhibit 2-5

ny-1011800


ResCap Organizational Structure – Exhibit 2F



Exhibit 2-6

ny-1011800