# EXHIBIT 3

## SUMMARY OF OUTSTANDING DEBT AND COLLATERALIZED BORROWINGS
## As of April 30, 2012

(Excludes on-balance sheet securitization balances and intercompany claims)

| Facility | Outstanding ($ millions) |
|---|---:|
| **AFI and Affiliates** | |
| • Senior Secured Credit Facility | 747.0 |
| • Secured LOC | 380.0 |
| • BMMZ Repurchase Facility | 250.0 |
| **Secured Notes** | |
| • Junior Secured Notes due 2015 | 2,100.0 |
| **Advances Against Mortgage Servicing Rights (MSRs)** | |
| • Citi Facility | 152.0 |
| • Fannie Mae Servicing Advance Facility | 40.3 |
| **Collateralized Borrowings – Servicing Advances** | |
| • GSAP Facility | $712.0 |
| • GMEN Facility | $127.3 |
| **Unsecured Notes** | |
| • Unsecured notes maturing 2012-2015 | 673.3 |
| • Mexican Medium Term Notes | 140.4 |

Exhibit 3-1