# EXHIBIT 5

## LITIGATION IN WHICH CURRENT AND FORMER DIRECTORS AND EMPLOYEES ARE DEFENDANTS

| Case Name | Case Number, Court, Date Filed |
|---|---|
| New Jersey Carpenters Health Fund, New Jersey Carpenters Vacation Fund and Boilermaker Blacksmith National Pension Trust, on Behalf of Themselves and All Others Similarly Situated v. Residential Capital, LLC, Residential Funding, LLC, Residential Accredited Loans, Inc., Bruce J. Paradis, Kenneth M. Duncan, Davee L. Olson, Ralph T. Flees, Lisa R. Lundsten, James G. Jones, David M. Bricker, James N. Young, Residential Funding Securities Corporation d/b/a GMAC RFC Securities, Goldman, Sachs & Co., RBS Securities, Inc. f/k/a/ Greenwich Capital Markets, Inc. d/b/a RBS Greenwich Capital, Deutsche Bank Securities, Inc., Citigroup Global Markets, Inc., Credit Suisse Securities (USA) LLC, Bank Of America Corporation as successor-in-interest to Merrill Lynch, Pierce, Fenner & Smith, Inc., UBS Securities, LLC, JPMorgan Chase, Inc., as successor-in-interest to Bear, Stearns & Co., Inc., and Morgan Stanley & Co., Inc. | 08-CV-8781 (HB) ECF CASE, USDC Southern District of New York, 09/22/08 |
| The Western and Southern Life Insurance Company v. Residential Funding Company, LLC (official case caption)<br><br>[Additional plaintiffs: Western Southern Life Assurance Company; Columbus Life Insurance Company; Integrity Life Insurance Company; National Integrity Life Insurance Company; Fort Washington Investment Advisors Inc.]<br><br>[Additional defendants: GMAC Mortgage, LLC; Residential Accredited Loans, Inc., Residential Asset Mortgage Products, Inc.; Residential Funding Mortgage Securities I Inc.; Residential Funding Securities; UBS Securities LLC; RBS Securities Inc.; JP Morgan Securities; Deutsche Bank Securities Inc.; Bruce J. Paradis; Davee L. Olson; David C. Walker; Kenneth M. Duncan; Ralph T. Flees; James G. Jones; and David M. Bricker; BNP Paribas Mortgage Corporation; BNP Mortgage Securities LLC; Gregory J. Lattanzio; Christian Mundigo; Citigroup Global Markets] | A 1105042, Hamilton County Court of Common Pleas, Ohio, 06/29/11 |
| The Union Central Life Insurance Company, Ameritas Life Insurance Corp. and Acacia Life Insurance Company v. Credit Suisse First Boston Mortgage Securities Corp., Credit Suisse First Boston LLC, Credit Suisse Securities (USA) LLC, DLJ Mortgage Capital, Inc., Citigroup Global Markets Inc., Citigroup Mortgage Loan Trust Inc., Citicorp Mortgage Securities, Inc., Citigroup, Inc., Indymac MBS, Inc., GS Mortgage Securities Corp., Goldman Sachs Mortgage Company, Mortgage Asset Securitization Transactions, Inc., Morgan Stanley Capital I Inc., Morgan Stanley & Co. | 1:2011cv02890, USDC Southern District of New York, 04/28/11 |

Exhibit 5-1

| Case Name | Case Number, Court, Date Filed |
|---|---|
| Incorporated, Residential Accredit Loans, Inc., Wells Fargo Asset Securities Corporation , Wells Fargo Bank, N.A., Goldman Sachs & Co., Edward D. Jones & Co., L.P., HSBC Securities (USA) Inc., Suntrust Capital Markets, Inc., Washington Mutual Mortgage Securities Corp., WAMU Capital Corp., Deutsche Bank Securities Inc., RBS Securities, Inc., Daniel L. Sparks, David Moskowitz , Randall Costa, Douglas R. Krueger, Bruce J. Paradis, UBS Securities LLC and Residential Funding Securities, LLC | |

Exhibit 5-2

ny-1011800