# EXHIBIT 6

## DEBTORS' NOTE MATURITIES AND INTEREST EXPENSE



|  | 2012 | 2013 | 2014 | 2015 |
|---|---|---|---|---|
| **Principal Only** | $ 336 | $ 1,237 | $ 807 | $ 819 |
| **Interest** | $ 277 | $ 215 | $ 122 | $ 39 |
| **Total P & I** | $ 613 | $ 1,452 | $ 928 | $ 858 |

Exhibit 6-1

ny-1011800