**EXHIBIT 7**

**2007 – 2012 TIMELINE**

# Residential Capital LLC — 2007



*There was a related gain on extinguishment of debt of $369 million.*
*Does not include certain domestic and foreign non-core sales of assets and business operations.*

1

Exhibit 7-1

# Residential Capital LLC — 2008



March: AFI contributes ResCap bonds in exchange for non-cumulative, non-participating perpetual preferred membership interests in ResCap

September: Begin closure of retail branches and wholesale broker channel; curtailing of business lending and international operations; reduction of worldwide workforce

November: ResCap subsidiaries enter into revolving secured credit facility, with RFC, GMAC Mortgage and ResCap (guarantors) and AFI (initial lender) (LOC I)

July: ResCap sells securities backed by excess servicing fees on pools of Freddie Mac and Fannie Mae loans to Cerberus

February: RFC enters into a $750 million secured revolving credit facility with AFI (repaid in July 2008)

June: ResCap issues Senior Secured Notes and Junior Secured Notes as part of exchange offer

June: ResCap sells model home finance business to Cerberus

September: ResCap sells model home assets to Cerberus

November: ResCap sells real estate brokerage and relocation business to third party

January — June — December

March: Capital Contribution (bonds): $142.7 million*

June: RFC and GMAC Mortgage enter into revolving loan agreement with AFI (the "Revolver")

September: Capital Contribution (bonds): $53.5 million*

October: Debt Forgiveness (MSR): $238,874,000

April: RFC and GMAC Mortgage enter into a $750 million loan and security agreement with AFI secured by MSRs. (repaid and terminated)

June: ResCap enters into receivables factoring facility with AFI subsidiary

November: Debt Forgiveness (MSR): $451,493,000

July: ResCap sells resort finance business to AFI subsidiary

September: Debt Forgiveness (MSR): $101,541,000.00

December: Capital Contribution (bonds): $219.9 million*

*There was a related gain on extinguishment of debt totaling $1.2 billion in 2008.

*Does not include certain domestic and foreign non-core sales of assets and business operations.*

2

Exhibit 7-2

ny-1011800

# Residential Capital LLC — 2009



**January:** AFI acquires ResCap's Canadian lending operations

**January:** AFI acquires ResCap membership interest in IB Finance; ResCap no longer owns Ally Bank

**May:** ResCap sells US and UK broker-dealer operations to AFI

**June:** ResCap subsidiaries enter into second credit agreement with RFC, GMAC Mortgage and ResCap (guarantors) and AFI (initial lender) (LOC II)

**December:** RFC and GMAC Mortgage (borrowers) and ResCap and specified subsidiaries (guarantors) amend and restate the Revolver

**December:** RFC and GMAC Mortgage (borrowers) and ResCap and specified subsidiaries (guarantors) amend and restate, and consolidate the two LOCs into one LOC

**January** — **June** — **December**

**March:** Capital Contribution (bonds): $263.1 million*

**April:** Capital Contribution (bonds): $34.7 million*

**May:** Capital Contribution (bonds): $112.6 million*

**June:** Capital Contribution (bonds): $750.8 million*

**November:** Debt Forgiveness (MSR): $52.4 million

**December:** Capital Contribution (receivables): $316.2 million

**December:** Capital Contribution (cash): $600.0 million

**December:** Debt Forgiveness (MSR): $262.7 million

**December:** Capital Contribution (mortgage loans): $1.4 billion

**December:** Debt Forgiveness (intercompany payable): $195.0 million

*There was a related gain on extinguishment of debt totaling $1.7 billion in 2009.

*Does not include certain domestic and foreign non-core sales of assets and business operations.*

3

Exhibit 7-3

ny-1011800

# Residential Capital LLC — 2010



*Does not include certain domestic and foreign non-core sales of assets and business operations.*

4

Exhibit 7-4

ny-1011800

# Residential Capital LLC — 2011



*Does not include certain domestic and foreign non-core sales of assets and business operations.*

5

Exhibit 7-5

ny-1011800

# Residential Capital LLC — 2012



*Does not include certain domestic and foreign non-core sales of assets and business operations.*

6