# **EXHIBIT 11**

**Weekly Cash Flow Projections - Consolidated**

*($ millions)*

| | | W/B 14-May-12 Week 1 | W/B 21-May-12 Week 2 | W/B 28-May-12 Week 3 | W/B 4-Jun-12 Week 4 | W/B 11-Jun-12 Week 5 | W/B 18-Jun-12 Week 6 | W/B 25-Jun-12 Week 7 | W/B 2-Jul-12 Week 8 | W/B 9-Jul-12 Week 9 | W/B 16-Jul-12 Week 10 | W/B 23-Jul-12 Week 11 | W/B 30-Jul-12 Week 12 | W/B 6-Aug-12 Week 13 | W/B 13-Aug-12 Week 14 | W/B 20-Aug-12 Week 15 | W/B 27-Aug-12 Week 16 | W/B 3-Sep-12 Week 17 | W/B 10-Sep-12 Week 18 | W/B 17-Sep-12 Week 19 | W/B 24-Sep-12 Week 20 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **CONSOLIDATED CASH FLOWS** | | | | | | | | | | | | | | | | | | | | | |
| 1 | Origination Activity | $ 50.1 | $ (12.3) | $ (12.3) | $ (4.9) | $ 11.6 | $ 32.7 | $ (22.2) | $ 1.2 | $ (10.0) | $ 37.0 | $ (4.6) | $ (8.1) | $ (1.9) | $ (13.0) | $ 56.1 | $ (15.1) | $ 11.7 | $ (3.8) | $ 29.5 | $ (8.1) | $ 113.6 |
| 2 | FNMA / FHLMC / GNMA Net Repurchases | 18.5 | (1.7) | (5.1) | (90.7) | 0.5 | 47.4 | (5.7) | (89.4) | 1.0 | 44.5 | 4.3 | (90.2) | 1.9 | (4.7) | 54.7 | (4.7) | (88.5) | 2.1 | 45.0 | 5.1 | (155.8) |
| 3 | Net Servicer Advances | (238.0) | (76.1) | 93.3 | 124.5 | (82.2) | (267.3) | 124.5 | 111.6 | 77.8 | (404.3) | 139.5 | 117.9 | 103.5 | (304.9) | (86.5) | 103.5 | 127.6 | 94.5 | (302.0) | 165.5 | (377.5) |
| 4 | P&I / Residual / REO / HELOC Collections | 6.6 | 11.4 | 9.3 | 11.1 | 9.4 | 4.8 | 15.5 | 13.2 | 8.6 | 7.4 | 13.0 | 14.9 | 9.4 | 8.9 | 11.8 | 6.7 | 15.2 | 8.6 | 6.7 | 15.0 | 207.4 |
| 5 | Servicing / Ancillary Fees | 11.4 | 7.5 | 15.4 | 16.6 | 13.7 | 7.9 | 11.4 | 21.4 | 10.8 | 11.2 | 7.4 | 24.6 | 10.8 | 11.3 | 6.7 | 8.3 | 20.9 | 10.7 | 11.1 | 12.0 | 251.3 |
| 6 | Secured Facilities Activity | (2.8) | (4.2) | (10.6) | 79.9 | 9.2 | (5.1) | (5.1) | 48.1 | (6.6) | 8.9 | (6.6) | (11.5) | (4.2) | 11.5 | (4.2) | 8.3 | (15.1) | 7.3 | (8.1) | (7.1) | 69.4 |
| 7 | Operating Expenses / Professional Fees | (14.0) | (28.0) | (10.5) | (28.8) | (24.5) | (28.8) | (13.8) | (25.5) | (13.2) | (53.5) | (13.2) | (27.9) | (12.8) | (57.1) | (12.8) | (27.8) | (11.8) | (62.0) | (14.8) | (29.7) | (510.4) |
| 8 | **Net Cash Flow** | **(168.1)** | **(103.4)** | **79.5** | **107.7** | **(62.3)** | **(208.3)** | **104.6** | **80.6** | **68.4** | **(348.7)** | **139.8** | **19.7** | **106.7** | **(348.0)** | **25.8** | **66.7** | **60.1** | **57.4** | **(232.7)** | **152.7** | **(402.0)** |
| | **CASH BALANCE ROLL-FORWARD** | | | | | | | | | | | | | | | | | | | | | |
| 9 | Beginning Cash Balance | 953.0 | 784.9 | 681.5 | 761.0 | 868.7 | 806.4 | 598.1 | 702.7 | 783.2 | 851.6 | 502.9 | 642.7 | 662.3 | 769.1 | 421.1 | 446.9 | 513.5 | 573.6 | 631.0 | 398.3 | 953.0 |
| 10 | Net Cash Flow | (168.1) | (103.4) | 79.5 | 107.7 | (62.3) | (208.3) | 104.6 | 80.6 | 68.4 | (348.7) | 139.8 | 19.7 | 106.7 | (348.0) | 25.8 | 66.7 | 60.1 | 57.4 | (232.7) | 152.7 | (402.0) |
| 11 | **Ending Cash Balance** | **784.9** | **681.5** | **761.0** | **868.7** | **806.4** | **598.1** | **702.7** | **783.2** | **851.6** | **502.9** | **642.7** | **662.3** | **769.1** | **421.1** | **446.9** | **513.5** | **573.6** | **631.0** | **398.3** | **551.0** | **551.0** |