## Schedule 1

### Committees

Pursuant to L.B.R. 1007-2(a)(3), prior to the Petition Date, certain holders of the 9.625% secured bonds due in 2015 engaged with the Debtors in an effort to participate in the Debtors' ongoing restructuring efforts. The holders are represented by Gerard Uzzi, Esq. of the law firm of White & Case LLP, 1155 Avenue of the Americas, New York, New York 10036-2787.

ny-1011800

**Schedule 2**

**Consolidated List of 50 Largest Unsecured Claims (Excluding Insiders)[48]**

Pursuant to L.B.R. 1007-2(a)(4), the following is a list of creditors holding, as of May 11, 2012, the 50 largest noncontingent, unsecured claims against the Debtors, on a consolidated basis, excluding claims of insiders as defined in 11 U.S.C. §101.

Residential Capital LLC, et al.
**Top 50 Unsecured Creditors**
*In USD*
**(All Amounts Are Estimated)**

| No. | Creditor [1] | Creditor Contact | | | Nature of Claim [2] | Contingent, Unliquidated, or Disputed | Amount of Claim [3] |
|---|---|---|---|---|---|---|---|
| 1 | Deutsche Bank Trust Company Americas C/O Kelvin Vargas 25 De Forest Ave Summit, NJ 07901 | Phone: Fax: Email: | (201) 593-2456 kelvin.vargas@db.com | | 8.500% Senior Unsecured Notes due April 2013 [4] | | 473,416,000.00 |
| 2 | Deutsche Bank Trust Company Americas C/O Kelvin Vargas 25 De Forest Ave Summit, NJ 07901 | Phone: Fax: Email: | (201) 593-2456 kelvin.vargas@db.com | | 750,000,000 Euros Aggregate Principal Amount of 7.125% Notes due May 2012 [4] | | 127,671,000.00 [5] |
| 3 | Deutsche Bank Trust Company Americas | Phone: | (201) 593-2456 | | 8.875% Senior Unsecured | | 112,227,000.00 |

---

[48] The information in this list shall not constitute an admission of liability by, nor is it binding on, the Debtors.  All claims remain subject to customary offsets, defenses, credits and adjustments, which are not specifically reflected on this list.

ny-1011800

| No. | Creditor [1] | Creditor Contact | | Nature of Claim [2] | Contingent, Unliquidated, or Disputed | Amount of Claim [3] |
|---|---|---|---|---|---|---|
| | C/O Kelvin Vargas<br><br>25 De Forest Ave<br>Summit, NJ 07901 | Fax:<br><br>Email: | kelvin.vargas@db.com | Notes due June 2015 [4] | | |
| 4 | Deutsche Bank Trust Company Americas<br>C/O Kelvin Vargas<br><br>25 De Forest Ave<br><br>Summit, NJ 07901 | Phone:<br>Fax:<br><br>Email: | (201) 593-2456<br><br>kelvin.vargas@db.com | £400,000,000 Aggregate Principal Amount of 9.875% Notes due July 2014 [4] | | 103,743,000.00 [6] |
| 5 | Deutsche Bank Trust Company Americas<br>C/O Kelvin Vargas<br><br>25 De Forest Ave<br>Summit, NJ 07901 | Phone:<br>Fax:<br><br>Email: | (201) 593-2456<br><br>kelvin.vargas@db.com | 8.500% Senior Unsecured Notes due June 2012 [4] | | 79,879,000.00 |
| 6 | Deutsche Bank Trust Company Americas<br>C/O Kelvin Vargas<br><br>25 De Forest Ave<br><br>Summit, NJ 07901 | Phone:<br>Fax:<br><br>Email: | (201) 593-2456<br><br>kelvin.vargas@db.com | £400,000,000 Aggregate Principal Amount of 8.375% Notes due May 2013 [4] | | 59,379,200.00 [6] |
| 7 | BNYMellon<br><br><br>C/O Dechert LLP<br>1095 Avenue of the Americas<br>New York, NY 10036 | Phone:<br><br>Fax:<br>Email: | (212) 698-3621<br><br>(212) 698-3599<br>hector.gonzalez@dechert.com | Contingent Claim- Securitization | Contingent, Unliquidated, Disputed | Unknown |
| 8 | US Bank<br><br><br>C/O Seward & Kissel LLP | Phone:<br><br>Fax: | (212) 574-1391<br><br>(212) 480-8421 | Contingent Claim- Securitization | Contingent, Unliquidated, Disputed | Unknown |

Schedule 2-2

| No. | Creditor [1] | Creditor Contact | | Nature of Claim [2] | Contingent, Unliquidated, or Disputed | Amount of Claim [3] |
|---|---|---|---|---|---|---|
| | One Battery Park Plaza<br>New York, NY 10004 | Email: | das@sewkis.com | | | |
| 9 | Deutsche Bank AG, New York<br><br>C/O Joe Salama<br>60 Wall Street<br>New York, NY 10005-2836 | Phone:<br><br>Fax:<br>Email: | (212) 250-9536<br><br>(866) 785-1127<br>joe.salama@db.com | Contingent Claim-Securitization | Contingent, Unliquidated, Disputed | Unknown |
| 10 | Federal Housing Finance Agency<br><br>C/O Alfred Pollard<br>400 Seventh Street, SW | Phone:<br><br>Fax:<br>Email: | (202) 649-3804<br><br><br>GeneralCounsel@FHFA.org | Contingent Claim-Securities | Contingent, Unliquidated, Disputed | Unknown |
| 11 | MBIA, Inc.<br><br>C/O Cadwalader, Wickersham & Taft<br>One World Financial Center<br>New York, NY 10281 | Phone:<br><br>Fax:<br>Email: | (212) 504-6373<br><br>(212) 504-6666<br>gregory.petrick@cwt.com | Contingent Claim-Litigation | Contingent, Unliquidated, Disputed | Unknown |
| 12 | Ambac Assurance Corp<br><br>C/O Patterson Belknap Webb & Tyler<br>1133 Avenue of the Americas<br>New York, NY 10036 | Phone:<br><br>Fax:<br>Email: | (212) 336-2140<br><br>(212) 336-2094<br>prforlenza@pbwt.com | Contingent Claim-Litigation | Contingent, Unliquidated, Disputed | Unknown |
| 13 | Financial Guaranty Insurance Co.<br><br>C/O Jones Day | Phone:<br><br>Fax: | (212) 326-7844<br><br>(212) 755-7306 | Contingent Claim-Litigation | Contingent, Unliquidated, Disputed | Unknown |

