Michael R. Carney
MCKOOL SMITH P.C.
One Bryant Park, 47th Floor
New York, New York 10036
Telephone: (212) 402-9400
Facsimile: (212) 402-9444
E-mail: mcarney@mckoolsmith.com

Paul D. Moak
MCKOOL SMITH P.C.
600 Travis Street, Suite 7000
Houston, Texas 77002
Telephone: (713) 485-7300
Facsimile: (713) 485-7344
E-mail: pmoak@mckoolsmith.com

-and-

Kenton W. Hambrick
Associate General Counsel
Freddie Mac, M/S202
8200 Jones Branch Drive
McLean, Virginia 22102
Telephone: (703) 903-2473
Facsimile: (703) 903-3692
Email: kenton_hambrick@freddiemac.com

*Attorneys for Freddie Mac*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, *et al.*, | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Joint Administration Pending |
| | ) | |

**NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that, pursuant to Bankruptcy Code § 1109(b) and Bankruptcy Rules 2002, 9007, and 9010, the Federal Home Loan Mortgage Corporation ("Freddie Mac"), a party-in-interest in the Chapter 11 cases of the above-captioned debtors and

debtors-in-possession (collectively, the "Debtors"), hereby appears, by and through its undersigned attorneys, in the Debtors' Chapter 11 cases.

PLEASE TAKE FURTHER NOTICE that, pursuant to Bankruptcy Code § 1109(b), Freddie Mac requests that all pleadings, documents, and notices (including, without limitation, not only those pleadings, documents, and notices referred to in Bankruptcy Rule 2002, but also any orders, applications, motions, petitions, requests, complaints, answers, replies, schedules of assets or liabilities, statements of financial affairs, operating reports, plans of reorganization, disclosure statements, or demands, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, facsimile, e-mail, or otherwise) filed, given, or to be given in the Debtors' cases be given and served upon:

| Michael R. Carney | Paul D. Moak | Kenton W. Hambrick |
|---|---|---|
| MCKOOL SMITH P.C. | MCKOOL SMITH P.C. | Associate General Counsel |
| One Bryant Park, 47th Floor | 600 Travis Street, Suite 7000 | Freddie Mac, M/S202 |
| New York, New York 10036 | Houston, Texas 77002 | 8200 Jones Branch Drive |
| Telephone: (212) 402-9400 | Telephone: (713) 485-7300 | McLean, Virginia 22102 |
| Facsimile: (212) 402-9444 | Facsimile: (713) 485-7344 | Telephone: (703) 903-2473 |
| E-mail: | E-mail: | Facsimile: (703) 903-3692 |
| mcarney@mckoolsmith.com | pmoak@mckoolsmith.com | E-mail: |
| | | kenton_hambrick@freddiemac.com |

PLEASE TAKE FURTHER NOTICE that neither this notice, any subsequent appearance (by pleading or otherwise), nor any participation in or in connection with the Debtors' Chapter 11 cases is intended to be, or shall be construed as, a waiver of Freddie Mac's (i) right to have final orders in non-core matters entered only after review *de novo* by a District Court judge; (ii) right to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related thereto; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments, all of which rights, actions, setoffs, defenses, and recoupments, which are expressly reserved.

McKool 444708v3

Dated: New York, New York
     May 14, 2012

Respectfully submitted,

MCKOOL SMITH, P.C.

/s/ Michael R. Carney
Michael R. Carney
One Bryant Park, 47th Floor
New York, New York  10036
Telephone: (212) 402-9400
Facsimile: (212) 402-9444
E-mail: mcarney@mckoolsmith.com

Paul D. Moak
600 Travis Street, Suite 7000
Houston, Texas 77002
Telephone:  (713) 485-7300
Facsimile:  (713) 485-7344
E-mail:  pmoak@mckoolsmith.com

-and-

Kenton W. Hambrick
Associate General Counsel
Freddie Mac, M/S202
8200 Jones Branch Drive
McLean, Virginia 22102
Telephone:  (703) 903-2473
Facsimile:   (703) 903-3692
E-mail:  kenton_hambrick@freddiemac.com

*Attorneys for Freddie Mac*

3

McKool 444708v3