GIBBS & BRUNS LLP
Kathy D. Patrick, Esq. (*pro hac vice* pending)
Scott A. Humphries, Esq. (*pro hac vice* pending)
1100 Louisiana, Suite 5300
Houston, TX 77002
Telephone: (713) 650-8805
Facsimile:  (713) 750-0903

-AND-

ROPES & GRAY LLP
D. Ross Martin, Esq. (DM-2947)
Keith H. Wofford, Esq. (KW-2225)
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone:  (212) 596-9000
Facsimile:  (212) 596-9090

*Attorneys for the Ad Hoc RMBS Holder Group*

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| Residential Capital, LLC, *et al.* | Case No. 12-12020 (MG) |
| Debtors. | Joint Administration Pending |

## <u>NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS</u>

PLEASE TAKE NOTICE that the undersigned appear pursuant to rules 2002 and

9010(b) of the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>") and section

1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq.* (the "<u>Bankruptcy Code</u>"),

in the above-captioned cases on behalf of the Ad Hoc RMBS Holder Group, and request that all

notices given or required to be given and all papers served in these cases be delivered to and

served upon the parties identified below at the following addresses:

> Kathy D. Patrick, Esq.
> Scott A. Humphries, Esq.
> GIBBS & BRUNS LLP
> 1100 Louisiana, Suite 5300
> Houston, TX 77002
> Telephone: (713) 650-8805
> Facsimile:  (713) 750-0903
> E-mail:  kpatrick@gibbsbruns.com
> E-mail:  shumphries@gibbsbruns.com
>
> -AND-
>
> D. Ross Martin, Esq.
> Keith H. Wofford, Esq.
> ROPES & GRAY LLP
> 1211 Avenue of the Americas
> New York, NY 10036-8704
> Telephone:  (212) 596-9000
> Facsimile:  (212) 596-9090
> E-mail:  ross.martin@ropesgray.com
> E-mail:  keith.wofford@ropesgray.com

PLEASE TAKE FURTHER NOTICE that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in these cases.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance, and any subsequent appearance, pleading, claim, or suit, is not intended, nor shall be deemed, to waive the Ad Hoc RMBS Holder Group's: (i) right to have final orders in non-core matters entered

only after *de novo* review by a United States District Court Judge; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court Judge in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which the Ad Hoc RMBS Holder Group is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.

Dated:  May 14, 2012
       New York, New York

*/s/ D. Ross Martin*

Kathy D. Patrick, Esq. (*pro hac vice* pending)
Scott A. Humphries, Esq. (*pro hac vice* pending)
GIBBS & BRUNS LLP
1100 Louisiana, Suite 5300
Houston, TX 77002
Telephone: (713) 650-8805
Facsimile:  (713) 750-0903

-AND-

ROPES & GRAY LLP
D. Ross Martin, Esq. (DM-2947)
Keith H. Wofford, Esq. (KW-2225)
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone:  (212) 596-9000
Facsimile:   (212) 596-9090

*Attorneys for the Ad Hoc RMBS Holder Group*