GIBBS & BRUNS LLP
Kathy D. Patrick, Esq. (*pro hac vice* pending)
Scott A. Humphries, Esq. (*pro hac vice* pending)
1100 Louisiana, Suite 5300
Houston, TX 77002
Telephone: (713) 650-8805
Facsimile: (713) 750-0903

-AND-

ROPES & GRAY LLP
D. Ross Martin, Esq. (DM-2947)
Keith H. Wofford, Esq. (KW-2225)
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090

*Attorneys for the Ad Hoc RMBS Holder Group*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>Residential Capital, LLC, *et al.*<br><br>Debtors. | Chapter 11<br><br>Case No. 12-12020 (MG)<br><br>Joint Administration Pending |

### MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Scott A. Humphries, Esq., request admission, *pro hac vice*, before the Honorable Martin Glenn, to represent the Ad Hoc RMBS Holder Group in the above-captioned case. I certify that I am a member in good standing of the bar of the State of Texas and admitted to practice in the United States Courts of Appeal for the Second, Fifth, and Tenth Circuits and the United States District Courts for the Northern, Eastern, and Southern Districts of Texas.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

30555746_1

Dated: New York, New York
       May 14, 2012

GIBBS & BRUNS LLP

/s/ Scott A. Humphries
_____
Scott A. Humphries, Esq.
1100 Louisiana, Suite 5300
Houston, TX 77002
Telephone: (713) 650-8805
Facsimile: (713) 750-0903
E-mail: shumphries@gibbsbruns.com

2

30555507_1

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>Residential Capital, LLC, *et al.*<br><br>Debtors. | Chapter 11<br><br>Case No. 12-12020 (MG) |

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Scott A. Humphries, Esq., to be admitted, ***pro hac vice***, to represent the Ad Hoc RMBS Holder Group in the above-captioned case, and upon the movant's certification that the movant is a member in good standing of the bar of the State of Texas and admitted to practice in Texas courts, the United States Courts of Appeal for the Second, Fifth, and Tenth Circuits and the United States District Courts for the Northern, Eastern, and Southern Districts of Texas, it is hereby:

**ORDERED**, that Scott A. Humphries is admitted to practice, ***pro hac vice***, in the above-captioned case, to represent the Ad Hoc RMBS Holder Group in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated:    New York, New York
         _____, 2012

                                            _____
                                            United States Bankruptcy Judge

30555746_1