**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, *et al.*, | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Joint Administration Pending |
| | ) | |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Paul D. Moak, request admission, *pro hac vice*, before the Honorable Martin Glenn, to represent Federal Home Loan Mortgage Corporation ("Freddie Mac") in the above-referenced bankruptcy cases.

I certify that I am a member in good standing of the bar in the state of Texas.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated:  May 14, 2012
         New York, New York

                                                      */s/  Paul D. Moak*
                                                      MCKOOL SMITH P.C.
                                                      600 Travis Street, Suite 7000
                                                      Houston, Texas 77002
                                                      Telephone:  (713) 485-7300
                                                      Facsimile:  (713) 485-7344
                                                      E-mail:  pmoak@mckoolsmith.com

                                                      *Attorneys for Freddie Mac*

McKool 444714v1