KLESTADT & WINTERS, LLP
Tracy L. Klestadt
Joseph C. Corneau
570 Seventh Avenue, 17th Floor
New York, New York 10018
Tel: (212) 972-3000
Fax: (212) 972-2245

Attorneys for Tracy L. Klestadt, in his
Capacity as Chapter 7 Trustee of Alliance
Mortgage Investments, Inc. and Alliance Bancorp

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| RESIDENTIAL CAPITAL, LLC, *et al.*, | : | Case No. 12-12020(MG) |
|  | : |  |
|  | : | Jointly Administered |
| Debtors. | : |  |
|  | : |  |

**NOTICE OF APPEARANCE OF KLESTADT & WINTERS, LLP FOR TRACY L. KLESTADT, IN HIS CAPACITY AS CHAPTER 7 TRUSTEE OF ALLIANCE MORTGAGE INVESTMENTS, INC. AND ALLIANCE BANCORP PURSUANT TO BANKRUPTCY RULE 9010 AND DEMAND FOR SERVICE OF ALL <u>NOTICES PURSUANT TO BANKRUPTCY RULE 2002</u>**

**PLEASE TAKE NOTICE,** that pursuant to Rule 9010 of the Federal Rules of Bankruptcy Procedure that Klestadt & Winters, LLP appears for and on behalf of Tracy L. Klestadt, in his capacity as Chapter 7 Trustee of Alliance Mortgage Investments, Inc. and Alliance Bancorp, in the above-captioned bankruptcy cases.

**PLEASE TAKE FURTHER NOTICE,** that pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, it is requested that all notices given or required to be given in the Chapter 11 cases, including but not limited to all papers filed and served in all adversary proceedings in the Chapter 11 cases and all notices mailed to any statutory committees or their authorized agents, be given to and served upon:

Klestadt & Winters, LLP
570 Seventh Avenue, 17th Floor
New York, NY 10018
Attn: Tracy L. Klestadt
Joseph C. Corneau
Tel: (212) 972-3000
Fax: (212) 972-2245
tklestadt@klestadt.com
jcorneau@klestadt.com

**PLEASE TAKE FURTHER NOTICE,** that the foregoing request includes not only notices and papers referred to in Rule 2002 of the Federal Rules of Bankruptcy Procedure, but also includes, without limitation, orders and notices of applications, motions, petitions, pleadings, requests, complaints or demands, whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, or otherwise that affects the above-named debtors and debtors in possession, or the property of such debtors or the debtors' estates.

Dated: New York, New York
       May 14, 2012

KLESTADT & WINTERS, LLP

By: _/s/ Joseph C. Corneau____
    Tracy L. Klestadt
    Joseph C. Corneau
570 Seventh Avenue, 17th Floor
New York, New York 10018
Tel:  (212) 972-3000
Fax:  (212) 972-2245

Attorneys for Tracy L. Klestadt, in his
Capacity as Chapter 7 Trustee of Alliance
Mortgage Investments, Inc. and Alliance
Bancorp