**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------

|  |  |
|---|---|
| In re: | )    Case No. 12-12020 (MG) |
| | ) |
| RESIDENTIAL CAPITAL, LLC, *et al.*, | )    Chapter 11 |
| | ) |
| Debtors. | )    Joint Administration Pending |
| | ) |

---------------------------------------------------------------------

### ORDER GRANTING MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion (the "Motion")[1] of Paul D. Moak, Esq. (the "Movant"), to be admitted

*pro hac vice*, to represent Freddie Mac, a party-in-interest in the above-referenced bankruptcy

cases, and upon the Movant's certification that the Movant is a member in good standing of the

bar in the State of Texas, it is hereby

ORDERED that Paul D. Moak, Esq., is admitted to practice, *pro hac vice*, to represent

Freddie Mac in the United States Bankruptcy Court for the Southern District of New York,

provided that the filing fee has been paid..

Dated: May ___, 2012
New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE

---

[1]    Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.