UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re | Chapter 11 |
|---|---|
| Residential Capital, LLC, *et al.* | Case No. 12-12020 (MG) |
| Debtors. | |

**ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE***

Upon the motion of Scott A. Humphries, Esq., to be admitted, ***pro hac vice***, to represent the Ad Hoc RMBS Holder Group in the above-captioned case, and upon the movant's certification that the movant is a member in good standing of the bar of the State of Texas and admitted to practice in Texas courts, the United States Courts of Appeal for the Second, Fifth, and Tenth Circuits and the United States District Courts for the Northern, Eastern, and Southern Districts of Texas, it is hereby:

**ORDERED**, that Scott A. Humphries is admitted to practice, ***pro hac vice***, in the above-captioned case, to represent the Ad Hoc RMBS Holder Group in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated:   New York, New York
         **May 14, 2012**

                                    ____/s/Martin Glenn_____
                                    United States Bankruptcy Judge