**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>Residential Capital, LLC, *et al.*<br><br>Debtors. | Chapter 11<br><br>Case No. 12-12020 (MG) |

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Kathy D. Patrick, Esq., to be admitted, *pro hac vice*, to represent the Ad Hoc RMBS Holder Group in the above-captioned case, and upon the movant's certification that the movant is a member in good standing of the bar of the State of Texas and the District of Columbia and admitted to practice in Texas courts, the United States Court of Appeals for the Fifth Circuit, and the United States Court for the Southern District of Texas, it is hereby:

**ORDERED**, that Kathy D. Patrick, is admitted to practice, *pro hac vice*, in the above-captioned case, to represent the Ad Hoc RMBS Holder Group in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated:    New York, New York
         **May 14, 2012**

                                                    _____/s/Martin Glenn_____
                                                    United States Bankruptcy Judge