**MORRISON COHEN LLP**
909 Third Avenue
New York, New York 10022
(212) 735-8600
Joseph T. Moldovan, Esq.

Attorneys for the Independent Directors
of the Residential Capital, LLC

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re | : | |
| | : | Chapter 11 |
| RESIDENTIAL CAPITAL, LLC, *et al.,*[1] | : | |
| | : | Case No. 12-12020 (MG) |
| | : | |
| Debtors. | : | (Joint Administration Pending) |
| | : | |

**NOTICE OF APPEARANCE AND DEMAND**
**FOR SERVICE OF PAPERS BY REGULAR MAIL**

PLEASE TAKE NOTICE, that pursuant to 11 U.S.C. § 1109(b) and Rules 2002, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure ("Rules"), Morrison Cohen LLP, as counsel for the Independent Directors of Residential Capital, LLC ("Independent Directors"), requests that copies of all notices, papers, and pleadings including, without limitation, orders, applications, objections to proofs of claim, notices of cure amounts, petitions, plan, disclosure statement, demands, motions, or documents of any kind, whether written or oral, formal or informal, and whether transmitted or conveyed by mail, hand delivery, telephone, telecopier, telex, computer data medium or any electronic means, filed or served in these cases, or any related adversary proceeding (collectively, "Documents"), be served upon the following:

---

[1] The Debtors are: Ditech, LLC; DOA Holding Properties, LLC; DOA Holdings NoteCo, LLC; DOA Properties IX (Lots-Other), LLC; EPRE LLC; Equity Investment I, LLC; ETS of Virginia, Inc.; ETS of Washington, Inc.; Executive Trustee Services, LLC; GMAC Model Home Finance I, LLC; GMAC Mortgage USA Corporation; GMAC Mortgage, LLC; GMAC Residential Holding Company, LLC; GMACM Borrower LLC; GMACR Mortgage Products, LLC; GMAC-RFC Holding Company, LLC; GMACRH Settlement Services, LLC; HFN REO SUB II, LLC; Home Connects Lending Services, LLC; Homecomings Financial, LLC; Homecomings Financial Real Estate Holdings, LLC; Ladue Associates, Inc.; Passive Asset Transactions, LLC; PATI A, LLC; PATI B, LLC; PATI Real Estate Holdings, LLC; RAHI A, LLC; RAHI B, LLC; RAHI Real Estate Holdings, LLC; RCSFJV2004, LLC; Residential Accredit Loans, Inc.; Residential Asset Mortgage Products, Inc.; Residential Asset Securities Corporation; Residential Capital, LLC; Residential Consumer Services of Alabama, LLC; Residential Consumer Services of Ohio, LLC; Residential Consumer Services of Texas, LLC; Residential Consumer Services, LLC; Residential Funding Company, LLC; Residential Funding Mortgage Exchange, LLC; Residential Funding Mortgage Securities I, Inc.; Residential Funding Mortgage Securities II, Inc.; Residential Funding Real Estate Holdings, LLC; Residential Mortgage Real Estate Holdings, LLC; RFC Asset Holdings II, LLC; RFC Asset Management, LLC; RFC Borrower LLC; RFC Construction Funding, LLC; RFC SFJV-2002, LLC; and RFC-GSAP Servicer Advance, LLC.

Joseph T. Moldovan, Esq.
**MORRISON COHEN LLP**
909 Third Avenue
New York, New York 10022
Telephone: 212.735.8600
Facsimile: 212.735.8708
jmoldovan@morrisoncohen.com
bankruptcy@morrisoncohen.com

**MORRISON COHEN LLP REQUESTS THAT IN ADDITION TO ANY METHOD OF SERVICE REQUIRED BY THE BANKRUPTCY CODE OR RULES OR BY COURT ORDER IN THIS CASE, ALL DOCUMENTS BE SERVED UPON IT BY REGULAR MAIL OR OTHER HARD COPY DELIVERY, SUCH AS FEDERAL EXPRESS OR OTHER OVERNIGHT COURIER.**

Neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive the Independent Directors's: (i) right to have a final order in non-core matters entered only after de novo review by a United States District Court Judge; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which Independent Directors are or may be entitled under agreements, in law, or equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.

Dated: New York, New York
        May 14, 2012

**MORRISON COHEN LLP**
Attorneys for the Independent Directors of
Residential Capital, LLC


By:    */s/Joseph T. Moldovan*
       Joseph T. Moldovan
       909 Third Avenue
       New York, New York 10022
       (212) 735-8600

#3904816 v1 \020530 \0001

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK   )

   **MARIOLA WIATRAK,** being duly sworn, deposes and says:

   I am employed by the firm of Morrison Cohen LLP, attorneys for the Independent Directors of Residential Capital, LLC. I am not a party to this action, am over 18 years of age and reside in Forest Hills, New York.

   On May 14, 2012, I served copies of the Notice of Appearance and Demand for Service of Papers, upon the parties on the annexed service list, via the Court's CM/ECF System on all parties of record receiving notice in this case, and by enclosing same in wrappers respectively addressed to the addresses designated for that purpose and causing same to be deposited first class and post-paid in an official depository under the care and custody of the United Stated Postal Service within the State of New York.

                                        /s/ Mariola Wiatrak
                                        MARIOLA WIATRAK

Sworn to before me this
14th day of May, 2012


    */s/ Notary Public*
     NOTARY PUBLIC

#3904816 v1 \020530 \0001

## SERVICE LIST

Larren M. Nashelsky, Esq.
Lorenzo Marinuzzi, Esq.
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104

Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004

KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022-4611
Attn: Richard M. Cieri, Esq.
Ray C. Schrock, Esq.
Stephen E. Hessler, Esq.

WINSTON & STRAWN LLP
David Neier, Esq.
Carey D. Schreiber, Esq.
Alan Moskowitz, Esq.
200 Park Avenue
New York, New York 10166-4193

Michael R. Carney, Esq.
MCKOOL SMITH P.C.
One Bryant Park, 47th Floor
New York, New York 10036

Paul D. Moak, Esq.
MCKOOL SMITH P.C.
600 Travis Street, Suite 7000
Houston, Texas 77002

Kenton W. Hambrick, Esq.
Associate General Counsel
Freddie Mac, M/S202
8200 Jones Branch Drive
McLean, Virginia 22102

Kathy D. Patrick, Esq.
Scott A. Humphries, Esq.
GIBBS & BRUNS LLP
1100 Louisiana, Suite 5300
Houston, TX 77002

#3904816 v1 \020530 \0001

4

D. Ross Martin, Esq.
Keith H. Wofford, Esq.
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036-8704

Klestadt & Winters, LLP
570 Seventh Avenue, 17th Floor
New York, NY 10018
Attn: Tracy L. Klestadt, Esq.
Joseph C. Corneau, Esq.

#3904816 v1 \020530 \0001