**MORRISON COHEN LLP**
909 Third Avenue
New York, NY  10022
(212) 735-8600
Joseph T. Moldovan

Attorneys for the Independent Directors
of the Residential Capital, LLC

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____
In re                                                              :
                                                                        :           Chapter 11
RESIDENTIAL CAPITAL, LLC, *et al.,*[1]  :
                                                                        :           Case No. 12-12020 (MG)
                                                                        :
                                    Debtors.             :           (Joint Administration Pending)
_____:

## **MOTION FOR ADMISSION TO PRACTICE,** *Pro Hac Vice*

I, **Michael Connolly**, a member in good standing of the bar of New York, request admission, *pro hac vice*, before the Honorable Martin Glenn to represent the Independent Directors of the Residential Capital, LLC.

My mailing address is Morrison Cohen LLP, 909 Third Avenue, New York, NY 10022.
My e-mail address is: mconnolly@morrisoncohen.com telephone number is: (212) 735-8788.
I agree to pay the fee of $200 upon approval by this Court admitting me to practice ***pro hac vice***.

Dated:  May 14, 2012
            New York, New York

                                                                                    */s/ Michael Connolly*
                                                                                    Michael Connolly

---

[1] The Debtors are: Ditech, LLC; DOA Holding Properties, LLC; DOA Holdings NoteCo, LLC; DOA Properties IX (Lots-Other), LLC; EPRE LLC; Equity Investment I, LLC; ETS of Virginia, Inc.; ETS of Washington, Inc.; Executive Trustee Services, LLC; GMAC Model Home Finance I, LLC; GMAC Mortgage USA Corporation; GMAC Mortgage, LLC; GMAC Residential Holding Company, LLC; GMACM Borrower LLC; GMACR Mortgage Products, LLC; GMAC-RFC Holding Company, LLC; GMACRH Settlement Services, LLC; HFN REO SUB II, LLC; Home Connects Lending Services, LLC; Homecomings Financial, LLC; Homecomings Financial Real Estate Holdings, LLC; Ladue Associates, Inc.; Passive Asset Transactions, LLC; PATI A, LLC; PATI B, LLC; PATI Real Estate Holdings, LLC; RAHI A, LLC; RAHI B, LLC; RAHI Real Estate Holdings, LLC; RCSFJV2004, LLC; Residential Accredit Loans, Inc.; Residential Asset Mortgage Products, Inc.; Residential Asset Securities Corporation; Residential Capital, LLC; Residential Consumer Services of Alabama, LLC; Residential Consumer Services of Ohio, LLC; Residential Consumer Services of Texas, LLC; Residential Consumer Services, LLC; Residential Funding Company, LLC; Residential Funding Mortgage Exchange, LLC; Residential Funding Mortgage Securities I, Inc.; Residential Funding Mortgage Securities II, Inc.; Residential Funding Real Estate Holdings, LLC; Residential Mortgage Real Estate Holdings, LLC; RFC Asset Holdings II, LLC; RFC Asset Management, LLC; RFC Borrower LLC; RFC Construction Funding, LLC; RFC SFJV-2002, LLC; and RFC-GSAP Servicer Advance, LLC.

#3905108 v1 \020530 \0001

# **ORDER**

**ORDERED,**

that Michael Connolly, Esq., is admitted to practice, ***pro hac vice***, in the above-referenced case in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: May ____ 2012
       New York, New York

                                      UNITED STATES BANKRUPTCY JUDGE