Andrew K. Glenn (AGlenn@kasowitz.com)
Matthew B. Stein (MStein@kasowitz.com)
Daniel A. Fliman (DFliman@kasowitz.com)
Nii-Amar Amamoo (NAmamoo@kasowitz.com)
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1633 Broadway
New York, NY 10019
Telephone: (212) 506-1700
Facsimile: (212) 506-1800

*Attorneys for the Federal Housing Finance Agency as Conservator of the Federal National Mortgage Association ("Fannie Mae") and the Federal Home Loan Mortgage Corporation*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------- x
In re:                                      : Case No. 12-12020 (KG)
                                            :
RESIDENTIAL CAPITAL, LLC, *et al.*          : Chapter 11
                                            :
                           Debtors.         : Joint Administration Pending
                                            :
--------------------------------------------------------- x

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that, pursuant to Bankruptcy Code § 1109(b) and Bankruptcy Rules 2002, 9007, and 9010, the Federal Housing Finance Agency ("FHFA"), as Conservator of the Federal National Mortgage Association ("Fannie Mae") and the Federal Home Loan Mortgage Corporation ("Freddie Mac"), a party-in-interest in the Chapter 11 cases of the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), hereby appears, by and through its undersigned attorneys, in the Debtors' Chapter 11 cases.

PLEASE TAKE FURTHER NOTICE that, pursuant to Bankruptcy Code § 1109(b), FHFA requests that all pleadings, documents, and notices (including, without limitation, not only those pleadings, documents, and notices referred to in Bankruptcy Rule 2002, but also any orders, applications, motions, petitions, requests, complaints, answers, replies, schedules of

assets or liabilities, statements of financial affairs, operating reports, plans of reorganization, disclosure statements, or demands, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, facsimile, e-mail, or otherwise) filed, given, or to be given in the Debtors' cases be given and served upon:

>Andrew K. Glenn
>Matthew B. Stein
>Daniel A. Fliman
>Nii-Amar Amamoo
>KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
>1633 Broadway
>New York, NY 10019
>Telephone: (212) 506-1700
>Facsimile: (212) 506-1800
>Email: AGlenn@kasowitz.com
>Email: Mstein@kasowitz.com
>Email: DFliman@kasowitz.com
>Email: NAmamoo@kasowitz.com

PLEASE TAKE FURTHER NOTICE that neither this notice, any subsequent appearance (by pleading or otherwise), nor any participation in or in connection with the Debtors' Chapter 11 cases is intended to be, or shall be construed as, a waiver of FHFA's (i) right to have final orders in non-core matters entered only after review *de novo* by a District Court judge; (ii) right to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related thereto; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs, or

recoupments, all of which rights, actions, setoffs, defenses, and recoupments, which are expressly reserved.

Dated: May 14, 2012
      New York, NY

Respectfully submitted,

<u>/s/ Andrew K. Glenn</u>
Andrew K. Glenn
Matthew B. Stein
Daniel A. Fliman
Nii-Amar Amamoo
KASOWITZ, BENSON, TORRES
   & FRIEDMAN LLP
1633 Broadway
New York, New York 10019
(212) 506-1700
(212) 506-1800

*Attorneys for the Federal Housing Finance Agency as Conservator of the Federal National Mortgage Association ("Fannie Mae") and the Federal Home Loan Mortgage Corporation*