UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re:  )  Case No. 12-12020 (MG)
 )
RESIDENTIAL CAPITAL, LLC, *et al.*,  )  Chapter 11
 )
 Debtors.  )  Joint Administration Pending
 )

---

**ORDER GRANTING MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE***

Upon the motion (the "Motion")[1] of Paul D. Moak, Esq. (the "Movant"), to be admitted *pro hac vice*, to represent Freddie Mac, a party-in-interest in the above-referenced bankruptcy cases, and upon the Movant's certification that the Movant is a member in good standing of the bar in the State of Texas, it is hereby

ORDERED that Paul D. Moak, Esq., is admitted to practice, *pro hac vice*, to represent Freddie Mac in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid..

Dated: May 14, 2012
New York, New York

/s/Martin Glenn
UNITED STATES BANKRUPTCY JUDGE

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

McKool 444714v1