Gregory M. Petrick
Ingrid Bagby
CADWALADER, WICKERSHAM & TAFT LLP
One World Financial Center
New York, New York 10281
Telephone: (212) 504-6000
Facsimile: (212) 504-6666

-and-

Mark C. Ellenberg (admission *pro hac vice* pending)
CADWALADER, WICKERSHAM & TAFT LLP
700 Sixth Street, N.W.
Washington, DC 20001
Telephone: (202) 862-2200
Facsimile: (202) 862-2400

*Attorneys for MBIA Insurance Corporation*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Chapter 11 |
| **RESIDENTIAL CAPITAL, LLC, <u>et al.</u>,** | Case No. 12-12020 (MG) |
| Debtors. | Joint Administration Requested |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE** that Cadwalader, Wickersham & Taft LLP hereby enters its appearance in the above-captioned cases as counsel to MBIA Insurance Corporation ("<u>MBIA</u>") pursuant to sections 342 and 1109 of title 11 of the United States Code (the "<u>Bankruptcy Code</u>") and Rules 2002, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>"), and such counsel hereby requests that all papers and notices given or required to be given and all papers and notices filed or served in these cases or in any cases consolidated or administered herewith be delivered to and served upon:

USActive 25896435.1                                                2

Gregory M. Petrick, Esq.
Ingrid Bagby, Esq.
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, New York 10281
Telephone: (212) 504-6000
Facsimile: (212) 504-6666
Email: gregory.petrick@cwt.com
ingrid.bagby@cwt.com

- and –

Mark C. Ellenberg, Esq.
Cadwalader, Wickersham & Taft LLP
700 Sixth Street, N.W.
Washington, DC 20001
Telephone: (202) 862-2200
Facsimile: (202) 862-2400
Email: mark.ellenberg@cwt.com

**PLEASE TAKE FURTHER NOTICE** that this request encompasses all notices, copies, and pleadings referred to in sections 342 and 1109(b) of the Bankruptcy Code, or in Bankruptcy Rules 2002, 9007, or 9010 including, without limitation, notices of any orders, motions, orders to show cause, demands, complaints, petitions, pleadings, memoranda, affidavits, declarations, notices of adjournment, disclosure statement(s) and plan(s) of reorganization, or requests, presentments, applications, and any other documents brought before this Court or in these cases and the proceedings therein, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, electronic mail, telegraph, telecopy, telex, or otherwise which affect or seek to affect the above captioned cases and any proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and Request for Service of Papers nor any subsequent appearance, pleading, claim, proof of claim, document, suit, motion nor any other writing or conduct should be taken to constitute a

waiver of any right of MBIA (i) to have any and all final orders in any and all non-core matters (or core matters as to which the Bankruptcy Court does not have authority to enter a final order) entered only after de novo review by a United States District Court Judge; (ii) to trial by jury in any proceeding as to any and all matters so triable herein, whether or not the same be designated legal or private rights, or in any case, controversy or proceeding related hereto, and whether such jury trial is pursuant to statute or the United States Constitution; (iii) to have the reference of this matter withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and (iv) to rights, claim, actions or defenses, setoffs, recoupments or other matters to which this party is entitled under any agreements or at law or in equity or under the United States Constitution.

Dated: New York, New York
       May 14, 2012

**CADWALADER, WICKERSHAM & TAFT LLP**

*/s/ Gregory M. Petrick*
Gregory M. Petrick
Ingrid Bagby
CADWALADER, WICKERSHAM & TAFT LLP
One World Financial Center
New York, New York 10281
Telephone: (212) 504-6000
Facsimile: (212) 504-6666

-and-

Mark C. Ellenberg
CADWALADER, WICKERSHAM & TAFT LLP
700 Sixth Street, N.W.
Washington, DC 20001
Telephone: (202) 862-2200
Facsimile: (202) 862-2400

*Attorneys for MBIA Insurance Corporation*

3