**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re | : | |
| | : | Chapter 11 |
| RESIDENTIAL CAPITAL, LLC, *et al.,*[1] | : | |
| | : | Case No. 12-12020 (MG) |
| | : | |
| Debtors. | : | (Joint Administration Pending) |
| | : | |

<u>**ORDER FOR ADMISSION TO PRACTICE,** *Pro Hac Vice*</u>

**It is ORDERED,**

that Michael Connolly, Esq., is admitted to practice, ***pro hac vice***, in the above-referenced case

in the United States Bankruptcy Court, Southern District of New York, subject to payment of the

filing fee.

Dated: **May 14, 2012**
        New York, New York                    _____**/s/Martin Glenn**_____
                                               UNITED STATES BANKRUPTCY JUDGE