Gregory M. Petrick
Ingrid Bagby
CADWALADER, WICKERSHAM & TAFT LLP
One World Financial Center
New York, New York 10281
Telephone: (212) 504-6000
Facsimile: (212) 504-6666

-and-

Mark C. Ellenberg (admission *pro hac vice* pending)
CADWALADER, WICKERSHAM & TAFT LLP
700 Sixth Street, N.W.
Washington, DC 20001
Telephone: (202) 862-2200
Facsimile: (202) 862-2400

*Attorneys for MBIA Insurance Corporation*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
            :
**In re:**       :    **Chapter 11**
            :
**RESIDENTIAL CAPITAL, LLC, et al.,**  :    **Case No. 12-12020 (MG)**
            :
            :    **Joint Administration Requested**
        **Debtors.**   :
            :
----------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE PRO HAC VICE

I, Mark C. Ellenberg, a member in good standing of the Bar of the District of Columbia, and admitted to practice before the United States Supreme Court, the Second, Third, Fourth, Fifth, Sixth, Eighth, Tenth, District of Columbia, and Federal Circuits of the United States Courts of Appeals and the United States District Courts for the Districts of Maryland and the District of Columbia, request admission *pro hac vice* before the Honorable Martin Glenn, to represent MBIA Insurance Corporation, in the above-referenced cases.

|  |  |
|---|---|
| Mailing address: | CADWALADER, WICKERSHAM & TAFT LLP |
|  | 1201 F Street, N.W. |
|  | Washington, DC 20004 |
| Telephone: | (202) 862-2200 |
| Facsimile: | (202) 862-2400 |
| E-mail address: | mark.ellenberg@cwt.com |

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated:   Washington, DC
             May 14, 2012

/s/  Mark C. Ellenberg
Mark C. Ellenberg
CADWALADER, WICKERSHAM & TAFT LLP
1201 F Street, N.W.
Washington, DC 20004
Telephone: (202) 862-2200
Facsimile: (202) 862-2400

*Attorneys for MBIA Insurance Corporation*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
**In re:**                                                                    :      **Chapter 11**
:
**RESIDENTIAL CAPITAL, LLC, et al.,**           :      **Case No. 12-12020 (MG)**
:
:      **Joint Administration Requested**
**Debtors.**                                      :
:
---------------------------------------------------------------x

### ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE*

UPON the motion of Mark C. Ellenberg dated May 14, 2012 for admission *pro hac vice* in these bankruptcy proceedings, it is hereby;

**ORDERED** that Mark C. Ellenberg, Esq., is admitted to practice, *pro hac vice*, in the above-referenced bankruptcy proceedings in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated: _____
        New York, New York

 

_____
HON.  MARTIN GLENN
UNITED STATES BANKRUPTCY JUDGE