UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
: 
In re:                                                       :    Chapter 11
                                                             :
RESIDENTIAL CAPITAL, LLC, et al.,                            :    Case No. 12-12020 (MG)
                                                             :
                                                             :    Joint Administration Pending
                            Debtors.                         :
------------------------------------------------------------ x

## MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

    I, Larry J. Nyhan, request admission *pro hac vice*, before the Honorable Martin Glenn to represent Nationstar Mortgage LLC, a party-in-interest in the above-referenced case.

    *I certify that I am a member in good standing* of the bar of the State of Illinois, the bar of the United States District Court for the Northern District of Illinois, and the bars of the United States Court of Appeals for the Sixth and Seventh Circuits.

    I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: May 14, 2012
       New York, New York

                            _/s/ Larry J. Nyhan_____
                            Larry J. Nyhan

                            Mailing address:
                            Sidley Austin LLP
                            One South Dearborn
                            Chicago, Illinois 60603
                            E-mail address:  lnyhan@sidley.com
                            Telephone number:  (312) 853-7000

NY1 8232841v.1