UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x
                                    :

In re:                                :        Chapter 11

                                      :

RESIDENTIAL CAPITAL, LLC, et al.,    :        Case No. 12-12020 (MG)

                                      :

                                      :        Joint Administration Pending

                     Debtors.     :
---------------------------------------------------------- x

## <u>ORDER GRANTING ADMISSION TO PRACTICE,</u> *Pro Hac Vice*

         Upon the motion of Larry J. Nyhan, to be admitted, ***pro hac vice***, to represent Nationstar Mortgage LLC, a party-in-interest in the above-referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Illinois, the bar of the U.S. District Court for the Northern District of Illinois, and the bars of the United States Court of Appeals for the Sixth and Seventh Circuits, it is hereby

         **ORDERED**, that Larry J. Nyhan, Esq., is admitted to practice, ***pro hac vice***, in the above referenced case to represent , in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: May __, 2012
       New York, New York

                            _____
                            UNITED STATES BANKRUPTCY JUDGE