UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

In re:                                                :    Chapter 11
                                                      :
RESIDENTIAL CAPITAL, LLC, et al.,                     :    Case No. 12-12020 (MG)
                                                      :
                                                      :    Joint Administration Requested
                Debtors.                              :
                                                      :
-------------------------------------------------------------x

### ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE*

UPON the motion of Mark C. Ellenberg dated May 14, 2012 for admission *pro hac vice* in these bankruptcy proceedings, it is hereby;

**ORDERED** that Mark C. Ellenberg, Esq., is admitted to practice, *pro hac vice*, in the above-referenced bankruptcy proceedings in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated: 5/14/12
New York, New York

/s/Martin Glenn
UNITED STATES BANKRUPTCY JUDGE