**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
----------------------------------------------------------------x
                                                    :
In re                                               :          Chapter 11
                                                    :
RESIDENTIAL CAPITAL, LLC, et al.,¹                  :          Case No. 12-12020 (MG)
                                                    :
                                                    :
                                                    :
                                                    :          (Joint Administration Pending)
                      Debtors.                      :
----------------------------------------------------------------x
```

## AFFIDAVIT OF SERVICE

I, Melissa Loomis, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the proposed claims and noticing agent for the Debtors.

1. On May 14, 2012, at my direction and under my supervision, employees of KCC caused the following documents to be served via Electronic Mail on the service list attached hereto as **Exhibit A**:

    - Debtors' Motion for Order Under Bankruptcy Rule 1015 Authorizing Joint Administration of the Debtors' Chapter 11 Cases [Docket No. 4]

---

1  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Residential Capital, LLC (0738); ditech, LLC (7228); DOA Holding Properties, LLC (4257); DOA Properties IX (Lots-Other), LLC (3274), EPRE LLC (7974); Equity Investment I, LLC (2797); ETS of Virginia, Inc. (1445); ETS of Washington, Inc. (0665); Executive Trustee Services, LLC (8943); GMAC Model Home Finance I, LLC (8469); GMAC Mortgage USA Corporation (6930); GMAC Mortgage, LLC (4840); GMAC Residential Holding Company, LLC (2190); GMAC RH Settlement Services, LLC (6156); GMACM Borrower LLC (4887); GMACM REO LLC (2043); GMACR Mortgage Products, LLC (6369); GMAC-RFC Holding Company, LLC (3763); HFN REO Sub II, LLC (N/A); Home Connects Lending Services, LLC (9412); Homecomings Financial Real Estate Holdings, LLC (6869); Homecomings Financial, LLC (9458); Ladue Associates, Inc. (3048); Passive Asset Transactions, LLC (4130); PATI A, LLC (2729); PATI B, LLC (2937); PATI Real Estate Holdings, LLC (5201); RAHI A, LLC (3321); RAHI B, LLC (3553); RAHI Real Estate Holdings, LLC (5287); RCSFJV204, LLC (2722); Residential Accredit Loans, Inc. (8240); Residential Asset Mortgage Products, Inc. (5181); Residential Asset Securities Corporation (2653); Residential Consumer Services of Alabama, LLC (5449); Residential Consumer Services of Ohio, LLC (4796); Residential Consumer Services of Texas, LLC (0515); Residential Consumer Services, LLC (2167); Residential Funding Company, LLC (1336); Residential Funding Mortgage Exchange, LLC (4247); Residential Funding Mortgage Securities I, Inc. (6294); Residential Funding Mortgage Securities II, Inc. (8858); Residential Funding Real Estate Holdings, LLC (6505); Residential Mortgage Real Estate Holdings, LLC (7180); RFC Asset Holdings II, LLC (4034); RFC Asset Management, LLC (4678); RFC Borrower LLC (5558); RFC Constructing Funding, LLC (5730); RFC REO LLC (2407); RFC SFJV-2002, LLC (4670); RFC-GSAP Servicer Advance, LLC (0289)

