**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
: 
In re  :  Case No. 12-12020 (MG)
:
RESIDENTIAL CAPITAL, LLC, et al.,  :  Chapter 11
:
                 Debtors.  :  Joint Administration Pending
:
---------------------------------------------------------------x

**MOTION FOR ADMISSION TO**
**PRACTICE, *PRO HAC VICE*, OF CARL E. BLACK**

I, Carl E. Black, a member in good standing of the bar of the Supreme Court of Ohio, and of the bar of the United States District Court for the Northern District of Ohio, request admission, *pro hac vice*, to represent Financial Guaranty Insurance Company, in the above-referenced chapter 11 cases.

| | |
|---|---|
| Mailing Address: | Carl E. Black<br>JONES DAY<br>North Point<br>901 Lakeside Avenue<br>Cleveland, Ohio  44114-1190 |
| Telephone: | (216) 586-3939 |
| E-mail: | ceblack@jonesday.com |

NYI-4450258v1

I have submitted the filing fee of $200 with this motion for *pro hac vice* admission.

Dated: New York, New York
May 14, 2012

    /s/ Carl E. Black
Carl E. Black
Ohio Bar No. 0069479
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio  44114-1190
Telephone:  (216) 586-3939
Facsimile:  (216) 579-0212

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
In re                                       :  Case No. 12-12020 (MG)
:
RESIDENTIAL CAPITAL, LLC, et al.,           :  Chapter 11
:
Debtors.                       :  Joint Administration Pending
:
---------------------------------------------------------------x

**ORDER ADMITTING**
**CARL E. BLACK TO PRACTICE, *PRO HAC VICE***

Carl E. Black, a member in good standing of the bar of the State of Ohio, and of the bar of the United States District Court for the Northern District of Ohio, having requested admission, *pro hac vice*, to represent Financial Guaranty Insurance Company, in the above-referenced chapter 11 cases;

IT IS HEREBY ORDERED THAT:

1.  The Motion is GRANTED.

2.  Carl E. Black is admitted to practice, *pro hac vice*, in the above-referenced chapter 11 cases, in the United States Bankruptcy Court Southern District of New York, subject to payment of the filing fee.

Dated: New York, New York
       May ___, 2012

                                                    _____
                                                    UNITED STATES BANKRUPTCY JUDGE

NYI-4450258v1