UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re                                           :   Case No. 12-12020 (MG)
                                                :
RESIDENTIAL CAPITAL, LLC, et al.,               :   Chapter 11
                                                :
            Debtors.                            :   Joint Administration Pending
                                                :
------------------------------------------------------------x

## ORDER ADMITTING
## CARL E. BLACK TO PRACTICE, *PRO HAC VICE*

Carl E. Black, a member in good standing of the bar of the State of Ohio, and of the bar of the United States District Court for the Northern District of Ohio, having requested admission, *pro hac vice*, to represent Financial Guaranty Insurance Company, in the above-referenced chapter 11 cases;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. Carl E. Black is admitted to practice, *pro hac vice*, in the above-referenced chapter 11 cases, in the United States Bankruptcy Court Southern District of New York, subject to payment of the filing fee.

Dated: New York, New York
       May 14, 2012

/s/Martin Glenn
UNITED STATES BANKRUPTCY JUDGE

NYI-4450258v1