David W. Dykhouse
Brian P. Guiney
**PATTERSON BELKNAP WEBB & TYLER LLP**
1133 Avenue of the Americas
New York, New York 10036-6710
Telephone: (212) 336-2000
Fax: (212) 336-2222

Attorneys for Ambac Assurance Corporation

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------x
                                          :
In re:                                    :   Chapter 11
                                          :
RESIDENTIAL CAPITAL, LLC, *et al.*        :   Case No. 12-12020 (MG)
                                          :
                          Debtors.        :   Joint Administration Pending
                                          :
------------------------------------------x

### REQUEST FOR ALL NOTICES AND
### DEMAND FOR SERVICE OF PAPERS

Ambac Assurance Corporation ("Ambac"), a party in interest in these cases, hereby requests notice of all hearings and conferences in this case and copies of all papers herein including all papers and notices pursuant to Rules 2002, 3017, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure and including, without limitation, schedules, statements of financial affairs, operating reports, plans of reorganization and disclosure statements, applications (including applications for compensation), motions, proposed orders, conformed copies of orders, complaints and other pleadings, objections and other requests, formal and informal, whether written or oral and whether transmitted by mail, fax, e-mail, telephone or otherwise. All such notices and papers should be directed to the attorneys for Ambac at the address set forth below.

Neither this Request nor its filing and service shall constitute: (1) the consent of Ambac to the jurisdiction of this Court over it for any purpose or (2) a waiver by Ambac of

5316598v.1

(a) the right to have matters reviewed *de novo* by the District Court or the reference thereof withdrawn, (b) the right to trial by jury or (c) any other rights, remedies, claims, setoffs or recoupments, all of which Ambac reserves to the full extent of the law.

Dated: New York, New York
       May 14, 2012

                        Respectfully submitted,

                        **PATTERSON BELKNAP WEBB & TYLER** LLP
                        Attorneys for Ambac Assurance Corporation


                        By:     s/David W. Dykhouse
                              David W. Dykhouse

                        David W. Dykhouse (dwdykhouse@pbwt.com)
                        Brian P. Guiney (bguiney@pbwt.com)
                        1133 Avenue of the Americas
                        New York, New York 10036-6710
                        Telephone:  (212) 336-2000
                        Fax:  (212) 336-2222