# AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                                         :ss.:
COUNTY OF NEW YORK  )

NICHOLAS J. LA FORGE, being duly sworn, deposes and says:

1. I am over 18 years of age, not a party to this action, and employed by the law firm of Patterson Belknap Webb & Tyler LLP, located at 1133 Avenue of the Americas, New York, New York 10036.

2. On May 14, 2012 I served the foregoing **Notice of Appearance** upon the following attorneys for the parties herein via U.S. Mail, directed to them at the address below:

**Larren M. Nashelsky**
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104

**United States Trustee**
33 Whitehall Street
21st Floor
New York, NY 10004

NICHOLAS J. LA FORGE

Sworn to before me this 14th day of May, 2012

NOTARY PUBLIC

EDWIN J. VALLEJO
Notary Public, State of New York
No. 02VA6169270
Qualified in New York County
Commission Expires June 25, 20_15_