UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
: 
In re:                                                                    :        Chapter 11
:
RESIDENTIAL CAPITAL, LLC, et al.,             :        Case No. 12-12020 (MG)
:
:        Joint Administration Pending
                                              Debtors.    :
-------------------------------------------------------------- x

## MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, Jessica C.K. Boelter, request admission *pro hac vice*, before the Honorable Martin Glenn to represent Nationstar Mortgage LLC, a party-in-interest in the above-referenced case.

*I certify that I am a member in good standing* of the bar of the State of Illinois and the bar of the United States District Court for the Northern District of Illinois.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: May 14, 2012
New York, New York

                                                                              _/s/Jessica C.K. Boelter_____
                                                                              Jessica C.K. Boelter

                                                                              Mailing address:
                                                                              Sidley Austin LLP
                                                                              One South Dearborn
                                                                              Chicago, Illinois 60603
                                                                              E-mail address: jboelter@sidley.com
                                                                              Telephone number:  (312) 853-7000

NY1 8234299v.1