UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
                                                   :

In re:                                    :        Chapter 11

RESIDENTIAL CAPITAL, LLC, et al.,      :        Case No. 12-12020 (MG)

                                                   :        Joint Administration Pending

                         Debtors.      :

------------------------------------------------------------ x

## ORDER GRANTING ADMISSION TO PRACTICE, *Pro Hac Vice*

Upon the motion of Jessica C.K. Boelter, to be admitted, ***pro hac vice***, to represent Nationstar Mortgage LLC, a party-in-interest in the above-referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Illinois and the bar of the U.S. District Court for the Northern District of Illinois, it is hereby

**ORDERED**, that Jessica C.K. Boelter, Esq., is admitted to practice, ***pro hac vice***, in the above referenced case to represent , in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: May __, 2012
       New York, New York

                                                _____
                                                UNITED STATES BANKRUPTCY JUDGE

NY1 8234301v.1