**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
|  |  |  |
|---|---|---|
| In re | : | **Chapter 11** |
|  | : |  |
| **RESIDENTIAL CAPITAL, LLC, et al.,** [1] | : | **Case No. 12-12020 (MG)** |
|  | : |  |
|  | : |  |
|  | : | **(Jointly Administered)** |
| Debtors. | : |  |
-----------------------------------------------------------------x

<u>**AFFIDAVIT OF SERVICE**</u>

I, Melissa Loomis, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the proposed claims and noticing agent for the Debtors.

A.  On May 14, 2012, at my direction and under my supervision, employees of KCC caused the following documents to be served via Electronic Mail on the Core and Rule 2002 service list attached hereto as **Exhibit A**, via Overnight Mail on the Core and Rule 2002 service list attached hereto as **Exhibit B**, and on the additional parties as indicated below:

1.  Debtors' Motion for Order Under Bankruptcy Rule 1015 Authorizing Joint Administration of the Debtors' Chapter 11 Cases [Docket No. 4];

2.  Debtors' Motion for Interim and Final Orders Pursuant to 11 U.S.C. §§ 105, 362, 363(b)(1), 363(f), 363(m), 364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1) and 364(e) And Bankruptcy Rules 4001 and 6004 (I) Authorizing the Debtors to (A) Enter Into and Perform Under Receivables Purchase Agreements and Mortgage Loan Purchase and Contribution Agreements Relating to Initial Receivables and Mortgage Loans and Receivables Pooling Agreements Relating to Additional Receivables, and (B) Obtaining Postpetition Financing on a Secured, Superpriority Basis, (II) Scheduling a Final Hearing Pursuant to Bankruptcy Rules 4001(b) and 4001(c), and (III) Granting Related Relief [Docket No. 13]*, and via Overnight Mail to the servicers and sub-servicers under the Designated Servicing Agreements and the Specified Servicing Agreements service list attached hereto as **Exhibit C**;

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Residential Capital, LLC (0738); ditech, LLC (7228); DOA Holding Properties, LLC (4257); DOA Properties IX (Lots-Other), LLC (3274); EPRE LLC (7974); Equity Investment I, LLC (2797); ETS of Virginia, Inc. (1445); ETS of Washington, Inc. (0665); Executive Trustee Services, LLC (8943); GMAC Model Home Finance I, LLC (8469); GMAC Mortgage USA Corporation (6930); GMAC Mortgage, LLC (4840); GMAC Residential Holding Company, LLC (2190); GMAC RH Settlement Services, LLC (6156); GMACM Borrower LLC (4887); GMACM REO LLC (2043); GMACR Mortgage Products, LLC (6369); GMAC-RFC Holding Company, LLC (3763); HFN REO Sub II, LLC (N/A); Home Connects Lending Services, LLC (9412); Homecomings Financial Real Estate Holdings, LLC (6869); Homecomings Financial, LLC (9458); Ladue Associates, Inc. (3048); Passive Asset Transactions, LLC (4130); PATI A, LLC (2729); PATI B, LLC (2937); PATI Real Estate Holdings, LLC (5201); RAHI A, LLC (3321); RAHI B, LLC (3553); RAHI Real Estate Holdings, LLC (5287); RCSFJV204, LLC (2722); Residential Accredit Loans, Inc. (8240); Residential Asset Mortgage Products, Inc. (5181); Residential Asset Securities Corporation (2653); Residential Consumer Services of Alabama, LLC (5449); Residential Consumer Services of Ohio, LLC (4796); Residential Consumer Services of Texas, LLC (0515); Residential Consumer Services, LLC (2167); Residential Funding Company, LLC (1336); Residential Funding Mortgage Exchange, LLC (4247); Residential Funding Mortgage Securities I, Inc. (6294); Residential Funding Mortgage Securities II, Inc. (8858); Residential Funding Real Estate Holdings, LLC (6505); Residential Mortgage Real Estate Holdings, LLC (7180); RFC Asset Holdings II, LLC (4034); RFC Asset Management, LLC (4678); RFC Borrower LLC (5558); RFC Constructing Funding, LLC (5730); RFC REO LLC (2407); RFC SFJV-2002, LLC (4670); RFC-GSAP Servicer Advance, LLC (0289)

3. Debtors' Motion for Interim and Final Orders Pursuant to Bankruptcy Code Sections 105, 361, 362, 363, and 507(b) and Bankruptcy Rule 4001(b): (I) Authorizing the Use of Cash Collateral and Related Relief, (II) Granting Adequate Protection and (III) Scheduling a Final Hearing (Citibank, N.A. Cash Collateral) [Docket No. 15]*, and via Overnight Mail to the servicers and sub-servicers under the Designated Servicing Agreements and the Specified Servicing Agreements service list attached hereto as **Exhibit C**

4. Debtors Motion for Order Under Bankruptcy Code Sections 105(a), 345, 363, 364, and 503(b)(1) and Bankruptcy Rules 6003 and 6004 Authorizing (I) Continued Use of Cash Management Services and Practices, (II) Continued Use of Existing Bank Accounts, Checks, and Business Forms, (III) Implementation of Modified Cash Management Procedures, (IV) Interim Waiver of the Investment and Deposit Requirements of Bankruptcy Code Section 345, (V) Debtors to Honor Specified Outstanding Prepetition Payment Obligations, (VI) Continuation of Intercompany Transactions, Including Intercompany Transactions with Future Debtors, and Granting Administrative Expense Status to Intercompany Claims, and (VII) Scheduling a Final Hearing on the Relief Requested [Docket No. 16], and via Overnight Mail to the Cash Management Banks service list attached hereto as **Exhibit D**

5. Declaration of Marc D. Puntus in Support of the Debtors' Motions for Interim and Final Orders Authorizing the Debtors to Enter into The Barclays DIP Facility and The AFI DIP Facility [Docket No. 20]*, and via Overnight Mail to the servicers and sub-servicers under the Designated Servicing Agreements and the Specified Servicing Agreements service list attached hereto as **Exhibit C**

6. Debtors' Motion for Order Under Bankruptcy Code Sections 105(a) and 107(b) and Bankruptcy Rule 9018 Authorizing the Filing Under Seal of Certain Proposed Debtor in Possession Financing Fee Letters [Docket No. 23]*, and via Overnight Mail to the servicers and sub-servicers under the Designated Servicing Agreements and the Specified Servicing Agreements service list attached hereto as **Exhibit C**

