MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Larren M. Nashelsky
Gary S. Lee
Todd M. Goren
Alexandra Steinberg Barrage

*Proposed Counsel for the Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**NOTICE OF FILING OF ADDITIONAL EXHIBIT TO DEBTORS' MOTION PURSUANT TO 11 U.S.C. §§ 105, 363(b), (f), AND (m), 365 AND 1123, AND FED R. BANKR. P. 2002, 6004, 6006, and 9014 FOR ORDERS: (A)(I) AUTHORIZING AND APPROVING SALE PROCEDURES, INCLUDING BREAK-UP FEE AND EXPENSE REIMBURSEMENT; (II) SCHEDULING BID DEADLINE AND SALE HEARING; (III) APPROVING FORM AND MANNER OF NOTICE THEREOF; AND (IV) GRANTING RELATED RELIEF AND (B)(I) AUTHORIZING THE SALE OF CERTAIN ASSETS FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES, AND OTHER INTERESTS; (II) AUTHORIZING AND APPROVING ASSET PURCHASE AGREEMENTS THERETO; (III) APPROVING THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES RELATED THERETO; AND (IV) GRANTING RELATED RELIEF**

**PLEASE TAKE NOTICE THAT** on May 14, 2012, the debtors and debtors in

possession in the above-captioned cases (collectively, the "Debtors")[1] filed the *Debtors' Motion*

---

[1] The names of the Debtors in these cases and their respective tax identification numbers are identified on Exhibit 1 to the Affidavit of James Whitlinger, Chief Financial Officer of Residential Capital, LLC in Support of the Chapter 11 Petitions and First Day Pleadings [Docket No. 6].

*Pursuant to 11 U.S.C. §§ 105, 363(b), (f), and (m), 365 and 1123, and Fed. R. Bankr. P. 2002, 6004, 6006, and 9014 For Order: (A)(I) Authorizing and Approving Sale Procedures, Including Break-Up Fee and Expense Reimbursement; (II) Scheduling Bid Deadline and Sale Hearing; (III) Approving Form and Manner of Notice Thereof; and (IV) Granting Related Relief and (B)(I) Authorizing the Sale of Certain Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (II) Authorizing and Approving Asset Purchase Agreements Thereto; (III) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto; and (IV) Granting Related Relief* (the "Sale Motion") [Docket 61].

**PLEASE TAKE FURTHER NOTICE THAT** in further support of the Sale Motion, the Debtors hereby submit the attached purchase price schedule as "Exhibit G" to the Sale Motion.

Dated:  May 14, 2012
           New York, New York

*/s/   Larren M. Nashelsky*
Larren M. Nashelsky
Gary S. Lee
Lorenzo Marinuzzi
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Proposed Counsel for the Debtors and Debtors in Possession*

# EXHIBIT G

**PROJECT BOUNCE**
**Estimated Purchase Price Allocation by Facility**

> **Note:**
> Purchase price reflects estimates based on 2/29/2012 values and is subject to change
> Allocation shown below is based on book value and is for illustrative purposes

*($ in millions)*

| | Book Value of Assets as of 2/29/2012 | | | | | | | | | | | 2/29/2012 Estimated Purchase Price Allocated by Facility | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Ally Revolver | Blanket | Ally LOC | Citi MSR | GSAP | BMMZ Repo | Fannie EAF | Unpledged | Total | Int'l/ Capre | Grand Total | Ally Revolver | Blanket | Ally LOC | Citi MSR | GSAP | BMMZ Repo | Fannie EAF | Unpledged | Total |
| **Bid Assets** | | | | | | | | | | | | | | | | | | | | |
| HFS | $ 343 | $ 127 | $ 648 | $ - | $ - | $ 382 | $ - | $ - | $ 1,500 | $ - | $ 1,500 | $ 356 | $ 124 | $ 660 | $ - | $ - | $ 397 | $ - | $ - | $ 1,537 |
| Servicer Advance | 676 | 12 | 79 | - | 792 | - | 144 | 108 | 1,811 | - | 1,811 | 591 | 11 | 74 | - | 777 | - | 133 | 103 | 1,689 |
| MSR | - | 1 | 206 | 602 | - | - | - | 393 | 1,203 | - | 1,203 | - | 2 | 203 | 363 | - | - | - | 99 | 665 |
| Trading Securities | 29 | 14 | - | - | - | - | - | - | 43 | - | 43 | 34 | - | - | - | - | - | - | - | 34 |
| Other AR | - | 4 | 36 | 36 | | 4 | | 13 | 93 | - | 93 | 2 | 4 | 4 | - | - | 2 | - | - | 12 |
| Other | - | 49 | - | - | - | - | - | - | 49 | - | 49 | - | 5 | - | - | - | - | - | - | 5 |
| **Subtotal Bid Assets** | 1,049 | 207 | 969 | 638 | 792 | 387 | 144 | 515 | 4,700 | - | 4,700 | 983 | 145 | 940 | 363 | 777 | 399 | 133 | 201 | 3,942 |
| | | | | | | | | | | | | | | | | | | | | |
| 3rd Party Subservicing | | | | | | | | | | | | - | - | 31 | - | - | - | - | - | 31 |
| Less Allocated Liabilities | | | | | | | | | | | | | | | | | | | | (72) |
| **Total Est. Purchase Price** | | | | | | | | | | | | $ 983 | $ 145 | $ 972 | $ 363 | $ 777 | $ 399 | $ 133 | $ 201 | $ 3,901 |
| | | | | | | | | | | | | | | | | | | | | |
| **Cash** | | | | | | | | | | | | | | | | | | | | |
| Cash | 69 | 174 | - | - | 91 | - | - | 252 | 586 | 120 | 706 | | | | | | | | | |
| Restricted Cash | - | 211 | - | - | - | - | - | - | 211 | 123 | 334 | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | |
| **Non-Bid Assets** | | | | | | | | | | | | | | | | | | | | |
| HFS | 42 | 15 | 22 | - | - | - | - | - | 79 | 5 | 84 | | | | | | | | | |
| Servicer Advance | 95 | (0) | - | - | 178 | - | - | - | 273 | 0 | 273 | | | | | | | | | |
| Trading Securities | - | 11 | 42 | - | - | - | - | - | 53 | (0) | 53 | | | | | | | | | |
| GNMA AR | 29 | 329 | 466 | - | - | - | - | - | 824 | - | 824 | | | | | | | | | |
| GNMA Loans | 36 | 124 | 189 | - | - | - | - | - | 350 | - | 350 | | | | | | | | | |
| REO | 5 | 15 | 11 | - | - | - | - | - | 32 | 4 | 35 | | | | | | | | | |
| Other AR | 3 | 27 | - | - | - | - | - | 6 | 36 | 33 | 69 | | | | | | | | | |
| Other | - | 12 | - | - | - | - | - | - | 12 | 34 | 47 | | | | | | | | | |
| **Subtotal Bid Assets** | 211 | 534 | 730 | - | 178 | - | - | 6 | 1,657 | 76 | 1,734 | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | |
| **Total Assets** | 1,329 | 1,126 | 1,699 | 638 | 1,060 | 387 | 144 | 772 | 7,154 | 319 | 7,474 | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | |
| Plus Excluded Assets | | | 2 | | | | | | 2 | | 8,589 | | | | | | | | | |
| **Grand Total Assets** | $ 1,329 | $ 1,126 | $ 1,701 | $ 638 | $ 1,060 | $ 387 | $ 144 | $ 772 | $ 7,156 | $ 319 | $ 16,063 | | | | | | | | | |