UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x
:
In re:                                                     :        Chapter 11
:
RESIDENTIAL CAPITAL, LLC, et al.,                          :        Case No. 12-12020 (MG)
:
:        Joint Administration Pending
                                             Debtors.      :
---------------------------------------------------------- x

## ORDER GRANTING ADMISSION TO PRACTICE, *Pro Hac Vice*

Upon the motion of Jessica C.K. Boelter, to be admitted, ***pro hac vice***, to represent Nationstar Mortgage LLC, a party-in-interest in the above-referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Illinois and the bar of the U.S. District Court for the Northern District of Illinois, it is hereby

**ORDERED**, that Jessica C.K. Boelter, Esq., is admitted to practice, ***pro hac vice***, in the above referenced case to represent , in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated:  **May 15, 2012**
         New York, New York


                                                    _____/s/Martin Glenn_____
                                                    UNITED STATES BANKRUPTCY JUDGE

NY1 8234301v.1