SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, New York 10022
Telephone: (212) 848-4000
Facsimile: (646) 848-7179
Fredric Sosnick
Susan A. Fennessey

*Attorneys for Citibank, N.A.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
:
:
In re:                                          :    Case No. 12-12020 (MG)
:
**RESIDENTIAL CAPITAL, LLC, et al.,**           :    Chapter 11
:
Debtors.                           :    Jointly Administered
:
:
------------------------------------------------------------------x

**NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that Citibank, N.A. hereby appears by and through its counsel, Shearman & Sterling LLP ("**Counsel**"), pursuant to rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and 11 U.S.C. §§102(1), 342 and 1109(b), and request that all notices given in the cases and all papers served or required to be served in the cases, be given to and served upon Counsel at the following address:

       **Shearman & Sterling LLP**
       **599 Lexington Avenue**
       **New York, New York 10022**
       **Telephone: (212) 848-4000**
       **Facsimile: (646) 848-7179**
       **Attn: Fredric Sosnick, Esq.**
          **Susan A. Fennessey, Esq.**
       **Email: fsosnick@shearman.com**
          sfennessey@shearman.com

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules, but also, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by email, delivery, telephone, telex or otherwise.

Dated: New York, New York
    May 15, 2012

        Respectfully submitted,

        SHEARMAN & STERLING LLP

       By: */s/ Fredric Sosnick*
         Fredric Sosnick
         Susan A. Fennessey
         599 Lexington Avenue
         New York, New York 10022
         Telephone: (212) 848-4000
         Facsimile: (646) 848-7179

         Attorneys for Citibank, N.A.