John Mark Stern
Assistant Attorney General
Bankruptcy & Collection Division
P. O. Box 12548
Austin, TX 78711-2548
Telephone: (512) 475-4868

ATTORNEYS FOR THE TEXAS
COMPTROLLER OF PUBLIC ACCOUNTS

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
:                                    CHAPTER  11
:
In re:   RESIDENTIAL CAPITAL, LLC, et al.,   :   Case No. 12-12020 (MG)
:
:                                    Jointly Administered
           Debtors                             :
---------------------------------------------------------------x

# NOTICE OF APPEARANCE AND REQUEST
# FOR SERVICE OF NOTICE AND PLEADINGS

The Texas Comptroller of Public Accounts ("Comptroller"), hereby gives notice of its appearance in the case pursuant to Bankruptcy Rule 9010 by and through the undersigned counsel:

John Mark Stern
Assistant Attorney General
Bankruptcy & Collections Division
P. O. Box 12548
Austin, Texas 78711-2548

The Comptroller respectfully requests through its said counsel that it be served with copies of all notices and other documents issued by the Clerk of the Court and all other pleadings and notices to parties in interest filed by Debtor, the Creditors' Committee, or any other interested parties in this case, including disclosure statements and/or schedules, in accordance with

1

Bankruptcy Rules 2002, 3017, and 9013 and any other Bankruptcy Rules or local rules governing notice.

        Respectfully submitted,

        GREG ABBOTT
        Attorney General of Texas

        DANIEL T. HODGE
        First Assistant Attorney General

        JOHN B. SCOTT
        Deputy Attorney General for Civil Litigation

        RONALD R. DEL VENTO
        Assistant Attorney General
        Chief, Bankruptcy & Collections Division

        */s/ John Mark Stern*
        JOHN MARK STERN
        Assistant Attorney General
        Bankruptcy & Collections Division
        P. O. Box 12548
        Austin, TX   78711-2548
        Telephone:   (512) 475-4868
        john.stern@texasattorneygeneral.gov

        ATTORNEYS FOR THE TEXAS
        COMPTROLLER OF PUBLIC ACCOUNTS

## **CERTIFICATE OF SERVICE**

    I certify that on May 15, 2012 a true copy of the foregoing was served to the following parties by the method indicated:

By First Class Mail:

GMAC Mortgage, LLC
1100 Virginia Drive
Fort Washington, PA 19034

By Electronic Means as listed on the Court's ECF Noticing System:

- Michael Robert Carney    mcarney@mckoolsmith.com
- Joseph Corneau    jcorneau@klestadt.com
- David W. Dykhouse    dwdykhouse@pbwt.com, mcobankruptcy@pbwt.com
- Mark C. Ellenberg    mark.ellenberg@cwt.com, allison.dipasqua@cwt.com;betty.comerro@cwt.com;wendy.kane@cwt.com
- Andrew K. Glenn    aglenn@kasowitz.com, courtnotices@kasowitz.com
- Lorenzo Marinuzzi    lmarinuzzi@mofo.com
- D. Ross Martin    ross.martin@ropesgray.com, Patricia.Chen@ropesgray.com
- Joseph Thomas Moldovan    bankruptcy@morrisoncohen.com
- David Neier    dneier@winston.com, dcunsolo@winston.com
- Gregory M. Petrick    gregory.petrick@cwt.com, allison.dipasqua@cwt.com

*/s/ John Mark Stern*
JOHN MARK STERN