Thomas J. Lallier (MN#163041)
250 Marquette Avenue, Suite 1200
Minneapolis, MN  55401
Telephone:  (612) 338-8788
Fax:  (612) 338-8690
tlallier@foleymansfield.com

*Attorneys for TCF National Bank*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| In Re: | Case No.:  12-12020-mg |
|---|---|
| Residential Capital, LLC *aka* Residential Capital Corporation,[1] <br><br>              Debtor. | Chapter 11 <br><br> Jointly Administered |

**NOTICE OF ENTRY OF APPEARANCE AND REQUEST FOR SERVICE**

PLEASE TAKE NOTICE pursuant to Bankruptcy Rule 9010(b), that Foley & Mansfield, P.L.L.P. and Thomas J. Lallier, Foley & Mansfield,  P.L.L.P., 250 Marquette Avenue, Suite 1200, Minneapolis, MN 55401, telephone number (612) 338-8788, facsimile number (612) 338-8690, E-mail address  tlallier@foleymansfield.com, are the attorneys for TCF National Bank in

---

[1] The Debtors are: Ditech, LLC; DOA Holding Properties, LLC; DOA Holdings NoteCo, LLC; DOA Properties IX (Lots-Other), LLC; EPRE LLC; Equity Investment I, LLC; ETS of Virginia, Inc.; ETS of Washington, Inc.; Executive Trustee Services, LLC; GMAC Model Home Finance I, LLC; GMAC Mortgage USA Corporation; GMAC Mortgage, LLC; GMAC Residential Holding Company, LLC; GMACM Borrower LLC; GMACR Mortgage Products, LLC; GMAC-RFC Holding Company, LLC; GMACRH Settlement Services, LLC; HFN REO SUB II, LLC; Home Connects Lending Services, LLC; Homecomings Financial, LLC; Homecomings Financial Real Estate Holdings, LLC; Ladue Associates, Inc.; Passive Asset Transactions, LLC; PATI A, LLC; PATI B, LLC; PATI Real Estate Holdings, LLC; RAHI A, LLC; RAHI B, LLC; RAHI Real Estate Holdings, LLC; RCSFJV2004, LLC; Residential Accredit Loans, Inc.; Residential Asset Mortgage Products, Inc.; Residential Asset Securities Corporation; Residential Capital, LLC; Residential Consumer Services of Alabama, LLC; Residential Consumer Services of Ohio, LLC; Residential Consumer Services of Texas, LLC; Residential Consumer Services, LLC; Residential Funding Company, LLC; Residential Funding Mortgage Exchange, LLC; Residential Funding Mortgage Securities I, Inc.; Residential Funding Mortgage Securities II, Inc.; Residential Funding Real Estate Holdings, LLC; Residential Mortgage Real Estate Holdings, LLC; RFC Asset Holdings II, LLC; RFC Asset Management, LLC; RFC Borrower LLC; RFC Construction Funding, LLC; RFC SFJV-2002, LLC; and RFC-GSAP Servicer Advance, LLC.

the above-captioned bankruptcy proceeding and said attorneys do hereby enter their appearance as counsel for TCF.

PLEASE TAKE FURTHER NOTICE pursuant to Bankruptcy Rule 2002 that the undersigned requests that all notices and papers specified by the Rule and all other notices given or required to be given in this case and all other papers served or required to be served in this case be given to and served upon:

>Thomas J. Lallier
>Foley & Mansfield, P.L.L.P.
>250 Marquette Avenue, Suite 1200
>Minneapolis, MN 55401
>tlallier@foleymansfield.com

The foregoing request includes, without limitation, all notices, orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, disclosure statements, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other documents or items of correspondence brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.

Dated: May 15, 2012                **FOLEY & MANSFIELD PLLP**

BY: /e/ Thomas J. Lallier _____
Thomas J. Lallier (MN#163041)
250 Marquette Avenue, Suite 1200
Minneapolis, MN  55401
Telephone:  (612) 338-8788
Fax:  (612) 338-8690
tlallier@foleymansfield.com

**ATTORNEYS FOR TCF NATIONAL BANK**