Janella J. Miller
TCF National Bank
200 Lake Street
Wayzata, Minnesota 55391
Telephone 952-745-2716
jmiller@tcfbank.com

*Attorneys for TCF National Bank*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| In Re: | Case No.: 12-12020-mg |
|---|---|
| Residential Capital, LLC *aka* Residential Capital Corporation, [1] | Chapter 11 |
| Debtor. | |

**NOTICE OF ENTRY OF APPEARANCE AND REQUEST FOR SERVICE**

PLEASE TAKE NOTICE pursuant to Bankruptcy Rule 9010(b), that TCF National Bank and Janella J. Miller, Senior Vice President and Senior Counsel, telephone number 952-745-2716, e-mail address jmiller@tcfbank.com, are the attorneys for TCF National Bank in the above-captioned bankruptcy proceeding and said attorneys do hereby enter their appearance as counsel for TCF.

---

[1] The Debtors are: Ditech, LLC; DOA Holding Properties, LLC; DOA Holdings NoteCo, LLC; DOA Properties IX (Lots-Other), LLC; EPRE LLC; Equity Investment I, LLC; ETS of Virginia, Inc.; ETS of Washington, Inc.; Executive Trustee Services, LLC; GMAC Model Home Finance I, LLC; GMAC Mortgage USA Corporation; GMAC Mortgage, LLC; GMAC Residential Holding Company, LLC; GMACM Borrower LLC; GMACR Mortgage Products, LLC; GMAC-RFC Holding Company, LLC; GMACRH Settlement Services, LLC; HFN REO SUB II, LLC; Home Connects Lending Services, LLC; Homecomings Financial, LLC; Homecomings Financial Real Estate Holdings, LLC; Ladue Associates, Inc.; Passive Asset Transactions, LLC; PATI A, LLC; PATI B, LLC; PATI Real Estate Holdings, LLC; RAHI A, LLC; RAHI B, LLC; RAHI Real Estate Holdings, LLC; RCSFJV2004, LLC; Residential Accredit Loans, Inc.; Residential Asset Mortgage Products, Inc.; Residential Asset Securities Corporation; Residential Capital, LLC; Residential Consumer Services of Alabama, LLC; Residential Consumer Services of Ohio, LLC; Residential Consumer Services of Texas, LLC; Residential Consumer Services, LLC; Residential Funding Company, LLC; Residential Funding Mortgage Exchange, LLC; Residential Funding Mortgage Securities I, Inc.; Residential Funding Mortgage Securities II, Inc.; Residential Funding Real Estate Holdings, LLC; Residential Mortgage Real Estate Holdings, LLC; RFC Asset Holdings II, LLC; RFC Asset Management, LLC; RFC Borrower LLC; RFC Construction Funding, LLC; RFC SFJV-2002, LLC; and RFC-GSAP Servicer Advance, LLC.

PLEASE TAKE FURTHER NOTICE pursuant to Bankruptcy Rule 2002 that the undersigned requests that all notices and papers specified by the Rule and all other notices given or required to be given in this case and all other papers served or required to be served in this case be given to and served upon:

Janella J. Miller
Senior Vice President and Senior Counsel
TCF National Bank
200 Lake Street
Wayzata, MN 55391

The foregoing request includes, without limitation, all notices, orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, disclosure statements, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other documents or items of correspondence brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.

Dated: May 15, 2012                             **FOLEY & MANSFIELD PLLP**

                                BY: /e/ Janella J. Miller_____
                                    Janella J. Miller
                                    Senior Vice President and Senior Counsel
                                    TCF National Bank
                                    200 Lake Street
                                    Wayzata, MN 55391
                                    Telephone 952-745-2716

                                    **ATTORNEYS FOR TCF NATIONAL BANK**