## Unsworn Affidavit of Service

STATE OF MINNESOTA    )
                     ) ss.
COUNTY OF HENNEPIN    )

I, Jacquelyn J. LaVaque, declare under penalty of perjury that on May 15, 2012, I mailed copies of the attached **Notices of Entry of Appearance and Request for Service** by first class mail, postage prepaid, to each entity named below at the address stated below for each entity:

| | |
|---|---|
| Residential Capital, LLC<br>1177 Avenue of the Americas<br>New York, NY 10036 | Larren M. Nashelsky<br>Lorenzo Marinuzzi<br>Morrison & Foerster LLP<br>1290 Avenue of the Americas<br>New York, NY 10104 |
| United States Trustee<br>33 Whitehall Street<br>21st Floor<br>New York, NY 10004 | Claims and Noticing Agent<br>Kurtzman Carson Consultants<br>2335 Alaska Avenue<br>El Segundo, CA 90245 |
| KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, New York 10022-4611 | Shearman & Sterling LLP<br>599 Lexington Avenue<br>New York, New York 10022 |
| Winston & Strawn LLP<br>200 Park Avenue<br>New York, NY 10166-4193 | MCKOOL SMITH P.C.<br>One Bryant Park, 47th Floor<br>New York, New York 10036 |
| GIBBS & BRUNS LLP<br>1100 Louisiana, Suite 5300<br>Houston, TX 77002 | ROPES & GRAY LLP<br>1211 Avenue of the Americas<br>New York, NY 10036-8704 |
| Klestadt & Winters, LLP<br>570 Seventh Avenue, 17th Floor<br>New York, NY 10018 | MORRISON COHEN LLP<br>909 Third Avenue<br>New York, New York 10022 |
| Cadwalader, Wickersham & Taft LLP<br>One World Financial Center<br>New York, New York 10281 | Kasowitz Benson Torres & Friedman LLP<br>1633 Broadway<br>New York, NY 10019 |
| Skadden, Arps, Slate, Meagher & Flom LLP<br>Four Times Square<br>New York, New York 10036 | PATTERSON BELKNAP WEBB & TYLER LLP<br>1133 Avenue of the Americas<br>New York, New York 10036-6710 |
| Kelley Drye & Warren LLP<br>James S. Carr, Esq.<br>Eric R. Wilson, Esq.<br>101 Park Avenue<br>New York, New York 10178 | |

Executed on:  May 15, 2012        Signed: /e/ Jacquelyn J. LaVaque
                                  Jacquelyn J. LaVaque
                                  Foley & Mansfield, P.L.L.P.
                                  250 Marquette Avenue, Suite 1200
                                  Minneapolis, MN 55401