Weekly Cash Flow Projections - Citi MSR

| ($ millions) | W/B 14-May-12 Week 1 | W/B 21-May-12 Week 2 | W/B 28-May-12 Week 3 | W/B 4-Jun-12 Week 4 | W/B 11-Jun-12 Week 5 | W/B 18-Jun-12 Week 6 | W/B 25-Jun-12 Week 7 | W/B 2-Jul-12 Week 8 | W/B 9-Jul-12 Week 9 | W/B 16-Jul-12 Week 10 | W/B 23-Jul-12 Week 11 | W/B 30-Jul-12 Week 12 | W/B 6-Aug-12 Week 13 | W/B 13-Aug-12 Week 14 | W/B 20-Aug-12 Week 15 | W/B 27-Aug-12 Week 16 | W/B 3-Sep-12 Week 17 | W/B 10-Sep-12 Week 18 | W/B 17-Sep-12 Week 19 | W/B 24-Sep-12 Week 20 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **CITI MSR CASH FLOWS** | | | | | | | | | | | | | | | | | | | | | |
| 1 FNMA / FHLMC Net Repurchases | $ (0.8) | $ (0.8) | $ (0.9) | $ (0.9) | $ (0.6) | $ (0.9) | $ (0.9) | $ (0.9) | $ (1.1) | $ (1.1) | $ (1.1) | $ (1.0) | $ (1.0) | $ (1.0) | $ (1.0) | $ (1.0) | $ (0.9) | $ (1.2) | $ (1.2) | $ (1.4) | $ (19.4) |
| 2 Servicing / Ancillary Fees | 4.0 | 2.6 | 5.4 | 3.9 | 4.8 | 2.7 | 4.0 | 5.6 | 3.8 | 3.9 | 2.6 | 6.7 | 3.8 | 3.9 | 2.3 | 2.9 | 5.5 | 3.7 | 3.8 | 4.2 | 80.0 |
| 3 Interest | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | (0.6) |
| 4 Operating Expenses / Professional Fees | (1.4) | (2.8) | (1.0) | (2.8) | (2.4) | (2.8) | (1.3) | (2.4) | (1.2) | (5.0) | (1.2) | (2.6) | (1.2) | (2.3) | (1.2) | (2.5) | (1.1) | (5.7) | (1.4) | (2.7) | (47.9) |
| 5 **Net Cash Flow** | **1.8** | **(1.0)** | **2.3** | **0.3** | **1.8** | **(0.9)** | **1.8** | **1.2** | **1.5** | **(2.2)** | **0.3** | **2.0** | **1.6** | **(2.3)** | **0.2** | **(0.6)** | **2.3** | **(3.1)** | **1.3** | **0.0** | **8.2** |
| **CASH BALANCE ROLL-FORWARD** | | | | | | | | | | | | | | | | | | | | | |
| 6 Beginning Cash Balance | - | 1.8 | 0.8 | 3.1 | 3.4 | 5.2 | 4.3 | 6.1 | 7.3 | 8.8 | 6.5 | 6.8 | 8.8 | 10.4 | 8.2 | 8.4 | 7.7 | 10.0 | 6.9 | 8.2 | - |
| 7 Net Cash Flow | 1.8 | (1.0) | 2.3 | 0.3 | 1.8 | (0.9) | 1.8 | 1.2 | 1.5 | (2.2) | 0.3 | 2.0 | 1.6 | (2.3) | 0.2 | (0.6) | 2.3 | (3.1) | 1.3 | 0.0 | 8.2 |
| 8 **Ending Cash Balance** | **1.8** | **0.8** | **3.1** | **3.4** | **5.2** | **4.3** | **6.1** | **7.3** | **8.8** | **6.5** | **6.8** | **8.8** | **10.4** | **8.2** | **8.4** | **7.7** | **10.0** | **6.9** | **8.2** | **8.2** | **8.2** |