Benjamin P. Deutsch (BD-5435)
SCHNADER HARRISON SEGAL & LEWIS LLP
140 Broadway, Suite 3100
New York, NY 10005-1101
Phone: (212) 973-8000
Fax: (212) 972-8798
*Counsel to Liberty Property Limited Partnership*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
In re:                                                                  :    Chapter 11
                                                                        :
RESIDENTIAL CAPITAL, LLC, et al.                                        :    Case No. 12-12020-mg
                                                                        :
                                                                        :    Joint Administration Pending
                                      Debtor.                           :
                                                                        :
------------------------------------------------------------------------X

## MOTION TO ADMIT COUNSEL *PRO HAC VICE*

Pursuant to Rule 2090-1(b) of the Local Rules of the United States Bankruptcy Court for the Southern District of New York, I, Benjamin P. Deutsch, am a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of:

| | |
|---|---|
| Applicant's Name: | Barry E. Bressler |
| Firm Name: | Schnader Harrison Segal & Lewis LLP |
| Address: | 1600 market Street, Suite 3600 |
| | Philadelphia, PA 19103-7286 |
| Phone Number: | (215) 751-2000 |
| Fax Number: | (215) 751-2205 |
| Email: | bbressler@schnader.com |

Barry E. Bressler is a member in good standing of the Bars of the Commonwealth of Pennsylvania, as well as in the United States Supreme Court, United States Court of Appeals, Third Circuit, United States District Courts for the Eastern and Middle Districts of Pennsylvania

and U.S. District Court for the District of Colorado, and respectfully requests admission from this Court to practice, *pro hac vice*, to represent Liberty Property Limited Partnership, in the above-captioned bankruptcy case pursuant to Rule 2090-1(b) of the Local Rules of the United States Bankruptcy Court for the Southern District of New York.

There are no pending disciplinary proceedings against Barry E. Bressler in any state or federal court.

Dated: May 15, 2012
       New York, NY

Respectfully submitted:

SCHNADER HARRISON SEGAL & LEWIS LLP

By: /s/ Benjamin P. Deutsch
    Benjamin P. Deutsch (BD-5435)
    bdeutsch@schnader.com
140 Broadway, Suite 3100
New York, New York 10005-1101
Telephone: (212) 973-8000
Facsimile: (212) 972-8798

*Counsel to Liberty Property Limited Partnership*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X
                                            :
In re:                                      :    Chapter 11
                                            :
RESIDENTIAL CAPITAL, LLC, et al.            :    Case No. 12-12020-mg
                                            :
                                            :    Joint Administration Pending
                       Debtor.              :
                                            :
---------------------------------------------------------------------X

## ORDER FOR ADMISSION TO PRACTICE PRO HAC VICE

Upon consideration of the foregoing Motion for Admission *Pro Hac* Vice, it is hereby

ORDERED, that Barry E. Bressler, Esq., is admitted to practice, *pro hac vice*, in the above-captioned bankruptcy cases, in the United States Bankruptcy Court for the Southern District of New York, subject to payment of the filing fee.

Dated: New York, New York
       May ____, 2012

                                                The Honorable Martin Glenn
                                                United States Bankruptcy Judge

3