Benjamin P. Deutsch (BD-5435)
SCHNADER HARRISON SEGAL & LEWIS LLP
140 Broadway, Suite 3100
New York, NY 10005-1101
Phone: (212) 973-8000
Fax: (212) 972-8798
*Counsel to Liberty Property Limited Partnership*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

In re:                                                              :   Chapter 11
                                                                    :
RESIDENTIAL CAPITAL, LLC, et al.                                    :   Case No. 12-12020-mg
                                                                    :
                                                                    :   Joint Administration Pending
                                            Debtor.                 :
                                                                    :
------------------------------------------------------------------X

## MOTION TO ADMIT COUNSEL *PRO HAC VICE*

Pursuant to Rule 2090-1(b) of the Local Rules of the United States Bankruptcy Court for the Southern District of New York, I, Benjamin P. Deutsch, am a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of:

|                    |                                              |
|--------------------|----------------------------------------------|
| Applicant's Name:  | Richard A. Barkasy                           |
| Firm Name:         | Schnader Harrison Segal & Lewis LLP          |
| Address:           | 1600 market Street, Suite 3600               |
|                    | Philadelphia, PA 19103-7286                  |
| Phone Number:      | (215) 751-2000                               |
| Fax Number:        | (215) 751-2205                               |
| Email:             | rbarkasy@schnader.com                        |

Richard A. Barkasy is a member in good standing of the Bars of New Jersey, Pennsylvania and Delaware as well as in the United States District Court of New Jersey, United States District Court for the District of Delaware, United District Court for the Eastern District of

Pennsylvania, United States District Court for the Western District of Pennsylvania and the United States Court of Appeals for the Third Circuit, and respectfully requests admission from this Court to practice, *pro hac vice*, to represent Liberty Property Limited Partnership, in the above-captioned bankruptcy case pursuant to Rule 2090-1(b) of the Local Rules of the United States Bankruptcy Court for the Southern District of New York.

There are no pending disciplinary proceedings against Richard A. Barkasy in any state or federal court.

Dated: May 15, 2012
New York, NY

Respectfully submitted:

SCHNADER HARRISON SEGAL & LEWIS LLP

By: /s/ Benjamin P. Deutsch
    Benjamin P. Deutsch (BD-5435)
    bdeutsch@schnader.com
140 Broadway, Suite 3100
New York, New York 10005-1101
Telephone: (212) 973-8000
Facsimile: (212) 972-8798

*Counsel to Liberty Property Limited Partnership*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
In re:                                                                  :    Chapter 11
                                                                        :
RESIDENTIAL CAPITAL, LLC, et al.                                        :    Case No. 12-12020-mg
                                                                        :
                                                                        :    Joint Administration Pending
                        Debtor.                                         :
                                                                        :
------------------------------------------------------------------------X

## ORDER FOR ADMISSION TO PRACTICE PRO HAC VICE

Upon consideration of the foregoing Motion for Admission *Pro Hac* Vice, it is hereby

ORDERED, that Richard A. Barkasy, Esq., is admitted to practice, *pro hac vice*, in the above-captioned bankruptcy cases, in the United States Bankruptcy Court for the Southern District of New York, subject to payment of the filing fee.

Dated: New York, New York
       May ____, 2012

                                                            _____
                                                            The Honorable Martin Glenn
                                                            United States Bankruptcy Judge