Larry J. Nyhan
Jessica C.K. Boelter
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
(312) 853-7000 (tel)
(312) 853-7036 (fax)

-and-

SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, New York 10019
(212) 839-5300 (tel)
(212) 839-5599 (fax)

Attorneys for Nationstar Mortgage LLC

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
                                                             :
In re:                                                       :    Chapter 11
                                                             :
RESIDENTIAL CAPITAL, LLC, et al.,                            :    Case No. 12-12020 (MG)
                                                             :
                                                             :    Joint Administration Pending
                                             Debtors.        :
------------------------------------------------------------ x

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Nationstar Mortgage LLC ("Nationstar"), a party-in-interest in the above-referenced chapter 11 cases, hereby appear through their counsel, Sidley Austin LLP, and request, pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure and section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), that all notices given or required to be given in these jointly administered cases or in any proceeding herein and all papers served or required to be served in this case or in any proceeding herein be given to and served upon the following:

SIDLEY AUSTIN LLP
Larry J. Nyhan, Esq.
Jessica C.K. Boelter, Esq.
Brett Myrick, Esq.
One South Dearborn
Chicago, IL  60603
(312) 853-7000 (tel.)
(312) 853-7036 (fax.)
lnyhan@sidley.com
jboelter@sidley.com
bmyrick@sidley.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the rules specified above but also includes, without limitation, copies of any proposed disclosure statement or plan of reorganization, as required by Bankruptcy Rule 3017(a), as well as orders (including orders to show cause) and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, overnight mail or courier, hand delivery, telephone, telecopies, telegraph, telex or otherwise, which affects Nationstar, the Debtors or property of the Debtors' estates.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended to waive (i) Nationstar's rights to have final orders in non-core matters entered only after *de novo* review by the District Court, (ii) Nationstar's rights to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto, (iii) Nationstar's rights to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which Nationstar is or may be

entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Nationstar expressly reserves.

| | |
|---|---|
| Dated: New York, New York<br>May 15, 2012 | SIDLEY AUSTIN LLP<br><br>By:  /s/ Sophia Mullen<br>Sophia Mullen<br>787 Seventh Avenue<br>New York, NY 10019<br>(212) 839-5300 (tel)<br>(212) 839-5599 (fax)<br><br>-and-<br><br>Larry J. Nyhan<br>Jessica C.K. Boelter<br>SIDLEY AUSTIN LLP<br>One South Dearborn<br>Chicago, IL  60603<br>(312) 853-7000 (tel)<br>(312) 853-7036 (fax)<br><br>Attorneys for Nationstar Mortgage LLC |