**Trial Balance - Asset by Facility as of 2/29/2012**
*($ in millions)*

| | Ally Revolver | Blanket | Ally LOC | Citi MSR | DIP GSAP | BMMZ Repo | Fannie EAF | Unpledged | Subtotal | Mexico | Canada | Other Int'l | CapRe | Exclude | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | International | | | | | |
| **ASSETS** | | | | | | | | | | | | | | | |
| 1  Cash and Cash Equivalents | $69 | $174 | $ - | $ - | $91 | $ - | $ - | $252 | $586 | $88 | $22 | $10 | $0 | $ - | $706 |
| 2 | | | | | | | | | | | | | | | - |
| 3  **Mortgage Loans Held For Sale** | | | | | | | | | | | | | | | - |
| 4  Pipeline | - | 15 | 22 | - | - | - | - | - | 37 | - | - | - | - | - | 37 |
| 5  1st Lien | 107 | 31 | 397 | - | - | 225 | - | - | 760 | - | - | - | - | - | 760 |
| 6  2nd Lien | 225 | 5 | 109 | - | - | 157 | - | - | 497 | - | - | - | - | - | 497 |
| 7  HELOCs | - | 90 | 142 | - | - | - | - | - | 232 | - | - | - | - | - | 232 |
| 8  Reverse Mortgages/ Silent 2nds | 11 | - | 0 | - | - | - | - | - | 11 | - | - | - | - | - | 11 |
| 9  Contingent Repurchase Option | - | 0 | - | - | - | - | - | - | 0 | - | - | - | - | - | 0 |
| 10  GNMA Loans | 36 | 124 | 189 | - | - | - | - | - | 350 | - | - | - | - | - | 350 |
| 11  Foreign | 42 | 0 | - | - | - | - | - | - | 42 | 5 | 0 | - | - | - | 47 |
| 12 | | | | | | | | | | | | | | | - |
| 13  Repo and foreclosed assets | 5 | 15 | 11 | - | - | - | - | - | 32 | 3 | - | 0 | - | - | 35 |
| 14 | | | | | | | | | | | | | | | - |
| 15  **Finance Receivables & Lns Net** | - | (0) | - | - | - | - | - | - | (0) | 27 | 1 | (0) | - | - | 28 |
| 16 | | | | | | | | | | | | | | | - |
| 17  **Mortgage Servicing Rights** | | | | | | | | | | | | | | | - |
| 18  FNMA MSR | - | - | - | 422 | - | - | - | - | 422 | - | - | - | - | - | 422 |
| 19  FLHMC MSR | - | - | - | 180 | - | - | - | - | 180 | - | - | - | - | - | 180 |
| 20  GNMA MSR | - | - | - | - | - | - | - | 393 | 393 | - | - | - | - | - | 393 |
| 21  PLS MSR | - | 1 | 178 | - | - | - | - | - | 179 | - | - | - | - | - | 179 |
| 22  Master Servicing MSR | - | - | 28 | - | - | - | - | - | 28 | - | - | - | - | - | 28 |
| 23 | | | | | | | | | | | | | | | - |
| 24  **Servicer Advance** | | | | | | | | | | | | | | | - |
| 25  FNMA SA | 6 | 10 | - | - | - | - | 144 | - | 161 | - | - | - | - | - | 161 |
| 26  FLHMC SA | 2 | 1 | 79 | - | - | - | - | - | 83 | - | - | - | - | - | 83 |
| 27  GNMA SA | - | - | - | - | - | - | - | 108 | 108 | - | - | - | - | - | 108 |
| 28  PLS SA | 612 | 0 | - | - | 792 | - | - | - | 1,403 | - | - | - | - | - | 1,403 |
| 29  Master Servicing SA | 31 | (0) | - | - | 178 | - | - | - | 208 | - | - | - | - | - | 208 |
| 30  Other SA | 120 | - | - | - | - | - | - | - | 120 | - | 0 | - | - | - | 120 |
| 31 | | | | | | | | | | | | | | | - |
| 32  **Accounts Receivable** | | | | | | | | | | | | | | | - |
| 33  Govt Claims | 29 | 329 | 466 | - | - | - | - | - | 824 | - | - | - | - | - | 824 |
| 34  Other | 3 | 31 | 36 | 36 | - | 4 | - | 19 | 129 | 0 | 0 | - | 3 | 30 | 162 |
| 35 | | | | | | | | | | | | | | | - |
| 36  **Other** | | | | | | | | | | | | | | | - |
| 37  Trading Securities | 29 | 25 | 42 | - | - | - | - | - | 96 | - | (0) | - | - | - | 96 |
| 38  Oth Assts-Rstrctd cash & Eqv(1) | - | 211 | - | - | - | - | - | - | 211 | 0 | 0 | - | 123 | - | 334 |
| 39  Other Assets(2) | - | 62 | - | - | - | - | - | - | 62 | 5 | 1 | 0 | 0 | - | 68 |
| 40  **Total Assets** | **1,329** | **1,126** | **1,699** | **638** | **1,060** | **387** | **144** | **772** | **7,154** | **128** | **25** | **10** | **126** | **30** | **7,474** |
| 41  **Other Excluded** | | | | | | | | | | | | | | | |
| 42  Derivative Assets | - | - | - | - | - | - | - | - | - | - | - | - | - | 3,967 | 3,967 |
| 43  Derivative collateral placed | - | - | - | - | - | - | - | - | - | - | - | - | - | 1,163 | 1,163 |
| 44  Intercompany Loans Rec | - | - | 2 | - | - | - | - | - | 2 | - | - | - | - | 3,457 | 3,459 |
| 45  Subsidiary Inv | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 46  Receivables from Affiliates | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 47 | | | | | | | | | | | | | | | |
| 48  **Total Assets with Excluded Assets** | **1,329** | **1,126** | **1,701** | **638** | **1,060** | **387** | **144** | **772** | **7,156** | **128** | **25** | **10** | **126** | **8,617** | **16,063** |

(1) Of the $211MM in restricted cash, approximately $75M was subsequently returned to the company, and the LOC was paid down by the same amount.

(2) Includes $45M of PP&E, $8.7M of pre-paids, $5M of non derivative collateral posted, and $3.5M of unamortized debt issuance cost.