**Weekly Cash Flow Projections - Ally Line of Credit**

| ($ millions) | | W/B 14-May-12 Week 1 | W/B 21-May-12 Week 2 | W/B 28-May-12 Week 3 | W/B 4-Jun-12 Week 4 | W/B 11-Jun-12 Week 5 | W/B 18-Jun-12 Week 6 | W/B 25-Jun-12 Week 7 | W/B 2-Jul-12 Week 8 | W/B 9-Jul-12 Week 9 | W/B 16-Jul-12 Week 10 | W/B 23-Jul-12 Week 11 | W/B 30-Jul-12 Week 12 | W/B 6-Aug-12 Week 13 | W/B 13-Aug-12 Week 14 | W/B 20-Aug-12 Week 15 | W/B 27-Aug-12 Week 16 | W/B 3-Sep-12 Week 17 | W/B 10-Sep-12 Week 18 | W/B 17-Sep-12 Week 19 | W/B 24-Sep-12 Week 20 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **ALLY LINE OF CREDIT CASH FLOWS** | | | | | | | | | | | | | | | | | | | | | |
| 1 | GNMA Net Repurchases | $ 9.7 | $ (0.5) | $ (2.1) | $ (2.5) | $ 0.4 | $ 24.0 | $ (2.5) | $ (6.3) | $ 0.8 | $ 22.6 | $ 2.5 | $ (44.8) | $ 1.2 | $ (2.1) | $ 27.6 | $ (2.1) | $ (44.0) | $ 1.3 | $ 22.8 | $ 3.0 | $ 8.8 |
| 2 | Net Servicer Advances | (8.8) | 1.4 | 1.2 | 1.7 | 1.7 | (8.4) | 1.7 | 2.8 | 3.4 | (8.7) | 3.4 | 1.9 | 0.9 | (9.2) | 0.9 | 0.9 | 3.4 | 4.3 | (5.3) | 4.7 | (6.0) |
| 3 | P&I / Residual / REO / HELOC Collections | 2.5 | 6.6 | 3.5 | 4.3 | 3.7 | 1.9 | 8.2 | 5.4 | 3.5 | 3.0 | 7.3 | 6.0 | 3.8 | 3.6 | 6.8 | 2.7 | 6.3 | 3.5 | 2.8 | 8.1 | 93.4 |
| 4 | Servicing / Ancillary Fees | 4.8 | 3.2 | 6.5 | 10.1 | 5.8 | 3.3 | 4.8 | 12.1 | 4.6 | 4.7 | 3.1 | 13.4 | 4.6 | 4.8 | 2.8 | 3.5 | 11.8 | 4.5 | 4.7 | 5.1 | 118.3 |
| 5 | Interest | - | - | (1.0) | - | - | - | - | (1.2) | - | - | - | (1.5) | - | - | - | - | (1.7) | - | - | - | (5.4) |
| 6 | Operating Expenses / Professional Fees | (3.4) | (6.9) | (2.6) | (7.2) | (6.1) | (7.2) | (3.5) | (6.5) | (3.3) | (13.6) | (3.3) | (7.0) | (3.2) | (14.4) | (3.2) | (7.0) | (3.0) | (15.8) | (3.8) | (7.6) | (128.8) |
| 7 | **Net Cash Flow** | **4.7** | **3.7** | **5.5** | **6.3** | **5.5** | **13.6** | **8.7** | **6.2** | **9.0** | **8.0** | **13.0** | **(32.0)** | **7.2** | **(17.4)** | **34.9** | **(2.0)** | **(27.2)** | **(2.1)** | **21.2** | **13.3** | **80.2** |
| | **CASH BALANCE ROLL-FORWARD** | | | | | | | | | | | | | | | | | | | | | |
| 8 | Beginning Cash Balance | - | 4.7 | 8.5 | 14.0 | 20.3 | 25.8 | 39.4 | 48.1 | 54.3 | 63.3 | 71.3 | 84.3 | 52.2 | 59.5 | 42.1 | 77.0 | 75.1 | 47.9 | 45.8 | 66.9 | - |
| 9 | Net Cash Flow | 4.7 | 3.7 | 5.5 | 6.3 | 5.5 | 13.6 | 8.7 | 6.2 | 9.0 | 8.0 | 13.0 | (32.0) | 7.2 | (17.4) | 34.9 | (2.0) | (27.2) | (2.1) | 21.2 | 13.3 | 80.2 |
| 10 | **Ending Cash Balance** | **4.7** | **8.5** | **14.0** | **20.3** | **25.8** | **39.4** | **48.1** | **54.3** | **63.3** | **71.3** | **84.3** | **52.2** | **59.5** | **42.1** | **77.0** | **75.1** | **47.9** | **45.8** | **66.9** | **80.2** | **80.2** |

