DECHERT LLP
1095 Avenue of the Americas
New York, New York 10036-6797
Telephone: (212) 698-3500
Facsimile: (212) 698-3599
Glenn E. Siegel
Hector Gonzalez
Brian E. Greer
Mauricio A. España

*Counsel to the The Bank of New York Mellon Trust Company, N.A.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X
                                          :
In re:                                    :    Chapter 11
                                          :
RESIDENTIAL CAPITAL, LLC, *et al.*,       :    Case No. 12-12020 (MG)
                                          :
            Debtors.                      :    Jointly Administered
                                          :
---------------------------------------------------------------X

### NOTICE OF APPEARANCE AND REQUEST
### FOR SERVICE OF NOTICES AND PLEADINGS

**PLEASE TAKE NOTICE** that The Bank of New York Mellon Trust Company, N.A. ("**BNY Mellon**"), by and through its undersigned counsel, hereby appears in the above-captioned cases pursuant to 11 U.S.C. §§ 101, *et seq.*, including 11 U.S.C. § 1109(b), and request, pursuant to the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), including Bankruptcy Rules 2002, 3017, 9007 and 9010, that copies of all notices, orders, pleadings, papers or the like given or filed in the above-captioned cases be given and served upon, and that Dechert LLP be added to the mailing matrix on file with the Clerk of the Bankruptcy Court, as follows:

> DECHERT LLP
> Attn: Glenn E. Siegel
> Attn: Hector Gonzalez
> Attn: Brian E. Greer
> Attn: Mauricio A. España
> 1095 Avenue of the Americas
> New York, New York 10036-6797
> Telephone: (212) 698-3500

       Facsimile:  (212) 698-3599
      E-mail:  glenn.siegel@dechert.com
           hector.gonzalez@dechert.com
           brian.greer@dechert.com
           mauricio.espana@dechert.com

  **PLEASE TAKE FURTHER NOTICE** that the foregoing request includes the notices and papers referred to in the Bankruptcy Rules and also includes, without limitation, any plan of reorganization and objections thereto, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, disclosure statements, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other documents brought before this Court with respect to the above-captioned cases and proceedings therein, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, personal delivery, telephone, telegraph, telex, facsimile, electronic mail or otherwise, which affect or seek to affect in any way any rights or interests of the Debtors.

  **PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and Request for Service of Notices and Pleadings nor any later appearances, pleadings, proof of claim, claim or suit shall be deemed or construed to waive the rights of the BNY Mellon: (i) to have final orders in any non-core matters entered only after *de novo* review by a district court judge; (ii) to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases; (iii) to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) to any other rights, claims, actions, defenses, setoffs or recoupments to which the BNY Mellon is or may be entitled, either in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments expressly are hereby reserved.

Dated: New York, New York
May 16, 2012

        Respectfully submitted,

        DECHERT LLP

        By: /s/ Glenn E. Siegel
           Glenn E. Siegel
           Hector Gonzalez
           Brian E. Greer
           Mauricio A. España
        1095 Avenue of the Americas
        New York, New York 10036-6797
        Telephone: (212) 698-3500

        *Counsel to The Bank of New York Mellon Trust Company, N.A.*