Michael D. Warner, Esq.
Emily S. Chou, Esq.
**COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.**
301 Commerce Street, Suite 1700
Fort Worth, TX 76102
Telephone: (817) 810-5250
Facsimile: (817) 810-5255

ATTORNEYS FOR HP ENTERPRISE SERVICES, LLC

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, *et al.*, | Chapter 11<br>Jointly Administered |
| Debtors. | |

**NOTICE OF APPEARANCE PURSUANT TO BANKRUPTCY RULE 9010(b) AND REQUEST FOR SERVICE OF PAPERS PURSUANT TO BANKRUPTCY RULE 2002(a) AND PLEADINGS PURSUANT TO BANKRUPTCY RULE 3017(a)**

**PLEASE TAKE NOTICE** that, Cole, Schotz, Meisel, Forman & Leonard, P.A., hereby requests that all notices given or required to be given in these cases and any case consolidated herewith or any resulting converted case, and all papers served or required to be served in these cases and any case consolidated herewith, on behalf of HP Enterprise Services, LLC, be given to and served upon:

Michael D. Warner, Esq.
Emily S. Chou, Esq.
**COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.**
301 Commerce Street, Suite 1700
Fort Worth, Texas 76102
817-810-5250 Telephone
817-810-5255  Facsimile
mwarner@coleschotz.com
echou@coleschotz.com

And

Ayala Hassell, Esq.
**HP ENTERPRISE SERVICES, LLC**
5400 Legacy Drive
Plano, Texas 75024
972-605-5507 Telephone
972-605-5616 Facsimile
ayala.hassell@hp.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes the notices and papers referred to in Rule 2002, 3017, or 9007 of the Federal Rules of Bankruptcy Procedure, and also includes, without limitation, any plan of reorganization and objections thereto, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, disclosure statements, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before the Court with respect to these cases, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, facsimile transmission, e-mail, telegraph, telex or otherwise.

**PLEASE TAKE FURTHER NOTICE** that demand is also made that the undersigned be added to the Notice List for notice of all contested matters, adversary proceedings, and other proceedings in these Chapter 11 cases.

DATED: May 16, 2012

By: /s/ *Michael D. Warner*
Michael D. Warner, Esq.
Emily S. Chou, Esq.
**COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.**
301 Commerce Street, Suite 1700
Fort Worth, TX 76102
817-810-5250
817-810-5255 Facsimile

ATTORNEYS FOR HP ENTERPRISE SERVICES, LLC

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the above and foregoing pleading has been served on the individuals listed below and those parties registered for electronic notification by pre-paid postage U.S.P.S. First Class Mail and/or electronic service in the above cases, on this 16th day of May, 2012.

/s/ *Michael D. Warner*
Michael D. Warner

**Residential Capital, LLC**
1177 Avenue of the Americas
New York, NY 10036

**Lorenzo Marinuzzi**
**Larren M. Nashelsky**
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104

**United States Trustee**
33 Whitehall Street
21st Floor
New York, NY 10004