UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In re:

RESIDENTIAL CAPITAL, LLC, et al.,

                             Debtors

Case No.: 12-12020

Chapter 11

Jointly Administered

------------------------------------------------------------x

Adversary Proceeding No.: _____

                             Plaintiff

v.

                             Defendant

------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, <u>Michael D. Warner</u>, request admission, *pro hac vice*, before the Honorable <u>Martin Glenn</u>, to represent <u>HP Enterprise Services, LLC</u>, a <u>Creditor</u> in the above-referenced ☑ case ☐ adversary proceeding.

*I certify that I am a member in good standing* of the bar in the State of <u>Texas</u> and, if applicable, the bar of the U.S. District Court for the <u>Northern</u> District of <u>Texas</u>.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: 5/16/12

      Fort Worth, Texas

[signature]

*Mailing Address:*

Cole, Schotz, Meisel, Forman & Leonard, P.A.

301 Commerce Street, Suite 1700

Fort Worth, Texas 76102

E-mail address: <u>mwarner@coleschotz.com</u>

Telephone number: (817) 810-5250

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

## CERTIFICATE OF GOOD STANDING

I, Karen Mitchell, Clerk of the U.S. District Court for the Northern District of Texas, certify that the attorney named below is admitted to practice before this court and is currently in good standing:

### MICHAEL D WARNER

Bar Number:  Date of Admission:

00792304  March 28, 1995

Witness my official signature and the seal of this court.

Dated: March 15, 2012

Karen Mitchell,
Clerk of Court

By:
Deputy Clerk