UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

In re: RESIDENTIAL CAPITAL, LLC, et al.,                     Case No.: 12-12020

                                                             Chapter 11

                                          Debtors            Jointly Administered

-----------------------------------------------------------x

                                                             Adversary Proceeding No.: _____

                                          Plaintiff

                              v.

                                          Defendant

-----------------------------------------------------------x

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of  Michael D. Warner_____, to be admitted, *pro hac vice*, to

represent  HP Enterprise Services, LLC_____, (the "Client") a  Creditor_____

in the above referenced ☑ case ☐ adversary proceeding, and upon the movant's certification that the

movant is a member in good standing of the bar in the State of  Texas_____ and, if

applicable, the bar of the U.S. District Court for the  Northern___ District of

Texas_____, it is hereby

ORDERED, that  Michael D. Warner_____, Esq., is admitted to practice, *pro hac vice*,

in the above referenced ☑ case ☐ adversary proceeding to represent the Client, in the United States

Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____

_____, New York          /s/ _____

                                                 UNITED STATES BANKRUPTCY JUDGE