UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re

                                                 Chapter 11

Residential Capital, LLC, *et al*.,

                                                 Case no. 12-12020 (MG)

                                Debtors.       (Jointly Administered)

-----------------------------------------------------------------x

## APPOINTMENT OF
## OFFICIAL COMMITTEE OF UNSECURED CREDITORS

      Tracy Hope Davis, United States Trustee for Region 2, hereby appoints the following creditors to the Official Committee of Unsecured Creditors pursuant to sections 1102(a) and 1102(b) of the Bankruptcy Code:

1. Wilmington Trust, N.A.
   50 South Sixth Street, Suite 1290
   Minneapolis, MN  55402-1544
   Phone: (612) 217- 5628
   Fax: (612) 217-5651
   Attn: Julie J. Becker, Vice President

2. Deutsche Bank Trust Company Americas
   Harborside Financial Center
   100 Plaza One
   Jersey City, NJ  07311-3901
   Phone: (201) 593-8545
   Fax: (648) 502-4546
   Attn: Brendan Meyer

3. The Bank of New York Mellon Trust Company, N.A.
   6525 West Campus Oval
   New Albany, OH 43054
   Phone: (614) 775-5278
   Fax: (614) 775-5636
   Attn: Robert H. Major, Vice President

4. MBIA Insurance Corporation
   113 King Street
   Armonk, NY 10504
   Phone: (914) 765-3640
   Fax: (914) 765-3646
   Attn: Mitchell Sonkin

5. Rowena L. Drennen
   (As representative for plaintiffs in *In re: Community Bank of Northern Virginia Second Mortgage Lending Practices Litigation*, MDL No. 1674, (*Brian Kessler, et al.*) Case No. 03-0425, Case No. 02-01201, Case No. 05-0688, case No. 05-1386, United States District Court for the Western District of Pennsylvania)
   3725 N. Indiana
   Kansas City, MO   64117
   Phone: (816) 726-4615
   Fax: (816) 523-3530

6. AIG Asset Management (U.S.), LLC
   80 Pine Street
   New York, NY   10038
   Phone: (212) 770-0948
   Fax: (212) 770-8528
   Attn: Russell Lipman

7. U.S. Bank National Association
   190 S. LaSalle Street
   Chicago, IL 60603
   Phone: (312) 332-6578
   Attn: Mamta K. Scott, Vice President

8. Allstate Life Insurance Company
   3075 Sanders Road, Suite G5A
   Northbrook, IL 60062
   Phone: (847) 402-1477
   Fax; (847) 402-6639
   Attn: Peter A. McElvain

9. Financial Guaranty Insurance Company
   125 Park Avenue
   New York, New York 10017
   Phone: (212) 312-3399
   Attn: John Dubel

Dated: New York, New York
       May 16, 2012

                                    Respectfully submitted,

                                    TRACY HOPE DAVIS
                                  UNITED STATES TRUSTEE

By:   /s/ Brian S. Masumoto
       Brian S. Masumoto
       Trial Attorney
       33 Whitehall Street, 21st Floor
       New York, New York 10004
       Tel. No. (212) 510-0500
       Fax. No. (212) 668-2255