**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____
                                                                    )    **Chapter 11**
**In re:**                                                       )
                                                                    )    **Case No.   12-12020 (MG)**
**RESIDENTIAL CAPITAL, LLC,** *et al.*,        )    **Honorable Martin Glenn**
                                                                    )
                   **Debtors.**                           )    **Jointly Administered**
_____)

**MOTION FOR ADMISSION TO PRACTICE,** *Pro Hac Vice*
**FOR UNITED STATES GOVERNMENT ATTORNEY VICENTE MATIAS MURRELL**

    I, Vicente Matias Murrell, a member in good standing of the bar of the state of Maryland, request admission, *pro hac vice*, before the Honorable Martin Glenn, to represent the Pension Benefit Guaranty Corporation ("PBGC"), a creditor in the above referenced cases.

    The PBGC is a United States Government corporation that administers and enforces the pension plan termination program established under Title IV of the Employee Retirement Income Security Act of 1974 ("ERISA"), *as amended*, 29 U.S.C. §§ 1301-1461 (2006 & Supp. IV 2010). Under the Local Rules of the Bankruptcy Court for the Southern District of New York, an attorney "in good standing of the bar of any state or of any United States District Court may be permitted to practice in this Court" upon motion to the Court, in compliance with Local Rule 2090-1(b).

    My mailing address is:   Pension Benefit Guaranty Corporation, Office of the Chief Counsel, 1200 K Street, N.W., Suite 340, Washington, D.C. 20005.

    My e-mail address is: murrell.vicente@pbgc.gov **and** efile@pbgc.gov.   My telephone number is: (202) 326-4020, ext. 3580.

1

Pension Benefit Guaranty Corporation is a U.S. Government corporation and is therefore exempt from filing fees.

Dated:  May 17, 2012                                Respectfully submitted,
        Washington, D.C.

                                                     /s/ Vicente Matias Murrell
                                                    Vicente Matias Murrell
                                                    Pension Benefit Guaranty Corporation
                                                    Office of the Chief Counsel
                                                    1200 K Street, N.W., Suite 340
                                                    Washington, D.C.  20005-4026
                                                    Telephone:  (202) 326-4020, ext. 3580
                                                    Fax:  (202) 326-4112
                                                    Emails:  murrell.vicente@pbgc.gov and
                                                            efile@pbgc.gov