**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____
                                                                          )    **Chapter 11**
**In re:**                                                             )
                                                                          )    **Case No.  12-12020 (MG)**
**RESIDENTIAL CAPITAL, LLC,** *et al.***,**        )    **Honorable Martin Glenn**
                                                                          )
                    **Debtors.**                               )    **Jointly Administered**
_____)

## ORDER

**ORDERED,**

that Vicente Matias Murrell, Esq., is admitted to practice, *pro hac vice*, in the above referenced cases, in the United States Bankruptcy Court, Southern District of New York.   Mr. Murrell represents the Pension Benefit Guaranty Corporation, a U.S. Government corporation, and is therefore exempt from filing fees.

Dated: _____          _____
           New York, New York                    UNITED STATES BANKRUPTCY JUDGE