# CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of May, 2012, the Pension Benefit Guaranty Corporation's Motion for Admission to Practice, *Pro Hac Vice,* for United States Government Attorney Vicente Matias Murrell, was mailed by first class mail, postage pre-paid, on the following:

| | |
|---|---|
| Residential Capital, LLC<br>1177 Avenue of the Americas<br>New York, NY 10036<br>***Debtors*** | Larren M. Nashelsky<br>Lorenzo Marinuzzi<br>Morrison & Foerster LLP<br>1290 Avenue of the Americas<br>New York, NY 10104<br>***Debtors' Counsel*** |
| United States Trustee<br>33 Whitehall Street<br>21st Floor<br>New York, NY 10004<br>***U.S. Trustee*** | |

                                                /s/ Vicente Matias Murrell
                                                  Vicente Matias Murrell