JONES DAY
222 East 41st Street
New York, New York 10017
Telephone: (212) 326-3939
Facsimile: (212) 755-7306
Corinne Ball
Richard L. Wynne
Lance E. Miller

JONES DAY
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone: (216) 586-3939
Facsimile: (216) 579-0212
Carl E. Black

Attorneys for Financial Guaranty Insurance Company

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                                            :
In re                                                       :   Case No. 12-12020 (MG)
                                                            :
RESIDENTIAL CAPITAL, LLC, et al.,                           :   Chapter 11
                                                            :
                    Debtors.                                :   Jointly Administered
                                                            :
------------------------------------------------------------x

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE THAT** the undersigned counsel, pursuant to

Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure and section 1109(b)

of title 11 of the United States Code (the "Bankruptcy Code"), enter their appearance as attorneys

for Financial Guaranty Insurance Company ("FGIC"), in the above-referenced chapter 11 cases,

and request that the names of the counsel listed below be added to the mailing list maintained by

the Clerk, and that all notices given or required to be given in these cases, all pleadings and other

papers served, or required to be served, in these cases, be given to and served upon the

following:

NYI-4450829v1

**Corinne Ball**
**Richard L. Wynne**
**Lance E. Miller**
**JONES DAY**
**222 East 41st Street**
**New York, New York  10017**
**Telephone:  (212) 326-3939**
**Facsimile:  (212) 755-7306**
**Email:   cball@jonesday.com**
         **rlwynne@jonesday.com**
         **lemiller@jonesday.com**

                        **&**

**Carl E. Black**
**JONES DAY**
**901 Lakeside Avenue**
**Cleveland, Ohio  44114**
**Telephone:  (216) 586-3939**
**Facsimile:  (216) 579-0212**
**Email:   ceblack@jonesday.com**

**PLEASE TAKE FURTHER NOTICE THAT**, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the rules and sections specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, electronic mail, hand or courier delivery, telephone, telecopy, telegraph, telex or otherwise filed with regard to the referenced cases and proceedings therein.  Further, this request includes copies of any disclosure statements to be submitted prior to approval and any and all plans of reorganization.

**PLEASE TAKE FURTHER NOTICE THAT**, this notice and request shall not be deemed a consent to jurisdiction or venue of any type by FGIC, nor should they be deemed to waive: (1) FGIC's rights to have final orders in non-core matters in these cases entered only after <u>de</u> <u>novo</u> review by a District Court, (2) FGIC's rights to trial by jury in any proceeding so triable in these cases or any case, controversy or proceeding related to these cases; (3) FGIC's rights to have a District Court withdraw the reference in any matter in these cases subject to mandatory or

NYI-4450829v1

- 3 -

discretionary withdrawal; or (4) any other rights, claims, actions, defenses, setoffs or recoupment to which FGIC is or may be entitled under any agreements, or in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated:  May 17, 2012

Respectfully submitted,

/s/ Corinne Ball
JONES DAY
222 East 41st Street
New York, New York  10017
Telephone:  (212) 326-3939
Facsimile:  (212) 755-7306
Corinne Ball
Richard L. Wynne
Lance E. Miller

JONES DAY
901 Lakeside Avenue
Cleveland, Ohio  44114
Telephone:  (216) 586-3939
Facsimile:  (216) 579-0212
Carl E. Black

Attorneys for Financial Guaranty Insurance Company