**QUINN EMANUEL URQUHART
  & SULLIVAN, LLP**
Susheel Kirpalani
Scott C. Shelley
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Telecopier: (212) 849-7100

*Counsel for AIG Asset Management (US), LLC*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
|                                                     :
**In re:**                                           :
                                                     :    **Chapter 11**
**RESIDENTIAL CAPITAL LLC, et al.,**                 :    **Case No. 12-12020 (MG)**
                                                     :    **(Jointly Administered)**
                    **Debtors.**                     :
                                                     :
---------------------------------------------------------------x

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS OF QUINN EMANUEL URQUHART & SULLIVAN, LLP

PLEASE TAKE NOTICE that, pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel") hereby appears in the above-captioned cases on behalf of AIG Asset Management (US), LLC and requests that all notices given or required to be given in the above-captioned cases and all papers served in the above-captioned cases (including, but not limited to, all papers filed and served in all adversary proceedings, contested matters, and other proceedings in the above-captioned cases, and all notices mailed only to parties in interest who filed with the Court a request that all notices be mailed to them) be given to and served upon the following attorneys:

> QUINN, EMANUEL, URQUHART & SULLIVAN, LLP
> 51 Madison Avenue, 22nd Floor
> New York, New York 10010
> Attention: Susheel Kirpalani
> Scott C. Shelley
> Telephone: (212) 849-7000
> Facsimile: (212) 849-7100
> E-mails: susheelkirpalani@quinnemanuel.com
> scottshelley@quinnemanuel.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, all orders and notices of any application, motion, order, petition, pleading, request, complaint, demand, statement of affairs, operating reports, schedules of assets and liabilities, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, facsimile transmission, or otherwise, that affects the above-referenced debtor or property of the debtor.

PLEASE TAKE FURTHER NOTICE that the foregoing request includes a request for any plan or disclosure statement pursuant to Rule 3017(a) of the Federal Rules of Bankruptcy Procedure.

PLEASE TAKE FURTHER NOTICE that the identified attorneys from Quinn Emanuel consent to e-mail service.

*[signature page follows]*

Dated: May 17, 2012
      New York, New York

                           **QUINN EMANUEL URQUHART & SULLIVAN, LLP**

                            /s/ Scott C. Shelley
                          Susheel Kirpalani
                          Scott C. Shelley
                          51 Madison Avenue, 22nd Floor
                          New York, New York 10010
                          Telephone: (212) 849-7000
                          Facsimile: (212) 849-7100

                          *Counsel for AIG Asset Management (US), LLC*