REILLY POZNER LLP
1900 16th Street, Suite 1700
Denver, CO 80202
Telephone: (303) 893-6100
Facsimile: (303) 893-6110
Michael A. Rollin, NY Bar # 4848859

*Counsel for Lehman Brothers Holdings Inc.*

|  |  |
|---|---|
| In re: | Case No. 12-12020 (MG) |
|  | Chapter 11 |
| RESIDENTIAL CAPITAL, LLC., et al., | Jointly Administered |
| Debtors. |  |

# NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS OF REILLY POZNER LLP

PLEASE TAKE NOTICE that, pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Reilly Pozner LLP hereby appears in the above-captioned cases on behalf of Lehman Brothers Holdings Inc. and requests that all notices given or required to be given in the above-captioned cases and all papers served in the above-captioned cases (including, but not limited to, all papers filed and served in all adversary proceedings, contested matters, and other proceedings in the above-captioned cases, and all notices mailed only to parties in interest who filed with the Court a request that all notices be mailed to them) be given to and served upon the following:

    REILLY POZNER LLP
    1900 16TH Street, Suite 1700
    Denver, CO 80202
    Michael A. Rollin
    mrollin@rplaw.com
    Telephone: (303) 893-6100
    Facsimile: (303) 893-6110

1

756321

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, all orders and notices of any application, motion, order, petition, pleadings, request, complaint, demand, statement of affairs, operating reports, schedules of assets and liabilities, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, hand delivery, telephone, facsimile transmission, or otherwise, that affects the above-referenced debtor or property of the debtor.

PLEASE TAKE FURTHER NOTICE that the foregoing request includes a request for any plan or disclosure statement pursuant to Rule 3017(a) of the Federal Rules of Bankruptcy Procedure.

PLEASE TAKE FURTHER NOTICE that the identified attorney from Reilly Pozner consents to e-mail service.

Dated:  May 18, 2012.

      *s/Michael A. Rollin*
Michael A. Rollin
mrollin@rplaw.com
Reilly Pozner LLP
1900 16th Street, Suite 1700
Denver, CO 80202

Attorney for Lehman Brothers Holdings Inc.

756321

## CERTIFICATE OF SERVICE

I hereby certify that, on May 18, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

Larren M. Nashelsky
Gary S. Lee
Todd M. Goren
Alexandra Steinberg Barrge
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, NY 10104

*Counsel for the Debtors and Debtors in Possession*