Martin G. Bunin
William Hao
Alston & Bird LLP
90 Park Avenue
New York, NY 10016
(212) 210-9400

*Counsel to Wells Fargo Bank, N.A., in its capacity as trustee, indenture trustee or master servicer of certain RMBS trusts*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

| | |
|---|---|
| IN RE: | Chapter 11 |
| | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, *et al.*, | Jointly Administered |
| Debtors. | |

------------------------------------------------------------------x

## NOTICE OF APPEARANCE AND DEMAND FOR NOTICE AND PAPERS

PLEASE TAKE NOTICE that the undersigned appears in the above-captioned cases on behalf of Wells Fargo Bank, N.A. ("**Wells Fargo**"), in its capacity as trustee, indenture trustee or master servicer of certain RMBS trusts, pursuant to Federal Rules of Bankruptcy Procedure 2002 and 9010(b) and section 1109(b) of the Bankruptcy Code, hereby requests that any and all notices given or required to be given in these cases and all papers served or required to be served in these cases, be delivered to and served upon the persons listed below at the following addresses, telephone and facsimile numbers:

> Martin G. Bunin, Esq.
> William Hao, Esq.
> Alston & Bird LLP
> 90 Park Avenue
> New York, NY 10016
> Phone: (212) 210-9400
> Fax: (212) 210-9444
> Email: marty.bunin@alston.com
>        william.hao@alston.com

LEGAL02/33318690v2

John C. Weitnauer, Esq.
Alston & Bird LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA  30309-3424
Phone: (404) 881-7000
Fax: (404) 253-8298
Email: kit.weitnauer@alston.com

William B. Macurda
Alston & Bird LLP
Bank of America Plaza
Suite 4000
101 South Tryon Street
Charlotte, NC  28280-4000
Phone: (704) 444-1000
Fax: (704) 444-1755
Email: bill.macurda@alston.com

PLEASE TAKE FURTHER NOTICE THAT the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Code and Federal Rules of Bankruptcy Procedure provisions specified above, but also includes, without limitation, all orders, notices, hearing dates, applications, motions, petitions, requests, complaints, demands, replies, answers, schedules of assets and liabilities and statement of affairs, operating reports, plans of reorganization and liquidation, and disclosure statements, whether formal or informal whether written or oral and whether transmitted or conveyed by mail delivery, telephone, facsimile, or otherwise in theses case.

This Notice of Appearance and any subsequent appearance, pleading, claim, or suit is not intended nor shall be deemed to waive Wells Fargo's (i) right to have final orders in non-core matters entered only after *de novo* review by a district court judge; (ii) right to trial by jury in any proceedings so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims,

actions, defenses, setoffs or recoupments to which Wells Fargo is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.

Dated: New York, New York
May 18, 2012

          ALSTON & BIRD LLP

     By: /s/ Martin G. Bunin
          Martin G. Bunin

          90 Park Avenue
          New York, NY 10016
          (212) 210-9400

*Counsel to Wells Fargo Bank, N.A., in its capacity as trustee, indenture trustee or master servicer of certain RMBS trusts*