Wendy Alison Nora
210 Second Street NE
Minneapolis, Minnesota 55413
Telephone: (612) 333-4144
Facsimile: (612) 886-2444
E-mail: accesslegalservices@gmail.com

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| RESIDENTIAL CAPITAL, LLC | Chapter 11 |
| a/k/a RESIDENTIAL CAPITAL CORPORATION | Case No. 12-12020-mg |
| 1177 Avenue of the Americas | Joint Administration Pending |
| New York,  New York 10036 | |
|         Debtor | |

---

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

---

**PLEASE TAKE NOTICE** that Wendy Alison Nora, a contingent claimant holding a

contingent claim in excess of Ten Billion Dollars US ($10,000,000,000.00 US)  appears

personally and as her own counsel in above-captioned matter and requests that she be added to

the mailing list maintained by the Clerk in this case, and that all notices given or required to

given this case be given to, and served upon her at the address set forth below.

**PLEASE TAKE FURTHER NOTICE** that pursuant to 11 U.S.C. sec. 1109(b) the

foregoing request includes notices and papers referred to in Federal Rules of Bankruptcy

Procedure and also includes, without limitation, notice of any orders, pleadings, motions,

applications, complaints, demands, hearings, requests or petitions, answering or reply papers,

memoranda and briefs in support of any other document brought before this Court with

respecting to this proceeding, whether formal or informal, whether written or oral, and whether

1

transmitted by CM/ECF, US mail, hand-delivery, facsimile or telephone, all of which shall be

sent to:

> Wendy Alison Nora
> 210 Second Street NE
> Minneapolis, Minnesota 55413
> Telephone: (612) 333-4144
> Facsimile: (612) 886-2444
> E-mail: accesslegalservices@gmail.com

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance, and any

subsequent appearance, pleading, claim, or suit, is not intended, nor shall be deemed to waive the

any right, including, but not limited to (1) the right to have final orders in non-core matters

entered only after de novo review by a United States District Court Judge or upon expiration of

the time to appeal to the United States District Court, including the time for receipt of and service

thereof by US mail, if applicable; (2) the right to trial by jury in any proceeding so triable herein

or in any case, controversy or proceeding related hereto; (3) the right to have the reference

withdrawn by the United States District Court in any matter subject to mandatory or discretionary

withdrawal;  (4) the right to move to lift the automatic stay to proceed on actions pending or to be

brought in other jurisdictions, including, but not limited to Nora v. Residential Funding

Company, LLC, et. al.  now pending in the United States District Court for the Western District

of Wisconsin as Case No. 10-cv-748;  Residential Funding Company, LLC v. Nora, et. al. now

on appeal to the Wisconsin Court of Appeals for the Fourth Judicial District as Case No.

11AP000879; or Residential Funding Company, LLC v. Nora, et. al as Case No. 09CV001096;

or (5) any objection to discharge of the Debtor and/or  the Debtor's related (subsidiary) entities

now pending application for joint administration for fraud upon the undersigned and thousands

2

of United States homeowners through the related entities; (6) any adversary proceedings to be

brought by the undersigned in her capacity as a party injured by the Debtor and/or the Debtor's

the Debtor's related (subsidiary) entities now pending application for joint administration; (7) be

other rights, claims, actions, defenses, setoffs or recoupments, not enumerated herein,  to which

the undersigned may be entitled at law or equity, all of which rights, claims, actions, defense,

setoffs and recoupments being expressly hereby reserved.

Dated at Minneapolis, Minnesota this 14th day of Minneapolis, Minnesota.

*/s/ Wendy Alison Nora*

_____
Wendy Alison Nora
210 Second Street NE
Minneapolis, Minnesota 55413
(612) 333-4144
FAX (612) 886-2444
accesslegalservices@gmail.com