Martin G. Bunin
William Hao
Alston & Bird LLP
90 Park Avenue
New York, NY 10016
(212) 210-9400

*Counsel to Wells Fargo Bank, N.A., in its*
*capacity as trustee, indenture trustee or*
*master servicer of certain RMBS trusts*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

IN RE:                                                         Chapter 11

                                                               Case No. 12-12020 (MG)

RESIDENTIAL CAPITAL, LLC, *et al.*,
                                                               Jointly Administered

                                    Debtors.

------------------------------------------------------------------------x

## <u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK       )
                        )       ss.:
COUNTY OF NEW YORK   )

      Leslie Salcedo, being duly sworn, hereby deposes and says:

      1.      I am over 18 years of age and am not a party to the above-captioned

proceedings.  I am employed by Alston & Bird, LLP, having offices at 90 Park Avenue,

New York, New York 10016.

      2.      On May 18, 2012, I caused a true and correct copy of Notice of

Appearance and Demand for Notice and Papers, to be served upon the parties listed on

the attached Service List in Exhibit A and in the manner indicated.

/s/ Leslie Salcedo
Leslie Salcedo

Sworn to before me this
18<u>th</u> day of May, 2012.

/s/ Louis P. Costanzo
Louis P. Costanzo
Notary Public, State of New York
No. 01CO5013639
Qualified in New York County
Commission Expires July 15, 2015

- 2 -

**Exhibit A**

<u>**Via First Class Mail**</u>

| | |
|---|---|
| Larren M. Nashelsky<br>Gary S. Lee<br>Lorenzo Marinuzzi<br>MORRISON & FOERSTER LLP<br>1290 Avenue of the Americas<br>New York, NY 10104 | Office of the United States Trustee<br>Brian S. Masumoto<br>Office of the United State Trustee<br>33 Whitehall St 21st Fl, Region 2<br>New York, NY 10004-2111 |
| ResCap Claims Processing Center<br>c/o KCC<br>2335 Alaska Ave<br>El Segundo, CA 90245 | Kenneth H. Eckstein<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY 10036 |