# EXHIBIT A

**Barclays Fee Letter**

EXECUTION VERSION
AS REDACTED

BARCLAYS BANK PLC
745 Seventh Avenue
New York, New York 10019

**PERSONAL AND CONFIDENTIAL**

**April 9, 2012**

Residential Capital, LLC
1177 Avenue of the Americas
New York, NY 10036

Residential Funding Company, LLC
1177 Avenue of the Americas
New York, NY 10036

GMAC Mortgage, LLC
1177 Avenue of the Americas
New York, NY 10036

<u>Fee Letter</u>

Ladies and Gentlemen:

Reference is made to (a) the commitment letter, dated the date hereof (together with all exhibits, schedules and annexes thereto, the "<u>Commitment Letter</u>"), among Barclays Bank PLC ("<u>Barclays Bank</u>," the "<u>Commitment Party</u>," "<u>we</u>" or "<u>us</u>"), Residential Capital, LLC ("<u>ResCap</u>"), Residential Funding Company, LLC ("<u>RFC</u>") and GMAC Mortgage, LLC ("<u>GMACM</u>"), each a Delaware limited liability company (ResCap, RFC and GMACM collectively, the "<u>Company</u>" or "<u>you</u>"), (b) the facility fee letter, dated the date hereof (the "<u>Facility Fee Letter</u>"), among Barclays Bank and the Company, (c) the fee letter, dated March 13, 2012 (the "<u>GSAP Fee Letter</u>"), among Barclays Bank, RFC and GMACM and (d) that certain letter agreement, dated February 28, 2012 (the "<u>Original Work Letter</u>"), between ResCap and Barclays Bank. Unless otherwise defined herein, capitalized terms used herein have the meanings assigned to them in the Commitment Letter. This fee letter (this "<u>Fee Letter</u>") is one of the "Fee Letters" referred to in the Commitment Letter.

**1.    Fee Credit**

This will confirm that you have requested (and we have agreed) that:

(a)     if (i) Barclays Bank (x) has been appointed as sole administrative agent and left lead arranger for the DIP Facility and (y) [REDACTED], and (ii) the Bankruptcy Cases are commenced during one of the periods specified in Column A, then you will be entitled to a credit of a portion of the structuring fee previously paid pursuant to the GSAP Fee Letter against the portion of the Underwriting Fee [REDACTED] payable on the Closing Date to Barclays Bank, for its own account. Such credit, if any, shall be in the amount set forth in Column B below opposite the applicable period specified in Column A below during which the Bankruptcy Cases were commenced:

April 9, 2012                                                                      **CONFIDENTIAL**
Residential Capital, LLC
Residential Funding Company, LLC
GMAC Mortgage, LLC

| Column A:<br>Commencement of Bankruptcy Cases | Column B:<br>Amount of Credit for GSAP Structuring Fee |
|---|---|
| After the date hereof, but on or before April 15, 2012 | $4,400,000 |
| After April 15, 2012, but on or before April 30, 2012 | $3,800,000 |
| After April 30, 2012, but on or before May 15, 2012 | $3,200,000 |

(b)     if Barclays Bank (i) has been appointed as sole administrative agent and left lead arranger for the DIP Facility and (ii) [REDACTED], then you will be entitled to a credit of the Work Fee (as defined in the Original Work Letter) previously paid pursuant to the Original Work Letter against the portion of the Underwriting Fee payable to Barclays Bank, for its own account, on the date hereof.

In no event shall any credit pursuant to this Section 1 be in an amount greater than any underwriting [REDACTED] fees payable to Barclays Bank, for its own account, pursuant to any Fee Letter.

2.     [REDACTED] **Agency Fee**

By accepting the Commitment Letter, you agree to pay (or cause to be paid) the fees set forth in this Section 2 in accordance with the other terms and conditions set forth herein.

[REDACTED]

You also agree to pay (or cause to be paid) to the Administrative Agent, solely for its own account, a non-refundable agency fee in an amount equal to $150,000 *per annum*, payable annually in advance on the Closing Date for the twelve-month period following the Closing Date and thereafter semi-annually in advance beginning on the first anniversary of the Closing Date for the following six-month period (on a prorated basis) until all loans under the DIP Facility and all obligations with respect thereto have been paid in full or for so long as any DIP Lender will have any commitment thereunder (it being understood that such agency fee shall be in addition to reimbursement of the Administrative Agent's expenses pursuant to the terms of the Loan Documents).

You acknowledge and agree that, in the event we act in any other capacity with respect to the DIP Facility, any fees owed to us in connection therewith that are agreed to by you shall be in addition to any fees payable to us hereunder or under the Facility Fee Letter.

The DIP Lenders' (including the Commitment Party's) several commitments to provide the DIP Facility are conditioned upon payment of the above fees described in this Section 2 that are specified to be paid on or prior to the Closing Date and the fees specified in the Commitment Letter and the Facility Fee Letter.

