## EXHIBIT C

**Collateral Agent Fee Letter**

ny-1041293

**BARCLAYS BANK PLC**
745 Seventh Avenue
New York, New York 10019

**PERSONAL AND CONFIDENTIAL**

**May 13, 2012**

Residential Capital, LLC
1177 Avenue of the Americas
New York, NY 10036

Residential Funding Company, LLC
1177 Avenue of the Americas
New York, NY 10036

GMAC Mortgage, LLC
1177 Avenue of the Americas
New York, NY 10036

## Collateral Agency Fee Letter

Ladies and Gentlemen:

Reference is made to the commitment letter, dated April 9, 2012 (together with all exhibits, schedules and annexes thereto, the "Commitment Letter"), among Barclays Bank PLC ("Barclays," the "Commitment Party," "we" or "us"), Residential Capital, LLC ("ResCap"), Residential Funding Company, LLC ("RFC") and GMAC Mortgage, LLC ("GMACM"), each a Delaware limited liability company (ResCap, RFC and GMACM collectively, the "Company" or "you"). Unless otherwise defined herein, capitalized terms used herein have the meanings assigned to them in the Commitment Letter. This fee letter (this "Collateral Agency Fee Letter") is one of the "Fee Letters" referred to in the Commitment Letter.

**1.    Collateral Agency Fee**

You hereby appoint Barclays to act, and Barclays hereby agrees to act, as exclusive collateral agent (in such capacity, the "Collateral Agent") for the DIP Facility. The Collateral Agent will have the rights and authority customarily given to financial institutions in such roles. As consideration for the foregoing, you agree to pay or cause to be paid the fees and expenses set forth in this Collateral Agency Fee Letter as and when payable in accordance with the terms hereof.

You also agree to pay (or cause to be paid) to the Collateral Agent, solely for its own account, a non-refundable collateral agency fee in an amount equal to $300,000 *per annum*, payable annually in advance on the Closing Date for the twelve-month period following the Closing Date and thereafter semi-annually in advance beginning on the first anniversary of the Closing Date for the following six-month period (on a prorated basis) until all loans under the DIP Facility and all obligations with respect thereto have been paid in full or for so long as any DIP Lender will have any commitment thereunder (it being understood

May 13, 2012                                                                                                 **CONFIDENTIAL**
Residential Capital, LLC
Residential Funding Company, LLC
GMAC Mortgage, LLC

obligations under any other agreement between you and us. Your obligations under this Collateral Agency Fee Letter are joint and several obligations of Residential Capital, LLC, Residential Funding Company, LLC and GMAC Mortgage, LLC.

This Collateral Agency Fee Letter may be executed in any number of counterparts, each of which when executed will be an original, and all of which, when taken together, will constitute one agreement. Delivery of an executed counterpart of a signature page of this Collateral Agency Fee Letter by facsimile or other electronic transmission (e.g., "pdf" or "tif") will be effective as delivery of a manually executed counterpart hereof.

In addition, please note that none of the Collateral Agent, the Administrative Agent, the Commitment Party or the Arranger nor any of their respective affiliates provide tax, accounting or legal advice.

THIS COLLATERAL AGENCY FEE LETTER AND ANY CLAIM, CONTROVERSY OR DISPUTE ARISING UNDER OR RELATED TO THIS COLLATERAL AGENCY FEE LETTER (INCLUDING, WITHOUT LIMITATION, ANY CLAIMS SOUNDING IN CONTRACT LAW OR TORT LAW ARISING OUT OF THE SUBJECT MATTER HEREOF) WILL BE GOVERNED BY AND CONSTRUED AND INTERPRETED IN ACCORDANCE WITH THE LAWS OF THE STATE OF NEW YORK WITHOUT REGARD TO CONFLICT OF LAW PRINCIPLES THAT WOULD RESULT IN THE APPLICATION OF ANY LAW OTHER THAN THE LAW OF THE STATE OF NEW YORK. The provisions of this Collateral Agency Fee Letter will survive the expiration or termination of the Commitment Letter (including any extensions thereof) and the funding of the DIP Facility.

*[The remainder of this page is intentionally left blank.]*

893671.03-New York Server 3A - MSW

**ACCEPTED AND AGREED TO AS OF THE DATE FIRST WRITTEN ABOVE:**

**RESIDENTIAL CAPITAL, LLC**

By: _____
Name: JAMES WHITLINGER
Title: CFO

**RESIDENTIAL FUNDING COMPANY, LLC**

By: _____
Name: JAMES WHITLINGER
Title: CFO

**GMAC MORTGAGE, LLC**

By: _____
Name: JAMES WHITLINGER
Title: CFO

[Signature Page to Collateral Agency Fee Letter]