Thomas B. Walper (*pro hac vice* admission pending)
Seth Goldman (*pro hac vice* admission pending)
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Los Angeles, California 90071
Telephone:    (213) 683-9100

*Attorneys for Berkshire Hathaway Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

RESIDENTIAL CAPITAL, LLC, *et al.*,[1]

                Debtors.

Chapter 11

Case No. 12-12020 (MG)

Joint Administration Requested

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE* FOR RESIDENTIAL CAPITAL, LLC ATTORNEY SETH GOLDMAN

I, Seth Goldman, request admission, *pro hac vice*, before the Honorable Martin Glenn, to represent Berkshire Hathaway Inc. in the above-captioned cases and in any related adversary proceedings. I am a member in good standing of the bar in the State of California.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Mailing address:    Seth Goldman
                                             355 South Grand Avenue
                                             Los Angeles, California, 90071

Telephone:    (213) 683 9554

---

[1] The Debtors are: Ditech, LLC; DOA Holding Properties, LLC; DOA Holdings NoteCo, LLC; DOA Properties IX (Lots-Other), LLC; EPRE LLC; Equity Investment I, LLC; ETS of Virginia, Inc.; ETS of Washington, Inc.; Executive Trustee Services, LLC; GMAC Model Home Finance I, LLC; GMAC Mortgage USA Corporation; GMAC Mortgage, LLC; GMAC Residential Holding Company, LLC; GMACM Borrower LLC; GMACR Mortgage Products, LLC; GMAC-RFC Holding Company, LLC; GMACRH Settlement Services, LLC; HFN REO SUB II, LLC; Home Connects Lending Services, LLC; Homecomings Financial, LLC; Homecomings Financial Real Estate Holdings, LLC; Ladue Associates, Inc.; Passive Asset Transactions, LLC; PATI A, LLC; PATI B, LLC; PATI Real Estate Holdings, LLC; RAHI A, LLC; RAHI B, LLC; RAHI Real Estate Holdings, LLC; RCSFJV2004, LLC; Residential Accredit Loans, Inc.; Residential Asset Mortgage Products, Inc.; Residential Asset Securities Corporation; Residential Capital, LLC; Residential Consumer Services of Alabama, LLC; Residential Consumer Services of Ohio, LLC; Residential Consumer Services of Texas, LLC; Residential Consumer Services, LLC; Residential Funding Company, LLC; Residential Funding Mortgage Exchange, LLC; Residential Funding Mortgage Securities I, Inc.; Residential Funding Mortgage Securities II, Inc.; Residential Funding Real Estate Holdings, LLC; Residential Mortgage Real Estate Holdings, LLC; RFC Asset Holdings II, LLC; RFC Asset Management, LLC; RFC Borrower LLC; RFC Construction Funding, LLC; RFC SFJV-2002, LLC; and RFC-GSAP Servicer Advance, LLC.
17434049.1

<u>Email</u>:                                                Seth.Goldman@mto.com

.

DATED: May 16, 2012
       Los Angeles, California               /s/    Seth Goldman
                                                    Seth Goldman

MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, Suite 3500
Los Angeles, CA 90071-1560
Tel: (213) 683-9100 – Fax: (213) 687-3702
Email: seth.goldman@mto.com

*Attorneys for Berkshire Hathaway Inc.*

2

17434049.1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

RESIDENTIAL CAPITAL, LLC, *et al.*,

Debtor.

Chapter 11

Case No. 12-12020 (MG)

Joint Administration Requested

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Seth Goldman, to be admitted, *pro hac vice*, to represent Berkshire Hathaway Inc. ("Berkshire") in the above-captioned cases and in any related adversary proceedings, and upon the movant's certification that the movant is a member in good standing of the bar in the State of California, it is hereby

**ORDERED**, that Seth Goldman is admitted to practice, *pro hac vice*, in the above-captioned cases and in any related adversary proceedings, to represent Berkshire, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

DATED: May __, 2012
New York, New York

Honorable Martin Glenn
United States Bankruptcy Judge

17434049.1