Thomas B. Walper (*pro hac vice* admission pending)
Seth Goldman (*pro hac vice* admission pending)
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Los Angeles, California 90071
Telephone:    (213) 683-9100

*Attorneys for Berkshire Hathaway Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| RESIDENTIAL CAPITAL, LLC, *et al.*,[1] | Case No. 12-12020 (MG) |
| Debtors. | Joint Administration Requested |

### MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE* FOR RESIDENTIAL CAPITAL, LLC ATTORNEY THOMAS B. WALPER

I, Thomas B. Walper, request admission, *pro hac vice*, before the Honorable Martin Glenn, to represent Berkshire Hathaway Inc. in the above-captioned cases and in any related adversary proceedings. I certify that I am a member in good standing of the bar in the State of California.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

| | |
|---|---|
| Mailing address: | Thomas B. Walper
355 South Grand Avenue
Los Angeles, California, 90071 |
| Telephone: | (213) 683 9193 |

---

[1] The Debtors are: Ditech, LLC; DOA Holding Properties, LLC; DOA Holdings NoteCo, LLC; DOA Properties IX (Lots-Other), LLC; EPRE LLC; Equity Investment I, LLC; ETS of Virginia, Inc.; ETS of Washington, Inc.; Executive Trustee Services, LLC; GMAC Model Home Finance I, LLC; GMAC Mortgage USA Corporation; GMAC Mortgage, LLC; GMAC Residential Holding Company, LLC; GMACM Borrower LLC; GMACR Mortgage Products, LLC; GMAC-RFC Holding Company, LLC; GMACRH Settlement Services, LLC; HFN REO SUB II, LLC; Home Connects Lending Services, LLC; Homecomings Financial, LLC; Homecomings Financial Real Estate Holdings, LLC; Ladue Associates, Inc.; Passive Asset Transactions, LLC; PATI A, LLC; PATI B, LLC; PATI Real Estate Holdings, LLC; RAHI A, LLC; RAHI B, LLC; RAHI Real Estate Holdings, LLC; RCSFJV2004, LLC; Residential Accredit Loans, Inc.; Residential Asset Mortgage Products, Inc.; Residential Asset Securities Corporation; Residential Capital, LLC; Residential Consumer Services of Alabama, LLC; Residential Consumer Services of Ohio, LLC; Residential Consumer Services of Texas, LLC; Residential Consumer Services, LLC; Residential Funding Company, LLC; Residential Funding Mortgage Exchange, LLC; Residential Funding Mortgage Securities I, Inc.; Residential Funding Mortgage Securities II, Inc.; Residential Funding Real Estate Holdings, LLC; Residential Mortgage Real Estate Holdings, LLC; RFC Asset Holdings II, LLC; RFC Asset Management, LLC; RFC Borrower LLC; RFC Construction Funding, LLC; RFC SFJV-2002, LLC; and RFC-GSAP Servicer Advance, LLC.
17434194.1

2

<u>Email:</u>                                          Thomas.walper@mto.com

DATED: May 16, 2012
         Los Angeles, California                    ___/s/___   Thomas B. Walper_____
                                                            Thomas B. Walper

                                                    MUNGER, TOLLES & OLSON LLP
                                                    355 South Grand Avenue, Suite 3500
                                                    Los Angeles, CA 90071-1560
                                                    Tel: (213) 683-9100 – Fax: (213) 687-3702
                                                    Email: thomas.walper@mto.com

                                                    *Attorneys for Berkshire Hathaway Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>RESIDENTIAL CAPITAL., *et al.*,<br><br>Debtor. | Chapter 11<br><br>Case No. 12-12020 (MG)<br><br>Joint Administration Requested |

**ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE***

Upon the motion of Thomas B. Walper, to be admitted, *pro hac vice*, to represent Berkshire Hathaway Inc. ("Berkshire") in the above-captioned cases and in any related adversary proceedings, and upon the movant's certification that the movant is a member in good standing of the bar in the State of California, it is hereby

**ORDERED**, that Thomas B. Walper is admitted to practice, *pro hac vice*, in the above-captioned cases and in any related adversary proceedings, to represent Berkshire, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

DATED:  May __, 2012
             New York, New York

                                                    Martin Glenn
                                          United States Bankruptcy Judge

17434194.1