12-12020-mg    Doc 120    Filed 05/21/12    Entered 05/21/12 16:21:59    Main Document
Pg 1 of 3

**LOWENSTEIN SANDLER PC**
1251 Avenue of the Americas, 18th Floor
New York, New York 10020
(212) 262-6700 (Telephone)
(212) 262-7402 (Facsimile)
Michael S. Etkin, Esq. (ME 0570)
Ira M. Levee, Esq. (IL9958)
        and
65 Livingston Avenue
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2481 (Facsimile)

*Bankruptcy Counsel for Lead Plaintiff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>RESIDENTIAL CAPITAL, LLC, *et al.*,<br><br>                                   Debtors. | Chapter 11<br><br>Case No. 12-12020 (MG)<br><br>(Jointly Administered) |

**NOTICE OF APPEARANCE, REQUEST FOR SERVICE**
**OF PAPERS, AND REQUEST FOR MATRIX ENTRY**

**PLEASE TAKE NOTICE** that **Michael S. Etkin, Esq.,** and **Ira M. Levee, Esq.**, and the law firm of **Lowenstein Sandler PC,** hereby enter their appearance as bankruptcy counsel for, and **Joel P. Laitman, Esq., Christopher Lometti, Esq., Michael B. Eisenkraft, Esq., Daniel B. Rehns, Esq.** and **Kenneth M. Rehns, Esq.,** and the law firm of **Cohen Milstein Sellers & Toll PLLC,** hereby enter their appearance as lead counsel for lead plaintiff, New Jersey Carpenters Health Fund ("Lead Plaintiff") and the class of persons and entities (the "Putative Class") represented in the consolidated securities class action entitled *New Jersey*

26963/2
05/21/2012 20626358.1

*Carpenters Health Fund, et al., on Behalf of Themselves and All Others Similarly Situated v. Residential Capital, LLC et als.,* filed in the United States District Court for the Southern District of New York, Case No. 08-cv-8781 (HB), and request that copies of all pleadings and other papers (however designated) filed in this case, as well as notices given or required to be given in this case, be given and served upon the undersigned at the addresses listed below.

In addition, it is respectfully requested that, pursuant to Rule 2002(g) of the Federal Rules of Bankruptcy Procedure, the following be added to the Court's Mailing Matrix:

Michael S. Etkin (ME 0570)
Ira M. Levee (IL 9958)
Lowenstein Sandler PC
1251 Avenue of the Americas, 18th Floor
New York, New York 10020
(212) 262-6700  (Telephone)
(212) 262-7402  (Facsimile)
and
65 Livingston Avenue
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2481 (Facsimile)
metkin@lowenstein.com
ilevee@lowenstein.com

Joel P. Laitman (JL 81771)
Christopher Lometti (CL 9124)
Michael B. Eisenkraft (ME 6974)
Daniel B. Rehns (DR 5506)
Kenneth M. Rehns (KR 9822)
Cohen Milstein Sellers & Toll, PLLC
88 Pine Street - 14th Floor
New York, New York 10005
(212) 838-7797 (Telephone)
(212) 838-7745 (Facsimile)
jlaitman@cohenmilstein.com
clometti@cohenmilstein.com
meisenkraft@cohenmilstein.com
drehns@cohenmilstein.com
krehns@cohenmilstein.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, the foregoing request includes, without limitation, all

orders and notices, including but not limited to applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, schedules of assets and liabilities, statements of affairs, operating reports and plans, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, telecopier or otherwise. This Notice of Appearance shall not constitute a submission by Lead Plaintiff or the Putative Class to the jurisdiction of the Bankruptcy Court.

**FURTHER**, if any limited service lists are used in these proceedings, the undersigned request inclusion thereon.

Dated: May 21, 2012

/s/ Ira M. Levee
**LOWENSTEIN SANDLER PC**
Michael S. Etkin, Esq. (ME 0570)
Ira M. Levee, Esq. (IL9958)
1251 Avenue of the Americas, 18th Floor
New York, New York 10020
(212) 262-6700  (Telephone)
(212) 262-7402  (Facsimile)

and

65 Livingston Avenue
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2481 (Facsimile)

*Bankruptcy Counsel for Lead Plaintiff and the Putative Class*

Joel P. Laitman, Esq. (JL 81771)
Christopher Lometti, Esq. (CL 9124)
Michael B. Eisenkraft, Esq. (ME 6974)
Daniel B. Rehns, Esq.(DR 5506)
Kenneth M. Rehns, Esq. (KR 9822)
**COHEN MILSTEIN SELLERS & TOLL**, **PLLC**
88 Pine Street - 14th Floor
New York, New York 10005
(212) 838-7797 (Telephone)
(212) 838-7745 (Facsimile)

*Lead Counsel for Lead Plaintiff and the Putative Class*