**PROSKAUER ROSE LLP**
Scott K. Rutsky
Jared D. Zajac
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900

Counsel for Dallas CPT Fee Owner, L.P.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| RESIDENTIAL CAPITAL, LLC, *et al.*, | Case No. 12-12020 (MG) |
| Debtors. | Jointly Administered |

**NOTICE OF APPEARANCE AND DEMAND FOR NOTICE AND PAPERS**

**PLEASE TAKE NOTICE** that the undersigned appears in these above-captioned Chapter 11 cases on behalf of Dallas CPT Fee Owner, L.P., a landlord of the above-captioned debtors and debtors-in-possession and a party in interest herein ("Dallas CPT"), and, pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and sections 342 and 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), demand that any and all notices given or required to be given, and all papers served or required to be served, in these cases be delivered to and be served upon the persons identified below at the following address:

>**PROSKAUER ROSE LLP**
>Eleven Times Square
>New York, NY 10036-8299
>Attn:  Scott K. Rutsky, Esq.
>        Jared D. Zajac, Esq.
>Telephone Number: (212) 969-3000
>Facsimile Number: (212) 969-2900
>Email:  srutsky@proskauer.com
>        jzajac@proskauer.com

2414/99999-512 current/29458758v2

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders and notices of applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail delivery, telephone, telegraph, telex, electronic mail or otherwise, in these cases and any proceedings therein.

This Notice of Appearance and any subsequent appearance, pleading, claim, or suit shall not be deemed or construed to be a waiver of the rights of Dallas CPT: (1) to have final orders in non-core matters entered only after *de novo* review by a United States District Court Judge; (2) to trial by jury in any proceeding so triable in these cases or in any case, controversy, or proceeding related to these cases; (3) to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) to any other rights, claims, actions, defenses, setoffs, or recoupments to which Dallas CPT is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.

Dated: May 21, 2012
      New York, New York

                        **PROSKAUER ROSE LLP**

                        By:   /s/ Scott K. Rutsky
                              Scott K. Rutsky
                              Jared D. Zajac
                              Eleven Times Square
                              New York, NY 10036
                              Tel: (212) 969-3000
                              Fax: (212) 969-2900

                        Counsel for Dallas CPT Fee Owner, L.P.

To:    Parties on the Annexed Service List

2414/99999-512 current/29458758v2

## Service List

Morrison & Foerster LLP
Attn: Larren M. Nashelsky, Gary S. Lee,
Todd M. Goren & Alexandra Steinberg Barrage
1290 Avenue of the Americas
New York, New York 10104

Office of the U.S. Trustee
Attn: Brian S. Masumoto
33 Whitehall Street, 21st Floor
New York, NY 10004

**PROSKAUER ROSE LLP**
Scott K. Rutsky
Jared D. Zajac
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900

Counsel for Dallas CPT Fee Owner, L.P.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| RESIDENTIAL CAPITAL, LLC, *et al.*, | Case No. 12-12020 (MG) |
| Debtors. | Jointly Administered |

**AFFIDAVIT OF SERVICE**
**BY FIRST CLASS MAIL**

STATE OF NEW YORK    )
                                    ss.:
COUNTY OF NEW YORK    )

   David C. Cooper, being duly sworn, deposes and says that:

   1. I am not a party to the action, am over 18 years of age and reside in New York County, New York.

   2. On May 21, 2012, I caused true copies of the attached Notice of Appearance and Request for Notice on behalf of Dallas CPT Fee Owner, L.P. (the "Notice of Appearance"), to be served upon the parties on the preceding service list via First Class Mail by enclosing the Notice of Appearance into properly addressed, stamped envelopes and causing the

same to be deposited into a designated depository maintained by the United States Postal Service.

                                        /s/ David C. Cooper
                                        David C. Cooper

Sworn to before me this
21st day of May, 2011

/s/ Javier Santiago
Notary Public, State of New York
No. 01SA6185530
Qualified in New York County
Commission Expires April 21, 2016