**MORGAN, LEWIS & BOCKIUS LLP**
101 Park Avenue
New York, New York 10178-0600
Telephone:    212-309-6000
Facsimile:    212- 309-6001
James L. Garrity, Jr.
Michael S. Kraut
Patrick D. Fleming

*Attorneys for Deutsche Bank Trust Company Americas*
*and Deutsche Bank National Trust Company,*
*as trustees of certain mortgage backed securities trusts*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | )<br>)<br>) **Chapter 11**<br>)<br>) **Case No. 12-12020 (MG)**<br>) **Jointly Administered** |
| **Residential Capital, LLC, et al.,** | |
| Debtors. | |

**NOTICE OF APPEARANCE AND REQUEST FOR**
**SERVICE OF PAPERS AND RESERVATION OF RIGHTS**

**PLEASE TAKE NOTICE** that the undersigned appears for Deutsche Bank Trust Company Americas and Deutsche Bank National Trust Company, as trustees of certain mortgage backed securities trusts (collectively, "Deutsche Bank") and pursuant to Rules 2002 and 3017(a) of the Rules of Bankruptcy Procedure and 11 U.S.C. § 1109(b) requests that all notices given or required in this case, and all documents, and all other papers served in this case, be given to and served upon:

>    James L. Garrity, Jr.
>    **MORGAN, LEWIS & BOCKIUS LLP**
>    101 Park Avenue
>    New York, New York 10178-0600
>    Email:  jgarrity@morganlewis.com

>    - and -

DB2/ 23173112.1

Michael S. Kraut
**MORGAN, LEWIS & BOCKIUS LLP**
101 Park Avenue
New York, New York 10178-0600
Email: mkraut@morganlewis.com

-and-

Patrick D. Fleming
**MORGAN, LEWIS & BOCKIUS LLP**
101 Park Avenue
New York, New York 10178-0600
Email: pfleming@morganlewis.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the rule specified above but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, electronically or otherwise, which affects the Debtors or the property of the Debtors.

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any later appearance, pleading, claim, or suit constitutes a waiver of any right (1) to have final orders in non-core matters entered only after de novo review by a District Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to any other rights, claims, actions, defenses, setoffs, or recoupments to which Deutsche Bank is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

DB2/ 23173112.1

2

Dated: New York, New York
       May 21, 2012

**MORGAN, LEWIS & BOCKIUS LLP**
*Attorneys for Deutsche Bank Trust Company Americas and Deutsche Bank National Trust Company, as trustees of certain mortgage backed securities trusts*

By: /s/ James L. Garrity, Jr.
James L. Garrity, Jr.
Michael S. Kraut
Patrick D. Fleming
101 Park Avenue
New York, NY 10178
(212) 309-6220

DB2/ 23173112.1