Martin G. Bunin
William Hao
Alston & Bird LLP
90 Park Avenue
New York, NY 10016
(212) 210-9400

*Counsel to Wells Fargo Bank, N.A., in its capacity as trustee, indenture trustee or master servicer of certain RMBS trusts*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

| | |
|---|---|
| IN RE: | Chapter 11 |
| | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, *et al.*, | Jointly Administered |
| Debtors. | |

------------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, William B. Macurda, request admission, *pro hac vice*, before the Honorable Martin Glenn, to represent Wells Fargo Bank, N.A., in its capacity as trustee, indenture trustee or master servicer of certain RMBS trusts in the above referenced case.

I certify that I am a member in good-standing of the bar in the State of North Carolina.

      I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: May 22, 2012
       Charlotte, North Carolina

                Respectfully submitted,

                /s/ William B. Macurda
                William B. Macurda
                Alston & Bird LLP
                Bank of America Plaza
                Suite 4000
                101 South Tryon Street
                Charlotte, NC  28280-4000
                Phone: (704) 444-1000
                Fax: (704) 444-1755
                Email: bill.macurda@alston.com

LEGAL02/33319854v1