UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
IN RE:                                                                                         Chapter 11

                                                                                                    Case No. 12-12020 (MG)
RESIDENTIAL CAPITAL, LLC, *et al.*,
                                                                                                    Jointly Administered
                             Debtors.
------------------------------------------------------------------------x

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of William B. Macurda, to be admitted, *pro hac vice*, to represent Wells Fargo Bank, N.A, (the "Client") in its capacity as trustee, indenture trustee or master servicer of certain RMBS trusts in the above-referenced case, and upon the movant's certification that the movant is a member in good standing in the bar in the State of North Carolina, it is hereby

ORDERED, that William B. Macurda is admitted to practice, *pro hac vice*, in the above referenced case to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: May ___, 2012
         New York, New York

                                                                    _____
                                                                    UNITED STATES BANKRUPTCY JUDGE

LEGAL02/33319854v1