Martin G. Bunin
William Hao
Alston & Bird LLP
90 Park Avenue
New York, NY 10016
(212) 210-9400

*Counsel to Wells Fargo Bank, N.A., in its capacity as trustee, indenture trustee or master servicer of certain RMBS trusts*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

| | |
|---|---|
| IN RE: | Chapter 11 |
| | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, *et al*., | Jointly Administered |
| Debtors. | |

------------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, John C. Weitnauer, request admission, *pro hac vice*, before the Honorable Martin Glenn, to represent Wells Fargo Bank, N.A., in its capacity as trustee, indenture trustee or master servicer of certain RMBS trusts in the above referenced case.

I certify that I am a member in good-standing of the bar in the State of Georgia the bar of the U.S. District Courts for the Middle and Northern Districts of Georgia, Georgia Court of Appeals, Georgia Supreme Court, U.S. Supreme Court and Eleventh Circuit Court of Appeals.

LEGAL02/33319812v1

      I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: May 22, 2012
       Atlanta, Georgia

                                    Respectfully submitted,

                                    /s/ John C. Weitnauer
                                  John C. Weitnauer
                                  ALSTON & BIRD LLP
                                  One Atlantic Center
                                  1201 West Peachtree Street
                                  Atlanta, GA 30309-3424
                                  Tel: (404) 881-7000
                                  Email: kit.weitnauer@alston.com