UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------x

IN RE:                                                      Chapter 11

RESIDENTIAL CAPITAL, LLC, *et al.*,       Case No. 12-12020 (MG)

                                                     Jointly Administered

                         Debtors.

----------------------------------------------------------------------x

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of John C. Weitnauer, to be admitted, *pro hac vice*, to represent Wells Fargo Bank, N.A, (the "Client") in its capacity as trustee, indenture trustee or master servicer of certain RMBS trusts in the above-referenced case, and upon the movant's certification that the movant is a member in good standing of the bar of the U.S. District Courts for the Middle and Northern Districts of Georgia, Georgia Court of Appeals, Georgia Supreme Court, U.S. Supreme Court and Eleventh Circuit Court of Appeals, it is hereby

ORDERED, that John C. Weitnauer is admitted to practice, *pro hac vice*, in the above referenced case to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: May ___, 2012
        New York, New York

                                            UNITED STATES BANKRUPTCY JUDGE

LEGAL02/33319812v1