

**dessauleslawgroup**

**Hilary L. Peters**
Direct Line: 602.274.5400 ext. 104
hpeters@dessauleslaw.com

May 18, 2012

**VIA FEDERAL EXPRESS**

Clerk of the Bankruptcy Court
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004-1408

    **Re:**    Motion for Admission to Practice, *Pro Hac Vice*
              *In re Residential Capital, LLC, et al.*
              Case No.: 12-12020 (MG), Chapter 11 Bankruptcy

Dear Clerk:

    Enclosed please find Douglas C. Wigley's Motion for Admission to Practice, *Pro Hac Vice* along with a check in the amount of $200.00 in the above-referenced matter. Please file the original (a CD-ROM of the pdf version of the Motion and proposed Order is included herewith labeled "CLERK's COPY"), deliver a copy to the assigned Trustee, and deliver a copy along with the second CD-ROM labeled "CHAMBERS COURTESY COPY" to the assigned judge, the Honorable Martin Glenn. Please also return a conformed copy in the self-addresses stamped envelope included herewith.

    If you need anything further, please do not hesitate to contact our office. Thank you for your assistance.

                                                                                 Sincerely,

                                                                                 Hilary L. Peters
                                                                                 Legal Assistant



RECEIVED MAY 21 2012
U.S. BANKRUPTCY COURT
SO. DIST OF NEW YORK

Douglas C. Wigley (*pro hac vice* pending)
**DESSAULES LAW GROUP**
2700 North Central Avenue, Suite 1250
Phoenix, Arizona 85004
Tel. 602.274.5400
Fax 602.274.5401
dwigley@dessauleslaw.com

*Attorney for Creditor Gregory Balensiefer*

**RECEIVED MAY 21 2012 U.S. BANKRUPTCY COURT S.D. DIST. OF NEW YORK**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| In re:                                    | Chapter 11                |
|                                           | Case No. 12-12020 (MG)    |
| Residential Capital, LLC, *et al.*        | (Jointly Administered)    |
| Debtors.                                  |                           |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Douglas C. Wigley, request admission, *pro hac vice*, before the Honorable Martin Glenn, to represent Gregory Balensiefer, a creditor in the above-referenced case.

*I certify that I am a member in good standing* of the bar in the State of Arizona and, if applicable, the bar of the U.S. District Court for the District of Arizona.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

DATED this 18th day of May, 2012.
Phoenix, Arizona

By: _____
Douglas C. Wigley (*pro hac vice* pending)
DESSAULES LAW GROUP
2700 North Central Avenue, Suite 1250
Phoenix, Arizona 85004
Tel. 602.274.5400
dwigley@dessauleslaw.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>Residential Capital, LLC, *et al.*<br>Debtors. | Chapter 11<br>Case No.12-12020 (MG)<br>(Jointly Administered) |

**ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE***

Upon the motion of Douglas C. Wigley, to be admitted, *pro hac vice*, to represent Gregory Balensiefer, (the "Client") a creditor in the above-referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Arizona and, if applicable, the bar of the U.S. District Court for the District of Arizona, it is hereby

ORDERED, that Douglas C. Wigley, Esq., is admitted to practice, *pro hac vice*, in the above referenced case to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

DATED: _____
_____, New York

/s/ _____
UNITED STATES BANKRUPTCY JUDGE