**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| RESIDENTIAL CAPITAL, LLC, *et al.*, | Case No. **12-12020** (MG) |
| | Honorable Martin Glenn |
| Debtors. | Jointly Administered |

# ORDER

**ORDERED,**

that Vicente Matias Murrell, Esq., is admitted to practice, *pro hac vice*, in the above referenced cases, in the United States Bankruptcy Court, Southern District of New York. Mr. Murrell represents the Pension Benefit Guaranty Corporation, a U.S. Government corporation, and is therefore exempt from filing fees.

Dated: **May 22, 2012**           /s/Martin Glenn
       New York, New York          UNITED STATES BANKRUPTCY JUDGE