MILLER JOHNSON
Counsel for the RMBS Settling Investors
represented by Talcott Franklin P.C.
250 Monroe Avenue, Suite 800
P.O. Box 306
Grand Rapids, MI 49501-0306
(616) 831-1700
Robert D. Wolford (RW-1314)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
                                                        :
In Re:                                                  :         Case No. 12-12020 (MG)
                                                        :
RESIDENTIAL CAPITAL, LLC, et al.,                       :         Chapter 11
                                                        :
         Debtors.                                       :         Jointly Administered
-------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, PRO HAC VICE

I, Robert D. Wolford, request admission, pro hac vice, before the Honorable Martin Glenn, to represent the RMBS Settling Investors represented by Talcott Franklin, P.C., in the above referenced case.

I certify that I am a member in good standing of the bar in the State of Michigan.

I have submitted the filing fee of $200.00 with this motion for pro hac vice admission.

Dated: May 22, 2012                    /s/ Robert D. Wolford
                                       Robert D. Wolford (RW-1314)
                                       Miller Johnson
                                       PO Box 306
                                       Grand Rapids, MI 49501-0306
                                       E-mail address:  ecfwolfordr@millerjohnson.com
                                       Telephone number: 616-831-1700