UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

RESIDENTIAL CAPITAL., *et al.*,

Debtor.

Chapter 11

Case No. 12-12020 (MG)

Joint Administration Requested

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Thomas B. Walper, to be admitted, *pro hac vice*, to represent Berkshire Hathaway Inc. ("Berkshire") in the above-captioned cases and in any related adversary proceedings, and upon the movant's certification that the movant is a member in good standing of the bar in the State of California, it is hereby

**ORDERED**, that Thomas B. Walper is admitted to practice, *pro hac vice*, in the above-captioned cases and in any related adversary proceedings, to represent Berkshire, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

DATED: **May 22, 2012**
New York, New York

**/s/Martin Glenn**
Martin Glenn
United States Bankruptcy Judge

17434194.1