**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re:<br><br>Residential Capital, LLC, *et al.*<br>Debtors. | Chapter 11<br>Case No.12-12020 (MG)<br>(Jointly Administered) |

## ORDER GRANTING ADMISSION T O PRACTICE, *PRO HAC VICE*

Upon the motion of Douglas C. Wigley, to be admitted, ***pro hac vice***, to represent Gregory Balensiefer, (the "Client") a creditor in the above-referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Arizona and, if applicable, the bar of the U.S. District Court for the District of Arizona, it is hereby

ORDERED, that Douglas C. Wigley, Esq., is admitted to practice, ***pro hac vice***, in the above referenced case to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

DATED: _5/22/12_
_New York_, New York

/s/Martin Glenn
UNITED STATES BANKRUPTCY JUDGE