UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>RESIDENTIAL CAPITAL, LLC.<br><br>     Debtor(s). | Chapter 13<br><br>Case No. 12-12020 MG<br><br>**NOTICE OF APPEARANCE AND**<br>**REQUEST FOR SERVICE OF PAPERS** |

PLEASE TAKE NOTICE that the firm FEIN, SUCH & CRANE, LLP is appearing for the following

party in the above named bankruptcy case:

AURORA LOAN SERVICES, INC

This party is a party in interest in this case and is a secured creditor of the Debtor(s):

RESIDENTIAL CAPITAL, LLC.

Pursuant to Rule 2002 of the Bankruptcy Rules, the undersigned hereby requests that all notices given

or requested to be given and all papers served or required to be served in this case be given to and served upon

the undersigned at the address listed above.

Dated: May 22, 2012

                    FEIN, SUCH & CRANE, LLP
                    Attorneys for Applicant

      By:    /s/ MARK K. BROYLES, ESQ.
                    MARK K. BROYLES, ESQ.
                    (MB-5007)
                    28 EAST MAIN STREET, SUITE 1800
                    ROCHESTER, NY 14614
                    585/232-7400