UNITED STATES BANKRUPTCY COURT         AMENDED
SOUTHERN DISTRICT OF NEW YORK

| IN RE:<br><br>RESIDENTIAL CAPITAL, LLC.<br><br>      Debtor(s). | Chapter 11<br><br>Case No. 12-12020 MG<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS** |
|---|---|

      PLEASE TAKE NOTICE that the firm FEIN, SUCH & CRANE, LLP is appearing for the following party in the above named bankruptcy case:

AURORA LOAN SERVICES, INC

This party is a party in interest in this case and is a secured creditor of the Debtor(s):

RESIDENTIAL CAPITAL, LLC.

      Pursuant to Rule 2002 of the Bankruptcy Rules, the undersigned hereby requests that all notices given or requested to be given and all papers served or required to be served in this case be given to and served upon the undersigned at the address listed above.

Dated: May 22, 2012

                              FEIN, SUCH & CRANE, LLP
                              Attorneys for Applicant

      By:    /s/ MARK K. BROYLES, ESQ.
              MARK K. BROYLES, ESQ.
              (MB-5007)
              28 EAST MAIN STREET, SUITE 1800
              ROCHESTER, NY 14614
              585/232-7400