MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Larren M. Nashelsky
Gary S. Lee
Todd M. Goren

*Proposed Counsel for the Debtors and*
*Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------------------
|                                                  )
   In re:                                          )    Case No. 12-12020 (MG)
                                                   )
   RESIDENTIAL CAPITAL, LLC, et al.,               )    Chapter 11
                                                   )
                             Debtors.              )    Jointly Administered
                                                   )
-------------------------------------------------------------------------------

**NOTICE OF FILING OF REVISED EXHIBIT B TO**
**DEBTORS' MOTION FOR INTERIM AND FINAL ORDERS PURSUANT TO**
**11 U.S.C. §§ 105, 362, 363(b)(1), 363(f), 363(m), 364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1)**
**AND 364(e) AND BANKRUPTCY RULES 4001 AND 6004: (I) AUTHORIZING THE**
**DEBTORS TO (A) ENTER INTO AND PERFORM UNDER RECEIVABLES**
**PURCHASE AGREEMENTS AND MORTGAGE LOAN PURCHASE AND**
**CONTRIBUTION AGREEMENTS RELATING TO INITIAL RECEIVABLES AND**
**MORTGAGE LOANS AND RECEIVABLES POOLING AGREEMENTS RELATING**
**TO ADDITIONAL RECEIVABLES, AND (B) OBTAIN POSTPETITION FINANCING**
**ON A SECURED, SUPERPRIORITY BASIS, (II) SCHEDULING A FINAL HEARING**
**PURSUANT TO BANKRUPTCY RULES 4001(b) AND 4001(c), AND (III) GRANTING**
**<u>RELATED RELIEF</u>**

**PLEASE TAKE NOTICE THAT** on May 14, 2012, the debtors and debtors in

possession in the above-captioned cases (collectively, the "Debtors")[1] filed the Debtors' Motion

---

[1] The names of the Debtors in these cases and their respective tax identification numbers are identified on <u>Exhibit 1</u> to the Affidavit of James Whitlinger, Chief Financial Officer of Residential Capital, LLC in Support of the Chapter 11 Petitions and First Day Pleadings [Docket No. 6].

ny-1042025

for Interim and Final Orders Pursuant to 11 U.S.C. §§ 105, 362, 363(b)(1), 363(f), 363(m), 364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1) and 364(e) and Bankruptcy Rules 4001 and 6004: (I) Authorizing the Debtors to (A) Enter Into and Perform Under Receivables Purchase Agreements and Mortgage Loan Purchase and Contribution Agreements Relating to Initial Receivables and Mortgage Loans and Receivables Pooling Agreements Relating to Additional Receivables, and (B) Obtain Postpetition Financing on a Secured, Superpriority Basis, (II) Scheduling a Final Hearing Pursuant to Bankruptcy Rules 4001(b) and 4001(c), and (III) Granting Related Relief (the "DIP Motion") [Docket 13].

**PLEASE TAKE FURTHER NOTICE THAT** the Debtors hereby submit the execution version of the Superpriority Debtor-in-Possession Credit and Guaranty Agreement (the "Credit Agreement") annexed hereto as Exhibit A. A redline copy of changed pages of the revised Credit Agreement (reflecting changes to the draft annexed to the DIP Motion as Exhibit B) is annexed hereto as Exhibit B.

Dated: May 22, 2012
      New York, New York

        /s/   Larren M. Nashelsky
        Larren M. Nashelsky
        Gary S. Lee
        Todd M. Goren
        MORRISON & FOERSTER LLP
        1290 Avenue of the Americas
        New York, New York 10104
        Telephone: (212) 468-8000
        Facsimile: (212) 468-7900

        *Proposed Counsel for the Debtors and Debtors in Possession*