# UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE: | § | CASE NO.   12-12020-11 |
| RESIDENTIAL CAPITAL, LLC | § | |
| DEBTORS(S), | § | CHAPTER   11 |

## NOTICE OF APPEARANCE AND REQUEST
## FOR SERVICE OF NOTICES AND PLEADINGS

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance on behalf of:

**DALLAS COUNTY**

secured creditor(s) in the above-referenced proceedings. The undersigned hereby requests notice and copies of all motions notices, reports, briefs, applications, adversary proceedings, proposed orders, confirmed copies of orders, any proposed disclosure statement or plan of reorganization that has been filed with the court, any other documents or instruments filed in the above-referenced proceedings and any other matter in which notice is required pursuant to 11 U.S.C. Sec. 1109(b) and Bankruptcy Rules 2002(a) and (b), 3017(a), and 9013 of the Federal Rules of Bankruptcy Procedure.

Copies should be mailed to the secured creditor(s) in care of the undersigned at the address set forth below.

### Certificate of Service

I do hereby certify that on 23rd day of May, 2012, a copy of the above and foregoing has been this date served electronically or mailed to the parties listed below:

LARREN M. NASHELSKY  
MORRISON & FOERSTER LLP  
1290 AVENUE OF T HE AMERICAS  
NEW YORK, NY 10104

NEW YORK (S) TRUSTEE  
33 WHITEHALL STREET  
21ST FLOOR  
NEW YORK, NY 10004

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP  
2323 Bryan Street, Ste 1600  
DALLAS, TX 75201  
Telephone:   (214) 880-0089  
Facsimile:    (469) 221-5002  
Email:          dallas.bankruptcy@publicans.com

By: /s/ Elizabeth Weller  
Elizabeth Weller  
SBN: 00785514 TX