UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
                                                    :
In Re:                                              :         Case No. 12-12020 (MG)

RESIDENTIAL CAPITAL, LLC, et al.,                   :         Chapter 11
                                                    :
        Debtors.                                    :         Jointly Administered
--------------------------------------------------------x

### ORDER GRANTING ADMISSION TO PRACTICE, PRO HAC VICE

Upon the motion of Thomas P. Sarb, Esq., to be admitted, pro hac vice, to represent the RMBS Settling Investors represented by Talcott Franklin PC in the above-referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Michigan, it is hereby

**ORDERED,** that Thomas P. Sarb, Esq., is admitted to practice, pro hac vice, in the above-referenced case in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated:  **May 23, 2012**

    New York, New York            **/s/Martin Glenn**
                                  UNITED STATES BANKRUPTCY JUDGE

GR_DOCS 1802209v1 32183.001