UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
IN RE:                                                                                                Chapter 11

                                                                                                                      Case No. 12-12020 (MG)

RESIDENTIAL CAPITAL, LLC, *et al.*,
                                                                                                                       Jointly Administered

                       Debtors.
-------------------------------------------------------------------x

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of John C. Weitnauer, to be admitted, *pro hac vice*, to represent Wells Fargo Bank, N.A, (the "Client") in its capacity as trustee, indenture trustee or master servicer of certain RMBS trusts in the above-referenced case, and upon the movant's certification that the movant is a member in good standing of the bar of the U.S. District Courts for the Middle and Northern Districts of Georgia, Georgia Court of Appeals, Georgia Supreme Court, U.S. Supreme Court and Eleventh Circuit Court of Appeals, it is hereby

ORDERED, that John C. Weitnauer is admitted to practice, *pro hac vice*, in the above referenced case to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: **May 23, 2012**
       New York, New York

                                           **/s/Martin Glenn**
                                        UNITED STATES BANKRUPTCY JUDGE

LEGAL02/33319812v1