PROSKAUER ROSE LLP
Eleven Times Square
New York, New York 10036
Tel: (212) 969-3000
Fax: (212) 969-2900
Irena M. Goldstein
E-mail: igoldstein@proskauer.com

*Attorneys for Assured Guaranty Municipal Corp.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| RESIDENTIAL CAPITAL, LLC, *et al.*, | Case No. 12-12020 (MG) |
| | Jointly Administered |
| Debtors. | |

**NOTICE OF APPEARANCE AND REQUEST FOR**
**SERVICE OF ALL PLEADINGS AND DOCUMENTS**

**PLEASE TAKE NOTICE** that, pursuant to section 1109(b) of Title 11 of the United States Code (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Assured Guaranty Municipal Corp. ("Assured"), on behalf of itself, and Proskauer Rose LLP, as counsel to Assured, hereby appear in the above-captioned cases of Residential Capital, LLC, *et al.* (the "Debtors") and requests, pursuant to Bankruptcy Rules 2002, 9007 and 9010, and section 342 of the Bankruptcy Code, that all papers, pleadings, motions, and applications served or required to be served in these cases upon Assured pursuant to Bankruptcy Rule 2002(i) be delivered to and served upon the attorneys identified below at the following address:

**PROSKAUER ROSE LLP**
Eleven Times Square
New York, New York 10036
Telephone: (212) 969-3000
Facsimile: (212) 969-2900
Attn:  Irena M. Goldstein, Esq.
Email: igoldstein@proskauer.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and the papers referred to in the Bankruptcy Rules and the Bankruptcy Code specified above, but also includes, without limitation, all orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by ordinary mail, hand delivery, telephone, facsimile, electronic mail, or otherwise, which may affect or seek to affect in any way any rights or interests of Assured with respect to the Debtors' estate, or any related entities, or property or proceeds thereof in which the Debtors' estate may claim an interest.

**PLEASE TAKE FURTHER NOTICE** that this appearance shall not be deemed or construed to be a waiver of the right of Assured (i) to have final orders in non-core matters entered only after *de novo* review by a United States District Judge, (ii) to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (iii) to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) to have documents served in accordance with Bankruptcy Rule 7004 and Federal Rule of Civil Procedure 4, or to any other rights, claims, actions, setoffs, or recoupments to which Assured is or may be entitled, in law or equity, all of which rights, claims, actions, defenses, setoffs and recoupments Assured expressly reserves.

Dated: May 23, 2012
      New York, New York

                                  PROSKAUER ROSE LLP

                                  By: /s/ Irena M. Goldstein
                                     PROSKAUER ROSE LLP
                                     Irena M. Goldstein
                                     Eleven Times Square
                                     New York, New York 10036
                                     Tel: (212) 969-3000
                                     Fax: (212) 969-2900
                                     Email: igoldstein@proskauer.com

                                   *Attorneys for Assured Guaranty Municipal Corp.*