DUANE MORRIS LLP
1540 Broadway
New York, NY 10036-4086
Telephone: 212.692.1000
Fax: 212.692.1020
Gerard S. Catalanello, Esq.
James J. Vincequerra, Esq.

*Attorneys for Green Planet Servicing, LLC*

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **In re:** | Case No. 12-12020 (MG) |
| **RESIDENTIAL CAPITAL, LLC,** *et al.*, | Chapter 11 |
| | Jointly Administered |
| **Debtors.** | |

### NOTICE OF APPEARANCE AND
### REQUEST FOR SERVICE OF NOTICES AND PAPERS

**PLEASE TAKE NOTICE** that Duane Morris LLP hereby appears in the above-referenced chapter 11 case as attorneys for Green Planet Servicing, LLC ("**Green Planet**"), and pursuant to Bankruptcy Rules 2002 and 9010(b) and § 1109(b) of the Bankruptcy Code, requests that copies of all notices and pleadings given or required in this case be given and served upon the following at the below address and facsimile number:

> Gerard S. Catalanello, Esq.
> James J. Vincequerra, Esq.
> Duane Morris LLP
> 1540 Broadway
> New York, NY 10036
> Tel:  (212) 692.1000
> Fax: (212) 692.1020
> gcatalanello@duanemorris.com
> jvincequerra@duanemorris.com

DM1\3343767.1

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, electronically or otherwise filed or made with regard to the above-captioned case and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive Green Planet's (i) right to have final orders in non-core matters entered only after de novo review by a higher court; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; (iv) right to enforce any contractual provisions with respect to arbitration; or (v) other rights, claims, actions, defenses, setoffs, or recoupments to which Green Planet has or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated:  May 23, 2012

    */s/ Gerard S. Catalanello*
Gerard S. Catalanello
James J. Vincequerra
DUANE MORRIS LLP
1540 Broadway
New York, NY 10036
Telephone:  (212) 692.1000
Facsimile:   (212) 692.1020

*Counsel for Green Planet Servicing, LLC*