SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, New York 10022
Telephone: (212) 848-4000
Facsimile: (212) 848-7179

Attorneys for Citibank, N.A.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
                                                             :
In re                                                        :
                                                             :
RESIDENTIAL CAPITAL, LLC, *et al.*,                          :   Case No. 12-12020 (MG)
                                                             :
            Debtor.                                          :   Jointly Administered
                                                             :
------------------------------------------------------------ x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK          )
                           )  s.s.:
NEW YORK COUNTY            )

Richard Facundo, being duly sworn, deposes and states:

1) I am employed by Shearman & Sterling LLP at 599 Lexington Avenue, in New York, New York. I am over the age of eighteen and I am not a party to this proceeding.

2) On May 16, 2012, I caused to be served true and correct copies of the Notice of Appearance and Demand for Service of Papers, upon parties on the annexed service list, via first class U.S. mail, to the parties on the service list annexed hereto as "Exhibit A."

_____
Richard Facundo

Sworn to before me the 22nd day of May, 2012

_____

TODD A. MATTHIAS
Notary Public, State of New York
No. 5006112
Qualified in Westchester County
Commission Expires Dec. 28, 20_14_

NYDOCS03/948815.1

## Exhibit A

| | |
|---|---|
| The Chambers of the Honorable Martin Glenn<br>**United States Bankruptcy Court**<br>Southern District of New York<br>One Bowling Green<br>New York, NY 10004-1408 | Office of the United States Trustee for the Southern District of New York<br>33 Whitehall St.<br>21st Floor<br>New York, NY 10004 |
| Larry M. NASHELSKY<br>Lorenzo MARINUZZI<br>**Morrison & Foerster LLP**<br>1290 Avenue of the Americas<br>New York, NY 10104 | **Kurtzman Carson Consultants**<br>2335 Alaska Avenue<br>El Segundo, CA 90245 |
| Richard M. CIERI<br>Ray C. SCHROCK<br>Stephen E. HESSLER<br>**Kirkland & Ellis LLP**<br>601 Lexington Avenue<br>New York, NY 10022-4611 | David NEIER<br>Carey D. SCHREIBER<br>Alan MOSKOWITZ<br>**Winston & Strawn LLP**<br>200 Park Avenue<br>New York, NY 10166-4193 |
| Michael R. CARNEY<br>**McKool Smith P.C.**<br>One Bryant Park, 47th floor<br>New York, NY 10036 | Paul D. MOAK<br>**McKool Smith P.C.**<br>600 Travis Street, Suite 7000<br>Houston, TX 77002 |
| Kenton W. HAMBRICK<br>Associate General Counsel<br>**Freddie Mac**<br>M/S202<br>8200 Jones Branch Drive<br>McLean, VA 22102 | Kathy D. PATRICK<br>Scott A. HUMPHRIES<br>**Gibbs & Bruns LLP**<br>1100 Louisiana, Suite 5300<br>Houston, TX 77002 |
| D. Ross MARTIN<br>Keith H. WOFFORD<br>**Ropes & Gray LLP**<br>1211 Avenue of the Americas<br>New York, NY 10036-8704 | Tracy L. KLESTADT<br>Joseph C. CORNEAU<br>**Klestadt & Winters, LLP**<br>570 Seventh Avenue, 17th floor<br>New York, NY 10018 |
| Joseph T. MOLDOVAN<br>**Morrison Cohen LLP**<br>909 Third Avenue<br>New York, NY 10022 | Andrew K. GLENN<br>Matthew B. STEIN<br>Daniel A. FLIMAN<br>Nii-Amar AMAMOO<br>**Kasowitz, Benson, Torres & Friedman LLP**<br>1633 Broadway<br>New York, NY 10019 |

NYDOCS03/948815.1

Gregory M. PETRICK
Ingrid BAGBY
**Cadwalader, Wickersham & Taft LLP**
One World Financial Center
New York, NY 10281

Kenneth S. ZIMAN
Suzanne D.T. LOVETT
**Skadden, Arps, Slate, Meagher & Flom LLP**
Four Times Square
New York, NY 10036

James S. CARR
Eric R. WILSON
**Kelley Drye & Warren LLP**
101 Park Avenue
New York, NY 10178

Benjamin P. DEUTSCH
**Schnader Harrison Segal & Lewis LLP**
140 Broadway, Suite 3100
New York, NY 10005-1101

Sophia MULLEN
**Sidley Austin LLP**
787 Seventh Avenue
New York, NY 10019

Mark C. ELLENBERG
**Cadwalader, Wickersham & Taft LLP**
700 Sixth Street, N.W.
Washington, DC 20001

David W. DYKHOUSE
Brian P. GUINEY
**Patterson Belknap Webb & Tyler LLP**
1133 Avenue of the Americas
New York, NY 10036-6710

John Mark STERN
Assistant Attorney General
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX 78711-2548

Barry BRESSLER
Richard A. BARKASY
**Schnader Harrison Segal & Lewis LLP**
1600 Market Street, Suite 3600
Philadelphia, PA 19103-7286

NYDOCS03/948815.1