Paul N. Papas II
4727 E Bell Rd.
Ste 45-350
Phoenix, AZ 85032
602-493-2016



UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RESIDENTIAL CAPITAL, LLC<br>a/k/a RESIDENTIAL CAPITAL CORPORATION<br>1177 Avenue of the Americas<br>New York, New York 10036<br>Debtor | Chapter 11<br>Case No. 12-12020-mg<br>Joint Administration Pending |

## OMNIBUS OBJECTION TO INTERIM ORDERS OF THE HONORABLE JAMES M. PECK IN THE ABOVE MATTER

THIS SHALL SERVE AS PUBLIC NOTICE that Paul N. Papas II, pro se, is a claimant in the above matter as he holds a lien against all assets and properties of GMAC as stated in state Superior Courts. This claim specifically arises from 115 properties in various states that he has an interest in; the list is on file in state Superior Courts.

This claimant has read, supports, and concurs with the assessment and objection filed by Wendy Alison Nora dated the 18th of May 2012.

Dated 19 May 2012

Paul N. Papas II
4727 E Bell Rd.
Ste 45-350
Phoenix, AZ 85032
602-493-2016

Paul N. Papas II
4727 E Bell Rd., Ste 45-350
Phoenix. AZ 85032
602-493-2016


RECEIVED
MAY 22 2012
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

19 May 2012

Clerk
US Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

RE: **RESIDENTIAL CAPITAL, LLC Chapter 11 a/k/a RESIDENTIAL CAPITAL CORPORATION Case No. 12-12020-mg**

Dear Sir:

I have enclosed for filing and consideration my OMNIBUS Objection in the above matter as a Claimant.

I am registered with the Electronic Bankruptcy Noticing and would like to be able to file by ECF. Would you send me your form to complete in order that I may file electronically in this matter?

Thank you,

Paul N. Papas II
Paul_Papas@MyLegalHelpUSA.com