## Exhibit A to Complaint

## Adversary Proceeding Defendant List

1. **Allstate Insurance Company** (Plaintiff: *Allstate Ins. Co. et al. v. GMAC Mortg., LLC et al.*, No. 27-CV-11-3480 (Minn. Dist. Ct., Hennepin Cnty.).)

2. **Allstate Life Insurance Company** (Plaintiff: *Allstate Ins. Co. et al. v. GMAC Mortg., LLC et al.*, No. 27-CV-11-3480 (Minn. Dist. Ct., Hennepin Cnty.).)

3. **Allstate Life Insurance Company of New York** (Plaintiff: *Allstate Ins. Co. et al. v. GMAC Mortg., LLC et al.*, No. 27-CV-11-3480 (Minn. Dist. Ct., Hennepin Cnty.).)

4. **Allstate New Jersey Insurance Company** (Plaintiff: *Allstate Ins. Co. et al. v. GMAC Mortg., LLC et al.*, No. 27-CV-11-3480 (Minn. Dist. Ct., Hennepin Cnty.).)

5. **Allstate Bank** (f/k/a Allstate Federal Savings Bank) (Plaintiff: *Allstate Ins. Co. et al. v. GMAC Mortg., LLC et al.*, No. 27-CV-11-3480 (Minn. Dist. Ct., Hennepin Cnty.).)

6. **Allstate Retirement Plan** (Plaintiff: *Allstate Ins. Co. et al. v. GMAC Mortg., LLC et al.*, No. 27-CV-11-3480 (Minn. Dist. Ct., Hennepin Cnty.).)

7. **American Heritage Life Insurance Company** (Plaintiff: *Allstate Ins. Co. et al. v. GMAC Mortg., LLC et al.*, No. 27-CV-11-3480 (Minn. Dist. Ct., Hennepin Cnty.).)

8. **First Colonial Insurance Company** (Plaintiff: *Allstate Ins. Co. et al. v. GMAC Mortg., LLC et al.*, No. 27-CV-11-3480 (Minn. Dist. Ct., Hennepin Cnty.).)

9. **Kennett Capital, Inc.** (Plaintiff: *Allstate Ins. Co. et al. v. GMAC Mortg., LLC et al.*, No. 27-CV-11-3480 (Minn. Dist. Ct., Hennepin Cnty.).)

10. **Cambridge Place Investment Management, Inc.** (Plaintiff: *Cambridge Place Inv. Mgmt., Inc. v. Morgan Stanley & Co. et al.*, No. 10-2741-BLS2 (Mass. Super. Ct., Suffolk Cnty.); *Cambridge Place Inv. Mgmt., Inc. v. Morgan Stanley & Co. et al.*, No. 11-0555-BLS2 (Mass. Super. Ct., Suffolk Cnty.).)

11. **Federal Home Loan Bank of Boston** (Plaintiff: *Fed. Home Loan Bank of Bos. v. Ally Fin. Inc. et al.*, No. 1:11-cv-10952-GAO (D. Mass.).)

12. **Federal Home Loan Bank of Chicago** (Plaintiff: *Fed. Home Loan Bank of Chi. v. Ally Fin. Inc. et al.*, No. 10 CH 45033 (Ill. Cir. Ct., Cook Cnty.).)

13. **Federal Home Loan Bank of Indianapolis** (Plaintiff: *Fed. Home Loan Bank of Indianapolis v. Ally Fin. Inc. et al.*, No. 49D05 10 10 PL 045071 (Ind. Super. Ct., Marion Cnty.).)

14. **Huntington Bancshares Inc.** (Plaintiff: *Huntington Bancshares Inc. v. Ally Fin. Inc. et al.*, No. 27-CV-11-20276 (Minn. Dist. Ct., Hennepin Cnty.).)

**Exhibit A to Complaint**

15. **Massachusetts Mutual Life Ins. Co.** (Plaintiff: *Mass. Mutual Life Ins. Co. v. Residential Funding Co., LLC et al.*, No. 11-cv-30035-MAP (D. Mass.).)

16. **New Jersey Carpenters Health Fund** (Plaintiff: *N.J. Carpenters Health Fund et al. v. Residential Capital, LLC et al.*, No. 08-cv-8781-HB (S.D.N.Y.).)

17. **New Jersey Carpenters Vacation Fund** (Plaintiff: *N.J. Carpenters Health Fund et al. v. Residential Capital, LLC et al.*, No. 08-cv-8781-HB (S.D.N.Y.).)

18. **Boilermaker Blacksmith National Pension Trust** (Plaintiff: *N.J. Carpenters Health Fund et al. v. Residential Capital, LLC et al.*, No. 08-cv-8781-HB (S.D.N.Y.).)

19. **SeaLink Funding Ltd.** (Plaintiff: *SeaLink Funding Ltd. v. Royal Bank of Scotland Grp. PLC et al.*, No. 650484/2012 (N.Y. Sup. Ct., N.Y. Cnty.).)

20. **Stichting Pensioenfonds ABP** (Plaintiff: *Stichting Pensioenfonds ABP v. Ally Fin. Inc. et al.*, No. 27-CV-11-20426 (Minn. Dist. Ct., Hennepin Cnty.).)

21. **Thrivent Financial for Lutherans** (Plaintiff: *Thrivent Fin. for Lutherans et al. v. Residential Funding Co., LLC et al.*, No. 27-CV-11-5830 (Minn. Dist. Ct., Hennepin Cnty.).)

22. **Thrivent Balanced Fund** (Plaintiff: *Thrivent Fin. for Lutherans et al. v. Residential Funding Co., LLC et al.*, No. 27-CV-11-5830 (Minn. Dist. Ct., Hennepin Cnty.).)

23. **Thrivent Core Bond Fund** (Plaintiff: *Thrivent Fin. for Lutherans et al. v. Residential Funding Co., LLC et al.*, No. 27-CV-11-5830 (Minn. Dist. Ct., Hennepin Cnty.).)

24. **Thrivent Income Fund** (Plaintiff: *Thrivent Fin. for Lutherans et al. v. Residential Funding Co., LLC et al.*, No. 27-CV-11-5830 (Minn. Dist. Ct., Hennepin Cnty.).)

25. **Thrivent Limited Maturity Bond Fund** (Plaintiff: *Thrivent Fin. for Lutherans et al. v. Residential Funding Co., LLC et al.*, No. 27-CV-11-5830 (Minn. Dist. Ct., Hennepin Cnty.).)

26. **Thrivent Balanced Portfolio** (Plaintiff: *Thrivent Fin. for Lutherans et al. v. Residential Funding Co., LLC et al.*, No. 27-CV-11-5830 (Minn. Dist. Ct., Hennepin Cnty.).)

27. **Thrivent Bond Index Portfolio** (Plaintiff: *Thrivent Fin. for Lutherans et al. v. Residential Funding Co., LLC et al.*, No. 27-CV-11-5830 (Minn. Dist. Ct., Hennepin Cnty.).)

28. **Thrivent Limited Maturity Bond Portfolio** (Plaintiff: *Thrivent Fin. for Lutherans et al. v. Residential Funding Co., LLC et al.*, No. 27-CV-11-5830 (Minn. Dist. Ct., Hennepin Cnty.).)

**Exhibit A to Complaint**

29. **Thrivent Financial Defined Benefits Plan Trust** (Plaintiff: *Thrivent Fin. for Lutherans et al. v. Residential Funding Co., LLC et al.*, No. 27-CV-11-5830 (Minn. Dist. Ct., Hennepin Cnty.).)

30. **Union Central Life Insurance Company** (Plaintiff: *Union Cent. Life Ins. Co. et al. v. Credit Suisse First Bos. Mortg. Sec. Corp. et al.*, No. 11-cv-2890-GBD (S.D.N.Y.).)

31. **Ameritas Life Insurance Corp.** (Plaintiff: *Union Cent. Life Ins. Co. et al. v. Credit Suisse First Bos. Mortg. Sec. Corp. et al.*, No. 11-cv-2890-GBD (S.D.N.Y.).)

32. **Acacia Life Insurance Company** (Plaintiff: *Union Cent. Life Ins. Co. et al. v. Credit Suisse First Bos. Mortg. Sec. Corp. et al.*, No. 11-cv-2890-GBD (S.D.N.Y.).)

33. **The Western and Southern Life Insurance Company** (Plaintiff: *Western & Southern Life Ins. Co. v. Residential Funding Co., LLC et al.*, No. A1105042 (Ohio Ct. of Comm. P., Hamilton Cnty.).)

34. **Western-Southern Life Assurance Company** (Plaintiff: *Western & Southern Life Ins. Co. v. Residential Funding Co., LLC et al.*, No. A1105042 (Ohio Ct. of Comm. P., Hamilton Cnty.).)

35. **Columbus Life Insurance Company** (Plaintiff: *Western & Southern Life Ins. Co. v. Residential Funding Co., LLC et al.*, No. A1105042 (Ohio Ct. of Comm. P., Hamilton Cnty.).)

36. **Integrity Life Insurance Company** (Plaintiff: *Western & Southern Life Ins. Co. v. Residential Funding Co., LLC et al.*, No. A1105042 (Ohio Ct. of Comm. P., Hamilton Cnty.).)

37. **National Integrity Life Insurance Company** (Plaintiff: *Western & Southern Life Ins. Co. v. Residential Funding Co., LLC et al.*, No. A1105042 (Ohio Ct. of Comm. P., Hamilton Cnty.).)

38. **Fort Washington Investment Advisors, Inc.** (Plaintiff: *Western & Southern Life Ins. Co. v. Residential Funding Co., LLC et al.*, No. A1105042 (Ohio Ct. of Comm. P., Hamilton Cnty.).)

39. **Financial Guaranty Insurance Co.** (Plaintiff: *FGIC v. GMAC Mortg., LLC et al.*, No. 11-cv-9729 (S.D.N.Y.); *FGIC v. Ally Fin. Inc. et al.*, No. 12-cv-00341 (S.D.N.Y.); *FGIC v. Ally Fin. Inc. et al.,* No. 12-cv-00340 (S.D.N.Y.); *FGIC v. Ally Fin. Inc. et al.*, No. 12-cv-00339 (S.D.N.Y.); *FGIC v. Ally Fin. Inc. et al.*, No. 12-cv-00338 (S.D.N.Y.); *FGIC v. Ally Fin. Inc. et al.*, No. 12-cv-0780 (S.D.N.Y.); *FGIC v. Ally Fin. Inc. et al.*, No. 12-cv-1601 (S.D.N.Y.); *FGIC v. Ally Fin. Inc. et al.*, No. 12-cv-1658 (S.D.N.Y.); *FGIC v. Ally Fin. Inc. et al.*, No. 12-cv-1818 (S.D.N.Y.); *FGIC v. Ally Fin. Inc. et al.*, No. 12-cv-1860 (S.D.N.Y.).)

40. **Assured Guaranty Municipal Corp.** (Plaintiff: *Assured Guar. Mun. Corp. v. GMAC Mortg., LLC et al.*, No. 12-cv-3776 (S.D.N.Y.).)

**Exhibit A to Complaint**

41. **Federal Housing Finance Agency, as conservator for the Federal Home Loan Mortgage Corporation** (Plaintiff: *Fed. Hous. Fin. Agency v. Ally Fin., Inc.*, No. 11-cv-07010 (S.D.N.Y.).)

42. **Federal Deposit Insurance Corp. as receiver for Citizens National Bank and Strategic Capital Bank** (Plaintiff: *Federal Deposit Insurance Corp. As Receiver for Citizens National Bank and Strategic Capital Bank v. Bear Stearns Asset Backed Securities I LLC et al.*, No. 12-cv-4000 (S.D.N.Y.).)