**Exhibit B to Complaint**

**ResCap: MBS Actions Against Non-Affiliate Debtors**

1. *Allstate Ins. Co. et al. v. GMAC Mortg., LLC et al.*, No. 27-CV-11-3480 (Minn. Dist. Ct., Hennepin Cnty.)

2. *Assured Guar. Mun. Corp. v. GMAC Mortg., LLC et al.*, No. 12-cv-3776 (S.D.N.Y.)

3. *Cambridge Place Inv. Mgmt., Inc. v. Morgan Stanley & Co. et al.*, No. 10-2741-BLS2 (Mass. Super. Ct., Suffolk Cnty.)

4. *Cambridge Place Inv. Mgmt., Inc. v. Morgan Stanley & Co. et al.*, No. 11-0555-BLS2 (Mass. Super. Ct., Suffolk Cnty.)

5. *Federal Deposit Insurance Corp. As Receiver for Citizens National Bank and Strategic Capital Bank v. Bear Stearns Asset Backed Securities I LLC et al.*, No. 12-cv-4000 (S.D.N.Y.)

6. *Fed. Home Loan Bank of Bos. v. Ally Fin. Inc. et al.*, No. 1:11-cv-10952-GAO (D. Mass.)

7. *Fed. Home Loan Bank of Chi. v. Ally Fin. Inc. et al.*, No. 10 CH 45033 (Ill. Cir. Ct., Cook Cnty.)

8. *Fed. Home Loan Bank of Indianapolis v. Ally Fin. Inc. et al.*, No. 49D05 10 10 PL 045071 (Ind. Super. Ct., Marion Cnty.)

9. *Fed. Hous. Fin. Agency v. Ally Fin., Inc.*, No. 11-cv-07010 (S.D.N.Y.)

10. *FGIC v. GMAC Mortg., LLC et al.*, No. 11-cv-9729 (S.D.N.Y.)

11. *FGIC v. Ally Fin. Inc. et al.*, No. 12-cv-00341 (S.D.N.Y.)

12. *FGIC v. Ally Fin. Inc. et al.*, No. 12-cv-00340 (S.D.N.Y.)

13. *FGIC v. Ally Fin. Inc. et al.*, No. 12-cv-00339 (S.D.N.Y.)

14. *FGIC v. Ally Fin. Inc. et al.*, No. 12-cv-00338 (S.D.N.Y.)

15. *FGIC v. Ally Fin. Inc. et al.*, No. 12-cv-0780 (S.D.N.Y.)

16. *FGIC v. Ally Fin. Inc. et al.*, No. 12-cv-1601 (S.D.N.Y.)

17. *FGIC v. Ally Fin. Inc. et al.*, No. 12-cv-1658 (S.D.N.Y.)

18. *FGIC v. Ally Fin. Inc. et al.*, No. 12-cv-1818 (S.D.N.Y.)

19. *FGIC v. Ally Fin. Inc. et al.*, No. 12-cv-1860 (S.D.N.Y.)

ny-1042754

## Exhibit B to Complaint

20. *Huntington Bancshares Inc. v. Ally Fin. Inc. et al.*, No. 27-CV-11-20276 (Minn. Dist. Ct., Hennepin Cnty.)

21. *Mass. Mutual Life Ins. Co. v. Residential Funding Co., LLC et al.*, No. 11-cv-30035-MAP (D. Mass.)

22. *N.J. Carpenters Health Fund et al. v. Residential Capital, LLC et al.*, No. 08-cv-8781-HB (S.D.N.Y.)

23. *SeaLink Funding Ltd. v. Royal Bank of Scotland Grp. PLC et al.*, No. 650484/2012 (N.Y. Sup. Ct., N.Y. Cnty.,)

24. *Stichting Pensioenfonds ABP v. Ally Fin. Inc. et al.*, No. 27-CV-11-20426 (Minn. Dist. Ct., Hennepin Cnty.)

25. *Thrivent Fin. for Lutherans et al. v. Residential Funding Co., LLC et al.*, No. 27-CV-11-5830 (Minn. Dist. Ct., Hennepin Cnty.)

26. *Union Cent. Life Ins. Co. et al. v. Credit Suisse First Bos. Mortg. Sec. Corp. et al.*, No. 11-cv-2890-GBD (S.D.N.Y.)

27. *Western & Southern Life Ins. Co. v. Residential Funding Co., LLC et al.*, No. A1105042 (Ohio Ct. of Comm. P., Hamilton Cnty.)