QUINN EMANUEL URQUHART
  & SULLIVAN, LLP
Daniel L. Brockett
David D. Burnett
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Facsimile:  (212) 849-7100

Eric D. Winston (*pro hac vice* forthcoming)
Jeremy D. Andersen (*pro hac vice* forthcoming)
865 South Figueroa Street
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

*Counsel for The Prudential Insurance Company of America, The Gibraltar Life Insurance
Company, Ltd., Park Place Commerce Investments, LLC, Prudential Retirement Insurance and
Annuity Company, Prudential Annuities Life Assurance Corporation, Pruco Life Insurance
Company of New Jersey, Commerce Street Investments, LLC, Institutional Core Bond Fund of
the Prudential Trust Company Master Commingled Investment Fund for Tax Exempt Trusts,
Institutional Core Plus Bond Fund of the Prudential Trust Company Master Commingled
Investment Fund for Tax Exempt Trusts, Pru Alpha Fixed Income Opportunity Master Fund I,
L.P., Pruco Life Insurance Company, Prudential Annuities Life Assurance Corporation,
Prudential Investment Portfolios 2, Prudential Core Short-Term Bond Fund, Prudential Total
Return Bond Fund, Inc., Prudential Trust Company, as Trustee for Prudential Merged
Retirement Plan, The Prudential Investment Portfolios, Inc., Asset Allocation Fund, The
Prudential Life Insurance Company, Ltd., and The Prudential Series Fund, Diversified Bond
Portfolio*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
                                                                :
In re:                                                          :
                                                                :    **Chapter 11**
**RESIDENTIAL CAPITAL, LLC, ET AL.,**                           :
                                                                :    **Case No. 12-12020 (MG)**
                                                                :
                                                                :    **(Jointly Administered)**
                                 Debtors.                       :
----------------------------------------------------------------x

### MOTION FOR ADMISSION *PRO HAC VICE* OF ERIC D. WINSTON

Eric D. Winston ("Applicant"), a member in good standing of the bar of the State of California, the United States Court of Appeals for the Second Circuit, Third Circuit, Fifth Circuit, Ninth Circuit and Tenth Circuit, and the United States District Courts for the Central District, Northern District, Eastern District and Southern District of California, respectfully requests admission *pro hac vice* before the Honorable Martin Glenn, to represent The Prudential Insurance Company of America, The Gibraltar Life Insurance Company, Ltd., Park Place Commerce Investments, LLC, Prudential Retirement Insurance and Annuity Company, Prudential Annuities Life Assurance Corporation, Pruco Life Insurance Company of New Jersey, Commerce Street Investments, LLC, Institutional Core Bond Fund of the Prudential Trust Company Master Commingled Investment Fund for Tax Exempt Trusts, Institutional Core Plus Bond Fund of the Prudential Trust Company Master Commingled Investment Fund for Tax Exempt Trusts, Pru Alpha Fixed Income Opportunity Master Fund I, L.P., Pruco Life Insurance Company, Prudential Annuities Life Assurance Corporation, Prudential Investment Portfolios 2, Prudential Core Short-Term Bond Fund, Prudential Total Return Bond Fund, Inc., Prudential Trust Company, as Trustee for Prudential Merged Retirement Plan, The Prudential Investment Portfolios, Inc., Asset Allocation Fund, The Prudential Life Insurance Company, Ltd., and The Prudential Series Fund, Diversified Bond Portfolio in the above-captioned cases pending in the United States Bankruptcy Court of the Southern District New York.

Quinn Emanuel Urquhart & Sullivan, LLP has an office in this district at 51 Madison Avenue, 22nd Floor, New York, NY 10010.  Applicant's address is:

> Eric D. Winston
> Quinn Emanuel Urquhart & Sullivan, LLP
> 865 S. Figueroa Street, 10th Floor
> Los Angeles, California 90017
> Telephone number: (213) 443-3000
> Email address: ericwinston@quinnemanuel.com

I am not currently, nor have I ever been, held in contempt of court, censured in a disciplinary proceeding, suspended or disbarred by any court or admonished by any disciplinary committee of the organized bar, nor am I the subject of any pending complaint before this or any other court.

I certify that I am familiar with (a) Title 11 of the United States Code; (b) the Federal Rules of Bankruptcy Procedure; and (c) the Local Rules of Bankruptcy Procedure for the Southern District of New York.

I further certify that I shall adhere faithfully to the New York State Lawyer's Rules of Professional Conduct as adopted by the Appellate Divisions of the State of New York.

The proposed order admitting Eric D. Winston is attached hereto as Exhibit A.

The $200.00 filing fee has been submitted to the Court with this motion for *pro hac vice* admission.

Dated:    May 25, 2012
       Los Angeles, CA

                         **QUINN EMANUEL URQUHART & SULLIVAN, LLP**

                           /s/  Eric D. Winston
                         Daniel L. Brockett
                         David D. Burnett
                         51 Madison Avenue, 22nd Floor
                         New York, New York 10010
                         Telephone: (212) 849-7000
                         Facsimile:  (212) 849-7100

                         Eric D. Winston (*pro hac vice* forthcoming)
                         Jeremy D. Andersen (*pro hac vice* forthcoming)
                         865 South Figueroa Street
                         Los Angeles, California 90017
                         Telephone: (213) 443-3000
                         Facsimile: (213) 443-3100

*Counsel for The Prudential Insurance Company of America, The Gibraltar Life Insurance Company, Ltd., Park Place Commerce Investments, LLC, Prudential Retirement Insurance and Annuity Company, Prudential Annuities Life Assurance Corporation, Pruco Life Insurance Company of New Jersey, Commerce Street Investments, LLC, Institutional Core Bond Fund of the Prudential Trust Company Master Commingled Investment Fund for Tax Exempt Trusts, Institutional Core Plus Bond Fund of the Prudential Trust Company Master Commingled Investment Fund for Tax Exempt Trusts, Pru Alpha Fixed Income Opportunity Master Fund I, L.P., Pruco Life Insurance Company, Prudential Annuities Life Assurance Corporation, Prudential Investment Portfolios 2, Prudential Core Short-Term Bond Fund, Prudential Total Return Bond Fund, Inc., Prudential Trust Company, as Trustee for Prudential Merged Retirement Plan, The Prudential Investment Portfolios, Inc., Asset Allocation Fund, The Prudential Life Insurance Company, Ltd., and The Prudential Series Fund, Diversified Bond Portfolio*

# Exhibit A

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------------x
                                        :
In re:                                  :
                                        :        Chapter 11
RESIDENTIAL CAPITAL, LLC, ET AL.,       :
                                        :        Case No. 12-12020 (MG)
                                        :
                                        :        (Jointly Administered)
                Debtors.                :
------------------------------------------------------------------x
```

Upon the Motion for Admission *Pro Hac Vice* of Eric D. Winston Pursuant to Rule 2090-1 of the Local Bankruptcy Rules for the Southern District of New York, filed May __, 2012 (the "Motion"); due and sufficient notice of the Motion having been served pursuant to the Court's ECF notification system; and the Court having received no opposition or objection to the Motion; and after due deliberation and sufficient cause appearing therefor, it is hereby:

ORDERED that the Motion is granted in its entirety; and,

IT IS FURTHER ORDERED that Eric D. Winston is admitted, pro hac vice, to appear and practice before this Court as counsel to The Prudential Insurance Company of America, The Gibraltar Life Insurance Company, Ltd., Park Place Commerce Investments, LLC, Prudential Retirement Insurance and Annuity Company, Prudential Annuities Life Assurance Corporation, Pruco Life Insurance Company of New Jersey, Commerce Street Investments, LLC, Institutional Core Bond Fund of the Prudential Trust Company Master Commingled Investment Fund for Tax Exempt Trusts, Institutional Core Plus Bond Fund of the Prudential Trust Company Master Commingled Investment Fund for Tax Exempt Trusts, Pru Alpha Fixed Income Opportunity Master Fund I, L.P., Pruco Life Insurance Company, Prudential Annuities Life Assurance Corporation, Prudential Investment Portfolios 2, Prudential Core Short-Term Bond Fund, Prudential Total Return Bond Fund, Inc., Prudential Trust Company, as Trustee for Prudential

Merged Retirement Plan, The Prudential Investment Portfolios, Inc., Asset Allocation Fund, The

Prudential Life Insurance Company, Ltd., and The Prudential Series Fund, Diversified Bond

Portfolio in the above-captioned cases pending in the United States Bankruptcy Court of the

Southern District New York.


Dated: _____, 2012
      New York, New York      _____

                                                HON. MARTIN GLENN
                                                UNITED STATES BANKRUPTCY JUDGE