**QUINN EMANUEL URQUHART
 & SULLIVAN, LLP**
Daniel L. Brockett
David D. Burnett
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Facsimile:  (212) 849-7100

Eric D. Winston (*pro hac vice* forthcoming)
Jeremy D. Andersen (*pro hac vice* forthcoming)
865 South Figueroa Street
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

*Counsel for The Prudential Insurance Company of America, The Gibraltar Life Insurance Company, Ltd., Park Place Commerce Investments, LLC, Prudential Retirement Insurance and Annuity Company, Prudential Annuities Life Assurance Corporation, Pruco Life Insurance Company of New Jersey, Commerce Street Investments, LLC, Institutional Core Bond Fund of the Prudential Trust Company Master Commingled Investment Fund for Tax Exempt Trusts, Institutional Core Plus Bond Fund of the Prudential Trust Company Master Commingled Investment Fund for Tax Exempt Trusts, Pru Alpha Fixed Income Opportunity Master Fund I, L.P., Pruco Life Insurance Company, Prudential Annuities Life Assurance Corporation, Prudential Investment Portfolios 2, Prudential Core Short-Term Bond Fund, Prudential Total Return Bond Fund, Inc., Prudential Trust Company, as Trustee for Prudential Merged Retirement Plan, The Prudential Investment Portfolios, Inc., Asset Allocation Fund, The Prudential Life Insurance Company, Ltd., and The Prudential Series Fund, Diversified Bond Portfolio*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

```
-----------------------------------------------------------------x
                                                                 :
In re:                                                           :
                                                                 :    Chapter 11
RESIDENTIAL CAPITAL, LLC, ET AL.,                                :
                                                                 :    Case No. 12-12020 (MG)
                                                                 :
                                                                 :    (Jointly Administered)
                    Debtors.                                     :
-----------------------------------------------------------------x
```

**MOTION FOR ADMISSION *PRO HAC VICE* OF JEREMY ANDERSEN**

Jeremy Andersen ("Applicant"), a member in good standing of the bar of the State of California and the United States District Court for the Central District of California, respectfully requests admission *pro hac vice* before the Honorable Martin Glenn, to represent The Prudential Insurance Company of America, The Gibraltar Life Insurance Company, Ltd., Park Place Commerce Investments, LLC, Prudential Retirement Insurance and Annuity Company, Prudential Annuities Life Assurance Corporation, Pruco Life Insurance Company of New Jersey, Commerce Street Investments, LLC, Institutional Core Bond Fund of the Prudential Trust Company Master Commingled Investment Fund for Tax Exempt Trusts, Institutional Core Plus Bond Fund of the Prudential Trust Company Master Commingled Investment Fund for Tax Exempt Trusts, Pru Alpha Fixed Income Opportunity Master Fund I, L.P., Pruco Life Insurance Company, Prudential Annuities Life Assurance Corporation, Prudential Investment Portfolios 2, Prudential Core Short-Term Bond Fund, Prudential Total Return Bond Fund, Inc., Prudential Trust Company, as Trustee for Prudential Merged Retirement Plan, The Prudential Investment Portfolios, Inc., Asset Allocation Fund, The Prudential Life Insurance Company, Ltd., and The Prudential Series Fund, Diversified Bond Portfolio in the above-captioned cases pending in the United States Bankruptcy Court of the Southern District New York.

Quinn Emanuel Urquhart & Sullivan, LLP has an office in this district at 51 Madison Avenue, 22nd Floor, New York, NY 10010.  Applicant's address is:

> Jeremy Andersen
> Quinn Emanuel Urquhart & Sullivan, LLP
> 865 S. Figueroa Street, 10th Floor
> Los Angeles, California 90017
> Telephone number: (213) 443-3000
> Email address: jeremyandersen@quinnemanuel.com

I am not currently, nor have I ever been, held in contempt of court, censured in a disciplinary proceeding, suspended or disbarred by any court or admonished by any disciplinary

committee of the organized bar, nor am I the subject of any pending complaint before this or any other court.

I certify that I am familiar with (a) Title 11 of the United States Code; (b) the Federal Rules of Bankruptcy Procedure; and (c) the Local Rules of Bankruptcy Procedure for the Southern District of New York.

I further certify that I shall adhere faithfully to the New York State Lawyer's Rules of Professional Conduct as adopted by the Appellate Divisions of the State of New York.

The proposed order admitting Jeremy Andersen is attached hereto as Exhibit A.

The $200.00 filing fee has been submitted to the Court with this motion for *pro hac vice* admission.

Dated:   May 25, 2012
         Los Angeles, CA

                                        **QUINN EMANUEL URQUHART & SULLIVAN, LLP**

                                           /s/ Jeremy D. Andersen
                                        Daniel L. Brockett
                                        David D. Burnett
                                        51 Madison Avenue, 22nd Floor
                                        New York, New York 10010
                                        Telephone: (212) 849-7000
                                        Facsimile: (212) 849-7100

                                        Eric D. Winston (*pro hac vice* forthcoming)
                                        Jeremy D. Andersen (*pro hac vice* forthcoming)
                                        865 South Figueroa Street
                                        Los Angeles, California 90017
                                        Telephone: (213) 443-3000
                                        Facsimile: (213) 443-3100

                                        *Counsel for The Prudential Insurance Company of America, The Gibraltar Life Insurance Company, Ltd., Park Place*

*Commerce Investments, LLC, Prudential Retirement Insurance and Annuity Company, Prudential Annuities Life Assurance Corporation, Pruco Life Insurance Company of New Jersey, Commerce Street Investments, LLC, Institutional Core Bond Fund of the Prudential Trust Company Master Commingled Investment Fund for Tax Exempt Trusts, Institutional Core Plus Bond Fund of the Prudential Trust Company Master Commingled Investment Fund for Tax Exempt Trusts, Pru Alpha Fixed Income Opportunity Master Fund I, L.P., Pruco Life Insurance Company, Prudential Annuities Life Assurance Corporation, Prudential Investment Portfolios 2, Prudential Core Short-Term Bond Fund, Prudential Total Return Bond Fund, Inc., Prudential Trust Company, as Trustee for Prudential Merged Retirement Plan, The Prudential Investment Portfolios, Inc., Asset Allocation Fund, The Prudential Life Insurance Company, Ltd., and The Prudential Series Fund, Diversified Bond Portfolio*

# Exhibit A

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
                                                            :
In re:                                                      :
                                                            :   Chapter 11
RESIDENTIAL CAPITAL, LLC, ET AL.,                           :
                                                            :   Case No. 12-12020 (MG)
                                                            :
                                                            :   (Jointly Administered)
                              Debtors.                      :
------------------------------------------------------------x
```

Upon the Motion for Admission *Pro Hac Vice* of Jeremy Andersen Pursuant to Rule 2090-1 of the Local Bankruptcy Rules for the Southern District of New York, filed May 25, 2012 (the "Motion"); due and sufficient notice of the Motion having been served pursuant to the Court's ECF notification system; and the Court having received no opposition or objection to the Motion; and after due deliberation and sufficient cause appearing therefor, it is hereby:

ORDERED that the Motion is granted in its entirety; and,

IT IS FURTHER ORDERED that Jeremy Andersen is admitted, pro hac vice, to appear and practice before this Court as counsel to The Prudential Insurance Company of America, The Gibraltar Life Insurance Company, Ltd., Park Place Commerce Investments, LLC, Prudential Retirement Insurance and Annuity Company, Prudential Annuities Life Assurance Corporation, Pruco Life Insurance Company of New Jersey, Commerce Street Investments, LLC, Institutional Core Bond Fund of the Prudential Trust Company Master Commingled Investment Fund for Tax Exempt Trusts, Institutional Core Plus Bond Fund of the Prudential Trust Company Master Commingled Investment Fund for Tax Exempt Trusts, Pru Alpha Fixed Income Opportunity Master Fund I, L.P., Pruco Life Insurance Company, Prudential Annuities Life Assurance Corporation, Prudential Investment Portfolios 2, Prudential Core Short-Term Bond Fund, Prudential Total Return Bond Fund, Inc., Prudential Trust Company, as Trustee for Prudential

Merged Retirement Plan, The Prudential Investment Portfolios, Inc., Asset Allocation Fund, The Prudential Life Insurance Company, Ltd., and The Prudential Series Fund, Diversified Bond Portfolio in the above-captioned cases pending in the United States Bankruptcy Court of the Southern District New York.


Dated: _____, 2012
       New York, New York

_____
HON. MARTIN GLENN
UNITED STATES BANKRUPTCY JUDGE