MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:    (212) 468-8000
Facsimile:    (212) 468-7900
Larren M. Nashelsky
Gary S. Lee
Lorenzo Marinuzzi

*Proposed Counsel for the Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------------
                                                                )
In re:                                                          )    Case No. 12-12020 (MG)
                                                                )
RESIDENTIAL CAPITAL, LLC, et al.,     )    Chapter 11
                                                                )
                                        Debtors.         )    Jointly Administered
                                                                )
---------------------------------------------------------------------------

**PROPOSED AGENDA FOR MATTERS SCHEDULED**
**TO BE HEARD ON MAY 31, 2012 AT 3:00 P.M. (EST)**

Location of Hearing:  United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, Courtroom 501, One Bowling Green, New York, NY 10004-1408

**I.**    **UNCONTESTED MATTERS**

1.    Debtors' Motion for Order Under Bankruptcy Code Sections 105(a) and 366 (I) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Service on Account of Prepetition Invoices, (II) Approving Deposits as Adequate Assurance of Payment, and (III) Establishing Procedures for Resolving Requests by Utility Companies for Additional Assurance of Payment [ECF No. 54]

    **Related Documents:**

    (a)    Notice of Filing of Amended Proposed Order Under Bankruptcy Code Sections 105(a) and 366 (I) Prohibiting Utility Providers from Altering or Discontinuing Service on Account of Prepetition Invoices, (II) Approving Deposits as Adequate Assurance of Payment, and (III) Establishing Procedures for Resolving Requests by Utility Companies for Additional Assurance of Payment [ECF No. 99]

ny-1042875

**Responses Received:** The Debtors received a written response from Xcel Energy ("Xcel") dated May 15, 2012, in which Xcel contested the proposed adequate assurance amount. The Debtors spoke with Xcel's counsel and consensually resolved Xcel's concern. To date, no other responses have been received.

**Status:** The hearing on this matter will be going forward.

## II. STATUS CONFERENCE

Conference on case status.

Dated: May 29, 2012
New York, New York

/s/ Larren M. Nashelsky
Larren M. Nashelsky
Gary S. Lee
Lorenzo Marinuzzi
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:(212) 468-8000
Facsimile: (212) 468-7900

*Proposed Counsel for the Debtors and Debtors in Possession*