**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
_____

In re:                                                )
                                                       )          Chapter 11
RESIDENTIAL CAPITAL, LLC, *et al.*,                    )
                                                       )          Case No. 12-12020
                              Debtors.                 )
                                                       )          Joint Administration Pending
                                                       )
_____  )

### <u>NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS</u>

PLEASE TAKE NOTICE that Stichting Pensioenfonds ABP, by its undersigned counsel,

files this Notice of Appearance and Request for Service of Papers in the captioned case, pursuant

to Rules 2002, 3017, 7005, 9007, 9010 of the Rules of Bankruptcy Procedure (the "Bankruptcy

Rules"), and sections 102(1), 342, and 1109(b) of title 11 of the United States Code (the

"Bankruptcy Code"), and requests that copies of all notices and pleadings given or filed in these

cases be given to and served upon the following persons:

> Geoffrey C. Jarvis, Esq.
> Matthew P. Morris, Esq.
> Deborah A. Elman, Esq.
> Grant & Eisenhofer P.A.
> 485 Lexington Ave., 29th Floor
> New York, NY 10017
> Tel:    (646) 722-8500
> Fax:    (646) 722-8501
> Email: gjarvis@gelaw.com
>           mpmorris@gelaw.com
>           delman@gelaw.com

PLEASE TAKE FURTHER NOTICE that, pursuant to section 1109(b) of the Bankruptcy

Code, the foregoing request includes not only the notices and papers referred to in the

Bankruptcy Rules specified above, but also includes, without limitation, all orders and notices of

any application, motion, petition, pleading, request, complaint, or demand, whether formal or

informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, or otherwise that affects or seeks to affect in any way the Debtors or the property of the Debtors or any of the rights or interests held or asserted by Stichting Pensioenfonds ABP with respect to the Debtors or property of the Debtors.

PLEASE TAKE FURTHER NOTICE that neither this notice nor any subsequent appearance, pleading, claim, or suit is intended to waive and shall not constitute a waiver of (i) Stichting Pensioenfonds ABP's right to have final orders in non-core matters entered only after *de novo* review by a District Court; (ii) Stichting Pensioenfonds ABP's right to a jury trial in any proceedings so triable herein, or in any case, controversy, or proceeding related hereto; (iii) Stichting Pensioenfonds ABP's right to request to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which Stichting Pensioenfonds ABP is or may be entitled to under arguments, documents or instruments, in law or equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated:          New York, New York
                May 30, 2012

                                    Respectfully submitted,

                                    **GRANT & EISENHOFER P.A.**


                                    By:    /s/ Matthew P. Morris
                                           Geoffrey C. Jarvis, Esq.
                                           Matthew P. Morris, Esq.
                                           Deborah A. Elman, Esq.
                                           485 Lexington Ave., 29th Floor
                                           New York, NY 10017
                                           Tel: (646) 722-8500

2

## <u>CERTIFICATE OF SERVICE</u>

I, Matthew P. Morris, hereby certify that on May 30, 2012, I caused copies of the

annexed Notice of Appearance and Request for Service of Papers to be served by postage-paid

United States First Class Mail upon each of the following at their addresses below:

Larren M. Nashelsky     Office of the United States Trustee
Morrison & Foerster LLP    33 Whitehall Street, 21st Floor
1290 Avenue of the Americas   New York, NY 10004
New York, NY 10104


Dated: New York, New York
   May 30, 2012

          /s/ Matthew P. Morris