**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| RESIDENTIAL CAPITAL, LLC, *et al.*, ) | |
| ) | Case No. 12-12020 |
| Debtors. ) | |
| ) | Joint Administration Pending |
| ) | |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that John Hancock Life Insurance Company (U.S.A.), John Hancock Life Insurance Company (U.S.A.) Separate Account 6A, and John Hancock Life Insurance Company (U.S.A.) Separate Account 131 ("Hancock"), by their undersigned counsel, file this Notice of Appearance and Request for Service of Papers in the captioned case, pursuant to Rules 2002, 3017, 7005, 9007, 9010 of the Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and sections 102(1), 342, and 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), and request that copies of all notices and pleadings given or filed in these cases be given to and served upon the following persons:

> Geoffrey C. Jarvis, Esq.
> Matthew P. Morris, Esq.
> Deborah A. Elman, Esq.
> Grant & Eisenhofer P.A.
> 485 Lexington Ave., 29th Floor
> New York, NY 10017
> Tel:   (646) 722-8500
> Fax:   (646) 722-8501
> Email: gjarvis@gelaw.com
>          mpmorris@gelaw.com
>          delman@gelaw.com

PLEASE TAKE FURTHER NOTICE that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the

Bankruptcy Rules specified above, but also includes, without limitation, all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, or otherwise that affects or seeks to affect in any way the Debtors or the property of the Debtors or any of the rights or interests held or asserted by Hancock with respect to the Debtors or property of the Debtors.

PLEASE TAKE FURTHER NOTICE that neither this notice nor any subsequent appearance, pleading, claim, or suit is intended to waive and shall not constitute a waiver of (i) Hancock's right to have final orders in non-core matters entered only after *de novo* review by a District Court; (ii) Hancock's right to a jury trial in any proceedings so triable herein, or in any case, controversy, or proceeding related hereto; (iii) Hancock's right to request to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which Hancock is or may be entitled to under arguments, documents or instruments, in law or equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated:    New York, New York
          May 30, 2012

    Respectfully submitted,

    **GRANT & EISENHOFER P.A.**

    By:    /s/ Matthew P. Morris
           Geoffrey C. Jarvis, Esq.
           Matthew P. Morris, Esq.
           Deborah A. Elman, Esq.
           485 Lexington Ave., 29th Floor
           New York, NY 10017
           Tel: (646) 722-8500

**CERTIFICATE OF SERVICE**

I, Matthew P. Morris, hereby certify that on May 30, 2012, I caused copies of the annexed Notice of Appearance and Request for Service of Papers to be served by postage-paid United States First Class Mail upon each of the following at their addresses below:

| | |
|---|---|
| Larren M. Nashelsky<br>Morrison & Foerster LLP<br>1290 Avenue of the Americas<br>New York, NY 10104 | Office of the United States Trustee<br>33 Whitehall Street, 21st Floor<br>New York, NY 10004 |

Dated: New York, New York
May 30, 2012

/s/ Matthew P. Morris