UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re: **GMAC-RFC Holding Company, LLC,**

Debtor

Case No.: 1:12-BK-12029
Chapter 11

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Katherine Suzanne Parker-Lowe, request admission, *pro hac vice*, before the Honorable Martin Glenn, to represent Rex T. Gilbert, Jr. and Daniela L. Gilbert, creditors in the above-referenced case. The Gilberts are Plaintiffs-Appellants, in a case presently pending before the United States Court of Appeals for the Fourth Circuit entitled Gilbert v. Deutsche Bank Trust Company Americas, as Trustee for Residential Accredit Loans, Inc., David A. Simpson, P.C., Substitute Trustee, Residential Funding, LLC, and GMAC Mortgage, LLC. File 10-2295. On May 3, 2012, the Fourth Circuit issued by published opinion a decision which reinstated the Gilberts claims for, inter alia, rescission under and violations of the federal Truth in Lending Act.

I certify that I am a member in good standing of the bar of the State of North Carolina, the bar of the United States District Court for the Eastern District of North Carolina and the United States Court of Appeals for the Fourth Circuit.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: 5-23-2012
Ocracoke, North Carolina

Katherine S. Parker-Lowe
Attorney for Gilberts
NC State Bar #13318
35 Miss Elecia Lane, Suite 101
Post Office Box 730
Ocracoke, North Carolina 27960
katherine@ocracokelaw.com
252-928-1000



RECEIVED
MAY 29 2012
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK