UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------------------x
                                                   :
In re:                                             :
                                                   :    Chapter 11
RESIDENTIAL CAPITAL, LLC, ET AL.,                  :
                                                   :    Case No. 12-12020 (MG)
                                                   :
                                                   :    (Jointly Administered)
                   Debtors.                        :
-------------------------------------------------------------------x
```

**ORDER FOR PRO HAC VICE ADMISSION**

Upon the Motion for Admission *Pro Hac Vice* of Jeremy Andersen Pursuant to Rule 2090-1 of the Local Bankruptcy Rules for the Southern District of New York, filed May 25, 2012 (the "Motion"); due and sufficient notice of the Motion having been served pursuant to the Court's ECF notification system; and the Court having received no opposition or objection to the Motion; and after due deliberation and sufficient cause appearing therefor, it is hereby:

ORDERED that the Motion is granted in its entirety; and,

IT IS FURTHER ORDERED that Jeremy Andersen is admitted, pro hac vice, to appear and practice before this Court as counsel to The Prudential Insurance Company of America, The Gibraltar Life Insurance Company, Ltd., Park Place Commerce Investments, LLC, Prudential Retirement Insurance and Annuity Company, Prudential Annuities Life Assurance Corporation, Pruco Life Insurance Company of New Jersey, Commerce Street Investments, LLC, Institutional Core Bond Fund of the Prudential Trust Company Master Commingled Investment Fund for Tax Exempt Trusts, Institutional Core Plus Bond Fund of the Prudential Trust Company Master Commingled Investment Fund for Tax Exempt Trusts, Pru Alpha Fixed Income Opportunity Master Fund I, L.P., Pruco Life Insurance Company, Prudential Annuities Life Assurance

2

Corporation, Prudential Investment Portfolios 2, Prudential Core Short-Term Bond Fund, Prudential Total Return Bond Fund, Inc., Prudential Trust Company, as Trustee for Prudential Merged Retirement Plan, The Prudential Investment Portfolios, Inc., Asset Allocation Fund, The Prudential Life Insurance Company, Ltd., and The Prudential Series Fund, Diversified Bond Portfolio in the above-captioned cases pending in the United States Bankruptcy Court of the Southern District New York.

Dated:  **May 30, 2012**
       New York, New York                                  /s/Martin Glenn
                                                                                  HON. MARTIN GLENN
                                                                                  UNITED STATES BANKRUPTCY JUDGE