KRAMER LEVIN NAFTALIS & FRANKEL LLP
Kenneth H. Eckstein
Douglas H. Mannal
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000

*Proposed Counsel for the Official Committee of*
*Unsecured Creditors of Residential Capital, LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————— X
In re:                                        :
                                              :     Case No. 12-12020 (MG)
RESIDENTIAL CAPITAL, LLC, et al.,             :
                                              :     Chapter 11
                    Debtors.                  :
                                              :     Jointly Administered
                                              :
———————————————————— X

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE
OF PAPERS BY KRAMER LEVIN NAFTALIS & FRANKEL LLP,
AS PROPOSED COUNSEL FOR THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS OF RESIDENTIAL CAPITAL, LLC, ET AL.**

**PLEASE TAKE NOTICE** that Kramer Levin Naftalis & Frankel LLP ("**Kramer Levin**") hereby appears as proposed counsel on behalf of the Official Committee of Unsecured Creditors of Residential Capital, LLC, et al., (the "**Committee**") and, pursuant to section 1109(b) of title 11 of the United States Code (the "**Bankruptcy Code**") and Rules 2002, 9007, and 9010 of the Federal Rules of Bankruptcy Procedures (the "**Bankruptcy Rules**"), Kramer Levin requests that copies of all notices and pleadings given or served in this case be given to and served upon Kramer Levin at their respective office, address, telephone number, and e-mail addresses as follows:

KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, New York 10036
Attn:   Kenneth H. Eckstein
          Douglas H. Mannal
Telephone: (212) 715-9100
Facsimile: (212) 715-8000
Email: keckstein@kramerlevin.com
          dmannal@kramerlevin.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request, pursuant to 11 U.S.C. § 1109(b), includes all of the notices and papers referred to in the Bankruptcy Rules, Bankruptcy Code, and the Local Bankruptcy Rules for the Southern District of New York, and additionally includes, without limitation, notices of any orders, motion, proposed order, application, petition, pleading, request, complaint, demand, memorandum, affidavit, declaration, presentment, order to show cause, disclosure statement, and plan of reorganization, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, telegraph, telecopier, facsimile transmission, electronically, or otherwise, that is filed or given in connection with these cases and the proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that neither this notice of appearance nor any prior or later appearance, pleading, claim or suit shall waive any right of the party-in-interest (I) to have final orders in non-core matters entered only after de novo review by a United States District Court judge, (II) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (III) to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (IV) to have documents served in accordance with Federal Rule of Bankruptcy Procedure 7004 and Federal Rule of Civil Procedure 4, or to any other rights, claims, actions, defenses, setoffs, or

recoupments as appropriate, in law, in equity, or otherwise, all of which rights, claims, actions and defenses, are expressly reserved.

Dated: New York, New York
May 30, 2012

          KRAMER LEVIN NAFTALIS & FRANKEL LLP

By: /s/ Douglas H. Mannal
Kenneth H. Eckstein
Douglas H. Mannal
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000

*Proposed Counsel for the Official Committee of Unsecured Creditors of Residential Capital, LLC*