UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

_____
                                        )
In re: **Residential Capital, LLC, et.als.**    )        **Case No.: 1:12-BK-12020(MG)**
                                        )        Chapter 11
                       Debtors          )
_____)        Jointly Administered


ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Katherine Suzanne Parker-Lowe, to be admitted, *pro hac vice*, to represent Rex T. Gilbert, Jr. and Daniela L. Gilbert, (the "Clients") creditors in the above referenced case, and upon the movant's certification that the movant is a member in good standing of the bar of the State of North Carolina, the bar of the United States District Court for the Eastern District of North Carolina and the United States Court of Appeals for the Fourth Circuit, it is hereby

ORDERED, that Katherine Suzanne Parker-Lowe, Esq., is admitted to practice, *pro hac vice*, in the above referenced case to represent the Clients, in the United States Bankruptcy Court for the Southern District of New York, provide that the filing fee has been paid.

Dated: **May 31, 2012**

New York, New York            _____**/s/Martin Glenn**_____
                              UNITED STATES BANKRUPTCY JUDGE