## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK (MANHATTAN)

IN THE MATTER OF:

RESIDENTIAL CAPITAL, LLC                    Case No. 12-12020-MG
AKA RESIDENTIAL CAPITAL CORPORATION,    Honorable MARTIN GLENN
                                                       Chapter 11
    Debtor.

1177 Avenue of the Americas
New York, NY 10036
201770738
_____/

### NOTICE OF APPEARANCE AND REQUEST TO BE PLACED ON MATRIX

**PLEASE TAKE NOTICE** that Richardo I. Kilpatrick of KILPATRICK & ASSOCIATES, P.C., hereby appears as counsel for Creditor Oakland County Treasurer, and pursuant to the Federal Rules of Bankruptcy Procedure and the Bankruptcy Code, requests that all notices given or required to be given in these proceedings and all papers served or required to be served in these proceedings, be given to and served upon him at the following address: Kilpatrick & Associates, P.C., 903 N. Opdyke Road, Suite C, Auburn Hills, Michigan 48326.

                                           Respectfully submitted,

                                           KILPATRICK & ASSOCIATES, P.C.
                                           Attorney for the Oakland County Treasurer


                                           /S/ RICHARDO I. KILPATRICK
                                           RICHARDO I. KILPATRICK (P35275)
                                           903 North Opdyke Road, Suite C
                                           Auburn Hills, Michigan 48326
                                           (248) 377-0700
                                           ecf@kaalaw.com

Dated: May 31, 2012