**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION - DETROIT**

**IN THE MATTER OF:**

| | |
|---|---|
| RESIDENTIAL CAPITAL, LLC | Case No. 12-12020-MG |
| AKA RESIDENTIAL CAPITAL CORPORATION, | Honorable MARTIN GLENN |
| | Chapter 11 |
| Debtor. | |

1177 Avenue of the Americas
New York, NY 10036
201770738
_____/

**PROOF OF SERVICE OF NOTICE OF APPEARANCE AND REQUEST TO BE PLACED ON MATRIX**

**SHAMIKA SMITH** certifies that on the 31st day of May, 2012, she served a copy of the NOTICE OF APPEARANCE AND REQUEST TO BE PLACED ON MATRIX and this PROOF OF SERVICE upon the following parties with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Larren M. Nashelsky             lnashelsky@mofo.com

Office of the U.S. Trustee         via ecf e-mail

And by depositing same in a United States postal receptacle, with first class postage affixed thereto, addressed to:

Residential Capital, LLC aka Residential Capital Corporation
1177 Avenue of the Americas
New York, NY 10036

/S/ SHAMIKA SMITH
**SHAMIKA SMITH**, an employee of
KILPATRICK & ASSOCIATES, P.C.
903 N. Opdyke Rd, Suite C
Auburn Hills, MI 48326
(248) 377-0700
ecf@kaalaw.com