

**Shellpoint Partners**

2 Grand Central Tower
140 E. 45th Street, 37th Floor
New York NY 10017

April 19, 2012

FEDERAL EXPRESS
NEXT DAY DELIVERY


GMAC Mortgage, LLC
1100 Virginia Drive
Fort Washington, PA 19034
Attn: Chief Servicing Officer

GMAC Mortgage, LLC
1100 Virginia Drive
Fort Washington, PA 19034
Attn: General Counsel

GMAC Mortgage, LLC
3451 Hammond Ave.
Waterloo, IA 50702-5345
Attn: General Manager


RE: Servicing Agreement by and between Shellpoint Partners LLC (formerly known as Shellpoint Mortgage LLC ) and GMAC Mortgage, LLC dated as of August 15, 2011 (the "**Servicing Agreement**")

Dear Sirs:

Shellpoint Partners LLC, formerly known as Shellpoint Mortgage LLC ("Shellpoint") hereby notifies GMAC Mortgage, LLC that, in accordance with Section 11.01(b) of the Servicing Agreement, it has elected to terminate the Servicing Agreement with respect to all Mortgage Loans and REO Property effective July 18, 2012 (ninety days from the date of this notice) or such earlier date as is acceptable to GMAC Mortgage, LLC. Shellpoint understands and agrees that in conjunction with the termination of servicing and the Servicing Agreement pursuant to Section 11.01(b), GMAC Mortgage, LLC is entitled to a receive Deboarding Fees and Termination Fees in accordance with the Servicing Agreement.

1

Shellpoint will notify you shortly of the successor servicer.

Please feel free to contact the undersigned with any questions or concerns.

Very truly yours,

Saul I. Sanders
Co-Chief Executive Officer, Shellpoint Partners LLC