UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re:

**RESIDENTIAL CAPITAL, LLC *et al.*,**

Debtors.
-----------------------------------------------------------------x

Chapter 11
Case No. 12-12020 (MG)

Jointly Administered

### CERTIFICATE OF SERVICE

Carrie E. Mitchell, Esq., being duly sworn, deposes and says:

I am not a party to the action. I am over the age of eighteen years and reside in New York, New York. I am duly admitted to the bar of the State of New York, in good standing.

On May 31, 2012 I caused copies of the documents referenced below to be served by causing true and correct copies of the same to be sent to the persons listed on **Exhibit A** in the manner indicated.

On June 1, 2012 I caused copies of the same documents referenced below to be served by causing true and correct copies of the same to be sent to the persons listed on **Exhibit B** in the manner indicated.

DOCUMENT 1: *Motion of Shellpoint Partners LLC f/k/a Shellpoint Mortgage LLC and New Penn Financial, LLC for Entry of an Order Modifying the Automatic Stay to Effectuate Termination Notice,* with exhibits; and

DOCUMENT 2: *Notice of Hearing on Motion of Shellpoint Partners LLC f/k/a Shellpoint Mortgage LLC and New Penn Financial, LLC for Entry of an Order Modifying the Automatic Stay to Effectuate Termination Notice.*

*/s/ Carrie E. Mitchell*
Carrie E. Mitchell

{00191575.1 / 0959-001 }

# Exhibit A

**By First Class Mail**

Residential Capital, LLC
1177 Avenue of the Americas
New York, NY 10036
Attn: Tammy Hamzehpour

Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104
Attn:   Larren Nashelskly, Esq.
        Gary S. Lee, Esq.
        Lorenzo Marinuzzi, Esq.,
Counsel to the Debtors

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
Attn:   Ken Eckstein
        Doug Mannal
Counsel to the Creditors' Committee,

Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004
Attn:   Tracy Hope Davis, Esq.
        Brian Masumoto, Esq.
        Linda Riffkin, Esq.

Office of the United States Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530-0001
Attn: US Attorney General, Eric H. Holder, Jr.

Office of the New York Attorney General
The Capitol
Albany, NY 12224-0341
Attn:   Nancy Lord, Esq.
        Neal Mann, Esq.

{00191575.1 / 0959-001 }

Office of the United States Attorney
for the Southern District of New York
One St. Andrews Plaza
New York, NY 10007
Attn: Joseph N. Cordaro, Esq.

Citibank N.A.
390 Greenwich Street
6th  Floor
New York, NY 10013
Attn: Bobbie Theivakurnaran

Fannie Mae
3900 Wisconsin Avenue NW
Mail Stop 8H-504
Washington DC 20016
Attn:   Vice President,
        Credit Management, John S. Forlines

Deutsche Bank Trust Company Americas
25 DeForest Avenue
Summit, NJ 07901
Attn: Kevin Vargas

The Bank of New York Mellon
Asset Backed Securities Group
101 Barclay Street 4W
New York, NY 10286

U.S. Bank National Association
50 South 16th Street, Suite 2000
Philadelphia, PA 19102
Attn: George Rayzis

U.S. Bank National Association
60 Livingston Avenue
EP-MN-WS1D
St. Paul, MN 55107
Attn: Irina Palchuk

Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178
Attn:   James S. Carr, Esq.
        Eric R. Wilson, Esq.
Counsel to U.S. Bank National Association,

{00191575.1 / 0959-001 }

Wells Fargo Bank, N.A.
P.O. Box 98
Columbia, MD 21046
Attn: Corporate Trust Service
 GMACM Home Equity Notes 2004 Viable Funding Trust

Kirkland & Ellis
601 Lexington Avenue
New York, NY 10022
 Attn:   Ray C. Schrock, Esq.
         Richard M. Cieri, Esq.
Counsel to Ally Financial Inc.

Skadden Arps Slate Meagher & Flom LLP
Four Times Square
New York, NY 10036
 Attn:   Jonathan H. Hofer, Esq.
         Ken Ziman, Esq.
Counsel to the administrative agent for the Debtors' providers of debtor in possession financing

Nationstar Mortgage LLC
350 Highland Drive
Lewisville, TX 75067
Attn: General Counsel

Sidley Austin LLP
One Dearborn
Chicago, IL 60603
 Attn:   Larry J. Nyhan, Esq.
         Jessica CK Boelter, Esq.
Counsel to Nationstar Mortgage LLC

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-734

Securities and Exchange Commission
New York Regional Office
3 World Financial Center
Suite 400
New York, NY 10281-1022
Attn: George S. Canellos,

JPMorgan Chase Bank, National Association
383 Madison Avenue, 8th Floor
New York, NY 10179
Attn: Jonathan Davis,

JPMorgan Chase Bank, National Association
1111 Fannin, 12th Floor
Houston, TX 77002
Mailcode: TXF200
Attn: Mortgage Finance

Morgan Stanley Bank, N.A.
1585 Broadway, New York
NY 10036
Attn: SPG Mortgage Finance

Morgan Stanley Mortgage Capital Holdings LLC
1585 Broadway
New York NY 10036
Attn: SPG Mortgage Finance

Wells Fargo Bank, N.A.
c/o Wells Fargo Securities Mortgage Banker Finance Group
2500 Northwinds Parkway, Suite 200
Alpharetta, Georgia 30009
Attn: Ken Logan

Wells Fargo Bank, N.A.
375 Park Avenue
New York, NY 10152
Attn: Mary H. Curtis

Bank of America, N.A.
One Bryant Park, 11th Floor
NY-1-100-11-01
New York, NY 10036
Attn: Eileen Albus, Vice President – Mortgage Finance

Wells Fargo Bank, National Association
1015 10th Avenue SE
Minneapolis, Minnesota 55414
Attn: Client Manager – Shellpoint/BofA

{00191575.1 / 0959-001 }

Bank of America, N.A.
One Bryant Park – 11th Floor
NY1-100-11-01
New York, NY 10036
Attn:   Eileen Albus
        Jing Liu
        Charu Mani
        Arvindh Rao

{00191575.1 / 0959-001 }

# **Exhibit B**

**By Electronic Mail**

12-12020-mg    Doc 191    Filed 06/01/12    Entered 06/01/12 15:51:39    Main Document
Pg 8 of 14

Residential Capital, LLC, et al.
Case No. 12-12020 (MG)

| NAME | EMAIL | DESCRIPTION |
|---|---|---|
| Citibank NA | bobbie.theivakumaran@citi.com | Secured lender under the Mortgage Servicing Rights Facility |
| Deutsche Bank Trust Company Americas | kelvin.vargas@db.com | Indenture Trustee to Unsecured Notes / Top 50 Creditor |
| Fannie Mae | john_s_forlines@fanniemae.com | Prepetition Lender - Fannie EAF |
| Internal Revenue Service | marie.l.cerchero@irs.gov | Internal Revenue Service |
| Kelley Drye & Warren LLP | kdwbankruptcydepartment@kelleydrye.com | Counsel to US Bank National Association as Indenture Trustee to the Debtors' Prepetition Junior Secured Notes |
| Kirkland & Ellis | richard.cieri@kirkland.com | Counsel to the Equity Security Holders (Ally Financial and Ally Bank) |
| Kirkland & Ellis LLP | ray.schrock@kirkland.com;richard.cieri@kirkland.com;stephen.hessler@kirkland.com;projectrodeo@kirkland.com;William.b.Solomon@ally.com;Timothy.Devine@ally.com;john.bellaver@ally.com | Counsel to the Ally Financial Inc. & Ally Bank |
| Kramer Levin Naftallis & Frankel LLP | keckstein@kramerlevin.com;tmayer@kramerlevin.com;dmannal@kramerlevin.com | Counsel to the Official Committee of Unsecured Creditors |
| Morrison & Foerster LLP | lnashelskylt@mofo.com;glee@mofo.com;lmarinuzzi@mofo.com | Counsel to the Debtors |
| Office of the NY State Attorney General | Nancy.Lord@OAG.State.NY.US;Neal.Mann@OAG.State.NY.US | Office of the New York Attorney General |
| Residential Capital LLC | Tammy.Hamzehpour@gmacrescap.com | Residential Capital LLC |
| Residential Capital LLC | Tammy.Hamzehpour@gmacrescap.com | Residential Capital LLC |
| Securities & Exchange Commission | secbankruptcy@sec.gov | Securities and Exchange Commission - Headquarters |
| Securities & Exchange Commission NY Regional Office | secbankruptcy@sec.gov;newyork@sec.gov | Securities and Exchange Commission - New York Regional Office |
| Sidley Austin LLP | lnyhan@sidley.com;jboelter@sidley.com;bmyrick@sidley.com | Counsel to Nationstar |
| Skadden Arps Slate Meagher & Flom LLP | jhofer@skadden.com;nikolay.kodes@skadden.com | Counsel to the administrative agent for the Debtors' proposed providers of debtor in possession financing |
| Skadden Arps Slate Meagher & Flom LLP | ken.ziman@skadden.com | Counsel to Barclays Bank PLC |
| Skadden Arps Slate Meagher & Flom LLP | sarah.ward@skadden.com | Counsel to the administrative agent for the Debtors' proposed providers of debtor in possession financing |
| Skadden Arps Slate Meagher & Flom LLP | suzanne.lovett@skadden.com | Counsel to Barclays Bank PLC |
| U.S. Bank National Association | george.rayzis@usbank.com | Indenture Trustee to the Debtors' Prepetition Junior Secured Notes |
| U.S. Bank National Association | irina.palchuk@usbank.com | Indenture Trustee to the Debtors' Prepetition Junior Secured Notes |
| U.S. Department of Justice | AskDOJ@usdoj.gov | Office of the United States Attorney General |
| United States Attorney's Office for the Southern District of New York civil Division | joseph.cordaro@usdoj.com | Counsel to the United State of America |

| NAME | EMAIL | DESCRIPTION |
| --- | --- | --- |
| Ally Bank | tom.houghton@ally.com | Ally Bank |
| Ally Financial Inc | jeff.brown@gmacfs.com; william.b.solomon@ally.com | Secured Lender under the Secured Revolver and Line of Credit |
| Alston & Bird LLP | kit.weitnauer@alston.com | Counsel to Wells Fargo Bank, N.A. in its capacity as trustee, indenture trustee or master servicer of certain RMBS trusts |
| Alston & Bird LLP | marty.bunin@alston.com;william.hao@alston.com | Counsel to Wells Fargo Bank, N.A. in its capacity as trustee, indenture trustee or master servicer of certain RMBS trusts |
| Alston & Bird LLP | bill.macurda@alston.com | Counsel to Wells Fargo Bank, N.A. in its capacity as trustee, indenture trustee or master servicer of certain RMBS trusts |
| Assistant Attorney General | john.stern@texasattorneygeneral.gov | Counsel to the Texas Comptroller of Public Accounts |
| Bank of New York Mellon | Michael.Spataro@BNYMellon.com; Mageshwaran.Ramasamy@BNYMellon.com | Securitization/HELOC Trustee |
| Barclays Bank PLC | alicia.borys@barclays.com;patrick.kerner@barclays.com | Barclays Bank PLC, as administrative agent under the Pre-Petition GSAP |
| Barclays Bank PLC | xrausloanops5@barclays.com | Barclays Bank PLC, as administrative agent under the Pre-Petition GSAP |
| Barry B Eskanos JD MPA & Ami B Eskanos | bbeskanos@aol.com | Creditor |
| BMMZ Holding LLC | courtney.lowman@ally.com | Buyer under the Pre-Petition Ally Repo Facility |
| Cadwalader Wickersham & Taft LLP | gregory.petrick@cwt.com;ingrid.bagby@cwt.com | Counsel to MBIA Insurance Corporation |
| Cadwalader Wickersham & Taft LLP | mark.ellenberg@cwt.com | Counsel to MBIA Insurance Corporation |
| Cohen Milstein Sellers & Toll PLLC | jlaitman@cohenmilstein.com;clometti@cohenmilstein.com;meisenkraft@cohenmilstein.com;drehns@cohenmilstein.com;krehns@cohenmilstein.com | Counsel to Lead Plaintiff |
| Cole Schotz Meisel Forman & Leonard PA | mwarner@coleschotz.com;echou@coleschotz.com | Counsel to HP Enterprise Services LLC |
| Commonwealth of Pennsylvania, Department of Labor and Industry | ra-li-ucts-bankrupt@state.pa.us | Commonwealth of Pennsylvania, Department of Labor and Industry, Office of Unemployment Compensation Tax Services (UCTS) |
| Curtis Mallet-Prevost Colt & Mosle LLP | mgallagher@curtis.com | Proposed Conflicts Counsel for the Debtors |
| Curtis Mallet-Prevost Colt & Mosle LLP | macohen@curtis.com | Proposed Conflicts Counsel for the Debtors |
| Curtis Mallet-Prevost Colt & Mosle LLP | sreisman@curtis.com | Proposed Conflicts Counsel for the Debtors |
| Dechert LLP | glenn.siegel@dechert.com;hector.gonzalez@dechert.com;brian.greer@dechert.com;mauricio.espana@dechert.com | Counsel to Bank of New York Mellon Trust Company NA |
| Deutsche Bank | rosa.mendez@db.com | Securitization Trustee |
| Deutsche Bank Trust Company Americas | | Member of Official Committee of Unsecured Creditors |
| Duane Morris LLP | gcatalanello@duanemorris.com;jvincequerra@duanemorris.com | Counsel to Green Planet Servicing LLC |
| Fannie Mae | catherine_lasher@fanniemae.com | GSE - Fannie Mae |
| Foley & Mansfield PLLP | tlallier@foleymansfield.com | Counsel to TCF National Bank |
| Freddie Mac | kenton_hambrick@freddiemac.com | Counsel to Freddie Mac |
| Gibbs & Bruns LLP | kpatrick@gibbsbruns.com;shumphries@gibbsbruns.com | Counsel to Ad Hoc RMBS Holder Group |
| Gibbs & Bruns, L.L.P. | kpatrick@gibbsbruns.com | Counsel for the Institutional Investors |
| Ginnie Mae | theodore.w.tozer@hud.gov | GSE - Ginnie Mae |
| Grant & Eisenhofer PA | gjarvis@gelaw.com;mpmorris@gelaw.com;delman@gelaw.com | Hancock Life Insurance Company (U.S.A.), John Hancock Life Insurance Company (U.S.A.) Separate Account 6A & John Hancock Life Insurance Company (U.S.A.) Separate Account 131 |
| HP Enterprise Services LLC | ayala.hassell@hp.com | Counsel to HP Enterprise Services LLC |
| Jones Day | ceblack@jonesday.com | Counsel to Financial Guaranty Insurance Company |
| Jones Day | cball@jonesday.com;rlwynne@jonesday.com;lemiller@jonesday.com | Counsel to Financial Guaranty Insurance Company |

12-12020-mg    Doc 191    Filed 06/01/12    Entered 06/01/12 15:51:39    Main Document
Pg 10 of 14

Residential Capital, LLC, et al.
Case No. 12-12020 (MG)

| NAME | EMAIL | DESCRIPTION |
|---|---|---|
| Kasowitz, Benson, Torres & Friedman LLP | aglenn@kasowitz.com;mstein@kasowitz.com;dfliman@kasowitz.com;namamoo@kasowitz.com | Federal National Mortgage Association ("Fannie Mae") and the Federal Home Loan Mortgage Corporation |
| Kilpatrick & Associates PC | ecf@kaalaw.com | Counsel to Oakland County Treasurer |
| Klestadt & Winters LLP | tklestadt@klestadt.com;jcorneau@klestadt.com | Counsel to Tracy L Klestadt, in his Capacity as Chapter 7 Trustee of Alliance Mortgage Investments, Inc. and Alliance Bancorp |
| Kurtzman Carson Consultants | rescapinfo@kccllc.com | Claims and Noticing Agent |
| Law Offices of Robert E Luna PC | sheehan@txschoollaw.com | Counsel to Carrollton-Farmers Branch Independent School District and Lewisville Independent School District |
| Linebarger Goggan Blair & Sampson LLP | austin.bankruptcy@publicans.com | Counsel to City of McAllen, Sourth Texas ISD & South Texas College |
| Linebarger Goggan Blair & Sampson LLP | dallas.bankruptcy@publicans.com | Counsel to Dallas County |
| Linebarger Goggan Blair & Sampson LLP | houston_bankruptcy@lgbs.com | Counsel to Texas Taxing Authorities - Katy ISD, Matagorda County, Cypress-Fairbanks ISD, Tyler County, Cleveland ISD, Fort Bend County, Montgomery County, Harris County, Galveston County, Orange County |
| Lowenstein Sandler PC | metkin@lowenstein.com;ilevee@lowenstein.com | Counsel to Lead Plaintiff |
| Lowenstein Sandler PC | metkin@lowenstein.com;ilevee@lowenstein.com | Counsel to Lead Plaintiff |
| McKool Smith | pmoak@McKoolSmith.com | Counsel to GSE - Freddie Mac |
| McKool Smith PC | mcarney@mckoolsmith.com | Counsel to Freddie Mac |
| McKool Smith PC | pmoak@McKoolSmith.com | Counsel to Freddie Mac |
| Morgan Lewis & Bockius LLP | jgarrity@morganlewis.com | National Trust Company, as trustees of certain mortgage backed securities trust |
| Morgan Lewis & Bockius LLP | mkraut@morganlewis.com | National Trust Company, as trustees of certain mortgage backed securities trust |
| Morgan Lewis & Bockius LLP | pfleming@morganlewis.com | National Trust Company, as trustees of certain mortgage backed securities trust |
| Morrison Cohen LLP | jmoldovan@morrisoncohen.com;bankruptcy@morrisoncohen.com | Counsel to the Independent Directors of the Residential Capital, LLC |
| Munger Tolles & Olson LLP | seth.goldman@mto.com | Counsel to Berkshire Hathaway Inc |
| Munger Tolles & Olson LLP | Thomas.walper@mto.com | Counsel to Berkshire Hathaway Inc |
| Patterson Belknap Webb & Tyler LLP | dwdykhouse@pbwt.com;bguiney@pbwt.com | Counsel to Ambac Assurance Corporation |
| Perdue Brandon Fielder Collins & Mott LLP | ebcalvo@pbfcm.com | Counsel to Johnson County et al, Richardson ISD |
| Proskauer Rose LLP | igoldstein@proskauer.com | Counsel to Assured Guaranty Municipal Corp |
| Proskauer Rose LLP | srutsky@proskauer.com;jzajac@proskauer.com | Counsel to Dallas CPT Fee Owner LP |

12-12020-mg    Doc 191    Filed 06/01/12    Entered 06/01/12 15:51:39    Main Document
Pg 11 of 14

Residential Capital, LLC, et al.
Case No. 12-12020 (MG)

| NAME | EMAIL | DESCRIPTION |
|---|---|---|
| Quinn Emanuel Urquhart & Sullivan LLP | danbrockett@quinnemanuel.com;daveburnett@quinnemanuel.com | Life Insurance Company, Ltd., Park Place Commerce Investments, LLC, Prudential Retirement Insurance and Annuity Company, Prudential Annuities Life Insurance Corporation, Pruco Life Insurance Company of New Jersey, Commerce Street Investments, LLC, Institutional Core Bond Fund of the Prudential Trust Company Master Commingled Investment Fund for Tax Exempt Trusts, Institutional Core Plus Bond Fund of the Prudential Trust Company Master Commingled Investment Fund for Tax Exempt Trusts, Pru Alpha Fixed Income Opportunity Master Fund I, L.P., Pruco Life Insurance Company, Prudential Annuities Life Assurance Corporation, Prudential Investment Portfolios 2, Prudential Core Short-Term Bond Fund, Prudential Total Return Bond Fund, Inc., Prudential Trust Company, as Trustee for Prudential Merged Retirement Plan, The Prudential Investment Portfolios, Inc., Asset Allocation Fund, The |
| Quinn Emanuel Urquhart & Sullivan LLP | susheelkirpalani@quinnemanuel.com;scottshelley@quinnemanuel.com | Counsel to AIG Asset Management (US) LLC |
| Reilly Pozner LLP | mrollin@rplaw.com | Counsel to Lehman Brothers Holdings Inc |
| Ropes & Gray LLP | Ross.martin@ropesgray.com;keith.wofford@ropesgray.com | Counsel to Ad Hoc RMBS Holder Group |
| Ropes & Gray LLP | Ross.martin@ropesgray.com | Counsel for the Institutional Investors |
| Rowen L Drenne as Representative for the Plaintiffs Brian Kessler | | Member of Official Committee of Unsecured Creditors |
| Samuel I White PC | dsasser@siwpc.com | Counsel to Samuel I White PC |
| Samuel I White PC | dhall@siwpc.com | Counsel to Samuel I White PC |
| Schnader Harrison Segal & Lewis LLP | bbressler@schnader.com;rbarkasy@schnader.com | Counsel to Liberty Property Limited Parternship |
| Schnader Harrison Segal & Lewis LLP | bdeutsch@schnader.com | Counsel to Liberty Property Limited Parternship |
| Seward & Kissell LLP | bateman@sewkis.com | Secured Notes, as collateral agent for the Prepetition Ally Revolver, and as collateral control agent under the Intercreditor Agreement, dated as June 6, 2008 |
| Seward & Kissell LLP | cohen@sewkis.com;das@sewkis.com | Counsel to US Bank National Association as Securitization Trustee |
| Shearman & Sterling LLP | fsosnick@shearman.com;sfennessey@shearman.com | Counsel to Citibank NA |
| Sullivan Hazeltine Allinson LLC | whazeltine@sha-llc.com | Counsel to Mortgage Electronic Registration Systems Inc and MERSCOPR |
| Talcott Franklin P.C. | tal@talcottfranklin.com | Counsel for Institutional Investors |
| TCF National Bank | jmiller@tcfbank.com | Counsel to TCF National Bank |
| The Canada Trust Company | susan.khokher@td.com;kathryn.thorpe@td.com; Adam.Parkin@tdsecurities.com; Christopher.stevens@tdsecurities.com; | Securitization Trustee |
| U.S. Bank National Association | mamta.scott@usbank.com | Member of Official Committee of Unsecured Creditors |
| U.S. Bank National Association | michelle.moeller@usbank.com | Securitization/HELOC Trustee |
| U.S. Bank National Association | tanveer.ashraf@usbank.com | Securitization/HELOC Trustee |
| U.S. Department of Justice | Glenn.Gillett@usdoj.gov | Counsel to GSE - Ginnie Mae |
| Wells Fargo Bank, N.A. | kelly.j.rentz@wellsfargo.com; Nichlaus.M.Ross@wellsfargo.com; Sharon.Squillario@wellsfargo.com | Securitization/HELOC Trustee |
| Wendy Alison Nora | accesslegalservices@gmail.com | Claimant |
| White & Case LLP | guzzi@whitecase.com | Counsel to Wells Fargo as collateral agent for the Prepetition Junior |
| Wilmington Trust | jwilliams@wilmingtontrust.com;esoriano@wilmingtontrust.com | Securitization Trustee |
| Wilmington Trust NA | | Member of Official Committee of Unsecured Creditors |
| Winston & Strawn LLP | dneier@winston.com | Counsel to GSE - Fannie Mae |

Residential Capital, LLC, et al.
Case No. 12-12020 (MG)

| NAME | EMAIL | DESCRIPTION |
|---|---|---|
| Winston & Strawn LLP | dneier@winston.com;cschreiber@winston.com;almoskowitz@winston.com | Counsel to Federal National Mortgage Association |
| JPMorgan Chase Bank, National Association | jonathan.p.davis@jpmorgan.com; | |
| JPMorgan Chase Bank, National Association | MF_Team@JPMChase.com; | |
| Bank of America, N.A. | Eileen.Albus@baml.com; | |
| Bank of America, N.A. | Albus@baml.com; | |
| Bank of America, N.A. | Jing.Liu@baml.com; | |
| Bank of America, N.A. | Charu.Mani@baml.com; | |
| Bank of America, N.A. | Arvindh.Rao@baml.com; | |

**By First Class Mail**

AIG Asset Management US LLC
Attn: Russell Lipman
80 Pine St
New York, NY 10038

Allstate Life Insurance Company
Attn: Peter A McElvain
3075 Sanders Rd Ste G5A
Northbrook, IL 60062

Fein Such & Crane LLP
Mark K Broyles Esq.
28 East Main St - Ste 1800
Rochester, NY 14614

Financial Guaranty Insurance Company
Attn John Dubel
125 Park Ave.
New York, NY 10017

M&TCC
1 M&T Plaza, 7th Floor
Buffalo, NY 14203

MBIA Insurance Corporation
Attn: Mitchell Sonkin
113 King St.
Armonk, NY 10504

Rowen L Drenne as Representative for
the Plaintiffs Brian Kessler et al
3725 N Indiana
Kansas City, MO 64117

Secretary of State
123 William St
New York, NY 10038-3804

{00191575.1 / 0959-001 }

Secretary of State, Division of Corporations
99 Washington Ave - Ste 600
One Commerce Plz
Albany, NY 12231-0001

{00191575.1 / 0959-001 }