**POLSINELLI SHUGHART PC**
805 Third Avenue, Suite 2020
New York, New York  10022
(212) 684-0199
Fax No. (212) 759-8290
Daniel J. Flanigan, Esq.
Jason A. Nagi, Esq.
*Bankruptcy Counsel for Representative Plaintiffs and the Putative Class*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| RESIDENTIAL CAPITAL, LLC, *et al.*, | Case No. 12-12020 (MG) |
| Debtors. | (Jointly Administered) |

**NOTICE OF APPEARANCE, REQUEST FOR SERVICE
OF PAPERS, AND REQUEST FOR MATRIX ENTRY**

  **PLEASE TAKE NOTICE** that **Daniel J. Flanigan** and **Jason A. Nagi** and the law firm of **Polsinelli Shughart PC,** hereby enter their appearance as bankruptcy counsel for, and **J. Michael Vaughan** and **David M. Skeens** and the law firm of **Walters Bender Strohbehn & Vaughan, P.C.**, hereby enter their appearance as lead counsel for: (1) representative Plaintiffs Ruth J. Davis, Philip F. Kossler and Jeannie C. Kossler, Brian W. and Carla M. Kessler, Patrice Porco, Thomas T. Mathis, Stephen R. Haney and Amy L. Haney, John and Rebecca Picard, William and Ellen Sabo, Russell and Kathleen Ulrich, Nora H. Miller, Robert A, and Rebecca A, Clark, Edward R. Kruszka Jr.,Tina M. Boor Merl, Martin J. Baratz, Clell L. Hobson, Rosa Kelly Parkinson, John and Kathy Nixon, Brian Cartee, Mack and Robin Dorman, Jerome and Charretta Roberts, Melba Brown, Flora A. Gaskin, Roy Lee and Ruthie Mae Logan, Shawn and Lorene Starkey, John and Rowena Drennen, Richard Montgomery, Tammy and David Wasem ("**Representative Plaintiffs**") and all others similarly situated and the general public including,

2227173.2

without limitation, the class of persons and entities (the "**Putative Class**") represented in the consolidated class action entitled *In Re: Community Bank of Northern Virginia Second Mortgage Lending Practice Litigation.,* filed in the United States District Court for the Western District of Pennsylvania, MDL No. 1674, Case Nos. 03-0425, 02-01201, 05-0688, 05-1386 and (2) class counsel for Steven and Ruth Mitchell and all others class members (the "**Mitchell Class**") in the certified class action entitled *Steven and Ruth Mitchell v. Residential Funding Corporation et al.,* filed in the Circuit Court of Jackson County, Missouri, Case No. 03-CV-770489-01.

The above-listed counsel request that copies of all pleadings and other papers (however designated) filed in this case, as well as notices given or required to be given in this case, be given and served upon the undersigned at the addresses listed below.

In addition, it is requested that, pursuant to Rule 2002(g) of the Federal Rules of Bankruptcy Procedure, the following be added to the Court's Mailing Matrix:

>Daniel J. Flanigan (NY #DF6929)
>Jason A. Nagi (NY #JN6891)
>Polsinelli Shughart PC
>805 Third Avenue, Suite 2020
>New York, New York  10022
>(212) 684-0199
>Fax No. (212) 759-8290
>dflanigan@polsinelli.com
>jnagi@polsinelli.com

>- and -

2227173.2

        J. Michael Vaughan (MO #24989)
        David M. Skeens (MO #35728)
        Walters Bender Strohbehn & Vaughan, P.C.
        2500 City Center Square
        1100 Main Street
        Kansas City, Missouri  64105
        (816) 421-6620
        Fax No. (816) 421-4747
        mvaughan@wbsvlaw.com
        dskeens@wbsvlaw.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, the foregoing request includes, without limitation, all orders and notices, including but not limited to applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, schedules of assets and liabilities, statements of affairs, operating reports and plans, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, telecopier, fax, or otherwise.

This Notice of Appearance shall not constitute a submission by Representative Plaintiffs, the Putative Class, the Mitchell Class, or any other person or entity to the jurisdiction of the Bankruptcy Court, and without limiting the generality of the foregoing, neither this Notice of Appearance nor any later appearance, pleading, claim, or suit shall waive any right of the Representative Plaintiffs, the Putative Class, the Mitchell Class, or any other person or entity (1) to have final orders in non-core matters entered only after *de novo* review by a District Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference n any matter subject to mandatory or discretionary withdrawal, (4) to contest that jurisdiction or venue in this Court is

2227173.2

improper or inappropriate, or (5) with respect to any other rights, claims, actions, defenses, setoffs or recoupments that may be available in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

**FURTHER**, if any limited service lists are used in these proceedings, the undersigned request inclusion thereon.

Dated: June 4, 2012

Respectfully Submitted,

POLSINELLI SHUGHART PC

By: */s/ Daniel J. Flanigan*
DANIEL J. FLANIGAN
JASON A. NAGI
805 Third Avenue, Suite 2020
New York, New York 10022
(212) 684-0199
Fax No. (212) 759-8290
dflanigan@polsinelli.com
jnagi@polsinelli.com

ATTORNEYS FOR REPRESENTATIVE PLAINTIFFS, THE PUTATIVE CLASS, AND THE MITCHELL CLASS

4

2227173.2