MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:   (212) 468-8000
Facsimile:   (212) 468-7900
Larren M. Nashelsky
Gary S. Lee
Lorenzo Marinuzzi

*Proposed Counsel for the Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------------    )
                                                                               )
   In re:                                                                      )    Case No. 12-12020 (MG)
                                                                               )
   RESIDENTIAL CAPITAL, LLC, <u>et</u> <u>al</u>.,                             )    Chapter 11
                                                                               )
                                        Debtors.                               )    Jointly Administered
                                                                               )
---------------------------------------------------------------------------    )

**PROPOSED AGENDA FOR MATTERS SCHEDULED**
**TO BE HEARD ON JUNE 5, 2012 AT 10:00 A.M. (EST)**

Location of Hearing:  United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, Courtroom 501, One Bowling Green, New York, NY 10004-1408

**I.    CONTESTED MATTERS**

1.    Motion of the Official Committee of Unsecured Creditors of Debtors Residential Capital, LLC, *et al*., for Entry of an Order Pursuant to Bankruptcy Rule 2004 Authorizing the Issuance of the Subpoenas for the Production of Documents and the Provision of Testimony by the Debtors and Others [Docket No. 192]

   **Related Documents:**  None.

   **Objection Deadline:**  June 4, 2012 at 4:00 p.m.

   **Responses Received:**  Discussions ongoing between the parties.

ny-1043956

**Status:**     The hearing on this matter will be going forward.

Dated:  June 4, 2012
        New York, New York

/s/ Larren M. Nashelsky
Larren M. Nashelsky
Gary S. Lee
Lorenzo Marinuzzi
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:(212) 468-8000
Facsimile: (212) 468-7900

*Proposed Counsel for the Debtors and
Debtors in Possession*