UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x
In re:                                                     :   Chapter 11
                                                           :
                                                           :   Case No. 12-12020 (MG)
RESIDENTIAL CAPITAL, LLC, et al.,                          :
                                                           :   Jointly Administered
                                                           :
            Debtors.                                       :
---------------------------------------------------------- x   Ref. Docket No. 175

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

PANAGIOTA MANATAKIS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 31, 2012, I caused to be served the "Notice of Appearance and Request for Service of Papers By Kramer Levin Naftalis & Frankel LLP, as Proposed Counsel for the Official Committee of Unsecured Creditors of Residential Capital, LLC, et al.," dated May 30, 2012 [Docket No. 175], by causing true and correct copies to be:

   i. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A, and

   ii. delivered via electronic mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Panagiota Manatakis
Panagiota Manatakis

Sworn to before me this
4th day of June, 2012
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

| Claim Name | Address Information |
|---|---|
| AIG ASSET MANAGEMENT US LLC | ATTN RUSSELL LIPMAN 80 PINE ST NEW YORK NY 10038 |
| ALLSTATE LIFE INSURANCE COMPANY | ATTN PETER A MCELVAIN 3075 SANDERS RD STE G5A NORTHBROOK IL 60062 |
| ALLY BANK | TOM HOUGHTON 440 S CHURCH ST # 1100 CHARLOTTE NC 28202 |
| ALLY FINANCIAL INC | JEFFREY BROWN CORPORATE TREASURER 440 S CHURCH ST # 1100 CHARLOTTE NC 28202 |
| ALSTON & BIRD LLP | MARTIN G BUNIN ESQ & WILLIAM HAO ESQ 90 PARK AVE NEW YORK NY 10016 |
| ALSTON & BIRD LLP | WILLIAM B MACURDA BANK OF AMERICA PLAZA STE 4000 101 S TRYON ST CHARLOTTE NC 28280-4000 |
| ALSTON & BIRD LLP | JOHN C WEITNAUER ESQ ONE ATLANTIC CENTER 1201 WEST PEACHTREE ST ATLANTA GA 30309-3424 |
| ASSISTANT ATTORNEY GENERAL | JOHN MARK STERN BANKRUPTCY & COLLECTIONS DIVISION PO BOX 12548 AUSTIN TX 78711-2548 |
| BANK OF NEW YORK MELLON | SARAH STOUT & JENNIFER J PROVENZANO 525 WILLIAM PENN PLACE PITTSBURGH PA 15259-0001 |
| BARCLAYS BANK PLC | ALICIA BORYS & PATRICK KERNER 745 7TH AVE 27TH FL NEW YORK NY 10019 |
| BARCLAYS BANK PLC | JOE TRICAMO & MAY WONG 1301 SIXTH AVE NEW YORK NY 10019 |
| BMMZ HOLDING LLC | C/O ALLY FINANCIAL INC, ATTN COURTNEY LOWMAN 200 RENAISSANCE CENTER MAIL CODE 482-B12-B96 DETROIT MI 48265-2000 |
| CITIBANK NA | ATTN BOBBIE THEIVAKUMARAN 390 GREENWICH ST 6TH FL NEW YORK NY 10013 |
| DECHERT LLP | GLENN E SIEGEL, HECTOR GONZALEZ, BRIAN E GREER & MAURICIO A ESPANA 1095 AVENUE OF THE AMERICAS NEW YORK NY 10036-6797 |
| DEUTSCHE BANK | ROSA MENDEZ CORPORATE TRUST DEPARTMENT 1761 E. ST. ANDREW PLACE SANTA ANA CA 92705-4934 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS | ATTN BRENDAN MEYER HARBORSIDE FINANCIAL CENTER 100 PLAZA ONE JERSEY CITY NJ 07311-3901 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS | C/O KELVIN VARGAS 25 DE FOREST AVE SUMMIT NJ 07901 |
| FANNIE MAE | ATTN JOHN S FORLINES VP, CREDIT MANAGEMENT 3900 WISCONSIN AVE NW MAIL STOP 8H-504 WASHINGTON DC 20016 |
| FANNIE MAE | CATHERINE LASHER 950 EAST PACES FERRY ROAD SUITE 1900 ATLANTA GA 30326 |
| FINANCIAL GUARANTY INSURANCE COMPANY | ATTN JOHN DUBEL 125 PARK AVE NEW YORK NY 10017 |
| FOLEY & MANSFIELD PLLP | THOMAS J LALLIER 250 MARQUETTE AVE STE 1200 MINNEAPOLIS MN 55401 |
| FREDDIE MAC | KENTON W HAMBRICK ASSOCIATE GENERAL COUNSEL M/S202 8200 JONES BRANCH DR MCLEAN VA 22102 |
| FREDDIE MAC | PAUL MULLINGS 1551 PARK RUN DRIVE MS D2K MCLEAN VA 22102-3110 |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION 2970 MARKET ST PHILADELPHIA PA 19104 |
| INTERNAL REVENUE SERVICE | INSOLVENCY SECTION 31 HOPKINS PLZ RM 1150 BALTIMORE MD 21201 |
| KASOWITZ, BENSON, TORRES & FRIEDMAN LLP | ANDREW K GLENN, MATTHEW B STEIN, DANIEL A FLIMAN & NII AMAR AMAMOO 1633 BROADWAY NEW YORK NY 10019 |
| KELLEY DRYE & WARREN LLP | JAMES S CARR & ERIC R WILSON 101 PARK AVE NEW YORK NY 10178 |
| KIRKLAND & ELLIS | RICHARD M CIERI 601 LEXINGTON AVE NEW YORK NY 10022 |
| KIRKLAND & ELLIS LLP | ATTN RAY C SCHROCK, RAY C CIERI & STEPHEN E HESSLER 601 LEXINGTON AVE NEW YORK NY 10022-4611 |
| KLESTADT & WINTERS LLP | ATTN TRACY L KLESTADT & JOSEPH C CORNEAU 570 SEVENTH AVE 17TH FL NEW YORK NY 10018 |
| KRAMER LEVIN NAFTALLIS & FRANKEL LLP | KENNETH H ECKSTEIN, THOMAS MOERS MAYER & DOUGLAS H MANNAL 117 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| KURTZMAN CARSON CONSULTANTS | ALISON M. TEARNEN SCHEPPER 2335 ALASKA AVE EL SEGUNDO CA 90245 |
| MBIA INSURANCE CORPORATION | ATTN MITCHELL SONKIN 113 KING ST ARMONK NY 10504 |
| MCKOOL SMITH | ATTN: PAUL D. MOAK 600 TRAVIS ST., SUITE 7000 HOUSTON TX 77002 |
| MCKOOL SMITH PC | MICHAEL R CARNEY ONE BRYANT PARK 47TH FL NEW YORK NY 10036 |
| MCKOOL SMITH PC | PAUL D MOAK 600 TRAVIS ST., SUITE 7000 HOUSTON TX 77002 |

| Claim Name | Address Information |
|---|---|
| MORGAN LEWIS & BOCKIUS LLP | JAMES L GARRITY JR 101 PARK AVE NEW YORK NY 10178-0600 |
| MORGAN LEWIS & BOCKIUS LLP | MICHAEL S KRAUT 101 PARK AVE NEW YORK NY 10178-0600 |
| MORGAN LEWIS & BOCKIUS LLP | PATRICK D FLEMING 101 PARK AVE NEW YORK NY 10178-0600 |
| MORRISON & FOERSTER LLP | LARREN M NASHELSKY, GARY S LEE & LORENZO MARINUZZI 1290 AVENUE OF THE AMERICAS NEW YORK NY 10104 |
| MORRISON COHEN LLP | JOSEPH T MOLDOVAN ESQ 909 THIRD AVE NEW YORK NY 10022 |
| NATIONSTAR MORTGAGE LLC | ATTN: GENERAL COUNSEL 350 HIGHLAND DRIVE LEWISVILLE TX 75067 |
| OFFICE OF THE NY STATE ATTORNEY GENERAL | ERIC T SCHNEIDERMAN THE CAPITOL ALBANY NY 12224-0341 |
| OFFICE OF THE US ATTORNEY FOR | THE SOUTHERN DISTRICT OF NY UNITED STATES ATTORNEY PREET BHARARA ONE ST ANDREWS PLAZA NEW YORK NY 10007 |
| RESIDENTIAL CAPITAL LLC | TAMMY HAMZEHPOUR 1100 VIRGINIA DR FT WASHINGTON PA 19034 |
| ROWEN L DRENNE AS REPRESENTATIVE | FOR THE PLAINTIFFS BRIAN KESSLER ET AL 3725 N INDIANA KANSAS CITY MO 64117 |
| SECRETARY OF STATE | 123 WILLIAM ST NEW YORK NY 10038-3804 |
| SECRETARY OF STATE, DIVISION OF CORPORATIONS | 99 WASHINGTON AVE STE 600 ONE COMMERCE PLZ ALBANY NY 12231-0001 |
| SECURITIES & EXCHANGE COMMISSION | NY REGIONAL OFFICE GEORGE S CANELLOS REGIONAL DIRECTOR 3 WORLD FINANCIAL CENTER STE 400 NEW YORK NY 10281-1022 |
| SECURITIES & EXCHANGE COMMISSION | SECRETARY OF THE TREASURY 100 F ST NE WASHINGTON DC 20549 |
| SEWARD & KISSELL LLP | GREG S BATEMAN ONE BATTERY PARK PLAZA NEW YORK NY 10004 |
| SHEARMAN & STERLING LLP | FREDRIC SOSNICK & SUSAN A FENNESSEY 599 LEXINGTON AVE NEW YORK NY 10022 |
| SIDLEY AUSTIN LLP | LARRY J NYHAN & JESSICA CK BOELTER ONE DEARBORN CHICAGO IL 60603 |
| SKADDEN ARPS SLATE MEAGHER & FLOM LLP | JONATHAN H. HOFER FOUR TIMES SQUARE NEW YORK NY 10036 |
| SKADDEN ARPS SLATE MEAGHER & FLOM LLP | KEN ZIMAN FOUR TIMES SQUARE NEW YORK NY 10036 |
| SKADDEN ARPS SLATE MEAGHER & FLOM LLP | SARAH M WARD FOUR TIMES SQUARE NEW YORK NY 10036 |
| SKADDEN ARPS SLATE MEAGHER & FLOM LLP | SUZANNE D T LOVETT FOUR TIMES SQUARE NEW YORK NY 10036 |
| THE BANK OF NEW YORK MELLON | ASSET-BACKED SECURITIES GROUP 101 BARCLAY ST 4W NEW YORK NY 10286 |
| THE BANK OF NEW YORK MELLON | ATTN ROBERT H MAJOR VICE PRESIDENT 6525 WEST CAMPUS OVAL NEW ALBANY OH 43054 |
| THE CANADA TRUST COMPANY | SUSAN KHOKHER 79 WELLINGTON STREET, WEST, 8TH FLOOR PO BOX 1, TORONTO-DOMINION CENTRE TORONTO ON M5K 1A2 CANADA |
| U.S. BANK NATIONAL ASSOCIATION | ATTN: GEORGE RAYZIS 50 SOUTH 16 TH STREET SUITE 2000 PHILADELPHIA PA 19102 |
| U.S. BANK NATIONAL ASSOCIATION | ATTN: IRINA PALCHUK 60 LIVINGSTON AVENUE EP-MN-WS1D ST. PAUL MN 55107 |
| U.S. BANK NATIONAL ASSOCIATION | MICHELLE MOELLER 60 LIVINGSTON AVE. ST. PAUL MN 55107 |
| U.S. BANK NATIONAL ASSOCIATION | TANVER ASHRAF, CORPORATE TRUST SERVICES WEST SIDE FLATS, EP-MN-WS3D 60 LIVINGSTON AVE. ST. PAUL MN 55107 |
| U.S. BANK NATIONAL ASSOCIATION | ATTN: MAMTA K SCOTT 190 S. LASALLE STREET CHICAGO IL 60603 |
| U.S. DEPARTMENT OF JUSTICE | ATTN: GLENN D. GILLETTE CIVIL DIVISION 1100 L STREET NW, ROOM 10018 WASHINGTON DC 20005 |
| U.S. DEPARTMENT OF JUSTICE | US ATTORNEY GENERAL, ERIC H. HOLDER, JR. 950 PENNSYLVANIA AVE NW WASHINGTON DC 20530-0001 |
| UNITED STATES ATTORNEY'S OFFICE | FOR THE SOUTHERN DISTRICT OF NEW YORK CIVIL DIVISION, ATTN JOSEPH CORDARO 86 CHAMBERS ST 3RD FL NEW YORK NY 10007 |
| US TRUSTEE FOR THE SOUTHERN DISTRICT OF NY | TRACY HOPE DAVIS, LINDA A. RIFFKIN AND BRIAN S. MASUMOTO 33 WHITEHALL ST 21ST FL, REGION 2 NEW YORK NY 10004 |
| WELLS FARGO BANK NA | ATTN CORP TRUST SERVICES - GMACM HOME EQUITY NOTES 2004 VARIABLE FUNDING TRUST PO BOX 98 COLUMBIA MD 21046 |
| WELLS FARGO BANK, N.A. | KELLY RENTZ CORPORATE TRUST SERVICES 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| WHITE & CASE LLP | ATTN: GERARD UZZI 1155 AVENUE OF THE AMERICAS NEW YORK NY 10036-2787 |
| WILMINGTON TRUST | JENNIFER WILLIAMS 1100 N. MARKET ST. WILMINGTON DE 19801 |
| WILMINGTON TRUST NA | JULIE J BECKER VICE PRESIDENT 50 SOUTH SIXTH ST STE 1290 MINNEAPOLIS MN 55402-1544 |
| WINSTON & STRAWN LLP | ATTN: DAVID NEIER 200 PARK AVENUE NEW YORK NY 10166 |

| Claim Name | Address Information |
|---|---|

**Total Creditor count  76**

**EXHIBIT B**

Residential Capital, LLC Email List

| | |
|---|---|
| christopher.stevens@tdsecurities.com | kelvin.vargas@db.com |
| jennifer.provenzano@bnymellon.com | ken.ziman@skadden.com |
| linda.riffkin@usdoj.gov | kenton_hambrick@freddiemac.com |
| nichlaus.m.ross@wellsfargo.com | kit.weitnauer@alston.com |
| adam.parkin@tdsecurities.com | lmarinuzzi@mofo.com |
| aglenn@kasowitz.com | lnashelskly@mofo.com |
| alicia.borys@barclays.com | lnyhan@sidley.com |
| askdoj@usdoj.gov | mageshwaran.ramasamy@bnymellon.com |
| bankruptcy@morrisoncohen.com | mamta.scott@usbank.com |
| bateman@sewkis.com | marty.bunin@alston.com |
| bill.macurda@alston.com | mauricio.espana@dechert.com |
| bmyrick@sidley.com | mcarney@mckoolsmith.com |
| bobbie.theivakumaran@citi.com | michael.spataro@bnymellon.com |
| brian.greer@dechert.com | michelle.moeller@usbank.com |
| brian.masumoto@usdoj.gov | mkraut@morganlewis.com |
| catherine_lasher@fanniemae.com | mstein@kasowitz.com |
| courtney.lowman@ally.com | namamoo@kasowitz.com |
| dfliman@kasowitz.com | nancy.lord@oag.state.ny.us |
| dmannal@kramerlevin.com | neal.mann@oag.state.ny.us |
| dneier@winston.com | nikolay.kodes@skadden.com |
| esoriano@wilmingtontrust.com | patrick.kerner@barclays.com |
| fsosnick@shearman.com | paul_mullings@freddiemac.com |
| george.rayzis@usbank.com | pfleming@morganlewis.com |
| glee@mofo.com | pmoak@mckoolsmith.com |
| glenn.gillett@usdoj.gov | pmoak@mckoolsmith.com |
| glenn.siegel@dechert.com | projectrodeo@kirkland.com |
| guzzi@whitecase.com | ray.schrock@kirkland.com |
| hector.gonzalez@dechert.com | rescapinfo@kccllc.com |
| irina.palchuk@usbank.com | richard.cieri@kirkland.com |
| jboelter@sidley.com | richard.cieri@kirkland.com |
| jcorneau@klestadt.com | rosa.mendez@db.com |
| jeff.brown@gmacfs.com | sarah.stout@bnymellon.com |
| jgarrity@morganlewis.com | sarah.ward@skadden.com |
| jhofer@skadden.com | secbankruptcy@sec.gov |
| jmoldovan@morrisoncohen.com | secbankruptcy@sec.gov |
| john.stern@texasattorneygeneral.gov | sfennessey@shearman.com |
| john_s_forlines@fanniemae.com | sharon.squillario@wellsfargo.com |
| joseph.cordaro@usdoj.com | stephen.hessler@kirkland.com |
| jwilliams@wilmingtontrust.com | susan.khokher@td.com |
| kathryn.thorpe@td.com | susanne.larson@irs.gov |
| kdwbankruptcydepartment@kelleydrye.com | suzanne.lovett@skadden.com |
| keckstein@kramerlevin.com | tammy.hamzehpour@ally.com |
| kelly.j.rentz@wellsfargo.com | tanveer.ashraf@usbank.com |

Residential Capital, LLC Email List

timothy.devine@ally.com
tklestadt@klestadt.com
tlallier@foleymansfield.com
tom.houghton@ally.com
tracy.davis2@usdoj.gov
william.b.solomon@ally.com
william.b.solomon@ally.com
william.hao@alston.com
xrausloanops5@barclays.com