KRAMER LEVIN NAFTALIS & FRANKEL LLP
Kenneth H. Eckstein
Gregory A. Horowitz
Douglas H. Mannal
1177 Avenue of the Americas
New York, New York  10036
Telephone: (212) 715-9100

*Proposed Counsel for the Official Committee*
*of Unsecured Creditors of*
*Residential Capital, LLC, et al.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
                                                         :
In re:                                                   :        Chapter 11
                                                         :
RESIDENTIAL CAPITAL, LLC, et al.,                        :        Case No. 12-12020 (MG)
                                                         :
                        Debtors.                         :        Jointly Administered
                                                         :
-------------------------------------------------------- X

### NOTICE OF DEPOSITION OF JAMES WHITLINGER IN CONNECTION WITH THE (I) AFI DIP MOTION, (II) BARCLAYS DIP MOTION, (III) CASH COLLATERAL MOTION, AND (IV) SALE PROCEDURES MOTION

**PLEASE TAKE NOTICE** that pursuant to Rules 30 and 45 of the Federal Rules of

Civil Procedure, as made applicable pursuant to Rule 7030 of the Federal Rules of Bankruptcy

Procedure, the Official Committee of Unsecured Creditors of Residential Capital LLC, et al. (the

"**Committee**") by its undersigned proposed counsel Kramer Levin Naftalis & Frankel LLP

("**Kramer Levin**") in the above-captioned Chapter 11 Cases will take the deposition upon oral

examination of James Whitlinger in connection with: (1) the Debtors' Motion for Interim and

Final Orders: (I) Authorizing the Debtors to Obtain Postpetition Financing on a Secured,

Superpriority Basis, (II) Authorizing the use of Cash Collateral and Related Relief, (III) Granting

Adequate Protection and (IV) Scheduling a Final Hearing Pursuant to Bankruptcy Rules 4001(b) and 4001(c), and (V) Granting Related Relief  (the "**AFI DIP Motion**"); (2) the Debtors' Motion for Interim and Final Orders: (I) Authorizing the Debtors to (A) Enter Into and Perform Under Receivables Purchase Agreements and Mortgage Loan Purchase and Contribution Agreements Relating to Initial Receivables and Mortgage Loans and Receivables Pooling Agreements Relating to Additional Receivables, and (B) Obtaining Postpetition Financing on a Secured, Superpriority Basis, (II) Scheduling a Final Hearing Pursuant to Bankruptcy Rules 4001(b) and 4001(c), and (III) Granting Related Relief, and any exhibits attachments or amendments thereto (the "**Barclays DIP Motion**"); (3) the Debtors' Motion for Interim and Final Orders: (I) Authorizing the Use of Cash Collateral and Related Relief, (II) Granting Adequate Protection and (III) Scheduling a Final Hearin (the "**Cash Collateral Motion**") and; (4) the Debtors' Motion for Orders: (A)(I) Authorizing and Approving Sale Procedures, Including Break-Up Fee and Expense Reimbursement; (II) Scheduling Bid Deadline and Sale Hearing; (III) Approving Form and Manner of Notice Thereof; and (IV) Granting Related Relief and (B)(I) Authorizing the Sale of Certain Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (II) Authorizing and Approving Asset Purchase Agreements Thereto; (III) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto; and (IV) Granting Related Relief (the "**Sale Procedures Motion**").

**PLEASE TAKE FURTHER NOTICE** that the deposition will take place at the offices of Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, NY 10036, commencing at **10:00 a.m. on June 8, 2012.**  The deposition shall be taken before a certified court reporter and an officer qualified to administer oaths under the Federal Rules of Civil Procedure.

Dated:    June 4, 2012
          New York, New York

                                        KRAMER LEVIN NAFTALIS & FRANKEL LLP

                                        By: /s/ Kenneth H. Eckstein
                                        Kenneth H. Eckstein
                                        Gregory A. Horowitz
                                        Douglas H. Mannal
                                        1177 Avenue of the Americas
                                        New York, New York 10036
                                        Tel:  (212) 715-9100
                                        Fax:  (212) 715-8000

                                        *Proposed Counsel for the Official Committee of
                                        Unsecured Creditors*