**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X

In re

Residential Capital, LLC *et al.,*　　　　　　　　　　Chapter 11
　　　　　　　　　　　　　　　　　　　　　　　　　Case No. 12-12020 (MG)

　　　　　　　　　　　　　　　Debtors.　　　　Administratively Consolidated

-----------------------------------------------------------X

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

　　　　I, Wendy Alison Nora, request admission, *pro hac vice*, before the Honorable Martin Glenn , to represent myself and thousands of similarly situated homeowners, all of whom are victims of the racketeering enterprise operated by the Debtors: Homecomings Financial; Residential Funding Company, LLC; RESCAP, LLC, GMAC Mortgage, LLC, its parent company, Ally Financial, Inc.,  the parent company's minority shareholder, CERBERUS CAPITAL MANAGEMENT, LP whose interests I already represent in the United States District Court for the Western District of Wisconsin in *Nora v. Residential Funding Company, LLC, et. al.*, Case No. 10-cv-748.

　　　　I certify that I am a member in good standing of the following bars: Supreme Court of Wisconsin; United States District Court for the Western District of Wisconsin; Supreme Court of Minnesota; United States District Court for the District of Minnesota; Supreme Court of the United States; United States District Court for the Eastern District of Wisconsin; United States Court of Appeals for the  Seventh Circuit; and United States Court of Appeals for the Eighth Circuit.

　　　　I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated:  June 4, 2012
Minneapolis, Minnesota　　　　　　　　　　*/s/ Wendy Alison Nora*
　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Wendy Alison Nora
　　　　　　　　　　　　　　　　　　　　ACCESS LEGAL SERVICES
　　　　　　　　　　　　　　　　　　　　210 Second Street NE
　　　　　　　　　　　　　　　　　　　　Minneapolis, Minnesota 55413
　　　　　　　　　　　　　　　　　　　　Telephone: (612) 333-4144
　　　　　　　　　　　　　　　　　　　　Facsimile: (612) 886-2444
　　　　　　　　　　　　　　　　　　　　accesslegalservices@gmail.com

{00002892v1 }