**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
In re

Residential Capital, LLC *et al.*,   Chapter 11
                                     Case No. 12-12020 (MG)

                        Debtors.     Administratively Consolidated

-----------------------------------------------------------X

### ORDER GRANTING ADMISSION TO PRACTICE , *PRO HAC VICE*

Upon the motion of Wendy Alison Nora to be admitted, *pro hac vice*, to represent herself and thousands of similarly situated homeowners, all of whom are victims of the racketeering enterprise operated by the Debtors: Homecomings Financial; Residential Funding Company, LLC; RESCAP, LLC, GMAC Mortgage, LLC, its parent company, Ally Financial, Inc.,  the parent company's minority shareholder, Cerberus Capital Management, LP whose interests movant already represents in the United States District Court for the Western District of Wisconsin in *Nora v. Residential Funding Company, LLC, et. al.*, Case No. 10-cv-748in the above captioned case, and upon movant's certification that movant is a member in good standing of the bars of the Supreme Court of Wisconsin; United States District Court for the Western District of Wisconsin; Supreme Court of Minnesota; United States District Court for the District of Minnesota; Supreme Court of the United States; United States District Court for the Eastern District of Wisconsin; United States Court of Appeals for the  Seventh Circuit; and United States Court of Appeals for the Eighth Circuit, it is hereby

{00001867v1 }

**ORDERED**, that Wendy Alison Nora is admitted to practice, *pro hac vice*, in the above captioned cases, in the United States Bankruptcy Court for the Southern District of New York.

Dated: _____

_____
UNITED STATES BANKRUPTCY JUDGE