MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, California 90071
Telephone:    (213) 683-9100
Facsimile.    (213) 687-3702
Thomas Walper (Admitted *Pro Hac Vice*)
Seth Goldman (Admitted *Pro Hac Vice*)
Bradley R. Schneider (*Pro Hac Vice* pending)

*Counsel for Berkshire Hathaway Inc.*

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br>RESIDENTIAL CAPITAL, LLC, et al.,<br>Debtors. | Case No. 12-12020 (MG)<br>Chapter 11<br>Jointly Administered |

## DECLARATION OF R. TED WESCHLER IN SUPPORT OF THE MOTION OF BERKSHIRE HATHAWAY INC. FOR THE APPOINTMENT OF AN EXAMINER PURSUANT TO 11 U.S.C. § 1104(c)

I, R. Ted Weschler, pursuant to 28 U.S.C. § 1746 and Local Bankruptcy Rule 9077, hereby declare that the following is true to the best of my knowledge, information and belief:

1.      I joined Berkshire Hathaway Inc. ("Berkshire") as an investment manager in January 2012 to assist with the management of its substantial portfolio of investments. In connection with this role, I have directed the appropriate personnel at Berkshire to review the books and records to determine the company's current holdings of certain debt securities related to debtors and debtors-in-possession (collectively, the "Debtors") in the above-captioned bankruptcy cases. I have personal knowledge of the matters set forth herein and, if called as a witness, would testify competently thereto.

2. Berkshire holds directly or indirectly through investment vehicles in excess of $500 million of unsecured bonds issued by Residential Capital, LLC ("ResCap"), which represents in excess of 50% of the total outstanding unsecured bonds of ResCap. Berkshire also holds directly or indirectly through investment vehicles in excess of $900 million of junior secured bonds issued by ResCap, representing in excess of 40% of the total outstanding junior secured bonds of ResCap.

3. With the exception of less than approximately one percent of the face amount of Berkshire's holdings of junior secured bonds, Berkshire purchased its holdings of the unsecured and junior secured ResCap bonds more than two years ago.

4. I declare under penalty of perjury that the preceding statements are true and correct.

Dated: Omaha, Nebraska
June 4, 2012

By: _____
R. Ted Weschler