Exhibit 1 - Declaration of Seth Goldman

MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, California 90071
Telephone:    (213) 683-9100
Facsimile.    (213) 687-3702
Thomas Walper (Pro Hac Vice)
Seth Goldman (Pro Hac Vice)
Bradley R. Schneider (Pro Hac Vice pending)

*Counsel for Berkshire Hathaway Inc.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| In re:                              | Case No. 12-12020 (MG) |
|-------------------------------------|------------------------|
| RESIDENTIAL CAPITAL, LLC, et al.,   | Chapter 11             |
| Debtors.                            | Jointly Administered   |

**DECLARATION OF SETH GOLDMAN IN SUPPORT OF THE MOTION
PURSUANT TO FED. R. BANKR. P. 9006 AND LOCAL BANKRUPTCY RULES
9006-1 AND 9077 FOR ENTRY OF AN ORDER SHORTENING AND LIMITING
THE TIME FOR AND NOTICE OF AND SCHEDULING A HEARING TO
CONSIDER THE MOTION OF BERKSHIRE HATHAWAY INC. FOR THE
APPOINTMENT OF AN EXAMINER PURSUANT TO 11 U.S.C. § 1104(c)**

I, Seth Goldman, pursuant to 28 U.S.C. § 1746 and Local Bankruptcy Rule 9077,

hereby declare that the following is true to the best of my knowledge, information and

belief:

1.    I am a partner of the firm of Munger, Tolles & Olson, LLP ("MTO"),

which maintains offices for the practice of law at, among other locations, 355 South

Grand Avenue, 35th Floor, Los Angeles, California 90071.  MTO represents Berkshire

Hathaway Inc. ("Berkshire") in connection with these cases.  I am admitted, practicing

1

and a member in good standing of the bar of the State of California and have been admitted *pro hac vice* in the above-captioned bankruptcy cases. I submit this declaration and statement in support of Berkshire's motion pursuant to Rule 9006 of the Federal Rules of Bankruptcy Procedure, and Rules 9006-1(b) and 9077 of the Local Bankruptcy Rules for the Southern District of New York to shorten and limit the time for and notice of and scheduling a hearing to consider the *Motion of Berkshire Hathaway Inc. for the Appointment of an Examiner Pursuant to 11 U.S.C. § 1104(c)* (the "Examiner Motion"),[1] filed concurrently herewith. I have personal knowledge of the matters set forth herein and, if called as a witness, would testify competently thereto.

      2.      The Debtors' pleadings and filings in these cases disclose an intent to quickly proceed with approval of plan support agreements and plan confirmation within a matter of months. These settlements – including, without limitation, releases of the Debtors' claims against Ally and broader releases of Ally from any third-party claims – are put forth by the Debtors as an essential component of the plan. For this reason and the others contained in the Examiner Motion, Berkshire has moved for the immediate appointment of an independent examiner to investigate, review, and report on the adequacy and fairness of the Debtors' pre-petition transactions and the proposed settlements that underlie its proposed plan.

      3.      Given the Debtors' aggressive timing for these cases, Berkshire requests that this Court enter an order on an expedited basis pursuant to Bankruptcy Rule 9006(c)(1) and Local Bankruptcy Rule 9006-1(b) shortening notice and setting the time for the hearing on the Examiner Motion and a deadline for filing objections thereto. To

---

[1] Capitalized terms used and not otherwise defined herein have the meaning ascribed to them in the Examiner Motion.

this end, *ex parte* relief is warranted so that the Examiner Motion may be heard as soon as reasonably practicable but no later than the next omnibus hearing on June 18, 2012 at 10:00 a.m. (Prevailing Eastern Time).

4. No parties in interest will be prejudiced by the shortened notice requested herein or by the approval of this Motion on an *ex parte* basis.

5. I declare under penalty of perjury that the preceding statements are true and correct.

Dated: Los Angeles, California
       June 4, 2012

                                        MUNGER, TOLLES & OLSON LLP

                                        By: /s/ Seth Goldman_____
                                            Seth Goldman

3