**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
                                                    :
In re                                               :        **Chapter 11**
                                                    :
**RESIDENTIAL CAPITAL, LLC, et al.,** [1]           :        **Case No. 12-12020 (MG)**
                                                    :
                                                    :
                                                    :        **(Jointly Administered)**
                        **Debtors.**                :
---------------------------------------------------------------x

**AFFIDAVIT OF SERVICE**

I, Melissa Loomis, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors.

A.  On June 1, 2012, at my direction and under my supervision, employees of KCC caused the following documents to be served via First Class Mail on the Special Service List attached hereto as **Exhibit A**, via Electronic Mail on the Monthly Service List attached hereto as **Exhibit B**, and via First Class Mail on the servicers and sub-servicers under the Designated Servicing Agreements and the Specified Servicing Agreements service list attached hereto as **Exhibit C**, on the Governmental Associations service list attached hereto as **Exhibit D**, and on the Origination and Servicing Critical Vendors service list attached hereto as **Exhibit E**:

1.  Notice of Adjournment of Hearing to June 18, 2012 at 10:00 a.m. [Docket No. 190]

Dated:  June 4, 2012

                                        _____
                                                    */s/ Melissa Loomis*
                                                    Melissa Loomis

State of California

County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 4th of June, 2012, by Melissa Loomis, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature:  ___*/s/ Aimee M. Parel*_____

My Commission Expires:  ___*09/27/2013*___

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Residential Capital, LLC (0738); ditech, LLC (7228); DOA Holding Properties, LLC (4257); DOA Properties IX (Lots-Other), LLC (3274), EPRE LLC (7974); Equity Investment I, LLC (2797); ETS of Virginia, Inc. (1445); ETS of Washington, Inc. (0665); Executive Trustee Services, LLC (8943); GMAC Model Home Finance I, LLC (8469); GMAC Mortgage USA Corporation (6930); GMAC Mortgage, LLC (4840); GMAC Residential Holding Company, LLC (2190); GMAC RH Settlement Services, LLC (6156); GMACM Borrower LLC (4887); GMACM REO LLC (2043); GMACR Mortgage Products, LLC (6369); GMAC-RFC Holding Company, LLC (3763); HFN REO Sub II, LLC (N/A); Home Connects Lending Services, LLC (9412); Homecomings Financial Real Estate Holdings, LLC (6869); Homecomings Financial, LLC (9458); Ladue Associates, Inc. (3048); Passive Asset Transactions, LLC (4130); PATI A, LLC (2729); PATI B, LLC (2937); PATI Real Estate Holdings, LLC (5201); RAHI A, LLC (3321); RAHI B, LLC (3553); RAHI Real Estate Holdings, LLC (5287); RCSFJV204, LLC (2722); Residential Accredit Loans, Inc. (8240); Residential Asset Mortgage Products, Inc. (5181); Residential Asset Securities Corporation (2653); Residential Consumer Services of Alabama, LLC (5449); Residential Consumer Services of Ohio, LLC (4796); Residential Consumer Services of Texas, LLC (0515); Residential Consumer Services, LLC (2167); Residential Funding Company, LLC (1336); Residential Funding Mortgage Exchange, LLC (4247); Residential Funding Mortgage Securities I, Inc. (6294); Residential Funding Mortgage Securities II, Inc. (8858); Residential Funding Real Estate Holdings, LLC (6505); Residential Mortgage Real Estate Holdings, LLC (7180); RFC Asset Holdings II, LLC (4034); RFC Asset Management, LLC (4678); RFC Borrower LLC (5558); RFC Constructing Funding, LLC (5730); RFC REO LLC (2407); RFC SFJV-2002, LLC (4670); RFC-GSAP Servicer Advance, LLC (0289)

# Exhibit A

**Exhibit A**
**Special Service List**
**Served via First Class Mail**

| Party Description | Name | Notice Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Secured Lender under the Mortgage Servicing Rights Facility | Citibank NA | Attn Bobbie Theivakumaran | 390 Greenwich St 6th Fl | | New York | NY | 10013 |
| Indenture Trustee to Unsecured Notes / Top 50 Creditor | Deutsche Bank Trust Company Americas | c/o Kelvin Vargas | 25 De Forest Ave | | Summit | NJ | 07901 |
| Prepetition Lender - Fannie EAF | Fannie Mae | Attn John S Forlines Vice President, Credit Management | 3900 Wisconsin Ave NW | Mail Stop 8H-504 | Washington | DC | 20016 |
| Internal Revenue Service | Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | Philadelphia | PA | 19101-7346 |
| Internal Revenue Service | Internal Revenue Service | Insolvency Section | 31 Hopkins Plz Rm 1150 | | Baltimore | MD | 21201 |
| Counsel to US Bank National Association as Indenture Trustee to the Debtors' Prepetition Junior Secured Notes | Kelley Drye & Warren LLP | James S Carr & Eric R Wilson | 101 Park Ave | | New York | NY | 10178 |
| Counsel to the Equity Security Holders (Ally Financial and Ally Bank) | Kirkland & Ellis | Richard M Cieri | 601 Lexington Ave | | New York | NY | 10022 |
| Counsel to the Ally Financial Inc. & Ally Bank | Kirkland & Ellis LLP | Attn Ray C Schrock & Stephen E Hessler | 601 Lexington Ave | | New York | NY | 10022-4611 |
| Counsel to the Official Committee of Unsecured Creditors | Kramer Levin Naftallis & Frankel LLP | Kenneth H Eckstein, Thomas Moers Mayer & Douglas H Mannal | 117 Avenue of the Americas | | New York | NY | 10036 |
| Stalking Horse Bidder, Nationstar Mortgage | Nationstar Mortgage LLC | Attn: General Counsel | 350 Highland Drive | | Lewisville | TX | 75067 |
| Office of the New York Attorney General | Office of the NY State Attorney General | Nancy Lord & Neal Mann | The Capitol | | Albany | NY | 12224-0341 |
| Office of the United States Attorney for the Southern District of New York | Office of the US Attorney for the Southern District of NY | United States Attorney Preet Bharara | One St Andrews Plaza | | New York | NY | 10007 |
| Residential Capital LLC | Residential Capital LLC | Attn Tammy Hamzehpour | 1177 Avenue of the Americas | | New York | NY | 10036 |
| Residential Capital LLC | Residential Capital LLC | Tammy Hamzehpour | 1100 Virginia Dr | | Ft Washington | PA | 19034 |
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | Secretary of the Treasury | 100 F St NE | | Washington | DC | 20549 |
| Securities and Exchange Commission - New York Regional Office | Securities & Exchange Commission NY Regional Office | George S Canellos Regional Director | 3 World Financial Center Ste 400 | | New York | NY | 10281-1022 |
| Counsel to Nationstar | Sidley Austin LLP | Larry J Nyhan & Jessica CK Boelter | One Dearborn | | Chicago | IL | 60603 |
| Counsel to the administrative agent for the Debtors' proposed providers of debtor in possession financing | Skadden Arps Slate Meagher & Flom LLP | Jonathan H. Hofer | Four Times Square | | New York | NY | 10036 |
| Counsel to Barclays Bank PLC | Skadden Arps Slate Meagher & Flom LLP | Ken Ziman | Four Times Square | | New York | NY | 10036 |

In re: Residential Capital, LLC, et al.,
Case No. 12-12020 (MG)

**Exhibit A**
**Special Service List**
**Served via First Class Mail**

| Party Description | Name | Notice Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Counsel to the administrative agent for the Debtors' proposed providers of debtor in possession financing | Skadden Arps Slate Meagher & Flom LLP | Sarah M Ward | Four Times Square | | New York | NY | 10036 |
| Counsel to Barclays Bank PLC | Skadden Arps Slate Meagher & Flom LLP | Suzanne D T Lovett | Four Times Square | | New York | NY | 10036 |
| Indenture Trustee under the Pre-Petition GSAP Facility | The Bank of New York Mellon | Asset-Backed Securities Group | 101 Barclay St 4W | | New York | NY | 10286 |
| Indenture Trustee to the Debtors' Prepetition Junior Secured Notes | U.S. Bank National Association | Attn: George Rayzis | 50 South 16 th Street | Suite 2000 | Philadelphia | PA | 19102 |
| Indenture Trustee to the Debtors' Prepetition Junior Secured Notes | U.S. Bank National Association | Attn: Irina Palchuk | 60 Livingston Avenue | EP-MN-WS1D | St. Paul | MN | 55107 |
| Office of the United States Attorney General | U.S. Department of Justice | US Attorney General, Eric H. Holder, Jr. | 950 Pennsylvania Ave NW | | Washington | DC | 20530-0001 |
| Counsel to the United State of America | United States Attorney's Office for the Southern District of New York civil Division | Attn Joseph Cordaro | 86 Chambers St 3rd Fl | | New York | NY | 10007 |
| Office of the United States Trustee for the Southern District of New York | US Trustee for the Southern District of NY | Tracy Hope Davis, Linda A. Riffkin and Brian S. Masumoto | 33 Whitehall St 21st Fl, Region 2 | | New York | NY | 10004 |
| GMEN Indenture Trustee at Corporate Trust Office | Wells Fargo Bank NA | Attn Corporate Trust Services - GMACM Home Equity Notes 2004 Variable Funding Trust | PO Box 98 | | Columbia | MD | 21046 |

# Exhibit B

**Exhibit B**
**Monthly Service List**
**Served via Electronic Mail**

| Party Description | Name | Notice Name | Email |
|---|---|---|---|
| Ally Bank | Ally Bank | Tom Houghton | tom.houghton@ally.com |
| Secured Lender under the Secured Revolver and Line of Credit | Ally Financial Inc | Jeffrey Brown Corporate Treasurer | jeff.brown@gmacfs.com<br>william.b.solomon@ally.com |
| Counsel to Wells Fargo Bank, N.A. in its capacity as trustee, indenture trustee or master servicer of certain RMBS trusts | Alston & Bird LLP | John C Weitnauer Esq | kit.weitnauer@alston.com |
| Counsel to Wells Fargo Bank, N.A. in its capacity as trustee, indenture trustee or master servicer of certain RMBS trusts | Alston & Bird LLP | Martin G Bunin Esq & William Hao Esq | marty.bunin@alston.com<br>william.hao@alston.com |
| Counsel to Wells Fargo Bank, N.A. in its capacity as trustee, indenture trustee or master servicer of certain RMBS trusts | Alston & Bird LLP | William B Macurda | bill.macurda@alston.com |
| Counsel to the Texas Comptroller of Public Accounts | Assistant Attorney General | John Mark Stern bankruptcy & Collections Division | john.stern@texasattorneygeneral.gov |
| Securitization/HELOC Trustee | Bank of New York Mellon | Sarah Stout & Jennifer J Provenzano | Sarah.Stout@BNYMellon.com<br>Jennifer.Provenzano@BNYMellon.com<br>Michael.Spataro@BNYMellon.com<br>Mageshwaran.Ramasamy@BNYMellon.com |
| Barclays Bank PLC, as administrative agent under the Pre-Petition GSAP Facility | Barclays Bank PLC | Alicia Borys & Patrick Kerner | alicia.borys@barclays.com<br>patrick.kerner@barclays.com |
| Barclays Bank PLC, as administrative agent under the Pre-Petition GSAP Facility | Barclays Bank PLC | Joe Tricamo & May Wong | xrausloanops5@barclays.com |
| Creditor | Barry B Eskanos JD MPA & Ami B Eskanos | | bbeskanos@aol.com |
| Buyer under the Pre-Petition Ally Repo Facility | BMMZ Holding LLC | c/o Ally Financial Inc, Attn Courtney Lowman | courtney.lowman@ally.com |
| Counsel to MBIA Insurance Corporation | Cadwalader Wickersham & Taft LLP | Gregory M Petrick & Ingrid Bagby | gregory.petrick@cwt.com<br>ingrid.bagby@cwt.com |
| Counsel to MBIA Insurance Corporation | Cadwalader Wickersham & Taft LLP | Mark C Ellenberg Esq | mark.ellenberg@cwt.com |
| Secured lender under the Mortgage Servicing Rights Facility | Citibank NA | Attn Bobbie Theivakumaran | bobbie.theivakumaran@citi.com |
| Counsel to Lead Plaintiff | Cohen Milstein Sellers & Toll PLLC | Joel P Laitman, Christopher Lometti, Michael B Eisenkraft, Daniel B Rehns & Kenneth M Rehns | jlaitman@cohenmilstein.com<br>clometti@cohenmilstein.com<br>meisenkraft@cohenmilstein.com<br>drehns@cohenmilstein.com<br>krehns@cohenmilstein.com |
| Counsel to HP Enterprise Services LLC | Cole Schotz Meisel Forman & Leonard PA | Michael D Warner & Emily S Chou | mwarner@coleschotz.com<br>echou@coleschotz.com |
| Commonwealth of Pennsylvania, Department of Labor and Industry, Office of Unemployment Compensation Tax Services (UCTS) | Commonwealth of Pennsylvania, Department of Labor and Industry | Joseph Kots | ra-li-ucts-bankrupt@state.pa.us |
| Proposed Conflicts Counsel for the Debtors | Curtis Mallet-Prevost Colt & Mosle LLP | Maryann Gallagher Esq | mgallagher@curtis.com |
| Proposed Conflicts Counsel for the Debtors | Curtis Mallet-Prevost Colt & Mosle LLP | Michael A Cohen Esq | macohen@curtis.com |
| Proposed Conflicts Counsel for the Debtors | Curtis Mallet-Prevost Colt & Mosle LLP | Steven J Reisman Esq | sreisman@curtis.com |
| Counsel to Bank of New York Mellon Trust Company NA | Dechert LLP | Glenn E Siegel, Hector Gonzalez, Brian E Greer & Mauricio A Espana | glenn.siegel@dechert.com<br>hector.gonzalez@dechert.com<br>brian.greer@dechert.com<br>mauricio.espana@dechert.com |
| Securitization Trustee | Deutsche Bank | Rosa Mendez | rosa.mendez@db.com |
| Indenture Trustee to Unsecured Notes / Top 50 Creditor | Deutsche Bank Trust Company Am | c/o Kelvin Vargas | kelvin.vargas@db.com |
| Counsel to Green Planet Servicing LLC | Duane Morris LLP | Gerald S Catalanello Esq & james J Bincequerra Esq | gcatalanello@duanemorris.com<br>jvincequerra@duanemorris.com |
| Prepetition Lender - Fannie EAF | Fannie Mae | Attn John S Forlines Vice President, Credit Management | john_s_forlines@fanniemae.com |
| GSE - Fannie Mae | Fannie Mae | Catherine Lasher | catherine_lasher@fanniemae.com |
| Counsel to TCF National Bank | Foley & Mansfield PLLP | Thomas J Lallier | tlallier@foleymansfield.com |
| Counsel to Freddie Mac | Freddie Mac | Kenton W Hambrick Associate General Counsel | kenton_hambrick@freddiemac.com |
| Counsel to Ad Hoc RMBS Holder Group | Gibbs & Bruns LLP | Kathy D Patrick Esq & Scott A Humphries Esq | kpatrick@gibbsbruns.com<br>shumphries@gibbsbruns.com |
| Counsel for the Institutional Investors | Gibbs & Bruns, L.L.P. | Kathy D. Patrick | kpatrick@gibbsbruns.com |
| GSE - Ginnie Mae | Ginnie Mae | Ted Tozer | theodore.w.tozer@hud.gov |

**Exhibit B**
**Monthly Service List**
**Served via Electronic Mail**

| Party Description | Name | Notice Name | Email |
|---|---|---|---|
| Counsel to Stichting Pensioenfunds ABP, huntington Bancshares Inc, John Hancock Life Insurance Company (U.S.A.), John Hancock Life Insurance Company (U.S.A.) Separate Account 6A & John Hancock Life Insurance Company (U.S.A.) Separate Account 131 | Grant & Eisenhofer PA | Georffrey C Jarvis Matthew P Morris & Deborah A Elman | gjarvis@gelaw.com mpmorris@gelaw.com delman@gelaw.com |
| Counsel to HP Enterprise Services LLC | HP Enterprise Services LLC | Ayala Hassell Esq | ayala.hassell@hp.com |
| Internal Revenue Service | Internal Revenue Service | Insolvency Section | marie.l.cerchero@irs.gov |
| Counsel to Financial Guaranty Insurance Company | Jones Day | Carle E Black | ceblack@jonesday.com |
| Counsel to Financial Guaranty Insurance Company | Jones Day | Corinne Ball, Richard L Wynne & Lance E Miller | cball@jonesday.com rlwynne@jonesday.com lemiller@jonesday.com |
| Counsel to the Federal Housing Finance Agency as Conservator of the Federal National Mortgage Association ("Fannie Mae") and the Federal Home Loan Mortgage Corporation | Kasowitz, Benson, Torres & Friedman LLP | Andrew K Glenn, Matthew B Stein, Daniel A Fliman & Nii Amar Amamoo | aglenn@kasowitz.com mstein@kasowitz.com dfliman@kasowitz.com namamoo@kasowitz.com |
| Counsel to US Bank National Association as Indenture Trustee to the Debtors' Prepetition Junior Secured Notes | Kelley Drye & Warren LLP | James S Carr & Eric R Wilson | kdwbankruptcydepartment@kelleydrye.com |
| Counsel to Oakland County Treasurer | Kilpatrick & Associates PC | Richardo I Kilpatrick | ecf@kaalaw.com |
| Counsel to the Equity Security Holders (Ally Financial and Ally Bank) | Kirkland & Ellis | Richard M Cieri | richard.cieri@kirkland.com |
| Counsel to the Ally Financial Inc. & Ally Bank | Kirkland & Ellis LLP | Attn Ray C Schrock & Stephen E Hessler | ray.schrock@kirkland.com richard.cieri@kirkland.com stephen.hessler@kirkland.com projectrodeo@kirkland.com William.b.Solomon@ally.com Timothy.Devine@ally.com john.bellaver@ally.com |
| Counsel to Tracy L Klestadt, in his Capacity as Chapter 7 Trustee of Alliance Mortgage Investments, Inc. and Alliance Bancorp | Klestadt & Winters LLP | Attn Tracy L Klestadt & Joseph C Corneau | tklestadt@klestadt.com jcorneau@klestadt.com |
| Counsel to the Official Committee of Unsecured Creditors | Kramer Levin Naftallis & Frankel LLP | Kenneth H Eckstein, Thomas Moers Mayer & Douglas H Mannal | keckstein@kramerlevin.com tmayer@kramerlevin.com dmannal@kramerlevin.com |
| Counsel to Carrollton-Farmers Branch Independent School District and Lewisville Independent School District | Law Offices of Robert E Luna PC | Andrea Sheehan | sheehan@txschoollaw.com |
| Counsel to City of McAllen, South Texas ISD & South Texas College | Linebarger Goggan Blair & Sampson LLP | Diana W Sanders | austin.bankruptcy@publicans.com |
| Counsel to Dallas County | Linebarger Goggan Blair & Sampson LLP | Elzabeth Weller | dallas.bankruptcy@publicans.com |
| Counsel to Texas Taxing Authorities - Katy ISD, Matagorda County, Cypress-Fairbanks ISD, Tyler County, Cleveland ISD, Fort Bend County, Montgomery County, Harris County, Galveston County, Orange County | Linebarger Goggan Blair & Sampson LLP | John P Dillman Esq | houston_bankruptcy@lgbs.com |
| Counsel to Lead Plaintiff | Lowenstein Sandler PC | Michael S Etkin & Ira M Levee | metkin@lowenstein.com ilevee@lowenstein.com |
| Counsel to Lead Plaintiff | Lowenstein Sandler PC | Michael S Etkin & Ira M Levee | metkin@lowenstein.com ilevee@lowenstein.com |
| Counsel to GSE - Freddie Mac | McKool Smith | Attn: Paul D. Moak | pmoak@McKoolSmith.com |
| Counsel to Freddie Mac | McKool Smith PC | Michael R Carney | mcarney@mckoolsmith.com |
| Counsel to Freddie Mac | McKool Smith PC | Paul D Moak | pmoak@McKoolSmith.com |
| Counsel to Deutsche Bank Trust Company Americas and Deutsche Bank National Trust Company, as trustees of certain mortgage backed securities trust | Morgan Lewis & Bockius LLP | James L Garrity Jr | jgarrity@morganlewis.com |
| Counsel to Deutsche Bank Trust Company Americas and Deutsche Bank National Trust Company, as trustees of certain mortgage backed securities trust | Morgan Lewis & Bockius LLP | Michael S Kraut | mkraut@morganlewis.com |
| Counsel to Deutsche Bank Trust Company Americas and Deutsche Bank National Trust Company, as trustees of certain mortgage backed securities trust | Morgan Lewis & Bockius LLP | Patrick D Fleming | pfleming@morganlewis.com |
| Counsel to the Independent Directors of the Residential Capital, LLC | Morrison Cohen LLP | Joseph T Moldovan Esq | jmoldovan@morrisoncohen.com bankruptcy@morrisoncohen.com |

**Exhibit B**
**Monthly Service List**
**Served via Electronic Mail**

| Party Description | Name | Notice Name | Email |
|---|---|---|---|
| Counsel to Berkshire Hathaway Inc | Munger Tolles & Olson LLP | Seth Goldman | seth.goldman@mto.com |
| Counsel to Berkshire Hathaway Inc | Munger Tolles & Olson LLP | Thomas B Walper | Thomas.walper@mto.com |
| Office of the New York Attorney General | Office of the NY State Attorney General | Nancy Lord & Neal Mann | Nancy.Lord@OAG.State.NY.US  Neal.Mann@OAG.State.NY.US |
| Counsel to Ambac Assurance Corporation | Patterson Belknap Webb & Tyler LLP | David W Dykhouse & Brian P Guiney | dwdykhouse@pbwt.com  bguiney@pbwt.com |
| Counsel to Johnson County et al, Richardson ISD | Perdue Brandon Fielder Collins & Mott LLP | c/o Elizabeth Banda Calvo | ebcalvo@pbfcm.com |
| Counsel to Assured Guaranty Municipal Corp | Proskauer Rose LLP | Irena M Goldstein | igoldstein@proskauer.com |
| Counsel to Dallas CPT Fee Owner LP | Proskauer Rose LLP | Scott K Rutsky & Jared D Zajac | srutsky@proskauer.com  jzajac@proskauer.com |
| Counsel to The Prudential Insurance Comp001 of America, The Gibraltar Life Insurance Company, Ltd., Park Place Commerce Investments, LLC, Prudential Retirement Insurance and Annuity Company, Prudential Annuities Life Insurance Corporation, Pruco Life Insurance Company of New Jersey, Commerce Street Investments, LLC, Institutional Core Bond Fund of the Prudential Trust Company Master Commingled Investment Fund for Tax Exempt Trusts, Institutional Core Plus Bond Fund of the Prudential Trust Company Master Commingled Investment Fund for Tax Exempt Trusts, Pru Alpha Fixed Income Opportunity Master Fund I, L.P., Pruco Life Insurance Company, Prudential Annuities Life Assurance Corporation, Prudential Investment Portfolios 2, Prudential Core Short-Term Bond Fund, Prudential Total Return Bond Fund, Inc., Prudential Trust Company, as Trustee for Prudential Merged Retirement Plan, The Prudential Investment Portfolios, Inc., Asset Allocation Fund, The Prudential Life Insurance Company, Ltd., and The Prudential Series Fund, Diversified Bond Portfolio | Quinn Emanuel Urquhart & Sullivan LLP | Daniel L Brockett & David D Burnett | danbrockett@quinnemanuel.com  daveburnett@quinnemanuel.com |
| Counsel to AIG Asset Management (US) LLC | Quinn Emanuel Urquhart & Sullivan LLP | Susheel Kirpalani & Scott C Shelley | susheelkirpalani@quinnemanuel.com  scottshelley@quinnemanuel.com |
| Counsel to Lehman Brothers Holdings Inc | Reilly Pozner LLP | Michael A Rollin | mrollin@rplaw.com |
| Residential Capital LLC | Residential Capital LLC | Attn Tammy Hamzehpour | Tammy.Hamzehpour@gmacrescap.com |
| Residential Capital LLC | Residential Capital LLC | Tammy Hamzehpour | Tammy.Hamzehpour@gmacrescap.com |
| Counsel to Ad Hoc RMBS Holder Group | Ropes & Gray LLP | D Ross Martin Esq & Keith H Wofford Esq | Ross.martin@ropesgray.com  keith.wofford@ropesgray.com |
| Counsel for the Institutional Investors | Ropes & Gray LLP | D. Ross Martin | Ross.martin@ropesgray.com |
| Counsel to Samuel I White PC | Samuel I White PC | D Carol Sasser Esq | dsasser@siwpc.com |
| Counsel to Samuel I White PC | Samuel I White PC | Donna J Hall Esq | dhall@siwpc.com |
| Counsel to Liberty Property Limited Partnership | Schnader Harrison Segal & Lewis LLP | Barry Bressler & Richard A Barkasy | bbressler@schnader.com  rbarkasy@schnader.com |
| Counsel to Liberty Property Limited Partnership | Schnader Harrison Segal & Lewis LLP | Benjamin P Deutsch Esq | bdeutsch@schnader.com |
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | Secretary of the Treasury | secbankruptcy@sec.gov |
| Securities and Exchange Commission - New York Regional Office | Securities & Exchange Commission NY Regional Office | George S Canellos Regional Director | secbankruptcy@sec.gov  newyork@sec.gov |
| Wells Fargo Bank, N.A., as collateral agent for the Prepetition Junior Secured Notes, as collateral agent for the Prepetition Ally Revolver, and as collateral control agent under the Intercreditor Agreement, dated as June 6, 2008 | Seward & Kissell LLP | Greg S Bateman | bateman@sewkis.com |
| Counsel to US Bank National Association as Securitization Trustee | Seward & Kissell LLP | Ronald L Cohen & Kalyan Das | cohen@sewkis.com  das@sewkis.com |
| Counsel to Citibank NA | Shearman & Sterling LLP | Fredric Sosnick & Susan A Fennessey | fsosnick@shearman.com  sfennessey@shearman.com |

**Exhibit B**
**Monthly Service List**
**Served via Electronic Mail**

| Party Description | Name | Notice Name | Email |
|---|---|---|---|
| Counsel to Nationstar | Sidley Austin LLP | Larry J Nyhan & Jessica CK Boelter | lnyhan@sidley.com jboelter@sidley.com bmyrick@sidley.com |
| Counsel to the administrative agent for the Debtors' proposed providers of debtor in possession financing | Skadden Arps Slate Meagher & Flom LLP | Jonathan H. Hofer | jhofer@skadden.com nikolay.kodes@skadden.com |
| Counsel to Barclays Bank PLC | Skadden Arps Slate Meagher & Flom LLP | Ken Ziman | ken.ziman@skadden.com |
| Counsel to the administrative agent for the Debtors' proposed providers of debtor in possession financing | Skadden Arps Slate Meagher & Flom LLP | Sarah M Ward | sarah.ward@skadden.com |
| Counsel to Barclays Bank PLC | Skadden Arps Slate Meagher & Flom LLP | Suzanne D T Lovett | suzanne.lovett@skadden.com |
| Counsel to Mortgage Electronic Registration Systems Inc and MERSCOPR Inc ("MERS") | Sullivan Hazeltine Allinson LLC | William A Hazeltine Esq | whazeltine@sha-llc.com |
| Counsel for Institutional Investors | Talcott Franklin P.C. | Attn: Talcott J. Franklin | tal@talcottfranklin.com |
| Counsel to TCF National Bank | TCF National Bank | janella J Miller Senior Vice President & Senior Counsel | jmiller@tcfbank.com |
| Member of Official Committee of Unsecured Creditors | The Bank of New York Mellon | Attn Robert H Major Vice President | robert.major@bnymellon.com |
| Securitization Trustee | The Canada Trust Company | Susan Khokher | susan.khokher@td.com kathryn.thorpe@td.com Adam.Parkin@tdsecurities.com Christopher.stevens@tdsecurities.com |
| Indenture Trustee to the Debtors' Prepetition Junior Secured Notes | U.S. Bank National Association | Attn: George Rayzis | george.rayzis@usbank.com |
| Indenture Trustee to the Debtors' Prepetition Junior Secured Notes | U.S. Bank National Association | Attn: Irina Palchuk | irina.palchuk@usbank.com |
| Member of Official Committee of Unsecured Creditors | U.S. Bank National Association | Attn: Mamta K Scott | mamta.scott@usbank.com |
| Securitization/HELOC Trustee | U.S. Bank National Association | Michelle Moeller | michelle.moeller@usbank.com |
| Securitization/HELOC Trustee | U.S. Bank National Association | Tanver Ashraf, Corporate Trust Services | tanveer.ashraf@usbank.com |
| Counsel to GSE - Ginnie Mae | U.S. Department of Justice | Attn: Glenn D. Gillette | Glenn.Gillett@usdoj.gov |
| Office of the United States Attorney General | U.S. Department of Justice | US Attorney General, Eric H. Holder, Jr. | AskDOJ@usdoj.gov |
| Counsel to the United State of America | United States Attorney's Office for the Southern District of New York civil Division | Attn Joseph Cordaro | joseph.cordaro@usdoj.gov |
| Office of the United States Trustee for the Southern District of New York | US Trustee for the Southern District of NY | Tracy Hope Davis, Linda A. Riffkin and Brian S. Masumoto | Tracy.Davis2@usdoj.gov Linda.Riffkin@usdoj.gov Brian.Masumoto@usdoj.gov |
| Securitization/HELOC Trustee | Wells Fargo Bank, N.A. | Kelly Rentz | kelly.j.rentz@wellsfargo.com Nichlaus.M.Ross@wellsfargo.com Sharon.Squillario@wellsfargo.com |
| Claimant | Wendy Alison Nora | | accesslegalservices@gmail.com |
| Counsel to Wells Fargo as collateral agent for the Prepetition Junior Secured Notes | White & Case LLP | Attn: Gerard Uzzi | guzzi@whitecase.com |
| Securitization Trustee | Wilmington Trust | Jennifer Williams | jwilliams@wilmingtontrust.com esoriano@wilmingtontrust.com |
| Counsel to GSE - Fannie Mae | Winston & Strawn LLP | Attn: David Neier | dneier@winston.com |
| Counsel to Federal National Mortgage Association | Winston & Strawn LLP | David Neier, Carey D Schreiber & Alan Moskowitz | dneier@winston.com cschreiber@winston.com almoskowitz@winston.com |

# **Exhibit C**

**Exhibit C**
**Servicers and Sub-Servicers Under the Designated Servicing Agreements and the Specified Servicing Agreements**
**Served via First Class Mail**

| Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|
| BAC Home Loans Bank of America | 5 W Hillcrest Drive | | Thousand Oaks | CA | 91360-7883 |
| Branch Banking and Trust Co of VA | 301 College St | | Greenville | SC | 29601 |
| HSBC Mortgage Corporation USA | 2929 Walden Avenue | | Depew | NY | 14043 |
| JP Morgan Chase | 270 Park Avenue | | New York | NY | 10017-2070 |
| PHH Mortgage Corporation | 4001 Leadenhall Road | | Mt Laurel | NJ | 08054- |
| Pnc Bank NA | 3232 Newmark Drive | Mail Stop B6-YM14-01-7 | Miamisburg | OH | 45342 |
| SunTrust Mortgage Inc | 1001 Semmes Ave | Mail Code RVW 3032 | Richmond | VA | 23224 |
| Wells Fargo Bank NA | One Home Campus | MAC X2302-03N | Des Moine | IA | 50328 |

In re: Residential Capital, LLC, et al.,
Case No. 12-12020                    Page 1 of 1

# **<u>Exhibit D</u>**

**Exhibit D**
**Governmental Associations**
**Served via First Class Mail**

| Name | Notice Name | Address 1 | Address 2 | City | State | Zip |
|------|-------------|-----------|-----------|------|-------|-----|
| Department of Veterans Affairs | rk Jamison | VA Regional Loan Center | 1240 East Ninth Street | Cleveland | OH | 44199 |
| Department of Veterans Affairs | William White | VA Central Office | 810 Vermont Avenue, NW | Washington | DC | 20420 |
| Essent Guaranty | Jeff R. Cashmer | 201 King of Prussia Rd. | | Radnor | PA | 19087 |
| FDIC | Attn: Michael H. Krimminger, General Counsel | 550 17th Street, NW | MB-3038 | Washington | DC | 20429 |
| FDIC | Attn: Michael H. Krimminger, General Counsel | 3501 N. Fairfax Drive | MB-3038 | Arlington | VA | 22226 |
| FHA | Carol J. Galante | 451 7th Street S.W. | | Washington | DC | 20410 |
| Genworth | Jean Bradley | 6620 W. Broad St. | | Richmond | VA | 23230 |
| HUD Lender Approval and Recertification Division | Ms. Volky A. Garcia | 451 7th Street SW, Room B-133/P-3214 | | Washington | DC | 20140-8000 |
| Mortgage Guaranty Insurance Corporation | Patrick Sinks | 250 E. Kilbourn Ave. | | Milwaukee | WI | 53202 |
| PMI | Evie Fass | 3003 Oak Road | | Walnut Creek | CA | 94597 |
| Radian Guaranty | Gary Egkan | 1601 Market Street | | Philadelphia | PA | 19103 |
| RMIC | | 101 N. Cherry Street - Suite 101 | | Winston-Salem | NC | 27101 |
| Triad | Christine Patterson | 101 South Stratford Road | | Winston Salem | NC | 27104 |
| U.S. Department of Agriculture | Attn: Joaquin Tremols | Rural Development | 1400 Independence Ave., S.W. | Washington | DC | 20250 |
| U.S. Department of Housing and Urban Development | Helen Kanovsky | 451 7th Street, SW | Room 10110 | Washington | DC | 20510 |
| United Guaranty Corporation | Bev Sheehy | 230 N. Elm Street | | Greensboro | NC | 27401 |
| VA | R. Colin Deaso | 1800 G Street, NW | | Washington | DC | 20006 |

# **Exhibit E**

**Exhibit E**
**Origination & Servicing Critical Vendors**
**Served via First Class Mail**

| Name | Notice Name | Address 1 | Address 2 | City | State | Zip | Country |
|------|-------------|-----------|-----------|------|-------|-----|---------|
| 3i Infotech / Regulus Group | | 860 Latour Ct | | Napa | CA | 94558 | |
| Aaron I Katsman PC | | 65 ROOSEVELT AVENUE SUITE 103 | | VALLEY STREAM | NY | 11581 | |
| Ablitt Scofield | | 304 Cambridge Rd | | Woburn | MA | 01801 | |
| Accrenture Credit Services | | 8215 Forest Point Boulevard Ste 100 | | CHARLOTTE | NC | 28273 | |
| ACS - COMMERCIAL SOLUTIONS, INC. (Imaging) | | 2828 North Haskell Avenue | | Dallas | TX | 75204 | |
| ACS - COMMERCIAL SOLUTIONS, INC. (Outsourcing) | | 2828 North Haskell Avenue | | Dallas | TX | 75204 | |
| ACS COMMERCIAL SOLUTIONS Imaging | | 2828 North Haskell Avenue | | Dallas | TX | 75204 | |
| Advent REO | | 1951 Fourth Avenue #302 | | San Diego | CA | 92101 | |
| Aegis PeopleSupport Inc | AEGIS USA INC TREASURY | 8201 RIDGEPOINT DR | | IRVING | TX | 75063 | |
| Alan King and Company Inc | | 12647 ALCOSTA BLVD | | SAN RAMON | CA | 94583 | |
| Aldridge Connors, LLP | | 15 Piedmont Center | Suite 500 | Atlanta | GA | 30305 | |
| ALLISON PAYMENT SYSTEM,LLC | | 2000 Production Dr | | Indianapolis | IN | 46241-4912 | |
| ALLISON PAYMENT SYSTEM,LLC | | PO BOX 631498 | | CINCINNATI | OH | 45263-1498 | |
| American Title, Inc | | 11010 Burdette St | | Omaha | NE | 68164 | |
| American Title, Inc | | PO BOX 641010 | | OMAHA | NE | 68164 | |
| Andrew Davidson & Co Inc | | 520 Broadway 8th Fl | | New York | NY | 10012 | |
| Andrew Davidson & Co Inc | | 65 BLEECKER ST 5th Fl | | NEW YORK | NY | 10012 | |
| Asset Management Specialists, Inc | | 2021 Hartel Street | | Levittown | PA | 19057 | |
| Associated Software Consultants | | 7251 ENGLE RD SUITE 400 | | MIDDLEBURG HTS | OH | 44130 | |
| Atlantic Law Group LLC | | 803 Sycolin Road | | Leesburg | VA | 20175 | |
| Atlas REO | | 215 South Highway 101 | Suite #216 | Solana Beach | CA | 92075 | |
| Avaya Inc | | 211 Mount Airy Road | | Basking Ridge | NJ | 07920 | |
| Axway Inc | ATTN Legal Dept | 6811 E Mayo Blvd Ste 400 | | Phoenix | AZ | 85054 | |
| BAER & TIMBERLAKE PC | | 4200 Perimeter Center Drive | | Oklahoma City | OK | 73112 | |
| BERKMAN, HENOCH, PETERSON & PEDDY | | 100 Garden City Plaza | | Garden City | NY | 11530 | |
| Billing Solutions | | PO BOX 1136 | | GLENVIEW | IL | 60025 | |
| Bloomberg Finance LP | | 8400 NORMANDALE LAKE BLVD Ste 250 | | BLOOMINGTON | MN | 55437-1085 | |
| BPO.com | | 8671 Wolff Court | | Westminster | CO | 80031 | |
| Bradley Arant Boult Cummings | | 100 N. Tryon St. Suite 2690 | | Charlotte | NC | 28202 | |
| BWW Law Group | | 8100 Three Chopt Rd. | | Richmond | VA | 23229 | |

In re: Residential Capital, LLC, et al.,
Case No. 12-12020

**Exhibit E**
**Origination & Servicing Critical Vendors**
**Served via First Class Mail**

| Name | Notice Name | Address 1 | Address 2 | City | State | Zip | Country |
|------|-------------|-----------|-----------|------|-------|-----|---------|
| Cal-Western | | 525 E. Main Street | | El Cajon | CA | 90202 | |
| Candealca Inc TradeWeb | | 152 King St East 3rd Fl | | Toronto | ON | M5A1J4 | Canada |
| CARLISLE & GALLAGHER CONSULTING GRP | | PO BOX 32155 | | CHARLOTTE | NC | 28232-2155 | |
| Carnahan & Associates / Tom Carnahan | | 22020 Ventura Blvd | | Woodland Hills | CA | 91364 | |
| Castle Stawiarski, LLC | | 2400 South Peoria st | | Aurora | CO | 80014 | |
| CBC Innovis, Inc | | PO Box 535595 | | PITTSBURGH | PA | 15253-5595 | |
| CCb Credit Services, Inc | | 5300 s. 6th St. | | Springfield | IL | 62703 | |
| CHOICEPOINT PUBLIC RECORDS INC | | 1000 Alderman Drive | | Alpharetta | GA | 30005 | |
| Clayton Services LLC | | 2 Corporate Drive | | Shelton | CT | 6484 | |
| Clear Capital | | 10875 PIONEER TRAIL | | TRUCKEE | CA | 96161 | |
| CODILIS & ASSOCIATES | | 15W030 NORTH FRONTAGE RD | | BURR RIDGE | IL | 60527 | |
| CODILIS & STAWIARSKI, P.C. | | 999 18th Street | | Denver | CO | 80202 | |
| Cogent Economics Inc | | 414 UNION STREET Ste 100 | | NASHVILLE | TN | 37219 | |
| Cogent Economics Inc | | 74 New Montgomery St Ste 325 | | San Francisco | CA | 94105 | |
| Compliance Coach Inc | | 4370 LA JOLLA VILLAGE DR Ste 400 | | SAN DIEGO | CA | 92122 | |
| Corelogic | | PO BOX 847070 | | DALLAS | TX | 75284 | |
| Corodata (Cor-o-Van) | | DEPT 2638 | | LOS ANGELES | CA | 90084-2638 | |
| Courthouse Direct | | 20810 Durand Oak Crt | | Cypress | TX | 77433 | |
| CSC Credit Services | CCB Credit Services | TCW21861 | 5300 s 6th St | Springfield | IL | 62703 | |
| Cyprexx | | 710 Oakwood Drive | | BRANDON | FL | 33511 | |
| Data Tree | | 4 First American Way | | Santa Ana | CA | 92707 | |
| DEAN MORRIS, L.L.P | | 1820 AVENUE OF AMERICA | | MONROE | LA | 712075270 | |
| Dialogue Marketing | | 3252 University Drive Suite 165 | | Auburn Hills | MI | 48326 | |
| Digital RiskLLC | | 13455 Noel Rd 16th Fl | | Dallas | TX | 75240 | |
| DRUMMOND & DRUMMOND | | ONE MONUMENT WAY | | PORTLAND | ME | 04101 | |
| Eagle Vision Communications LLP | | 515 North Sam Houston Parkway East | | Houston | TX | 77060 | |
| Elizabeth Wellborn PA | | 350 Jim Moran Blvd | | Deerfield Beach | FL | 33442 | |
| eLynx Ltd | | Two Crowne Point Ct Ste 370 | | Cincinnati | OH | 45241 | |
| eMortgage Logic, LLC | | 5421 Basswood Blvd Ste 780 | | Fort Worth | TX | 76137-4475 | |
| Essent Solutions LLC | | 201 King of Prussia Rd Ste 501 | | Radnor | PA | 19087 | |
| EXCEL MORTGAGE SERVICING INC | | 19500 JAMBOREE ROAD | | IRVINE | CA | 92612 | |
| Experian Information Solutions Inc | Data Access | 475 Anton Boulevard | | Costa Mesa | CA | 92626 | |
| FEIN, SUCH, KAHN & SHEPARD, P.C. | | 7 Century Drive | | Parsippany | NJ | 07054 | |
| FEIWELL & HANNOY PC | | 251 N. ILLINOIS | | INDIANAOPOLIS | IL | 46204 | |
| Fidelity National Default Solutions | | 601 Riverside Ave. | | Jacksonville | FL | 32204 | |

**Exhibit E**
**Origination & Servicing Critical Vendors**
**Served via First Class Mail**

| Name | Notice Name | Address 1 | Address 2 | City | State | Zip | Country |
|------|-------------|-----------|-----------|------|-------|-----|---------|
| File Keepers (FKA Hamacks Records Mgmt Co) | | 6277 EAST SLAUSON AVENUE | | LOS ANGELES | CA | 90040-3011 | |
| FinalTrac, LLC | Antia T Kulakowski | 56 Arbor St Ste 105 | | Hartford | CT | 06106- | |
| Financial Dimensions Inc | | PO BOX 76946 | | CLEVELAND | OH | 44101-6500 | |
| Finkel Law Firm LLC | | 1201 Main Street | | Columbia | SC | 29202 | |
| FIRST AMERICAN CORELOGIC INC | | 5601 E. La Palma Avenue | | Anaheim | CA | 92807 | |
| FIRST AMERICAN CORELOGIC INC | | 5601 E La Palma Avenue | | Anaheim | CA | 92807 | |
| First American Default Technologies | Attn Joseph Cvelbar, Corporate Counsel | 2099 S State College Ste 200 | | Anaheim | CA | 92806 | |
| First American Default Technologies | Attn: Michelle Fisser Vice President Client Services | 2099 S State College Ste 200 | | Anaheim | CA | 92806 | |
| First American Field Services | | 1125 Ocean Avenue | | Lakewood | NJ | 08701 | |
| First American National Default Title Services | | 3 First American Way | | Santa Ana | CA | 92701 | |
| First American Title Insurance Co | | 1 First American Way | | Santa Ana | CA | 92707 | |
| First Service Residential | FIRST SERVICE REALTY, INC. | 13238 SW 8TH STREET | | MIAMI | FL | 33184 | |
| FIS Flood Services LP | | 1521 North Cooper St Ste 400 | | Arlington | TX | 76011 | |
| Fiserv Solutions, Inc. (Data-Link Systems, LLC d/b/a MortgageServ) | Attn Jeffrey Perzan Esq | Fiserve Inc | 3575 Moreau Court # 2 | Brookfield | WI | 53045 | |
| Fiserv Solutions, Inc. (Data-Link Systems, LLC d/b/a MortgageServ) | Attn President | Data-Link Systems LLC | | South Bend | IN | 46628 | |
| Fisher and Shapiro LLC | | 2121 Waukegan Road | | Bannockburn | IL | 60015 | |
| GALLUP INCORPORATED | | 8500 Normandale Lake Blvd Suite 850 | | Minneapolis | MN | 55347 | |
| Gem Real Estate/Kathy O'Hara | | 500 North Main Street | | North Canton | OH | 44720 | |
| GENPACT INTERNATIONAL | | 42 OLD RIDGE RD | | DANBURY | CT | 6810 | |
| Genworth Financ Svcs Inc Blitzdocs | | 6601 Six Forks Road | | Raleigh | NC | 27615 | |
| Gladstone Law Group, P.A. | | 1499 W Palmetto Park Road | | Boca Raton | Fl | 33486 | |
| Gray & Associates LLP | | 16345 West Glendale Drive | | New Berlin | WI | 53151 | |
| Greenspoon Marder | | 100 W. Cypress Creek Rd. | | Fort Lauderdale | FL | 33309 | |
| Grey Advertising Grey Advertising NY | | PO BOX 7247-9299 | | PHILADELPHIA | PA | 19170-9299 | |
| HAUGHEY, PHILPOT & LAURANT, P.A. | | 816 North Main Street | | Laconia | NH | 03246 | |
| HOPE LOANPORT | | 1001 PENNSYLVANIA AVENUE | STE 550 | WASHINGTON | DC | 20004 | |
| HOPE NOW | | 1001 PENNSYLVANIA AVENUE NW | SUITE 500 SOUTH | WASHINGTON | DC | 20004 | |

**Exhibit E**
**Origination & Servicing Critical Vendors**
**Served via First Class Mail**

| Name | Notice Name | Address 1 | Address 2 | City | State | Zip | Country |
|------|-------------|-----------|-----------|------|-------|-----|---------|
| HPF - Homeownership Preservation Foundation | | 3033 Excelsior Blvd Suite 500 | | Minneapolis | MN | 55416 | |
| Hudson & Marshall | | 17950 Preston Road | | Dallas | TX | 75252 | |
| Hunt Leibert Jacobson, PC | | 50 Weston Street | | Hartford | CT | 06120 | |
| I Mortgage Services LLC | | 2570 BOYCE PLAZA RD BOYCE PLAZA III | SUITE 210 | PITTSBURGH | PA | 15241 | |
| iClear | | PO Box 202144 | | Dallas | TX | 75320 | |
| Icon Advisors | | 6913 K Ave Ste 315 | | Plano | TX | 75074-2549 | |
| ICT Group Inc. | | 100 Brandywine Blvd | | Newtown | PA | 18940 | |
| IEX Corporation | | 2425 N. Central Expressway | | Richardion | TX | 75080 | |
| Imagetek Office Systems | | 320 Westway place | Suite 500 | Arlington | TX | 76018 | |
| Indecomm Holding Incorporated | | 200 MIDDLESEX ESSEX TURNPIKE | | ISELIN | NJ | 08830 | |
| Indecomm Holding Incorporated | | 200 MIDDLESEX ESSEX TUNPK Ste 102 | | ISELIN | NJ | 8830 | |
| Informatica Corporation | | 3350 West Bayshore Road | | Palo Alto | CA | 94303 | |
| Information Storage Centers, Inc | | 1264 Apollo Way | | Santa Rosa | CA | 95407 | |
| Intervoice Inc | | 1781 1 Waterview Parkway | | DALLAS | TX | 75252 | |
| Intex Solutions Inc | | 110 A STREET | | NEEDHAM | MA | 02494-2807 | |
| Intex Solutions Inc | | 110 A STREET | | NEEDHAM | MA | 02494-2807 | |
| IRON MOUNTAIN INTELLECTUAL PROPERTY | | 695 Atlantic Avenue | | Boston | MA | 02111- | |
| IRON MOUNTAIN OFF SITE DATA PROTECT | | 695 Atlantic Avenue | | Boston | MA | 02111- | |
| IRON MOUNTAIN RECORDS MANAGEMENT | | 695 Atlantic Avenue | | Boston | MA | 02111- | |
| ISGN Corporation | | 31 Inwood Road | | Rocky Hill | CT | 06067 | |
| ISGN Corporation | | 3220 TILLMAN DR. SUITE 301 | | BENSALEM | PA | 19020 | |
| Jack O'Boyle & Associates | | PO Box 815369 | | Dallas | TX | 75381 | |
| JACKSON & MCPHERSON | | 1010 Common Street | | New Orleans | LA | 70112 | |
| Kana Software Inc | | 181 CONSTITUTION DR | | MENLO PARK | CA | 94025 | |
| Kass,Shuler,Solomon,Spector,Foyl e & | | 1505 N Florida Ave | | Tampa | FL | 33602 | |
| Kenwood Records Management | | 4001 44th Avenue South West | | Cedar Rapids | IA | 52404 | |
| KIVELL, RAYMENT AND FRANCIS | | Triad Center | 7666 East 61st Street | Tulsa | OK | 74133 | |
| Kroll Factual Data Inc | | 9023 Columbine Rd | | EDEN PRAIRIE | MN | 55347-4182 | |
| KUBRA | Attn Rick Watkin Resident & CEO | 5050 Tomken Road | | Mississauga | ON | L4W 5B1 | Canada |
| Language Services Associates | | 607 N. Easton Rd Bldg C | | Willo Grove | PA | 19090 | |
| Lender Live | | 710 S Ash Street #200 | | Glendale | CO | 80246 | |

**Exhibit E**
**Origination & Servicing Critical Vendors**
**Served via First Class Mail**

| Name | Notice Name | Address 1 | Address 2 | City | State | Zip | Country |
|------|-------------|-----------|-----------|------|-------|-----|---------|
| LERNER, SAMPSON & ROTHFUSS | | 120 E 4th Street | | Cincinnati | OH | 45202-4070 | |
| Leverick and Musselman | | 5120 SanFrancisco Rd NE #B | | Albequerque | NM | 87109 | |
| LexisNexis Risk Solutions FL, Inc. | | 6601 Park of Commerce Blvd | | Boca Raton | FL | 33487 | |
| Loan Value Group, LLC | | 47 W RIVER ROAD | | RUMSON | NJ | 07760 | |
| Lobe & Fortin | | 30 Kimball Avenue | | South Burlington | VT | 05403 | |
| LogicEase Solutions Inc | | 1350 BAYSHORE HIGHWAY SUITE LL33 | | BURLINGAME | CA | 94010-1823 | |
| LPS DEFAULT TITLE AND CLOSING | | 601 Riverside Ave. | | Jacksonville | FL | 32204 | |
| LSI Appraisal | | 2550 RED HILL AVENUE | | Santa Ana | CA | 92705 | |
| LSI Title | | PAYMENT PROCESSING CENTRE | | ASHBURN | VA | 21046 | |
| LSI Title | | PAYMENT PROCESSING CENTRE | | ASHBURN | VA | 21046 | |
| LSI TITLE AGENCY INC | ATTN ACCOUNTING DEPARTMENT | P O BOX 809382 | | CHICAGO | IL | 60680-9382 | |
| LSI TITLE AGENCY INC | | 700 CHERRINGTON PKWY | | CORAOPOLIS | PA | 15108 | |
| LSI TITLE AGENCY INC | | ATTN: ACCOUNTING DEPARTMENT | P O BOX 809382 | CHICAGO | IL | 60680-9382 | |
| LSI TITLE AGENCY INC | | 700 CHERRINGTON PKWY | | CORAOPOLIS | PA | 15108 | |
| Lundberg & Associates | | 3269 S Main Street | | Salt Lake City | UT | 84115 | |
| MACKOFF, KELLOGG Law Firm | | 38 Second Avenue East | | Dickinson | ND | 58601 | |
| Madcap Software, Inc | | 7777 FAY AVENUE | | LA JOLLA | CA | 92037 | |
| MALCOLM CISNEROS | | 2112 Business Center Drive | | Irvine | CA | 92612 | |
| MANLEY, DEAS, KOCHALSKI, LLC | Contact: Theodore K. Manley | 1400 Goodale Blvd. | | Grandview | OH | 43212 | |
| Masterfiles Inc. | | 16816 DALLAS PKWY | | DALLAS | TX | 752481919 | |
| Mccabe, Weisberg, & Conway | | 123 South Broad St. | | Philadelphia | PA | 19109 | |
| McCurdy & Candler | | 250 E. Ponce DeLeon Avenur | | Decatur | GA | 30030 | |
| McDermott & Justice Reporting | | 1735 Market St | | Philadelphia | PA | 19103 | |
| MCFADDEN, LYON & ROUSE | | 718 Downtowner Blvd | | Mobile | AL | 36609 | |
| Merscorp, Inc. | Customer Division | 8201 Greensboro Drive | | McLean | VA | 22102 | |
| Metropolitan Industries Inc | | 5965 PEACHTREE CORNERS EAST Ste C2 | | NORCROSS | GA | 30071 | |
| MGIC Investor Services Corporation | | 270 East Kilbourn Avenue | | Milwaukee | WI | 53202 | |
| MILLSAP, SINGER AND DUNN | | 612 Spirit Dr. | | St. Louis | MO | 63005 | |
| Milstead and Associates, LLC | | 220 Lake Drive East | | Cherry Hill | NJ | 08002 | |
| Mortgage Hub - Lenstar | | 200 Lakeside Drive | | Horsham | PA | 19044 | |

**Exhibit E**
**Origination & Servicing Critical Vendors**
**Served via First Class Mail**

| Name | Notice Name | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Mortgage Services Holdings LLC | | 101 E Kennedy Blvd No 1900 | | Tampa | FL | 33602 | |
| Murcor | | 740 CORPORATE CENTER Dr | | POMONA | CA | 91768 | |
| NACA | C/O STELLA MURRAY | 3607 WASHINGTON STREET | | JAMAICA | MA | 02130 | |
| Nationwide Title Clearing | | 2100 Alt 19 North | | Palm Harbor | FL | 34683 | |
| Newcourse Communications, Inc | | 5010 Linbar Drive | | NASHVILLE | TN | 37211 | |
| NewInvoice | | Dept No 2651 | | Los Angeles | CA | 90084-2651 | |
| NORTHWEST TRUSTEE SERVICES, Inc. | | 13555 SE 36TH STREET | SUITE 100 | BELLEVUE | WA | 98006 | |
| Now Docs International Inc | | 3350 East Birch Street | | Brea | CA | 92821 | |
| O'Kelley & Sorohan Attorneys at Law | | 2170 Satellite Blvd. | | Duluth | GA | 30097 | |
| Old Republic Default Mgmt Services | | 500 CITY PARKWAY WEST, STE 200 | | ORANGE | CA | 92868 | |
| OLD REPUBLIC NATIONAL TITLE INSURANCE CO | | 8840 STANFORD BLVD, STE 4500 | | COLUMBIA | MD | 21045 | |
| ONLINE RESOURCES CORPORATION | | 50 College Rd Easte | | Princeton | NJ | 08540 | |
| Orlans & Associates | | PO BOX 5041 | | TROY | MI | 48007-5041 | |
| Orlans Moran PLLC | | 45 School Street | | Boston | MA | 02108 | |
| PCV Murcor | | 740 CORPORATE CENTER Dr Ste 200 | | POMONA | CA | 91768 | |
| Pendergast & Associates PC | | 115 Perimeter Center Place | | Atlanta | GA | 30346 | |
| Penncro Associates, Inc | | 95 JAMES WAY SUITE 113 | | SOUTHAMPTON | PA | 18966 | |
| PETOSA, PETOSA, BOECKER & NERVIG | | 1350 NW 138th Street | | Clive | IA | 50325 | |
| Phelan Hallinan & Schmieg, LLP | | 1617 JFK Boulevard | #1400 | Philadelphia | PA | 19103 | |
| Phelan Hallinan & Schmieg, PC | | 400 Fellowship Road | | Mt Laurel | NJ | 08054 | |
| Phelan Hallinan, PLC | | 888 SE 3rd Ave | | Fort Lauderdale | FL | 33316 | |
| PIERCE & ASSOCIATES | | 1 N. Dearborn St. | | Chicago | IL | 60602 | |
| Pite Duncan, LLP | | 4375 Jutland Drive | Suite 200 | San Diego | CA | 92117 | |
| Pitney Bowes Management Services, Inc. - Mailroom Services | | 23 Barry Place | | Stamford | CT | 06926-0700 | |
| Pitney Bowes Management Services, Inc. - Mailroom Services | Deputy General Counsel, Pitney Bowes Inc | MSC 64-07 | | Stamford | CT | 06926 | |

**Exhibit E**
**Origination & Servicing Critical Vendors**
**Served via First Class Mail**

| Name | Notice Name | Address 1 | Address 2 | City | State | Zip | Country |
|------|-------------|-----------|-----------|------|-------|-----|---------|
| Pitney Bowes Management Services, Inc. - Statement Printing and Fulfillment | | 30200 Stephenson Highway | | Madison Heights | MI | 48071 | |
| Pitnick & Margolin LLP | | 6800 Jericho Turnpike | Suite 206 W | Syosett | NY | 11791 | |
| Polypaths LLC | | ONE ROCKEFELLER PLAZA | | NEW YORK | NY | 10020 | |
| Potestivo & Associates, P.C. | | 811 S Blvd | Suite 100 | Rochester Hills | MI | 48307 | |
| PSA Equity | | 485 E HALF DAY RD #500 | | BUFFALO GROVE | IL | 60089 | |
| QBE - Balboa | | 3349 Michelson Drive | | Irvine | CA | 92612-8893 | |
| Quandis, Inc. | | 27442 PORTOLA PARKWAY SUITE 350 | | FOOTHILL RANCH | CA | 92610 | |
| QUANTITATIVE RISK MANAGEMENT I | | 181 West Madison St 41st Fl | | Chicago | IL | 60602 | |
| QuantumDirect Inc | | 8702 Cameron Road Suite 200 | | Austin | TX | 78754 | |
| Radian Services LLC | | 1601 MARKET ST | | PHILADELPHIA | PA | 19103 | |
| Rapid Reporting Verification Co LP | | 46628 Bryant Irvin | | Fort Worth | TX | 76132 | |
| ReconTrust Company, N.A. | | 2380 Performance Drive | | Richardson | TX | 75082 | |
| Red Bell Real Estate LLC | | 1415 South Main Street | | Salt Lake City | UT | 84115 | |
| REISENFELD AND ASSOC LPA, LLC | | 3962 Red Bank Rd. | | Cincinnati | OH | 45227 | |
| Rekon Tec | | 23 East Colorado Blvd | | Pasadena | CA | 91105 | |
| REO Trans, LLC (Equator) | | 5155 W. Rosecrans Ave | | Los Angeles | CA | 90250 | |
| RISK MANAGEMENT SOLUTIONS INC | | RiskExec | 250 Harry Lane Blvd | Knoxville | TN | 37923 | |
| RMIC Corporation | | 190 Oak Plaza Blvd | | Winston Salem | NC | 27105 | |
| Rogers Townsend & Thomas, PC | | 220 Executive Center Drive | | Columbia | SC | 29210 | |
| ROSICKI & ROSICKI ASSOCIATES | | 51 E Bethpage Road | | Plainview | NY | 11803 | |
| Routh Crabtree Olsen, PS | | 13555 SE 36th Street | Suite 300 | Bellevue | WA | 98006 | |
| RUST | | 625 MARQETTE AVE | | MINNEAPOLIS | MN | 55402-2469 | |
| Safeguard Properties, LLC | | 650 Safeguard Plaza | | Brooklyn Heights | OH | 44131 | |
| SAMUEL I. WHITE PC | | 209 Business Park Dr | | Virginia Beach | VA | 23462-6520 | |
| Schneiderman & Sherman, P.C. | | 23938 RESEARCH DRIVE | SUITE 300 | Framington Hills | MI | 48335 | |
| Security Title Agency | | 3636 North Third Avenue | | Phoenix | AZ | 85013 | |
| ServiceLink | | 4720 Independence Street | | Wheat Ridge | CO | 80033 | |
| SHAPIRO & INGLE | | 10130 Perimeter Parkway | Suite 400 | Charlotte | NC | 28216 | |
| SHAPIRO & ZIELKE, LLP | | 12550 W Frontage Road | Suite 200 | Burnsville | MN | 55337 | |
| SIROTE AND PERMUTT PC | | 2311 Highland Avenue South | | Birmingham | AL | 35205 | |
| Smith Travel Research | ATTN General Counsel | 735 East Main Street | | Hendersonville | TN | 37075 | |
| Soundbite Communications (replace Varolii) | | 22 Crosby Drive | | Bedford | MA | 01730 | |

**Exhibit E**
**Origination & Servicing Critical Vendors**
**Served via First Class Mail**

| Name | Notice Name | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| SOUTH & ASSOCIATES P.C. | | 6363 College Blvd | Suite 100 | Overland Park | KS | 66211 | |
| Southgate & Associates | | P. O. BOX 338 | | TUSTIN | CA | 927810338 | |
| Stein, Weiner & Roth LLP | | 1 Old Country Road | Suite 113 | Carle Place | NY | 11514 | |
| Steven J. Baum, P.C. | | 220 NorthpointePkwy | Suite G | Amherst | NY | 14228 | |
| StreetLinks National Appraisal Svcs | ATTN CFO and Counsel | 2114 CENTRAL ST STE 600 | | KANSAS CITY | MO | 64108 | |
| StreetLinks National Appraisal Svcs | | 7551 South Shelby St | | indianapolis | IN | 46227 | |
| Susan C. Little Associates | | 4501 Indian School, NE, | Suite 101 | Albuquerque | NM | 87110 | |
| Systemware Inc. | | 15601 Dallas Parkway | | Addison | TX | 75001 | |
| TALX Corporation | | 11432 Lackland Road | | St Louis | MO | 63146 | |
| Telerate | REUTERS AMERICA LLC | GENERAL POST OFFICE PO BOX 26803 | | NEW YORK | NY | 10087-6803 | |
| The First American Corporation | | 1 First American Way | | Santa Ana | CA | 92707 | |
| The Fisher Law Group | | 9440 Pennsylvania Ave | Suite 350 | Upper Marlboro | MD | 20772 | |
| The Law Offices of Daniel C. Consuegra, P.L. | | 9204 King Palm Drive | | Tampa | FL | 33619 | |
| The Stone Hil Group | | 47 Perimeter Center East | | Atlanta | GA | 30346 | |
| The Wolf Firm | | 2955 Main Street | Second Floor | Irvine | CO | 80031 | |
| Time Trade | | 100 Crosby Drive | | Bedford | MA | 01730 | |
| TMS | | 3 First American Way | | Santa Ana | CA | 92707 | |
| Trans Union Settlement Solutions Inc | | PO BOX 99506 | | CHICAGO | IL | 60693-9506 | |
| Triad Guaranty Insurance Corp | | 101 South Stratford Road | | Winston Salem | NC | 27104 | |
| TROTT & TROTT PC | | 31440 Northwestern Highway | Suite 200 | Farmington Hills | MI | 48334 | |
| Twin Modal, Inc | | 4514 PAYSPHERE CIRCLE | | Chicago | IL | 60674 | |
| U.S. Recordings, Inc., | | 200 MIDDLESEX ESSEX TURNPIKE | | ISELIN | NJ | 08830 | |
| UMDS | | Universal Custom Courier | PO Box 60250 | Los Angeles | CA | 90060-0250 | |
| UNDERWOOD LAW FIRM | | 340 Edgewood Terrace Drive | | Jackson | MS | 39206 | |
| United Guaranty Services Inc | | 230 N Elm Street | | Greensboro | NC | 27401 | |
| United Guaranty Services Inc | | PO Box 21367 | | Greensboro | NC | 27420-1367 | |
| United Trustees Association | | 2030 MAIN STREET | SUITE 1300 | IRVINE | CA | 92614 | |
| VALUATION INSIGHT PARTNERS finCAD | | 13450 102 ND AVE STE 1750 | | SURREY | BC | V3T5X3 | Canada |
| Various VA Appraisers | Alvin R Young | 4605 Pembroke Lake Circle Unit 204 | | Virginia Beach | VA | 23455 | |
| Various VA Appraisers | CHARLES ANTHONY | PO Box 31335 | | Myrtle Beach | SC | 29588 | |
| Various VA Appraisers | DAVID WESTFALL | 713 S B ST | | PHOENIX | OR | 97535 | |
| Various VA Appraisers | GARY KRAEGER | 26159 S WIND LAKE RD 1 | | WIND LAKE | WI | 53185 | |
| Various VA Appraisers | HARRY GAHM | 36 LINCOLN AVE | | CLEMENTON | NJ | 8021 | |
| Various VA Appraisers | JAMES CURZI JR | 9 CARRIAGE DR | | WEST HAVEN | CT | 6516 | |
| Various VA Appraisers | JEREMY MASON | 4314 EVANSTON BLVD | | N CHARLESTON | SC | 29418 | |
| Various VA Appraisers | KARL ALBRECHT | N2897 CTH 11 | | BANGOR | WI | 53185 | |

**Exhibit E**
**Origination & Servicing Critical Vendors**
**Served via First Class Mail**

| Name | Notice Name | Address 1 | Address 2 | City | State | Zip | Country |
|------|-------------|-----------|-----------|------|-------|-----|---------|
| Various VA Appraisers | STEPHEN SHELTON | 526 FREDERICA ST | | OWENSBORO | KY | 42301 | |
| Various VA Appraisers | TIMOTHY STONE | 2835 STONES DAIRY ROAD | | BASSETT | VA | 24055 | |
| Venture Encoding | | 4401 Cambridge | | Fort Worth | TX | 76155 | |
| VERINT AMERICAS INC | | 330 South Service Road | | Melville | NY | 11747 | |
| VERINT AMERICAS INC | | PO BOX 905642 | | Charlotte | NC | 28290-5642 | |
| Veros Software | | 2333 N Broadway Ste 350 | | Santa Ana | CA | 92706 | |
| VMP Mortgage Solutions Inc | ATTN Contract mgmt Dept | 18050 15 Mile Road | | Fraser | MI | 48026-1605 | |
| VMP Mortgage Solutions Inc | ATTN Corp Legal Dept | Wolters Kluwer Financial Services | 6815 Saukview Dr | St Cloud | MN | 56303-0811 | |
| WALZ Certified Mail Solutions | | 43234 Business Park Drive | | Temecula | CA | 92590-3604 | |
| Weiss Spicer, PLLC | | 208 Adams Avenue | | Memphis | TN | 38103 | |
| WELTMAN, WEINBERG & REIS | | 175 s. Third Street | Suite 900 | Columbus | OH | 43215 | |
| Western Portfolio Analytics&Trading | | dba Westpat LLC | 3355 Clerendon Road | Beverly Hills | CA | 90210 | |
| WHITTINGTON & AULGUR | | 651 N Broad Street | Suite 206 | Middletown | DE | 19709 | |
| WILSON & ASSOCIATES | | 1521 Merrill Drive | Suite D220 | Little Rock | AR | 72211 | |
| Wolfe Wyman | | 2175 N. California Blvd. Suite 645 | | Walnut Creek | CA | 94596-3579 | |
| Xerox Corporation | | 800 Long Ridge Rd | | Stamford | CT | 06904 | |
| ZUCKER,GOLDBERG,& ACKERMAN LLC | | 200 SHEFFIELD STREET | STE 301 | MOUNTAINSIDE | NJ | 07092 | |