**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X

In re

| | |
|---|---|
| Residential Capital, LLC *et al.,* | Chapter 11 |
| | Case No. 12-12020 (MG) |
| Debtors. | Administratively Consolidated |

-----------------------------------------------------------X

### MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Gary Riebschlager, request admission, *pro hac vice*, before the Honorable Martin Glenn to represent Amelia Colvin, an individual, in the above-captioned matter.

I certify that I am a member in good standing of the following bars: all courts of the State of Texas; the United States District Court for the Central District of Illinois; and the United States District Court for the Southern District of Texas.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: June 5, 2012
      Houston, Texas

                                          /s/ *Gary Riebschlager*
                                          Gary Riebschlager
                                          Brent Coon & Associates
                                          300 Fannin, Suite 200
                                          Houston, TX 77002
                                          713-225-1682
                                          713-225-1785 (fax)

{00002902v1 }