**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------X

In re

Residential Capital, LLC *et al.,*          Chapter 11
                                            Case No. 12-12020 (MG)

                          Debtors.          Administratively Consolidated

---------------------------------------------------------X

## ORDER GRANTING ADMISSION TO PRACTICE , *PRO HAC VICE*

      Upon the motion of Gary Riebschlager to be admitted, *pro hac vice*, to represent the interests of Amelia Colvin, an individual, in the above-captioned chapter 11 case, and upon movant's certification that movant is a member in good standing of all courts of the State of Texas; the United States District Court for the Central District of Illinois; and the United States District Court for the Southern District of Texas, it is hereby

      **ORDERED**, that Gary Riebschlager is admitted to practice, *pro hac vice*, in the above captioned cases, in the United States Bankruptcy Court for the Southern District of New York.

Dated: _____

                                                     _____
                                                     UNITED STATES BANKRUPTCY JUDGE

{00002903v1 }