MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, California 90071
Telephone:    (213) 683-9100
Facsimile.    (213) 687-3702
Thomas Walper (Pro Hac Vice)
Seth Goldman (Pro Hac Vice)
Bradley Schneider (Pro Hac Vice)

*Counsel for Berkshire Hathaway Inc.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**NOTICE OF HEARING**

**TO:**   All parties identified on the Monthly Service List (as defined in the Order Under Bankruptcy Code Sections 102(1), 105(a) and 105(d), Bankruptcy Rules 1015(c), 2002(m) and 9007 and Local Bankruptcy Rule 2002-2 Establishing Certain Notice, Case Management and Administrative Procedures entered by this Court on May 23, 2012 [Docket No. 141]) and Cerberus Capital Management, L.P.:

**PLEASE TAKE NOTICE** that, on June 4, 2012, Berkshire Hathaway Inc. ("Berkshire") filed the *Motion of Berkshire Hathaway, Inc. for the Appointment of an Examiner Pursuant to 11 U.S.C. § 1104(c)* [Docket No. 208] (the "Examiner Motion").

**PLEASE TAKE FURTHER NOTICE** that objections ("Objections") to the Examiner Motion must be filed with the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, NY 10004 and served so as to be received by the following parties no later than **4:00 p.m. (Prevailing Eastern Time) on June 11, 2012**: (i) counsel for Berkshire , Munger, Tolles & Olson, LLP, 355 South Grand Avenue, 35th Floor, Los Angeles, California 90071 (Attn: Thomas Walper, Seth Goldman, and Bradley Schneider); (ii) proposed counsel for the Debtors, Morrison & Foerster LLP, 1290 Avenue of the Americas, New York, NY 10104 (Attn: Larren M. Nashelsky, Gary S. Lee, Todd M. Goren and Norman S. Rosenbaum); (iii) proposed counsel to the Creditors' Committee, Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas New York, NY 10036, (Attn: Kenneth H. Eckstein

1

and Douglas H. Mannal); (iv) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, NY 10004 (Attn: Brian S. Masumoto); (v) the Office of the United States Attorney General; (vi) the Office of the New York Attorney General; (vii) the Office of the United States Attorney for the Southern District of New York; (viii) any other committee appointed in these cases; (ix) each of the Debtors' prepetition lenders, or their agents, if applicable; (x) each of the indenture trustees for the Debtors' outstanding notes issuances; (xi) counsel for Ally Financial Inc., Kirkland & Ellis LLP, 153 East 53rd Street, New York, NY 10022 (Attn: Richard M. Cieri); (xii) counsel to Barclays Bank PLC, as administrative agent for the DIP lenders, Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036 (Attn: Ken Ziman & Jonathan H. Hofer); (xiii) counsel for Nationstar Mortgage LLC, Sidley Austin LLP, One South Dearborn, Chicago, Illinois 60603 (Attn: Jessica C.K. Boelter); (xiv) the Internal Revenue Service; and (xv) the Securities and Exchange Commission.

**PLEASE TAKE FURTHER NOTICE** that any reply to objections ("Replies") shall be filed and served in the manner set forth above no later than **12:00 p.m. (Prevailing Eastern Time) on June 14, 2012**.

**PLEASE TAKE FURTHER NOTICE** that a hearing with respect to the Examiner Motion will be held on **June 18, 2012 at 10:00 a.m. (Prevailing Eastern Time)** before the Honorable Martin Glenn, in the United States Bankruptcy Court for the Southern District of New York, Courtroom No. 501, One Bowling green, New York, New York 10004.

**PLEASE TAKE FURTHER NOTICE** that only Objections and Replies made in writing and timely filed and received will be considered by the bankruptcy court at such hearing. If you fail to respond in accordance with this notice, the court may grant the relief requested without further notice or hearing.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Bankruptcy Rule 9014-2(a), the hearing on June 18, 2012 will be an evidentiary hearing.

Dated: June 5, 2012
New York, New York

/s/ Seth Goldman
Seth Goldman (Pro Hac Vice)
Thomas Walper (Pro Hac Vice)
Bradley Schneider (Pro Hac Vice)

MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, California 90071
Telephone: (213) 683-9100
Facsimile: (213) 593-2810

*Counsel for Berkshire Hathaway Inc.*