**PILLSBURY WINTHROP SHAW PITTMAN LLP**
Brandon Johnson
1540 Broadway
New York, NY 10036-4036
Telephone: 212-858-1000
Facsimile: 212-258-1500
Email: brandon.johnson@pillsburylaw.com

*Attorneys for 2255 Partners, L.P.*

**UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>RESIDENTIAL CAPITAL, LLC., et al.,<br><br>                       Debtors. | ) Chapter 11<br>)<br>) Case Nos. 12-12020 (MG)<br>)<br>)<br>) Jointly Administered<br>)<br>)<br>) |

NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE

      PLEASE TAKE NOTICE that the undersigned attorneys for lessor 2255 Partners, L.P. ("Creditor") hereby give notice of their appearances in this matter.

      PLEASE TAKE NOTICE that Creditor hereby requests that all notices of all events relevant to the above-captioned bankruptcy case and any bankruptcy cases jointly administered with such bankruptcy case, including without limitation adversary proceedings and contested matters therein (collectively, the "Bankruptcy Case"), and any and all copies of all pleadings or documents filed in relation to the Bankruptcy Case, including all pleadings or notices required to be served on any party under Rule 2002 of the Federal Rules of Bankruptcy Procedure, be served on counsel for Creditor at the address set forth below:

US_NW_703733990v1

>Pillsbury Winthrop Shaw Pittman LLP
>50 Fremont Street
>Post Office Box 7880
>San Francisco, CA 94120-7880
>Attn:    Ana N. Damonte, Esq.
>Email:   ana.damonte@pillsburylaw.com
>Telephone: (415) 983-1000
>Facsimile: (415) 983-1200

In addition, Creditor requests (1) under Federal Rule of Bankruptcy Procedure 3017 that they receive service of copies of any disclosure statement or plan for which a party seeks approval and (2) that its attorneys be included on any Master Mailing List established for this case.

Neither this Notice of Appearance and Request for Notice nor any subsequent appearance, pleading, claim, proof of claim, document, suit, motion nor any other writing or conduct, shall constitute a waiver of Creditor's:

a.    right to have any and all final orders in any and all non-core matters entered only after *de novo* review by a United States District Court Judge;

b.    right to trial by jury in any proceeding as to any and all matters so triable herein, whether or not the same be designated legal or private rights, or in any case, controversy or proceeding related hereto, notwithstanding the designation *vel non* of such matters as "core proceedings" pursuant to 28 U.S.C. Section 157(b)(2)(H), and whether such jury trial right is pursuant to statute or the United States Constitution;

c.    right to have the reference of this matter withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and

d.    other rights, claims, actions, defenses, setoffs, recoupments or other matters to which this party is entitled under any agreements or at law or in equity or under the United States Constitution.

All of the above rights are expressly reserved and preserved unto Creditor without exception and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other participation in these matters.

Dated:  June 6, 2012      Respectfully submitted,
New York, New York

/s/ *Brandon Johnson*
Brandon Johnson
PILLSBURY WINTHROP SHAW PITTMAN LLP
1540 Broadway
New York, New York 10036
Telephone: (212) 858-1000
Facsimile: (212) 858-1500

*Attorneys for 2255 Partners, L.P.*