UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------ x
                               :
In re:                         :    Chapter 11
                               :
RESIDENTIAL CAPITAL, LLC, et al.,  :    Case No. 12-12020-mg
                               :
                               :    Jointly Administered
                    Debtors.   :
                               :
------------------------------ x

## MOTION UNDER LOCAL BANKRUPTCY
## RULE 2090-1(B) FOR ADMISSION *PRO HAC VICE*

1.  I, Anthony W. Clark, request admission *pro hac vice*, before the Honorable Martin Glenn, to represent Barclays Bank PLC.

2.  I certify that I am a member in good standing of the bars of the State of Delaware and the Commonwealth of Pennsylvania.

3.  I have submitted the filing fee of $200.00 with this motion.

Dated: Wilmington, Delaware
       June 6, 2012

                                                  SKADDEN, ARPS, SLATE, MEAGHER &
                                                FLOM, LLP

                                      By:   */s/  **Anthony W. Clark***
                                              Anthony W. Clark

                                        Anthony W Clark
                                        One Rodney Square
                                        Wilmington, Delaware 19899
                                        Telephone: 302-651-3080
                                        Fax: 302-434-3080
                                        Email: Anthony.Clark@skadden.com

                                        Counsel for Barclays Bank PLC

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
            :
In re:          :    Chapter 11
            :
RESIDENTIAL CAPITAL, LLC, et al.,    :    Case No. 12-12020-mg
            :
            :    Jointly Administered
        Debtors.    :
            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

# ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Anthony W. Clark to be admitted, *pro hac vice*, to represent Barclays Bank PLC in the above-referenced cases, and upon the movant's certification that the movant is a member in good standing of the bars of the State of Delaware and the Commonwealth of Pennsylvania, it is hereby

ORDERED, that Anthony W. Clark is admitted to practice, *pro hac vice*, in the above-referenced cases to represent Barclays Bank PLC in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: New York, New York
       June __, 2012

_____
UNITED STATES BANKRUPTCY JUDGE