WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue, 12th Floor
New York, NY 10110
Tel: (212) 382-3300
   – and –
One Gateway Center, 9th Floor
Newark, NJ 07102
Tel: (973) 733-9200
*Attorneys for The Western and Southern Life Insurance Company, et. al.*

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| RESIDENTIAL CAPITAL, LLC, *et al.*, | Case No. 12-12020 (MG) |
| Debtors. | Jointly Administered |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned appears in the above-captioned case on behalf of The Western and Southern Life Insurance Company, Western-Southern Life Assurance Company, Columbus Life Insurance Company, Integrity Life Insurance Company, National Integrity Life Insurance Company, and Fort Washington Investment Advisors, Inc., pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure and section 1109(b) of the Bankruptcy Code, demands that all notices given or required to be given and all papers served in this case be delivered to and served upon the part(ies) identified below at the following address(es):

WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue, 12th Floor
New York, NY 10110
Attn: Paul R. DeFilippo
Attn: Steven S. Fitzgerald
Tel: (212) 382-3300
Fax: (212) 382-0050
E-mail: pdefilippo@wmd-law.com
E-mail: sfitzgerald@wmd-law.com

WOLLMUTH MAHER & DEUTSCH LLP
One Gateway Center, 9th Floor
Newark, NJ 07102
Attn: James N. Lawlor
Tel: (973) 733-9200
Fax: (973) 733-9292
E-mail: jlawlor@wmd-law.com

PLEASE TAKE FURTHER NOTICE that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in this case.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and any subsequent appearance, pleading, claim, or suit is not intended nor shall be deemed to waive the filer's (i) right to have final orders in non-core matters entered only after de novo review by a district court judge; (ii) right to trial by jury in any proceedings so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States Bankruptcy Court, Southern District of New York in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which the filer is or may be entitled under agreements, at law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.

Dated: June 6, 2012

WOLLMUTH MAHER & DEUTSCH LLP

*Attorneys for The Western and Southern Life Insurance Company, et. al.*

By: /s/ James N. Lawlor
Paul R. DeFilippo
James N. Lawlor

One Gateway Center, 9th Floor
Newark, New Jersey 07102
Tel: (973) 733-9200
Fax: (973) 733-9292