**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al.,[1] | ) Chapter 11 |
| Debtors. | ) Jointly Administered |

### MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*, PATRICK M. BRYAN

I, Patrick M. Bryan, a member in good standing of the bars of the State of Illinois and the District of Columbia, request admission, *pro hac vice*, in the above-referenced case.

My mailing address is Kirkland & Ellis LLP, 655 Fifteenth Street, N.W., Washington, DC 20005. My e-mail address is patrick.bryan@kirkland.com; telephone number is (202) 879-5000.

I agree to pay the fee of $200 upon the filing of this motion for an order admitting me to practice *pro hac vice*.

Dated: June 6, 2012
Washington, DC

*/s/ Patrick M. Bryan*
Richard M. Cieri
Ray C. Schrock
Stephen E. Hessler
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

---

[1] The Debtors are: Ditech, LLC; DOA Holding Properties, LLC; DOA Holdings NoteCo, LLC; DOA Properties IX (Lots-Other), LLC; EPRE LLC; Equity Investment I, LLC; ETS of Virginia, Inc.; ETS of Washington, Inc.; Executive Trustee Services, LLC; GMAC Model Home Finance I, LLC; GMAC Mortgage USA Corporation; GMAC Mortgage, LLC; GMAC Residential Holding Company, LLC; GMACM Borrower LLC; GMACR Mortgage Products, LLC; GMAC-RFC Holding Company, LLC; GMACRH Settlement Services, LLC; HFN REO SUB II, LLC; Home Connects Lending Services, LLC; Homecomings Financial, LLC; Homecomings Financial Real Estate Holdings, LLC; Ladue Associates, Inc.; Passive Asset Transactions, LLC; PATI A, LLC; PATI B, LLC; PATI Real Estate Holdings, LLC; RAHI A, LLC; RAHI B, LLC; RAHI Real Estate Holdings, LLC; RCSFJV2004, LLC; Residential Accredit Loans, Inc.; Residential Asset Mortgage Products, Inc.; Residential Asset Securities Corporation; Residential Capital, LLC; Residential Consumer Services of Alabama, LLC; Residential Consumer Services of Ohio, LLC; Residential Consumer Services of Texas, LLC; Residential Consumer Services, LLC; Residential Funding Company, LLC; Residential Funding Mortgage Exchange, LLC; Residential Funding Mortgage Securities I, Inc.; Residential Funding Mortgage Securities II, Inc.; Residential Funding Real Estate Holdings, LLC; Residential Mortgage Real Estate Holdings, LLC; RFC Asset Holdings II, LLC; RFC Asset Management, LLC; RFC Borrower LLC; RFC Construction Funding, LLC; RFC SFJV-2002, LLC; and RFC-GSAP Servicer Advance, LLC.

- and -

Jeffrey S. Powell
Daniel T. Donovan
Patrick M. Bryan
KIRKLAND & ELLIS LLP
655 15th Street, N.W., Ste. 1200
Washington, D.C. 20005
Telephone:   (202) 879-5000
Facsimile:    (202) 879-5200

*Counsel to Ally Financial Inc.*

## **ORDER**

**ORDERED,**
that Patrick M. Bryan, Esq., is admitted to practice, *pro hac vice*, in the above-referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:  **June 7, 2012**
　　　　New York, New York　　　　　　　　　　　　　*/s/Martin Glenn*
　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge