UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                :
In re:                                          :    Chapter 11
                                                :
RESIDENTIAL CAPITAL, LLC, et al.,               :    Case No. 12-12020-mg
                                                :
                                                :    Jointly Administered
                  Debtors.                      :
                                                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

# ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Anthony W. Clark to be admitted, *pro hac vice*, to represent Barclays Bank PLC in the above-referenced cases, and upon the movant's certification that the movant is a member in good standing of the bars of the State of Delaware and the Commonwealth of Pennsylvania, it is hereby

ORDERED, that Anthony W. Clark is admitted to practice, *pro hac vice*, in the above-referenced cases to represent Barclays Bank PLC in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated:  New York, New York
        **June 7, 2012**

                                        /s/Martin Glenn
                                    UNITED STATES BANKRUPTCY JUDGE