Mark & Lori Burris
5070 Hwy 73, Unit A
Evergreen, CO 80439

(303) 674.1104
(303) 349.1899

*Pro Se, Non-attorney Movants*



UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| In re: | ) Bankruptcy No. 12-12020 (MG) |
|---|---|
| | ) Chapter 11 |
| RESIDENTIAL CAPITAL, LLC , et.al., | ) |
| Debtor, | ) |

MOVANT'S MOTION FOR ORDER FOR
RELIEF FROM STAY
AUTHORIZING DEBTOR(S) TO HONOR CERTAIN PREPETITION
OBLIGATIONS TO MOVANTS

MOVANTS, Mark and Lori Burris, respectfully request AN ORDER FOR RELIEF FROM STAY AUTHORIZING DEBTORS TO HONOR CERTAIN PREPETITION OBLIGATIONS TO MOVANTS.

The MOVANTS hereby MOVE for entry of an Order under sections 105, 507, 541(b)(1) of title 11 of the U.S. Code (the "Bankruptcy Code"), authorizing Debtor to honor prepetition obligations including acting as a payment conduit/facilitator from a casualty insurance company to third party contractors and other non-estate obligations.

In support of their Motion the MOVANTS represent:

JURISDICTION

This Court has jurisdiction to consider this Motion under 28 U.S.C. Secs. 157 and 1334. Venue of the requested action is proper pursuant to 28 U.S.C. Secs. 1408 and 1409. The statutory predicates for the relief requested herein are Bankruptcy Code Secs. 105(a), 507, and 541.

1. MOVANTS are Plaintiff's in U.S. District Court case no. 10-CV-00670 REB-MEH styled "Mark Burris and Lori Burris v. U.S. Bank National Association as Trustee for the BS ALTA 2006-3 Trust, GMAC Bank" (aka Residential Capital, LLC).

2. The foregoing action arises from foreclosure and eviction against MOVANTS by the Debtor against the subject property more fully described as follows:

A part of the SE¼SE¼ of Section 22,
Township 6 South, Range 73 West of the 6th P.M.,
described as follows:

Beginning at a point whence the Southeast corner of said
Section 22 Bears South 53°26'02" East, 240.62 feet;
thence North 43°26' East, 292.55 feet to a point on the
East line of said Section;
thence North 1°14' East, along said East line, 257.49 feet;
thence North 88°43' West, 341.1 feet;
thence South 71°23' West, 84.48 feet;
thence South 32°30' West, 204.51 feet;
thence South 53°21' East, 177.93 feet;
thence South 46°34' East, 250 feet to the True Point of Beginning,

County of Park,
State of Colorado

COUNTY OF PARK, STATE OF COLORADO, aka 149 ROYAL Drive, Bailey, CO 80421

3. By knowledge or belief, DEBTOR is a loan servicer with no beneficial interest in the subject property:

4. MOVANTS and Debtor are engaged in settlement of this case with assistance and mediation of Hon. Michael E. Hagarty, Federal Magistrate.

5. The Parties have partially executed terms of a certain preliminary agreement entitled "Material Terms of Settlement".

6. Remaining performance under this Agreement includes: negotiating acceptable credit reporting; authorizing payment of storm damage contractors via insurance proceeds, and; concluding minor details of a final settlement so that the U.S. District Court litigation may be dismissed.

7. Concluding the foregoing Agreement involves power that the Debtor may exercise solely for the benefit of an entity other than the Debtor as described in 11 U.S.C. 541(b)(1).

8. Finalizing the Agreement will not affect "property of the estate". The Debtor has possession of the subject property and such possession is uncontested at this time.

9. Finalizing these legal/administrative proceedings has no impact on DEBTORS Chapter 11 reorganization and these proceedings should be allowed to reach their conclusion FOR CAUSE pursuant to 11 U.S.C. 362(d)(1). See Claughton v. Mixson, 33 F.3d 4 (4th Cir. 1994), [relief granted to permit effectuation of equitable distribution of marital assets]; In re Robbins, 964 F.2d 342 (4th Cir. 1992), [Relief granted to allow state court to enter equitable distribution order]; In re White, 851 F.2d 170 (9th Cir.1988), {stay lifted in divorce proceedings to allow spouses to determine their respective property rights]; Casperone v. Landmark Oil & Gas Corp., 819 F.2d (5th Cir. 1987), [relief granted to liquidate claim]; Pursifull v. Eakin, 814 F.2d 1501 (10th Cir. 1987)[stay lifted to determine validity of lease]; In re Busch, 294 B.R. 137 (B.A.P.10th Cir. 2003)[relief

granted to allow state court to determine equity in former marital home]; In re Pieri, 86 B.R. 208 (B.A.P. 9th Cir. 1988)[stay lifted to allow landlord to pursue cross complaint].

10.     Credit reporting obligations of the DEBTOR pursuant to the Material Terms of Settlement do not involve 11 U.S.C. 362 et.seq.

11.     Granting relief from stay to conclude the administration of this settlement has no effect upon the estate or reorganization of DEBTOR.

WHEREFORE, the MOVANTS Mark and Lori Burris MOVE this Honorable Court for RELIEF from stay.

DATED this 1st day of June, 2012.

_____          _____
Mark Burris                                               Lori Burris

5070 Hwy 73, Unit A
Evergreen, CO 80439

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

In re:

RESIDENTIAL CAPITAL, LLC , et.al.,
    Debtor,

) Bankruptcy No. 12-12020
) Chapter 11
)
)
)

ORDER re:
MOTION FOR RELIEF FROM STAY

THE COURT, being fully informed in these premises, hereby GRANTS/DENIES Movant's Motion for Relief from Stay.

DATED this ____ day of _____ 2012.


Hon. Martin Glen, U.S. Bankruptcy Judge

Mark & Lori Burris
5070 Hwy 73, Unit A
Evergreen, CO 80439

(303) 674.1104
(303) 349.1899

*Pro Se, Non-attorney Movants*

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

In re:                                              ) Bankruptcy No. 12-12020
                                                    ) Chapter 11
RESIDENTIAL CAPITAL, LLC , et.al.,                  )
       Debtor,                                      )
                                                    )

## MOVANT'S REQUEST FOR NOTICES

MOVANTS, Mark and Lori Burris, respectfully request notices pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. Secs. 102(1), 342 and 1109(b), and 202 and all notices given in the case and all papers required to be served in the case upon those creditors similarly situated be also served upon MOVANT by e-mail at the following e-mail:

Stechman@Gmail.com

Or at the following mailing address:

5070 Hwy 73, Unit A
Evergreen, CO 80439

DATED this 1st day of June, 2012.

_____                             _____
Mark Burris                                         Lori Burris

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

In re:                                                                ) Bankruptcy No. 12-12020
                                                                      ) Chapter 11
RESIDENTIAL CAPITAL, LLC, et.al.,                                     )
    Debtor,                                                           )
                                                                      )

## CERTIFICATE OF MAILING
(Special Service List)

    I Mark Burris hereby certify and affirm that I have mailed a copy of the following:

MOTION FOR RELIEF FROM STAY

ORDER re:
MOTION FOR RELIEF FROM STAY

REQUEST FOR NOTICES

To the following parties:

Clerk, U.S. Bankruptcy Court
1 Bowling Grn # 625
New York, NY 10004

U.S. District Court (Case No. 10CV00670REB-MEH)
Attn: Hon. Michael E. Hagarty,
901 19th Street
Denver, CO 80294

Phillip A. Vaglia/Chris Groen c/o
Castle Stawiarski LLC
999 18th Street, Suite 2201
Denver, CO 80202

Lorenzo Marinuzzi
1290 6th Avenue
New York, New York 10104

(U.S. Trustee for the Southern District of New York)
Office of the United States Trustee
Attn:   Tracy Hope Davis, Esq.
        Brian Masumoto, Esq.
        Linda Riffkin, Esq.
33 Whitehall Street
21st Floor
New York, NY 10004

(Office of the United States Attorney General)
U.S. Department of Justice
Attn: US Attorney General, Eric H. Holder, Jr.
950 Pennsylvania Avenue NW
Washington, DC 20530-0001

(Office of the New York State Attorney General)
Office of the New York State Attorney General
Attn:   Nancy Lord, Esq.
        Neal Mann, Esq.
The Capitol
Albany, NY 12224-0341

(Office of the U.S. Attorney for the Southern District of New York)
Office of the U.S. Attorney for the Southern District of New York
Attn: Joseph N. Cordaro, Esq.
One St. Andrews Plaza
New York, NY 10007

(Debtors)
Residential Capital, LLC
Attn:   Tammy Hamzehpour
1177 Avenue of the Americas
New York, NY 10036

(Counsel to the Debtors)
Morrison & Foerster LLP
Attn:   Larren M. Nashelskly, Esq.
        Gary S. Lee, Esq.
        Lorenzo Marinuzzi, Esq.
1290 Avenue of the Americas
New York, NY 10104-0050

(Counsel to the Statutory Committee of Unsecured Creditors)
Kramer Levin Naftalis & Frankel LLP
Attn: Ken Eckstein
Doug Mannal
1177 Avenue of the Americas
New York, NY 10036

(Prepetition Lenders)

Citibank N. A.
Attn: Bobbie Theivakurnaran
390 Greenwich Street, 6th Floor
New York, NY 10013

Fannie Mae
Attn: Vice President, Credit Management, John S. Forlines
3900 Wisconsin Avenue NW
Mail Stop 8H-504
Washington DC 20016

(Counsel to Ally Financial Inc.)
Kirkland & Ellis
Attn: Ray C. Schrock
Richard M. Cieri
601 Lexington Avenue
New York, NY 10022

(Indenture Trustees)

Deutsche Bank Trust Company Americas
Attn: Kevin Vargas
25 DeForest Avenue
Summit, NJ 07901

The Bank of New York Mellon
Asset Backed Securities Group
101 Barclay Street 4W
New York, NY 10286

U. S. Bank National Association
Attn: George Rayzis
50 South 16th Street, Suite 2000
Philadelphia, PA 19102

U. S. Bank National Association
Attn:  Irina Palchuk
60 Livingston Avenue
EP-MN-WS1D
St. Paul, MN 55107

(Counsel to U.S. Bank National Association)

Kelley Drye & Warren LLP
Attn:  James S. Carr
       Eric R. Wilson
101 Park Avenue
New York, NY 10178

Wells Fargo Bank, N.A.
Attn:  Corporate Trust Services, GMACM Home Equity Notes 2004 Viable Funding Trust
P.O. Box 98
Columbia, MD 21046

Any other committee appointed in this case

(Counsel to the Administrative Agent for the Debtors' Providers of Debtor in Possession Financing)
Skadden Arps Slate Meagher & Flom LLP
Attn:  Jonathan H. Hofer
       Ken Ziman
Four Times Square
New York, NY 10036

Nationstar Mortgage LLC
Attn:  General Counsel
350 Highland Drive
Lewisville, TX 75067

(Counsel for Nationstar Mortgage LLC)
Sidley Austin LLP
Attn:  Larry J. Nyhan
       Jessica CK Boelter
One Dearborn
Chicago, IL 60603

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Securities and Exchange Commission, New York Regional Office
Attn:   George S. Canellos, Regional Director
3 World Financial Center, Suite 400
New York, NY 10281-1022

DATED this 1st day of June, 2012.

_____
Mark Burris