UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x
:   Chapter 11
In re:                                                     :
:   Case No. 12-12020 (MG)
RESIDENTIAL CAPITAL, LLC, et al.,                          :
:   Jointly Administered
:
Debtors.                                                   :
---------------------------------------------------------- x   Ref. Docket Nos. 200-202

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

PETE CARIS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 4, 2012, I caused to be served the:

   a) "Notice of Deposition of Samuel Greene in Connection with the (I) AFI Dip Motion, (II) Barclays Dip Motion, (III) Cash Collateral Motion, and (IV) Sale Procedures Motion," dated June 4, 2012 [Docket No. 200],

   b) "Notice of Deposition of Marc Puntus in Connection with the (I) AFI Dip Motion, (II) Barclays Dip Motion, (III) Cash Collateral Motion, and (IV) Sale Procedures Motion," dated June 4, 2012 [Docket No. 201], and

   c) "Notice of Deposition of James Whitlinger in Connection with the (I) AFI Dip Motion, (II) Barclays Dip Motion, (III) Cash Collateral Motion, and (IV) Sale Procedures Motion," dated June 4, 2012 [Docket No. 202],

by causing true and correct copies to be:

   i. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit A, and

   ii. delivered via electronic mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Pete Caris  
Pete Caris

Sworn to before me this  
4th day of June, 2012  
*/s/ Cassandra Murray*  
Notary Public, State of New York  
No. 01MU6220179  
Qualified in Queens County  
Commission Expires April 12, 2014

# EXHIBIT A

| Claim Name | Address Information |
|---|---|
| AEGIS USA INC. | 2049 CENTURY PARK EAST, SUITE 300 LOS ANGELES CA 90067 |
| AIG ASSET MANAGEMENT US LLC | ATTN RUSSELL LIPMAN 80 PINE ST NEW YORK NY 10038 |
| ALAN GARDNER | C/O WILLIAMSON & WILLIAMS 187 PARFITT WAY SW, SUITE 250 BAINBRIDGE ISLAND WA 98110 |
| ALLSTATE INSURANCE | C/O QUINN EMANUEL URQUHART & SULLIVAN 865 S. FIGUEROA STREET, 10TH FLOOR LOS ANGELES CA 90017 |
| ALLSTATE LIFE INSURANCE COMPANY | ATTN PETER A MCELVAIN 3075 SANDERS RD STE G5A NORTHBROOK IL 60062 |
| ALLY BANK | TOM HOUGHTON 440 S CHURCH ST # 1100 CHARLOTTE NC 28202 |
| ALLY FINANCIAL INC | JEFFREY BROWN CORPORATE TREASURER 440 S CHURCH ST # 1100 CHARLOTTE NC 28202 |
| ALSTON & BIRD LLP | MARTIN G BUNIN ESQ & WILLIAM HAO ESQ 90 PARK AVE NEW YORK NY 10016 |
| ALSTON & BIRD LLP | WILLIAM B MACURDA BANK OF AMERICA PLAZA STE 4000 101 S TRYON ST CHARLOTTE NC 28280-4000 |
| ALSTON & BIRD LLP | JOHN C WEITNAUER ESQ ONE ATLANTIC CENTER 1201 WEST PEACHTREE ST ATLANTA GA 30309-3424 |
| AMBAC ASSURANCE CORP | C/O PATTERSON BELKNAP WEBB & TYLER 1133 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| ASSISTANT ATTORNEY GENERAL | JOHN MARK STERN BANKRUPTCY & COLLECTIONS DIVISION PO BOX 12548 AUSTIN TX 78711-2548 |
| ASSURED GUARANTY CORP. | C/O MARGARET YANNEY 31 WEST 52ND STREET NEW YORK NY 10019 |
| BANK OF NEW YORK MELLON | SARAH STOUT & JENNIFER J PROVENZANO 525 WILLIAM PENN PLACE PITTSBURGH PA 15259-0001 |
| BARCLAYS BANK PLC | ALICIA BORYS & PATRICK KERNER 745 7TH AVE 27TH FL NEW YORK NY 10019 |
| BARCLAYS BANK PLC | JOE TRICAMO & MAY WONG 1301 SIXTH AVE NEW YORK NY 10019 |
| BMMZ HOLDING LLC | C/O ALLY FINANCIAL INC, ATTN COURTNEY LOWMAN 200 RENAISSANCE CENTER MAIL CODE 482-B12-B96 DETROIT MI 48265-2000 |
| BNYMELLON | C/O DECHERT LLP 1095 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| BOILERMAKER BLACKSMITH NATIONAL PENSION TRUST | C/O COHEN MILSTEIN SELLERS & TOLL PLLC 18 PINE ST 14TH FL NEW YORK NY 10005 |
| BRIAN KESSLER, ET AL | C/O WALTERS BENDER STROHBEHN & VAUGHAN, P.C. 2500 CITY CENTER SQUARE, 1100 MAIN, SUITE 2500 KANSAS CITY MO 64105 |
| CADWALADER WICKERSHAM & TAFT LLP | GREGORY M PETRICK & INGRID BAGBY ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| CADWALADER WICKERSHAM & TAFT LLP | MARK C ELLENBERG ESQ 700 SIXTH ST NW WASHINGTON DC 20001 |
| CAMBRIDGE PLACE INVESTMENT MANAGEMENT INC. | C/O DONNELLY, CONROY & GELHAAR LLP 1 BEACON STREET, 33RD FLOOR BOSTON MA 02108 |
| CITIBANK NA | ATTN BOBBIE THEIVAKUMARAN 390 GREENWICH ST 6TH FL NEW YORK NY 10013 |
| COHEN MILSTEIN SELLERS & TOLL PLLC | JOEL P LAITMAN, CHRISTOPHER LOMETTI, MICHAEL B EISENKRAFT, DANIEL B REHNS & KENNETH M REHNS 88 PINE ST 14TH FL NEW YORK NY 10005 |
| CREDSTAR | 12395 FIRST AMERICAN WAY POWAY CA 92064 |
| DEBORAH PANGEL AND LEE SACHS | C/O LINDA TIRELLI ONE NORTH LEXINGTON AVENUE, 11TH FLOOR WHITE PLAINS NY 10601 |
| DECHERT LLP | GLENN E SIEGEL, HECTOR GONZALEZ, BRIAN E GREER & MAURICIO A ESPANA 1095 AVENUE OF THE AMERICAS NEW YORK NY 10036-6797 |
| DEUTSCHE BANK | ROSA MENDEZ CORPORATE TRUST DEPARTMENT 1761 E. ST. ANDREW PLACE SANTA ANA CA 92705-4934 |
| DEUTSCHE BANK AG, NEW YORK | C/O JOE SALAMA 60 WALL STREET NEW YORK NY 10005-2836 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS | ATTN BRENDAN MEYER HARBORSIDE FINANCIAL CENTER 100 PLAZA ONE JERSEY CITY NJ 07311-3901 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS | C/O KELVIN VARGAS 25 DE FOREST AVE SUMMIT NJ 07901 |
| DON E. DIANE M. PATTERSON | C/O SIEGEL BRILL, P.A. 100 WASHINGTON AVENUE SOUTH, SUITE 1300 MINNEAPOLIS MN 55401 |
| DONNA MOORE | C/O KESSLER TOPAZ MELTZER & CHECK, LLP 280 KING OF PRUSSIA ROAD RADNOR PA 19087 |
| EMORTGAGE LOGIC | 9151 BOULEVARD 26, SUITE 400 N RICHLAND HILLS TX 76180-5605 |

| Claim Name | Address Information |
|---|---|
| FANNIE MAE | ATTN JOHN S FORLINES VP, CREDIT MANAGEMENT 3900 WISCONSIN AVE NW MAIL STOP 8H-504 WASHINGTON DC 20016 |
| FANNIE MAE | CATHERINE LASHER 950 EAST PACES FERRY ROAD SUITE 1900 ATLANTA GA 30326 |
| FEDERAL HOME LOAN BANK OF BOSTON | C/O KELLER ROHRBACK LLP 1201 THIRD AVENUE, SUITE 3200 SEATTLE WA 98101 |
| FEDERAL HOME LOAN BANK OF CHICAGO | C/O KELLER ROHRBACK LLP 1201 THIRD AVENUE, SUITE 3200 SEATTLE WA 98101 |
| FEDERAL HOME LOAN BANK OF INDIANAPOLIS | C/O KELLER ROHRBACK LLP 1201 THIRD AVENUE, SUITE 3200 SEATTLE WA 98101 |
| FEDERAL HOUSING FINANCE AGENCY | C/O ALFRED POLLARD 400 SEVENTH STREET, SW WASHINGTON DC 20024 |
| FINANCIAL GUARANTY INSURANCE CO. | C/O JONES DAY 222 EAST 41ST STREET NEW YORK NY 10017-6702 |
| FINANCIAL GUARANTY INSURANCE COMPANY | ATTN JOHN DUBEL 125 PARK AVE NEW YORK NY 10017 |
| FOLEY & MANSFIELD PLLP | THOMAS J LALLIER 250 MARQUETTE AVE STE 1200 MINNEAPOLIS MN 55401 |
| FREDDIE MAC | KENTON W HAMBRICK ASSOCIATE GENERAL COUNSEL M/S202 8200 JONES BRANCH DR MCLEAN VA 22102 |
| FREDDIE MAC | PAUL MULLINGS 1551 PARK RUN DRIVE MS D2K MCLEAN VA 22102-3110 |
| GIBBS & BRUNS, L.L.P. | KATHY D. PATRICK 1100 LOUISIANA SUITE 5300 HOUSTON TX 77002 |
| HUNTINGTON BANCSHARES INC. | C/O GRANT & EISENHOFER 123 S. JUSTISON STREET WILMINGTON DE 19801 |
| INDECOMM GLOBAL SERVICES | BALAJI VENKATACHALAM 200 MIDDLESEX ESSEX TURNPIKE SUITE 102 ISELIN NJ 08830 |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION 2970 MARKET ST PHILADELPHIA PA 19104 |
| INTERNAL REVENUE SERVICE | INSOLVENCY SECTION 31 HOPKINS PLZ RM 1150 BALTIMORE MD 21201 |
| IOWA PUBLIC EMPLOYEES RETIREMENT SYSTEM | C/O COHEN MILSTEIN SELLERS & TOLL PLLC 18 PINE ST 14TH FL NEW YORK NY 10005 |
| ISGN FULFILLMENT SERVICES INC | 3220 TILLMAN DRIVE, SUITE 301 BENSALEM PA 19020 |
| JONES DAY | CORINNE BALL, RICHARD L WYNNE & LANCE E MILLER 222 EAST 41ST STREET NEW YORK NY 10017 |
| JONES DAY | CARLE E BLACK 901 LAKESIDE AVE CLEVELAND OH 44114 |
| KASOWITZ, BENSON, TORRES & FRIEDMAN LLP | ANDREW K GLENN, MATTHEW B STEIN, DANIEL A FLIMAN & NII AMAR AMAMOO 1633 BROADWAY NEW YORK NY 10019 |
| KELLEY DRYE & WARREN LLP | JAMES S CARR & ERIC R WILSON 101 PARK AVE NEW YORK NY 10178 |
| KIRKLAND & ELLIS | RICHARD M CIERI 601 LEXINGTON AVE NEW YORK NY 10022 |
| KIRKLAND & ELLIS LLP | ATTN RAY C SCHROCK, RAY C CIERI & STEPHEN E HESSLER 601 LEXINGTON AVE NEW YORK NY 10022-4611 |
| KLESTADT & WINTERS LLP | ATTN TRACY L KLESTADT & JOSEPH C CORNEAU 570 SEVENTH AVE 17TH FL NEW YORK NY 10018 |
| KRAMER LEVIN NAFTALLIS & FRANKEL LLP | KENNETH H ECKSTEIN, THOMAS MOERS MAYER & DOUGLAS H MANNAL 117 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| KURTZMAN CARSON CONSULTANTS | ALISON M. TEARNEN SCHEPPER 2335 ALASKA AVE EL SEGUNDO CA 90245 |
| LEHMAN BROTHERS HOLDINGS INC | 1271 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| LOAN VALUE GROUP | C/O FRANK POLITTA 47 W RIVER RD RUMSON NJ 07660 |
| LOWENSTEIN SANDLER PC | MICHAEL S ETKIN & IRA M LEVEE 65 LIVINGSTON AVE ROSELAND NJ 07068 |
| LOWENSTEIN SANDLER PC | MICHAEL S ETKIN & IRA M LEVEE 1251 AVENUE OF THE AMERICAS 18TH FL NEW YORK NY 10020 |
| M&TCC | 1 M&T PLAZA, 7TH FLOOR BUFFALO NY 14203 |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY | C/O BERNADETTE HARRIGAN 1295 STATE STREET SPRINGFIELD MA 01111-0001 |
| MBIA INSURANCE CORPORATION | ATTN MITCHELL SONKIN 113 KING ST ARMONK NY 10504 |
| MBIA, INC. | C/O CADWALADER, WICKERSHAM & TAFT ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| MCKOOL SMITH | ATTN: PAUL D. MOAK 600 TRAVIS ST., SUITE 7000 HOUSTON TX 77002 |
| MCKOOL SMITH PC | MICHAEL R CARNEY ONE BRYANT PARK 47TH FL NEW YORK NY 10036 |
| MCKOOL SMITH PC | PAUL D MOAK 600 TRAVIS ST., SUITE 7000 HOUSTON TX 77002 |
| MIDWEST OPERATING ENGINEERS PENSION TRUST FUND | C/O COHEN MILSTEIN SELLERS & TOLL PLLC 18 PINE ST 14TH FL NEW YORK NY 10005 |
| MORGAN LEWIS & BOCKIUS LLP | JAMES L GARRITY JR 101 PARK AVE NEW YORK NY 10178-0600 |

| Claim Name | Address Information |
|---|---|
| MORGAN LEWIS & BOCKIUS LLP | MICHAEL S KRAUT 101 PARK AVE NEW YORK NY 10178-0600 |
| MORGAN LEWIS & BOCKIUS LLP | PATRICK D FLEMING 101 PARK AVE NEW YORK NY 10178-0600 |
| MORRISON & FOERSTER LLP | LARREN M NASHELSKY, GARY S LEE & LORENZO MARINUZZI 1290 AVENUE OF THE AMERICAS NEW YORK NY 10104 |
| MORRISON COHEN LLP | JOSEPH T MOLDOVAN ESQ 909 THIRD AVE NEW YORK NY 10022 |
| MUNGER TOLLES & OLSON LLP | SETH GOLDMAN 355 S GRAND AVE LOS ANGELES CA 90071 |
| MUNGER TOLLES & OLSON LLP | THOMAS B WALPER 355 S GRAND AVE LOS ANGELES CA 90071 |
| NATIONAL CREDIT UNION ADMINISTRATION BOARD | C/O SUSMAN GODFREY LLP 1901 AVENUE OF THE STARS, SUITE 950 LOS ANGELES CA 90067-6029 |
| NATIONSTAR MORTGAGE LLC | ATTN: GENERAL COUNSEL 350 HIGHLAND DRIVE LEWISVILLE TX 75067 |
| NEW JERSEY CARPENTERS HEALTH FUND | C/O COHEN MILSTEIN SELLERS & TOLL PLLC 18 PINE ST 14TH FL NEW YORK NY 10005 |
| NEW JERSEY CARPENTERS VACATION FUND | C/O COHEN MILSTEIN SELLERS & TOLL PLLC 18 PINE ST 14TH FL NEW YORK NY 10005 |
| OFFICE OF THE NY STATE ATTORNEY GENERAL | ERIC T SCHNEIDERMAN THE CAPITOL ALBANY NY 12224-0341 |
| OFFICE OF THE US ATTORNEY FOR | THE SOUTHERN DISTRICT OF NY UNITED STATES ATTORNEY PREET BHARARA ONE ST ANDREWS PLAZA NEW YORK NY 10007 |
| ORANGE COUNTY EMPLOYEES RETIREMENT SYSTEM | C/O COHEN MILSTEIN SELLERS & TOLL PLLC 18 PINE ST 14TH FL NEW YORK NY 10005 |
| POLICE AND FIRE RETIREMENT SYSTEM | OF THE CITY OF DETROIT C/O ZWERLING, SCHACHTER & ZWERLING 41 MADISON AVENUE NEW YORK NY 10010 |
| PROSKAUER ROSE LLP | SCOTT K RUTSKY & JARED D ZAJAC ELEVEN TIMES SQUARE NEW YORK NY 10036 |
| QUINN EMANUEL URQUHART & SULLIVAN LLP | SUSHEEL KIRPALANI & SCOTT C SHELLEY 51 MADISON AVE 22ND FL NEW YORK NY 10010 |
| REILLY POZNER LLP | MICHAEL A ROLLIN 1900 16TH ST STE 1700 DENVER CO 80202 |
| RESIDENTIAL CAPITAL LLC | TAMMY HAMZEHPOUR 1100 VIRGINIA DR FT WASHINGTON PA 19034 |
| ROPES & GRAY LLP | D. ROSS MARTIN PRUDENTIAL TOWER 800 BOYLSTON STREET BOSTON MA 02199 |
| ROWEN L DRENNE AS REPRESENTATIVE | FOR THE PLAINTIFFS BRIAN KESSLER ET AL 3725 N INDIANA KANSAS CITY MO 64117 |
| SEALINK FUNDING LIMITED | C/O LABATON SUCHAROW LLP 140 BROADWAY NEW YORK NY 10005 |
| SECRETARY OF STATE | 123 WILLIAM ST NEW YORK NY 10038-3804 |
| SECRETARY OF STATE, DIVISION OF CORPORATIONS | 99 WASHINGTON AVE STE 600 ONE COMMERCE PLZ ALBANY NY 12231-0001 |
| SECURITIES & EXCHANGE COMMISSION | NY REGIONAL OFFICE GEORGE S CANELLOS REGIONAL DIRECTOR 3 WORLD FINANCIAL CENTER STE 400 NEW YORK NY 10281-1022 |
| SECURITIES & EXCHANGE COMMISSION | SECRETARY OF THE TREASURY 100 F ST NE WASHINGTON DC 20549 |
| SEWARD & KISSELL LLP | GREG S BATEMAN ONE BATTERY PARK PLAZA NEW YORK NY 10004 |
| SHEARMAN & STERLING LLP | FREDRIC SOSNICK & SUSAN A FENNESSEY 599 LEXINGTON AVE NEW YORK NY 10022 |
| SIDLEY AUSTIN LLP | LARRY J NYHAN & JESSICA CK BOELTER ONE DEARBORN CHICAGO IL 60603 |
| SKADDEN ARPS SLATE MEAGHER & FLOM LLP | JONATHAN H. HOFER FOUR TIMES SQUARE NEW YORK NY 10036 |
| SKADDEN ARPS SLATE MEAGHER & FLOM LLP | KEN ZIMAN FOUR TIMES SQUARE NEW YORK NY 10036 |
| SKADDEN ARPS SLATE MEAGHER & FLOM LLP | SARAH M WARD FOUR TIMES SQUARE NEW YORK NY 10036 |
| SKADDEN ARPS SLATE MEAGHER & FLOM LLP | SUZANNE D T LOVETT FOUR TIMES SQUARE NEW YORK NY 10036 |
| STEVEN AND RUTH MITCHELL | C/O WALTERS BENDER STROEHBEHN & VAUGHAN, P.C 2500 CITY CENTER SQUARE, 1100 MAIN STREET KANSAS CITY MO 64105 |
| STICHTING PENSIOENFONDS ABP | C/O GRANT & EISENHOFER 123 S. JUSTISON STREET WILMINGTON DE 19801 |
| TALCOTT FRANKLIN P.C. | ATTN: TALCOTT J. FRANKLIN 208 N. MARKET STREET, SUITE 200 DALLAS TX 75202 |
| TCF NATIONAL BANK | JANELLA J MILLER SR VP & SENIOR COUNSEL 200 LAKE ST WAYZATA MN 55391 |
| THE BANK OF NEW YORK MELLON | ASSET-BACKED SECURITIES GROUP 101 BARCLAY ST 4W NEW YORK NY 10286 |
| THE BANK OF NEW YORK MELLON | ATTN ROBERT H MAJOR VICE PRESIDENT 6525 WEST CAMPUS OVAL NEW ALBANY OH 43054 |
| THE CANADA TRUST COMPANY | SUSAN KHOKHER 79 WELLINGTON STREET, WEST, 8TH FLOOR PO BOX 1, TORONTO-DOMINION CENTRE TORONTO ON M5K 1A2 CANADA |
| THE CHARLES SCHWAB CORPORATION | C/O GRAIS & ELLSWORTH LLP 70 EAST 55TH STREET NEW YORK NY 10022 |
| THE UNION CENTRAL LIFE INSURANCE COMPANY | C/O ROBBINS GELLER RUDMAN & DOWD LLP 655 WEST BROADWAY, SUITE 1900 SAN DIEGO CA 92101 |

| Claim Name | Address Information |
|---|---|
| THRIVENT FINANCIAL FOR LUTHERANS | C/O TERESA J. RASMUSSEN 625 FOURTH AVENUE S. MINNEAPOLIS MN 55415-1624 |
| TIFFANY SMITH | C/O SCHROETER GOLDMARK & BENDER 500 CENTRAL BLDG., 810 THIRD AVE. SEATTLE WA 98104 |
| U.S. BANK NATIONAL ASSOCIATION | C/O SEWARD & KISSEL LLP ONE BATTERY PARK PLAZA NEW YORK NY 10004 |
| U.S. BANK NATIONAL ASSOCIATION | ATTN: GEORGE RAYZIS 50 SOUTH 16 TH STREET SUITE 2000 PHILADELPHIA PA 19102 |
| U.S. BANK NATIONAL ASSOCIATION | ATTN: IRINA PALCHUK 60 LIVINGSTON AVENUE EP-MN-WS1D ST. PAUL MN 55107 |
| U.S. BANK NATIONAL ASSOCIATION | MICHELLE MOELLER 60 LIVINGSTON AVE. ST. PAUL MN 55107 |
| U.S. BANK NATIONAL ASSOCIATION | TANVER ASHRAF, CORPORATE TRUST SERVICES WEST SIDE FLATS, EP-MN-WS3D 60 LIVINGSTON AVE. ST. PAUL MN 55107 |
| U.S. BANK NATIONAL ASSOCIATION | ATTN: MAMTA K SCOTT 190 S. LASALLE STREET CHICAGO IL 60603 |
| U.S. DEPARTMENT OF JUSTICE | ATTN: GLENN D. GILLETTE CIVIL DIVISION 1100 L STREET NW, ROOM 10018 WASHINGTON DC 20005 |
| U.S. DEPARTMENT OF JUSTICE | US ATTORNEY GENERAL, ERIC H. HOLDER, JR. 950 PENNSYLVANIA AVE NW WASHINGTON DC 20530-0001 |
| UNITED STATES ATTORNEY'S OFFICE | FOR THE SOUTHERN DISTRICT OF NEW YORK CIVIL DIVISION, ATTN JOSEPH CORDARO 86 CHAMBERS ST 3RD FL NEW YORK NY 10007 |
| US TRUSTEE FOR THE SOUTHERN DISTRICT OF NY | TRACY HOPE DAVIS, LINDA A. RIFFKIN AND BRIAN S. MASUMOTO 33 WHITEHALL ST 21ST FL, REGION 2 NEW YORK NY 10004 |
| WELLS FARGO & COMPANY | WF 8113, P.O. BOX 1450 MINNEAPOLIS MN 55485 |
| WELLS FARGO BANK NA | ATTN CORP TRUST SERVICES - GMACM HOME EQUITY NOTES 2004 VARIABLE FUNDING TRUST PO BOX 98 COLUMBIA MD 21046 |
| WELLS FARGO BANK NA | C/O ALSTON & BIRD LLP 101 SOUTH TRYON ST STE 4000 CHARLOTTE NC 28280-4000 |
| WELLS FARGO BANK, N.A. | KELLY RENTZ CORPORATE TRUST SERVICES 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| WENDY ALISON NORA | 210 SECOND ST NE MINNEAPOLIS MN 55413 |
| WEST VIRGINIA INVESTMENT MANAGEMENT BOARD | C/O CRAIG SLAUGHTER 500 VIRGINIA STREET EAST, SUITE 200 CHARLESTON WV 25301 |
| WESTERN & SOUTHERN | C/O WOLLMUTH MAHER & DEUTSCH LLP 500 FIFTH AVENUE NEW YORK NY 10110 |
| WHITE & CASE LLP | ATTN: GERARD UZZI 1155 AVENUE OF THE AMERICAS NEW YORK NY 10036-2787 |
| WILMINGTON TRUST | JENNIFER WILLIAMS 1100 N. MARKET ST. WILMINGTON DE 19801 |
| WILMINGTON TRUST NA | JULIE J BECKER VICE PRESIDENT 50 SOUTH SIXTH ST STE 1290 MINNEAPOLIS MN 55402-1544 |
| WINSTON & STRAWN LLP | ATTN: DAVID NEIER 200 PARK AVENUE NEW YORK NY 10166 |

**Total Creditor count  140**

MCKOOL SMITH
Attorneys for Freddie Mac
600 Travis Street
Suite 7000
Houston, TX 77002
BY: PAUL D. MOAK, ESQ.

SHEARMAN & STERLING LLP
Attorneys for Citibank, N.A.
599 Lexington Avenue
New York, NY 10022
FREDRIC SOSNICK, ESQ.

LOWENSTEIN SANDLER PC
Attorneys for New Jersey Carpenters Health Fund
1251 Avenue of the Americas
New York, NY 10020
BY: MICHAEL S. ETKIN, ESQ.

# EXHIBIT B

# Email List

accesslegalservices@gmail.com
aglenn@kasowitz.com
alicia.borys@barclays.com
askdoj@usdoj.gov
awalter@wbsvlaw.com
bateman@sewkis.com
bbressler@schnader.com
bdeutsch@schnader.com
bill.macurda@alston.com
bill.macurda@alston.com
bobbie.theivakumaran@citi.com
catherine_lasher@fanniemae.com
cball@jonesday.com
cball@jonesday.com
ceblack@jonesday.com
courtney.lowman@ally.com
danbrockett@quinnemanuel.com
das@sewkis.com
dloeser@kellerrohrback.com
dloeser@kellerrohrback.com
dloeser@kellerrohrback.com
dneier@winston.com
dneier@winston.com
dwollmuth@wmd-law.com
eciolko@ktmc.com
frank@loanvaluegroup.com
fsosnick@shearman.com
generalcounsel@fhfa.org
george.rayzis@usbank.com
gjarvis@gelaw.com
gjarvis@gelaw.com
glenn.gillett@usdoj.gov
glenn.siegel@dechert.com
gregory.petrick@cwt.com
gregory.petrick@cwt.com
guzzi@whitecase.com
hector.gonzalez@dechert.com
heidifurlong@siegelbrill.com
info@emortgagelogic.com
info@sgb-law.com
irina.palchuk@usbank.com

jbernstein@labaton.com
jeff.brown@gmacfs.com
jgarrity@morganlewis.com
jhaake@wbsvlaw.com
jhofer@skadden.com
jlaitman@cohenmilstein.com
jlaitman@cohenmilstein.com
jlaitman@cohenmilstein.com
jlaitman@cohenmilstein.com
jlaitman@cohenmilstein.com
jlaitman@cohenmilstein.com
jlaitman@cohenmilstein.com
jmiller@tcfbank.com
jmoldovan@morrisoncohen.com
joe.salama@db.com
john.stern@texasattorneygeneral.gov
john_s_forlines@fanniemae.com
joseph.cordaro@usdoj.com
jwilliams@wilmingtontrust.com
kapil.chopra@aegisglobal.com
kdwbankruptcydepartment@kelleydrye.com
keckstein@kramerlevin.com
kelly.j.rentz@wellsfargo.com
kelvin.vargas@db.com
ken.ziman@skadden.com
kenton_hambrick@freddiemac.com
kit.weitnauer@alston.com
kpatrick@gibbsbruns.com
lnashelsky@mofo.com
lnyhan@sidley.com
lpulford@corelogic.com
mamta.scott@usbank.com
mark.ellenberg@cwt.com
marty.bunin@alston.com
mcarney@mckoolsmith.com
metkin@lowenstein.com
metkin@lowenstein.com
michelle.moeller@usbank.com
mkraut@morganlewis.com
mrollin@rplaw.com
msd@dcglaw.com
mseltzer@susmangodfrey.com
myanney@assuredguaranty.com

| | |
|---|---|
| nancy.lord@oag.state.ny.us | clometti@cohenmilstein.com |
| paul_mullings@freddiemac.com | cschreiber@winston.com |
| pfleming@morganlewis.com | dmannal@kramerlevin.com |
| pmoak@mckoolsmith.com | esoriano@wilmingtontrust.com |
| pmoak@mckoolsmith.com | hector.gonzalez@dechert.com |
| prforlenza@pbwt.com | ilevee@lowenstein.com |
| rajan@indecomm.net | ilevee@lowenstein.com |
| ray.schrock@kirkland.com | ingrid.bagby@cwt.com |
| rescapinfo@kccllc.com | jboelter@sidley.com |
| richard.cieri@kirkland.com | jcorneau@klestadt.com |
| roblin@williamslaw.com | jzajac@proskauer.com |
| rosa.mendez@db.com | kathryn.thorpe@td.com |
| ross.martin@ropesgray.com | malbaiady@corelogic.com |
| rzwerling@zsz.com | mstein@kasowitz.com |
| sarah.stout@bnymellon.com | neal.mann@oag.state.ny.us |
| sarah.ward@skadden.com | nikolay.kodes@skadden.com |
| scott.slifer@isgn.com | patrick.kerner@barclays.com |
| secbankruptcy@sec.gov | rbarkasy@schnader.com |
| secbankruptcy@sec.gov | richard.cieri@kirkland.com |
| seth.goldman@mto.com | rlwynne@jonesday.com |
| srutsky@proskauer.com | scottshelley@quinnemanuel.com |
| stevep@rgrdlaw.com | sfennessey@shearman.com |
| susan.khokher@td.com | william.hao@alston.com |
| susanne.larson@irs.gov | adam.parkin@tdsecurities.com |
| susheelkirpalani@quinnemanuel.com | brian.masumoto@usdoj.gov |
| suzanne.lovett@skadden.com | lmarinuzzi@mofo.com |
| tal@talcottfranklin.com | michael.spataro@bnymellon.com |
| tammy.hamzehpour@ally.com | sharon.squillario@wellsfargo.com |
| tanveer.ashraf@usbank.com | almoskowitz@winston.com |
| thomas.walper@mto.com | bmyrick@sidley.com |
| tklestadt@klestadt.com | brian.greer@dechert.com |
| tlallier@foleymansfield.com | dfliman@kasowitz.com |
| tom.houghton@ally.com | jpaget@hunton.com |
| tracy.davis2@usdoj.gov | lemiller@jonesday.com |
| westchesterlegal@aol.com | meisenkraft@cohenmilstein.com |
| xrausloanops5@barclays.com | stephen.hessler@kirkland.com |
| glee@mofo.com | christopher.stevens@tdsecurities.com |
| jennifer.provenzano@bnymellon.com | mageshwaran.ramasamy@bnymellon.com |
| linda.riffkin@usdoj.gov | drehns@cohenmilstein.com |
| nichlaus.m.ross@wellsfargo.com | mauricio.espana@dechert.com |
| william.b.solomon@ally.com | namamoo@kasowitz.com |
| balaji.v@indecomm.net | projectrodeo@kirkland.com |
| bankruptcy@morrisoncohen.com | krehns@cohenmilstein.com |

william.b.solomon@ally.com
timothy.devine@ally.com

12-12020-mg    Doc 247    Filed 06/07/12    Entered 06/07/12 13:10:03    Main Document
Pg 12 of 13

**Email Adds**

pmoak@mckoolsmith.com
fsosnick@shearman.com
metkin@lowenstein.com