BARNES & THORNBURG LLP
David M. Powlen
1000 North West Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 888-4536
Facsimile: (302) 888-0246
Email: david.powlen@btlaw.com

*Attorneys for USAA Federal Savings Bank*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| **RESIDENTIAL CAPITAL, LLC,** *et al.*[1], | : | Case No. 12-12020 (MG) |
| | : | |
| **Debtors.** | : | Jointly Administered |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE**
**OF ALL NOTICES, DOCUMENTS AND PLEADINGS**

PLEASE TAKE NOTICE that David M. Powlen, attorney at Barnes & Thornburg LLP, hereby enters his appearance in the above-captioned cases (the "**Chapter 11 Cases**") as counsel for USAA Federal Savings Bank ("**USAA**"), and requests, pursuant to Rules 2002, 9007, and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") and sections

---

[1] The Debtors are: Ditech, LLC; DOA Holding Properties, LLC; DOA Holdings NoteCo, LLC; DOA Properties IX (Lots-Other), LLC; EPRE LLC; Equity Investment I, LLC; ETS of Virginia, Inc.; ETS of Washington, Inc.; Executive Trustee Services, LLC; GMAC Model Home Finance I, LLC; GMAC Mortgage USA Corporation; GMAC Mortgage, LLC; GMAC Residential Holding Company, LLC; GMACM Borrower LLC; GMACR Mortgage Products, LLC; GMAC-RFC Holding Company, LLC; GMACRH Settlement Services, LLC; HFN REO SUB II, LLC; Home Connects Lending Services, LLC; Homecomings Financial, LLC; Homecomings Financial Real Estate Holdings, LLC; Ladue Associates, Inc.; Passive Asset Transactions, LLC; PATI A, LLC; PATI B, LLC; PATI Real Estate Holdings, LLC; RAHI A, LLC; RAHI B, LLC; RAHI Real Estate Holdings, LLC; RCSFJV2004, LLC; Residential Accredit Loans, Inc.; Residential Asset Mortgage Products, Inc.; Residential Asset Securities Corporation; Residential Capital, LLC; Residential Consumer Services of Alabama, LLC; Residential Consumer Services of Ohio, LLC; Residential Consumer Services of Texas, LLC; Residential Consumer Services, LLC; Residential Funding Company, LLC; Residential Funding Mortgage Exchange, LLC; Residential Funding Mortgage Securities I, Inc.; Residential Funding Mortgage Securities II, Inc.; Residential Funding Real Estate Holdings, LLC; Residential Mortgage Real Estate Holdings, LLC; RFC Asset Holdings II, LLC; RFC Asset Management, LLC; RFC Borrower LLC; RFC Construction Funding, LLC; RFC SFJV-2002, LLC; and RFC-GSAP Servicer Advance, LLC.

342 and 1109(b) of title 11 of the United States Code (the "**Bankruptcy Code**"), that copies of all notices, documents, papers and pleadings (other than proofs of claim) filed in the Chapter 11 Cases be given to and served upon the following:

> David M. Powlen
> **BARNES & THORNBURG LLP**
> 1000 North West Street, Suite 1200
> Wilmington, Delaware 19801
> Telephone:  (302) 888-4536
> Facsimile:  (302) 888-0246
> Email:  david.powlen@btlaw.com

PLEASE TAKE FURTHER NOTICE that pursuant to Bankruptcy Code section 1109(b), the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any notice, application, motion, petition, pleading, request, complaint or demand (other than proofs of claim), whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, facsimile transmission, e-mail or otherwise filed or made with respect to the Chapter 11 Cases and proceedings therein.

PLEASE TAKE FURTHER NOTICE that neither this *Notice of Appearance and Request for Service of all Notices, Documents and Pleadings*, nor any subsequent appearance, pleading, proof of claim or other writing or conduct shall constitute a waiver of any of USAA's (a) rights to have any and all final orders in any and all non-core matters entered only after *de novo* review by a United States District Court; (b) rights to trial by jury in any proceeding as to any and all matters so triable; (c) rights to have the reference in this matter withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and (d) other rights, claims, defenses, setoffs, or other matters.  All such rights are hereby reserved and preserved by USAA without exemption and with no purpose of confessing or conceding

jurisdiction in any way by this filing or by any other participation in the Chapter 11 Cases.  Nor shall this *Notice of Appearance and Request for Service of all Notices, Documents and Pleadings* be deemed to constitute consent to electronic service of any pleading or papers for which mailed or personal service is required under the applicable Bankruptcy Rules or Federal Rules of Civil Procedure.

Dated: June 7, 2012

*/s/ David M. Powlen*
David M. Powlen
BARNES & THORNBURG LLP
1000 North West Street, Suite 1200
Wilmington, Delaware 19801
Telephone:  (302) 888-4536
Facsimile:  (302) 888-0246
Email:  david.powlen@btlaw.com

*Attorneys for USAA Federal Savings Bank*

INDS01 1340490v1