MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, California 90071
Telephone:   (213) 683-9100
Facsimile:   (213) 687-3702
Thomas B. Walper (Admitted *Pro Hac Vice*)
Seth Goldman (Admitted *Pro Hac Vice*)
Bradley R. Schneider (*Pro Hac Vice*)

*Counsel for Berkshire Hathaway Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br>RESIDENTIAL CAPITAL, LLC, et al.,<br>Debtors. | Case No. 12-12020 (MG)<br>Chapter 11<br>Jointly Administered |

**SUPPLEMENTAL DECLARATION OF R. TED WESCHLER IN SUPPORT OF THE MOTION OF BERKSHIRE HATHAWAY INC. FOR THE APPOINTMENT OF AN EXAMINER PURSUANT TO 11 U.S.C. § 1104(c)**

I, R. Ted Weschler, pursuant to 28 U.S.C. § 1746 and Local Bankruptcy Rule 9077, hereby declare that the following is true to the best of my knowledge, information and belief:

1. I have been an investment manager at Berkshire Hathaway Inc. ("Berkshire") since January 2012. I have personal knowledge of the matters set forth herein and, if called as a witness, would testify competently thereto.

2. On June 4, 2012, I submitted a declaration in support of Berkshire's Motion to Appoint an Examiner. I have been informed that on June 5 and 6, 2012,

17652387.1

Berkshire executed trades and sold its holdings of unsecured bonds issued by Residential Capital, LLC ("ResCap").

3. As of the date of this declaration, Berkshire holds in excess of $900 million of junior secured bonds issued by ResCap, representing in excess of 40% of the total outstanding junior secured bonds of ResCap.

I declare under penalty of perjury that the preceding statements are true and correct.

Dated: Charlottesville, Virginia

  June 7, 2012      By: _____
                 R. Ted Weschler

17652387.1