**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**


| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| | § | **CASE NO.  12-12020** |
| **RESIDENTIAL CAPITAL, LLC,** | § | |
| | § | |
| | § | |
| **DEBTOR** | § | **CHAPTER 11** |
| | § | |

---

**NOTICE OF REQUEST**
**FOR SERVICE OF NOTICES AND PLEADINGS**


PLEASE TAKE NOTICE that the undersigned hereby enters a request for notice on behalf of **Cameron County**, secured creditor(s) in the above-referenced proceeding.  The undersigned hereby requests notice and copies of all motions, notices, reports, briefs, applications, adversary proceedings, proposed orders, confirmed copies of orders, any proposed disclosure statement or plan of reorganization that has been filed with the court, any additional documents or instruments filed in the above-referenced proceeding and any other matter in which notice is required pursuant to 11 U.S.C § 1109(b), Bankruptcy Rule 2002(a) and (b), and 9013 of the Federal Rules of Bankruptcy Procedure.

Copies should be mailed to the secured creditors in care of the undersigned at the address set forth below.

Respectfully Submitted,

LINEBARGER GOGGAN
BLAIR & SAMPSON, LLP
P.O. Box 17428
Austin, Texas 78760
(512) 447-6675 (Telephone)
(512) 443-5114 (Facsimile)

By: */s/ Diane W. Sanders*
    DIANE W. SANDERS
    State Bar No. 16415500

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been this date served electronically to the parties listed below.

Larren M. Nashelsky
1290 Avenue Of The Americas
New York, NY 10104

New York (s) Trustee
33 Whitehall Street 21st Floor
New York, NY 10004

Dated this 8th day of June, 2012.

/s/ Diane W. Sanders
    DIANE W. SANDERS

2

{debtor attorney address}

**RE:    See Attachment**

{trustee address}


**RE:    See Attachment**