PREET BHARARA
United States Attorney for the
Southern District of New York
By: JOSEPH N. CORDARO
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone: (212) 637-2745
Facsimile: (212) 637-2686
E-mail: joseph.cordaro@usdoj.gov

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| RESIDENTIAL CAPITAL, LLC, *et al.*, | Case No. 12-12020 (MG) |
| Debtors. | Jointly Administered |

**CERTIFICATE OF SERVICE**

      I, Joseph N. Cordaro, Assistant United States Attorney for the Southern District of New York, hereby certify that on June 5, 2012, in addition to service via ECF, I caused true copies of the foregoing Statement of the United States of America on Behalf of the Government National Mortgage Association Concerning Debtors' Motions to Authorize Continued Origination and Servicing Activities (Docket Nos. 44 and 57) to be served on the following persons:

**By Federal Express**

Tracy Hope Davis, Esq.
Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004

**By Electronic Mail and First Class Mail**

Office of the New York State Attorney General
The Capitol
Albany, NY 12224-0341
Attn:   Nancy Lord, Esq.
           Neal Mann, Esq.
Email: Nancy.Lord@OAG.State.NY.US, Neal.Mann@OAG.State.NY.US

Residential Capital, LLC
1177 Avenue of the Americas
New York, NY 10036
Attn: Tammy Hamzehpour
Email: Tammy.Hamzehpour@gmacrescap.com


Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104
`    Attn:   Larren Nashelskly, Esq.
            Gary S. Lee, Esq.
            Lorenzo Marinuzzi, Esq.
Email: LNashelskly@mofo.com, Glee@mofo.com, LMarinuzzi@mofo.com


Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
Attn:   Ken Eckstein
        Doug Mannal
Email: keckstein@kramerlevin.com, dmannal@kramerlevin.com


Citibank N.A.
390 Greenwich Street, 6th Floor
New York, NY 10013
Attn: Bobbie Theivakurnaran
Email: bobbie.theivakurnaran@citi.com


Fannie Mae
3900 Wisconsin Avenue NW
Mail Stop 8H-504
Washington DC 20016
Attn: Vice President, Credit Management, John S. Forlines
Email: john_s_forlines@fanniemae.com

Kirkland & Ellis
601 Lexington Avenue
New York, NY 10022
Attn:   Ray C. Schrock
        Richard M. Cieri
Email: richard.cieri@kirkland.com, stephen.hessler@kirkland.com,
        projectrodeo@kirkland.com, william.b.solomon@ally.com,
        timothy.devine@ally.com


Deutsche Bank Trust Company Americas
25 DeForest Avenue
Summit, NJ 07901
Attn: Kevin Vargas
Email: kevin.vargas@db.com


U.S. Bank National Association
50 South 16th Street, Suite 2000
Philadelphia, PA 19102
Attn: George Rayzis
Email: george.rayzis@usbank.com


U.S. Bank National Association
60 Livingston Avenue
EP-MN-WS1D
St. Paul, MN 55107
Attn: Irina Palchuk
Email: irinia.palchuk@usbank.com


Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178
Attn:   James S. Carr
        Eric R. Wilson
Email: kdwbankruptcydepartment@kelleydrye.com


Skadden Arps Slate Meagher & Flom LLP
Four Times Square
New York, NY 10036
Attn:   Jonathan H. Hofer
        Ken Ziman
Email: jhofer@skadden.com, kziman@skadden.com

Sidley Austin LLP
One Dearborn
Chicago, IL 60603
Attn:   Larry J. Nyhan
        Jessica C.K. Boelter
Email: lnyhan@sidley.com, jboelter@sidley.com, bmyrick@sidley.com


Securities and Exchange Commission, New York Regional Office
3 World Financial Center, Suite 400
New York, NY 10281-1022
Attn: George S. Canellos, Regional Director
Email: newyork@sec.gov


**By First Class Mail**

The Bank of New York Mellon
Asset Backed Securities Group
101 Barclay Street 4W
New York, NY 10286


Wells Fargo Bank, N.A.
P.O. Box 98
Columbia, MD 21046
Attn:   Corporate Trust Services,
        GMACM Home Equity Notes 2004 Viable Funding Trust


Nationstar Mortgage LLC
350 Highland Drive
Lewisville, TX 75067
Attn: General Counsel


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Dated:  New York, New York
        June 8, 2012

                                            /s/ Joseph N. Cordaro
                                          JOSEPH N. CORDARO
                                          Assistant United States Attorney