**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
|                                          | :  |                          |
|------------------------------------------|----|--------------------------|
| In re                                    | :  | Chapter 11               |
|                                          | :  |                          |
| **RESIDENTIAL CAPITAL, LLC, et al.,** [1]| :  | Case No. 12-12020 (MG)   |
|                                          | :  |                          |
|                                          | :  |                          |
|                                          | :  | (Jointly Administered)   |
|                         Debtors.         | :  |                          |

---------------------------------------------------------------x

### AFFIDAVIT OF PUBLICATION RE IMPORTANT INFORMATION REGARDING YOUR HOME EQUITY LINE OF CREDIT IN THE WALL STREET JOURNAL AND USA TODAY

This Affidavit of Publication includes the sworn statements verifying that Important Information Regarding Your Home Equity Line of Credit was published and incorporated by reference herein as follows:

1. In *The Wall Street Journal* on June 4, 2012, attached hereto as **Exhibit A**;

2. In *USA Today* on June 4, 2012 attached hereto as **Exhibit B**.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Residential Capital, LLC (0738); ditech, LLC (7228); DOA Holding Properties, LLC (4257); DOA Properties IX (Lots-Other), LLC (3274); EPRE LLC (7974); Equity Investment I, LLC (2797); ETS of Virginia, Inc. (1445); ETS of Washington, Inc. (0665); Executive Trustee Services, LLC (8943); GMAC Model Home Finance I, LLC (8469); GMAC Mortgage USA Corporation (6930); GMAC Mortgage, LLC (4840); GMAC Residential Holding Company, LLC (2190); GMAC RH Settlement Services, LLC (6156); GMACM Borrower LLC (4887); GMACM REO LLC (2043); GMACR Mortgage Products, LLC (6369); GMAC-RFC Holding Company, LLC (3763); HFN REO Sub II, LLC (N/A); Home Connects Lending Services, LLC (9412); Homecomings Financial Real Estate Holdings, LLC (6869); Homecomings Financial, LLC (9458); Ladue Associates, Inc. (3048); Passive Asset Transactions, LLC (4130); PATI A, LLC (2729); PATI B, LLC (2937); PATI Real Estate Holdings, LLC (5201); RAHI A, LLC (3321); RAHI B, LLC (3553); RAHI Real Estate Holdings, LLC (5287); RCSFJV204, LLC (2722); Residential Accredit Loans, Inc. (8240); Residential Asset Mortgage Products, Inc. (5181); Residential Asset Securities Corporation (2653); Residential Consumer Services of Alabama, LLC (5449); Residential Consumer Services of Ohio, LLC (4796); Residential Consumer Services of Texas, LLC (0515); Residential Consumer Services, LLC (2167); Residential Funding Company, LLC (1336); Residential Funding Mortgage Exchange, LLC (4247); Residential Funding Mortgage Securities I, Inc. (6294); Residential Funding Mortgage Securities II, Inc. (8858); Residential Funding Real Estate Holdings, LLC (6505); Residential Mortgage Real Estate Holdings, LLC (7180); RFC Asset Holdings II, LLC (4034); RFC Asset Management, LLC (4678); RFC Borrower LLC (5558); RFC Constructing Funding, LLC (5730); RFC REO LLC (2407); RFC SFJV-2002, LLC (4670); RFC-GSAP Servicer Advance, LLC (0289)

# **<u>Exhibit A</u>**

# AFFIDAVIT

STATE OF TEXAS                )
                              ) ss:
CITY AND COUNTY OF DALLAS)

I, Ken Long, being duly sworn, depose and say that I am the Advertising Clerk of the Publisher

of THE WALL STREET JOURNAL, a daily national newspaper of general circulation throughout

the United States, and that the notice attached to this Affidavit has been regularly

published in THE WALL STREET JOURNAL for National distribution for

1   insertion(s) on the following date(s):

JUN-04-2012;

ADVERTISER: RESIDENTIAL CAPITAL, LLC;

and that the foregoing statements are true and correct to the best of my knowledge.

Sworn to before me this
4   day of   June          2012

_____
Notary Public



ALBERT MARTIN FOX
Notary Public, State of Texas
My Commission Expires
February 15, 2016

## BANKRUPTCIES

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:                                      ) Case No. 12-12020 (MG)
RESIDENTIAL CAPITAL, LLC, et al.,  ) Chapter 11
                    Debtors.           ) Jointly Administered

### IMPORTANT INFORMATION REGARDING YOUR HOME EQUITY LINE OF CREDIT

1. On May 14, 2012 (the "Petition Date"), Residential Capital, LLC ("ResCap") and certain of its affiliates (collectively, the "Debtors") each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

2. On May 23, 2012, the U.S. Bankruptcy Court for the Southern District of New York approved the Debtors' request to issue this notice to you (the "Notice").

3. You are receiving this Notice because you are currently a borrower under a home equity line of credit mortgage loan ("HELOC") with the Debtors. Prior to the Petition Date, the Debtors have been responsible for advancing draws on your HELOC.

4. **Effective as of May 14, 2012, the Debtors will no longer fund any draws on your HELOC. Therefore, you will no longer be able to borrow any funds that may have otherwise been available under your HELOC. Please be further advised that, if you have any pending draw requests under your HELOC, such requests will not be honored.**

5. Please note that if you previously received a communication from the Debtors suspending your credit line availability, any reinstatement rights or process contained in that prior communication are no longer available. Borrowers in the process of reinstatement will be further notified regarding the cessation of their reinstatement rights.

6. Please remember that your existing loan balance remains outstanding and must be repaid in accordance with the terms of your HELOC agreement. You should continue to send your HELOC payments in the same manner and to the same address as you did before receiving this notice.

7. IN THE UPCOMING MONTHS, THE DEBTORS WILL ESTABLISH A BAR DATE FOR THE FILING OF PROOFS OF CLAIM BY CREDITORS. YOU WILL RECEIVE NOTIFICATION OF THE BAR DATE. WE ANTICIPATE THAT NOTIFICATION OF THE BAR DATE WILL BE BOTH PUBLISHED IN NATIONAL NEWSPAPERS, AND OUR CLAIMS AGENT WILL POST THE RELEVANT FILING INFORMATION ON ITS WEBSITE (WWW.KCCLLC.NET/RESCAP). TO THE EXTENT THAT YOU BELIEVE THAT YOU HAVE BEEN DAMAGED BY THE DEBTORS' DECISION CONCERNING YOUR HOME EQUITY LINE OF CREDIT, YOU WILL HAVE AN OPPORTUNITY TO ASSERT A CLAIM AGAINST THE DEBTORS' ESTATES BY FILING A PROOF OF CLAIM. YOU CAN OBTAIN A PROOF OF CLAIM FORM BY GOING TO WWW.NYSB.USCOURTS.GOV AND CLICKING ON THE "FORMS" HYPERLINK ON THE LEFT-HAND COLUMN OF THE WEBSITE. YOU MAY HAVE CLAIMS THAT ARISE UNDER COMMON LAW (I.E., BREACH OF CONTRACT, SETOFF), STATE AND/OR FEDERAL STATUTES. YOU SHOULD CONSULT WITH LEGAL COUNSEL WHEN DECIDING UPON THE PROPER COURSE OF ACTION. IF YOU FAIL TO TIMELY FILE A CLAIM, YOU MAY LOSE YOUR RIGHT TO OBTAIN A RECOVERY FROM THE DEBTORS' ESTATES AND MAY BE BARRED FROM ASSERTING SUCH CLAIM AGAINST THE DEBTORS IN THE FUTURE.

8. If you have any questions regarding this notice or the status of your HELOC, please contact the ResCap HELOC Call Center, at (888) 926-3480 or your servicer at the number provided with your HELOC information. Additional information regarding the Debtors' restructuring can be found online at http://www.kccllc.net/rescap.

Dated: May 24, 2012, New York, New York

# **<u>Exhibit B</u>**



USA TODAY Advertising
7950 Jones Branch Drive • McLean, Virginia 22108



GANNETT

## VERIFICATION OF PUBLICATION

**COMMONWEALTH OF VIRGINIA**
**COUNTY OF FAIRFAX**

Being duly sworn, Toussaint Hutchinson says that he is the principal clerk of USA TODAY, and is duly authorized by USA TODAY to make this affidavit, and is fully acquainted with the facts stated herein: on **Monday, June 4, 2012** the following legal advertisement – **In re: Residential Capital, LLC, et al.**- was published in the national edition of **USA TODAY**.

Principal Clerk of USA TODAY
June 4, 2012

This 4th day of June month 2012 year.

Notary Public



**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF NEW YORK**

In re: RESIDENTIAL CAPITAL, LLC, et al.,  ) Case No. 12-12020 (MG) • Chapter 11
                              Debtors.  ) Jointly Administered

**IMPORTANT INFORMATION REGARDING YOUR HOME EQUITY LINE OF CREDIT**

1. On May 14, 2012 (the "Petition Date"), Residential Capital, LLC ("ResCap") and certain of its affiliates (collectively, the "Debtors") each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

2. On May 23, 2012, the U.S. Bankruptcy Court for the Southern District of New York approved the Debtors' request to issue this notice to you (the "Notice").

3. You are receiving this Notice because you are currently a borrower under a home equity line of credit mortgage loan ("HELOC") with the Debtors. Prior to the Petition Date, the Debtors have been responsible for advancing draws on your HELOC.

4. **Effective as of May 14, 2012, the Debtors will no longer fund any draws on your HELOC. Therefore, you will no longer be able to borrow any funds that may have otherwise been available under your HELOC. Please be further advised that, if you have any pending draw requests under your HELOC, such requests will not be honored.**

5. Please note that if you previously received a communication from the Debtors suspending your credit line availability, any reinstatement rights or process contained in that prior communication are no longer available. Borrowers in the process of reinstatement will be further notified regarding the cessation of their reinstatement rights.

6. Please remember that your existing loan balance remains outstanding and must be repaid in accordance with the terms of your HELOC agreement. You should continue to send your HELOC payments in the same manner and to the same address as you did before receiving this notice.

7. IN THE UPCOMING MONTHS, THE DEBTORS WILL ESTABLISH A BAR DATE FOR THE FILING OF PROOFS OF CLAIM BY CREDITORS. YOU WILL RECEIVE NOTIFICATION OF THE BAR DATE. WE ANTICIPATE THAT NOTIFICATION OF THE BAR DATE WILL BE BOTH PUBLISHED IN NATIONAL NEWSPAPERS, AND OUR CLAIMS AGENT WILL POST THE RELEVANT FILING INFORMATION ON ITS WEBSITE (WWW.KCCLLC.NET/RESCAP). TO THE EXTENT THAT YOU BELIEVE THAT YOU HAVE BEEN DAMAGED BY THE DEBTORS' DECISION CONCERNING YOUR HOME EQUITY LINE OF CREDIT, YOU WILL HAVE AN OPPORTUNITY TO ASSERT A CLAIM AGAINST THE DEBTORS' ESTATES BY FILING A PROOF OF CLAIM. YOU CAN OBTAIN A PROOF OF CLAIM FORM BY GOING TO WWW.NYSB.USCOURTS.GOV AND CLICKING ON THE "FORMS" HYPERLINK ON THE LEFT-HAND COLUMN OF THE WEBSITE. YOU MAY HAVE CLAIMS THAT ARISE UNDER COMMON LAW (I.E., BREACH OF CONTRACT, SETOFF), STATE AND/OR FEDERAL STATUTES. YOU SHOULD CONSULT WITH LEGAL COUNSEL WHEN DECIDING UPON THE PROPER COURSE OF ACTION. IF YOU FAIL TO TIMELY FILE A CLAIM, YOU MAY LOSE YOUR RIGHT TO OBTAIN A RECOVERY FROM THE DEBTORS' ESTATES AND MAY BE BARRED FROM ASSERTING SUCH CLAIM AGAINST THE DEBTORS IN THE FUTURE.

8. If you have any questions regarding this notice or the status of your HELOC, please contact the ResCap HELOC Call Center, at (888) 926-3480 or your servicer at the number provided with your HELOC information. Additional information regarding the Debtors' restructuring can be found online at http://www.kccllc.net/rescap.

Dated: May 24, 2012, New York, New York