MORITT HOCK & HAMROFF LLP
400 Garden City Plaza
Garden City, NY 11530
(516) 873-2000
Leslie A. Berkoff
lberkoff@moritthock.com

Attorneys for Cal-Western Reconveyance Corporation

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:                                                      Chapter 11
                                                            Case No. 12-12020 (MG)
Residential Capital, LLC et al.,                            (Jointly Administered)

                                    Debtors.
-----------------------------------------------------------X

NOTICE OF APPEARANCE AND
DEMAND FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned appears as counsel for Cal-Western Reconveyance Corporation, a creditor and a party in interest, and pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, demands that all notices given or required to be served in this case be given or served, as the case may be, to or upon the undersigned at the Post Office address and telephone and facsimile numbers set forth below.

PLEASE TAKE FURTHER NOTICE that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the rules specified above but also includes, without limitation, orders and notices of any applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail delivery, telephone, telegraph, facsimile transmission, telex or otherwise, which affects the Debtor or the property of the estate.

Dated: June 11, 2012
      Garden City, New York

                            MORITT HOCK & HAMROFF LLP
                            Attorneys for Cal-Western Reconveyance
                            Corporation

                    By:    /s/ Leslie A. Berkoff
                           Leslie Ann Berkoff
                           400 Garden City Plaza
                           Garden City, NY 11530
                           (516) 873-2000 (telephone)
                           (516) 873-2010 (fax)
                           lberkoff@motitthock.com

To:

Residential Capital, LLC
1177 Avenue of the Americas
New York, NY 10036
(Debtor)

Morrison & Foerster LLP
Attn. Anthony Princi, Larren M. Nashelsky,
and Lorenzo Marinuzzi
1290 Avenue of the Americas
New York, NY 10104
(Attorneys for Debtor)

Curtis, Mallet-Prevost, Colt & Mosle LLP
Attn. Steven J. Reisman
101 Park Avenue
New York, NY 10178
(Attorneys for Debtor)

Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004
(United States Trustee)

Kurtzman Carson Consultants
2335 Alaska Ave
El Segundo, CA 90245
(Claims and Noticing Agent)

All Notice of Appearance Parties have also received Notice through this Court's Electronic Filing System (ECF).