MORITT HOCK & HAMROFF LLP
400 Garden City Plaza
Garden City, NY 11530
(516) 873-2000
Leslie A. Berkoff
lberkoff@moritthock.com

Attorneys for Cal-Western Reconveyance Corporation

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:                                              Chapter 11
                                                    Case No. 12-12020 (MG)
Residential Capital, LLC et al.,                    (Jointly Administered)

                              Debtors.
-----------------------------------------------------------X

AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      )ss:
COUNTY OF NASSAU      )

    Harold May, being duly sworn, deposes and says:

    I am not a party to the action, am over 18 years of age and reside in Suffolk County, New York. On the 11th day of June, 2012, I served true copies of the within Notice of Appearance and Demand for Service of Papers by first class mail, in a sealed envelope, with postage prepaid thereon, in an official depository of the U.S. Postal Service within the State of New York, addressed to the last known address(es) of the addressee(s) as indicated below:

To:
Residential Capital, LLC
1177 Avenue of the Americas
New York, NY 10036
(Debtor)

Morrison & Foerster LLP
Attn. Anthony Princi, larren M. Nashelsky,
and Lorenzo Marinuzzi
1290 Avenue of the Americas
New York, NY 10104
(Attorneys for Debtor)

Curtis, Mallet-Prevost, Colt & Mosle LLP
Attn. Steven J. Reisman
101 Park Avenue
New York, NY 10178
(Attorneys for Debtor)

Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004
(United States Trustee)

Kurtzman Carson Consultants
2335 Alaska Ave
El Segundo, CA 90245
(Claims and Noticing Agent)

All Notice of Appearance Parties have also received Notice through this Court's Electronic Filing System (ECF).

/s/ Harold May
Harold May

Sworn to before me this
11th day of June, 2012

/s/ Patricia M. Yates
Patricia M. Yates
Notary Public, State of New York
No. 01YA6077069
Qualified in Nassau County
Commission Expires 7/01/2014