Katherine S. Parker-Lowe
Attorney at Law
35 Miss Elecia Lane, Suite 101
Post Office Box 730
Ocracoke, North Carolina 27960
252-928-1000
Attorney for Rex T. Gilbert, Jr. and Daniela L. Gilbert

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: **Residential Capital, LLC, et.als.**  ) | **Case No.: 1:12-BK-12020(MG)** |
| ) | Chapter 11 |
| Debtors.  ) |  |
| ) | Jointly Administered |

### CERTIFICATE OF SERVICE

Katherine S. Parker-Lowe, being duly sworn, deposes and says:

I am not a party to the action. I am over the age of eighteen years and reside in Ocracoke, North Carolina. I am duly admitted to the bar of the State of North Carolina in good standing.

On June 11, 2012, I caused the following documents to be served via First Class Mail to the parties listed on the Special Service List attached hereto as **Exhibit A** and via Electronic Mail on the Monthly Service List attached hereto as **Exhibit B:**

1. GILBERT MOTION TO DISMISS CHAPTER 11 BANKRUPTCY FOR CAUSE, OR, IN THE ALTERNATIVE, MOTION FOR LIMITED RELIEF FROM THE AUTOMATIC STAY TO ALLOW THE GILBERT LITIGATION NOW PENDING IN THE UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT TO PROCEED IN THE FEDERAL COURTS AND MOTION SEEKING DAMAGES FOR WILLFUL VIOLATION OF THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(H)

2. NOTICE OF HEARING

3. CERTIFICATE OF SERVICE

On behalf of Rex T. Gilbert, Jr. and Daniela L. Gilbert.


Dated: June 11, 2012

    Ocracoke, North Carolina        /s/Katherine S. Parker-Lowe
                                                Katherine S. Parker-Lowe
                                                Attorney for Gilberts
                                                NC State Bar #13318
                                                35 Miss Elecia Lane, Suite 101
                                                Post Office Box 730
                                                Ocracoke, North Carolina 27960
                                                katherine@ocracokelaw.com
                                                252-928-1000