IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| Residential Capital, LLC, et al., | ) | Case No.12-12020 (MG) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that William H. Hoch of the firm Crowe & Dunlevy, P.C. represents Midfirst Bank, a federally chartered savings association ("Midfirst") creditor and a party in interest. Pursuant to Rules 9010, 2002, 3017, 7005, 9007 of the Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and sections 102(1), 342, and 1109(b) of Title 11 of the United States (the "Bankruptcy Code"), Midfirst, by and through counsel requests copies of all notices and pleadings given or filed in these cases be served upon the following:

> William H. Hoch
> CROWE & DUNLEVY, P.C.
> 20 N. Broadway Ave., Ste. 1800
> Oklahoma City, OK  73102
> (405) 235-7700 – Phone
> (405) 239-6651 – Fax
> will.hoch@crowedunlevy.com

PLEASE TAKE FURTHER NOTICE that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the rules specified above but also includes, without limitation, orders and notices of any applications, motions, petitions, pleadings, requests, complaints or demands, whether

formal or informal, whether written or oral and whether transmitted o conveyed by mail delivery, telephone, telegraph, facsimile transmission, telex or otherwise, which affects in any way the Debtors or the property of the Debtors or any of the rights or interests held oR asserted by Midfirst Bank with respect to the Debtors or property of the Debtors.

Dated:  June 11, 2012

Respectfully submitted,

s/ *William H. Hoch*_____
William H. Hoch, OBA #15788
-Of the Firm-
CROWE & DUNLEVY
A Professional Corporation
20 North Broadway, Suite 1800
Oklahoma City, OK 73102-8273
(405) 235-7700
(405) 239-6651 (Facsimile)
will.hoch@crowedunlevy.com
Attorneys for Midfirst Bank

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 11th day of June, 2012, a true and correct copy of the foregoing document was served through ECF notice to all CM/ECF recipients and to the following by U.S. Mail, postage prepaid:

Residential Capital, LLC
1177 Avenue of the Americas
New York, NY 10036
(Debtor)

Morrison & Forester, LLP
Attn: Anthony Princi, Larren M. Nashelsky,
and Lorenzo Marinuzzi
1290 Avenue of the Americas
New York, NY 10104
(Attorneys for the Debtor)

Curtis, Mallet-Prevost, Colt & Mosle LLP
Attn: Steven J. Reisman
101 Park Avenue
New York, NY 10178
(Attorneys for the Debtor)

Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004
(United States Trustee)

Kurtzman Carson Consultants
2335 Alaska Ave
El Segundo, CA 90245
(Claims and Noticing Agent)

                                                 s / *William H. Hoch*
                                                 William H. Hoch