Hearing Date: June 18, 2012 at 10:00 a.m. (prevailing Eastern Time)

WHITE & CASE LLP
1155 Avenue of the Americas
New York, New York 10036-2787
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
Gerard Uzzi (GU - 2297)
J. Christopher Shore (JCS - 6031)
Harrison L. Denman (HD - 1945)

Attorneys for the Ad Hoc Group
of Junior Secured Noteholders

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re | ) ) | Chapter 11 |
| RESIDENTIAL CAPITAL, LLC, et al., | ) ) | Case No. 12-12020 (MG) |
| Debtors. | ) ) ) | (Jointly Administered) |

**LIMITED STATEMENT OF THE AD HOC GROUP OF JUNIOR SECURED NOTEHOLDERS IN CONNECTION WITH THE MOTION OF BERKSHIRE HATHAWAY INC. FOR THE APPOINTMENT OF AN EXAMINER PURSUANT TO 11 U.S.C. § 1104(c)**

TO THE HONORABLE MARTIN GLENN
UNITED STATES BANKRUPTCY JUDGE:

The Ad Hoc Group of Junior Secured Noteholders (the "**Ad Hoc Group**") by and through its undersigned counsel hereby submits this limited statement (the "**Limited Statement**") in connection with the motion dated June 4, 2012 (ECF No. 208) (the "**Motion**") of Berkshire Hathaway Inc. for the appointment of an examiner pursuant to 11 U.S.C. § 1104(c). As and for its Limited Statement, the Ad Hoc Group respectfully states as follows:

NEWYORK 8531544 (2K)

## BACKGROUND

1. The above-captioned debtors (the "**Debtors**") commenced voluntary petitions for relief under chapter 11 of title 11 of the United States Code on May 14, 2012 (the "**Chapter 11 Cases**").

2. The Ad Hoc Group is comprised of members that are holders of those certain 9.625% junior secured guaranteed notes due 2015 (the "**Junior Secured Notes**") issued under that certain indenture dated as of June 6, 2008, holding in the aggregate in excess of $900 million of Junior Secured Notes. On the eve of the commencement of the Chapter 11 Cases, certain holders of the Junior Secured Notes, including certain members of the Ad Hoc Group, entered into that certain Plan and Support Agreement dated May 13, 2012 with the Debtors and Ally Financial Inc.

3. On June 4, 2012, Berkshire filed the Motion with the Court.

## LIMITED STATEMENT

4. The Ad Hoc Group takes no position with respect to whether the appointment of an examiner is necessary or appropriate in these cases at this time. Nonetheless, to the extent that the Court determines to grant the Motion in whole or in part, the Ad Hoc Group may seek to be heard on certain matters regarding the mechanics of the examiner's appointment and the express delineation of his or her duties including, in particular, on matters relating to the scope of investigation and the timing of the issuance of any report related thereto.

Dated: June 11, 2012
       New York, New York

                        Respectfully submitted,

                        WHITE & CASE LLP

                  By: /s/ Gerard Uzzi
                      Gerard Uzzi (GU - 2297)
                      J. Christopher Shore (JCS - 6031)
                      Harrison L. Denman (HD - 1945)
                      1155 Avenue of the Americas
                      New York, New York 10036-2787
                      Telephone: (212) 819-8479
                      Facsimile: (212) 354-8113

                      Attorneys for the Ad Hoc Group
                      of Junior Secured Noteholders