**MORGAN, LEWIS & BOCKIUS LLP**
James L. Garrity, Jr.
John C. Goodchild, III (*pro hac vice* admission pending)
101 Park Avenue
New York, New York 10178-0600
Telephone: (212) 309-6000
Facsimile: (212) 309-6001

*Counsel to Deutsche Bank National Trust Company*
*and Deutsche Bank Trust Company Americas,*
*as Trustees of Certain Mortgage Backed Securities Trusts*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, *et al.*, | Chapter 11 |
| Debtors. | Jointly Administered |

**AFFIDAVIT OF JAMES L. GARRITY, JR. IN SUPPORT OF THE LIMITED OBJECTIONS OF CERTAIN TRUSTEES FOR RESIDENTIAL MORTGAGE BACKED SECURITIES TRUSTS TO THE DEBTORS' SALE MOTION AND POSTPETITION FINANCING MOTIONS**

**James L. Garrity, Jr.**, being duly sworn according to law, upon his oath deposes and says:

1. I am an attorney at law, duly licensed to practice before the courts of the State of New York, and I am a partner in the law firm of Morgan, Lewis & Bockius LLP ("Morgan Lewis"), which is counsel to Deutsche Bank National Trust Company and Deutsche Bank Trust Company Americas, as Trustees of Certain Mortgage Backed Securities Trusts. I submit this affidavit in support of the (i) *Limited Objection of Certain Trustees to the Debtors' Motion, inter alia, for Orders (I)(A) Authorizing and Approving Sale Procedures, Including Break-Up Fee and Expenses Reimbursement; (II) Scheduling Bid Deadline and Sale Hearing; (III) Approving Form and Manner of Notice Thereof; and (IV) Granting Related Relief and (B)(I) Authorizing the Sale of Certain*

DB2/ 23236554.2

*Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (II) Authorizing and Approving Asset Purchase Agreements Thereto; (III) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto; and (IV) Granting Related Relief*; and (ii) *Limited Objection of Certain Trustees for Residential Mortgage Backed Securities Trusts to the Debtors' Postpetition Financing Motions* (collectively, the "**Objections**").

2. All of the facts herein are based on my personal knowledge, or on information and belief, including those formed based upon discussions with co-counsel as well as a review of the relevant documents.

3. Attached hereto as <u>Exhibit A-1</u> is a true and correct copy of PSA Exemplar 1 (as defined in the Objections).

4. Attached hereto as <u>Exhibit A-2</u> is a true and correct copy of PSA Exemplar 2 (as defined in the Objections)

5. Attached hereto as <u>Exhibit B</u> is a true and correct copy of the Transcript of Motion Hearing, *In re American Safety Razor Co., LLC*, No. 10-12351 (Bankr. D. Del. Sept. 30, 2010), ECF No. 318.

The foregoing facts are true and correct to the best of my information, knowledge and belief.

*/s/ James L. Garrity, Jr.*
James L. Garrity, Jr.

Sworn to and subscribed to before
me on this 11th day of June, 2012.

*/s/ Ann B. Silva*
Notary Public
My Commission Expires: 2015

ANN B. SILVA
Notary Public, State of New York
No. 41-4735879
Qualified in Queens County
Commission Expires May 31, 2015