BARNES & THORNBURG LLP
David M. Powlen
1000 North West Street, Suite 1200
Wilmington, Delaware 19801
Telephone:  (302) 888-4536
Facsimile:  (302) 888-0246
Email:  david.powlen@btlaw.com

*Attorneys for USAA Federal Savings Bank*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| **RESIDENTIAL CAPITAL, LLC,** *et al.*[1]**,** | : | **Case No. 12-12020 (MG)** |
| **Debtors.** | : | **Jointly Administered** |

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on the 7th day of June, 2012, a copy of the *Notice of Appearance and Request for Service of all Notices, Documents and Pleadings* for attorney David M. Powlen (the "**Appearance**") [Dkt. 249] was served by placing same in the United States Mail, postage prepaid, addressed to (1) counsel for the Debtors, (2) the Debtors'

---

[1] The Debtors are: Ditech, LLC; DOA Holding Properties, LLC; DOA Holdings NoteCo, LLC; DOA Properties IX (Lots-Other), LLC; EPRE LLC; Equity Investment I, LLC; ETS of Virginia, Inc.; ETS of Washington, Inc.; Executive Trustee Services, LLC; GMAC Model Home Finance I, LLC; GMAC Mortgage USA Corporation; GMAC Mortgage, LLC; GMAC Residential Holding Company, LLC; GMACM Borrower LLC; GMACR Mortgage Products, LLC; GMAC-RFC Holding Company, LLC; GMACRH Settlement Services, LLC; HFN REO SUB II, LLC; Home Connects Lending Services, LLC; Homecomings Financial, LLC; Homecomings Financial Real Estate Holdings, LLC; Ladue Associates, Inc.; Passive Asset Transactions, LLC; PATI A, LLC; PATI B, LLC; PATI Real Estate Holdings, LLC; RAHI A, LLC; RAHI B, LLC; RAHI Real Estate Holdings, LLC; RCSFJV2004, LLC; Residential Accredit Loans, Inc.; Residential Asset Mortgage Products, Inc.; Residential Asset Securities Corporation; Residential Capital, LLC; Residential Consumer Services of Alabama, LLC; Residential Consumer Services of Ohio, LLC; Residential Consumer Services of Texas, LLC; Residential Consumer Services, LLC; Residential Funding Company, LLC; Residential Funding Mortgage Exchange, LLC; Residential Funding Mortgage Securities I, Inc.; Residential Funding Mortgage Securities II, Inc.; Residential Funding Real Estate Holdings, LLC; Residential Mortgage Real Estate Holdings, LLC; RFC Asset Holdings II, LLC; RFC Asset Management, LLC; RFC Borrower LLC; RFC Construction Funding, LLC; RFC SFJV-2002, LLC; and RFC-GSAP Servicer Advance, LLC.

- 2 -

claims and noticing agent, Kurtzman Carson Consultants, LLC, and (3) all other parties on the Special Service List filed in the above-referenced cases on May 30, 2012.  Also, a copy of the Appearance was transmitted via e-mail to all parties on the Special Service List filed in the above-referenced cases on May 30, 2012.

June 11, 2012

                                       */s/ David M. Powlen*_____
David M. Powlen
BARNES & THORNBURG LLP
1000 North West Street, Suite 1200
Wilmington, Delaware 19801
Telephone:  (302) 888-4536
Facsimile:  (302) 888-0246
Email:  david.powlen@btlaw.com

*Attorneys for USAA Federal Savings Bank*