Hearing Date: July 10, 2012 at 10:00am

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____
                                                          )
In re: **Residential Capital, LLC, et.als.**    )    Case No.: 1:12-BK-12020(MG)
                                                          )    Chapter 11
                                    Debtors.    )
_____)    Jointly Administered


**ORDER MODIFYING THE AUTOMATIC STAY
TO PERMIT THE GILBERT LITIGATION TO PROCEED IN
THE UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT**

Upon the motion (the "Motion") made by the Gilberts, for entry of an order, pursuant to §362(d)(1) of Title 11 of the United States Code (the "Bankruptcy Code"), modifying the automatic stay to permit the Gilbert Litigation to proceed in the United States Court of Appeals for the Fourth Circuit;

AND notice of the Motion having been served upon (a) the Debtors and their counsel, (b) counsel to the Committee, (c) the Office of the United States Trustee for the Southern District of New York, (d) the Office of the United States Attorney General, (e) the Office of the New York Attorney General, (f) the Office of the United States Attorney for the Southern District of New York, (g) each of the Debtors' prepetition lenders, or their agents, (h) each of the indenture trustees for the Debtors' outstanding notes issuances, (i) counsel to Ally Financial Inc., (j) counsel to the administrative agent for the Debtors' providers of debtor in possession financing, (k) Nationstar Mortgage LLC and its counsel, (l) the Internal Revenue Service, (m) the Securities and Exchange Commission, (n) each entity that has an ownership interest in or a lien or encumbrance on any of the Mortgages, and (o) those parties who filed a request for notice in the Debtors' cases, as set forth on the affidavit of service of the Motion heretofore filed with this Court, which notice is good and sufficient notice of the relief requested in the Motion under the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court and this Court's *Order Under Bankruptcy*

*Code Sections 102(1), 105(A) And 105(D), Bankruptcy Rules 1015(C), 2002(M) and 9007 and Local Bankruptcy Rule 2002-2 Establishing Certain Notice, Case Management and Administrative Procedures* dated May 23, 2012 (ECF Dkt. #141];

AND the Court having reviewed the Motion; and a hearing on the Motion having been held on July __, 2012 (the "Hearing"); and no objections to the Motion having been filed; AND the Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and after due consideration of the Motion and upon the record of the Hearing; and sufficient cause appearing therefore, it is hereby

**ORDERED**, that the Motion is granted as set forth herein; and it is further

**ORDERED**, that the automatic stay is hereby lifted solely to permit the Gilbert Litigation proceed in the United States Court of Appeals for the Fourth Circuit; and it is further

**ORDERED**, that the Gilberts do not waive any claims they have against the Debtor for sums due and owing as a result of the Gilbert Litigation, which are expressly preserved in full.

**ORDERED,** that the Gilberts are awarded costs and attorney's in the amount of $_____ .

Dated: July __, 2012

_____
UNITED STATES BANKRUPTCY JUDGE