MUNGER, TOLLES & OLSON LLP
355  South Grand Avenue, 35th Floor
Los Angeles, California 90071
Telephone:     (213) 683-9100
Facsimile:     (213) 687-3702
Thomas B. Walper (Pro Hac Vice)
Seth Goldman (Pro Hac Vice)
Bradley Schneider (Pro Hac Vice)

*Counsel for Berkshire Hathaway Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re:<br><br>RESIDENTIAL CAPITAL, LLC, et al.,<br><br>        Debtors. | CASE NO.  12-12020 (MG)<br><br>Chapter 11<br><br>Jointly Administered |

**AFFIDAVIT OF SERVICE**

Bradley R. Schneider, being duly sworn, deposes and says:

I am not a party to the action.  I am over the age of eighteen years and reside in

Los Angeles, California.  I am duly admitted to the bar of the State of California in good

standing.

On or before June 11, 2012, at my direction and under my supervision, employees

of Munger, Tolles & Olson LLP caused the following documents to be served via

Facsimile on all the parties listed in the attached **Exhibit A** and via Electronic Mail on

the attached **Exhibit B**:

OBJECTION OF BERKSHIRE HATHAWAY INC. TO DEBTORS' MOTION
PURSUANT TO 11 U.S.C. §§ 105, 363(b), (f), AND (m), 365 AND 1123, AND FED. R.
BANKR. P. 2002, 6004, 6006, AND 9014 FOR ORDERS: (A)(I) AUTHORIZING AND
APPROVING SALE PROCEDURES, INCLUDING BREAK-UP FEE AND EXPENSE
REIMBURSEMENT; (II) SCHEDULING BID DEADLINE AND SALE HEARING;
(III) APPROVING FORM AND MANNER OF NOTICE THEREOF; AND (IV)
GRANTING RELATED RELIEF AND (B)(I) AUTHORIZING THE SALE OF
CERTAIN ASSETS FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES,
AND OTHER INTERESTS; (II) AUTHORIZING AND APPROVING ASSET
PURCHASE AGREEMENTS THERETO; (III) APPROVING THE ASSUMPTION
AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED
LEASES RELATED THERETO; AND (IV) GRANTING RELATED RELIEF

DECLARATION OF R. TED WESCHLER IN SUPPORT OF THE OBJECTION OF
BERKSHIRE HATHAWAY INC. TO DEBTORS' MOTION PURSUANT TO 11
U.S.C. §§ 105, 363(b), (f), AND (m), 365 AND 1123, AND FED. R. BANKR. P. 2002,
6004, 6006, AND 9014 FOR ORDERS: (A)(I) AUTHORIZING AND APPROVING
SALE PROCEDURES, INCLUDING BREAK-UP FEE AND EXPENSE
REIMBURSEMENT; (II) SCHEDULING BID DEADLINE AND SALE HEARING;
(III) APPROVING FORM AND MANNER OF NOTICE THEREOF; AND (IV)
GRANTING RELATED RELIEF AND (B)(I) AUTHORIZING THE SALE OF
CERTAIN ASSETS FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES,
AND OTHER INTERESTS; (II) AUTHORIZING AND APPROVING ASSET
PURCHASE AGREEMENTS THERETO; (III) APPROVING THE ASSUMPTION
AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED
LEASES RELATED THERETO; AND (IV) GRANTING RELATED RELIEF

Dated:  June 11, 2012                    /s/ Bradley R. Schneider
                                         Bradley R. Schneider

**Exhibit A**

*Served via Facsimile*

Office of the United States Trustee for the
Southern District of New York

Office of the United States Trustee
333 Whitehall Street
21st Floor
New York, NY  10004
Attn: Tracy Hope Davis, Esq.
        Brian Masumoto, Esq.
        Linda Riffkin, Esq.
Phone: (212) 510-0500
Facsimile: (212) 668-2255
Email: Tracy.Davis2@usdoj.gov
Brian.Masumoto@usdoj.gov
Linda.Riffkin@usdoj.gov

**Exhibit B**
*Served by Electronic Mail*

| | |
|---|---|
| Counsel for the Debtors RESIDENTIAL CAPITAL, LLC.<br><br>Larren M. Nashelsky, Esq.<br>Gary S. Lee, Esq., Esq.<br>Todd M. Goren<br>Alexandra Steinberg Barrage<br>Morrison & Foerster LLP<br>1290 Avenue of the Americas<br>New York, NY  10104<br>Phone: (212) 468-8000<br>Facsimile: (212) 468-7900<br>Email:  LNashelskly@mofo.com<br>      glee@mofo.com<br>      tgoren@mofo.com | Counsel for ALLY FINANCIAL INC.<br><br>Richard M. Cieri, Esq.<br>Kirkland & Ellis LLP<br>153 East 53rd Street<br>New York, NY  10022<br>Phone: (212) 446-4800<br>Facsimile: 212) 446-4900<br>Email:  richard.cieri@kirkland.com |
| Counsel to ADMINISTRATIVE AGENT FOR THE DEBTORS' PROVIDERS OF DEBTOR IN POSSESSION FINANCING<br><br>Ken Ziman, Esq.<br>Jonathan H. Hofer, ESq.<br>Skadden Arps Slate Meagher & Flom LLP<br>4 Times Square<br>New York, NY  10036<br>Phone: (212) 735-3849<br>Facsimile: (917) 777-3849<br>Email:  jhofer@skadden.com<br>      kziman@skadden.com | Counsel for the COMMITTEE OF UNSECURED CREDITORS<br><br>Kenneth Eckstein, Esq.<br>Greg Horowitz, Esq.<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY  10036<br>Phone: (212) 715-9100<br>Facsimile: (212) 715-8000<br>Email: keckstein@kramerlevin.com<br>      ghorowitz@kramerlevin.com |
| Counsel for NATIONSTAR MORTGAGE LLC<br><br>Jessica C. K. Boelter, Esq.<br>Sidley Austin LLP<br>1 South Dearborn<br>Chicago, IL  60603<br>Phone: (312) 853-7710<br>Facsimile: (312) 853-7036<br>Email:  jboelter@sidley.com | OFFICE OF THE UNITED STATES TRUSTEE FOR THE SOUTHERN DISTRICT OF NEW YORK<br><br>Office of the United States Trustee<br>333 Whitehall Street<br>21st Floor<br>New York, NY  10004<br>Attn: Tracy Hope Davis, Esq.<br>      Brian Masumoto, Esq.<br>      Linda Riffkin, Esq.<br>Phone: (212) 510-0500<br>Facsimile: (212) 668-2255<br>Email:  Tracy.Davis2@usdoj.gov<br>      Brian.Masumoto@usdoj.gov<br>      Linda.Riffkin@usdoj.gov |