# EXHIBIT 6

Sample Pooling and Serving Agreement

**RESIDENTIAL FUNDING MORTGAGE SECURITIES I, INC.,**

Company,

**RESIDENTIAL FUNDING COMPANY, LLC,**

Master Servicer,

and

**U.S. BANK NATIONAL ASSOCIATION,**

Trustee

**SERIES SUPPLEMENT,**

**Dated as of November 1, 2007**

**TO**

**STANDARD TERMS OF**

**POOLING AND SERVICING AGREEMENT**

**Dated as of November 1, 2007**

Mortgage Pass-Through Certificates

Series 2007-S9

5186366 07130633