MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Gary S. Lee
Anthony Princi
Jamie A. Levitt

*Proposed Counsel for the Debtors and*
*Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, <u>et</u> <u>al</u>., | Chapter 11 |
| Debtors. | Jointly Administered |

---

**NOTICE OF FILING OF CORRECTED EXHIBIT 6 TO DEBTORS' MOTION
PURSUANT TO FED. R. BANKR. P. 9019 FOR APPROVAL OF THE RMBS TRUST
<u>SETTLEMENT AGREEMENTS</u>**

**PLEASE TAKE NOTICE THAT** on June 11, 2012, the debtors and debtors in

possession (collectively, the "Debtors") filed the *Debtors' Motion Pursuant to Fed. R. Bankr. P.*

*9019 for Approval of RMBS Trust Settlement Agreements* (the "Motion") [Docket 320].

**PLEASE TAKE FURTHER NOTICE THAT** the Debtors hereby submit a complete

copy of the Sample Pooling and Servicing Agreement which appears as Exhibit 6 to the Motion

and is attached hereto as <u>Exhibit A</u>.

ny-1045167

Dated:  June 12, 2012
        New York, New York

                                        /s/   Gary S. Lee
                                        Gary S. Lee
                                        Anthony Princi
                                        Jamie A. Levitt
                                        MORRISON & FOERSTER LLP
                                        1290 Avenue of the Americas
                                        New York, New York 10104
                                        Telephone: (212) 468-8000
                                        Facsimile: (212) 468-7900

                                        *Proposed Counsel for the Debtors and
                                        Debtors in Possession*