Martin G. Bunin
William Hao
Alston & Bird LLP
90 Park Avenue
New York, NY 10016
(212) 210-9400

*Counsel to Wells Fargo Bank, N.A., in its
capacity as trustee, indenture trustee or
master servicer of certain RMBS trusts*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

| | |
|---|---|
| IN RE: | Chapter 11 |
| | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, *et al.*, | Jointly Administered |
| Debtors. | |

-------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     )  ss.:
COUNTY OF NEW YORK   )

Leslie Salcedo, being duly sworn, hereby deposes and says:

1. I am over 18 years of age and am not a party to the above-captioned proceedings. I am employed by Alston & Bird, LLP, having offices at 90 Park Avenue, New York, New York 10016.

2. On June 11, 2012, I caused a true and correct copy of • Joinder of Wells Fargo Bank, N.A., as Master Servicer for Residential Mortgage Backed Securities Trusts to (a) Limited Objection of Certain Trustees for Residential Mortgage Backed Securities Trusts to Debtors' Motion Pursuant to 11 U.S.C. §§ 105, 363(b), (f), and (m), 365 and 1123 and Fed. R. Bankr. P. 2002, 6004, 6006, and 9014 for Orders: (A)(I)

LEGAL02/33364569v1

Authorizing and Approving Sale Procedures, Including Break-Up Fee and Expense Reimbursement; (II) Scheduling Bid Deadline and Sale Hearing; (III) Approving Form and Manner of Notice Thereof; and (IV) Granting Related Relief and (B)(I) Authorizing the Sale of Certain Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (II) Authorizing and Approving Asset Purchase Agreements Thereto; (III) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto; and (IV) Granting Related Relief; and (b) Limited Objection of Certain Trustees for Residential Mortgage Backed Securities Trusts to the Debtors' Postpetition Financing Motions and the Declaration of Martin G. Bunin in Support of Joinder of Wells Fargo Bank, N.A., as Master Servicer for Residential Mortgage Backed Securities Trusts to (a) Limited Objection of Certain Trustees for Residential Mortgage Backed Securities Trusts to Debtors' Motion Pursuant to 11 U.S.C. §§ 105, 363(b), (f), and (m), 365 and 1123 and Fed. R. Bankr. P. 2002, 6004, 6006, and 9014 for Orders: (A)(I) Authorizing and Approving Sale Procedures, Including Break-Up Fee and Expense Reimbursement; (II) Scheduling Bid Deadline and Sale Hearing; (III) Approving Form and Manner of Notice Thereof; and (IV) Granting Related Relief and (B)(I) Authorizing the Sale of Certain Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (II) Authorizing and Approving Asset Purchase Agreements Thereto; (III) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto; and (IV) Granting Related

- 3 -

Relief; and (b) Limited Objection of Certain Trustees for Residential Mortgage Backed Securities Trusts to the Debtors' Postpetition Financing Motions, to be served upon the parties listed on the attached Service List in Exhibit A and in the manner indicated.

/s/ Leslie Salcedo
Leslie Salcedo

Sworn to before me this
12th day of June, 2012.

/s/ Tiffany T. Douse
Tiffany T. Douse
Notary Public, State of New York
No. 01DO6126555
Qualified in New York County
Commission Expires May 9, 2013

**Exhibit A**

**Via First Class Mail**

| | |
|---|---|
| Morrison & Foerster LLP<br>1290 Avenue of the Americas<br>New York, NY 10104<br>Attn: Larren M. Nashelsy<br>    Gary S. Lee<br>    Todd M. Goren<br>    Alexandra Steinberg Barrage | Office of the United States Trustee<br>For the Southern District of New York<br>33 Whitehall Street, 21st Floor<br>New York, NY 10004<br>Attn: Tracy Hope Davis<br>    Linda A. Riffkin<br>    Brian S. Masumoto |
| Kirkland & Ellis LLP<br>153 East 53rd Street<br>New York, NY 10022<br>Attn: Richard M. Cieri<br>    Ray C. Schrock<br>    Stephen E. Hessler | Skadden, Arps, Slate, Meagher & Flom LLP<br>Four Times Square<br>New York, NY 10036<br>Attn: Ken Ziman<br>    Jonathan H. Hofer |
| Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY 10036<br>Attn: Kenneth Eckstein<br>    Greg Horowitz | Sidley Austin LLP<br>One South Dearborn<br>Chicago, IL 60603<br>Attn: Jessica C. K. Boelter |
| Kelly Drye & Warren LLP<br>101 Park Avenue<br>New York, NY 10178<br>Attn: Eric R. Wilson<br>    Benjamin D. Feder | White & Case LLP<br>1155 Avenue of the Americas<br>New York, NY 10036<br>Attn: Gerald Uzzi<br>    Harrison Denman |
| Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York, NY 10022<br>Attn: Richard M. Cieri<br>    Ray C. Schrock<br>    Stephen E. Hessler | Shearman & Sterling LLP<br>599 Lexington Avenue<br>New York, NY 10022<br>Attn: Frederic Sosnick<br>    Susan A. Fennessey |

LEGAL02/33364569v1

- 5 -

**Email:**

LNashelsky@mofo.com; TGoren@mofo.com; glee@mofo.com; abarrage@mofo.com; richard.cieri@kirkland.com;_Ray.schrock@kirkland.com; Stephen.hessler@kirkland.com; Ken.ziman@skadden.com; jofer@skadden.com; keckstein@kramerlevin.com; ghorowitz@kramerlevin.com; jboelter@sidley.com; ewilson@kelleydrye.com; bfeder@kelleydrye.com; guzzi@whitecase.com; hdenman@whitecase.com; pfleming@morganlewis.com; rmauceri@morganlewis.com; james.moore@dechert.com; alves@sewkis.com; cohen@sewkis.com; Mauricio.Espana@dechert.com; Hector.Gonzalez@dechert.com; brian.greer@dechert.com; Rebecca.Kahan@dechert.com; ralph.mazzeo@dechert.com; jeffrey.mispagel@dechert.com; glenn.siegel@dechert.com; jgarrity@morganlewis.com; jrosenthal@morganlewis.com; jgoodchild@morganlewis.com; agottfried@morganlewis.com

LEGAL02/33364569v1