**LOWENSTEIN SANDLER PC**
1251 Avenue of the Americas, 18th Floor
New York, New York  10020
(212) 262-6700  (Telephone)
(212) 262-7402  (Facsimile)
Michael S. Etkin (ME 0570)
Ira M. Levee (IL 9958)
Andrew Behlmann (AB 1174)
      and
65 Livingston Avenue
Roseland, New Jersey  07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)

*Bankruptcy Counsel for The Union Central Life Insurance Company,
Ameritas Life Insurance Corp. and Acacia Life Insurance Company*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>RESIDENTIAL CAPITAL, LLC, *et al.*,<br><br>                              Debtors. | Chapter 11<br><br>Case No. 12-12020 (MG)<br><br>(Jointly Administered) |

**NOTICE OF APPEARANCE, REQUEST FOR SERVICE
OF PAPERS, AND REQUEST FOR MATRIX ENTRY**

**PLEASE TAKE NOTICE** that **Michael S. Etkin, Esq., Ira M. Levee, Esq., Andrew Behlmann, Esq.** and the law firm of **Lowenstein Sandler PC,** hereby enter their appearance as bankruptcy counsel for, and **Steven W. Pepich, Esq., Christopher M. Wood, Esq.** and the law firm of **Robbins Geller Rudman & Dowd LLP,** hereby enter their appearance as counsel for The Union Central Life Insurance Company, Ameritas Life Insurance Corp. and Acacia Life Insurance Company (the "Insurance Companies") and request that copies of all pleadings and

27032/2
06/12/2012 20781240.1

other papers (however designated) filed in this case, as well as notices given or required to be given in this case, be given and served upon the undersigned at the addresses listed below.

In addition, it is respectfully requested that, pursuant to Rule 2002(g) of the Federal Rules of Bankruptcy Procedure, the following be added to the Court's Mailing Matrix:

Michael S. Etkin (ME 0570)
Ira M. Levee (IL 9958)
Andrew Behlmann (AB 1174)
Lowenstein Sandler PC
1251 Avenue of the Americas, 18th Floor
New York, New York 10020
(212) 262-6700  (Telephone)
(212) 262-7402  (Facsimile)

And

65 Livingston Avenue
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)
metkin@lowenstein.com
ilevee@lowenstein.com

Steven W. Pepich
Robbins Geller Rudman & Dowd LLP
655 West Broadway, Suite 1900
San Diego, California 92101
(619) 231-1058 (Telephone)
(619) 231-7423 (Facsimile)
stevep@rgrdlaw.com

and

Christopher M. Wood
Robbins Geller Rudman & Dowd LLP
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, California 94104
(415) 288-4545 (Telephone)
(415) 288-4534 (Facsimile)
cwood@rgrdlaw.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, the foregoing request includes, without limitation, all orders and notices, including but not limited to applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, schedules of assets and liabilities, statements of affairs, operating reports and plans, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, telecopier or otherwise. This Notice of Appearance shall not constitute a submission by the Insurance Companies to the jurisdiction of the Bankruptcy Court.

**FURTHER**, if any limited service lists are used in these proceedings, the undersigned request inclusion thereon.

Dated: June 12, 2012

/s/ Ira M. Levee
**LOWENSTEIN SANDLER PC**
Michael S. Etkin (ME 0570)
Ira M. Levee (IL9958)
Andrew Behlmann (AB 1174)
1251 Avenue of the Americas, 18th Floor
New York, New York 10020
(212) 262-6700  (Telephone)
(212) 262-7402  (Facsimile)

and

65 Livingston Avenue
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)

*Bankruptcy Counsel for The Union Central Life Insurance Company, Ameritas Life Insurance Corp. and Acacia Life Insurance Company*

Steven W. Pepich
**ROBBINS GELLER RUDMAN & DOWD LLP**
655 West Broadway, Suite 1900
San Diego, California 92101
(619) 231-1058 (Telephone)
(619) 231-7423 (Facsimile)

and

Christopher M. Wood
Robbins Geller Rudman & Dowd LLP
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, California 94104
(415) 288-4545 (Telephone)
(415) 288-4534 (Facsimile)

*Counsel for The Union Central Life Insurance Company, Ameritas Life Insurance Corp. and Acacia Life Insurance Company*