LOWENSTEIN SANDLER PC
1251 Avenue of the Americas, 18th Floor
New York, New York 10020
(212) 262-6700 (Telephone)
(212) 262-7402 (Facsimile)
Michael S. Etkin (ME 0570)
Ira M. Levee (IL 9958)
Andrew Behlmann (AB 1174)
    and
65 Livingston Avenue
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)

*Bankruptcy Counsel for Cambridge Place Investments Management Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| RESIDENTIAL CAPITAL, LLC, *et al.*, | Case No. 12-12020 (MG) |
| Debtors. | (Jointly Administered) |

NOTICE OF APPEARANCE, REQUEST FOR SERVICE
OF PAPERS, AND REQUEST FOR MATRIX ENTRY

**PLEASE TAKE NOTICE** that **Michael S. Etkin, Esq., Ira M. Levee, Esq., Andrew Behlmann, Esq.** and the law firm of **Lowenstein Sandler PC,** hereby enter their appearance as bankruptcy counsel for, and **David R. Stickney, Esq., Jai K. Chandrasekhar, Esq., Jonathan D. Uslaner, Esq., Matthew P. Jubenville, Esq.** and the law firm of **Bernstein Litowitz Berger & Grossmann LLP,** hereby enter their appearance as counsel for Cambridge Place Investment Management Inc. ("Cambridge") and request that copies of all pleadings and other papers

27041/2
06/12/2012 20780090.1

(however designated) filed in this case, as well as notices given or required to be given in this case, be given and served upon the undersigned at the addresses listed below.

In addition, it is respectfully requested that, pursuant to Rule 2002(g) of the Federal Rules of Bankruptcy Procedure, the following be added to the Court's Mailing Matrix:

>Michael S. Etkin (ME 0570)
>Ira M. Levee (IL 9958)
>Andrew Behlmann (AB 1174)
>Lowenstein Sandler PC
>1251 Avenue of the Americas, 18th Floor
>New York, New York 10020
>(212) 262-6700 (Telephone)
>(212) 262-7402 (Facsimile)
>and
>65 Livingston Avenue
>Roseland, New Jersey 07068
>(973) 597-2500 (Telephone)
>(973) 597-2400 (Facsimile)
>metkin@lowenstein.com
>ilevee@lowenstein.com

>David R. Stickney
>Jonathan D. Uslaner
>Matthew P. Jubenville
>Bernstein Litowitz Berger & Grossmann LLP
>12481 High Bluff Drive, Suite 300
>San Diego, California 92130
>(858) 793-0700 (Telephone)
>(858) 793-0323 (Facsimile)
>davids@blblaw.com
>jonathanu@blbglaw.com
>matthewj@blbglaw.com

>and

>Jai K. Chandrasekhar
>Bernstein Litowitz Berger & Grossmann LLP
>1285 Avenue of the Americas
>New York, New York 10019
>(212) 554-1400 (Telephone)
>(212) 554-1444 (Facsimile)
>jai@blbglaw.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, the foregoing request includes, without limitation, all orders and notices, including but not limited to applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, schedules of assets and liabilities, statements of affairs, operating reports and plans, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, telecopier or otherwise.  This Notice of Appearance shall not constitute a submission by Cambridge to the jurisdiction of the Bankruptcy Court.

**FURTHER**, if any limited service lists are used in these proceedings, the undersigned request inclusion thereon.

Dated:  June 12, 2012

/s/ Ira M. Levee
**LOWENSTEIN SANDLER PC**
Michael S. Etkin (ME 0570)
Ira M. Levee (IL9958)
Andrew Behlmann (AB 1174)
1251 Avenue of the Americas, 18th Floor
New York, New York 10020
(212) 262-6700 (Telephone)
(212) 262-7402 (Facsimile)

and

65 Livingston Avenue
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)

*Bankruptcy Counsel Cambridge Place Investment Management Inc.*

David R. Stickney
Jonathan D. Uslaner
Matthew P. Jubenville
**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
12481 High Bluff Drive, Suite 300
San Diego, California 92130
(858) 793-0700 (Telephone)
(858) 793-0323 (Facsimile

and

Jai K. Chandrasekhar
**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
1285 Avenue of the Americas
New York, New York 10019
(212) 554-1400 (Telephone)
(212) 554-1444 (Facsimile)

*Counsel for Cambridge Place Investment Management Inc.*