**LOWENSTEIN SANDLER PC**
1251 Avenue of the Americas, 18th Floor
New York, New York  10020
(212) 262-6700  (Telephone)
(212) 262-7402  (Facsimile)
Michael S. Etkin (ME 0570)
Ira M. Levee (IL 9958)
Andrew Behlmann (AB 1174)
    and
65 Livingston Avenue
Roseland, New Jersey  07068
(973) 597-2500 (Telephone)
(973) 597-2481 (Facsimile)

*Bankruptcy Counsel for The Union Central Life Insurance Company, Ameritas Life Insurance Corp. and Acacia Life Insurance Company*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>RESIDENTIAL CAPITAL, LLC, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 12-12020 (MG)<br><br>(Jointly Administered)<br><br>Re: Doc. No. 208 |

**JOINDER TO MOTION OF BERKSHIRE HATHAWAY INC.**
**FOR THE APPOINTMENT OF AN EXAMINER**

The Union Central Life Insurance Company, Ameritas Life Insurance Corp. and Acacia Life Insurance Company (the "Insurance Companies") hereby submit this Joinder to the *Motion of Berkshire Hathaway Inc. for the Appointment of an Examiner* (the "Motion") and respectfully

27032/2
06/12/2012 20787699.1

-2-

request that they be permitted to be heard on the Motion.

Dated: June 12, 2012

/s/ *Michael S. Etkin*
**LOWENSTEIN SANDLER PC**
Michael S. Etkin (ME 0570)
Ira M. Levee (IL 9958)
Andrew Behlmann (AB 1174)
1251 Avenue of the Americas, 18th Floor
New York, New York 10020
(212) 262-6700 (Telephone)
(212) 262-7402 (Facsimile)

and

65 Livingston Avenue
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)

*Bankruptcy Counsel for The Union Central Life Insurance Company, Ameritas Life Insurance Corp. and Acacia Life Insurance Company*

Steven W. Pepich
**ROBBINS GELLER RUDMAN & DOWD LLP**
655 West Broadway, Suite 1900
San Diego, California 92101
(619) 231-1058 (Telephone)
(619) 231-7423 (Facsimile)

and

Christopher M. Wood
Robbins Geller Rudman & Dowd LLP
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, California 94104
(415) 288-4545 (Telephone)
(415) 288-4534 (Facsimile)

*Counsel for The Union Central Life Insurance Company, Ameritas Life Insurance Corp. and Acacia Life Insurance Company*