**LOWENSTEIN SANDLER PC**
1251 Avenue of the Americas, 18th Floor
New York, New York 10020
(212) 262-6700 (Telephone)
(212) 262-7402 (Facsimile)
Michael S. Etkin (ME 0570)
Ira M. Levee (IL 9958)
Andrew Behlmann (AB 1174)
    and
65 Livingston Avenue
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2481 (Facsimile)

*Bankruptcy Counsel for Lead Plaintiff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>RESIDENTIAL CAPITAL, LLC, *et al.*,<br><br>                                            Debtors. | Chapter 11<br><br>Case No. 12-12020 (MG)<br><br>(Jointly Administered)<br><br>Re: Doc. No. 208 |

**JOINDER TO MOTION OF BERKSHIRE HATHAWAY INC.
FOR THE APPOINTMENT OF AN EXAMINER**

Lead Plaintiff, New Jersey Carpenters Health Fund ("Lead Plaintiff"), in the consolidated securities class action entitled *New Jersey Carpenters Health Fund, et al., on Behalf of Themselves and All Others Similarly Situated v. Residential Capital, LLC et als.,* filed in the United States District Court for the Southern District of New York, Case No. 08-cv-8781 (HB), hereby submits this Joinder to the *Motion of Berkshire Hathaway Inc. for the Appointment of an*

26963/2
06/12/2012 20787041.1

*Examiner* (the "Motion") and respectfully requests that it be permitted to be heard on the Motion.

Dated: June 12, 2012

/s/ *Michael S. Etkin*
**LOWENSTEIN SANDLER PC**
Michael S. Etkin (ME 0570)
Ira M. Levee (IL 9958)
Andrew Behlmann (AB 1174)
1251 Avenue of the Americas, 18th Floor
New York, New York 10020
(212) 262-6700 (Telephone)
(212) 262-7402 (Facsimile)

and

65 Livingston Avenue
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)

*Bankruptcy Counsel for Lead Plaintiff and the Putative Class*

Joel P. Laitman (JL 81771)
Christopher Lometti (CL 9124)
Michael B. Eisenkraft (ME 6974)
Daniel B. Rehns (DR 5506)
Kenneth M. Rehns (KR 9822)
**COHEN MILSTEIN SELLERS & TOLL, PLLC**
88 Pine Street - 14th Floor
New York, New York 10005
(212) 838-7797 (Telephone)
(212) 838-7745 (Facsimile)

*Lead Counsel for Lead Plaintiff and the Putative Class*