GIBBS & BRUNS LLP
Kathy D. Patrick, Esq. (admitted *pro hac vice*)
Scott A. Humphries, Esq. (admitted *pro hac vice*)
1100 Louisiana, Suite 5300
Houston, TX 77002
Telephone: (713) 650-8805
Facsimile: (713) 750-0903

-AND-

ROPES & GRAY LLP
Keith H. Wofford, Esq. (KW-2225)
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090

-AND-

ROPES & GRAY LLP
D. Ross Martin, Esq. (DM-2947)
Steven T. Hoort, Esq. (*pro hac vice* pending)
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Telephone: (617) 951-7000
Facsimile: (617) 951-7050

*Attorneys for the Ad Hoc RMBS Holder Group*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| In re | Chapter 11 |
|---|---|
| Residential Capital, LLC, *et al.* | Case No. 12-12020 (MG) |
| | Jointly Administered |
| Debtors. | |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

30868454_1

I, Steven T. Hoort, Esq., request admission, *pro hac vice*, before the Honorable Martin Glenn, to represent the Ad Hoc RMBS Holder Group in the above-captioned case. I certify that I am a member in good standing of the bar of the Commonwealth of Massachusetts, the United States Court of Appeals for the First Circuit, the United States District Court for the District of Massachusetts, the United States District Court for the Eastern District of Michigan, the United States District Court for the Western District of Michigan, the United States District Court for the District of Colorado, and the United States District Court for the Eastern District of Wisconsin.

Ropes & Gray, LLP has an office in this district at 1211 Avenue of the Americas, New York, NY 10036. My address is:

Steven T. Hoort, Esq.
Ropes & Gray LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Telephone: (617) 951-7000
Facsimile: (617) 951-7050
E-mail: *steven.hoort@ropesgray.com*

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: Boston, Massachusetts
       June 12, 2012

ROPES & GRAY LLP

By: /s/ Steven T. Hoort
Steven T. Hoort, Esq.
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Telephone: (617) 951-7000
Facsimile: (617) 951-7050
E-mail: *steven.hoort@ropesgray.com*

30868454_1

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>Residential Capital, LLC, *et al.*<br><br>Debtors. | Chapter 11<br><br>Case No. 12-12020 (MG)<br><br>Jointly Administered |

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Steven T. Hoort, Esq., to be admitted, *pro hac vice*, to represent the Ad Hoc RMBS Holder Group in the above-captioned case, and upon the movant's certification that the movant is a member in good standing of the bar of the Commonwealth of Massachusetts, the United States Court of Appeals for the First Circuit, the United States District Court for the District of Massachusetts, the United States District Court for the Eastern District of Michigan, the United States District Court for the Western District of Michigan, the United States District Court for the District of Colorado, and the United States District Court for the Eastern District of Wisconsin, it is hereby:

**ORDERED**, that Steven T. Hoort, Esq., is admitted to practice, *pro hac vice*, in the above-captioned case, to represent the Ad Hoc RMBS Holder Group in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated:    New York, New York
           _____, 2012

                                                          _____
                                                          United States Bankruptcy Judge

30868454_1