**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) |
| | )     Case No. 12-12020 (MG) |
| **RESIDENTIAL CAPITAL, LLC,** *et al.*, | ) |
| | )     Chapter 11 |
| **Debtors.** | ) |
| | )     Jointly Administered |
| | ) |

## CERTIFICATE OF SERVICE

I, Patrick D. Fleming, hereby certify that on June 11, 2012 I caused to be served the following objections upon the parties on the attached list via first class and electronic mail:

1. Limited Objection of Certain Trustees for Residential Mortgage Backed Securities Trusts to the Debtors' Postpetition Financing Motions [Docket #288];

2. Limited Objection of Certain Trustees for Residential Mortgage Backed Securities Trusts to Debtors' Motion Pursuant to 11 U.S.C. §§ 105, 363(B), (F), and (M), 365 and 1123, and Fed R. Bankr. P. 2002, 6004, 6006, and 9014 for Orders: (A)(I) Authorizing And Approving Sale Procedures, Including Break-Up Fee and Expense Reimbursement; (II) Scheduling Bid Deadline And Sale Hearing; (III) Approving Form And Manner Of Notice Thereof; And (IV) Granting Related Relief And (B)(I) Authorizing The Sale Of Certain Assets Free And Clear Of Liens, Claims, Encumbrances, And Other Interests; (II) Authorizing And Approving Asset Purchase Agreements Thereto; (III) Approving The Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto; and (IV) Granting Related Relief [Docket # 291]; and

3. Affidavit of James L. Garrity, Jr. in Support of the Objections [Docket #300].

                                                       /s/ Patrick D. Fleming
                                                       Patrick D. Fleming

TO:

| | |
|---|---|
| Office of the United States Trustee<br>33 Whitehall Street - 21st Floor<br>New York, NY 10004<br>Attn:  Tracy Hope Davis, Esq.<br>     Brian Masumoto, Esq.<br>     Linda Riffkin, Esq. | U.S. Department of Justice<br>950 Pennsylvania Avenue NW<br>Washington, DC 20530-0001<br>Attn:  Eric H. Holder, Jr.<br>     US Attorney General |
| Office of the New York State Attorney General<br>The Capitol<br>Albany, NY 12224-0341<br>Attn:  Nancy Lord, Esq.<br>     Neal Mann, Esq. | Office of U.S. Attorney for the<br>     Southern District of New York<br>One St. Andrews Plaza<br>New York, NY 10007<br>Attn:  Joseph N. Cordaro, Esq. |
| Residential Capital, LLC<br>1177 Avenue of the Americas<br>New York, NY 10036<br>Attn:  Tammy Hamzehpour | Morrison & Foerster LLP<br>1290 Avenue of the Americas<br>New York, NY 10104<br>Attn:  Larren Nashelskly, Esq.<br>     Gary S. Lee, Esq.<br>     Lorenzo Marinuzzi, Esq. |
| Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY 10036<br>Attn:  Ken Eckstein<br>     Doug Mannal | Citibank N.A.<br>390 Greenwich Street, 6th Floor<br>New York, NY 10013<br>Attn:  Bobbie Theivakurnaran |
| Fannie Mae<br>3900 Wisconsin Avenue NW<br>Mail Stop 8H-504<br>Washington DC 20016<br>Attn:  John S. Forlines<br>     Vice President, Credit Management | Kirkland & Ellis<br>601 Lexington Avenue<br>New York, NY 10022<br>Attn:  Ray C. Schrock<br>     Richard M. Cieri |
| Deutsche Bank Trust Company Americas<br>25 DeForest Avenue<br>Summit, NJ 07901<br>Attn:  Kevin Vargas | The Bank of New York Mellon<br>     Asset Backed Securities Group<br>101 Barclay Street 4W<br>New York, NY 10286 |
| U.S. Bank National Association<br>50 South 16th Street, Suite 2000<br>Philadelphia, PA 19102<br>Attn:  George Rayzis | U.S. Bank National Association<br>60 Livingston Avenue<br>EP-MN-WS1D<br>St. Paul, MN 55107<br>Attn:  Irina Palchuk |
| Kelley Drye & Warren LLP<br>101 Park Avenue<br>New York, NY 10178<br>Attn:  James S. Carr<br>     Eric R. Wilson | Wells Fargo Bank, N.A.<br>P.O. Box 98<br>Columbia, MD 21046<br>Attn:  Corporate Trust Services, GMACM Home<br>     Equity Notes 2004 Viable Funding Trust |
| Skadden Arps Slate Meagher & Flom LLP<br>Four Times Square<br>New York, NY 10036<br>Attn:  Jonathan H. Hofer<br>     Ken Ziman | Nationstar Mortgage LLC<br>350 Highland Drive<br>Lewisville, TX  75067<br>Attn: General Counsel |

| | |
|---|---|
| Sidley Austin LLP<br>One Dearborn<br>Chicago, IL 60603<br>Attn:  Larry J. Nyhan<br>         Jessica CK Boelter | Internal Revenue Service<br>2970 Market Street<br>Mail Stop 5-Q30.133<br>Philadelphia, PA 19104-5016 |
| Securities and Exchange Commission,<br>New York Regional Office<br>3 World Financial Center, Suite 400<br>New York, NY 10281-1022<br>Attn:   George S. Canellos, Regional Director | |