**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| RESIDENTIAL CAPITAL, LLC, *et al.*, | Case No. 12-12020 (MG) |
| Debtors. | (Jointly Administered) |
| RESIDENTIAL CAPITAL, LLC, *et al.*, | |
| Plaintiffs, | |
| v. | Adv. No. 12-01671 (MG) |
| ALLSTATE INSURANCE, *et al.*, | |
| Defendants. | |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, *Andrew David Behlmann*, a member in good standing of the bar of the State of New Jersey, request admission, ***pro hac vice***, to represent (a) New Jersey Carpenters Health Fund, on behalf of itself and the class of persons and entities represented in the consolidated securities class action styled as *New Jersey Carpenters Health Fund, et al., on Behalf of Themselves and All Others Similarly Situated v. Residential Capital, LLC et als.*, pending in the United States District Court for the Southern District of New York, Case No. 08-CV-8781 (HB); (b) Union Central Life Insurance Company, Ameritas Life Insurance Corporation, and Acacia Life Insurance Company; and (c) Cambridge Place Investment Management Inc., in the above-referenced chapter 11 bankruptcy cases and associated adversary proceeding.

27041/2
06/12/12 20783416.1

-2-

My address is:     Lowenstein Sandler PC
                   65 Livingston Avenue
                   Roseland, New Jersey 07068
                   Tel: (973) 597-2332
                   Fax: (973) 597-2333
                   Email: abehlmann@lowenstein.com

    I agree to pay the fee of $200.00 upon approval by this Court admitting me to practice ***pro hac vice***.

Dated: June 12, 2012                    By:   */s/ Andrew David Behlmann*
                                                     Andrew David Behlmann

.