KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone:  (212) 556-2100
Facsimile:  (212) 556-2222
*sdavidson@kslaw.com*
Scott Davidson

- and -

Paul K. Ferdinands
W. Austin Jowers
Thaddeus D. Wilson
1180 Peachtree Street, NE
Atlanta, GA  30309
Telephone: (404) 572-4600
Facsimile: (404) 572-5100
*pferdinands@kslaw.com*
*ajowers@kslaw.com*
*thadwilson@kslaw.com*

*Counsel for Lone Star U.S. Acquisitions, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | ) ) | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, <u>et al.</u>, | ) ) | Chapter 11 |
| Debtors. | ) ) ) | Jointly Administered |

**AFFIDAVIT OF SERVICE**

STATE OF GEORGIA    )
                    ) ss.:
COUNTY OF FULTON    )

Thaddeus Wilson, being duly sworn, hereby deposes and says:

1. I am over 18 years of age and am not a party to the above-captioned proceedings. I am employed by King & Spalding, LLP, having offices at 1180 Peachtree Street, NE, Atlanta, GA 30309.

2. On June 11, 2012, I caused a true and correct copy of Response of Lone Star U.S. Acquisitions, LLC to the Debtors' Motion Pursuant to 11 U.S.C. §§ 105, 363(b), (f), and (m), 365 and 1123, and Fed. R. Bankr. P. 2002, 6004, 6006, and 9014 for Orders: (A)(I) Authorizing and Approving Sale Procedures, Including Break-Up Fee and Expense Reimbursement; (II) Scheduling Bid Deadline and Sale Hearing; (III) Approving Form and Manner of Notice Thereof; and (IV) Granting Related Relief and (B)(I) Authorizing the Sale of Certain Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (II) Authorizing and Approving Asset Purchase Agreements Thereto; (III) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto; and (IV) Granting Related Relief to be served upon the parties listed on the attached Service List in Exhibit A and in the manner indicated.

        /s/ Thaddeus D. Wilson
        Thaddeus D. Wilson

Sworn to before me this
12th day of June, 2012.
/s/ Cynthia Pope-Koch
Cynthia Pope-Koch
Notary Public, State of Georgia
Qualified in Fayette County
Commission Expires Feb 9, 2016

**Exhibit A**

**Via First Class Mail**

| | |
|---|---|
| Office of the United States Trustee<br>33 Whitehall Street<br>21st Floor<br>New York, NY 10004<br>Attn: Tracy Hope Davis, Esq.<br>         Brian Masumoto, Esq.<br>         Linda Riffkin, Esq. | U.S. Department of Justice<br>950 Pennsylvania Avenue NW<br>Washington, DC 20530-0001<br>Attn: US Attorney General, Eric H. Holder, Jr. |
| Office of the New York State Attorney General<br>The Capitol<br>Albany, NY 12224-0341<br>Attn: Nancy Lord, Esq.<br>         Neal Mann, Esq. | Office of U.S. Attorney for the Southern District of New York<br>One St. Andrews Plaza<br>New York, NY 10007<br>Attn: Joseph N. Cordaro, Esq. |
| Residential Capital, LLC<br>1177 Avenue of the Americas<br>New York, NY 10036<br>Attn: Tammy Hamzehpour | Morrison & Foerster LLP<br>1290 Avenue of the Americas<br>New York, NY 10104<br>Attn: Larren Nashelskly, Esq.<br>         Gary S. Lee, Esq.<br>         Lorenzo Marinuzzi, Esq. |
| Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY 10036<br>Attn: Ken Eckstein<br>         Doug Mannal | Citibank N.A.<br>390 Greenwich Street, 6th Floor<br>New York, NY 10013<br>Attn: Bobbie Theivakurnaran |
| Fannie Mae<br>3900 Wisconsin Avenue NW<br>Mail Stop 8H-504<br>Washington DC 20016<br>Attn: Vice President, Credit Management,<br> John S. Forlines | Kirkland & Ellis<br>601 Lexington Avenue<br>New York, NY 10022<br>Attn: Ray C. Schrock<br>         Richard M. Cieri |
| Deutsche Bank Trust Company Americas<br>25 DeForest Avenue<br>Summit, NJ 07901<br>Attn: Kevin Vargas | The Bank of New York Mellon<br>Asset Backed Securities Group<br>101 Barclay Street 4W<br>New York, NY 10286 |
| U.S. Bank National Association<br>50 South 16th Street, Suite 2000<br>Philadelphia, PA 19102<br>Attn: George Rayzis | U.S. Bank National Association<br>60 Livingston Avenue<br>EP-MN-WS1D<br>St. Paul, MN 55107<br>Attn: Irina Palchuk |

| | |
|---|---|
| Kelley Drye & Warren LLP<br>101 Park Avenue<br>New York, NY 10178<br>Attn: James S. Carr<br>        Eric R. Wilson | Wells Fargo Bank, N.A.<br>P.O. Box 98<br>Columbia, MD 21046<br>Attn: Corporate Trust Services, GMACM Home Equity Notes 2004 Viable Funding Trust |
| Skadden Arps Slate Meagher & Flom LLP<br>Four Times Square<br>New York, NY 10036<br>Attn: Jonathan H. Hofer<br>        Ken Ziman | Nationstar Mortgage LLC<br>350 Highland Drive<br>Lewisville, TX 75067<br>Attn: General Counsel |
| Sidley Austin LLP<br>One Dearborn<br>Chicago, IL 60603<br>Attn: Larry J. Nyhan<br>        Jessica CK Boelter | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Securities and Exchange Commission,<br>  New York Regional Office<br>3 World Financial Center, Suite 400<br>New York, NY 10281-1022<br>Attn: George S. Canellos, Regional Director | |

**Via Email**

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Citibank NA | Attn Bobbie Theivakumaran | bobbie.theivakumaran@citi.com |
| Deutsche Bank Trust Company Americas | c/o Kelvin Vargas | kelvin.vargas@db.com |
| Fannie Mae | Attn John S Forlines Vice President, Credit Management | john_s_forlines@fanniemae.com |
| Internal Revenue Service | Insolvency Section | marie.l.cerchero@irs.gov |
| Kelley Drye & Warren LLP | James S Carr & Eric R Wilson | kdwbankruptcydepartment@kelleydrye.com |
| Kirkland & Ellis | Richard M Cieri | richard.cieri@kirkland.com |
| Kirkland & Ellis LLP | Attn Ray C Schrock & Stephen E Hessler | ray.schrock@kirkland.com;richard.cieri@kirkland.com;stephen.hessler@kirkland.com;projectrodeo@kirkland.com;William.b.Solomon@ally.com;Timothy.Devine@ally.com;john.bellaver@ally.com |
| Kramer Levin Naftallis & Frankel LLP | Kenneth H Eckstein, Thomas Moers Mayer & Douglas H Mannal | keckstein@kramerlevin.com;tmayer@kramerlevin.com;dmannal@kramerlevin.com |

| | | |
|---|---|---|
| Morrison & Foerster LLP | Larren M Nashelsky, Gary S Lee & Lorenzo Marinuzzi | lnashelskylt@mofo.com;glee@mofo.com;lmarinuzzi@mofo.com |
| Office of the NY State Attorney General | Nancy Lord & Neal Mann | Nancy.Lord@OAG.State.NY.US;Neal.Mann@OAG.State.NY.US |
| Residential Capital LLC | Attn Tammy Hamzehpour | Tammy.Hamzehpour@gmacrescap.com |
| Residential Capital LLC | Tammy Hamzehpour | Tammy.Hamzehpour@gmacrescap.com |
| Securities & Exchange Commission | Secretary of the Treasury | secbankruptcy@sec.gov |
| Securities & Exchange Commission NY Regional Office | George S Canellos Regional Director | secbankruptcy@sec.gov;newyork@sec.gov |
| Sidley Austin LLP | Larry J Nyhan & Jessica CK Boelter | lnyhan@sidley.com;jboelter@sidley.com;bmyrick@sidley.com |
| Skadden Arps Slate Meagher & Flom LLP | Jonathan H. Hofer | jhofer@skadden.com;nikolay.kodes@skadden.com |
| Skadden Arps Slate Meagher & Flom LLP | Ken Ziman | ken.ziman@skadden.com |
| Skadden Arps Slate Meagher & Flom LLP | Sarah M Ward | sarah.ward@skadden.com |
| Skadden Arps Slate Meagher & Flom LLP | Suzanne D T Lovett | suzanne.lovett@skadden.com |
| U.S. Bank National Association | Attn: George Rayzis | george.rayzis@usbank.com |
| U.S. Bank National Association | Attn: Irina Palchuk | irina.palchuk@usbank.com |
| U.S. Department of Justice | US Attorney General, Eric H. Holder, Jr. | AskDOJ@usdoj.gov |
| United States Attorney's Office for the Southern District of New York civil Division | Attn Joseph Cordaro | joseph.cordaro@usdoj.com |
| US Trustee for the Southern District of NY | Tracy Hope Davis, Linda A. Riffkin and Brian S. Masumoto | Tracy.Davis2@usdoj.gov; Linda.Riffkin@usdoj.gov; Brian.Masumoto@usdoj.gov |
| Ally Bank | Tom Houghton | tom.houghton@ally.com |
| Ally Financial Inc | Jeffrey Brown Corporate Treasurer | jeff.brown@gmacfs.com; william.b.solomon@ally.com |
| Alston & Bird LLP | John C Weitnauer Esq | kit.weitnauer@alston.com |
| Alston & Bird LLP | Martin G Bunin Esq & William Hao Esq | marty.bunin@alston.com;william.hao@alston.com |
| Alston & Bird LLP | William B Macurda | bill.macurda@alston.com |
| Assistant Attorney General | John Mark Stern bankruptcy & Collections Division | john.stern@texasattorneygeneral.gov |
| Bank of New York Mellon | Sarah Stout & Jennifer J Provenzano | Sarah.Stout@BNYMellon.com; Jennifer.Provenzano@BNYMellon.com; Michael.Spataro@BNYMellon.com; Mageshwaran.Ramasamy@BNYMellon.com |

| | | |
|---|---|---|
| Barclays Bank PLC | Alicia Borys & Patrick Kerner | alicia.borys@barclays.com;patrick.kerner@barclays.com |
| Barclays Bank PLC | Joe Tricamo & May Wong | |
| Barry B Eskanos JD MPA & Ami B Eskanos | | bbeskanos@aol.com |
| BMMZ Holding LLC | c/o Ally Financial Inc, Attn Courtney Lowman | courtney.lowman@ally.com |
| Cadwalader Wickersham & Taft LLP | Gregory M Petrick & Ingrid Bagby | gregory.petrick@cwt.com;ingrid.bagby@cwt.com |
| Cadwalader Wickersham & Taft LLP | Mark C Ellenberg Esq | mark.ellenberg@cwt.com |
| Cohen Milstein Sellers & Toll PLLC | Joel P Laitman, Christopher Lometti, Michael B Eisenkraft, Daniel B Rehns & Kenneth M Rehns | jlaitman@cohenmilstein.com;clometti@cohenmilstein.com;meisenkraft@cohenmilstein.com;drehns@cohenmilstein.com;krehns@cohenmilstein.com |
| Cole Schotz Meisel Forman & Leonard PA | Michael D Warner & Emily S Chou | mwarner@coleschotz.com;echou@coleschotz.com |
| Commonwealth of Pennsylvania, Department of Labor and Industry | Joseph Kots | ra-li-ucts-bankrupt@state.pa.us |
| Curtis Mallet-Prevost Colt & Mosle LLP | Maryann Gallagher Esq | mgallagher@curtis.com |
| Curtis Mallet-Prevost Colt & Mosle LLP | Michael A Cohen Esq | macohen@curtis.com |
| Curtis Mallet-Prevost Colt & Mosle LLP | Steven J Reisman Esq | sreisman@curtis.com |
| Dechert LLP | Glenn E Siegel, Hector Gonzalez, Brian E Greer & Mauricio A Espana | glenn.siegel@dechert.com;hector.gonzalez@dechert.com;brian.greer@dechert.com;mauricio.espana@dechert.com |
| Deutsche Bank | Rosa Mendez | rosa.mendez@db.com |
| Duane Morris LLP | Gerald S Catalanello Esq & james J Bincequerra Esq | gcatalanello@duanemorris.com;jvincequerra@duanemorris.com |
| Fannie Mae | Catherine Lasher | catherine_lasher@fanniemae.com |
| Foley & Mansfield PLLP | Thomas J Lallier | tlallier@foleymansfield.com |
| Freddie Mac | Kenton W Hambrick Associate General Counsel | kenton_hambrick@freddiemac.com |
| Gibbs & Bruns LLP | Kathy D Patrick Esq & Scott A Humphries Esq | kpatrick@gibbsbruns.com;shumphries@gibbsbruns.com |
| Gibbs & Bruns, L.L.P. | Kathy D. Patrick | kpatrick@gibbsbruns.com |
| Ginnie Mae | Ted Tozer | theodore.w.tozer@hud.gov |
| Grant & Eisenhofer PA | Georffrey C Jarvis Matthew P Morris & Deborah A Elman | gjarvis@gelaw.com;mpmorris@gelaw.com;delman@gelaw.com |
| HP Enterprise Services LLC | Ayala Hassell Esq | ayala.hassell@hp.com |
| Jones Day | Carle E Black | ceblack@jonesday.com |
| Jones Day | Corinne Ball, Richard L Wynne & Lance E Miller | cball@jonesday.com;rlwynne@jonesday.com;lemiller@jonesday.com |

| | | |
|---|---|---|
| Kasowitz, Benson, Torres & Friedman LLP | Andrew K Glenn, Matthew B Stein, Daniel A Fliman & Nii Amar Amamoo | aglenn@kasowitz.com;mstein@kasowitz.com;dfliman@kasowitz.com;namamoo@kasowitz.com |
| Kilpatrick & Associates PC | Richardo I Kilpatrick | ecf@kaalaw.com |
| Klestadt & Winters LLP | Attn Tracy L Klestadt & Joseph C Corneau | tklestadt@klestadt.com;jcorneau@klestadt.com |
| Kurtzman Carson Consultants | Alison M. Tearnen Schepper | rescapinfo@kccllc.com |
| Law Offices of Robert E Luna PC | Andrea Sheehan | sheehan@txschoollaw.com |
| Linebarger Goggan Blair & Sampson LLP | Diana W Sanders | austin.bankruptcy@publicans.com |
| Linebarger Goggan Blair & Sampson LLP | Elzabeth Weller | dallas.bankruptcy@publicans.com |
| Linebarger Goggan Blair & Sampson LLP | John P Dillman Esq | houston_bankruptcy@lgbs.com |
| Lowenstein Sandler PC | Michael S Etkin & Ira M Levee | metkin@lowenstein.com;ilevee@lowenstein.com |
| Lowenstein Sandler PC | Michael S Etkin & Ira M Levee | metkin@lowenstein.com;ilevee@lowenstein.com |
| McKool Smith | Attn: Paul D. Moak | pmoak@McKoolSmith.com |
| McKool Smith PC | Michael R Carney | mcarney@mckoolsmith.com |
| McKool Smith PC | Paul D Moak | pmoak@McKoolSmith.com |
| Morgan Lewis & Bockius LLP | James L Garrity Jr | jgarrity@morganlewis.com |
| Morgan Lewis & Bockius LLP | Michael S Kraut | mkraut@morganlewis.com |
| Morgan Lewis & Bockius LLP | Patrick D Fleming | pfleming@morganlewis.com |
| Morrison Cohen LLP | Joseph T Moldovan Esq | jmoldovan@morrisoncohen.com;bankruptcy@morrisoncohen.com |
| Munger Tolles & Olson LLP | Seth Goldman | seth.goldman@mto.com |
| Munger Tolles & Olson LLP | Thomas B Walper | Thomas.walper@mto.com |
| Patterson Belknap Webb & Tyler LLP | David W Dykhouse & Brian P Guiney | dwdykhouse@pbwt.com;bguiney@pbwt.com |
| Perdue Brandon Fielder Collins & Mott LLP | c/o Elizabeth Banda Calvo | ebcalvo@pbfcm.com |
| Proskauer Rose LLP | Irena M Goldstein | igoldstein@proskauer.com |
| Proskauer Rose LLP | Scott K Rutsky & Jared D Zajac | srutsky@proskauer.com;jzajac@proskauer.com |

| | | |
|---|---|---|
| Quinn Emanuel Urquhart & Sullivan LLP | Daniel L Brockett & David D Burnett | danbrockett@quinnemanuel.com;daveburnett@quinnemanuel.com |
| Quinn Emanuel Urquhart & Sullivan LLP | Susheel Kirpalani & Scott C Shelley | susheelkirpalani@quinnemanuel.com;scottshelley@quinnemanuel.com |
| Reilly Pozner LLP | Michael A Rollin | mrollin@rplaw.com |
| Ropes & Gray LLP | D Ross Martin Esq & Keith H Wofford Esq | Ross.martin@ropesgray.com;keith.wofford@ropesgray.com |
| Ropes & Gray LLP | D. Ross Martin | Ross.martin@ropesgray.com |
| Samuel I White PC | D Carol Sasser Esq | dsasser@siwpc.com |
| Samuel I White PC | Donna J Hall Esq | dhall@siwpc.com |
| Schnader Harrison Segal & Lewis LLP | Barry Bressler & Richard A Barkasy | bbressler@schnader.com;rbarkasy@schnader.com |
| Schnader Harrison Segal & Lewis LLP | Benjamin P Deutsch Esq | bdeutsch@schnader.com |
| Seward & Kissell LLP | Greg S Bateman | bateman@sewkis.com |
| Seward & Kissell LLP | Ronald L Cohen & Kalyan Das | cohen@sewkis.com;das@sewkis.com |
| Shearman & Sterling LLP | Fredric Sosnick & Susan A Fennessey | fsosnick@shearman.com;sfennessey@shearman.com |
| Sullivan Hazeltine Allinson LLC | William A Hazeltine Esq | whazeltine@sha-llc.com |
| Talcott Franklin P.C. | Attn: Talcott J. Franklin | tal@talcottfranklin.com |
| TCF National Bank | janella J Miller Senior Vice President & Senior Counsel | jmiller@tcfbank.com |
| The Canada Trust Company | Susan Khokher | susan.khokher@td.com;kathryn.thorpe@td.com; Adam.Parkin@tdsecurities.com; Christopher.stevens@tdsecurities.com; |
| U.S. Bank National Association | Attn: Mamta K Scott | mamta.scott@usbank.com |

| | | | |
|---|---|---|---|
| U.S. Bank National Association | Michelle Moeller | | michelle.moeller@usbank.com |
| U.S. Bank National Association | Tanver Ashraf, Corporate Trust Services | | tanveer.ashraf@usbank.com |
| U.S. Department of Justice | Attn: Glenn D. Gillette | | Glenn.Gillett@usdoj.gov |
| Wells Fargo Bank, N.A. | Kelly Rentz | | kelly.j.rentz@wellsfargo.com; Nichlaus.M.Ross@wellsfargo.com; Sharon.Squillario@wellsfargo.com |
| Wendy Alison Nora | | | accesslegalservices@gmail.com |
| White & Case LLP | Attn: Gerard Uzzi | | guzzi@whitecase.com |
| Wilmington Trust | Jennifer Williams | | jwilliams@wilmingtontrust.com;esoriano@wilmingtontrust.com |
| Winston & Strawn LLP | Attn: David Neier | | dneier@winston.com |
| Winston & Strawn LLP | David Neier, Carey D Schreiber & Alan Moskowitz | | dneier@winston.com;cschreiber@winston.com;almoskowitz@winston.com |