UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

RESIDENTIAL CAPITAL, LLC, *et al.*,

Debtor.

Chapter 11

Case No. 12-12020 (MG)

Joint Administration Requested

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Kevin S. Allred, to be admitted, *pro hac vice*, to represent Berkshire Hathaway Inc. ("Berkshire") in the above-captioned cases and in any related adversary proceedings, and upon the movant's certification that the movant is a member in good standing of the bar in the State of California and the United States District Court for the Central District of California, it is hereby

**ORDERED**, that Kevin S. Allred is admitted to practice, *pro hac vice*, in the above-captioned cases and in any related adversary proceedings, to represent Berkshire, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

DATED: **June 13, 2012**
New York, New York

/s/ Martin Glenn
Honorable Martin Glenn
United States Bankruptcy Judge

17678099.1