**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>Residential Capital, LLC, *et al.*<br><br>Debtors. | Chapter 11<br><br>Case No. 12-12020 (MG)<br><br>Jointly Administered |

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Steven T. Hoort, Esq., to be admitted, ***pro hac vice***, to represent the Ad Hoc RMBS Holder Group in the above-captioned case, and upon the movant's certification that the movant is a member in good standing of the bar of the Commonwealth of Massachusetts, the United States Court of Appeals for the First Circuit, the United States District Court for the District of Massachusetts, the United States District Court for the Eastern District of Michigan, the United States District Court for the Western District of Michigan, the United States District Court for the District of Colorado, and the United States District Court for the Eastern District of Wisconsin, it is hereby:

**ORDERED**, that Steven T. Hoort, Esq., is admitted to practice, ***pro hac vice***, in the above-captioned case, to represent the Ad Hoc RMBS Holder Group in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated:   New York, New York
         **June 13, 2012**

                                    **/s/Martin Glenn**
                                    United States Bankruptcy Judge