**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| **RESIDENTIAL CAPITAL, LLC**, *et al.*, | ) | **Chapter 11** |
| | ) | |
| Debtors. | ) | **Jointly Administered** |
| | ) | |

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of John C. Goodchild, III, to be admitted, *pro hac vice*, to represent Deutsche Bank National Trust Company and Deutsche Bank Trust Company Americas, as Trustees of Certain Mortgage Backed Securities Trusts (collectively, "Deutsche Bank"), in the above referenced cases, and upon the movant's certification that the movant is a member in good standing of the bar of the State of Pennsylvania and is admitted to practice in the U.S. District Court for the Eastern District of Pennsylvania, the U.S. District Court for the Middle District of Pennsylvania, the U.S. District Court for the District of New Jersey, the U.S. District Court the District of Colorado, the United States Court of Appeals for the Third Circuit, the United States Court of Appeals for the Sixth Circuit, the United States Court of Appeals for the Tenth Circuit and the United States Supreme Court.

**ORDERED**, that John C. Goodchild, III, Esq., is admitted to practice, *pro hac vice*, in the above referenced case to represent Deutsche Bank in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: **June 13, 2012**
New York, New York

_____/s/Martin Glenn_____
THE HONORABLE MARTIN GLENN
UNITED STATES BANKRUPTCY JUDGE