**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: ) | |
| ) | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, *et al.*, ) | |
| ) | Chapter 11 |
| Debtors. ) | |
| ) | Jointly Administered |
| ) | |

# CERTIFICATE OF SERVICE

I certify that on June 11, 2012, I caused a true and correct copy of the *Federal Home Loan Mortgage Corporation's Response and Limited Objection to Debtors' Motion to Approve Sale Procedures* to be served (i) via first class mail and electronic mail on each of the parties listed on the Special Service List (as such term is defined in the *Case Management Procedures* [ECF No. 141]); (ii) via electronic mail on each of the parties listed on the General Service List (as such term is defined in the *Case Management Procedures*); and (iii) via first class mail and facsimile on the Office of the United States Trustee for the Southern District of New York at 33 Whitehall St., 21st Floor, Region 2, New York, NY 10004, Fax: 212-668-2255.



/s/ Michael Carney
Michael Carney

McKool 448172v2