UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x
In re:                                                     :  Chapter 11
                                                           :
                                                           :  Case No. 12-12020 (MG)
RESIDENTIAL CAPITAL, LLC, et al.,                          :
                                                           :  Jointly Administered
                                                           :
              Debtors.                                     :
---------------------------------------------------------- x  Ref. Docket Nos. 297, 301, 303 & 306

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

PETE CARIS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 11, 2012, I caused to be served the:

    a) "Response Of The Official Committee Of Unsecured Creditors To The Motion Of Berkshire Hathaway Inc. For The Appointment Of An Examiner Pursuant To 11 U.S.C. § 1104(C)," dated June 11, 2012 [Docket No. 297], (the "Berkshire Response")

    b) "Omnibus Objection Of The Official Committee Of Unsecured Creditors To The Debtors' Motions Seeking (I) Entry Into The Barclays Dip Facility, (II) Entry Into The Ally Dip Facility And The Use Of Certain Cash Collateral, And (III) The Use Of The Citibank Cash Collateral," dated June 11, 2012 [Docket No. 301], (the "Omnibus Objection"),

    c) "Limited Objection And Reservation Of Rights Of The Official Committee Of Unsecured Creditors To The Debtors' (I) Origination Motion And (II) Ally Servicing Motion," dated June 11, 2012 [Docket No. 303], (the "Limited Objection"), and

    d) "Objection Of The Official Committee Of Unsecured Creditors To The Debtors' Motion For An Order (I) Authorizing And Approving Sale Procedures, Including Break-Up Fees And Expense Reimbursement; (II) Scheduling Bid Deadline And Sale Hearing; (III) Approving Form And Manner Of Notice Thereof; And (IV) Granting Related Relief," dated June 11, 2012 [Docket No. 306], (the "Official Committee Objection")

by causing true and correct copies of the following:

i. Berkshire Response, Omnibus Objection, Limited Objection and Official Committee Objection, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit A</u>,

ii. Berkshire Response, Omnibus Objection, Limited Objection and Official Committee Objection, to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit B</u>,

iii. Berkshire Response, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to the party listed on the annexed <u>Exhibit C</u>, and delivered via electronic mail to those parities listed on the annexed <u>Exhibit D</u>,

iv. Omnibus Objection, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit E</u>, and delivered via electronic mail to those parities listed on the annexed <u>Exhibit F</u>, and

v. Limited Objection, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit G</u>, and delivered via electronic mail to those parities listed on the annexed <u>Exhibit H</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                           <u>/s/ Pete Caris</u>
                                                                           Pete Caris

Sworn to before me this
12th day of June, 2012
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

| Claim Name | Address Information |
|---|---|
| CITIBANK NA | ATTN BOBBIE THEIVAKUMARAN 390 GREENWICH ST 6TH FL NEW YORK NY 10013 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS | C/O KELVIN VARGAS 25 DE FOREST AVE SUMMIT NJ 07901 |
| FANNIE MAE | ATTN JOHN S FORLINES VP, CREDIT MANAGEMENT 3900 WISCONSIN AVE NW MAIL STOP 8H-504 WASHINGTON DC 20016 |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION 2970 MARKET ST PHILADELPHIA PA 19104 |
| INTERNAL REVENUE SERVICE | INSOLVENCY SECTION 31 HOPKINS PLZ RM 1150 BALTIMORE MD 21201 |
| KELLEY DRYE & WARREN LLP | JAMES S CARR & ERIC R WILSON 101 PARK AVE NEW YORK NY 10178 |
| KIRKLAND & ELLIS | RICHARD M CIERI 601 LEXINGTON AVE NEW YORK NY 10022 |
| KIRKLAND & ELLIS LLP | ATTN RAY C SCHROCK, RAY C CIERI & STEPHEN E HESSLER 601 LEXINGTON AVE NEW YORK NY 10022-4611 |
| KRAMER LEVIN NAFTALLIS & FRANKEL LLP | KENNETH H ECKSTEIN, THOMAS MOERS MAYER & DOUGLAS H MANNAL 117 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| KURTZMAN CARSON CONSULTANTS | ALISON M. TEARNEN SCHEPPER 2335 ALASKA AVE EL SEGUNDO CA 90245 |
| MORRISON & FOERSTER LLP | LARREN M NASHELSKY, GARY S LEE & LORENZO MARINUZZI 1290 AVENUE OF THE AMERICAS NEW YORK NY 10104 |
| NATIONSTAR MORTGAGE LLC | ATTN: GENERAL COUNSEL 350 HIGHLAND DRIVE LEWISVILLE TX 75067 |
| OFFICE OF THE NY STATE ATTORNEY GENERAL | ERIC T SCHNEIDERMAN THE CAPITOL ALBANY NY 12224-0341 |
| OFFICE OF THE US ATTORNEY FOR | THE SOUTHERN DISTRICT OF NY UNITED STATES ATTORNEY PREET BHARARA ONE ST ANDREWS PLAZA NEW YORK NY 10007 |
| RESIDENTIAL CAPITAL LLC | TAMMY HAMZEHPOUR 1100 VIRGINIA DR FT WASHINGTON PA 19034 |
| SECURITIES & EXCHANGE COMMISSION | NY REGIONAL OFFICE GEORGE S CANELLOS REGIONAL DIRECTOR 3 WORLD FINANCIAL CENTER STE 400 NEW YORK NY 10281-1022 |
| SECURITIES & EXCHANGE COMMISSION | SECRETARY OF THE TREASURY 100 F ST NE WASHINGTON DC 20549 |
| SIDLEY AUSTIN LLP | LARRY J NYHAN & JESSICA CK BOELTER ONE DEARBORN CHICAGO IL 60603 |
| SKADDEN ARPS SLATE MEAGHER & FLOM LLP | JONATHAN H. HOFER FOUR TIMES SQUARE NEW YORK NY 10036 |
| SKADDEN ARPS SLATE MEAGHER & FLOM LLP | KEN ZIMAN FOUR TIMES SQUARE NEW YORK NY 10036 |
| SKADDEN ARPS SLATE MEAGHER & FLOM LLP | SARAH M WARD FOUR TIMES SQUARE NEW YORK NY 10036 |
| SKADDEN ARPS SLATE MEAGHER & FLOM LLP | SUZANNE D T LOVETT FOUR TIMES SQUARE NEW YORK NY 10036 |
| THE BANK OF NEW YORK MELLON | ASSET-BACKED SECURITIES GROUP 101 BARCLAY ST 4W NEW YORK NY 10286 |
| TIFFANY SMITH | C/O SCHROETER GOLDMARK & BENDER 500 CENTRAL BLDG., 810 THIRD AVE. SEATTLE WA 98104 |
| U.S. BANK NATIONAL ASSOCIATION | C/O SEWARD & KISSEL LLP ONE BATTERY PARK PLAZA NEW YORK NY 10004 |
| U.S. BANK NATIONAL ASSOCIATION | ATTN: GEORGE RAYZIS 50 SOUTH 16 TH STREET SUITE 2000 PHILADELPHIA PA 19102 |
| U.S. BANK NATIONAL ASSOCIATION | ATTN: IRINA PALCHUK 60 LIVINGSTON AVENUE EP-MN-WS1D ST. PAUL MN 55107 |
| U.S. BANK NATIONAL ASSOCIATION | MICHELLE MOELLER 60 LIVINGSTON AVE. ST. PAUL MN 55107 |
| U.S. BANK NATIONAL ASSOCIATION | TANVER ASHRAF, CORPORATE TRUST SERVICES WEST SIDE FLATS, EP-MN-WS3D 60 LIVINGSTON AVE. ST. PAUL MN 55107 |
| U.S. BANK NATIONAL ASSOCIATION | ATTN: MAMTA K SCOTT 190 S. LASALLE STREET CHICAGO IL 60603 |
| U.S. DEPARTMENT OF JUSTICE | ATTN: GLENN D. GILLETTE CIVIL DIVISION 1100 L STREET NW, ROOM 10018 WASHINGTON DC 20005 |
| U.S. DEPARTMENT OF JUSTICE | US ATTORNEY GENERAL, ERIC H. HOLDER, JR. 950 PENNSYLVANIA AVE NW WASHINGTON DC 20530-0001 |
| UNITED STATES ATTORNEY'S OFFICE | FOR THE SOUTHERN DISTRICT OF NEW YORK CIVIL DIVISION, ATTN JOSEPH CORDARO 86 CHAMBERS ST 3RD FL NEW YORK NY 10007 |
| US TRUSTEE FOR THE SOUTHERN DISTRICT OF NY | TRACY HOPE DAVIS, LINDA A. RIFFKIN AND BRIAN S. MASUMOTO 33 WHITEHALL ST 21ST FL, REGION 2 NEW YORK NY 10004 |
| WELLS FARGO BANK NA | ATTN CORP TRUST SERVICES - GMACM HOME EQUITY NOTES 2004 VARIABLE FUNDING TRUST PO BOX 98 COLUMBIA MD 21046 |

**Claim Name** | **Address Information**
---|---

Total Creditor count  36

12-12020-mg    Doc 345    Filed 06/13/12    Entered 06/13/12 16:56:04    Main Document
RESIDENTIAL CAPITAL, LLC ET AL
SERVICE LIST
Pg 5 of 19

**Claim Name** | **Address Information**
---|---

**EXHIBIT B**

ASKDOJ@USDOJ.GOV
BMYRICK@SIDLEY.COM
BOBBIE.THEIVAKUMARAN@CITI.COM
BRIAN.MASUMOTO@USDOJ.GOV
DMANNAL@KRAMERLEVIN.COM
GEORGE.RAYZIS@USBANK.COM
GLEE@MOFO.COM
IRINA.PALCHUK@USBANK.COM
JBOELTER@SIDLEY.COM
JHOFER@SKADDEN.COM
john.bellaver@ally.com
JOHN_S_FORLINES@FANNIEMAE.COM
JOSEPH.CORDARO@USDOJ.GOV
KDWBANKRUPTCYDEPARTMENT@KELLEYDRYE.COM
KECKSTEIN@KRAMERLEVIN.COM
KELVIN.VARGAS@DB.COM
KEN.ZIMAN@SKADDEN.COM
LINDA.RIFFKIN@USDOJ.GOV
LMARINUZZI@MOFO.COM
LNASHELSKY@MOFO.COM
LNYHAN@SIDLEY.COM
marie.l.cerchero@irs.gov
NANCY.LORD@OAG.STATE.NY.US
NEAL.MANN@OAG.STATE.NY.US
newyork@sec.gov
NIKOLAY.KODES@SKADDEN.COM
PROJECTRODEO@KIRKLAND.COM
RAY.SCHROCK@KIRKLAND.COM
RICHARD.CIERI@KIRKLAND.COM
SARAH.WARD@SKADDEN.COM
SECBANKRUPTCY@SEC.GOV
STEPHEN.HESSLER@KIRKLAND.COM
SUZANNE.LOVETT@SKADDEN.COM
TAMMY.HAMZEHPOUR@ALLY.COM
TIMOTHY.DEVINE@ALLY.COM
tmayer@kramerlevin.com
TRACY.DAVIS2@USDOJ.GOV
WILLIAM.B.SOLOMON@ALLY.COM

**EXHIBIT C**

RES DE297 06-11-12

Munger, Tolles & Olson, LLP,
355 South Grand Avenue,
Los Angeles, California 90071
Attn: Thomas Walper, Seth Goldman, and Bradley Schneider

# EXHIBIT D

**<u>Email List</u>**
SETH.GOLDMAN@MTO.COM
THOMAS.WALPER@MTO.COM
Bradley.Schneider@mto.com

# EXHIBIT E

RES DE301 06-11-12

RES DE301 06-11-12

United States of America and Ginnie Mae, U.S.
Department of Justice,
Civil Division,
1100 L Street NW, Room 10018,
Washington, D.C. 20005
Attn: Glenn D. Gillett

McKool Smith,
600 Travis St., Suite 7000, Houston, Texas 77002
Attn: Paul D. Moak

RES DE301 06-11-12

Winston & Strawn LLP,
200 Park Avenue,
New York, NY 10166
Attn: David Neier

**EXHIBIT F**

**Email List**
GLENN.GILLETT@USDOJ.GOV
PMOAK@MCKOOLSMITH.COM
DNEIER@WINSTON.COM

**EXHIBIT G**

RES DE303 06-11-12

Barclays Bank,
Alicia Borys & patrick Kerner
745 7th Ave., 27th Floor
New York, NY  10019

RES DE303 06-11-12

Kelley Drye & Warren LLP
101 Park Avenue,
New York, New York 10178,
Eric R. Wilson and Benjamin D. Feder;

RES DE303 06-11-12

White & Case LLP
1155 Avenue of the Americas
New York, New York, 10036
Attn.: Gerard Uzzi and Harrison Denman

RES DE303 06-11-12

BARCLAYS BANK PLC
JOE TRICAMO & MAY WONG
1301 SIXTH AVENUE
NEW YORK, NY  10019

**EXHIBIT H**

**Email List**
PATRICK.KERNER@BARCLAYS.COM
ALICIA.BORYS@BARCLAYS.COM
XRAUSLOANOPS5@BARCLAYS.COM
GUZZI@WHITECASE.COM
HDENMAN@WHITECASE.COM