Alan Marder Esq. (AM-0114)
MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
990 Stewart Avenue, Suite 300
P.O. Box 9194
Garden City, NY 11530-9194
Telephone: (516) 741-6565
Facsimile: (516) 741-6707
Email: amarder@msek.com

Michael S. Greger, Esq. (CA Bar No. 156525)
Ivan M. Gold (CA Bar No. 121486)
Richard M. Dinets, Esq. (CA Bar No. 265197)
ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP
1900 Main Street, Fifth Floor
Irvine, California 92614-7321
Telephone: (949) 553-1313
Facsimile: (949) 553-8354
Email: mgreger@allenmatkins.com
Email: igold@allenmatkins.com
Email: rdinets@allenmatkins.com

Attorneys for Digital Lewisville, LLC,
a Delaware limited liability company

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, *et al.* | Chapter 11 |
| Debtors. | Jointly Administered |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Ivan M. Gold, Esq., request admission, *pro hac vice*, before the Honorable Martin Glenn, to represent Digital Lewisville, LLC, as co-counsel with Michael S. Greger of Allen, Matkins, Leck, Gamble, Mallory & Natsis LLP, in the above captioned case. I certify that I am a member in good standing of the bar in the State of California and admitted to practice in the United States District Courts for the Central, Eastern, Northern, and Southern Districts of California.

I am eligible to practice in this Court pursuant to 2090-1 of the Local Rules for the Bankruptcy Court for the Southern District of New York.

My Address is:        Ivan M. Gold, Esq.
                      Allen, Matkins, Leck, Gamble,
                      Mallory & Natsis, LLP
                      Three Embarcadero Center, 12th Floor
                      San Francisco, CA 94111-4074
                      Telephone: (415) 837-1515
                      Facsimile:  (415) 837-1516
                      Email: igold@allenmatkins.com

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: June 13, 2012              ALLEN, MATKINS, LECK, GAMBLE,
                                  MALLORY & NATSIS, LLP

                                  _____
                                  Ivan M. Gold (CA Bar No. 121486)
                                  Michael S. Greger (CA Bar No. 156525)
                                  Richard M. Dinets, Esq. (CA Bar No. 265197)
                                  Allen Matkins Leck Gamble Mallory
                                     & Natsis LLP
                                  Three Embarcadero Center, 12th Floor
                                  San Francisco, CA 94111-4074
                                  Telephone: (415) 837-1515
                                  Facsimile:  (415) 837-1516

                                  Attorneys for Digital Lewisville, LLC

888659