Alan Marder Esq. (AM-0114)
MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
990 Stewart Avenue, Suite 300
P.O. Box 9194
Garden City, NY 11530-9194
Telephone: (516) 741-6565
Facsimile: (516) 741-6707
Email: amarder@msek.com

Michael S. Greger, Esq. (CA Bar No. 156525)
Ivan M. Gold  (CA Bar No. 121486)
Richard M. Dinets, Esq. (CA Bar No. 265197)
ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP
1900 Main Street, Fifth Floor
Irvine, California  92614-7321
Telephone:  (949) 553-1313
Facsimile:  (949) 553-8354
Email:  mgreger@allenmatkins.com
Email:  igold@allenmatkins.com
Email:  rdinets@allenmatkins.com

Attorneys for Digital Lewisville, LLC,
a Delaware limited liability company

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, *et al.* | Chapter 11 |
| Debtors. | Jointly Administered |

**ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE***

Upon the motion of Ivan M. Gold, Esq., to be admitted, ***pro hac vice***, to represent Digital Lewisville, LLC, ("Digital LLC"), in the above referenced cases, and upon the movant's certification that the movant is a member in good standing of the bar in the State of California and admitted to practice in the United States District Courts for the Central, Eastern, Northern, and Southern Districts of California.

**ORDERED**, that Ivan M. Gold, Esq., is admitted to practice, *pro hac vice*, in the above referenced case to represent Digital Lewisville, LLC, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.


Dated: June ___, 2012
      New York, New York

                                                          _____
                                                          THE HONORABLE MARTIN GLENN
                                                          UNITED STATES BANKRUPTCY JUDGE

888663