PREET BHARARA
United States Attorney for the
Southern District of New York
By: JOSEPH N. CORDARO
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone: (212) 637-2745
Facsimile: (212) 637-2686
E-mail: joseph.cordaro@usdoj.gov

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| RESIDENTIAL CAPITAL, LLC, *et al.*, | Case No. 12-12020 (MG) |
| Debtors. | Jointly Administered |

**CERTIFICATE OF SERVICE**

I, Joseph N. Cordaro, Assistant United States Attorney for the Southern District of New York, hereby certify that on June 11, 2012, in addition to service via ECF, I caused true copies of the following documents to be served on the parties indicated below:

- *Statement of the United States of America Concerning Debtors' Motion to Approve Sale Procedures* [Docket # 290]

- *Limited Objection of the United States of America to Debtors' Motion for Final Order Approving Debtor-in-Possession Financing with Respect to Ally Financial, Inc.* [Docket # 294]

- *Limited Objection of the United States of America to Debtors' Motion for Final Order Approving Debtor-in-Possession Financing with Respect to Barclays Bank PLC* [Docket # 299]

**By Federal Express**

Tracy Hope Davis, Esq.
Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004

**By Electronic Mail and First Class Mail**

Office of the New York State Attorney General
The Capitol
Albany, NY 12224-0341
Attn:   Nancy Lord, Esq.
        Neal Mann, Esq.
Email: Nancy.Lord@OAG.State.NY.US, Neal.Mann@OAG.State.NY.US


Residential Capital, LLC
1177 Avenue of the Americas
New York, NY 10036
Attn: Tammy Hamzehpour
Email: Tammy.Hamzehpour@gmacrescap.com


Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104
`   Attn:   Larren Nashelskly, Esq.
            Gary S. Lee, Esq.
            Lorenzo Marinuzzi, Esq.
Email: LNashelskly@mofo.com, Glee@mofo.com, LMarinuzzi@mofo.com


Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
Attn:   Ken Eckstein
        Doug Mannal
Email: keckstein@kramerlevin.com, dmannal@kramerlevin.com


Citibank N.A.
390 Greenwich Street, 6th Floor
New York, NY 10013
Attn: Bobbie Theivakurnaran
Email: bobbie.theivakurnaran@citi.com

Fannie Mae
3900 Wisconsin Avenue NW
Mail Stop 8H-504
Washington DC 20016
Attn: Vice President, Credit Management, John S. Forlines
Email: john_s_forlines@fanniemae.com


Kirkland & Ellis
601 Lexington Avenue
New York, NY 10022
Attn:   Ray C. Schrock
        Richard M. Cieri
Email: richard.cieri@kirkland.com, stephen.hessler@kirkland.com,
       projectrodeo@kirkland.com, william.b.solomon@ally.com,
       timothy.devine@ally.com


Deutsche Bank Trust Company Americas
25 DeForest Avenue
Summit, NJ 07901
Attn: Kevin Vargas
Email: kevin.vargas@db.com


U.S. Bank National Association
50 South 16th Street, Suite 2000
Philadelphia, PA 19102
Attn: George Rayzis
Email: george.rayzis@usbank.com


U.S. Bank National Association
60 Livingston Avenue
EP-MN-WS1D
St. Paul, MN 55107
Attn: Irina Palchuk
Email: irinia.palchuk@usbank.com


Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178
Attn:   James S. Carr
        Eric R. Wilson
Email: kdwbankruptcydepartment@kelleydrye.com

Skadden Arps Slate Meagher & Flom LLP
Four Times Square
New York, NY 10036
Attn:   Jonathan H. Hofer
        Ken Ziman
Email: jhofer@skadden.com, kziman@skadden.com
Sidley Austin LLP
One Dearborn
Chicago, IL 60603
Attn:   Larry J. Nyhan
        Jessica C.K. Boelter
Email: lnyhan@sidley.com, jboelter@sidley.com, bmyrick@sidley.com


Securities and Exchange Commission, New York Regional Office
3 World Financial Center, Suite 400
New York, NY 10281-1022
Attn: George S. Canellos, Regional Director
Email: newyork@sec.gov


**By First Class Mail**

The Bank of New York Mellon
Asset Backed Securities Group
101 Barclay Street 4W
New York, NY 10286


Wells Fargo Bank, N.A.
P.O. Box 98
Columbia, MD 21046
Attn:   Corporate Trust Services,
        GMACM Home Equity Notes 2004 Viable Funding Trust


Nationstar Mortgage LLC
350 Highland Drive
Lewisville, TX 75067
Attn: General Counsel

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


Dated: New York, New York
June 13, 2012

      /s/ Joseph N. Cordaro
JOSEPH N. CORDARO
Assistant United States Attorney