KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Telephone:   (212) 446-4800
Facsimile:   (212) 446-4900
Richard M. Cieri
Ray C. Schrock
Stephen E. Hessler

- and -

655 15th Street, N.W., Ste. 1200
Washington, D.C. 20005
Telephone:   (202) 879-5000
Facsimile:   (202) 879-5200
Jeffrey S. Powell
Daniel T. Donovan
Patrick M. Bryan

*Counsel to Ally Financial Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, <u>et</u> <u>al</u>., [1] | ) Chapter 11 |
| Debtors. | ) Jointly Administered |

**MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*, JUDSON BROWN**

---

[1] The Debtors are:  Ditech, LLC; DOA Holding Properties, LLC; DOA Holdings NoteCo, LLC; DOA Properties IX (Lots-Other), LLC; EPRE LLC; Equity Investment I, LLC; ETS of Virginia, Inc.; ETS of Washington, Inc.; Executive Trustee Services, LLC; GMAC Model Home Finance I, LLC; GMAC Mortgage USA Corporation; GMAC Mortgage, LLC; GMAC Residential Holding Company, LLC; GMACM Borrower LLC; GMACR Mortgage Products, LLC; GMAC-RFC Holding Company, LLC; GMACRH Settlement Services, LLC; HFN REO SUB II, LLC; Home Connects Lending Services, LLC; Homecomings Financial, LLC; Homecomings Financial Real Estate Holdings, LLC; Ladue Associates, Inc.; Passive Asset Transactions, LLC; PATI A, LLC; PATI B, LLC; PATI Real Estate Holdings, LLC; RAHI A, LLC; RAHI B, LLC; RAHI Real Estate Holdings, LLC; RCSFJV2004, LLC; Residential Accredit Loans, Inc.; Residential Asset Mortgage Products, Inc.; Residential Asset Securities Corporation; Residential Capital, LLC; Residential Consumer Services of Alabama, LLC; Residential Consumer Services of Ohio, LLC; Residential Consumer Services of Texas, LLC; Residential Consumer Services, LLC; Residential Funding Company, LLC; Residential Funding Mortgage Exchange, LLC; Residential Funding Mortgage Securities I, Inc.; Residential Funding Mortgage Securities II, Inc.; Residential Funding Real Estate Holdings, LLC; Residential Mortgage Real Estate Holdings, LLC; RFC Asset Holdings II, LLC; RFC Asset Management, LLC; RFC Borrower LLC; RFC Construction Funding, LLC; RFC SFJV-2002, LLC; and RFC-GSAP Servicer Advance, LLC.

I, Judson Brown, a member in good standing of the bars of the State of Tennessee and the District of Columbia, request admission, *pro hac vice*, in the above-referenced case.

My mailing address is Kirkland & Ellis LLP, 655 Fifteenth Street, N.W., Washington, DC 20005. My e-mail address is judson.brown@kirkland.com; telephone number is (202) 879-5000.

I agree to pay the fee of $200 upon the filing of this motion for an order admitting me to practice *pro hac vice*.

Dated: June 14, 2012
       Washington, DC

*/s/ Judson Brown*
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Telephone:   (212) 446-4800
Facsimile:   (212) 446-4900
Richard M. Cieri
Ray C. Schrock
Stephen E. Hessler

- and -

KIRKLAND & ELLIS LLP
655 15th Street, N.W., Ste. 1200
Washington, D.C. 20005
Telephone:   (202) 879-5000
Facsimile:   (202) 879-5200
Jeffrey S. Powell
Daniel T. Donovan
Patrick M. Bryan

*Counsel to Ally Financial Inc.*

2

## **ORDER**

**ORDERED,**

that Judson Brown, Esq., is admitted to practice, *pro hac vice*, in the above-referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: _____, 2012
         New York, New York

_____
United States Bankruptcy Judge