Thaddeus D. Wilson, Esq.
King & Spalding LLP
1180 Peachtree Street
Atlanta, Georgia  30309
Tel:  (404) 572-4600
Fax:  (404) 572-5100

*Attorneys for Lone Star U.S. Acquisitions, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------x
| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| RESIDENTIAL CAPITAL, LLC, *et al.*, | : | Case No. 12-12020 (MG) |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | |

-------------------------------------------------------x

## MOTION FOR ADMISSION TO APPEAR, *PRO HAC VICE*

I, Thaddeus D. Wilson, a member in good standing of the State Bar of Georgia since 2008, and admitted to practice before the United States District Courts for the Northern and Middle Districts of Georgia, request permission to appear *pro hac vice* before the Honorable Martin Glenn to represent Lone Star U.S. Acquisitions, LLC in the above-captioned proceeding.

My mailing address is:

> Thaddeus D. Wilson, Esq.
> King & Spalding LLP
> 1180 Peachtree Street
> Atlanta, Georgia 30309
> Telephone:  (404) 572-4600
> Facsimile:  (404) 572-5131
> Email: thadwilson@kslaw.com

The filing fee of $200.00 has been submitted with this motion for *pro hac vice* admission.

Dated: June 14, 2012
    Atlanta, Georgia

    KING & SPALDING LLP

/s/ Thaddeus D. Wilson
Thaddeus D. Wilson, Esq.
1180 Peachtree Street
Atlanta, Georgia  30309
Tel: (404) 572-4600
Fax: (404) 572-5100

*Attorneys for Lone Star U.S. Acquisitions, LLC*

Thaddeus D. Wilson, Esq.
King & Spalding LLP
1180 Peachtree Street
Atlanta, Georgia  30309
Tel:  (404) 572-4600
Fax:  (404) 572-5100

*Attorneys for Lone Star U.S. Acquisitions, LLC*

**UNITED STATES BANKRUPTCY COURT**
**THE SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x
| | |
|---|---|
| In re: : | Chapter 11 |
| : | |
| RESIDENTIAL CAPITAL, LLC, *et al.*, : | Case No. 12-12020 (MG) |
| : | |
| Debtors. : | Jointly Administered |
| : | |

---------------------------------------------------------x

**ORDER AUTHORIZING ADMISSION OF**
**THADDEUS D. WILSON, *PRO HAC VICE*****

UPON the motion of Thaddeus D. Wilson, dated June 14, 2012, for admission to appear *pro hac vice* to represent Lone Star U.S. Acquisitions, LLC in the above-referenced proceeding, it is hereby

**ORDERED**, that Thaddeus D. Wilson is admitted to practice *pro hac vice* in the above-referenced proceeding in the United States Bankruptcy Court for the Southern District of New York, subject to payment of the filing fee.

Dated:                       2012
       New York, New York            ------------------------------------------------------------
                                     UNITED STATES BANKRUPTCY JUDGE

# CERTIFICATE OF SERVICE

I hereby certify that I caused a true and accurate copy of the foregoing Motion for Admission to Appear *Pro Hac Vice* to be served on this 14th day of June 2012, via the Court's ECF system on those parties registered to receive notice.

/s/ Thaddeus D. Wilson
Thaddeus D. Wilson, Esq.