Paul K. Ferdinands, Esq.
King & Spalding LLP
1180 Peachtree Street
Atlanta, Georgia  30309
Tel:  (404) 572-4600
Fax:  (404) 572-5100

*Attorneys for Lone Star U.S. Acquisitions, LLC*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x
In re:                                            :        Chapter 11
                                                  :
RESIDENTIAL CAPITAL, LLC, *et al.*,   :        Case No. 12-12020 (MG)
                                                  :
                       Debtors.              :        Jointly Administered
                                                  :
---------------------------------------------------------x

# MOTION FOR ADMISSION TO APPEAR, *PRO HAC VICE*

I, Paul K. Ferdinands, a member in good standing of the United States District Court for the Northern District of Georgia and State Bar of Georgia since 1986, request permission to appear *pro hac vice* before the Honorable Martin Glenn to represent Lone Star U.S. Acquisitions, LLC in the above-captioned proceeding.

My mailing address is:

>Paul K. Ferdinands, Esq.
>King & Spalding LLP
>1180 Peachtree Street
>Atlanta, Georgia 30309
>Telephone: (404) 572-4600
>Facsimile: (404) 572-5131
>Email: pferdinands@kslaw.com

The filing fee of $200.00 has been submitted with this motion for *pro hac vice* admission.

Dated: June 14, 2012
      Atlanta, Georgia

    KING & SPALDING LLP

    /s/ Paul K. Ferdinands
    Paul K. Ferdinands, Esq.
    1180 Peachtree Street
    Atlanta, Georgia  30309
    Tel: (404) 572-4600
    Fax: (404) 572-5100

    *Attorneys for Lone Star U.S. Acquisitions, LLC*

Paul K. Ferdinands, Esq.
King & Spalding LLP
1180 Peachtree Street
Atlanta, Georgia  30309
Tel:  (404) 572-4600
Fax:  (404) 572-5100

*Attorneys for Lone Star U.S. Acquisitions, LLC*

**UNITED STATES BANKRUPTCY COURT**
**THE SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x
| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| RESIDENTIAL CAPITAL, LLC, *et al.*, | : | Case No. 12-12020 (MG) |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | |

---------------------------------------------------------x

**ORDER AUTHORIZING ADMISSION OF**
**PAUL K. FERDINANDS, *PRO HAC VICE***

UPON the motion of Paul K. Ferdinands, dated June 14, 2012, for admission to appear *pro hac vice* to represent Lone Star U.S. Acquisitions, LLC in the above-referenced proceeding, it is hereby

**ORDERED**, that Paul K. Ferdinands is admitted to practice *pro hac vice* in the above-referenced proceeding in the United States Bankruptcy Court for the Southern District of New York, subject to payment of the filing fee.

Dated:              2012
       New York, New York          ------------------------------------------------------------
                                   UNITED STATES BANKRUPTCY JUDGE

# **CERTIFICATE OF SERVICE**

I hereby certify that I caused a true and accurate copy of the foregoing Motion for Admission to Appear *Pro Hac Vice* to be served on this 14th day of June 2012, via the Court's ECF system on those parties registered to receive notice.

/s/ Paul K. Ferdinands
Paul K. Ferdinands, Esq.