**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| RESIDENTIAL CAPITAL, LLC, *et al.*, | Case No. 12-12020 (MG) |
| Debtors. | (Jointly Administered) |
| RESIDENTIAL CAPITAL, LLC, *et al.*, | |
| Plaintiffs, | |
| v. | Adv. No. 12-01671 (MG) |
| ALLSTATE INSURANCE, *et al.*, | |
| Defendants. | |

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Andrew David Behlmann, Esq. to be admitted, ***pro hac vice***, to represent (a) New Jersey Carpenters Health Fund, on behalf of itself and the class of persons and entities represented in the consolidated securities class action styled as *New Jersey Carpenters Health Fund, et al., on Behalf of Themselves and All Others Similarly Situated v. Residential Capital, LLC et als.*, pending in the United States District Court for the Southern District of New York, Case No. 08-CV-8781 (HB); (b) Union Central Life Insurance Company, Ameritas Life Insurance Corporation, and Acacia Life Insurance Company; and (c) Cambridge Place Investment Management Inc. (collectively, the "Parties"), before the Honorable Martin Glenn,

-2-

United States Bankruptcy Judge, in the above-captioned chapter 11 bankruptcy cases and associated adversary proceeding; and upon the movant's certification that the movant is a member in good standing of the bar of the State of New Jersey, it is hereby

**ORDERED**, that Andrew David Behlmann, Esq. is admitted to practice, ***pro hac vice***, in the above referenced chapter 11 bankruptcy cases and associated adversary proceeding to represent the Parties in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: **June 14, 2012**
      New York, New York

                                                                          **/s/Martin Glenn**
                                                     THE HONORABLE MARTIN GLENN
                                                     UNITED STATES BANKRUPTCY JUDGE