SHEARMAN & STERLING LLP
Fredric Sosnick
William J.F. Roll, III
Susan A. Fennessey
599 Lexington Avenue
New York, New York 10022
Telephone:    (212) 468-8000
Facsimile:    (212) 468-7900

*Counsel for Citibank, N.A.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------------
|  |  |
| --- | --- |
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |
-------------------------------------------------------------------------

**OMNIBUS REPLY TO OBJECTIONS TO DEBTORS' SALE MOTION**
**AND RESERVATION OF RIGHTS OF CITIBANK, N.A.**

TO THE HONORABLE MARTIN GLENN
UNITED STATES BANKRUPTCY JUDGE:

Citibank, N.A. ("**Citibank**") hereby submits this omnibus reply to the objections of

the Official Committee of Unsecured Creditors [Docket No. 306], Berkshire Hathaway Inc.

[Docket No. 284] and Lone Star U.S. Acquisitions, LLC [Docket No. 298] (the "**Objections**") to

the Debtors' Motion Pursuant to 11 U.S.C. §§ 105, 363(b), (f), and (m), 365 and 1123, and Fed

R. Bankr. P. 2002, 6004, 6006, and 9014 for Orders: (A)(I) Authorizing and Approving Sale

Procedures, Including Break-Up Fee and Expense Reimbursement; (II) Scheduling Bid Deadline

and Sale Hearing; (III) Approving Form and Manner of Notice Thereof; and (IV) Granting

Related Relief and (B)(I) Authorizing the Sale of Certain Assets Free and Clear of Liens, Claims,

Encumbrances, and other Interests; (II) Authorizing and Approving Asset Purchase Agreements

Thereto; (III) Approving the Assumption and Assignment of Certain Executory Contracts and

Unexpired Leases Related Thereto; and (IV) Granting Related Relief [Docket No. 61] (the "**Sale Procedures Motion**").[1]  In support thereof, Citibank respectfully represents as follows:

1.      Citibank is a secured prepetition lender to the Debtors, having provided a revolving credit facility (the "**Prepetition MSR Facility**") pursuant to that certain Amended and Restated Loan and Security Agreement, dated as of June 30, 2010 (as amended, supplemented or otherwise modified, including pursuant to Amendment Number Ten, dated March 30, 2012, pursuant to which Citibank agreed, among other things, to the extension of the Loan Repayment Date (as defined in the Amended and Restated Loan and Security Agreement)) among GMAC Mortgage, LLC ("**GMAC Mortgage**"), as Borrower, Residential Capital LLC, as Guarantor, and Citibank, as Lender.  The Prepetition MSR Facility provided the Debtors with financing to provide funding for the origination or acquisition of certain mortgage loan servicing rights (the "**MSRs**"), and is secured by those MSRs.

2.      Citibank has consented to the use of its cash collateral under the Prepetition MSR Facility on terms negotiated with the Debtors based, in part, on Citibank's understanding of the sale procedures and proposed asset sale as set forth in the Sale Procedures Motion.  To the extent that, based on the Objections or its negotiations with the parties in interest, the Debtors amend those sale procedures, including in any way that would result in the sale of the MSRs without payment in full of the obligations under the Prepetition MSR Facility or affects Citibank's rights under its acknowledgement agreements with Fannie Mae and Freddie Mac, Citibank hereby reserves all rights to object to the sale procedures.

---

[1]      Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to such terms in the Sale Procedures Motion.

Dated:  June 14, 2012
        New York, New York

                                SHEARMAN & STERLING LLP


                                 /s/ Fredric Sosnick
                                Fredric Sosnick
                                William J.F. Roll, III
                                Susan A. Fennessey
                                599 Lexington Avenue
                                New York, New York 10022
                                Telephone: (212) 484-4000
                                Facsimile:  (212) 484-7179

                                *Counsel for Citibank, N.A.*