JAMES WHITLINGER - 6/8/2012

H I G H L Y   C O N F I D E N T I A L

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------x
                      Case No.
In re                 12-12020(MG)

RESIDENTIAL CAPITAL, LLC, et al.,

**CERTIFIED COPY**

    Debtors.
-------------------------------------x

June 8, 2012

10:01 a.m.

Deposition of JAMES M. WHITLINGER, pursuant to notice, at the offices of Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, New York, before Gail F. Schorr, a Certified Shorthand Reporter, Certified Realtime Reporter and Notary Public within and for the State of New York.

JAMES WHITLINGER - 6/8/2012

Page 2

```
 1        HIGHLY  CONFIDENTIAL

 2     APPEARANCES:

 3     KRAMER LEVIN NAFTALIS & FRANKEL LLP
       Attorneys for the Official Committee of
 4     Unsecured Creditors
            1177 Avenue of the Americas
 5          New York, NY 10017

 6     BY:    CRAIG L. SIEGEL, ESQ.
              GREGORY AARON HOROWITZ, ESQ.
 7               -and-
              KIMBERLY E. FRIEDMAN, ESQ.
 8            (ghorowitz@kramerlevin.com)
              (kfriedman@kramerlevin.com)
 9

10     MORRISON & FOERSTER LLP
       Attorneys for Debtors and Debtors in
11     Possession
            1290 Avenue of the Americas
12          New York, NY 10104

13     BY:    STEFAN W. ENGELHARDT, ESQ.
                 -and-
14            ALEXANDER STEINBERG BARRAGE, ESQ.
              (sengelhardt@mofo.com)
15             (abarrage@mofo.com)

16
       KIRKLAND & ELLIS LLP
17     Attorneys for Ally Financial
            655 Fifteenth Street, N.W.
18          Washington, D.C. 20005

19     BY:    PATRICK M. BRYAN, ESQ.
                 -and-
20            ANTHONY GROSSI, ESQ.
              (patrick.bryan@kirkland.com)
21            (anthony.grossi@kirkland.com)

22

23

24

25
```

```
 1         H I G H L Y   C O N F I D E N T I A L

 2     A P P E A R A N C E S (Continued):

 3     SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
       Attorneys for Barclays Bank DIP Lender
 4            Four Times Square
              New York, NY 10036
 5
       BY:    ANTHONY W. CLARK, ESQ.
 6            (anthony.clark@skadden.com)

 7
       WHITE & CASE LLP
 8     Attorneys for Secured Notes
              1155 Avenue of the Americas
 9            New York, NY 10036-2787

10     BY:    J. CHRISTOPHER SHORE, ESQ.
                  -and-
11            VANESSA SODERBERG, ESQ.
              (cshore@whitecase.com)
12            (vsoderberg@whitecase.com)

13
       SHEARMAN & STERLING LLP
14     Attorneys for Citibank, N.A.
              599 Lexington Avenue
15            New York, NY 10022-6069

16     BY:    WILLIAM J.F. ROLL, III, ESQ.
                  -and-
17            SUSAN A. FENNESSEY, ESQ.
              (wroll@shearman.com)
18            (sfennessey@shearman.com)

19
       SIDLEY AUSTIN LLP
20     Attorneys for Nationstar Mortgage, LLC
              One South Dearborn
21            Chicago, IL 60603

22     BY:    BRETT H. MYRICK, ESQ. (Via phone)
              (bmyrick@sidley.com)
23

24

25
```

```
 1         H I G H L Y   C O N F I D E N T I A L

 2     A P P E A R A N C E S (Continued):

 3     KELLEY DRYE & WARREN LLP
       Attorneys for U.S. Bank National
 4     Association
            101 Park Avenue
 5          New York, NY 10178

 6     BY:    BENJAMIN D. FEDER, ESQ. (Via phone)
              (bfeder@kelleydrye.com)
 7


 8     CURTIS, MALLET-PREVOST, COLT & MOSLE LLP
       Conflicts Counsel for the Debtors
 9          101 Park Avenue
            New York, NY 10178-0061
10
       BY:    THERESA A. FOUDY, ESQ.
11            (tfoudy@curtis.com)

12
       ROPES & GRAY LLP
13     Attorneys for Consenting Noteholders to
       the Plan Support Agreement
14          Prudential Tower
            800 Boylston Street
15          Boston, MA 02199-3600

16     BY:    STEVEN T. HOORT, ESQ.
              (steven.hoort@ropesgray.com)
17

18

19

20

21

22

23

24

25
```

JAMES M. WHITLINGER - HIGHLY CONFIDENTIAL

A. I believe that there will be multiple bidders.

Q. You believe that there will be multiple potential bidders who will be interested in conducting due diligence, correct?

A. Everybody would conduct due diligence that wants to bid.

Q. Have you discussed with Centerview at all a list of potential bidders?

MR. ENGELHARDT: I caution the witness to answer the question yes or no.

A. I don't -- I don't recall.

Q. Assuming there are multiple bidders in the post-petition process, you would agree that the amount of work that you and management and ResCap staff will have to do will be much greater than the work that you had to do with respect to the Nationstar exclusive pre-petition due diligence process?

MR. ENGELHARDT: Objection to

JAMES M. WHITLINGER - HIGHLY CONFIDENTIAL

    form.

    A.    Yes, I believe we've already done a lot of the work as part of the Nationstar process, so we have a lot ready to go for any bidder to look at. There's a lot created and ready to go.

    Q.    Is there a data room that's fully set up for bidders already to look at?

    A.    We have a data room that we used for the pre-marketing process and we're making some updates to our offering memorandum to reflect the asset purchase agreement with Nationstar.

    Q.    So that's a data room that's fully populated for potential bidders?

    A.    We're working on updating it.

    Q.    Do you know whether the committee's been given access to that data room?

    A.    I don't know.

    Q.    Can you think of any reason why the committee couldn't have access to that data room now?