KING & SPALDING LLP
1180 Peachtree Street N.E.
Atlanta, Georgia 30309
Paul K. Ferdinands, Esq. (pro hac vice pending)
W. Austin Jowers, Esq.   (pro hac vice pending)
Thaddeus D. Wilson, Esq. (pro hac vice pending)
Telephone: (404) 572-4600
Facsimile:  (404) 572-5100

*Counsel for Lone Star U.S. Acquisitions, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
In re:                                                      :
                                                            :    Chapter 11
RESIDENTIAL CAPITAL, LLC, *et al.*,                         :    Case No. 12-12020 (MG)
                                                            :    (Jointly Administered)
                              Debtors.                      :
------------------------------------------------------------x

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF DOCUMENTS**

**PLEASE TAKE NOTICE** that Lone Star U.S. Acquisitions, LLC ("Lone Star"), by its attorneys, King & Spalding LLP, hereby appears in these matters pursuant to Title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* and Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure, and requests that all notices given or required to be given in the above-captioned proceedings, and all papers served or required to be served in the above-captioned proceedings, be given and served upon the following persons at the addresses and numbers set forth below:

King & Spalding LLP
1180 Peachtree Street N.E.
Atlanta, Georgia 30309
Paul K. Ferdinands Esq.
E-mail: pferdinands@kslaw.com
W. Austin Jowers, Esq.
E-mail: ajowers@kslaw.com
Thaddeus D. Wilson, Esq.
thadwilson@kslaw.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes, without limitation, any and all notices in respect of any application, motion, petition, pleading, request, complaint, demand, order or any other paper filed in the above-captioned proceeding whether such notice is formal or informal, written or oral, and whether transmitted by hand delivery, United States Mail, electronic mail, expedited delivery service, telephone, telex, telecopy or otherwise.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and Request for Service of Documents nor any subsequent appearance, pleading, claim or suit shall constitute a waiver of Lone Star's substantive or procedural rights, including (without limitation):

(1) the right to have any and all final orders in any and all non-core matters entered only after *de novo* review by a United States District Judge;

(2) the right to trial by jury in any proceeding as to any and all matters so triable, whether or not such matters are designated as legal or private rights, or in any case, controversy or proceeding related hereto, notwithstanding the designation of such matters as "core proceedings" pursuant to 28 U.S.C. § 157(b)(2), and whether such jury trial right is pursuant to statute or the United States Constitution;

(3) the right to seek abstention or remand of any matter or proceeding subject to mandatory or discretionary abstention or remand, and to have the District Court withdraw the reference in any matter or proceeding subject to mandatory or discretionary withdrawal;

(4)     any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this Notice;

(5)     right to receipt of service of process in all actions, causes, claims or proceedings arising in, arising under or related to this proceeding to be served directly on Lone Star as required by law;

(6)     right to contest service of process;

(7)     rights, remedies and claims against other entities or any objection that may be made to the jurisdiction and venue of the Court or venue of this case; or

(8)     any other rights, claims, actions, defenses, setoffs or recoupments to which Lone Star is or may be entitled under any agreements, or at law or in equity or under the United States Constitution.

All of the above rights are expressly reserved and preserved by Lone Star without exception.

Dated: June 14, 2012
       New York, New York

                                        KING & SPALDING LLP

                                        By: /s/ Paul K. Ferdinands
                                            Paul K. Ferdinands

                                        1180 Peachtree Street N.E.
                                        Atlanta, Georgia 30309
                                        Paul K. Ferdinands, Esq.  (pro hac vice pending)
                                        W. Austin Jowers, Esq.   (pro hac vice pending)
                                        Thaddeus D. Wilson , Esq. (pro hac vice pending)
                                        Telephone: (404) 572-4600
                                        Facsimile:  (404) 572-5129

                                        *Counsel for Lone Star U.S. Acquisitions, LLC*