**EXHIBIT 1**

## Subservicing Economics

| GMACM Economics (2012) | | Year 1 |
|---|---|---:|
| Avg Units | | 621,525 |
| Avg UPB (000s) | $ | 128,730,566 |
| Avg Loan Amt | $ | 207,120 |
| | | |
| **Contract Comparison** | | |
| NEW CONTRACT, annual revenue projection[1] | $ | 71,909,365 |
| OLD CONTRACT, January through August 2012 | $ | 29,373,944 |
| Net Income Change | $ | 42,535,421 |
| | | |
| **Revenue (Actual + Forecast)** | | |
| GMACM Rev - 2012 OLD CONTRACT through May 14, 2012 | $ | 16,317,601 |
| GMACM Rev - 2012 NEW CONTRACT PROJECTED REVENUE from May 15, 2012 through year-end | $ | 46,523,414 |
| ANNUAL REVENUE FORECAST - 2012 | $ | 62,841,015 |

*Presumes Ally Bank retains ownership of these assets and maintains subservicing with GMACM on all assets*

*1) New Deal: projected full year revenue*