**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, <u>et al</u>., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**ORDER AUTHORIZING DEBTORS TO EXCEED PAGE LIMIT FOR**
**OMNIBUS REPLY TO OBJECTIONS TO THE SALE MOTION**

Upon the request of the above captioned debtors and debtors in possession (collectively, the "<u>Debtors</u>") for entry of an order allowing the Debtors' Omnibus Reply to Objections to Sale Procedures Order (the "<u>Reply</u>") to exceed the ten page limit (the "<u>Page Limit</u>") for all reply memoranda contained in the Court's order establishing certain notice, case management and administrative procedures (Docket No. 141) (the "<u>Case Management Order</u>"); and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, and this being a core proceeding pursuant to 28 U.S.C. § 157(b); and the Court having found that the relief requested is in the best interests of the Debtors' estates, their creditors, and other parties in interest, it is hereby

**ORDERED, ADJUDGED, AND DECREED THAT:**

1. The request is GRANTED as set forth herein.

2. The Reply may exceed the Page Limit set forth in the Case Management Order by fifteen (15) additional pages.

Dated:   June 14, 2012
         New York, New York

                                                    /s/Martin Glenn
                                             MARTIN GLENN
                                             United States Bankruptcy Judge