MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:     (212) 468-8000
Facsimile:     (212) 468-7900
Larren M. Nashelsky
Gary S. Lee
Todd M. Goren
Stefan W. Engelhardt
Alexandra Steinberg Barrage

*Proposed Counsel for the Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------------
                                                            )
In re:                                                      )    Case No. 12-12020 (MG)
                                                            )
RESIDENTIAL CAPITAL, LLC, et al.,                           )    Chapter 11
                                                            )
                                   Debtors.                 )    Jointly Administered
---------------------------------------------------------------------------    )

**DEBTORS' EXHIBIT LIST FOR HEARING
ON DEBTORS' PROPOSED SALE PROCEDURES**

| EXHIBIT | DESCRIPTION |
|---|---|
| 1 | Asset Purchase Agreement between Nationstar Mortgage LLC and Residential Capital, LLC, Residential Funding Company, LLC, GMAC Mortgage, LLC, Executive Trustee Services, LLC, ETS of Washington, Inc., EPRE LLC and The Additional Sellers Identified on Schedule A dated as of May 13, 2012, **filed as Exhibit B to Debtors' Motion Pursuant to 11 U.S.C. §§ 105, 363(b), (f), and (m), 365 and 1123, and Fed. R. Bankr. P. 2002, 6004, 6006, and 9014 for Orders: (A)(I) Authorizing and Approving Sale Procedures, Including Break-Up Fee and Expense Reimbursement; (II) Scheduling Bid Deadline and Sale Hearing; (III) Approving Form and Manner of Notice Thereof; and (IV) Granting Related Relief and (B)(I) Authorizing the Sale of Certain Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (II) Authorizing and Approving Asset Purchase Agreements Thereto; (III) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto; and (IV) Granting Related Relief (the "Sale Motion") [Dkt. No. 61]** |
| 2 | Asset Purchase Agreement between Ally Financial Inc. and BMMZ Holdings LLC and Residential Capital, LLC, Residential Funding Company, LLC, GMAC Mortgage, LLC and the Additional Sellers Identified on Schedule A dated as of May 13, 2012 **filed as Exhibit C to Sale Motion [Dkt. No. 106]** |

| EXHIBIT | DESCRIPTION |
|---|---|
| 3 | Amended Order Under 11 U.S.C. §§ 105, 363(b) and 365 (I) Authorizing and Approving Sale Procedures, Including Break-Up Fee and Expense Reimbursement; (II) Scheduling Bid Deadline, Auction (If Necessary) and Sale Hearing; (III) Establishing Assumption and Assignment Procedures, Including Procedures for Fixing Cure Amounts; and (IV) Establishing Notice Procedures and Approving Forms of Notice **filed as Exhibit 1-A of Debtors Omnibus Reply to Objection to Sale Procedures Order [Dkt. No. 373]** |
| 4 | Sale Procedures **filed as Exhibit 1-A to Debtors Omnibus Reply to Objection to Sale Procedures Order [Dkt. No. 373]** |
| 5 | May 3, 2012 Berkshire Letter |
| 6 | Privacy Notices **filed as Exhibit 1 and Exhibit 2 to Amended Declaration of Peter Giamporcaro in Support of the Sale of the Nationstar Purchased Assets Without a Privacy Ombudsman [Dkt. No. 189]** |
| 7 | Excerpts of GLBA Rules and Regulations **filed as Exhibit 2 to Debtors Omnibus Reply to Objection to Sale Procedures Order [Dkt. No. 373]** |
| 8 | Chapter 11 Break-Up Fee Analysis **filed as Exhibit 1 to Supplemental Declaration of Samuel M. Greene in Further Support of the Proposed Sale of Debtors' Assets [Dkt. No. 375]** |

Dated: June 15, 2012  
New York, New York

*/s/* Larren M. Nashelsky  
Larren M. Nashelsky  
Gary S. Lee  
Stefan W. Engelhardt  
Todd M. Goren  
Alexandra Steinberg Barrage  

MORRISON & FOERSTER LLP  
1290 Avenue of the Americas  
New York, New York 10104  
Telephone: (212) 468-8000  
Facsimile: (212) 468-7900  

Proposed Counsel for the Debtors and Debtors in Possession

-2-

ny-1045690