Hearing Date: July 24, 2012 at 10:00 a.m. (ET)
Objection Deadline: July 13, 2012 at 4:00 p.m. (ET)

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Larren M. Nashelsky
Gary S. Lee
Anthony Princi
Jamie A. Levitt

*Proposed Counsel for the Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------
|                                              )
In re:                                         )    Case No. 12-12020 (MG)
                                               )
RESIDENTIAL CAPITAL, LLC, et al.,              )    Chapter 11
                                               )
                              Debtors.         )    Jointly Administered
                                               )
------------------------------------------------

**SECOND AMENDED NOTICE OF HEARING ON DEBTORS' MOTION FOR ENTRY
OF AN ORDER UNDER BANKRUPTCY CODE SECTION 365 AND BANKRUPTCY
RULE 6006 AUTHORIZING THE DEBTORS TO ASSUME PLAN SUPPORT
AGREEMENTS WITH TALCOTT FRANKLIN CONSENTING CLAIMANTS**

**PLEASE TAKE NOTICE** that, on June 11, 2012, the above-captioned debtors

and debtors in possession (collectively, the "Debtors") filed  the Debtors' Motion for

Entry of Order Under Bankruptcy Code Section 365 and Bankruptcy Rule 6006

Authorizing the Debtors to Assume Plan Support Agreements with Talcott Franklin

Consenting Claimants  (the "Motion") [Docket No. #319].

1

**PLEASE TAKE FURTHER NOTICE** that a hearing will be held on the Motion will be held before the Honorable Martin Glenn, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, Courtroom 501, One Bowling Green, New York, New York 10004 (the "Bankruptcy Court") on **July 24, 2012 at 10:00 a.m.** (**prevailing Eastern time**), or as soon thereafter as counsel may be heard.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Motion and the relief requested therein must be filed with the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, NY 10004 and served so as to be received by the following parties no later than **4:00 p.m. Eastern time on July 13, 2012**: (a) Residential Capital, LLC, 1177 Avenue of the Americas, New York, NY 10036 (Attn: Tammy Hamzehpour); (b) proposed counsel for the Debtors, Morrison & Foerster LLP, 1290 Avenue of the Americas, New York, NY 10104 (Attn: Gary S. Lee, Anthony Princi, Jamie Levitt, and Larren M. Nashelsky); (c) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, NY 10004 (Attn:  Tracy Hope Davis, Linda A. Riffkin, and Brian S. Masumoto); (d) the Office of the United States Attorney General, U.S. Department of Justice, 950 Pennsylvania Avenue NW, Washington, DC 20530-0001 (Attn: US Attorney General, Eric H. Holder, Jr.); (e)  Office of the New York State Attorney General, The Capitol, Albany, NY 12224-0341 (Attn: Nancy Lord, Esq. and Neal Mann, Esq.); (f) Office of the U.S. Attorney for the Southern District of New York, One St. Andrews Plaza, New York, NY 10007 (Attn: Joseph N. Cordaro, Esq.) (g) counsel for Official Committee of Unsecured Creditors, Kramer Levin Naftalis & Frankel LLP, 1177 Avenue

2

of the Americas, New York, NY 10036 (Attn: Ken Eckstein and Douglas H. Mannal);

(h) Citibank N.A., 390 Greenwich Street, 6th Floor, New York, NY 10013 (Attn: Bobbie

Theivakurnaran); (i) Fannie Mae, 3900 Wisconsin Avenue NW, Mail Stop 8H-504,

Washington, D.C. 20016 (Attn: Vice President, Credit Management, John S. Forlines);

(j) counsel for Ally Financial Inc., Kirkland & Ellis, 601 Lexington Avenue, New York,

NY 10022 (Attn: Richard M. Cieri and Ray C. Schrock) (k) Deutsche Bank Trust

Company Americas, 25 DeForest Avenue, Summit, NJ 07901 (Attn: Kevin Vargas);

(l) The Bank of New York Mellon, Asset Backed Securities Group, 101 Barclays Street

4W, New York, NY 10286; (m) U.S. Bank National Association, 50 South 16th Street,

Suite 2000, Philadelphia, PA 19102 (Attn: George Rayzis); (n) U.S. Bank National

Association, 60 Livingston Avenue, EP-MN-WS1D, St. Paul, MN 55107 (Attn: Irina

Palchuk); (o) counsel to U.S. Bank National Association, Kelley Drye & Warren LLP,

101 Park Avenue, New York, NY 10178 (Attn: James S. Carr and Eric R. Wilson);

(p) Wells Fargo Bank, N.A., P.O. Box 98, Columbia, MD 21046 (Attn: Corporate Trust

Services, GMACM Home Equity Notes 2004 Variable Funding Trust); (q) counsel to the

administrative agent for the Debtors' proposed providers of debtor in possession

financing, Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York,

New York 10036 (Attention: Kenneth S. Ziman and Jonathan H. Hofer); (r) Nationstar

Mortgage LLC, 350 Highland Drive, Lewisville, TX 75067 (Attn: General Counsel)

(s) counsel to Nationstar Mortgage LLC, Sidley Austin LLP, One South Dearborn,

Chicago, IL 60603 (Attn: Larry Nyhan and Jessica CK Boelter); (t) Internal Revenue

Service, P.O. Box 7346, Philadelphia, PA 19101-7346 (if by overnight mail, to 2970

Market Street, Mail Stop 5-Q30.133, Philadelphia, PA 19104-5016); (u) Securities and

3

Exchange Commission, New York Regional Office, 3 World Financial Center, Suite 400,

New York, NY 10281-1022 (Attn: George S. Canellos, Regional Director); and

(v) counsel to the Talcott Franklin Group, Talcott Franklin, P.C., 208 N. Market Street

Suite 200, Dallas, Texas 75202 (Attn: Talcott Franklin), Miller, Johnson, Snell &

Cummiskey, P.L.C., 250 Monroe Avenue NW, Suite 800, P.O. Box 306 Grand Rapids,

MI 49501-0306, (Attn: Thomas P. Sarb), and Carter Ledyard & Milburn LLP, 2 Wall

Street, New York, New York 10005 (Attn: James Gadsden).

**PLEASE TAKE FURTHER NOTICE** that the relief requested in the Motion

may be granted without a hearing if no objection is timely filed and served as set forth

above and in accordance with the order, dated May 23, 2012, implementing certain notice

and case management procedures in these cases [Docket No. 141] (the "Case

Management Order").

Dated: June 15, 2012
      New York, New York

                             /s/ Gary S. Lee
                             Larren M. Nashelsky
                             Gary S. Lee
                             Anthony Princi
                             Jamie A. Levitt
                             MORRISON & FOERSTER LLP
                             1290 Avenue of the Americas
                             New York, New York 10104
                             Telephone: (212) 468-8000
                             Facsimile: (212) 468-7900

                             *Proposed Counsel for the Debtors and*
                             *Debtors in Possession*