**Hearing Date: June 18, 2012 at 10:00 a.m. (ET)**

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Larren M. Nashelsky
Gary S. Lee
Lorenzo Marinuzzi

*Proposed Counsel for the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

**NOTICE OF FILING OF PROPOSED FINAL ORDER (I) AUTHORIZING USE OF CASH COLLATERAL, (II) GRANTING ADEQUATE PROTECTION, AND (III) MODIFYING THE AUTOMATIC STAY**

**PLEASE TAKE NOTICE** that Residential Capital, LLC (the "Debtors") files the attached proposed Final Order (i) Authorizing Use of Cash Collateral, (ii) Granting Adequate Protection and (iii) Modifying the Automatic Stay (the "Proposed Final Order")[1], attached hereto as Exhibit 1.

[1] On May 14, 2012, the Debtors filed the Motion for Interim and Final Orders Pursuant to Bankruptcy Code Sections 105, 361, 362, 363, and 507(b) and Bankruptcy Rule 4001(b): (i) Authorizing the Use of Cash Collateral and Related Relief, (ii) Granting Adequate Protection and (iii) Scheduling a Final Hearing (Citibank, N.A. Cash Collateral) [Docket No. 15] (the "Motion"). An interim order granting the relief requested therein was entered on May 15, 2012 [Docket No. 79] (the "Interim Order"). An electronic comparison of the Proposed Final Order to the Interim Order is attached hereto as Exhibit 2.

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider the Proposed Final Order will take place on **June 18, 2012 at 10:00 a.m. (prevailing Eastern Time)** before the Honorable Martin Glenn, at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004-1408, Room 501.

**PLEASE TAKE FURTHER NOTICE THAT** a copy of the Motion and Proposed Final Order may be obtained via PACER at http://www.nysb.uscourts.gov or from the Debtors' restructuring website at www.kccllc.net/rescap.

Dated: June 15, 2012
New York, New York

*/s/* Larren M. Nashelsky
Larren M. Nashelsky
Gary S. Lee
Lorenzo Marinuzzi
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Proposed Counsel for the Debtors and Debtors in Possession*