Richard M. Cieri  
Ray C. Schrock  
Stephen E. Hessler  
KIRKLAND & ELLIS LLP  
601 Lexington Avenue  
New York, New York  10022  
Telephone:    (212) 446-4800  
Facsimile:    (212) 446-4900  

Counsel for Ally Financial Inc. and Ally Bank

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| RESIDENTIAL CAPITAL, LLC., et al. | Case No. 12-12020 (MG) |
| Debtors. | Jointly Administered |

**ALLY FINANCIAL INC.'S AND ALLY BANK'S EXHIBIT LIST FOR HEARING ON DEBTOR'S PROPOSED SALE PROCEDURES AND DIP FINANCING MOTION**

| EXHIBIT | DESCRIPTION |
|---|---|
| A | Ally Financial Inc. Form 10-Q, filed on April 27, 2012 |
| B | Ally Financial Inc. Form 10-K, filed on February 28, 2012 |
| C | Ally Financial Inc. Form 10-K/A, filed on January 4, 2012 |
| D | Ally Financial Inc. Form 10-Q, filed November 4, 2011 |
| E | Ally Financial Inc. Form 10-K/A, filed on August 26, 2011 |
| F | Ally Financial Inc. Form 10-K/A, filed on June 29, 2011 |
| G | Ally Financial Inc. Form 10-K, filed on February 25, 2011 |

| | |
|---|---|
| New York, New York<br>Dated: June 15, 2012 | */s/ Ray C. Schrock*<br>Richard M. Cieri<br>Ray C. Schrock<br>Stephen E. Hessler<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone: (212) 446-4800<br>Facsimile: (212) 446-4900<br><br>*Counsel for Ally Financial Inc. and Ally Bank* |