Hearing Date: June 18, 2012 at 10:00 a.m. (ET)

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Larren M. Nashelsky
Gary S. Lee
Lorenzo Marinuzzi

*Proposed Counsel for the Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**NOTICE OF FILING OF AMENDED PROPOSED FINAL ORDER PURSUANT TO
SECTIONS 105(a) AND 363 OF THE BANKRUPTCY CODE AUTHORIZING THE
DEBTORS TO CONTINUE TO PERFORM UNDER THE ALLY BANK
SERVICING AGREEMENT IN THE ORDINARY COURSE OF BUSINESS**

**PLEASE TAKE NOTICE** that Residential Capital, LLC ("ResCap") files the attached amended proposed Final Order Pursuant To Sections 105(a) And 363 Of The Bankruptcy Code Authorizing The Debtors To Continue To Perform Under The Ally Bank Servicing Agreement In The Ordinary Course Of Business (the "Proposed Order")[1], attached hereto as Exhibit 1.

---

[1] On May 14, 2012, the Debtors filed the *Debtors' Motion for Interim and Final Orders Under Bankruptcy Code Sections 105(a) and 363 Authorizing the Debtors to Continue to Perform Under the Ally Bank Servicing Agreements in the Ordinary Course of Business* [Docket No. 47] (the "Motion"). An interim order granting the relief requested therein was entered on May 16, 2012 [Docket No. 90]. Attached to the Motion was a proposed order approving the relief requested in the Motion on a final basis (the "Final Order").The Debtors have amended the Final Order, which

ny-1045746

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider the Proposed Order will take place on **June 18, 2012 at 10:00 a.m. (prevailing Eastern Time)** before the Honorable Martin Glenn, at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004-1408, Room 501.

**PLEASE TAKE FURTHER NOTICE THAT** a copy of the Motion and Proposed Order may be obtained via PACER at http://www.nysb.uscourts.gov or from the Debtors' restructuring website at www.kccllc.net/rescap.

Dated:  June 15, 2012
        New York, New York

/s/ Larren M. Nashelsky
Larren M. Nashelsky
Gary S. Lee
Lorenzo Marinuzzi
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Proposed Counsel to the Debtors and Debtors in Possession*

---

is reflected in the Proposed Order.  An electronic comparison of the Proposed Order to the Final Order is attached hereto as Exhibit 2.