MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, California 90071
Telephone:     (213) 683-9100
Facsimile:     (213) 687-3702
Thomas B. Walper (Admitted Pro Hac Vice)
Seth Goldman (Admitted Pro Hac Vice)
Bradley R. Schneider (Admitted Pro Hac Vice)

*Counsel for Berkshire Hathaway Inc.*

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>RESIDENTIAL CAPITAL, LLC, et al.,<br><br>Debtors. | CASE NO.  12-12020 (MG)<br><br>Chapter 11<br><br>Jointly Administered |

**BERKSHIRE HATHAWAY INC.'S EXHIBIT LIST FOR HEARING ON DEBTORS PROPOSED SALE PROCEDURES**

| EXHIBIT | DESCRIPTION |
|---|---|
| A | Declaration of R. Ted Weschler in Support of the Objection of Berkshire Hathaway Inc. to Debtors' Motion Pursuant to 11 U.S.C. §§ 105, 363(b), (f), and (m), 365 and 1123, and Fed. R. Bankr. P. 2002, 6004, 6006, and 9014 for Orders: (A)(I) Authorizing and Approving Sale Procedures, Including Break-Up Fee and Expense Reimbursement; (II) Scheduling Bid Deadline and Sale Hearing; (iii) Approving Form and Manner of Notice Thereof; and (iv) Granting Related Relief and (B)(I) Authorizing the Sale of Certain Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (II) Authorizing and Approving Asset Purchase Agreements Thereto; (III) Approving the Assumption and Assignment of Certain Executory Contracts and |

|   |   |
|---|---|
|   | Unexpired Leases Related Thereto (the "Weschler Declaration") [Docket No. 287]. |
| B | Asset Purchase Agreement between Berkshire Hathaway Inc. and Residential Capital, LLC, Residential Funding Company, LLC, GMAC Mortgage, LLC, Executive Trustee Services, LLC, ETS of Washington, Inc., EPRE LLC and The Additional Sellers Identified on Schedule A Hereto dated as of June 11, 2012 (Execution Copy), filed as Exhibit A to the Weschler Declaration [Docket No. 287-1]. |
| C | Asset Purchase Agreement between Berkshire Hathaway Inc. and Residential Capital, LLC, Residential Funding Company, LLC, GMAC Mortgage, LLC, Executive Trustee Services, LLC, ETS of Washington, Inc., EPRE LLC and The Additional Sellers Identified on Schedule A Hereto dated as of June 11, 2012 (Blackline Copy), filed as Exhibit B to the Weschler Declaration [Docket No. 287-2]. |
| D | Asset Purchase Agreement between Berkshire Hathaway Inc. and Residential Capital, LLC, Residential Funding Company, LLC, GMAC Mortgage, LLC and The Additional Sellers Identified on Schedule A Hereto dated as of June 11, 2012 (Execution Copy), filed as Exhibit C to the Weschler Declaration [Docket No. 287-3]. |
| E | Asset Purchase Agreement between Berkshire Hathaway Inc. and Residential Capital, LLC, Residential Funding Company, LLC, GMAC Mortgage, LLC and The Additional Sellers Identified on Schedule A Hereto dated as of June 11, 2012 (Blackline Copy), filed as Exhibit D to the Weschler Declaration [Docket No. 287-4]. |

-3-

Dated: June 15, 2012

Respectfully submitted,

MUNGER, TOLLES & OLSON LLP

/s/ Seth Goldman
Thomas B. Walper
Seth Goldman
Bradley R. Schneider
355 South Grand Avenue
Los Angeles, California, 90071
thomas.walper@mto.com
seth.goldman@mto.com
bradley.schneider@mto.com

*Attorneys for Berkshire Hathaway Inc.*