Hearing Date: June 18, 2012 at 10:00 a.m. (ET)

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Larren M. Nashelsky
Gary S. Lee
Lorenzo Marinuzzi

*Proposed Counsel for the Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**NOTICE OF FILING OF AMENDED PROPOSED FINAL ORDER UNDER SECTIONS 105(a), 363, 364, 503(b), 1107(a), AND 1108 OF THE BANKRUPTCY CODE AUTHORIZING THE DEBTORS TO (I) PROCESS AND WHERE APPLICABLE FUND PREPETITION MORTGAGE LOAN COMMITMENTS, (II) CONTINUE BROKERAGE, ORIGINATION AND SALE ACTIVITIES RELATED TO LOAN SECURITIZATION, (III) CONTINUE TO PERFORM, AND INCUR POSTPETITION SECURED INDEBTEDNESS, UNDER THE MORTGAGE LOAN PURCHASE AND SALE AGREEMENT WITH ALLY BANK AND RELATED AGREEMENTS, (IV) PAY CERTAIN PREPETITION AMOUNTS DUE TO CRITICAL ORIGINATION VENDORS, AND (V) CONTINUE HONORING MORTGAGE LOAN REPURCHASE OBLIGATIONS ARISING IN CONNECTION WITH LOAN SALES AND SERVICING, EACH IN THE ORDINARY COURSE OF BUSINESS**

PLEASE TAKE NOTICE that Residential Capital, LLC ("ResCap") files the attached amended proposed Final Order Under Sections 105(a), 363, 364, 503(b), 1107(a), And 1108 Of The Bankruptcy Code Authorizing The Debtors To (I) Process And Where Applicable Fund

ny-1045745

Prepetition Mortgage Loan Commitments, (II) Continue Brokerage, Origination And Sale Activities Related To Loan Securitization, (III) Continue To Perform, And Incur Postpetition Secured Indebtedness, Under The Mortgage Loan Purchase And Sale Agreement With Ally Bank And Related Agreements, (IV) Pay Certain Prepetition Amounts Due To Critical Origination Vendors, And (V) Continue Honoring Mortgage Loan Repurchase Obligations Arising In Connection With Loan Sales And Servicing, Each In The Ordinary Course Of Business (the "Proposed Order")[1], attached hereto as Exhibit 1.

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider the Proposed Order will take place on **June 18, 2012 at 10:00 a.m. (prevailing Eastern Time)** before the Honorable Martin Glenn, at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004-1408, Room 501.

**PLEASE TAKE FURTHER NOTICE THAT** a copy of the Motion and Proposed Order may be obtained via PACER at http://www.nysb.uscourts.gov or from the Debtors' restructuring website at www.kccllc.net/rescap.

---

[1] On May 14, 2012, the Debtors filed the *Debtors' Motion for Interim and Final Orders Under Sections 105(a), 363, 364, 503(b), 1107(a), and 1108 of the Bankruptcy Code Authorizing the Debtors to (I) Process and Where Applicable Fund Prepetition Mortgage Loan Commitments, (II) Continue Brokerage, Origination and Sale Activities Related to Loan Securitization, (III) Continue to Perform, and Incur Postpetition Secured Indebtedness, Under the Mortgage Loan Purchase and Sale Agreement With Ally Bank and Related Agreements, (IV) Pay Certain Prepetition Amounts Due to Critical Origination Vendors, and (V) Continue Honoring Mortgage Loan Repurchase Obligations Arising in Connection With Loan Sales and Servicing, Each in the Ordinary Course of Business* [Docket No. 44] (the "Motion"). An interim order granting the relief requested therein was entered on May 15, 2012 [Docket No. 81]. Attached to the Motion was a proposed order approving the relief requested in the Motion on a final basis (the "Final Order"). The Debtors have amended the Final Order, which is reflected in the Proposed Order. An electronic comparison of the Proposed Order to the Final Order is attached hereto as Exhibit 2.

Dated: June 15, 2012
       New York, New York

/s/ Larren M. Nashelsky
Larren M. Nashelsky
Gary S. Lee
Lorenzo Marinuzzi
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Proposed Counsel to the Debtors and Debtors in Possession*

ny-1045745