Hearing Date: July 10, 2012 at 10:00 a.m. (ET)
Objection Deadline: June 29, 2012 at 4:00 p.m. (ET)

STORCH AMINI & MUNVES PC
Two Grand Central Tower
140 East 45th Street, 25th Floor
New York, New York 10017
(212) 490-4100
Bijan Amini
Avery Samet
Thomas M. Monahan
*Attorneys for the Maine Action Plaintiffs*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

------------------------------------------------------

### NOTICE OF HEARING ON THE MAINE ACTION PLAINTIFFS' MOTION FOR LIMITED RELIEF FROM THE AUTOMATIC STAY TO PERMIT THE MAINE SUPREME COURT TO ISSUE A DECISION IN THE CASE CURRENTLY PENDING BETWEEN THE MAINE ACTION PLAINTIFFS AND THE DEBTOR

**PLEASE TAKE NOTICE** that, on June 5, 2012, Steven Archibald, Nicolle Bradbury, Thomas True, Shawn Morissette, and Joseph Phillips, on behalf of themselves and others similarly situated, (collectively, the "Maine Action Plaintiffs") moved for entry of an order, under sections 105(a) and 362 of title 11 of the United States Code (the "Bankruptcy Code"), Rules 9013 and 9014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and the Case Management Procedures in this case [Docket No. 141] granting limited relief from the automatic stay to permit the Maine Supreme Court to issue a decision in the case currently pending between the Maine Action Plaintiffs and the Debtor (the "Maine Action").

**PLEASE TAKE FURTHER NOTICE** that a hearing will be held on the Motion before the Honorable Martin Glenn, United States Bankruptcy Judge, and the United States Bankruptcy Court for the Southern District of New York, Courtroom 501, One Bowling Green, New York, New York 10004 (the "Bankruptcy Court") on **July 10, 2012 at 10:00 a.m. (prevailing Eastern time)**, or as soon thereafter as counsel may be heard.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Motion and the relief requested therein must be filed with the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004 and served upon the parties listed on the Special Service List (annexed hereto as Exhibit A) by both email, where available, and regular U.S. Mail or overnight delivery service in accordance with the order, dated May 23, 2012, implementing certain notice and case management procedures in these cases [Docket No. 141] (the "Case Management Order") so as to be received by the parties no later than **4:00 p.m. Eastern time on June 29, 2012**.

**PLEASE TAKE FURTHER NOTICE** that the relief requested in the Motion may be granted without a hearing if no objection is timely filed and served as set forth above and in accordance with the Case Management Order.

Dated: June 15, 2012
New York, New York

STORCH AMINI & MUNVES PC

　　/s/ Bijan Amini
　　Bijan Amini
　　Avery Samet
　　Thomas M. Monahan
Two Grand Central Tower
140 East 45th Street, 25th Floor
New York, New York 10017
(212) 490-4100
*Attorneys for the Maine Action Plaintiffs*

2

# Exhibit A

| PARTY DESCRIPTION | ADDRESS | Phone | FAX | EMAIL |
|---|---|---|---|---|
| Secured lender under the Mortgage Servicing Rights Facility | Citibank NA, Attn Bobbie Theivakumaran, 390 Greenwich St 6th Fl, New York, NY 10013 | 212-723-6753 | 646-291-3799 | bobbie.theivakumaran@citi.com |
| Indenture Trustee to Unsecured Notes / Top 50 Creditor | Deutsche Bank Trust Company Americas, c/o Kelvin Vargas, 25 De Forest Ave, Summit, NJ 07901 | 201-593-2456 | | kelvin.vargas@db.com |
| Prepetition Lender - Fannie EAF | Fannie Mae, Attn John S Forlines Vice President, Credit Management, 3900 Wisconsin Ave NW, Mail Stop 8H-504, Washington, DC 20016 | | 202-752-2208 | john_s_forlines@fanniemae.com |
| Internal Revenue Service | Internal Revenue Service, Centralized Insolvency Operation, 2970 Market St, Philadelphia, PA 19104 | | 267-941-1015 | |
| Internal Revenue Service | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 | 800-973-0424 | 267-941-1015 | |
| Internal Revenue Service | Internal Revenue Service, Insolvency Section, 31 Hopkins Plz Rm 1150, Baltimore, MD 21201 | 800-913-9358 | | susanne.larson@irs.gov |
| Counsel to US Bank National Association as Indenture Trustee to the Debtors' Prepetition Junior Secured Notes | Kelley Drye & Warren LLP, James S Carr & Eric R Wilson, 101 Park Ave, New York, NY 10178 | 212-808-7800 | 212-808-7987 | kdwbankruptcydepartment@kelleydrye.com |
| | Kirkland & Ellis LLP, Attn Ray C Schrock & Stephen E Hessler, 601 Lexington Ave, New York, NY 10022-4611 | 212-446-4800 | 212-446-4900 | ray.schrock@kirkland.com;richard.cieri@kirkland.com;stephen.hessler@kirkland.com;projectrodeo@kirkland.com;William.B.Solomon@ally.com;Timothy.Devine@ally.com;john.bellaver@ally.com |
| Counsel to the Ally Financial Inc. & Ally Bank | | | | |
| Counsel to the Equity Security Holders (Ally Financial and Ally Bank) | Kirkland & Ellis LLP, Richard M Cieri, 601 Lexington Ave, New York, NY 10022 | 212-446-4770 | 212-446-4900 | richard.cieri@kirkland.com |
| Counsel to the Official Committee of Unsecured Creditors | Kramer Levin Naftallis & Frankel LLP, Kenneth H Eckstein, Thomas Moers Mayer & Douglas H Mannal, 117 Avenue of the Americas, New York, NY 10036 | 212-715-9100 | 212-715-8000 | keckstein@kramerlevin.com;tmayer@kramerlevin.com;dmannal@kramerlevin.com |
| Counsel to the Debtors | Morrison & Foerster LLP, Larren M Nashelsky, Gary S Lee & Lorenzo Marinuzzi, 1290 Avenue of the Americas, New York, NY 10104 | 212-468-8000 | 212-468-7900 | lnashelsky@mofo.com;glee@mofo.com;lmarinuzzi@mofo.com |
| Stalking Horse Bidder, Nationstar Mortgage | Nationstar Mortgage LLC, Attn: General Counsel, 350 Highland Drive, Lewisville, TX 75067 | 469-549-2000 | 972-315-8637 | |
| Office of the New York Attorney General | Office of the NY State Attorney General, Nancy Lord & Neal Mann, The Capitol, Albany, NY 12224-0341 | 518-474-5481 | | Nancy.Lord@OAG.State.NY.US;Neal.Mann@OAG.State.NY.US |
| Office of the United States Attorney for the Southern District of New York | Office of the US Attorney for the Southern District of NY, United States Attorney Preet Bharara, One St Andrews Plaza, New York, NY 10007 | 212-637-2200 | 212-637-2685;914-993-1980;212-637-2745 | |
| Residential Capital LLC | Residential Capital LLC, Attn Tammy Hamzehpour, 1177 Avenue of the Americas, New York, NY 10036 | | | Tammy.Hamzehpour@gmacrescap.com |
| Residential Capital LLC | Residential Capital LLC, Tammy Hamzehpour, 1100 Virginia Dr, Ft Washington, PA 19034 | | | Tammy.Hamzehpour@gmacrescap.com |
| Securities and Exchange Commission - New York Regional Office | Securities & Exchange Commission NY Regional Office, George S Canellos Regional Director, 3 World Financial Center Ste 400, New York, NY 10281-1022 | 212-336-1100 | 212-336-1320 | secbankruptcy@sec.gov;newyork@sec.gov |

**SPECIAL SERVICE LIST**

| PARTY DESCRIPTION | ADDRESS | Phone | FAX | EMAIL |
|---|---|---|---|---|
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission, Secretary of the Treasury, 100 F St NE, Washington, DC 20549 | 202-942-8088 | 202-772-9317 or 202-772-9318 | secbankruptcy@sec.gov |
| Counsel to Nationstar | Sidley Austin LLP, Larry J Nyhan & Jessica CK Boelter, One Dearborn, Chicago, IL 60603 | 312-853-7710 | 312-853-7036 | lnyhan@sidley.com;jboelter@sidley.com;bmy rick@sidley.com |
| Counsel to the administrative agent for the Debtors' proposed providers of debtor in possession financing | Skadden Arps Slate Meagher & Flom LLP, Jonathan H. Hofer, Four Times Square, New York, NY 10036 | 212-735-3849 | 917-777-3849 | jhofer@skadden.com;nikolay.kodes@skadden.com |
| Counsel to Barclays Bank PLC | Skadden Arps Slate Meagher & Flom LLP, Ken Ziman, Four Times Square, New York, NY 10036 | 212-735-3000 | 917-777-3310 | ken.ziman@skadden.com |
| Counsel to the administrative agent for the Debtors' proposed providers of debtor in possession financing | Skadden Arps Slate Meagher & Flom LLP, Sarah M Ward, Four Times Square, New York, NY 10036 | 212-735-2126 | 917-777-2126 | sarah.ward@skadden.com |
| Counsel to Barclays Bank PLC | Skadden Arps Slate Meagher & Flom LLP, Suzanne D T Lovett, Four Times Square, New York, NY 10036 | 212-735-3000 | 917-777-2689 | suzanne.lovett@skadden.com |
| Indenture Trustee under the Pre-Petition GSAP Facility | The Bank of New York Mellon, Asset-Backed Securities Group, 101 Barclay St 4W, New York, NY 10286 | | | |
| Indenture Trustee to the Debtors' Prepetition Junior Secured Notes | U.S. Bank National Association, Attn: George Rayzis, 50 South 16 th Street, Suite 2000 , Philadelphia, PA 19102 | 215-761-9317 | | george.rayzis@usbank.com |
| Indenture Trustee to the Debtors' Prepetition Junior Secured Notes | U.S. Bank National Association, Attn: Irina Palchuk, 60 Livingston Avenue , EP-MN-WS1D, St. Paul, MN 55107 | 651-495-3404 | 651-495-8100 | irina.palchuk@usbank.com |
| Office of the United States Attorney General | U.S. Department of Justice, US Attorney General, Eric H. Holder, Jr., 950 Pennsylvania Ave NW, Washington, DC 20530-0001 | 202-514-2063 | 202-307-6777 | AskDOJ@usdoj.gov |
| Counsel to the United State of America | United States Attorney's Office for the Southern District of New York civil Division, Attn Joseph Cordaro, 86 Chambers St 3rd Fl, New York, NY 10007 | | | joseph.cordaro@usdoj.com |
| Office of the United States Trustee for the Southern District of New York | US Trustee for the Southern District of NY, Tracy Hope Davis, Linda A. Riffkin and Brian S. Masumoto, 33 Whitehall St 21st Fl, Region 2, New York, NY 10004 | 212-510-0500 | 212-668-2255 | Tracy.Davis2@usdoj.gov; Linda.Riffkin@usdoj.gov; Brian.Masumoto@usdoj.gov |
| GMEN Indenture Trustee at Corporate Trust Office | Wells Fargo Bank NA, Attn Corporate Trust Services - GMACM Home Equity Notes 2004 Variable Funding Trust, PO Box 98, Columbia, MD 21046 | | | |

**SPECIAL SERVICE LIST**