Martin

14587 Berklee Drive

Addison, Texas 75001-3533



June 4, 2012

Clerk of the United States Bankruptcy Court for the

Southern District of NY

Vito Genna - clerk

One Bowling Green

New York City, NY 10004

### RE: BANKRUPTCY Chapter 11 Case Number 12-12020

Dear Sir or Madame:

    We are in receipt a notice stating a bankruptcy in the above-entitled case. The notice states that at this time there are no deadlines set to file a Proof of Claim or a Complaint to determine Dischargeability of Certain Debt.

    We are concerned that we may inadvertently miss a deadline. Thusly, we are asking that you kindly inform us if there is anything we need to do procedurally- like file a claim, however, we do not know how much would be involved. These types of questions can lead to a missed deadline on our part, we do not want that.

    We are enclosing a SASE and asking for any outline, if one exists, of anything we should do at this time. Otherwise, if not, we will wait to be further notified.

Thank you

_signature_                                                    _signature_

JAMES R. MARTIN                                    MADELINE MARTIN