STORCH AMINI & MUNVES PC
Two Grand Central Tower
140 East 45th Street, 25th Floor
New York, New York 10017
(212) 490-4100
Bijan Amini
Avery Samet
Thomas M. Monahan
*Attorneys for Steven Archibald, Nicolle
Bradbury, Thomas True, Shawn Morissette,
and Joseph Phillips, on behalf of themselves
and others similarly situated*

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

---------------------------------------------------------

## CERTIFICATE OF SERVICE

Thomas M. Monahan, being duly sworn, deposes and says:

I am not a party to the action. I am over the age of eighteen years and reside in New York, New York. I am duly admitted to the bar of the State of New York in good standing.

On June 15, 2012, at my direction and under my supervision, employees of Storch Amini & Munves PC caused the following documents to be served via First Class and Electronic Mail to the parties listed on the Special Service List attached hereto as **Exhibit A** and via ECF Notice on the parties listed on the General Service List attached hereto as **Exhibit B**:

1. NOTICE OF HEARING ON MAINE ACTION PLAINTIFFS' MOTION FOR LIMITED RELIEF FROM THE AUTOMATIC STAY TO PERMIT THE MAINE SUPREME COURT TO ISSUE A DECISION IN THE CASE CURRENTLY PENDING BETWEEN THE MAINE ACTION PLAINTIFFS AND THE DEBTOR

on behalf of Steven Archibald, Nicolle Bradbury, Thomas True, Shawn Morissette, and Joseph Phillips, on behalf of themselves and others similarly situated.

Dated: New York, New York
      June 15, 2012

                        STORCH AMINI & MUNVES PC

                        By:   /s/ Thomas M. Monahan
                             Bijan Amini
                             Avery Samet
                             Thomas M. Monahan
                        Two Grand Central Tower
                        140 East 45th Street, 25th Floor
                        New York, New York 10017
                        (212) 490-4100
                        *Attorneys for Steven Archibald, Nicolle Bradbury,*
                        *Thomas True, Shawn Morissette, and Joseph*
                        *Phillips, on behalf of themselves and others*
                        *similarly situated*

# Exhibit A

| PARTY DESCRIPTION | ADDRESS | Phone | FAX | EMAIL |
|---|---|---|---|---|
| Secured lender under the Mortgage Servicing Rights Facility | Citibank NA, Attn Bobbie Theivakumaran, 390 Greenwich St 6th Fl, New York, NY 10013 | 212-723-6753 | 646-291-3799 | bobbie.theivakumaran@citi.com |
| Indenture Trustee to Unsecured Notes / Top 50 Creditor | Deutsche Bank Trust Company Americas, c/o Kelvin Vargas, 25 De Forest Ave, Summit, NJ 07901 | 201-593-2456 | | kelvin.vargas@db.com |
| Prepetition Lender - Fannie EAF | Fannie Mae, Attn John S Forlines Vice President, Credit Management, 3900 Wisconsin Ave NW, Mail Stop 8H-504, Washington, DC 20016 | | 202-752-2208 | john_s_forlines@fanniemae.com |
| Internal Revenue Service | Internal Revenue Service, Centralized Insolvency Operation, 2970 Market St, Philadelphia, PA 19104 | | 267-941-1015 | |
| Internal Revenue Service | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 | 800-973-0424 | 267-941-1015 | |
| Internal Revenue Service | Internal Revenue Service, Insolvency Section, 31 Hopkins Plz Rm 1150, Baltimore, MD 21201 | 800-913-9358 | | susanne.larson@irs.gov |
| Counsel to US Bank National Association as Indenture Trustee to the Debtors' Prepetition Junior Secured Notes | Kelley Drye & Warren LLP, James S Carr & Eric R Wilson, 101 Park Ave, New York, NY 10178 | 212-808-7800 | 212-808-7987 | kdwbankruptcydepartment@kelleydrye.com |
| | Kirkland & Ellis LLP, Attn Ray C Schrock & Stephen E Hessler, 601 Lexington Ave, New York, NY 10022-4611 | 212-446-4800 | 212-446-4900 | ray.schrock@kirkland.com;richard.cieri@kirkland.com;stephen.hessler@kirkland.com;projectrodeo@kirkland.com;William.b.Solomon@ally.com;Timothy.Devine@ally.com;john.bellaver@ally.com |
| Counsel to the Ally Financial Inc. & Ally Bank | Kirkland & Ellis LLP, Richard M Cieri, 601 Lexington Ave, New York, NY 10022 | 212-446-4770 | 212-446-4900 | richard.cieri@kirkland.com |
| Counsel to the Equity Security Holders (Ally Financial and Ally Bank) | Kramer Levin Naftallis & Frankel LLP, Kenneth H Eckstein, Thomas Moers Mayer & Douglas H Mannal, 117 Avenue of the Americas, New York, NY 10036 | 212-715-9100 | 212-715-8000 | keckstein@kramerlevin.com;tmayer@kramerlevin.com;dmannal@kramerlevin.com |
| Counsel to the Official Committee of Unsecured Creditors | Morrison & Foerster LLP, Larren M Nashelsky, Gary S Lee & Lorenzo Marinuzzi, 1290 Avenue of the Americas, New York, NY 10104 | 212-468-8000 | 212-468-7900 | lnashelsky@mofo.com;glee@mofo.com;lmarinuzzi@mofo.com |
| Counsel to the Debtors | Nationstar Mortgage LLC, Attn: General Counsel, 350 Highland Drive, Lewisville, TX 75067 | 469-549-2000 | 972-315-8637 | |
| Stalking Horse Bidder, Nationstar Mortgage | Office of the NY State Attorney General, Nancy Lord & Neal Mann, The Capitol, Albany, NY 12224-0341 | 518-474-5481 | | Nancy.Lord@OAG.State.NY.US;Neal.Mann@OAG.State.NY.US |
| Office of the New York Attorney General | Office of the US Attorney for the Southern District of NY, United States Attorney Preet Bharara, One St Andrews Plaza, New York, NY 10007 | 212-637-2200 | 212-637-2685;914-993-1980;212-637-2745 | |
| Office of the United States Attorney for the Southern District of New York | Residential Capital LLC, Attn Tammy Hamzehpour, 1177 Avenue of the Americas, New York, NY 10036 | | | Tammy.Hamzehpour@gmacrescap.com |
| Residential Capital LLC | Residential Capital LLC, Tammy Hamzehpour, 1100 Virginia Dr, Ft Washington, PA 19034 | | | Tammy.Hamzehpour@gmacrescap.com |
| Residential Capital LLC | | | | |
| Securities and Exchange Commission - New York Regional Office | Securities & Exchange Commission NY Regional Office, George S Canellos Regional Director, 3 World Financial Center Ste 400, New York, NY 10281-1022 | 212-336-1100 | 212-336-1320 | secbankruptcy@sec.gov;newyork@sec.gov |

**SPECIAL SERVICE LIST**

| PARTY DESCRIPTION | ADDRESS | Phone | FAX | EMAIL |
|---|---|---|---|---|
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission, Secretary of the Treasury, 100 F St NE, Washington, DC 20549 | 202-942-8088 | 202-772-9317 or 202-772-9318 | secbankruptcy@sec.gov |
| Counsel to Nationstar | Sidley Austin LLP, Larry J Nyhan & Jessica CK Boelter, One Dearborn, Chicago, IL 60603 | 312-853-7710 | 312-853-7036 | lnyhan@sidley.com;jboelter@sidley.com;bmy rick@sidley.com |
| Counsel to the administrative agent for the Debtors' proposed providers of debtor in possession financing | Skadden Arps Slate Meagher & Flom LLP, Jonathan H. Hofer, Four Times Square, New York, NY 10036 | 212-735-3849 | 917-777-3849 | jhofer@skadden.com;nikolay.kodes@skadden.com |
| Counsel to Barclays Bank PLC | Skadden Arps Slate Meagher & Flom LLP, Ken Ziman, Four Times Square, New York, NY 10036 | 212-735-3000 | 917-777-3310 | ken.ziman@skadden.com |
| Counsel to the administrative agent for the Debtors' proposed providers of debtor in possession financing | Skadden Arps Slate Meagher & Flom LLP, Sarah M Ward, Four Times Square, New York, NY 10036 | 212-735-2126 | 917-777-2126 | sarah.ward@skadden.com |
| Counsel to Barclays Bank PLC | Skadden Arps Slate Meagher & Flom LLP, Suzanne D T Lovett, Four Times Square, New York, NY 10036 | 212-735-3000 | 917-777-2689 | suzanne.lovett@skadden.com |
| Indenture Trustee under the Pre-Petition GSAP Facility | The Bank of New York Mellon, Asset-Backed Securities Group, 101 Barclay St 4W, New York, NY 10286 | | | |
| Indenture Trustee to the Debtors' Prepetition Junior Secured Notes | U.S. Bank National Association, Attn: George Rayzis, 50 South 16 th Street, Suite 2000, Philadelphia, PA 19102 | 215-761-9317 | | george.rayzis@usbank.com |
| Indenture Trustee to the Debtors' Prepetition Junior Secured Notes | U.S. Bank National Association, Attn: Irina Palchuk, 60 Livingston Avenue, EP-MN-WS1D, St. Paul, MN 55107 | 651-495-3404 | 651-495-8100 | irina.palchuk@usbank.com |
| Office of the United States Attorney General | U.S. Department of Justice, US Attorney General, Eric H. Holder, Jr., 950 Pennsylvania Ave NW, Washington, DC 20530-0001 | 202-514-2063 | 202-307-6777 | AskDOJ@usdoj.gov |
| Counsel to the United State of America | United States Attorney's Office for the Southern District of New York civil Division, Attn Joseph Cordaro, 86 Chambers St 3rd Fl, New York, NY 10007 | | | joseph.cordaro@usdoj.com |
| Office of the United States Trustee for the Southern District of New York | US Trustee for the Southern District of NY, Tracy Hope Davis, Linda A. Riffkin and Brian S. Masumoto, 33 Whitehall St 21st Fl, Region 2, New York, NY 10004 | 212-510-0500 | 212-668-2255 | Tracy.Davis2@usdoj.gov; Linda.Riffkin@usdoj.gov; Brian.Masumoto@usdoj.gov |
| GMEN Indenture Trustee at Corporate Trust Office | Wells Fargo Bank NA, Attn Corporate Trust Services - GMACM Home Equity Notes 2004 Variable Funding Trust, PO Box 98, Columbia, MD 21046 | | | |

SPECIAL SERVICE LIST

# Exhibit B

| PARTY DESCRIPTION | ADDRESS | PHONE | FAX | EMAIL |
|---|---|---|---|---|
| Ally Bank | Ally Bank, Tom Houghton, 440 S Church St, # 1100, Charlotte, NC 28202 | 704-444-4825 | | tom.houghton@ally.com |
| Secured Lender under the Secured Revolver and Line of Credit | Ally Financial Inc, Jeffrey Brown Corporate Treasurer, 440 S Church St, # 1100, Charlotte, NC 28202 | 704-540-6133 | | jeff.brown@gmacfs.com; william.b.solomon@ally.com |
| Counsel to Wells Fargo Bank, N.A. in its capacity as trustee, indenture trustee or master servicer of certain RMBS trusts | Alston & Bird LLP, John C Weitnauer Esq, One Atlantic Center, 1201 West Peachtree St, Atlanta, GA 30309-3424 | 404-881-7000 | 404-253-8298 | kit.weitnauer@alston.com |
| Counsel to Wells Fargo Bank, N.A. in its capacity as trustee, indenture trustee or master servicer of certain RMBS trusts | Alston & Bird LLP, Martin G Bunin Esq & William Hao Esq, 90 Park Ave, New York, NY 10016 | 212-210-9400 | 212-210-9444 | marty.bunin@alston.com;william.hao@alston.com |
| Counsel to Wells Fargo Bank, N.A. in its capacity as trustee, indenture trustee or master servicer of certain RMBS trusts | Alston & Bird LLP, William B Macurda, Bank of America Plaza Ste 4000, 101 S Tryon St, Charlotte, NC 28280-4000 | 704-444-1000 | 704-444-1755 | bill.macurda@alston.com |
| Counsel to the Texas Comptroller of Public Accounts | Assistant Attorney General, John Mark Stern bankruptcy & Collections Division, PO Box 12548, Austin, TX 78711-2548 | 512-475-4868 | | john.stern@texasattorneygeneral.gov |
| Securitization/HELOC Trustee | Bank of New York Mellon, Sarah Stout & Jennifer J Provenzano, 525 William Penn Place, Pittsburgh, PA 15259-0001 | 412-234-7536 | | Sarah.Stout@BNYMellon.com; Jennifer.Provenzano@BNYMellon.com; Michael.Spataro@BNYMellon.com; Mageshwaran Ramasamy@BNYMellon.com |
| Barclays Bank PLC, as administrative agent under the Pre-Petition GSAP Facility | Barclays Bank PLC, Alicia Borys & Patrick Kerner, 745 7th Ave 27th Fl, New York, NY 10019 | 212-526-4291;212-526-1447 | 212-526-5115 | alicia.borys@barclays.com;patrick.kerner@barclays.com |
| Barclays Bank PLC, as administrative agent under the Pre-Petition GSAP Facility | Barclays Bank PLC, Joe Tricamo & May Wong, 1301 Sixth Ave, New York, NY 10019 | 212-320-7564; 212-320-7890 | | xrausloanops5@barclays.com |
| Creditor | Barry B Eskanos JD MPA & Ami B Eskanos, , 3122 Pine Tree Dr, , Miami Beach, FL 33140 | 305-613-6894 | 305-735-3437 | bbeskanos@aol.com |
| Buyer under the Pre-Petition Ally Repo Facility | BMMZ Holding LLC, c/o Ally Financial Inc, Attn Courtney Lowman, 200 Renaissance Center, Mail Code 482-B12-B96, Detroit, MI 48265-2000 | 313-656-6711 | | courtney.lowman@ally.com |
| Counsel to MBIA Insurance Corporation | Cadwalader Wickersham & Taft LLP, Gregory M Petrick & Ingrid Bagby, One World Financial Center , New York, NY 10281 | 212-504-6000 | 202-504-6666 | gregory.petrick@cwt.com;ingrid.bagby@cwt.com |
| Counsel to MBIA Insurance Corporation | Cadwalader Wickersham & Taft LLP, Mark C Ellenberg Esq, 700 Sixth St NW, Washington, DC 20001 | 202-862-2200 | 202-862-2400 | mark.ellenberg@cwt.com |
| Counsel to Lead Plaintiff | Cohen Milstein Sellers & Toll PLLC, Joel P Laitman, Christopher Lometti, Michael B Eisenkraft, Daniel B Rehns & Kenneth M Rehns, 88 Pine St 14th Fl, New York, NY 10005 | 212-838-7797 | 212-838-7745 | jlaitman@cohenmilstein.com;clometti@cohenmilstein.com;meisenkraft@cohenmilstein.com;drehns@cohenmilstein.com;krehns@cohenmilstein.com |
| Counsel to HP Enterprise Services LLC | Cole Schotz Meisel Forman & Leonard PA, Michael D Warner & Emily S Chou, 301 Commerce St Ste 1700, Fort Worth, TX 76102 | 817-810-5250 | 817-810-5255 | mwarner@coleschotz.com;echou@coleschotz.com |
| Commonwealth of Pennsylvania, Department of Labor and Industry, Office of Unemployment Compensation Tax Services (UCTS) | Commonwealth of Pennsylvania, Department of Labor and Industry, Joseph Kots, Reading Bankruptcy & Compliance Unit, 625 Cherry St Rm 203, Reading, PA 19602-1152 | 610-378-4511 | 610-378-4459 | ra-li-ucts-bankrupt@state.pa.us |
| Counsel to Bank of New York Mellon Trust Company NA | Dechert LLP, Glenn E Siegel, Hector Gonzalez, Brian E Greer & Mauricio A Espana, 1095 Avenue of the Americas, New York, NY 10036-6797 | 212-698-3500 | 212-698-3599 | glenn.siegel@dechert.com;hector.gonzalez@dechert.com;brian.greer@dechert.com;mauricio.espana@dechert.com |
| Securitization Trustee | Deutsche Bank, Rosa Mendez, Corporate Trust Department , 1761 E. St. Andrew Place, Santa Ana, CA 92705-4934 | 714-247-6309 | 714-855-1556 | rosa.mendez@db.com |
| Counsel to Green Planet Servicing LLC | Duane Morris LLP, Gerald S Catalanello Esq & James J Binceguerra Esq, 1540 Broadway, New York, NY 10036 | 212-692-1000 | 212-692-1020 | gcatalanello@duanemorris.com;jvincequerra@duanemorris.com |

**GENERAL SERVICE LIST**

| PARTY DESCRIPTION | ADDRESS | PHONE | FAX | EMAIL |
|---|---|---|---|---|
| GSE - Fannie Mae | Fannie Mae, Catherine Lasher, 950 East Paces Ferry Road, Suite 1900, Atlanta, GA 30326 | 404-398-6901 | | catherine_lasher@fanniemae.com |
| Counsel to TCF National Bank | Foley & Mansfield PLLP, Thomas J Lallier, 250 Marquette Ave Ste 1200, Minneapolis, MN 55401 | 612-338-8788 | 612-338-8690 | tlallier@foleymansfield.com |
| Counsel to Freddie Mac | Freddie Mac, Kenton W Hambrick Associate General Counsel, M/S202, 8200 Jones Branch Dr, McLean, VA 22102 | 703-903-2473 | 703-903-3692 | kenton_hambrick@freddiemac.com |
| GSE - Freddie Mac | Freddie Mac, Paul Mullings, 1551 Park Run Drive, MS D2K, McLean, VA 22102-3110 | 571-382-3550 | | paul_mullings@freddiemac.com |
| Counsel to Ad Hoc RMBS Holder Group | Gibbs & Bruns LLP, Kathy D Patrick Esq & Scott A Humphries Esq, 1100 Louisiana Ste 5300, Houston, TX 77002 | 713-650-8805 | 713-750-0903 | kpatrick@gibbsbruns.com;shumphries@gibbsbruns.com |
| Counsel for the Institutional Investors | Gibbs & Bruns, L.L.P., Kathy D. Patrick, 1100 Louisiana, Suite 5300, Houston, TX 77002 | | | kpatrick@gibbsbruns.com |
| GSE - Ginnie Mae | Ginnie Mae, Ted Tozer, 550 12 St. SW, 3rd Floor, Washington, DC 20024 | 202-485-5010 | | theodore.w.tozer@hud.gov |
| Counsel to Stichting Pensioenfunds ABP, huntington Bancshares Inc, John Hancock Life Insurance Company (U.S.A.), John Hancock Life Insurance Company (U.S.A.) Separate Account 6A & John Hancock Life Insurance Company (U.S.A.) Separate Account 131 | Grant & Eisenhofer PA, Geoffrey C Jarvis Matthew P Morris & Deborah A Elman, 485 Lexington Ave 29th Fl, New York, NY 10017 | 646-722-8500 | 646-722-8501 | gjarvis@gelaw.com;mpmorris@gelaw.com;delman@gelaw.com |
| Counsel to HP Enterprise Services LLC | HP Enterprise Services LLC, Ayala Hassell Esq, 5400 Legacy Dr, Plano, TX 75024 | 972-605-5507 | 972-605-5616 | ayala.hassell@hp.com |
| Counsel to Financial Guaranty Insurance Company | Jones Day, Carle E Black, 901 Lakeside Ave, Cleveland, OH 44114 | 216-586-3939 | 216-579-0212 | ceblack@jonesday.com |
| Counsel to Financial Guaranty Insurance Company | Jones Day, Corinne Ball, Richard L Wynne & Lance E Miller, 222 East 41st Street, New York, NY 10017 | 212-326-3939 | 212-755-7306 | cball@jonesday.com;rlwynne@jonesday.com;lemiller@jonesday.com |
| Counsel to the Federal Housing Finance Agency as Conservator of the Federal National Mortgage Association ("Fannie Mae") and the Federal Home Loan Mortgage Corporation | Kasowitz, Benson, Torres & Friedman LLP, Andrew K Glenn, Matthew B Stein, Daniel A Fliman & Nii Amar Amamoo, 1633 Broadway, New York, NY 10019 | 212-506-1700 | 212-506-1800 | aglenn@kasowitz.com;mstein@kasowitz.com;dfliman@kasowitz.com;namamoo@kasowitz.com |
| Counsel to Tracy L Klestadt, in his Capacity as Chapter 7 Trustee of Alliance Mortgage Investments, Inc. and Alliance Bancorp | Klestadt & Winters LLP, Attn Tracy L Klestadt & Joseph C Corneau, 570 Seventh Ave 17th Fl, New York, NY 10018 | 212-972-3000 | 212-972-2245 | tklestadt@klestadt.com;jcorneau@klestadt.com |
| Claims and Noticing Agent | Kurtzman Carson Consultants, Alison M. Tearnen Schepper, 2335 Alaska Ave, El Segundo, CA 90245 | 866-381-9100 | | rescapinfo@kccllc.com |
| Counsel to Carrollton-Farmers Branch Independent School District and Lewisville Independent School District | Law Offices of Robert E Luna PC, Andrea Sheehan, 4411 N Central Expressway, Dallas, TX 75205 | 214-521-8000 | 214-521-1738 | sheehan@txschoollaw.com |
| Counsel to City of McAllen, South Texas ISD & South Texas College | Linebarger Goggan Blair & Sampson LLP, Diana W Sanders, Po Box 17428, Austin, TX 78760 | 512-447-6675 | 512-443-5114 | austin.bankruptcy@publicans.com |
| Counsel to Dallas County | Linebarger Goggan Blair & Sampson LLP, Elizabeth Weller, 2323 Bryan St Ste 1600, Dallas, TX 75201 | 214-880-0089 | 469-221-5002 | dallas.bankruptcy@publicans.com |
| Counsel to Texas Taxing Authorities - Katy ISD, Matagorda County, Cypress-Fairbanks ISD, Tyler County, Cleveland ISD, Fort Bend County, Montgomery County, Harris County, Galveston County, Orange County | Linebarger Goggan Blair & Sampson LLP, John P Dillman Esq, PO Box 3064, Houston, TX 77253-3064 | 713-844-3478 | 713-844-3503 | houston_bankruptcy@lgbs.com |
| Counsel to Lead Plaintiff | Lowenstein Sandler PC, Michael S Etkin & Ira M Levee, 1251 Avenue of the Americas 18th Fl, New York, NY 10020 | 212-262-6700 | 212-262-7402 | metkin@lowenstein.com;jlevee@lowenstein.com |
| Counsel to Lead Plaintiff | Lowenstein Sandler PC, Michael S Etkin & Ira M Levee, 65 Livingston Ave, Roseland, NJ 07068 | 973-597-2500 | 973-597-2481 | metkin@lowenstein.com;jlevee@lowenstein.com |

**GENERAL SERVICE LIST**

| PARTY DESCRIPTION | ADDRESS | PHONE | FAX | EMAIL |
|---|---|---|---|---|
| Counsel to Freddie Mac | McKool Smith PC, Michael R Carney, One Bryant Park 47th Fl, New York, NY 10036 | 212-402-9400 | 212-402-9444 | mcarney@mckoolsmith.com |
| Counsel to Freddie Mac | McKool Smith PC, Paul D Moak, 600 Travis St., Suite 7000, Houston, TX 77002 | 713-485-7300 | 713-485-7344 | pmoak@McKoolSmith.com |
| Counsel to GSE - Freddie Mac | McKool Smith, Attn: Paul D. Moak, 600 Travis St., Suite 7000, Houston, TX 77002 | 713-485-7302 | 713-485-7344 | pmoak@McKoolSmith.com |
| Counsel to Deutsche Bank Trust Company Americas and Deutsche Bank National Trust Company, as trustees of certain mortgage backed securities trust | Morgan Lewis & Bockius LLP, James L Garrity Jr, 101 Park Ave, New York, NY 10178-0600 | 212-309-6000 | 212-309-6001 | jgarrity@morganlewis.com |
| Counsel to Deutsche Bank Trust Company Americas and Deutsche Bank National Trust Company, as trustees of certain mortgage backed securities trust | Morgan Lewis & Bockius LLP, Michael S Kraut, 101 Park Ave, New York, NY 10178-0600 | 212-309-6000 | 212-309-6001 | mkraut@morganlewis.com |
| Counsel to Deutsche Bank Trust Company Americas and Deutsche Bank National Trust Company, as trustees of certain mortgage backed securities trust | Morgan Lewis & Bockius LLP, Patrick D Fleming, 101 Park Ave, New York, NY 10178-0600 | 212-309-6000 | 212-309-6001 | pfleming@morganlewis.com |
| Counsel to the Independent Directors of the Residential Capital, LLC | Morrison Cohen LLP, Joseph T Moldovan Esq, 909 Third Ave, New York, NY 10022 | 212-735-8600 | 212-735-8708 | jmoldovan@morrisoncohen.com;bankruptcy@morrisoncohen.com |
| Counsel to Berkshire Hathaway Inc | Munger Tolles & Olson LLP, Seth Goldman, 355 S Grand Ave, Los Angeles, CA 90071 | 213-683-9100 | | seth.goldman@mto.com |
| Counsel to Berkshire Hathaway Inc | Munger Tolles & Olson LLP, Thomas B Walper, 355 S Grand Ave, Los Angeles, CA 90071 | 213-683-9100 | | Thomas.walper@mto.com |
| Counsel to Ambac Assurance Corporation | Patterson Belknap Webb & Tyler LLP, David W Dykhouse & Brian P Guiney, 1133 Avenue of the Americas, New York, NY 10036-6710 | 212-336-2000 | 212-336-2222 | dwdykhouse@pbwt.com;bguiney@pbwt.com |
| Counsel to Johnson County et al, Richardson ISD | Perdue Brandon Fielder Collins & Mott LLP, c/o Elizabeth Banda Calvo, PO Box 13430, Arlington, TX 76094-0430 | 817-461-3344 | 817-860-6509 | ebcalvo@pbfcm.com |
| Counsel to Assured Guaranty Municipal Corp | Proskauer Rose LLP, Irena M Goldstein, Eleven Times Square, New York, NY 10036 | 212-969-3000 | 212-969-2900 | igoldstein@proskauer.com |
| Counsel to Dallas CPT Fee Owner LP | Proskauer Rose LLP, Scott K Rutsky & Jared D Zajac, Eleven Times Square, New York, NY 10036 | 212-969-3000 | 212-969-2900 | srutsky@proskauer.com;jzajac@proskauer.com |
| Counsel to The Prudential Insurance Companu of America, The Gibraltar Life Insurance Company, Ltd., Park Place Commerce Investments, LLC, Prudential Retirement Insurance and Annuity Company, Prudential Annuities Life Insurance Corporation, Pruco Life Insurance Company of New Jersey, Commerce Street Investments, LLC, Institutional Core Bond Fund of the Prudential Trust Company Master Commingled Investment Fund for Tax Exempt Trusts, Institutional Core Plus Bond Fund of the Prudential Trust Company Master Commingled Investment Fund for Tax Exempt Trusts, Pru Alpha Fixed Income Opportunity Master Fund I, L.P., Pruco Life Insurance Company, Prudential Annuities Life Assurance Corporation, Prudential Investment Portfolios 2, Prudential Core Short-Term Bond Fund, Prudential Total Return Bond Fund, Inc., Prudential Trust Company, as Trustee for Prudential Merged Retirement Plan, The Prudential Investment Portfolios, Inc., Asset Allocation Fund, The Prudential Life Insurance Company, Ltd., and The Prudential Series Fund, Diversified Bond Portfolio | Quinn Emanuel Urquhart & Sullivan LLP, Daniel L Brockett & David D Burnett, 51 Madison Ave 22nd Fl, New York, NY 10010 | 212-849-7000 | 212-849-7100 | danbrockett@quinnemanuel.com;daveburnett@quinnemanuel.com |

**GENERAL SERVICE LIST**

| PARTY DESCRIPTION | ADDRESS | PHONE | FAX | EMAIL |
|---|---|---|---|---|
| Counsel to AIG Asset Management (US) LLC | Quinn Emanuel Urquhart & Sullivan LLP, Susheel Kirpalani & Scott C Shelley, 51 Madison Ave 22nd Fl, New York, NY 10010 | 212-849-7000 | 212-849-7100 | susheelkirpalani@quinnemanuel.com;scottshelley@quinnemanuel.com |
| Counsel to Lehman Brothers Holdings Inc | Reilly Pozner LLP, Michael A Rollin, 1900 16th St Ste 1700, Denver, CO 80202 | 303-893-6100 | 303-893-6110 | mrollin@rplaw.com |
| Counsel to Ad Hoc RMBS Holder Group | Ropes & Gray LLP, D Ross Martin Esq & Keith H Wofford Esq, 1211 Avenue of the Americas, New York, NY 10036-8704 | 212-596-9000 | 212-596-9090 | Ross.martin@ropesgray.com;keith.wofford@ropesgray.com |
| Counsel for the Institutional Investors | Ropes & Gray LLP, D. Ross Martin, Prudential Tower, 800 Boylston Street, Boston, MA 02199 | | | Ross.martin@ropesgray.com |
| Counsel to Samuel I White PC | Samuel I White PC, D Carol Sasser Esq, 5040 Corporate Woods Dr Ste 120, , Virginia Beach, VA 23462 | 757-490-9284 | 757-497-2802 | dsasser@siwpc.com |
| Counsel to Samuel I White PC | Samuel I White PC, Donna J Hall Esq, 5040 Corporate Woods Dr Ste 120, , Virginia Beach, VA 23462 | 757-457-1485 | 757-497-1193 | dhall@siwpc.com |
| Counsel to Liberty Property Limited Partnership | Schnader Harrison Segal & Lewis LLP, Barry Bressler & Richard A Barkasy, 1600 Market St Ste 3600, Philadelphia, PA 19103-7286 | 215-751-2050 | 215-751-2205 | bbressler@schnader.com;rbarkasy@schnader.com |
| Counsel to Liberty Property Limited Partnership | Schnader Harrison Segal & Lewis LLP, Benjamin P Deutsch Esq, 140 Broadway Ste 3100, New York, NY 10005-1101 | 212-973-8000 | 212-972-8798 | bdeutsch@schnader.com |
| Wells Fargo Bank, N.A., as collateral agent for the Prepetition Junior Secured Notes, as collateral agent for the Prepetition Ally Revolver, and as collateral control agent under the Intercreditor Agreement, dated as June 6, 2008 | Seward & Kissell LLP, Greg S Bateman, One Battery Park Plaza, New York, NY 10004 | 212-574-1436 | 212-480-8421 | bateman@sewkis.com |
| Counsel to US Bank National Association as Securitization Trustee | Seward & Kissell LLP, Ronald L Cohen & Kalyan Das, One Battery Park Plaza, New York, NY 10004 | 212-574-1200 | 212-480-8421 | cohen@sewkis.com;das@sewkis.com |
| Counsel to Citibank NA | Shearman & Sterling LLP, Fredric Sosnick & Susan A Fennessey, 599 Lexington Ave, New York, NY 10022 | 212-848-4000 | 646-848-7179 | fsosnick@shearman.com;sfennessey@shearman.com |
| Counsel to Mortgage Electronic Registration Systems Inc and MERSCOPR Inc ("MERS") | Sullivan Hazeltine Allinson LLC, William A Hazeltine Esq, 901 N Market St Ste 1300, Wilmington, DE 19801 | 302-428-8191 | 302-428-8195 | whazeltine@sha-llc.com |
| Counsel for Institutional Investors | Talcott Franklin P.C., Attn: Talcott J. Franklin, 208 N. Market Street, Suite 200, Dallas, TX 75202 | 214-736-8730 | | tal@talcottfranklin.com |
| Counsel to TCF National Bank | TCF National Bank, janella J Miller Senior Vice President & Senior Counsel, 200 Lake St, Wayzata, MN 55391 | 952-745-2716 | | jmiller@tcfbank.com |
| Securitization Trustee | The Canada Trust Company, Susan Khokher, 79 Wellington Street, West, 8th Floor, PO Box 1, Toronto-Dominion Centre, Toronto, ON M5K 1A2 | 416-308-3825 | 416-983-2044 | susan.khokher@td.com;kathryn.thorpe@td.com; Adam.Parkin@tdsecurities.com; Christopher.stevens@tdsecurities.com; |
| Member of Official Committee of Unsecured Creditors | U.S. Bank National Association, Attn: Mamta K Scott, 190 S. LaSalle Street, Chicago, IL 60603 | 312-332-6578 | | mamta.scott@usbank.com |
| Securitization/HELOC Trustee | U.S. Bank National Association, Michelle Moeller, 60 Livingston Ave., St. Paul, MN 55107 | 651-495-3839 | 866-869-1624 | michelle.moeller@usbank.com |
| Securitization/HELOC Trustee | U.S. Bank National Association, Tanver Ashraf, Corporate Trust Services, West Side Flats, EP-Mn-WS3D, 60 Livingston Ave., St. Paul, MN 55107 | 651-495-3882 | 866-831-7910 | tanveer.ashraf@usbank.com |
| Counsel to GSE - Ginnie Mae | U.S. Department of Justice, Attn: Glenn D. Gillette, Civil Division, 1100 L Street NW, Room 10018, Washington, DC 20005 | | | Glenn.Gillett@usdoj.gov |
| Securitization/HELOC Trustee | Wells Fargo Bank, N.A., Kelly Rentz, Corporate Trust Services, 9062 Old Annapolis Road, Columbia, MD 21045 | 410-884-2208 | 410-715-2380 | kelly.j.rentz@wellsfargo.com; Nichlaus.M.Ross@wellsfargo.com; Sharon.Squillario@wellsfargo.com |
| Claimant | Wendy Alison Nora, 210 Second St NE, Minneapolis, MN 55413 | 612-333-4144 | 612-886-2444 | accesslegalservices@gmail.com |

**GENERAL SERVICE LIST**

| PARTY DESCRIPTION | ADDRESS | PHONE | FAX | EMAIL |
|---|---|---|---|---|
| Counsel to Wells Fargo as collateral agent for the Prepetition Junior Secured Notes | White & Case LLP, Attn: Gerard Uzzi, 1155 Avenue of the Americas, New York, NY 10036-2787 | 212-819-8479 | 212-354-8113 | guzzi@whitecase.com |
| Securitization Trustee | Wilmington Trust, Jennifer Williams , 1100 N. Market St., Wilmington, DE 19801 | 302-636-6489 | 302-636-4140 | jwilliams@wilmingtontrust.com;esoriano@wilmingtontrust.com |
| Counsel to GSE - Fannie Mae | Winston & Strawn LLP, Attn: David Neier, 200 Park Avenue, New York, NY 10166 | 212-294-5318 | 212-294-4700 | dneier@winston.com |
| Counsel to Federal National Mortgage Association | Winston & Strawn LLP, David Neier, Carey D Schreiber & Alan Moskowitz, 200 Park Avenue, New York, NY 10166-4193 | 212-294-6700 | 212-294-4700 | dneier@winston.com;cschreiber@winston.com;almoskowitz@winston.com |

GENERAL SERVICE LIST