UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | |
| | : | Chapter 11 |
| RESIDENTIAL CAPITAL, LLC et al., | : | |
| | : | Case No. 12-12020 (MG) |
| | : | Jointly Administered |
| | : | |
| | : | |
| Debtors. | : | |

----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE BY OVERNIGHT MAIL

I, Laurie Schwall, hereby certify that on June 8, 2012, I caused to be served a true and correct copy of Statement *of Bank of America, N.A. (I) In Support of Debtors Motion for Order Under Bankruptcy Code Sections 105(a), 345, 363, 364, and 503(b)(1) and Bankruptcy Rules 6003 and 6004 Authorizing (I) Continued Use of Cash Management Services and Practices, (II) Continued Use of Existing Bank Accounts, Checks and Business Forms, (III) Implementation of Modified Cash Management Procedures, (IV) Interim Waiver of The Investment and Deposit Requirements of Bankruptcy Code Section 345, (V) Debtors to Honor Specified Outstanding Prepetition Payment Obligations, and (VI) Continuation of Intercompany Transactions, Including Intercompany Transactions with Future Debtors Granting Administrative Expense Status to Intercompany Claims, and (VII) Scheduling a Final Hearing on The Relief Requested; and (2) In Response to Objection of United States Trustee*, upon the parties listed in the annexed service list.

60776713.DOCX

                                    */s/ Laurie Schwall*
                                    Laurie Schwall

Sworn to before me this
15th Day of June, 2012

/s/ Gurnel Jean-Louis
Notary Public, State of New York
No. 01JE6016979
Qualified in New York County
Commission Expires Nov. 30, 2014

60776713.DOCX

SERVICE LIST

Office of the United States Trustee
33 Whitehall Street
21st Floor
New York NY 10004
Attn: Tracy Hope Davis, Esq.
Attn: Linda Riffkin, Esq.
Attn: Brian Shoichi Masumoto, Esq.

Office of the NY State Attorney
The Capitol
Albany NY 12224-0341
Attn: Neal Mann, Esq.
Attn: Nancy Lord, Esq.

Morrison & Foerster LLP
1290 Avenue of the Americas
New York NY 10104
Attn: Lorenzo Marinuzzi, Esq.

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of The Americas
New York NY 100362714
Attn: Doug Mannal

Citibank N.A.
390 Greenwich Street
6th Floor
New York NY 10013-2375
Attn: Bobbie Theivakurnaran

Deutsche Bank Trust Company America
25 Deforest Avenue
Summit. NJ 07901-2140
Attn: Kevin Vargas

U.S. Bank National Association
60 Livingston Avenue
Saint Paul, MN 55107-2292
Attn: Irina Palchuk

Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178-0002
Attn:  James S. Carr, Esq.
Attn: Eric R. Wilson

60776713.DOCX

Skadden Arps Slate Meagher & Flom
4 Times Square
NEW YORK, NY 10036-6518
Attn: Jonathan H. Hofer
Attn: Ken Ziman, Esq.

Sidley Austin LLP
1 South Dearborn Street
Chicago, IL 60603-2302
Attn: Jessica CK Boelter
Attn:Larry J. Nyhan

U.S. Securities and Exchange Comm.
3 World Financial Center
Suite 400
New York, NY 10281-1013
Attn: George S. Canellos

U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530-0001
Attn: Eric J. Holden, Esq.

Office of US Attorney, SDNY
1 Saint Andrews Plaza
New York, NY 10007-1701
Attn: Joseph N. Cordaro, Esq.

Residential Capital, LLC
1177 Avenue Of The Americas
New York, NY 10036-2714
Attn: Tammy Hamzehpour

Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104
Attn: Gary S. Lee, Esq.
Atn: Larren Nashelskly, Esq

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of The Americas
New York, NY 10036-2714
Attn: Ken Eckstein, Esq.

Fannie Mae
3900 WISCONSIN Avenue NW
Mail Stop 8H-504
Washington, DC 200162806
Attn: John S. Forlines
Kirkland & Ellis LLP

60776713.DOCX

601 Lexington Avenue
New York, NY 10022-4611
Attn: Ray C. Schrock, Esq.
Attn: Richard M. Cieri

U.S. Bank National Association
50 S 16th Street
Suite 2000
Philadelphia, PA 19102-2521
Attn: George Rayzis

Nationstar Mortgage LLC
350 Highland Drive
Lewisville, TX 75067-4177
Attn" General Counsel

Internal Revenue Service
2970 Market Street
Philadelphia, PA 19104-5002
Attn: Centralized Insolvency Operation

The Bank of New York Mellon
101 Barclay Street
# 4W
New York, NY 10007-2550
Attn: Asset Backed Securities Group

60776713.DOCX