**Hearing Date: June 18, 2012 at 10:00 a.m. (ET)**

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:  (212) 468-8000
Facsimile:  (212) 468-7900
Larren M. Nashelsky
Gary S. Lee
Lorenzo Marinuzzi

*Proposed Counsel for the Debtors and*
*Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------------------

| | |
|---|---|
| In re: | ) Case No. 12-12020 (MG) |
| | ) |
| RESIDENTIAL CAPITAL, LLC, <u>et al.</u>, | ) Chapter 11 |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |

-------------------------------------------------------------------------------

**NOTICE OF FILING OF PROPOSED FINAL ORDER PURSUANT TO 11 U.S.C. §§ 105, 362, 363(b)(1), 363(f), 363(m), 364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1) AND 364(e) AND BANKRUPTCY RULES 4001 AND 6004 (I) AUTHORIZING DEBTORS (A) TO ENTER INTO AND PERFORM UNDER RECEIVABLES PURCHASE AGREEMENTS AND MORTGAGE LOAN PURCHASE AND CONTRIBUTION AGREEMENTS RELATING TO INITIAL RECEIVABLES AND MORTGAGE LOANS AND RECEIVABLES POOLING AGREEMENTS RELATING TO ADDITIONAL RECEIVABLES AND (B) TO OBTAIN POST-PETITION FINANCING ON A SECURED SUPERPRIORITY BASIS,  AND (II) GRANTING RELATED RELIEF**

   **PLEASE TAKE NOTICE** that Residential Capital, LLC (the "<u>Debtors</u>") files the

attached proposed Final Order Pursuant to 11 U.S.C. §§ 105, 362, 363(b)1), 363(f), 363(m),

364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1) and 364(e) and Bankruptcy Rules 4001 and 6004 (i)

ny-1045739

Authorizing Debtors (a) to Enter and Perform Under Receivables Purchase Agreements and

Mortgage Loan Purchase and Contribution Agreements Relating to Initial Receivables and

Mortgage Loans and Receivables Pooling Agreements Relating to Additional Receivables and

(b) to Obtain Post-Petition Financing on a Secured Superpriority Basis, and (ii) Granting Related

Relief (the "Proposed Final Order")[1], attached hereto as Exhibit 1.

PLEASE TAKE FURTHER NOTICE that a hearing to consider the Proposed Final

Order will take place on **June 18, 2012 at 10:00 a.m. (prevailing Eastern Time)** before the

Honorable Martin Glenn, at the United States Bankruptcy Court for the Southern District of New

York, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004-

1408, Room 501.

PLEASE TAKE FURTHER NOTICE THAT a copy of the Motion and Proposed

Final Order may be obtained via PACER at http://www.nysb.uscourts.gov or from the Debtors'

restructuring website at www.kccllc.net/rescap.

---

[1] On May 14, 2012, the Debtors filed the Motion for Interim and Final Orders Pursuant to 11 U.S.C. §§ 105, 362, 363(b)1), 363(f), 363(m), 364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1) and 364(e) and Bankruptcy Rules 4001 and 6004 (i) Authorizing Debtors (a) to Enter and Perform Under Receivables Purchase Agreements and Mortgage Loan Purchase and Contribution Agreements Relating to Initial Receivables and Mortgage Loans and Receivables Pooling Agreements Relating to Additional Receivables and (B) to Obtain Post-Petition Financing on a Secured Superpriority Basis, and (ii) Granting Related Relief [Docket No. 13] (the "Motion").  An interim order granting the relief requested therein was entered on May 15, 2012 [Docket No. 80] (the "Interim Order").  An electronic comparison of the Proposed Final Order to the Interim Order is attached hereto as Exhibit 2.

ny-1045739

Dated:  June 15, 2012
        New York, New York

/s/   Larren M. Nashelsky
Larren M. Nashelsky
Gary S. Lee
Lorenzo Marinuzzi
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Proposed Counsel for the Debtors and
Debtors in Possession*

3

ny-1045739