UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
In re:                                                           :   Chapter 11
                                                                 :
RESIDENTIAL CAPITAL, LLC, et al.,                                :   Case No. 12-12020 (MG)
                                                                 :
                                                                 :   Jointly Administered
                                                                 :
                        Debtors.                                 :
---------------------------------------------------------------- 

## DECLARATION OF SERVICE

The undersigned attorney certifies that a **Subpoena for Rule 2004 Examination** was caused to be served electronically upon the following party to the within action (Case No. 12-12020 (MG)) in accordance with Rule 5 of the Federal Rules of Civil Procedure on the 12th day of June 2012.

Residential Capital, LLC, et al.
c/o Morrison & Foerster LLP
Attn: Jamie A. Levitt, Esq.
1290 Avenue of the Americas
New York, NY 10104
JLevitt@mofo.com


Dated: June 15, 2012
       New York, New York

Steven S. Sparling
Kramer Levin Naftalis
& Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
(212) 715-7736
ssparling@kramerlevin.com