MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Larren M. Nashelsky
Gary S. Lee
Todd M. Goren

*Proposed Counsel for the Debtors and*
*Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------
)
In re:                                                      )      Case No. 12-12020 (MG)
                                                            )
RESENTIAL CAPITAL, LLC, et al.,                             )      Chapter 11
                                                            )
                         Debtors.                           )      Jointly Administered
                                                            )
---------------------------------------------------------------

**NOTICE OF FILING OF AMENDED AND RESTATED SUPERPRIORITY**
**DEBTOR-IN-POSSESSION CREDIT AND GUARANTY AGREEMENT**

**PLEASE TAKE NOTICE THAT** on May 14, 2012, the debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors")[1] filed the Debtors' Motion for Interim and Final Orders Pursuant to 11 U.S.C. §§ 105, 362, 363(b)(1), 363(f), 363(m), 364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1) and 364(e) and Bankruptcy Rules 4001 and 6004: (I) Authorizing the Debtors to (A) Enter Into and Perform Under Receivables Purchase Agreements and Mortgage Loan Purchase and Contribution Agreements Relating to Initial Receivables and Mortgage Loans and Receivables Pooling Agreements Relating to Additional Receivables, and (B) Obtain Postpetition Financing on a Secured, Superpriority Basis, (II) Scheduling a Final

---

[1] The names of the Debtors in these cases and their respective tax identification numbers are identified on Exhibit 1 to the Affidavit of James Whitlinger, Chief Financial Officer of Residential Capital, LLC in Support of the Chapter 11 Petitions and First Day Pleadings [Docket No. 6].

ny-1045868

Hearing Pursuant to Bankruptcy Rules 4001(b) and 4001(c), and (III) Granting Related Relief (the "DIP Motion") [Docket 13]. Exhibit B to the DIP Motion is a copy of the Superpriority Debtor-in-Possession Credit and Guaranty Agreement dated as of May 15, 2012 (the "Credit Agreement").

**PLEASE TAKE FURTHER NOTICE THAT** on May 22, 2012, the Debtors filed the execution version of the Credit Agreement (the "Executed Credit Agreement") [Docket 137].

**PLEASE TAKE FURTHER NOTICE THAT** the Debtors hereby submit a substantially final version of the amended and restated version of the Credit Agreement (the "Amended Credit Agreement") annexed hereto as Exhibit 1. An electronic comparison of the Amended Credit Agreement to the Executed Credit Agreement is annexed hereto as Exhibit 2.

Dated: June 15, 2012
New York, New York

/s/   Larren M. Nashelsky
Larren M. Nashelsky
Gary S. Lee
Todd M. Goren
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Proposed Counsel for the Debtors and Debtors in Possession*

ny-1045868                              2