MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Larren M. Nashelsky
Gary S. Lee
Todd M. Goren

*Proposed Counsel for the Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**NOTICE OF FILING OF AMENDMENT TO FINANCING FEE LETTERS**

**PLEASE TAKE NOTICE THAT** on May 18, 2012, this Court entered an order (the "Order") [Docket No. 114] approving the motion of the above-captioned debtors and debtors in possession's (the "Debtors")[1] under sections 105(a) and 107(b) of title 11 of the United States Code and rule 9018 of the Federal Rules of Bankruptcy Procedure for an order, authorizing the Debtors to file under seal certain fee letters (the "Fee Letters"), by and between certain of the Debtors and Barclays Bank PLC, each of which was executed in connection with the proposed debtor in possession financing facility. Redacted versions of the Fee Letters were attached to the Order.

---

[1] The names of the Debtors in these cases and their respective tax identification numbers are identified on Exhibit 1 to the Affidavit of James Whitlinger, Chief Financial Officer of Residential Capital, LLC in Support of the Chapter 11 Petitions and First Day Pleadings [Docket No. 6].

ny-1045870

2

**PLEASE TAKE FURTHER NOTICE THAT** the Debtors and Barclays Bank PLC have amended the Fee Letters (the "Amendment") and such Amendment is annexed hereto as Exhibit 1.

Dated: June 15, 2012
       New York, New York

/s/   Larren M. Nashelsky
Larren M. Nashelsky
Gary S. Lee
Todd M. Goren
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Proposed Counsel for the Debtors and Debtors in Possession*