**UNITED STATES BANKRUPTCY COURT**
**THE SOUTHERN DISTRICT OF NEW YORK**

```
---------------------------------------------------x
In re:                                             :    Chapter 11
                                                   :
RESIDENTIAL CAPITAL, LLC, et al.,                  :    Case No. 12-12020 (MG)
                                                   :
                        Debtors.                   :    Jointly Administered
                                                   :
---------------------------------------------------x
```

# ORDER AUTHORIZING ADMISSION OF
# PAUL K. FERDINANDS, *PRO HAC VICE*

UPON the motion of Paul K. Ferdinands, dated June 14, 2012, for admission to appear *pro hac vice* to represent Lone Star U.S. Acquisitions, LLC in the above-referenced proceeding, it is hereby

**ORDERED**, that Paul K. Ferdinands is admitted to practice *pro hac vice* in the above-referenced proceeding in the United States Bankruptcy Court for the Southern District of New York, subject to payment of the filing fee.

Dated: **June 18, 2012**
       New York, New York                    /s/Martin Glenn
                                     UNITED STATES BANKRUPTCY JUDGE