**UNITED STATES BANKRUPTCY COURT**
**THE SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------x
In re:                                         :    Chapter 11
                                               :
RESIDENTIAL CAPITAL, LLC, et al.,              :    Case No. 12-12020 (MG)
                                               :
                         Debtors.              :    Jointly Administered
                                               :
-------------------------------------------------------x
```

### ORDER AUTHORIZING ADMISSION OF
### W. AUSTIN JOWERS, *PRO HAC VICE*

UPON the motion of W. Austin Jowers, dated June 14, 2012, for admission to appear *pro hac vice* to represent Lone Star U.S. Acquisitions, LLC in the above-referenced proceeding, it is hereby

**ORDERED**, that W. Austin Jowers is admitted to practice *pro hac vice* in the above-referenced proceeding in the United States Bankruptcy Court for the Southern District of New York, subject to payment of the filing fee.

Dated:  **June 18, 2012**
      New York, New York                                   **/s/Martin Glenn**
                                                           UNITED STATES BANKRUPTCY JUDGE