**UNITED STATES BANKRUPTCY COURT**
**THE SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------x
In re:                                        :        Chapter 11
                                              :
RESIDENTIAL CAPITAL, LLC, *et al.,*           :        Case No. 12-12020 (MG)
                                              :
                             Debtors.         :        Jointly Administered
                                              :
-------------------------------------------------------x

## ORDER AUTHORIZING ADMISSION OF
## THADDEUS D. WILSON, *PRO HAC VICE*

UPON the motion of Thaddeus D. Wilson, dated June 14, 2012, for admission to appear

*pro hac vice* to represent Lone Star U.S. Acquisitions, LLC in the above-referenced proceeding,

it is hereby

**ORDERED**, that Thaddeus D. Wilson is admitted to practice *pro hac vice* in the above-

referenced proceeding in the United States Bankruptcy Court for the Southern District of New

York, subject to payment of the filing fee.

Dated:  **June 18, 2012**
         New York, New York                      _____/s/Martin Glenn_____
                                                 UNITED STATES BANKRUPTCY JUDGE