TALCOTT FRANKLIN, P.C.
Counsel for the RMBS Settling Investors
represented by Talcott Franklin P.C.
208 North Market Street, Suite 200
Dallas, TX 75202
(214) 736-8730
Talcott Franklin

FILED
2012 JUN 18 P 1: 05

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------x
                                    :
In Re:                              :        Case No. 12-12020 (MG)
                                    :
RESIDENTIAL CAPITAL, LLC, et al.,   :        Chapter 11
                                    :
        Debtors.                    :        Jointly Administered
-------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, PRO HAC VICE

I, Talcott Franklin, request admission, pro hac vice, before the Honorable Martin Glenn, to represent the Talcott Franklin Group, as that term is defined in the Debtors' Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of RMBS Trust Settlement Agreements, in the above-referenced case.

I certify that I am a member in good standing of the bar in the State of Texas.

I have submitted the filing fee of $200.00 with this motion for pro hac vice admission.

Dated: June 12, 2012

_____
Talcott Franklin
Talcott Franklin, P.C.
208 North Market Street, Suite 200
Dallas, TX 75202
E-mail address: tal@talcottfranklin.com
Telephone number: (214) 736 8730

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                             :
In re                                                        :   Case No.: 12-12020 (MG)
                                                             :
RESIDENTIAL CAPITAL, LLC, et al.,                            :   Chapter 11
                                                             :
                    Debtors.                                 :   Jointly Administered
                                                             :
-------------------------------------------------------------x

## ORDER GRANTING ADMISSION TO PRACTICE, PRO HAC VICE

Upon the motion of Talcott Franklin, Esq., to be admitted, pro hac vice, to represent the Talcott Franklin Group, as that term is defined in the Debtors' Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of RMBS Trust Settlement Agreements, in the above-referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Texas, it is hereby

**ORDERED**, that Talcott Franklin, Esq., is admitted to practice, pro hac vice, in the above-referenced case in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated:   June __, 2012
         New York, New York

                                                    _____
                                                    UNITED STATES BANKRUPTCY JUDGE

7037174.1