UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
:
:
In re                                              :    Case No.: 12-12020 (MG)
:
RESIDENTIAL CAPITAL, LLC, et al.,                  :    Chapter 11
:
Debtors.                                :    Jointly Administered
:
------------------------------------------------------------x

### ORDER GRANTING ADMISSION TO PRACTICE, PRO HAC VICE

Upon the motion of Talcott Franklin, Esq., to be admitted, pro hac vice, to represent the Talcott Franklin Group, as that term is defined in the Debtors' Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of RMBS Trust Settlement Agreements, in the above-referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Texas, it is hereby

**ORDERED,** that Talcott Franklin, Esq., is admitted to practice, pro hac vice, in the above-referenced case in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated:  **June 18, 2012**
        New York, New York

                                            /s/Martin Glenn
                                        UNITED STATES BANKRUPTCY JUDGE