UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x
In re:                                                    Case No.:    12-12020
    Residential Capital  LLC                           Chapter:     11
Debtor
-----------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Jordan B. Segal, Esq., request admission, *pro hac vice*, before the Honorable Judge Martin Glenn, to represent Select Portfolio Servicing, Inc., a Creditor in the above-referenced case adversary proceeding. *I certify that I am a member in good standing* of the bar in the State of Maryland and, if applicable, the bar of the U.S. District Courts for the Districts of Maryland and Washington D.C.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: May 21, 2012

Manhattan, New York

                                        Respectfully Submitted,

                                        Jordan B. Segal, Esq.
                                        Morris|Hardwick|Schneider
                                        6 Nashua Court
                                        Suite D
                                        Baltimore, MD 21221
                                        (p) 410 284 9600 x 16908
                                        (f) 404 961 2407
                                        jsegal@closingsource.net



JUN 1 5 2012

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------x
**In re:**                                                                            **Case No.:**    12-12020
    **Residential Capital  LLC**                         **Chapter:**     11
**Debtor**
----------------------------------------------------------x

## ORDER GRANTING ADMISSION TO PRACTICE, PRO HAC VICE

Upon the motion of Jordan B. Segal, Esq., to be admitted, pro hac vice, to represent PHH Mortgage Services (the "Client") a Creditor in the above referenced case adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Maryland and, the bar of the U.S. District Courts for the Districts of Maryland and Washington D.C., it is HEREBY

ORDERED, that Jordan B. Segal, Esq., is admitted to practice, pro hac vice, in the above referenced case to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____

Manhattan, New York                    /s/ _____
                                       UNITED STATES BANKRUPTCY JUDGE