RECEIVED
JUN - 8 2012
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

June 6, 2012

Trustee of Bankruptcy
c/o Vito Genna
Clerk of the Court
Southern District Bankruptcy
One Bowling Green
New York, New York 10004

RE:    In Re Residential Capital, et al., Debtors
       Chapter 11 Case No: 12-12020

Mr. Trustee:

I am a mortgagee to GMAC Mortgage and KCC. I believe I have been the victim of predatorily lending practices by these Debtors. As such, I am entitled to have my mortgage contract voided and rescinded. I have attempted on many occasion to seek a modification, but the mortgagor has refused to do so, even though they know that their contract was based upon fraud. I am asking that this court find that my mortgage was the product of these fraudulent practices and void the contract.

My property is located at 3831 W. 60th St., Los Angeles, Ca. 90043, my loan number is 0599124401. In addition, to rescinding my loan, I am asking that my mortgage payments be suspended until the bankruptcy is concluded. I trust that I and all other mortgagees will be protected.

Respectfully submitted,

Larry D. Walls, Esq.
3831 W. 60th St.
Los Angeles, Ca. 90043
(323) 296-9857
FX (323) 296-2153


Cc
 GMAC Mortgage c/o KCC
 Morrison & Foerster LLP