UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | ) Chapter 11 |
| RESIDENTIAL CAPITAL, LLC., et al., | ) Case No. 12-12020 (MG) |
| Debtors. | ) Jointly Administered |

## AFFIDAVIT OF SERVICE

I, Michelle Santoro, depose and say that I am employed by Kirkland & Ellis LLP, counsel for Ally Financial Inc.

On June 15, 2012, I caused the following document to be served via First Class mail on the Special Service List attached hereto as **Exhibit A** and the Monthly Service List attached hereto as **Exhibit B**.

- Statement / Ally Financial Inc.'s and Ally Bank's Reply to Creditors' Committee's Limited Objection to (A) The Debtors' Motion Authorizing the Debtors to Continue to Perform Under the Ally Bank Servicing Agreement in the Ordinary Course of Business and (B) The Debtors' Origination Motion. [Document No. 385]

Dated: New York, New York
       June 18, 2012

                                                    _____
                                                    Michelle Santoro

State of New York     )
                      ) ss
County of New York    )

Subscribed and sworn to before me
this 18th day of June, 2012

_____
        Notary Public

BETH FRIEDMAN LURIE
NOTARY PUBLIC, State of New York
No. 4783035
Qualified in Nassau County
Commission Expires Sept. 30, 20__

# Exhibit A

**Special Service List**

| | | |
|---|---|---|
| **Citibank NA**<br>Attn Bobbie Theivakumaran<br>390 Greenwich St 6th Fl<br>New York, NY 10013 | **Deutsche Bank Trust Company Americas**<br>c/o Kelvin Vargas<br>25 De Forest Ave<br>Summit, NJ 07901 | **Fannie Mae**<br>Attn John S Forlines Vice President, Credit Management<br>3900 Wisconsin Ave NW<br>Mail Stop 8H-504<br>Washington, DC 20016 |
| **Internal Revenue Service**<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | **Internal Revenue Service**<br>Centralized Insolvency Operation<br>2970 Market St<br>Philadelphia, PA 19104 | **Internal Revenue Service**<br>Insolvency Section<br>31 Hopkins Plz Rm 1150<br>Baltimore, MD 21201 |
| **Kelley Drye & Warren LLP**<br>James S Carr & Eric R Wilson<br>101 Park Ave<br>New York, NY 10178 | **Kirkland & Ellis**<br>Richard M Cieri<br>601 Lexington Ave<br>New York, NY 10022 | **Kirkland & Ellis LLP**<br>Attn Ray C Schrock & Stephen E Hessler<br>601 Lexington Ave<br>New York, NY 10022-4611 |
| **Kramer Levin Naftallis & Frankel LLP**<br>Kenneth H Eckstein, Thomas Moers Mayer & Douglas H Mannal<br>117 Avenue of the Americas<br>New York, NY 10036 | **Morrison & Foerster LLP**<br>Larren M Nashelsky, Gary S Lee & Lorenzo Marinuzzi<br>1290 Avenue of the Americas<br>New York, NY 10104 | **Nationstar Mortgage LLC**<br>Attn: General Counsel<br>350 Highland Drive<br>Lewisville, TX 75067 |
| **Office of the NY State Attorney General**<br>Nancy Lord & Neal Mann<br>The Capitol<br>Albany, NY 12224-0341 | **Office of the US Attorney for the Southern District of NY**<br>United States Attorney Preet Bharara<br>One St Andrews Plaza<br>New York, NY 10007 | **Residential Capital LLC**<br>Attn Tammy Hamzehpour<br>1177 Avenue of the Americas<br>New York, NY 10036 |
| **Residential Capital LLC**<br>Tammy Hamzehpour<br>1100 Virginia Dr<br>Ft Washington, PA 19034 | **Securities & Exchange Commission**<br>Secretary of the Treasury<br>100 F St NE<br>Washington, DC 20549 | **Securities & Exchange Commission NY Regional Office**<br>George S Canellos Regional Director<br>3 World Financial Center Ste 400<br>New York, NY 10281-1022 |
| **Sidley Austin LLP**<br>Larry J Nyhan & Jessica CK Boelter<br>One Dearborn<br>Chicago, IL 60603 | **Skadden Arps Slate Meagher & Flom LLP**<br>Jonathan H. Hofer<br>Four Times Square<br>New York, NY 10036 | **Skadden Arps Slate Meagher & Flom LLP**<br>Ken Ziman<br>Four Times Square<br>New York, NY 10036 |
| **Skadden Arps Slate Meagher & Flom LLP**<br>Sarah M Ward<br>Four Times Square<br>New York, NY 10036 | **Skadden Arps Slate Meagher & Flom LLP**<br>Suzanne D T Lovett<br>Four Times Square<br>New York, NY 10036 | **The Bank of New York Mellon**<br>Asset-Backed Securities Group<br>101 Barclay St 4W<br>New York, NY 10286 |
| **U.S. Bank National Association**<br>Attn: George Rayzis<br>50 South 16 th Street<br>Suite 2000<br>Philadelphia, PA 19102 | **U.S. Bank National Association**<br>Attn: Irina Palchuk<br>60 Livingston Avenue<br>EP-MN-WS1D<br>St. Paul, MN 55107 | **U.S. Department of Justice**<br>US Attorney General, Eric H. Holder, Jr.<br>950 Pennsylvania Ave NW<br>Washington, DC 20530-0001 |
| **United States Attorney's Office for the Southern District of New York Civil Division**<br>Attn Joseph Cordaro<br>86 Chambers St 3rd Fl<br>New York, NY 10007 | **US Trustee for the Southern District of NY**<br>Tracy Hope Davis, Linda A. Riffkin and Brian S. Masumoto<br>33 Whitehall St 21st Fl, Region 2<br>New York, NY 10004 | **Wells Fargo Bank NA**<br>Attn Corporate Trust Services - GMACM Home Equity Notes 2004 Variable Funding Trust<br>PO Box 98<br>Columbia, MD 21046 |

# Exhibit B

**Monthly Service List**

AIG Asset Management US LLC
Attn Russell Lipman
80 Pine St
New York, NY 10038

Allstate Life Insurance Company
Attn Peter A McElvain
3075 Sanders Rd Ste G5A
Northbrook, IL 60062

Ally Bank
Tom Houghton
440 S Church St
Charlotte, NC 28202

Ally Financial Inc
Jeffrey Brown Corporate Treasurer
440 S Church St
Charlotte, NC 28202

Alston & Bird LLP
John C Weitnauer Esq
One Atlantic Center
Atlanta, GA 30309-3424

Alston & Bird LLP
Martin G Bunin Esq & William Hao Esq
90 Park Ave
New York, NY 10016

Alston & Bird LLP
William B Macurda
Bank of America Plaza Ste 4000
Charlotte, NC 28280-4000

Assistant Attorney General
John Mark Stern bankruptcy & Collections Division
PO Box 12548
Austin, TX 78711-2548

Bank of New York Mellon
Sarah Stout & Jennifer J Provenzano
525 William Penn Place
Pittsburgh, PA 15259-0001

Barclays Bank PLC
Alicia Borys & Patrick Kerner
745 7th Ave 27th Fl
New York, NY 10019

Barclays Bank PLC
Joe Tricamo & May Wong
1301 Sixth Ave
New York, NY 10019

Barry B Eskanos JD MPA & Ami B Eskanos
3122 Pine Tree Dr
Miami Beach, FL 33140

BMMZ Holding LLC
c/o Ally Financial Inc, Attn Courtney Lowman
200 Renaissance Center
Detroit, MI 48265-2000

Cadwalader Wickersham & Taft LLP
Gregory M Petrick & Ingrid Bagby
One World Financial Center
New York, NY 10281

Cadwalader Wickersham & Taft LLP
Mark C Ellenberg Esq
700 Sixth St NW
Washington, DC 20001

Cohen Milstein Sellers & Toll PLLC
Joel P Laitman, Christopher Lometti, Michael B Eisenkraft, Daniel B Rehns & Kenneth M Rehns
88 Pine St 14th Fl
New York, NY 10005

Cole Schotz Meisel Forman & Leonard PA
Michael D Warner & Emily S Chou
301 Commerce St Ste 1700
Fort Worth, TX 76102

Commonwealth of Pennsylvania,
Department of Labor and Industry
Joseph Kots
Reading Bankruptcy & Compliance Unit
Reading, PA 19602-1152

Curtis Mallet-Prevost Colt & Mosle LLP
Maryann Gallagher Esq
101 Park Ave
New York, NY 10178-0061

Curtis Mallet-Prevost Colt & Mosle LLP
Michael A Cohen Esq
101 Park Ave
New York, NY 10178-0061

Curtis Mallet-Prevost Colt & Mosle LLP
Steven J Reisman Esq
101 Park Ave
New York, NY 10178-0061

Dechert LLP
Glenn E Siegel, Hector Gonzalez, Brian E Greer & Mauricio A Espana
1095 Avenue of the Americas
New York, NY 10036-6797

Deutsche Bank
Rosa Mendez
Corporate Trust Department
Santa Ana, CA 92705-4934

Deutsche Bank Trust Company Americas
Attn Brendan Meyer
Harborside Financial Center
Jersey City, NJ 07311-3901

Duane Morris LLP
Gerald S Catalanello Esq & james J Bincequerra Esq
1540 Broadway
New York, NY 10036

Fannie Mae
Catherine Lasher
950 East Paces Ferry Road
Atlanta, GA 30326

Fein Such & Crane LLP
Mark K Broyles Esq
28 East Main St Ste 1800
Rochester, NY 14614

Financial Guaranty Insurance Company
Attn John Dubel
125 Park Ave
New York, NY 10017

Foley & Mansfield PLLP
Thomas J Lallier
250 Marquette Ave Ste 1200
Minneapolis, MN 55401

Freddie Mac
Kenton W Hambrick Associate General Counsel
M/S202
McLean, VA 22102

| | | |
|---|---|---|
| Gibbs & Bruns LLP<br>Kathy D Patrick Esq & Scott A Humphries Esq<br>1100 Louisiana Ste 5300<br>Houston, TX 77002 | Gibbs & Bruns, L.L.P.<br>Kathy D. Patrick<br>1100 Louisiana<br>Houston, TX 77002 | Ginnie Mae<br>Ted Tozer<br>550 12 St. SW<br>Washington, DC 20024 |
| Grant & Eisenhofer PA<br>Georffrey C Jarvis Matthew P Morris & Deborah A Elman<br>485 Lexington Ave 29th Fl<br>New York, NY 10017 | HP Enterprise Services LLC<br>Ayala Hassell Esq<br>5400 Legacy Dr<br>Plano, TX 75024 | Jones Day<br>Carle E Black<br>901 Lakeside Ave<br>Cleveland, OH 44114 |
| Jones Day<br>Corinne Ball, Richard L Wynne & Lance E Miller<br>222 East 41st Street<br>New York, NY 10017 | Kasowitz, Benson, Torres & Friedman LLP<br>Andrew K Glenn, Matthew B Stein, Daniel A Fliman & Nii Amar Amamoo<br>1633 Broadway<br>New York, NY 10019 | Kilpatrick & Associates PC<br>Richardo I Kilpatrick<br>903 North Opdyke Rd Ste C<br>Auburn Hills, MI 48326 |
| Klestadt & Winters LLP<br>Attn Tracy L Klestadt & Joseph C Corneau<br>570 Seventh Ave 17th Fl<br>New York, NY 10018 | Kurtzman Carson Consultants<br>Alison M. Tearnen Schepper<br>2335 Alaska Ave<br>El Segundo, CA 90245 | Law Offices of Robert E Luna PC<br>Andrea Sheehan<br>4411 N Central Expressway<br>Dallas, TX 75205 |
| Linebarger Goggan Blair & Sampson LLP<br>Diana W Sanders<br>Po Box 17428<br>Austin, TX 78760 | Linebarger Goggan Blair & Sampson LLP<br>Elizabeth Weller<br>2323 Bryan St Ste 1600<br>Dallas, TX 75201 | Linebarger Goggan Blair & Sampson LLP<br>John P Dillman Esq<br>PO Box 3064<br>Houston, TX 77253-3064 |
| Lowenstein Sandler PC<br>Michael S Etkin & Ira M Levee<br>1251 Avenue of the Americas 18th Fl<br>New York, NY 10020 | Lowenstein Sandler PC<br>Michael S Etkin & Ira M Levee<br>65 Livingston Ave<br>Roseland, NJ 07068 | M&TCC<br>1 M&T Plaza, 7th Floor<br>Buffalo, NY 14203 |
| MBIA Insurance Corporation<br>Attn Mitchell Sonkin<br>113 King St<br>Armonk, NY 10504 | McKool Smith<br>Attn: Paul D. Moak<br>600 Travis St., Suite 7000<br>Houston, TX 77002 | McKool Smith PC<br>Michael R Carney<br>One Bryant Park 47th Fl<br>New York, NY 10036 |
| McKool Smith PC<br>Paul D Moak<br>600 Travis St., Suite 7000<br>Houston, TX 77002 | Morgan Lewis & Bockius LLP<br>James L Garrity Jr<br>101 Park Ave<br>New York, NY 10178-0600 | Morgan Lewis & Bockius LLP<br>Michael S Kraut<br>101 Park Ave<br>New York, NY 10178-0600 |
| Morgan Lewis & Bockius LLP<br>Patrick D Fleming<br>101 Park Ave<br>New York, NY 10178-0600 | Morrison Cohen LLP<br>Joseph T Moldovan Esq<br>909 Third Ave<br>New York, NY 10022 | Munger Tolles & Olson LLP<br>Seth Goldman<br>355 S Grand Ave<br>Los Angeles, CA 90071 |
| Munger Tolles & Olson LLP<br>Thomas B Walper<br>355 S Grand Ave<br>Los Angeles, CA 90071 | Patterson Belknap Webb & Tyler LLP<br>David W Dykhouse & Brian P Guiney<br>1133 Avenue of the Americas<br>New York, NY 10036-6710 | Perdue Brandon Fielder Collins & Mott LLP<br>c/o Elizabeth Banda Calvo<br>PO Box 13430<br>Arlington, TX 76094-0430 |

Proskauer Rose LLP
Irena M Goldstein
Eleven Times Square
New York, NY 10036

Proskauer Rose LLP
Scott K Rutsky & Jared D Zajac
Eleven Times Square
New York, NY 10036

Quinn Emanuel Urquhart & Sullivan LLP
Daniel L Brockett & David D Burnett
51 Madison Ave 22nd Fl
New York, NY 10010

Quinn Emanuel Urquhart & Sullivan LLP
Susheel Kirpalani & Scott C Shelley
51 Madison Ave 22nd Fl
New York, NY 10010

Reilly Pozner LLP
Michael A Rollin
1900 16th St Ste 1700
Denver, CO 80202

Ropes & Gray LLP
D Ross Martin Esq & Keith H Wofford Esq
1211 Avenue of the Americas
New York, NY 10036-8704

Ropes & Gray LLP
D. Ross Martin
Prudential Tower
Boston, MA 02199

Rowen L Drenne as Representative for the
Plaintiffs Brian Kessler et al
3725 N Indiana
Kansas City, MO 64117

Samuel I White PC
D Carol Sasser Esq
5040 Corporate Woods Dr Ste 120
Virginia Beach, VA 23462

Samuel I White PC
Donna J Hall Esq
5040 Corporate Woods Dr Ste 120
Virginia Beach, VA 23462

Schnader Harrison Segal & Lewis LLP
Barry Bressler & Richard A Barkasy
1600 Market St Ste 3600
Philadelphia, PA 19103-7286

Schnader Harrison Segal & Lewis LLP
Benjamin P Deutsch Esq
140 Broadway Ste 3100
New York, NY 10005-1101

Secretary of State
123 William St
New York, NY 10038-3804

Secretary of State, Division of Corporations
99 Washington Ave Ste 600
One Commerce Plz
Albany, NY 12231-0001

Seward & Kissell LLP
Greg S Bateman
One Battery Park Plaza
New York, NY 10004

Seward & Kissell LLP
Ronald L Cohen & Kalyan Das
One Battery Park Plaza
New York, NY 10004

Shearman & Sterling LLP
Fredric Sosnick & Susan A Fennessey
599 Lexington Ave
New York, NY 10022

Sullivan Hazeltine Allinson LLC
William A Hazeltine Esq
901 N Market St Ste 1300
Wilmington, DE 19801

Talcott Franklin P.C.
Attn: Talcott J. Franklin
208 N. Market Street, Suite 200
Dallas, TX 75202

TCF National Bank
janella J Miller Senior Vice President &
Senior Counsel
200 Lake St
Wayzata, MN 55391

The Bank of New York Mellon
Attn Robert H Major Vice President
6525 West Campus Oval
New Albany, OH 43054

The Canada Trust Company
Susan Khokher
79 Wellington Street, West, 8th Floor
Toronto, ON M5K 1A2

U.S. Bank National Association
Attn: Mamta K Scott
190 S. LaSalle Street
Chicago, IL 60603

U.S. Bank National Association
Michelle Moeller
60 Livingston Ave.
St. Paul, MN 55107

U.S. Bank National Association
Tanver Ashraf, Corporate Trust Services
West Side Flats, EP-Mn-WS3D
St. Paul, MN 55107

U.S. Department of Justice
Attn: Glenn D. Gillette
Civil Division
Washington, DC 20005

Wells Fargo Bank, N.A.
Kelly Rentz
Corporate Trust Services
Columbia, MD 21045

Wendy Alison Nora
210 Second St NE
Minneapolis, MN 55413

White & Case LLP
Attn: Gerard Uzzi
1155 Avenue of the Americas
New York, NY 10036-2787

Wilmington Trust
Jennifer Williams
1100 N. Market St.
Wilmington, DE 19801

| | | |
|---|---|---|
| Wilmington Trust NA<br>Julie J Becker Vice President<br>50 South Sixth St Ste 1290<br>Minneapolis, MN 55402-1544 | Winston & Strawn LLP<br>Attn: David Neier<br>200 Park Avenue<br>New York, NY 10166 | Winston & Strawn LLP<br>David Neier, Carey D Schreiber & Alan Moskowitz<br>200 Park Avenue<br>New York, NY 10166-4193 |