# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
**In re:**                                                               **Case No.:**     **12-12020**
      **Residential Capital  LLC**                             **Chapter:**      **11**
                                 **Debtor**
-------------------------------------------------------------x

## ORDER GRANTING ADMISSION TO PRACTICE, PRO HAC VICE

Upon the motion of Jordan B. Segal, Esq., to be admitted, pro hac vice, to represent PHH Mortgage Services (the "Client") a Creditor in the above referenced case adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Maryland and, the bar of the U.S. District Courts for the Districts of Maryland and Washington D.C., it is HEREBY

ORDERED, that Jordan B. Segal, Esq., is admitted to practice, pro hac vice, in the above referenced case to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: **June 19, 2012**

Manhattan, New York                          __/s/Martin Glenn__
                                                    UNITED STATES BANKRUPTCY JUDGE