POLSINELLI SHUGHART
Daniel J. Flanigan, Esq.
Jason A. Nagi, Esq.
805 Third Avenue, 20th Floor
New York, New York  10022
Tel: (212) 684-1099

and

WALTERS BENDER STROHBEHN &
VAUGHAN, P.C.
J. Michael Vaughan, Esq.
David M. Skeens, Esq.
2500 City Center Square
1100 Main
Kansas City, Missouri 64105
Tel: (816) 421-6620

*Attorneys for Rowena L. Drennan on behalf of the putative class in the matter entitled In Re: Community Bank of Northern Virginia Second Mortgage Lending Practices Litigation, MDL No. 1674, (Brian Kessler, et al) Case No.: 03-0425, Case No.: 02-01201, Case No.: 05-0688, Case No.: 05-1386*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| RESIDENTIAL CAPITAL, *et al.*, | Case No. 12-12020 (MG) |
| Debtors. | (Jointly Administered) |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, J. Michael Vaughan, Esq., request admission, *pro hac vice*, before the Honorable Martin Glenn, to represent Rowena L. Drennan on behalf of the putative class in the matter entitled *In Re: Community Bank of Northern Virginia Second Mortgage Lending Practices Litigation, MDL No. 1674, (Brian Kessler, et al) Case No.: 03-0425, Case No.: 02-01201, Case No.: 05-0688, Case No.: 05-1386* in the above-referenced case.

2234838.2

*I certify that I am a member in good standing* of the bar in the State of Missouri and the United States Supreme Court.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

| | |
|---|---|
| Dated:  June 19, 2012 | **Walters Bender Strohbehn & Vaughan, P.C.** |
| | */s/ J. Michael Vaughan* |
| | J. Michael Vaughan, Esq. |
| | 2500 City Center Square |
| | 1100 Main |
| | Kansas City, Missouri 64105 |
| | Tel: (816) 421-6620 |
| | Fax: (816) 421-4747 |
| | mvaughan@wbsvlaw.com |

POLSINELLI SHUGHART
Daniel J. Flanigan, Esq.
Jason A. Nagi, Esq.
805 Third Avenue, 20th Floor
New York, New York  10022
Tel: (212) 684-1099

and

WALTERS BENDER STROHBEHN &
VAUGHAN, P.C.
J. Michael Vaughan, Esq.
David M. Skeens, Esq.
2500 City Center Square
1100 Main
Kansas City, Missouri 64105
Tel: (816) 421-6620

*Attorneys for Rowena L. Drennan on behalf of the putative class in the matter entitled In Re: Community Bank of Northern Virginia Second Mortgage Lending Practices Litigation, MDL No. 1674, (Brian Kessler, et al) Case No.: 03-0425, Case No.: 02-01201, Case No.: 05-0688, Case No.: 05-1386*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: <br><br> RESIDENTIAL CAPITAL, *et al*., <br> Debtors. | Chapter 11 <br><br> Case No. 12-12020 (MG) <br> (Jointly Administered) |

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of J. Michael Vaughan, Esq. (the "Movant"), to be admitted, ***pro hac vice***, to represent Rowena L. Drennan on behalf of the putative class in the matter entitled *In Re: Community Bank of Northern Virginia Second Mortgage Lending Practices Litigation, MDL No. 1674, (Brian Kessler, et al) Case No.: 03-0425, Case No.: 02-01201, Case No.: 05-0688, Case No.: 05-1386*  (the "Client"), in the above referenced case, and upon the Movant's certification

2234838.2

that the Movant is a member in good standing of the bar in the State of Missouri and the United States Supreme Court, it is hereby

**ORDERED**, that J. Michael Vaughan, Esq., is admitted to practice, ***pro hac vice***, in the above referenced case to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Date: _____, 2012
  New York, New York        _____
                UNITED STATES BANKRUPTCY JUDGE