POLSINELLI SHUGHART
Daniel J. Flanigan, Esq.
Jason A. Nagi, Esq.
805 Third Avenue, 20th Floor
New York, New York  10022
Tel: (212) 684-1099

and

WALTERS BENDER STROHBEHN & VAUGHAN, P.C.
J. Michael Vaughan, Esq.
David M. Skeens, Esq.
2500 City Center Square
1100 Main
Kansas City, Missouri 64105
Tel: (816) 421-6620

*Attorneys for Rowena L. Drennan on behalf of the putative class in the matter entitled In Re: Community Bank of Northern Virginia Second Mortgage Lending Practices Litigation, MDL No. 1674, (Brian Kessler, et al) Case No.: 03-0425, Case No.: 02-01201, Case No.: 05-0688, Case No.: 05-1386*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| In re: | |
|---|---|
| RESIDENTIAL CAPITAL, *et al*.,<br>Debtors. | Chapter 11<br><br>Case No. 12-12020 (MG)<br>(Jointly Administered) |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, David M. Skeens, Esq., request admission, *pro hac vice*, before the Honorable Martin Glenn, to represent Rowena L. Drennan on behalf of the putative class in the matter entitled *In Re: Community Bank of Northern Virginia Second Mortgage Lending Practices Litigation, MDL No. 1674, (Brian Kessler, et al) Case No.: 03-0425, Case No.: 02-01201, Case No.: 05-0688, Case No.: 05-1386* in the above-referenced case.

2234842.2

*I certify that I am a member in good standing* of the bar in the State of Missouri, the United States Supreme Court, and the State of Kansas.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: June 19, 2012 **Walters Bender Strohbehn & Vaughan, P.C.**

*/s/ David M. Skeens*
David M. Skeens, Esq.
2500 City Center Square
1100 Main
Kansas City, Missouri 64105
Tel: (816) 421-6620
Fax: (816) 421-4747
dskeens@wbsvlaw.com

2234842.2

POLSINELLI SHUGHART
Daniel J. Flanigan, Esq.
Jason A. Nagi, Esq.
805 Third Avenue, 20th Floor
New York, New York  10022
Tel: (212) 684-1099

and

WALTERS BENDER STROHBEHN & VAUGHAN, P.C.
J. Michael Vaughan, Esq.
David M. Skeens, Esq.
2500 City Center Square
1100 Main
Kansas City, Missouri 64105
Tel: (816) 421-6620

*Attorneys for Rowena L. Drennan on behalf of the putative class in the matter entitled In Re: Community Bank of Northern Virginia Second Mortgage Lending Practices Litigation, MDL No. 1674, (Brian Kessler, et al) Case No.: 03-0425, Case No.: 02-01201, Case No.: 05-0688, Case No.: 05-1386*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| RESIDENTIAL CAPITAL, *et al.*,<br>Debtors. | Case No. 12-12020 (MG)<br>(Jointly Administered) |

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of David M. Skeens, Esq. (the "Movant"), to be admitted, ***pro hac vice***, to represent Rowena L. Drennan on behalf of the putative class in the matter entitled *In Re: Community Bank of Northern Virginia Second Mortgage Lending Practices Litigation, MDL No. 1674, (Brian Kessler, et al) Case No.: 03-0425, Case No.: 02-01201, Case No.: 05-0688, Case No.: 05-1386*  (the "Client"), in the above referenced case, and upon the Movant's certification

2234842.2

that the Movant is a member in good standing of the bar in the State of Missouri, the United States Supreme Court, and the State of Kansas, it is hereby

**ORDERED**, that David M. Skeens, Esq., is admitted to practice, ***pro hac vice***, in the above referenced case to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Date: _____, 2012
      New York, New York                    _____
                                             UNITED STATES BANKRUPTCY JUDGE