STINSON MORRISON HECKER LLP
1201 Walnut, Ste. 2900
Kansas City, Missouri  64106
Telephone:  (816) 842-8600
Facsimile:   (816) 691-3495
Andrew W. Muller

*Counsel for Bank of West*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | ) | Case No. 11-16966 |
|  | ) |  |
| **RESIDENTIAL CAPITAL, LLC, et al.,** | ) | Chapter 11 |
|  | ) |  |
| Debtors. | ) | Jointly Administered |
|  | ) |  |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICE

NOTICE IS HEREBY GIVEN of the appearance of Andrew W. Muller and Stinson Morrison Hecker LLP on behalf of Bank of the West.  Notice of all pleadings and documents should be transmitted to Stinson Morrison Hecker LLP at the following address:

Andrew W. Muller
STINSON MORRISON HECKER LLP
1201 Walnut, Ste. 2900
Kansas City, MO  64106
816-842-8600 (phone)
816-691-3495 (fax)
amuller@stinson.com

DATED this 19th day of June, 2012.

        STINSON MORRISON HECKER LLP

        /s/ Andrew W. Muller
        Andrew W. Muller, MO #53861
        1201 Walnut Street, Ste. 2900
        Kansas City, Missouri 64106
        Telephone:  (816) 842-8600
        Facsimile:   (816) 691-3495
        Email:  amuller@stinson.com

        COUNSEL FOR BANK OF THE WEST

## **CERTIFICATE OF SERVICE**

    I hereby certify that the foregoing document was filed this 19th day of June, 2012, using the Court's CM/ECF system which gave electronic notice thereof to all registered users in the above-captioned case.

        /s/ Andrew W. Muller
        Andrew W. Muller