UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
In re:                                                             :
                                                                   :   Case No. 12-12020 (MG)
RESIDENTIAL CAPITAL, LLC, et.al.,                                  :
                                                                   :   **AFFIDAVIT OF SERVICE**
                                          Debtors.                 :
------------------------------------------------------------------ x

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

Liliya Suris, being duly sworn, say:

1. I am not a party to this action, am over 18 years of age, am a licensed process server, License # 1004643, and am employed by Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, New York 10036.

2. On June 18, 2012, I served by hand a true copy of a **SUBPOENA FOR RULE 2004 EXAMINATION**, dated June 15, 2012, by delivering and leaving the above-mentioned document at the address specified below:

> Cerberus Capital Management, L.P.
> 875 Third Avenue
> New York, New York 10022

3. I left the aforementioned document with Sheila Peluso, Attorney. She acknowledged service of the subpoena by signing my office copy. I would describe her as a Caucasian female, approximately 35-45 years of age, 5'4-'5'9, weighing approximately 100-130 lbs., blonde long hair, wearing glasses.

_____
Liliya Suris

Sworn to before me this
18th day of June 2012

_____
Notary Public

MICHAEL FEUER
Notary Public, State of New York
NO. 02FE6151238
Qualified in Kings County
Certificate Filed in New York County
Commission Expires August 14, 20_14_