Larry J. Nyhan
Jessica C.K. Boelter
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
(312) 853-7000 (tel)
(312) 853-7036 (fax)

-and-

John Hutchinson
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, New York 10019
(212) 839-5300 (tel)
(212) 839-5599 (fax)

Attorneys for Nationstar Mortgage LLC

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
                                                     :

In re:                                           :     Chapter 11

RESIDENTIAL CAPITAL, LLC, et al.,    :     Case No. 12-12020 (MG)

                                                 :     Jointly Administered
                       Debtors.     :
------------------------------------------------------------ x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                                   )   s.s.:
COUNTY OF NEW YORK   )

       1.   EILEEN A. MCDONNELL, the undersigned deposes and says: I am over 18 years of age, am not a party in the above-captioned case, and am employed by the firm of Sidley Austin LLP.

NY1 8303547v.1

2. I caused to be served on June 14, 2012 a true and correct copy of **Nationstar Mortgage LLC's Response in Support of Debtors' Request for Entry of the Sale Proceeds Order** (dkt 360); by email upon the service list attached hereto as Exhibit "A" and by first class mail, postage prepaid upon those parties on the service list attached hereto as Exhibit "B".

　　　　　　　　　　　　　　　　　　　　　　/s/Eileen A. McDonnell
　　　　　　　　　　　　　　　　　　　　　　EILEEN A. MCDONNELL

Sworn to before me this
19th day of June 2012

/s/ Kenley Stark
Kenley Stark
Notary Public, State of New York
No. 01ST6348278
Qualified in New York County
Commission Expires   September 19, 2015

NY1 8303547v.1

# EXHIBIT "A"

'askdoj@udoj.gov'; 'bobbie.theivakurnaran@citi.com'; 'brian.masumoto@usdoj.gov'; 'dmannal@kramerlevin.com'; 'george.rayzis@usbank.com'; 'glee@mofo.com'; 'irinia.palchuk@usbank.com'; 'jhofer@skadden.com'; 'john_s_forlines@fanniemae.com'; 'kdwbankruptcydepartment@kelleydrye.com'; 'keckstein@kramerlevin.com'; 'kevin.vargas@db.com'; 'kziman@skadden.com'; 'linda.riffkin@usdog.gov'; 'lmarinuzzi@mofo.com'; 'lnashelskly@mofo.com'; 'nancy.lord@oag.state.ny.us'; 'neal.mann@oag.state.ny.us'; 'newyork@sec.gov'; 'projectrodeo@kirkland.com'; 'richard.cieri@kirkland.com'; 'stephen.hessler@kirkland.com'; 'tammy.hamzehpour@gmacrescap.com'; 'timothy.devine@ally.com'; 'william.b.solomon@ally.com'

NY1 8303547v.1

# EXHIBIT "B"

Morrison & Foerster LLP
1290 Avenue of the Americas
New York, New York  10104

Attn: Larren M. Nashelsky, Esq.
    Gary S. Lee, Esq.
    Todd M. Goren, Esq.
    Alexandra Steinberg Barrage, Esq.

Kirkland & Ellis LLP
153 East 53rd Street
New York, New York  10022

Attn: Richard M. Cieri, Esq.

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York  10036

Attn: Kenneth Eckstein, Esq.
    Greg Horowitz, Esq.

Office of United States Trustee
33 Whitehall Street, 21st Fl.
New York, New York  10004

Attn: Tracy Hope Davis, Esq.
    Linda A. Riffkin, Esq.
    Brian S. Masumoto, Esq.

Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, New York  10036

Attn: Ken Ziman, Esq.
    Jonathan H. Hofer, Esq.

NY1 8303547v.1