UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
In re                                     :    Chapter 11
                                          :
RESIDENTIAL CAPITAL, LLC, et al.,[1]      :    Case No. 12-12020 (MG)
                                          :
                                          :
                                          :    (Jointly Administered)
                 Debtors.                 :
-------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

I, David Hartie, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors.

On May 25, 2012, at my direction and under my supervision, employees of KCC caused the following document to be served 1) via Overnight mail on the service list attached hereto as **Exhibit A** for subsequent distribution to beneficial holders of the securities listed on the attached **Exhibit B**; and 2) via First Class mail to the parties on the service list attached hereto as **Exhibit C**; and 3) via Email to the parties on the service list attached hereto as **Exhibit D**:

1. Notice of Chapter 11 Bankruptcy Cases, Meeting of Creditors, and Deadlines attached hereto as **Exhibit E**.

Dated:  May 30, 2012

_____
David Hartie

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on this 30[h] day of May, 2012, by David Hartie, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

JEFFREY M. SELLERS
NOTARY
NO. 01SE6219948
QUALIFIED IN
QUEENS COUNTY
COMM. EXP. _____

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Residential Capital, LLC (0738); ditech, LLC (7228); DOA Holding Properties, LLC (4257); DOA Properties IX (Lots-Other), LLC (3274); EPRE LLC (7974); Equity Investment I, LLC (2797); ETS of Virginia, Inc. (1445); ETS of Washington, Inc. (0665); Executive Trustee Services, LLC (8943); GMAC Model Home Finance I, LLC (8469); GMAC Mortgage USA Corporation (6930); GMAC Mortgage, LLC (4840); GMAC Residential Holding Company, LLC (2190); GMAC RH Settlement Services, LLC (6156); GMACM Borrower LLC (4887); GMACM REO LLC (2043); GMACR Mortgage Products, LLC (6369); GMAC-RFC Holding Company, LLC (3763); HFN REO Sub II, LLC (N/A); Home Connects Lending Services, LLC (9412); Homecomings Financial Real Estate Holdings, LLC (6869); Homecomings Financial, LLC (9458); Ladue Associates, Inc. (3048); Passive Asset Transactions, LLC (4130); PATI A, LLC (2729); PATI B, LLC (2937); PATI Real Estate Holdings, LLC (5201); RAHI A, LLC (3321); RAHI B, LLC (3553); RAHI Real Estate Holdings, LLC (5287); RCSFJV204, LLC (2722); Residential Accredit Loans, Inc. (8240); Residential Asset Mortgage Products, Inc. (5181); Residential Asset Securities Corporation (2653); Residential Consumer Services of Alabama, LLC (5449); Residential Consumer Services of Ohio, LLC (4796); Residential Consumer Services of Texas, LLC (0515); Residential Consumer Services, LLC (2167); Residential Funding Company, LLC (1336); Residential Funding Mortgage Exchange, LLC (4247); Residential Funding Mortgage Securities I, Inc. (6294); Residential Funding Mortgage Securities II, Inc. (8858); Residential Funding Real Estate Holdings, LLC (6505); Residential Mortgage Real Estate Holdings, LLC (7180); RFC Asset Holdings II, LLC (4034); RFC Asset Management, LLC (4678); RFC Borrower LLC (5558); RFC Constructing Funding, LLC (5730); RFC REO LLC (2407); RFC SFJV-2002, LLC (4670); RFC-GSAP Servicer Advance, LLC (0289)

# Exhibit A

| Name | NoticeName | Address1 | Address2 | City | State | Zip |
|------|-----------|----------|----------|------|-------|-----|
| Broadridge | Receiving Dept | 51 Mercedes Way | N55564 N55565 N55566 | Edgewood | NY | 11717 |
| Mediant Communications | Stephanie Fitzhenry | 109 North 5th St | | Saddle Brook | NJ | 07663 |
| The Bank of New York Mellon | Beth Stiffler | 525 William Penn Pl | Rm 300 | Pittsburgh | PA | 15259 |
| The Depository Trust Co | Horace Daley | 55 Water St | 25th Fl | New York | NY | 10004 |

Residential Capital, LLC, et al.
Case No. 12-12020 (MG)

Page 1 of 1

# Exhibit B

Exhibit B

| Issuer | Description | CUSIP | ISIN |
|---|---|---|---|
| Residential Capital | 6.875% Notes due 6/30/15 | 76113BAE9 | US76113BAE92 |
| Residential Capital | 8.50% Notes due 4/17/2013 | 76113BAR0 | US76113BAR06 |
| Residential Capital | 6.5% Notes due 6/1/2012 | 76114EAC6 | US76114EAC66 |
| Residential Capital | 9.625% Notes due 5/15/2015 | 76114EAH5 | US76114EAH53 |
| Residential Capital | 6.375% Notes due 5/17/2013 | N/A | XS0254759920 |
| Residential Capital | 7.125% Notes due 5/17/2012 | N/A | XS0254758872 |
| Residential Capital | 7.875% Notes due 7/1/2014 | N/A | XS0307841469 |

# Exhibit C

Exhibit C

| Name | NoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| ABN AMRO Clearing Chicago LLC Portfo | Sue Nowicki | 175 W Jackson Blvd | Ste 400 | | Chicago | IL | 60604 | USA |
| Alaska USA Federal Credit Union | Glenn Cipriano | PO Box 196757 | | | Anchorage | AK | 99519-6757 | USA |
| Albert Fried & Co LLC | Richard Cellentano | 60 Broad St | | | New York | NY | 10004 | USA |
| Alliant Securities Inc Turner Nor | Melody Grinnell | 695 North Legacy Ridge Dr | Ste 300 | | Liberty Lake | WA | 99019 | USA |
| Alpine Securities Corp | Chance Groskreutz | 440 E 400 South | | | Salt Lake City | UT | 84111 | USA |
| Amalgamated Bank | Stephen Erb | 275 7th Ave | 9th Fl | | New York | NY | 10001 | USA |
| Amalgamated Bank of Chicago | Luz Cruz | One West Monroe | | | Chicago | IL | 60603 | USA |
| American Enterprise Investment Services | Rebecca Strand | 2178 AMP Financial Center | | | Minneapolis | MN | 55474 | USA |
| American Naional Bank | Carrie Voltz | PO Box 9250 | | | Denver | CO | 80932-0250 | USA |
| Ameriprise | Mike Kohler | 2178 Ameriprise Financial Center | | | Minneapolis | MN | 55474 | USA |
| Ameriprise Trust Co | Linda McGuirk | 929 Ameriprise Financial Center | | | Minneapolis | MN | 55474 | USA |
| Assent LLC | Paul Botta | 5 Marine Plaza | Ste 102 | | Hoboken | NJ | 07030 | USA |
| Associated Bank Green Bay NA | Beth Cravillion | 2985 South Ridge Rd | Ste C | | Green Bay | WI | 54304 | USA |
| Baird Robert W & Co Incorporated | Dean Markofski | 777 E Wisconsin Ave | | | Milwaukee | WI | 53202 | USA |
| Banc of Americas Securities LLC | John Dolan | 222 Broadway | 27th Fl | MC NY3 222 27 01 | New York | NY | 10038 | USA |
| Banca IMI Securities Corp | Melaine Ryan | 1 William Street | | | New York | NY | 10004 | USA |
| Bank of America National Association | Carla V Brooks | 411 N Akard 5th Fl | | | Dallas | TX | 75201 | USA |
| Bank of America/Lasalle Bank NA | George Earl | 135 South LaSalle St | Ste 1860 | | Chicago | IL | 60603 | USA |
| Barclays Bank Inc LE | Giovanna Laurella | 70 Hudson St | 7th Fl | | Jersey City | NJ | 07302-0000 | USA |
| Barclays Capital Inc / Barclays Bank | Nellie Foo | 200 Cedar Knolls Rd | | | Whippany | NJ | 07981-0000 | USA |
| Barclays Capital Inc / Barclays Capital | Nellie Foo | 200 Cedar Knolls Rd | | | Whippany | NJ | 07981-0000 | USA |
| Barclays Capital Inc Equity Finance | Nellie Foo | 200 Cedar Knolls Rd | | | Whippany | NJ | 07981-0000 | USA |
| Barclays Capital Inc. | Teresa Woo | 70 Hudson St | 7th Fl | | Jersey City | NJ | 07302-0000 | USA |
| Biremis Corporations | Peter Beck | 225 Franklin St | 26th Fl | | Boston | MA | 2110 | USA |
| Blackmont Capital Inc | Gary Tyson | 181 Bay St Ste 900 | PO Box 779 | | Toronto | ON | M5J 2T3 | CANADA |
| BMO Capital Markets Corp | Maureen Cruz | 3 Times Square | | | New York | NY | 10036 | USA |
| BMO Nesbitt Burns Inc | Louise Torangeau | 1 First Canadian Place 13th Fl | | | Toronto | ON | M5X 1H3 | CANADA |
| BMO Nesbitt Burns Inc | Lila Mohamed | 250 Yonge St | 7th Fl | | Toronto | ON | | CANADA |
| BMO Nesbitt Burns Trading Corp SA | Mark Schaffer | 3 Times Square | 28th Fl | | New York | NY | 10036 | USA |
| BNP Paribas NY Branch BNP PAR | Roger Meyer | 525 Washington Blvd | 9th Floor | | Jersey City | NJ | 07310 | USA |
| BNP Paribas Prime Brokerage Inc | Chris Felicetti | 525 Washington Blvd | 9th Floor | | Jersey City | NJ | 07310 | USA |
| BNP Paribas Prime Brokerage Inc | Chris Felicetti | 525 Washington Blvd | 9th Floor | | Jersey City | NJ | 07310 | USA |
| BNP Paribas Securities Corp | Creighton Douglass | 555 Croton Rd | | | King of Prussia | PA | 19406 | USA |
| BNP Paribas, New York Branch | Roger Meyer | 525 Washington Blvd | 9th Floor | | Jersey City | NJ | 07310 | USA |
| BNY Convergex Execution Solutions LLC | H Steve Griffith | 11486 Corporate Blvd | Ste 375 | | Orlando | FL | 32817 | USA |
| BNY Mellon | Maria Sasinoski | 525 William Penn Pl | Rm 300 | | Pittsburgh | PA | 15259 | USA |
| BNY Mellon JW Giddens Trustee Liq Lehman Bros | Michael Kania | 525 William Penn Pl | Rm 300 | | Pittsburgh | PA | 15259 | USA |
| BNY Mellon/HSBC Bank PLC EQD USBR | Michael Kania | 525 William Penn Pl | Rm 300 | | Pittsburgh | PA | 15259 | USA |
| Branch Banking & Trust Co. | Tanji Bass | 223 W Nash St | 3rd Fl | | Wilson | NC | 27893 | USA |
| Broadridge Canada | Attn Receiving Dept | 5970 Chedworth Way | | | Mississauga | ON | | CANADA |
| Brown Brothers Harriman & Co | Dorota Malkiewicz | 525 Washington Blvd | New Port Towers | | Jersey City | NJ | 07302-0000 | USA |

Residential Capital, LLC, et al.
Case No. 12-12020 (MG)

Page 1 of 9

| Name | NoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Brown Brothers Harriman & Co ETF | Sheldon Broutman | 140 Broadway | | | New York | NY | 10005 | USA |
| Brown Investment Advisory & Trust Co | Brian Colbert | 901 South Bond St | Ste 400 | | Baltimore | MD | 21231 | USA |
| Caja de Valores SA | Melina Bobbio | Ave 25 de Mayo 362 | | | Buenos Aires - C1002ABH | | | ARGENTINA |
| Caldwell Securities Ltd | Kevin Webber | 150 King St | Ste 1710 | | Toronto | ON | M5H 1J9 | CANADA |
| Caldwell Trust Co | Edrise Sievers | 201 Center Rd | Ste 2 | | Venice | FL | 34292 | USA |
| Canaccord Capital Corporation | Aaron Caughlan | 609 2200 Granville St | | | Vancouver | BC | V7Y 1H2 | CANADA |
| Cannacord Adams Inc | Amallia Spera | 99 High St | | | Boston | MA | 02110-0000 | USA |
| Cantor Clearing Services | Brian Griffith | 110 E 59th St | Asset Mgmt Services | | New York | NY | 10022 | USA |
| Cantor Fitzgerald & Co | Issuer Services | 51 Mercedes Way | | | Edgewood | NY | 11717 | USA |
| Cantor Fitzgerald Europe | Jimmy McNeice | 135 E 57th St | | | New York | NY | 10022 | USA |
| Cavali ICLV SA | Francis Stenning | Pasaje Santiago Acufia | N 106 | | Lima | | 0-1 | PERU |
| CDS Clearing and Depository Services | Loretta Verelli | 600 de Maisonneuve Blvd W | Ste 210 | | Montreal | QC | H3A 3J2 | CANADA |
| Charles Schwab & Co Inc | Debbie Jung | 2423 E Lincoln Dr | PHX PEAK 02 K130 | | Phoenix | AZ | 85016 | USA |
| CIBC World Markets Corp | Robert J Putnam | 425 Lexington Ave | 5th Fl | | New York | NY | 10017 | USA |
| CIBC World Markets Inc | Patricia Neath | 161 Bay St | 10th Fl | | Toronto | ON | M5J 258 | CANADA |
| Citadel DG | Marcia Banks | 101 S Dearborn St | | | Chicago | IL | 60603 | USA |
| Citadel Trading Group LLC | Marcia Banks | 101 S Dearborn St | | | Chicago | IL | 60603 | USA |
| Citibank NA | Sandra Hernandez | 3800 Citibank Center B3 12 | | | Tampa | FL | 33610 | USA |
| Citibank/The Citigroup Private Bank | Stephanie Luckey | 333 W 34th St | 3rd Fl | | New York | NY | 10001 | USA |
| Citigroup Global Markets Inc | Patricia Haller | 111 Wall St | 6th Fl | | New York | NY | 10005 | USA |
| Citigroup Global Markets Inc Salomon | Brian Cotton | 111 Wall St | 6th Fl | | New York | NY | 10005 | USA |
| City National Bank | Telly Ferrer | 555 S Flower St | 10th Fl | | Los Angeles | CA | 90071 | USA |
| Clearstream AG | Jochen Rabe | Neue Börsenstraße 1 | | | Frankfurt am Main | | 60487 | GERMANY |
| Clearview Correspondent Services LLC | Linda Miller | 8006 Discovery Dr | | | Richmond | VA | 23229 | USA |
| Comerica Bank | Gloria Imhoff | 411 West Lafayette | Mail Code 3530 | | Detroit | MI | 48226 | USA |
| Commerce Bank of Kansas City, N.A. | Cindy Lawrence | 928 Walnut | Mail Stop TBTS-2 | | Kansas City | MO | 64106 | USA |
| Commerzbank | Chris Southwick | 1301 Ave of the Americas | | | New York | NY | 10019 | USA |
| Compass Bank | Mark Warren | 15 South 20th Street | Ste 703 | | Birmingham | AL | 35233 | USA |
| Compass Bank/Trust Division | Daniel McHale | 15 South 20th Street | Ste 703 | | Birmingham | AL | 35233 | USA |
| Computershare Trust Company NA / OP | Kevin Fleming | 250 Royall St | | | Canton | MA | 02021 | USA |
| Country Trust Bank | Pam Little | 808 IAA Dr | | | Bloomington | IL | 61702 | USA |
| Credit Agricole Secs USA Inc. | Daniel Salcido | 194 Wood Ave S | 7th Fl | | Iselin | NJ | 08830 | USA |
| Credit Suisse Securities USA LLC | Adam Miranda | 1 Madison Ave | 2nd Fl | | New York | NY | 10010 | USA |
| Credit Suisse Securities USA LLC | Adam Miranda | 1 Madison Ave | 2nd Fl | | New York | NY | 10010 | USA |
| Credit Suisse Securities USA LLC | Adam Miranda | 1 Madison Ave | 2nd Fl | | New York | NY | 10010 | USA |
| CREST International Nominees Limited | Nathan Ashworth | 33 Cannon St | | | London | | EC4M 5SB | ENGLAND |
| Crews & Associates Inc | Don Winton | 521 President Ave | Ste 800 | | Little Rock | AR | 72201 | USA |
| Crosse International Securities Inc | Michael Lackey | 1301 5th Ave | Ste 3024 | | Seattle | WA | 98101 | USA |
| Crowell Weedon & Co | Lee Chang | 624 S Grand Ave | Ste 2510 | | Los Angeles | CA | 90017 | USA |
| CRT Capital Group LLC | Brian Carroll | 262 Harbor Dr | | | Stamford | CT | 06902 | USA |
| Curian LLC | Lewis Dellarco | 8055 E Tufts Ave | 10th Fl | | Denver | CO | 80237 | USA |
| Custodial Trust Co | Dawn Eike | 101 Carnegie Center | | | Princeton | NJ | 08540 | USA |
| D A Davidson & Co | Niki Garrity | PO Box 5015 | | | Great Falls | MT | 59403 | USA |

| Name | NoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|------|-----------|----------|----------|----------|------|-------|-----|---------|
| Daiwa Securities Trust Co | Teresa P Borja | One Evertrust Plaza | | | Jersey City | NJ | 07302-0000 | USA |
| Davenport & Company LLC | Kim Nieding | 901 E Cary St | 12th Fl | | Richmond | VA | 23219 | USA |
| David Lerner Associates, Inc. | Larry Kampf | 477 Jerico Turnpike | | | Syosset | NY | 11791-9006 | USA |
| Deposito Central De Valores SA DE | Mirna Fernandez | AVDA Apoquindo | No 4001 | Fl 12 CP 7550162 | Las Condes | | | SANTCHILE |
| Deseret Trust Co | Kellie Bridge | Gateway Tower East | 10 East South Temple | Ste 470 | Salt Lake City | UT | 84133 | USA |
| Desjardins Securities Inc | Karla Diaz | 2 Complexe Desjardins Tour Est | Nirveau 62, E1-22QC | | Montreal | QC | H5B 1J2 | CANADA |
| Deutsche Bank Secs Inc Fixed | Jamaal Grier | 5022 Gate Pkwy | Bldg 100 | | Jacksonville | FL | 32256 | USA |
| Deutsche Bank Securities Inc | Ira Kovins | Harborside Financial Center | 100 Plaza One, 2nd Floor | Corporate Actions Department | Jersey City | NJ | 07311-0000 | USA |
| Deutsche Bank Securities Inc Stock | Andrea Augustina | 1251 Ave of the Americas | | | New York | NY | 10020 | USA |
| Dundee Securities Corporation | Mary Adamo | 1 Adelaide St East | Ste 2700 | | Toronto | ON | M5C 2V9 | CANADA |
| E Trade Capital Markets | Sheldon Mendelsberg | One Financial Place | 440 LaSalle St Ste 3030 | | Chicago | IL | 60605 | USA |
| Edward D Jones & Co | Nick Hummell | 12555 Manchester Rd | CADD Dept | | St Louis | MO | 63131 | USA |
| Edward D Jones & Co/EJ Ltd | Vicki Trapp | 12555 Manchester Rd | CADD Dept | | St Louis | MO | 63131 | USA |
| Edward Jones CDS | Rody Bond | 12555 Manchester Rd | CADD Dept | | St Louis | MO | 63131 | USA |
| Electronic Transaction Clearing Inc | Jane Buhain | 660 S Figueroa St | Ste 1450 | | Los Angeles | CA | 90017 | USA |
| Essex Radez LLC | Brad Sowers | 440 S LaSalle St | Ste 1111 | | Chicago | IL | 60605 | USA |
| Etrade Capital Mkts CHXL Trading | Erika Diliberto | One Financial Place | 440 LaSalle St Ste 3030 | | Chicago | IL | 60605 | USA |
| ETrade Clearing LLC | Matt Freifeld | 1981 Marcus Ave | Ste 100 | | Lake Success | NY | 11042 | USA |
| Fagenson & Co | Peter Dea | 60 Broad St | 38th Fl | | New York | NY | 10004 | USA |
| Fidelity Clearing Canada ULC CDS | Steve Adams | 401 Bay St | Ste 2910 | | Toronto | ON | M5H 2Y4 | CANADA |
| Fiduciary SSB | Kelly Eagan | 1776 Heritage Dr | | | North Quincy | MA | 02171 | USA |
| Fiduciary Trust Company of Boston | Brad Finnigan | 175 Federal St | | | Boston | MA | 2110 | USA |
| Fiducie Desjardins Inc | Martine Sioui | 1 Complexe Desjardins | South Tower | 2nd Fl | Montreal | QC | | CANADA |
| Fifth Third Bank | Lance Wells | 38 Fountain Square Plaza | Mail Drop 1090F1 | | Cinncinati | OH | 45263 | USA |
| Fifth Third Bank/State Teachers Reti | Lance Wells | 38 Fountain Square Plaza | Mail Drop 1090F1 | | Cinncinati | OH | 45263 | USA |
| First Clearing LLC | Finessa Rosson | One North Jefferson | | | St Louis | MO | 63103 | USA |
| First National Bank of Omaha | Danny Granger | 1620 Dodge Street | | | Omaha | NE | 68102 | USA |
| First Southwest Co | Misty Thacker | 325 N St Paul | Ste 800 | | Dallas | TX | 75201 | USA |
| Folio FN Investments Inc | Ashley Theobald | 8180 Greensboro Dr | 8th Fl | | McLean | VA | 22102 | USA |
| Fortis Clearing Americas LLC | Caryn Dombrowski | 175 W Jackson Blvd | Ste 400 | | Chicago | IL | 60605 | USA |
| Fortis Clearing Americas LLC/Retail | Caryn Dombrowski | 175 W Jackson Blvd | Ste 400 | | Chicago | IL | 60605 | USA |
| Fortis Securities LLC | Proxy Department | 520 Madison Ave | 3rd Fl | | New York | NY | 10022 | USA |
| Fred Alger & Company Inc | John C Messina | 600 Plaza One | | | Jersey City | NJ | 07311-4041 | USA |
| Genesis Securities LLC | Shawn Arani | 50 Broad St | 2nd Fl | | New York | NY | 10004 | USA |
| George K Baum & Co | Nick Quatrochi | 4801 Main St | Ste 500 | | Kansas City | KS | 64112 | USA |
| Glenmede Trust Company NA (The) | Darlene Warren | One Liberty Place Ste 1200 | 1650 Market Street | | Philadelphia | PA | 19103 | USA |
| GlobalSecurities Corp | Joya Baba | 3 Bentall Centre | 595 Burrard St, 11th Fl | | Vancouver | BC | V6Z 1V4 | CANADA |
| GMP Securities LP | Terry Young | 145 King St West | Ste 1100 | | Toronto | ON | M5H 1J8 | CANADA |
| Goldman Sachs & Co | Gloria Lio | 30 Hudson St | | | Jersey City | NJ | 07302-4699 | USA |
| Goldman Sachs Execution & Clearing | Anthony Bruno | 30 Hudson St | | | Jersey City | NJ | 07302-4699 | USA |
| Goldman Sachs International | Vanessa Camardo | 30 Hudson St | | | Jersey City | NJ | 07302-4699 | USA |
| GSECLP Equities Execution | Anthony Bruno | 30 Hudson St | | | Jersey City | NJ | 07302-4699 | USA |
| H.C. Denison Co. | Marge Wentzel | 618 N 7th St | | | Sheyboygan | WI | 53081 | USA |
| Harris NA | Mina Garcia | 111 W Monroe St | | | Chicago | IL | 60603 | USA |
| Haywood Securities Inc | Tracy College | 400 Burrard St | Ste 2000 | | Vancouver | BC | V6C 3A6 | CANADA |

Residential Capital, LLC, et al.
Case No. 12-12020 (MG)

Page 3 of 9

Exhibit C

| Name | NoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|------|-----------|----------|----------|----------|------|-------|-----|---------|
| Hazlett Burt Watson | Timothy Bidwell | 1300 Chapline St | | | Wheeling | WV | 26003 | USA |
| Hill Thompson Magid & Co Inc | Frederick Lando | 15 Exchange Place | | | Jersey City | NJ | 07302 | USA |
| Hold Brothers On Line Investment Service | Richard Burke | 525 Washington Blvd | 14th Fl | | Jersey City | NJ | 07310-0 | USA |
| Home Federal Bank of Tennessee FSB | Sherry Ellis | 515 Market St | Ste 500 | | Knoxville | TN | 37902 | USA |
| HSBC Bank USA NA IPB | William Heise | 452 Fifth Ave | 2nd Fl | | New York | NY | 10018 | USA |
| HSBC Bank USA National Association | Richard Giese | PO Box 1329 | | | Buffalo | NY | 14240 | USA |
| HSBC Bank USA National Association | Linda Ng | 140 Broadway | Level A | | New York | NY | 10015 | USA |
| HSBC Securities Canada Inc | Jaeger Barrymore | 105 Adelaide St | Ste 1200 | | Toronto | ON | M5H 1P9 | CANADA |
| HSBC Securities USA Inc | Chris Armato | 1 West 39th St | | | New York | NY | 10018 | USA |
| Huntington Bank FBO Sers | Beverly Reynolds | 7 Easton Oval | EA4E62 | | Columbus | OH | 43219 | USA |
| Huntington National Bank | Debra Bailey | Easton Oval | EA4E69 | | Columbus | OH | 43219 | USA |
| Huntington National Bank/FBO OH | Beverly Reynolds | 7 Easton Oval | EA4E62 | | Columbus | OH | 43219 | USA |
| ICAP Corporates LLC | Thomas Deehan | 111 Pavonia Ave | 10th Fl | | Jersey City | NJ | 07310 | USA |
| ING Financial Markets LLC | Ken Hayden | 111 West Monroe St | LLE | | Chicago | IL | 60603 | USA |
| Ingalls & Snyder LLC | Michael Scura | 61 Broadway | 31st Floor | | New York | NY | 10006 | USA |
| Instinet Inc | Lauren Hammond | 875 Third Ave | 18th Fl | | New York | NY | 10022 | USA |
| Interactive Broker Retail Equity Clearing | Ken Hayden | 2 Pickwick Plz | 2nd Fl | | Greenwich | CT | 06830-0000 | USA |
| Interactive Brokers LLC | Maria Tardio | 2 Pickwick Plz | 2nd Fl | | Greenwich | CT | 06830-0000 | USA |
| Intrade LLC | Michael Deleo | 2 Rector St | Ste 1103 | | New York | NY | 10006 | USA |
| ITG Inc | Edward Moran | 380 Madison Ave | 4th Fl | | New York | NY | 10017 | USA |
| J P Morgan Clearing Corp | Eric Oszustowicz | 3 Chase Metrotech Center | | | Brooklyn | NY | 11245-0001 | USA |
| James I Black & Co | Jess G Tucker | 311 S Florida Ave | | | Lakeland | FL | 33801 | USA |
| Janney Montgomery Scott LLC | Michael Tse | 1801 Market St | 9th Fl | | Philadelphia | PA | 19103 | USA |
| Janney Montgomery Scott LLC | Eileen Bruce | 1801 Market St | 8th Fl | | Philadelphia | PA | 19103 | USA |
| Jefferies & Co Inc | Joseph Porcello | Harborside Financial Center | 705 Plaza 3 | | Jersey City | NJ | 07311-0000 | USA |
| JJB Hilliard WL Lyons Inc | Richard Gelles | 500 W Jackson St | Ste 700 | | Louisville | KY | 40202 | USA |
| JP Morgan Chase RBS | Georgia Stanback | 4 New York Plaza | 21st Fl | | New York | NY | 10004 | USA |
| JP Morgan Securities Inc | Eric Alsop | 500 Stanton Christiana Rd | Corporate Actions | 3rd Fl | Newark | DE | 19713 | USA |
| JP Morgan Securities Inc Fixed | Terry Upshur | 500 Stanton Christiana Rd | Corporate Actions | 3rd Fl | Newark | DE | 19713 | USA |
| JP Morgan Securities Inc WF | Eric Alsop | 500 Stanton Christiana Rd | Corporate Actions | 3rd Fl | Newark | DE | 19713 | USA |
| JPMorgan Chase Bank / Prudential | Sanjay Ghuliani | Paradigm B Wing Floor 6 | Mindspace Malad W | | Mumbai | | 400 064 10000 | INDIA |
| JPMorgan Chase Bank NA | Reorg Dept | 14201 Dallas Parkway | | | Dallas | TX | 75254 | USA |
| JPMorgan Chase Bank NA JPMO | Gary Gabrysh | 500 Stanton Christiana Rd | DE3 4680 | | Newark | DE | 19713 | USA |
| JPMorgan Chase Bank/Ahlinst | Nore Scarlett | 4 New York Plaza | 21st Fl | | New York | NY | 10004 | USA |
| JPMorgan Chase Bank/Correspondence C | Sanjay Ghuliani | Paradigm B Wing Floor 6 | Mindspace Malad W | | Mumbai | | 400 064 10000 | INDIA |
| JPMorgan Chase Bank/IA | Sanjay Ghuliani | Paradigm B Wing Floor 6 | Mindspace Malad W | | Mumbai | | 400 064 10000 | INDIA |
| JPMorgan Chase Bank/PCS Shared Services | Chris Buck | 340 South Cleveland Ave | Bldg 350 | | Westerville | OH | 43081 | USA |
| JPMorgan Chase Bank/Public Employees | Sanjay Ghuliani | Paradigm B Wing Floor 6 | Mindspace Malad W | | Mumbai | | 400 064 10000 | INDIA |
| JPMorgan Chase Bank/RBS | Jonathan Badner | 4 New York Plaza | 21st Fl | | New York | NY | 10004 | USA |
| JPMorgan Chase/JPMorgan International | Georgia Stanback | 4 New York Plaza | 21st Fl | | New York | NY | 10004 | USA |
| KeyBanc Capital Markets Inc | Ellen Gallagher | 4900 Tiedman | Mail Code OH 01 49 0230 | | Brooklyn | OH | 44114 | USA |
| Keybank National Association | Karen Bednarski | 4900 Tiedman | Mail Code OH 01 49 0230 | | Brooklyn | OH | 44114 | USA |
| King C L & Associates Inc | Carrie Bush | 9 Elk St | | | Albany | NY | 12207 | USA |
| Knight Clearing Services LLC | Anna Rossi | 545 Washington Blvd | | | Jersey City | NJ | 07310 | USA |
| Koonce Securities Inc | G Sohan | 6550 Rock Spring Dr | Ste 600 | | Bethesda | MD | 20817 | USA |

| Name | NoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| LaBranche & Co LLC | Kevin O'Sullivan | 33 Whitehall St | 7th Floor | | New York | NY | 10004 | USA |
| LaBranche Financial Services LLC | Chris Pomarico | 33 Whitehall St | | | New York | NY | 10004 | USA |
| Laurentian Bank of Canada | Sarah Quesnel | 1981 McGill College Ave | Ste 100 | | Montreal | QC | H3A 3K3 | CANADA |
| Lazard Capital Markets LLC | Stewart Suchotliss | 30 Rockefeller Plaza | 19th Fl | | New York | NY | 10020 | USA |
| Legent Clearing | Stephanie Fitzhenry | 109 North 5th St | | | Saddle Brook | NJ | 07663-0000 | USA |
| Lehman Brothers Inc | Jim Gardiner | 70 Hudson St | 10th Fl | | Jersey City | NJ | 07302-0000 | USA |
| Lehman Brothers Inc / Equity Finance | Andre Verdermae | 101 Hudson St | 31st Fl | | Jersey City | NJ | 07302-0000 | USA |
| LEK Securities Corporation | Daniel Hanuka | 140 Broadway | 29th Fl | | New York | NY | 10005 | USA |
| LPL Financial Corporation | Martha Strahan | 2810 Coliseum Centre Dr | 2nd Fl | | Charlotte | NC | 28217 | USA |
| M&I Marshall & Ilsley Bank | Reorg Dept | 11270 West Park Place | Ste 400 | | Milwaukee | WI | 53224 | USA |
| MacAllaster Pitfield Mackay Inc | Dominick Liello | 30 Broad St | 26th Fl | | New York | NY | 10004 | USA |
| MacDougall MacDougall & Mactier | Joyce Millett | Place du Canada | Ste 2000 | | Montreal | QC | H3B 4J1 | CANADA |
| Macquarie Capital USA Inc | Patrick Cermak | 125 West 55th St | 23rd Fl | | New York | NY | 10019 | USA |
| Manufacturers and Traders Trust Co | Stephen Schmidt | 1 M & T Plaza | 8th Fl | | Buffalo | NY | 14203 | USA |
| Manulife Securities Incorporated | Joseph Chau | 85 Richmond St West | | | Toonto | ON | M5H 2C9 | CANADA |
| Maple Securities USA Inc | Mark Elliott | 10 Exchange Pl | Ste 2600 | | Jersey City | NJ | 7302 | USA |
| Marsco Investment Corporation | Karen Jacobsen | 101 Eisenhower Pkwy | Ste 400 | | Roseland | NJ | 07068-0000 | USA |
| Merrill Lynch Canada Inc | Ahrenet Malakas | 181 Bay St | | | Toronto | ON | | CANADA |
| Merrill Lynch Pierce Fenner & Smith | Corp Actions Notifications (Jax) | Corporate Action Department | 4804 Deer Lake Drive East | 4th Fl Bldg 3 | Jacksonville | FL | 32246 | USA |
| Merrill Lynch Pierce Fenner & Smith | Veronica ONeil | 101 Hudson St | 8th Fl | | Jersey City | NJ | 07302-0000 | USA |
| Merrill Lynch Professional Clearing | Romolo Catalano | 101 Hudson St | | | Jersey City | NJ | 07302-0000 | USA |
| Merrill Lynch, Pierce, Fenner & Smith | Corp Actions Notifications (Jax) | Corporate Action Department | 4804 Deer Lake Drive East | 4th Fl Bldg 3 | Jacksonville | FL | 32246 | USA |
| Merrimack Valley Investment Inc | Dan Sullivan | 109 Merrimuck St | | | Haverhill | MA | 01830-0000 | USA |
| Mesirow Financial Inc | Anna Solous | 353 N Clark St | 2nd Fl | | Chicago | IL | 60610 | USA |
| MF Global Inc  Fixed Income | Jim Arenella | 717 5th Ave | | | New York | NY | 10022 | USA |
| MF Global Inc / MFL | Jim Arenella | 717 5th Ave | | | New York | NY | 10022 | USA |
| Mitsubishi UFJ Trust & Banking Corp | Richard Wenshoski | 420 Fifth Ave | 6th Fl | | New York | NY | 10018 | USA |
| Mizuho Trust & Banking Co | Robert Kowalewski | 666 Fifth Ave | | | New York | NY | 10103 | USA |
| MLPF&S-MLIM Global Securities Fin | Ray Kartanowitz | 101 Hudson St | | | Jersey City | NJ | 07302-0000 | USA |
| Morgan Keegan & Co Inc | Carol Antley | 50 North Front St | | | Memphis | TN | 38103 | USA |
| Morgan Stanley & Co Inc | Michelle Ford | 1300 Thames Street | 7th Floor | | Baltimore | MD | 21231 | USA |
| Morgan Stanley International Ltd | Dan Spadaccini | 901 S Bond St | 6th Fl | | Baltimore | MD | 21231 | USA |
| Morgan Stanley Smith Barney | Suzanne Mundle | Harborside Financial Center | 230 Plaza Three 6th Fl | | Jersey City | NJ | 07311 | USA |
| Morgan Stanley Trust Natl Association | Jonathan Goldman | 919 N Market St | | | Wilmington | DE | 19801 | USA |
| Morgan Stanley-International Limited | Dan Spadaccini | 901 S Bond St | 6th Fl | | Baltimore | MD | 21231 | USA |
| MS Securities Services Inc | Michelle Ford | 1300 Thames Street | 7th Floor | | Baltimore | MD | 21231 | USA |
| Murphy & Durieu | Joe Riggio | 120 Broadway | 17th Fl | | New York | NY | 10271 | USA |
| National City Bank | Halle Staskey | 4100 West 150th St | | | Cleveland | OH | 44135 | USA |
| National Financial Services | Lou Trezza | 200 Liberty St | | | New York | NY | 10281 | USA |
| National Financial Services | Attn Reorg Manager | 100 Crosby Pkwy | Mailzone KC1MO | | Covington | KY | 41015 | USA |
| National Securities Clearing Corp | Kevin Brennar | 55 Water St | 22nd Fl | | New York | NY | 10041 | USA |
| National Securities Clearing Corp | Kevin Brennar | 55 Water St | 22nd Fl | | New York | NY | 10041 | USA |
| Natixis Bleichroeder Inc | Christopher Blume | 1345 Avenue of the Americas | | | New York | NY | 10105-4300 | USA |
| NBC Securities, Inc. | Jeannette Beasley | 1927 First Ave North | | | Birmingham | AL | 35203 | USA |

Residential Capital, LLC, et al.
Case No. 12-12020 (MG)

Page 5 of 9

| Name | NoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|------|-----------|----------|----------|----------|------|-------|-----|---------|
| NBCN Inc | Louise Normandin | 1010 de la Gauchetiere St West | Mezzanine 100 | | Montreal | QC | H3B 5J2 | CANADA |
| Neuberger Berman | Henry Rosenberg | 605 Third Ave | 21st Fl | | New York | NY | 10158 | USA |
| Newedge USA, LLC/Equity Clrg Div | Jay Spitzer | 630 Fifth Avenue | Ste 500 | | New York | NY | 10111 | USA |
| Nomura International Trust Co | Patricia Lynch | 2 World Financial Center | Building B 7th Fl | | New York | NY | 10281 | USA |
| Nomura Securities International | Daniel Lynch | 2 World Financial Center | 19th Floor Bldg B | | New York | NY | 10281 | USA |
| Nomura Securities International Inc | Daniel Lynch | 2 World Financial Center | 19th Floor Bldg B | | New York | NY | 10281 | USA |
| Nomura Securities International Inc/Affiliate PB | Michael Tharle | 2 World Financial Center | 6th Floor | Proxy Dept | New York | NY | 10281 | USA |
| North American Clearing, Inc. | Joe Luciano | 1060 Matland Center Commons | Ste 110 | | Matland | FL | 32751 | USA |
| Northern Trust Co | Stella Castaneda | 801 S Canal St | Attn  Capital Structures  C1N | | Chicago | IL | 60607 | USA |
| Northern Trust Co - Safekeeping | Sue Stimac | 50 S LaSalle St | Level A | | Chicago | IL | 60675 | USA |
| NTC/UNJSPF | Joe Swanson | 801 S Canal St | Attn  Capital Structures  C1N | | Chicago | IL | 60607 | USA |
| Octeg LLC | Robert Doebler | 141 W Jackson Blvd | | | Chicago | IL | 60604 | USA |
| Odlum Brown Ltd CDS | Ron Rak | 250 Howe St | Ste 1100 | | Vancouver | BC | V6C 3S9 | CANADA |
| Oppenheimer & Co Inc | Oscar Mazario | 125 Broad St | 15th Fl | | New York | NY | 10004 | USA |
| Optionsxpress Inc | Richard Trinh | 311 W Monroe St | Ste 1000 | | Chicago | IL | 60606 | USA |
| Pacific Capital Bank NA | Linda Warden | 1020 Anacap Street | | | Santa Barbara | CA | 93101 | USA |
| Penson Financial Services Can Inc | Monica Livingstone | 360 St Jacques West | 11th Fl | | Montreal | QC | H2Y 1P5 | CANADA |
| Penson Financial Services Inc | Robert McPhearson | 330 Bay St Ste 711 | | | Toronto | ON | M5H 2S8 | CANADA |
| Penson Financial Services Inc | Heather Beasley | 1700 Pacific Ave | Ste 1400 | | Dallas | TX | 75201 | USA |
| People Securities Inc | Ed Kruska | 850 Main St | 2nd Fl | | Bridgeport | CT | 06604 | USA |
| Perelman Carley & Associates Inc | Steve Perelman Prince | Twin Towers | 3000 Farnam St | | Omaha | NE | 68131 | USA |
| Pershing LLC Securities Corporation | Al Hernandez | 1 Pershing Plaza | | | Jersey City | NJ | 07399-0000 | USA |
| Pflueger & Baerwald Inc | Patricia M Neys | 220 Sansome St | Ste 700 | | San Francisco | CA | 94104 | USA |
| PI Financial Corp | Rob McNeil | 666 Burrard St | Ste 1900 | | Vancouver | BC | V6C 3N1 | CANADA |
| Piper Jaffray & Co | John Obrien | 800 Nicollet Mall | J2012087 Recon Ctl | | Minneapolis | MN | 55402 | USA |
| PNC Bank NA | Eileen Blake | 8800 Tinicum Blvd | MS F6 F266 02 2 | | Philadelphia | PA | 19153 | USA |
| Primevest Financial Services Inc | Angela Handeland | 400 1st St South | Ste 300 | | St Cloud | MN | 56301 | USA |
| PWMCO LLC | Ted Hans | 311 S Wacker Dr | Fl 60 | | Chicago | IL | 60606 | USA |
| Qtrade Securities Inc | Joseph Chau | Ste 1920 One Bentall Centre | 505 Burrard St | | Vancouver | BC | V7X 1M6 | CANADA |
| Raymond James & Associates Inc | Tracey Goodwin | 880 Carillion Pkwy | | | St Petersburg | FL | 33733 | USA |
| Raymond James & Associates Inc / Ray | Christine Pearson | PO Box 14407 | | | St Petersburg | FL | 33733 | USA |
| Raymond James Ltd/CDS | Aaron Steinberg | 333 Seymour St | Ste 800 | | Vancouver | BC | V6B 5A6 | CANADA |
| RBC Capital Markets Corp | Tara Olmanson | 510 Marquette Ave South | | | Minneapolis | MN | 55402 | USA |
| RBC Capital Markets Corporation | Tara Olmanson | 510 Marquette Ave South | | | Minneapolis | MN | 55402 | USA |
| RBC Dominion Securities Inc | Peter Drumm | 200 Bay St Royal Bk Plaza | North Tower 6th Fl | | Toronto | ON | M5J 2J5 | CANADA |
| RBC Dominion Securities Inc | Donald Garcia | 200 Bay St Royal Bk Plaza | North Tower 6th Fl | | Toronto | ON | M5J 2J5 | CANADA |
| RBS Securities | Jeff Black | 600 Washington Blvd | | | Stamford | CT | 06901 | USA |
| Regions Bank | Cecily Barnett | Trust Ops Reorg | 250 Riverchase Parkway East | | Birmingham | AL | 35244 | USA |
| Reliance Trust Co | Aaron Spivey | 3300 Northeast Expressway Bldg 1 | | | Atlanta | GA | 30341 | USA |
| Reliance Trust Company/SWMS1 | Ann Ecker | 7650 Magna Dr | | | Belleville | IL | 62223 | USA |
| Reliance Trust Co SWMS2 | Ann Ecker | 7650 Magna Dr | | | Belleville | IL | 62223 | USA |
| Research Capital Corporation | Tony Rodrigues | Ernst & Young Tower | Ste 1500 222 Bay St | | Toronto | ON | M5K 1J5 | CANADA |
| Richards Merrill & Peterson Inc | Thomas McDonald | 422 West Riverside Ave | | | Spokane | WA | 99201-0367 | USA |
| Ridge Clearing & Outsourcing Solutions | Matt Freifeld | 1981 Marcus Ave | Ste 100 | | Lake Success | NY | 11042 | USA |
| Ridge Clearing & Outsourcing Solutions | Paul Joseph | 2 Journal Square Plaza | 5th Fl | | Jersey City | NJ | 07306-0000 | USA |
| Robinson & Lukens Inc | Suzanne McQueeny | 1451 Dolly Madison Blvd | Ste 320 | | Mclean | VA | 22101 | USA |

Residential Capital, LLC, et al.
Case No. 12-12020 (MG)

Page 6 of 9

| Name | NoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Romano Brothers & Company | Mary Kalamatianos | One Rotary Center | Ste 1300 | | Evanston | IL | 60201 | USA |
| Royal Bank of Canada Royal Trust 1C | Arlene Agnew | 200 Bay St | | | Toronto | ON | M5J 2W7 | CANADA |
| Sanford C Bernstein & Co LLC | Tiffany Harris | One North Lexington Ave | | | White Plains | NY | 10601 | USA |
| Scotia Capital Inc | Normita Ramirez | 40 King St West | 23rd Fl | | Toronto | ON | M5H 1H1 | CANADA |
| Scotia Capital USA Inc | Joe Laporta | One Liberty Plaza | 24th Fl | | New York | NY | 10006 | USA |
| Scottrade Inc | Terri Losche | 12855 Flushing Meadows Dr | | | St Louis | MO | 63131 | USA |
| SEI Private Trust Co | Jeff Hess | One Freedom Valley Drive | | | Oaks | PA | 19456 | USA |
| SG AMERICA | Pete Scavone | 1221 Ave of the Americas | | | New York | NY | 10020 | USA |
| Smith Moore & Co | Barbara Kraft | 7777 Bonhomme St | Ste 2400 | | Clayton | MO | 63105 | USA |
| Southwest Securities Inc | Christina Finzen | 1201 Elm St | Ste 3700 | | Dallas | TX | 75270 | USA |
| Southwest Securities Inc | Phyllis Knowles | 1201 Elm St | Ste 3500 | | Dallas | TX | 75270 | USA |
| SSB IBT BGI | Trina Estremera | Corp Actions JAB5E | 1776 Heritage Dr | | North Quincy | MA | 02171-0000 | USA |
| SSB SPDRs | Joseph J Callahan | Global Corp Action Dept. JAB5W | PO Box 1631 | | Boston | MA | 02105-1631 | USA |
| SSB Trust Custody | Ed Chaney | 1200 Crown Colony Dr | | | Quincy | MA | 02169-0000 | USA |
| State Street Bank & Trust Co | Michael Kania | 525 William Penn Place | | | Pittsburgh | PA | 15259 | USA |
| State Street Bank & Trust Co IBT | Tom Broderick | Corp Actions JAB5E | 1776 Heritage Dr | | North Quincy | MA | 02171-0000 | USA |
| Stephens Inc | Linda Thompson | 111 Center St | 4th Fl | | Little Rock | AR | 72201 | USA |
| Sterne Agee & Leach Inc | Andrew Mears | Two Perimeter Park S | Ste 100W | | Birmingham | AL | 35243 | USA |
| Stifel Nicolaus & Co Inc | Chris Wiegand | 501 N Broadway | 7th Fl | | St. Louis | MO | 63102 | USA |
| Stockcross Financial Services, Inc | Eleanor Pimentel | 77 Summer St | 3rd Fl | | Boston | MA | 02210-0000 | USA |
| Stoever, Glass & Co. | Eva Hrastnig-Mieras | 30 Wall St | | | New York | NY | 10005 | USA |
| Sumitomo Trust & Banking Co USA | Beth Cummings | 527 Madison Ave | | | New York | NY | 10022 | USA |
| Suntrust Bank | Ophelia Harris | PO Box 105504 | Center 3141 | | Atlanta | GA | 30348-5504 | USA |
| SunTrust Robinson Humphrey Inc | Michael Kania | 525 William Penn Place | | | Pittsburgh | PA | 15259 | USA |
| Sweney Cartwright & Co | Laura Chapman | 17 S High St | Rm 300 | | Columbus | OH | 43215 | USA |
| TD Ameritrade Clearing Inc | Mandi Foster | 1005 Ameritrade Pl | | | Bellevue | NE | 68005 | USA |
| TD Ameritrade Clearing Inc | Mandi Foster | 1005 Ameritrade Pl | | | Bellevue | NE | 68005 | USA |
| TD Waterhouse Canada Inc | Beverly Adams | 60 North Windplace | | | Scarborough | ON | M1S 3A7 | CANADA |
| Terra Nova Financial LLC | Paul Wascher | 100 S Wacker Dr | Ste 1550 | | Chicago | IL | 60606 | USA |
| Texas Treasury Safekeeping Trust | Janie Dominguez | 208 E 10th St | Rm 410 | | Austin | TX | 78710 | USA |
| The Bank of New York Mellon | Sarah Hutchman | 525 William Penn Pl | Rm 300 | | Pittsburgh | PA | 15259 | USA |
| The Bank of New York Mellon / TD Bank | Mike Scarry | One Wall St | | | New York | NY | 10286 | USA |
| The Bank of New York Mellon ING Bank | Michael Kania | 525 William Penn Pl | Rm 300 | | Pittsburgh | PA | 15259 | USA |
| The Bank of New York Mellon ITC Deal | Jennifer Cannon | One Wall St | 4th Fl | | New York | NY | 10015 | USA |
| The Bank of New York Mellon Regions | Mike Scarry | One Wall St | | | New York | NY | 10286 | USA |
| The Bank of New York Mellon SunTrust | Michael Kania | 525 William Penn Pl | Rm 300 | | Pittsburgh | PA | 15259 | USA |
| The Bank of New York Mellon/Barclay | Michael Kania | 525 William Penn Pl | Rm 300 | | Pittsburgh | PA | 15259 | USA |
| The Bank of New York Mellon/Barclays | Mike Scarry | One Wall St | | | New York | NY | 10286 | USA |
| The Bank of New York Mellon/Barclays Bank PLC | Maria Sasinoski | 525 William Penn Pl | Rm 300 | | Pittsburgh | PA | 15259 | USA |
| The Bank of New York Mellon/BOA SECU | Michael Kania | 525 William Penn Pl | Rm 300 | | Pittsburgh | PA | 15259 | USA |
| The Bank of New York Mellon/Commerzb | Michael Kania | 525 William Penn Pl | Rm 300 | | Pittsburgh | PA | 15259 | USA |

Exhibit C

| Name | NoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| The Bank of New York Mellon/Dbag Lon | Donna Steinman | One Wall St | | | New York | NY | 10286 | USA |
| The Bank of New York Mellon/DBTC Ame | Michael Kania | 525 William Penn Pl | Rm 300 | | Pittsburgh | PA | 15259 | USA |
| The Bank of New York Mellon/First Tr | Michael Kania | 525 William Penn Pl | Rm 300 | | Pittsburgh | PA | 15259 | USA |
| The Bank of New York Mellon/FMSBONDS | Richard Mitterando | 16 Wall Street | 5th Floor | | New York | NY | 10005 | USA |
| The Bank of New York Mellon/HIBSB | Michael Kania | 525 William Penn Pl | Rm 300 | | Pittsburgh | PA | 15259 | USA |
| The Bank of New York Mellon/HVB Clea | Michael Kania | 525 William Penn Pl | Rm 300 | | Pittsburgh | PA | 15259 | USA |
| The Bank of New York Mellon/SPDR | Michael Kania | 525 William Penn Pl | Rm 300 | | Pittsburgh | PA | 15259 | USA |
| The Bank of New York Mellon/Vinning | Mary Harp | 6077 Primacy Pkwy | | | Memphis | TN | 38119 | USA |
| The Bank of New York Mellon/WINTERFL | Michael Kania | 525 William Penn Pl | Rm 300 | | Pittsburgh | PA | 15259 | USA |
| The Bank of New York/Charles | Michael Kania | 525 William Penn Pl | Rm 300 | | Pittsburgh | PA | 15259 | USA |
| The Bank of Nova Scotia WMF | Arlene Agnew | 44 King St West | Scotia Plaza | | Toronto | ON | M5H 1H1 | CANADA |
| The Bank of Nova Scotia-Taxable Acct | Letty Echevarria | 23rd Fl 40 King St West | Scotia Plaza | | Toronto | ON | M5H 1H1 | CANADA |
| The Bank of NY Mellon OZ Maste | Michael Kania | 525 William Penn Pl | | | Pittsburgh | PA | 15259 | USA |
| Timber Hill LLC | Maria Tardio | 1 Pickwick Plaza | | | Greenwich | CT | 06830-0000 | USA |
| TradeStation Group Inc | Herbert Walton | 8050 SW 10th St | Ste 4000 | | Plantation | FL | 33324 | USA |
| Tradition Asiel Securities Inc | Emil Soldati | 75 Park Place | 4th Fl | | New York | NY | 10007 | USA |
| Trust Industrial Bank | Brett Davis | 717 17th St | Ste 21 | | Denver | CO | 80202 | USA |
| Trustmark National Bank | Ralph Clark | 248 East Capital St | Ste 580 | | Jackson | MS | 39201 | USA |
| UBS AG Stamford Branch | Carlos Lede | 677 Washington Blvd | | | Stamford | CT | 06902-0000 | USA |
| UBS AG Stamford Branch/as Custodian | Michael Marciano | 480 Washington Blvd | | | Jersey City | NJ | 07310-0000 | USA |
| UBS Financial Services LLC | Jane Flood | 1200 Harbor Blvd | | | Weehawken | NJ | 07086-0000 | USA |
| UBS Securities LLC | John Malloy | 480 Washington Blvd | | | Jersey City | NJ | 07310-0000 | USA |
| UBS Securities LLC/Securities Lending | Joseph Somma | 677 Washington Blvd | | | Stamford | CT | 06902-0000 | USA |
| UMB Bank Investment Division | Nikki Gatewood | PO Box 419226 | | | Kansas City | MO | 64141-6226 | USA |
| UMB Bank National Association | Corporate Actions | 928 Grand Blvd | | | Kansas City | MO | 64106 | USA |
| Union Bank & Trust Co | Tammy Engle | c o Proxytrust | PO Box 11126 | | Hauppauge | NY | 11788-0934 | USA |
| Union Bank of California Global Cust | Alan Hicklin | 475 Samsome St | 11th Fl | | San Francisco | CA | 94111 | USA |
| Union Bank of California NA | Maria Bragge | 350 California St | 8th Fl | | San Francisco | CA | 94104 | USA |
| Union Securities Ltd / CDS | Martin Lang | 700 W Georgia St Ste 900 | PO Box 10341 Pacific Centre | | Vancouver | BC | V7Y 1K8 | CANADA |
| US Bancorp Investments Inc | Christine Gregorich | 60 Livingston Ave | EP MN WN2H | | St Paul | MN | 55107-1419 | USA |
| US Bank NA | Tim Randall | MK WI S302 | 1555 N Rivercenter Dr | | Milwaukee | WI | 53212 | USA |
| US Bank NA Safekeeping West | Chad Ohmann | 800 Nicollet Mall | BC MN H18R | | Minneapolis | MN | 55402 | USA |
| USAA Investment Management Co | Joyce Wilson | 9800 Fredericksburg Rd | | | San Antonio | TX | 78288 | USA |
| Vanguard Marketing Corporation | Kevin Scully | 100 Vanguard Blvd | | | Malvern | PA | 19355 | USA |
| Vision Financial Markets LLC | Anna Martinez | 4 High Ridge Park | Ste 100 | | Stamford | CT | 06905-1325 | USA |
| W.H. Reaves & Co, Inc | Sheryl Woods | 10 Exchange Place | | | Jersey City | NJ | 7302 | USA |
| Wachovia Bank NA | Victoria Stewart | 1525 W WT Harris Blvd 3C3 | NC1153 | | Charlotte | NC | 28262-8522 | USA |
| Wachovia Bank NA | Tim Randall | Attn Securities Control | 1555 N Rivercenter Dr Ste 302 | | Milwaukee | WI | 53212 | USA |
| Wachtel & Co Inc | Charles Zier | 1101 14th St NW #800 | | | Washington | DC | 20005 | USA |
| Wedbush Morgan Securities Inc | Hermon Alem | 1000 Wilshire Blvd | | | Los Angeles | CA | 90017 | USA |
| Wells Fargo | Kristie Daniel | One North Jefferson St | | | St Louis | MO | 63103 | USA |
| Wells Fargo | Kristie Daniel | One North Jefferson St | | | St Louis | MO | 63103 | USA |

Residential Capital, LLC, et al.
Case No. 12-12020 (MG)

Page 8 of 9

Exhibit C

| Name | NoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|------|-----------|----------|----------|----------|------|-------|-----|---------|
| Wells Fargo Bank, National Association | Kevin St. Louis | 733 Marquette Ave | MAC N9306 057 5th Fl | | Minneapolis | MN | 55402 | USA |
| Wells Fargo Bank/Safekeeping Service | Robian Lemmons | 608 Second Ave South | 5th Fl | | Minneapolis | MN | 55479 | USA |
| Wells Fargo Brokerage Services LLC | Robian Lemmons | 608 Second Ave South | 5th Fl | | Minneapolis | MN | 55479 | USA |
| Wells Fargo Investments, LLC | Chris Thompson | 625 Marquette Ave | 13th Fl | | Minneapolis | MN | 55402-2308 | USA |
| Wells Fargo Securities, LLC | Steve Turner | 1525 W WT Harris Blvd | Corp Actions NC0675 | | Charlotte | NC | 28262 | USA |
| Wesbanco Bank Inc | Cindy Bowman | c/o Trust Operations | One Bank Plaza | | Wheeling | WV | 26003 | USA |
| William Blair & Co LLC | Mariusz Niedbalec | 222 West Adams St | | | Chicago | IL | 60606 | USA |
| Wilmington TrustCo | Carolyn Nelson | Rodney Square N | 1199 N Market St | | Wilmington | DE | 19801 | USA |
| Wilson-Davis & Co, Inc | Bill Walker | 236 South Main St | | | Salt Lake City | UT | 84101 | USA |
| Wolfe & Hurst Bond Brokers Inc | Vincenta Wolfe | 30 Montgomery St | | | Jersey City | NJ | 07302 | USA |
| Wolverton Securities Ltd | Irene Dunn | 777 Dunsmuir St | 17th Fl | | Vancouver | BC | V7Y 1J5 | CANADA |
| Wulff Hansen & Co | Frank L Villegas | 201 Sansome Street | | | San Francisco | CA | 94014 | USA |
| Zions Direct Inc | Aaron Lindhardt | 1 South Main St | Ste 1340 | | Salt Lake City | UT | 84111 | USA |
| Ziv Investment Co. | James Griegel | 141 W Jackson Blvd | | | Chicago | IL | 60604 | USA |

# Exhibit D

Exhibit D

| Company | Email |
|---|---|
| Bank of America DTC #2251 | tss.corporate.actions@bankofamerica.com |
| Bank of America DTC #2252 | nyvoluntary@barclays.com |
| Bloomberg | release@bloomberg.net |
| BNY Mellon #954 | Beth.Stiffler@bnymellon.com |
| Clearstream International SA | CA_BOND@clearstream.com |
| Clearstream International SA | Carolyn.trebus@citi.com |
| Credit Suisse Securities (USA) LLC | list.amnycactionfixed@credit-suisse.com |
| Credit Suisse Securities (USA) LLC | raequel.packenham@credit-suisse.com |
| Credit Suisse Securities (USA) LLC | emily.connors@credit-suisse.com |
| Credit Suisse Securities (USA) LLC | elliott.peck@credit-suisse.com |
| Deutsche Bank Securities Inc | jaxca.notifications@db.com |
| Euroclear Bank S.A./N.V. | drit@euroclear.com |
| Foliofn Investments | proxyservices@folioinvesting.com |
| Goldman Sachs & Co | GS-as-ny-proxy@ny.email.gs.com |
| JPMorgan Chase Bank | JPMorganInformation.Services@JPMChase.com |
| Mediant Communications | documents@mediantonline.com |
| Morgan Stanley | usproxies@morganstanley.com |
| Morgan Stanley | proxy.balt@morganstanley.com |
| Morgan Stanley | cavsdom@morganstanley.com |
| Morgan Stanley | Raquel.Del.Monte@morganstanley.com |
| Northern Trust Company | cs_notifications@ntrs.com |
| Royal Bank of Canada | donald.garcia@rbc.com |
| SIS SegaInterSettle AG | corpactionsoverseas.group@sisclear.com |
| SIS SegaInterSettle AG | CABO.group@sisclear.com |
| Southwest Securities | aclark@swst.com |
| Southwest Securities | proxy@swst.com |
| State Street Bank and Trust Company | rjray@statestreet.com |
| State Street Bank and Trust Company | scpolizio@statestreet.com |
| State Street Bank and Trust Company | jkkyan@statestreet.com |
| State Street Bank and Trust Company | USCAResearch@statestreet.com |
| The Bank of New York Mellon | pgheventcreation@bnymellon.com |
| The Bank of New York Mellon | justin.whitehouse@bnymellon.com |
| The Bank of New York Mellon | brian.marnell@bnymellon.com |
| The Depository Trust Co | gcabusiness.support@dtcc.com |
| The Depository Trust Co | cscotto@dtcc.com |
| The Depository Trust Co | lensnotices@dtcc.com |
| The Depository Trust Co | mandatoryreorgannouncements@dtcc.com |
| UBS Securities LLC | OL-EVENTMANAGEMENT@ubs.com |
| UBS Securities LLC | thomas.torrillo@ubs.com |

# Exhibit E

| UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF NEW YORK | |
|---|---|
| In re Residential Capital, LLC, et al., Debtors. | Chapter 11 Case No: 12-12020 (MG) (Jointly Administered) |

**NOTICE OF CHAPTER 11 BANKRUPTCY CASES, MEETING OF CREDITORS, AND DEADLINES**

Chapter 11 bankruptcy cases concerning the Debtors listed below were filed on May 14, 2012. You may be a creditor of one of the Debtors. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed with the Bankruptcy Court, including lists of the Debtors' properties and debts, are available for inspection at the office of the Clerk of the Bankruptcy Court and the Bankruptcy Court's website, www.nysb.uscourts.gov or by accessing the website maintained by the Debtors' claims and noticing agent, www.kccllc.net/rescap. Note that a PACER password is needed to access documents on the Bankruptcy Court's website (a PACER password may be obtained by accessing the PACER website, http://pacer.psc.uscourts.gov). NOTE: The staff members of the office of the Clerk of the Bankruptcy Court and the Office of the United States Trustee cannot give legal advice.

**If you have any questions regarding this notice, please call the ResCap Restructuring Hotline at (888) 251-2914. You may also submit an inquiry online at www.kccllc.net/rescap.**

| Name of Debtor | Case Number | Tax Identification Number |
|---|---|---|
| Residential Funding Company, LLC | 12-12019 (MG) | 93-0891336 |
| Residential Capital, LLC | 12-12020 (MG) | 20-1770738 |
| ditech, LLC | 12-12021 (MG) | 23-2887228 |
| DOA Holding Properties, LLC | 12-12022 (MG) | 26-1424257 |
| DOA Properties IX (Lots-Other), LLC | 12-12023 (MG) | 26-2783274 |
| EPRE LLC | 12-12024 (MG) | 26-2747974 |
| Equity Investment I, LLC | 12-12025 (MG) | 02-0632797 |
| ETS of Virginia, Inc. | 12-12026 (MG) | 26-4051445 |
| ETS of Washington, Inc. | 12-12027 (MG) | 45-2910665 |
| Executive Trustee Services, LLC | 12-12028 (MG) | 23-2778943 |
| GMAC-RFC Holding Company, LLC | 12-12029 (MG) | 23-2593763 |
| GMAC Model Home Finance I, LLC | 12-12030 (MG) | 26-2748469 |
| GMAC Mortgage USA Corporation | 12-12031 (MG) | 20-4796930 |
| GMAC Mortgage, LLC | 12-12032 (MG) | 23-1694840 |
| GMAC Residential Holding Company, LLC | 12-12033 (MG) | 91-1902190 |
| GMACRH Settlement Services, LLC | 12-12034 (MG) | 23-3036156 |
| GMACM Borrower LLC | 12-12035 (MG) | 45-5064887 |
| GMACM REO LLC | 12-12036 (MG) | 45-5222043 |
| GMACR Mortgage Products, LLC | 12-12037 (MG) | 03-0536369 |
| HFN REO Sub II, LLC | 12-12038 (MG) | None |
| Home Connects Lending Services, LLC | 12-12039 (MG) | 25-1849412 |
| Homecomings Financial Real Estate Holdings, LLC | 12-12040 (MG) | 26-2736869 |
| Homecomings Financial, LLC | 12-12042 (MG) | 51-0369458 |
| Ladue Associates, Inc. | 12-12043 (MG) | 23-1893048 |
| Passive Asset Transaction, LLC | 12-12044 (MG) | 51-0404130 |
| PATI A, LLC | 12-12045 (MG) | 26-3722729 |
| PATI B, LLC | 12-12046 (MG) | 26-3722937 |
| PATI Real Estate Holdings, LLC | 12-12047 (MG) | 27-0515201 |
| RAHI A, LLC | 12-12048 (MG) | 26-3723321 |
| RAHI B, LLC | 12-12049 (MG) | 26-3723553 |
| RAHI Real Estate Holdings, LLC | 12-12050 (MG) | 27-0515287 |
| RCSFJV2004, LLC | 12-12051 (MG) | 20-3802722 |
| Residential Accredit Loans, Inc. | 12-12052 (MG) | 51-0368240 |
| Residential Asset Mortgage Products, Inc. | 12-12053 (MG) | 41-1955181 |
| Residential Asset Securities Corporation | 12-12054 (MG) | 51-0362653 |
| Residential Consumer Services of Alabama, LLC | 12-12055 (MG) | 63-1105449 |
| Residential Consumer Services of Ohio, LLC | 12-12056 (MG) | 34-1754796 |
| Residential Consumer Services of Texas, LLC | 12-12057 (MG) | 75-25010515 |
| Residential Consumer Services, LLC | 12-12058 (MG) | 20-4812167 |

| Residential Funding Mortgage Exchange, LLC | 12-12059 (MG) | 41-1674247 |
|---|---|---|
| Residential Funding Mortgage Securities I, Inc. | 12-12060 (MG) | 75-2006294 |
| Residential Funding Mortgage Securities II, Inc. | 12-12061 (MG) | 41-1808858 |
| Residential Funding Real Estate Holdings, LLC | 12-12062 (MG) | 26-2736505 |
| Residential Mortgage Real Estate Holdings, LLC | 12-12063 (MG) | 26-2737180 |
| RFC-GSAP Servicer Advance, LLC | 12-12064 (MG) | 26-1960289 |
| RFC Asset Holdings II, LLC | 12-12065 (MG) | 41-1984034 |
| RFC Asset Management, LLC | 12-12066 (MG) | 06-1664678 |
| RFC Borrower LLC | 12-12068 (MG) | 45-5065558 |
| RFC Construction Funding, LLC | 12-12069 (MG) | 41-1925730 |
| RFC REO LLC | 12-12070 (MG) | 45-5222407 |
| RFC SFJV-2002, LLC | 12-12071 (MG) | 06-1664670 |

| **Proposed Attorneys for Debtors** | **DATE, TIME, AND LOCATION OF MEETING OF CREDITORS PURSUANT TO BANKRUPTCY CODE SECTION 341(a)** |
|---|---|
| Larren M. Nashelsky<br>Gary S. Lee<br>Lorenzo Marinuzzi<br>MORRISON & FOERSTER LLP<br>1290 Avenue of the Americas<br>New York, New York 10104<br>Telephone: (212) 468-8000<br>Facsimile: (212) 468-7900 | **June 25, 2012 at 1:00 p.m. (ET)**<br>80 Broad Street, Fourth Floor<br>New York, New York 10004 |

**DEADLINE TO FILE A PROOF OF CLAIM** None at this time. When the Bankruptcy Court sets a claims deadline, you will be notified and provided a proof of claim form by mail.

**DEADLINE TO FILE A COMPLAINT TO DETERMINE DISCHARGEABILITY OF CERTAIN DEBTS**
None at this time.

**CREDITORS MAY NOT TAKE CERTAIN ACTIONS AGAINST THE DEBTORS IN MOST INSTANCES, BECAUSE THE FILING OF THE BANKRUPTCY CASE AUTOMATICALLY STAYS CERTAIN COLLECTION AND OTHER ACTIONS AGAINST THE DEBTORS AND THE DEBTORS' PROPERTY. UNDER CERTAIN CIRCUMSTANCES, THE STAY MAY BE LIMITED TO 30 DAYS OR NOT EXIST AT ALL, ALTHOUGH THE DEBTORS CAN REQUEST THE BANKRUPTCY COURT TO EXTEND OR IMPOSE A STAY. IF YOU ATTEMPT TO COLLECT A DEBT OR TAKE OTHER ACTION IN VIOLATION OF THE BANKRUPTCY CODE, YOU MAY BE PENALIZED. COMMON EXAMPLES OF PROHIBITED ACTIONS BY CREDITORS ARE CONTACTING THE DEBTORS TO DEMAND REPAYMENT, TAKING ACTION AGAINST THE DEBTORS TO COLLECT MONEY OWED TO CREDITORS OR TO TAKE PROPERTY OF THE DEBTORS, AND STARTING OR CONTINUING COLLECTION ACTIONS, FORECLOSURE ACTIONS, OR REPOSSESSIONS. CONSULT A LAWYER TO DETERMINE YOUR RIGHTS IN THIS CASE.**

| Address of the Clerk of the Bankruptcy Court<br>Clerk of the United States Bankruptcy Court, One Bowling Green, New York, New York 10004 | For the Bankruptcy Court: Vito Genna Clerk of the Court, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004. |
|---|---|
| Hours Open: 8:30 a.m. – 5:00 p.m. | Date: May 24, 2012 |
| Filing of Chapter 11 Bankruptcy Case | A bankruptcy case under chapter 11 of the Bankruptcy Code (title 11, United States Code) has been filed in this Bankruptcy Court by each of the Debtors named above, and an order for relief has been entered. Chapter 11 allows a debtor to reorganize or liquidate pursuant to a plan. A plan is not effective unless confirmed by the Bankruptcy Court. You may be sent a copy of the plan and disclosure statement telling you about the plan, and you might have an opportunity to vote on the plan. You will be sent a notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the Debtors will remain in possession of the Debtors' property and may continue to operate their business. |
| Legal Advice | Staff of the office of the Clerk of the Bankruptcy Court cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not | Prohibited collection actions are listed in Bankruptcy Code § 362. Common examples of prohibited actions include contacting the Debtors by telephone, mail, or otherwise to demand |

ny-1041611

| Take Certain Actions | repayment; taking actions to collect money or obtain property from the Debtors; repossessing the Debtors' property; and starting or continuing lawsuits or foreclosures. |
|---|---|
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time, and location listed above. *The Debtors' representative must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Notice | You will not receive notice of all documents filed in these chapter 11 cases. On May 23, 2012, the Bankruptcy Court entered its Order Under bankruptcy Code Sections (102)(1), 105(a) and 105(d), Bankruptcy Rules 1015(c), 2002(m) and 9007 and Local Bankruptcy Rule 2002-2 Establishing Certain Notice, Case Management and Administrative Procedures (the "Notice Procedures Order"). The Notice Procedures Order describes the notice procedures that apply in these chapter 11 cases. All parties who desire to participate in these chapter 11 cases must follow the procedures set forth in the Notice Procedures Order. Parties can obtain a copy of the Notice Procedures Order and all other documents filed electronically with the Bankruptcy Court in these cases, including lists of the Debtors' property and debts, by: (i) contacting the office of the Clerk of the Bankruptcy Court at One Bowling Green, New York, New York 10004-1408, (ii) accessing the Bankruptcy Court's website at www.nysb.uscourts.gov. Note that a PACER (http://www.pacer.psc.uscourts.gov) password and login are needed to access documents on the Court's website; (iii) accessing the website maintained by the Debtors' claims and noticing agent at www.kccllc.net/rescap; or (iv) contacting the Debtors' counsel at: Morrison & Foerster LLP, 1290 Avenue of the Americas, New York, New York 10104 (Attn: Larren M. Nashelsky, Esq., Gary S. Lee, Esq. and Lorenzo Marinuzzi, Esq.). |
| Claims | Schedules of liabilities will be filed pursuant to Bankruptcy Rule 1007. Any creditor holding a scheduled claim which is not identified as disputed, contingent, or unliquidated as to amount may, but is not required to, file a proof of claim in these cases. Creditors whose claims are not scheduled or whose claims are scheduled as disputed, contingent, or unliquidated as to amount and who desire to participate in these cases or share in any distribution must file a proof of claim. A creditor who relies on the schedule of liabilities has the responsibility for determining that the claim is listed accurately. A form of proof of claim and notice of the deadline for filing such proof of claim will be sent to you later. A deadline for the last day for filing proofs of claim has not yet been established. |
| Discharge of Debts | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. *See* Bankruptcy Code § 1141(d). A discharge means that you may never try to collect the debt from the Debtors, except as provided in the plan. If you believe that a debt owed to you is not dischargeable under Bankruptcy Code § 1141(d)(6)(A), you must start a lawsuit by filing a complaint in the office of the Clerk of the Bankruptcy Court by the deadline established by the Bankruptcy Court. |
| Barclays DIP Order | The Bankruptcy Court is considering the entry of several "final orders," including the final order (the "Barclays DIP Order") to grant the Debtors' Motion For Interim And Final Orders Pursuant To 11 U.S.C. §§ 105, 362, 363(b)(1), 363(f), 363(m), 364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1) And 364(e) And Bankruptcy Rules 4001 And 6004 (I) Authorizing The Debtors To (A) Enter Into And Perform Under Receivables Purchase Agreements And Mortgage Loan Purchase And Contribution Agreements Relating To Initial Receivables And Mortgage Loans And Receivables Pooling Agreements Relating To Additional Receivables, And (B) Obtaining Postpetition Financing On A Secured, Superpriority Basis, (II) Scheduling A Final Hearing Pursuant To Bankruptcy Rules 4001(b) and 4001(c), And (III) Granting Related Relief. <br><br> The Debtors are seeking to have the Barclays DIP Order provide, among other things, that the transfers of mortgage loans and servicing advance receivables from Debtors GMAC Mortgage LLC and Residential Funding Company LLC to Debtors GMACM Borrower LLC to RFC Borrower LLC were or are, as applicable, free and clear of all liens, claims and encumbrances pursuant to Section 363(f) of the Bankruptcy Code. |
| Office of the Clerk of the Bankruptcy Court | Any paper that you file in these bankruptcy cases should be filed at the office of the Clerk of the Bankruptcy Court at the address listed in this notice. You may inspect all papers filed, including the list of the Debtors' property and debts and the list of property claimed as exempt, at the office of the Clerk of the Bankruptcy Court. |
| Foreign Creditors | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

3