UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
[11 U.S.C.A. § 362(a), (h); Fed. R. Bankr. P. 9020]

| | |
|---|---|
| In Re: Residential Capital, LLC, et al., (RESCAP) &)<br>GMAC Mortgage Company LLC (12-12032)       )<br>                                                                    )<br>                                                                    )<br>Debtor                                                         )<br>                                                                    )<br>                                                                    ) | Case No. 12-12020.<br>(Ch.11 )<br>JUDGE: MARTIN GLENN<br><br>18 USC §1962 (2:96-cv-494, USDC, SD, OH.),<br>(Related Case No. 05-bk-75111, SD.,Ohio) |

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO;
EASTERN DIVISION

| | |
|---|---|
| In Re: SIDNEY T. LEWIS, pro se,              )<br>                                                             )<br>Debtor                                                  )<br>                                                             )<br>Social Security No.: xxx-xx-5959          ) | Case No. 07-bk-57237<br>(Ch.7 )<br>(Related Bankr Case No. 05-bk-75111)<br><br>JUDGE: HOFFMAN, JOHN, Jr. |
| In Re: Yvonne D. Lewis,                         )<br>                                                             )<br>Debtor                                                  )<br>                                                             )<br>Social Security No.: xxx-xx-2390          ) | Case No. 05-bk-75111<br>(Ch.7 )<br>(Related Case No. 07-bk-57237)<br><br>JUDGE: HOFFMAN, JOHN, Jr. |

IN THE UNITED STATES DISTRICT COURT, S. D. OF OHIO
EASTERN DIVISION (at Columbus)

UNITED STATES of America, Ex Rel.,

| | |
|---|---|
| Sidney T. Lewis, et al.,<br>        Plaintiffs,<br>Vs.<br><br>Larry McClatchey, et al.,<br>Emens, Hurd, Kegler & Ritter nka<br>Emens, Kegler, Brown, Hill & Ritter, LPC.<br>        Defendants. | )    Action No. 2:08-cv-1042<br>     (Related Dist. Ct. Cases 2:08-cv-16; 2:96-cv-494;<br>)    2:09-cv-179);<br>     JUDGE: HOLSCHUH<br>)    Magistrate Judge: KING<br><br>) |

**PRAECIPE**



JUN 1 5 2012

U.S. BANKRUPTCY COURT
SO DIST...

TO: Clerk of Bankruptcy Court, S.D., N.Y.

Please find enclosed:

1. Judicial Notice - RICO;
2. Motion for Leave / Notice;
3. Emergency Notice of Appeal with Emergency Motion for Leave;
4. Docketing Statement;
5. Statement of Facts and Law under ASNA; And
6. Civil Docket - 2: 96-CV-00494 at Columbus, Ohio; And,
7. Notice of Charge of Civil Contempt against GMAC Mortgage, LLC; And,
8. Motion for Leave To File Notice... and, Motion for Civil Contempt.

To be filed, forthwith, in your court.

Dated: June 13, 2012  /s/ Sidney T. Lewis
Sidney T. Lewis, pro se
1875 Alvason Avenue
Columbus, Ohio 43219
(614) 940-3306

Dated: June 13, 2012  /s/ Yvonne D. Lewis
Yvonne D. Lewis, pro se
1875 Alvason Avenue
Columbus, Ohio 43219
(614) 940-3306