## IN THE COURT OF APPEALS, FRANKLIN COUNTY; OHIO
## TENTH DISTRICT COURT OF APPEALS

UNITED STATES OF AMERICA, EX REL.
GMAC, Mortgage Co., et al.,                   :      APPELLATE NO. _____
    Plaintiffs/Creditor                                  (related Case Nos. 02-MS-20; 05-JG-6455;
Vs.                                                         :      05-CV-7346 (03-CV-7478); 03-CV-10836;
                                                             05-CV-4555; 03-CV-6954)(11-AP-875)

Yvonne D. Lewis, et al.,                          :      JUDGE:
    Defendants/Discharged Debtors                **MOTION FOR LEAVE/NOTICE**

**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF NEW YORK;**

In Re: Residential Capital, LLC., et al.      )    Case No. 12-12020 (MG)
                                                                )           (Ch.11 )
    Debtor                                                    ) (Related BR Case No.07-bk-57237, S.D., OHIO)
                                                                ) (Related BR Case No. 12-bk-12032, S.D., N.Y.)
                                                                )      JUDGE: GLENN, MARTIN

### UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF OHIO;
(at Columbus)

In Re: SIDNEY T. LEWIS, pro se,            )    Case No. 2:07-bk-57237
                                                                )           (Ch.7 )
    Debtor                                                    )    (Related Bankr Case No. 2:05-bk-75111)
                                                                )
Social Security No.: xxx-xx-5959            )    JUDGE: HOFFMAN, JOHN, Jr.

In Re: Yvonne D. Lewis,                          )    Case No. 2:05-bk-75111
                                                                )           (Ch.7 )
Debtor                                                    )    (Related Case No. 2:07-bk-57237)
                                                                )
Social Security No.: xxx-xx-2390            )    JUDGE: HOFFMAN, JOHN, Jr.

### IN THE UNITED STATES DISTRICT COURT, S. D. OF OHIO
EASTERN DIVISION (at Columbus)

UNITED STATES of America, Ex Rel.,
Sidney T. Lewis, et al.,                            )    Action No. 2:08-cv-1042
    Plaintiffs                                               (Related Dist. Ct. Cases 2:08-cv-16; 2:96-cv-494;
Vs.                                                         )      2:09-cv-179);
                                                                     JUDGE: HOLSCHUH
Larry McClatchey, et al.,                        )    Magistrate Judge: KING
    Defendants

I.    **EMERGENCY LEAVE TO PROCEED UNDER R.C. §2323.52(D)(3); R.C. § 2323.52(F)(2).**

**12APE   06   0506**

1 of 3 pages

<u>UNDER AUTHORITY IN RICKELS V. GOYINGS, 2008 Ohio 2119, p15, HN4, and P8;</u>
AND,
II. <u>JUDICIAL NOTICE OF 11 USC § 362 STAY ORDER FOR 1875 ALVASON AVE. PROPERTY BY THE U.S. BR. CT., CASE NO, 12-bk-12020 ON MAY 14, 2012</u>

Now comes Petitioners, Sidney T. Lewis (creditor) and Yvonne D. Lewis (creditor) pursuant to Ohio Evidence Rule 201(D); <u>11 U.S.C. § 362</u>; and Sections 242, 245(b)(2)(B) and 666, of the United States Code, Title 18, (See: 18 U.S.C. §§ 242, 245(b)(2)(B) and 666); with **LEAVE** Previously **GRANTED** for the "at issue" real property matters in case no. 11-AP-875 under RC 2323.52[1] pursuant to authority in RICKELS V. GOYINGS, 2008 Ohio 2119, p15, (COA10th Dist., Franklin County, Ohio, 2008), as incorporated herein by reference; and Petitioners, Sidney T. Lewis (creditor) and Yvonne D. Lewis (creditor) respectfully request the 10th Dist. Appeals Court to take **JUDICIAL NOTICE** of an adjudicative fact, namely that as an undisputed fact, a 11 U.S.C. § 362 Bankruptcy Stay Order was issued for 1875 ALVASON AVE PROPERTY from the U.S. Bankruptcy Court, S.D., New York in In Re: GMAC Mortgage LLC, case no, 12-bk-12032 jointly administered under In Re: RESCAP LLC, case no, 12-bk-12020 issued on May 14, 2012 to expire at the date of the Creditors Meeting scheduled for June 25, 2012.

In support of this request and to enable the court to take judicial notice of this matter, petitioners are submitting the following documents:

1. **EXHIBIT A**, attached copy of **Stay Order** in time-stamped face-page Voluntary Petition for BR case no. 12-bk-12020 filed May 14, 2012; 11 USC § 362; 28 USC § 157.

(See: Exhibit A, **Stay Order** in case no. 12-bk-12020 entered on May 14, 2012)

2. **EXHIBIT B**, attached copy of **Notice of Meeting of Creditors** of BR case no. 12-bk-12020 filed May 23, 2012; 11 USC § 362; 28 USC § 157.

(See: Exhibit B, Notice of Meeting of Creditors case no. 12-bk-12020 entered on May 23, 2012)

Respectfully Submitted,
                    June 14,                                    June 14,
Dated: May 14, 2012. _____  Dated: May 14, 2012. _____
                Sidney T. Lewis, pro se                    Yvonne D. Lewis, pro se

---

[1] "Romane filed a request for leave to appeal with this court, which we subsequently granted. (Application for leave to appeal, 9/6/07; JE, 9/27/07); *R.C. 2323.52(D)(3); R.C. 2323.52(F)(2).* Consequently, we will not summarily dismiss Romane's appeal, but rather, address the assignments of error on the merits." (See: Rickels v. Goyings, 2008 Ohio 2119, p15, HN4, and P8)

    1875 Alvason Avenue                  1875 Alvason Avenue
    Columbus, Ohio 43219               Columbus, Ohio 43219
    (614) 940-3306                       (614) 940-3306

## CERTIFICATE OF SERVICE

I, Sidney T. Lewis, certify that on ~~May 14,~~ JUNE 14, 2012 the JUDICIAL NOTICE OF <u>11 U.S.C. § 362 STAY FOR 1875 ALVASON AVE. PROPERTY</u> was served on the United States Attorney and parties, by personal delivery or ordinary U.S. Mail.

Dated: ~~May 14,~~ JUNE 14, 2012. /s/ Sidney T. Lewis     Dated: ~~May 14,~~ JUNE 14, 2012. /s/ Yvonne D. Lewis
                 Sidney T. Lewis, pro se                 Yvonne D. Lewis, pro se
                 1875 Alvason Avenue                  1875 Alvason Avenue
                 Columbus, Ohio 43219               Columbus, Ohio 43219
                 (614) 940-3306                      (614) 940-3306

B 1 (Official Form 1)(4/10)    12-12032  Doc 1  Filed 05/14/12  Entered 05/14/12 08:10:48  Main Document  Pg 1 of 25    Docket #0001 Date Filed: 5/14/2012

**United States Bankruptcy Court**
**Southern District of New York**

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle): <br> **GMAC Mortgage, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): <br> **GMAC Mortgage Corporation** | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **23-1694840** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State): <br> **1100 Virginia Drive** <br> **Fort Washington, PA** <br> ZIP CODE **19034** | Street Address of Joint Debtor (No. and Street, City, and State): <br> ZIP CODE |
| County of Residence or of the Principal Place of Business: <br> **Montgomery** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): <br> ZIP CODE | Mailing Address of Joint Debtor (if different from street address): <br> ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above): | ZIP CODE |

**Type of Debtor** (Form of Organization) (Check one box.)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)
- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box.)
- [ ] Debts are primarily consumer, debts defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."
- [x] Debts are primarily business debts

**Filing Fee** (Check one box.)
- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $ 2,343,300.

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**  THIS SPACE IS FOR COURT USE ONLY
- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ |

ny-1012325

1212020120514000000000014

EXHIBIT A

| UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF NEW YORK ||
|---|---|
| In re Residential Capital, LLC, et al., Debtors. | Chapter 11 Case No: 12-12020 (MG) (Jointly Administered) |
| **NOTICE OF CHAPTER 11 BANKRUPTCY CASES, MEETING OF CREDITORS, AND DEADLINES** ||
| Chapter 11 bankruptcy cases concerning the Debtors listed below were filed on May 14, 2012. You may be a creditor of one of the Debtors. This notice lists important deadlines. You may want to consult an attorney to protect your rights. All documents filed with the Bankruptcy Court, including lists of the Debtors' properties and debts, are available for inspection at the office of the Clerk of the Bankruptcy Court and the Bankruptcy Court's website, www.nysb.uscourts.gov or by accessing the website maintained by the Debtors' claims and noticing agent, www.kccllc.net/rescap. Note that a PACER password is needed to access documents on the Bankruptcy Court's website (a PACER password may be obtained by accessing the PACER website, http://pacer.psc.uscourts.gov). NOTE: The staff members of the office of the Clerk of the Bankruptcy Court and the Office of the United States Trustee cannot give legal advice.<br><br>If you have any questions regarding this notice, please call the ResCap Homeowner Hotline at (888) 926-3479. You may also submit an inquiry online at www.kccllc.net/rescap. ||

| Name of Debtor | Case Number | Tax Identification Number |
|---|---|---|
| Residential Funding Company, LLC | 12-12019 (MG) | 93-0891336 |
| Residential Capital, LLC | 12-12020 (MG) | 20-1770738 |
| ditech, LLC | 12-12021 (MG) | 23-2887228 |
| DOA Holding Properties, LLC | 12-12022 (MG) | 26-1424257 |
| DOA Properties IX (Lots-Other), LLC | 12-12023 (MG) | 26-2783274 |
| EPRE LLC | 12-12024 (MG) | 26-2747974 |
| Equity Investment I, LLC | 12-12025 (MG) | 02-0632797 |
| ETS of Virginia, Inc. | 12-12026 (MG) | 26-4051445 |
| ETS of Washington, Inc. | 12-12027 (MG) | 45-2910665 |
| Executive Trustee Services, LLC | 12-12028 (MG) | 23-2778943 |
| GMAC-RFC Holding Company, LLC | 12-12029 (MG) | 23-2593763 |
| GMAC Model Home Finance I, LLC | 12-12030 (MG) | 26-2748469 |
| GMAC Mortgage USA Corporation | 12-12031 (MG) | 20-4796930 |
| GMAC Mortgage, LLC | 12-12032 (MG) | 23-1694840 |
| GMAC Residential Holding Company, LLC | 12-12033 (MG) | 91-1902190 |
| GMACRH Settlement Services, LLC | 12-12034 (MG) | 23-3036156 |
| GMACM Borrower LLC | 12-12035 (MG) | 45-5064887 |
| GMACM REO LLC | 12-12036 (MG) | 45-5222043 |
| GMACR Mortgage Products, LLC | 12-12037 (MG) | 03-0536369 |
| HFN REO Sub II, LLC | 12-12038 (MG) | None |
| Home Connects Lending Services, LLC | 12-12039 (MG) | 25-1849412 |
| Homecomings Financial Real Estate Holdings, LLC | 12-12040 (MG) | 26-2736869 |
| Homecomings Financial, LLC | 12-12042 (MG) | 51-0369458 |
| Ladue Associates, Inc. | 12-12043 (MG) | 23-1893048 |
| Passive Asset Transaction, LLC | 12-12044 (MG) | 51-0404130 |
| PATI A, LLC | 12-12045 (MG) | 26-3722729 |
| PATI B, LLC | 12-12046 (MG) | 26-3722937 |
| PATI Real Estate Holdings, LLC | 12-12047 (MG) | 27-0515201 |
| RAHI A, LLC | 12-12048 (MG) | 26-3723321 |
| RAHI B, LLC | 12-12049 (MG) | 26-3723553 |
| RAHI Real Estate Holdings, LLC | 12-12050 (MG) | 27-0515287 |
| RCSFJV2004, LLC | 12-12051 (MG) | 20-3802722 |
| Residential Accredit Loans, Inc. | 12-12052 (MG) | 51-0368240 |
| Residential Asset Mortgage Products, Inc. | 12-12053 (MG) | 41-1955181 |
| Residential Asset Securities Corporation | 12-12054 (MG) | 51-0362653 |
| Residential Consumer Services of Alabama, LLC | 12-12055 (MG) | 63-1105449 |
| Residential Consumer Services of Ohio, LLC | 12-12056 (MG) | 34-1754796 |
| Residential Consumer Services of Texas, LLC | 12-12057 (MG) | 75-25010515 |
| Residential Consumer Services, LLC | 12-12058 (MG) | 20-4812167 |

HOMEOWNER

EXHIBIT B

| Residential Funding Mortgage Exchange, LLC | 12-12059 (MG) | 41-1674247 |
|---|---|---|
| Residential Funding Mortgage Securities I, Inc. | 12-12060 (MG) | 75-2006294 |
| Residential Funding Mortgage Securities II, Inc. | 12-12061 (MG) | 41-1808858 |
| Residential Funding Real Estate Holdings, LLC | 12-12062 (MG) | 26-2736505 |
| Residential Mortgage Real Estate Holdings, LLC | 12-12063 (MG) | 26-2737180 |
| RFC-GSAP Servicer Advance, LLC | 12-12064 (MG) | 26-1960289 |
| RFC Asset Holdings II, LLC | 12-12065 (MG) | 41-1984034 |
| RFC Asset Management, LLC | 12-12066 (MG) | 06-1664678 |
| RFC Borrower LLC | 12-12068 (MG) | 45-5065558 |
| RFC Construction Funding, LLC | 12-12069 (MG) | 41-1925730 |
| RFC REO LLC | 12-12070 (MG) | 45-5222407 |
| RFC SFJV-2002, LLC | 12-12071 (MG) | 06-1664670 |

| **Proposed Attorneys for Debtors**<br>Larren M. Nashelsky<br>Gary S. Lee<br>Lorenzo Marinuzzi<br>MORRISON & FOERSTER LLP<br>1290 Avenue of the Americas<br>New York, New York 10104<br>Telephone: (212) 468-8000<br>Facsimile: (212) 468-7900 | **DATE, TIME, AND LOCATION OF MEETING OF CREDITORS PURSUANT TO BANKRUPTCY CODE SECTION 341(a)**<br>June 25, 2012 at 1:00 p.m. (ET)<br>80 Broad Street, Fourth Floor<br>New York, New York 10004 |
|---|---|

**DEADLINE TO FILE A PROOF OF CLAIM** None at this time. When the Bankruptcy Court sets a claims deadline, you will be notified and provided a proof of claim form by mail.

**DEADLINE TO FILE A COMPLAINT TO DETERMINE DISCHARGEABILITY OF CERTAIN DEBTS**
None at this time.

CREDITORS MAY NOT TAKE CERTAIN ACTIONS AGAINST THE DEBTORS IN MOST INSTANCES, BECAUSE THE FILING OF THE BANKRUPTCY CASE AUTOMATICALLY STAYS CERTAIN COLLECTION AND OTHER ACTIONS AGAINST THE DEBTORS AND THE DEBTORS' PROPERTY. UNDER CERTAIN CIRCUMSTANCES, THE STAY MAY BE LIMITED TO 30 DAYS OR NOT EXIST AT ALL, ALTHOUGH THE DEBTORS CAN REQUEST THE BANKRUPTCY COURT TO EXTEND OR IMPOSE A STAY. IF YOU ATTEMPT TO COLLECT A DEBT OR TAKE OTHER ACTION IN VIOLATION OF THE BANKRUPTCY CODE, YOU MAY BE PENALIZED. COMMON EXAMPLES OF PROHIBITED ACTIONS BY CREDITORS ARE CONTACTING THE DEBTORS TO DEMAND REPAYMENT, TAKING ACTION AGAINST THE DEBTORS TO COLLECT MONEY OWED TO CREDITORS OR TO TAKE PROPERTY OF THE DEBTORS, AND STARTING OR CONTINUING COLLECTION ACTIONS, FORECLOSURE ACTIONS, OR REPOSSESSIONS. CONSULT A LAWYER TO DETERMINE YOUR RIGHTS IN THIS CASE.

| Address of the Clerk of the Bankruptcy Court<br>Clerk of the United States Bankruptcy Court, One Bowling Green, New York, New York 10004 | For the Bankruptcy Court: Vito Genna Clerk of the Court, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004. |
|---|---|
| Hours Open: 8:30 a.m. – 5:00 p.m. | Date: May 24, 2012 |
| Filing of Chapter 11 Bankruptcy Case | A bankruptcy case under chapter 11 of the Bankruptcy Code (title 11, United States Code) has been filed in this Bankruptcy Court by each of the Debtors named above, and an order for relief has been entered. Chapter 11 allows a debtor to reorganize or liquidate pursuant to a plan. A plan is not effective unless confirmed by the Bankruptcy Court. You may be sent a copy of the plan and disclosure statement telling you about the plan, and you might have an opportunity to vote on the plan. You will be sent a notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the Debtors will remain in possession of the Debtors' property and may continue to operate their business. |
| Legal Advice | Staff of the office of the Clerk of the Bankruptcy Court cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not | Prohibited collection actions are listed in Bankruptcy Code § 362. Common examples of prohibited actions include contacting the Debtors by telephone, mail, or otherwise to demand |

2

HOMEOWNER

EX. B

001KC0001_49070_DOMESTIC_689/087277/174554/i