CLOSED

# U.S. District Court
## Southern District of Ohio (Columbus)
## CIVIL DOCKET FOR CASE #: 2:96-cv-00494-JPK-MRA
## Internal Use Only

Bryk, et al v. Hurd, et al
Assigned to: Joseph P. Kinneary
Referred to: Magistrate Judge Mark R. Abel
Demand: $0
Case in other court: Eastern Division, 1:95-cv-01096
Cause: 18:1962 Racketeering (RICO) Act

Date Filed: 05/17/1996
Date Terminated: 09/28/2000
Jury Demand: Plaintiff
Nature of Suit: 470 Racketeer/Corrupt Organization
Jurisdiction: Federal Question

**Plaintiff**
John P Bryk

represented by **William Henry Blessing**
119 East Court Street, Ste 500
Cincinnati, OH 45202
513-621-9191
Fax: 513-621-7086
Email: billblessing@cinci.rr.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**
Gregory J Burkhart

represented by **William Henry Blessing**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**
William A Burkhart

represented by **William Henry Blessing**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**
**Dwight I Hurd**
*TERMINATED: 05/11/1999*

represented by **Stephen Joseph Butler**
Thompson Hine LLP - 1
312 Walnut Street
14th Floor
Cincinnati, OH 45202-4029
513-352-6700
Email: steve.butler@thompsonhine.com

*TERMINATED: 12/24/1996*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Chester Wilkinson**
Attorney at Law
341 S. Third Street
Suite 101
Columbus, OH 43215
614-224-6527
Fax: 614-224-6529
Email: wilkinwc@hotmail.com
*TERMINATED: 05/11/1999*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**
**David M Carmichael**

**Defendant**
**Robert D Hodge**    represented by    **Anil V Anthony**
655 Metro Place South
Suite 230
Dublin, OH 43017
614-760-5500
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Lawrence Summers**
DISCIPLINARY ACTION PENDING
Summers Vargas & Resnick - 2
23240 Chagrin Boulevard
Suite 525
Cleveland, OH 44122
216-591-0727
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**
**Beth A Eyerman**    represented by    **Mary Jane McFadden**
McFadden, Winner, Savage &
Segerman, LLP
175 South Third Street
Suite 350
Columbus, OH 43215-5188
614-221-8868
Fax: (614) 221-3985
Email: m_mcfadden@earthlink.net

LEAD ATTORNEY
ATTORNEY TO BE NOTICED

**Defendant**

Anthony Kohl

**Defendant**

Emens Kegler Brown Hill & Ritter
Company LPA
*TERMINATED: 06/09/1998*

represented by  John Wolcott Zeiger
Zeiger Tiges Little & Lindsmith LLP
3500 Huntington Center
41 S High Street
Columbus, OH 43215
614-365-9900
Fax: 614-365-7900
Email: zeiger@litohio.com
*TERMINATED: 06/09/1998*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

Carlile Patchen & Murphy
*Attorneys at Law*
*TERMINATED: 05/11/1999*

represented by  Stephen Joseph Butler
(See above for address)
*TERMINATED: 12/24/1996*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

William Chester Wilkinson
(See above for address)
*TERMINATED: 05/11/1999*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/12/1995 | 1 | COMPLAINT (Summonses issued) ( no. pgs: 17) (dm) (Entered: 12/13/1995) |
| 12/14/1995 | 2 | ORDER OF PROCEDURE by Judge Herman J. Weber ; Parties have to 2/20/96 to respond. (cc: all counsel) ( no pgs: 3/consent form, ltr & mag bk) (do) (Entered: 12/14/1995) |
| 12/14/1995 | 🔒 | (Court only) Docket Modification (Utility Event) ; Case mgnt ddl set for 2/20/96 (do) (Entered: 12/14/1995) |
| 02/12/1996 | 3 | MOTION by defendant Emens Kegler Brown to vacate Order of Procedure of 12/14/95 ( no pgs: 5+Proposed order) (dm) (Entered: 02/13/1996) |
| 02/12/1996 | 4 | MOTION by defendant Emens Kegler Brown to dismiss ( no pgs: 13) (dm) (Entered: 02/13/1996) |

| | | |
|---|---|---|
| 02/12/1996 | 5 | STIPULATION by Pltfs and Defts Hurd and Carlile, Patchen & Murphy may have to 3/4/96 to respond re complaint [1-1] ( no pgs: 2) (dm) (Entered: 02/13/1996) |
| 02/15/1996 | | NOTATION ORDER by Judge Herman J. Weber granting stipulation [5-1]; Defts to respond to complaint 3/4/96 (cc: all counsel) (dm) (Entered: 02/15/1996) |
| 02/28/1996 | 6 | RESPONSE by plaintiffs to [2-1] order of procedure ( no pgs: 4) (vp) (Entered: 02/29/1996) |
| 03/04/1996 | 7 | NOTICE of adopting Motion to Dismiss filed on behalf of Emens Kegler Brown Hill & Ritter by defendant Robert D Hodge ( no pgs: 2) (dm) (Entered: 03/04/1996) |
| 03/04/1996 | 8 | MOTION by defendant Dwight I Hurd, defendant Carlile Patchen & to dismiss complaint ( no pgs: 3) (dm) (Entered: 03/05/1996) |
| 03/04/1996 | 9 | MOTION by defendant Dwight I Hurd, defendant Carlile Patchen & to vacate Order of procedure ( no pgs: 3) (dm) (Entered: 03/05/1996) |
| 03/04/1996 | 10 | STIPULATION by Pltf and Deft Robert D Hodge that deft may have to 3/4/96 to respond re complaint [1-1] ( no pgs: 2) (dm) (Entered: 03/05/1996) |
| 03/05/1996 | | NOTATION ORDER by Judge Herman J. Weber granting stipulation [10-1] (cc: all counsel) (dm) (Entered: 03/05/1996) |
| 03/13/1996 | 11 | MOTION by defendant Beth A Eyerman to dismiss ( no pgs: 4) (dm) (Entered: 03/13/1996) |
| 03/19/1996 | 12 | Stipulation and ORDER by Judge Herman J. Weber and parties; Pltfs may have to 3/21/96 to respond to Docs 4,7,8 (cc: all counsel) ( no pgs: 2) (dm) (Entered: 03/19/1996) |
| 03/21/1996 | 13 | RICO Case Statement by plaintiff ( no pgs: 17+) (vp) (Entered: 03/22/1996) |
| 03/21/1996 | 14 | MEMORANDUM by plaintiffs in opposition to [8-1] [3-1] defts motions to dismiss ( no pgs: 8) (vp) (Entered: 03/22/1996) |
| 04/01/1996 | 15 | REPLY by defendant Dwight I Hurd, defendant Carlile Patchen & to response to motion to dismiss complaint [8-1] ( no pgs: 5) (dm) (Entered: 04/02/1996) |
| 04/03/1996 | 16 | REPLY by defendant Emens Kegler Brown to response to motion to dismiss [4-1] ( no pgs: 9) (dm) (Entered: 04/03/1996) |
| 05/01/1996 | 17 | ORDER by Judge Herman J. Weber granting motion to vacate Order of procedure [9-1], granting motion to vacate Order of Procedure of 12/14/95 [3-1] vacating [2-1] procedure order (cc: all counsel) ( no pgs: 1) (dm) (Entered: 05/01/1996) |
| 05/09/1996 | 18 | MOTION by defendant Dwight I Hurd, defendant Carlile Patchen & to dismiss ( no pgs: 2) (dm) (Entered: 05/09/1996) |
| 05/13/1996 | 19 | ORDER by Judge Herman J. Weber denying motion to dismiss [11-1], denying motion to dismiss complaint [8-1], denying motion to dismiss [4-1] transferring case to the SDO Eastern division Division (cc: all counsel) ( no pgs: 4) (dm) |

| | | |
|---|---|---|
| | | (Entered: 05/13/1996) |
| 05/13/1996 | 🔒 | (Court only) Docket Modification (Utility Event) terminating case (dm) (Entered: 05/13/1996) |
| 05/14/1996 | 20 | MOTION by plaintiff for class certification ( no pgs: 13) (vp) (Entered: 05/14/1996) |
| 05/17/1996 | 21 | Original file, certified copy of transfer order docket sheet received from SDO-Cincinnati [ C1-95-1096]; to Chief Judge John D. Holschuh (referred to Mag. Judge Mark R. Abel ) (pl) (Entered: 05/20/1996) |
| 05/30/1996 | 22 | NOTICE by defendant Emens Kegler Brown of pending motions to dismiss ( no pgs: 3) (pl) (Entered: 06/03/1996) |
| 06/07/1996 | 23 | Stipulation and ORDER by Mag. Judge Mark R. Abel: dfts have until 6/28/96 to respond to pltfs;' motion for class certification and pltfs have until 7/17/96 to file reply brief (cc: all counsel) ( no pgs: 2) (gk) (Entered: 06/10/1996) |
| 06/25/1996 | 24 | NOTICE setting this action for Preliminary PTC 10:00 8/15/96 no pgs: 2 (cc: all counsel) (gk) (Entered: 06/25/1996) |
| 06/28/1996 | 25 | ORDER by Mag. Judge Mark R. Abel telephone disc conf held 6/27/96; defts to serve disc upon pltf by 7/3/96; resp due 8/5/96; deft resp to motion to certify due 9/30/96; Prelim pretrial conf reset 11:30 8/8/96 (cc: all counsel) ( no pgs: 2) (pl) (Entered: 06/29/1996) |
| 06/28/1996 | 26 | NOTICE by defendant Emens Kegler Brown of taking deposition of John P. Bryk on 8/26/96 at 9:30 a.m. ( no pgs: 2) (pl) (Entered: 07/01/1996) |
| 06/28/1996 | 27 | NOTICE by defendant Emens Kegler Brown of taking deposition of Gregory J. Burkhart on 8/28/96 at 9:30 ( no pgs: 2) (pl) (Entered: 07/01/1996) |
| 06/28/1996 | 28 | NOTICE by defendant Emens Kegler Brown of taking deposition of William A. Burkhart on 8/29/96 at 9:30 ( no pgs: 2) (pl) (Entered: 07/01/1996) |
| 07/09/1996 | 29 | ORDER by Chief Judge John D. Holschuh recusing himself and directing the Clerk to randomly draw the Judge to whom this case should be transferred (cc: all counsel) ( no pgs: 1) (pl) (Entered: 07/10/1996) |
| 07/09/1996 | 🔒 | (Court only) Docket Modification (Utility Event) Case reassigned to Judge Joseph P. Kinneary Sr. by random draw (pl) (Entered: 07/10/1996) |
| 08/05/1996 | | Mail Returned [24-1] addressed to Anthony Kohl (pl) (Entered: 08/06/1996) |
| 08/09/1996 | 30 | ORDER by Mag. Judge Mark R. Abel ; Prelim pretrial conf held 8/8/96 ; oppos to motion for class certification due 9/30/96; reply due 10/23/96; Status conference set 11:00 10/30/96 ; Pltf to quarterly report fees to deft; Status report ddl set 9/16/96 ; Discovery ddl set 6/30/97 ; Mtn filing ddl set 8/15/97 (cc: all counsel) ( no pgs: 2) (pl) (Entered: 08/12/1996) |
| 09/17/1996 | 31 | AGREED SCHEDULING ORDER by Mag. Judge Mark R. Abel, -Status conference w/MagJ Abel set for 10:00 1/14/97 -Discovery ddl reset to 9/1/97 -Mtn filing ddl reset to 10/15/97 -brief stay of proceedings to permit completion of discovery in related case -if case unresolved depo of John P Bryk 10/23/96 @ |

| | | |
|---|---|---|
| | | 8:00 am -depo of William Burkhart & Gregory Burkhart 10/28/96 @ 9:00 am -pltfs expert Rule 26 disclosures by 4/1/97, defts by 5/15/97 (cc: all counsel) (no pgs: 4) (seal) (Entered: 09/18/1996) |
| 11/20/1996 | 32 | NOTICE of Settlement conference by phone w/MagJ Abel set for 3:00 12/4/96 (cc: all counsel) (wh) (Entered: 11/21/1996) |
| 12/02/1996 | 33 | MOTION by defendant Carlile Patchen & to extend time for m/c class cert (no pgs: 3) (wh) (Entered: 12/03/1996) |
| 12/02/1996 | 34 | AGREED ORDER by Mag. Judge Mark R. Abel -m/c class cert by Emens firm due 1/6/97 (cc: all counsel) (no pgs: 2) (wh) (Entered: 12/03/1996) |
| 12/04/1996 | 35 | CORRECTION by defendant Carlile Patchen to motion to extend time for m/c class cert [33-1] (no pgs: 2) (wh) (Entered: 12/05/1996) |
| 12/06/1996 | 36 | ORDER by Mag. Judge Mark R. Abel -Settlement conference held 3:00 12/4/96 -m/c class cert due 1/16/97 (cc: all counsel) (no pgs: 1) (wh) (Entered: 12/09/1996) |
| 12/06/1996 | 37 | ORDER by Mag. Judge Mark R. Abel granting motion to extend time for m/c class cert [33-1], -ext to 1/16/97 (cc: all counsel) (no pgs: 1) (wh) (Entered: 12/10/1996) |
| 12/17/1996 | 38 | ORDER by Judge Joseph P. Kinneary Sr. denying motion to dismiss [18-1] (cc: all counsel) (no pgs: 4) (wh) (Entered: 12/17/1996) |
| 12/19/1996 | 39 | AGREED ORDER by Mag. Judge Mark R. Abel -Emens firm ans due 1/16/97 (cc: all counsel) (no pgs: 2) (wh) (Entered: 12/20/1996) |
| 12/24/1996 | 40 | ATTORNEY SUBSTITUTION: terminating attorney Stephen Joseph Butler for Carlile Patchen &, attorney Stephen Joseph Butler for Dwight I Hurd and substituting attorney William Chester Wilkinson (no pgs: 2) (wh) (Entered: 12/27/1996) |
| 01/16/1997 | 41 | ANSWER by defendant Dwight I Hurd, defendant Carlile Patchen (no pgs: 8) (wh) (Entered: 01/17/1997) |
| 01/16/1997 | 42 | ANSWER by defendant Emens Kegler Brown (no pgs: 10) (wh) (Entered: 01/17/1997) |
| 01/16/1997 | 43 | MOTION by defendant Emens Kegler Brown for summary judgment (no pgs: 51) (wh) (Entered: 01/17/1997) |
| 01/16/1997 | 44 | MEMO IN OPPO by defendant Emens Kegler Brown to motion for class certification [20-1] (no pgs: 46) (wh) (Entered: 01/17/1997) |
| 01/16/1997 | 45 | BRIEF IN OPPO by defendant Dwight I Hurd, defendant Carlile Patchen & to motion for class certification [20-1](no pgs: 21 + exhibits) (wh) (Entered: 01/17/1997) |
| 01/16/1997 | 46 | APPENDIX OF EXHIBITS by defendant Emens Kegler Brown re motion response [44-1], re motion for summary judgment [43-1] (wh) (Entered: 01/17/1997) |

| 01/16/1997 | 47 | NOTICE by defendant Emens Kegler Brown of filing depos of John P Bryk, William A Burkhart & Gregory J Burkhart (no pgs: 2) (wh) (Entered: 01/17/1997) |
|---|---|---|
| 01/16/1997 |  | Deposition of Gregory J Burkhart (1 vol 10/28/96) (wh) (Entered: 01/17/1997) |
| 01/16/1997 |  | Deposition of William J Burkhart (1 vol 10/28/96) (wh) (Entered: 01/17/1997) |
| 01/16/1997 |  | Deposition of Dr John Paul Bryk, Jr (1 vol 10/23/96) (wh) (Entered: 01/17/1997) |
| 01/30/1997 | 48 | AGREED ORDER EXTENDING TIME by Mag. Judge Mark R. Abel, -ext of 10 days for rply to mtn to cert class & m/c MSJ (cc: all counsel) (no pgs: 2) (seal) (Entered: 02/03/1997) |
| 02/10/1997 | 49 | ORDER by Mag. Judge Mark R. Abel, -ext to 2/17/97 for reply to mtn for class cert & 3/3/97 for m/c MSJ (cc: all counsel) (no pgs: 1) (wh) (Entered: 02/12/1997) |
| 02/18/1997 | 50 | REPLY by plaintiff to response to motion for class certification [20-1] (wh) (Entered: 02/18/1997) |
| 03/03/1997 | 51 | MOTION by defendant Emens Kegler Brown for leave to file sur-reply in oppo to class cert (no pgs: 2 + sur-reply) (wh) Modified on 03/04/1997 (Entered: 03/04/1997) |
| 03/04/1997 | 52 | MEMO IN OPPO by plaintiff to motion for summary judgment [43-1] (no pgs: 26 + exhibits) (wh) (Entered: 03/04/1997) |
| 03/17/1997 | 53 | AGREED ORDER by Mag. Judge Mark R. Abel -ext to 4/16/97 for reply to m/c MSJ (cc: all counsel) (no pgs: 1) (wh) (Entered: 03/18/1997) |
| 04/16/1997 | 54 | REPLY by defendant Emens Kegler Brown to response to motion for summary judgment [43-1] (no pgs: 30 + exhibits) (wh) (Entered: 04/17/1997) |
| 04/17/1997 | 55 | AGREED AMENDMENT TO SCHEDULING ORDER by Mag. Judge Mark R. Abel -pltfs Rule 16 disclosures by 5/15/97 -defts 6wks thereafter (cc: all counsel) (no pgs: 1) (wh) (Entered: 04/18/1997) |
| 05/29/1997 | 56 | AMENDED SCHEDULING ORDER by Mag. Judge Mark R. Abel -conf w/counsel held 5/22/97 -pltfs expert Rule 26 disclosures by 6/30/97 -defts by 8/11/97 (cc: all counsel) (no pgs: 1) (wh) (Entered: 05/29/1997) |
| 06/17/1997 | 57 | NOTICE of Settlement conference set for 10:00 7/16/97 (cc: all counsel) (wh) (Entered: 06/18/1997) |
| 06/25/1997 | 58 | MOTION by defendants Carlile Patchen &, Hurd (Carlile Firm) for hearing on Bryk fitness to serve as class rep (no pgs: 6) (wh) (Entered: 06/27/1997) |
| 08/07/1997 | 59 | NOTICE of Settlement conference w/MagJ Abel set for 11:00 8/15/97 (cc: all counsel) (wh) (Entered: 08/07/1997) |
| 08/13/1997 | 60 | NOTICE of Settlement conference reset to 10:30 9/22/97 (cc: all counsel) (wh) (Entered: 08/13/1997) |

| 01/29/1998 | 61 | ORDER by Mag. Judge Mark R. Abel granting motion for leave to file sur-reply in oppo to class cert [51-1] (cc: all counsel) (no pgs: 1) (wh) (Entered: 01/29/1998) |
|---|---|---|
| 01/29/1998 | 62 | REPLY by Emens Kegler Brown to response to motion for class certification [20-1] (no pgs: 5) (wh) (Entered: 01/29/1998) |
| 02/05/1998 | 63 | MOTION by Carlile Patchen & to dismiss all claims brought under RICO statute (no pgs: 34) (wh) (Entered: 02/06/1998) |
| 02/06/1998 | 64 | MOTION by Carlile Patchen &, Dwight I Hurd for summary judgment on all common law clms brought by pltf (no pgs: 16 + exhibits) (wh) (Entered: 02/06/1998) |
| 02/11/1998 | 🔒 | (Court only) Docket Modification (Utility Event) finding the motion for summary judgment [43-1] moot. -settlement pending (wh) (Entered: 02/11/1998) |
| 02/11/1998 | 65 | MOTION by Carlile Patchen &, Dwight I Hurd for summary judgment on all clms of pltfs William & Greg Burkhart (no pgs: 14 + exhibits) (wh) (Entered: 02/12/1998) |
| 03/02/1998 | 66 | ORDER by Mag. Judge Mark R. Abel -ext to 3/20/98 for m/c dft Carlile Patchen's MSJ, MSJ & MTD (cc: all counsel) (no pgs: 1) (wh) (Entered: 03/03/1998) |
| 03/18/1998 | 67 | STIPULATION of class action setttlement and JOINT MOTION for preliminary approval (no pgs: 3 + exhibits) (wh) (Entered: 03/19/1998) |
| 03/18/1998 | 68 | ORDER by Senior Judge Joseph P. Kinneary granting motion for preliminary approval [67-1] of notice for class action certification sett hrg & administration re stip between pltfs & dft Kegler, Brown, Hill & Ritter -In-court hearing set 10:30 6/8/98 (cc: all counsel) (no pgs: 17) (wh) (Entered: 03/19/1998) |
| 03/23/1998 | 69 | ORDER by Mag. Judge Mark R. Abel -ext to 4/20/98 for responses by pltfs to Carlile Patchen, etc MSJ's & MTD (cc: all counsel) (no pgs: 1) (wh) (Entered: 03/25/1998) |
| 03/26/1998 | 70 | OPINION AND ORDER: by Senior Judge Joseph P Kinneary -denying motion for hearing on Bryk fitness as class rep [58-1] -granting motion for class certification [20-1] as to those claims which do not arise from unique oral representations, for the following class: All persons who purchased securities from Dublin Securities Inc during the time period of 1988 through 1992, execpting those purchasers presently within the class certified in Glatz v. Beaman, No. 92-CV-058 (Erie Co., Ohio Common Pleas). The Court finds pltfs W Burkhart & J Bryk are adequate class reps but G Burkhart may not serve as class rep (cc: all counsel) (no pgs: 39) (wh) (Entered: 03/27/1998) |
| 03/27/1998 | 71 | ORDER by Senior Judge Joseph P. Kinneary -amd to order w/respect to class action certification's notice sett hrg & admin (cc: all counsel) (no pgs: 1) (wh) (Entered: 03/31/1998) |
| 04/02/1998 | 72 | NOTICE of Final pretrial conf set for 10:30 10/2/98 (cc: all counsel) (wh) (Entered: 04/02/1998) |

| 04/02/1998 | 73 | NOTICE OF TRIAL: -Final PTO due: 9/29/98 -Jury Trial set for 9:00 11/2/98 (cc: all counsel) (no pgs: 1) (wh) (Entered: 04/02/1998) |
|---|---|---|
| 04/21/1998 | 75 | RESPONSE by plaintiff to motion for summary judgment on all common law clms brought by pltf [64-1] (no pgs: 7) (wh) (Entered: 04/23/1998) |
| 04/21/1998 | 76 | RESPONSE by William A Burkhart to motion for summary judgment on all clms of pltfs William Burkhart (no pgs: 5 + exhibits) (wh) (Entered: 04/23/1998) |
| 04/21/1998 | 77 | RESPONSE by plaintiff to motion to dismiss all claims brought under RICO statute [63-1] (no pgs: 13) (wh) (Entered: 04/23/1998) |
| 04/22/1998 | 74 | NOTICE of Status conference w/MagJ Abel set for 2:00 4/27/98 (cc: all counsel) (wh) (Entered: 04/22/1998) |
| 04/30/1998 | 78 | STATUS & SCHEDULING CONFERENCE ORDER by Mag. Judge Mark R. Abel -Status conference held 2:00 4/27/98 -joint written Status report ddl set for 8/28/98 -Notice to class to Court by 5/27/98 (cc: all counsel) (no pgs: 3) (wh) (Entered: 04/30/1998) |
| 05/04/1998 | 79 | NOTICE by Robert D Hodge of change of address for atty Anil V Anthony (no pgs: 2) (wh) (Entered: 05/04/1998) |
| 05/05/1998 | 80 | ORDER by Mag. Judge Mark R. Abel -ext to 5/30/98 for rply to MTD & MSJ's (cc: all counsel) (no pgs: 2) (wh) (Entered: 05/05/1998) |
| 05/06/1998 | 81 | NOTICE of Final pretrial conf VACATED 10:30 10/2/98 (cc: all counsel) (wh) (Entered: 05/06/1998) |
| 05/06/1998 | 82 | NOTICE OF Jury trial VACATED 9:00 11/2/98 (cc: all counsel) (wh) (Entered: 05/06/1998) |
| 05/06/1998 | 83 | REPLY by Carlile Patchen & to response to motion to dismiss all claims brought under RICO statute [63-1] (no pgs: 13) (wh) (Entered: 05/08/1998) |
| 05/08/1998 | 84 | REPLY by Carlile Patchen &, Dwight I Hurd to response to motion for summary judgment on all common law clms brought by pltf [64-1] (no pgs: 12) (wh) (Entered: 05/11/1998) |
| 05/12/1998 | 85 | REPLY by Carlile Patchen &, Dwight I Hurd to response to motion for summary judgment on all clms of pltfs William & Greg Burkhart [65-1] (no pgs: 7) (wh) (Entered: 05/18/1998) |
| 05/18/1998 | 86 | CERTIFICATION on issuance of notice of proposed settlement by plaintiff (no pgs: 3 + exhibits) (wh) (Entered: 05/19/1998) |
| 05/26/1998 | 87 | MEMORANDUM by plaintiff in support of settlement [68-2] (no pgs: 13) (wh) (Entered: 05/27/1998) |
| 05/26/1998 | 88 | MOTION by plaintiff for award of attorney fees, incentive awards & reimbursement of litigation expenses (no pgs: 19 + exhibits) (wh) (Entered: 06/08/1998) |
| 05/27/1998 | 89 | MOTION by Carlile Patchen & Murphy and D Hurd for fairness hearing (no pgs: 15) (wh) (Entered: 05/28/1998) |

| | | |
|---|---|---|
| 06/02/1998 | 90 | MOTION by plaintiff for approval of misc class sett matters (no pgs: 6) (wh) (Entered: 06/03/1998) |
| 06/08/1998 | 91 | ORDER by Senior Judge Joseph P. Kinneary -3/26/98 order expressly amended to state that nothing therein shall be construed as to supersede, modify or impair the settlement class described in the 3/18/98 order (cc: all counsel) (no pgs: 2) (wh) (Entered: 06/08/1998) |
| 06/08/1998 | 92 | ORDER by Senior Judge Joseph P. Kinneary -approving class counsel's treatment of each different social security number designation as a separte class member (cc: all counsel) (no pgs: 2) (wh) (Entered: 06/08/1998) |
| 06/08/1998 | 93 | ORDER by Senior Judge Joseph P. Kinneary -approving mailing of notice of proposed settlement to certain class members (cc: all counsel) (no pgs: 2) (wh) (Entered: 06/08/1998) |
| 06/08/1998 | 94 | CIVIL MINUTES: Proceeding before Senior Judge Joseph P. Kinneary Fairness hearing held 6/8/98 -W Blessing, M Florez, J Sunderland, J Zeiger present -Court approves fairness of settlement between pltfs & Emens Kegler & grants pltfs request for incentive awards -J Koenig C/R -WJ Harrison D/C (wh) (Entered: 06/09/1998) |
| 06/09/1998 | 95 | FINAL JUDGMENT by Senior Judge Joseph P. Kinneary approving class-wide settlement dismissing party Emens Kegler Brown w/prejudice and specified claims against Dwight I Hurd (cc: all counsel) (no pgs: 8) (wh) (Entered: 06/10/1998) |
| 06/15/1998 | 96 | ORDER by Senior Judge Joseph P. Kinneary granting motion for award of attorney fees, incentive awards & of litigation expenses [88-1] -class counsel awarded atty fees of 22 1/2% of sett proceeds ($495,000.00) & reimbursement of litigation expenses through 5/20/98 of $38,453.52 -incentive award to pltf John P Bryk Jr in amt of $10,000.00 & William Burkhart in amt of $2,500.00 (cc: all counsel) (no pgs: 2) (wh) (Entered: 06/16/1998) |
| 06/15/1998 | 97 | ORDER by Senior Judge Joseph P. Kinneary granting motion for approval of misc class sett matters [90-1] -re payments of amts (cc: all counsel) (no pgs: 2) (wh) (Entered: 06/16/1998) |
| 06/16/1998 | 98 | STATEMENT by Kenneth L. Schneider re shares of Edward J Schneider (no pgs: 3) (wh) (Entered: 06/16/1998) |
| 06/18/1998 | 99 | RETURN OF class notification to Ronald Pope, reason unknown (wh) (Entered: 06/19/1998) |
| 06/23/1998 | 100 | RESPONSE by plaintiff to motion for fairness hearing [89-1] (no pgs: 41) (wh) (Entered: 06/24/1998) |
| 07/06/1998 | 101 | REPLY by Carlile Patchen &, Dwight I Hurd to response to motion for fairness hearing [89-1] (no pgs: 5) (wh) (Entered: 07/07/1998) |
| 07/23/1998 | 102 | MOTION by plaintiff for order authorizing payment of sett proceeds (no pgs: 3) (wh) (Entered: 07/27/1998) |

| | | |
|---|---|---|
| 07/24/1998 | 103 | ORDER by Senior Judge Joseph P. Kinneary granting motion for order authorizing payment of sett proceeds [102-1] -sum of $1,483,681.67 to qualifying class members -$533,453.52 to class counsel -$12,500.00 to class reps & $1,000.00 to Provident Bank (cc: all counsel) (no pgs: 2) (wh) (Entered: 07/27/1998) |
| 08/28/1998 | 104 | NOTICE of Settlement conference w/Judge Kinneary set for 9:30 9/14/98 (cc: all counsel) (wh) (Entered: 08/28/1998) |
| 09/09/1998 | 🔒 | (Court only) Docket Modification (Utility Event) Motion not referred motion for summary judgment on all clms of pltfs William & Greg Burkhart [65-1], motion for summary judgment on all common law clms brought by pltf [64-1], motion to dismiss all claims brought under RICO statute [63-1] (wh) (Entered: 09/09/1998) |
| 09/23/1998 | 105 | MOTION by plaintiff class for order authorizing changes to class members names for distribution of proceeds () (bw) (Entered: 09/23/1998) |
| 09/23/1998 | 106 | ORDER by Senior Judge Joseph P. Kinneary granting motion for order authorizing changes to class members names for distribution of proceeds [105-1] (cc: all counsel) ( no pgs: 2) (bw) (Entered: 09/23/1998) |
| 12/14/1998 | 107 | MOTION by plaintiff for order to change class member names for purposes of distribution of sett proceeds (no pgs: 2) (wh) (Entered: 12/15/1998) |
| 12/18/1998 | 108 | ORDER by Senior Judge Joseph P. Kinneary granting motion for order to change class member names for purposes of distribution of sett proceeds [107-1] (cc: all counsel) (no pgs: 1) (wh) (Entered: 12/18/1998) |
| 01/28/1999 | 109 | MOTION by John P Bryk, Gregory J Burkhart, William A Burkhart, Dwight I Hurd, Carlile Patchen & for entry of fnl jgm approving 2nd class sett & dismissing w/prejudice dfts Carlile, Patchen & Murphy and Hurd (no pgs: 2 + exhibits) (wh) (Entered: 01/29/1999) |
| 01/28/1999 | 111 | STIPULATION re motion for entry of fnl jgm approving 2nd class sett & dismissing w/prejudice dfts Carlile, Patchen & Murphy and Hurd [109-1] (wh) (Entered: 01/29/1999) |
| 01/28/1999 | 111 | MOTION by John P Bryk, Gregory J Burkhart, William A Burkhart, Dwight I Hurd, Carlile Patchen & for prelim approval (no pgs: 2 + exhibits) (wh) (Entered: 01/29/1999) |
| 01/28/1999 | 110 | ORDER by Senior Judge Joseph P. Kinneary granting motion for prelim approval [111-1] (cc: all counsel) (no pgs: 4 exhibits) (wh) (Entered: 02/01/1999) |
| 02/02/1999 | 112 | ORDER by Senior Judge Joseph P. Kinneary finding the motion for fairness hearing [89-1] moot (cc: all counsel) (no pgs: 2) (wh) (Entered: 02/02/1999) |
| 04/22/1999 | 113 | Class Counsel's CERTIFICATION on issuance of Notice of proposed Settlement (no pgs: 2 + exhibits) (wh) (Entered: 04/28/1999) |
| 04/27/1999 | 114 | MEMORANDUM in support of Second Settlement by class counsel (no pgs: 12) (wh) (Entered: 04/28/1999) |

| | | |
|---|---|---|
| 04/27/1999 | 115 | MOTION by plaintiff counsel for attorney fees, incentive awards & reimbursement of litigation expenses (no pgs: 19 + exhibits) (wh) (Entered: 04/28/1999) |
| 04/28/1999 | 116 | MOTION by plaintiff for special order for Notice to Certain Class Memebers re Revised Loss Calculaitons (no pgs: 5) (wh) (Entered: 04/28/1999) |
| 04/29/1999 | 117 | ORDER by Senior Judge Joseph P. Kinneary granting motion for special order for Notice to Certain Class Memebers re Revised Loss Calculaitons [116-1] & ext to 6/1/99 for these 109 persons to deliver signed clm form to class counsel (cc: all counsel) (no pgs: 2) (wh) (Entered: 04/29/1999) |
| 04/29/1999 | 118 | MOTION by plaintiff's counsel for order authorizing database changes & sett admin procedures (no pgs: 3) (wh) (Entered: 04/30/1999) |
| 05/07/1999 | 119 | NOTICE by plaintiff's counsel of idenitifcation of class members requesting exclusion from proposed 2nd class sett (no pgs: 3) (wh) (Entered: 05/10/1999) |
| 05/11/1999 | 120 | CIVIL MINUTES: Proceeding before Senior Judge Joseph P. Kinneary -Fairness hrg held 5/11/99, 10:30 a.m. on Carlile Patchen, D Hurd settlement -William Blessing for pltfs -John Sunderland for dfts -granting motion for order authorizing database changes & sett admin procedures [118-1] -granting motion for attorney fees [115-1] -granting motion for entry of fnl jgm approving 2nd class sett & dismissing w/prejudice dfts Carlile, Patchen & Murphy and Hurd [109-1] dismissing dfts Carlile, Patchen & Murphy and Hurd -judgment entry to follow -mtn to dismiss remaining dfts to follow -mtn to disburse add funds from first sett to follow -G Wells C/R -WJ Harrison D/C (no pgs: 1) (wh) (Entered: 05/13/1999) |
| 05/11/1999 | 121 | ORDER by Senior Judge Joseph P. Kinneary granting motion for attorney fees [115-1] -counsel awarded 22 1/2 % atty fees, expenses of $26,374.52 & projected expenses of $6,405.00, pltfs incentive award of $45,000 to Bryk & $2500 to Brukhart (cc: all counsel) (no pgs: 2) (wh) (Entered: 05/13/1999) |
| 05/11/1999 | 122 | ORDER by Senior Judge Joseph P. Kinneary -granting database changes & sett admin procedures (cc: all counsel) (no pgs: 2) (wh) (Entered: 05/13/1999) |
| 05/11/1999 | 123 | JUDGMENT approving second class sett by Senior Judge Joseph P Kinneary and dismissing w/prejudice clms against party Carlile Patchen & party Dwight I Hurd, (cc: all counsel) (no pgs: 7) (wh) (Entered: 05/13/1999) |
| 05/13/1999 | 124 | ORDER by Senior Judge Joseph P. Kinneary -Paul A Dabney & Barry Sutherland allowed to participate in settlement (cc: all counsel) (no pgs: 2) (wh) (Entered: 05/13/1999) |
| 06/17/1999 | 125 | MOTION by plaintiff to authorize payment of proceeds of settlement w/dfts Carlile Patchen & Murphy and Hurd (no pgs: 3 + order) (wh) (Entered: 06/23/1999) |
| 06/22/1999 | 126 | ORDER by Senior Judge Joseph P. Kinneary -granting motion to authorize payment of proceeds of settlement w/dfts Carlile Patchen & Murphy and Hurd [125-1] -$1,518,900.15 to Qualifying Class Members -$497,007.48 to Class Counsel -$47,500 to Class Rep -$1,000 to Provident Bank (cc: all counsel) (no pgs: 2) (wh) (Entered: 06/24/1999) |

| 10/26/1999 | 127 | MOTION by plaintiff for order authorizing final distribution of Kegler sett proceeds (no pgs: 3 + exhibits) (wh) (Entered: 11/01/1999) |
|---|---|---|
| 10/28/1999 | 128 | ORDER by Senior Judge Joseph P. Kinneary granting motion for order authorizing final distribution of Kegler sett proceeds [127-1] -$17,284.69 to class counsel -$301,628.25 to Qualifying Class Members (cc: all counsel) (no pgs: 1) (wh) (Entered: 11/01/1999) |
| 11/09/1999 | 129 | ORDER by Senior Judge Joseph P. Kinneary -holds in abeyance its decision re other individuals that have submitted letter to court (cc: all counsel) (no pgs: 2) (wh) (Entered: 11/09/1999) |
| 11/16/1999 | 130 | LETTER to court from Bernadine Kotlarchik re disbursement of funds (no pgs: 4) (wh) (Entered: 11/17/1999) |
| 11/18/1999 | 131 | ORDER by Senior Judge Joseph P. Kinneary -decision at to Ms Kotlarchik particiaption in settlement held in abeyance -Status report ddl set for 1/10/00 (cc: all counsel) (no pgs: 2) (wh) (Entered: 11/19/1999) |
| 12/08/1999 | 132 | ORDER by Senior Judge Joseph P. Kinneary -court holds in abeyance decision as to Shaku Patel's participation in settlement (cc: all counsel) (no pgs: 2) (wh) (Entered: 12/08/1999) |
| 12/08/1999 | 133 | LETTER to court from Shaku Patel re settlement of case (wh) (Entered: 12/08/1999) |
| 12/20/1999 | | Mail Returned [132-1] addressed to Anil V Anthony for defendant Robert D Hodge (pl) (Entered: 12/27/1999) |
| 01/11/2000 | 134 | STATUS REPORT by plaintiff John P Bryk, plaintiff Gregory J Burkhart, plaintiff William A Burkhart on disbursements and remaining funds from class settlement with defts Carlile Patchen & Murphy and Dwight Hurd ( no pgs: 2) (pl) (Entered: 01/12/2000) |
| 01/12/2000 | 135 | Addendum by plaintiff John P Bryk, plaintiff Gregory J Burkhart, plaintiff William A Burkhart re report [134-1] (containing exemplar check) ( no pgs: 3) (pl) (Entered: 01/12/2000) |
| 05/26/2000 | 136 | ORDER by Senior Judge Joseph P. Kinneary ; Status report ddl set 6/16/00 Court holds in abeyance its decision as to whether Ms Brennan or Ms. Swartz may participate in the sharing of the proceeds of the class settlement (cc: all counsel) ( no pgs: 4) (pl) (Entered: 05/26/2000) |
| 06/16/2000 | 137 | SUPPLEMENTAL STATUS REPORT by plaintiff John P Bryk, plaintiff Gregory J Burkhart, plaintiff William A Burkhart ( no pgs: 3) (sem) (Entered: 06/16/2000) |
| 06/21/2000 | 138 | ORDER by Senior Judge Joseph P. Kinneary ordering payment to qualifying class members in re supplemental status report (cc: all counsel) ( no pgs: 3) (sem) (Entered: 06/21/2000) |
| 06/30/2000 | | Mail Returned [138-1] addressed to Anil V Anthony for defendant Robert D Hodge - no current address available (pl) Modified on 07/05/2000 (Entered: 07/05/2000) |

| | | |
|---|---|---|
| 07/20/2000 | 139 | LETTER to court from attorney William Blessing in re Patricia Green ( no pgs: 2) (sem) (Entered: 07/20/2000) |
| 07/20/2000 | 140 | ORDER by Senior Judge Joseph P. Kinneary that class counsel shall make payment to Patricia Green as soon as practicable; class counsel shall file a supplemental status report within 30 days from the date of this order (cc: all counsel) ( no pgs: 2) (sem) (Entered: 07/20/2000) |
| 08/21/2000 | 141 | STATUS REPORT by plaintiff John P Bryk, plaintiff Gregory J Burkhart, plaintiff William A Burkhart in re remaining funds from class settlements ( no pgs: 2) (sem) (Entered: 08/21/2000) |
| 09/28/2000 | 142 | MOTION by plaintiff John P Bryk, plaintiff Gregory J Burkhart, plaintiff William A Burkhart for order of approval in re miscellaneous class settlement matters ( no pgs: 2) (sem) (Entered: 09/28/2000) |
| 09/28/2000 | 143 | ORDER by Senior Judge Joseph P. Kinneary that the Court accepts class counsel's recommendation and ORDERS class counsel to transfer any remaining proceeds into the Ohio Victims of Crime Fund dismissing case (cc: all counsel) ( no pgs: 3) (sem) (Entered: 09/28/2000) |
| 02/28/2002 | | Remark: Depositions destroyed per Local Rule 79.2 (sem) (Entered: 02/28/2002) |
| 06/19/2007 | | File located in Chicago: Accession No. 021 06 0166; Location No. 864910-865207; Box 23 of 298; (Vol.1); Box 24 of 494 (Vols.2-6)(bam) (Entered: 06/19/2007) |