**IBM CORPORATION**
1360 Rene Levesque W, Suite 400
Montreal, Quebec H3G 2W6
Canada
514-964-0544
Fax 845-491-5032
konig@ca.ibm.com

---

June 14, 2012

**UNITED STATES BANKRUPTCY COURT**
Southern District of New York

RE: GMAC Mortgage LLC                                CHAPTER 11
                                                      CASE# 12-12032

### NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that International Business Machines, a creditor and party-in-interest herein, hereby appears in the chapter 11 case, and requests that, pursuant to Rule 2002 of the Bankruptcy Rules, copies of all notices, motions, applications, petitions, pleadings, and orders be duly served on the undersigned at the address herein below noted and be directed to the attention of:

ATTN: Shawn Konig
IBM Corporation
1360 Rene Levesque W., Suite 400
Montreal, QC H3G 2W6
Canada

**INTERNATIONAL BUSINESS MACHINES CORPORATION**

BY: */s/ Shawn Konig*
    Shawn Konig
    IBM Corporation

TO: Clerk of the Court
United States Bankruptcy Court
One Bowling Green,
New York, NY 10004



RECEIVED
JUN 18 2012
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK