# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK
## DIVISION

In re:                                                    Case No: 12-12020-mg

RESIDENTIAL CAPITAL, LLC                                  Chapter: 11

_____/
Debtor (s)

## REQUEST FOR NOTICES

**I HEREBY FILE** this Request for Notices on behalf of creditor, KEN BURTON, JR., MANATEE COUNTY TAX COLLECTOR, and request that he is provided with copies of all further notices and pleadings filed herein.

Name to be added to the Matrix as follows:

> Susan D. Profant, CFCA, CLA, FRP, Paralegal
> KEN BURTON, JR., Manatee County Tax Collector
> 4333 US 301 North
> Ellenton, FL  34222
> Phone: (941) 741-4832
> Facsimile: (941) 721-2008
> e-mail: susanp@taxcollector.com

**I HEREBY CERTIFY** that a true and correct copy of the foregoing instrument was delivered by U.S. Mail this 15th day of June, 2012 to the following:

Debtor:   Residential Capital, LLC
          1177 Avenue of the Americas, New York, NY   10036

Attorney for Debtor:   Larren M. Nashelsky, Esquire
                       1290 Avenue of the Americas, New York, NY   10104

Trustee:   Not Assigned

/s/ Susan D. Profant
Susan D. Profant, CFCA, CLA, FRP, Paralegal
KEN BURTON, JR., TAX COLLECTOR
MANATEE COUNTY, FLORIDA
4333 US 301 North
Ellenton, FL  34222
(941) 741-4832

RECEIVED JUN 18 2012 U.S. BANKRUPTCY COURT SD NY