

U.S. Bankruptcy Court Southern Dis T NEW YORK

Chapter 11
Case No - 12-12020 (mg)    6/11/12

June 25, 2012 1:00 PM ET

80 BROAD STREET 4th FLOOR

NEW YORK  NEW YORK 10004

Mr. Oskar A. Johanso
105 Rivergate Pl.
Lodi, CA 95240-0557

CELL (209)-747-363(

RECEIVED
JUN 1 8 2012
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

Dear Reader or Judge

My Mortgage is held by Mortgage Investors Corp
My VA loan from Citi Bank was transferred to them
My Account Number is 0708162729 I has payed by
Auto payment from my Account at Travis Air Force
Base FairField CALIF Travis CREDIT UNION. Enclosed
Copies of Notice of file Chapter 11 BankRuptcy
I assume payments are being made applied to my
Mortgage if not I believe a Felony is being committed
on a Veteran. And I will make that Charge
The auto Draft is the sum of $1500.00 per month
$756,39 Mortgage Payment $743,61 payment on principal
from the very first payment $3500.00 was also paid
applied to principal I requested a complete statement
of all my payments I didnot receive one that was
complete. Enclosed copy received. I have not
stoped Auto Drafts being made a Travis Airforce
Base. I would greatly appreciate a reply to this letter

Sincerely

Legal Name Oskar A. Johanson

Oscar A. Johnson

May 14, 2012

Dear Homeowner,

You are receiving this notice to fulfill a legal obligation of Residential Capital, LLC (ResCap), which is involved in the servicing on your loan. Although you may not be familiar with our name, ResCap is the parent company of GMAC Mortgage. which, on behalf of Mortgage Investors Corporation collects and keeps track of your loan payments to ensure that they are properly applied to your account and distributed to the lenders and investors who own your loan.

ResCap recently announced that it and its subsidiaries, including GMAC Mortgage, are restructuring under Chapter 11. This action does not change your obligations under your loan agreement. As such, you should continue to make your scheduled loan payments on time and in full to the address listed on your monthly account statement.

In the coming weeks, you will receive a Notice of Chapter 11 Bankruptcy Cases, Meeting of Creditors, and Deadlines in the mail. No action is required on your part, related to this restructuring.

If you have any questions, please feel free to contact the toll-free Homeowner Hotline at 888-926-3479 between 8 a.m. and 5 p.m. EST, or refer to http://www.kccllc.net/rescap for additional information regarding ResCap's Chapter 11 reorganization.

Sincerely,

Thomas Marano
Chief Executive Officer
Residential Capital, LLC

GMAC Mortgage, LLC
1100 Virginia Drive
Fort Washington, PA 19034

# MIC

## MORTGAGE INVESTORS CORPORATION

*Mortgage Bankers Since 1938*

June 7, 2012

MORTGAGE INVESTORS CORPORATION
Loan Servicing Center
PO Box 205
Waterloo, IA 50704-0205
Toll Free: (877) 569-4673
Direct: (319) 236-5161

www.mortgageinvestors.com

Oskar A Johanson
105 Rivergate Place
Lodi CA 95240

RE:    Account Number       0708162729
       Property Address     105 Rivergate Place
                            Lodi CA 95240

Dear Oskar A Johanson:

This letter is in response to your additional principal payment inquiry, dated May 14, 2012, regarding the above-referenced account received in our office on May 21, 2012.

Our records indicate we received your August 1, 2012 payment in the amount of $1,500.00 on June 5, 2012. The current balance of your account is $122,595.89 and your next payment is due September 1, 2012 for $756.39.

As requested, we will draft $743.61 additional principal each month in addition to your payment. The amount will continue to be drafted with each deduction unless you contact us to discontinue or change the amount. Mortgage Investors Corporation will have no liability should your financial institution refuse to accept the ACH debit or for the quality of services provided by your financial institution in connection with this service.

If you have any further questions, please contact Customer Care at 1-877-569-4673 between the hours of 7:00 am to 8:00 pm CT Monday through Friday and 9:00 am to 1:00 pm CT on Saturday.

Customer Care,
Loan Servicing

TG

| UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF NEW YORK | Chapter 11 Case No: 12-12020 (MG) |
|---|---|
| In re Residential Capital, LLC, et al., Debtors. | (Jointly Administered) |

## NOTICE OF CHAPTER 11 BANKRUPTCY CASES, MEETING OF CREDITORS, AND DEADLINES

Chapter 11 bankruptcy cases concerning the Debtors listed below were filed on May 14, 2012. You may be a creditor of one of the Debtors. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed with the Bankruptcy Court, including lists of the Debtors' properties and debts, are available for inspection at the office of the Clerk of the Bankruptcy Court and the Bankruptcy Court's website, www.nysb.uscourts.gov or by accessing the website maintained by the Debtors' claims and noticing agent, www.kccllc.net/rescap. Note that a PACER password is needed to access documents on the Bankruptcy Court's website (a PACER password may be obtained by accessing the PACER website, http://pacer.psc.uscourts.gov).
NOTE: The staff members of the office of the Clerk of the Bankruptcy Court and the Office of the United States Trustee cannot give legal advice.

If you have any questions regarding this notice, please call the ResCap Homeowner Hotline at (888) 926-3479. You may also submit an inquiry online at www.kccllc.net/rescap.

| Name of Debtor | Case Number | Tax Identification Number |
|---|---|---|
| Residential Funding Company, LLC | 12-12019 (MG) | 93-0891336 |
| Residential Capital, LLC | 12-12020 (MG) | 20-1770738 |
| ditech, LLC | 12-12021 (MG) | 23-2887228 |
| DOA Holding Properties, LLC | 12-12022 (MG) | 26-1424257 |
| DOA Properties IX (Lots-Other), LLC | 12-12023 (MG) | 26-2783274 |
| EPRE LLC | 12-12024 (MG) | 26-2747974 |
| Equity Investment I, LLC | 12-12025 (MG) | 02-0632797 |
| ETS of Virginia, Inc. | 12-12026 (MG) | 26-4051445 |
| ETS of Washington, Inc. | 12-12027 (MG) | 45-2910665 |
| Executive Trustee Services, LLC | 12-12028 (MG) | 23-2778943 |
| GMAC-RFC Holding Company, LLC | 12-12029 (MG) | 23-2593763 |
| GMAC Model Home Finance I, LLC | 12-12030 (MG) | 26-2748469 |
| GMAC Mortgage USA Corporation | 12-12031 (MG) | 20-4796930 |
| GMAC Mortgage, LLC | 12-12032 (MG) | 23-1694840 |
| GMAC Residential Holding Company, LLC | 12-12033 (MG) | 91-1902190 |
| GMACRH Settlement Services, LLC | 12-12034 (MG) | 23-3036156 |
| GMACM Borrower LLC | 12-12035 (MG) | 45-5064887 |
| GMACM REO LLC | 12-12036 (MG) | 45-5222043 |
| GMACR Mortgage Products, LLC | 12-12037 (MG) | 03-0536369 |
| HFN REO Sub II, LLC | 12-12038 (MG) | None |
| Home Connects Lending Services, LLC | 12-12039 (MG) | 25-1849412 |
| Homecomings Financial Real Estate Holdings, LLC | 12-12040 (MG) | 26-2736869 |
| Homecomings Financial, LLC | 12-12042 (MG) | 51-0369458 |
| Ladue Associates, Inc. | 12-12043 (MG) | 23-1893048 |
| Passive Asset Transaction, LLC | 12-12044 (MG) | 51-0404130 |
| PATI A, LLC | 12-12045 (MG) | 26-3722729 |
| PATI B, LLC | 12-12046 (MG) | 26-3722937 |
| PATI Real Estate Holdings, LLC | 12-12047 (MG) | 27-0515201 |
| RAHI A, LLC | 12-12048 (MG) | 26-3723321 |
| RAHI B, LLC | 12-12049 (MG) | 26-3723553 |
| RAHI Real Estate Holdings, LLC | 12-12050 (MG) | 27-0515287 |
| RCSFJV2004, LLC | 12-12051 (MG) | 20-3802722 |
| Residential Accredit Loans, Inc. | 12-12052 (MG) | 51-0368240 |
| Residential Asset Mortgage Products, Inc. | 12-12053 (MG) | 41-1955181 |
| Residential Asset Securities Corporation | 12-12054 (MG) | 51-0362653 |
| Residential Consumer Services of Alabama, LLC | 12-12055 (MG) | 63-1105449 |
| Residential Consumer Services of Ohio, LLC | 12-12056 (MG) | 34-1754796 |
| Residential Consumer Services of Texas, LLC | 12-12057 (MG) | 75-25010515 |
| Residential Consumer Services, LLC | 12-12058 (MG) | 20-4812167 |

HOMEOWNER

| | | |
|---|---|---|
| | | 41-1674247 |
| Residential Funding Mortgage Exchange, LLC | 12-12059 (MG) | 75-2006294 |
| Residential Funding Mortgage Securities I, Inc. | 12-12060 (MG) | 41-1808858 |
| Residential Funding Mortgage Securities II, Inc. | 12-12061 (MG) | 26-2736505 |
| Residential Funding Real Estate Holdings, LLC | 12-12062 (MG) | 26-2737180 |
| Residential Mortgage Real Estate Holdings, LLC | 12-12063 (MG) | 26-1960289 |
| RFC-GSAP Servicer Advance, LLC | 12-12064 (MG) | 41-1984034 |
| RFC Asset Holdings II, LLC | 12-12065 (MG) | 06-1664678 |
| RFC Asset Management, LLC | 12-12066 (MG) | 45-5065558 |
| RFC Borrower LLC | 12-12068 (MG) | 41-1925730 |
| RFC Construction Funding, LLC | 12-12069 (MG) | 45-5222407 |
| RFC REO LLC | 12-12070 (MG) | 06-1664670 |
| RFC SFJV-2002, LLC | 12-12071 (MG) | |

| | |
|---|---|
| Proposed Attorneys for Debtors<br>Larren M. Nashelsky<br>Gary S. Lee<br>Lorenzo Marinuzzi<br>MORRISON & FOERSTER LLP<br>1290 Avenue of the Americas<br>New York, New York 10104<br>Telephone: (212) 468-8000<br>Facsimile: (212) 468-7900 | **DATE, TIME, AND LOCATION OF MEETING OF CREDITORS PURSUANT TO BANKRUPTCY CODE SECTION 341(a)**<br>June 25, 2012 at 1:00 p.m. (ET)<br>80 Broad Street, Fourth Floor<br>New York, New York 10004 |

**DEADLINE TO FILE A PROOF OF CLAIM** None at this time. When the Bankruptcy Court sets a claims deadline, you will be notified and provided a proof of claim form by mail.

**DEADLINE TO FILE A COMPLAINT TO DETERMINE DISCHARGEABILITY OF CERTAIN DEBTS**
None at this time.

THE FILING OF THE BANKRUPTCY CASE AUTOMATICALLY STAYS CERTAIN COLLECTION AND OTHER ACTIONS AGAINST THE DEBTORS AND THE DEBTORS' PROPERTY. UNDER CERTAIN CIRCUMSTANCES, THE STAY MAY BE LIMITED TO 30 DAYS OR NOT EXIST AT ALL, ALTHOUGH THE DEBTORS CAN REQUEST THE BANKRUPTCY COURT TO EXTEND OR IMPOSE A STAY. IF YOU ATTEMPT TO COLLECT A DEBT OR TAKE OTHER ACTION IN VIOLATION OF THE BANKRUPTCY CODE, YOU MAY BE PENALIZED. COMMON EXAMPLES OF PROHIBITED ACTIONS BY CREDITORS ARE CONTACTING THE DEBTORS TO DEMAND REPAYMENT, TAKING ACTION AGAINST THE DEBTORS TO COLLECT MONEY OWED TO CREDITORS OR TO TAKE PROPERTY OF THE DEBTORS, AND STARTING OR CONTINUING COLLECTION ACTIONS, FORECLOSURE ACTIONS, OR REPOSSESSIONS. CONSULT A LAWYER TO DETERMINE YOUR RIGHTS IN THIS CASE.

| | |
|---|---|
| Address of the Clerk of the Bankruptcy Court<br>Clerk of the United States Bankruptcy Court, One Bowling Green, New York, New York 10004 | For the Bankruptcy Court: Vito Genna Clerk of the Court, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004. |
| Hours Open: 8:30 a.m. – 5:00 p.m. | Date: May 24, 2012 |
| Filing of Chapter 11 Bankruptcy Case | A bankruptcy case under chapter 11 of the Bankruptcy Code (title 11, United States Code) has been filed in this Bankruptcy Court by each of the Debtors named above, and an order for relief has been entered. Chapter 11 allows a debtor to reorganize or liquidate pursuant to a plan. A plan is not effective unless confirmed by the Bankruptcy Court. You may be sent a copy of the plan and disclosure statement telling you about the plan, and you might have an opportunity to vote on the plan. You will be sent a notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the Debtors will remain in possession of the Debtors' property and may continue to operate their business. |
| Legal Advice | Staff of the office of the Clerk of the Bankruptcy Court cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not | Prohibited collection actions are listed in Bankruptcy Code § 362. Common examples of prohibited actions include contacting the Debtors by telephone, mail, or otherwise to demand |

2

HOMEOWNER