

*Willie L. Boykin*
*250 Sterling Ridge Dr.*
*Atoka, TN 38004*

Phone(901) 837-4299
Fax (901) 837-4299

June 13, 2012

Bankruptcy Court
Vito Genna clerk
of the Court, United States
Bankruptcy Court for the
Southern District of New, York
One Bowling Green
New York, New York 10004

Ref: Case no: 12-12026(mg)
. Residential Capital LLC
. Jointly Administered

Subject: 100% U S Retired Disabled Veteran request Deadline extended to file a
. complaint due to my Medical status. I am constantly in and out
. the V A . Hospital for certain Medical conditions are being closely
. Observed Triple by pass, Stint, Heart Disease

I am respectfully requesting that an 30 days extension be granted to allow
me sufficient time to seek legal advice, or, hire an Attorney

My Mortgage is financed with MIC: Mortgage Investors Corporation 3451
Hammond Ave P. O. Box 205 Waterloo, IA 50704- 0205 1-800-569-4673

My ability to get around is very slim. So it will take time to seek out a
Lawyer. Thank You.

Sincerely,
Willie L. Boykin

RECEIVED
JUN 18 2012
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK