June 8, 2012

Residential Capital, LLC
GMAC Reps.
(ResCap) 1/888/926/3479
Chapter 11 Case No 12-12020 (MG)

RECEIVED JUN 14 2012 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK

Several months ago we applied for the "HAMP" or whatever loan modification program that was available and was denied. We applied again a few months ago and the application is being reviewed. We refinanced our mortgage a few years ago and later found out that our mortgage was sold to GMAC... Prime mortgage in Greenville SC has closed since. We paid more than what was required for the closing cost because it wasn't monies out of our pockets and was never Refunded for their GREED practices. We recently received a notice that GMAC was also filing for chapter 11 protection... GREED, GREED. We don't understand how large corporation can restructure their debts but fail to offer home owner relief through the Loan

modification program. We've never missed a payment and is never more than a week pass the grace period. I was employed at the time we applied for our Re-Finance and now only receiving "SSDI" with a loss of 1,000 a month in income. This information has been relayed to GMAC but only fall on death ears. We would like to know our options concerning this matter

Thank you
Patrea S Pring
Patricia S. Pringle
(864) 269-5265
jewpringle1364@att.net
(864) 906-5304 alternative
loan # 0602477440
property location 104 Freestone St
Greenville SC 29605

This is our primary and only residence