Paul N. Papas II
4727 E Bell Rd.
Ste 45-350
Phoenix, AZ 85032
602-493-2016

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RESIDENTIAL CAPITAL, LLC<br>a/k/a RESIDENTIAL CAPITAL CORPORATION<br>1177 Avenue of the Americas<br>New York, New York 10036<br>Debtor | Chapter 11<br>Case No. 12-12020-mg<br>Joint Administration Pending |

ADDITIONAL OBJECTION AND OPPOSTION TO INTERIM REQUESTS IN THE
ABOVE MATTER

Paul N. Papas II, pro se, is a claimant in the above matter presents his additional objections and opposition to the ResCap requests pending before this Court as follows:

1. This Claimant objects and opposes ResCap being permitted to conduct "business as usual" which they request this Court to allow. It was there "business as usual" that brought them to file for protection of the Bankruptcy Court under Chapter 11. The simple premise is if you always do what you always did then you will always get what you always got.

2. This Claimant objects and opposes Ally Bank being permitted to take over servicing of the Mortgages from ResCap. As the attached and incorporated EXHIBIT One from GMAC's own website shows it Ally Bank and ResCap are part of the same company which means there would be no change in the serving except for the letterhead. GMAC Bank became Ally Bank in 2010.

RECEIVED
JUN 14 2012
U.S. BANKRUPTCY COURT
S.D. OF N.Y.

3. This Claimant objects and opposes any dollar figure established for what ResCap is claiming for assets. Without waiving any claims that this Claimant has filed in various Courts against all property and assets of GMAC which he backed with many recorded Lis Pendens because the actual Mortgages that GMAC claims to hold title has yet to be proven. Many of the assignments from MERS to GMAC have proven to be invalid because the person who made those signed those documents for and behalf of MERS did not possess the legal authority to sign the MERS documents. The evidence to support this statement is part of the Congressional Record of December 2, 2010. The Debtor has not been able to overcome the facts presented at the Congressional Hearing in various state courts and has not produced any contrary evidence in the state courts. This means that many of Mortgages ResCap/GMAC claim to hold they in fact do not. This claimant has copies of the testimony presented to the Congressional Hearing and offers to provide a copy to this Court. In order for this Court to have an accurate accounting of the Debtor's assets this issue must first be resolved.

4. This Claimant offers to sit on the Creditors Committee as his professional Real Estate experience began in 1970. He is a trained investigator and has legal training. He would be an asset to this Court in administering this case. This Claimant also has a vested interest in the outcome of this case.

Dated June 9, 2012

/S/ PAUL N. PAPAS II
_____
Paul N. Papas II

Certificate Of Service

I have served a copy of this upon; United States Trustee, Tracey Hope Davis, 33 Whitehall Street, 21st Floor, NY, NY 10004; Attorney Larren M. Nashelsky, MORRISON & FOERSTER, LLP, 1290 Avenue of the Americas, NY, NY, 10104 and Attorney Wendy Allison Nova, 210 Second Street NE, Minneapolis, MN 55413. by email and/or by Regular Mail.

Dated June 9, 2012

/S/ PAUL N. PAPAS II
_____
Paul N. Papas II

10/6/2010    Print

F
To: realfundingsolutions@yahoo.com;
Date: Tue, October 5, 2010 9:34:05 PM
Cc:
Subject: History of GMAC

EXIHIBIT One

# GMAC Mortgage

Skip navigation

Log On | Site Map | Contact Us

SEARCH

Home   Purchase   Refinance   Check Rates   Contact us   Calculators   Resource Center   My Account

About Us
Company Information
Privacy & SSN Policies
Disclosures
Licensing

**History**

GMAC Mortgage came into existence in 1985 when it acquired the mortgage loan operations of the Colonial Mortgage Service companies and the servicing arm of the former Norwest Mortgage, Inc.

**1985:** GMAC acquires Colonial Mortgage Service Company as well as the loan administration and servicing portfolio of Norwest Mortgage and becomes GMAC Mortgage.

**1990:** GMAC Mortgage acquires Residential Funding Corporation

**1998:** Purchased 1st mortgage servicing rights from Wells Fargo

**1998:** GMAC Mortgage announces formation of GMAC Home Services and acquisition of Better Homes and Gardens? Real Estate Service

**1998:** Purchased 400,000 conforming loans from Capstead making it the largest servicing-only acquisition in the company's history.

**1999:** Acquired primarily all the assets of DiTech Funding Corp. (now known as ditech.com, LLC) to increase the company's e-commerce presence on the Internet.

**2000:** GMAC Residential was given conditional approval to form GMAC Bank.

**2003:** GMAC Mortgage announces the formation of CalDirect, the premiere mortgage lender for California homeowners.

**2004:** GMAC Mortgage converts servicing to single platform (DSU), acquires Pacific Republic Mortgage to grow business in the West, and achieves second best earnings ever with $262 million and $89 billion in lending production.

**2005:** GMAC Residential celebrates its 20th year with GMAC. GMAC also announced the official launch and initial funding of our new parent holding company, Residential Capital, or ResCap, a global real estate finance business created from the combined strength and experience of GMAC Residential and GMAC-RFC.

**2006:** GMAC Residential and GMAC-RFC continue the integration process and form the Residential Finance Group (RFG) under GMAC ResCap.

**2007:** The home offices of GMAC Mortgage and GMAC Bank relocate from its Horsham, Pa. headquarters to a brand new GMAC facility in Fort Washington, PA.

**2009:** GMAC Bank becomes Ally Bank

**2010:** GMAC Inc. is rebranded to Ally Financial Inc.