George A. Zelcs
Korein Tillery, LLC
205 North Michigan Avenue, Suite 1950
Chicago, IL 60601
(312) 641-9750

*Counsel to National Credit Union
Administration Board, as Liquidating
Agent of U.S. Central Federal Credit
Union, Western Corporate Federal
Credit Union, Members United
Corporate Federal Credit Union,
Southwest Corporate Federal Credit
 Union and Constitution Corporate
 Federal Credit Union*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
IN RE:                                                                                    Chapter 11

                                                                                              Case No. 12-12020 (MG)
Residential Capital, LLC, et. al.,
                                                                                              Jointly Administered
                                                     Debtors.
-------------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, George A. Zelcs, request admission, *pro hac vice*, before the Honorable Martin

Glenn, to represent National Credit Union Administration Board, as Liquidating Agent of U.S.

Central Federal Credit Union, Western Corporate Federal Credit Union, Members United

Corporate Federal Credit Union, Southwest Corporate Federal Credit Union and Constitution

Corporate Federal Credit Union in the above referenced case.

I certify that I am a member in good-standing of the bar in the State of Illinois.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: Chicago, Illinois
June 20, 2012

Respectfully submitted,

/s/ George A. Zelcs
George A. Zelcs
Korein Tillery, LLC
205 North Michigan Avenue, Suite 1950
Chicago, IL 60601
Phone: (312) 641-9750
Fax: (312) 641-9751
Email: gzelcs@koreintillery.com

# CERTIFICATE OF GOOD STANDING



*United States of America*

}ss. George A. Zelcs

*Northern District of Illinois*

I, Thomas G. Bruton, Clerk of the United States District Court for the Northern District of Illinois,

DO HEREBY CERTIFY That George A. Zelcs was duly admitted to practice in said Court on (06/19/1979) and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on (05/22/2012)

Thomas G. Bruton, Clerk,
By: Jannette Nunez
Deputy Clerk