UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In re:

RESIDENTIAL CAPITAL, LLC, *et al.*,[1]

           Debtors.

------------------------------------------------------------x

FILED
U.S. BANKRUPTCY COURT
2012 JUN 20 P 1:37

Case No. 12-12020 (MG)

Chapter 11

(Jointly Administered)

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Nelson C. Cohen, request admission, *pro hac vice*, before the Honorable Martin Glenn, to represent National Credit Union Administration Board, as Liquidating Agent of U.S. Central Federal Credit Union, Western Corporate Federal Credit Union, Members United Corporate Federal Credit Union, Southwest Corporate Federal Credit Union and Constitution Corporate Federal Credit Union in the above referenced case.

I certify that I am a member in good standing of the bar of the District of Columbia and the State of Maryland, and I am admitted to practice in the United States Bankruptcy Court for

---

[1] The Debtors are: Ditech, LLC; DOA Holding Properties, LLC; DOA Holdings NoteCo, LLC; DOA Properties IX (Lots-Other), LLC; EPRE LLC; Equity Investment I, LLC; ETS of Virginia, Inc.; ETS of Washington, Inc.; Executive Trustee Services, LLC; GMAC Model Home Finance I, LLC; GMAC Mortgage USA Corporation ; GMAC Mortgage, LLC; GMAC Residential Holding Company, LLC GMACM Borrower LLC; GMACR Mortgage Products , LLC; GMAC-RFC Holding Company, LLC; GMACRH Settlement Services, LLC; HFN REO SUB II, LLC; Home Connects Lending Services, LLC; Homecoming s Financial, LLC; Homecomings Financial real Estate Holdings, LLC; Ladue Associates, Inc.; Passive Asset Transactions, LLC; PATI A, LLC; PATI B, LLC; PATI Real Estate Holdings, LLC; RAHI A, LLC; RAHI B, LLC; RAHI real Estate Holdings. LLC; RCSFJV2004, LLC; Residential Accredit Loans, Inc; residential Asset Mortgage Products, Inc.; Residential Asset Securities Corporation; Residential Capital, LLC; Residential Consumer Services of Alabama, LLC; Residential Consumer Services of Ohio, LLC; Residential Consumer Services of Texas, LLC; Residential Consumer Services, LLC; Residential Funding Company, LLC; Residential Funding Mortgage Exchange, LLC; Residential Funding Mortgage Securities I, Inc.; Residential Funding Mortgage Securities II, Inc.; Residential Funding Real Estate Holdings, LLC; Residential Mortgage Real Estate Holdings, LLC; RFC Asset Holdings II, LLC; RFC Asset Management, LLC; RFC Borrower LLC; RFC Construction Funding, LLC; RFC SFJV-2002, LLC; and RFC-GSAP Servicer Advance, LLC.

the District of Columbia, United States Bankruptcy Court for the District of Maryland, United States District Court for the District of Maryland, United States Court of Appeals for the District of Columbia Circuit, United States Court of Appeals for the Fourth Circuit, District of Columbia Court of Appeals and the Court of Appeals of Maryland. I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: Washington, D.C.
       June 20, 2012

Respectfully submitted,

Nelson C. Cohen
Zuckerman Spaeder LLP
1800 M Street, N.W., Suite 1000
Washington, D.C. 20036
Tel: (202) 778-1800
Fax: (202) 822-8106
E-mail: ncohen@zuckerman.com

*Counsel to National Credit Union Administration Board, as Liquidating Agent of U.S. Central Federal Credit Union, Western Corporate Federal Credit Union, Members United Corporate Federal Credit Union, Southwest Corporate Federal Credit Union and Constitution Corporate Federal Credit Union*