EHUD GERSTEN, SBN 236159
Gersten Law Group
3115 Fourth Avenue
San Diego, CA 92103
Telephone: 619-600-0098
egersten@gerstenlaw.com

Attorney for Claimant
FRANCINE SILVER

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

| In Re: | Case No. 12-12020 (MG) |
|---|---|
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11<br>Jointly Administered |
| Debtor, | MOTION FOR ADMISSION TO PRACTICE, PRO HAC VICE |

I, Ehud Gersten, request admission, pro hac vice, before the Honorable Martin Glenn, to represent Francine Silver, a claimant against debtor GMAC, LLC, in the above-referenced cases.

I certify that I am a member in good standing of the California State Bar and am admitted to practice in the United States district courts for the Southern, Central, and Northern Districts of California; and the United States Supreme Court.

Dated: June 20, 2012
in San Diego California                    /s/Ehud Gersten

                                                            EHUD GERSTEN
                                                            Attorney for Claimant Francine Silver