EHUD GERSTEN, SBN 236159
Gersten Law Group
3115 Fourth Avenue
San Diego, CA  92103
Telephone: 619-600-0098
egersten@gerstenlaw.com

Attorney for Claimant
FRANCINE SILVER

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11<br>Jointly Administered |
| Debtor, | ORDER GRANTING ADMISSION TO PRACTICE, PRO HAC VICE |

Upon the motion of Ehud Gersten to be admitted, pro hac vice, to represent Francine Silver, a claimant against debtor GMAC, LLC, in the above-referenced cases and in an associated adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the California State Bar and is admitted to practice in the United States District Courts for the Southern, Central, and Northern Districts of California, and the United States Supreme Court, it is

**ORDERED**, that Ehud Gersten is admitted to practice, pro hac vice, in the above-referenced case, to represent Francine Silver in the United States Bankruptcy Court for the Southern District of New York, providing that the filing fee has been paid.

1  Dated: June __, 2012
2
3                                            _____
4                                            MARTIN GLENN
                                             United States Bankruptcy Judge
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28