**Initial Case Conference Date: June 25, 2012 at 11:00 a.m. (ET)**

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Gary S. Lee
Anthony Princi
Jamie A. Levitt

*Proposed Counsel for the Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) ) | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | ) ) ) | Chapter 11 |
| Debtors. | ) ) | Jointly Administered |

**NOTICE OF INITIAL CASE CONFERENCE REGARDING (I) DEBTORS'
MOTION FOR ENTRY OF AN ORDER UNDER BANKRUPTCY RULE 6006
AUTHORIZING THE DEBTORS TO ASSUME PLAN SUPPORT AGREEMENTS
WITH STEERING COMMITTEE CONSENTING CLAIMANTS, (II) DEBTORS'
MOTION FOR ENTRY OF AN ORDER UNDER BANKRUPTCY CODE SECTION
365 AND BANKRUPTCY RULE 6006 AUTHORIZING THE DEBTORS TO ASSUME
PLAN SUPPORT AGREEMENTS WITH TALCOTT FRANKLIN CONSENTING
CLAIMANTS, AND (III) DEBTORS' MOTION PURSUANT TO FED. R. BANKR. P.
9019 FOR APPROVAL OF RMBS TRUST SETTLEMENT AGREEMENTS**

**PLEASE TAKE NOTICE** that the Court will hold an initial conference regarding the (i)

*Debtors' Motion for Entry of an Order Under Bankruptcy Rule 6006 Authorizing the Debtors to*

*Assume Plan Support Agreements with Steering Committee Consenting Claimants* [Docket No.

318], (ii) *Debtors' Motion for Entry of an Order Under Bankruptcy Code Section 365 and*

*Bankruptcy Rule 6006 Authorizing the Debtors to Assume Plan Support Agreements with Talcott*

*Franklin Consenting Claimants* [Docket No. 319], and (iii) *Debtors' Motion Pursuant to Fed. R.*

ny-1046423

*Bankr. P. 9019 for Approval of RMBS Trust Settlement Agreements* [Docket No. 320] (collectively, the "Motions") on **June 25, 2012 at 11:00 a.m. (prevailing Eastern Time)** before the Honorable Martin Glenn, at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004-1408, Room 501.  The Motions will be heard on **July 24, 2012 at 10:00 a.m. (prevailing Eastern Time)** and objections to the Motions are due by **July 13, 2012 at 4:00 p.m. (prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE THAT** copies of the Motions may be obtained at no charge by visiting the Debtors' restructuring website at http://www.kccllc.net/rescap or for a fee via PACER at http://www.nysb.uscourts.gov.

Dated: June 20, 2012
New York, New York

/s/ Gary S. Lee
Gary S. Lee
Anthony Princi
Jamie A. Levitt
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Proposed Counsel for the Debtors and Debtors in Possession*

2

ny-1046423