**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| In re: | Chapter 11 |
| RESIDENTIAL CAPITAL, LLC, *et al.*, | Case Nos. 12-12020-mg |
| | Jointly Administered |
| Debtors. | |

---

## ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE*

Upon the motion of Michael D. Warner, to be admitted, *pro hac vice*, to represent HP Enterprise Services, LLC, (the "Client") a Creditor in the above references case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Texas and, if applicable, the bar of the U.S. District Court for the Northern District of Texas, it is hereby

**ORDERED,** that Michael D. Warner, Esq., is admitted to practice, *pro hac vice,* in the above referenced case to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: **June 20, 2012**            _____/s/Martin Glenn_____
          Manhattan, New York                 United States Bankruptcy Judge