UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------x

IN RE:                                                   Chapter 11

                                                         Case No. 12-12020 (MG)

Residential Capital, LLC, et. al.,

                                                         Jointly Administered

                                    Debtors.
--------------------------------------------------------------------x

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of George A. Zelcs, to be admitted, **pro hac vice**, to represent National

Credit Union Administration Board, as Liquidating Agent of U.S. Central Federal Credit Union,

Western Corporate Federal Credit Union, Members United Corporate Federal Credit Union,

Southwest Corporate Federal Credit Union and Constitution Corporate Federal Credit Union ,

(the "Client") in its capacity as trustee, indenture trustee or master servicer of certain RMBS

trusts in the above-referenced case, and upon the movant's certification that the movant is a

member in good standing in the bar in the State of Illinois, it is hereby

ORDERED, that George A Zelcs is admitted to practice, *pro hac vice*, in the above

referenced cases to represent the Client, in the United States Bankruptcy Court for the Southern

District of New York, provided that the filing fee has been paid.

Dated: New York, New York
       **June 21, 2012**

                              _____/s/Martin Glenn_____
                              THE HONORABLE MARTIN GLENN
                              UNITED STATES BANKRUPTCY JUDGE