UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------------x
: Case No. 12-12020 (MG)
In re: :
: Chapter 11
RESIDENTIAL CAPITAL, LLC, *et al.*,[1] :
: (Jointly Administered)
Debtors. :
:
----------------------------------------------------------------------------x

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Nelson C. Cohen, to be admitted, ***pro hac vice***, to represent National Credit Union Administration Board, as Liquidating Agent of U.S. Central Federal Credit Union, Western Corporate Federal Credit Union, Members United Corporate Federal Credit Union, Southwest Corporate Federal Credit Union and Constitution Corporate Federal Credit Union , (the "Client") in its capacity as trustee, indenture trustee or master servicer of certain RMBS trusts in the above-referenced case, and upon the movant's certification that the movant is a member in good standing of the bar of the District of Columbia and the State of Maryland, and I am admitted to practice in the United States Bankruptcy Court for the District of Columbia,

---

[1] The Debtors are: Ditech, LLC; DOA Holding Properties, LLC; DOA Holdings NoteCo, LLC; DOA Properties IX (Lots-Other), LLC; EPRE LLC; Equity Investment I, LLC; ETS of Virginia, Inc.; ETS of Washington, Inc.; Executive Trustee Services, LLC; GMAC Model Home Finance I, LLC; GMAC Mortgage USA Corporation ; GMAC Mortgage, LLC; GMAC Residential Holding Company, LLC GMACM Borrower LLC; GMACR Mortgage Products , LLC; GMAC-RFC Holding Company, LLC; GMACRH Settlement Services, LLC; HFN REO SUB II, LLC; Home Connects Lending Services, LLC; Homecoming s Financial, LLC; Homecomings Financial real Estate Holdings, LLC; Ladue Associates, Inc.; Passive Asset Transactions, LLC; PATI A, LLC; PATI B, LLC; PATI Real Estate Holdings, LLC; RAHI A, LLC; RAHI B, LLC; RAHI real Estate Holdings. LLC; RCSFJV2004, LLC; Residential Accredit Loans, Inc; residential Asset Mortgage Products, Inc.; Residential Asset Securities Corporation; Residential Capital, LLC; Residential Consumer Services of Alabama, LLC; Residential Consumer Services of Ohio, LLC; Residential Consumer Services of Texas, LLC; Residential Consumer Services, LLC; Residential Funding Company, LLC; Residential Funding Mortgage Exchange, LLC; Residential Funding Mortgage Securities I, Inc.; Residential Funding Mortgage Securities II, Inc.; Residential Funding Real Estate Holdings, LLC; Residential Mortgage Real Estate Holdings, LLC; RFC Asset Holdings II, LLC; RFC Asset Management, LLC; RFC Borrower LLC; RFC Construction Funding, LLC; RFC SFJV-2002, LLC; and RFC-GSAP Servicer Advance, LLC.

United States Bankruptcy Court for the District of Maryland, United States District Court for the District of Maryland, United States Court of Appeals for the District of Columbia Circuit, United States Court of Appeals for the Fourth Circuit, District of Columbia Court of Appeals and the Court of Appeals of Maryland it is hereby

ORDERED, that Nelson C. Cohen is admitted to practice, *pro hac vice*, in the above referenced cases to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: New York, New York
**June 21, 2012**

                                              **/s/Martin Glenn**
                                       THE HONORABLE MARTIN GLENN
                                       UNITED STATES BANKRUPTCY JUDGE

2