UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re

Residential Capital, LLC *et al.*,               Chapter 11
                                                 Case No. 12-12020 (MG)

                         Debtors.      Administratively Consolidated

-----------------------------------------------------------X

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Gary Riebschlager to be admitted, *pro hac vice*, to represent the interests of Amelia Colvin, an individual, in the above-captioned chapter 11 case, and upon movant's certification that movant is a member in good standing of all courts of the State of Texas; the United States District Court for the Central District of Illinois; and the United States District Court for the Southern District of Texas, it is hereby

**ORDERED**, that Gary Riebschlager is admitted to practice, *pro hac vice*, in the above captioned cases, in the United States Bankruptcy Court for the Southern District of New York.

Dated: 6/21/12

                                            /s/Martin Glenn
                                            UNITED STATES BANKRUPTCY JUDGE

{00002903v1}