# EXHIBIT 1

| Collateral Type | Deal Count | Original Notional | Realized Loss | Average $Loss Per Trust | Average %Loss on Original Notional |
|---|---|---|---|---|---|
| Prime | 87 | $37,740,095,456 | $1,644,113,802 | $18,897,860 | 4.4% |
| Fixed Rate Alt-A | 97 | $47,578,026,003 | $5,418,329,398 | $55,859,066 | 11.4% |
| Subprime | 117 | $83,059,181,085 | $12,893,578,094 | $110,201,522 | 15.5% |
| Alt-A POA | 30 | $20,596,748,234 | $4,588,883,566 | $152,962,786 | 22.3% |
| Second Lien | 25 | $10,526,730,943 | $2,587,331,225 | $103,493,249 | 24.6% |
| All | 356 | $199,500,781,721 | $27,132,236,086 | $76,214,146 | 13.6% |



