Armen Shaghzo, Esq., CA Bar No. 178802 (*pro hac vice* pending)
**SHAGHZO & SHAGHZO LAW FIRM, APC**
100 W. Broadway, Suite 540
Glendale, CA 91210
(818) 241-8887 Telephone
(818) 241-0035 Facsimile

Attorneys for HEDEYA HAROUTUNIAN

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Case No.: 12-12020 (MG) |
| | ) |
| Residential Capital, LLC, et al. | ) Chapter 11 |
| | ) |
| Debtor | ) Joint Administration Pending |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Armen Shaghzo, request admission, *pro hac vice*, before the Honorable Martin Glenn, to represent Hedeya Haroutunian, Plaintiff in the matter of *Haroutunian v. GMAC Mortgage, LLC,* Case No. B237722 currently pending in the Court of Appeal for the State of California, Second Appellate District, in the above-referenced case for the purpose of filing a Request for Relief from Stay.

I certify that I am a member in good standing of the bar in the State of California and, if applicable, the bar of the U.S. District Court for the Central and Northern District of California.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: June 19, 2012
Glendale, California

_____
Armen Shaghzo, Esq.

Mailing Address:
SHAGHZO & SHAGHZO LAW FIRM, APC
100 W. Broadway, Suite 540
Glendale, CA 91210
Email: as@shaghzolaw.com
Telephone: (818) 241-8887
Facsimile: (818) 241-0035