**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In Re:<br><br>Residential Capital, LLC, et al.<br>Debtors. | Chapter 11<br><br>Case No. 12-12020 (MG) |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**:

PLEASE TAKE NOTICE that Christopher Green represents Mary Perkins White, a party in interest in the above Chapter 11 case, and pursuant to Bankruptcy Rules 2003, 9007 and 9010, Mary Perkins White respectfully requests that all notices given or required to be given in this case by the Court and/or any other party to this case, be given to the address set forth below.

DATED this 22nd day of June, 2012

*/s/ Christopher E. Green*

_____
Christopher E. Green
Law Offices of Christopher Green
Attorney At Law
Two Union Square Suite 4285
601 Union Street
Seattle, Washington 98101
(206) 686-4558, Fax: (206) 686-2558
WBSA No. 19410