Joel R. Glucksman, Esq. (JG 6443)
SCARINCI & HOLLENBECK, LLC
1100 Valley Brook Ave., P.O. Box 790
Lyndhurst, New Jersey 07071-0790
Tel.: 201-896-4100
Attorneys for the Township of Wall

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In Re:**<br><br>RESIDENTIAL CAPITAL, LLC, et al.,<br><br>**Debtors.** | **Chapter 11**<br><br>Case No.:   12-12020 (MG) |

### LIMITED NOTICE OF APPEARANCE, REQUEST FOR NOTICES AND SERVICE OF PAPERS, AND REQUEST FOR MATRIX ENTRY

TO:   THE UNITED STATES BANKRUPTCY COURT
       AND ALL INTERESTED PARTIES

**PLEASE TAKE NOTICE** that the Township of Wall ("Wall Twp.") files the instant and Limited Notice of Appearance through its attorneys, Scarinci & Hollenbeck, LLC, 1100 Valley Brook Avenue, P.O. Box 790, Lyndhurst, New Jersey 07071-0790 (attention: Joel Glucksman, Esq.), pursuant to Bankruptcy Rule 9010, and requests that all notices (including those required by Bankruptcy Rule 2002) in this case or in any related adversary proceeding be mailed to the undersigned at the address set forth below.

**PLEASE TAKE FURTHER NOTICE** that request is hereby also made for service on all of the undersigned of copies of all papers (and/or electronic filings), including but not limited to reports, pleadings, motions, applications or petitions, schedules, plans, disclosure statements, and answering or reply papers filed in the above-captioned case or in any related adversary

{00690477.DOC}

proceeding, by mailing a copy of each, unless otherwise directed by the Court, to the individual identified hereinbelow.

**PLEASE TAKE FURTHER NOTICE** that Wall Twp. requests that the following be added to the Court's Mailing Matrix and/or any master service list maintained in this case:

> Joel R. Glucksman (JG 6443)
> SCARINCI & HOLLENBECK, LLC
> 1100 Valley Brook Avenue, P.O. Box 790
> Lyndhurst, New Jersey 07071-0790
> jglucksman@scarincihollenbeck.com

**PLEASE TAKE FURTHER NOTICE** that Wall Twp. does not intend this Limited Notice of Appearance to constitute a waiver of any and all sovereign or other immunity to which Wall Twp. is and/or may be accorded and/or entitled, and Wall Twp. does not waive, expressly or impliedly, any and all claims of immunity as a result of filing this Limited Notice of Appearance. This Limited Notice of Appearance also should not be construed as an admission that Wall Twp. is a party in interest, a creditor, or otherwise holds any particular relationship with Debtors, nor should it be construed as an admission of this Court's jurisdiction over Wall Twp. Wall Twp. retains all rights in that respect, including the right to assert its sovereign immunity in any applicable matter.

**PLEASE TAKE FURTHER NOTICE** that Wall Twp. also does not intend this Limited Notice of Appearance, nor any subsequent appearance, pleading, claim, or suit, to waive any and/or all other rights to which Wall Twp. may be entitled including, but not limited to: (i) the right to have final orders in noncore matters entered only after <u>de novo</u> review by a District Court Judge; (ii) the right to trial by jury in any proceeding related to this case, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) any rights, claims, actions, defenses, setoffs, or recoupments to

which Wall Twp. is or may be entitled under agreements, in law or in equity all of which rights, claims, actions, defenses, setoffs, and recoupments are hereby expressly reserved.

                                **SCARINCI & HOLLENBECK, LLC**
                                1100 Valley Brook Avenue, P.O. Box 790
                                Lyndhurst, New Jersey 07071-0790
                                Telephone: (201) 896-4100
                                Attorneys for the Township of Wall

                                By:  **/s/  Joel R. Glucksman**
                                    JOEL R. GLUCKSMAN, ESQ.

DATED:  June 22, 2012