WHITE & CASE LLP
1155 Avenue of the Americas
New York, New York 10036-2787
Telephone: (212) 819-8200
Facsimile: (212) 354-8113

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| RESIDENTIAL CAPITAL, LLC, <u>et al.</u>, | Case No. 12-12020 (MG) |
| Debtors. | (Jointly Administered) |

**NOTICE OF FILING OF CORRECTED EXHIBIT A TO VERIFIED STATEMENT OF WHITE & CASE LLP PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019**

**PLEASE TAKE NOTICE THAT** on June 14, 2012 White & Case LLP ("**White & Case**") filed its verified statement (the "**Statement**") pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure in connection with White & Case's representation of the ad hoc group of holders of those certain 9.625% Junior Secured Guaranteed Notes due 2015 issued by debtor Residential Capital, LLC pursuant to that certain Indenture dated June 6, 2008 (ECF No. 378).

**PLEASE TAKE FURTHER NOTICE THAT** White & Case hereby submits a corrected Exhibit A to the Statement. A redline copy of the corrected exhibit is attached hereto as Exhibit B.

Dated: June 22, 2012
      New York, New York

                                         WHITE & CASE LLP

                          By: /s/ Gerard Uzzi
                              Gerard Uzzi
                              1155 Avenue of the Americas
                              New York, New York 10036-2787
                              Telephone: (212) 819-8479
                              Facsimile: (212) 354-8113

# CORRECTED EXHIBIT A

(All information provided herein is as of June 11, 2012)

| NAME | ADDRESS | NATURE AND AMOUNT OF DISCLOSABLE ECONOMIC INTEREST |
|---|---|---|
| Alliance Bernstein LP | 1345 Avenue of the Americas<br>New York, NY 10105<br>Attention: Mr. Michael Sohr | $20,733,000 of Notes<br><br>$5,000,000 of DIP TLA-1 |
| Appaloosa Management LP | 51 John F. Kennedy Pkwy<br>Short Hills, NJ 07078<br>Attention: Mr. James Bolin | $148,000,000 of Notes<br><br>$805,000 of 8.5% notes due 6/1/2012<br><br>$67,600,000 of 8.5% notes due 4/17/2013<br><br>$1,595,000 of 8.875% notes 6/30/2015 |
| Davidson Kempner Capital Management LLC | 65 East 55th Street, 20th Floor<br>New York, NY 10022<br>Attention: Ms. Sara Tirschwell | $115,467,000 of Notes |
| DO S1 Limited | c/o CQS (UK) LLP<br>5th Floor<br>33 Chester Street<br>London<br>SW1X 7BL<br>Attention: Corporate Actions | $10,205,000 of Notes |
| Loomis, Sayles & Company, L.P. | One Financial Center<br>Boston, MA 02111<br>Attention: Diana Monteith | $297,772,000 of Notes<br><br>$1,260,000 of 8.5% notes due 4/17/2013<br><br>$210,000 of 8.875% notes due 6/30/2015 |

| | | |
|---|---|---|
| | | $95,000 of 8.5% notes due 6/1/2012 $50,000 of 8.375% notes due 5/17/2013 $200,000 of 9.875% notes due 7/1/2014 |
| Marathon Asset Management, L.P. | One Bryant Park 38th Floor New York, NY 10036 Attention: Daniel Pine | $93,845,000 of Notes $6,000,000 of DIP TLA-1 $1,000,000 of DIP TLA-2 |
| P. Schoenfeld Asset Management LP | 1350 Avenue of the Americas 21st Floor New York, NY 10019 Attention: Usman Waheed | $5,000,000 of Notes $17,500,000 of DIP TLA-1 $3,000,000 of DIP TLA-2 |
| Pentwater Capital Management LP | 227 W Monroe Suite 4000 Chicago, IL 60606-5099 Attention: Mr. Arthur Kaz | $84,172,000 of Notes $10,000,000 of DIP TLA-1 $2,500,000 of DIP TLA-2 |
| Silver Point Finance, LLC | Two Greenwich Plaza Greenwich, CT 06830 Attention: Mr. Rich Parisi | $46,585,000 of Notes $15,000,000 of DIP TLA-1 |
| Taconic Capital Advisors LP | 450 Park Avenue 9th Floor New York, NY 10022 Attention: Mr. Marc Schwartz | $19,000,000 of Notes |
| Venor Capital Management LP | 7 Times Square Suite 3505 New York, NY 10036 Attention: Mr. Michael Scott | $31,000,000 of Notes |

|  |  |  |
|---|---|---|
| York Capital Management | 767 Fifth Avenue<br>17th Floor<br>New York, NY 10153<br>Attention: Ms. Jeanne Manischewitz | $47,000,000 of Notes |

# Exhibit B

# (Redline of Corrected Exhibit A)

# **CORRECTED EXHIBIT A**

(All information provided herein is as of June 11, 2012)

| NAME | ADDRESS | NATURE AND AMOUNT OF DISCLOSABLE ECONOMIC INTEREST |
|---|---|---|
| Alliance Bernstein LP | 1345 Avenue of the Americas<br>New York, NY 10105<br>Attention: Mr. Michael Sohr | $20,733,000 of Notes<br><br>$5,000,000 of DIP TLA-1 |
| Appaloosa Management LP | 51 John F. Kennedy Pkwy<br>Short Hills, NJ 07078<br>Attention: Mr. James Bolin | $148,000,000 of Notes<br><br>$805,000 of 8.5% notes due 6/1/2012<br><br>$67,600,000 of 8.5% notes due 4/17/2013<br><br>$1,595,000 of 8.875% notes 6/30/2015 |
| Davidson Kempner Capital Management LLC | 65 East 55th Street, 20th Floor<br>New York, NY 10022<br>Attention: Ms. Sara Tirschwell | $115,467,000 of Notes |
| DO S1 Limited | c/o CQS (UK) LLP<br>5th Floor<br>33 Chester Street<br>London<br>SW1X 7BL<br>Attention: ~~Tim McArdle~~Corporate Actions | $10,205,000 of Notes |
| Loomis, Sayles & Company, L.P. | One Financial Center<br>Boston, MA 02111<br>Attention: Diana Monteith | $297,772,000 of Notes<br><br>$1,260,000 of 8.5% notes due 4/17/2013<br><br>$210,000 of 8.875% notes due |

| | | |
|---|---|---|
| | | 6/30/2015 |
| | | $95,000 of 8.5% notes due 6/1/2012 |
| | | $50,000 of 8.375% notes due 5/17/2013 |
| | | $200,000 of 9.875% notes due 7/1/2014 |
| Marathon Asset Management, L.P. | One Bryant Park<br>38th Floor<br>New York, NY 10036<br>Attention: Daniel Pine | $~~93,847,000~~93,845,000 of Notes<br><br>$6,000,000 of DIP TLA-1<br><br>$1,000,000 of DIP TLA-2 |
| P. Schoenfeld Asset Management LP | 1350 Avenue of the Americas<br>21st Floor<br>New York, NY 10019<br>Attention: Usman Waheed | $5,000,000 of Notes<br><br>$17,500,000 of DIP TLA-1<br><br>$3,000,000 of DIP TLA-2 |
| Pentwater Capital Management LP | 227 W Monroe<br>Suite 4000<br>Chicago, IL 60606-5099<br>Attention: Mr. Arthur Kaz | $84,172,000 of Notes<br><br>$10,000,000 of DIP TLA-1<br><br>$2,500,000 of DIP TLA-2 |
| Silver Point Finance, LLC | Two Greenwich Plaza<br>Greenwich, CT 06830<br>Attention: Mr. Rich Parisi | $46,585,000 of Notes<br><br>$15,000,000 of DIP TLA-1 |
| Taconic Capital Advisors LP | 450 Park Avenue<br>9th Floor<br>New York, NY 10022<br>Attention: Mr. Marc Schwartz | $19,000,000 of Notes |
| Venor Capital Management LP | 7 Times Square<br>Suite 3505<br>New York, NY 10036<br>Attention: Mr. Michael Scott | $31,000,000 of Notes |

|  |  |  |
|---|---|---|
| York Capital Management | 767 Fifth Avenue<br>17th Floor<br>New York, NY 10153<br>Attention: Ms. Jeanne Manischewitz | $47,000,000 of Notes |