**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Case No.: 12-12020 (MG) |
| | ) |
| Residential Capital, LLC, et al. | ) Chapter 11 |
| | ) |
| Debtor | ) |

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Armen Shaghzo, to be admitted, *pro hac vice*, to represent Hedeya Haroutunian ("Client"), in the above-referenced case for the purpose of filing a Request for Relief from Stay, and upon the movant's certification that the movant is a member in good standing of the bar in the State of California and, if applicable, the bar of the U.S. District Court for the Central District of California, it is hereby

**ORDERED**, that Armen Shaghzo, Esq., is admitted to practice, *pro hac vice,* in the above referenced case to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: **June 25, 2012**            /s/Martin Glenn
         New York, New York    **UNITED STATES BANKRUPTCY JUDGE**