Joel R. Glucksman, Esq. (JG 6443)
**SCARINCI & HOLLENBECK, LLC**
1100 Valley Brook Ave., PO Box 790
Lyndhurst, New Jersey 07071
Tel: 201-896-4100; Fax: 201-896-8660
Attorneys for Creditors Township of Wall
and the City of Union City

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** <br><br> **RESIDENTIAL CAPITAL, et al.** <br><br> Debtors | Case No. 12-12020 (MG) <br><br> Chapter 11 |

### VERIFIED STATEMENT OF SCARINCI & HOLLENBECK, LLC
### PURSUANT TO BANKRUPTCY RULE 2019

Pursuant to Federal Rule of Bankruptcy Procedure 2019, the law firm of Scarinci and Hollenbeck, LLC ("S&H") provides this notice of its representation of more than one creditor and/or party in interest in the above captioned bankruptcy case, as set forth below:

1. In this matter, S&H represents the following creditors and/or parties in interest:

    a. Township of Wall ("Wall Twp.")
       2700 Allaire Road
       Wall, NJ 07719

    b. City of Union City ("COUC")
       3715 Palisade Avenue
       Union City, NJ 07087

2. The claims of Wall Twp. and COUC are for various municipal charges and expenses, including sewerage connection fees and real property taxes, which accrue monthly.

{00690501.DOC}

3. S&H represent Wall Twp. and COUC with regard to the enforcement of their claims in this bankruptcy matter. Prior to the filing of this case S&H represented Wall Twp. and COUC in various matters.

4. At no time has S&H owned any claim against the debtor Residential Capital, LLC, et al.

5. By this Verified Statement, S&H does not limit in any way its rights under the Bankruptcy Code, the Federal Bankruptcy Rules, and other applicable law. All of the information contained herein is intended solely to comply with Federal Rule of Bankruptcy Procedure 2019 and is not intended for any other purpose. S&H and each of the creditors and/or parties in interest that it represents reserve all of their rights, including the right to supplement or amend the information contained herein.

Dated: June 25, 2012

**SCARINCI & HOLLENBECK, LLC**
1100 Valley Brook Avenue, P.O. Box 790
Lyndhurst, New Jersey 07071-0790
Telephone: (201) 896-4100
Attorneys for creditors Township of Wall
and the City of Union City

By   /s/ Joel R. Glucksman
JOEL R. GLUCKSMAN, ESQ. (JG 6443)

## VERIFICATION

In accordance with 28 U.S.C. Sec. 1746, I Joel R. Glucksman hereby declare under penalty of perjury that I have read the foregoing Verified Statement of Scarinci & Hollenbeck pursuant to Fed.R.Bankr.P. 2019, and that it is true and correct to the best of my knowledge, information and belief.

Executed on: June 22, 2012

/s/ Joel R. Glucksman
JOEL R. GLUCKSMAN, ESQ. (JG 6443)

{00690501.DOC}2