RECEIVED
JUN 11 2012
U.S. BANKRUPTCY COURT
SO. DIST. OF NEW YORK

June 2, 2012

Enclosed notice received.  Have NO idea what this supposedly is about.

I do have a mortgage with GMAC, located at 45-656 Portoal Avenue Palm Desert, Calif. 92260.

I have paid all monthly fees directly through my Bank of Ameirca bank account located on El Paseo, in Palm Desert, CA. and as far as I am aware there has never been any reason to have anything regarding Bankruptcy sent to me.

I am a single widow, totally alone and will be leaving Calif. shortly to return back to Bloomington, IN for the spring, summer months.  I only receive mail at either of two PO Boxes.  NO mail is EVER forwarded to me from one area to the other.

I drive an RV across the country and should be back in Indiana around the last week in June.

Someone needs to do a lot more than sending out total coded numbers and letters which have absolutely NO meaning. All my tax records are with my CPA in Bloomington, IN, James Johnson, 1211 North College Ave., Bloomington, IN 47404.

I do not own or have access to a computer and cannot make long distance calls from either phone.  I merely wanted you to have in your records that I have tried to respond to whatever all the "gibborish" is about!

My phone number requires that someone talk before I will pick it up.  If it keeps ringing I will already have left.

*Lerae Britain Moeller* (signature)

Lerae Britain Moeller
PO Box 3775,
Palm Desert, CA 92261
760-341-7036

PO Box 5775
Bloomingotn, IN 47407
812-333-1979    (Between June-
      mid december eyarly)

leaving CA June 20th

We have a Nation filled w/ illiterates - How dare you return my letter w/ address clearly printed - Even GMAC Rep. 1st said she had NO Address - Only Idiots function "on line" or w/ Computers!

June 8, 2012

It is little wonder that so many vets are suiciding.

Why would you stick your address on mail that cannot be delivered directly to your offices? All that was sent out is a bunch of "gobblydgook" that has almost NO meaning at all.

I don't own or have access to computers, had to sit and wait over 5 minutes for some illiterats phone clerk who insisted that they had no REAL address.

Since my letter was returned, am sending it out to address she gave to me. I know NOTHING about whatever this supposedly is about. You have NO DEBTOR NAMES anywhere on the lists you sent out!

Send any and all info. directly to me at Indiana address as no one will respond to anything sent to Calif. after June 20th

Lerae B Moeller
PO Box 5775
Bloomington, IN 47407
812-333-1979 (AFTER June 25th)



RECEIVED JUN 11 2012 U.S. BANKRUPTCY COURT SO. DIST. OF NEW YORK

12-12020-mg    Doc 495    Filed 06/11/12    Entered 06/25/12 15:42:48    Main Document
Pg 3 of 5

GMAC Mortgage,
c/o KCC
PO Box 5004
Hawthorne, CA 90250

Sent Response

112635

PRF 49070   2130457

LERAE BRITAIN MOELLER
PO BOX 3775
PALM DESERT CA 92261-3775

| UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF NEW YORK | |
|---|---|
| In re Residential Capital, LLC, et al., Debtors. | Chapter 11 Case No: 12-12020 (MG) (Jointly Administered) |

**NOTICE OF CHAPTER 11 BANKRUPTCY CASES, MEETING OF CREDITORS, AND DEADLINES**

Chapter 11 bankruptcy cases concerning the Debtors listed below were filed on May 14, 2012. You may be a creditor of one of the Debtors. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed with the Bankruptcy Court, including lists of the Debtors' properties and debts, are available for inspection at the office of the Clerk of the Bankruptcy Court and the Bankruptcy Court's website, www.nysb.uscourts.gov or by accessing the website maintained by the Debtors' claims and noticing agent, www.kccllc.net/rescap. Note that a PACER password is needed to access documents on the Bankruptcy Court's website (a PACER password may be obtained by accessing the PACER website, http://pacer.psc.uscourts.gov). NOTE: The staff members of the office of the Clerk of the Bankruptcy Court and the Office of the United States Trustee cannot give legal advice.

If you have any questions regarding this notice, please call the ResCap Homeowner Hotline at (888) 926-3479. You may also submit an inquiry online at www.kccllc.net/rescap.

| Name of Debtor | Case Number | Tax Identification Number |
|---|---|---|
| Residential Funding Company, LLC | 12-12019 (MG) | 93-0891336 |
| Residential Capital, LLC | 12-12020 (MG) | 20-1770738 |
| ditech, LLC | 12-12021 (MG) | 23-2887228 |
| DOA Holding Properties, LLC | 12-12022 (MG) | 26-1424257 |
| DOA Properties IX (Lots-Other), LLC | 12-12023 (MG) | 26-2783274 |
| EPRE LLC | 12-12024 (MG) | 26-2747974 |
| Equity Investment I, LLC | 12-12025 (MG) | 02-0632797 |
| ETS of Virginia, Inc. | 12-12026 (MG) | 26-4051445 |
| ETS of Washington, Inc. | 12-12027 (MG) | 45-2910665 |
| Executive Trustee Services, LLC | 12-12028 (MG) | 23-2778943 |
| GMAC-RFC Holding Company, LLC | 12-12029 (MG) | 23-2593763 |
| GMAC Model Home Finance I, LLC | 12-12030 (MG) | 26-2748469 |
| GMAC Mortgage USA Corporation | 12-12031 (MG) | 20-4796930 |
| GMAC Mortgage, LLC | 12-12032 (MG) | 23-1694840 |
| GMAC Residential Holding Company, LLC | 12-12033 (MG) | 91-1902190 |
| GMACRH Settlement Services, LLC | 12-12034 (MG) | 23-3036156 |
| GMACM Borrower LLC | 12-12035 (MG) | 45-5064887 |
| GMACM REO LLC | 12-12036 (MG) | 45-5222043 |
| GMACR Mortgage Products, LLC | 12-12037 (MG) | 03-0536369 |
| HFN REO Sub II, LLC | 12-12038 (MG) | None |
| Home Connects Lending Services, LLC | 12-12039 (MG) | 25-1849412 |
| Homecomings Financial Real Estate Holdings, LLC | 12-12040 (MG) | 26-2736869 |
| Homecomings Financial, LLC | 12-12042 (MG) | 51-0369458 |
| Ladue Associates, Inc. | 12-12043 (MG) | 23-1893048 |
| Passive Asset Transaction, LLC | 12-12044 (MG) | 51-0404130 |
| PATI A, LLC | 12-12045 (MG) | 26-3722729 |
| PATI B, LLC | 12-12046 (MG) | 26-3722937 |
| PATI Real Estate Holdings, LLC | 12-12047 (MG) | 27-0515201 |
| RAHI A, LLC | 12-12048 (MG) | 26-3723321 |
| RAHI B, LLC | 12-12049 (MG) | 26-3723553 |
| RAHI Real Estate Holdings, LLC | 12-12050 (MG) | 27-0515287 |

Box 5775
47407

US Bankruptcy Court
Southern N.Y. District
1 Bowling Green
N.Y. 10004

