WHITE & CASE LLP
1155 Avenue of the Americas
New York, New York 10036-2787
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
Gerard Uzzi (GU - 2297)
J. Christopher Shore (JCS - 6031)
Harrison L. Denman (HD - 1945)

Attorneys for the Ad Hoc Group
of Junior Secured Noteholders

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| RESIDENTIAL CAPITAL, LLC, <u>et al.</u>, | Case No. 12-12020 (MG) |
| Debtors. | (Jointly Administered) |

**CERTIFICATE OF SERVICE**

Kevin O'Neill, being duly sworn, deposes and says:

I am not a party to this action. I am over the age of eighteen years and reside in New York, New York. I am duly admitted to the bar of the State of New York in good standing.

On June 22, 2012, at my direction and under my supervision, employees of White & Case LLP caused true and correct copies of the following document to be served via overnight delivery service on all parties listed in the attached **Exhibit A** and via Electronic Mail on all parties listed in the attached **Exhibit B**, on behalf of the Ad Hoc Group of Junior Secured Noteholders:

Notice of Filing of Corrected Exhibit A to Verified Statement of White & Case LLP Pursuant to Federal Rule of Bankruptcy Procedure 2019

Dated: June 25, 2012         /s/ Kevin O'Neill
                              Kevin O'Neill

NEWYORK 8532504