UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In re: Residential Capital, LLC, et al.

Case No.: 12-12020

Chapter 11

Debtor

------------------------------------------------------------x

Adversary Proceeding No.: _____

Plaintiff

v.

Defendant

------------------------------------------------------------x

JUN 2 5 2012

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Kristin L. Crone, request admission, *pro hac vice*, before the Honorable Martin Glenn, to represent Robert Kanagaki; see attachment, a creditor in the above-referenced ☑ case ☐ adversary proceeding.

*I certify that I am a member in good standing* of the bar in the State of California and, if applicable, the bar of the U.S. District Court for the Eastern District of California.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: 6/18/2012
Roseville, California ~~New York~~

*Mailing Address:*

UFAN Legal Group PC
1490 Stone Point Drive Suite 100
Roseville, CA 95661
*E-mail address:* kristin@theufan.com
*Telephone number:* (916) 794-0944

## ATTACHMENT

Creditors to be represented:

1. Robert Kanagaki
2. Ahmed Moujahid
3. Jess Pannel
4. Ronald Spataccino
5. Joanne Stanphill
6. John Stanphill
7. Troy Turner
8. Meta Turner
9. Peter Vamvakas
10. Patricia Young

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x

In re: Residential Capital, LLC, et al.                    Case No.: 12- 12020
                                                           Chapter 11

                            Debtor

----------------------------------------------------------------x

                                                           Adversary Proceeding No.: _____

                            Plaintiff

                               v.


                            Defendant

----------------------------------------------------------------x


### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

      Upon the motion of  Kristin L. Crone  , to be admitted, *pro hac vice*, to represent  Robert Kanagaki et al.; see attachment , (the "Client") a  creditor  in the above referenced [✓] case [ ] adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of  California  and, if applicable, the bar of the U.S. District Court for the  Eastern  District of  California , it is hereby

      **ORDERED**, that  Kristin L. Crone , Esq., is admitted to practice, *pro hac vice*, in the above referenced [✓] case [ ] adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____

_____, New York        /s/ _____
                                UNITED STATES BANKRUPTCY JUDGE