**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

In re:   Residential Capital, LLC, et al.                    Case No.: 12-12020
                                                             Chapter: 11

                            Debtor

-------------------------------------------------------------x

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of  Kristin L. Crone     , to be admitted, *pro hac vice*, to represent  Robert Kanagaki, et al.; see attachment   , (the "Client") a     creditor         in the above referenced case adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of  California      and, if applicable, the bar of the U.S. District Court for the      Eastern        District of        California         , it is hereby

**ORDERED**, that  Kristin L. Crone     , Esq., is admitted to practice, *pro hac vice*, in the above referenced case adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated:  **June 26, 2012**
        New York, New York

                                                    **       /s/ Martin Glenn               **
                                                    UNITED STATES BANKRUPTCY JUDGE