Appendix 3 to DCD 185-002

X Retainer on Constitutional Investments

Officer's Name: Print and Signature: CPrice/DHarris 360894     Date: 6-18-2012

CASE NO. Chapter 11, No. 12-12020 (MG)

# MARYLAND DIVISION OF CORRECTION
## REQUEST FOR ADMINISTRATIVE REMEDY
(Instructions for completing this form are on the back)

RECEIVED JUN 21 2012 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK

TO: [X] Warden of Institution

Emergency Request: [X] Check only if your complaint poses a continued threat to your health, safety, or welfare.

FROM: Dr. Price, Charles E., ARMS Spec. Agt. / Dr. Harris, Damon 360894, TLMB.T.ORG
       Last Name    First Name    Middle Initial    DOC Number    Institution

Housing Location  C-2-48   Protective Custody [X]   Administrative Segregation [X]   Disciplinary Segregation [X]

---

**Part A – INMATE REQUEST**

Re: Accommodations, under Americans with disabilities action in recovery from promissory note-for-securities as matter of personal will of estate & trust management via competency-to-contract for redress of civil improprieties, involving evidence of nonproprietary trading, resulting in credit-swap, default, 42.1983(A), leave of court action, with U.S. Marshal/Escort

6-18-2012                      CPrice/DHarris 360894, TLMB.T.ORG
Date                            Signature of Inmate

---

**Part B – RESPONSE**

_____                 _____
Date                            Signature of Warden

You may appeal this response by following the procedure prescribed on the back of this form.

---

**Part C – RECEIPT**     Case No. _____

RETURN TO: _____
            Last Name    First Name    Middle Initial    DOC Number    Institution

I acknowledge receipt of your complaint dated _____ in regard to: _____

_____                 Institutional ARP Coordinator
Date

Original: White   Institutional ARP Coordinator
Copy:     Canary - Inmate

DOC Form 185-002c (Rev. 7/08)

Chapter 11, Case No. 12-12020 (MG)
(Jointly Administered)

## Part A (Continued) – INMATE REQUEST

United States Bankruptcy Court, Southern District of New York City
Financial Institutions Reform, Recovery & Enforcement Acts
(FIRREA), Federal Oath 12.1811(A)

Creditorship:
Terrace Life Holdings. Net, Terrace Life Holdings. Firm, Terrace Life Holdings. United, Terrace Life Holdings. Ltd, Terrace Life Holdings. LLC, Terrace Life Holdings. PLC, Terrace Life Holdings. Corp, Terrace Life Holdings. Mgmt, Terrace Life Holdings. Intl, Terrace Life Holdings. Global, et Al.; BANKR-L-RPTR./ civil seizure on property known only as Hampton Park, 9220 Edgeworth Drive, Capital Heights, MD 20743, by virtue of the power of sale contained in a deed of trust, stay of bankruptcy proceedings as contingent & noncontingent, including but not limited to: Dir. Price, Charles E., alias Spec. Agt., Dr. Harold, Dayton 360894, 14100 McMullen Highway, SW, Cumberland, MD 21502, 10 CFR R. 11.1001(A), 11.362(K)(1), 11.101(A)(5), petition for leave to amend the following U.S. Bankruptcy Trust/fund..

V.

Debtorship:
Residential Capital LLC., et Al., debtors did receive eg. financial products, gifts or (contributions), indentures indebtness, endowments or endorsements, although no return is on the books, subj. credit-swap, default $100,000,000.00 denomination, worth of low quality paper, with junk bond status, issued through states agency, not to be overdrawn foregoing insurance purposes $100,000.00 x 1,000, todays cost to borrow or ten-year, yield till final maturity, registered 3.01%, bi-monthly stipends via certified cashier check $168,339.30, sustained growth profit margin-upwards, without (tax-worries), based solely on ability to pay-off, low corporate exchange ratio, currently 0.99%, bi-monthly interest $82,008.30, absolutely or unable investment strategy via U.S. savings securities (SEC), ensured (see: BHARARA P.), openly default judgments in favor of this nonproprietary dealers behalf, whereas triggering the government coverage is relevant conduct, pursuant to fair lending &, fair debt collection practices, against: Larren M. Nashelsky, Gary S. Lee, Lorenzo Marinuzzi, Morrison &, Foerster, LLP. 1212 468 8000, 1290 Avenue of the Americas, NYC, NY 10104, power to administer/fund..

Wherewithal (:)
Price/Charles 360894, PLMB A.T.Org

6-18-2012
Date                                    Inmate's Name: Print and Signature                DOC#

Chapter 11, Case No. 12-12020 (MG)
(Promissary Note)



TOMBS T. ORG
Diaphus Charles E.
Kias Spec. Agt, DR. Harolds Dayton
300 5th
MPO McMullen Hghwy, SW
Cumberld, Md 21502

CUMBERLAND MD 215
19 JUN 2012 PM 1 L

RECEIVED
JUN 21 2012
US BANKRUPTCY COURT
SO. DIST. OF NEW YORK

US Court Clerks v. to Bernk
US Bankrcy Ct., For Southern
District of New York City
One Bowling Green
NYC, NY
10004

