NICHOLS KASTER, PLLP
Kai H. Richter (*pro hac vice* pending)
4600 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
Telephone: (612) 256-3200
Fax: (612) 215-6870
E-Mail:  krichter@nka.com

*Bankruptcy Counsel for Christina Ulbrich
and the Putative Class Members*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------X
**In re:**                                          :
                                                    :  **Chapter 11**
**Residential Capital, LLC,** *et al.***,**         :
                                                    :  **Case No. 12-12020 (MG)**
                        **Debtors.**                :
                                                    :  **Jointly Administered**
-------------------------------------------------------X

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Kai H. Richter, request admission*, **pro hac vice***, before the Honorable Martin Glenn, to represent Plaintiff Christina Ulbrich in the above-captioned case in connection with her claims on behalf of herself and the putative classes in *Ulbrich v. GMAC Mortgage, LLC*, No. 0:11-cv-62424-RNS (S.D.Fla.).  I certify that I am a member in good standing of the bar of the state of Minnesota, as well as the United States Supreme Court, United States Court of Appeals for the Eighth Circuit, United States Court of Appeals for the Sixth Circuit, United States Court of Appeals for the First Circuit, United States District Court, District of Minnesota and the United States District Court, Eastern District of Michigan.

My address is:

    Kai H. Richter
    NICHOLS KASTER, PLLP
    4600 IDS Center
    80 South Eighth Street
    Minneapolis, MN 55402
    Telephone: (612) 256-3200
    Fax: (612) 215-6870
    E-Mail: krichter@nka.com

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated:  June 26, 2012
Minneapolis, Minnesota

    Respectfully Submitted,

    **NICHOLS KASTER, LLP**

    /s/ Kai Richter
    Kai Richter, MN Bar No. 0296545*
      *(*pro hac vice* application pending)
    4600 IDS Center
    80 South Eighth Street
    Minneapolis, MN 55402
    Telephone: (612) 256-3200
    Fax: (612) 215-6870
    E-Mail: krichter@nka.com

    *Bankruptcy Counsel for Christina Ulbrich*
    *and the Putative Class Members*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------X
**In re:**                                              :
                                                        :  **Chapter 11**
**Residential Capital, LLC,** *et al.***,**              :
                                                        :  **Case No. 12-12020 (MG)**
                      **Debtors.**                      :
                                                        :  **Jointly Administered**
---------------------------------------------------------X

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Kai H. Richter to be admitted, *pro hac vice*, to represent Plaintiff Christina Ulbrich in the above-captioned case, and upon the movant' certification that the movant is a member in good standing of the state bar of Minnesota, as well as the United States Supreme Court, United States Court of Appeals for the Eighth Circuit, United States Court of Appeals for the Sixth Circuit, United States Court of Appeals for the First Circuit, United States District Court, District of Minnesota and the United States District Court, Eastern District of Michigan, it is hereby:

**ORDERED**, that Kai H. Richter is admitted to practice, *pro hac vice*, in the above-captioned case, to represent Plaintiff Christina Ulbrich in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated:          _____, 2012
            New York, New York

                                                        _____
                                                        United States Bankruptcy Judge

3