UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x   Case No. 12-12020

In re:                                                              :   Chapter 11

RESIDENTIAL CAPITAL, LLC, et al.                                    :

                    Debtors.                                        :

------------------------------------------------------------------- x

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the undersigned appears as counsel for County of Putnam, Department of Finance, in these proceedings, and pursuant to Rules 2002 and 3017(a) of the Rule of Bankruptcy Procedure and 11 U.S.C. § 1109(b) requests that all notices given or required in this case, and all documents, and all other papers served in this case, be given to and served upon:

> WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
> 3 Gannett Drive
> White Plains, New York 10604-3407
> Attn: David L. Tillem
> Tel. No.: (914) 323-7000 Ext. 7104
> Fax No.: (914) 323-7001
> E-Mail: david.tillem@wilsonelser.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the rule specified above but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, electronically or otherwise, which affects the Debtor or the property of the Debtor.

4040109.1

Dated: White Plains, New York
June 26, 2012

                        WILSON, ELSER, MOSKOWITZ,
                        EDELMAN & DICKER LLP

By: */s/ David L. Tillem*
    David L. Tillem (DT-7413)
    3 Gannett Drive
    White Plains, New York 10604
    Tel. No.: (914) 323-7000 Ext. 7104
    Fax No.: (914) 323-7001
    E-Mail: david.tillem@wilsonelser.com
    File No.: 03985.00001

TO:    ALL PARTIES

## CERTIFICATE OF SERVICE

David L. Tillem, an attorney duly admitted to practice law before this Court, hereby certifies that on the 26th day of June, 2012, I caused a true and correct copy of the foregoing served via first-class U.S. mail upon all persons listed below and by the Court's ECF System upon all other interested parties.

By: /s/ David L. Tillem
David L. Tillem (DT-7413)

4040109.1