TO: Vito Genna Clerk of Bankruptcy Court Of Southern District Of New York

Case Number: 12-12020 (MG)

GMAC Mortgage

FROM: William C. Pelfrey

GMAC: Account number: 7441809936

Property Address: 222 Bryant Drive Staffordsville, KY 41256

Phone Number: 606-367-6268

Social security Number: ▓▓▓-7762

I would like to be added as creditor of GMAC mortgage not be listed as a debtor.

It has recently come to my attention that I have been paying GMAC for 6 years. They supposedly purchased my mortgage from Choice Capital Funding, however Choice Capital Filed Bankruptcy in GA. Choice Capital released my mortgage in late 2007 or early 2008. I am filing a claim for $80,000.00 GMAC Has never filed assignment or a mortgage against my property.

Sincerely,
William Pelfrey

*[Stamp: RECEIVED JUN 20 2012 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK]*

CC, Attorney for Debtors