William H. Hoch
CROWE & DUNLEVY, P.C.
20 North Broadway Avenue, Ste. 1800
Oklahoma City, Oklahoma 73102
(405) 235-7700 – Phone
(405) 239-6651 – Fax
will.hoch@crowedunlevy.com

*Attorneys for MidFirst Bank*

**UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re ) | |
| ) | Chapter 11 |
| Residential Capital, LLC, <u>et al</u>.,[1] ) | Case No.12-12020 (MG) |
| ) | (Jointly Administered) |
| Debtors. ) | |

**MOTION FOR ADMISSION TO APPEAR, *PRO HAC VICE***

I, William H. Hoch, a member in good standing of the State Bar of Oklahoma since 1993 and admitted to practice before the United States Supreme Court, United States Court of Appeals for the 10th Circuit, United States District Courts for the Northern, Eastern and Western Districts of Oklahoma, as well as the United States Bankruptcy Courts for the Northern, Eastern and Western Districts of Oklahoma, United States District Court for the Northern

---

[1] The Debtors are: Ditech, LLC; DOA Holding Properties, LLC; DOA Holdings NoteCo, LLC; DOA Properties IX (Lots-Other), LLC; EPRE LLC; Equity Investment I, LLC; ETS of Virginia, Inc.; ETS of Washington, Inc.; Executive Trustee Services, LLC; GMAC Model Home Finance I, LLC; GMAC Mortgage USA Corporation; GMAC Mortgage, LLC; GMAC Residential Holding Company, LLC; GMACM Borrower LLC; GMACR Mortgage Products, LLC; GMAC-RFC Holding Company, LLC; GMACRH Settlement Services, LLC; HFN REO SUB II, LLC; Home Connects Lending Services, LLC; Homecomings Financial, LLC; Homecomings Financial Real Estate Holdings, LLC; Ladue Associates, Inc.; Passive Asset Transactions, LLC; PATI A, LLC; PATI B, LLC; PATI Real Estate Holdings, LLC; RAHI A, LLC; RAHI B, LLC; RAHI Real Estate Holdings, LLC; RCSFJV2004, LLC; Residential Accredit Loans, Inc.; Residential Asset Mortgage Products, Inc.; Residential Asset Securities Corporation; Residential Capital, LLC; Residential Consumer Services of Alabama, LLC; Residential Consumer Services of Ohio, LLC; Residential Consumer Services of Texas, LLC; Residential Consumer Services, LLC; Residential Funding Company, LLC; Residential Funding Mortgage Exchange, LLC; Residential Funding Mortgage Securities I, Inc.; Residential Funding Mortgage Securities II, Inc.; Residential Funding Real Estate Holdings, LLC; Residential Mortgage Real Estate Holdings, LLC; RFC Asset Holdings II, LLC; RFC Asset Management, LLC; RFC Borrower LLC; RFC Construction Funding, LLC; RFC SFJV-2002, LLC; and RFC-GSAP Servicer Advance, LLC.

District of Texas, United States District Courts for the Eastern and Western Districts of Arkansas, and the United States Bankruptcy Courts for the Eastern and Western Districts of Arkansas request permission to appear *pro hac vice* to represent MidFirst Bank in the above-captioned proceeding.

My mailing address is :

> William H. Hoch
> CROWE & DUNLEVY, P.C.
> 20 N. Broadway Ave., Ste. 1800
> Oklahoma City, OK  73102
> (405) 235-7700 – Phone
> (405) 239-6651 – Fax
> will.hoch@crowedunlevy.com

I agree to pay the fee of $200 upon the filing of this motion for an order admitting me to practice *pro hac vice*.

Dated:  June 26, 2012
Oklahoma City, Oklahoma

> Respectfully submitted,
>
> s/ *William H. Hoch*_____
> William H. Hoch, OBA #15788
> -Of the Firm-
> CROWE & DUNLEVY
> A Professional Corporation
> 20 North Broadway, Suite 1800
> Oklahoma City, OK 73102-8273
> (405) 235-7700
> (405) 239-6651 (Facsimile)
> will.hoch@crowedunlevy.com
> Attorneys for MidFirst Bank

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 26th day of June, 2012, a true and correct copy of the foregoing document was served through ECF notice to all CM/ECF recipients and to the following by U.S. Mail, postage prepaid:

Residential Capital, LLC
1177 Avenue of the Americas
New York, NY 10036
(Debtor)

Morrison & Forester, LLP
Attn: Anthony Princi, Larren M. Nashelsky,
and Lorenzo Marinuzzi
1290 Avenue of the Americas
New York, NY 10104
(Attorneys for the Debtor)

Curtis, Mallet-Prevost, Colt & Mosle LLP
Attn: Steven J. Reisman
101 Park Avenue
New York, NY 10178
(Attorneys for the Debtor)

Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004
(United States Trustee)

Kurtzman Carson Consultants
2335 Alaska Ave
El Segundo, CA 90245
(Claims and Noticing Agent)

                                              s/ *William H. Hoch*
                                              William H. Hoch