**Hearing Date: July 13, 2012 at 10:00 a.m. (ET)**
**Objection Deadline: July 6, 2012 at 4:00 p.m. (ET)**

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:     (212) 468-8000
Facsimile:     (212) 468-7900
Larren M. Nashelsky
Gary S. Lee
Lorenzo Marinuzzi

*Proposed Counsel for the*
*Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------
                                              )
In re:                                        )    Case No. 12-12020 (MG)
                                              )
RESIDENTIAL CAPITAL, LLC, et al.,             )    Chapter 11
                                              )
                    Debtors.                  )    Jointly Administered
                                              )
-----------------------------------------------------------------

**DEBTORS' APPLICATION PURSUANT TO SECTION 327(a) OF THE
BANKRUPTCY CODE, BANKRUPTCY RULES 2014 AND 2016 AND LOCAL RULES
2014-1 AND 2016-1, FOR ENTRY OF AN ORDER AUTHORIZING THE RETENTION
AND EMPLOYMENT OF MORRISON & FOERSTER LLP AS BANKRUPTCY
COUNSEL TO THE DEBTORS *NUNC PRO TUNC* TO THE PETITION DATE**

TO THE HONORABLE MARTIN GLENN
UNITED STATES BANKRUPTCY JUDGE:

The debtors and debtors in possession in the above-captioned cases (collectively, the

"Debtors")[1] hereby submit this application (the "Application") pursuant to section 327(a) of Title

11 of the United States Code, as amended (the "Bankruptcy Code"), Rules 2014 and 2016 of the

Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rules 2014-1 and 2016-1

---

[1]    The names of the Debtors in these cases and their respective tax identification numbers are identified on
Exhibit 1 to the Whitlinger Affidavit (defined below).

of the Local Rules for the United States Bankruptcy Court for the Southern District of New York

(the "Local Rules") for entry of an order, the proposed form of which is attached as <u>Exhibit 1</u>,

authorizing the retention and employment of Morrison & Foerster LLP ("Morrison & Foerster"

or the "Firm") as bankruptcy counsel to the Debtors, *nunc pro tunc* to the Petition Date (as

defined herein).[2]  In support of the Application, the Debtors rely upon and incorporate by

reference the Affidavit of James Whitlinger, Chief Financial Officer of Residential Capital, LLC,

in Support of Chapter 11 Petitions and First Day Pleadings (D.E. No. 6) (the "Whitlinger

Affidavit").  In further support of the Application, the Debtors respectfully represent:

## JURISDICTION, VENUE & STATUTORY PREDICATE

1.      The Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334(b).

Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.  This matter is a core proceeding

within the meaning of 28 U.S.C. § 157(b)(2).  The statutory predicates for the relief requested

herein are section 327(a) of the Bankruptcy Code, Bankruptcy Rules 2014 and 2016, and Local

Rules 2014-1 and 2016-1.

## BACKGROUND

2.      On May 14, 2012 (the "Petition Date"), each of the Debtors filed a voluntary

petition in this Court for relief under Chapter 11 of the Bankruptcy Code.  The Debtors are

managing and operating their businesses as debtors in possession pursuant to Bankruptcy Code

sections 1107(a) and 1108.  These cases are being jointly administered pursuant to Bankruptcy

Rule 1015(b).  No trustee has been appointed in these Chapter 11 cases; however, the Court has

directed that an examiner be appointed.

---

[2] Creditors and parties-in-interest with questions or concerns regarding the Debtors' Chapter 11 cases or the relief
requested in this Application may refer to http://www.kccllc.net/rescap for additional information.

3.      On May 16, 2012, the United States Trustee for the Southern District of New York (the "U.S. Trustee") appointed a nine member official committee of unsecured creditors (the "Creditors' Committee").

4.      The Debtors are a leading residential real estate finance company indirectly owned by Ally Financial Inc., which is not a Debtor.  The Debtors and their non-debtor affiliates operate the fifth largest mortgage servicing business and the tenth largest mortgage origination business in the United States.  A more detailed description of the Debtors, including their business operations, their capital and debt structure, and the events leading to the filing of these bankruptcy cases, is set forth in the Whitlinger Affidavit.

## RELIEF REQUESTED

5.      Subject to this Court's approval, the Debtors seek to employ Morrison & Foerster as their bankruptcy counsel in connection with the commencement and prosecution of the Chapter 11 cases and all related matters, *nunc pro tunc* to the Petition Date.  Pursuant to section 327(a) of the Bankruptcy Code, Bankruptcy Rules 2014 and 2016, and Local Rules 2014-1 and 2016-1, the Debtors respectfully request that the Court enter an order authorizing the Debtors to employ and retain Morrison & Foerster as their attorneys to perform the legal services that will be necessary during the Chapter 11 cases.

6.      Additional facts in support of the specific relief sought herein are set forth in the *Declaration of Larren M. Nashelsky* (the "Nashelsky Declaration") attached hereto as <u>Exhibit 2</u>, as well as below.

## SERVICES TO BE PROVIDED

7.      The Debtors anticipate that Morrison & Foerster will, in connection with these Chapter 11 cases and subject to orders of this Court, provide a range of services to the Debtors, including but not limited to:

(a)    advising the Debtors with respect to their powers and duties as debtors in possession in the continued management and operation of their businesses and properties;

(b)    attending meetings and negotiating with creditors and parties in interest;

(c)    advising the Debtors in connection with any sale of assets in these Chapter 11 cases;

(d)    taking all necessary action to protect and preserve the Debtors' estates, including prosecuting actions on the Debtors' behalf, defending any action commenced against the Debtors, and representing the Debtors' interests in negotiations concerning all significant litigation in which the Debtors are involved, including, but not limited to, objections to claims filed against the Debtors or their estates;

(e)    preparing all motions, applications, answers, orders, reports, and papers necessary to the administration of the Chapter 11 cases;

(f)    taking any necessary action on behalf of the Debtors to obtain approval of solicitation procedures, a disclosure statement and confirmation of a Chapter 11 plan;

(g)    providing U.S. tax advice to the Debtors regarding restructuring matters;

(h)    appearing before this Court, any appellate courts, and the United States Trustee for the Southern District of New York (the "United States Trustee") to protect the interests of the Debtors' estates before such Courts and the United States Trustee;

(i)    performing other necessary legal services for the Debtors in connection with the Chapter 11 cases, including (i) analyzing the Debtors' leases and executory contracts and the assumption or assignment thereof, (ii) analyzing the validity of liens against the Debtors, and (iii) advising on corporate, litigation, and other legal matters; and

(j)    taking all steps necessary and appropriate to bring the Chapter 11 cases to conclusion.

8.    Prior to the bankruptcy filing, Morrison & Foerster represented the Debtors in a number of general business matters, including in connection with restructuring, general corporate, securities, litigation, and related matters.  As such, Morrison & Foerster is familiar with the Debtors' businesses.  In addition, Morrison & Foerster has extensive experience and

knowledge in the field of debtors' and creditors' rights, business reorganizations and liquidations under Chapter 11 of the Bankruptcy Code. The Debtors believe this knowledge and experience makes Morrison & Foerster well-qualified to act as the Debtors' bankruptcy counsel during the pendency of these Chapter 11 cases. Even more importantly, Morrison & Foerster has been engaged in a wide variety of negotiations with many of the key creditors and parties in interest whose interests and issues must be addressed in the early phase of these Chapter 11 cases, including secured creditors and bondholders, various governmental entities, litigation parties, and other counterparties on important contracts. Morrison & Foerster's continued involvement is essential to an efficient resolution of the Chapter 11 cases.

### TERMS OF RETENTION

9.      Morrison & Foerster intends to apply for compensation for professional services rendered in connection with the Chapter 11 cases and seek reimbursement of actual and necessary expenses and other charges that Morrison & Foerster incurs according to its customary reimbursement policies, subject to the Court's approval, and in compliance with Bankruptcy Code sections 330 and 331, the Bankruptcy Rules, the Local Rules, the Amended Guidelines for Fees and Disbursements for Professionals in the Southern District of New York, dated November 25, 2009, the United States Trustee Fee Guidelines, and any applicable orders of this Court (collectively, the "Compensation Guidelines").

10.     Morrison & Foerster proposes to charge the Debtors its standard hourly rates for the services to be performed herein. Morrison & Foerster's hourly rates are set at a level designed to fairly compensate the Firm for the work of its attorneys and paraprofessionals and to cover fixed and routine overhead expenses. These hourly rates are subject to periodic adjustment

to reflect economic and other conditions and are consistent with the rates charged elsewhere.[3]  In particular, Morrison & Foerster hourly rates for matters implicated in the Chapter 11 cases range as follows:

(a)     the hourly rates for partners range from $695 per hour to $1125 per hour, based upon a variety of factors, including seniority and distinction and expertise in one's field;

(b)     the hourly rate for "of counsel" ranges from $550 per hour to $950 per hour;

(c)     the hourly rates for associates range from $380 per hour to $685 per hour, based upon year of graduation from law school; and

(d)     the hourly rates for paraprofessionals range from $185 per hour to $360 per hour.

11.     The following professionals at Morrison & Foerster are presently expected to have primary responsibility for providing services to the Debtors:

| Name | Position | Hourly Billing Rate |
| --- | --- | --- |
| Larren M. Nashelsky | Bankruptcy Partner | $975 |
| Gary S. Lee | Bankruptcy Partner | $975 |
| Lorenzo Marinuzzi | Bankruptcy Partner | $865 |
| Norman S. Rosenbaum | Bankruptcy Partner | $800 |
| Anthony Princi | Bankruptcy Partner | $975 |
| Todd M. Goren | Bankruptcy Partner | $725 |
| James R. Tanenbaum | Capital Markets Partner | $995 |
| Jamie Levitt | Litigation Partner | $875 |
| Joel C. Haims | Litigation Partner | $850 |
| Kenneth E. Kohler | Capital Markets Senior of Counsel | $760 |

---

[3]     Morrison & Foerster will file with the Court and serve upon the U.S. Trustee and the Creditors' Committee appointed in these Chapter 11 cases a notice of any changes to its hourly billing rates for attorneys or other personnel performing services for the Debtors.

| Name | Position | Hourly Billing Rate |
|---|---|---|
| Nilene R. Evans | Capital Markets Of Counsel | $760 |
| Alexandra Steinberg Barrage | Bankruptcy Of Counsel | $695 |
| Jordan A. Wishnew | Bankruptcy Of Counsel | $680 |
| Melissa D. Beck | Capital Markets Associate | $665 |
| Renee L. Freimuth | Bankruptcy Associate | $665 |
| Aaron Klein | Bankruptcy Associate | $665 |
| John A. Pintarelli | Bankruptcy Associate | $655 |
| Samantha L. Martin | Bankruptcy Associate | $595 |
| Erica J. Richards | Bankruptcy Associate | $595 |
| Stacy L. Molison | Bankruptcy Associate | $565 |
| Naomi Moss | Bankruptcy Associate | $505 |
| James A. Newton | Bankruptcy Associate | $445 |
| Melissa M. Crespo | Bankruptcy Associate | $380 |
| Laura Guido | Bankruptcy Paraprofessional | $280 |
| John Kline | Bankruptcy Paraprofessional | $295 |

12.    As these Chapter 11 cases proceed, Morrison & Foerster's representation of the Debtors may require the active participation of additional attorneys and paraprofessionals, including those from other departments.  To the fullest extent possible, attorneys having the requisite expertise who already have knowledge with respect to these areas and/or the matters involved will be assigned to these cases so that duplication of effort is avoided.

13.    The Debtors have also agreed to reimburse the Firm, subject to the Court's approval, for all actual out-of-pocket expenses incurred by the Firm on the Debtors' behalf, such

as copying, travel expenses, overnight courier expenses, computer research and other disbursements, as more fully set forth in the Nashelsky Declaration. All requests for reimbursement of expenses will be consistent with the Compensation Guidelines.

14.    In December 2011, Morrison & Foerster received a retainer of $3,500,000 (the "Retainer") from the Debtors, a portion of which was used to satisfy prepetition fees and expenses, as disclosed in the Nashelsky Declaration.[4]  The Debtors have agreed that the Retainer was earned upon receipt.  Morrison & Foerster will apply the remaining amount of its prepetition Retainer as a credit towards postpetition fees and expenses, after such postpetition fees and expenses are approved pursuant to the procedures established by the Court for awarding fees and expenses to professionals during the Chapter 11 cases.

15.    In the year prior to the Petition Date, Morrison & Foerster received total compensation from the Debtors of aggregate fees and expenses in the amount of $22,572,673 for debt counseling services.  As of the Petition Date, the Debtors do not owe Morrison & Foerster for legal services rendered before the Petition Date.  All outstanding prepetition amounts have been satisfied by the Retainer, as disclosed in the Nashelsky Declaration.  Thus, as of the Petition Date, Morrison & Foerster is not a creditor of the Debtors.

16.    Morrison & Foerster has advised the Debtors that no promises have been received by Morrison & Foerster, nor any partner, any attorney who is "of counsel" to Morrison & Foerster, or any associate of Morrison & Foerster, as to compensation in connection with these Chapter 11 cases other than in accordance with the provisions of the Bankruptcy Code. Morrison & Foerster has also advised the Debtors that neither Morrison & Foerster, nor any partner of Morrison & Foerster, any attorney who is "of counsel" to Morrison & Foerster or any

---

[4]    As of the date hereof, the remaining amount of the Retainer was approximately $2,637,816.96.

associate of Morrison & Foerster, has any agreement with any other entity to share with such entity any compensation received by Morrison & Foerster in connection with these cases, or in connection with Morrison & Foerster's pre-Chapter 11 representation of the Debtors.

## MORRISON & FOERSTER'S DISINTERESTEDNESS

17.    To the best of the Debtors' knowledge, Morrison & Foerster does not hold or represent any interest adverse to the Debtors' estates and, except as disclosed in the Nashelsky Declaration, does not have any "connections" to the Debtors' creditors, affiliates, other parties in interest and potential parties in interest, the United States Trustees for the Southern District of New York and attorneys employed by such office, or any judge in the United States Bankruptcy Court for the Southern District of New York.    Accordingly, Morrison & Foerster is a "disinterested person," as that term is defined in section 101(14) of the Bankruptcy Code, as modified by section 1107(b) of the Bankruptcy Code, and Morrison & Foerster's employment is necessary and in the best interests of the Debtors and the Debtors' estates.

18.    As set forth in the Nashelsky Declaration, Morrison & Foerster has represented, currently represents, and will likely in the future represent certain parties in interest or potential parties in interest in these Chapter 11 cases in matters unrelated to the Debtors, the Chapter 11 cases, or such entities' claims against the Debtors.    Further, as part of its customary practice, Morrison & Foerster is retained in cases, proceedings, and transactions involving many different parties throughout the United States and worldwide, some of whom may represent or be employed by the Debtors, claimants, and parties in interest in these Chapter 11 cases.

19.    Pursuant to section 327(c) of the Bankruptcy Code, Morrison & Foerster is not disqualified from acting as the Debtors' counsel merely because it previously represented or currently represents the Debtors' creditors, or other parties in interest in matters unrelated to the

Debtors or these Chapter 11 cases. To the extent that Morrison & Foerster is determined to have a conflict with respect to a particular client or matter, the Debtors will utilize separate conflicts counsel.

20.     Morrison & Foerster has advised the Debtors that it will periodically review its files during the pendency of these Chapter 11 cases to ensure that no conflicts or other disqualifying circumstances exist or arise and if any new relevant facts or relationships are discovered or arise, Morrison & Foerster will use reasonable efforts to identify such further developments by filing a supplemental declaration with the Court.

21.     For the reasons set forth above, the relief requested in the Application is appropriate and should be granted by this Court.

## NOTICE

22.     Notice of this Motion has been provided by facsimile, electronic transmission, overnight delivery, or hand delivery to the following parties, or in lieu thereof, to their counsel: (a) the Office of the United States Trustee for the Southern District of New York; (b) the Office of the United States Attorney General; (c) the Office of the New York Attorney General; (d) the Office of the United States Attorney for the Southern District of New York; (e) the Internal Revenue Service; (f) the Securities and Exchange Commission; (g) each of the Debtors' prepetition lenders, or their agents, if applicable; (h) each of the indenture trustees for the Debtors' outstanding notes issuances; (i) Ally Financial Inc.; (j) Barclays Bank PLC, as administrative agent for the lenders under the debtor in possession financing facility; (k) Nationstar Mortgage LLC and its counsel; (l) the Creditors' Committee; (m) the parties included on the Debtors' list of fifty (50) largest unsecured creditors; and (n) all parties

requesting notice pursuant to Bankruptcy Rule 2002.  The Debtors submit that, in view of the

facts and circumstances, such notice is sufficient and no other or further notice need be provided.

## NO PRIOR REQUEST

23.    No prior application for the relief requested herein has been made to this or any

other court.

WHEREFORE, the Debtors respectfully request that the Court: (i) enter an order

substantially in the form attached hereto as Exhibit 1, granting the relief requested in the

Application; and (ii) grant such other and further relief to the Debtors as the Court may deem just

and proper.

Dated:  June 26, 2012                                RESIDENTIAL CAPITAL, LLC,
                                                               on behalf of itself and each of its
                                                               Debtor subsidiaries


                                                        By:  _/s/ James Whitlinger_____
                                                               Name:  James Whitlinger
                                                               Title:  Chief Financial Officer

# EXHIBIT 1

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------------

|  |  |  |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
|  | ) |  |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Chapter 11 |
|  | ) |  |
| Debtors. | ) | Jointly Administered |
|  | ) |  |

-----------------------------------------------------------------------

### ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT
### OF MORRISON & FOERSTER LLP AS BANKRUPTCY COUNSEL TO THE
### <u>DEBTORS *NUNC PRO TUNC* TO THE PETITION DATE</u>

Upon the application (the "Application")[1] dated June 26, 2012 of the Debtors for entry of

an order, under Bankruptcy Code section 327(a), Bankruptcy Rules 2014 and 2016, and Local

Rules 2014-1 and 2016-1 authorizing the Debtors and debtors-in-possession to employ and retain

the law firm of Morrison & Foerster LLP ("Morrison & Foerster") as their bankruptcy counsel

*nunc pro tunc* to May 14, 2012 (the "Petition Date"); and the Debtors having submitted the

Nashelsky Declaration in support of the Application; and the Court being satisfied based on the

representations made in the Application and the Nashelsky Declaration that the partners, "of

counsel", associates, and paraprofessionals of Morrison & Foerster who will be engaged in the

Chapter 11 cases represent no interest adverse to the Debtors' estates with respect to the matters

upon which Morrison & Foerster is to be engaged, and that they are disinterested persons as that

term is defined under section 101(14) of the Bankruptcy Code, as modified by section 1107(b) of

the Bankruptcy Code; and having considered the statements of counsel and the evidence adduced

with respect to the Application at a hearing before the Court (the "Hearing"); and it appearing

---

[1]  Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the
Application.  Creditors and parties-in-interest with questions or concerns regarding the Debtors' Chapter 11
cases or the relief granted herein may refer to <u>http://www.kccllc.net/rescap</u> for additional information.

that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and it

further appearing that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and it

further appearing that notice of the Application as set forth therein is sufficient under the

circumstances, and that no further notice need be provided; and it further appearing that the relief

requested in the Application is in the best interests of the Debtors, their estates and their

creditors; and after due deliberation and sufficient cause appearing therefore, it is hereby

**ORDERED, ADJUDGED, AND DECREED THAT**:

1.      The Application is granted as set forth herein.

2.      To the extent the Application is inconsistent with this Order or the Nashelsky

Declaration, the terms of this Order shall govern.

3.      Pursuant to sections 327(a) of the Bankruptcy Code, Bankruptcy Rules 2014 and

2016, and Local Rules 2014-1 and 2016-1 and subject to the terms of this Order, the Debtors are

authorized to employ and retain Morrison & Foerster as their bankruptcy counsel *nunc pro tunc* to

the Petition Date on the terms set forth in the Application and the Nashelsky Declaration, to

perform the services described therein.

4.      Morrison & Foerster shall be compensated and reimbursed in accordance with the

procedures set forth in sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the

Local Rules, the guidelines established by the Executive Office of the United States Trustee, and

such other procedures as may be fixed by order of this Court (collectively, the "Compensation

Guidelines").

5.      Morrison & Foerster shall file fee applications for interim and final allowance of

compensation and reimbursement of expenses pursuant to the Compensation Guidelines.

6.      Morrison & Foerster shall apply any amounts of its prepetition Retainer

2

remaining after applying such Retainer to prepetition amounts (as described in the Application) as a credit toward postpetition fees and expenses, after such postpetition fees and expenses become payable in accordance with the Compensation Guidelines.

7.      Morrison & Foerster shall file with the Court and serve upon the U.S. Trustee and the Creditors' Committee appointed in these Chapter 11 cases a notice of any changes to its hourly billing rates for attorneys or other personnel performing services for the Debtors.

8.      Morrison & Foerster is authorized to provide the following services:

(a)      advising the Debtors with respect to their powers and duties as debtors in possession in the continued management and operation of their businesses and properties;

(b)      attending meetings and negotiating with creditors and parties in interest;

(c)      advising the Debtors in connection with any sale of assets in these Chapter 11 cases;

(d)      taking all necessary action to protect and preserve the Debtors' estates, including prosecuting actions on the Debtors' behalf, defending any action commenced against the Debtors, and representing the Debtors' interests in negotiations concerning all litigation in which the Debtors are involved, including, but not limited to, objections to claims filed against the Debtors or their estates;

(e)      preparing all motions, applications, answers, orders, reports, and papers necessary to the administration of the Chapter 11 cases;

(f)      taking any necessary action on behalf of the Debtors to obtain approval of solicitation procedures, a disclosure statement and confirmation of a Chapter 11 plan;

(g)      providing U.S. tax advice to the Debtors regarding restructuring matters;

(h)      appearing before this Court, any appellate courts, and the United States Trustee to protect the interests of the Debtors' estates before such Courts and the United States Trustee;

(i)      performing other necessary legal services for the Debtors in connection with the Chapter 11 cases, including (i) analyzing the Debtors' leases and executory contracts and the assumption or assignment thereof, (ii)

3

analyzing the validity of liens against the Debtors, and (iii) advising on corporate, litigation, and other legal matters; and

(j)     taking all steps necessary and appropriate to bring the Chapter 11 cases to conclusion.

9.      Morrison & Foerster shall use its best efforts to avoid any duplication of services provided by any other counsel or professionals retained by the Debtors in the Chapter 11 cases.

10.     The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Application.

11.     Notwithstanding anything herein to the contrary, this Order shall not modify or affect the terms and provisions of, nor the rights and obligations under, (a) the Board of Governors of the Federal Reserve System Consent Order, dated April 13, 2011, by and among AFI, Ally Bank, ResCap, GMAC Mortgage, LLC, the Board of Governors of the Federal Reserve System, and the Federal Deposit Insurance Corporation, (b) the consent judgment entered April 5, 2012 by the District Court for the District of Columbia, dated February 9, 2012, (c) the Order of Assessment of a Civil Money Penalty Issued Upon Consent Pursuant to the Federal Deposit Insurance Act, as amended, dated February 10, 2012, and (d) all related agreements with AFI and Ally Bank and their respective subsidiaries and affiliates.

12.     The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: _____, 2012

_____
THE HONORABLE MARTIN GLENN
UNITED STATES BANKRUPTCY JUDGE

4

**Exhibit 2**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------

|  |  |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

------------------------------------------------------------------

### DECLARATION OF LARREN M. NASHELSKY IN SUPPORT OF DEBTORS' APPLICATION FOR ENTRY OF AN ORDER PURSUANT TO SECTION 327(a) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 2014 AND 2016 AUTHORIZING THE RETENTION AND EMPLOYMENT OF MORRISON & FOERSTER LLP AS BANKRUPTCY COUNSEL TO THE DEBTORS *NUNC PRO TUNC* TO THE PETITION DATE

I, Larren M. Nashelsky, being duly sworn, state the following under penalty of perjury.

1.        I am a partner in the law firm of Morrison & Foerster LLP ("Morrison & Foerster" or the "Firm").  The Firm maintains offices for the practice of law at, among other locations in the United States and worldwide, 1290 Avenue of the Americas, New York, New York 10104.  I am an attorney duly admitted and in good standing to practice before the courts of the state of New York and Connecticut, the United States District Court for the Southern and Eastern Districts of New York, and the Supreme Court of the United States.

2.        I submit this Declaration (the "Declaration") in support of the application (the "Application")[5] of Residential Capital, LLC, et al., debtors and debtors in the above-captioned cases (collectively, the "Debtors") pursuant to section 327(a) of title 11, United States Code, as amended (the "Bankruptcy Code"), Rules 2014 and 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rules 2014-1 and 2016-1 of the Local Rules for the United States Bankruptcy Court for the Southern District of New York (the "Local Rules"), for

---

[5]    Capitalized terms used and not otherwise defined herein shall have the meanings ascribed to them in the Application.

entry of an order authorizing the retention and employment of Morrison & Foerster as bankruptcy counsel to the Debtors *nunc pro tunc* to May 14, 2012 (the "Petition Date").  Except as otherwise indicated, the facts set forth in this Declaration are personally known to me and, if called as a witness, I could and would testify thereto.

## SERVICES TO BE PROVIDED

3.       Morrison & Foerster has extensive experience and knowledge in the field of debtors' and creditors' rights, business reorganizations and liquidations under Chapter 11 of the Bankruptcy Code.

4.       In connection with these Chapter 11 cases, the Debtors have requested court authorization to retain Morrison & Foerster as attorneys for the Debtors to advise the Debtors with respect to the following matters:

> (a)       advising the Debtors with respect to their powers and duties as debtors in possession in the continued management and operation of their businesses and properties;
>
> (b)       attending meetings and negotiating with creditors and parties in interest;
>
> (c)       advising the Debtors in connection with any sale of assets in these Chapter 11 cases;
>
> (d)       taking all necessary action to protect and preserve the Debtors' estates, including prosecuting actions on the Debtors' behalf, defending any action commenced against the Debtors, and representing the Debtors' interests in negotiations concerning all litigation in which the Debtors are involved, including, but not limited to, objections to claims filed against the Debtors or their estates;
>
> (e)       preparing all motions, applications, answers, orders, reports, and papers necessary to the administration of the Chapter 11 cases;
>
> (f)       taking any necessary action on behalf of the Debtors to obtain approval of solicitation procedures, a disclosure statement and confirmation of a Chapter 11 plan;
>
> (g)       providing U.S. tax advice to the Debtors regarding restructuring matters;

(h)     appearing before this Court, any appellate courts, and the United States
        Trustee to protect the interests of the Debtors' estates before such Courts
        and the United States Trustee;

(i)     performing other necessary legal services for the Debtors in connection
        with the Chapter 11 cases, including (i) analyzing the Debtors' leases and
        executory contracts and the assumption or assignment thereof, (ii)
        analyzing the validity of liens against the Debtors, and (iii) advising on
        corporate, litigation, and other legal matters; and

(j)     taking all steps necessary and appropriate to bring the Chapter 11 cases to
        conclusion.

## TERMS OF RETENTION

5.      In connection with its representation of the Debtors, Morrison & Foerster will use
its standard hourly rates in effect at the time that it performs professional services.  As of the date
of execution of this Declaration, the ranges of Morrison & Foerster's hourly rates are as follows:

(a)     the hourly rates for partners range from $695 per hour to $1125 per hour, based
        upon a variety of factors, including seniority and distinction and expertise in one's
        field;

(b)     the hourly rate for "of counsel" ranges from $550 per hour to $950 per hour;

(c)     the hourly rates for associates range from $380 per hour to $685 per hour, based
        upon year of graduation from law school; and

(d)     the hourly rates for paraprofessionals range from $185 per hour to $360 per hour.

6.      Morrison & Foerster's hourly rates are set at a level designed to fairly compensate
the Firm for the work of its attorneys and paraprofessionals and to cover fixed and routine
overhead expenses.  These hourly rates are subject to periodic adjustment to reflect economic
and other conditions and are consistent with the rates charged elsewhere.[6]  I believe that these
rates, and the terms and conditions of Morrison & Foerster's employment, are reasonable.

---

[6]     Morrison & Foerster will file with the Court and serve upon the U.S. Trustee and the Creditors' Committee
        appointed in these Chapter 11 cases a notice of any changes to its hourly billing rates for attorneys or other
        personnel performing services for the Debtors.

7.      The Morrison & Foerster attorneys and legal staff who are likely to perform the significant services in the above-captioned cases and the hourly rates attributable to their work, effective as of the date of this Declaration, are as follows:

| Name | Position | Hourly Billing Rate |
| --- | --- | --- |
| Larren M. Nashelsky | Bankruptcy Partner | $975 |
| Gary S. Lee | Bankruptcy Partner | $975 |
| Lorenzo Marinuzzi | Bankruptcy Partner | $865 |
| Norman S. Rosenbaum | Bankruptcy Partner | $800 |
| Anthony Princi | Bankruptcy Partner | $975 |
| Todd M. Goren | Bankruptcy Partner | $725 |
| James R. Tanenbaum | Capital Markets Partner | $995 |
| Jamie Levitt | Litigation Partner | $875 |
| Joel C. Haims | Litigation Partner | $850 |
| Kenneth E. Kohler | Capital Markets Senior of Counsel | $760 |
| Nilene R. Evans | Capital Markets Of Counsel | $760 |
| Alexandra Steinberg Barrage | Bankruptcy Of Counsel | $695 |
| Jordan A. Wishnew | Bankruptcy Of Counsel | $680 |
| Melissa D. Beck | Capital Markets Associate | $665 |
| Renee L. Freimuth | Bankruptcy Associate | $665 |
| Aaron Klein | Bankruptcy Associate | $665 |
| John A. Pintarelli | Bankruptcy Associate | $655 |
| Samantha L. Martin | Bankruptcy Associate | $595 |
| Erica J. Richards | Bankruptcy Associate | $595 |

| Name | Position | Hourly Billing Rate |
|---|---|---|
| Stacy L. Molison | Bankruptcy Associate | $565 |
| Naomi Moss | Bankruptcy Associate | $505 |
| James A. Newton | Bankruptcy Associate | $445 |
| Melissa M. Crespo | Bankruptcy Associate | $380 |
| Laura Guido | Bankruptcy Paraprofessional | $280 |
| John Kline | Bankruptcy Paraprofessional | $295 |

8.      As these Chapter 11 cases proceed, Morrison & Foerster's representation of the Debtors may require the active participation of attorneys and paraprofessionals from other departments, in addition to the attorneys and paraprofessionals assigned to these cases and listed above.  To the fullest extent possible, attorneys having the requisite expertise who already have knowledge with respect to these areas and/or the matters involved will be assigned to these cases so that duplication of effort is avoided.  Consistent with the ranges of hourly rates described above, the hourly rates of the other partners, "of counsel," associates and paraprofessionals that hereafter may act for the Debtors may be higher or lower than those of the persons listed above.

9.      In addition to the hourly rates set forth above, Morrison & Foerster customarily charges its clients for all actual and necessary costs of support services the firm provides in connection with a representation, including court reporters, transcripts, computerized research, filing fees, photocopying charges, facsimile transmissions, messengers, courier mail, postage, travel, lodging, and similar items.  Some of these services are provided by Morrison & Foerster, in which case the charges are set by Morrison & Foerster, and others are provided by third-party service providers, in which case the charges are set by the providers.  Morrison & Foerster will charge the cost of these expenses in a manner and at rates consistent with charges generally made

to the firm's other clients.  Subject to this Court's order(s) with respect to the reimbursement of expenses, Morrison & Foerster will be seeking reimbursement of all such charges incurred on behalf of the Debtors.

10.    In December 2011, Morrison & Foerster received a retainer of $3,500,000 (the "Retainer") from the Debtors, a portion of which was used to satisfy prepetition fees and expenses.[7]  The Debtors have agreed that the Retainer was earned upon receipt.  Morrison & Foerster will apply the remaining amount of its prepetition Retainer as a credit towards postpetition fees and expenses, after such postpetition fees and expenses are approved pursuant to the procedures established by the Court for awarding fees and expenses to professionals during the Chapter 11 cases.

11.    In the year prior to the Petition Date, Morrison & Foerster received total compensation from the Debtors of aggregate fees and expenses in the amount of $22,572,673 for debt counseling services.  Not all of these fees, however, were incurred in contemplation of these cases.  All outstanding prepetition amounts have been satisfied by the Retainer.  As of the Petition Date, the Debtors do not owe Morrison & Foerster any amounts for professional services rendered prior to the Petition Date.

12.    No promises have been received by Morrison & Foerster, nor any partner, any attorney who is "of counsel" to Morrison & Foerster, or any associate of Morrison & Foerster, as to compensation in connection with the Chapter 11 cases other than in accordance with the provisions of the Bankruptcy Code.  Neither Morrison & Foerster, nor any partner of Morrison & Foerster, any attorney who is "of counsel" to Morrison & Foerster or any associate of Morrison & Foerster, has any agreement with any other entity to share with such entity any compensation

---

[7]    As of the date hereof, the remaining amount of the Retainer was approximately $2,637,816.96.

received by Morrison & Foerster in connection with these cases, or in connection with Morrison & Foerster's pre-Chapter 11 representation of the Debtors.

13.     Morrison & Foerster intends to maintain detailed, contemporaneous time records and to submit fee applications to this Court for compensation and reimbursement of expenses in accordance with the Compensation Guidelines.  Morrison & Foerster understands that interim and final fee awards are subject to approval by this Court and Morrison & Foerster has agreed to accept as compensation such sums as may be allowed by this Court.

### DISINTERESTEDNESS AND DISCLOSURE OF CONNECTIONS

14.     In order to ascertain Morrison & Foerster's "connections," as that term is used in Bankruptcy Rule 2014, with the Debtors, the Debtors' creditors, and other parties in interest in these Chapter 11 Cases, Morrison & Foerster's new business department, under the supervision of attorneys in the Bankruptcy & Restructuring Department, conducted an internal search to identify any "connections" with any creditors and parties in interest as of the Petition Date, as set forth on Schedule 1 hereto (collectively, the "Interested Parties").  This internal inquiry regarding the Interested Parties was performed by Morrison and Foerster's new business department consistent with its normal and customary practices using Morrison & Foerster's conflict database to determine if Morrison & Foerster currently represents or formerly represented any of the Interested Parties.  As set forth on Schedule 1, the following is a list of the categories of Interested Parties that Morrison & Foerster has searched to date:

1.   The Debtors and Subsidiaries;

2.   Foreign Subsidiaries;

3.   Professionals;

4.   Current and Former Officers and Directors;

5.  Parties to Funding Agreements with the Debtors;

6.  Bondholders;

7.  Landlords and Tenants;

8.  Litigation Parties;

9.  Servicing Agreement Counterparties;

10. Depositing Banks;

11. HELOC Investors;

12. United States Bankruptcy Judges in the Southern District of New York;

13. United States District Court Judges in the Southern District of New York;

14. United States Trustee for the Southern District of New York (and Assistant United States Trustees and Trial Attorneys);

15. Utilities;

16. The Debtors' Consolidated Top 50 Creditors;

17. Members of the Creditors' Committee; and

18. Rule 2004 Motion Parties.

15.     Morrison & Foerster searched the names of the Interested Parties in a computer system containing the names of current and former clients of Morrison & Foerster.  This search revealed that certain Interested Parties are or may be current or former Morrison & Foerster clients, as identified on the list attached to this Declaration as Schedule 2.

16.     Based on the results of this search, and through direct inquiries with Morrison & Foerster attorneys as necessary, it was determined that the representation of the Interested Parties disclosed on Schedule 2 hereto concerned matters in which such clients were not adverse to the Debtors or the Debtors' estates.

17.     The status of entities listed as Interested Parties on Schedule 1 may have changed or could change during the pendency of the Chapter 11 cases without our knowledge. Morrison & Foerster will periodically review its files during the pendency of these Chapter 11 cases to ensure that no conflicts or other disqualifying circumstances exist or arise. If any new relevant facts or relationships are discovered or arise, Morrison & Foerster will use reasonable efforts to identify such further developments and will promptly file a supplemental affidavit, as required by Bankruptcy Rule 2014(a).

### SPECIFIC DISCLOSURES

18.     Morrison & Foerster does not hold or represent any interest adverse to the Debtors' estates and, except as disclosed below, does not have any "connections" to the Debtors creditors, affiliates, other parties in interest and potential parties in interest, the Assistant United States Trustees for the Southern District of New York and attorneys employed by such office, or any judge in the United States Bankruptcy Court for the Southern District of New York. Accordingly, Morrison & Foerster is a "disinterested person," as that term is defined in section 101(14) of the Bankruptcy Code as modified by section 1107(b) of the Bankruptcy Code, and Morrison & Foerster's employment is necessary and in the best interests of the Debtors and the Debtors' estates.

19.     As specifically set forth below and in the attached appendices, Morrison & Foerster represents or has represented certain of the Debtors' creditors or other parties in interest in matters unrelated to the Debtors and these Chapter 11 cases; however, none of the representations described herein is materially adverse to the interests of the Debtors' estates.

20.     As part of its customary practice, Morrison & Foerster is retained in cases, proceedings, and transactions involving many different parties throughout the United States and

worldwide, some of whom may represent or be employed by the Debtors, claimants, and parties in interest in these Chapter 11 cases.

21.     Pursuant to section 327(c) of the Bankruptcy Code, Morrison & Foerster is not disqualified from acting as the Debtors' counsel merely because it previously represented or currently represents the Debtors' creditors, or other parties in interest in matters unrelated to the Debtors or these Chapter 11 cases.  To the extent that Morrison & Foerster is determined to have a conflict with respect to a particular client or matter, the Debtors will utilize separate conflicts counsel.

22.     Of the entities identified in Schedule 2 and their affiliates, only the following have accounted for more than 1% of the value of the time billed to client matters for fiscal year 2011: Bank of America, N.A. and Dish Network (also known as Echostar Communications Corp.). Only Dish Network accounted for approximately 2% of the value of time billed to client matters.

23.     Morrison & Foerster currently respresents Bank of America, N.A., and various of its affiliates in connection with general corporate and regulatory matters, finance and syndicated lending transactions, among other matters.  Each of those matters is completely unrelated to these Chapter 11 cases.

24.     Morrison & Foerster currently represents Dish Network and various of its affiliates in connection with general corporate matters, patent litigation, and other related matters, each of which is completely unrelated to these Chapter 11 cases.

25.     Morrison & Foerster represented GMAC Inc., now known as Ally Financial Inc. ("AFI"), in connection with two discrete matters, both of which were closed ten or more years ago and were wholly unrelated to these Chapter 11 cases.  The first matter involved providing certain regulatory advice to GMAC Inc. and the representation ended in 1992.  The second

matter involved assisting another law firm with the review and filing of a mortgage loan issued by a subsidiary of GMAC Inc.  GMAC Inc. and certain of its affiliates were listed as co-clients. That matter concluded in 2002.

26.     Morrison & Foerster also conducted an investigation of certain "robo-signing" allegations made by governmental authorities at the request of both ResCap and AFI.  That investigation concluded in April 2011.

27.     Fortress Investment Group, LLC ("Fortress") is the ultimate equity holder and sponsor of Nationstar Mortgage LLC, the proposed stalking horse bidder for certain of the Debtors' assets.  Morrison & Foerster has in the past represented Fortress and currently represents various of its affiliates in connection with general corporate matters, real estate acquisitions, finance and syndicated lending transactions.  Each of those matters is completely unrelated to these Chapter 11 cases.

28.     Morrison & Foerster currently represents Barclays Bank PLC and certain of its affiliates in connection with general corporate and regulatory matters, intellectual property matters, commercial lending transactions, and tax matters.  Each of those matters is completely unrelated to these Chapter 11 cases.

29.     Morrison & Foerster currently represents affiliates of Lehman Brothers Holdings Inc. ("LBHI") in connection with tax matters, regulatory issues, insolvency proceedings of LBHI and its affiliates, and general lending and financial matters.  Each of those matters is completely unrelated to these Chapter 11 cases.

30.     Morrison & Foerster currently represents the following members of the Creditors' Committee in matters completely unrelated to these Chapter 11 cases:  Deutsche Bank Trust Company Americas ("Deutsche") and U.S. Bank, National Association ("U.S. Bank").  Morrison

& Foerster represents Deutsche in connection with commercial loan participations. Morrison &

Foerster represents U.S. Bank in connection with regulatory matters, real estate and employment

litigation, and consumer lending matters.

31.     Morrison & Foerster represents the official committee of unsecured creditors in

the chapter 11 bankruptcy case of Ambac Financial Group, Inc. ("Ambac"), Case No. 10-15973

(SCC) (Bankr. S.D.N.Y.).   Ambac's chapter 11 case is unrelated to these Chapter 11 cases.

Ambac's subsidiary, Ambac Assurance Corporation ("AAC"), which is the subject of a separate

rehabilitation proceeding in Wisconsin in which Morrison & Foerster is not involved, provided

financial guarantees with respect to mortgage backed securities issued and/or serviced by the

Debtors or with respect to which the Debtors or their non-Debtor affiliates originated the

underlying mortgage loans, and is a party to litigation currently pending against the Debtors

arising out of those obligations.   An order confirming Ambac's plan of reorganization was

entered on March 14, 2012, and the Ambac creditors' committee will have no involvement in the

litigation pending between the Debtors and AAC.

32.     Morrison & Foerster represents the official committee of unsecured creditors in

the chapter 11 bankruptcy case of FGIC Corp., Case No. 10-14215 (SMB) (Bankr. S.D.N.Y.).

FGIC Corp.'s chapter 11 case is unrelated to these Chapter 11 cases.  FGIC Corp.'s subsidiary,

Financial Guaranty Insurance Co. ("FGIC"), which is the subject of a separate rehabilitation

proceeding in New York in which Morrison & Foerster is not involved, provided financial

guarantees with respect to mortgage backed securities issued and/or serviced by the Debtors or

with respect to which the Debtors or their non-Debtor affiliates originated the underlying

mortgage loans, and is a party to litigation currently pending against the Debtors arising out of

those obligations.   An order confirming FGIC Corp.'s plan of reorganization was entered on

April 23, 2012, and the FGIC Corp. creditors' committee will have no involvement in the litigation pending between the Debtors and FGIC.

33.     Morrison & Foerster represents certain affiliates of Committee member AIG Asset Management US LLC in connection with various corporate, real estate, and insurance matters unrelated to these Chapter 11 cases.

34.     Morrison & Foerster represents certain of the Debtors' employees, including Thomas Marano, who is the chief executive officer and chairman of Residential Capital, LLC, in connection with various litigation matters pending against them arising out of their former employment with Bear Stearns & Co. Inc.  Each of those matters is completely unrelated to these Chapter 11 cases.

35.     Morrison & Foerster represents GMAC Mortgage Group LLC, a non-Debtor entity one corporate level above Residential Capital, LLC, in connection with certain discrete litigation and regulatory matters related to the captive reinsurance business that was operated by non-Debtor affiliate Cap Re of Vermont, LLC and is now being wound down.  Each of those matters is completely unrelated to these Chapter 11 cases.

36.     Prior to joining Morrison & Foerster over two years ago, one of Morrison & Foerster's attorneys served as counsel to the independent directors and audit committee of GMAC Inc., the predecessor to non-Debtor affiliate Ally Financial Inc.  That attorney is screened from this representation in accordance with Morrison & Foerster's normal and customary ethical wall procedures and will be blocked from interacting with the attorneys working on the Chapter 11 cases in connection with this representation.

37.     The son of Thomas Marano, the chief executive officer and chairman of Residential Capital, LLC, is participating in a summer internship program with Morrison &

Foerster's marketing department, during which time he will be screened from this representation in accordance with Morrison & Foerster's normal and customary ethical wall procedures.

38.    Morrison & Foerster will not represent any of the Debtors in an adversary proceeding or other litigation against any client of Morrison & Foerster without obtaining waivers where necessary or appropriate.  In addition, Morrison & Foerster will not represent any client in any matter involving the Debtors or these Chapter 11 cases while retained as the Debtors' counsel in these Chapter 11 cases.

39.    To the extent the Debtors seek to retain additional professionals to represent the Debtors in any matters relating to these Chapter 11 cases, Morrison & Foerster will make all reasonable efforts not to duplicate the services rendered by these professionals.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 26, 2012                          /s/ Larren M. Nashelsky
                                              Larren M. Nashelsky

## Schedule 1

### List of Interested Parties Searched

**Debtors and Subsidiaries**
ditech, LLC
DOA Holding Properties, LLC
DOA Properties IX (Lots-Other), LLC
EPRE LLC
Equity Investment I, LLC
ETS of Virginia, Inc.
ETS of Washington, Inc.
Executive Trustee Services LLC
GMAC – RFC Holding Company, LLC
GMAC Model Home Finance I, LLC
GMAC Mortgage USA Corporation
GMAC Mortgage, LLC
GMAC Residential Holding Company, LLC
GMAC RH Settlement Service, LLC
GMACM Borrower LLC
GMACM REO LLC
GMACR Mortgage Products, LLC
HFN REO SUB II, LLC
Home Connects Lending Services, LLC
Homecomings Financial Real Estate Holdings, LLC
Homecomings Financial, LLC
Ladue Associates, Inc.
Passive Asset Transactions, LLC
PATI A, LLC
PATI B, LLC
PATI Real Estate Holdings, LLC
RAHI A, LLC
RAHI B, LLC
RAHI Real Estate Holdings, LLC
RCSFJV2004, LLC
Residential Accredit Loans, Inc.
Residential Asset Mortgage Products, Inc.
Residential Asset Securities Corporation
Residential Capital, LLC
Residential Consumer Services of Alabama, LLC
Residential Consumer Services of Ohio, LLC
Residential Consumer Services of Texas, LLC
Residential Consumer Services, LLC
Residential Funding Company, LLC
Residential Funding Mortgage Exchange, LLC
Residential Funding Mortgage Securities I, Inc.
Residential Funding Mortgage Securities II, Inc.
Residential Funding Real Estate Holdings, LLC
Residential Mortgage Real Estate Holdings, LLC
RFC – GSAP Servicer Advance, LLC
RFC Asset Holdings II, LLC
RFC Asset Management, LLC
RFC Borrower LLC
RFC Construction Funding, LLC

RFC REO LLC
RFC SFJV-2002, LLC

**Foreign Subsidiaries**
Canada Mortgage Acceptance Corporation
Foreign Obligation Exchange, Inc. 2003-H12
Foreign Obligation Exchange, Inc. 2003-H14
Foreign Obligation Exchange, Inc. 2004-H11
Foreign Obligation Export, Inc.
GMAC Financiera S.A. de C.V. Sociedad Financiera
    de Objecto Multiple
GMAC Residential Funding of Canada Limited
GMAC-RFC (No. 2) Limited
GMAC-RFC Auritec, S.A.
GMAC-RFC Direct Limited
GMAC-RFC Espana Hipotecas SL
GMAC-RFC Europe Limited
GMAC-RFC Holdings Limited
GMAC-RFC Property Finance Limited
High Street Home Loans Limited
MCA Finance Limited
National Guarantee plc
Private Label Group Limited
Private Label Mortgage Services Limited

**Officers and Directors**
Abreu, Steven M.
Aretakis, James
Dondzila, Catherine M.
Fleming, Patrick
Hamzehpour, Tammy
Harney, Anthony J.
Hills, Garry
Horner, Jill M.
III, Edward F. Smith,
Ilany, Jonathan
Mack, John E.
Marano, Thomas
Meyer, Darsi
Nees, Louis A.
Pensabene, Joseph A.
Riddle, Mindy
Strauss, Thomas M.
Tyson, William N.
West, Pamela E.
Whitlinger, James
Wilkinson, Winston Carlos

**Parties to Funding Agreements**
Ally Financial Inc (f/k/a GMAC Inc.)

Barclays Bank PLC
Citibank, N.A.
Wells Fargo Bank, N.A.
BMMZ Holdings LLC
US Bank National Association
Deutsche Bank Trust Company Americas

**Bondholders**
AllianceBernstein Advisors
American Enterprise Investment Services Inc.
Appaloosa Management L.P.
Bank of New York Mellon, (The)/Barclays Capital -
    London
Bank of Nova Scotia/CDS
BARC/FIXED
Barclays Capital Inc. /LE
Berkshire Hathaway Inc.
BlackRock Global Investors
Charles Schwab & Co., Inc.
CITIBK/GRP
Citigroup Global Markets Inc.
Citigroup Global Markets Inc. /Salomon Brothers
Credit Suisse Securities (USA) LLC
David Lerner Associates, Inc.
Deutsche Bank Securities, Inc.
E*Trade Clearing LLC
Edward D. Jones & Co.
First Clearing, LLC
First Southwest Company
Goldman Sachs International
Goldman, Sachs & Co.
Interactive Brokers Retail Equity Clearing
J.P. Morgan Clearing Corp.
J.P. Morgan Securities LLC
Janney Montgomery Scott Inc.
Loomis Sayles & Company
LPL Financial Corporation
Merrill Lynch Safekeeping
Morgan Stanley & Co. LLC
Morgan Stanley Smith Barney LLC
National Financial Services LLC
Oppenheimer & Co. Inc.
OptionXpress, Inc
P. Schoenfeld Asset Management
Paulson & Co. Inc.
Penson Financial Services, Inc./Ridge.
Pershing LLC
Pentwater Capital Management
Putnam Investment Management
Raymond, James & Associates, Inc.
RBC Capital Markets, LLC
Scottrade, Inc.
Security Investors LLC
Silver Point Capital, L.P.
Stifel, Nicolaus & Company Incorporated
Taconic Capital Advisors, L.P.

TD Ameritrade Clearing, Inc.
Timber Hill LLC
UBS Financial Services LLC
UBS Securities LLC
Vanguard Marketing Corporation
Western Asset Management Company

**Landlords and Tenants**
2155 Northpark Lane LLC
2255 Partners, L.P. c/o M. David Paul Development
    LLC
Avenel Realty Company d / b / a Avenel at
    Montgomery Square
Brandywine Cityplace LP
BREOF Convergence LP c/o Brookfield Real Estate
    Opportunity Fund
Business Suites (Texas) LTD
Center Township of Marion County
Del Amo Financial Center, LP
DRA CLP Esplanade LP c/o Colonial Properties
    Services Ltd Partnership
Euclid Plaza Associates, LLC
GBM Properties, LLC
Homeowners Alliance
Liberty Property Limited Partnership
National Default Servicing, LLC
New Towne Center Inc.
PBC San Jose, LLC
PBC Walnut Creek, LLC
Realty World - Graham/Grubbs and Associates
Regus Management Group LLC
Teachers Insurance and Annuity Association of
    America c/o Northmarq RES
The Irvine Company LLC
The Office Annex, Inc.
Veridian Credit Union f/k/a John Deere Community
    Credit Union
W.E.G., Jr., Inc. d / b / a Highland-March Beverly
    Suites

**Parties to Litigation**
Acacia Life Insurance Company
Allstate Bank (f/k/a Allstate Federal Savings Bank)
Allstate Insurance Company
Allstate Life Insurance Company
Allstate Life Insurance Company of New York,
    Allstate Retirement Plan
Allstate New Jersey Insurance Company
American Heritage Life Insurance Company
Ameritas Life Insurance Corp.
Boilermakers Blacksmith National Pension Trust
Brown County, Ohio
Cambridge Place Investment Management Inc.
Church-Dellinger, Victoria Jean
Columbus Life Insurance Company
Deutsche Zentral-genossenschaftsbank, New York

Branch, d/b/a DZ Bank AG, New York Branch
DG Holding Trust
Federal Home Loan Bank of Boston
Federal Home Loan Bank of Chicago
Federal Home Loan Bank of Indianapolis
Federal Home Loan Mortgage Corporation
Federal Housing Finance Agency
Financial Guaranty Insurance Company
First Colonial Insurance Company
Fort Washington Active Fixed Income LLC
Fort Washington Investment Advisors, Inc.
HSH Nordbank AG
HSH Nordbank AG, Luxembourg Branch
HSH Nordbank AG, New York Branch
HSH Nordbank Securities S.A.
Huntington Bancshares Inc.
IKB Deutche Industriebank AG
IKB International S.A. (in Liquidation)
Integrity Life Insurance Company
Kennett Capital, Inc.
Kral, Kenneth L.
Laster, Marteal
Massachusetts Mutual Life Insurance Company
MBIA Insurance Corporation
Mitchell, Ruth
Mitchell, Steven
National Credit Union Administration Board
National Integrity Life Insurance Company
New Jersey Carpenters Health Fund
New Jersey Carpenters Vacation Fund
Rio Debt Holdings (Ireland) Limited
Sall, Mohammed A.
Sealink Funding Ltd.
State of Ohio
Stichting Pensioenfonds ABP
The Charles Schwab Corporation
The Union Central Life Insurance Company
The Western and Southern Life Insurance Company
Thrivent Balanced Fund
Thrivent Balanced Portfolio
Thrivent Bond Index Portfolio
Thrivent Core Bond Fund
Thrivent Financial Defined Benefits Plan Trust
Thrivent Financial for Lutherans
Thrivent Income Fund
Thrivent Limited Maturity Bond Fund
Thrivent Limited Maturity Bond Portfolio
U.S. Central Federal Credit Union
West Virginia Investment Management Board
Western Corporate Federal Credit Union
Western-Southern Life Assurance Company

**U.S. Trustee's Office (Region 2 Trial Attorneys)**
Davis, Tracy Hope
Driscoll, Michael
Gasparini, Elisabetta

Golden, Susan
Khodorovsky, Nazar
Masumoto, Brian S.
Morrissey, Richard C.
Nakano, Serene
Riffkin, Linda A.
Schwartz, Andrea B.
Schwartzberg, Paul K.
Velez-Rivera, Andy
Zipes, Greg M.

**Bankruptcy Judges (New York)**
Bernstein, Stuart M.
Chapman, Shelley C.
Drain, Robert
Gerber, Robert E.
Glenn, Martin
Gropper, Allan L.
Lane, Sean H.
Lifland, Burton R.
Morris, Cecelia G.
Peck, James M.

**District Court Judges (New York)**
Baer, Harold
Batts, Deborah A.
Berman, Richard M.
Briccetti, Vincent L.
Buchwald, Naomi Reice
Carter, Andrew L.
Castel, P. Kevin
Cedarbaum, Miriam Goldman
Cote, Denise L.
Crotty, Paul A.
Daniels, George B.
Duffy, Kevin T.
Engelmayer, Paul A.
Forrest, Katherine B.
Gardephe, Paul G.
Griesa, Thomas P.
Haight, Charles S.
Hellerstein, Alvin K.
Jones, Barbara S.
Kaplan, Lewis A.
Karas, Kenneth M.
Koeltl, John G.
Marrero, Victor
McKenna, Lawrence M.
McMahon, Colleen
Nathan, Alison J.
Oetken, J. Paul
Owen, Richard
Patterson, Robert P.
Pauley, William H.
Preska, Loretta A.
Rakoff, Jed S.

Ramos, Edgardo
Sand, Leonard B.
Scheindlin, Shira A.
Seibel, Cathy
Stanton, Louis L.
Stein, Sidney H.
Sullivan, Richard J.
Swain, Laura Taylor
Sweet, Robert W.
Wood, Kimba M.

**Depositing Banks**
Ally Bank
Bank of America, N.A.
Bank of New York Mellon
Citibank, N.A.
Deutsche Bank Trust Company Americas
JPMorgan Chase Bank, N.A.
M&T Bank
State Street Bank and Trust Company
U.S. Bank National Association
Wachovia Bank, National Association

**Consultants & Professionals**
Barclays Bank PLC
Centerview Partners LLC
Deloitte & Touche
Evercore
Fortress Investment Group, LLC
FTI Consulting, Inc.
Kirkland & Ellis LLP
Kurtzman Carson Consultants LLC
Mayer Brown LLP
Mercer
Nationstar Mortgage, LLC
PricewaterhouseCoopers
Rubenstein Associates, Inc.
Sidley Austin LLP
Skadden, Arps, Slate, Meagher & Flom LLP

**HELOC Investors**
5th 3rd bank
Aurora Loan Services LLC
Bank One, Texas N.A.
Deutsche Bank National Trust Co.
Everbank
JP Morgan Chase
Macquarie Mortgages USA Inc
Suntrust
The Bank of New York Mellon
Treasury Bank, N.A.
Us Bank, N.A.
Wachovia Bank Na
Wells Fargo Bank, N.A.

**Servicing Counterparties**

**Government Entities and GSEs**
Federal Home Loan Mortgage Corporation (Freddie Mac)
Federal Housing Administration (FHA)
Federal National Mortgage Association (Fannie Mae)
Government National Mortgage Association (Ginnie Mae)

**Housing and Local Agencies**
California Housing Finance Agency
CitiMortgage, Inc., as administrator for Texas Veterans Land Board
Connecticut Housing Finance Authority
Delaware Housing Authority
Hawaii Housing (Hula Mae)
Housing Opportunities Commission of Montgomery County, Maryland
Mississippi Home Corporation
Neighborhood Housing Services of America and Philadelphia N.H.S.
Oregon Housing and Community Services Department
Redevelopment Authority of the County of Berks
Rural Housing
The Housing and Redevelopment Authority in and for the City of Minneapolis
The Industrial Commission of North Dakota

**Mortgage and Monoline Insurers**
Ambac
Assured Guaranty Corp.
Cuna Mutual Group Mortgage Insurance Company
FGIC
Financial Security Assurance Inc
General Electric Mortgage Insurance Corporation
Genworth Mortgage Insurance Corporation
MBIA
Mortgage Guaranty Insurance Corp.
PMI Mortgage Insurance Co.
Radian Asset Assurance Inc.
Radian Guaranty Inc.
Republic Mortgage Insurance Company
Triad Guaranty Insurance Corporation
United Guaranty Residential Insurance Company

**Trustees**
Bank One, National Association
BNY Midwest Trust Company
Chase Bank of Texas, N.A.
Citibank, N.A.
Deutsche Bank National Trust Company
Deutsche Bank Trust Company Americas
HSBC Bank USA, National Association
JPMorgan Chase Bank, N.A.

LaSalle Bank National Association
Security Pacific National Company
The Bank of New York Mellon
U.S. Bank National Association
US National Association
Wells Fargo Bank Minnesota, N.A.
Wells Fargo Bank, National Association
Wilmington Trust Company

**Other Counterparties to Servicing Agreements**
50 BY 50, LLC
ABN AMRO Mortgage Croup, Inc.
Access National Mortgage Corporation
Ace Home Equity Loan Trust, Series 2007-SL3
ACE Securities Corp.
ACT Mortgage Capital
Advantage Bank
Aegis Mortgage Corporation
Aegon USA Realty Advisors
Alliance Bancorp
Alliance Securities Corp.
Ally Bank
Ally Financial Inc.
Ally Investment Management LLC
Alternative Finance Corporation
Amalgamated Bank of New York
American Equity Mortgage, Inc.
American Home Mortgage
American Home Mortgage Acceptance, Inc.
American Home Mortgage Investment Trust 2005-2
American Home Mortgage Investment Trust 2005-4A
American Home Mortgage Investment Trust 2006-2
American Home Mortgage Investment Trust 2007-A
American Home Mortgage Servicing, Inc.
American Home Mortgage Trust 2004-4
American Home Mortgage Trust 2005-1
American Home Mortgage Trust 2005-2
American Home Mortgage Trust 2005-4A
American Residential Equities XXVII, LLC
American Residential Equities, LLC
Ameriquest Mortgage Company
Andover Bank
Arbor Commercial Mortgage, LLC
Asset Management Holding of South Florida, LLC
Assured Guaranty Municipal Corp
Atlantic Financial Federal
Audobon Savings Bank
Aurora Loan Services Inc.
Aurora Loan Services LLC
Banc of America Funding 2005-3 Trust
Banc of America Funding 2005-8 Trust
Banc of America Funding 2006-1 Trust
Banc of America Funding 2006-4 Trust
Banc of America Funding Corporation
Banc of America Mortgage Capital Corporation

Bancap
Banco Mortgage Company
Banco Popular North America
Bank of America, National Association
Bank of Hawaii
Bank One, Texas, N.A.
Bank Rhode Island
Bank United, FSB
Bankatlantic, A Federal Savings Bank
Bankers Saving
Bankers Trust Company
Banknorth Mortgage
Bay Atlantic Federal Credit Union
Bay Financial Savings Bank, FSB
Bayrock Mortgage Corporation
Bayview Acquisitions, LLC
Bayview Financial Asset Trust
Bayview Financial Property Trust
Bayview Financial Securities Company, LLC
Bayview Financial Trading Group, L.P.
Bayview Financial, L.P.
Bear Stearns Asset Backed Securities I, LLC
Bear Stearns Mortgage Capital Corporation
Bear Stearns Second Lien Trust 2007-1
Bear Stearns Second Lien Trust 2007-SV1
Bell Federal Savings and Loan Association
BellaVista Funding Corporation
Belvedere Trust Finance Corporation
Bluebonnet Savings Bank FSB
BMMZ Holdings LLC
Broadway Federal Bank, FSB
Brothers Bank, FSB
Butte Savings and Loan Association
Caliber Funding, LLC
California Banking Association
California Federal Bank, FSB
California Public Employees' Retirement System
Cambridge Place Collateral Management LLC
Canada Mortgage Acceptance Corporation
Capital Crossing Bank
Capitol Federal Savings and Loan Association
Capstead Mortgage Corporation
CDC Mortgage Capital Inc. (Natixis)
Cenfed Bank, a Federal Savings Bank
Cenlar FSB
CenterState Bank of Florida, N.A.
Central Bank of Jefferson County, Inc.
Century Bank, FSB
CFX Bank
Charter One Bank, FSB
Charter One Bank, N.A.
Chase Manhattan Mortgage Corporation
Chemical Mortgage Company
Citi Financial Mortgage Co., Inc
Citibank (West), FSB
Citigroup Global Markets Realty Corp.

Citigroup Mortgage Loan Trust Inc.
CitiMortgage, Inc.
Citizens Bank of Connecticut
Citizens Bank of Massachusetts
Citizens Bank of New Hampshire
Citizens Bank of Pennsylvania
Citizens Bank, N.A.
Citizens Federal Bank, FSB
Clayton Fixed Income Services Inc.
Clayton National, Inc.
CMC Investment Partnership
Coastal Banc Capital Corporation
Coastal Banc SSB
Coastal States Mortgage Corporation
Collective Federal Savings Bank
Colonial Mortgage Service Company
Comerica Bank
Community Lending, Incorporated
Communityone Bank, N.A.
ComUnity Lending, Incorporated
Copperfield
Core, Cap Inc.
Corona Asset Management III, LLC
Countrywide Bank, N.A.
Countrywide Home Loans Servicing, LP
Countrywide Home Loans, Inc.
Credit Suisse First Boston Mortgage Securities Corp.
CSX
CTCE Federal Credit Union
CTX Mortgage Company, LLC
DB Structured Products, Inc.
Deutsche Alt-A Securities, Inc.
Deutsche Bank AG New York Branch
Deutsche Mortgage Securities, Inc.
DLJ Mortgage Acceptance Corp.
DLJ Mortgage Capital, Inc.
Dollar Bank, FSB
Drawbridge Consumer Funding Ltd
Dynex Securities Corporation
E*Trade Bank
E*Trade Mortgage
E*Trade Wholesale Lending Corp.
EAB Mortgage Company, Inc.
EMC Mortgage Corporation
Empire Mortgage X, Inc.
Encore Bank and National Association
Encore Savings Bank
Erie Savings Bank
Eurekabank
EverBank
Fairbanks Capital Corp.
Fairfax Savings Bank
Family Bank, FSB
Family Lending Services, Inc.
FBS Mortgage Corporation
Federal Home Loan Bank of Atlanta

Federal Trust Bank, FSB
Fidelity Federal Bank
Fidelity Savings and Loan
Fifth Third Bank
Financial Asset Securities Corp.
First Bank Incorporated
First Bank, Inc.
First Cap Holdings, Inc.
First Citizens Bank and Trust Company
First Citizens Mortgage Company
First Community Bank N.A.
First Federal of Michigan
First Federal Savings and Loan Association of Storm
    Lake
First Guaranty Mortgage Corporation
First Horizon Home Loan Corporation
First Indiana Bank
First Internet Bank of Indiana
First Massachusetts Bank, N.A.
First National Bank and Trust Company
First National Bank of Arizona
First National Bank of El Dorado
First Nationwide Mortgage Corporation
First NLC
First Rate Capital Corporation
First Savings Mortgage Corporation
First Tennessee Bank National Association
First Tennessee Capital Assets Corporation
First Trust Savings Bank
First Union National Bank
First-Citizens Bank & Trust Company
Firstrust Bank
Fleet National Bank
Flex Point Funding Corporation
Flick Mortgage Investors, Inc.
FNBA
Fortress Credit Corp.
FPA Corporation
Franklin Bank, SSB
Franklin Credit
Franklin Credit Management Corporation
Gateway Credit Union
Gateway Funding Diversified Mortgage Services, LP
GE Capital Consumer Card Co.
GE Mortgage Services, LLC
Geneva Mortgage Corporation
Germantown Savings Bank
Gibraltar Savings Association
Ginn Financial Services, LLC
Goldman Sachs Mortgage Company
Gonzalo Residential Asset Trust
Great American First Savings Bank
Great American Savings Bank
Green Planet Servicing, LLC
Green Tree Servicing LLC
GreenPoint Mortgage Funding Trust 2005-HE4

GreenPoint Mortgage Funding Trust 2006-HE1
GreenPoint Mortgage Funding, Inc.
Greenwich Capital Acceptance, Inc.
Greenwich Capital Financial Products, Inc.
Greenwich Universal Portfolio
GS Mortgage Securities Corp.
GSAA Home Equity Trust 2005-9
GSMPS Mortgage Loan Trust 2005-LT1
GSR Mortgage Loan Trust 2006-AR2
GSR Trust 2007-HEL1
Guardian Savings Bank
Hanover Capital Mortgage Holdings, Inc.
HarborView Mortgage Loan trust 2004-10
Healthcare Employees Federal Credit Union
Home Equity Loan Trust 2005-HS2
Home Equity Loan Trust 2006-HSA2
Home Equity Loan Trust 2006-HSA3
Home Equity Loan Trust 2006-HSA5
Home Equity Loan Trust 2007-HSA1
Home Equity Loan Trust 2007-HSA3
Home Federal Savings & Loan Association of Rome,
    Ga.
Home Loan Corporation
Home Loan Series 09-2028
HomeBanc Mortgage
HomEq Servicing Corporation
Horsham Funding Inc.
HSI Asset Securitization Corporation
Hudson & Keyse, LLC
Hudson City Savings Bank
Huntington Federal Savings & Loan Association
Hyperion Capital Group LLC
IMPAC CMB Trust Series 2005-6
IMPAC Funding Companies
IMPAC Funding Corporation
IMPAC Mortgage Holdings, Inc.
IMPAC Secured Assets Corp.
Imperial Credit Industries, Inc.
Independent Bank East Michigan
IndyMac Bank, FSB (now OneWest Bank, FSB)
IndyMac MBS, Inc.
IndyMac Mortgage Holdings, Inc.
ING Bank, FSB
Investment Capital Group
Irwin Union Bank and Trust Company
Ixis Real Estate Capital Inc
Jackson Federal Bank
Just Mortgage, Inc.
Kaiser Federal Bank
Keystone Nazareth Bank & Trust Company
Kidder Peabody Mortgage Capital Corporation
Lacera
Lebank
Lehman Brothers Bank, FSB
Lehman Brothers Holdings Inc.
Lehman Capital, a division of Lehman Brothers

Holdings Inc.
Liberty Home Lending, Inc.
Liberty Savings Bank, FSB
Linden Assemblers Federal Credit Union
Litton Loan Servicing, LP
LNV Corporation
Loan Center of California
Loan Link Financial Services
Local #38 and Associates Credit Union
Lomas Mortgage USA, Inc.
Los Angeles County Employees Retirement
    Association
Los Angeles Federal Savings
LPP Mortgage Ltd.
Luminent Mortgage Capital, Inc.
Lydian Private Bank
Macquarie Mortgage Funding Trust 2007-1
Macquarie Mortgages USA, Inc.
MAIA Mortgage Finance Statutory Trust
Marine Bank
Market Street Mortgage Corporation
Massachusetts Mutual Life Insurance Co.
Matrix Capital Bank
MB Financial Bank N.A.
Medway Savings Bank
Mellon Bank
Mellon/McMahon Real Estate Advisors Inc.
Merck Sharp & Dohme Federal Credit Union
Mercury Mortgage Finance Statutory Trust
Meridian Mortgage Corporation
Merrill Lynch Bank & Co.
Merrill Lynch Hunton Paige
Merrill Lynch Mortgage Capital Inc.
Merrill Lynch Mortgage Holdings, Inc.
Merrill Lynch Mortgage Investors, Inc.
Merrill Lynch Mortgage Lending, Inc.
Metlife Bank, N.A.
Metrocities Mortgage Corp., LLC
Metropolitan Life Insurance Company
Mid America Bank, FSB
MidFirst Bank
Midland Financial Savings and Loan Association
Mint I, LLC
Mint II, LLC
Money Bank Investment Corporation
Monterey I Holdings
Morgan Stanley Capital I Inc.
Morgan Stanley Mortgage Capital Inc.
Morgan Stanley Mortgage Loan Trust 2005-3AR
Mortgage Asset Securitization Transactions, Inc.
Mortgage Asset Securitization Trust
Mortgage Interest Networking Trust II
Mortgage Investors Corporation
MortgageIT Holdings Inc.
MortgageIT Securities Corp.
MortgageIT Trust 2005-4

MortgageIT, Inc

MRF 3 LLC

Mrit Securities Corporation

Mutual Savings & Loan Association of Charlotte, N.C.

Mutual Savings Bank

National Bank of Commerce

NETBANK

Network Funding L.P.

Neuwest Equity Partners

New Century Mortgage Securities, Inc.

New Cumberland Federal Credit Union

New Penn Financial, LLC

New York Life Insurance and Annuity Corporation

New York Life Insurance Company

Nomura Asset Acceptance Corporation

Nomura Credit & Capital, Inc.

Nomura Home Equity Loan, Inc.

North Jersey Federal Credit Union, Inc.

Northwest Funding, Inc.

Northwestern National Bank of Minneapolis

Norwest Bank Minnesota, National Association

Norwest Mortgage, Inc.

Ocwen Federal Bank FSB

Ocwen Loan Servicing, LLC

Ohio Savings Bank

Opteum Financial Services, LLC

Option One Mortgage Corporation

Paine Webber Real Estate Securities Inc.

Parkside Lending, LLC

Parkvale Savings Bank

Paul Financial, LLC

People Savings Bank, Inc., SSB

Peoples Heritage Savings Bank

PHH Mortgage

Philadelphia Federal Credit Union

Pinnacle Capital Mortgage Corporation

Pinnacle Financial Corporation

Plaza Home Mortgage, Inc.

PMC Bancorp

PNC Bank, N.A.

PNC Mortgage Securities Corp.

Pomona First Federal Bank and Trust

Principal Asset Markets, Inc.

Principal Bank

Principal Mutual Life Insurance Company

Private Capital Group

Quaker City Bank

Quicken Loans Inc.

RBS Citizens, National Association

Real Time Resolutions, Inc.

Real Time Solutions

Realty Mortgage Corporation

Redlands Federal Bank, FSB

Redwood Trust, Inc.

Reliance Federal Credit Union

Residential Mortgage Assistance Enterprise, LLC

Resolution Capital Advisors, LLC

Ridgewood Savings Bank

Riggs Bank N.A.

Rochester Community Savings Bank

Roosevelt Management Company, LLC

RWT Holdings, Inc.

Ryland Acceptance Corporation Four

SACO I Trust 2005-GP1

SACO I Trust 2006-8

Salomon Brothers Realty Corp.

Saxon Mortgage Funding Corporation

Sea Breeze Financial Services, Inc.

Sebring Capital

Secured Bankers Mortgage Company

Security National

Security Pacific National Bank

Select Portfolio Servicing Inc.

Sequoia Funding Trust

Sequoia Residential Funding, Inc.

Shearson Lehman Government Securities, Inc.

Shellpoint Mortgage LLC

Sierra Pacific Mortgage, Inc

Silver State Financial Services, Inc.

Silvergate Bank

Skyline Financial Corp.

SMFC Funding Corporation

SN Servicing Corporation

SNBOA, LLC

Southbank

Southern Pacific Thrift and Loan Association

SouthStar Funding, LLC

Southwest Savings and Loan Association

Sovereign Bank, FSB

Specialized Loan Servicing LLC

St. Paul Federal Bank for Savings

Stanwich Mortgage Acquisition Company, LLC

Sterling Savings Bank

Steward Financial, Inc.

Stonebridge Bank

Structured Asset Mortgage Investments II Inc.

Structured Asset Mortgage Investments, Inc.

Structured Asset Securities Corporation

Structured Mortgage Investments II Inc.

Summit Savings & Loan Association

Suntrust Asset Funding, LLC

Superior Bank

Susquehanna Bank

Syncora Guarantee Inc.

Taylor, Bean Whitaker

TCF National Bank

TCIF, LLC

TeleBank

Terwin Advisors LLC

Terwin Mortgage Trust 2006-6

Terwin Securitization LLC

The Canada Trust Company
The Chase Manhattan Bank
The First Boston Corporation
The First National Bank of Glens Falls
The Frost National Bank
The Mortgage Store Financial, Inc.
The New York Mortgage Company, LLC
The Travelers Indemnity Company
The Winter Group
Treasury Bank, N.A.
Tri Counties Bank
Tri Country Area Federal Credit Union
Truman Capital Securitization LLC
UBS Real Estate Securities Inc.
UBS Warburg Real Estate Securities Inc.
UBS Warburg, LLC
United Capital Mortgage, LLC
United Federal Savings Bank
United Financial Mortgage Corporation
United Savings Association of Texas, FSB
Unity Bank
Universal Master Servicing, LLC
US Bank Home Mortgage
USAA Federal Savings Bank
Valley Independent Bank
Vermont Mortgage Group, Inc.
Wachovia Bank, National Association
Wachovia Mortgage Corporation
Walter Mortgage Company
Washington Mutual Bank
Washington Mutual Mortgage Securities Corp.
Webster Bank
Western Financial Savings Bank, FSB
WestStar Mortgage, Inc.
Wilshire Credit Corporation
Winter Group
Witmer Funding LLC
WMCC Clayton / Washington Mutual Bank
WMD Capital Markets, LLC

## Utilities

Abovenet Communications Inc.
AT&T
AT&T Mobility
Center Point Energy
CenturyLink
Cisco Systems Capital Corporation
City of Eden Prairie
Comcast
Dish Network
Genesys Conferencing
Global Capacity Group Inc.
IEX Corporation
Inova Solutions
Intercall
Intervoice Inc.

Level 3 Communications LLC
MediaCom
Micro-Tel Center
MidAmerican Energy
Sprint
Time Warner Cable
Time Warner Telecom
Verizon
Verizon Business
Verizon California
Verizon Wireless
Waste Management
Waterloo Water Works
Xcel Energy

## Consolidated Top 50 Creditors

Aegis Usa Inc.
Alan Gardner
Allstate Insurance
Ambac Assurance Corp
Assured Guaranty Corp.
BNYMellon
Boilermaker Blacksmith National Pension Trust
Brian Kessler, et al
Cambridge Place Investment Management Inc.
Credstar
Deutsche Bank AG, New York
Deutsche Bank Trust Company Americas
Don E. Diane M. Patterson
Donna Moore
Emortgage Logic
Federal Home Loan Bank of Boston
Federal Home Loan Bank of Chicago
Federal Home Loan Bank of Indianapolis
Federal Housing Finance Agency
Financial Guaranty Insurance Co.
Huntington Bancshares Inc.
Indecomm Global Services
Iowa Public Employees Retirement System
Lehman Brothers Holdings, Inc.
Loan Value Group
Massachusetts Mutual Life Insurance Company
MBIA, Inc.
Midwest Operating Engineers Pension Trust Fund
National Credit Union Administration Board
New Jersey Carpenters Health Fund
New Jersey Carpenters Vacation Fund
Orange County Employees Retirement System
Police and Fire Retirement System of the City of
    Detroit
Sealink Funding Limited
Steven And Ruth Mitchell
Stichting Pensioenfonds ABP
The Charles Schwab Corporation
The Union Central Life Insurance Company
Thrivent Financial for Lutherans

Tiffany Smith
US Bank
Wells Fargo & Company
Wells Fargo Bank N.A
West Virginia Investment Management Board
Western & Southern

**Members of the Creditors' Committee**

Allstate Life Insurance Company
AIG Asset Management (U.S.), LLC
The Bank of New York Mellon Trust Company, N.A.
Deutsche Bank Trust Company Americas
Drennen, Rowena L.
Financial Guaranty Insurance Company
MBIA Insurance Corporation
U.S. Bank National Association
Wilmington Trust, N.A.

**Rule 2004 Motion Parties**

AlixPartners
Cerberus Capital Management, L.P.
Cerberus FIM Investors LLC
Cerberus FIM, LLC
FIM Holdings LLC
General Motors Company
Gibbs & Bruns, LLP
GMAC Bank
GMAC Commercial Finance, LLC
GMAC LLC
GMAC Mortgage Group, LLC
Houlihan Lokey
IB Finance Holding Company, LLC
Kelly Drye & Warren LLP
Kramer Levin et al
Moelis & Company
Morrison Cohen LLP
National Motors Bank FSB
Ropes & Gray LLP
White & Case

## Schedule 2

### List of "Connections" with Interested Parties

| Name Searched/ Name Provided by Client | Category of Party in Interest | Comments and Status |
|---|---|---|
| Aegis USA Inc | Top 50 Creditor | M&F HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| AIG Asset Management (U.S.), LLC | Committee Member | M&F CURRENTLY REPRESENTS AND HAS IN THE PAST REPRESENTED CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| AlixPartners | Rule 2004 Motion Parties | M&F CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Ambac Assurance Corp. | Top 50 Creditor | M&F CURRENTLY REPRESENTS THE CREDITORS' COMMITTEE IN THE BANKRUPTCY CASE OF THIS ENTITY'S AFFILIATE WHICH IS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Allstate Insurance Company | Litigation Parties | M&F HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Allstate Life Insurance Company | Litigation Parties | M&F HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Ally Financial Inc. | Parties to Funding Agreements | M&F HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| American Home Mortgage | Servicing Counterparty | M&F CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Ameriquest Mortgage Company | Servicing Counterparty | M&F HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| AT&T | Utilities | M&F HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/<br>Name Provided by Client | Category of Party in Interest | Comments and Status |
|---|---|---|
| Atlantic Financial Federal | Servicing Counterparty | M&F HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Aurora Loan Services Inc. | Servicing Counterparty | M&F CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Bank Of America, N.A. | Depositing Banks | M&F CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Bank of Hawaii | Servicing Counterparty | M&F CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Bank Of New York Mellon | Depositing Banks | M&F CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Bank Of New York Mellon Trust Company, N.A. | Top 50 Creditor/ Committee Member | M&F HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Bank Of Nova Scotia | Bondholders | M&F CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Bank United, FSB | Servicing Counterparty | M&F CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Bankers Trust Company | Litigation Parties / Servicing Counterparty | M&F HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Barclays Bank PLC | Parties to Funding Agreements/ Bondholders | M&F CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Bayview Financial Trading Group, L.P. | Servicing Counterparty | M&F HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| California Banking Association | Servicing Counterparty | M&F CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/ Name Provided by Client | Category of Party in Interest | Comments and Status |
|---|---|---|
| California Federal Bank, FSB | Servicing Counterparty | M&F CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| California Housing Finance Agency | Servicing Counterparty | M&F HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| California Public Employees' Retirement System | Servicing Counterparty | M&F HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Center Point Energy | Utilities | M&F HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Century Financial Group, Inc. | Litigation Parties | M&F HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Charles Schwab & Co., Inc. | Bondholders | M&F CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Charter One Bank, FSB | Servicing Counterparty | M&F HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Chase Home Finance, Inc. | Litigation Parties | M&F CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Chase Manhattan Bank | Litigation Parties | M&F CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Citibank, N.A. | Parties to Funding Agreements / Depositing Banks | M&F CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Citigroup Global Markets Inc. /Salomon Brothers | Bondholders | M&F CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| CitiMortgage, Inc. | Litigation Parties / Servicing Counterparty | M&F CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/ Name Provided by Client | Category of Party in Interest | Comments and Status |
|---|---|---|
| Citizens Federal Bank, FSB | Servicing Counterparty | M&F HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Columbus Life Insurance Company | Litigation Parties | M&F HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Comcast | Utilities | M&F CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Comerica Bank | Servicing Counterparty | M&F CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Community Bank Of Northern Virginia | Litigation Parties | M&F HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Core, Cap Inc. | Servicing Counterparty | M&F CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Countrywide Home Loans, Inc. | Litigation Parties | M&F HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Credit Suisse Securities (USA) LLC | Bondholders | M&F CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| CSX | Servicing Counterparty | M&F CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Deloitte & Touche | Consultants and Professionals | M&F CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Deutsche Bank AG New York | Top 50 Creditor/ Committee Member | M&F CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Deutsche Bank National Trust Company | Servicing Counterparty | M&F HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/ Name Provided by Client | Category of Party in Interest | Comments and Status |
|---|---|---|
| Deutsche Bank Securities, Inc. | Bondholders | M&F CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Deutsche Bank Trust Company Americas | Depositing Banks / Parties to Funding Agreements | M&F HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Dish Network | Utilities | M&F CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Dollar Bank, FSB | Servicing Counterparty | M&F HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| E*TRADE Clearing LLC | Bondholders | M&F CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Edward D. Jones & Co. | Bondholders | M&F HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Eurekabank | Servicing Counterparty | M&F HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Evercore | Consultants and Professionals | M&F CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Federal Home Loan Bank of Atlanta | Servicing Counterparty | M&F CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Federal Home Loan Bank Of Boston | Litigation Parties/ Top 50 Creditor | M&F CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Federal Home Loan Bank Of Chicago | Litigation Parties/ Top 50 Creditor | M&F CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Federal Housing Finance Agency, As Conservator For The Federal Home Loan Mortgage Corporation | Litigation Parties | M&F HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/<br>Name Provided by Client | Category of Party in Interest | Comments and Status |
|---|---|---|
| Fidelity Federal Bank | Servicing Counterparty | M&F HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Fidelity Savings and Loan | Servicing Counterparty | M&F HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Fifth Third Bank | Servicing Counterparty | M&F CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Financial Guaranty Insurance Company | Litigation Parties/ Top 50 Creditor/ Committee Member | M&F CURRENTLY REPRESENTS THE CREDITORS' COMMITTEE IN THE BANKRUPTCY CASE OF THIS ENTITY'S AFFILIATE WHICH IS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES; M&F HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Financial Security Assurance Inc. | Servicing Counterparty/ Top 50 Creditor | M&F HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| First Bank Incorporated | Servicing Counterparty | M&F HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| First Community Bank N.A. | Servicing Counterparty | M&F HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| First Federal Savings and Loan Association of Storm Lake | Servicing Counterparty | M&F HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| First National Bank of Arizona | Servicing Counterparty | M&F HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| First Nationwide Mortgage Corporation | Servicing Counterparty | M&F HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Fortress Credit Corp. | Servicing Counterparty | M&F CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Fortress Investment Group, LLC | Consultants and Professionals | M&F HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/<br>Name Provided by Client | Category of Party in Interest | Comments and Status |
|---|---|---|
| GE Capital Consumer Card Co. | Servicing Counterparty | M&F HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| General Motors Company | Rule 2004 Motion Parties | M&F CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| GE Mortgage Services, LLC | Servicing Counterparty | M&F HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Gilmor, Michael P. | Litigation Parties | M&F CURRENTLY REPRESENTS A SIMILARLY NAMED INDIVIDUAL IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Gilmor, Shellie | Litigation Parties | M&F HAS IN THE PAST REPRESENTED A SIMILARLY NAMED INDIVIDUAL IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Goldman, Sachs & Co. | Bondholders | M&F CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Great American First Savings Bank | Servicing Counterparty | M&F HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Great American Savings Bank | Servicing Counterparty | M&F HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| GreenPoint Mortgage Funding Trust 2006-HE1 | Servicing Counterparty | M&F HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Harris, Michael E. | Litigation Parties | M&F HAS IN THE PAST REPRESENTED A SIMILARLY NAMED INDIVIDUAL IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Home Depot U.S.A., Inc. | Litigation Parties | M&F CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Houlihan Lokey Howard & Zukin | Rule 2004 Motion Parties | M&F CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Household Finance | Litigation Parties | M&F HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/ Name Provided by Client | Category of Party in Interest | Comments and Status |
|---|---|---|
| Huntington Bancshares Inc. | Litigation Parties | M&F HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| IMPAC Funding Companies | Servicing Counterparty | M&F HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Imperial Credit Industries, Inc. | Litigation Parties | M&F HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| IndyMac Bank, FSB (now OneWest Bank, FSB) | Servicing Counterparty | M&F CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| IndyMac Mortgage Holdings, Inc. | Servicing Counterparty | M&F HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| J.P. Morgan Securities LLC | Bondholders | M&F CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Jackson Federal Bank | Servicing Counterparty | M&F HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Jelinke-Thomas, Susan | Litigation Parties | M&F HAS IN THE PAST REPRESENTED A SIMILARLY NAMED INDIVIDUAL IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| JPMorgan Chase Bank, N.A. | Depositing Banks | M&F CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Kidder Peabody Mortgage Capital Corporation | Servicing Counterparty | M&F HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Kirkland & Ellis LLP | Consultants and Professionals | M&F HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Lacera | Servicing Counterparty | M&F CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Lehman Brothers Holdings Inc. | Top 50 Creditor | M&F CURRENTLY REPRESENTS CERTAIN AFFILIATES OR SUBSIDIARIES IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/ Name Provided by Client | Category of Party in Interest | Comments and Status |
|---|---|---|
| Level 3 Communications LLC | Utilities | M&F CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Loan Value Group | Top 50 Creditor | M&F HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Local #38 and Associates Credit Union | Servicing Counterparty | M&F HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Loomis Sayles & Company | Bondholders | M&F HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Los Angeles Federal Savings | Servicing Counterparty | M&F HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| M&T Bank | Depositing Banks | M&F CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Marano, Thomas | Officers and Directors | M&F CURRENTLY REPRESENTS THIS INDIVIDUAL IN MATTERS RELATED TO HIS FORMER EMPLOYMENT, WHICH ARE WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Massachusetts Mutual Life Insurance Co. | Litigation Parties / Servicing Counterparty | M&F HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Mayer Brown LLP | Consultants and Professionals | M&F HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| MBIA Insurance Corp. | Top 50 Creditor | M&F HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| MediaCom | Utilities | M&F HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Mellon Bank | Servicing Counterparty | M&F CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/ Name Provided by Client | Category of Party in Interest | Comments and Status |
|---|---|---|
| Meridian Mortgage Corporation | Servicing Counterparty | M&F HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Merrill Lynch Mortgage Lending, Inc. | Servicing Counterparty | M&F CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Metropolitan Life Insurance Company | Servicing Counterparty | M&F HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| MidAmerican Energy | Utilities | M&F CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Mint I, LLC | Servicing Counterparty | M&F HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Mint II, LLC | Servicing Counterparty | M&F HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Mitchell, Steven | Litigation Parties | M&F HAS IN THE PAST REPRESENTED A SIMILARLY NAMED INDIVIDUAL IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Moelis & Company LLC | Rule 2004 Motion Parties | M&F CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Morgan Stanley & Co. LLC | Bondholders | M&F CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Morgan Stanley Mortgage Loan Trust 2005-3AR | Servicing Counterparty | M&F HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Morgan Stanley Smith Barney LLC | Bondholders | M&F HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| New Penn Financial, LLC | Servicing Counterparty | M&F HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| New York Life Insurance Company | Servicing Counterparty | M&F HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/<br>Name Provided by Client | Category of Party in Interest | Comments and Status |
|---|---|---|
| Ocwen Federal Bank FSB | Servicing Counterparty | M&F HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Option One Mortgage Corporation | Servicing Counterparty | M&F HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Orange County Employees Retirement System | Top 50 Creditor | M&F HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Paine Webber Real Estate Securities Inc. | Servicing Counterparty | M&F HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Patterson, Don E. | Top 50 Creditor | M&F HAS IN THE PAST REPRESENTED A SIMILARLY NAMED INDIVIDUAL IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Paul Financial, LLC | Servicing Counterparty | M&F HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| People Savings Bank, Inc., SSB | Servicing Counterparty | M&F HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| PHH Mortgage | Servicing Counterparty | M&F CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Plaza Home Mortgage, Inc. | Servicing Counterparty | M&F HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| PMC Bancorp | Servicing Counterparty | M&F HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| PNC Mortgage Securities Corp. | Servicing Counterparty | M&F HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Principal Mutual Life Insurance Company | Servicing Counterparty | M&F HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Raymond, James & Associates, Inc. | Bondholders | M&F CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/ Name Provided by Client | Category of Party in Interest | Comments and Status |
|---|---|---|
| RBC Capital Markets, LLC | Bondholders | M&F CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Realty World - Graham/Grubbs And Associates | Landlord/Tenant | M&F HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Riggs Bank N.A. | Servicing Counterparty | M&F HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Ropes & Gray LLP | Rule 2004 Motion Parties | M&F CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Sebring Capital | Servicing Counterparty | M&F HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Security National | Servicing Counterparty | M&F CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Security Pacific National Bank | Servicing Counterparty | M&F HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Shearson Lehman Government Securities, Inc. | Servicing Counterparty | M&F HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Sidley Austin LLP | Consultants and Professionals | M&F HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Skadden, Arps, Slate, Meagher & Flom | Consultants and Professionals | M&F HAS IN THE PAST REPRESENTED THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| SN Servicing Corporation | Servicing Counterparty | M&F CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Sovereign Bank, FSB | Servicing Counterparty | M&F CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Sprint | Utilities | M&F CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/ Name Provided by Client | Category of Party in Interest | Comments and Status |
|---|---|---|
| St. Paul Federal Bank for Savings | Servicing Counterparty | M&F HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| State Street Bank And Trust Company | Depositing Banks | M&F CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Sterling Savings Bank | Servicing Counterparty | M&F CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Stifel, Nicolaus & Company Incorporated | Bondholders | M&F CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Superior Bank | Servicing Counterparty | M&F HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| TD Ameritrade Clearing, Inc. | Bondholders | M&F HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Teachers Insurance And Annuity Association Of America C/O Northmarq RES | Landlord/Tenant | M&F HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Terwin Advisors LLC | Servicing Counterparty | M&F HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| The Bank of New York Mellon | Servicing Counterparty | M&F CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| The Charles Schwab Corporation | Litigation Parties | M&F CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| The Chase Manhattan Bank | Servicing Counterparty | M&F CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| The First Boston Corporation | Servicing Counterparty | M&F HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/ Name Provided by Client | Category of Party in Interest | Comments and Status |
|---|---|---|
| The Irvine Company LLC | Landlord/Tenant | M&F HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| The New York Mortgage Company, LLC | Servicing Counterparty | M&F HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| The Travelers Indemnity Company | Servicing Counterparty | M&F CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Time Warner Cable | Utilities | M&F CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Time Warner Telecom | Utilities | M&F HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| U.S. Bank National Association | Depositing Banks/ Top 50 Creditor/ Committee Member | M&F CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| UBS Financial Services LLC | Bondholders | M&F CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| UBS Securities LLC | Bondholders | M&F CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| UBS Warburg, LLC | Servicing Counterparty | M&F CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| US Bank National Association | Parties to Funding Agreements | M&F CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| US National Association | Servicing Counterparty | M&F CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Verizon California | Utilities | M&F CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/ Name Provided by Client | Category of Party in Interest | Comments and Status |
|---|---|---|
| Verizon Wireless | Utilities | M&F CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Wachovia Bank, National Association | Depositing Banks | M&F CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Washington Mutual Bank | Litigation Parties | M&F HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Waste Management | Utilities | M&F CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Wells Fargo Bank, N.A. | Parties to Funding Agreements/ Top 50 Creditor | M&F CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Western Asset Management Company | Bondholders | M&F HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Western Financial Savings Bank, FSB | Servicing Counterparty | M&F CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| WestStar Mortgage, Inc. | Servicing Counterparty | M&F HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| White & Case LLP | Rule 2004 Motion Parties | M&F CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Wilmington Trust Company | Litigation Parties/ Top 50 Creditor/ Committee Member | M&F HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Wong, James | Litigation Parties | M&F HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |