MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:    (212) 468-8000
Facsimile:    (212) 468-7900
Larren M. Nashelsky
Gary S. Lee
Lorenzo Marinuzzi

*Proposed Counsel for the Debtors and*
*Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------
)
In re:                                    )    Case No. 12-12020 (MG)
                                          )
RESIDENTIAL CAPITAL, LLC, et al.,        )    Chapter 11
                                          )
                        Debtors.         )    Jointly Administered
-------------------------------------------------------------
)

**DEBTORS' APPLICATION FOR AN ORDER AUTHORIZING**
**EMPLOYMENT AND RETENTION OF MERCER (US) INC. AS COMPENSATION**
**CONSULTANT TO THE DEBTORS *NUNC PRO TUNC* TO THE PETITION DATE**

TO THE HONORABLE MARTIN GLENN
UNITED STATES BANKRUPTCY JUDGE:

The debtors and debtors in possession in the above-captioned cases (collectively,

the "Debtors")[1] hereby apply (the "Application")[2] for entry of an order, under section 327(a) of

title 11 of the United States Code (the "Bankruptcy Code"), Rule 2014(a) of the Federal Rules of

Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 2014-1 of the Local Bankruptcy

---

[1]    The names of the Debtors in these cases and their respective tax identification numbers are identified on
       Exhibit 1 to the Whitlinger Affidavit (defined below).

[2]    Creditors and parties-in-interest with questions or concerns regarding the Debtors' Chapter 11 cases or the relief
       requested in this Application may refer to http://www.kccllc.net/rescap for additional information.

Rules for the Southern District of New York (the "Local Rules"), authorizing the employment

and retention of Mercer (US) Inc. ("Mercer") as compensation consultant to the Debtors, *nunc*

*pro tunc* to the Petition Date (defined below).  In support of the Application, the Debtors rely on,

and incorporate by reference, the Affidavit of John Dempsey (the "Dempsey Affidavit"), a

partner of Mercer, attached hereto as <u>Exhibit 1</u>.  In further support of the Application, the

Debtors, by and through their undersigned counsel, respectfully represent:

## JURISDICTION

1.        This Court has jurisdiction to consider this Application under 28 U.S.C.

§§ 157 and 1334.  This is a core proceeding under 28 U.S.C. § 157(b).  Venue of these cases and

this Application in this district is proper under 28 U.S.C. §§ 1408 and 1409.  The statutory

predicates for the relief requested herein are Bankruptcy Code section 327(a), Bankruptcy Rule

2014(a) and Local Rule 2014-1.

## BACKGROUND

2.        On May 14, 2012 (the "Petition Date"), each of the Debtors filed a

voluntary petition in this Court for relief under Chapter 11 of the Bankruptcy Code.  The Debtors

are managing and operating their businesses as debtors in possession pursuant to Bankruptcy

Code sections 1107(a) and 1108.  These cases are being jointly administered pursuant to

Bankruptcy Rule 1015(b).  No trustee has been appointed in these Chapter 11 cases; however,

the Court has directed that an examiner be appointed.

3.        On May 16, 2012, the United States Trustee for the Southern District of

New York (the "U.S. Trustee") appointed a nine member official committee of unsecured

creditors (the "Creditors' Committee").

4.        The Debtors are a leading residential real estate finance company

indirectly owned by Ally Financial Inc., which is not a Debtor.  The Debtors and their non-

2

debtor affiliates operate the fifth largest mortgage servicing business and the tenth largest

mortgage origination business in the United States.  A more detailed description of the Debtors,

including their business operations, their capital and debt structure, and the events leading to the

filing of these bankruptcy cases, is set forth in the Affidavit of James Whitlinger, Chief Financial

Officer of Residential Capital, LLC, in Support of Chapter 11 Petitions and First Day Pleadings,

filed with the Court on the Petition Date (the "Whitlinger Affidavit") [Docket No. 6].

**RELIEF REQUESTED**

5.       By this Application, the Debtors seek entry of an order pursuant to

Bankruptcy Code section 327(a), authorizing the employment and retention of Mercer as their

compensation consultant in these Chapter 11 cases.  The Debtors have engaged Mercer as their

compensation specialist to assist the Debtors with the assessment of any employee incentive and

retention plans to be proposed by the Debtors in these Chapter 11 cases.

**A.       Services to be Rendered**

6.       Mercer's services will be rendered upon the terms and conditions of an

engagement letter dated as of May 14, 2012 (the "Engagement Letter"), which is attached hereto

as <u>Exhibit 2</u>.[3]  In particular, the Debtors anticipate that Mercer will perform, among others, the

following services:

    a)   Review any incentive-based and retention-based plan design in the context of
        overall compensation and compare the programs to market practice;

    b)   Assess the total compensation opportunities to market pay levels at
        comparable organizations with similar roles;

---

[3]   Mercer was originally engaged by the Debtors pursuant to an engagement letter dated as of April 27, 2012,
however, the Engagement Letter supersedes that original agreement with respect to the postpetition services
contemplated herein.

3

c) Participate, when requested, in discussions between the Debtors, their creditors, and the U.S. Trustee, among other things, to explain the purposes and terms of applicable compensation programs and provide the results of Mercer's analysis of same; and

d) If requested, provide testimony regarding Mercer's findings, conclusions and recommendations, as applicable, including without limitation, at any deposition or hearing held in connection with the Debtors' Chapter 11 cases, confirmation of a plan, or in connection with proceedings to approve any particular compensation program(s) and payments during the pendency of the Debtors' Chapter 11 cases.

**B.      Qualifications of Professionals**

7.      Mercer is a consulting firm focused on providing human resource consulting and related outsourcing services.  Mercer's broad range of corporate services includes design, management and administration of, and strategic advice regarding human resource programs, health and benefit programs, benefits outsourcing, brokerage services, asset management and related consulting services.

8.      The Debtors believe that Mercer is well qualified to provide its services to the Debtors.  The Debtors have chosen Mercer as their compensation consultant based upon, among other things, (i) the Debtors' need to retain a compensation specialist to provide advice with respect to the Debtors' development and execution of any employee incentive or retention plans, (ii) as a result of Mercer's existing advisory relationship with the Debtors, Mercer's professionals have worked closely with the Debtors' management team and employees and as such have become well acquainted with the Debtors' business operations and compensation programs, and (iii) Mercer's extensive experience in providing compensation services in complex Chapter 11 cases.

9.      Prior to the Petition Date, the Debtors engaged Mercer to provide consulting services in anticipating of filing these Chapter 11 cases.  The Debtors believe that it is

4

imperative that they implement tailored employee incentive-based and retention-based plans early on in these Chapter 11 cases so that they do not lose the support of their employees, who are key to the restructuring.

10.     In addition to Mercer's understanding of the Debtors' businesses, Mercer has vast experience working in the Chapter 11 context and has advised a number of debtors in creating and implementing both incentive-based and retention-based employee programs.  See e.g. In re Borders Group, Inc., Case No. 11-10614 (MG) (Bankr. S.D.N.Y. April 7, 2011) [Docket No. 560]; In re Nortel Networks Inc., Case No. 09-10138 (KG) (Bankr. D. Del. March 19, 2009) [Docket No. 494]; In re Tribune Company, Case No. 08-13141 (KJC) (Bankr. D. Del. May 12, 2009) [Docket No. 1179].

11.     The Debtors believe that the retention of Mercer, with its specialized services and prepetition experience advising the Debtors, is crucial to the development and execution of any employee based programs to be implemented during these Chapter 11 cases, and thus, are essential to the Debtors' success in these Chapter 11 cases.

**C.     Compensation**

12.     Mercer intends to apply for compensation for professional services rendered and reimbursement of expenses incurred in connection with these cases, subject to the Court's approval and in compliance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, any applicable orders of the Court, the Amended Guidelines for Fees and Disbursements for Professionals in the Southern District of New York Bankruptcy Cases M-389 (Nov. 25, 2009), and the U.S. Trustee Guidelines currently in effect, and consistent with the proposed compensation set forth in the Engagement Letter (the "Fee Structure").

13.      In summary, the Fee Structure provides that the Debtors will pay Mercer

for its services on an hourly basis under the following rate structure[4]:

|   |   |   |
|---|---|---|
| a. | Research: | $50 to $150 |
| b. | Analysts: | $150 to $300 |
| c. | Associate: | $250 to $400 |
| d. | Sr. Associate: | $350 to $550 |
| e. | Principal: | $500 to $700 |
| f. | Partner: | $700 to $950 |

14.      The Fee Structure further contemplates reimbursement of Mercer's actual

and reasonable out of pocket expenses, as set forth in the Engagement Letter.

15.      As set forth in the Dempsey Affidavit, the Fee Structure is reasonable

and comparable to those generally charged by compensation specialist firms of similar stature to

Mercer and for comparable engagements, both in and out of court.  The Debtors believe that the

Fee Structure is reasonable, market-based, and designed to compensate fairly Mercer for its work

and to cover fixed and routine overhead expenses.

16.      Mercer will maintain records of its services in quarter-hour increments

and will maintain records in support of any actual, necessary costs and expenses incurred in

connection with the rendering of such services in these Chapter 11 cases.  Mercer has advised the

Debtors that Mercer's billing system is unable to record the time of its professionals in tenth of

an hour increments and respectively requested a waiver from having to maintain time

---

[4]   Mercer shall file with the Court and serve upon the U.S. Trustee and the Creditors' Committee appointed in these
Chapter 11 cases a notice of any changes to its hourly billing rates for personnel performing services for the
Debtors.

ny-1042850

descriptions in increments of tenths of an hour.  The Debtors therefore request that Mercer be authorized to report the time incurred by Mercer's professionals in quarter-hour increments.  The Debtors submit that, given the nature of the services to be provided by Mercer, such billing formats and associated time details will be sufficient for the Debtors and other parties in interest to make an informed judgment regarding the nature and reasonableness of Mercer's services and requested compensation.

**D.     Indemnification and Reimbursement Provisions**

17.     The Debtors have agreed to indemnify and reimburse Mercer in certain discrete circumstances in accordance with the indemnification provisions set forth in the Engagement Letter.

18.     The indemnification and reimbursement provisions reflected in the Engagement Letter are customary and reasonable terms of engagement for compensation specialists such as Mercer both out of court and in Chapter 11.  The terms of the Engagement Letter, including the indemnification provisions, were fully negotiated between the Debtors and Mercer at arm's length.

19.     Accordingly, as part of this Application, the Debtors request that the Court approve the indemnification granted under the Engagement Letter, as modified in the proposed order, attached hereto as <u>Exhibit 3</u>.

**E.     Disinterestedness of Professionals**

20.     To the best of the Debtors' knowledge and except to the extent disclosed in the Dempsey Affidavit, Mercer is a "disinterested person" within the meaning of Bankruptcy Code section 101(14), as modified by Bankruptcy code section 1107, does not hold or represent

7

an interest adverse to the Debtors' estates, and has no connection to the Debtors, their creditors, or their related parties.

21.        Prior to the Petition Date, the Debtors paid Mercer the amount of $51,000.  As of the Petition Date, Mercer held a prepetition claim against the Debtors in the amount of $23,381.88 for fees and expenses related to compensation consulting services.  Mercer, however, has agreed to waive this pre-petition claim against the Debtors in connection with its retention in these Chapter 11 cases.

22.        Mercer will conduct an ongoing review of its files to ensure that no conflicts or other disqualifying circumstances exist or arise.  To the extent that any new relevant facts or relationships bearing on the matters described herein during the period of Mercer's retention are discovered or arise, Mercer will use reasonable efforts to file promptly a supplemental declaration as required by Bankruptcy Rule 2014(a).

## APPLICABLE AUTHORITY

23.        Bankruptcy Code section 327(a) provides that a debtor in possession may employ one of more professionals that do not hold or represent an interest adverse to the estate and that are disinterested persons to assist the debtor in possession in carrying out its duties under the Bankruptcy Code.  11 U.S.C. § 327(a).

24.        Mercer intends to apply for compensation for professional services and reimbursement of expenses incurred in connection with these cases, subject to the Court's approval and in compliance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, the Amended Guidelines for Fees and Disbursements for Professionals in the Southern District of New York Bankruptcy Cases M-389 (Nov. 25, 2009), and the U.S.

ny-1042850

Trustee Guidelines currently in effect, and any other applicable procedures and orders of the

Court and consistent with the Fee Structure set forth in the Engagement Letter.

## NOTICE

25.    Notice of this Application will be given to the following parties, or in

lieu thereof, to their counsel:  (a) the Office of the United States Trustee for the Southern District

of New York; (b) the office of the United States Attorney General; (c) the office of the New

York Attorney General; (d) the office of the United States Attorney for the Southern District of

New York; (e) the Internal Revenue Service; (f) the Securities and Exchange Commission; (g)

each of the Debtors' prepetition lenders, or their agents, if applicable; (h) each of the indenture

trustees for the Debtors' outstanding notes issuances; (i) counsel for Ally Financial Inc.; (j)

counsel for Barclays Bank PLC, as administrative agent for the lenders under the debtor in

possession financing facility; (k) Nationstar Mortgage LLC and its counsel; (l) counsel for the

Creditors' Committee; and (m) all parties requesting notice pursuant to Bankruptcy Rule 2002.

The Debtors submit that, in view of the facts and circumstances, such notice is sufficient and no

other or further notice need be provided.

## CONCLUSION

WHEREFORE, the Debtors respectfully request that the Court: (i) enter an order substantially in the form attached hereto as <u>Exhibit 3</u>, granting the relief sought herein; and (ii) grant such other and further relief to the Debtors as the Court may deem just and proper.

Dated:  June 26, 2012
        New York, New York

                                       RESIDENTIAL CAPITAL, LLC,
                                       on behalf of itself and each of its Debtor
                                       subsidiaries

                                              By: <u>/s/ James Whitlinger</u>
                                              Name:  James Whitlinger
                                              Title: Chief Financial Officer

ny-1042850

**EXHIBIT 1**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------------------  )
                                                                               )
In re:                                                                         )    Case No. 12-12020 (MG)
                                                                               )
RESIDENTIAL CAPITAL, LLC, <u>et al.</u>,                                       )    Chapter 11
                                                                               )
                                                  Debtors.                     )    Jointly Administered
                                                                               )
-----------------------------------------------------------------------------  )

**AFFIDAVIT OF JOHN DEMPSEY IN SUPPORT**
**OF DEBTORS' APPLICATION FOR ENTRY OF AN ORDER**
**<u>AUTHORIZING EMPLOYMENT AND RETENTION OF MERCER (US) INC.</u>**

I, John Dempsey, being duly sworn, hereby deposes and says:

1.      I am a partner of the firm Mercer (US) Inc. ("Mercer"), with offices located at 10 South Wacker Drive, Suite 1700, Chicago, Illinois 60606.  I am authorized to execute this affidavit (the "Affidavit") on behalf of Mercer.  Unless otherwise stated in this affidavit, I have personal knowledge of the facts set forth within.

2.      This affidavit is being submitted in connection with the proposed retention of Mercer as compensation consultant to the Debtors to perform services as set forth in the *Debtors' Application for an Order Authorizing Employment and Retention of Mercer (US) Inc. as Compensation Consultant to the Debtors Nunc Pro Tunc to the Petition Date* (the "Application").[1]

3.      Mercer is a US subsidiary of Marsh & McLennan Companies, Inc. a global professional services firm providing advice and solutions in the areas of risk, strategy, and human capital.  Mercer together with its predecessors and affiliates, has been advising clients around the world for 60 years.  Mercer's professionals provide restructuring services to its clients.

---

[1]    Capitalized terms not otherwise defined herein shall be given the meanings ascribed to them in the Application.

4.      The principals and associates of Mercer have extensive experience working with financially troubled companies in complex restructurings in Chapter 11 proceedings.

5.      In addition, Mercer has provided compensation consulting services to the Debtors in connection with these Chapter 11 cases.  Mercer plans to continue advising the Debtors in connection with creating and implementing any incentive-based and retention-based plans.

## DISINTERESTEDNESS AND ELIGIBILITY

6.      In connection with its proposed retention by the Debtors in these cases, Mercer undertook to determine whether Mercer had any conflicts or other relationships that might cause it not to be disinterested or to hold or represent an interest materially adverse to the Debtors. Specifically, Mercer obtained from the Debtors the names of individuals and entities that may be parties-in-interest in these Chapter 11 cases (the "Potential Parties-in-Interest") and such parties are listed on Schedule 1, annexed hereto.

7.      Based on the results of its review of the Potential Parties-in-Interest, Mercer has provided and could reasonably be expected to continue to provide services unrelated to the Debtors' cases for the various entities shown on the schedule attached hereto as Schedule 2. which include, without limitation:

> a.  Ally Financial Inc., Ally Bank and Ally Investment Management LLC, for which Mercer provides health and benefits and investment consulting.  These services are unrelated to the Debtors' cases.
>
> b.  Nationstar Mortgage, LLC, for which Mercer provides information product solutions.  These services are unrelated to the Debtors' cases.
>
> c.  Barclays Bank PLC, for which Mercer provides health and benefits, defined benefits, information product solutions, and retirement, risk & finance services.  These services are unrelated to the Debtors' cases.

13

8.      Based on the information set forth herein, Mercer does not believe that it is a "creditor" of any of the Debtors within the meaning of section 101(10) of the Bankruptcy Code.  Further, neither I nor any other member of the Mercer engagement team serving the Debtors, to the best of my knowledge, is a holder of any outstanding debt instruments of the Debtors.

9.      As such, to the best of my knowledge, Mercer is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code, as modified by section 1107(b) of the Bankruptcy Code, in that Mercer:

(a)      is not a creditor, equity security holder or insider of the Debtors; and

(b)      is not employed by, and has not previously been employed by, any entity other than the Debtors in matters related to these Chapter 11 cases.

10.     In addition, to the best of my knowledge and based upon the results of the relationship search described above and disclosed herein, Mercer neither holds nor represents an interest adverse to the Debtors within the meaning of section 327(a) of the Bankruptcy Code.  As set forth on Schedule 2, Mercer has consulting relationships with certain of the Debtors' Potential Parties-in-Interest, but these consulting relationships do not relate in any way to the Debtors.  Rather, such engagements concern the provision of human resources consulting services on matters relating to the organizations' own employees.

11.     It is Mercer's policy and intent to update and expand its ongoing relationship search for additional parties in interest in an expedient manner.  If any new material relevant facts or relationships are discovered or arise, Mercer will promptly file a Bankruptcy Rule 2014(a) supplemental declaration.

ny-1042850

## PROFESSIONAL COMPENSATION

12.    Subject to Court approval and in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the applicable guidelines established by the U.S. Trustee for the Southern District of New York and the Local Rules, Mercer will seek payment for compensation pursuant to the Fee Structure, plus reimbursement of actual and necessary expenses incurred by Mercer.  Mercer's customary hourly rates as charged in bankruptcy and non-bankruptcy matters of this type by the professionals assigned to this engagement are outlined in the Application for the employment of Mercer.  These hourly rates are adjusted periodically.

13.    The Fee Structure, as stated in the Application, provides that the Debtors will pay Mercer for its services on an hourly basis under the following rate structure:

| | | |
|---|---|---|
| a. | Research: | $50 to $150 |
| b. | Analysts: | $150 to $300 |
| c. | Associate: | $250 to $400 |
| d. | Sr. Associate: | $350 to $550 |
| e. | Principal: | $500 to $700 |
| f. | Partner: | $700 to $950 |

14.    The Fee Structure further contemplates reimbursement of Mercer's actual, reasonable and necessary expenses, as further set forth in the Engagement Letter.

15.    The Fee Structure and other provisions of the Engagement Letter are consistent with the terms of other Mercer engagements for compensation consulting services, both in and out of bankruptcy court proceedings.

ny-1042850

16.     Prior to the Petition Date, the Debtors paid Mercer the amount of $51,000. As of the Petition Date, Mercer held a prepetition claim against the Debtors in the amount of $23,381.88 for fees and expenses related to compensation consulting services.  Mercer, however, will agree to waive this pre-petition claim against the Debtors in connection with its retention in these Chapter 11 cases.

17.     To the best of my knowledge, (a) no commitments have been made or received by Mercer with respect to compensation or payment in connection with these cases other than in accordance with the provisions of the Bankruptcy Code and (b) Mercer has no agreement with any other entity to share with such entity any compensation received by Mercer in connection with these Chapter 11 cases.

ny-1042850

18.    Based upon the foregoing, I believe Mercer is a "disinterested person" as defined in section 101(14) of the Bankruptcy Code and does not hold or represent an interest materially adverse to the Debtors or their estates.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 26 day of June 2012.

/s/ John Dempsey

John Dempsey

SUBSCRIBED AND SWORN TO BEFORE ME this 26 day of June.

/s/ Kimberly Ann Lindsey
Notary Public

My Commission Expires:

6/19/2016

OFFICIAL SEAL
KIMBERLY ANN LINDSEY
Notary Public – State of Illinois
My Commission Expires Jun 19, 2016

17

**SCHEDULE 1**

**RESIDENTIAL CAPITAL, LLC ET AL.**
**Case No. 12-12020 (MG)**

**MASTER CONFLICT LIST**

**Debtors and Subsidiaries**
ditech, LLC
DOA Holding Properties, LLC
DOA Properties IX (Lots-Other), LLC
EPRE LLC
Equity Investment I, LLC
ETS of Virginia, Inc.
ETS of Washington, Inc.
Executive Trustee Services LLC
GMAC – RFC Holding Company, LLC
GMAC Model Home Finance I, LLC
GMAC Mortgage USA Corporation
GMAC Mortgage, LLC
GMAC Residential Holding Company, LLC
GMAC RH Settlement Service, LLC
GMACM Borrower LLC
GMACM REO LLC
GMACR Mortgage Products, LLC
HFN REO SUB II, LLC
Home Connects Lending Services, LLC
Homecomings Financial Real Estate Holdings, LLC
Homecomings Financial, LLC
Ladue Associates, Inc.
Passive Asset Transactions, LLC
PATI A, LLC
PATI B, LLC
PATI Real Estate Holdings, LLC
RAHI A, LLC
RAHI B, LLC
RAHI Real Estate Holdings, LLC
RCSFJV2004, LLC
Residential Accredit Loans, Inc.
Residential Asset Mortgage Products, Inc.
Residential Asset Securities Corporation
Residential Capital, LLC
Residential Consumer Services of Alabama, LLC
Residential Consumer Services of Ohio, LLC
Residential Consumer Services of Texas, LLC
Residential Consumer Services, LLC
Residential Funding Company, LLC
Residential Funding Mortgage Exchange, LLC
Residential Funding Mortgage Securities I, Inc.
Residential Funding Mortgage Securities II, Inc.
Residential Funding Real Estate Holdings, LLC
Residential Mortgage Real Estate Holdings, LLC
RFC – GSAP Servicer Advance, LLC
RFC Asset Holdings II, LLC
RFC Asset Management, LLC
RFC Borrower LLC
RFC Construction Funding, LLC
RFC REO LLC
RFC SFJV-2002, LLC

**Foreign Subsidiaries**
Canada Mortgage Acceptance Corporation
Foreign Obligation Exchange, Inc. 2003-H12
Foreign Obligation Exchange, Inc. 2003-H14
Foreign Obligation Exchange, Inc. 2004-H11
Foreign Obligation Export, Inc.
GMAC Financiera S.A. de C.V. Sociedad
  Financiera de Objecto Multiple
GMAC Residential Funding of Canada Limited
GMAC-RFC (No. 2) Limited
GMAC-RFC Auritec, S.A.
GMAC-RFC Direct Limited
GMAC-RFC Espana Hipotecas SL
GMAC-RFC Europe Limited
GMAC-RFC Holdings Limited
GMAC-RFC Property Finance Limited
High Street Home Loans Limited
MCA Finance Limited
National Guarantee plc
Private Label Group Limited
Private Label Mortgage Services Limited

**Officers and Directors**
Abreu, Steven M.
Aretakis, James
Dondzila, Catherine M.
Fleming, Patrick
Hamzehpour, Tammy
Harney, Anthony J.
Hills, Garry
Horner, Jill M.
III, Edward F. Smith,
Ilany, Jonathan
Mack, John E.
Marano, Thomas
Meyer, Darsi
Nees, Louis A.
Pensabene, Joseph A.
Riddle, Mindy
Strauss, Thomas M.
Tyson, William N.
West, Pamela E.
Whitlinger, James
Wilkinson, Winston Carlos

**Parties to Funding Agreements**
Ally Financial Inc (f/k/a GMAC Inc.)
Barclays Bank PLC
Citibank, N.A.
Wells Fargo Bank, N.A.
BMMZ Holdings LLC
US Bank National Association
Deutsche Bank Trust Company Americas

**Bondholders**

AllianceBernstein Advisors
American Enterprise Investment Services Inc.
Appaloosa Management L.P.
Bank of New York Mellon, (The)/Barclays Capital - London
Bank of Nova Scotia/CDS
BARC/FIXED
Barclays Capital Inc. /LE
Berkshire Hathaway Inc.
BlackRock Global Investors
Charles Schwab & Co., Inc.
CITIBK/GRP
Citigroup Global Markets Inc.
Citigroup Global Markets Inc. /Salomon Brothers
Credit Suisse Securities (USA) LLC
David Lerner Associates, Inc.
Deutsche Bank Securities, Inc.
E*Trade Clearing LLC
Edward D. Jones & Co.
First Clearing, LLC
First Southwest Company
Goldman Sachs International
Goldman, Sachs & Co.
Interactive Brokers Retail Equity Clearing
J.P. Morgan Clearing Corp.
J.P. Morgan Securities LLC
Janney Montgomery Scott Inc.
Loomis Sayles & Company
LPL Financial Corporation
Merrill Lynch Safekeeping
Morgan Stanley & Co. LLC
Morgan Stanley Smith Barney LLC
National Financial Services LLC
Oppenheimer & Co. Inc.
OptionXpress, Inc
P. Schoenfeld Asset Management
Paulson & Co. Inc.
Penson Financial Services, Inc./Ridge.
Pershing LLC
Pentwater Capital Management
Putnam Investment Management
Raymond, James & Associates, Inc.
RBC Capital Markets, LLC
Scottrade, Inc.
Security Investors LLC
Silver Point Capital, L.P.
Stifel, Nicolaus & Company Incorporated
Taconic Capital Advisors, L.P.
TD Ameritrade Clearing, Inc.
Timber Hill LLC
UBS Financial Services LLC
UBS Securities LLC
Vanguard Marketing Corporation
Western Asset Management Company

**Landlords and Tenants**

2155 Northpark Lane LLC
2255 Partners, L.P. c/o M. David Paul Development LLC

Avenel Realty Company d / b / a Avenel at Montgomery Square
Brandywine Cityplace LP
BREOF Convergence LP c/o Brookfield Real Estate Opportunity Fund
Business Suites (Texas) LTD
Center Township of Marion County
Del Amo Financial Center, LP
DRA CLP Esplanade LP c/o Colonial Properties Services Ltd Partnership
Euclid Plaza Associates, LLC
GBM Properties, LLC
Homeowners Alliance
Liberty Property Limited Partnership
National Default Servicing, LLC
New Towne Center Inc.
PBC San Jose, LLC
PBC Walnut Creek, LLC
Realty World - Graham/Grubbs and Associates
Regus Management Group LLC
Teachers Insurance and Annuity Association of America c/o Northmarq RES
The Irvine Company LLC
The Office Annex, Inc.
Veridian Credit Union f/k/a John Deere Community Credit Union
W.E.G., Jr., Inc. d / b / a Highland-March Beverly Suites

**Parties to Litigation**

Acacia Life Insurance Company
Allstate Bank (f/k/a Allstate Federal Savings Bank)
Allstate Insurance Company
Allstate Life Insurance Company
Allstate Life Insurance Company of New York, Allstate Retirement Plan
Allstate New Jersey Insurance Company
American Heritage Life Insurance Company
Ameritas Life Insurance Corp.
Assured Guaranty Municipal Corp.
Boilermaker Blacksmith National Pension Trust
Brown County, Ohio
Cambridge Place Investment Management Inc.
Church-Dellinger, Victoria Jean
Columbus Life Insurance Company
Deutsche Zentral-genossenschaftsbank, New York Branch, d/b/a DZ Bank AG, New York Branch
DG Holding Trust
Federal Home Loan Bank of Boston
Federal Home Loan Bank of Chicago
Federal Home Loan Bank of Indianapolis
Federal Home Loan Mortgage Corporation
Federal Housing Finance Agency
Financial Guaranty Insurance Company
First Colonial Insurance Company
Fort Washington Active Fixed Income LLC
Fort Washington Investment Advisors, Inc.
HSH Nordbank AG
HSH Nordbank AG, Luxembourg Branch
HSH Nordbank AG, New York Branch

HSH Nordbank Securities S.A.
Huntington Bancshares Inc.
IKB Deutche Industriebank AG
IKB International S.A. (in Liquidation)
Integrity Life Insurance Company
Kennett Capital, Inc.
Kral, Kenneth L.
Laster, Marteal
Massachusetts Mutual Life Insurance Company
MBIA Insurance Corporation
Mitchell, Ruth
Mitchell, Steven
National Credit Union Administration Board
National Integrity Life Insurance Company
New Jersey Carpenters Health Fund
New Jersey Carpenters Vacation Fund
Rio Debt Holdings (Ireland) Limited
Sall, Mohammed A.
Sealink Funding Ltd.
State of Ohio
Stichting Pensioenfonds ABP
The Charles Schwab Corporation
The Union Central Life Insurance Company
The Western and Southern Life Insurance Company
Thrivent Balanced Fund
Thrivent Balanced Portfolio
Thrivent Bond Index Portfolio
Thrivent Core Bond Fund
Thrivent Financial Defined Benefits Plan Trust
Thrivent Financial for Lutherans
Thrivent Income Fund
Thrivent Limited Maturity Bond Fund
Thrivent Limited Maturity Bond Portfolio
U.S. Central Federal Credit Union
West Virginia Investment Management Board
Western Corporate Federal Credit Union
Western-Southern Life Assurance Company

**U.S. Trustee's Office (Region 2 Trial Attorneys)**
Davis, Tracy Hope
Driscoll, Michael
Gasparini, Elisabetta
Golden, Susan
Khodorovsky, Nazar
Masumoto, Brian S.
Morrissey, Richard C.
Nakano, Serene
Riffkin, Linda A.
Schwartz, Andrea B.
Schwartzberg, Paul K.
Velez-Rivera, Andy
Zipes, Greg M.

**Bankruptcy Judges (New York)**
Bernstein, Stuart M.
Chapman, Shelley C.
Drain, Robert
Gerber, Robert E.
Glenn, Martin
Gropper, Allan L.

**District Court Judges (New York)**
Baer, Harold
Batts, Deborah A.
Berman, Richard M.
Briccetti, Vincent L.
Buchwald, Naomi Reice
Carter, Andrew L.
Castel, P. Kevin
Cedarbaum, Miriam Goldman
Cote, Denise L.
Crotty, Paul A.
Daniels, George B.
Duffy, Kevin T.
Engelmayer, Paul A.
Forrest, Katherine B.
Gardephe, Paul G.
Griesa, Thomas P.
Haight, Charles S.
Hellerstein, Alvin K.
Jones, Barbara S.
Kaplan, Lewis A.
Karas, Kenneth M.
Koeltl, John G.
Marrero, Victor
McKenna, Lawrence M.
McMahon, Colleen
Nathan, Alison J.
Oetken, J. Paul
Owen, Richard
Patterson, Robert P.
Pauley, William H.
Preska, Loretta A.
Rakoff, Jed S.
Ramos, Edgardo
Sand, Leonard B.
Scheindlin, Shira A.
Seibel, Cathy
Stanton, Louis L.
Stein, Sidney H.
Sullivan, Richard J.
Swain, Laura Taylor
Sweet, Robert W.
Wood, Kimba M.

Lane, Sean H.
Lifland, Burton R.
Morris, Cecelia G.
Peck, James M.

**Depositing Banks**
Ally Bank
Bank of America, N.A.
Bank of New York Mellon
Citibank, N.A.
Deutsche Bank Trust Company Americas
JPMorgan Chase Bank, N.A.
M&T Bank
State Street Bank and Trust Company
U.S. Bank National Association
Wachovia Bank, National Association

**Consultants & Professionals**
Barclays Bank PLC
Centerview Partners LLC
Deloitte & Touche
Evercore
Fortress Investment Group, LLC
FTI Consulting, Inc.
Kirkland & Ellis LLP
Kurtzman Carson Consultants LLC
Mayer Brown LLP
Mercer
Nationstar Mortgage, LLC
PricewaterhouseCoopers
Rubenstein Associates, Inc.
Sidley Austin LLP
Skadden, Arps, Slate, Meagher & Flom LLP

**HELOC Investors**
5th 3rd bank
Aurora Loan Services LLC
Bank One, Texas N.A.
Deutsche Bank National Trust Co.
Everbank
JP Morgan Chase
Macquarie Mortgages USA Inc
Suntrust
The Bank of New York Mellon
Treasury Bank, N.A.
Us Bank, N.A.
Wachovia Bank Na
Wells Fargo Bank, N.A.

**Servicing Counterparties**

**Government Entities and GSEs**
Federal Home Loan Mortgage Corporation (Freddie
Mac)
Federal Housing Administration (FHA)
Federal National Mortgage Association (Fannie
Mae)
Government National Mortgage Association
(Ginnie Mae)

**Housing and Local Agencies**
California Housing Finance Agency
CitiMortgage, Inc., as administrator for Texas
Veterans Land Board
Connecticut Housing Finance Authority
Delaware Housing Authority
Hawaii Housing (Hula Mae)
Housing Opportunities Commission of Montgomery
County, Maryland
Mississippi Home Corporation
Neighborhood Housing Services of America and
Philadelphia N.H.S.
Oregon Housing and Community Services
Department
Redevelopment Authority of the County of Berks
Rural Housing

The Housing and Redevelopment Authority in and
for the City of Minneapolis
The Industrial Commission of North Dakota

**Mortgage and Monoline Insurers**
The ACE Group
Ambac
Assured Guaranty Corp.
Cuna Mutual Group Mortgage Insurance Company
FGIC
Financial Security Assurance Inc
Federal Insurance Group (a subsidiary of the Chubb
Group of Insurance Companies)
General Electric Mortgage Insurance Corporation
Genworth Mortgage Insurance Corporation
MBIA
Mortgage Guaranty Insurance Corp.
PMI Mortgage Insurance Co.
Radian Asset Assurance Inc.
Radian Guaranty Inc.
Republic Mortgage Insurance Company
Triad Guaranty Insurance Corporation
United Guaranty Residential Insurance Company

**Trustees**
Bank One, National Association
BNY Midwest Trust Company
Chase Bank of Texas, N.A.
Citibank, N.A.
Deutsche Bank National Trust Company
Deutsche Bank Trust Company Americas
HSBC Bank USA, National Association
JPMorgan Chase Bank, N.A.
LaSalle Bank National Association
Security Pacific National Company
The Bank of New York Mellon
U.S. Bank National Association
US National Association
Wells Fargo Bank Minnesota, N.A.
Wells Fargo Bank, National Association
Wilmington Trust Company

**Other Counterparties to Servicing Agreements**
50 BY 50, LLC
ABN AMRO Mortgage Croup, Inc.
Access National Mortgage Corporation
Ace Home Equity Loan Trust, Series 2007-SL3
ACE Securities Corp.
ACT Mortgage Capital
Advantage Bank
Aegis Mortgage Corporation
Aegon USA Realty Advisors
Alliance Bancorp
Alliance Securities Corp.
Ally Bank
Ally Financial Inc.
Ally Investment Management LLC
Alternative Finance Corporation
Amalgamated Bank of New York
American Equity Mortgage, Inc.

4

American Home Mortgage
American Home Mortgage Acceptance, Inc.
American Home Mortgage Investment Trust 2005-2
American Home Mortgage Investment Trust 2005-4A
American Home Mortgage Investment Trust 2006-2
American Home Mortgage Investment Trust 2007-A
American Home Mortgage Servicing, Inc.
American Home Mortgage Trust 2004-4
American Home Mortgage Trust 2005-1
American Home Mortgage Trust 2005-2
American Home Mortgage Trust 2005-4A
American Residential Equities XXVII, LLC
American Residential Equities, LLC
Ameriquest Mortgage Company
Andover Bank
Arbor Commercial Mortgage, LLC
Asset Management Holding of South Florida, LLC
Assured Guaranty Municipal Corp
Atlantic Financial Federal
Audobon Savings Bank
Aurora Loan Services Inc.
Aurora Loan Services LLC
Banc of America Funding 2005-3 Trust
Banc of America Funding 2005-8 Trust
Banc of America Funding 2006-1 Trust
Banc of America Funding 2006-4 Trust
Banc of America Funding Corporation
Banc of America Mortgage Capital Corporation
Bancap
Banco Mortgage Company
Banco Popular North America
Bank of America, National Association
Bank of Hawaii
Bank One, Texas, N.A.
Bank Rhode Island
Bank United, FSB
Bankatlantic, A Federal Savings Bank
Bankers Saving
Bankers Trust Company
Banknorth Mortgage
Bay Atlantic Federal Credit Union
Bay Financial Savings Bank, FSB
Bayrock Mortgage Corporation
Bayview Acquisitions, LLC
Bayview Financial Asset Trust
Bayview Financial Property Trust
Bayview Financial Securities Company, LLC
Bayview Financial Trading Group, L.P.
Bayview Financial, L.P.
Bear Stearns Asset Backed Securities I, LLC
Bear Stearns Mortgage Capital Corporation
Bear Stearns Second Lien Trust 2007-1
Bear Stearns Second Lien Trust 2007-SV1
Bell Federal Savings and Loan Association
BellaVista Funding Corporation
Belvedere Trust Finance Corporation
Bluebonnet Savings Bank FSB
BMMZ Holdings LLC

Broadway Federal Bank, FSB
Brothers Bank, FSB
Butte Savings and Loan Association
Caliber Funding, LLC
California Banking Association
California Federal Bank, FSB
California Public Employees' Retirement System
Cambridge Place Collateral Management LLC
Canada Mortgage Acceptance Corporation
Capital Crossing Bank
Capitol Federal Savings and Loan Association
Capstead Mortgage Corporation
CDC Mortgage Capital Inc. (Natixis)
Cenfed Bank, a Federal Savings Bank
Cenlar FSB
CenterState Bank of Florida, N.A.
Central Bank of Jefferson County, Inc.
Century Bank, FSB
CFX Bank
Charter One Bank, FSB
Charter One Bank, N.A.
Chase Manhattan Mortgage Corporation
Chemical Mortgage Company
Citi Financial Mortgage Co., Inc
Citibank (West), FSB
Citigroup Global Markets Realty Corp.
Citigroup Mortgage Loan Trust Inc.
CitiMortgage, Inc.
Citizens Bank of Connecticut
Citizens Bank of Massachusetts
Citizens Bank of New Hampshire
Citizens Bank of Pennsylvania
Citizens Bank, N.A.
Citizens Federal Bank, FSB
Clayton Fixed Income Services Inc.
Clayton National, Inc.
CMC Investment Partnership
Coastal Banc Capital Corporation
Coastal Banc SSB
Coastal States Mortgage Corporation
Collective Federal Savings Bank
Colonial Mortgage Service Company
Comerica Bank
Community Lending, Incorporated
Communityone Bank, N.A.
ComUnity Lending, Incorporated
Copperfield
Core, Cap Inc.
Corona Asset Management III, LLC
Countrywide Bank, N.A.
Countrywide Home Loans Servicing, LP
Countrywide Home Loans, Inc.
Credit Suisse First Boston Mortgage Securities Corp.
CSX
CTCE Federal Credit Union
CTX Mortgage Company, LLC
DB Structured Products, Inc.
Deutsche Alt-A Securities, Inc.
Deutsche Bank AG New York Branch

Deutsche Mortgage Securities, Inc.
DLJ Mortgage Acceptance Corp.
DLJ Mortgage Capital, Inc.
Dollar Bank, FSB
Drawbridge Consumer Funding Ltd
Dynex Securities Corporation
E*Trade Bank
E*Trade Mortgage
E*Trade Wholesale Lending Corp.
EAB Mortgage Company, Inc.
EMC Mortgage Corporation
Empire Mortgage X, Inc.
Encore Bank and National Association
Encore Savings Bank
Erie Savings Bank
Eurekabank
EverBank
Fairbanks Capital Corp.
Fairfax Savings Bank
Family Bank, FSB
Family Lending Services, Inc.
FBS Mortgage Corporation
Federal Home Loan Bank of Atlanta
Federal Trust Bank, FSB
Fidelity Federal Bank
Fidelity Savings and Loan
Fifth Third Bank
Financial Asset Securities Corp.
First Bank Incorporated
First Bank, Inc.
First Cap Holdings, Inc.
First Citizens Bank and Trust Company
First Citizens Mortgage Company
First Community Bank N.A.
First Federal of Michigan
First Federal Savings and Loan Association of
    Storm Lake
First Guaranty Mortgage Corporation
First Horizon Home Loan Corporation
First Indiana Bank
First Internet Bank of Indiana
First Massachusetts Bank, N.A.
First National Bank and Trust Company
First National Bank of Arizona
First National Bank of El Dorado
First Nationwide Mortgage Corporation
First NLC
First Rate Capital Corporation
First Savings Mortgage Corporation
First Tennessee Bank National Association
First Tennessee Capital Assets Corporation
First Trust Savings Bank
First Union National Bank
First-Citizens Bank & Trust Company
Firstrust Bank
Fleet National Bank
Flex Point Funding Corporation
Flick Mortgage Investors, Inc.
FNBA
Fortress Credit Corp.

FPA Corporation
Franklin Bank, SSB
Franklin Credit
Franklin Credit Management Corporation
Gateway Credit Union
Gateway Funding Diversified Mortgage Services,
    LP
GE Capital Consumer Card Co.
GE Mortgage Services, LLC
Geneva Mortgage Corporation
Germantown Savings Bank
Gibraltar Savings Association
Ginn Financial Services, LLC
Goldman Sachs Mortgage Company
Gonzalo Residential Asset Trust
Great American First Savings Bank
Great American Savings Bank
Green Planet Servicing, LLC
Green Tree Servicing LLC
GreenPoint Mortgage Funding Trust 2005-HE4
GreenPoint Mortgage Funding Trust 2006-HE1
GreenPoint Mortgage Funding, Inc.
Greenwich Capital Acceptance, Inc.
Greenwich Capital Financial Products, Inc.
Greenwich Universal Portfolio
GS Mortgage Securities Corp.
GSAA Home Equity Trust 2005-9
GSMPS Mortgage Loan Trust 2005-LT1
GSR Mortgage Loan Trust 2006-AR2
GSR Trust 2007-HEL1
Guardian Savings Bank
Hanover Capital Mortgage Holdings, Inc.
HarborView Mortgage Loan trust 2004-10
Healthcare Employees Federal Credit Union
Home Equity Loan Trust 2005-HS2
Home Equity Loan Trust 2006-HSA2
Home Equity Loan Trust 2006-HSA3
Home Equity Loan Trust 2006-HSA5
Home Equity Loan Trust 2007-HSA1
Home Equity Loan Trust 2007-HSA3
Home Federal Savings & Loan Association of
    Rome, Ga.
Home Loan Corporation
Home Loan Series 09-2028
HomeBanc Mortgage
HomEq Servicing Corporation
Horsham Funding Inc.
HSI Asset Securitization Corporation
Hudson & Keyse, LLC
Hudson City Savings Bank
Huntington Federal Savings & Loan Association
Hyperion Capital Group LLC
IMPAC CMB Trust Series 2005-6
IMPAC Funding Companies
IMPAC Funding Corporation
IMPAC Mortgage Holdings, Inc.
IMPAC Secured Assets Corp.
Imperial Credit Industries, Inc.
Independent Bank East Michigan
IndyMac Bank, FSB (now OneWest Bank, FSB)

IndyMac MBS, Inc.
IndyMac Mortgage Holdings, Inc.
ING Bank, FSB
Investment Capital Group
Irwin Union Bank and Trust Company
Ixis Real Estate Capital Inc
Jackson Federal Bank
Just Mortgage, Inc.
Kaiser Federal Bank
Keystone Nazareth Bank & Trust Company
Kidder Peabody Mortgage Capital Corporation
Lacera
Lebank
Lehman Brothers Bank, FSB
Lehman Brothers Holdings Inc.
Lehman Capital, a division of Lehman Brothers
    Holdings Inc.
Liberty Home Lending, Inc.
Liberty Savings Bank, FSB
Linden Assemblers Federal Credit Union
Litton Loan Servicing, LP
LNV Corporation
Loan Center of California
Loan Link Financial Services
Local #38 and Associates Credit Union
Lomas Mortgage USA, Inc.
Los Angeles County Employees Retirement
    Association
Los Angeles Federal Savings
LPP Mortgage Ltd.
Luminent Mortgage Capital, Inc.
Lydian Private Bank
Macquarie Mortgage Funding Trust 2007-1
Macquarie Mortgages USA, Inc.
MAIA Mortgage Finance Statutory Trust
Marine Bank
Market Street Mortgage Corporation
Massachusetts Mutual Life Insurance Co.
Matrix Capital Bank
MB Financial Bank N.A.
Medway Savings Bank
Mellon Bank
Mellon/McMahon Real Estate Advisors Inc.
Merck Sharp & Dohme Federal Credit Union
Mercury Mortgage Finance Statutory Trust
Meridian Mortgage Corporation
Merrill Lynch Bank & Co.
Merrill Lynch Hunton Paige
Merrill Lynch Mortgage Capital Inc.
Merrill Lynch Mortgage Holdings, Inc.
Merrill Lynch Mortgage Investors, Inc.
Merrill Lynch Mortgage Lending, Inc.
Metlife Bank, N.A.
Metrocities Mortgage Corp., LLC
Metropolitan Life Insurance Company
Mid America Bank, FSB
MidFirst Bank
Midland Financial Savings and Loan Association
Mint I, LLC
Mint II, LLC

Money Bank Investment Corporation
Monterey I Holdings
Morgan Stanley Capital I Inc.
Morgan Stanley Mortgage Capital Inc.
Morgan Stanley Mortgage Loan Trust 2005-3AR
Mortgage Asset Securitization Transactions, Inc.
Mortgage Asset Securitization Trust
Mortgage Interest Networking Trust II
Mortgage Investors Corporation
MortgageIT Holdings Inc.
MortgageIT Securities Corp.
MortgageIT Trust 2005-4
MortgageIT, Inc
MRF 3 LLC
Mrit Securities Corporation
Mutual Savings & Loan Association of Charlotte,
    N.C.
Mutual Savings Bank
National Bank of Commerce
NETBANK
Network Funding L.P.
Neuwest Equity Partners
New Century Mortgage Securities, Inc.
New Cumberland Federal Credit Union
New Penn Financial, LLC
New York Life Insurance and Annuity Corporation
New York Life Insurance Company
Nomura Asset Acceptance Corporation
Nomura Credit & Capital, Inc.
Nomura Home Equity Loan, Inc.
North Jersey Federal Credit Union, Inc.
Northwest Funding, Inc.
Northwestern National Bank of Minneapolis
Norwest Bank Minnesota, National Association
Norwest Mortgage, Inc.
Ocwen Federal Bank FSB
Ocwen Loan Servicing, LLC
Ohio Savings Bank
Opteum Financial Services, LLC
Option One Mortgage Corporation
Paine Webber Real Estate Securities Inc.
Parkside Lending, LLC
Parkvale Savings Bank
Paul Financial, LLC
People Savings Bank, Inc., SSB
Peoples Heritage Savings Bank
PHH Mortgage
Philadelphia Federal Credit Union
Pinnacle Capital Mortgage Corporation
Pinnacle Financial Corporation
Plaza Home Mortgage, Inc.
PMC Bancorp
PNC Bank, N.A.
PNC Mortgage Securities Corp.
Pomona First Federal Bank and Trust
Principal Asset Markets, Inc.
Principal Bank
Principal Mutual Life Insurance Company
Private Capital Group
Quaker City Bank

Quicken Loans Inc.
RBS Citizens, National Association
Real Time Resolutions, Inc.
Real Time Solutions
Realty Mortgage Corporation
Redlands Federal Bank, FSB
Redwood Trust, Inc.
Reliance Federal Credit Union
Residential Mortgage Assistance Enterprise, LLC
Resolution Capital Advisors, LLC
Ridgewood Savings Bank
Riggs Bank N.A.
Rochester Community Savings Bank
Roosevelt Management Company, LLC
RWT Holdings, Inc.
Ryland Acceptance Corporation Four
SACO I Trust 2005-GP1
SACO I Trust 2006-8
Salomon Brothers Realty Corp.
Saxon Mortgage Funding Corporation
Sea Breeze Financial Services, Inc.
Sebring Capital
Secured Bankers Mortgage Company
Security National
Security Pacific National Bank
Select Portfolio Servicing Inc.
Sequoia Funding Trust
Sequoia Residential Funding, Inc.
Shearson Lehman Government Securities, Inc.
Shellpoint Mortgage LLC
Sierra Pacific Mortgage, Inc
Silver State Financial Services, Inc.
Silvergate Bank
Skyline Financial Corp.
SMFC Funding Corporation
SN Servicing Corporation
SNBOA, LLC
Southbank
Southern Pacific Thrift and Loan Association
SouthStar Funding, LLC
Southwest Savings and Loan Association
Sovereign Bank, FSB
Specialized Loan Servicing LLC
St. Paul Federal Bank for Savings
Stanwich Mortgage Acquisition Company, LLC
Sterling Savings Bank
Steward Financial, Inc.
Stonebridge Bank
Structured Asset Mortgage Investments II Inc.
Structured Asset Mortgage Investments, Inc.
Structured Asset Securities Corporation
Structured Mortgage Investments II Inc.
Summit Savings & Loan Association
Suntrust Asset Funding, LLC
Superior Bank
Susquehanna Bank
Syncora Guarantee Inc.
Taylor, Bean Whitaker
TCF National Bank
TCIF, LLC

TeleBank
Terwin Advisors LLC
Terwin Mortgage Trust 2006-6
Terwin Securitization LLC
The Canada Trust Company
The Chase Manhattan Bank
The First Boston Corporation
The First National Bank of Glens Falls
The Frost National Bank
The Mortgage Store Financial, Inc.
The New York Mortgage Company, LLC
The Travelers Indemnity Company
The Winter Group
Treasury Bank, N.A.
Tri Counties Bank
Tri Country Area Federal Credit Union
Truman Capital Securitization LLC
UBS Real Estate Securities Inc.
UBS Warburg Real Estate Securities Inc.
UBS Warburg, LLC
United Capital Mortgage, LLC
United Federal Savings Bank
United Financial Mortgage Corporation
United Savings Association of Texas, FSB
Unity Bank
Universal Master Servicing, LLC
US Bank Home Mortgage
USAA Federal Savings Bank
Valley Independent Bank
Vermont Mortgage Group, Inc.
Wachovia Bank, National Association
Wachovia Mortgage Corporation
Walter Mortgage Company
Washington Mutual Bank
Washington Mutual Mortgage Securities Corp.
Webster Bank
Western Financial Savings Bank, FSB
WestStar Mortgage, Inc.
Wilshire Credit Corporation
Winter Group
Witmer Funding LLC
WMCC Clayton / Washington Mutual Bank
WMD Capital Markets, LLC

**Utilities**
Abovenet Communications Inc.
AT&T
AT&T Mobility
Center Point Energy
CenturyLink
Cisco Systems Capital Corporation
City of Eden Prairie
Comcast
Dish Network
Genesys Conferencing
Global Capacity Group Inc.
IEX Corporation
Inova Solutions
Intercall
Intervoice Inc.

Level 3 Communications LLC
MediaCom
Micro-Tel Center
MidAmerican Energy
Sprint
Time Warner Cable
Time Warner Telecom
Verizon
Verizon Business
Verizon California
Verizon Wireless
Waste Management
Waterloo Water Works
Xcel Energy

**Consolidated Top 50 Creditors**
Aegis Usa Inc.
Alan Gardner
Allstate Insurance
Ambac Assurance Corp
Assured Guaranty Corp.
BNYMellon
Boilermaker Blacksmith National Pension Trust
Brian Kessler, et al
Cambridge Place Investment Management Inc.
Credstar
Deutsche Bank AG, New York
Deutsche Bank Trust Company Americas
Don E. Diane M. Patterson
Donna Moore
Emortgage Logic
Federal Home Loan Bank of Boston
Federal Home Loan Bank of Chicago
Federal Home Loan Bank of Indianapolis
Federal Housing Finance Agency
Financial Guaranty Insurance Co.
Huntington Bancshares Inc.
Indecomm Global Services
Iowa Public Employees Retirement System
Lehman Brothers Holdings, Inc.
Loan Value Group
Massachusetts Mutual Life Insurance Company
MBIA, Inc.
Midwest Operating Engineers Pension Trust Fund
National Credit Union Administration Board
New Jersey Carpenters Health Fund
New Jersey Carpenters Vacation Fund
Orange County Employees Retirement System
Police and Fire Retirement System of the City of
    Detroit
Sealink Funding Limited
Steven And Ruth Mitchell
Stichting Pensioenfonds ABP
The Charles Schwab Corporation
The Union Central Life Insurance Company
Thrivent Financial for Lutherans
Tiffany Smith
US Bank
Wells Fargo & Company
Wells Fargo Bank N.A

West Virginia Investment Management Board
Western & Southern

**Members of the Creditors' Committee**
Allstate Life Insurance Company
AIG Asset Management (U.S.), LLC
The Bank of New York Mellon Trust Company,
    N.A.
Deutsche Bank Trust Company Americas
Drennen, Rowena L.
Financial Guaranty Insurance Company
MBIA Insurance Corporation
U.S. Bank National Association
Wilmington Trust, N.A.

**Rule 2004 Motion Parties**
AlixPartners
Cerberus Capital Management, L.P.
Cerberus FIM Investors LLC
Cerberus FIM, LLC
FIM Holdings LLC
General Motors Company
Gibbs & Bruns, LLP
GMAC Bank
GMAC Commercial Finance, LLC
GMAC LLC
GMAC Mortgage Group, LLC
Houlihan Lokey
IB Finance Holding Company, LLC
Kelly Drye & Warren LLP
Kramer Levin et al
Moelis & Company
Morrison & Foerster LLP
Morrison Cohen LLP
National Motors Bank FSB
Ropes & Gray LLP
White & Case

## **SCHEDULE 2**

**RESIDENTIAL CAPITAL, LLC ET AL.**
**Case No. 12-12020 (MG)**

**MERCER RELATIONSHIPS FROM MASTER CONFLICT LIST**

**Debtors and Subsidiaries**
ETS of Virginia, Inc.
ETS of Washington, Inc.
GMAC – RFC Holding Company, LLC
GMAC Model Home Finance I, LLC
GMAC Mortgage USA Corporation
GMAC Mortgage, LLC
GMAC Residential Holding Company, LLC
GMAC RH Settlement Service, LLC
GMACM Borrower LLC
GMACM REO LLC
GMACR Mortgage Products, LLC
Residential Capital, LLC

**Foreign Subsidiaries**
Canada Mortgage Acceptance Corporation
GMAC Financiera S.A. de C.V. Sociedad
    Financiera de Objecto Multiple
GMAC Residential Funding of Canada Limited
GMAC-RFC (No. 2) Limited
GMAC-RFC Auritec, S.A.
GMAC-RFC Direct Limited
GMAC-RFC Espana Hipotecas SL
GMAC-RFC Europe Limited
GMAC-RFC Holdings Limited
GMAC-RFC Property Finance Limited
High Street Home Loans Limited

**Parties to Funding Agreements**
Ally Financial Inc (f/k/a GMAC Inc.)
Barclays Bank PLC
Citibank, N.A.
Wells Fargo Bank, N.A.
Deutsche Bank Trust Company Americas

**Bondholders**
AllianceBernstein Advisors
American Enterprise Investment Services Inc.
Bank of New York Mellon, (The)/Barclays Capital -
    London
Bank of Nova Scotia/CDS
Barclays Capital Inc. /LE
Berkshire Hathaway Inc.
BlackRock Global Investors
Charles Schwab & Co., Inc.
CITIBK/GRP
Citigroup Global Markets Inc.
Citigroup Global Markets Inc. /Salomon Brothers
Credit Suisse Securities (USA) LLC
David Lerner Associates, Inc.
Deutsche Bank Securities, Inc.
E*Trade Clearing LLC
Edward D. Jones & Co.
Goldman Sachs International

Goldman, Sachs & Co.
J.P. Morgan Clearing Corp.
J.P. Morgan Securities LLC
Janney Montgomery Scott Inc.
Loomis Sayles & Company
Merrill Lynch Safekeeping
Morgan Stanley & Co. LLC
Morgan Stanley Smith Barney LLC
Oppenheimer & Co. Inc.
Pershing LLC
Putnam Investment Management
Raymond, James & Associates, Inc.
RBC Capital Markets, LLC
Scottrade, Inc.
Stifel, Nicolaus & Company Incorporated
Taconic Capital Advisors, L.P.
TD Ameritrade Clearing, Inc.
UBS Financial Services LLC
UBS Securities LLC
Vanguard Marketing Corporation
Western Asset Management Company

**Landlords and Tenants**
The Irvine Company LLC

**Parties to Litigation**
Allstate Bank (f/k/a Allstate Federal Savings Bank)
Allstate Insurance Company
Allstate Life Insurance Company
Allstate Life Insurance Company of New York,
    Allstate Retirement Plan
Allstate New Jersey Insurance Company
Ameritas Life Insurance Corp.
Federal Home Loan Bank of Boston
Federal Home Loan Bank of Chicago
Federal Home Loan Bank of Indianapolis
Federal Home Loan Mortgage Corporation
HSH Nordbank AG
HSH Nordbank AG, Luxembourg Branch
HSH Nordbank AG, New York Branch
HSH Nordbank Securities S.A.
Huntington Bancshares Inc.
MBIA Insurance Corporation
State of Ohio
Stichting Pensioenfonds ABP
The Charles Schwab Corporation
The Union Central Life Insurance Company
The Western and Southern Life Insurance Company
Thrivent Balanced Fund
Thrivent Balanced Portfolio
Thrivent Bond Index Portfolio
Thrivent Core Bond Fund
Thrivent Financial Defined Benefits Plan Trust
Thrivent Financial for Lutherans

Thrivent Income Fund
Thrivent Limited Maturity Bond Fund
Thrivent Limited Maturity Bond Portfolio
Western-Southern Life Assurance Company

**Depositing Banks**
Ally Bank
Bank of America, N.A.
Bank of New York Mellon
Citibank, N.A.
Deutsche Bank Trust Company Americas
JPMorgan Chase Bank, N.A.
M&T Bank
State Street Bank and Trust Company
Wachovia Bank, National Association

**Consultants & Professionals**
Barclays Bank PLC
Deloitte & Touche
Fortress Investment Group, LLC
FTI Consulting, Inc.
Kirkland & Ellis LLP
Mayer Brown LLP
Mercer
Nationstar Mortgage, LLC
PricewaterhouseCoopers
Sidley Austin LLP
Skadden, Arps, Slate, Meagher & Flom LLP

**HELOC Investors**
5th 3rd bank
Bank One, Texas N.A.
Deutsche Bank National Trust Co.
Everbank
JP Morgan Chase
Macquarie Mortgages USA Inc
Suntrust
The Bank of New York Mellon
Wachovia Bank Na
Wells Fargo Bank, N.A.

**Servicing Counterparties**

**Government Entities and GSEs**
Federal Home Loan Mortgage Corporation (Freddie Mac)

**Housing and Local Agencies**
CitiMortgage, Inc., as administrator for Texas
  Veterans Land Board
Neighborhood Housing Services of America and
  Philadelphia N.H.S.
Redevelopment Authority of the County of Berks

**Mortgage and Monoline Insurers**
Ambac
Cuna Mutual Group Mortgage Insurance Company
General Electric Mortgage Insurance Corporation
Genworth Mortgage Insurance Corporation
MBIA

Mortgage Guaranty Insurance Corp.
PMI Mortgage Insurance Co.
Radian Asset Assurance Inc.
Radian Guaranty Inc.
Republic Mortgage Insurance Company
Triad Guaranty Insurance Corporation

**Trustees**
Bank One, National Association
Citibank, N.A.
Deutsche Bank National Trust Company
Deutsche Bank Trust Company Americas
HSBC Bank USA, National Association
JPMorgan Chase Bank, N.A.
LaSalle Bank National Association
The Bank of New York Mellon
Wells Fargo Bank Minnesota, N.A.
Wells Fargo Bank, National Association
Wilmington Trust Company

**Other Counterparties to Servicing Agreements**
ABN AMRO Mortgage Croup, Inc.
Aegis Mortgage Corporation
Aegon USA Realty Advisors
Alliance Bancorp
Alliance Securities Corp.
Ally Bank
Ally Financial Inc.
Ally Investment Management LLC
Amalgamated Bank of New York
American Equity Mortgage, Inc.
Ameriquest Mortgage Company
Bank of America, National Association
Bank of Hawaii
Bank One, Texas, N.A.
Bankatlantic, A Federal Savings Bank
Canada Mortgage Acceptance Corporation
Cenlar FSB
Citi Financial Mortgage Co., Inc
Citibank (West), FSB
Citigroup Global Markets Realty Corp.
Citigroup Mortgage Loan Trust Inc.
CitiMortgage, Inc.
Comerica Bank
Community Lending, Incorporated
Communityone Bank, N.A.
ComUnity Lending, Incorporated
Copperfield
Core, Cap Inc.
Corona Asset Management III, LLC
Countrywide Bank, N.A.
Countrywide Home Loans Servicing, LP
Countrywide Home Loans, Inc.
Credit Suisse First Boston Mortgage Securities
  Corp.
CSX
Deutsche Bank AG New York Branch
Deutsche Mortgage Securities, Inc.
Dollar Bank, FSB

E*Trade Bank
E*Trade Mortgage
E*Trade Wholesale Lending Corp.
EverBank
Federal Home Loan Bank of Atlanta
Fifth Third Bank
First Bank Incorporated
First Bank, Inc.
First Cap Holdings, Inc.
First Citizens Bank and Trust Company
First Citizens Mortgage Company
First Community Bank N.A.
First Horizon Home Loan Corporation
First National Bank and Trust Company
First National Bank of Arizona
First Union National Bank
First-Citizens Bank & Trust Company
Firstrust Bank
FPA Corporation
GE Capital Consumer Card Co.
GE Mortgage Services, LLC
Goldman Sachs Mortgage Company
HomeBanc Mortgage
Hudson City Savings Bank
Independent Bank East Michigan
IndyMac Bank, FSB (now OneWest Bank, FSB)
IndyMac MBS, Inc.
IndyMac Mortgage Holdings, Inc.
ING Bank, FSB
Lacera
Lehman Brothers Bank, FSB
Lehman Brothers Holdings Inc.
Lehman Capital, a division of Lehman Brothers
    Holdings Inc.
Luminent Mortgage Capital, Inc.
Macquarie Mortgage Funding Trust 2007-1
Macquarie Mortgages USA, Inc.
MB Financial Bank N.A.
Mellon Bank
Merck Sharp & Dohme Federal Credit Union
Merrill Lynch Bank & Co.
Merrill Lynch Hunton Paige
Merrill Lynch Mortgage Capital Inc.
Merrill Lynch Mortgage Holdings, Inc.
Merrill Lynch Mortgage Investors, Inc.
Merrill Lynch Mortgage Lending, Inc.
Metlife Bank, N.A.
Metropolitan Life Insurance Company
MidFirst Bank
Morgan Stanley Capital I Inc.
Morgan Stanley Mortgage Capital Inc.
Morgan Stanley Mortgage Loan Trust 2005-3AR
MortgageIT Holdings Inc.
MortgageIT Securities Corp.
MortgageIT Trust 2005-4
MortgageIT, Inc
MRF 3 LLC
NETBANK
New York Life Insurance and Annuity Corporation
New York Life Insurance Company

Nomura Asset Acceptance Corporation
Nomura Credit & Capital, Inc.
Nomura Home Equity Loan, Inc.
Ohio Savings Bank
Option One Mortgage Corporation
PHH Mortgage
PNC Bank, N.A.
PNC Mortgage Securities Corp.
Principal Asset Markets, Inc.
Ridgewood Savings Bank
Riggs Bank N.A.
Roosevelt Management Company, LLC
Ryland Acceptance Corporation Four
Sovereign Bank, FSB
Sterling Savings Bank
Suntrust Asset Funding, LLC
Susquehanna Bank
Syncora Guarantee Inc.
TCF National Bank
The Canada Trust Company
The Chase Manhattan Bank
The First Boston Corporation
The Frost National Bank
The Travelers Indemnity Company
Tri Counties Bank
UBS Real Estate Securities Inc.
UBS Warburg Real Estate Securities Inc.
UBS Warburg, LLC
United Financial Mortgage Corporation
USAA Federal Savings Bank
Wachovia Bank, National Association
Wachovia Mortgage Corporation
Washington Mutual Bank
Washington Mutual Mortgage Securities Corp.
Webster Bank
Western Financial Savings Bank, FSB

**Utilities**

Abovenet Communications Inc.
AT&T
AT&T Mobility
CenturyLink
Cisco Systems Capital Corporation
Comcast
Dish Network
Intercall
Level 3 Communications LLC
MediaCom
Sprint
Time Warner Cable
Time Warner Telecom
Verizon
Verizon Business
Verizon California
Verizon Wireless
Waste Management
Xcel Energy

**Consolidated Top 50 Creditors**

Aegis Usa Inc.

Allstate Insurance
Ambac Assurance Corp
BNYMellon
Deutsche Bank AG, New York
Deutsche Bank Trust Company Americas
Huntington Bancshares Inc.
Lehman Brothers Holdings, Inc.
MBIA, Inc.
The Charles Schwab Corporation
The Union Central Life Insurance Company
Thrivent Financial for Lutherans
Wells Fargo & Company
Wells Fargo Bank N.A
Western & Southern

**<u>Additional Parties</u>**

AIG Asset Management (U.S.), LLC
The Ace Group
Federal Insurance Group (a subsidiary of the Chubb
   Group of Insurance Companies)
AlixPartners
Cerberus Holdings, LLC
Cerberus Operations and Advisory Company, LLC
General Motors Company
GMAC Mortgage Group, LLC
Kramer Levin Naftalis & Frankel LLP
Moelis & Company
Morrison & Foerster LLP
Ropes & Gray LLP
White & Case

**<u>EXHIBIT 2</u>**

John Dempsey

155 North Wacker Drive, Suite 1500
Chicago, IL 60606
+1 312 917 0609
john.dempsey@mercer.com
www.mercer.com

 MERCER

Chairman of the Compensation Committee
Residential Capital, LLC
1100 Virginia Drive
Fort Washington, PA 19034
Attn: Tammy Hamzehpour
May 14, 2012

**Subject: Compensation Expert Services**

Dear Sirs:

Thank you for your inquiry regarding retention of Mercer (US) Inc. ("Mercer" or "we") by
Residential Capital, LLC and its affiliated entities ("ResCap", "you" or the "Company") to
perform expert services (the "Services") in connection with compensation services for
ResCap and its Compensation Committee (the "Committee") as more specifically described
in the statement of work ("SOW") attached hereto. In particular, we have been retained to
provide expert services with regard to the assessment of a proposed Key Employee
Incentive Plan ("KEIP") and Key Employee Retention Plan ("KERP") with the expectation of
providing testimony in bankruptcy court regarding the market competitiveness of the
programs and their reasonableness in the ResCap context.

### STATEMENT OF WORK

### *Background*

ResCap filed for bankruptcy under Chapter 11 of the US bankruptcy code on May 14, 2012
(the "Petition Date"). It is anticipated that a substantial portion of its operating assets will be
sold. FTI Consulting has been advising the Company on the development of a compensation
program. The KEIP will cover insiders and the KERP will cover non-insiders. In addition
there is expected to be a program for individuals remaining with ResCap following the sale
to resolve the bankruptcy process.

### *Why Mercer*

Mercer has extensive experience advising financial and real estate organizations on
retention challenges while planning for recapitalizations. Among financial and real estate
organizations, Mercer has worked with CIT Group, Centro Properties Group and Capmark
Financial Group. Mercer is presently advising other organizations as they explore alternate
capital structures.

Mercer has extensive experience advising organizations going through Chapter 11
restructurings. Recent clients include Borders, Blockbuster, Nortel, and Tribune. John
Dempsey is the leader of team of compensation consultants for organizations in financial

 **MERCER**

Page 2
May 14, 2012
Chairman of the Compensation Committee
Residential Capital, LLC

distress. He has extensive experience testifying at deposition and in bankruptcy court
hearings, should that be required here. His abridged professional biography is attached as
Exhibit 1. Mercer maintains an extensive database of compensation programs for
organizations going through restructurings including out-of-court, prepackaged and
traditional bankruptcy restructurings.

### *Workplan*

Mercer shall be responsible for providing our expert opinion ("the Services") in connection
with the above-referenced matter as requested orally or in writing by Morrison & Foerster.
Mercer will review the KEIP and KERP plan design in the context of overall compensation
and compare the programs to market practice. The analysis will include comparisons of the
total cost of the programs to programs at similar cases. In addition Mercer will assess the
total compensation opportunities to market pay levels at comparable organizations with
similar roles. To the extent, Mercer requires information from the Company or its
consultants, Mercer will request such information for Morrison & Foerster, who will work with
the Company to gather necessary information, including compensation and benefits data
and the scope of the relevant jobs.
If asked, Mercer will prepare and provide an expert report suitable for filing with court
documents, which summarizes our assessment of the KEIP and KERP in the context of
overall compensation programs. Mercer would be available to provide a deposition and/or
court testimony if requested.
Mercer's work under this Statement of Work (and together with the attached terms and
conditions, this "Agreement") is done at ResCap's request, and all work performed by
Mercer under this agreement including, but not limited to, all non-public communications,
whether written or oral, between Mercer and any attorney or employees of ResCap or
members of its Committee, are intended to be confidential and privileged communications
that the parties to this Agreement will not reveal to any other person, except as
contemplated by this Agreement or authorized by the disclosing party or required by law. In
this regard, Mercer agrees to inform each of its employees or agents performing services
under this agreement of the confidentiality obligations set forth herein.

### *Fee Estimate*

John Dempsey's billing rate is $748 per hour, subject to periodic adjustment at Mercer's sole
discretion, which is approximately $6,000 per day.

 **MERCER**

Page 3
May 14, 2012
Chairman of the Compensation Committee
Residential Capital, LLC

We typically charge on a time and expenses basis for our services, which include negotiations with creditors, court approval and related processes.  Our standard hourly rates are as follows:

| Skill Sets | Hourly Rate Range |
|---|---|
| Research | $50 to $150 |
| Analyst | $150 to $300 |
| Associate | $250 to $400 |
| Sr. Associate | $350 to $550 |
| Principal | $500 to $700 |
| Partner | $700 to $950 |

Mercer records time in quarter hour increments.  In addition to such compensation, we also bill for necessary travel and other expenses related to the services requested, including legal fees associated with our retention, subsequent fee application with the US bankruptcy court if required and any requested participation in contested matters or litigation, such as depositions, responding to subpoenas or discovery requests, and court testimony.

Period of time over which work will be performed: The SOW will be effective through the later of 3/30/2013 or the completion of a recapitalization of ResCap's balance sheet.

 **MERCER**

Page 4
May 14, 2012
Chairman of the Compensation Committee
Residential Capital, LLC

### *Staffing*

John Dempsey will be responsible for the work to be completed. John will be assisted by an experienced team of Mercer consultants. Neither Mercer nor John Dempsey is aware of any occasion when a court disqualified Mr. Dempsey from serving as an expert.

 **MERCER**

Page 5
May 14, 2012
Chairman of the Compensation Committee
Residential Capital, LLC

\*   \*   \*

We are very interested in working as an expert with for ResCap on this matter.  We trust this proposal reflects our discussion and enthusiasm for the project.  Upon execution, this agreement will be effective as of May 14, 2012.

**Mercer (US) Inc.**

By: ___*John Dempsey*___

Name: __John Dempsey_____    Date: _06/25/2012_____
      (Please Print)

Title: __Partner_____

ACCEPTED AND AGREED

Residential Capital, LLC

By: ___*Jerry Halligan*___

Name: __*Tammy Hamzehpour*____    Date: __06/25/12___
      (Please Print)

Title: __*General Counsel*_____

**EXHIBIT 3**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------------- )
                                                                           )
In re:                                                                     )    Case No. 12-12020 (MG)
                                                                           )
RESIDENTIAL CAPITAL, LLC, et al.,                                          )    Chapter 11
                                                                           )
                                        Debtors.                           )    Jointly Administered
                                                                           )
-------------------------------------------------------------------------- )

### ORDER AUTHORIZING EMPLOYMENT AND RETENTION
### OF MERCER (US) INC. AS COMPENSATION CONSULTANT
### TO THE DEBTORS *NUNC PRO TUNC* TO THE PETITION DATE

Upon the application, dated **[_____]**, 2012 (the "Application"),[1] of the above-

captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order

(the "Order"), pursuant to section 327(a) of title 11 of the United States Code (the "Bankruptcy

Code"), and Rule 2014(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy

Rules"), and Rule 2014-1 of the Local Rules for the United States Bankruptcy Court for the

Southern District of New York (the "Local Rules"), authorizing the Debtors to employ and retain

Mercer (US) Inc. ("Mercer") as compensation consultant to the Debtors, *nunc pro tunc* to May

14, 2012, as more fully set forth in the Application; and upon consideration of the Affidavit of

John Dempsey in support of the Application (the "Dempsey Affidavit"); and the Court having

jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended Standing

Order of Reference M-431 dated January 31, 2012 (Preska, C.J.); and consideration of the

Application and the relief requested therein being a core proceeding pursuant to 28 U.S.C. §

---

[1]    Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the
       Application.  Creditors and parties-in-interest with questions or concerns regarding the relief granted herein
       may refer to http://www.kccllc.net/rescap.

157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and

the terms and conditions of Mercer's employment, including but not limited to the Fee Structure

as set forth in the Engagement Letter; and Mercer not holding or representing any interest

adverse to the Debtors' estates; and Mercer being a "disinterested person," as that term is defined

in Bankruptcy Code section 101(14), as modified by section 1107(b), of the Bankruptcy Code;

and this Court having found that the relief requested herein is in the best interests of the Debtors'

estates, their creditors, and other parties in interest; and due and proper notice of the Application

having been provided, and it appearing that no other or further notice need be provided; and a

hearing having been held on [____], 2012 to consider the relief requested in the Application; and

upon the record of the hearing, and of all of the proceedings had before the Court; and the Court

having found and determined that the legal and factual bases set forth in the Application

establish just cause for the relief granted herein; and after due deliberation and sufficient cause

appearing therefor, it is hereby

**ORDERED, ADJUDGED AND DECREED THAT:**

1.      The Application is granted as set forth herein.

2.      In accordance with Bankruptcy Code section 327(a), and Bankruptcy Rule 2014

and Local Rule 2014-1, the Debtors are authorized to employ and retain Mercer as their

compensation consultant in accordance with the terms and conditions set forth in the Application

and the Engagement Letter, effective *nunc pro tunc* to the Petition Date**.**

3.      Mercer shall be compensated in accordance with the applicable provisions of the

Bankruptcy Code, the Bankruptcy Rules, the Local Rules, any applicable orders of the Court, the

Amended Guidelines for Fees and Disbursements for Professionals in the Southern District of

New York Bankruptcy Cases M-389 (Nov. 25, 2009), and the United States Trustee Guidelines

currently in effect (the "Fee Guidelines").

4.      Mercer shall file fee applications for monthly, interim and final allowance of

compensation and reimbursement of expenses pursuant to the procedures set forth in Bankruptcy

Code sections 330 and 331, the Bankruptcy Rules, the Local Rules, the Fee Guidelines, and any

other applicable procedures and orders of the Court.  Notwithstanding anything to the contrary in

the Bankruptcy Code, the Bankruptcy Rules, orders of this Court, or any guidelines regarding

submission and approval of fee applications, in light of services to be provided by Mercer and

the structure of Mercer's billing system, Mercer and its professionals shall be excused from

maintaining time records in tenth of an hour increments, as set forth in the Fee Guidelines;

provided, however, that Mercer shall instead maintain time records in quarter hour increments.

5.      Mercer shall file with the Court and serve upon the U.S. Trustee and the

Creditors' Committee appointed in these Chapter 11 cases a notice of any changes to its hourly

billing rates for personnel performing services for the Debtors.

6.      Pursuant to the terms of the Engagement Letter, and in accordance with the Fee

Guidelines, Mercer is entitled to reimbursement by the Debtors for reasonable expenses incurred

in connection with the performance of its engagement, as set forth in the Engagement Letter.

7.      The Engagement Letter, including, without limitation, the indemnification

provision contained in section 8(B) on page 12 of the Engagement Letter, is incorporated herein

by reference and approved in all respects except as otherwise set forth herein.

8.      All requests by Mercer for the payment of indemnification, as set forth in the

Engagement Letter, shall be made by means of an application to the Court and shall be subject to

review by the Court to ensure that payment of such indemnity conforms to the terms of the

ny-1042850

Engagement Letter and is reasonable under the circumstances of the litigation or settlement in respect of which indemnity is sought; provided, however, that in no event shall an indemnified person be indemnified to the extent that any claim or expense has resulted from their own bad faith, self-dealing, breach of fiduciary duty (if any), gross negligence, willful misconduct or fraud.

9.      To the extent that there may be any inconsistency between the terms of the Application, the Dempsey Affidavit, the Engagement Letter and this Order, the terms of this Order shall govern.

10.     Mercer shall use its reasonable efforts to avoid any duplication of services provided by any of the Debtors' other retained professionals in these chapter 11 cases.

11.     The Debtors are authorized and empowered to take all actions necessary to implement the relief granted in this Order in accordance with the Application.

12.     Notwithstanding anything herein to the contrary, this Order shall not modify or affect the terms and provisions of, nor the rights and obligations under, (a) the Board of Governors of the Federal Reserve System Consent Order, dated April 13, 2011, by and among AFI, Ally Bank, ResCap, GMAC Mortgage, LLC, the Board of Governors of the Federal Reserve System, and the Federal Deposit Insurance Corporation, (b) the consent judgment entered April 5, 2012 by the District Court for the District of Columbia, dated February 9, 2012, (c) the Order of Assessment of a Civil Money Penalty Issued Upon Consent Pursuant to the Federal Deposit Insurance Act, as amended, dated February 10, 2012, and (d) all related agreements with AFI and Ally Bank and their respective subsidiaries and affiliates.

13.     This Court shall retain jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.

ny-1042850

Dated:          New York, New York
                _____, 2012


                                     _____
                                     THE HONORABLE MARTIN GLENN
                                     UNITED STATES BANKRUPTCY JUDGE

ny-1042850