MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:     (212) 468-8000
Facsimile:     (212) 468-7900
Larren M. Nashelsky
Gary S. Lee
Lorenzo Marinuzzi

*Proposed Counsel for the Debtors and*
*Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------
|                                          | )  |                          |
| In re:                                   | )  | Case No. 12-12020 (MG)   |
|                                          | )  |                          |
| RESIDENTIAL CAPITAL, LLC, <u>et al.</u>, | )  | Chapter 11               |
|                                          | )  |                          |
|                          Debtors.        | )  | Jointly Administered     |
|                                          | )  |                          |
----------------------------------------------------------------

**DEBTORS' APPLICATION FOR ORDER AUTHORIZING**
**THE EMPLOYMENT AND RETENTION OF RUBENSTEIN**
**ASSOCIATES, INC. AS CORPORATE COMMUNICATIONS**
**CONSULTANT TO THE DEBTORS *NUNC PRO TUNC* TO THE PETITION DATE**

TO THE HONORABLE MARTIN GLENN
UNITED STATES BANKRUPTCY JUDGE:

        The debtors and debtors in possession in the above-captioned cases (collectively,

the "Debtors")[1] hereby apply (the "Application") [2] for entry of an order, under section 327(a) of

title 11 of the United States Code (the "Bankruptcy Code"), Rule 2014 of the Federal Rules of

Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 2014-1 of the Local Bankruptcy

---

[1]     The names of the Debtors in these cases and their respective tax identification numbers are identified on <u>Exhibit 1</u> to the Whitlinger Affidavit (defined below).

[2]     Creditors and parties-in-interest with questions or concerns regarding the Debtors' Chapter 11 cases or the relief requested in this Application may refer to http://www.kccllc.net/rescap for additional information.

Rules for the Southern District of New York (the "Local Rules"), authorizing the employment

and retention of Rubenstein Associates, Inc. ("Rubenstein") as corporate communications

consultant to the Debtors.  In support of the Application, the Debtors rely on, and incorporate by

reference, the Affidavit of Howard Rubenstein (the "Rubenstein Affidavit"), the president of

Rubenstein, attached hereto as <u>Exhibit 1</u>.  In further support of the Application, the Debtors, by

and through their undersigned counsel, respectfully represent:

## JURISDICTION

1.      This Court has jurisdiction to consider this Application under 28 U.S.C. §§

157 and 1334.  This is a core proceeding under 28 U.S.C. § 157(b).  Venue of these cases and

this Application in this district is proper under 28 U.S.C. §§ 1408 and 1409.  The statutory

predicates for the relief requested herein are Bankruptcy Code section 327(a), Bankruptcy Rule

2014 and Local Rule 2014-1.

## BACKGROUND

2.      On May 14, 2012 (the "Petition Date"), each of the Debtors filed a

voluntary petition in this Court for relief under Chapter 11 of the Bankruptcy Code.  The Debtors

are managing and operating their businesses as debtors in possession pursuant to Bankruptcy

Code sections 1107(a) and 1108.  These cases are being jointly administered pursuant to

Bankruptcy Rule 1015(b).  No trustee has been appointed in these Chapter 11 cases; however,

the Court has directed that an examiner be appointed.

3.      On May 16, 2012, the United States Trustee for the Southern District of

New York (the "U.S. Trustee") appointed a nine member official committee of unsecured

creditors (the "Creditors' Committee").

4.      The Debtors are a leading residential real estate finance company

indirectly owned by Ally Financial Inc., which is not a Debtor.  The Debtors and their non-

debtor affiliates operate the fifth largest mortgage servicing business and the tenth largest

mortgage origination business in the United States.  A more detailed description of the Debtors,

including their business operations, their capital and debt structure, and the events leading to the

filing of these bankruptcy cases, is set forth in the Affidavit of James Whitlinger, Chief Financial

Officer of Residential Capital, LLC, in Support of Chapter 11 Petitions and First Day Pleadings,

filed with the Court on the Petition Date (the "Whitlinger Affidavit") [Docket No. 6].

**RELIEF REQUESTED**

5.      By this Application, the Debtors seek entry of an order pursuant to

Bankruptcy Code section 327(a) authorizing the employment and retention of Rubenstein as their

corporate communications consultant in these Chapter 11 cases.  The services to be performed

by Rubenstein in these Chapter 11 cases are summarized in this Application and are described

more fully in the Engagement Letter (defined below).

**A.      Services to be Rendered**

6.      Rubenstein's services will be rendered upon the terms and conditions of

an engagement letter dated as of June 21, 2012 (the "Engagement Letter"), attached hereto as

Exhibit 2.  In particular, the Debtors anticipate that Rubenstein will provide the Debtors with,

among other services, strategic public relations advice, guidance, and media relations services

relative to financial issues affecting the Debtors.  Though not described in the Engagement Letter,

Rubenstein has helped and will continue to help craft internal communications for the Debtors in

connection with audiences important to it, including employees, customers, vendors, and other

interested parties on an on-going basis as needed.

7.      The Debtors and their reorganization proceedings have been the subject of

media interest and scrutiny since the Petition Date.  The process of addressing, responding to and

proactively engaging media reports and interest in the Debtors and their reorganization proceedings requires the assistance of media relations professionals.

**B.    Qualifications of Professionals**

8.    The Debtors selected Rubenstein to provide corporate communications advice and consulting services because of Rubenstein's exceptional experience in media matters relating to major companies generally, and working with companies undergoing restructuring efforts.

9.    Rubenstein is a corporate communications consulting firm that has extensive experience in crisis communications involving bankruptcies.  Rubenstein's broad range of services includes advising on corporate public relations and corporate communications issues and related consulting services.

10.    Prior to and leading up to the Petition Date, the Debtors utilized Rubenstein to provide strategic public relations advice.  In light of the size and complexity of these Chapter 11 cases, the Debtors require an experienced corporate and crisis communications advisor who is familiar with the Chapter 11 process.

11.    In addition to Rubenstein's understanding of the Debtors' businesses, Rubenstein has experience working in the Chapter 11 context and has advised a number of debtors.  The individuals at Rubenstein representing the Debtors, both while at Rubenstein and with prior firms, have performed services for debtors and other parties-in-interest in the following bankruptcy cases, including In re Getty Petroleum Marketing Inc., 11-15606 (SCC) (S.D.N.Y); In re Bear Island Paper Company, LLC, 10-31202 (DOT) (E.D.Vir.); In re S & A Restaurant Corp., 08-41898 (BTR) (E.D.Tex.); and In re Olympia & York Maiden Lane Co. LLC, 98-46167 (JLG) (S.D.N.Y.).

12.    The Debtors believe that the retention of Rubenstein, with its specialized services and prepetition experience advising the Debtors, is crucial during these Chapter 11 cases, and thus, is essential to the Debtors' success in these Chapter 11 cases.

**C.    Compensation**

13.    Rubenstein intends to apply for compensation for professional services rendered and reimbursement of expenses incurred in connection with these cases that is consistent with the proposed compensation set forth in the Engagement Letter, but subject to the Court's approval and in compliance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, any applicable orders of the Court, the Amended Guidelines for Fees and Disbursements for Professionals in the Southern District of New York Bankruptcy Cases M-389 (Nov. 25, 2009), and the United States Trustee Guidelines currently in effect (the "Fee Guidelines"), and any applicable orders of this Court.

14.    Subject to the Court's approval and pursuant to the terms of the Engagement Letter, Rubenstein intends to charge for its professional services on an hourly basis in accordance with its ordinary and customary hourly rates in effect on the date services are rendered (the "Fee Structure")[3].  The current standard hourly rates are:

(a) President                                  $750

(b) Senior Executive Vice President  $525

(c) Executive Vice President            $475

(d) Senior Vice President                 $425

---

[3]    Rubenstein shall file with the Court and serve upon the U.S. Trustee and the Creditors' Committee appointed in these Chapter 11 cases a notice of any changes to its hourly billing rates for personnel performing services for the Debtors.

| | |
|---|---|
| (e) Vice President | $375 |
| (f) Associate Vice President | $325 |
| (g) Senior Account Executive | $300 |
| (h) Account Executive | $275 |
| (i) Associate Account Executive | $250 |
| (j) Project Assistant | $185 |

15.    As set forth in the Rubenstein Affidavit, the Fee Structure is reasonable and comparable to those generally charged by public relations consulting firms of similar stature to Rubenstein and for comparable engagements, both in and out of court.  The Debtors believe that the Fee Structure is reasonable, market-based, and designed to fairly compensate Rubenstein for its work and to cover fixed and routine overhead expenses.

16.    Rubenstein will maintain records of its services in quarter hour increments and will maintain records in support of any actual, necessary costs and expenses incurred in connection with the rendering of such services in these Chapter 11 cases and submit such records in connect with its fee requests.

17.    As described more fully in the Engagement Letter, the Debtors have agreed to indemnify and hold harmless Rubenstein for any and all third party claims, actions, damages, liabilities, costs and expenses, including reasonable attorneys' fees and expenses, arising out of Rubenstein's utilization of any authorized information.  However, such indemnification shall not apply to any losses, claims, damages, liability, costs or expenses Rubenstein incurs as a result of its gross negligence, bad faith, self dealing, breach of fiduciary duty or reckless or willful misconduct.  All requests by Rubenstein for payment of indemnity

pursuant to the Engagement Letter shall be made by application and subject to the Court's approval.

**D.      Disinterestedness of Professionals**

18.      To the best of the Debtors' knowledge and except to the extent disclosed herein and in the Rubenstein Affidavit, Rubenstein is a "disinterested person" within the meaning of Bankruptcy Code section 101(14), as modified by Bankruptcy code section 1107, does not hold or represent an interest adverse to the Debtors' estates, and has no connection to the Debtors, their creditors, or their related parties.

19.      Prior to the Petition Date, the Debtors paid Rubenstein $150,000 on account of services rendered from February 2012 through the Petition Date.  As of the Petition Date, Rubenstein did not hold a prepetition claim against the Debtors for fees or expenses related to services rendered in connection with their prepetition services.

## APPLICABLE AUTHORITY

20.      Bankruptcy Code section 327(a) provides that a debtor in possession may employ one of more professionals that do not hold or represent an interest adverse to the estate and that are disinterested persons to assist the debtor in possession in carrying out its duties under the Bankruptcy Code.  11 U.S.C. § 327(a).

21.      Based upon the Rubenstein Affidavit, Rubenstein: (i) is not a creditor, an equity security holder, or an insider of any of the Debtors; (ii) is not and was not an investment banker for any outstanding security of the Debtors; (iii) has not been within three years before the Petition Date, (a) an investment banker for a security of the Debtors or (b) an attorney for such an investment banker in connection with the offer, sale or issuance of a security of the Debtors; (iv) is not and was not, within the past two years, a director, officer or employee of any

of the Debtors or of any investment banker as specified above, and (v) does not have an interest materially adverse to the interest of any of the Debtors' estates, of any class of creditors or equity security holder, by reason of any direct or indirect relationship, connection with, or interest in, any of the Debtors.

22.    Accordingly, Rubenstein is a "disinterested person" as defined by section 101(14) of the Bankruptcy Code and is therefore eligible for retention by the Debtors in these cases.

23.    Retaining Rubenstein to provide corporate communications consultation services is in the best interests of the Debtors and their estates.  Rubenstein will provide advice and services that will enable the Debtors to tailor their media strategy and respond to media reports regarding these Chapter 11 cases in the most effective and efficient manner.

**NOTICE**

24.    Notice of this Application will be given to the following parties, or in lieu thereof, to their counsel:  (a) the Office of the United States Trustee for the Southern District of New York; (b) the Office of the United States Attorney General; (c) the Office of the New York Attorney General; (d) the Office of the United States Attorney for the Southern District of New York; (e) the Internal Revenue Service; (f) the Securities and Exchange Commission; (g) each of the Debtors' prepetition lenders, or their agents, if applicable; (h) each of the indenture trustees for the Debtors' outstanding notes issuances; (i) Ally Financial Inc.; (j) Barclays Bank PLC, as administrative agent for the lenders under the debtor in possession financing facility; (k) Nationstar Mortgage LLC; (l) the Creditors' Committee; and (m) all parties requesting notice pursuant to Bankruptcy Rule 2002.  The Debtors submit that, in view of the facts and circumstances, such notice is sufficient and no other or further notice need be provided.

**CONCLUSION**

WHEREFORE, the Debtors respectfully request that the Court: (i) enter an order

substantially in the form attached hereto as <u>Exhibit 3</u>, granting the relief sought herein; and (ii)

grant such other and further relief to the Debtors as the Court may deem just and proper.

Dated:  June 26, 2012
         New York, New York

                                    RESIDENTIAL CAPITAL, LLC,
                                    on behalf of itself and each of its Debtor
                                    subsidiaries

                                         By: /s/ James Whitlinger
                                         Name:  James Whitlinger
                                         Title: Chief Financial Officer

**<u>EXHIBIT 1</u>**

ny-1039963

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

---

|  |  |  |
|---|---|---|
| | ) | |
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, <u>et al.</u>, | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

---

**AFFIDAVIT OF HOWARD RUBENSTEIN IN SUPPORT
OF DEBTORS' APPLICATION FOR ENTRY OF AN
ORDER UNDER 11 U.S.C. § 327 AUTHORIZING
<u>THE EMPLOYMENT AND RETENTION OF RUBENSTEIN ASSOCIATES, INC.</u>**

I, Howard Rubenstein, being duly sworn, hereby deposes and says:

I am the President of Rubenstein Associates, Inc. ("Rubenstein"), a strategic communications firm with offices located at 1345 Avenue of the Americas, New York, New York 10105. I am authorized to execute this affidavit (the "Affidavit") on behalf of Rubenstein. Unless otherwise stated in this affidavit, I have personal knowledge of the facts set forth within.

1.      I submit this Affidavit in support of the *Debtors' Application for an Order Authorizing the Employment and Retention of Rubenstein Associates, Inc. as Corporate Communications Consultant to the Debtors Nunc Pro Tunc to the Petition Date* (the "Application")[1].

2.      Rubenstein was founded in 1954 and is one of the nation's top strategic communications companies focused on providing crisis management.

---

[1] Capitalized terms not otherwise defined herein shall be given the meanings ascribed to them in the Application.

3.      Rubenstein has provided public relations advice, guidance and media relations services to the Debtors in connection with these Chapter 11 cases.

### DISINTERESTEDNESS AND ELIGIBILITY

4.      In connection with its proposed retention by the Debtors in these cases, Rubenstein undertook to determine whether it had any conflicts or other relationships that might cause it not to be disinterested or to hold or represent an interest materially adverse to the Debtors. Specifically, Rubenstein obtained from the Debtors the names of individuals and entities that may be parties-in-interest in these Chapter 11 cases (the "Potential Parties-in-Interest") and such parties are listed on Schedule 1 annexed hereto.

5.      Rubenstein does not believe that it is a "creditor" with respect to fees and expenses of any of the debtors within the meaning of section 101(10) of the Bankruptcy Code. Further, neither I nor any member of the Rubenstein engagement team serving the Debtors, to the best of my knowledge, is a holder of any outstanding debt instruments issued by the Debtors.

6.      As such, to the best of my knowledge, Rubenstein is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code, as modified by section 1107(b) of the Bankruptcy Code, in that Rubenstein:

(a) is not a creditor, equity security holder or insider of the Debtors;

(b) is not and was not an investment banker for any outstanding security of the Debtors;

(c) has not been, within three years before the date of the filing of the debtors' Chapter 11 petitions, (i) an investment banker for a security of the Debtors (ii) an attorney for such an investment banker in connection with the offer, sale, or issuance of a security of the Debtors; and

(d) was not, within two years before the date of filing of the debtors' Chapter 11

petitions, a director, officer, or employee of the Debtors or of any investment

banker as specific in subparagraph (b) or (c) of this paragraph.

7.      In addition, to the best of my knowledge and based upon the results of the

relationship search described above and disclosed herein, Rubenstein neither holds nor represents

an interest adverse to the Debtors within the meaning of section 327(a) of the bankruptcy Code.

8.      Based on its review of the Potential Parties-in-Interest, Rubenstein only

has existing consulting relationships with certain of the Debtors' Potential Parties-in-Interest,

including J.P. Morgan Chase, Kirkland & Ellis LLP, Sidley Austin LLP, and Kramer Levin

Naftalis & Frankel LLP.  However, these consulting relationships do not relate in any way to the

Debtors or these Chapter 11 cases, and in my opinion, do not represent an interest adverse to the

Debtors' estates.

9.      It is Rubenstein's policy and intent to update and expand its ongoing

relationship search for additional Potential Parties-in-Interest in an expedient manner.  If any new

material relevant facts or relationships are discovered or arise, Rubenstein will promptly file a

Bankruptcy Rule 2014(a) supplemental declaration.

10.     Subject to Court approval and in accordance with the applicable

provisions of the Bankruptcy Code, the Bankruptcy Rules, the applicable guidelines established

by the U.S. Trustee for the Southern District of New York and the Local Rules, Rubenstein will

seek payment for compensation on an hourly basis, plus reimbursement of actual and necessary

expenses incurred by Rubenstein.  Rubenstein's customary hourly rates as charged in bankruptcy

and non-bankruptcy matters of this type by the professionals assigned to this engagement are

outlined in the Application.

11.     The hourly rates, as provided for in the Engagement Letter and stated in the Application, are as follows:

|   |   |
|---|---|
| (a) President | $750 |
| (b) Senior Executive Vice President | $525 |
| (c) Executive Vice President | $475 |
| (d) Senior Vice President | $425 |
| (e) Vice President | $375 |
| (f) Associate Vice President | $325 |
| (g) Senior Account Executive | $300 |
| (h) Account Executive | $275 |
| (i) Associate Account Executive | $250 |
| (j) Project Assistant | $185 |

12.     According to Rubenstein's books and records, during the ninety day period prior to the Petition Date, Rubenstein received $150,000 from the Debtors for professional services performed and expenses incurred.  As of the Petition Date, Rubenstein did not hold a prepetition claim against the Debtors for fees or expenses related to services rendered in connection with their prepetition services.

13.     To the best of my knowledge, (a) no commitments have been made of received by Rubenstein with respect to compensation or payment in connection with these cases other than in accordance with the provisions of the Bankruptcy Code and (b) Rubenstein has no agreement with any other entity to share with such entity any compensation received by Rubenstein in connection with these Chapter 11 cases.

14.    Based upon the foregoing, I believe Rubenstein is a "disinterested person" as defined in section 101(14) of the Bankruptcy Code and does not hold or represent an interest materially adverse to the Debtors or their estates.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 26 day of June 2012.

/s/ Howard Rubenstein

Howard Rubenstein

SUBSCRIBED AND SWORN TO BEFORE ME this 26 day of June.

/s/ Lorraine P. Watson
Notary Public

My Commission Expires:

September 23, 2014

Lorraine P. Watson
Notary Public State of New York
No. 01WA6080961
Qualified in Bronx County
Commission Expires September 23, 2014

## **SCHEDULE 1**

**RESIDENTIAL CAPITAL, LLC ET AL.**
**Case No. 12-12020 (MG)**

**MASTER CONFLICT LIST**

**Debtors and Subsidiaries**
ditech, LLC
DOA Holding Properties, LLC
DOA Properties IX (Lots-Other), LLC
EPRE LLC
Equity Investment I, LLC
ETS of Virginia, Inc.
ETS of Washington, Inc.
Executive Trustee Services LLC
GMAC – RFC Holding Company, LLC
GMAC Model Home Finance I, LLC
GMAC Mortgage USA Corporation
GMAC Mortgage, LLC
GMAC Residential Holding Company, LLC
GMAC RH Settlement Service, LLC
GMACM Borrower LLC
GMACM REO LLC
GMACR Mortgage Products, LLC
HFN REO SUB II, LLC
Home Connects Lending Services, LLC
Homecomings Financial Real Estate Holdings, LLC
Homecomings Financial, LLC
Ladue Associates, Inc.
Passive Asset Transactions, LLC
PATI A, LLC
PATI B, LLC
PATI Real Estate Holdings, LLC
RAHI A, LLC
RAHI B, LLC
RAHI Real Estate Holdings, LLC
RCSFJV2004, LLC
Residential Accredit Loans, Inc.
Residential Asset Mortgage Products, Inc.
Residential Asset Securities Corporation
Residential Capital, LLC
Residential Consumer Services of Alabama, LLC
Residential Consumer Services of Ohio, LLC
Residential Consumer Services of Texas, LLC
Residential Consumer Services, LLC
Residential Funding Company, LLC
Residential Funding Mortgage Exchange, LLC
Residential Funding Mortgage Securities I, Inc.
Residential Funding Mortgage Securities II, Inc.
Residential Funding Real Estate Holdings, LLC
Residential Mortgage Real Estate Holdings, LLC
RFC – GSAP Servicer Advance, LLC
RFC Asset Holdings II, LLC
RFC Asset Management, LLC
RFC Borrower LLC
RFC Construction Funding, LLC
RFC REO LLC
RFC SFJV-2002, LLC

**Foreign Subsidiaries**
Canada Mortgage Acceptance Corporation
Foreign Obligation Exchange, Inc. 2003-H12
Foreign Obligation Exchange, Inc. 2003-H14
Foreign Obligation Exchange, Inc. 2004-H11
Foreign Obligation Export, Inc.
GMAC Financiera S.A. de C.V. Sociedad
    Financiera de Objecto Multiple
GMAC Residential Funding of Canada Limited
GMAC-RFC (No. 2) Limited
GMAC-RFC Auritec, S.A.
GMAC-RFC Direct Limited
GMAC-RFC Espana Hipotecas SL
GMAC-RFC Europe Limited
GMAC-RFC Holdings Limited
GMAC-RFC Property Finance Limited
High Street Home Loans Limited
MCA Finance Limited
National Guarantee plc
Private Label Group Limited
Private Label Mortgage Services Limited

**Officers and Directors**
Abreu, Steven M.
Aretakis, James
Dondzila, Catherine M.
Fleming, Patrick
Hamzehpour, Tammy
Harney, Anthony J.
Hills, Garry
Horner, Jill M.
III, Edward F. Smith,
Ilany, Jonathan
Mack, John E.
Marano, Thomas
Meyer, Darsi
Nees, Louis A.
Pensabene, Joseph A.
Riddle, Mindy
Strauss, Thomas M.
Tyson, William N.
West, Pamela E.
Whitlinger, James
Wilkinson, Winston Carlos

**Parties to Funding Agreements**
Ally Financial Inc (f/k/a GMAC Inc.)
Barclays Bank PLC
Citibank, N.A.
Wells Fargo Bank, N.A.
BMMZ Holdings LLC
US Bank National Association
Deutsche Bank Trust Company Americas

### Bondholders

AllianceBernstein Advisors
American Enterprise Investment Services Inc.
Appaloosa Management L.P.
Bank of New York Mellon, (The)/Barclays Capital - London
Bank of Nova Scotia/CDS
BARC/FIXED
Barclays Capital Inc. /LE
Berkshire Hathaway Inc.
BlackRock Global Investors
Charles Schwab & Co., Inc.
CITIBK/GRP
Citigroup Global Markets Inc.
Citigroup Global Markets Inc. /Salomon Brothers
Credit Suisse Securities (USA) LLC
David Lerner Associates, Inc.
Deutsche Bank Securities, Inc.
E*Trade Clearing LLC
Edward D. Jones & Co.
First Clearing, LLC
First Southwest Company
Goldman Sachs International
Goldman, Sachs & Co.
Interactive Brokers Retail Equity Clearing
J.P. Morgan Clearing Corp.
J.P. Morgan Securities LLC
Janney Montgomery Scott Inc.
Loomis Sayles & Company
LPL Financial Corporation
Merrill Lynch Safekeeping
Morgan Stanley & Co. LLC
Morgan Stanley Smith Barney LLC
National Financial Services LLC
Oppenheimer & Co. Inc.
OptionXpress, Inc
P. Schoenfeld Asset Management
Paulson & Co. Inc.
Penson Financial Services, Inc./Ridge.
Pershing LLC
Pentwater Capital Management
Putnam Investment Management
Raymond, James & Associates, Inc.
RBC Capital Markets, LLC
Scottrade, Inc.
Security Investors LLC
Silver Point Capital, L.P.
Stifel, Nicolaus & Company Incorporated
Taconic Capital Advisors, L.P.
TD Ameritrade Clearing, Inc.
Timber Hill LLC
UBS Financial Services LLC
UBS Securities LLC
Vanguard Marketing Corporation
Western Asset Management Company

### Landlords and Tenants

2155 Northpark Lane LLC
2255 Partners, L.P. c/o M. David Paul Development LLC

Avenel Realty Company d / b / a Avenel at Montgomery Square
Brandywine Cityplace LP
BREOF Convergence LP c/o Brookfield Real Estate Opportunity Fund
Business Suites (Texas) LTD
Center Township of Marion County
Del Amo Financial Center, LP
DRA CLP Esplanade LP c/o Colonial Properties Services Ltd Partnership
Euclid Plaza Associates, LLC
GBM Properties, LLC
Homeowners Alliance
Liberty Property Limited Partnership
National Default Servicing, LLC
New Towne Center Inc.
PBC San Jose, LLC
PBC Walnut Creek, LLC
Realty World - Graham/Grubbs and Associates
Regus Management Group LLC
Teachers Insurance and Annuity Association of America c/o Northmarq RES
The Irvine Company LLC
The Office Annex, Inc.
Veridian Credit Union f/k/a John Deere Community Credit Union
W.E.G., Jr., Inc. d / b / a Highland-March Beverly Suites

### Parties to Litigation

Acacia Life Insurance Company
Allstate Bank (f/k/a Allstate Federal Savings Bank)
Allstate Insurance Company
Allstate Life Insurance Company
Allstate Life Insurance Company of New York, Allstate Retirement Plan
Allstate New Jersey Insurance Company
American Heritage Life Insurance Company
Ameritas Life Insurance Corp.
Assured Guaranty Municipal Corp.
Boilermaker Blacksmith National Pension Trust
Brown County, Ohio
Cambridge Place Investment Management Inc.
Church-Dellinger, Victoria Jean
Columbus Life Insurance Company
Deutsche Zentral-genossenschaftsbank, New York Branch, d/b/a DZ Bank AG, New York Branch
DG Holding Trust
Federal Home Loan Bank of Boston
Federal Home Loan Bank of Chicago
Federal Home Loan Bank of Indianapolis
Federal Home Loan Mortgage Corporation
Federal Housing Finance Agency
Financial Guaranty Insurance Company
First Colonial Insurance Company
Fort Washington Active Fixed Income LLC
Fort Washington Investment Advisors, Inc.
HSH Nordbank AG
HSH Nordbank AG, Luxembourg Branch
HSH Nordbank AG, New York Branch

2

HSH Nordbank Securities S.A.
Huntington Bancshares Inc.
IKB Deutche Industriebank AG
IKB International S.A. (in Liquidation)
Integrity Life Insurance Company
Kennett Capital, Inc.
Kral, Kenneth L.
Laster, Marteal
Massachusetts Mutual Life Insurance Company
MBIA Insurance Corporation
Mitchell, Ruth
Mitchell, Steven
National Credit Union Administration Board
National Integrity Life Insurance Company
New Jersey Carpenters Health Fund
New Jersey Carpenters Vacation Fund
Rio Debt Holdings (Ireland) Limited
Sall, Mohammed A.
Sealink Funding Ltd.
State of Ohio
Stichting Pensioenfonds ABP
The Charles Schwab Corporation
The Union Central Life Insurance Company
The Western and Southern Life Insurance Company
Thrivent Balanced Fund
Thrivent Balanced Portfolio
Thrivent Bond Index Portfolio
Thrivent Core Bond Fund
Thrivent Financial Defined Benefits Plan Trust
Thrivent Financial for Lutherans
Thrivent Income Fund
Thrivent Limited Maturity Bond Fund
Thrivent Limited Maturity Bond Portfolio
U.S. Central Federal Credit Union
West Virginia Investment Management Board
Western Corporate Federal Credit Union
Western-Southern Life Assurance Company

**U.S. Trustee's Office (Region 2 Trial Attorneys)**
Davis, Tracy Hope
Driscoll, Michael
Gasparini, Elisabetta
Golden, Susan
Khodorovsky, Nazar
Masumoto, Brian S.
Morrissey, Richard C.
Nakano, Serene
Riffkin, Linda A.
Schwartz, Andrea B.
Schwartzberg, Paul K.
Velez-Rivera, Andy
Zipes, Greg M.

**Bankruptcy Judges (New York)**
Bernstein, Stuart M.
Chapman, Shelley C.
Drain, Robert
Gerber, Robert E.
Glenn, Martin
Gropper, Allan L.

Lane, Sean H.
Lifland, Burton R.
Morris, Cecelia G.
Peck, James M.

**District Court Judges (New York)**
Baer, Harold
Batts, Deborah A.
Berman, Richard M.
Briccetti, Vincent L.
Buchwald, Naomi Reice
Carter, Andrew L.
Castel, P. Kevin
Cedarbaum, Miriam Goldman
Cote, Denise L.
Crotty, Paul A.
Daniels, George B.
Duffy, Kevin T.
Engelmayer, Paul A.
Forrest, Katherine B.
Gardephe, Paul G.
Griesa, Thomas P.
Haight, Charles S.
Hellerstein, Alvin K.
Jones, Barbara S.
Kaplan, Lewis A.
Karas, Kenneth M.
Koeltl, John G.
Marrero, Victor
McKenna, Lawrence M.
McMahon, Colleen
Nathan, Alison J.
Oetken, J. Paul
Owen, Richard
Patterson, Robert P.
Pauley, William H.
Preska, Loretta A.
Rakoff, Jed S.
Ramos, Edgardo
Sand, Leonard B.
Scheindlin, Shira A.
Seibel, Cathy
Stanton, Louis L.
Stein, Sidney H.
Sullivan, Richard J.
Swain, Laura Taylor
Sweet, Robert W.
Wood, Kimba M.

**Depositing Banks**
Ally Bank
Bank of America, N.A.
Bank of New York Mellon
Citibank, N.A.
Deutsche Bank Trust Company Americas
JPMorgan Chase Bank, N.A.
M&T Bank
State Street Bank and Trust Company
U.S. Bank National Association
Wachovia Bank, National Association

**Consultants & Professionals**
Barclays Bank PLC
Centerview Partners LLC
Deloitte & Touche
Evercore
Fortress Investment Group, LLC
FTI Consulting, Inc.
Kirkland & Ellis LLP
Kurtzman Carson Consultants LLC
Mayer Brown LLP
Mercer
Nationstar Mortgage, LLC
PricewaterhouseCoopers
Rubenstein Associates, Inc.
Sidley Austin LLP
Skadden, Arps, Slate, Meagher & Flom LLP

**HELOC Investors**
5th 3rd bank
Aurora Loan Services LLC
Bank One, Texas N.A.
Deutsche Bank National Trust Co.
Everbank
JP Morgan Chase
Macquarie Mortgages USA Inc
Suntrust
The Bank of New York Mellon
Treasury Bank, N.A.
Us Bank, N.A.
Wachovia Bank Na
Wells Fargo Bank, N.A.

**Servicing Counterparties**

**Government Entities and GSEs**
Federal Home Loan Mortgage Corporation (Freddie Mac)
Federal Housing Administration (FHA)
Federal National Mortgage Association (Fannie Mae)
Government National Mortgage Association (Ginnie Mae)

**Housing and Local Agencies**
California Housing Finance Agency
CitiMortgage, Inc., as administrator for Texas Veterans Land Board
Connecticut Housing Finance Authority
Delaware Housing Authority
Hawaii Housing (Hula Mae)
Housing Opportunities Commission of Montgomery County, Maryland
Mississippi Home Corporation
Neighborhood Housing Services of America and Philadelphia N.H.S.
Oregon Housing and Community Services Department
Redevelopment Authority of the County of Berks Rural Housing

The Housing and Redevelopment Authority in and for the City of Minneapolis
The Industrial Commission of North Dakota

**Mortgage and Monoline Insurers**
The ACE Group
Ambac
Assured Guaranty Corp.
Cuna Mutual Group Mortgage Insurance Company
FGIC
Financial Security Assurance Inc
Federal Insurance Group (a subsidiary of the Chubb Group of Insurance Companies)
General Electric Mortgage Insurance Corporation
Genworth Mortgage Insurance Corporation
MBIA
Mortgage Guaranty Insurance Corp.
PMI Mortgage Insurance Co.
Radian Asset Assurance Inc.
Radian Guaranty Inc.
Republic Mortgage Insurance Company
Triad Guaranty Insurance Corporation
United Guaranty Residential Insurance Company

**Trustees**
Bank One, National Association
BNY Midwest Trust Company
Chase Bank of Texas, N.A.
Citibank, N.A.
Deutsche Bank National Trust Company
Deutsche Bank Trust Company Americas
HSBC Bank USA, National Association
JPMorgan Chase Bank, N.A.
LaSalle Bank National Association
Security Pacific National Company
The Bank of New York Mellon
U.S. Bank National Association
US National Association
Wells Fargo Bank Minnesota, N.A.
Wells Fargo Bank, National Association
Wilmington Trust Company

**Other Counterparties to Servicing Agreements**
50 BY 50, LLC
ABN AMRO Mortgage Croup, Inc.
Access National Mortgage Corporation
Ace Home Equity Loan Trust, Series 2007-SL3
ACE Securities Corp.
ACT Mortgage Capital
Advantage Bank
Aegis Mortgage Corporation
Aegon USA Realty Advisors
Alliance Bancorp
Alliance Securities Corp.
Ally Bank
Ally Financial Inc.
Ally Investment Management LLC
Alternative Finance Corporation
Amalgamated Bank of New York
American Equity Mortgage, Inc.

American Home Mortgage
American Home Mortgage Acceptance, Inc.
American Home Mortgage Investment Trust 2005-2
American Home Mortgage Investment Trust 2005-4A
American Home Mortgage Investment Trust 2006-2
American Home Mortgage Investment Trust 2007-A
American Home Mortgage Servicing, Inc.
American Home Mortgage Trust 2004-4
American Home Mortgage Trust 2005-1
American Home Mortgage Trust 2005-2
American Home Mortgage Trust 2005-4A
American Residential Equities XXVII, LLC
American Residential Equities, LLC
Ameriquest Mortgage Company
Andover Bank
Arbor Commercial Mortgage, LLC
Asset Management Holding of South Florida, LLC
Assured Guaranty Municipal Corp
Atlantic Financial Federal
Audobon Savings Bank
Aurora Loan Services Inc.
Aurora Loan Services LLC
Banc of America Funding 2005-3 Trust
Banc of America Funding 2005-8 Trust
Banc of America Funding 2006-1 Trust
Banc of America Funding 2006-4 Trust
Banc of America Funding Corporation
Banc of America Mortgage Capital Corporation
Bancap
Banco Mortgage Company
Banco Popular North America
Bank of America, National Association
Bank of Hawaii
Bank One, Texas, N.A.
Bank Rhode Island
Bank United, FSB
Bankatlantic, A Federal Savings Bank
Bankers Saving
Bankers Trust Company
Banknorth Mortgage
Bay Atlantic Federal Credit Union
Bay Financial Savings Bank, FSB
Bayrock Mortgage Corporation
Bayview Acquisitions, LLC
Bayview Financial Asset Trust
Bayview Financial Property Trust
Bayview Financial Securities Company, LLC
Bayview Financial Trading Group, L.P.
Bayview Financial, L.P.
Bear Stearns Asset Backed Securities I, LLC
Bear Stearns Mortgage Capital Corporation
Bear Stearns Second Lien Trust 2007-1
Bear Stearns Second Lien Trust 2007-SV1
Bell Federal Savings and Loan Association
BellaVista Funding Corporation
Belvedere Trust Finance Corporation
Bluebonnet Savings Bank FSB
BMMZ Holdings LLC

Broadway Federal Bank, FSB
Brothers Bank, FSB
Butte Savings and Loan Association
Caliber Funding, LLC
California Banking Association
California Federal Bank, FSB
California Public Employees' Retirement System
Cambridge Place Collateral Management LLC
Canada Mortgage Acceptance Corporation
Capital Crossing Bank
Capitol Federal Savings and Loan Association
Capstead Mortgage Corporation
CDC Mortgage Capital Inc. (Natixis)
Cenfed Bank, a Federal Savings Bank
Cenlar FSB
CenterState Bank of Florida, N.A.
Central Bank of Jefferson County, Inc.
Century Bank, FSB
CFX Bank
Charter One Bank, FSB
Charter One Bank, N.A.
Chase Manhattan Mortgage Corporation
Chemical Mortgage Company
Citi Financial Mortgage Co., Inc
Citibank (West), FSB
Citigroup Global Markets Realty Corp.
Citigroup Mortgage Loan Trust Inc.
CitiMortgage, Inc.
Citizens Bank of Connecticut
Citizens Bank of Massachusetts
Citizens Bank of New Hampshire
Citizens Bank of Pennsylvania
Citizens Bank, N.A.
Citizens Federal Bank, FSB
Clayton Fixed Income Services Inc.
Clayton National, Inc.
CMC Investment Partnership
Coastal Banc Capital Corporation
Coastal Banc SSB
Coastal States Mortgage Corporation
Collective Federal Savings Bank
Colonial Mortgage Service Company
Comerica Bank
Community Lending, Incorporated
Communityone Bank, N.A.
ComUnity Lending, Incorporated
Copperfield
Core, Cap Inc.
Corona Asset Management III, LLC
Countrywide Bank, N.A.
Countrywide Home Loans Servicing, LP
Countrywide Home Loans, Inc.
Credit Suisse First Boston Mortgage Securities Corp.
CSX
CTCE Federal Credit Union
CTX Mortgage Company, LLC
DB Structured Products, Inc.
Deutsche Alt-A Securities, Inc.
Deutsche Bank AG New York Branch

Deutsche Mortgage Securities, Inc.
DLJ Mortgage Acceptance Corp.
DLJ Mortgage Capital, Inc.
Dollar Bank, FSB
Drawbridge Consumer Funding Ltd
Dynex Securities Corporation
E*Trade Bank
E*Trade Mortgage
E*Trade Wholesale Lending Corp.
EAB Mortgage Company, Inc.
EMC Mortgage Corporation
Empire Mortgage X, Inc.
Encore Bank and National Association
Encore Savings Bank
Erie Savings Bank
Eurekabank
EverBank
Fairbanks Capital Corp.
Fairfax Savings Bank
Family Bank, FSB
Family Lending Services, Inc.
FBS Mortgage Corporation
Federal Home Loan Bank of Atlanta
Federal Trust Bank, FSB
Fidelity Federal Bank
Fidelity Savings and Loan
Fifth Third Bank
Financial Asset Securities Corp.
First Bank Incorporated
First Bank, Inc.
First Cap Holdings, Inc.
First Citizens Bank and Trust Company
First Citizens Mortgage Company
First Community Bank N.A.
First Federal of Michigan
First Federal Savings and Loan Association of
    Storm Lake
First Guaranty Mortgage Corporation
First Horizon Home Loan Corporation
First Indiana Bank
First Internet Bank of Indiana
First Massachusetts Bank, N.A.
First National Bank and Trust Company
First National Bank of Arizona
First National Bank of El Dorado
First Nationwide Mortgage Corporation
First NLC
First Rate Capital Corporation
First Savings Mortgage Corporation
First Tennessee Bank National Association
First Tennessee Capital Assets Corporation
First Trust Savings Bank
First Union National Bank
First-Citizens Bank & Trust Company
Firstrust Bank
Fleet National Bank
Flex Point Funding Corporation
Flick Mortgage Investors, Inc.
FNBA
Fortress Credit Corp.

FPA Corporation
Franklin Bank, SSB
Franklin Credit
Franklin Credit Management Corporation
Gateway Credit Union
Gateway Funding Diversified Mortgage Services,
    LP
GE Capital Consumer Card Co.
GE Mortgage Services, LLC
Geneva Mortgage Corporation
Germantown Savings Bank
Gibraltar Savings Association
Ginn Financial Services, LLC
Goldman Sachs Mortgage Company
Gonzalo Residential Asset Trust
Great American First Savings Bank
Great American Savings Bank
Green Planet Servicing, LLC
Green Tree Servicing LLC
GreenPoint Mortgage Funding Trust 2005-HE4
GreenPoint Mortgage Funding Trust 2006-HE1
GreenPoint Mortgage Funding, Inc.
Greenwich Capital Acceptance, Inc.
Greenwich Capital Financial Products, Inc.
Greenwich Universal Portfolio
GS Mortgage Securities Corp.
GSAA Home Equity Trust 2005-9
GSMPS Mortgage Loan Trust 2005-LT1
GSR Mortgage Loan Trust 2006-AR2
GSR Trust 2007-HEL1
Guardian Savings Bank
Hanover Capital Mortgage Holdings, Inc.
HarborView Mortgage Loan trust 2004-10
Healthcare Employees Federal Credit Union
Home Equity Loan Trust 2005-HS2
Home Equity Loan Trust 2006-HSA2
Home Equity Loan Trust 2006-HSA3
Home Equity Loan Trust 2006-HSA5
Home Equity Loan Trust 2007-HSA1
Home Equity Loan Trust 2007-HSA3
Home Federal Savings & Loan Association of
    Rome, Ga.
Home Loan Corporation
Home Loan Series 09-2028
HomeBanc Mortgage
HomEq Servicing Corporation
Horsham Funding Inc.
HSI Asset Securitization Corporation
Hudson & Keyse, LLC
Hudson City Savings Bank
Huntington Federal Savings & Loan Association
Hyperion Capital Group LLC
IMPAC CMB Trust Series 2005-6
IMPAC Funding Companies
IMPAC Funding Corporation
IMPAC Mortgage Holdings, Inc.
IMPAC Secured Assets Corp.
Imperial Credit Industries, Inc.
Independent Bank East Michigan
IndyMac Bank, FSB (now OneWest Bank, FSB)

IndyMac MBS, Inc.
IndyMac Mortgage Holdings, Inc.
ING Bank, FSB
Investment Capital Group
Irwin Union Bank and Trust Company
Ixis Real Estate Capital Inc
Jackson Federal Bank
Just Mortgage, Inc.
Kaiser Federal Bank
Keystone Nazareth Bank & Trust Company
Kidder Peabody Mortgage Capital Corporation
Lacera
Lebank
Lehman Brothers Bank, FSB
Lehman Brothers Holdings Inc.
Lehman Capital, a division of Lehman Brothers
    Holdings Inc.
Liberty Home Lending, Inc.
Liberty Savings Bank, FSB
Linden Assemblers Federal Credit Union
Litton Loan Servicing, LP
LNV Corporation
Loan Center of California
Loan Link Financial Services
Local #38 and Associates Credit Union
Lomas Mortgage USA, Inc.
Los Angeles County Employees Retirement
    Association
Los Angeles Federal Savings
LPP Mortgage Ltd.
Luminent Mortgage Capital, Inc.
Lydian Private Bank
Macquarie Mortgage Funding Trust 2007-1
Macquarie Mortgages USA, Inc.
MAIA Mortgage Finance Statutory Trust
Marine Bank
Market Street Mortgage Corporation
Massachusetts Mutual Life Insurance Co.
Matrix Capital Bank
MB Financial Bank N.A.
Medway Savings Bank
Mellon Bank
Mellon/McMahon Real Estate Advisors Inc.
Merck Sharp & Dohme Federal Credit Union
Mercury Mortgage Finance Statutory Trust
Meridian Mortgage Corporation
Merrill Lynch Bank & Co.
Merrill Lynch Hunton Paige
Merrill Lynch Mortgage Capital Inc.
Merrill Lynch Mortgage Holdings, Inc.
Merrill Lynch Mortgage Investors, Inc.
Merrill Lynch Mortgage Lending, Inc.
Metlife Bank, N.A.
Metrocities Mortgage Corp., LLC
Metropolitan Life Insurance Company
Mid America Bank, FSB
MidFirst Bank
Midland Financial Savings and Loan Association
Mint I, LLC
Mint II, LLC

Money Bank Investment Corporation
Monterey I Holdings
Morgan Stanley Capital I Inc.
Morgan Stanley Mortgage Capital Inc.
Morgan Stanley Mortgage Loan Trust 2005-3AR
Mortgage Asset Securitization Transactions, Inc.
Mortgage Asset Securitization Trust
Mortgage Interest Networking Trust II
Mortgage Investors Corporation
MortgageIT Holdings Inc.
MortgageIT Securities Corp.
MortgageIT Trust 2005-4
MortgageIT, Inc
MRF 3 LLC
Mrit Securities Corporation
Mutual Savings & Loan Association of Charlotte,
    N.C.
Mutual Savings Bank
National Bank of Commerce
NETBANK
Network Funding L.P.
Neuwest Equity Partners
New Century Mortgage Securities, Inc.
New Cumberland Federal Credit Union
New Penn Financial, LLC
New York Life Insurance and Annuity Corporation
New York Life Insurance Company
Nomura Asset Acceptance Corporation
Nomura Credit & Capital, Inc.
Nomura Home Equity Loan, Inc.
North Jersey Federal Credit Union, Inc.
Northwest Funding, Inc.
Northwestern National Bank of Minneapolis
Norwest Bank Minnesota, National Association
Norwest Mortgage, Inc.
Ocwen Federal Bank FSB
Ocwen Loan Servicing, LLC
Ohio Savings Bank
Opteum Financial Services, LLC
Option One Mortgage Corporation
Paine Webber Real Estate Securities Inc.
Parkside Lending, LLC
Parkvale Savings Bank
Paul Financial, LLC
People Savings Bank, Inc., SSB
Peoples Heritage Savings Bank
PHH Mortgage
Philadelphia Federal Credit Union
Pinnacle Capital Mortgage Corporation
Pinnacle Financial Corporation
Plaza Home Mortgage, Inc.
PMC Bancorp
PNC Bank, N.A.
PNC Mortgage Securities Corp.
Pomona First Federal Bank and Trust
Principal Asset Markets, Inc.
Principal Bank
Principal Mutual Life Insurance Company
Private Capital Group
Quaker City Bank

Quicken Loans Inc.
RBS Citizens, National Association
Real Time Resolutions, Inc.
Real Time Solutions
Realty Mortgage Corporation
Redlands Federal Bank, FSB
Redwood Trust, Inc.
Reliance Federal Credit Union
Residential Mortgage Assistance Enterprise, LLC
Resolution Capital Advisors, LLC
Ridgewood Savings Bank
Riggs Bank N.A.
Rochester Community Savings Bank
Roosevelt Management Company, LLC
RWT Holdings, Inc.
Ryland Acceptance Corporation Four
SACO I Trust 2005-GP1
SACO I Trust 2006-8
Salomon Brothers Realty Corp.
Saxon Mortgage Funding Corporation
Sea Breeze Financial Services, Inc.
Sebring Capital
Secured Bankers Mortgage Company
Security National
Security Pacific National Bank
Select Portfolio Servicing Inc.
Sequoia Funding Trust
Sequoia Residential Funding, Inc.
Shearson Lehman Government Securities, Inc.
Shellpoint Mortgage LLC
Sierra Pacific Mortgage, Inc
Silver State Financial Services, Inc.
Silvergate Bank
Skyline Financial Corp.
SMFC Funding Corporation
SN Servicing Corporation
SNBOA, LLC
Southbank
Southern Pacific Thrift and Loan Association
SouthStar Funding, LLC
Southwest Savings and Loan Association
Sovereign Bank, FSB
Specialized Loan Servicing LLC
St. Paul Federal Bank for Savings
Stanwich Mortgage Acquisition Company, LLC
Sterling Savings Bank
Steward Financial, Inc.
Stonebridge Bank
Structured Asset Mortgage Investments II Inc.
Structured Asset Mortgage Investments, Inc.
Structured Asset Securities Corporation
Structured Mortgage Investments II Inc.
Summit Savings & Loan Association
Suntrust Asset Funding, LLC
Superior Bank
Susquehanna Bank
Syncora Guarantee Inc.
Taylor, Bean Whitaker
TCF National Bank
TCIF, LLC

TeleBank
Terwin Advisors LLC
Terwin Mortgage Trust 2006-6
Terwin Securitization LLC
The Canada Trust Company
The Chase Manhattan Bank
The First Boston Corporation
The First National Bank of Glens Falls
The Frost National Bank
The Mortgage Store Financial, Inc.
The New York Mortgage Company, LLC
The Travelers Indemnity Company
The Winter Group
Treasury Bank, N.A.
Tri Counties Bank
Tri Country Area Federal Credit Union
Truman Capital Securitization LLC
UBS Real Estate Securities Inc.
UBS Warburg Real Estate Securities Inc.
UBS Warburg, LLC
United Capital Mortgage, LLC
United Federal Savings Bank
United Financial Mortgage Corporation
United Savings Association of Texas, FSB
Unity Bank
Universal Master Servicing, LLC
US Bank Home Mortgage
USAA Federal Savings Bank
Valley Independent Bank
Vermont Mortgage Group, Inc.
Wachovia Bank, National Association
Wachovia Mortgage Corporation
Walter Mortgage Company
Washington Mutual Bank
Washington Mutual Mortgage Securities Corp.
Webster Bank
Western Financial Savings Bank, FSB
WestStar Mortgage, Inc.
Wilshire Credit Corporation
Winter Group
Witmer Funding LLC
WMCC Clayton / Washington Mutual Bank
WMD Capital Markets, LLC

**Utilities**
Abovenet Communications Inc.
AT&T
AT&T Mobility
Center Point Energy
CenturyLink
Cisco Systems Capital Corporation
City of Eden Prairie
Comcast
Dish Network
Genesys Conferencing
Global Capacity Group Inc.
IEX Corporation
Inova Solutions
Intercall
Intervoice Inc.

Level 3 Communications LLC
MediaCom
Micro-Tel Center
MidAmerican Energy
Sprint
Time Warner Cable
Time Warner Telecom
Verizon
Verizon Business
Verizon California
Verizon Wireless
Waste Management
Waterloo Water Works
Xcel Energy

**Consolidated Top 50 Creditors**
Aegis Usa Inc.
Alan Gardner
Allstate Insurance
Ambac Assurance Corp
Assured Guaranty Corp.
BNYMellon
Boilermaker Blacksmith National Pension Trust
Brian Kessler, et al
Cambridge Place Investment Management Inc.
Credstar
Deutsche Bank AG, New York
Deutsche Bank Trust Company Americas
Don E. Diane M. Patterson
Donna Moore
Emortgage Logic
Federal Home Loan Bank of Boston
Federal Home Loan Bank of Chicago
Federal Home Loan Bank of Indianapolis
Federal Housing Finance Agency
Financial Guaranty Insurance Co.
Huntington Bancshares Inc.
Indecomm Global Services
Iowa Public Employees Retirement System
Lehman Brothers Holdings, Inc.
Loan Value Group
Massachusetts Mutual Life Insurance Company
MBIA, Inc.
Midwest Operating Engineers Pension Trust Fund
National Credit Union Administration Board
New Jersey Carpenters Health Fund
New Jersey Carpenters Vacation Fund
Orange County Employees Retirement System
Police and Fire Retirement System of the City of
  Detroit
Sealink Funding Limited
Steven And Ruth Mitchell
Stichting Pensioenfonds ABP
The Charles Schwab Corporation
The Union Central Life Insurance Company
Thrivent Financial for Lutherans
Tiffany Smith
US Bank
Wells Fargo & Company
Wells Fargo Bank N.A

West Virginia Investment Management Board
Western & Southern

**Members of the Creditors' Committee**
Allstate Life Insurance Company
AIG Asset Management (U.S.), LLC
The Bank of New York Mellon Trust Company,
  N.A.
Deutsche Bank Trust Company Americas
Drennen, Rowena L.
Financial Guaranty Insurance Company
MBIA Insurance Corporation
U.S. Bank National Association
Wilmington Trust, N.A.

**Rule 2004 Motion Parties**
AlixPartners
Cerberus Capital Management, L.P.
Cerberus FIM Investors LLC
Cerberus FIM, LLC
FIM Holdings LLC
General Motors Company
Gibbs & Bruns, LLP
GMAC Bank
GMAC Commercial Finance, LLC
GMAC LLC
GMAC Mortgage Group, LLC
Houlihan Lokey
IB Finance Holding Company, LLC
Kelly Drye & Warren LLP
Kramer Levin et al
Moelis & Company
Morrison & Foerster LLP
Morrison Cohen LLP
National Motors Bank FSB
Ropes & Gray LLP
White & Case

**EXHIBIT 2**

# RUBENSTEIN ASSOCIATES, INC.

Public Relations

1345 Avenue of the Americas
New York, New York 10105-0109
212-843-8000
Fax 212-843-9200

June 21, 2012

Tammy Hamzehpour, Esq.
Residential Capital, LLC
1100 Virginia Drive
Fort Washington, PA  19034
*Via Email: Tammy.Hamzehpour@gmacrescap.com*

Dear Tammy:

I am pleased to confirm our understanding whereby Residential Capital, LLC ("ResCap") retains Rubenstein Associates, Inc. ("Rubenstein"), as public relations consultant beginning May 14, 2012.

Beginning with ResCap's Chapter 11 filing on May 14, 2012, Rubenstein will bill you based on the hourly rates set forth in Exhibit A hereto, which were determined by reviewing industry standards, as well as hourly rates included in other comparable bankruptcy court filings.

ResCap also agrees to pay all out-of-pocket expenses.  These may include, but are not limited to, postage, photocopying, long-distance telephone, messengers, photography, printing, and travel expenses.  Any individual expense in excess of $200 will be approved by ResCap in advance.

As part of our services, Rubenstein will provide you with strategic public relations advice, guidance and media relations services relative to financial issues affecting ResCap.  Rubenstein will also provide litigation support as necessary.

By execution of this agreement, ResCap agrees to indemnify, defend and hold harmless Rubenstein against any and all claims, actions, damages, liabilities, costs and expenses, including reasonable attorneys' fees and expenses, arising out of Rubenstein's utilization of any authorized information.

Page 2

This agreement and the attachments hereto, if any, constitute the entire agreement between the parties with respect to the subject matter herein and there are no representations, understandings, or agreements relative hereto which are not fully expressed herein.

This agreement and performance thereunder is governed by the laws of the State of New York.

If this agreement outlines our understanding, please sign a copy and return it to Rubenstein.

I look forward to a mutually productive relationship.

Sincerely yours,

Howard J. Rubenstein

DATE:_____

ACCEPTED BY: _____
_____ General Counsel

## EXHIBIT A

## RUBENSTEIN ASSOCIATES, INC.
## CORPORATE COMMUNICATIONS CONSULTANT - RESCAP PROJECT
## SUMMARY OF STANDARD HOURLY RATES

The following are the standard hourly rates assigned for this project's core team:

| Name of Professional Person | Position | Hourly Billing Rate |
|---|---|---|
| Marcia Horowitz | Senior Executive Vice President | $ 525.00 |
| William Anderson | Executive Vice President | $ 475.00 |
| Alex Stockham | Vice President | $ 375.00 |
| Tisha Kresler | Vice President | $ 375.00 |
| Michelle Sopher | Project Assistant | $ 185.00 |

The following are the standard hourly rates assigned for other professional staff levels that may incur billable time on this project as needed:

| Position | Hourly Billing Rate |
|---|---|
| Howard Rubenstein and Steven Rubenstein | $ 750.00 |
| Senior Vice President | $ 425.00 |
| Associate Vice President | $ 325.00 |
| Senior Account Executive | $ 300.00 |
| Account Executive | $ 275.00 |
| Associate Account Executive | $ 250.00 |

## Note:

Rubenstein Associates, Inc. is traditionally compensated utilizing a retainer based fee model and therefore does not normally bill clients by the hour. As required for submission to the Bankruptcy Court, the hourly rates assigned for this project were determined by reviewing industry standards, as well as hourly rates included in other comparable bankruptcy court filings.

**EXHIBIT 3**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------------------- )
                                        )
In re:                               )      Case No. 12-12020 (MG)
                                          )
RESIDENTIAL CAPITAL, LLC, <u>et al.</u>,    )      Chapter 11
                                          )
                          Debtors.    )      Jointly Administered
--------------------------------------------------------------------------- )

### ORDER AUTHORIZING EMPLOYMENT AND RETENTION OF RUBENSTEIN ASSOCIATES, INC. AS CORPORATE COMMUNICATIONS <u>CONSULTANT TO THE DEBTORS *NUNC PRO TUNC* TO THE PETITION DATE</u>

Upon the application, dated [_____], 2012 (the "Application"),[5] of the above-

captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order

(the "Order"), pursuant to section 327(a) of title 11 of the United States Code (the "Bankruptcy

Code"), and Rule 2014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"),

and Rule 2014-1 of the Local Rules for the United States Bankruptcy Court for the Southern

District of New York (the "Local Rules"), authorizing the Debtors to employ and retain

Rubenstein Associates, Inc. ("Rubenstein") as corporate communications consultant to the

Debtors, *nunc pro tunc* to May 14, 2012, as more fully set forth in the Application; and upon

consideration of the Affidavit of Howard Rubenstein in support of the Application (the

"Rubenstein Affidavit"); and the Court having jurisdiction over this matter pursuant to

28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of Reference M-431 dated January

31, 2012 (Preska, C.J.); and consideration of the Application and the relief requested therein

---

[5]     Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the
Application.  Creditors and parties-in-interest with questions or concerns regarding the relief granted herein
may refer to http://www.kccllc.net/rescap.

being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this

Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the terms and conditions of Rubenstein's

employment, including but not limited to the Fee Structure as set forth in the Engagement Letter;

and Rubenstein not holding or representing any interest adverse to the Debtors' estates; and

Rubenstein being a "disinterested person," as that term is defined in Bankruptcy Code section

101(14), as modified by section 1107(b), of the Bankruptcy Code; and this Court having found

that the relief requested herein is in the best interests of the Debtors' estates, their creditors, and

other parties in interest; and due and proper notice of the Application having been provided, and

it appearing that no other or further notice need be provided; and a hearing having been held on

[____], 2012 to consider the relief requested in the Application; and upon the record of the

hearing, and of all of the proceedings had before the Court; and the Court having found and

determined that the legal and factual bases set forth in the Application establish just cause for the

relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

hereby

**ORDERED, ADJUDGED AND DECREED THAT:**

1.      The Application is granted as set forth herein.

2.      In accordance with Bankruptcy Code section 327(a), and Bankruptcy Rule 2014

and Local Rule 2014-1, the Debtors are authorized to employ and retain Rubenstein as their

corporate communications consultant in accordance with the terms and conditions set forth in the

Application and the Engagement Letter, effective *nunc pro tunc* to the Petition Date.

3.      Rubenstein shall be compensated in accordance with the applicable provisions of

the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, any applicable orders of the Court,

the Amended Guidelines for Fees and Disbursements for Professionals in the Southern District

of New York Bankruptcy Cases M-389 (Nov. 25, 2009), and the United States Trustee

Guidelines currently in effect (the "Fee Guidelines").

4.      Rubenstein shall file fee applications for monthly, interim and final allowance of

compensation and reimbursement of expenses pursuant to the procedures set forth in Bankruptcy

Code sections 330 and 331, the Bankruptcy Rules, the Local Rules, the Fee Guidelines, and any

other applicable procedures and orders of the Court.  Notwithstanding anything to the contrary in

the Bankruptcy Code, the Bankruptcy Rules, orders of this Court, or any guidelines regarding

submission and approval of fee applications, in light of services to be provided by Rubenstein

and the structure of Rubenstein compensation pursuant to the Engagement Letter, Rubenstein

and its professionals shall be excused from maintaining time records as set forth in the Fee

Guidelines in connection with the services to be rendered pursuant to the Engagement Letter;

provided, however, that Rubenstein shall instead present to the Court reasonably detailed

descriptions of those services provided on behalf of the Debtors, which shall set forth a

description of the services rendered by each professional and the amount of time in quarter hour

increments spent on each date by each such individual rendering services on behalf of the

Debtors.

5.      Rubenstein shall file with the Court and serve upon the U.S. Trustee and the

Creditors' Committee appointed in these Chapter 11 cases a notice of any changes to its hourly

billing rates for personnel performing services for the Debtors.

6.      Pursuant to the terms of the Engagement Letter, and in accordance with the Fee

Guidelines, Rubenstein is entitled to reimbursement by the Debtors for reasonable expenses

incurred in connection with the performance of its engagement under the Engagement Letter,

including, without limitation, the fees, disbursements and other charges of Rubenstein counsel

(which counsel shall not be required to be retained pursuant to section 327 of the Bankruptcy Code or otherwise).

7.      The Engagement Letter, including, without limitation, the indemnification provisions, is incorporated herein by reference and approved in all respects except as otherwise set forth herein.

8.      All requests by Rubenstein for the payment of indemnification, as set forth in the Engagement Letter, shall be made by means of an application to the Court and shall be subject to review by the Court to ensure that payment of such indemnity conforms to the terms of the Engagement Letter and is reasonable under the circumstances of the litigation or settlement in respect of which indemnity is sought; provided, however, that in no event shall an indemnified person be indemnified to the extent that any claim or expense has resulted from the own bad faith, self-dealing, breach of fiduciary duty (if any), gross negligence, willful misconduct or fraud.

9.      To the extent that there may be any inconsistency between the terms of the Application, the Rubenstein Affidavit, the Engagement Letter and this Order, the terms of this Order shall govern.

10.     Rubenstein shall use its reasonable efforts to avoid any duplication of services provided by any of the Debtors' other retained professionals in these chapter 11 cases.

11.     The Debtors are authorized and empowered to take all actions necessary to implement the relief granted in this Order in accordance with the Application.

12.     Notwithstanding anything herein to the contrary, this Order shall not modify or affect the terms and provisions of, nor the rights and obligations under, (a) the Board of Governors of the Federal Reserve System Consent Order, dated April 13, 2011, by and among

AFI, Ally Bank, ResCap, GMAC Mortgage, LLC, the Board of Governors of the Federal

Reserve System, and the Federal Deposit Insurance Corporation, (b) the consent judgment

entered April 5, 2012 by the District Court for the District of Columbia, dated February 9, 2012,

(c) the Order of Assessment of a Civil Money Penalty Issued Upon Consent Pursuant to the

Federal Deposit Insurance Act, as amended, dated February 10, 2012, and (d) all related

agreements with AFI and Ally Bank and their respective subsidiaries and affiliates.

13.    This Court shall retain jurisdiction with respect to all matters relating to the

interpretation or implementation of this Order.

Dated:        New York, New York
                      _____, 2012


                                    _____
                                    THE HONORABLE MARTIN GLENN
                                    UNITED STATES BANKRUPTCY JUDGE