**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------X
**In re:**                                           :
                                                     :  **Chapter 11**
**Residential Capital, LLC,** *et al.***,**          :
                                                     :  **Case No. 12-12020 (MG)**
           **Debtors.**                              :
                                                     :  **Jointly Administered**
------------------------------------------------------X

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Kai H. Richter to be admitted, *pro hac vice*, to represent Plaintiff Christina Ulbrich in the above-captioned case, and upon the movant' certification that the movant is a member in good standing of the state bar of Minnesota, as well as the United States Supreme Court, United States Court of Appeals for the Eighth Circuit, United States Court of Appeals for the Sixth Circuit, United States Court of Appeals for the First Circuit, United States District Court, District of Minnesota and the United States District Court, Eastern District of Michigan, it is hereby:

**ORDERED**, that Kai H. Richter is admitted to practice, *pro hac vice*, in the above-captioned case, to represent Plaintiff Christina Ulbrich in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated:    **June 27, 2012**
          New York, New York

                                                        _____/s/Martin Glenn_____
                                                        United States Bankruptcy Judge