**Hearing Date: To Be Determined**
**Objection Deadline: To Be Determined**

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Larren M. Nashelsky
Gary S. Lee
Anthony Princi
Jamie A. Levitt

*Proposed Counsel for the Debtors and*
*Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**NOTICE OF ADJOURNMENT OF HEARING AND EXTENSION OF**
**OBJECTION DEADLINE ON RMBS TRUST SETTLEMENT AND PLAN**
**SUPPORT AGREEMENTS TO TIMES AND DATES TO BE DETERMINED**

**PLEASE TAKE NOTICE** that the hearing scheduled to be held on July 24, 2012 at 10:00 a.m. (Prevailing Eastern Time) to consider relief sought in (a) Motion For Entry Of An Order Under Bankruptcy Code Section 365 And Bankruptcy Rule 6006 Authorizing The Debtors To Assume Plan Support Agreements With Steering Committee Consenting Claimants [Docket No. 318], (b) Motion For Entry Of An Order Under Bankruptcy Code Section 365 And Bankruptcy Rule 6006 Authorizing The Debtors To Assume Plan Support Agreements With Talcott Franklin Consenting Claimants [Docket

ny-1047513

No. 319], and (c) Debtors' Motion Pursuant to Fed. R. Bankr. P. 9019 For Approval of the RMBS Trust Settlement Agreements [Docket No. 320] (the "Motions"), has been adjourned to **<u>a date and time to be determined</u>**. All other matters scheduled to be heard at the July 24 omnibus hearing will go forward as scheduled unless noticed otherwise.

**PLEASE TAKE FURTHER NOTICE** that the objection deadline for each of the Motions has been extended to **<u>a date and time to be determined.</u>**

**PLEASE TAKE FURTHER NOTICE** that an amended notice of hearing shall be served noticing the time and date of the rescheduled hearing and revised objection deadlines.

Dated: June 27, 2012
New York, New York

/s/ Gary S. Lee
Larren M. Nashelsky
Gary S. Lee
Anthony Princi
Jamie A. Levitt
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Proposed Counsel for the Debtors and Debtors in Possession*

2

ny-1047513