6-21-2012

Mr. Vito Genna
Clerk of United States
Bankruptcy Court
For The Southern
District of New York
One Bowling Green
New York, New York 1004

Re GMAC Mortgage LLC in Re
Residential Capitol LLC
Chapter 11 Case # 12-12020 (MG)
Loan # 7439314303  10622 Tarleton
Houston, Tex 77024

Please send me a proof of claim form by mail. GMAC is my sevicing mortgage agent. The investor is U.S Bank National Association as Trustee for RASC 2005 KS6. We have no proof from any firm that our original loan ever transferred to them. The orginal lender was Home Loan Corporation dBA Expanded Mortgage Credit we can find no evidence that this company exist now.

Attached is a copy of a letter from Federal Reserve System Washington DC. to my senator Honorable John

CORNYN ANSWERING MY COMPLAINT LETTER TO HIM. HE IS THE ONLY POLITICIAN TO RESPOND TO MY COMPLAINT AGAINST GMAC MORTGAGE. I WANT TO POINT OUT THAT GMAC MORTGAGE LIED TO THE FEDERAL RESERVE OF CHICAGO CONCERNING THE FACTS OF OUR MORTGAGE.

We charge that GMAC MORTGAGE CAUSED US TO LOOSE OUR EQUITY IN OUR HOUSE. THEIR ACTIONS BY THEM & THEIR ATTORNIES LOWERED THE SALES PRICE. DETAIL TO FOLLOW IN THE COMPLETION OF THE PROOF OF CLAIM FORM WE WILL COMPLETE

SINCERELY,
Bonnie S. Brelsford

Donald Anthony Brelsford

10622 TARLETON DR
HOUSTON TEXAS 77024