

**BOARD OF GOVERNORS
OF THE
FEDERAL RESERVE SYSTEM
WASHINGTON, D. C. 20551**

January 6, 2010

JAN 13 2011

The Honorable John Cornyn
United States Senator
Providence Towers
5001 Spring Valley Road, Suite 1125E
Dallas, Texas 75244

Dear Senator:

    I am writing in response to your request for comment on correspondence you received from Mr. and Mrs. Donald Brelsford, regarding their request for assistance in obtaining a mortgage loan modification from GMAC Mortgage, LLC (GMACM). In their correspondence, the Brelsfords state that they previously applied for a loan modification with GMACM. The Brelsfords explain that it is GMACM's opinion that their account is a home equity line of credit extended through Texas State Equity Law established by Section 50(a)(6) Article XVI of the Texas Constitution. In addition, they state that GMACM advised that loans made through this program do not qualify for a Home Affordable Modification Program (HAMP) modification or a traditional (non-HAMP) modification because they are classified as home equity lines of credit. The Brelsfords further explain that GMACM decided not to modify the Texas Home Equity loans because most are predatory loans with unfair and deceitful decisions with extremely high and unfair interest rates. The Brelsfords also note that they were not provided with all of the documents at the closing as required by the Texas Constitution. Lastly, the Brelsfords request the name of the investor of their loan. We asked the Federal Reserve Bank of Chicago (Reserve Bank) to look into this matter, and I would like to inform you of its findings.

    GMACM responded to the Reserve Bank's request for information in correspondence dated November 23, 2010. Based on the review of GMACM's records, on April 22, 2005, the Home Loan Corporation (dba Expanded Mortgage Credit, Houston, Texas) originated a Texas Home Equity Adjustable Rate Note (Note) in the amount of $556,500, with interest starting at 6.450 percent, and later adjustable based on the LIBOR Six-Month Index as published in the Wall Street Journal. Principal and interest payments are due monthly, and the unpaid balance is due in full on May 1, 2035. The Note was originated subject to Texas Equity Law and was signed by Mrs. Brelsford. Mrs. Brelsford's husband did not sign the Note; however, along with Mrs. Brelsford, he did sign the Texas Home Equity Adjustable Rate Rider, Texas Home Equity Security Instrument, and other documents at closing. GMACM is only the servicer and did not originate the account. The account was transferred to GMACM for servicing on January 1, 2007. The loan is currently owned by US Bank, N.A. The account is past due for the

May 1, 2009, payment and all subsequent payments. GMACM has not scheduled a foreclosure date.

GMACM explained that, while it did not originate the account, the interest rate at the time of closing was 6.450 percent. Because GMACM did not originate the loan, it was unable to respond to the Brelsfords' concerns regarding predatory lending. U.S. Bank, N.A., the current owner of the loan, is under the supervisory jurisdiction of the Office of the Comptroller of the Currency (OCC). Based on the information provided, the Reserve Bank did not find evidence of predatory lending. If the Brelsfords want to pursue their concerns of predatory lending, they should contact the OCC at: Comptroller of the Currency, Customer Assistance Unit, 1301 McKinney Street, Suite 3710, Houston, TX 77010.

GMACM stated that it received the Brelsfords' modification request on July 13, 2010, and denied the request on July 20, 2010. GMACM's reason was Modification Denied Due to Texas Equity Laws.

Beginning July 31, 2010, the Brelsfords began filing complaints regarding GMACM's denial of the modification request with various State of Texas offices and federal agencies. When reviewing GMACM's records, the Reserve Bank discovered that GMACM previously responded to the Brelsfords' letters, which were forwarded to GMACM by various agencies in the State of Texas as well as federal offices. GMACM previously communicated in its responses that the Brelsfords' modification request was denied because her account was a line of credit, which was incorrect. GMACM should have explained that the denial was due to Texas Equity Law, which does not allow the modification of past due accounts. Under the Texas Equity Law, to be considered for a modification, the Brelsfords are required to pay the account current, or GMACM must charge-off the delinquent amount to bring the account to a current status. This error has been shared with the supervisory team at the Reserve Bank to assist in their ongoing monitoring of GMACM.

Please understand that, although we investigate all complaints involving the financial organizations we supervise, we do not have the authority to resolve all types of problems. The Federal Reserve is not the appropriate financial supervisory authority to settle disputes regarding the intent of the Constitution of the State of Texas and Texas Equity Law.

The Brelsfords may wish to seek assistance from an organization such as HOPE NOW. HOPE NOW is an alliance of HUD-approved counseling agencies, mortgage companies, investors and other mortgage market participants that provide free foreclosure prevention assistance. It can be reached at 1-888-995-HOPE.

I hope this information is helpful. Please let me know if I can be of further assistance.

Sincerely,

*Linda Robertson*
Linda Robertson
Assistant to the Board