UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
In re:                                                           :  Chapter 11
                                                                 :
RESIDENTIAL CAPITAL, LLC, et al.,                                :  Case No. 12-12020 (MG)
                                                                 :
                                                                 :  Jointly Administered
                                                                 :
                    Debtors.                                     :
---------------------------------------------------------------- 

## DECLARATION OF SERVICE

The undersigned attorney certifies that a **Subpoena for Rule 2004 Examination** was caused to be served electronically upon the following party to the within action (Case No. 12-12020 (MG)) in accordance with Rule 5 of the Federal Rules of Civil Procedure on the 11th day of June 2012.

Ally Financial, Inc.
c/o Kirkland & Ellis
Attn: Patrick Bryan
Ray C. Schrock
Richard M. Cieri
601 Lexington Avenue
New York, NY 10022
Patrick.Bryan@kirkland.com

Dated: June 25, 2012
       New York, New York

_____
Craig L. Siegel
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
(212) 715-9432
csiegel@kramerlevin.com