Devon J. Eggert, Esq.
FREEBORN & PETERS LLP
311 South Wacker Drive, Suite 3000
Chicago, Illinois 60606-6677
Telephone:  312.360.6000
Facsimile:   312.360.6520
deggert@freebornpeters.com

*Counsel for Mercer (US) Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| RESIDENTIAL CAPITAL, LLC, et al., | : | Case No. 12-12020 (MG) |
| | : | |
| Debtors. | : | Jointly Administered |

------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Devon J. Eggert, request admission, *pro hac vice*, before the Honorable Martin Glenn, to represent Mercer (US) Inc., in the above-referenced chapter 11 cases.

I certify that I am a member in good standing of the bar in the State of Illinois and am admitted to practice before the U.S. District Court for the Northern District of Illinois, the U.S. District Court for the Central District of Illinois and the U.S. District Court for the Eastern District of Michigan.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: June 27, 2012  
Chicago, Illinois

**FREEBORN & PETERS LLP**

By: /s/ Devon J. Eggert

Devon J. Eggert, Esq.  
FREEBORN & PETERS LLP  
311 South Wacker Drive, Suite 3000  
Chicago, Illinois 60606  
Telephone:  312.360.6000  
Facsimile:   312.360.6520

*Counsel for Mercer (US) Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| RESIDENTIAL CAPITAL, LLC, <u>et al</u>., | : | Case No. 12-12020 (MG) |
| | : | |
| Debtors. | : | Jointly Administered |

-------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Devon J. Eggert, an attorney, hereby certify that a true and correct copy of the foregoing *Motion for Admission to Practice, Pro Hac Vice* has been served upon those parties receiving the Court's ECF e-mail notification in this proceeding on this 27th day of June, 2012.

/s/ Devon J. Eggert

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
In re:                                          :         Chapter 11

RESIDENTIAL CAPITAL, LLC, et al.,    :         Case No. 12-12020 (MG)
                                                :
          Debtors.                          :         Jointly Administered
---------------------------------------------------------x

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Devon J. Eggert to be admitted *pro hac vice,* to represent Mercer (US) Inc., in the above- referenced chapter 11 cases, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Illinois, the U.S. District Court for the Northern District of Illinois, the U.S. District Court for the Central District of Illinois and the U.S. District Court for the Eastern District of Michigan, it is hereby

ORDERED that Devon J. Eggert is admitted to practice, *pro hac vice*, in the above-referenced chapter 11 cases, in the United State Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: New York, New York
　　　　 June 27, 2012

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES BANKRUPTCY JUDGE