**Hearing Date and Time: July 13, 2012 at 10:00 a.m. (prevailing Eastern Time)**
**Objection Deadline: July 6, 2012 at 4:00 p.m. (prevailing Eastern Time)**

KRAMER LEVIN NAFTALIS & FRANKEL LLP
Kenneth H. Eckstein
Douglas H. Mannal
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000
*Proposed Counsel for the Official*
*Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
--------------------------------------------------------- x
In re:                                    :   Chapter 11
                                          :
Residential Capital, LLC, et al.,         :   Case No. 12-12020 (MG)
                                          :
Debtors.                                  :   Jointly Administered
                                          :
--------------------------------------------------------- x
```

**NOTICE OF APPLICATION PURSUANT TO SECTIONS
328 AND 1103 OF THE BANKRUPTCY CODE AND FEDERAL
RULE OF BANKRUPTCY PROCEDURE 2014 FOR AN ORDER TO
RETAIN AND EMPLOY KRAMER LEVIN NAFTALIS & FRANKEL LLP
AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF THE DEBTORS, _NUNC PRO TUNC_, TO MAY 16, 2012**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1.      On June 27, 2012 the Official Committee of Unsecured Creditors (the
"**Committee**") of the above captioned debtors and debtors-in-possession filed the attached
Application for an Order Pursuant to Sections 328 and 1103 of the Bankruptcy Code and Federal
Rule of Bankruptcy Procedure 2014 for an Order to Retain and Employ Kramer Levin Naftalis &
Frankel LLP as Counsel to the Official Committee of Unsecured Creditors of Residential
Capital, LLC, et al., Nunc Pro Tunc, to May 16, 2012 (the "**Application**").

2.      A hearing (the "**Hearing**") to consider the Application shall be held before the
Honorable Martin Glenn, United States Bankruptcy Judge, in Room 501 of the United States
Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New
York, 10004, on **July 13, 2012 at 10:00 a.m.** (prevailing Eastern time).

3.      Any objections to the Application must be made in writing, filed with the Court
(with a copy to Chambers) and served in accordance with the Order Under Bankruptcy Code

Sections 102(1), 105(a) and 105(d), Bankruptcy Rules 1015(c), 2002(m) and 9007 and Local Bankruptcy Rule 2002-2 Establishing Certain Notice, Case Management and Administrative Procedures entered on May 23, 2012 [Docket No. 141] (the "**Case Management Order**"), so as to be received no later than **July 6, 2012 at 4:00 p.m.** (prevailing Eastern Time) (the "**Objection Deadline**").

4.      If no objections to the entry of the Application are timely filed and served on or before the Objection Deadline, the Committee may submit to the Bankruptcy Court an order substantially in the form of the proposed order attached to the Application as **Exhibit B** (the "**Proposed Order**").

5.      A Copy of the Application can be obtained or viewed for a fee via PACER at www.pacer.gov or (without charge) on the Debtors' restructuring website at www.kccllc.net/rescap.

Dated:      June 27, 2012
            New York, New York

                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP

                                    /s/ Kenneth H. Eckstein
                                    Kenneth H. Eckstein
                                    Douglas H. Mannal
                                    1177 Avenue of the Americas
                                    New York, New York 10036
                                    Telephone: (212) 715-9100

                                    *Proposed Counsel for the Official Committee*
                                    *of Unsecured Creditors of*
                                    *Residential Capital, LLC, et al.*

**Hearing Date and Time: July 13, 2012 at 10:00 a.m. (prevailing Eastern Time)**
**Response Deadline: July 6, 2012 at 4:00 p.m. (prevailing Eastern Time)**

KRAMER LEVIN NAFTALIS & FRANKEL LLP
Kenneth H. Eckstein
Douglas H. Mannal
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000

*Proposed Counsel for the Official*
*Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------- x
In re:                                            :    Chapter 11
                                                  :
RESIDENTIAL CAPITAL, LLC, et al.,                 :    Case No. 12-12020 (MG)
                                                  :
                         Debtors.                 :    Jointly Administered
                                                  :
---------------------------------------------------------- x

**APPLICATION PURSUANT TO SECTIONS 328 AND 1103 OF THE BANKRUPTCY CODE AND FEDERAL RULE OF BANKRUPTCY PROCEDURE 2014 FOR AN ORDER TO RETAIN AND EMPLOY KRAMER LEVIN NAFTALIS & FRANKEL LLP AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF THE DEBTORS, *NUNC PRO TUNC*, TO MAY 16, 2012**

# TABLE OF CONTENTS

Page

JURISDICTION AND VENUE ..................................................................................................1

BACKGROUND ........................................................................................................................1

RELIEF REQUESTED................................................................................................................2

BASIS FOR RELIEF REQUESTED............................................................................................2

SERVICES TO BE RENDERED .................................................................................................3

PROFESSIONAL COMPENSATION .........................................................................................4

DISINTERESTEDNESS OF PROFESSIONALS ........................................................................5

NOTICE......................................................................................................................................5

NO PRIOR REQUEST ...............................................................................................................6

# TABLE OF EXHIBITS

EXHIBIT A  - Eckstein Declaration

Schedule 1 to Eckstein Declaration – Kramer Levin Disclosures

Schedule 2 to Eckstein Declaration – Retention Checklist

EXHIBIT B – Proposed Order

TO THE HONORABLE MARTIN GLENN,
UNITED STATES BANKRUPTCY JUDGE:

The Official Committee of Unsecured Creditors (the "**Committee**") of the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**") hereby applies for entry of an order (the "**Application**"), pursuant to sections 328 and 1103 of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2014 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and Rule 2014-1 of the Local Bankruptcy Rules of the Southern District of New York (the "**Local Bankruptcy Rules**"), in substantially the form attached hereto as **Exhibit B**, authorizing it to retain Kramer Levin Naftalis & Frankel LLP ("**Kramer Levin**") as counsel for the Committee in connection with the above-captioned chapter 11 cases (the "**Chapter 11 Cases**") *nunc pro tunc* to May 16, 2012.  In support of this Application, the Committee submits the Declaration of Kenneth H. Eckstein (the "**Eckstein Declaration**"), attached hereto as **Exhibit A**, and respectfully represents as follows:

### JURISDICTION AND VENUE

1.      This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A).

2.      Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

3.      The bases for the relief requested herein are sections 328 and 1102 of the Bankruptcy Code, Bankruptcy Rule 2014, and Local Bankruptcy Rule 2014-1.

### BACKGROUND

4.      On May 14, 2012 (the "**Petition Date**"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code.  The Debtors continue to operate their businesses and manage their properties as debtors-in-possession pursuant to sections 1107 and 1108 of the Bankruptcy Code.

5.      On May 16, 2012, the United States Trustee for the Southern District of New York (the "**United States Trustee**"), pursuant to section 1102 of the Bankruptcy Code, appointed the Committee to represent the interests of all unsecured creditors in these Chapter 11 Cases.  The United States Trustee selected the following nine parties to serve as members of the Committee: (i) Wilmington Trust, N.A.; (ii) Deutsche Bank Trust Company Americas; (iii) The Bank of New York Mellon Trust Company, N.A.; (iv) MBIA Insurance Corporation; (v) Rowena L. Drennen; (vi) AIG Asset Management (U.S.), LLC; (vii) U.S. Bank National Association; (viii) Allstate Life Insurance Company; and (ix) Financial Guaranty Insurance Corporation.

6.      At a meeting of the Committee held on May 16, 2012, the Committee voted to retain Kramer Levin as its counsel.  Accordingly, this Application is made by the Committee for an order, pursuant to sections 328 and 1102 of the Bankruptcy Code, Bankruptcy Rule 2014, and Local Bankruptcy Rule 2014-1, authorizing the Committee to retain Kramer Levin as its counsel, effective as of May 16, 2012.

7.      On June 18, 2012, the Court directed the United States Trustee to appoint an examiner in these Chapter 11 Cases.

## RELIEF REQUESTED

8.      This Application is made by the Committee for an order, pursuant to sections 328 and 1103 of the Bankruptcy Code, Bankruptcy Rule 2014, and Local Bankruptcy Rule 2014-1, authorizing it to retain and employ Kramer Levin as its counsel, effective as of May 16, 2012.

## BASIS FOR RELIEF REQUESTED

9.      The Committee has selected Kramer Levin to serve as counsel to the Committee and to perform all of the services necessary and desirable to the conduct of these Chapter 11 Cases on behalf of the Committee.  The Committee selected Kramer Levin primarily

because Kramer Levin's Corporate Restructuring and Bankruptcy Department has extensive experience in the fields of bankruptcy and creditors' rights, and, in particular, has represented official creditors' committees and bondholder groups in some of the largest and most complex chapter 11 reorganization cases of recent years, including: Capmark Financial Group Inc., Motors Liquidation Company (f/k/a General Motors Corporation), Old Carco LLC (f/k/a Chrysler LLC), Hostess Brands, Inc., Smurfit-Stone Container Corporation, Cooper-Standard Automotive, Inc., ASARCO, Inc., Dana Corporation, WCI Steel, Inc., and Bethlehem Steel Corporation.

### SERVICES TO BE RENDERED

10.    Kramer Levin is expected to render such legal services as the Committee may consider desirable to discharge the Committee's responsibilities and further the interests of the Committee's constituents in these cases.  In addition to acting as primary spokesman for the Committee, it is expected that Kramer Levin's services will include, without limitation, assisting, advising and representing the Committee with respect to the following matters:

- The administration of these cases and the exercise of oversight with respect to the Debtors' affairs, including all issues in connection with the Debtors, the Committee or these Chapter 11 Cases;

- The preparation on behalf of the Committee of necessary applications, motions, memoranda, orders, reports and other legal papers;

- Appearances in Court, participation in litigation as a party-in-interest, and at statutory meetings of creditors to represent the interests of the Committee;

- The negotiation and evaluation of debtor-in-possession financing and any other potential financing alternatives;

- The negotiation and evaluation of the Debtors' proposed sale of assets;

- The negotiation, formulation, drafting and confirmation of a plan or plans of reorganization or liquidation and matters related thereto;

- Investigation by the Committee concerning, among other things, the assets, liabilities, and financial condition of the Debtors, prior

transactions, and operational issues concerning the Debtors that may
be relevant to these Chapter 11 Cases;

- Investigation by the Committee into the reasonableness and
appropriateness of the proposed settlement by or among the Debtors,
Ally Financial Inc., holders of the 9.625% junior secured notes due
2015, and certain RMBS litigation claimants.

- Communications with the Committee's constituents and others at
the direction of the Committee in furtherance of its responsibilities,
including, but not limited to, communications required under section
1102 of the Bankruptcy Code; and

- The performance of all of the Committee's duties and powers under
the Bankruptcy Code and the Bankruptcy Rules and the performance
of such other services as are in the interests of those represented by
the Committee.

### PROFESSIONAL COMPENSATION

11.    Kramer Levin has indicated its willingness to serve as counsel to the

Committee and to receive compensation and reimbursement in accordance with its standard billing

practices for services rendered and expenses incurred on behalf of the Committee, in accordance

with the provisions of sections 328, 330 and 331 of the Bankruptcy Code, or as otherwise ordered

by the Court.   Kramer Levin's billing practices and rates are summarized below and are consistent

with those generally governing the firm's representation of its other clients.   The hourly billing

rates of Kramer Levin's partners currently range from $675 to $1,025, the hourly billing rates of

Kramer Levin's counsel currently range from $725 to $1,065, the hourly billing rates of Kramer

Levin's special counsel currently range from $700 to $780, the hourly billing rates of Kramer

Levin's associates currently range from $375 to $765, and the hourly billing rates of Kramer

Levin's legal assistants currently range from $180 to $310.   Kramer Levin's hourly fees are

comparable to those charged by attorneys of similar experience and expertise for engagements of

similar scope and complexity to these Chapter 11 Cases.

12.    Kramer Levin's hourly billing rates are subject to periodic adjustments to reflect economic and other conditions.  Prior to any increases in the rates set forth herein, Kramer Levin shall file a supplemental declaration with the Court and give ten business days' notice to the Debtors, the United States Trustee and any official committee, which supplemental declaration shall explain the basis for the requested rate increases in accordance with section 330(a)(3)(F) of the Bankruptcy Code and indicate whether the client has received notice of and approved the proposed rate increase.

13.    Kramer Levin's hourly billing rates for professionals are not intended to cover out-of-pocket expenses and certain elements of overhead that are typically billed separately. Accordingly, Kramer Levin regularly charges its clients for the expenses and disbursements incurred in connection with the client's case, including, inter alia, telecommunications, photocopying, postage and package delivery charges, court fees, transcript costs, travel expenses, expenses for "working meals" and computer-aided research.

### DISINTERESTEDNESS OF PROFESSIONALS

14.    To the best of the Committee's knowledge, except as stated in the Eckstein Declaration, (i) Kramer Levin is a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code; (ii) neither Kramer Levin nor its professionals have any connection with the Debtors, the creditors or any other party-in-interest; and (iii) Kramer Levin does not hold or represent any interest adverse to the Committee in the matters for which it is to be retained.

### NOTICE

15.    In accordance with the Order Under Bankruptcy Code Sections 102(1), 105(a) And 105(d), Bankruptcy Rules 1015(c), 2002(m) And 9007 and Local Bankruptcy Rule 2002-2 Establishing Certain Notice, Case Management and Administrative Procedures [Docket No. 141] (the "**Case Management Order**"), notice of this Application has been given to all

5

parties listed on the Monthly Service List (as defined in the Case Management Order). Because of the nature of the relief requested, the Committee submits that such notice is sufficient and that no further notice of the relief requested in the Application need be provided.

### NO PRIOR REQUEST

16.    No prior request for the relief sought herein has been made to this or any other Court.

WHEREFORE, the Committee respectfully requests that the Court enter an order, substantially in the form attached hereto as Exhibit B, (i) authorizing the Committee's retention of Kramer Levin as its counsel *nunc pro tunc* to May 16, 2012, (ii) authorizing the payment and reimbursement of Kramer Levin's fees and disbursements, subject to interim and final allowance thereof in accordance with sections 330 and 331 of the Bankruptcy Code or as otherwise ordered by the Court, and (iii) granting such other and further relief as may be just and proper.

Dated: New York, New York
         June 27, 2012

THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS OF RESIDENTIAL
CAPITAL, LLC, et al.,


By:  /s/ John S. Dubel
      John S. Dubel, Chief Executive Officer
      Financial Guaranty Insurance Company

      Co-Chair, Official Committee of Unsecured
      Creditors of Residential Capital, LLC, et al.

6

## EXHIBIT A

**Eckstein Declaration**

KRAMER LEVIN NAFTALIS & FRANKEL LLP
Kenneth H. Eckstein
Douglas H. Mannal
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000

*Proposed Counsel for the Official*
*Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------- x
In re:                                                      :    Chapter 11
                                                            :
Residential Capital, LLC, et al.,                           :    Case No. 12-12020 (MG)
                                                            :
                          Debtors.                          :    Jointly Administered
                                                            :
-------------------------------------------------------- x

**DECLARATION OF KENNETH H. ECKSTEIN IN SUPPORT**
**OF APPLICATION FOR ORDER APPROVING RETENTION OF**
**KRAMER LEVIN NAFTALIS & FRANKEL LLP AS COUNSEL TO**
**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

Pursuant to Rule 2014(a) of the Federal Rules of Bankruptcy Procedure,

KENNETH H. ECKSTEIN declares:

1.      I am an attorney at law admitted to practice in the State of New York and a

member of the law firm of Kramer Levin Naftalis & Frankel LLP ("**Kramer Levin**"), which is

located at 1177 Avenue of the Americas, New York, New York 10036.  I make this declaration

(the "**Declaration**") in support of the application dated  June 27, 2012 (the "**Application**") of the

duly-appointed Official Committee of Unsecured Creditors (the "**Committee**") in the chapter 11

cases (the "**Chapter 11 Cases**") of the above captioned debtors and debtors-in-possession

(collectively, the "**Debtors**") seeking entry of an order, substantially in the form attached hereto as

**Exhibit B**, authorizing the retention of Kramer Levin as counsel to the Committee in compliance

with sections 328 and 1103 of chapter 11 of title 11 of the United States Code (the "**Bankruptcy**

**Code**") and to provide the disclosure required under Rules 2014 and 2016 of the Federal Rules of

Bankruptcy Procedure (the "**Bankruptcy Rules**") and Rules 2014-1 and 2016-1 of the Local

Bankruptcy Rules for the Southern District of New York (the "**Local Bankruptcy Rules**").

2.      Unless otherwise stated in this Declaration, I have personal knowledge of

the facts hereinafter set forth.   To the extent that any information disclosed herein requires

subsequent amendment or modification upon Kramer Levin's completion of further analysis or as

additional information regarding creditors and other parties-in-interest becomes available, one or

more supplemental declarations will be submitted to the court reflecting the same.

3.      In connection with this proposed retention, we obtained from the Debtors'

counsel a comprehensive list of entities (the "**Contact Parties**") who may have contacts with the

Debtors (the "**Retention Checklist**").  According to the Retention Checklist, the Contact Parties

include, but are not limited to: (a) the Debtors and their subsidiaries; (b) the Debtors' foreign

subsidiaries; (c) the Debtors' officers and directors; (d) parties to funding agreements with the

Debtors; (e) the Debtors' bondholders; (f) the Debtors' landlords and tenants; (g) parties to

litigation with the Debtors; (h) judges of the United States Bankruptcy Court for the Southern

District of New York and district court judges in New York; (i) attorneys for the Office of the

United States Trustee for the Southern District of New York; (j) the Debtors' depository banks;

(k) the Debtors' consultants and professionals and professionals retained by other significant non-

Debtor parties-in-interest; (l) HELOC investors in the Debtors; (m) counterparties to servicing

agreements with the Debtors; (n) significant utility providers to the Debtors; and (o) the Debtors'

50 largest unsecured creditors.   A copy of the Retention Checklist is attached hereto as

Schedule 2.[1]    Using the Retention Checklist and additional information identified by Kramer Levin, including the members of the Committee, we assembled a list of entities who may be parties-in-interest in these Chapter 11 Cases (the "**Potential Parties in Interest**").

4.    We caused the names of the Potential Parties in Interest to be input into Kramer Levin's conflict check database to determine whether Kramer Levin has connections to such parties and, if so, whether such connections relate in any way to the proposed representation of the Committee in this case.  In addition, we caused the list of the Potential Parties in Interest to be circulated by electronic mail to all Kramer Levin attorneys to determine whether any attorney has any relationship with any such party.

5.    We also caused the list to be reviewed by Kramer Levin's conflicts department, who compared the Potential Parties in Interest to the names that Kramer Levin has compiled into a master client database from its conflict check database (the "**Client Database**"). The Client Database is comprised of the names of the entities for which any attorney time charges have been billed and includes the name of each current or former client, the name of the parties who are or were related or adverse to such current or former client, and the names of the Kramer Levin personnel who are or were responsible for current or former matters for such client.   It is the policy of Kramer Levin that no new matter be accepted or opened within Kramer Levin without completing and submitting to those charged with maintaining the conflict check system and adverse party index the information necessary to check each such matter for conflicts, including the identity of the prospective client, the matter, and related and adverse parties.

---

[1] The Retention Checklist attached hereto as Schedule 2 includes those potential parties in interest provided to the Committee by Debtors' counsel on May 17, 2012.  On June 26, 2012, the Debtors filed retention applications for certain of the Debtors' professionals and included an updated list of potential parties in interest with those retention applications. We are reviewing the updated retention checklist, will follow the procedures set forth herein with respect to additional parties not previously provided, and will file a supplemental declaration with additional disclosures if necessary.

Accordingly, the database is regularly updated for every new matter undertaken by Kramer Levin. The scope of the system is a function of the completeness and accuracy of the information submitted by the attorney opening a matter.

6.    Any matches between the Client Database and the list of Potential Parties In Interest were identified in a report produced by the conflicts department (the "**Conflicts Report**"), together with the names of the respective Kramer Levin personnel responsible for current or former matters for the identified entities.  Kramer Levin attorneys then reviewed these matches and deleted obvious name coincidences and individuals or entities that were adverse to Kramer Levin's clients in both this matter and the matter referenced on the list.  The remaining client connections in which Kramer Levin had represented the client within the last two years were compiled for purposes of this Declaration.

7.    Based on the Conflicts Report, it appears that Kramer Levin (i) does not hold or represent an interest that is adverse to the Debtors' estates, (ii) is a disinterested person who does not hold or represent any interest adverse to and has no connection with (subject to the disclosures set forth below) the Debtors, their creditors, the United States Trustee or any party-in-interest herein in the matters upon which Kramer Levin is to be retained, and (iii) is a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code, subject to the following material disclosures as well as the disclosures set forth on Schedule 1 hereto.  Unless specifically noted, fees collected from each of the parties identified herein and in Schedule 1 hereto that is a client of Kramer Levin did not comprise more than 1% of Kramer Levin's revenue for fiscal year 2011.  In addition, the descriptions of the relationships between the Potential Parties in Interests and the Debtors set forth herein are based on the descriptions contained in the Retention Checklist.  Kramer Levin believes that its representation of the following parties has not

4

affected and will not affect its representation of the Committee in these proceedings. To the extent that Kramer Levin's representation of the following parties creates a future conflict in its representation of the Committee in these proceedings, the Committee will retain conflicts counsel to represent its interest in those instances.

    a.    Kramer Levin does not and will not represent any entities other than the Committee in matters directly related to these Chapter 11 Cases.

    b.    In 2009, Kramer Levin provided written and oral advice to certain of its investment fund clients ("**Investment Clients**") in connection with potential investments in loans and securities of Residential Capital, LLC ("**ResCap**") and Ally Financial Inc. ("**Ally**") based on information that was publicly available at the time. Then, at the end of 2011 and the early part of 2012, Kramer Levin updated this written and oral advice for certain of the Investment Clients. Kramer Levin provided advice to each Investment Client on an individual basis and none of the Investment Clients was aware of each other's identity. Kramer Levin did not advise or represent the Investment Clients as a group or an ad hoc committee of creditors; the Investment Clients and Kramer Levin were not privy to non-public information; Kramer Levin did not obtain any confidential information from the Investment Clients; and Kramer Levin did not participate in any negotiations with ResCap, Ally or any other creditor groups at any time, nor did Kramer Levin at any time contact ResCap, Ally or any other creditor groups on behalf of the Investment Clients. In addition, Kramer Levin did not participate in and was not aware of the settlements reached by or among ResCap, Ally, certain RMBS litigation claimants, and the holders of the 9.625% junior secured notes due 2015 (the "**Junior Secured Noteholders**") prior to the commencement of the Chapter 11 Cases.[2] Any Investment Client that is also a Contact Party is separately identified and discussed below.

        Each of the Investment Clients has consented to our representation of the Committee, and has agreed in writing that Kramer Levin will not represent them in connection with these Chapter 11 Cases and that our prior advice will not in any way limit or constrain Kramer Levin's ability to represent, advise and advocate any position on behalf of the Committee, including in litigation adverse to the interests held by the Investment Clients (the "**Written Consent**"). In addition, the Committee has been informed by Kramer Levin of the prior representation of the Investment Clients and, based on the consents obtained and other representations from Kramer Levin with respect to the Investment Clients, does not believe that such prior advice to the Investment Clients will in any way limit or constrain

---

[2] The amount of aggregate annual billings in connection with the advice given to all the Investment Clients in connection with potential investments in ResCap and Ally represents less than 0.1% of Kramer Levin's annual billings in each of the years advice was given.

Kramer Levin's ability to represent, advise or advocate any position on behalf of the Committee, including in litigation adverse to the interests held by the Investment Clients.

c.    AIG Asset Management (U.S.) LLC is a member of the Committee.  In matters wholly unrelated to the Debtors, Kramer Levin currently represents or formerly represented American International Group or certain of its affiliates (collectively, "**AIG**") in connection with certain corporate, litigation, real estate tax, and insurance matters.  Kramer Levin believes that its representation of AIG has not and will not affect its representation of the Committee in these proceedings.

d.    Bank of America, N.A. is identified on the Retention Checklist as (i) a depository bank and (ii) a counterparty to a servicing agreement with the Debtors.  In addition, certain Banc of America Funding Trusts and other related entities are identified on the Retention Checklist as counterparties to servicing agreements with the Debtors. Merrill Lynch Safekeeping is also identified on the Retention Checklist as a bondholder, and Merrill Lynch-affiliated entities are identified on the Retention Checklist as counterparties to servicing agreements with the Debtors. In matters wholly unrelated to these Chapter 11 Cases, Kramer Levin represents or formerly represented Bank of America or certain of its affiliates (collectively, "**Bank of America**") in connection with litigation, real estate, corporate and litigation matters and as agent or participant in various bank groups.  Kramer Levin believes that its representation of Bank of America has not and will not affect its representation of the Committee in these proceedings.

e.    The Bank of New York Mellon Trust Company N.A is a member of the Committee.  In addition, Bank of New York Mellon Trust and certain affiliated entities are identified on the Retention Checklist as (i) a bondholder, (ii) a depository bank, (iii) a HELOC investor, (iv) counterparties to servicing agreements with the Debtors, in their capacities as trustees and (v) a top 50 creditor. In matters wholly unrelated to these Chapter 11 Cases, Kramer Levin currently represents or formerly represented Bank of New York Mellon and certain of its affiliates (collectively, "**BNY Mellon**") with respect to certain corporate finance projects and in BNY Mellon's capacity as an agent or participant in various bank groups.  Kramer Levin also represents BNY Mellon, as indenture trustee (i) in connection with certain municipal revenue bonds guaranteed by AMR Corporation and American Airlines, Inc. and (ii) in connection with municipal bonds that were issued by Main Street Natural Gas, Inc. Additionally, BNY Midwest Trust Company previously served as a member of the official committee of unsecured creditors of Dura Automotive Systems, Inc. and Magna Entertainment Corporation and Kramer Levin formerly represented these committees.  Kramer Levin believes that its representation of BNY Mellon has not and will not affect its representation of the Committee in these proceedings.

f.    Barclays Bank is identified on the Retention Checklist as a party to a funding agreement and consultant and professional retained by either the Debtors or other significant non-debtor parties-in-interest.  Barclays Capital – London is listed as a

bondholder.  In matters wholly unrelated to these Chapter 11 Cases, Kramer Levin currently represents or formerly represented Barclays Bank or certain of its affiliates (collectively, "**Barclays Bank**") in corporate and employment litigation matters.  In matters wholly unrelated to the Debtors, Kramer Levin currently represents or formerly represented Barclays Capital or certain of its affiliates (collectively, "**Barclays Capital**") in bankruptcy and employment litigation matters.  Kramer Levin believes that its representation of Barclays Bank or Barclays Capital has not and will not affect its representation of the Committee in these proceedings.

g.    Berkshire Hathaway, Inc. ("**Berkshire Hathaway**") is identified on the Retention Checklist as a bondholder.  In addition, Berkshire Hathaway has publicly disclosed in these Chapter 11 Cases its interest in acquiring certain of the Debtors' assets.  Ted Weschler is an investment manager at Berkshire Hathaway. [Docket No. 287].  Kramer Levin does not represent Berkshire Hathaway or Mr. Weschler.  In matters wholly unrelated to these Chapter 11 Cases, Kramer Levin represents the official committee of equity security holders in the chapter 11 bankruptcy case of W.R. Grace & Co. (the "**W.R. Grace Equity Committee**"), on which Mr. Weschler serves as a member and chair.  Kramer Levin believes that its representation of the W.R. Grace Equity Committee has not and will not affect its representation of the Committee in these proceedings.

h.    Citibank, N.A. and various Citigroup entities are identified on the Retention Checklist as (i) a party to a funding agreement, (ii) bondholders, (iii) a depository bank and (iv) counterparties to servicing agreements with the Debtors.  In matters wholly unrelated to these Chapter 11 Cases, Kramer Levin currently represents or formerly represented Citibank or certain of its affiliates (collectively, "**Citibank**") with respect to various bankruptcy, corporate, litigation, tax, land use, intellectual property and ERISA matters.  Kramer Levin also uses Citibank, N.A. as its principal commercial bank.  Kramer Levin believes that its representation of and commercial relationship with Citibank has not and will not affect its representation of the Committee in these proceedings.

i.    Credit Suisse Securities (USA) LLC is identified on the Retention Checklist as a bondholder and Credit Suisse First Boston Mortgage Securities Corp. and First Boston Corporation are identified on the Retention Checklist as counterparties to servicing agreements with the Debtors.  Credit Suisse was formerly an Investment Client; however, it has terminated our engagement in connection with advice on ResCap and provided a Written Consent.  In matters wholly unrelated to these Chapter 11 Cases, Kramer Levin currently represents or formerly represented Credit Suisse or certain of its affiliates (collectively, "**Credit Suisse**") in bankruptcy, employment, real estate, corporate and litigation matters.  Kramer Levin believes that its representation of Credit Suisse has not and will not affect its representation of the Committee in these proceedings.

j.    Deutsche Bank Trust Company Americas is a member of the Committee.  In addition, Deutsche Bank Trust Company Americas and certain affiliated entities are

identified on the Retention Checklist as (i) a party to a funding agreement, (ii) a depository bank, (iii) a bondholder, (iv) a party to litigation with the Debtors, (v) a HELOC investor, (vi) counterparties to servicing agreements with the Debtors, in their capacities as trustees, and (v) top 50 creditors.  In matters wholly unrelated to these Chapter 11 Cases, Kramer Levin currently represents and has formerly represented Deutsche Bank or certain of its affiliates (collectively, "**Deutsche Bank**") in various litigation, corporate, and finance matters, and as agent or participant in various bank groups or as a trust beneficiary.  Deutsche Bank currently serves as a member of the official committee of unsecured creditors of AES Eastern Energy, L.P. and Kramer Levin serves as counsel to this committee.  Kramer Levin believes that its representation of Deutsche Bank has not and will not affect its representation of the Committee in these proceedings.

k.      Deloitte & Touche is identified on the Retention Checklist as a consultant and professional retained by either the Debtors or other significant non-debtor parties-in-interest.  In matters wholly unrelated to these Chapter 11 Cases, Kramer Levin currently represents and has formerly represented Deloitte and Touche and certain of its affiliates (collectively, "**Deloitte**") in corporate, bankruptcy, and litigation engagements.  Further, Deloitte & Touche provides certain audit and consulting services to Kramer Levin on a continuing basis.  Kramer Levin believes that its representation of and commercial relationship with Deloitte has not and will not affect its representation of the Committee in these proceedings.  Fees collected from Deloitte comprised approximately 3.2% of Kramer Levin's revenues for fiscal year 2011.

l.      Fortress Investment Group, LLC is identified on the Retention Checklist as a consultant and professional retained by either the Debtors or other significant non-debtor parties-in-interest.  In addition, Fortress Credit Corp. is identified on the Retention Checklist as a counterparty to a servicing agreement with the Debtors.  As disclosed in the Debtors' motion authorizing and approving sale procedures, a majority of Nationstar (one of the proposed stalking horse bidders) is owned by investment funds managed by affiliates of Fortress Investment Group, LLC.  In matters wholly unrelated to these Chapter 11 Cases, Kramer Levin currently represents or formerly represented Fortress or certain of its affiliates (collectively, "**Fortress**") in corporate, bankruptcy, real estate, and financing/derivatives engagements.  Kramer Levin does not represent Nationstar and does not represent Fortress in connection with its interest in Nationstar.  Kramer Levin believes that its representation of Fortress has not and will not affect its representation of the Committee in these proceedings.

m.      Goldman Sachs and certain affiliated entities are identified on the Retention Checklist as (i) bondholders and (ii) a counterparty to a servicing agreement with the Debtors.  In matters wholly unrelated to these Chapter 11 Cases, Kramer Levin currently represents or formerly represented Goldman Sachs or certain of its affiliates (collectively "**Goldman Sachs**") in various litigation, immigration or bankruptcy engagements.  Goldman Sachs was formerly an Investment Client; however, it has terminated our engagement in connection with advice on ResCap

8

and provided a Written Consent.  Kramer Levin believes that its representation of Goldman Sachs has not and will not affect its representation of the Committee in these proceedings.

n.      JPMorgan Chase Bank, N.A. and certain affiliated entities are identified on the Retention Checklist as (i) bondholders, (ii) a depository bank, (iii) a HELOC investor, and (iv) a counterparty to a servicing agreement with the Debtors, in its capacity as trustee.  In addition, Bear Stearns Asset Backed Securities I, LLC, Bear Stearns Mortgage Capital Corporation, Bear Stearns Second Lien Trust 2007-1 and Bear Stearns Second Lien Trust 2007-SV1 are identified on the Retention Checklist as counterparties to servicing agreements with the Debtors.  In matters wholly unrelated to these Chapter 11 Cases, Kramer Levin currently represents or formerly represented JPMorgan or certain of its affiliates (collectively, "**JPMorgan**") in various matters. Kramer Levin has represented JPMorgan and its subsidiaries, including Bear Stearns & Co. Inc. and Bear Stearns Asset Management, in corporate, intellectual property, and bankruptcy matters unrelated to these Chapter 11 Cases.  Kramer Levin has represented or currently represents the independent directors of certain funds that are managed or sponsored by JPMorgan.  Kramer Levin also represents JPMorgan as an agent or participant in various bank groups or as a trust beneficiary. In addition, First Chicago Leasing Corp. (as an affiliate of JPMorgan) currently serves on the official committee of unsecured creditors of AES Eastern Energy, L.P. and Kramer Levin serves as counsel to this committee. In addition, JPMorgan previously served on the official committee of unsecured creditor of Capmark Financial Group, Inc. and Kramer Levin formerly represented this committee.  Kramer Levin believes that its representation of JPMorgan, Bear Stearns and its subsidiaries has not affected and will not affect its representation of the Committee in these Chapter 11 Cases.  Fees collected from JPMorgan/Bear comprised approximately 2.4% of Kramer Levin's revenues for fiscal year 2011.

o.      Lehman Brothers Holdings, Inc. and certain affiliated entities are identified on the Retention Checklist as (i) counterparties to servicing agreements with the Debtors and (ii) a top 50 creditor.   In matters wholly unrelated to these Chapter 11 Cases, Kramer Levin currently represents or formerly represented Lehman Brothers Holdings, Inc. and certain of its affiliates (collectively, "**Lehman**") in employment, employee-benefits, real-estate, land use and litigation matters.  Kramer Levin also represents The Bank of New York Mellon Trust Company, N.A. as indenture trustee in connection with municipal bonds that were issued by Main Street Natural Gas, Inc. ("**Main Street**"). Main Street has contractual claims against Lehman Brothers Holdings Inc. ("**LBHI**") and Lehman Brothers Commodity Services, Inc.  Kramer Levin also represents the bankruptcy trustees of Lehman Brothers Treasury Co. B.V., the bankruptcy trustees of Lehman Brothers Securities N.V. and the liquidators appointed to oversee the liquidation proceedings of Lehman Brothers Asia Pacific (Singapore) Pte. Ltd. and certain of its affiliates in connection with each of their claims against LBHI and its affiliated debtors.  Kramer Levin believes that its representation of Lehman has not and will not affect its representation of the Committee in these proceedings.

9

p.      Lone Star U.S. Acquisitions, LLC ("**Lone Star**") has publicly disclosed in these Chapter 11 Cases its interest in acquiring certain of the Debtors' assets. In matters wholly unrelated to these Chapter 11 Cases, Kramer Levin previously gave discrete real estate advice to an affiliate of Lone Star. Kramer Levin believes that its former representation of an affiliate of Lone Star has not and will not affect its representation of the Committee in these proceedings.

q.      Morgan Stanley and certain affiliated entities are identified on the Retention Checklist as (i) bondholders and (ii) parties to servicing agreements with the Debtors. In matters wholly unrelated to these Chapter 11 Cases, Kramer Levin currently represents or formerly represented Morgan Stanley or certain of its affiliates (collectively "**Morgan Stanley**") in various litigation, corporate, and bankruptcy matters, and as agent or participant in various bank groups or as a trust beneficiary. Kramer Levin believes that its representation of Morgan Stanley has not and will not affect its representation of the Committee in these proceedings. Fees collected from Morgan Stanley entities comprised approximately 1.3% of Kramer Levin's revenues for fiscal 2011.

r.      Ocwen Federal Bank FSB, Ocwen Loan Servicing, LLC and Saxon Mortgage Funding Corporation are each identified on the Retention Checklist as counterparties to servicing agreements with the Debtors. Kramer Levin previously represented Ocwen Financial Corp. ("**Ocwen**") in connection with the acquisition of the assets of Saxon Mortgage Services, Inc. In matters wholly unrelated to these Chapter 11 Cases, Kramer Levin currently represents Ocwen in general corporate matters. Kramer Levin believes that its representation of Ocwen has not and will not affect its ability to represent the Committee in these proceedings.

s.      U.S. Bank N.A. ("**U.S. Bank**") is a member of the Committee. In addition, U.S. Bank is identified on the Retention Checklist as a counterparty to a servicing agreement with the Debtors, in its capacity as trustee. In matters wholly unrelated to these Chapter 11 Cases, Kramer Levin currently represents U.S. Bank in bankruptcy matters. In addition, U.S. Bank previously served as a member of the official committee of unsecured creditors of Cooper-Standard Automotive, Inc. and Dura Automotive Systems, Inc., and Kramer Levin formerly represented these committees. Kramer Levin believes that its representation of U.S. Bank has not and will not affect its representation of the Committee in these proceedings.

t.      Wells Fargo Bank, N.A. and certain affiliated entities are identified on the Retention Checklist as (i) a party to a funding agreement, (ii) HELOC investor, (iii) trustee for certain of the Debtors' debt facilities and (iv) a top 50 creditor. In matters wholly unrelated to these Chapter 11 Cases, Kramer Levin currently represents or formerly represented Wells Fargo or certain of its affiliates (collectively, "**Wells Fargo**") with respect to certain real estate, employment and bankruptcy matters. In addition, Wells Fargo currently serves as a member of the official committee of unsecured creditors of Evergreen Solar, Inc. and Kramer Levin serves as counsel to this committee. Kramer Levin believes that its

representation of Wells Fargo has not and will not affect its representation of the Committee in these proceedings.

u.   Wilmington Trust N.A. ("**Wilmington Trust**") is a member of the Committee.  In addition, Wilmington Trust Company is identified on the Retention Checklist as a counterparty to a servicing agreement with the Debtors, in its capacity as trustee. Kramer Levin currently represents Wilmington Trust as the indenture trustee in a matter wholly unrelated to these Chapter 11 Cases.  In addition, Wilmington Trust previously served as members of the official committee of unsecured creditors of Capmark Financial Group, Inc., General Motors Corporation (n/k/a Motors Liquidation Company), Smurfit-Stone Container Corp., Cooper-Standard Automotive, Inc. and Dana Corporation and Kramer Levin formerly represented these committees.  Kramer Levin believes that its representation of Wilmington Trust has not and will not affect its representation of the Committee in these proceedings.

v.   As part of Kramer Levin's corporate restructuring and bankruptcy practice, Kramer Levin represents agent banks, bank groups, shareholder groups, bondholder groups and creditors' committees in connection with restructuring, bankruptcy and corporate matters unrelated to these Chapter 11 Cases.  Such groups may include one or more parties listed in the Retention Checklist or other parties-in-interest that are creditors of or otherwise connected with the Debtors.  The Debtors have numerous creditors and other parties-in-interest.  Kramer Levin may have in the past represented, and may presently or in the future represent or be deemed adverse to, creditors or parties-in-interest in addition to those specifically disclosed herein in matters unrelated to these Chapter 11 Cases.  Kramer Levin believes that its representation of such creditors or other parties in such other matters has not affected and will not affect its representation of the Committee in these proceedings.

w.   Kramer Levin's corporate restructuring and bankruptcy practice also involves representing holders of debt and equity securities issued by financially distressed businesses and buyers and sellers of distressed debt and securities.  One or more clients of the firm may now own or later purchase secured or unsecured claims against the Debtors.  Kramer Levin believes that its representation of such parties in matters unrelated to these Chapter 11 Cases will have no effect on its representation of the Committee in these proceedings.

x.   In addition to its corporate restructuring and bankruptcy practice, Kramer Levin is a full service law firm with active real estate, intellectual property, corporate and litigation practices.  Kramer Levin appears in cases, proceedings and transactions involving many different attorneys, accountants, financial consultants and investment bankers, some of whom now or may in the future represent claimants or parties-in-interest in this case.

11

8.      To the extent an issue arises in connection with any clients that, in the view of Kramer Levin, could give rise to an actual or potential conflict, the Committee will retain conflicts counsel to address such issue.

9.      To the extent any employee of Kramer Levin has a relationship that, in the view of Kramer Levin, could give rise to an actual or potential conflict, an ethical screen will be put in place to ensure that such employee does not have access to information related to Kramer Levin's representation of the Committee.

10.     I have advised the Committee of Kramer Levin's willingness to serve as its general bankruptcy counsel and to accept compensation and reimbursement of expenses in accordance with its standard billing practices subject to this Court's approval in accordance with the Bankruptcy Code, the Bankruptcy Rules and the Local Bankruptcy Rules and orders of the Court.

11.     Kramer Levin's hourly rates as charged to bankruptcy and nonbankruptcy clients are as follows:

| | |
|---|---|
| Partners | $675 - $1,025 |
| Counsel | $725 - $1,065 |
| Special Counsel | $700 - $780 |
| Associates | $375 - $765 |
| Legal Assistants | $180 - $310 |

12.     Kramer Levin's hourly billing rates are subject to periodic adjustments to reflect economic and other conditions.  Kramer Levin regularly charges its clients for expenses incurred by it in connection with representation of a client in a given matter.  Such expenses include, without limitation, travel costs, telecommunications, express or overnight mail, messenger service, photocopying costs, document processing, overtime meals, Lexis, Westlaw and other computer research related expenses, court fees, transcript costs and, in general, all identifiable expenses that would not have been incurred except for representation of a particular

client.  Kramer Levin will abide by the rules and regulations relating to such matters which have been adopted by this Court and by the Office of the United States Trustee.

13.     No agreement exists, nor will any be made, to share any compensation received by Kramer Levin for its services on behalf of the Committee with any other person or firm.

14.     In conclusion, insofar as I have been able to ascertain and subject to the disclosures herein contained, neither Kramer Levin nor any member, counsel or associate thereof, represents any interest adverse to the Debtors herein, or their estates, in the matters upon which Kramer Levin is to be engaged.  Accordingly, I believe Kramer Levin is a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
       June 27, 2012

                                          /s/ Kenneth H. Eckstein
                                          Kenneth H. Eckstein

## SCHEDULE 1

**Kramer Levin Disclosures**

**SCHEDULE OF POTENTIAL PARTIES IN INTEREST THAT KRAMER LEVIN**
**NAFTALIS & FRANKEL LLP CURRENTLY REPRESENTS AND/OR HAS FORMERLY REPRESENTED[1]**

| Interested Party | Relationship to Debtors | Description of Relationship |
|---|---|---|
| Amalgamated Bank of New York | Other Counterparties to Servicing Agreements | Kramer Levin represents or has represented the interested party or related affiliates in matters unrelated to the Debtors' chapter 11 cases. |
| Arbor Commercial Mortgage, LLC | Other Counterparties to Servicing Agreements | Kramer Levin has represented the interested party or related affiliates in matters unrelated to the Debtors' chapter 11 cases. |
| AT&T Mobility | Utilities | Kramer Levin served as an arbitrator in a dispute involving AT&T Mobility in a matter unrelated to the Debtors' chapter 11 cases. |
| Bayrock Mortgage Corporation | Other Counterparties to Servicing Agreements | Kramer Levin represents or has represented the interested party or related affiliates in matters unrelated to the Debtors' chapter 11 cases. |
| Blackrock Global Investors | Bondholders | Kramer Levin represents or has represented the interested party or related affiliates in matters unrelated to the Debtors' chapter 11 cases. |
| Brookfield Real Estate Opportunity Fund | Landlords and Tenants | Kramer Levin represents or has represented related affiliates of the interested party in matters unrelated to the Debtors' chapter 11 cases. |
| Canyon Balanced Master Fund, Ltd. Canyon Distressed Opportunity Master Fund, L.P. Canyon Distressed Opportunity Investing Fund, L.P. The Canyon Value Realization Master Fund, L.P. Canyon Value Realization Fund, L.P. | Ad Hoc Group of Unsecured Noteholders | Kramer Levin represents or has represented related affiliates of the interested party in matters unrelated to the Debtors' chapter 11 cases. |
| CDC Mortgage Capital Inc. (Natixis) | Other Counterparties to Servicing Agreements | Kramer Levin represents or has represented related affiliates of the interested party in matters unrelated to the Debtors' chapter 11 cases. |
| Comcast | Utilities | Kramer Levin represents or has represented the interested party or related affiliates in matters unrelated to the Debtors' chapter 11 cases. |

---

[1] Kramer Levin believes that its representation of the Potential Parties in Interest listed herein has not and will not affect its representation of the Committee in the Debtors' chapter 11 proceedings.

| Interested Party | Relationship to Debtors | Description of Relationship |
|---|---|---|
| Drawbridge Consumer Funding, Ltd. | Other Counterparties to Servicing Agreements | Kramer Levin represents or has represented the interested party or related affiliates in matters unrelated to the Debtors' chapter 11 cases. |
| Evercore | Consultant and Professional | Kramer Levin represents or has represented related affiliates of the interested party in matters unrelated to the Debtors' chapter 11 cases. |
| Fidelity Savings and Loan | Other Counterparties to Servicing Agreements | Kramer Levin represents or has represented the interested party or related affiliates in matters unrelated to the Debtors' chapter 11 cases. |
| Fleet National Bank | Other Counterparties to Servicing Agreements | Kramer Levin represents or has represented the interested party or related affiliates in matters unrelated to the Debtors' chapter 11 cases. |
| Franklin Credit and Franklin Credit Management Corporation | Other Counterparties to Servicing Agreements | Kramer Levin represents or has represented the interested party or related affiliates in matters unrelated to the Debtors' chapter 11 cases. |
| GE Capital Consumer Card Co. | Other Counterparties to Servicing Agreements | Kramer Levin previously acted as an expert on foreign law matters on behalf of an affiliate of the interested party in matters unrelated to the Debtors' chapter 11 cases. |
| HSBC Bank USA, National Association | Trustee Counterparty to Servicing Agreements | Kramer Levin represents or has represented the interested party or related affiliates in matters unrelated to the Debtors' chapter 11 cases. |
| ING Bank, FSB | Other Counterparties to Servicing Agreements | Kramer Levin represents or has represented the interested party or related affiliates in matters unrelated to the Debtors' chapter 11 cases. |
| King Street Capital, L.P. King Street Capital Master Fund, Ltd. | Ad Hoc Group of Unsecured Noteholders | Kramer Levin represents or has represented the interested party or related affiliates in matters unrelated to the Debtors' chapter 11 cases. King Street Capital was formerly an Investment Client, however, it has terminated our engagement in connection with advice on ResCap and provided a Written Consent. |

2

| Interested Party | Relationship to Debtors | Description of Relationship |
|---|---|---|
| Lonestar Partners, L.P.[2] | Ad Hoc Group of Unsecured Noteholders | Kramer Levin represents or has represented the interested party or related affiliates in matters unrelated to the Debtors' chapter 11 cases. |
| Macquarie Mortgages, USA, Inc. | Other Counterparties to Servicing Agreements | Kramer Levin has represented an affiliate of the interested party in matters unrelated to the Debtors' chapter 11 cases. |
| Massachusetts Mutual Life Insurance Company | Parties to Litigation | Kramer Levin represents or has represented related affiliates in matters unrelated to the Debtors' chapter 11 cases. |
| Metropolitan Life Insurance Company | Other Counterparties to Servicing Agreements | Kramer Levin represents or has represented the interested party or related affiliates in matters unrelated to the Debtors' chapter 11 cases. |
| New York Life Insurance Company | Other Counterparties to Servicing Agreements | Kramer Levin represents or has represented the interested party or related affiliates in matters unrelated to the Debtors' chapter 11 cases. |
| Oetken, J. Paul | District Court Judge (New York) | From 2004 through July 2011, Judge Oetken was associate general counsel of Cablevision Systems Corporation. Kramer Levin represents Cablevision Systems Corporation in matters unrelated to the Debtors. |
| Oppenheimer & Co., Inc. | Bondholders | Kramer Levin has represented the interested party or related affiliates in matters unrelated to the Debtors' chapter 11 cases. |
| P. Schoenfeld Asset Management | Bondholders | Kramer Levin represents or has represented the interested party or related affiliates in matters unrelated to the Debtors' chapter 11 cases. |
| Pershing LLC | Bondholders | Kramer Levin represents or has represented the interested party or related affiliates in matters unrelated to the Debtors' chapter 11 cases. |
| PNC Mortgage Securities Corp. | Other Counterparties to Servicing Agreements | Kramer Levin represents or has represented the interested party or related affiliates in matters unrelated to the Debtors' chapter 11 cases. |
| PricewaterhouseCoopers | Consultants & Professionals | Kramer Levin represents or has represented the interested party or related affiliates in matters unrelated to the Debtors' chapter 11 cases. |
| RBC Capital Markets, LLC | Bondholders | Kramer Levin represents or has represented the interested party or related affiliates in matters unrelated to the Debtors' chapter 11 cases. |

---

[2] To clarify, Lonestar Partners, L.P., a member of the ad hoc group of unsecured noteholders, is a separate entity from Lone Star U.S. Acquisitions, LLC, an entity that has publicly disclosed its interest in acquiring certain of the Debtors' assets in these Chapter 11 Cases.

| Interested Party | Relationship to Debtors | Description of Relationship |
|---|---|---|
| RBS Citizens, National Association | Other Counterparties to Servicing Agreements | Kramer Levin represents or has represented the interested party or related affiliates in matters unrelated to the Debtors' chapter 11 cases. |
| Redwood Master Fund, LTD | Ad Hoc Group of Unsecured Bondholders | Kramer Levin represents or has represented related affiliates in matters unrelated to the Debtors' chapter 11 cases. |
| Roosevelt Management Company, LLC | Other Counterparties to Servicing Agreements | Kramer Levin represents or has represented the interested party or related affiliates in matters unrelated to the Debtors' chapter 11 cases. |
| Rubenstein Associates, Inc. | Consultants & Professionals | Kramer Levin represents an affiliate of the interested party in matters unrelated to the Debtors' chapter 11 cases. |
| Silver Point Capital, L.P. | Bondholders | Kramer Levin represents or has represented the interested party or related affiliates in matters unrelated to the Debtors' chapter 11 cases. |
| Sprint | Utilities | Kramer Levin formerly represented the interested party and related affiliates in matters unrelated to the Debtors' chapter 11 cases. |
| State Street Bank and Trust Company | Depository Banks | Kramer Levin represents or has represented the interested party or related affiliates in matters unrelated to the Debtors' chapter 11 cases. |
| Taconic Capital Advisors, L.P. | Bondholders | Kramer Levin represents or has represented the interested party or related affiliates in matters unrelated to the Debtors' chapter 11 cases. Taconic was formerly an Investment Client, however, it has terminated our engagement in connection with advice on ResCap and provided a Written Consent. |
| Teachers Insurance and Annuity Association of America c/o Northmarq RES | Landlords and Tenants | Kramer Levin represents or has represented the interested party or related affiliates in matters unrelated to the Debtors' chapter 11 cases. |
| Time Warner Cable | Utilities | Kramer Levin represents or has represented the interested party or related affiliates in matters unrelated to the Debtors' chapter 11 cases. |
| UBS Financial Services LLC<br><br>UBS Securities LLC<br><br>UBS Warburg LLC | Bondholders<br><br>Bondholders<br><br>Other Counterparties to Servicing Agreements | Kramer Levin represents or has represented the interested party or related affiliates in matters unrelated to the Debtors' chapter 11 cases. |

## **SCHEDULE 2**

**Retention Checklist**

**RESIDENTIAL CAPITAL, LLC ET AL.**
**Case No. 12-12020 (MG)**

**RETENTION CHECKLIST**

**Debtors and Subsidiaries**
ditech, LLC
DOA Holding Properties, LLC
DOA Properties IX (Lots-Other), LLC
EPRE LLC
Equity Investment I, LLC
ETS of Virginia, Inc.
ETS of Washington, Inc.
Executive Trustee Services LLC
GMAC – RFC Holding Company, LLC
GMAC Model Home Finance I, LLC
GMAC Mortgage USA Corporation
GMAC Mortgage, LLC
GMAC Residential Holding Company, LLC
GMAC RH Settlement Service, LLC
GMACM Borrower LLC
GMACM REO LLC
GMACR Mortgage Products, LLC
HFN REO SUB II, LLC
Home Connects Lending Services, LLC
Homecomings Financial Real Estate Holdings, LLC
Homecomings Financial, LLC
Ladue Associates, Inc.
Passive Asset Transactions, LLC
PATI A, LLC
PATI B, LLC
PATI Real Estate Holdings, LLC
RAHI A, LLC
RAHI B, LLC
RAHI Real Estate Holdings, LLC
RCSFJV2004, LLC
Residential Accredit Loans, Inc.
Residential Asset Mortgage Products, Inc.
Residential Asset Securities Corporation
Residential Capital, LLC
Residential Consumer Services of Alabama, LLC
Residential Consumer Services of Ohio, LLC
Residential Consumer Services of Texas, LLC
Residential Consumer Services, LLC
Residential Funding Company, LLC
Residential Funding Mortgage Exchange, LLC
Residential Funding Mortgage Securities I, Inc.
Residential Funding Mortgage Securities II, Inc.
Residential Funding Real Estate Holdings, LLC
Residential Mortgage Real Estate Holdings, LLC
RFC – GSAP Servicer Advance, LLC
RFC Asset Holdings II, LLC
RFC Asset Management, LLC
RFC Borrower LLC
RFC Construction Funding, LLC
RFC REO LLC
RFC SFJV-2002, LLC

**Foreign Subsidiaries**
Canada Mortgage Acceptance Corporation
Foreign Obligation Exchange, Inc. 2003-H12
Foreign Obligation Exchange, Inc. 2003-H14
Foreign Obligation Exchange, Inc. 2004-H11
Foreign Obligation Export, Inc.
GMAC Financiera S.A. de C.V. Sociedad
    Financiera de Objecto Multiple
GMAC Residential Funding of Canada Limited
GMAC-RFC (No. 2) Limited
GMAC-RFC Auritec, S.A.
GMAC-RFC Direct Limited
GMAC-RFC Espana Hipotecas SL
GMAC-RFC Europe Limited
GMAC-RFC Holdings Limited
GMAC-RFC Property Finance Limited
High Street Home Loans Limited
MCA Finance Limited
National Guarantee plc
Private Label Group Limited
Private Label Mortgage Services Limited

**Officers and Directors**
Abreu, Steven M.
Aretakis, James
Dondzila, Catherine M.
Fleming, Patrick
Hamzehpour, Tammy
Harney, Anthony J.
Hills, Garry
Horner, Jill M.
III, Edward F. Smith,
Ilany, Jonathan
Mack, John E.
Marano, Thomas
Meyer, Darsi
Nees, Louis A.
Pensabene, Joseph A.
Riddle, Mindy
Strauss, Thomas M.
Tyson, William N.
West, Pamela E.
Whitlinger, James
Wilkinson, Winston Carlos

**Parties to Funding Agreements**
Ally Financial Inc (f/k/a GMAC Inc.)
Barclays Bank PLC
Citibank, N.A.
Wells Fargo Bank, N.A.
BMMZ Holdings LLC
US Bank National Association
Deutsche Bank Trust Company Americas

1

**Bondholders**

AllianceBernstein Advisors
American Enterprise Investment Services Inc.
Appaloosa Management L.P.
Bank of New York Mellon, (The)/Barclays Capital -
   London
Bank of Nova Scotia/CDS
BARC/FIXED
Barclays Capital Inc. /LE
Berkshire Hathaway Inc.
BlackRock Global Investors
Charles Schwab & Co., Inc.
CITIBK/GRP
Citigroup Global Markets Inc.
Citigroup Global Markets Inc. /Salomon Brothers
Credit Suisse Securities (USA) LLC
David Lerner Associates, Inc.
Deutsche Bank Securities, Inc.
E*Trade Clearing LLC
Edward D. Jones & Co.
First Clearing, LLC
First Southwest Company
Goldman Sachs International
Goldman, Sachs & Co.
Interactive Brokers Retail Equity Clearing
J.P. Morgan Clearing Corp.
J.P. Morgan Securities LLC
Janney Montgomery Scott Inc.
Loomis Sayles & Company
LPL Financial Corporation
Merrill Lynch Safekeeping
Morgan Stanley & Co. LLC
Morgan Stanley Smith Barney LLC
National Financial Services LLC
Oppenheimer & Co. Inc.
OptionXpress, Inc
P. Schoenfeld Asset Management
Paulson & Co. Inc.
Penson Financial Services, Inc./Ridge.
Pershing LLC
Pentwater Capital Management
Putnam Investment Management
Raymond, James & Associates, Inc.
RBC Capital Markets, LLC
Scottrade, Inc.
Security Investors LLC
Silver Point Capital, L.P.
Stifel, Nicolaus & Company Incorporated
Taconic Capital Advisors, L.P.
TD Ameritrade Clearing, Inc.
Timber Hill LLC
UBS Financial Services LLC
UBS Securities LLC
Vanguard Marketing Corporation
Western Asset Management Company

**Landlords and Tenants**

2155 Northpark Lane LLC
2255 Partners, L.P. c/o M. David Paul Development

LLC
Avenel Realty Company d / b / a Avenel at
   Montgomery Square
Brandywine Cityplace LP
BREOF Convergence LP c/o Brookfield Real Estate
   Opportunity Fund
Business Suites (Texas) LTD
Center Township of Marion County
Del Amo Financial Center, LP
DRA CLP Esplanade LP c/o Colonial Properties
   Services Ltd Partnership
Euclid Plaza Associates, LLC
GBM Properties, LLC
Homeowners Alliance
Liberty Property Limited Partnership
National Default Servicing, LLC
New Towne Center Inc.
PBC San Jose, LLC
PBC Walnut Creek, LLC
Realty World - Graham/Grubbs and Associates
Regus Management Group LLC
Teachers Insurance and Annuity Association of
   America c/o Northmarq RES
The Irvine Company LLC
The Office Annex, Inc.
Veridian Credit Union f/k/a John Deere Community
   Credit Union
W.E.G., Jr., Inc. d / b / a Highland-March Beverly
   Suites

**Parties to Litigation**

Acacia Life Insurance Company
Allstate Bank (f/k/a Allstate Federal Savings Bank)
Allstate Insurance Company
Allstate Life Insurance Company
Allstate Life Insurance Company of New York,
   Allstate Retirement Plan
Allstate New Jersey Insurance Company
American Heritage Life Insurance Company
Ameritas Life Insurance Corp.
Boilermaker Blacksmith National Pension Trust
Brown County, Ohio
Cambridge Place Investment Management Inc.
Church-Dellinger, Victoria Jean
Columbus Life Insurance Company
Deutsche Zentral-genossenschaftsbank, New York
   Branch, d/b/a DZ Bank AG, New York Branch
DG Holding Trust
Federal Home Loan Bank of Boston
Federal Home Loan Bank of Chicago
Federal Home Loan Bank of Indianapolis
Federal Home Loan Mortgage Corporation
Federal Housing Finance Agency
Financial Guaranty Insurance Company
First Colonial Insurance Company
Fort Washington Active Fixed Income LLC
Fort Washington Investment Advisors, Inc.
HSH Nordbank AG
HSH Nordbank AG, Luxembourg Branch

ny-1014316

12-12020-mg    Doc 528    Filed 06/27/12    Entered 06/27/12 22:41:09    Main Document
Pg 33 of 43

HSH Nordbank AG, New York Branch
HSH Nordbank Securities S.A.
Huntington Bancshares Inc.
IKB Deutche Industriebank AG
IKB International S.A. (in Liquidation)
Integrity Life Insurance Company
Kennett Capital, Inc.
Kral, Kenneth L.
Laster, Marteal
Massachusetts Mutual Life Insurance Company
MBIA Insurance Corporation
Mitchell, Ruth
Mitchell, Steven
National Credit Union Administration Board
National Integrity Life Insurance Company
New Jersey Carpenters Health Fund
New Jersey Carpenters Vacation Fund
Rio Debt Holdings (Ireland) Limited
Sall, Mohammed A.
Sealink Funding Ltd.
State of Ohio
Stichting Pensioenfonds ABP
The Charles Schwab Corporation
The Union Central Life Insurance Company
The Western and Southern Life Insurance Company
Thrivent Balanced Fund
Thrivent Balanced Portfolio
Thrivent Bond Index Portfolio
Thrivent Core Bond Fund
Thrivent Financial Defined Benefits Plan Trust
Thrivent Financial for Lutherans
Thrivent Income Fund
Thrivent Limited Maturity Bond Fund
Thrivent Limited Maturity Bond Portfolio
U.S. Central Federal Credit Union
West Virginia Investment Management Board
Western Corporate Federal Credit Union
Western-Southern Life Assurance Company

**U.S. Trustee's Office (Region 2 Trial Attorneys)**
Davis, Tracy Hope
Driscoll, Michael
Gasparini, Elisabetta
Golden, Susan
Khodorovsky, Nazar
Masumoto, Brian S.
Morrissey, Richard C.
Nakano, Serene
Riffkin, Linda A.
Schwartz, Andrea B.
Schwartzberg, Paul K.
Velez-Rivera, Andy
Zipes, Greg M.

**Bankruptcy Judges (New York)**
Bernstein, Stuart M.
Chapman, Shelley C.
Drain, Robert
Gerber, Robert E.

Glenn, Martin
Gonzalez, Arthur J.
Gropper, Allan L.
Lane, Sean H.
Lifland, Burton R.
Morris, Cecelia G.
Peck, James M.

**District Court Judges (New York)**
Baer, Harold
Batts, Deborah A.
Berman, Richard M.
Briccetti, Vincent L.
Buchwald, Naomi Reice
Carter, Andrew L.
Castel, P. Kevin
Cedarbaum, Miriam Goldman
Cote, Denise L.
Crotty, Paul A.
Daniels, George B.
Duffy, Kevin T.
Engelmayer, Paul A.
Forrest, Katherine B.
Gardephe, Paul G.
Griesa, Thomas P.
Haight, Charles S.
Hellerstein, Alvin K.
Jones, Barbara S.
Kaplan, Lewis A.
Karas, Kenneth M.
Koeltl, John G.
Marrero, Victor
McKenna, Lawrence M.
McMahon, Colleen
Nathan, Alison J.
Oetken, J. Paul
Owen, Richard
Patterson, Robert P.
Pauley, William H.
Preska, Loretta A.
Rakoff, Jed S.
Ramos, Edgardo
Sand, Leonard B.
Scheindlin, Shira A.
Seibel, Cathy
Stanton, Louis L.
Stein, Sidney H.
Sullivan, Richard J.
Swain, Laura Taylor
Sweet, Robert W.
Wood, Kimba M.

**Depositing Banks**
Ally Bank
Bank of America, N.A.
Bank of New York Mellon
Citibank, N.A.
Deutsche Bank Trust Company Americas
JPMorgan Chase Bank, N.A.

3

ny-1014316

M&T Bank
State Street Bank and Trust Company
U.S. Bank National Association
Wachovia Bank, National Association

**Consultants & Professionals**
Barclays Bank PLC
Centerview Partners LLC
Deloitte & Touche
Evercore
Fortress Investment Group, LLC
FTI Consulting, Inc.
Kirkland & Ellis LLP
Kurtzman Carson Consultants LLC
Mayer Brown LLP
Mercer
Nationstar Mortgage, LLC
PricewaterhouseCoopers
Rubenstein Associates, Inc.
Sidley Austin LLP
Skadden, Arps, Slate, Meagher & Flom LLP

**HELOC Investors**
5th 3rd bank
Aurora Loan Services LLC
Bank One, Texas N.A.
Deutsche Bank National Trust Co.
Everbank
JP Morgan Chase
Macquarie Mortgages USA Inc
Suntrust
The Bank of New York Mellon
Treasury Bank, N.A.
Us Bank, N.A.
Wachovia Bank Na
Wells Fargo Bank, N.A.

**Servicing Counterparties**

**Government Entities and GSEs**
Federal Home Loan Mortgage Corporation (Freddie Mac)
Federal Housing Administration (FHA)
Federal National Mortgage Association (Fannie Mae)
Government National Mortgage Association (Ginnie Mae)

**Housing and Local Agencies**
California Housing Finance Agency
CitiMortgage, Inc., as administrator for Texas Veterans Land Board
Connecticut Housing Finance Authority
Delaware Housing Authority
Hawaii Housing (Hula Mae)
Housing Opportunities Commission of Montgomery County, Maryland
Mississippi Home Corporation
Neighborhood Housing Services of America and

Philadelphia N.H.S.
Oregon Housing and Community Services Department
Redevelopment Authority of the County of Berks
Rural Housing
The Housing and Redevelopment Authority in and for the City of Minneapolis
The Industrial Commission of North Dakota

**Mortgage and Monoline Insurers**
Ambac
Assured Guaranty Corp.
Cuna Mutual Group Mortgage Insurance Company
FGIC
Financial Security Assurance Inc
General Electric Mortgage Insurance Corporation
Genworth Mortgage Insurance Corporation
MBIA
Mortgage Guaranty Insurance Corp.
PMI Mortgage Insurance Co.
Radian Asset Assurance Inc.
Radian Guaranty Inc.
Republic Mortgage Insurance Company
Triad Guaranty Insurance Corporation
United Guaranty Residential Insurance Company

**Trustees**
Bank One, National Association
BNY Midwest Trust Company
Chase Bank of Texas, N.A.
Citibank, N.A.
Deutsche Bank National Trust Company
Deutsche Bank Trust Company Americas
HSBC Bank USA, National Association
JPMorgan Chase Bank, N.A.
LaSalle Bank National Association
Security Pacific National Company
The Bank of New York Mellon
U.S. Bank National Association
US National Association
Wells Fargo Bank Minnesota, N.A.
Wells Fargo Bank, National Association
Wilmington Trust Company

**Other Counterparties to Servicing Agreements**
50 BY 50, LLC
ABN AMRO Mortgage Croup, Inc.
Access National Mortgage Corporation
Ace Home Equity Loan Trust, Series 2007-SL3
ACE Securities Corp.
ACT Mortgage Capital
Advantage Bank
Aegis Mortgage Corporation
Aegon USA Realty Advisors
Alliance Bancorp
Alliance Securities Corp.
Ally Bank
Ally Financial Inc.
Ally Investment Management LLC

4

Alternative Finance Corporation
Amalgamated Bank of New York
American Equity Mortgage, Inc.
American Home Mortgage
American Home Mortgage Acceptance, Inc.
American Home Mortgage Investment Trust 2005-2
American Home Mortgage Investment Trust 2005-4A
American Home Mortgage Investment Trust 2006-2
American Home Mortgage Investment Trust 2007-A
American Home Mortgage Servicing, Inc.
American Home Mortgage Trust 2004-4
American Home Mortgage Trust 2005-1
American Home Mortgage Trust 2005-2
American Home Mortgage Trust 2005-4A
American Residential Equities XXVII, LLC
American Residential Equities, LLC
Ameriquest Mortgage Company
Andover Bank
Arbor Commercial Mortgage, LLC
Asset Management Holding of South Florida, LLC
Assured Guaranty Municipal Corp
Atlantic Financial Federal
Audobon Savings Bank
Aurora Loan Services Inc.
Aurora Loan Services LLC
Banc of America Funding 2005-3 Trust
Banc of America Funding 2005-8 Trust
Banc of America Funding 2006-1 Trust
Banc of America Funding 2006-4 Trust
Banc of America Funding Corporation
Banc of America Mortgage Capital Corporation
Bancap
Banco Mortgage Company
Banco Popular North America
Bank of America, National Association
Bank of Hawaii
Bank One, Texas, N.A.
Bank Rhode Island
Bank United, FSB
Bankatlantic, A Federal Savings Bank
Bankers Saving
Bankers Trust Company
Banknorth Mortgage
Bay Atlantic Federal Credit Union
Bay Financial Savings Bank, FSB
Bayrock Mortgage Corporation
Bayview Acquisitions, LLC
Bayview Financial Asset Trust
Bayview Financial Property Trust
Bayview Financial Securities Company, LLC
Bayview Financial Trading Group, L.P.
Bayview Financial, L.P.
Bear Stearns Asset Backed Securities I, LLC
Bear Stearns Mortgage Capital Corporation
Bear Stearns Second Lien Trust 2007-1
Bear Stearns Second Lien Trust 2007-SV1
Bell Federal Savings and Loan Association

BellaVista Funding Corporation
Belvedere Trust Finance Corporation
Bluebonnet Savings Bank FSB
BMMZ Holdings LLC
Broadway Federal Bank, FSB
Brothers Bank, FSB
Butte Savings and Loan Association
Caliber Funding, LLC
California Banking Association
California Federal Bank, FSB
California Public Employees' Retirement System
Cambridge Place Collateral Management LLC
Canada Mortgage Acceptance Corporation
Capital Crossing Bank
Capitol Federal Savings and Loan Association
Capstead Mortgage Corporation
CDC Mortgage Capital Inc. (Natixis)
Cenfed Bank, a Federal Savings Bank
Cenlar FSB
CenterState Bank of Florida, N.A.
Central Bank of Jefferson County, Inc.
Century Bank, FSB
CFX Bank
Charter One Bank, FSB
Charter One Bank, N.A.
Chase Manhattan Mortgage Corporation
Chemical Mortgage Company
Citi Financial Mortgage Co., Inc
Citibank (West), FSB
Citigroup Global Markets Realty Corp.
Citigroup Mortgage Loan Trust Inc.
CitiMortgage, Inc.
Citizens Bank of Connecticut
Citizens Bank of Massachusetts
Citizens Bank of New Hampshire
Citizens Bank of Pennsylvania
Citizens Bank, N.A.
Citizens Federal Bank, FSB
Clayton Fixed Income Services Inc.
Clayton National, Inc.
CMC Investment Partnership
Coastal Banc Capital Corporation
Coastal Banc SSB
Coastal States Mortgage Corporation
Collective Federal Savings Bank
Colonial Mortgage Service Company
Comerica Bank
Community Lending, Incorporated
Communityone Bank, N.A.
ComUnity Lending, Incorporated
Copperfield
Core, Cap Inc.
Corona Asset Management III, LLC
Countrywide Bank, N.A.
Countrywide Home Loans Servicing, LP
Countrywide Home Loans, Inc.
Credit Suisse First Boston Mortgage Securities Corp.
CSX

5

CTCE Federal Credit Union
CTX Mortgage Company, LLC
DB Structured Products, Inc.
Deutsche Alt-A Securities, Inc.
Deutsche Bank AG New York Branch
Deutsche Mortgage Securities, Inc.
DLJ Mortgage Acceptance Corp.
DLJ Mortgage Capital, Inc.
Dollar Bank, FSB
Drawbridge Consumer Funding Ltd
Dynex Securities Corporation
E*Trade Bank
E*Trade Mortgage
E*Trade Wholesale Lending Corp.
EAB Mortgage Company, Inc.
EMC Mortgage Corporation
Empire Mortgage X, Inc.
Encore Bank and National Association
Encore Savings Bank
Erie Savings Bank
Eurekabank
EverBank
Fairbanks Capital Corp.
Fairfax Savings Bank
Family Bank, FSB
Family Lending Services, Inc.
FBS Mortgage Corporation
Federal Home Loan Bank of Atlanta
Federal Trust Bank, FSB
Fidelity Federal Bank
Fidelity Savings and Loan
Fifth Third Bank
Financial Asset Securities Corp.
First Bank Incorporated
First Bank, Inc.
First Cap Holdings, Inc.
First Citizens Bank and Trust Company
First Citizens Mortgage Company
First Community Bank N.A.
First Federal of Michigan
First Federal Savings and Loan Association of
    Storm Lake
First Guaranty Mortgage Corporation
First Horizon Home Loan Corporation
First Indiana Bank
First Internet Bank of Indiana
First Massachusetts Bank, N.A.
First National Bank and Trust Company
First National Bank of Arizona
First National Bank of El Dorado
First Nationwide Mortgage Corporation
First NLC
First Rate Capital Corporation
First Savings Mortgage Corporation
First Tennessee Bank National Association
First Tennessee Capital Assets Corporation
First Trust Savings Bank
First Union National Bank
First-Citizens Bank & Trust Company

Firstrust Bank
Fleet National Bank
Flex Point Funding Corporation
Flick Mortgage Investors, Inc.
FNBA
Fortress Credit Corp.
FPA Corporation
Franklin Bank, SSB
Franklin Credit
Franklin Credit Management Corporation
Gateway Credit Union
Gateway Funding Diversified Mortgage Services,
    LP
GE Capital Consumer Card Co.
GE Mortgage Services, LLC
Geneva Mortgage Corporation
Germantown Savings Bank
Gibraltar Savings Association
Ginn Financial Services, LLC
Goldman Sachs Mortgage Company
Gonzalo Residential Asset Trust
Great American First Savings Bank
Great American Savings Bank
Green Planet Servicing, LLC
Green Tree Servicing LLC
GreenPoint Mortgage Funding Trust 2005-HE4
GreenPoint Mortgage Funding Trust 2006-HE1
GreenPoint Mortgage Funding, Inc.
Greenwich Capital Acceptance, Inc.
Greenwich Capital Financial Products, Inc.
Greenwich Universal Portfolio
GS Mortgage Securities Corp.
GSAA Home Equity Trust 2005-9
GSMPS Mortgage Loan Trust 2005-LT1
GSR Mortgage Loan Trust 2006-AR2
GSR Trust 2007-HEL1
Guardian Savings Bank
Hanover Capital Mortgage Holdings, Inc.
HarborView Mortgage Loan trust 2004-10
Healthcare Employees Federal Credit Union
Home Equity Loan Trust 2005-HS2
Home Equity Loan Trust 2006-HSA2
Home Equity Loan Trust 2006-HSA3
Home Equity Loan Trust 2006-HSA5
Home Equity Loan Trust 2007-HSA1
Home Equity Loan Trust 2007-HSA3
Home Federal Savings & Loan Association of
    Rome, Ga.
Home Loan Corporation
Home Loan Series 09-2028
HomeBanc Mortgage
HomEq Servicing Corporation
Horsham Funding Inc.
HSI Asset Securitization Corporation
Hudson & Keyse, LLC
Hudson City Savings Bank
Huntington Federal Savings & Loan Association
Hyperion Capital Group LLC
IMPAC CMB Trust Series 2005-6

IMPAC Funding Companies
IMPAC Funding Corporation
IMPAC Mortgage Holdings, Inc.
IMPAC Secured Assets Corp.
Imperial Credit Industries, Inc.
Independent Bank East Michigan
IndyMac Bank, FSB (now OneWest Bank, FSB)
IndyMac MBS, Inc.
IndyMac Mortgage Holdings, Inc.
ING Bank, FSB
Investment Capital Group
Irwin Union Bank and Trust Company
Ixis Real Estate Capital Inc
Jackson Federal Bank
Just Mortgage, Inc.
Kaiser Federal Bank
Keystone Nazareth Bank & Trust Company
Kidder Peabody Mortgage Capital Corporation
Lacera
Lebank
Lehman Brothers Bank, FSB
Lehman Brothers Holdings Inc.
Lehman Capital, a division of Lehman Brothers
    Holdings Inc.
Liberty Home Lending, Inc.
Liberty Savings Bank, FSB
Linden Assemblers Federal Credit Union
Litton Loan Servicing, LP
LNV Corporation
Loan Center of California
Loan Link Financial Services
Local #38 and Associates Credit Union
Lomas Mortgage USA, Inc.
Los Angeles County Employees Retirement
    Association
Los Angeles Federal Savings
LPP Mortgage Ltd.
Luminent Mortgage Capital, Inc.
Lydian Private Bank
Macquarie Mortgage Funding Trust 2007-1
Macquarie Mortgages USA, Inc.
MAIA Mortgage Finance Statutory Trust
Marine Bank
Market Street Mortgage Corporation
Massachusetts Mutual Life Insurance Co.
Matrix Capital Bank
MB Financial Bank N.A.
Medway Savings Bank
Mellon Bank
Mellon/McMahon Real Estate Advisors Inc.
Merck Sharp & Dohme Federal Credit Union
Mercury Mortgage Finance Statutory Trust
Meridian Mortgage Corporation
Merrill Lynch Bank & Co.
Merrill Lynch Hunton Paige
Merrill Lynch Mortgage Capital Inc.
Merrill Lynch Mortgage Holdings, Inc.
Merrill Lynch Mortgage Investors, Inc.
Merrill Lynch Mortgage Lending, Inc.

Metlife Bank, N.A.
Metrocities Mortgage Corp., LLC
Metropolitan Life Insurance Company
Mid America Bank, FSB
MidFirst Bank
Midland Financial Savings and Loan Association
Mint I, LLC
Mint II, LLC
Money Bank Investment Corporation
Monterey I Holdings
Morgan Stanley Capital I Inc.
Morgan Stanley Mortgage Capital Inc.
Morgan Stanley Mortgage Loan Trust 2005-3AR
Mortgage Asset Securitization Transactions, Inc.
Mortgage Asset Securitization Trust
Mortgage Interest Networking Trust II
Mortgage Investors Corporation
MortgageIT Holdings, Inc.
MortgageIT Securities Corp.
MortgageIT Trust 2005-4
MortgageIT, Inc
MRF 3 LLC
Mrit Securities Corporation
Mutual Savings & Loan Association of Charlotte,
    N.C.
Mutual Savings Bank
National Bank of Commerce
NETBANK
Network Funding L.P.
Neuwest Equity Partners
New Century Mortgage Securities, Inc.
New Cumberland Federal Credit Union
New Penn Financial, LLC
New York Life Insurance and Annuity Corporation
New York Life Insurance Company
Nomura Asset Acceptance Corporation
Nomura Credit & Capital, Inc.
Nomura Home Equity Loan, Inc.
North Jersey Federal Credit Union, Inc.
Northwest Funding, Inc.
Northwestern National Bank of Minneapolis
Norwest Bank Minnesota, National Association
Norwest Mortgage, Inc.
Ocwen Federal Bank FSB
Ocwen Loan Servicing, LLC
Ohio Savings Bank
Opteum Financial Services, LLC
Option One Mortgage Corporation
Paine Webber Real Estate Securities Inc.
Parkside Lending, LLC
Parkvale Savings Bank
Paul Financial, LLC
People Savings Bank, Inc., SSB
Peoples Heritage Savings Bank
PHH Mortgage
Philadelphia Federal Credit Union
Pinnacle Capital Mortgage Corporation
Pinnacle Financial Corporation
Plaza Home Mortgage, Inc.

7

PMC Bancorp
PNC Bank, N.A.
PNC Mortgage Securities Corp.
Pomona First Federal Bank and Trust
Principal Asset Markets, Inc.
Principal Bank
Principal Mutual Life Insurance Company
Private Capital Group
Quaker City Bank
Quicken Loans Inc.
RBS Citizens, National Association
Real Time Resolutions, Inc.
Real Time Solutions
Realty Mortgage Corporation
Redlands Federal Bank, FSB
Redwood Trust, Inc.
Reliance Federal Credit Union
Residential Mortgage Assistance Enterprise, LLC
Resolution Capital Advisors, LLC
Ridgewood Savings Bank
Riggs Bank N.A.
Rochester Community Savings Bank
Roosevelt Management Company, LLC
RWT Holdings, Inc.
Ryland Acceptance Corporation Four
SACO I Trust 2005-GP1
SACO I Trust 2006-8
Salomon Brothers Realty Corp.
Saxon Mortgage Funding Corporation
Sea Breeze Financial Services, Inc.
Sebring Capital
Secured Bankers Mortgage Company
Security National
Security Pacific National Bank
Select Portfolio Servicing Inc.
Sequoia Funding Trust
Sequoia Residential Funding, Inc.
Shearson Lehman Government Securities, Inc.
Shellpoint Mortgage LLC
Sierra Pacific Mortgage, Inc
Silver State Financial Services, Inc.
Silvergate Bank
Skyline Financial Corp.
SMFC Funding Corporation
SN Servicing Corporation
SNBOA, LLC
Southbank
Southern Pacific Thrift and Loan Association
SouthStar Funding, LLC
Southwest Savings and Loan Association
Sovereign Bank, FSB
Specialized Loan Servicing LLC
St. Paul Federal Bank for Savings
Stanwich Mortgage Acquisition Company, LLC
Sterling Savings Bank
Steward Financial, Inc.
Stonebridge Bank
Structured Asset Mortgage Investments II Inc.
Structured Asset Mortgage Investments, Inc.

Structured Asset Securities Corporation
Structured Mortgage Investments II Inc.
Summit Savings & Loan Association
Suntrust Asset Funding, LLC
Superior Bank
Susquehanna Bank
Syncora Guarantee Inc.
Taylor, Bean Whitaker
TCF National Bank
TCIF, LLC
TeleBank
Terwin Advisors LLC
Terwin Mortgage Trust 2006-6
Terwin Securitization LLC
The Canada Trust Company
The Chase Manhattan Bank
The First Boston Corporation
The First National Bank of Glens Falls
The Frost National Bank
The Mortgage Store Financial, Inc.
The New York Mortgage Company, LLC
The Travelers Indemnity Company
The Winter Group
Treasury Bank, N.A.
Tri Counties Bank
Tri Country Area Federal Credit Union
Truman Capital Securitization LLC
UBS Real Estate Securities Inc.
UBS Warburg Real Estate Securities Inc.
UBS Warburg, LLC
United Capital Mortgage, LLC
United Federal Savings Bank
United Financial Mortgage Corporation
United Savings Association of Texas, FSB
Unity Bank
Universal Master Servicing, LLC
US Bank Home Mortgage
USAA Federal Savings Bank
Valley Independent Bank
Vermont Mortgage Group, Inc.
Wachovia Bank, National Association
Wachovia Mortgage Corporation
Walter Mortgage Company
Washington Mutual Bank
Washington Mutual Mortgage Securities Corp.
Webster Bank
Western Financial Savings Bank, FSB
WestStar Mortgage, Inc.
Wilshire Credit Corporation
Winter Group
Witmer Funding LLC
WMCC Clayton / Washington Mutual Bank
WMD Capital Markets, LLC

**Utilities**

Abovenet Communications Inc.
AT&T
AT&T Mobility
Center Point Energy

8

CenturyLink
Cisco Systems Capital Corporation
City of Eden Prairie
Comcast
Dish Network
Genesys Conferencing
Global Capacity Group Inc.
IEX Corporation
Inova Solutions
Intercall
Intervoice Inc.
Level 3 Communications LLC
MediaCom
Micro-Tel Center
MidAmerican Energy
Sprint
Time Warner Cable
Time Warner Telecom
Verizon
Verizon Business
Verizon California
Verizon Wireless
Waste Management
Waterloo Water Works
Xcel Energy

Police and Fire Retirement System of the City of
    Detroit
Sealink Funding Limited
Steven And Ruth Mitchell
Stichting Pensioenfonds ABP
The Charles Schwab Corporation
The Union Central Life Insurance Company
Thrivent Financial for Lutherans
Tiffany Smith
US Bank
Wells Fargo & Company
Wells Fargo Bank N.A
West Virginia Investment Management Board
Western & Southern

**Consolidated Top 50 Creditors**
Aegis Usa Inc.
Alan Gardner
Allstate Insurance
Ambac Assurance Corp
Assured Guaranty Corp.
BNYMellon
Boilermaker Blacksmith National Pension Trust
Brian Kessler, et al
Cambridge Place Investment Management Inc.
Credstar
Deutsche Bank AG, New York
Deutsche Bank Trust Company Americas
Don E. Diane M. Patterson
Donna Moore
Emortgage Logic
Federal Home Loan Bank of Boston
Federal Home Loan Bank of Chicago
Federal Home Loan Bank of Indianapolis
Federal Housing Finance Agency
Financial Guaranty Insurance Co.
Huntington Bancshares Inc.
Indecomm Global Services
Iowa Public Employees Retirement System
Lehman Brothers Holdings, Inc.
Loan Value Group
Massachusetts Mutual Life Insurance Company
MBIA, Inc.
Midwest Operating Engineers Pension Trust Fund
National Credit Union Administration Board
New Jersey Carpenters Health Fund
New Jersey Carpenters Vacation Fund
Orange County Employees Retirement System

9

## **EXHIBIT B**

### **Proposed Order**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------ x
In re:                                                                    :    Chapter 11
                                                                          :
Residential Capital, LLC, <u>et al.</u>,                                  :    Case No. 12-12020 (MG)
                                                                          :
                          Debtors.                                        :    Jointly Administered
                                                                          :
------------------------------------------------------------ x

### ORDER APPROVING RETENTION OF KRAMER LEVIN NAFTALIS & FRANKEL LLP AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, *NUNC PRO TUNC* TO MAY 16, 2012

Upon the application, dated June 27, 2012 (the "**Application**"), of the Official Committee of Unsecured Creditors appointed in the above-captioned cases (the "**Committee**") for entry of an order (the "**Order**") authorizing the retention of Kramer Levin Naftalis & Frankel LLP ("**Kramer Levin**") as attorneys to the Committee effective as of May 16, 2012, as more fully described in the Application; and upon the Declaration of Kenneth H. Eckstein (the "**Eckstein Declaration**"), a member of Kramer Levin, dated June 27, 2012, attached to the Application as <u>Exhibit A</u>; and the Court being satisfied that based on the representations made in the Application and the Eckstein Declaration that Kramer Levin is "disinterested" as such term is defined in section 101(14) of the Bankruptcy Code, as modified by section 1107(b) of the Bankruptcy Code, and as required under section 327(a) of the Bankruptcy Code, and that Kramer Levin represents no interest adverse to the Committee with respect to the matters upon which it is to be engaged; and the Court having jurisdiction to consider the Application and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and consideration of the Application and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and the Amended Standing Order M-431 of Referral of Cases to Bankruptcy Court

Judges of the District Court for the Southern District of New York, dated January 31, 2012 (Preska, Acting C.J.); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Application having been provided; and a hearing having been held to consider the relief requested in the Application (the "**Hearing**"); and upon the record of the Hearing and all of the proceedings had before the Court; and the Court having found and determined that the relief sought in the Application is in the best interests of the Committee and that the legal and factual bases set forth in the Application establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the Application is granted as provided herein; and it is further

ORDERED that the Committee is authorized to retain Kramer Levin as counsel in these Chapter 11 Cases, *nunc pro tunc* to May 16, 2012, pursuant to Bankruptcy Code §§ 328 and 1103, Bankruptcy Rule 2014(a) and Local Bankruptcy Rule 2014-1, on the terms described in the Application and the Eckstein Declaration, to perform necessary legal services for the Committee; and it is further

ORDERED that payment of Kramer Levin's fees and expenses shall be made pursuant to the terms described in the Application and the Eckstein Declaration, in accordance with the applicable provisions of the Bankruptcy Code (including Bankruptcy Code §§ 330 and 331), the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules, and the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. Section 330, dated January 30, 1996, and any other applicable procedures and orders of this Court; and it is further

ORDERED that prior to any increases in rates as set forth in paragraph 9 of the Application, Kramer Levin shall file a supplemental declaration with the Court and give ten

business days' notice to the Debtors, the United States Trustee and any official committee, which supplemental declaration shall explain the basis for the requested rate increases in accordance with section 330(a)(3)(F) of the Bankruptcy Code and indicate whether the client has received notice of and approved the proposed rate increase; and it is further

ORDERED that the terms and conditions of this Order shall be immediately effective and enforceable upon its entry; and it is further

ORDERED that the Committee is authorized and empowered to take all actions necessary to implement the relief granted in this Order; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: New York, New York
         _____, 2012

_____
Hon. Martin Glenn
United States Bankruptcy Judge