Hearing Date and Time: July 13, 2012 at 10:00 a.m. (prevailing Eastern Time)
Objection Deadline: July 6, 2012 at 4:00 p.m. (prevailing Eastern Time)

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:    (212) 468-8000
Facsimile:    (212) 468-7900
Larren M. Nashelsky
Gary S. Lee
Lorenzo Marinuzzi

*Proposed Counsel for the Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

### NOTICE OF JULY 13, 2012 HEARING

**PLEASE TAKE NOTICE** that a hearing will be held before the Honorable Martin Glenn, United States Bankruptcy Judge, in Courtroom 501 at the Bankruptcy Court, One Bowling Green, New York, New York 10004, on **July 13, 2012 at 10:00 a.m. (prevailing Eastern Time)** (the "Hearing Date"), or as soon thereafter as counsel is heard, to consider the following motions and applications (collectively, the "Applications"):

(a) Debtors' Application Under Sections 327(a) and 328(a) of the Bankruptcy Code, Bankruptcy Rule 2014(a) and Local Rule 2014-1 for Authorization to Employ and Retain FTI Consulting, Inc. as Financial Advisor *Nunc Pro Tunc* to May 14, 2012 [Docket No. 526];

(b) Debtors' Application for Order Under Bankruptcy Code Sections 327(a) and 328(a), Bankruptcy Rule 2014(a) and Local Rule 2014-1 Authorizing the Employment and Retention of Curtis, Mallet-Provost, Colt & Mosle LLP as Conflicts Counsel *Nunc Pro Tunc* to the Petition Date [Docket No. 527]; and

ny-1047673

      (c)    Debtors' Application Pursuant to 11 U.S.C. § 327(a) and Fed. R. Bankr. P. 2014 for Authorization to Employ and Retain Kurtzman Carson Consultants LLC as Administrative Agent *Nunc Pro Tunc* to the Petition Date [Docket No. 531].

**PLEASE TAKE FURTHER NOTICE** that any objection to an Application must be in writing, conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York and shall be filed with the Bankruptcy Court electronically in accordance with General Order M-399 (General Order M-399 and the User's manual for the Electronic Case Filing System can be found at www.nysb.uscourts.gov, the official website for the Bankruptcy Court) by registered users of the Bankruptcy Court's case filing system, and by all other parties-in-interest, on a 3.5 inch disk or CD-ROM, preferably in Portable Document Format, WordPerfect or any other Windows-based work processing format (with a hard copy delivered directly to Chambers) and served in accordance with General Order M-399 and in accordance with this Court's order, dated May 23, 2012, implementing certain notice and case management procedures [Docket No. 141], so as to be received no later than **July 6, 2012 at 4:00 p.m. (prevailing Eastern Time).**

ny-1047673

**PLEASE TAKE FURTHER NOTICE** that if no objection to an Application is timely filed and served, the Bankruptcy Court may enter an order granting the relief requested in an Application without further notice or opportunity to be heard afforded to any party.

Dated: June 28, 2012
      New York, New York

                */s/* Larren M. Nashelsky
                Larren M. Nashelsky
                Gary S. Lee
                Lorenzo Marinuzzi
                MORRISON & FOERSTER LLP
                1290 Avenue of the Americas
                New York, New York 10104
                Telephone: (212) 468-8000
                Facsimile: (212) 468-7900

                *Proposed Counsel for the Debtors and Debtors in Possession*

ny-1047673