MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Larren M. Nashelsky
Gary S. Lee
Todd M. Goren
Alexandra Steinberg Barrage

*Proposed Counsel for the Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ------------------------------------------------------------ ) | |
| In re:                                                      ) | Case No. 12-12020 (MG) |
|                                                             ) | |
| RESIDENTIAL CAPITAL, LLC, et al.,                           ) | Chapter 11 |
|                                                             ) | |
| Debtors.                          ) | Jointly Administered |
|                                                             ) | |
| ------------------------------------------------------------ ) | |

### NOTICE OF FILING OF ASSET PURCHASE AGREEMENT
### AMONG BERKSHIRE HATHAWAY INC. AND CERTAIN DEBTORS

**PLEASE TAKE NOTICE THAT** on May 14, 2012, the debtors and debtors in

possession in the above-captioned cases (collectively, the "Debtors")[1] filed the *Debtors' Motion*

*Pursuant to 11 U.S.C. §§ 105, 363(b), (f), and (m), 365 and 1123, and Fed. R. Bankr. P. 2002,*

*6004, 6006, and 9014 For Order: (A)(I) Authorizing and Approving Sale Procedures, Including*

*Break-Up Fee and Expense Reimbursement; (II) Scheduling Bid Deadline and Sale Hearing;*

*(III) Approving Form and Manner of Notice Thereof; and (IV) Granting Related Relief and*

*(B)(I) Authorizing the Sale of Certain Assets Free and Clear of Liens, Claims, Encumbrances,*

---

[1] The names of the Debtors in these cases and their respective tax identification numbers are identified on Exhibit 1 to the Affidavit of James Whitlinger, Chief Financial Officer of Residential Capital, LLC in Support of the Chapter 11 Petitions and First Day Pleadings (Dkt. No. 6).

*and Other Interests; (II) Authorizing and Approving Asset Purchase Agreements Thereto;*

*(III) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired*

*Leases Related Thereto; and (IV) Granting Related Relief* (the "Sale Motion") (Dkt. No. 61).

**PLEASE TAKE FURTHER NOTICE** that on June 28, 2012, in connection with the

Sale Motion, the Debtors filed the Asset Purchase Agreement by and among Berkshire Hathaway

Inc. and Residential Capital, LLC, Residential Funding Company, LLC, GMAC Mortgage, LLC,

GMAC Borrower LLC and RFC Borrower LLC, dated as of June 28, 2012 (the "BH Legacy

APA").

**PLEASE TAKE FURTHER NOTICE** that a copy of the BH Legacy APA can be

viewed and obtained on the Court's internet website at www.nysb.uscourts.gov and on the

independent website maintained by the Debtors, http://www.kccllc.net/rescap.  A login and

password to the Court's Public Access to Electronic Court Records ("PACER") are required to

access www.nysb.uscourts.gov and can be obtained through the PACER Service Center at

www.pacer.psc.uscourts.gov.


Dated:  June 28, 2012
          New York, New York

                                        */s/* Larren M. Nashelsky
                                        Larren M. Nashelsky
                                        Gary S. Lee
                                        Todd M. Goren
                                        Alexandra Steinberg Barrage
                                        MORRISON & FOERSTER LLP
                                        1290 Avenue of the Americas
                                        New York, New York 10104
                                        Telephone: (212) 468-8000
                                        Facsimile: (212) 468-7900

                                        *Proposed Counsel for the Debtors and*
                                        *Debtors in Possession*