**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**ORDER DIRECTING THE APPOINTMENT OF AN EXAMINER**
**PURSUANT TO SECTION 1104(c) OF THE BANKRUPTCY CODE**

Upon the motion (the "Motion") of Berkshire Hathaway Inc. ("Berkshire") seeking the appointment of an examiner pursuant to Section 1104(c) of title 11, United States Code (the "Bankruptcy Code") (ECF Doc. No. 208) at a hearing (the "Hearing") held on June 18, 2012; and the Court having jurisdiction over these cases and the relief requested in the Motion pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that this is a core proceeding pursuant to 28 U.S.C. §§ 157(b); and the Court having heard and considered all of the arguments made by parties in interest to the Motion at the Hearing; and upon the record of the Hearing, and, after due deliberation and sufficient cause appearing therefore, it is hereby

ORDERED, that the Motion is granted to the extent provided herein and in the Memorandum Opinion and Order Granting Berkshire Hathaway's Motion to Appoint an Examiner Under 11 U.S.C. § 1104(c) (ECF Doc. No. 454) (the "Memorandum Decision"); and it is further

ORDERED, that pursuant to Section 1104(d) of the Bankruptcy Code, the United States Trustee shall appoint an examiner (the "Examiner") in these jointly administered cases; and it is further

ORDERED, that the Examiner may retain attorneys and/or other professionals if he or she determines that such professionals are necessary to discharge his or her duties, with such retention to be subject to Court approval under standards equivalent to those set forth in section 327 of the Bankruptcy Code; and it is further

ORDERED, that, subject to any budget that may be established by the Court, the Examiner and any professionals retained by the examiner pursuant to any order of this Court shall be compensated and reimbursed for their expenses pursuant to any procedures for interim compensation and reimbursement of professionals that are established in the Debtors' chapter 11 cases, with compensation and reimbursement of the examiner being determined pursuant to section 330 of the Bankruptcy Code, and compensation and reimbursement of the examiner's professionals being determined pursuant to standards equivalent to those set forth in section 330 of the Bankruptcy Code; and it is further

ORDERED, that the Examiner shall have the standing of a party in interest with respect to matters that are within the scope of the Investigation; provided, that the Examiner may not be called to testify except by this Court; and it is further

ORDERED, that the Examiner shall conduct an investigation (the "Investigation"); and it is further

ORDERED, that the scope, timing, and budget for the Examiner's Investigation will be set by the Court after the Examiner is appointed and confers with other parties in interest, in each case as set forth in, and in accordance with, the Memorandum Decision; and it is further

ORDERED, that this Order is without prejudice to (i) the right of any party in interest, or the Examiner, to seek relief from the Court, including, but not limited to, clarifying and

expanding or limiting the scope of the Investigation; and (ii) the right of the Examiner to seek such other relief as he or she may deem appropriate in furtherance of the discharge of his or her duties and the Investigation; and it is further

ORDERED that the Debtors and all parties in interest retain their rights to assert objections to discovery requests from the Examiner, including objections on the basis of privilege or any other ground; and it is further

ORDERED that the Debtors, the Official Committee of Unsecured Creditors appointed in these Chapter 11 cases and all other parties in interest shall cooperate and (i) cause their respective present directors, officers, employees and professionals, and (ii) utilize reasonable best efforts to cause their respective former directors, officers, employees and professionals, to cooperate with the Examiner in conjunction with the performance of any of the Examiner's duties and Investigation; and it is further

ORDERED, that the Court will conduct a case management conference with the Examiner and all parties in interest to consider the scope, time and budget for the Investigation; and it is further

ORDERED, that the Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: June 28, 2012
      New York, New York

                                                    _____/s/Martin Glenn_____
                                                        MARTIN GLENN
                                      United States Bankruptcy Judge