**Hearing Date:  July 24, 2012 at 10:00 a.m. (ET)**
**Objection Deadline: July 17, 2012 at 4:00 p.m. (ET)**

ANGLIN, FLEWELLING, RASMUSSEN,
    CAMPBELL & TRYTTEN LLP
199 S. Los Robles Avenue, Suite 600
Pasadena, California 91101-2459
Tel: (626) 535-1900
Fax: (626) 577-7764
Jeremy E. Shulman
*Attorneys for Movant*
*Wells Fargo Bank, N.A., successor*
*by merger with Wells Fargo Bank*
*Southwest, N.A., f/k/a Wachovia Mortgage,*
*FSB, f/k/a World Savings Bank, FSB*
*("Wells Fargo")*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ------------------------------------------------------- | Case No. 12-12020 (MG) |
| In re:                                                )  | |
|                                                       ) | Chapter 11 |
| RESIDENTIAL CAPITAL, LLC, <u>et</u> <u>al.</u>,        ) | |
|                                                       ) | Jointly Administered |
|                          Debtors.                    ) | |
|                                                       ) | (Re Debtor Executive Trustee Services, LLC, |
| ------------------------------------------------------- | Case No. 12-12028) |

**NOTICE OF HEARING ON WELLS FARGO'S MOTION FOR RELIEF FROM THE
AUTOMATIC STAY TO PERMIT PROSECUTION OF NON-BANKRUPTCY FORUM
ACTION AGAINST DEBTOR EXECUTIVE TRUSTEE SERVICES, LLC, OR, IN THE
ALTERNATIVE, TO PERMIT MOVANT TO CONDUCT DISCOVERY AND TO ISSUE
TRIAL SUBPOENAS DIRECTED AT DEBTOR IN THE NON-BANKRUPTCY ACTION**

        **PLEASE TAKE NOTICE** that, on June 29, 2012, Wells Fargo moved for entry of an

order, under sections 105(a) and 362 of title 11 of the United States Code (the "Bankruptcy

Code"), Rules 9013 and 9014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy

Rules"), and the Case Management Procedures in this case [Docket No. 141] granting relief form

the automatic stay to Permit Prosecution of Non-Bankruptcy Forum Action Against Debtor

Executive Trustee Services, LLC, or, in the Alternative, to Permit Movant to Conduct Discovery and to Issue Trial Subpoenas Directed at Debtor in the Non-Bankruptcy Action (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that a hearing will be held on the Motion before the Honorable Martin Glenn, United States Bankruptcy Judge, and the United States Bankruptcy Court for the Southern District of New York, Courtroom 501, One Bowling Green, New York, New York 10004 (the "Bankruptcy Court") on **July 24, 2012 at 10:00 a.m.** (**prevailing Eastern time**), or as soon thereafter as counsel may be heard.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Motion and the relief requested therein must be filed with the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004 and served upon the parties listed on the Special Service List (annexed hereto as Exhibit A) by both email, where available, and regular U.S. Mail or overnight delivery service in accordance with the order, dated May 23, 2012, implementing certain notice and case management procedures in these cases [Docket No. 141] (the "Case Management Order") so as to be received by the parties no later than **4:00 p.m. Eastern time on July 17, 2012.**

Additionally, objections shall be served, so as to be received no later than **4:00 p.m. Eastern time on July 17, 2012** upon the moving party herein at: Anglin, Flewelling, Rasmussen, Campbell & Trytten, LLP, 199 S. Los Robles Avenue, Suite 600, Pasadena, California 91101-2459, Attn: Jeremy E. Shulman, Esq.

PLEASE TAKE FURTHER NOTICE that the relief requested in the Motion may be granted without a hearing if no objection is timely filed and served as set forth above and in accordance with the Case Management Order.


Dated:  June 29, 2012
       Pasadena, California

Respectfully Submitted,

ANGLIN, FLEWELLING, RASMUSSEN,
   CAMPBELL & TRYTTEN LLP


By:  */s/ Jeremy E. Shulman*
    Jeremy E. Shulman
199 S. Los Robles Avenue, Suite 600
Pasadena, California 91101-2459
Tel: (626) 535-1900
Fax: (626) 577-7764
*Attorneys for Movant*
*Wells Fargo Bank, N.A., successor*
*by merger with Wells Fargo Bank*
*Southwest, N.A., f/k/a Wachovia Mortgage,*
*FSB, f/k/a World Savings Bank, FSB*