# EXHIBIT D

12-12020-mg    Doc 542-4    Filed 06/29/12    Entered 06/29/12 16:51:20    Exhibit D -
Minute Order dated 5/21/2012 in USDC   Central District    Case No. 2:1    Pg 2 of 2
Case 2:11-cv-01814-CAS-PJW   Document 87   Filed 05/21/12   Page 1 of 1   Page ID #:807

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV11-1814-CAS(PJWx) | Date | May 21, 2012 |
|---|---|---|---|
| Title | *FRANCISKA SUSILO v. WELLS FARGO BANK, N.A.; ET AL.* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE | |
|---|---|---|
| Catherine M. Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:             Attorneys Present for Defendants:

Roger Manlin                                  Jeremy Shulman
                                              Victoria Tsoong

**Proceedings:**     TELEPHONIC FURTHER STATUS CONFERENCE RE: SETTLEMENT

Hearing held telephonically and counsel are present. The Court confers with counsel. Counsel notify the Court that defendant/cross-defendant/cross claimant ETS SERVICES, LLC has filed a Chapter 11 Bankruptcy Petition on or about May 14, 2012.

IT IS FURTHER ORDERED that the above-referenced action is hereby stayed as to defendant/cross-defendant/cross claimant ETS SERVICES, LLC. Counsel for plaintiff and cross-claimant shall file a quarterly status report commencing on **September 5, 2012**.

The Court extends the discovery cutoff to July 15, 2012 and the motion cutoff to July 30, 2012. Counsel shall submit a Stipulation and Proposed Order re: Discovery, as discussed with the Court. The remaining parties in the action are still undergoing settlement discussions. The Court continues the Telephonic Further Status Conference re: Settlement to **June 11, 2012** at **12:00 P.M. (Noon)**, as to the remaining active parties. All parties are ordered to discuss the matter with their clients and opposing counsel prior to the telephone conference. Counsel for **PLAINTIFF** is ordered to initiate the telephone conference call **THROUGH THE TELEPHONE OPERATOR** to include all counsel of record, and **CHAMBERS at (213) 894-8551** on the date and time scheduled. If the Court's conference line is busy, continue to try to connect, the Court may be finalizing a previous conference call. Counsel shall be available 30 minutes prior and 30 minutes after the time scheduled for the telephone conference.

|  | 00 | : | 11 |
|---|---|---|---|
| Initials of Preparer |  | CMJ |  |