QUARLES & BRADY LLP
One Renaissance Sqaure
Two North Central Avenue
Phoenix, Arizona 85004-2391
Telephone: (602) 229-5200
Facsimile: (602) 229-5690
Lori L. Winkelman, Esq. (AZ Bar No. 021400)

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| RESIDENTIAL CAPITAL, LLC, <u>et al.</u>, | Case No. 12-12020-MG |
| Debtors. | Jointly Administered |

**MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE***

I, Lori L. Winkelman, request admission, *pro hac vice*, before the Honorable Martin Glenn, to represent OneWest Bank, a secured creditor in the above-referenced cases.

***I certify that I am a member in good standing*** of the bar in the State of Arizona and the bar of the United States District Court for the District of Arizona.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: June 29, 2012
      Phoenix, Arizona

                              /s/ Lori L. Winkelman
                              Lori L. Winkelman

                              QUARLES & BRADY LLP
                              One Renaissance Square
                              Two North Central Avenue
                              Phoenix, AZ  85004-2391
                              Telephone: (602) 229-5452
                              Facsimile: (602) 229-5690
                              Email: lori.winkelman@quarles.com

                              Attorneys for OneWest Bank

QB\136701.00059\17329355.1