Schedule 2-3

| No. | Creditor [1] | Creditor Contact | | Nature of Claim [2] | Contingent, Unliquidated, or Disputed | Amount of Claim [3] |
|-----|--------------|-----------------|---|---------------------|---------------------------------------|---------------------|
| | 222 East 41st Street<br>New York, NY 10017-6702 | Email: | cball@jonesday.com | | | |
| 14 | Assured Guaranty Corp.<br><br>C/O Margaret Yanney<br>31 West 52nd Street<br>New York, NY 10019 | Phone:<br><br>Fax:<br>Email: | (212) 857-0581<br><br>(212) 893-2792<br>myanney@assuredguaranty.com | Contingent Claim-Litigation | Contingent, Unliquidated, Disputed | Unknown |
| 15 | Thrivent Financial for Lutherans<br><br>C/O Teresa J. Rasmussen<br>625 Fourth Avenue S.<br>Minneapolis, MN 55415-1624 | Phone:<br><br>Fax:<br>Email: | (800) 847-4836 | Contingent Claim-Securities | Contingent, Unliquidated, Disputed | Unknown |
| 16 | West Virginia Investment Management Board<br><br>C/O Craig Slaughter<br>500 Virginia Street East, Suite 200 | Phone:<br><br>Fax:<br>Email: | (304) 345-2672 | Contingent Claim-Securities | Contingent, Unliquidated, Disputed | Unknown |
| 17 | Allstate Insurance<br><br>C/O Quinn Emanuel Urquhart & Sullivan<br>865 S. Figueroa Street, 10th Floor | Phone:<br><br>Fax:<br><br>Email: | (213) 443-3000<br><br><br>danbrockett@quinnemanuel.com | Contingent Claim-Securities | Contingent, Unliquidated, Disputed | Unknown |
| 18 | Western & Southern<br><br>C/O Wollmuth Maher & Deutsch LLP | Phone:<br><br>Fax: | (212) 382-3300 | Contingent Claim-Securities | Contingent, Unliquidated, Disputed | Unknown |

Schedule 2-4

| No. | Creditor [1] | Creditor Contact | | Nature of Claim [2] | Contingent, Unliquidated, or Disputed | Amount of Claim [3] |
|---|---|---|---|---|---|---|
| | 500 Fifth Avenue<br>New York, NY 10110 | Email: | dwollmuth@wmd-law.com | | | |
| 19 | The Union Central Life Insurance Company<br><br>C/O Robbins Geller Rudman & Dowd LLP<br>655 West Broadway, Suite 1900 | Phone:<br><br>Fax:<br><br>Email: | (619) 231-1058<br><br>(519) 231-7423<br><br>stevep@rgrdlaw.com | Contingent Claim-Securities | Contingent, Unliquidated, Disputed | Unknown |
| 20 | Cambridge Place Investment Management Inc.<br><br>C/O Donnelly, Conroy & Gelhaar LLP<br>1 Beacon Street, 33rd Floor | Phone:<br><br>Fax:<br><br>Email: | (617) 720-2880<br><br>(617) 720-3553<br><br>msd@dcglaw.com | Contingent Claim-Securities | Contingent, Unliquidated, Disputed | Unknown |
| 21 | Sealink Funding Limited<br><br>C/O Labaton Sucharow LLP<br>140 Broadway | Phone:<br><br>Fax:<br>Email: | (212) 907-0869<br><br>(212) 883-7069<br>jbernstein@labaton.com | Contingent Claim-Securities | Contingent, Unliquidated, Disputed | Unknown |
| 22 | Stichting Pensioenfonds ABP<br><br>C/O Grant & Eisenhofer<br>123 S. Justison Street | Phone:<br><br>Fax:<br>Email: | (302) 622-7040<br><br>(302) 622-7100<br>gjarvis@gelaw.com | Contingent Claim-Securities | Contingent, Unliquidated, Disputed | Unknown |
| 23 | Huntington Bancshares Inc.<br><br>C/O Grant & Eisenhofer | Phone:<br><br>Fax: | (302) 622-7040<br><br>(302) 622-7100 | Contingent Claim-Securities | Contingent, Unliquidated, Disputed | Unknown |

Schedule 2-5

| No. | Creditor [1] | Creditor Contact | | Nature of Claim [2] | Contingent, Unliquidated, or Disputed | Amount of Claim [3] |
|---|---|---|---|---|---|---|
| | 123 S. Justison Street | Email: | gjarvis@gelaw.com | | | |
| 24 | Federal Home Loan Bank of Chicago<br><br>C/O Keller Rohrback LLP<br>1201 Third Avenue, Suite 3200 | Phone:<br><br><br>Fax:<br>Email: | (206) 623-1900<br><br><br>(206) 623-3384<br>dloeser@kellerrohrback.com | Contingent Claim-Securities | Contingent, Unliquidated, Disputed | Unknown |
| 25 | Federal Home Loan Bank of Boston<br><br>C/O Keller Rohrback LLP<br>1201 Third Avenue, Suite 3200 | Phone:<br><br><br>Fax:<br>Email: | (206) 623-1900<br><br><br>(206) 623-3384<br>dloeser@kellerrohrback.com | Contingent Claim-Securities | Contingent, Unliquidated, Disputed | Unknown |
| 26 | Federal Home Loan Bank of Indianapolis<br><br>C/O Keller Rohrback LLP<br>1201 Third Avenue, Suite 3200 | Phone:<br><br><br>Fax:<br>Email: | (206) 623-1900<br><br><br>(206) 623-3384<br>dloeser@kellerrohrback.com | Contingent Claim-Securities | Contingent, Unliquidated, Disputed | Unknown |
| 27 | Massachusetts Mutual Life Insurance Company<br><br>C/O Bernadette Harrigan<br>1295 State Street | Phone:<br><br><br>Fax:<br>Email: | (413) 788-8411<br><br><br>(413) 226-4268 | Contingent Claim-Securities | Contingent, Unliquidated, Disputed | Unknown |
| 28 | National Credit Union Administration Board<br><br>C/O Susman Godfrey LLP | Phone:<br><br><br>Fax: | (310) 789-3100<br><br><br>(310) 789-3150 | Contingent Claim-Securities | Contingent, Unliquidated, Disputed | Unknown |

Schedule 2-6

| No. | Creditor [1] | Creditor Contact | | Nature of Claim [2] | Contingent, Unliquidated, or Disputed | Amount of Claim [3] |
|---|---|---|---|---|---|---|
| | 1901 Avenue of the Stars, Suite 950 | Email: | mseltzer@susmangodfrey.com | | | |
| 29 | The Charles Schwab Corporation<br><br>C/O Grais & Ellsworth LLP<br>70 East 55th Street<br>New York, NY 10022 | Phone:<br><br><br>Fax:<br>Email: | (212) 755-0100<br><br><br>(212) 755-0052 | Contingent Claim-Securities | Contingent, Unliquidated, Disputed | Unknown |
| 30 | New Jersey Carpenters Health Fund<br><br>C/O Cohen Milstein Sellers & Toll PLLC<br>150 East 52nd Street, Thirtieth Floor<br>New York, NY 10022 | Phone:<br><br><br>Fax:<br><br>Email: | (212) 838-7797<br><br><br>(212) 838-7745<br><br>jlaitman@cohenmilstein.com | Contingent Claim-Securities | Contingent, Unliquidated, Disputed | Unknown |
| 31 | New Jersey Carpenters Vacation Fund<br><br>C/O Cohen Milstein Sellers & Toll PLLC<br>150 East 52nd Street, Thirtieth Floor<br>New York, NY 10022 | Phone:<br><br><br>Fax:<br><br>Email: | (212) 838-7797<br><br><br>(212) 838-7745<br><br>jlaitman@cohenmilstein.com | Contingent Claim-Securities | Contingent, Unliquidated, Disputed | Unknown |
| 32 | Boilermaker Blacksmith National Pension Trust<br><br>C/O Cohen Milstein Sellers & Toll PLLC<br>150 East 52nd Street, Thirtieth Floor<br>New York, NY 10022 | Phone:<br><br><br>Fax:<br><br>Email: | (212) 838-7797<br><br><br>(212) 838-7745<br><br>jlaitman@cohenmilstein.com | Contingent Claim-Securities | Contingent, Unliquidated, Disputed | Unknown |
| 33 | Police and Fire Retirement System of the City of Detroit | Phone: | (212) 223-3900 | Contingent Claim-Securities | Contingent, Unliquidated, Disputed | Unknown |

Schedule 2-7

| No. | Creditor [1] | Creditor Contact | | Nature of Claim [2] | Contingent, Unliquidated, or Disputed | Amount of Claim [3] |
|---|---|---|---|---|---|---|
| | C/O Zwerling, Schachter & Zwerling 41 Madison Avenue New York, NY 10010 | Fax: Email: | (212) 371-5969 rzwerling@zsz.com | | | |
| 34 | Orange County Employees Retirement System  C/O Cohen Milstein Sellers & Toll PLLC 150 East 52nd Street, Thirtieth Floor New York, NY 10022 | Phone:  Fax:  Email: | (212) 838-7797  (212) 838-7745  jlaitman@cohenmilstein.com | Contingent Claim-Securities | Contingent, Unliquidated, Disputed | Unknown |
| 35 | Midwest Operating Engineers Pension Trust Fund  C/O Cohen Milstein Sellers & Toll PLLC 150 East 52nd Street, Thirtieth Floor New York, NY 10022 | Phone:  Fax:  Email: | (212) 838-7797  (212) 838-7745  jlaitman@cohenmilstein.com | Contingent Claim-Securities | Contingent, Unliquidated, Disputed | Unknown |
| 36 | Iowa Public Employees Retirement System  C/O Cohen Milstein Sellers & Toll PLLC 150 East 52nd Street, Thirtieth Floor New York, NY 10022 | Phone:  Fax:  Email: | (212) 838-7797  (212) 838-7745  jlaitman@cohenmilstein.com | Contingent Claim-Securities | Contingent, Unliquidated, Disputed | Unknown |
| 37 | Brian Kessler, et al  C/O Walters Bender Strohbehn & Vaughan, P.C. 2500 City Center Square, 1100 Main, Suite 2500 | Phone:  Fax:  Email: | (816) 421-6620  (816) 421-4747  jhaake@wbsvlaw.com | Contingent Litigation | Contingent, Unliquidated, Disputed | Unknown |

ny-1011800

| No. | Creditor [1] | Creditor Contact | | Nature of Claim [2] | Contingent, Unliquidated, or Disputed | Amount of Claim [3] |
|---|---|---|---|---|---|---|
| 38 | Donna Moore<br><br>C/O Kessler Topaz Meltzer & Check, LLP<br>280 King of Prussia Road<br>Radnor, PA 19087 | Phone:<br><br>Fax:<br><br>Email: | (610) 822.0242<br><br>(610) 667.7056<br><br>eciolko@ktmc.com | Contingent Litigation | Contingent, Unliquidated, Disputed | Unknown |
| 39 | Steven And Ruth Mitchell<br>C/O Walters Bender Stroehbehn & Vaughan, P.C<br>2500 City Center Square, 1100 Main Street<br>Kansas City, MO  64105 | Phone:<br>Fax:<br><br>Email: | (816) 421-6620<br>(816) 421-4747<br><br>awalter@wbsvlaw.com | Settled Litigation | | 14,500,000.00 |
| 40 | Indecomm Global Services<br><br>200 Middlesex Essex Turnpike<br>Suite 102<br>Iselin,  NJ  08830 | Phone:<br><br>Fax:<br>Email: | (732) 404-0081 Ext. 208<br><br><br>Rajan@indecomm.net | General Trade Payable | | 675,000.00 |
| 41 | Alan Gardner<br>C/O Williamson & Williams<br>187 Parfitt Way SW, Suite 250<br>Bainbridge Island, WA 98110 | Phone:<br>Fax:<br>Email: | (206) 441-5444<br>(206) 780-5557<br>roblin@williamslaw.com | Settled Litigation | | 555,000.00 |
| 42 | Tiffany Smith<br>C/O Schroeter Goldmark & Bender<br>500 Central Bldg., 810 Third Ave.<br>Seattle, WA 98104 | Phone:<br>Fax:<br>Email: | (206) 622-8000<br>(206) 682-2305<br>info@sgb-law.com | Settled Litigation | | 275,000.00 |
| 43 | Don E. Diane M. Patterson<br>C/O Siegel Brill, P.A.<br>100 Washington Avenue South, Suite 1300<br>Minneapolis, MN 55401 | Phone:<br>Fax:<br>Email: | (612) 337-6100<br>(612) 339-6591<br>heidifurlong@siegelbrill.com | Settled Litigation | | 157,950.00 |

ny-1011800

| No. | Creditor [1] | | Creditor Contact | Nature of Claim [2] | Contingent, Unliquidated, or Disputed | Amount of Claim [3] |
|---|---|---|---|---|---|---|
| 44 | Wells Fargo & Company<br><br>Wf 8113, P.O. Box 1450<br>Minneapolis,  MN  55485 | Phone:<br>Fax:<br>Email: | (612) 667-7121 | General Trade Payable | | 121,000.00 |
| 45 | Credstar<br><br>12395 First American Way<br>Poway, CA 92064 | Phone:<br>Fax:<br>Email: | (800) 921-6700, ext 5129<br><br>LPulford@corelogic.com | General Trade Payable | | 99,773.65 |
| 46 | Emortgage Logic<br><br>9151 Boulevard 26, Suite 400<br>N. Richland Hills,  TX  76180-5605 | Phone:<br>Fax:<br>Email: | (817) 581-2900<br><br>info@emortgagelogic.com | General Trade Payable | | 87,910.00 |
| 47 | Aegis Usa Inc.<br><br>2049 Century Park East, Suite 300<br>Los Angeles, CA 90067 | Phone:<br>Fax:<br>Email: | +63 2 8858000<br><br>Kapil.Chopra@aegisglobal.com | General Trade Payable | | 72,116.56 |
| 48 | ISGN Fulfillment Services Inc<br><br>3220 Tillman Drive, Suite 301<br>Bensalem,  PA  19020 | Phone:<br>Fax:<br>Email: | (860) 656-7571<br><br>Scott.slifer@isgn.com | General Trade Payable | | 65,754.00 |
| 49 | US Bank<br><br>Corporate Trust Services<br>60 Livingston Ave<br>St. Paul, MN 55107 | Phone:<br>Fax:<br>Email: | (651) 495-3839<br>(866) 869-1624<br> michelle.moeller@usbank.com | General Trade Payable | | 64,000.00 |
| 50 | Deborah Pangel and Lee Sachs | Phone: | (914) 946-0860 | Settled Litigation | | 55,000.00 |

Schedule 2-10

| No. | Creditor [1] | Creditor Contact | | Nature of Claim [2] | Contingent, Unliquidated, or Disputed | Amount of Claim [3] |
|---|---|---|---|---|---|---|
| | C/O Linda Tirelli<br>One North Lexington Avenue, 11th Floor<br>White Plains, NY 10601 | Fax:<br>Email: | (914)946-0870<br>WestchesterLegal@aol.com | | | |

Notes:

[1]     For all litigation settlements, the counterparty's attorney is listed as addressee.

[2]     General Trade Payable claims are based on balances in the Debtors' Accounts Payable system as of close of business May 11, 2012.

[3]     Estimated amount of claim for unsecured bonds represents principal balances as of 5/9/12 and does not include accrued interest or fees.

[4]     As of Indenture dated June 24, 2005 between Residential Capital Corporation and Deutsche Bank Trust Company Americas,
as Indenture Trustee (amended on June 24, 2005, November 21, 2005, and May 16, 2008). A $20.1 million semi-annual interest payment
due in April 2012 for the senior unsecured note maturing in April 2013 was not made.

[5]     Estimated amount of claim for EUR notes is based on an exchange rate of 1.29480 on May 11, 2012.

[6]     Estimated amount of claim for GBP notes is based on an exchange rate of 1.61418 on May 11, 2012.

Schedule 2-11

## Schedule 3

### Consolidated List of Holders of 5 Largest Secured Claims

Pursuant to L.B.R. 1007-2(a)(5), the following is a list of creditors holding, as of May 11, 2012, the 5 largest noncontingent, secured claims against the Debtors, on a consolidated basis.

**Residential Capital LLC, et al.**
**Top Secured Creditors**
**In USD**
**(All Amounts Are Estimated)**

| # | Creditor | Contact, Mailing Address & Telephone Number | Nature of Claim | Amount of Claim [1] | Collateral Description | Contingent, Unliquidated, or Disputed |
|---|----------|---------------------------------------------|-----------------|---------------------|------------------------|----------------------------------------|
| 1 | U.S. Bank National Association | Attn: George Rayzis<br>U.S. Bank National Association<br>50 South 16 th Street, Suite 2000<br>Philadelphia, PA 19102<br>Phone: (215) 761-9317<br>george.rayzis@usbank.com | Junior Secured Notes | $2,120,452,000 | Secured lien on pledged loan assets and shares | |
| 2 | Ally Financial Inc. | Attn: Jeffrey Brown<br>Ally Financial Inc.<br>3420 Toringdon Way Floor 4<br>Charlotte, NC 28277<br>Phone: (704) 540-6133<br>jeff.brown@gmacfs.com | Secured Revolver | $747,127,585 | First lien on pledged loan assets and shares | Disputed |
| 3 | Ally Financial Inc. | Attn: Jeffrey Brown<br>Ally Financial Inc.<br>3420 Toringdon Way Floor 4<br>Charlotte, NC 28277<br>Phone: (704) 540-6133<br>jeff.brown@gmacfs.com | Line of Credit | $380,000,000 | First lien on pledged loan assets and shares | Disputed |

Schedule 3-1

| # | Creditor | Contact, Mailing Address & Telephone Number | Nature of Claim | Amount of Claim [1] | Collateral Description | Contingent, Unliquidated, or Disputed |
|---|----------|---------------------------------------------|-----------------|---------------------|------------------------|----------------------------------------|
| 4 | BMMZ Holdings, LLC | Attn: Courtney Lowman BMMZ Holdings LLC c/o Ally Financial Inc. 200 Renaissance Center Detroit, MI  48265-2000 Mail Code:  482-B12-B96 Phone: (313) 656-6711 Courtney.lowman@ally.com | Ally Repo Facility | $250,000,000 | Mortgage Loans – 1st and 2nd Liens | |
| 5 | Citibank, N.A. | Attn: Bobbie Theivakumaran 390 Greenwich Street, 6th Floor New York, NY 10013 Phone: (212) 723-6753 bobbie.theivakumaran@citi.com | Mortgage Servicing Rights | $152,000,000 | Agency Mortgage Servicing Rights | |

Notes:

[1] Outstanding debt principal balances as of 5/11/12. The amounts exclude accrued interest and fees.

Schedule 3-2

## Schedule 4

### Debtors' Assets & Liabilities

Pursuant to L.B.R. 1007-2(a)(6), below is a summary of the Debtors' assets and liabilities, which is presented in the form of the Consolidated Balance Sheet as of March 31, 2012.

# Condensed Consolidated Balance Sheet (unaudited)
Residential Capital, LLC

| ($ in thousands) | 3/31/2012 |
|---|---|
| **Assets** | |
| Cash and cash equivalents | $ 652,704 |
| Mortgage loans held-for-sale ($46,419 and $56,976 fair value elected) | 4,270,826 |
| Finance receivables and loans, net | |
| Consumer ($832,094 and $835,192 fair value elected) | 996,559 |
| Commercial | 41,145 |
| Allowance for loan losses | (28,788) |
| Total finance receivables and loans, net | 1,008,916 |
| | |
| Mortgage servicing rights | 1,254,497 |
| Accounts receivable, net | 3,157,256 |
| Other assets | 5,331,372 |
| Total assets | $ 15,675,571 |
| | |
| **Liabilities** | |
| Borrowings | |
| Borrowings from parent | $ 1,409,873 |
| Collateralized borrowings in securitization trusts | 828,418 |
| Other borrowings | 4,468,776 |
| Total borrowings | 6,707,067 |
| | |
| Other liabilities | 8,569,161 |
| Total liabilities | 15,276,228 |
| **Equity** | |
| Member's interest | 11,630,276 |
| Accumulated deficit | (11,166,544) |
| Accumulated other comprehensive loss | (64,389) |
| Total equity | 399,343 |
| Total liabilities and equity | $ 15,675,571 |

Schedule 4-1

## Schedule 5

### Publicly Held Securities

Pursuant to Local Rule 1007-2(a)(7), the following lists the number and classes of shares of stock, debentures, and other securities of the Debtors that are publicly held ("Securities") and the number of holders thereof. The Securities held by the Debtors' directors and officers are listed separately.

### ResCap Units

Residential Capital, LLC ("ResCap") is a limited liability company organized under the laws of the state of Delaware. None of the limited liability company units of ResCap ("ResCap Units") are publicly held. It is a wholly owned indirect subsidiary of Ally Financial Inc.

There are no ResCap Units held by the Debtors' directors and officers.

### Public Bonds and Notes As of April 30, 2012

| Type of Security | Aggregate Principal Face Amount | Approximate Number of Record Holders[49] |
|---|---|---|
| Medium-term unsecured notes due 2012[50] | $128.8 million | Undetermined |
| 7.125% Unsecured Notes due 2012 | $132.7 million | Undetermined |
| 8.50% Unsecured Notes due 2012 | $79.9 million | Undetermined |
| 8.50% Unsecured Notes due 2013 | $473.4 million | Undetermined |
| 8.375% Unsecured Notes due 2013 | $58.4 million | Undetermined |
| 9.875% Unsecured Notes due 2014 | $102.1 million | Undetermined |
| 8.875% Unsecured Notes due 2015 | $112.2 million | Undetermined |
| 9.625% Junior Secured Guaranteed Notes due 2015 | $2.1 billion | Undetermined |

---

[49] The Debtors are unable to approximate the number of record holders of their public bonds as only information regarding the registered holder, typically the depositary company, is available.

[50] Issued by a non-debtor foreign subsidiary and guaranteed by certain of the Debtors, including GMAC Mortgage and ResCap.

ny-1011800

**Schedule 6**

**Debtors' Property Not In The Debtors' Possession**

     Pursuant to Local Rule 1007-2(a)(8), the following lists the Debtors' property that is in the possession or custody of any custodian, public officer, mortgagee, pledge, assignee of rents, secured creditor, or agent for any such entity.

     In the ordinary course of business, on any given day, property of the Debtors (including security deposits or other collateral with counterparties to certain commercial relationships) is likely to be in the possession of various third parties, including, but not limited to, custodians, mortgagees, secured creditors, governmental sponsored entities, or agents, where the Debtors' ownership interest is not affected.  Because of the constant movement of this property, identification of all of their addresses, telephone numbers, and the location of any court proceeding affecting the property, would be impractical.

ny-1011800

## **Schedule 7**

Pursuant to Local Rule 1007-2(a)(9), the following lists the property or premises owned, leased, or held under other arrangement from which the Debtors operate their businesses.

Schedule 7-1

**Owned Property**

| Debtor | Street Address | City | State | Zip Code | Country |
|---|---|---|---|---|---|
| GMAC Mortgage, LLC | 3451 Hammond Avenue | Waterloo | IA | 50702 | USA |
| EPRE, LLC<br>owns 49% with right to<br>acquire remaining 51%[51] | 6875 Shady Oak Road | Eden Prairie | MN | 55344 | USA |

---

[51] See Purchase and Sale Agreement, dated May 9, 2012, between EPRE LLC and Ally Financial, Inc. and related Limited Warranty Deed.

**Leased Property[52]**

| Debtor | Street Address | City | State | Zip Code | Country |
|---|---|---|---|---|---|
| GMAC Mortgage, LLC | 17470 Pacesetter Way | Scottsdale | AZ | 85255 | USA |
| GMAC Mortgage, LLC | 60 East Rio Salado Pkwy, 9th Floor | Tempe | AZ | 85281 | USA |
| Residential Funding Company, LLC | 2255 N. Ontario Street #400 | Burbank | CA | 91504 | USA |
| GMAC Mortgage LLC | 3200 Park Center Drive | Costa Mesa | CA | 92626 | USA |
| GMAC Mortgage, LLC | 2448 Junipero Serra Boulevard | Daly City | CA | 94015 | USA |
| GMAC Mortgage, LLC | 15821 Ventura Boulevard, Suite 180[53] | Encino | CA | 91436 | USA |
| GMAC Mortgage, LLC | 10625 Ellis Avenue, Suite B | Fountain Valley | CA | 92708 | USA |
| GMAC Mortgage, LLC | 655 North Central Avenue, 17th Fl | Glendale | CA | 91203 | USA |
| GMAC Mortgage, LLC | 11601 Wilshire Blvd., 5th Fl | Los Angeles | CA | 90025 | USA |
| Homecomings Financial Network, LLC | 1650 Corporate Circle, Suites 100, 150 and 200 | Petaluma | CA | 94954 | USA |
| GMAC Mortgage, LLC | 1215 K Street, 17th Floor, Offices 1720 and 1721 | Sacramento | CA | 95814 | USA |
| GMAC Mortgage, LLC | 9635 Granite Ridge Drive | San Diego | CA | 92123 | USA |
| GMAC Mortgage, LLC | 7676 Hazard Center Drive, Suite 500-33A and B | San Diego | CA | 92108 | USA |
| GMAC Mortgage, LLC | 111 N. Market Street Suite 300, Office #8 and #9 | San Jose | CA | 95113-1116 | USA |
| GMAC Mortgage, LLC | 111 N. Market Street Suite 300, Office #10 | San Jose | CA | 95113-1116 | USA |
| GMAC Mortgage, LLC | 28005 N. Smyth Drive | Valencia | CA | 91355 | USA |
| GMAC Mortgage, LLC | 1990 North California Blvd., 8th Floor #830; Office 228 | Walnut Creek | CA | 94596-7261 | USA |
| GMAC Mortgage LLC | 1224 Mill Street, Office 215 | East Berlin | CT | 06023 | USA |
| GMAC Mortgage LLC | 990 North State Road 434 | Altamonte Springs | FL | 32714 | USA |
| GMAC Mortgage, LLC | 1560 Sawgrass Corporate Parkway, Suite 401 | Fort Lauderdale (Sunrise) | FL | 33323 | USA |
| GMAC Mortgage, LLC | 1560 Sawgrass Corporate Parkway, Suite 494 | Fort Lauderdale (Sunrise) | FL | 33323 | USA |
| GMAC Mortgage, LLC | 100 West 5th Avenue | Mt. Dora | FL | 32757 | USA |

---

[52] The classification of the contractual agreement listed herein as real property leases or property held by other arrangements is not binding upon the Debtors.  In addition, due to the size and complexity of the Debtors' business operations, this list may not be inclusive of all of the real property leased by Debtors.

[53] To be surrendered to Landlord upon expiration, July 31, 2012.

| Debtor | Street Address | City | State | Zip Code | Country |
|---|---|---|---|---|---|
| GMAC Mortgage, LLC | 111 Second Avenue NE Suite 532 | St. Petersburg | FL | 33701 | USA |
| GMAC Mortgage, LLC | 511 W Bay Street, Suite 350 | Tampa | FL | 33606 | USA |
| GMAC Mortgage, LLC | 1977 Dundee Drive | Winter Park | FL | 32792 | USA |
| GMAC Mortgage, LLC | Two Ravinia, Suite 5001 | Atlanta | GA | 30346 | USA |
| GMAC Mortgage, LLC | 1170 Peachtree Street NE, Suite 1200-1239 | Atlanta | GA | 30309 | USA |
| GMAC Mortgage, LLC | 4426 Washington Road | Evans | GA | 30809 | USA |
| GMAC Mortgage, LLC | Parking parcel adjacent to 1051 E. San Marnan Drive | Waterloo | IA | 50702 | USA |
| Residential Funding Corporation | 300 East Fall Creek Suite 124 | Indianapolis | IN | 46205 | USA |
| GMAC Mortgage, LLC | 100 Cummings Center Suite 312-G | Beverly | MA | 01915 | USA |
| GMAC Mortgage, LLC | 53 Hereford Street | Boston | MA | 02115 | USA |
| GMAC Mortgage, LLC | 34 Hayden Rowe Street, Suite 162 | Hopkinton | MA | 01748 | USA |
| GMAC Mortgage, LLC | 233 Needham Street, Office #78 | Newton | MA | 02464 | USA |
| GMAC Mortgage, LLC | 2480 Route 97, Suite 7 | Glenwood | MD | 21738 | USA |
| GMAC-RFC Homecomings Financial | 24516 Harper Avenue | St. Clair Shores | MI | 48081 | USA |
| GMAC Mortgage, LLC | 625 N. Euclid, Suite 515 | St. Louis | MO | 63108 | USA |
| GMAC Mortgage, LLC | 112 W. Boulevard | Laurinburg | NC | 28352 | USA |
| GMAC Mortgage, LLC | 922 Washington Street | Hoboken | NJ | 07030 | USA |
| GMAC Mortgage, LLC | 33 Wood Avenue South, Office 633 | Iselin | NJ | 08830 | USA |
| GMAC Mortgage, LLC | 1076 Ocean Avenue | Sea Bright | NJ | 07760 | USA |
| GMAC Mortgage, LLC | 2027 State Highway 35 | Wall | NJ | 07719 | USA |
| GMAC Mortgage, LLC | 10775 Double R Boulevard | Reno | NV | 89521 | USA |
| GMAC Mortgage, LLC | 2004 Route 17M | Goshen | NY | 10924 | USA |
| GMAC Mortgage, LLC | 105 Maxess, Office #106 | Melville | NY | 11747 | USA |
| GMAC Mortgage LLC | 4449 Easton Way 2nd Floor, Offices 2106 & 2094 | Columbus | OH | 43219 | USA |
| GMAC Mortgage, LLC | 1100 Virginia Drive | Fort Washington | PA | 19034-3200 | USA |
| GMAC Mortgage, LLC | 1140 Virginia Drive | Fort Washington | PA | 19034 | USA |
| GMAC Mortgage, LLC | 1307 Avenel Boulevard, Apt. 1307[54] | North Wales | PA | 19454 | USA |

---

[54] To be surrendered to Landlord upon expiration, May 20, 2012.

| Debtor | Street Address | City | State | Zip Code | Country |
|---|---|---|---|---|---|
| GMAC Mortgage LLC | 1320 Main Street Suite 300, Office 341 | Columbia | SC | 29201 | USA |
| GMAC Mortgage, LLC | 725 Cool Springs Suite 600 | Franklin | TN | 37067 | USA |
| GMAC Mortgage, LLC | 277 Mallory Station Road, Suite 106 | Franklin | TN | 37067 | USA |
| GMAC Mortgage, LLC | 915 East McLemore Avenue, Suite 205, Office "LOCCDC" | Memphis | TN | 38106 | USA |
| GMAC Mortgage, LLC | 9442 Capital of Texas Highway North, Plaza One, Suite 500 | Austin | TX | 78759 | USA |
| Residential Funding Corporation | 2711 North Haskell Avenue | Dallas | TX | 75204 | USA |
| GMAC Mortgage, LLC[55] | 2501 S State Hwy 121 Suite 300 Denton | Lewisville | TX | 75067 | USA |
| GMAC Mortgage, LLC | 2504 Anderson Highway | Powhatan | VA | 23139 | USA |
| ETS of Virginia, Inc. | 3900 Westerre Parkway Suite 300, Office 328, 330, 332[56] | Richmond | VA | 23233 | USA |
| GMAC Mortgage LLC | 800 Bellevue Way, Office 420 | Bellevue | WA | 98004 | USA |
| GMAC Mortgage LLC | 800 Bellevue Way, Office 446 | Bellevue | WA | 98004 | USA |

---

[55] Pursuant to an Assignment of Leasehold Interest dated May 9, 2012, GMAC Mortgage LLC assigned a 51% leasehold interest Ally Financial Inc. and has a right to require the re-assignment of such leasehold interest from Ally Financial Inc. as provided therein.

[56] To be surrendered to Landlord upon expiration, September 30, 2012.

## Schedule 8

Pursuant to Local Rule 1007-2(a)(10), the following lists the locations of the Debtors' substantial assets, the location of their books and records, and the nature, location, and value of any assets held by the Debtors outside the territorial limits of the United States.

### Location of Debtors' Substantial Assets

The Debtors are the fifth largest servicer of mortgage loans and the tenth largest originator of mortgage loans in the United States.  The Debtors have assets located throughout the country including at their New York headquarters as well as at operational centers in Pennsylvania, Minnesota, Iowa, Texas and California.

### Books and Records

The Debtors' books and records are located at their headquarters in New York, New York as well as in Fort Washington, Pennsylvania and Minneapolis, Minnesota.

### Debtors' Assets Outside the United States

The Debtors have assets in the United Kingdom and Canada.

## **Schedule 9**

### **Litigation**

     Pursuant to Local Rule 1007-2(a)(11), to the best of the Debtors' knowledge and belief, the Debtors are not aware of any actions or proceedings, pending or threatened, against the Debtors or their properties where a judgment against the Debtors or a seizure of their property may be imminent.

## Schedule 10

Pursuant to Local Rule 1007-2(a)(12), the following provides the names of the individuals who comprise the Debtors' existing senior management, a description of their tenure with the Debtors, and a brief summary of their relevant responsibilities and experience.

| Name / Position | Experience / Responsibilities |
|---|---|
| Tom Marano<br>*Chairman and Chief Executive Officer, ResCap* [57] | Tom Marano currently serves as Chief Executive Officer of ResCap, having been elected Chief Executive Officer of ResCap in July 2008. Mr. Marano served from March 2008 to April 2009 as Managing Director for Cerberus Capital Management, L.P. in its Residential and Commercial Capital Markets Division. Prior to joining Cerberus, Mr. Marano spent 25 years at The Bear Stearns Companies, Inc., where he held numerous positions, most recently, as Senior Managing Director and Global Head of Mortgage and Asset Backed Securities responsible for mortgage sales, trading, and origination. |
| Steven Abreu<br>*President* | Steve Abreu was named President of GMAC Mortgage in October 2009. Prior to joining GMAC Mortgage, Mr. Abreu, was at Greenpoint Mortgage Funding, Inc. for more than 20 years, most recently as President and Chief Executive Officer. |
| James Whitlinger<br>*Chief Financial Officer* | James Whitlinger was elected Chief Financial Officer of ResCap in May 2011. Mr. Whitlinger joined GMAC Mortgage in 1992 and has held various positions including Executive Director of Finance for Mortgage Operations Chief Accounting Officer for GMAC Residential Holding Co., and Senior Vice President of Mergers and Acquisitions. |
| Joe Pensabene<br>*Executive Vice President, Chief Servicing Officer* | Joe Pensabene has been Executive Vice President and Chief Servicing Officer of ResCap since August 2008. Since joining GMAC Mortgage in 1996, Mr. Pensabene has held numerous senior leadership positions in both servicing and lending. Prior to joining ResCap, Mr. Pensabene served as a Senior Accountant at Deloitte & Touche focused on financial services. |
| Winston Wilkinson<br>*Consumer Lending, Mortgage Operations* | Carlos Winston Wilkinson has served as Executive Vice President of Consumer Lending for ResCap since March 2011. Prior to joining ResCap, Mr. Wilkinson served as an Executive Vice President of Wachovia from 1991 to 2006 and from 2007 to 2010 where he held |

---

[57] On May 13, 2012, the Chief Executive Officer of AFI, pursuant to authority delegated to him by a committee of the AFI Board, confirmed that AFI will rebadge Mr. Marano as an Ally employee at such time as he may request, but in no event on or subsequent to consummation of a sale of all or substantially all of Rescap's assets such that he would no longer be eligible to participate in the Ally Financial Inc Long Term Equity Compensation Incentive Plan as a result of such sale.

| Name / Position | Experience / Responsibilities |
| --- | --- |
| | several key leadership positions, including Regional President, President, Retail Mortgage Executive, and Director of Private Banking Western Expansion.  Mr. Wilkinson served as Executive Vice President of Consumer Banking at Fifth Third Bank from 2006 to 2007. |
| Tammy Hamzehpour<br>*General Counsel* | Tammy Hamzehpour has been General Counsel of ResCap since October 2007.  Since joining ResCap in 1998, Ms. Hamzehpour has held various legal positions covering both Mergers & Acquisitions and ResCap's International Business Group.  Prior to joining ResCap, Ms. Hamzehpour was a partner at Taft, Stettinius & Hollister LLP. |

## SCHEDULE 11

### PAYROLL

Pursuant to Local Rule 1007-2(b)(1)-(2)(A) and (C), the following provides the estimated amount of weekly payroll to the Debtors' employees (not including officers, directors, and stockholders) and the estimated amount to be paid to officers, stockholders, directors, and financial and business consultants retained by the Debtors, for the 30-day period following the filing of the chapter 11 petitions.

| | |
|---|---|
| **Payments to Employees (Not Including Officers, Directors, and Stockholders)** | $15.0 million |
| **Payments to Officers, Stockholders, and Directors** | $439,344 |
| **Payments to Financial and Business Consultants** | -- |

## SCHEDULE 12

### CASH RECEIPTS AND DISBURSEMENTS,
### NET CASH GAIN OR LOSS, UNPAID OBLIGATIONS AND RECEIVABLES

Pursuant to Local Rule 1007-2(b)(3), the following provides, for the 30-day period following the filing of the chapter 11 petition, the estimated cash receipts and disbursements, net cash gain or loss, and obligations and receivables expected to accrue that remain unpaid, other than professional fees.

| | |
|---|---|
| **Cash Receipts** | $396 million |
| **Cash Disbursements** | $427.9 million |
| **Net Cash Loss** | $31.9 million |
| **Unpaid Obligations** | $26.5 million |
| **Unpaid Receivables** | $7 million |

Schedule 12-1