- Debtors' Motion for Interim and Final Orders Pursuant to 11 U.S.C. §§ 105, 362, 363(b)(1), 363(f), 363(m), 364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1) and 364(e) And Bankruptcy Rules 4001 and 6004 (I) Authorizing the Debtors to (A) Enter Into and Perform Under Receivables Purchase Agreements and Mortgage Loan Purchase and Contribution Agreements Relating to Initial Receivables and Mortgage Loans and Receivables Pooling Agreements Relating to Additional Receivables, and (B) Obtaining Postpetition Financing on a Secured, Superpriority Basis, (II) Scheduling a Final Hearing Pursuant to Bankruptcy Rules 4001(b) and 4001(c), and (III) Granting Related Relief [Docket No. 13]

- Debtors' Motion for Interim and Final Orders Pursuant to Bankruptcy Code Sections 105, 361, 362, 363, and 507(b) and Bankruptcy Rule 4001(b): (I) Authorizing the Use of Cash Collateral and Related Relief, (II) Granting Adequate Protection and (III) Scheduling a Final Hearing (Citibank, N.A. Cash Collateral) [Docket No. 15]

- Debtors Motion for Order Under Bankruptcy Code Sections 105(a), 345, 363, 364, and 503(b)(1) and Bankruptcy Rules 6003 and 6004 Authorizing (I) Continued Use of Cash Management Services and Practices, (II) Continued Use of Existing Bank Accounts, Checks, and Business Forms, (III) Implementation of Modified Cash Management Procedures, (IV) Interim Waiver of the Investment and Deposit Requirements of Bankruptcy Code Section 345, (V) Debtors to Honor Specified Outstanding Prepetition Payment Obligations, (VI) Continuation of Intercompany Transactions, Including Intercompany Transactions with Future Debtors, and Granting Administrative Expense Status to Intercompany Claims, and (VII) Scheduling a Final Hearing on the Relief Requested [Docket No. 16]

- Debtors' Motion for Interim and Final Orders Pursuant to Bankruptcy Code Sections 105, 361, 362, 363, and 507(b) and Bankruptcy Rules 4001 and 6004: (I) Authorizing the Debtors to Obtain Postpetition Financing on a Secured, Superpriority Basis, (II) Authorizing the Use of Cash Collateral and Related Relief, (III) Granting Adequate Protection and (IV) Scheduling a Final Hearing Pursuant to Bankruptcy Rules 4001(b) and 4001(c), And (V) Granting Related Relief (Debtor-In-Possession Financing and Ally Financial Inc. and Junior Secured Noteholders Cash Collateral) [Docket No. 19]

- Proposed Agenda for Emergency "First Day" Hearing Scheduled for May 14, 2012 and Continued "First Day" Hearing for May 15, 2012 [Docket No. 24]

- Proposed Corrected Agenda for Emergency "First Day" Hearing Scheduled for May 14, 2012 and Continued "First Day" Hearing for May 15, 2012 [Docket No. 31]

2.  Furthermore, on May 14, 2012, at my direction and under my supervision, employees of KCC caused the following documents to be served via Facsimile on the service list attached hereto as **Exhibit B**:

- Proposed Agenda for Emergency "First Day" Hearing Scheduled for May 14, 2012 and Continued "First Day" Hearing for May 15, 2012 [Docket No. 24]

- Proposed Corrected Agenda for Emergency "First Day" Hearing Scheduled for May 14, 2012 and Continued "First Day" Hearing for May 15, 2012 [Docket No. 31]

Dated:  May 14, 2012

_____*/s/ Melissa Loomis*_____
Melissa Loomis

State of California

County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 14th of May, 2012, by Melissa Loomis, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: __*/s/ Aimee M. Parel*_____

My Commission Expires: __*09/27/2013*___

# <u>**Exhibit A**</u>

**Exhibit A**
**Core/2002 List**
**Served via Electronic Mail**

| Party Description | Name | Notice Name | Email |
|---|---|---|---|
| Top 50 Creditor | Aegis Usa Inc. | | Kapil.Chopra@aegisglobal.com |
| Top 50 Creditor | Alan Gardner | c/o Williamson & Williams | roblin@williamslaw.com |
| Top 50 Creditor | Allstate Insurance | c/o Quinn Emanuel Urquhart & Sullivan | danbrockett@quinnemanuel.com |
| Ally Bank | Ally Bank | Tom Houghton | tom.houghton@ally.com |
| Prepetition Lender - LOC & Revolver | Ally Financial Inc | Jeffrey Brown Corporate Treasurer | jeff.brown@gmacfs.com |
| Prepetition Lender - LOC & Revolver | Ally Financial Inc | William B Solomon VP & General Counsel | william.b.solomon@ally.com |
| Top 50 Creditor | Ambac Assurance Corp | c/o Patterson Belknap Webb & Tyler | prforlenza@pbwt.com |
| Top 50 Creditor | Assured Guaranty Corp. | c/o Margaret Yanney | myanney@assuredguaranty.com |
| Securitization/HELOC Trustee | Bank of New York Mellon | Sarah Stout & Jennifer J Provenzano | Sarah.Stout@BNYMellon.com Jennifer.Provenzano@BNYMellon.com Michael.Spataro@BNYMellon.com Mageshwaran.Ramasamy@BNYMellon.com |
| Barclays Bank PLC, as administrative agent under the Pre-Petition GSAP Facility | Barclays Bank PLC | Alicia Borys & Patrick Kerner | alicia.borys@barclays.com patrick.kerner@barclays.com |
| Barclays Bank PLC, as administrative agent under the Pre-Petition GSAP Facility | Barclays Bank PLC | Joe Tricamo & May Wong | xrausloanops5@barclays.com |
| Buyer under the Pre-Petition Ally Repo Facility | BMMZ Holding LLC | c/o Ally Financial Inc, Attn Courtney Lowman | courtney.lowman@ally.com |
| Top 50 Creditor | BNYMellon | c/o Dechert LLP | hector.gonzalez@dechert.com |
| Top 50 Creditor | Boilermaker Blacksmith National Pension Trust | c/o Cohen Milstein Sellers & Toll PLLC | jlaitman@cohenmilstein.com |
| Top 50 Creditor | Brian Kessler, et al | c/o Walters Bender Strohbehn & Vaughan, P.C. | jhaake@wbsvlaw.com |
| Top 50 Creditor | Cambridge Place Investment Management Inc. | c/o Donnelly, Conroy & Gelhaar LLP | msd@dcglaw.com |
| Prepetition Lender - Secured lender under the MSR Facility | Citibank NA | Attn Bobbie Theivakumaran | bobbie.theivakumaran@citi.com |
| Top 50 Creditor | Credstar | | LPulford@corelogic.com |
| Top 50 Creditor | Deborah Pangel and Lee Sachs | c/o Linda Tirelli | WestchesterLegal@aol.com |
| Securitization Trustee | Deutsche Bank | Rosa Mendez | rosa.mendez@db.com |
| Top 50 Creditor | Deutsche Bank AG, New York | c/o Joe Salama | joe.salama@db.com |
| Top 50 Creditor | Don E. Diane M. Patterson | c/o Siegel Brill, P.A. | heidifurlong@siegelbrill.com |
| Top 50 Creditor | Donna Moore | c/o Kessler Topaz Meltzer & Check, LLP | eciolko@ktmc.com |
| Top 50 Creditor | Emortgage Logic | | info@emortgagelogic.com |
| Prepetition Lender - Fannie EAF | Fannie Mae | Attn John S Forlines Vice President, Credit Management | john_s_forlines@fanniemae.com |
| GSE - Fannie Mae | Fannie Mae | Catherine Lasher | catherine_lasher@fanniemae.com |
| Top 50 Creditor | Federal Home Loan Bank of Boston | c/o Keller Rohrback LLP | dloeser@kellerrohrback.com |
| Top 50 Creditor | Federal Home Loan Bank of Chicago | c/o Keller Rohrback LLP | dloeser@kellerrohrback.com |
| Top 50 Creditor | Federal Home Loan Bank of Indianapolis | c/o Keller Rohrback LLP | dloeser@kellerrohrback.com |
| Top 50 Creditor | Federal Housing Finance Agency | c/o Alfred Pollard | GeneralCounsel@FHFA.org |
| Top 50 Creditor | Financial Guaranty Insurance Co. | c/o Jones Day | cball@jonesday.com |
| Counsel to Freddie Mac | Freddie Mac | Kenton W Hambrick Associate General Counsel | kenton_hambrick@freddiemac.com |
| GSE - Freddie Mac | Freddie Mac | Paul Mullings | paul_mullings@freddiemac.com |
| Counsel to Ad Hoc RMBS Holder Group | Gibbs & Bruns LLP | Kathy D Patrick Esq & Scott A Humphries Esq | kpatrick@gibbsbruns.com shumphries@gibbsbruns.com |
| Counsel for the Institutional Investors | Gibbs & Bruns, L.L.P. | Kathy D. Patrick | kpatrick@gibbsbruns.com |
| GSE - Ginnie Mae | Ginnie Mae | Ted Tozer | theodore.w.tozer@hud.gov |
| Top 50 Creditor | Huntington Bancshares Inc. | c/o Grant & Eisenhofer | gjarvis@gelaw.com |
| Top 50 Creditor | Indecomm Global Services | | Rajan@indecomm.net |
| Internal Revenue Service | Internal Revenue Service | Insolvency Section | susanne.larson@irs.gov |
| Top 50 Creditor | Iowa Public Employees Retirement System | c/o Cohen Milstein Sellers & Toll PLLC | jlaitman@cohenmilstein.com |
| Top 50 Creditor | ISGN Fulfillment Services Inc | | Scott.slifer@isgn.com |
| Counsel to the Equity Security Holders (Ally Financial and Ally Bank) | Kirkland & Ellis | Richard M Cieri | richard.cieri@kirkland.com |
| Counsel to the Ally Financial Inc. & Ally Bank | Kirkland & Ellis LLP | Attn Ray C Schrock, Ray C Cieri & Stephen E Hessler | ray.schrock@kirkland.com richard.cieri@kirkland.com stephen.hessler@kirkland.com |
| Counsel to Tracy L Klestadt, in his Capacity as Chapter 7 Trustee of Alliance Mortgage Investments, Inc. and Alliance Bancorp | Klestadt & Winters LLP | Attn Tracy L Klestadt & Joseph C Corneau | tklestadt@klestadt.com jcorneau@klestadt.com |
| Claims and Noticing Agent | Kurtzman Carson Consultants | Alison M. Tearnen Schepper | rescapinfo@kccllc.com |
| Top 50 Creditor | MBIA, Inc. | c/o Cadwalader, Wickersham & Taft | gregory.petrick@cwt.com |
| Counsel to GSE - Freddie Mac | McKool Smith | Attn: Paul D. Moak | pmoak@McKoolSmith.com |

**Exhibit A**
**Core/2002 List**
**Served via Electronic Mail**

| Party Description | Name | Notice Name | Email |
|---|---|---|---|
| Counsel to Freddie Mac | McKool Smith PC | Michael R Carney | mcarney@mckoolsmith.com |
| Counsel to Freddie Mac | McKool Smith PC | Paul D Moak | pmoak@McKoolSmith.com |
| Top 50 Creditor | Midwest Operating Engineers Pension Trust Fund | c/o Cohen Milstein Sellers & Toll PLLC | jlaitman@cohenmilstein.com |
| Counsel to the Independent Directors of the Residential Capital, LLC | Morrison Cohen LLP | Joseph T Moldovan Esq | jmoldovan@morrisoncohen.com bankruptcy@morrisoncohen.com |
| Top 50 Creditor | National Credit Union Administration Board | c/o Susman Godfrey LLP | mseltzer@susmangodfrey.com |
| Top 50 Creditor | New Jersey Carpenters Health Fund | c/o Cohen Milstein Sellers & Toll PLLC | jlaitman@cohenmilstein.com |
| Top 50 Creditor | New Jersey Carpenters Vacation Fund | c/o Cohen Milstein Sellers & Toll PLLC | jlaitman@cohenmilstein.com |
| Office of the New York Attorney General | Office of the NY State Attorney General | Eric T Schneiderman | Nancy.Lord@OAG.State.NY.US Neal.Mann@OAG.State.NY.US |
| Top 50 Creditor | Orange County Employees Retirement System | c/o Cohen Milstein Sellers & Toll PLLC | jlaitman@cohenmilstein.com |
| Top 50 Creditor | Police and Fire Retirement System of the City of Detroit | c/o Zwerling, Schachter & Zwerling | rzwerling@zsz.com |
| Residential Capital LLC | Residential Capital LLC | Tammy Hamzehpour | Tammy.Hamzehpour@ally.com |
| Counsel to Ad Hoc RMBS Holder Group | Ropes & Gray LLP | D Ross Martin Esq & Keith H Wofford Esq | Ross.martin@ropesgray.com keith.wofford@ropesgray.com |
| Counsel for the Institutional Investors | Ropes & Gray LLP | D. Ross Martin | Ross.martin@ropesgray.com |
| Top 50 Creditor | Sealink Funding Limited | c/o Labaton Sucharow LLP | jbernstein@labaton.com |
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | Secretary of the Treasury | secbankruptcy@sec.gov |
| Securities and Exchange Commission - New York Regional Office | Securities & Exchange Commission NY Regional Office | George S Canellos Regional Director | secbankruptcy@sec.gov |
| Wells Fargo Bank, N.A., as collateral agent for the Prepetition Junior Secured Notes, as collateral agent for the Prepetition Ally Revolver, and as collateral control agent under the Intercreditor Agreement, dated as June 6, 2008 | Seward & Kissell LLP | Greg S Bateman | bateman@sewkis.com |
| Counsel to the administrative agent for the Debtors' proposed providers of debtor in possession financing | Skadden Arps Slate Meagher & Flom LLP | Jonathan H. Hofer | jhofer@skadden.com |
| Counsel to the administrative agent for the Debtors' proposed providers of debtor in possession financing | Skadden Arps Slate Meagher & Flom LLP | Ken Ziman | ken.ziman@skadden.com |
| Counsel to the administrative agent for the Debtors' proposed providers of debtor in possession financing | Skadden Arps Slate Meagher & Flom LLP | Sarah M Ward | sarah.ward@skadden.com |
| Top 50 Creditor | Steven And Ruth Mitchell | c/o Walters Bender Stroehbehn & Vaughan, P.C | awalter@wbsvlaw.com |
| Top 50 Creditor | Stichting Pensioenfonds ABP | c/o Grant & Eisenhofer | gjarvis@gelaw.com |
| Counsel for Institutional Investors | Talcott Franklin P.C. | Attn: Talcott J. Franklin | tal@talcottfranklin.com |
| Securitization Trustee | The Canada Trust Company | Susan Khokher | susan.khokhert@td.com kathryn.thorpe@td.com Adam.Parkin@tdsecurities.com Christopher.stevens@tdsecurities.com |
| Top 50 Creditor | The Union Central Life Insurance Company | c/o Robbins Geller Rudman & Dowd LLP | stevep@rgrdlaw.com |
| Top 50 Creditor | Tiffany Smith | c/o Schroeter Goldmark & Bender | info@sgb-law.com |
| Top Secured Creditor | U.S. Bank National Association | Attn:  George Rayzis | george.rayzis@usbank.com |
| Counsel to GSE - Ginnie Mae | U.S. Department of Justice | Attn: Glenn D. Gillette | Glenn.Gillett@usdoj.gov |
| Office of the United States Attorney General | U.S. Department of Justice | US Attorney General, Eric H. Holder, Jr. | AskDOJ@usdoj.gov |
| Top 50 Creditor | US Bank | c/o Seward & Kissel LLP | das@sewkis.com |
| Top 50 Creditor | US Bank | Corporate Trust Services | michelle.moeller@usbank.com |
| Office of the United States Trustee for the Southern District of New York | US Trustee for the Southern District of NY | Tracy Hope Davis, Linda A. Riffkin and Brian S. Masumoto | Tracy.Davis2@usdoj.gov Linda.Riffkin@usdoj.gov Brian.Masumoto@usdoj.gov |
| Securitization/HELOC Trustee | USBank | Michelle Moeller | michelle.moeller@usbank.com |
| Securitization/HELOC Trustee | USBank | Tanver Ashraf, Corporate Trust Services | tanveer.ashraf@usbank.com |

**Exhibit A**
**Core/2002 List**
**Served via Electronic Mail**

| Party Description | Name | Notice Name | Email |
|---|---|---|---|
| Securitization/HELOC Trustee | Wells Fargo Bank, N.A. | Kelly Rentz | kelly.j.rentz@wellsfargo.com<br>Nichlaus.M.Ross@wellsfargo.com<br>Sharon.Squillario@wellsfargo.com |
| Top 50 Creditor | Western & Southern | c/o Wollmuth Maher & Deutsch LLP | dwollmuth@wmd-law.com |
| Counsel to Wells Fargo as collateral agent for the Prepetition Junior Secured Notes | White & Case LLP | Attn: Gerard Uzzi | guzzi@whitecase.com |
| Securitization Trustee | Wilmington Trust | Jennifer Williams  & | jwilliams@wilmingtontrust.com<br>esoriano@wilmingtontrust.com |
| Counsel to GSE - Fannie Mae | Winston & Strawn LLP | Attn: David Neier | dneier@winston.com |
| Counsel to Federal National Mortgage Association | Winston & Strawn LLP | David Neier, Carey D Schreiber & Alan Moskowitz | dneier@winston.com<br>cschreiber@winston.com<br>almoskowitz@winston.com |

In re: Residential Capital, LLC, et al.,
Case No. 12-12020

**Exhibit A**
**Cash Management Bank Parties**
**Served via Electronic Mail**

| Name | Notice Name | Email |
|---|---|---|
| Ally Bank | Mary Throne | mary.throne@ally.com |
| Bank of America, N.A. | Marilyn Thomas | Marilyn.thomas@baml.com |
| Bank of New York Mellon | Bob Ladley | robert.ladley@bnymellon.com |
| Citibank, N.A. | Emil Cornejo | emil.f.cornejo@citi.com |
| Deutsche Bank Trust Company Americas | Marco Caputi | marco.p.caputi@db.com |
| FIFTH THIRD BANK | Michael Thomas | michael.thomas@53.com |
| JPMORGAN CHASE BANK, N.A. | Gerise Macaluso | gerise.a.macaluso@jpmorgan.com |
| M&T Bank | Karen Cranz | kcranz@mtb.com |
| State Street Bank and Trust Company | Terri Rosberg | tmbrownrosberg@statestreet.com |
| U.S. Bank National Association | Jenna Coauette | jenna.coauette@usbank.com |
| Wells Fargo f/k/a Wachovia Bank | Chris Mulloy | chris.mulloy@wellsfargo.com |
| Wilmington Trust | Zdravka Fidanova | ZFidanova@WilmingtonTrust.com |

In re: Residential Capital, LLC, et al.,
Case No. 12-12020

# **Exhibit B**

**Exhibit B**
**Core/2002 List**
**Served via Facsimile**

| Party Description | Name | Notice Name | Fax Number |
|---|---|---|---|
| Top 50 Creditor | Alan Gardner | c/o Williamson & Williams | 206-780-5557 |
| Prepetition Lender - LOC & Revolver | Ally Financial Inc | Jeffrey Brown Corporate Treasurer | 704-540-6549 |
| Prepetition Lender - LOC & Revolver | Ally Financial Inc | William B Solomon VP & General Counsel | 313-656-6124 |
| Top 50 Creditor | Ambac Assurance Corp | c/o Patterson Belknap Webb & Tyler | 212-336-2094 |
| Top 50 Creditor | Assured Guaranty Corp. | c/o Margaret Yanney | 212-893-2792 |
| Barclays Bank PLC, as administrative agent under the Pre-Petition GSAP Facility | Barclays Bank PLC | Alicia Borys & Patrick Kerner | 212-526-5115 |
| Top 50 Creditor | BNYMellon | c/o Dechert LLP | 212-698-3599 |
| Top 50 Creditor | Boilermaker Blacksmith National Pension Trust | c/o Cohen Milstein Sellers & Toll PLLC | 212-838-7745 |
| Top 50 Creditor | Brian Kessler, et al | c/o Walters Bender Strohbehn & Vaughan, P.C. | 816-421-4747 |
| Top 50 Creditor | Cambridge Place Investment Management Inc. | c/o Donnelly, Conroy & Gelhaar LLP | 617-720-3553 |
| Prepetition Lender - Secured lender under the MSR Facility | Citibank NA | Attn Bobbie Theivakumaran | 646-291-3799 |
| Top 50 Creditor | Deborah Pangel and Lee Sachs | c/o Linda Tirelli | 914)946-0870 |
| Securitization Trustee | Deutsche Bank | Rosa Mendez | 714-855-1556 |
| Top 50 Creditor | Deutsche Bank AG, New York | c/o Joe Salama | 866-785-1127 |
| Top 50 Creditor | Don E. Diane M. Patterson | c/o Siegel Brill, P.A. | 612-339-6591 |
| Top 50 Creditor | Donna Moore | c/o Kessler Topaz Meltzer & Check, LLP | 610-667-7056 |
| Prepetition Lender - Fannie EAF | Fannie Mae | Attn John S Forlines Vice President, Credit Management | 202-752-2208 |
| Top 50 Creditor | Federal Home Loan Bank of Boston | c/o Keller Rohrback LLP | 206-623-3384 |
| Top 50 Creditor | Federal Home Loan Bank of Chicago | c/o Keller Rohrback LLP | 206-623-3384 |
| Top 50 Creditor | Federal Home Loan Bank of Indianapolis | c/o Keller Rohrback LLP | 206-623-3384 |
| Top 50 Creditor | Financial Guaranty Insurance Co. | c/o Jones Day | 212-755-7306 |
| Counsel to Freddie Mac | Freddie Mac | Kenton W Hambrick Associate General Counsel | 703-903-3692 |
| Counsel to Ad Hoc RMBS Holder Group | Gibbs & Bruns LLP | Kathy D Patrick Esq & Scott A Humphries Esq | 713-750-0903 |
| Top 50 Creditor | Huntington Bancshares Inc. | c/o Grant & Eisenhofer | 302-622-7100 |
| Internal Revenue Service | Internal Revenue Service | Centralized Insolvency Operation | 267-941-1015 |
| Internal Revenue Service | Internal Revenue Service | Centralized Insolvency Operation | 267-941-1015 |
| Top 50 Creditor | Iowa Public Employees Retirement System | c/o Cohen Milstein Sellers & Toll PLLC | 212-838-7745 |
| Counsel to the Equity Security Holders (Ally Financial and Ally Bank) | Kirkland & Ellis | Richard M Cieri | 212-446-4900 |
| Counsel to the Ally Financial Inc. & Ally Bank | Kirkland & Ellis LLP | Attn Ray C Schrock, Ray C Cieri & Stephen E Hessler | 212-446-4900 |

**Exhibit B**
**Core/2002 List**
**Served via Facsimile**

| Party Description | Name | Notice Name | Fax Number |
|---|---|---|---|
| Counsel to Tracy L Klestadt, in his Capacity as Chapter 7 Trustee of Alliance Mortgage Investments, Inc. and Alliance Bancorp | Klestadt & Winters LLP | Attn Tracy L Klestadt & Joseph C Corneau | 212-972-2245 |
| Top 50 Creditor | Massachusetts Mutual Life Insurance Company | c/o Bernadette Harrigan | 413-226-4268 |
| Top 50 Creditor | MBIA, Inc. | c/o Cadwalader, Wickersham & Taft | 212-504-6666 |
| Counsel to GSE - Freddie Mac | McKool Smith | Attn: Paul D. Moak | 713-485-7344 |
| Counsel to Freddie Mac | McKool Smith PC | Michael R Carney | 212-402-9444 |
| Counsel to Freddie Mac | McKool Smith PC | Paul D Moak | 713-485-7344 |
| Top 50 Creditor | Midwest Operating Engineers Pension Trust Fund | c/o Cohen Milstein Sellers & Toll PLLC | 212-838-7745 |
| Counsel to the Independent Directors of the Residential Capital, LLC | Morrison Cohen LLP | Joseph T Moldovan Esq | 212-735-8708 |
| Top 50 Creditor | National Credit Union Administration Board | c/o Susman Godfrey LLP | 310-789-3150 |
| Stalking Horse Bidder, Nationstar Mortgage | Nationstar Mortgage LLC | Attn: General Counsel | 972-315-8637 |
| Top 50 Creditor | New Jersey Carpenters Health Fund | c/o Cohen Milstein Sellers & Toll PLLC | 212-838-7745 |
| Top 50 Creditor | New Jersey Carpenters Vacation Fund | c/o Cohen Milstein Sellers & Toll PLLC | 212-838-7745 |
| Office of the United States Attorney for the Southern District of New York | Office of the US Attorney for the Southern District of NY | United States Attorney Preet Bharara | 212-637-2685 |
| Office of the United States Attorney for the Southern District of New York | Office of the US Attorney for the Southern District of NY | United States Attorney Preet Bharara | 914-993-1980 |
| Top 50 Creditor | Orange County Employees Retirement System | c/o Cohen Milstein Sellers & Toll PLLC | 212-838-7745 |
| Top 50 Creditor | Police and Fire Retirement System of the City of Detroit | c/o Zwerling, Schachter & Zwerling | 212-371-5969 |
| Counsel to Ad Hoc RMBS Holder Group | Ropes & Gray LLP | D Ross Martin Esq & Keith H Wofford Esq | 212-596-9090 |
| Top 50 Creditor | Sealink Funding Limited | c/o Labaton Sucharow LLP | 2-883-7069 |
| Secretary of the State | Secretary of State | | 212-417-2383 |
| Secretary of the State - Division of Corporations | Secretary of State, Division of Corporations | 99 Washington Ave Ste 600 | 518-474-1418 |
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | Secretary of the Treasury | 202-772-9317 |
| Securities and Exchange Commission - New York Regional Office | Securities & Exchange Commission NY Regional Office | George S Canellos Regional Director | 212-336-1320 |

In re: Residential Capital, LLC, et al.,
Case No. 12-12020                    Page 2 of 3

**Exhibit B**
**Core/2002 List**
**Served via Facsimile**

| Party Description | Name | Notice Name | Fax Number |
|---|---|---|---|
| Wells Fargo Bank, N.A., as collateral agent for the Prepetition Junior Secured Notes, as collateral agent for the Prepetition Ally Revolver, and as collateral control agent under the Intercreditor Agreement, dated as June 6, 2008 | Seward & Kissell LLP | Greg S Bateman | 212-480-8421 |
| Counsel to the administrative agent for the Debtors' proposed providers of debtor in possession financing | Skadden Arps Slate Meagher & Flom LLP | Jonathan H. Hofer | 917-777-3849 |
| Counsel to the administrative agent for the Debtors' proposed providers of debtor in possession financing | Skadden Arps Slate Meagher & Flom LLP | Ken Ziman | 917-777-3310 |
| Counsel to the administrative agent for the Debtors' proposed providers of debtor in possession financing | Skadden Arps Slate Meagher & Flom LLP | Sarah M Ward | 917-777-2126 |
| Top 50 Creditor | Steven And Ruth Mitchell | c/o Walters Bender Stroehbehn & Vaughan, P.C | 816-421-4747 |
| Top 50 Creditor | Stichting Pensioenfonds ABP | c/o Grant & Eisenhofer | 302-622-7100 |
| Securitization Trustee | The Canada Trust Company | Susan Khokher | 416-983-2044 |
| Top 50 Creditor | The Charles Schwab Corporation | c/o Grais & Ellsworth LLP | 212-755-0052 |
| Top 50 Creditor | The Union Central Life Insurance Company | c/o Robbins Geller Rudman & Dowd LLP | 519-231-7423 |
| Top 50 Creditor | Tiffany Smith | c/o Schroeter Goldmark & Bender | 206-682-2305 |
| Office of the United States Attorney General | U.S. Department of Justice | US Attorney General, Eric H. Holder, Jr. | 202-307-6777 |
| Top 50 Creditor | US Bank | c/o Seward & Kissel LLP | 212-480-8421 |
| Top 50 Creditor | US Bank | Corporate Trust Services | 866-869-1624 |
| Indenture Trustee to the Debtors' Prepetition Junior Secured Notes | US Bank National Association | Attn Richard Prokosch | 651-495-8097 |
| Office of the United States Trustee for the Southern District of New York | US Trustee for the Southern District of NY | Tracy Hope Davis, Linda A. Riffkin and Brian S. Masumoto | 212-668-2255 |
| Securitization/HELOC Trustee | USBank | Michelle Moeller | 866-869-1624 |
| Securitization/HELOC Trustee | USBank | Tanver Ashraf, Corporate Trust Services | 866-831-7910 |
| Securitization/HELOC Trustee | Wells Fargo Bank, N.A. | Kelly Rentz | 410-715-2380 |
| Counsel to Wells Fargo as collateral agent for the Prepetition Junior Secured Notes | White & Case LLP | Attn: Gerard Uzzi | 212-354-8113 |
| Securitization Trustee | Wilmington Trust | Jennifer Williams | 302-636-4140 |
| Counsel to GSE - Fannie Mae | Winston & Strawn LLP | Attn: David Neier | 212-294-4700 |
| Counsel to Federal National Mortgage Association | Winston & Strawn LLP | David Neier, Carey D Schreiber & Alan Moskowitz | 212-294-4700 |

In re: Residential Capital, LLC, et al.,
Case No. 12-12020