7. Debtors' Motion for Order Under Bankruptcy Code Section 521 and Bankruptcy Rule 1007(c) Extending Time for Filing Schedules and Statements [Docket No. 29]

8. Debtors' Motion for an Order Under Bankruptcy Code Section 105(a) and Bankruptcy Rule 2002(a), (f), (l) and (m) (I) Waiving the Requirement That Each Debtor File a List of Creditors, (II) Authorizing the Debtors to File a Consolidated List of the Fifty Largest Unsecured Creditors, (III) Approving the Form and Manner of Notice of the Commencement of the Debtors' Chapter 11 Cases and (IV) Approving Publication Notice to Borrowers [Docket No. 30]

9. Proposed Corrected Agenda for Emergency "First Day" Hearing Scheduled for May 14, 2012 and Continued "First Day" Hearing for May 15, 2012 [Docket No. 31], and via Overnight Mail to the servicers and sub-servicers under the Designated Servicing Agreements and the Specified Servicing Agreements service list attached hereto as **Exhibit C**, the Cash Management Banks service list attached hereto as **Exhibit D**, the HELOC counterparties service list attached hereto as **Exhibit E**, the Utility service list attached hereto as **Exhibit F**, and the Governmental Associations service list attached hereto as **Exhibit G**

10. Debtors' Motion for Entry of an Order Under Bankruptcy Code Sections 102(1), 105(a) and 105(d), Bankruptcy Rules 1015(c), 2002(m) and 9007 and Local Bankruptcy Rule 2002-2 Establishing Certain Notice, Case Management and Administrative Procedures [Docket No. 32]

---

\* Additional Notice Parties to this Motion are included on the Core and Rule 2002 service list.

11. Debtors' Motion for Interim and Final Orders Under Bankruptcy Code Sections 105(a), 363, 506(a), 507(a)(8), 541 and 1129 and Bankruptcy Rule 6003 Authorizing Payment of Taxes and Regulatory Fees [Docket No. 37]

12. Debtors' Motion for Order Under Bankruptcy Code Sections 105, 507 and 541 and Bankruptcy Rule 6003 Authorizing Debtors to Honor Certain Prepetition Obligations to Customers [Docket No. 38]

13. Debtors' Motion Seeking Authority to Provide Notice to Borrowers That the Debtors Will Suspend Funding Draws Under Certain Home Equity Lines of Credit [Docket No. 40]*, and via Overnight Mail to the HELOC counterparties service list attached hereto as **Exhibit E**

14. Debtors' Motion for Interim and Final Orders Under Bankruptcy Code Sections 105(a) and 363(b) Authorizing Residential Capital, LLC to Enter Into a Shared Services Agreement with Ally Financial Inc. Nunc Pro Tunc to the Petition Date for the Continued Receipt and Provision of Shared Services Necessary for the Operation of the Debtors' Businesses [Docket No. 41]

15. Corrected Debtors' Motion for Interim and Final Orders Pursuant to Bankruptcy Code Sections 105, 361, 362, 363, and 507(b) and Bankruptcy Rules 4001 and 6004: (I) Authorizing the Debtors to Obtain Postpetition Financing on a Secured, Superpriority Basis, (II) Authorizing the Use of Cash Collateral and Related Relief, (III) Granting Adequate Protection and (IV) Scheduling A Final Hearing Pursuant to Bankruptcy Rules 4001(b) and 4001(c), and (V) Granting Related Relief [Docket No. 42]*, and via Overnight Mail to the servicers and sub-servicers under the Designated Servicing Agreements and the Specified Servicing Agreements service list attached hereto as **Exhibit C**

16. Debtors' Motion for Interim and Final Orders Under Bankruptcy Code Sections 105(a), 363(b), 507(a), 1107 and 1108 and Bankruptcy Rule 6003 (I) Authorizing But Not Directing Debtors to (A) Pay and Honor Prepetition Wages, Compensation, Employee Expense and Employee Benefit Obligations; and (B) Maintain and Continue Employee Compensation and Benefit Programs; and (II) Directing Banks to Honor Prepetition Checks and Transfer Requests for Payment of Prepetition Employee Obligations [Docket No. 43], and via Overnight Mail to **Tata America International Corp, 101 Park Ave, 26th Fl, New York, NY 10178**

17. Debtors' Motion for Interim and Final Orders Under Sections 105(a), 363, 364, 503(b), 1107(a), and 1108 of the Bankruptcy Code Authorizing the Debtors to (I) Process and Where Applicable Fund Prepetition Mortgage Loan Commitments, (II) Continue Brokerage, Origination and Sale Activities Related to Loan Securitization, (III) Continue to Perform, and Incur Postpetition Secured Indebtedness, Under the Mortgage Loan Purchase and Sale Agreement With Ally Bank and Related Agreements, (IV) Pay Certain Prepetition Amounts Due to Critical Origination Vendors, and (V) Continue Honoring Mortgage Loan Repurchase Obligations Arising in Connection With Loan Sales and Servicing, Each in the Ordinary Course of Business [Docket No. 44]

18. Debtors' Motion for Interim and Final Orders Under Sections 105(a), 362, 363, 1107(a) and 1108 of the Bankruptcy Code (I) Authorizing the Debtors to Continue in the Ordinary Course of Business (A) Servicing Non-Governmental Association Loans, and (B) Sale Activities Related to Certain Loans in Foreclosure and Real Estate Owned Property, and (II) Granting Limited Stay Relief to Enable Borrowers to Assert Related Counter-Claims in Foreclosure and Eviction Proceedings [Docket No. 46]

---

* Additional Notice Parties to this Motion are included on the Core and Rule 2002 service list.

19. Debtors' Motion for Interim and Final Orders Under Bankruptcy Code Sections 105(a) and 363 Authorizing the Debtors to Continue to Perform Under the Ally Bank Servicing Agreements in the Ordinary Course Of Business [Docket No. 47]

20. Debtors' Application for an Order Appointing Kurtzman Carson Consultants LLC as Claims and Noticing Agent for the Debtors Pursuant to 28 U.S.C. § 156(c), 11 U.S.C. § 105(a), S.D.N.Y. LBR 5075-1 and General Order M-409 [Docket No. 49], and via Overnight Mail to the **Clerk of the Court, Chamber of Honorable Martin Glenn, Clerk Meredith Grabill, US Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, NY 10004-1408**

21. Debtors' Motion for Order Under Bankruptcy Code Sections 105(a) and 366 (I) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Service on Account of Prepetition Invoices, (II) Approving Deposits as Adequate Assurance of Payment, and (III) Establishing Procedures for Resolving Requests by Utility Companies for Additional Assurance of Payment [Docket No. 54], and via Overnight Mail to the Utility service list attached hereto as **<u>Exhibit F</u>**

22. Debtors' Motion for Interim and Final Orders Under Sections 105(a), 361, 362, 363, 1107(a), and 1108 of the Bankruptcy Code (I) Authorizing the Debtors to Continue in the Ordinary Course of Business (A) Servicing Governmental Association Loans and (B) Foreclosure Activities Related to Certain Real Estate Owned by Fannie Mae, Freddie Mac, and Ginnie Mae; (II) Authorizing the Debtors to Pay Certain Prepetition Amounts Due to Critical Servicing Vendors and Foreclosure Professionals; (III) Granting Limited Stay Relief to Enable Borrowers to Assert Related Counter-Claims in Foreclosure and Eviction Proceedings; (IV) Authorizing the Debtors to Use Cash Collateral Under the Fannie Mae EAF Facility; and (V) Granting Related Relief [Docket No. 57]*, and via Overnight Mail to the Governmental Associations service list attached hereto as **<u>Exhibit G</u>**

23. Debtors' Motion for Order Under Bankruptcy Code Sections 105(a) And 107(b) and Bankruptcy Rule 9018 (I) Authorizing the Debtors to File Under Seal Confidential Exhibit to the Governmental Association Servicing Motion and (II) Limiting Notice Thereof [Docket No. 58]*, and via Overnight Mail to the Governmental Associations service list attached hereto as **<u>Exhibit G</u>**

24. Debtors' Motion Pursuant to 11 U.S.C. §§ 105, 363(b), (f), and (m), 365 and 1123, and Fed. R. Bankr. P. 2002, 6004, 6006, and 9014 for Orders: (A)(I) Authorizing and Approving Sale Procedures, Including Break-Up Fee and Expense Reimbursement; (II) Scheduling Bid Deadline and Sale Hearing; (III) Approving Form and Manner of Notice Thereof; and (IV) Granting Related Relief and (B)(I) Authorizing the Sale of Certain Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (II) Authorizing and Approving Asset Purchase Agreements Thereto; (III) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto; and (IV) Granting Related Relief [Docket No. 61]

25. Memorandum of Law in Support of Debtors' Motion Pursuant to 11 U.S.C. §§ 105, 363(b), (f), and (m), 365 and 1123, and Fed. R. Bankr. P. 2002, 6004, 6006, 9007, 9008, and 9014 for Orders: (A)(I) Authorizing and Approving Sale Procedures, Including Break-Up Fee and Expense Reimbursement; (II) Scheduling Bid Deadline and Sale Hearing; (III) Approving Form and Manner of Notice Thereof; and (IV) Granting Related Relief and (B)(I) Authorizing the Sale of Certain Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (II) Authorizing and Approving Asset Purchase Agreements Thereto; (III) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto; and (IV) Granting Related Relief [Docket No. 62]

---

\* Additional Notice Parties to this Motion are included on the Core and Rule 2002 service list.

26. Declaration of Samuel M. Greene in Support of the Proposed Sale of Debtors' Assets [Docket No. 63]

Dated: May 14, 2012

_____/s/ Melissa Loomis_____
Melissa Loomis

State of California

County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 14th of May, 2012, by Melissa Loomis, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: ___/s/ Aimee M. Parel_____

My Commission Expires: __09/27/2013____

* Additional Notice Parties to this Motion are included on the Core and Rule 2002 service list.

# Exhibit A

**Exhibit A**
**Core & Rule 2002 List**
**Served via Electronic Mail**

| Party Description | Name | Notice Name | Email |
|---|---|---|---|
| Top 50 Creditor | Aegis Usa Inc. | | Kapil.Chopra@aegisglobal.com |
| Top 50 Creditor | Alan Gardner | c/o Williamson & Williams | roblin@williamslaw.com |
| Top 50 Creditor | Allstate Insurance | c/o Quinn Emanuel Urquhart & Sullivan | danbrockett@quinnemanuel.com |
| Ally Bank | Ally Bank | Tom Houghton | tom.houghton@ally.com |
| Prepetition Lender - LOC & Revolver | Ally Financial Inc | Jeffrey Brown Corporate Treasurer | jeff.brown@gmacfs.com |
| Prepetition Lender - LOC & Revolver | Ally Financial Inc | William B Solomon VP & General Counsel | william.b.solomon@ally.com |
| Top 50 Creditor | Ambac Assurance Corp | c/o Patterson Belknap Webb & Tyler | prforlenza@pbwt.com |
| Top 50 Creditor | Assured Guaranty Corp. | c/o Margaret Yanney | myanney@assuredguaranty.com |
| Securitization/HELOC Trustee | Bank of New York Mellon | Sarah Stout & Jennifer J Provenzano | Sarah.Stout@BNYMellon.com Jennifer.Provenzano@BNYMellon.com Michael.Spataro@BNYMellon.com Mageshwaran.Ramasamy@BNYMellon.com |
| Barclays Bank PLC, as administrative agent under the Pre-Petition GSAP Facility | Barclays Bank PLC | Alicia Borys & Patrick Kerner | alicia.borys@barclays.com patrick.kerner@barclays.com |
| Barclays Bank PLC, as administrative agent under the Pre-Petition GSAP Facility | Barclays Bank PLC | Joe Tricamo & May Wong | xrausloanops5@barclays.com |
| Buyer under the Pre-Petition Ally Repo Facility | BMMZ Holding LLC | c/o Ally Financial Inc, Attn Courtney Lowman | courtney.lowman@ally.com |
| Top 50 Creditor | BNYMellon | c/o Dechert LLP | hector.gonzalez@dechert.com |
| Top 50 Creditor | Boilermaker Blacksmith National Pension Trust | c/o Cohen Milstein Sellers & Toll PLLC | jlaitman@cohenmilstein.com |
| Top 50 Creditor | Brian Kessler, et al | c/o Walters Bender Strohbehn & Vaughan, P.C. | jhaake@wbsvlaw.com |
| Counsel to MBIA Insurance Corporation | Cadwalader Wickersham & Taft LLP | Gregory M Petrick & Ingrid Bagby | gregory.petrick@cwt.com ingrid.bagby@cwt.com |
| Counsel to MBIA Insurance Corporation | Cadwalader Wickersham & Taft LLP | Mark C Ellenberg Esq | mark.ellenberg@cwt.com |
| Top 50 Creditor | Cambridge Place Investment Management Inc. | c/o Donnelly, Conroy & Gelhaar LLP | msd@dcglaw.com |
| Prepetition Lender - Secured lender under the MSR Facility | Citibank NA | Attn Bobbie Theivakumaran | bobbie.theivakumaran@citi.com |
| Top 50 Creditor | Credstar | | LPulford@corelogic.com |
| Top 50 Creditor | Deborah Pangel and Lee Sachs | c/o Linda Tirelli | WestchesterLegal@aol.com |
| Securitization Trustee | Deutsche Bank | Rosa Mendez | rosa.mendez@db.com |
| Top 50 Creditor | Deutsche Bank AG, New York | c/o Joe Salama | joe.salama@db.com |
| Top 50 Creditor | Don E. Diane M. Patterson | c/o Siegel Brill, P.A. | heidifurlong@siegelbrill.com |
| Top 50 Creditor | Donna Moore | c/o Kessler Topaz Meltzer & Check, LLP | eciolko@ktmc.com |
| Top 50 Creditor | Emortgage Logic | | info@emortgagelogic.com |
| Prepetition Lender - Fannie EAF | Fannie Mae | Attn John S Forlines Vice President, Credit Management | john_s_forlines@fanniemae.com |
| GSE - Fannie Mae | Fannie Mae | Catherine Lasher | catherine_lasher@fanniemae.com |
| Top 50 Creditor | Federal Home Loan Bank of Boston | c/o Keller Rohrback LLP | dloeser@kellerrohrback.com |
| Top 50 Creditor | Federal Home Loan Bank of Chicago | c/o Keller Rohrback LLP | dloeser@kellerrohrback.com |
| Top 50 Creditor | Federal Home Loan Bank of Indianapolis | c/o Keller Rohrback LLP | dloeser@kellerrohrback.com |
| Top 50 Creditor | Federal Housing Finance Agency | c/o Alfred Pollard | GeneralCounsel@FHFA.org |
| Top 50 Creditor | Financial Guaranty Insurance Co. | c/o Jones Day | cball@jonesday.com |
| Counsel to Freddie Mac | Freddie Mac | Kenton W Hambrick Associate General Counsel | kenton_hambrick@freddiemac.com |
| GSE - Freddie Mac | Freddie Mac | Paul Mullings | paul_mullings@freddiemac.com |
| Counsel to Ad Hoc RMBS Holder Group | Gibbs & Bruns LLP | Kathy D Patrick Esq & Scott A Humphries Esq | kpatrick@gibbsbruns.com shumphries@gibbsbruns.com |
| Counsel for the Institutional Investors | Gibbs & Bruns, L.L.P. | Kathy D. Patrick | kpatrick@gibbsbruns.com |
| GSE - Ginnie Mae | Ginnie Mae | Ted Tozer | odore.w.tozer@hud.gov |
| Top 50 Creditor | Huntington Bancshares Inc. | c/o Grant & Eisenhofer | gjarvis@gelaw.com |
| Top 50 Creditor | Indecomm Global Services | | Rajan@indecomm.net |
| Internal Revenue Service | Internal Revenue Service | Insolvency Section | susanne.larson@irs.gov |

**Exhibit A**
**Core & Rule 2002 List**
**Served via Electronic Mail**

| Party Description | Name | Notice Name | Email |
|---|---|---|---|
| Top 50 Creditor | Iowa Public Employees Retirement System | c/o Cohen Milstein Sellers & Toll PLLC | jlaitman@cohenmilstein.com |
| Top 50 Creditor | ISGN Fulfillment Services Inc | | Scott.slifer@isgn.com |
| Counsel to the Federal Housing Finance Agency as Conservator of the Federal National Mortgage Association ("Fannie Mae") and the Federal Home Loan Mortgage Corporation | Kasowitz, Benson, Torres & Friedman LLP | Andrew K Glenn, Matthew B Stein, Daniel A Fliman & Nii Amar Amamoo | aglenn@kasowitz.com<br>mstein@kasowitz.com<br>dflipman@kasowitz.com<br>namamoo@kasowitz.com |
| Counsel to the Equity Security Holders (Ally Financial and Ally Bank) | Kirkland & Ellis | Richard M Cieri | richard.cieri@kirkland.com |
| Counsel to the Ally Financial Inc. & Ally Bank | Kirkland & Ellis LLP | Attn Ray C Schrock, Ray C Cieri & Stephen E Hessler | ray.schrock@kirkland.com<br>richard.cieri@kirkland.com<br>stephen.hessler@kirkland.com |
| Counsel to Tracy L Klestadt, in his Capacity as Chapter 7 Trustee of Alliance Mortgage Investments, Inc. and Alliance Bancorp | Klestadt & Winters LLP | Attn Tracy L Klestadt & Joseph C Corneau | tklestadt@klestadt.com<br>jcorneau@klestadt.com |
| Top 50 Creditor | MBIA, Inc. | c/o Cadwalader, Wickersham & Taft | gregory.petrick@cwt.com |
| Counsel to GSE - Freddie Mac | McKool Smith | Attn: Paul D. Moak | pmoak@McKoolSmith.com |
| Counsel to Freddie Mac | McKool Smith PC | Michael R Carney | mcarney@mckoolsmith.com |
| Counsel to Freddie Mac | McKool Smith PC | Paul D Moak | pmoak@McKoolSmith.com |
| Top 50 Creditor | Midwest Operating Engineers Pension Trust Fund | c/o Cohen Milstein Sellers & Toll PLLC | jlaitman@cohenmilstein.com |
| Counsel to the Independent Directors of the Residential Capital, LLC | Morrison Cohen LLP | Joseph T Moldovan Esq | jmoldovan@morrisoncohen.com<br>bankruptcy@morrisoncohen.com |
| Top 50 Creditor | National Credit Union Administration Board | c/o Susman Godfrey LLP | mseltzer@susmangodfrey.com |
| Top 50 Creditor | New Jersey Carpenters Health Fund | c/o Cohen Milstein Sellers & Toll PLLC | jlaitman@cohenmilstein.com |
| Top 50 Creditor | New Jersey Carpenters Vacation Fund | c/o Cohen Milstein Sellers & Toll PLLC | jlaitman@cohenmilstein.com |
| Office of the New York Attorney General | Office of the NY State Attorney General | Eric T Schneiderman | Nancy.Lord@OAG.State.NY.US<br>Neal.Mann@OAG.State.NY.US |
| Top 50 Creditor | Orange County Employees Retirement System | c/o Cohen Milstein Sellers & Toll PLLC | jlaitman@cohenmilstein.com |
| Counsel to Ambac Assurance Corporation | Patterson Belknap Webb & Tyler LLP | David W Dykhouse & Brian P Guiney | dwdykhouse@pbwt.com<br>bguiney@pbwt.com |
| Top 50 Creditor | Police and Fire Retirement System of the City of Detroit | c/o Zwerling, Schachter & Zwerling | rzwerling@zsz.com |
| Residential Capital LLC | Residential Capital LLC | Tammy Hamzehpour | Tammy.Hamzehpour@ally.com |
| Counsel to Ad Hoc RMBS Holder Group | Ropes & Gray LLP | D Ross Martin Esq & Keith H Wofford Esq | Ross.martin@ropesgray.com<br>keith.wofford@ropesgray.com |
| Counsel for the Institutional Investors | Ropes & Gray LLP | D. Ross Martin | Ross.martin@ropesgray.com |
| Top 50 Creditor | Sealink Funding Limited | c/o Labaton Sucharow LLP | jbernstein@labaton.com |
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | Secretary of the Treasury | secbankruptcy@sec.gov |
| Securities and Exchange Commission - New York Regional Office | Securities & Exchange Commission NY Regional Office | George S Canellos Regional Director | secbankruptcy@sec.gov |
| Wells Fargo Bank, N.A., as collateral agent for the Prepetition Junior Secured Notes, as collateral agent for the Prepetition Ally Revolver, and as collateral control agent under the Intercreditor Agreement, dated as June 6, 2008 | Seward & Kissell LLP | Greg S Bateman | bateman@sewkis.com |
| Counsel to Nationstar | Sidley Austin LLP | Larry J Nyhan | lnyhan@sidley.com |

**Exhibit A**
**Core & Rule 2002 List**
**Served via Electronic Mail**

| Party Description | Name | Notice Name | Email |
|---|---|---|---|
| Counsel to the administrative agent for the Debtors' proposed providers of debtor in possession financing | Skadden Arps Slate Meagher & Flom LLP | Jonathan H. Hofer | jhofer@skadden.com |
| Counsel to the administrative agent for the Debtors' proposed providers of debtor in possession financing | Skadden Arps Slate Meagher & Flom LLP | Ken Ziman | ken.ziman@skadden.com |
| Counsel to Barclays Bank PLC | Skadden Arps Slate Meagher & Flom LLP | Ken Ziman | ken.ziman@skadden.com |
| Counsel to the administrative agent for the Debtors' proposed providers of debtor in possession financing | Skadden Arps Slate Meagher & Flom LLP | Sarah M Ward | sarah.ward@skadden.com |
| Counsel to Barclays Bank PLC | Skadden Arps Slate Meagher & Flom LLP | Suzanne D T Lovett | suzanne.lovett@skadden.com |
| Top 50 Creditor | Steven And Ruth Mitchell | c/o Walters Bender Stroehbehn & Vaughan, P.C | awalter@wbsvlaw.com |
| Top 50 Creditor | Stichting Pensioenfonds ABP | c/o Grant & Eisenhofer | gjarvis@gelaw.com |
| Counsel for Institutional Investors | Talcott Franklin P.C. | Attn: Talcott J. Franklin | tal@talcottfranklin.com |
| Securitization Trustee | The Canada Trust Company | Susan Khokher | susan.khokher@td.com kathryn.thorpe@td.com Adam.Parkin@tdsecurities.com Christopher.stevens@tdsecurities.com |
| Top 50 Creditor | The Union Central Life Insurance Company | c/o Robbins Geller Rudman & Dowd LLP | stevep@rgrdlaw.com |
| Top 50 Creditor | Tiffany Smith | c/o Schroeter Goldmark & Bender | info@sgb-law.com |
| Top Secured Creditor | U.S. Bank National Association | Attn:  George Rayzis | george.rayzis@usbank.com |
| Counsel to GSE - Ginnie Mae | U.S. Department of Justice | Attn: Glenn D. Gillette | Glenn.Gillett@usdoj.gov |
| Office of the United States Attorney General | U.S. Department of Justice | US Attorney General, Eric H. Holder, Jr. | AskDOJ@usdoj.gov |
| Top 50 Creditor | US Bank | c/o Seward & Kissel LLP | das@sewkis.com |
| Top 50 Creditor | US Bank | Corporate Trust Services | michelle.moeller@usbank.com mamta.scott@usbank.com |
| Office of the United States Trustee for the Southern District of New York | US Trustee for the Southern District of NY | Tracy Hope Davis, Linda A. Riffkin and Brian S. Masumoto | Tracy.Davis2@usdoj.gov Linda.Riffkin@usdoj.gov Brian.Masumoto@usdoj.gov |
| Securitization/HELOC Trustee | USBank | Michelle Moeller & Mamta K Scott | michelle.moeller@usbank.com mamta.scott@usbank.com |
| Securitization/HELOC Trustee | USBank | Tanveer Ashraf, Corporate Trust Services | tanveer.ashraf@usbank.com |
| Securitization/HELOC Trustee | Wells Fargo Bank, N.A. | Kelly Rentz | kelly.j.rentz@wellsfargo.com Nichlaus.M.Ross@wellsfargo.com Sharon.Squillario@wellsfargo.com |
| Top 50 Creditor | Western & Southern | c/o Wollmuth Maher & Deutsch LLP | dwollmuth@wmd-law.com |
| Counsel to Wells Fargo as collateral agent for the Prepetition Junior Secured Notes | White & Case LLP | Attn: Gerard Uzzi | guzzi@whitecase.com |
| Securitization Trustee | Wilmington Trust | Jennifer Williams | jwilliams@wilmingtontrust.com esoriano@wilmingtontrust.com |
| Counsel to GSE - Fannie Mae | Winston & Strawn LLP | Attn: David Neier | dneier@winston.com |
| Counsel to Federal National Mortgage Association | Winston & Strawn LLP | David Neier, Carey D Schreiber & Alan Moskowitz | dneier@winston.com cschreiber@winston.com almoskowitz@winston.com |

# **Exhibit B**

**Exhibit B**
**Core & Rule 2002 List**
**Served via Overnight Mail**

| Party Description | Name | Notice Name | Address 1 | City | State | Zip |
|---|---|---|---|---|---|---|
| Top 50 Creditor | Deutsche Bank Trust Company Americas | c/o Kelvin Vargas | 25 De Forest Ave | Summit | NJ | 07901 |
| Indenture Trustee to Unsecured Notes | Deutsche Bank Trust Company Americas | | 60 Wall St | New York | NY | |
| Securitization Trustee | M&TCC | | 1 M&T Plaza, 7th Floor | Buffalo | NY | 14203 |
| Indenture Trustee under the Pre-Petition GSAP Facility | The Bank of New York Mellon | Asset-Backed Securities Group | 101 Barclay St 4W | New York | NY | 10286 |
| Top 50 Creditor | Thrivent Financial for Lutherans | c/o Teresa J. Rasmussen | 625 Fourth Avenue S. | Minneapolis | MN | 55415-1624 |
| Office of the United States Trustee for the Southern District of New York | US Trustee for the Southern District of NY | Tracy Hope Davis, Linda A. Riffkin and Brian S. Masumoto | 33 Whitehall St 21st Fl, Region 2 | New York | NY | 10004 |
| Top 50 Creditor | Wells Fargo & Company | | Wf 8113, P.O. Box 1450 | Minneapolis | MN | 55485 |
| GMEN Indenture Trustee at Corporate Trust Office | Wells Fargo Bank NA | Attn Corporate Trust Services - GMACM Home Equity Notes 2004 Variable Funding Trust | PO Box 98 | Columbia | MD | 21046 |
| Top 50 Creditor | West Virginia Investment Management Board | c/o Craig Slaughter | 500 Virginia Street East, Suite 200 | Charleston | WV | 25301 |

# Exhibit C

**Exhibit C**
**Servicers and Sub-Servicers Under the Designated Servicing Agreements and the Specified Servicing Agreements**
**Served via Overnight Mail**

| Name | Address 1 | Address 2 | City | State | Zip |
|------|-----------|-----------|------|-------|-----|
| BAC Home Loans Bank of America | 5 W Hillcrest Drive | | Thousand Oaks | CA | 91360-7883 |
| Branch Banking and Trust Co of VA | 301 College St | | Greenville | SC | 29601 |
| HSBC Mortgage Corporation USA | 2929 Walden Avenue | | Depew | NY | 14043 |
| JP Morgan Chase | 270 Park Avenue | | New York | NY | 10017-2070 |
| PHH Mortgage Corporation | 4001 Leadenhall Road | | Mt Laurel | NJ | 08054- |
| Pnc Bank NA | 3232 Newmark Drive | Mail Stop B6-YM14-01-7 | Miamisburg | OH | 45342 |
| SunTrust Mortgage Inc | 1001 Semmes Ave | Mail Code RVW 3032 | Richmond | VA | 23224 |
| Wells Fargo Bank NA | One Home Campus | MAC X2302-03N | Des Moine | IA | 50328 |

# **Exhibit D**

**Exhibit D**

**Cash Management Banks**

**Served via Overnight Mail**

| Name | Notice Name | Address 1 | Address 2 | City | State | Zip |
|------|-------------|-----------|-----------|------|-------|-----|
| Ally Bank | Mary Throne | 00 Virginia Drive | | Fort Washington | PA | 19034 |
| Bank of America NA | Marilyn Thomas | 333 South Hope Street | | Los Angeles | CA | 90071 |
| Bank of New York Mellon | Bob Ladley | 500 Ross St Ste 1360 | | Pittsburgh | PA | 15219 |
| Citibank NA | Emil Cornejo | 388 Greenwich St | | New York | NY | 10013 |
| Deutsche Bank Trust Co Americas | Marco Caputi | 60 Wall Street | MS NYC 60-2802 | New York | NY | 10005 |
| FIFTH THIRD BANK | Michael Thomas | 222 South Riverside Plaza | 33rd Floor | Chicago | IL | 60606 |
| JPMORGAN CHASE BANK NA | Gerise Macaluso | 4 New York Plaza | 13th Floor | New York | NY | 10004 |
| M&T Bank | Karen Cranz | One M&T Plaza | Buffalo | Buffalo | NY | 14203 |
| State Street Bank and Trust Company | Terri Rosberg | Two World Financial Center | 225 Liberty Street 24th Floor | New York | NY | 10281 |
| US Bank National Association | Jenna Coauette | 800 Nicollet Mall | | Minneapolis | MN | 55402 |
| Wells Fargo fka Wachovia Bank | Chris Mulloy | 101 N Independence Mall E | | Philadelphia | PA | 19106 |

# **<u>Exhibit E</u>**

**Exhibit E**
**HELOC Counterparties**
**Served via Overnight Mail**

| Name | Notice Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Bank of America fka Summit Bank | | 225 W Hillcrest Drive | | Thousand Oaks | CA | 91360-7883 |
| Bank One NA as Indenture Trustee | | 1515 W 14th St | | Tempe | AZ | 85281 |
| BNY Mellon as Indenture Trustee | Global Strctd Credit MBS ClientSvcs | fka The Chase Manhattan Bank | 101 Barclay Street Floor 4W | New York | NY | 10286 |
| BNY Mellon as Indenture Trustee | | fka The Chase Manhattan Bank | 525 William Penn Place | Pittsburgh | PA | 15259-0001 |
| Citizens Bank NA | | 480 Jefferson Boulevard | | Warwick | RI | 2886 |
| Citizens Bank NA | | RBS Citizens NA 10 Tripps Lane | | Riverside | RI | 2915 |
| Citizens Bank NA | | One Citizens Drive | | Riverside | RI | 2915 |
| Deutsche Bank National Trust Co | Rosa Mendez Corporate Trust Dept | as Indenture Trustee | 1761 E St Andrew Place | Santa Ana | CA | 92705-4934 |
| Fifth Third Bank fka Old Kent Bank | | 5050 Kingsley Drive  1MOC2P | | Cincinnati | OH | 45227 |
| Goldman Sachs Mortgage as Sponsor | | 250 E John Carpenter Freeway | | Irving | TX | 75062 |
| Goldman Sachs Mortgage as Sponsor | | 85 Broad Street | | New York | NY | -10080 |
| GS Mortgage Sec Corp as Depositor | | 85 Broad Street 27th Floor | | New York | NY | 10004 |
| ING fka Atlanta Internet Bank | | 1 South Orange Street | | Wilmington | DE | 19801 |
| JPMorganChase Bank IndentureTrustee | | 270 Park Avenue | | New York | NY | 10017-2070 |
| JPMorganChase Bank IndentureTrustee | | 3415 Vision Drive | | Columbus | OH | 43219 |
| Lehman Brothers Bank FSB | | 745 Seventh Avenue 5th Floor | | New York | NY | 10019 |
| Macquarie Mortgages USA Inc | | 20 Toronto Street 11th Floor | | Toronto | ON | M5C 2B8 |
| Monogram Home Equity Corporation | | 2180 South 1300 East Suite 300 | | Salt Lake | UT | 84109 |
| Suntrust Asset Funding LLC | | 303 Peachtree Street 36th Floor | | Atlanta | GA | 30308 |
| Texas Asset Acquisition Corporation | | 1717 Main Street 4th Floor | PO Box 655415 | Dallas | TX | 75265 |
| Treasury Bank NA | | 400 Countrywide Way | | Simi Valley | CA | 93065-6414 |
| US Bank as Indenture Trustee | | fka LaSalle Bank NA | 135 S LaSalle St Suite 1625 | Chicago | IL | 60603 |
| US Bank as Indenture Trustee | | fka LaSalle Bank NA | 60 Livingston Ave | St Paul | MN | 55107 |
| Wells Fargo | | fka First Union National Bank | 9062 Old Annapolis Road | Columbia | MD | 21046 |
| Wells Fargo as Indenture Trustee | | fka Norwest Bank Minnesota NA | 9062 Old Annapolis Road | Columbia | MD | 21046 |
| Wells Fargo Bank Minnesota NA | | as Indenture Trustee | 9062 Old Annapolis Road | Columbia | MD | 21046 |
| Wells Fargo Bank NA | Kelly Rentz Corporate Trust Servics | as Indenture Trustee | 9062 Old Annapolis Road | Columbia | MD | 21045 |
| Wells Fargo Home Equity fka First Union National Bank | | MAC S3826-020 | PO Box 10299 | Phoeniz | AZ | 85064 |
| Wells Fargo MN NA Indenture Trustee | | Sixth Street and Marquette Ave | PO Box 1517-N9303-121 | Minneapolis | MN | 55480-1517 |

# Exhibit F

**Exhibit F**
**Utility Parties**
**Served via Overnight Mail**

| Name | Notice Name | Address 1 | Address 2 | City | State | Zip |
|------|-------------|-----------|-----------|------|-------|-----|
| Abovenet Communications Inc | | 360 Hamilton Avenue | | White Plains | NY | 10601 |
| Abovenet Communications Inc | | PO BOX 785876 | | Philadelphia | PA | 19178-5876 |
| AT&T | | 208 S Akard Street Floor 10 | | Dallas | TX | 75202 |
| AT&T | | PAYMENT CENTER | | Sacramento | CA | 95887-0001 |
| AT&T | | PO BOX 105068 | | Atlanta | GA | 30348-5068 |
| AT&T | | PO BOX 105503 | | Atlanta | GA | 30348-5503 |
| AT&T | | PO BOX 5001 | | Carol Stream | IL | 60197-5001 |
| AT&T | | PO BOX 5019 | | Carol Stream | IL | 60197-5019 |
| AT&T | | PO BOX 8110 | | Aurora | IL | 60507-8110 |
| AT&T Mobility | | 208 S Akard Street Floor 10 | | Dallas | TX | 75202 |
| AT&T Mobility | | PO BOX 9004 | | Carol Stream | IL | 60197-9004 |
| Avaya Inc | | 211 Mt Airy Road | | Basking Ridge | NJ | 7920 |
| Avaya Inc | | P.O. BOX 5332 | | New York | NY | 10087-5332 |
| Avaya Inc | | PO BOX 5125 | | Carol Stream | IL | 60197-5124 |
| Center Point Energy | | 1111 Louisiana Street | | Houston | TX | 77002-5230 |
| Center Point Energy | | PO Box 1144 | | Minneapolis | MN | 55440-1144 |
| Centurylink | Business Services | PO Box 52187 | | Phoenix | AZ | 85072-2187 |
| Centurylink | Qwest Communications Company LLC | PO Box 91154 | | Seattle | WA | 98111-9254 |
| Centurylink | | 100 CenturyLink Drive | | Monroe | LA | 71201 |
| Centurylink | | PO BOX 12480 | | Seattle | WA | 98111-4480 |
| Centurylink | | PO Box 2348 | | Seattle | WA | 98111-2348 |
| Centurylink | | PO Box 2961 | | Phoenix | AZ | 85062-2961 |
| Centurylink | | PO BOX 52187 | | Phoenix | AZ | 85072-2187 |
| Centurylink | | PO BOX 91154 | | Seattle | WA | 98111-9254 |
| Cisco Systems Capital Corporation | | 170 West Tasman Dr | | San Jose | CA | 95134 |
| Cisco Systems Capital Corporation | | CO PROPERTY TAX ALLIANCE INC | | New Braunfels | TX | 78131-1746 |
| Cisco Systems Capital Corporation | | FILE NO 73226 | | San Francisco | CA | 94160 |
| Cisco Systems Capital Corporation | | PO BOX 311746 | | New Braunfels | TX | 78131-1746 |
| Cisco Systems Capital Corporation | | PO BOX 60000 | | San Francisco | CA | 94160 |
| City Of Eden Prairie | | 8080 Mitchell Rd | | Eden Prairie | MN | 55344 |
| Comcast | | 1701 John F Kennedy Blvd | | Philadelphia | PA | 19103 |
| Comcast | | PO BOX 3005 | | Southeastern | PA | 19398-3005 |
| Comcast | | PO BOX 3006 | | Southeastern | PA | 19398-3006 |
| Dish Network | | 9601 S Meridian Blvd | | Englewood | CO | 80112 |
| Dish Network | | PO Box 105169 | | Atlanta | GA | 30348-5169 |
| Genesys Conferencing Inc | | co InterCall | 8420 West Bryn Mawr Ste 1100 | Chicago | IL | 60631 |
| Genesys Conferencing Inc | | DEPARTMENT 0938 | | Denver | CO | 80256 |
| Global Capacity Group Inc | | 25665 NETWORK PLACE | | Chicago | IL | 60673-1256 |
| IEX Corporation | | 2425 N Central Expy | | Richardson | TX | 75080 |
| IEX Corporation | | 2425 NORTH CENTRAL EXPRESSWAY No500 | | Richardson | TX | 75080 |
| IEX Corporation | | PO BOX 7247-7311 | | Philadelphia | PA | 19170-7311 |
| Inova Solutions | | 110 AVON ST | | Charlottesville | VA | 22902 |
| Intercall | | 15272 COLLECTIONS CENTER DRIVE | | Chicago | IL | 60693 |

**Exhibit F**
**Utility Parties**
**Served via Overnight Mail**

| Name | Notice Name | Address 1 | Address 2 | City | State | Zip |
|------|-------------|-----------|-----------|------|-------|-----|
| Intercall | | 8420 West Bryn Mawr Ste 1100 | | Chicago | IL | 60631 |
| Intercall | | P.O. BOX 281866 | | Atlanta | GA | 30384-186 |
| Intervoice Inc | | co Convergys | 201 East Fourth Street | Cincinnati | OH | 45202 |
| Intervoice Inc. | | PO BOX 201305 | | Dallas | TX | 75320-1305 |
| Level 3 Communications LLC | | 1025 Eldorado Blvd | | Broomfield | CO | 80021 |
| Level 3 Communications Llc | | DEPARTMENT No182 | | Denver | CO | 80291-0182 |
| Level 3 Communications LLC | | PO BOX 952061 | | St Louis | MO | 63195-2061 |
| Mediacom (Internet) | | PO Box 5744 | | Carol Stream | IL | 60197-5744 |
| Mediacom (Tv) | | PO Box 5744 | | Carol Stream | IL | 60197-5744 |
| Mediacom Internet | | 100 Crystal Run Road | | Middletown | NY | 10941-4048 |
| Mediacom Tv | | 100 Crystal Run Road | | Middletown | NY | 10941-4048 |
| Micro-Tel Center | | 3700 HOLCOMB BRIDGE ROAD | | Norcross | GA | GA30092 |
| Midamerican Energy | | 666 Grand Ave | Ste 500 | Des Moines | IA | 50309 |
| Midamerican Energy | | PO Box 8020 | | Davenport | IA | 52808-8020 |
| Sprint | | 6200 Sprint Parkway | | Overland Park | KS | 66251-6117 |
| Sprint | | PO BOX 4181 | | Carol Stream | IL | 60197-4181 |
| Time Warner Cable | | 60 Columbus Circle | | New York | NY | 10023 |
| Time Warner Cable | | PO Box 650063 | | Dallas | TX | 75265-0063 |
| Time Warner Telecom | | 10475 Park Meadows Dr | | Littleton | CO | 80124 |
| Time Warner Telecom | | PO BOX 172567 | | Denver | CO | 80217-2567 |
| Verint Americas Inc | | 330 South Service Road | | Melville | NY | 11747 |
| Verint Americas Inc | | PO BOX 905642 | | Charlotte | NC | 28290-5642 |
| Verizon | | 140 West Street | | New York | NY | 10007-2141 |
| Verizon | | P.O. BOX 4833 | | Trenton | NJ | 08650-4833 |
| Verizon | | PO BOX 15026 | | Albany | NY | 12212-5026 |
| Verizon | | PO BOX 4833 | | Trenton | NJ | 08650-4833 |
| Verizon | | PO BOX 660720 | | Dallas | TX | 75266-0720 |
| Verizon Business | SCA SERVICES | P.O.BOX 371355 | | Pittsburgh | PA | 15250-7355 |
| Verizon Business | SCA SERVICES | | | Pittsburgh | PA | 15250-8123 |
| Verizon Business | | One Verizon Way | | Basking Ridge | NJ | 07920-1097 |
| Verizon California | | One Verizon Way | | Basking Ridge | NJ | 07920-1097 |
| Verizon California | | PO BOX 920041 | | Dallas | TX | 75392-0041 |
| Verizon Southwest | | One Verizon Way | | Basking Ridge | NJ | 07920-1097 |
| Verizon Southwest | | PO BOX 920041 | | Dallas | TX | 75392-0041 |
| Verizon Wireless | | 140 West Street | | New York | NY | 10007-2141 |
| Verizon Wireless | | PO BOX 15062 | | Albany | NY | 12212-5062 |
| Waste Management | | 1001 Fannin Suite 4000 | | Houston | TX | 77002 |
| Waste Management | | PO Box 4648 | | Carol Stream | IL | 60197-4648 |
| Waterloo Water Works | | 325 Sycamore St | | Waterloo | IA | 50703-4627 |
| Waterloo Water Works | | PO Box 27 | | Waterloo | IA | 50704 |
| Xcel Energy | | 414 Nicollet Mall | | Minneapolis | MN | 55401-1993 |
| Xcel Energy | | PO Box 9477 | | Minneapolis | MN | 55484-9477 |

In re: Residential Capital, LLC, et al.,
Case No. 12-12020

# **Exhibit G**

**Exhibit G**
**Governmental Associations**
**Served via Overnight Mail**

| Name | Notice Name | Address 1 | Address 2 | City | State | Zip |
|------|-------------|-----------|-----------|------|-------|-----|
| Essent Guaranty | Jeff R Cashmer | 201 King of Prussia Rd | | Radnor | PA | 19087 |
| Genworth | Jean Bradley | 6620 W Broad St | | Richmond | VA | 23230 |
| Mortgage Guaranty Insurance Corp | Patrick Sinks | 250 E Kilbourn Ave | | Milwaukee | WI | 53202 |
| Radian Guaranty | Gary Egkan | 1601 Market Street | | Philadelphia | PA | 19103 |
| United Guaranty Corporation | Bev Sheehy | 230 N Elm Street | | Greensboro | NC | 27401 |
| US Dept of Housing & Urban Dev | Helen Kanovsky | 451 7th Street SW | Room 10110 | Washington | DC | 20510 |