**Weekly Cash Flow Projections - Ally Revolver**

| ($ millions) | W/B 14-May-12 Week 1 | W/B 21-May-12 Week 2 | W/B 28-May-12 Week 3 | W/B 4-Jun-12 Week 4 | W/B 11-Jun-12 Week 5 | W/B 18-Jun-12 Week 6 | W/B 25-Jun-12 Week 7 | W/B 2-Jul-12 Week 8 | W/B 9-Jul-12 Week 9 | W/B 16-Jul-12 Week 10 | W/B 23-Jul-12 Week 11 | W/B 30-Jul-12 Week 12 | W/B 6-Aug-12 Week 13 | W/B 13-Aug-12 Week 14 | W/B 20-Aug-12 Week 15 | W/B 27-Aug-12 Week 16 | W/B 3-Sep-12 Week 17 | W/B 10-Sep-12 Week 18 | W/B 17-Sep-12 Week 19 | W/B 24-Sep-12 Week 20 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **ALLY REVOLVER CASH FLOWS** | | | | | | | | | | | | | | | | | | | | | |
| 1  Origination Activity | $ 87.7 | $ 1.2 | $ - | $ 9.8 | $ 25.7 | $ 6.7 | $ - | $ 12.9 | $ 0.7 | $ 5.6 | $ 1.1 | $ 12.4 | $ - | $ - | $ - | $ - | $ 17.1 | $ - | $ - | $ - | $ 181.0 |
| 2  GNMA Net Repurchases | 9.7 | (0.5) | (2.1) | (2.5) | 0.4 | 24.0 | (2.5) | (19.0) | 0.8 | 22.6 | 2.5 | (40.5) | 1.2 | (2.1) | 27.6 | (2.1) | (41.8) | 1.4 | 22.8 | 3.0 | 2.8 |
| 3  Net Servicer Advances | (95.3) | (35.1) | 32.8 | 44.2 | (91.0) | (30.8) | 44.2 | 39.0 | 48.8 | (161.4) | 48.8 | 41.3 | 36.3 | (98.9) | (38.7) | 36.3 | 46.2 | 57.8 | (124.9) | 60.1 | (140.7) |
| 4  P&I / Residual / REO / HELOC Collections | 2.2 | 3.9 | 3.0 | 3.5 | 3.4 | 2.0 | 5.5 | 4.4 | 2.9 | 2.6 | 4.6 | 4.9 | 3.2 | 3.1 | 4.2 | 2.4 | 4.9 | 3.0 | 2.4 | 5.2 | 71.2 |
| 5  Interest | - | - | (2.0) | - | - | - | - | (2.0) | - | - | - | (2.0) | - | - | - | - | (2.1) | - | - | - | (8.1) |
| 6  Operating Expenses / Professional Fees | (4.8) | (9.7) | (3.6) | (9.8) | (8.3) | (9.8) | (4.7) | (8.6) | (4.4) | (17.9) | (4.4) | (9.4) | (4.3) | (19.3) | (4.3) | (9.4) | (4.0) | (20.9) | (5.0) | (10.1) | (172.6) |
| 7  **Net Cash Flow** | **(0.6)** | **(40.1)** | **28.0** | **45.1** | **(69.8)** | **(7.9)** | **42.5** | **26.7** | **48.9** | **(148.6)** | **52.5** | **6.6** | **36.4** | **(117.2)** | **(11.2)** | **27.2** | **20.4** | **41.2** | **(104.7)** | **58.3** | **(66.4)** |
| **CASH BALANCE ROLL-FORWARD** | | | | | | | | | | | | | | | | | | | | | |
| 8  Beginning Cash Balance | 206.5 | 206.0 | 165.9 | 193.9 | 239.0 | 169.2 | 161.3 | 203.8 | 230.5 | 279.3 | 130.7 | 183.3 | 189.8 | 226.2 | 109.0 | 97.8 | 125.0 | 145.3 | 186.5 | 81.8 | 206.5 |
| 9  Net Cash Flow | (0.6) | (40.1) | 28.0 | 45.1 | (69.8) | (7.9) | 42.5 | 26.7 | 48.9 | (148.6) | 52.5 | 6.6 | 36.4 | (117.2) | (11.2) | 27.2 | 20.4 | 41.2 | (104.7) | 58.3 | (66.4) |
| 10  **Ending Cash Balance** | **206.0** | **165.9** | **193.9** | **239.0** | **169.2** | **161.3** | **203.8** | **230.5** | **279.3** | **130.7** | **183.3** | **189.8** | **226.2** | **109.0** | **97.8** | **125.0** | **145.3** | **186.5** | **81.8** | **140.1** | **140.1** |

**Weekly Cash Flow Projections - Ally DIP**

| ($ millions) | W/B 14-May-12 Week 1 | W/B 21-May-12 Week 2 | W/B 28-May-12 Week 3 | W/B 4-Jun-12 Week 4 | W/B 11-Jun-12 Week 5 | W/B 18-Jun-12 Week 6 | W/B 25-Jun-12 Week 7 | W/B 2-Jul-12 Week 8 | W/B 9-Jul-12 Week 9 | W/B 16-Jul-12 Week 10 | W/B 23-Jul-12 Week 11 | W/B 30-Jul-12 Week 12 | W/B 6-Aug-12 Week 13 | W/B 13-Aug-12 Week 14 | W/B 20-Aug-12 Week 15 | W/B 27-Aug-12 Week 16 | W/B 3-Sep-12 Week 17 | W/B 10-Sep-12 Week 18 | W/B 17-Sep-12 Week 19 | W/B 24-Sep-12 Week 20 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **ALLY DIP CASH FLOWS** | | | | | | | | | | | | | | | | | | | | | |
| 1  GNMA Net Repurchases | $ - | $ - | $ - | $ (84.7) | $ 0.2 | $ 0.2 | $ 0.2 | $ (63.3) | $ 0.4 | $ 0.4 | $ 0.4 | $ (3.8) | $ 0.5 | $ 0.5 | $ 0.5 | $ 0.5 | $ (1.7) | $ 0.5 | $ 0.5 | $ 0.5 | $ (148.1) |
| **CASH BALANCE ROLL-FORWARD** | | | | | | | | | | | | | | | | | | | | | |
| 2  Beginning Cash Balance | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 3  Net Cash Flow | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 4  **Ending Cash Balance** | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **ALLY DIP FACILITY ACTIVITY** | | | | | | | | | | | | | | | | | | | | | |
| 5  Beginning DIP Balance | - | - | - | - | 84.7 | 84.5 | 84.2 | 84.0 | 147.3 | 146.9 | 146.5 | 146.0 | 149.8 | 149.4 | 148.9 | 148.4 | 148.0 | 149.7 | 149.1 | 148.6 | - |
| 6  Net Cash Flow | - | - | - | 84.7 | (0.2) | (0.2) | (0.2) | 63.3 | (0.4) | (0.4) | (0.4) | 3.8 | (0.5) | (0.5) | (0.5) | (0.5) | 1.7 | (0.5) | (0.5) | (0.5) | 148.1 |
| 7  **Ending DIP Balance** | - | - | - | 84.7 | 84.5 | 84.2 | 84.0 | 147.3 | 146.9 | 146.5 | 146.0 | 149.8 | 149.4 | 148.9 | 148.4 | 148.0 | 149.7 | 149.1 | 148.6 | 148.1 | 148.1 |