3.     **Fees Generally; Expenses**

All fees payable hereunder will be payable in U.S. dollars in immediately available funds to the Arranger or the Administrative Agent (as applicable) for their own accounts, or as directed by them, in any such case, free and clear of and without deduction for any and all present or future applicable taxes, levies, imposts, deductions, charges or withholdings, and all liabilities with respect thereto (with appropriate gross-up for withholding taxes) and will not be subject to reduction by way of setoff or counterclaim. Once paid, no fee [REDACTED] will be refundable under any circumstances, including, without

2

April 9, 2012                                                                                                                                 **CONFIDENTIAL**
Residential Capital, LLC
Residential Funding Company, LLC
GMAC Mortgage, LLC

limitation, if the Final Financing Order is not entered by the Bankruptcy Court. Your obligation to pay any fee, expense or other obligation set forth herein or to cause any such fee, expense or other obligation to be paid shall be joint and several with any other party having such an obligation. You agree that we may, in our sole discretion, share all or any portion of any fees payable hereunder to us with any other DIP Lender.

**4.**     **General**

The Company acknowledges that this Fee Letter is neither an expressed nor an implied commitment by the Commitment Party or the Arranger or any of their respective affiliates to act in any capacity with respect to the DIP Facility or to purchase or place any loans in connection therewith, which commitment, if any, is only set forth in the Commitment Letter.

Please note that this Fee Letter is exclusively for the information of the Board of Directors and senior management of the Company and may not be disclosed to any other person or entity except to the extent expressly permitted by Section 8 of the Commitment Letter.

Neither this Fee Letter nor any of your rights or obligations hereunder may be assigned by you without our prior written consent (and any purported assignment without such consent will be null and void). This Fee Letter is intended to be solely for the benefit of the parties hereto and is not intended to and does not confer any benefits upon, or create any rights or remedies in favor of, any person (including stockholders, employees or creditors of the Company or its affiliates) other than the parties hereto. This Fee Letter may not be amended or any term or provision hereof waived or modified except by an instrument in writing signed by each of the parties hereto and any term or provision hereof may be amended or waived only by a written agreement executed and delivered by all parties hereto. Your obligations under this Fee Letter are in addition to all of your obligations under any other agreement between you and us. Your obligations under this Fee Letter are joint and several obligations of Residential Capital, LLC, Residential Funding Company, LLC and GMAC Mortgage, LLC.

This Fee Letter may be executed in any number of counterparts, each of which when executed will be an original, and all of which, when taken together, will constitute one agreement. Delivery of an executed counterpart of a signature page of this Fee Letter by facsimile or other electronic transmission (e.g., "pdf" or "tif") will be effective as delivery of a manually executed counterpart hereof.

In addition, please note that neither the Commitment Party nor the Arranger nor any of their respective affiliates provide tax, accounting or legal advice.

Nothing contained in this Fee Letter shall constitute an acceptance, modification or amendment to any term or condition under the Existing GSAP Facility, which modification or amendment may only become effective in accordance with the terms thereof.

THIS FEE LETTER AND ANY CLAIM, CONTROVERSY OR DISPUTE ARISING UNDER OR RELATED TO THIS FEE LETTER (INCLUDING, WITHOUT LIMITATION, ANY CLAIMS SOUNDING IN CONTRACT LAW OR TORT LAW ARISING OUT OF THE SUBJECT MATTER HEREOF) WILL BE GOVERNED BY AND CONSTRUED AND INTERPRETED IN ACCORDANCE WITH THE LAWS OF THE STATE OF NEW YORK WITHOUT REGARD TO CONFLICT OF LAW PRINCIPLES THAT WOULD RESULT IN THE APPLICATION OF ANY LAW OTHER THAN THE LAW OF THE STATE OF NEW YORK. The provisions of this Fee Letter will survive the expiration or

3

April 9, 2012 <span style="float:right">**CONFIDENTIAL**</span>
Residential Capital, LLC
Residential Funding Company, LLC
GMAC Mortgage, LLC

termination of the Commitment Letter (including any extensions thereof) and the funding of the DIP Facility.

*[The remainder of this page is intentionally left blank.]*

Please confirm that the foregoing is in accordance with your understanding by signing and returning to us the enclosed copy of this Fee Letter, which will become a binding agreement upon our receipt.

Very truly yours,

**BARCLAYS BANK PLC**

By:_____
    Name:
    Title:

[Signature Page to Fee Letter]

ACCEPTED AND AGREED TO AS OF THE DATE FIRST WRITTEN ABOVE:

**RESIDENTIAL CAPITAL, LLC**

By:_____
    Name:
    Title:

**RESIDENTIAL FUNDING COMPANY, LLC**

By:_____
    Name:
    Title:

**GMAC MORTGAGE, LLC**

By:_____
    Name:
    Title: