**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
| | : | |
|---|---|---|
| In re | : | **Chapter 11** |
| | : | |
| **RESIDENTIAL CAPITAL, LLC, et al.,** [1] | : | **Case No. 12-12020 (MG)** |
| | : | |
| | : | |
| | : | **(Jointly Administered)** |
| Debtors. | : | |
------------------------------------------------------------------x

# SCHEDULES OF ASSETS AND LIABILITIES FOR
## EXECUTIVE TRUSTEE SERVICES, LLC (CASE NO. 12-12028)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Residential Capital, LLC (0738); ditech, LLC (7228); DOA Holding Properties, LLC (4257); DOA Properties IX (Lots-Other), LLC (3274); EPRE LLC (7974); Equity Investment I, LLC (2797); ETS of Virginia, Inc. (1445); ETS of Washington, Inc. (0665); Executive Trustee Services, LLC (8943); GMAC Model Home Finance I, LLC (8469); GMAC Mortgage USA Corporation (6930); GMAC Mortgage, LLC (4840); GMAC Residential Holding Company, LLC (2190); GMAC RH Settlement Services, LLC (6156); GMACM Borrower LLC (4887); GMACM REO LLC (2043); GMACR Mortgage Products, LLC (6369); GMAC-RFC Holding Company, LLC (3763); HFN REO Sub II, LLC (N/A); Home Connects Lending Services, LLC (9412); Homecomings Financial Real Estate Holdings, LLC (6869); Homecomings Financial, LLC (9458); Ladue Associates, Inc. (3048); Passive Asset Transactions, LLC (4130); PATI A, LLC (2729); PATI B, LLC (2937); PATI Real Estate Holdings, LLC (5201); RAHI A, LLC (3321); RAHI B, LLC (3553); RAHI Real Estate Holdings, LLC (5287); RCSFJV204, LLC (2722); Residential Accredit Loans, Inc. (8240); Residential Asset Mortgage Products, Inc. (5181); Residential Asset Securities Corporation (2653); Residential Consumer Services of Alabama, LLC (5449); Residential Consumer Services of Ohio, LLC (4796); Residential Consumer Services of Texas, LLC (0515); Residential Consumer Services, LLC (2167); Residential Funding Company, LLC (1336); Residential Funding Mortgage Exchange, LLC (4247); Residential Funding Mortgage Securities I, Inc. (6294); Residential Funding Mortgage Securities II, Inc. (8858); Residential Funding Real Estate Holdings, LLC (6505); Residential Mortgage Real Estate Holdings, LLC (7180); RFC Asset Holdings II, LLC (4034); RFC Asset Management, LLC (4678); RFC Borrower LLC (5558); RFC Constructing Funding, LLC (5730); RFC REO LLC (2407); RFC SFJV-2002, LLC (4670); RFC-GSAP Servicer Advance, LLC (0289)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------------

|  |  |  |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
|  | ) |  |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Chapter 11 |
|  | ) |  |
| Debtors. | ) | Jointly Administered |
|  | ) |  |

--------------------------------------------------------------------

### GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY AND DISCLAIMERS REGARDING THE DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

On May 14, 2012 (the "**Petition Date**")[1], Residential Capital, LLC ("**ResCap**") and its affiliated debtors (each a "**Debtor**," and collectively, the "**Debtors**")[2] commenced voluntary cases under chapter 11 of title 11, United States Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**").

The Debtors continue to operate their businesses and manage their properties as debtors and debtors in possession, pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. The

---

[1]     Capitalized terms not otherwise defined herein shall have the meaning set forth in the *Affidavit Of James Whitlinger, Chief Financial Officer Of Residential Capital, LLC, In Support Of Chapter 11 Petitions And First Day Pleadings*, [Docket No. 6, Case No. 12-12020 (MG)].

[2]     The Debtors in these chapter 11 cases, along with the last four (4) digits of each Debtor's federal tax identification number, are: ditech, LLC (7228), DOA Holding Properties, LLC (4257), DOA Properties IX (Lots-Other), LLC (3274), EPRE LLC (7974), Equity Investment I, LLC (2797), ETS of Virginia, Inc. (1445),ETS of Washington, Inc. (0665),Executive Trustee Services, LLC (8943), GMAC-RFC Holding Company, LLC (3763), GMAC Model Home Finance I, LLC (8469), GMAC Mortgage USA Corporation (6930), GMAC Mortgage, LLC (4840), GMAC Residential Holding Company, LLC (2190), GMACRH Settlement Services, LLC (6156), GMACM Borrower LLC (4887), GMACM REO LLC (2043), GMACR Mortgage Products, LLC (6369), HFN REO SUB II, LLC (None), Home Connects Lending Services, LLC (9412), Homecomings Financial Real Estate Holdings, LLC (6869), Homecomings Financial, LLC (9458), Ladue Associates, Inc. (3048), Passive Asset Transactions, LLC (4130), PATI A, LLC (2729), PATI B, LLC (2937), PATI Real Estate Holdings, LLC (5201), RAHI A, LLC (3321), RAHI B, LLC (3553), RAHI Real Estate Holdings, LLC (5287), RCSFJV2004, LLC (2772), Residential Accredit Loans, Inc. (8240), Residential Asset Mortgage Products, Inc. (5181), Residential Asset Securities Corporation (2653), Residential Capital, LLC (0738), Residential Consumer Services of Alabama, LLC (5449), Residential Consumer Services of Ohio, LLC (4796), Residential Consumer Services of Texas, LLC (0515), Residential Consumer Services, LLC (2167), Residential Funding Company, LLC (1336), Residential Funding Mortgage Exchange, LLC (2427), Residential Funding Mortgage Securities I, Inc. (6294), Residential Funding Mortgage Securities II, Inc. (8858), Residential Funding Real Estate Holdings, LLC (6505), Residential Mortgage Real Estate Holdings, LLC (7180), RFC – GSAP Servicer Advance, LLC (0289),RFC Asset Holdings II, LLC (4034), RFC Asset Management, LLC (4678), RFC Borrower LLC (5558), RFC Construction Funding, LLC (5730), RFC REO LLC (2407), RFC SFJV-2002, LLC (4670).

Debtors' cases have been consolidated for procedural purposes only and are being jointly administered under case number 12-12020 (MG).

The Schedules of Assets and Liabilities and Statements of Financial Affairs (the "**Schedules and Statements**") were prepared pursuant to Bankruptcy Code section 521 and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") by management of the Debtors with unaudited information available as of the Petition Date.

These Global Notes and Statement of Limitations, Methodology and Disclaimers Regarding The Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs (the "**Global Notes**") are incorporated by reference in, and comprise an integral part of, each of the Debtors' Schedules, sub-Schedules, Statements and sub-Statements, exhibits and continuation sheets, and should be referred to in connection with any review of the Schedules and Statements.  Disclosure of information in one Schedule, sub-Schedule, Statement, sub-Statement, exhibit or continuation sheet, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedule, Statement, exhibit or continuation sheet.

**The Schedules and Statements and these Global Notes should not be relied upon by any persons for information relating to current or future financial conditions, events or performance of any of the Debtors.**

<u>Reservation of Rights</u>.  The Debtors' chapter 11 cases are large and complex.  The Debtors' management has made every reasonable effort to ensure that the Schedules and Statements are as accurate and complete as possible, based on the information that was available to them at the time of preparation.  Subsequent information or discovery may result in material changes to these Schedules and Statements, and inadvertent errors or omissions may have occurred.  Because the Schedules and Statements contain unaudited information, which is subject to further review, verification, and potential adjustment, there can be no assurance that these Schedules and Statements are accurate and/or complete.

The Debtors have made reasonable efforts to characterize, classify, categorize or designate the claims, assets, executory contracts, unexpired leases and other items reported in the Schedules and Statements correctly. Due to the complexity and size of the Debtors' businesses, however, the Debtors may have improperly characterized, classified, categorized or designated certain items.  In addition, certain items reported in the Schedules and Statements could be included in more than one category.  In those instances, one category has been chosen to avoid duplication. Further, the designation of a category is not meant to be wholly inclusive or descriptive of the rights or obligations represented by such item.

Nothing contained in the Schedules and Statements or these Global Notes shall constitute an admission or a waiver of rights with respect to these Chapter 11 cases, including, but not limited to, any issues involving substantive consolidation for plan purposes, subordination and/or causes of action arising under the provisions of Chapter 5 of the Bankruptcy Code and other relevant non-bankruptcy laws to recover assets or avoid transfers.  For the avoidance of doubt, listing a claim on Schedule D as "secured," on Schedule E as "priority," on Schedule F as "unsecured priority," or listing a contract or lease on Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtors of the legal rights of the claimant, or a waiver of a

Debtor's right to recharacterize or reclassify such claim or contract. Failure to designate a claim on a given Debtor's Schedules as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such amount is not "disputed," "contingent," or "unliquidated" or that such claim is not subject to objection. The Debtors reserve their respective rights to dispute, or assert offsets, setoffs or defenses to any claim reflected on the Schedules as to the nature, amount, liability, or status or to otherwise subsequently designate any claim as disputed, contingent or unliquidated.

**Reporting Date**. Each Debtor's fiscal year ends on December 31. All asset and liability information, except where otherwise noted, is provided as of the Petition Date.

**Currency**. All amounts are reflected in U.S. dollars as of the Petition Date, unless otherwise noted. Assets and liabilities denominated in foreign currencies were translated into U.S. dollars at reasonable market exchange rates as of the Petition Date, unless otherwise noted. Subsequent adjustments to foreign currency valuation were not made to assets and liabilities denominated in foreign currencies after the Petition Date, unless otherwise noted.

**Basis of Presentation**. ResCap has historically prepared quarterly and annual financial statements that were audited annually and included all of the Debtors as well as the non-Debtor entities within the ResCap consolidated group. The Schedules and Statements are unaudited. Unlike the consolidated financial statements, the Schedules and Statements generally reflect the assets and liabilities of each Debtor on a non-consolidated basis. Accordingly, the amounts listed in the Schedules and Statements will likely differ, at times materially, from the consolidated financial reports prepared historically by ResCap for public reporting purposes or otherwise.

Although the Schedules and Statements may, at times, incorporate information prepared in accordance with United States generally accepted accounting principles ("**GAAP**"), the Schedules and Statements neither purport to represent nor reconcile to financial statements otherwise prepared and/or distributed by the Debtors in accordance with GAAP or otherwise.

**Estimates and Assumptions**. The preparation of the Schedules and Statements required the Debtors to make estimates and assumptions that affected the reported amounts of certain assets and certain liabilities, the disclosure of contingent assets and liabilities and the reported amounts of revenue and expense. Actual results could differ materially from these estimates.

**Undetermined or Unknown Amounts**. The description of an amount as "Undetermined" or "Unknown" is not intended to reflect upon the materiality of such amount. Certain amounts may be clarified over the period of the bankruptcy proceedings and certain amounts may depend on contractual obligations to be assumed as part of a sale in a bankruptcy proceeding under section 363 of the Bankruptcy Code.

**Asset Presentation and Valuation**. The Debtors' assets are presented at values consistent with their books and records. Generally speaking, for assets that are valued at fair value or the lower of cost or fair value, the Debtors value these assets using modeling techniques customarily used in the industry and uses market based information to the extent possible in these valuations. These values do not purport to represent the ultimate value that would be received in the event of

a sale, and may not represent economic value as determined by an appraisal or other valuation technique.  As it would be prohibitively expensive and an inefficient use of estate assets for the Debtors to obtain current economic valuations for all of their assets, unless otherwise noted, the carrying value on the Debtors' books (*i.e.*, net book value), rather than current economic values is reflected on the Schedules and Statements. The stalking-horse bids approved by the Bankruptcy Court have not been considered in determining the value of the Debtors' assets.

**Contingent Assets and Causes of Action**.  Despite their reasonable efforts to identify all known assets, the Debtors may not have listed all of their causes of action or potential causes of action against third parties as assets in their Schedules and Statements, including, but not limited to, avoidance actions arising under chapter 5 of the Bankruptcy Code and actions under other relevant non-bankruptcy laws to recover assets. The Debtors reserve all of their rights with respect to any claims, causes of action, or avoidance actions they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any such claims, causes of actions, or avoidance actions or in any way prejudice or impair the assertion of such claims.

The Debtors may also possess contingent and unliquidated claims against affiliated entities (both Debtor and non-Debtor) for various financial accommodations and similar benefits they have extended from time to time, including, but not limited to, contingent and unliquidated claims for contribution, reimbursement, and/or indemnification arising from various (i) guarantees, (ii) indemnities, (iii) tax sharing agreements, (iv) warranties, (v) operational and servicing agreements, (vi) shared service agreements and (vii) other arrangements.

Additionally, prior to the Petition Date, each Debtor may have commenced various lawsuits in the ordinary course of its business against third parties seeking monetary damages for business-related losses. Refer to each Statement Question No. 4a or correspondent schedule for a list of lawsuits commenced prior to the relevant Petition Date in which the Debtor was a plaintiff, except as noted below.

**Pledged Assets**.  A significant amount of the assets listed on the Debtors' Schedule B have been pledged as collateral by the Debtors and are outside of the Debtors' control. These assets include, among other things, cash, securities, servicer advance receivables, consumer mortgage loans held for sale and corporate loans, equity interests in subsidiaries, primary and master servicing rights and other licenses and intangibles.

**Liabilities**.  Some of the scheduled liabilities are unknown, contingent and/or unliquidated at this time. In such cases, the amounts are listed as "Unknown" or "Undetermined." Accordingly, the Schedules and the Statements may not equal the aggregate value of the Debtors' total liabilities as noted on any previously issued financial statements.  In addition, certain contingent, unliquidated and disputed litigation claims listed on Schedule F are subject to various settlement agreements for which the Debtors have sought Bankruptcy Court approval as reflected at Docket No. 320 on the docket maintained for ResCap (Case No. 12-12020).

**Confidentiality**.  Addresses of current and former employees, customers and borrowers of the Debtors are generally not included in the Schedules and Statements. Notwithstanding, the Debtors will mail any required notice or other documents to the address in their books and

records for such individuals. In addition, certain schedules contain information about litigation involving individual borrowers. Except as to *pro se* plaintiffs, the Debtors have not included counter party addresses related to such actions but only the contact information for their counsel. Moreover, the Debtors have listed only the last four digits of the relevant borrower loan number and the relevant Debtor bank account.

**Intercompany Transactions**. Prior to the Petition Date (and subsequent to the Petition Date but only pursuant to Bankruptcy Court approval), the Debtors routinely engaged (and continue to engage) in intercompany transactions with both Debtor and non-Debtor subsidiaries and affiliates, including Ally Financial Inc. ("**AFI**"). With respect to prepetition transactions between Debtors, such intercompany accounts payable and receivable, if any, are reflected in the respective Debtor's Schedules and Statements and are not necessarily indicative of the ultimate recovery on any inter-Debtor receivables or the impairment or claim status of any intercompany payable. The Debtors have made every attempt to properly characterize, prioritize and classify all intercompany transaction. Each Debtor reserves all rights to re-characterize, re-prioritize and re-classify claims against and debts owed to other Debtors and non-Debtor affiliates.

**Bankruptcy Court First-Day Orders**. The Bankruptcy Court has authorized the Debtors to pay various outstanding prepetition claims, including but not limited to, payments relating to the Debtors' servicing obligations (as set forth in greater detail in Docket Nos. 87, 91, 391 and 400), employee wages and compensation, benefits, reimbursable business expenses and payroll-like taxes. Accordingly, the scheduled claims are intended to reflect sums due and owing before the Petition Date for which the Debtors did not obtain relief from the Bankruptcy Court to satisfy. The estimate of claims set forth in the Schedules, however, may not reflect assertions by the Debtors' creditors of a right to have such claims paid or reclassified under the Bankruptcy Code or orders of the Bankruptcy Court.

**Liens**. The inclusion on Schedule D of creditors that have asserted liens against the Debtors is not an acknowledgement of the validity, extent, or priority of any such liens, and the Debtors reserve their right to challenge such liens and the underlying claims on any ground whatsoever. Reference to the applicable agreements and other relevant documents is necessary for a complete description of the collateral and the nature, extent and priority of any liens. Nothing in these Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements. Certain liens may have been inadvertently marked as disputed but had previously been acknowledged in an order of the Court as not being disputed by the Debtors. It is not the Debtors' intent that Schedules be construed to supersede any orders entered by the Bankruptcy Court.

**Leases**. In the ordinary course of its business, the Debtors lease facilities from certain third-party lessors for use in the daily operation of the businesses. Any such leases are set forth in Schedule G. The property subject to any of such leases is not reflected in either Schedule A or Schedule B as either owned property or assets of the Debtors. Neither is the property subject to any such leases reflected in the Statements as property or assets of third-parties within the control of a Debtor. Nothing in the Schedules is or shall be construed as an admission or determination as to the legal status of any lease (including whether any lease is a true lease or a financing arrangement), and the Debtors reserve all rights with respect to any of such issues.

**Setoff**.  Prior to the Petition Date, and in the ordinary course of their businesses, the Debtors incurred setoffs in connection with, among other things, intercompany and derivative transactions.  Unless otherwise stated, certain setoffs that were incurred in the ordinary course or under customary practices are not listed in the Schedules and Statements and the Debtors have not intentionally offset amounts listed on Schedules B, D or F.  Nonetheless, some amounts listed may have been affected by setoffs taken of which the Debtors are not yet aware. The Debtors reserve all rights to challenge any setoff and/or recoupment rights that may be asserted.

**Guarantees and Other Secondary Liability Claims**.  The Debtors have used their reasonable best efforts to locate and identify guarantees and other secondary liability claims (collectively, "**Guarantees**") in each of their executory contracts, unexpired leases, secured financings, debt instruments and other such agreements. Where such Guarantees have been identified, they have been included in the relevant Schedule for the Debtor or Debtors affected by such Guarantees. The Debtors have placed Guaranty obligations on Schedule H for both the primary obligor and the guarantor of the relevant obligation. Such Guarantees were additionally placed on Schedule D or F for each guarantor, except to the extent that such Guarantee is associated with obligations under an executory contract or unexpired lease identified on Schedule G.  Further, it is possible that certain Guarantees embedded in the Debtors' executory contracts, unexpired leases, secured financings, debt instruments and other such agreements may have been inadvertently omitted. Thus, the Debtors reserve their rights to amend the Schedules and Statements to the extent that additional Guarantees are identified.  In addition, the Debtors reserve the right to amend the Schedules and Statements to recharacterize or reclassify any such contract or claim.

**Insiders**.   Hundreds of individuals are employed by certain of the Debtors and are given the title of either Executive Vice President, Managing Director, Senior Vice President, Vice President and Assistant Vice President.  However, for its response to Statement Question Nos. 21 and 23, ResCap and certain Debtors have listed members of its Board of Directors and all employees that are, or were, Executive Officers (Chief Executive Officer, Chief Financial Officer and General Counsel) and other persons that the Debtors believe fall within the legal definition of "insiders" in terms of control of the Debtors, management responsibilities or functions, decision-making or corporate authority. In the ordinary course of the Debtors' businesses, directors and officers of one Debtor may have been employed and paid by another Debtor or a non-Debtor affiliate.  The Debtors have only scheduled payments to Insiders that were paid or reimbursed by a Debtor while the Insider was in the employ of such Debtor.

The Schedules and Statements have been signed by James Whitlinger, in his capacity as Executive Vice President and Chief Financial Officer of each Debtor or such Debtor's managing member. In reviewing and signing the Schedules and Statements, Mr. Whitlinger has necessarily relied upon the efforts, statements and representations of other Debtor personnel and professionals. Mr. Whitlinger has not (and could not have) personally verified the accuracy of each such statement and representation, including statements and representations concerning amounts owed to creditors and their addresses.

---

In addition to the foregoing, the following conventions were adopted by the Debtors in the preparation of the Schedules and Statements:

### Schedules of Assets and Liabilities

Schedule A Notes.

- Real property includes the Debtors' real estate held for sale, real estate held for investment, and real estate acquired through foreclosure ("**REO**") as well as land and buildings occupied by the Debtors. REO is scheduled at the legal entity that held the underlying loan and in some instances, may not be scheduled under the Debtor that holds title to such REO because the Debtors did not transfer the asset off of the original lender's books and records.

- Before the Petition Date, EPRE LLC and AFI entered into a sale and buy-back transaction for the real estate interests in the data center property known as "Shady Oak" (Eden Prairie, Minnesota). As a result of certain terms and conditions under the agreement, including, but not limited to, buy-back and assumption obligations, the Debtors accounted for this transaction as a capitalized lease obligation and has included the property as an asset on its books and records. Therefore, these financial obligations are scheduled at book value on Schedules A and D.

Schedule B Notes.

- Each Debtor's assets in Schedule B is listed at net book value unless otherwise noted and may not necessarily reflect the market or recoverable value of these assets as of the Petition Date.

- Schedule B2 – Cash accounts are presented based on the actual cash balance as of the Petition Date. It does not include any adjustments for cash in transit (e.g., ACH issued but not settled and, issued, but outstanding, checks), and also does not include sums held in lockboxes, custodial accounts and any other accounts where cash is held for the benefit of third parties.

- Schedule B13 – Only direct investments of 5% or greater in subsidiaries are listed.

- Schedule B15 – Loans "held for sale" and trading securities are listed at net carry value plus accrued interest.

- Schedule B16 – This does not include (i) certain assets that were previously sold, transferred or settled immediately after the Petition Date and (ii) certain servicing advances that were collateralized and pledged under the Barclays-sponsored nonrecourse servicing advance facility (which was refinanced postpetition) (the "**GSAP Facility**"); however, these specific categories of assets are accounted for on Debtors' books and records in accordance with GAAP.

<u>Schedule D Notes</u>.

- The Debtors' assets are presented at values consistent with their books and records.  Generally speaking, for assets that are valued at fair value or the lower of cost or fair value, the Debtors value these assets using modeling techniques customarily used in the industry and uses market based information to the extent possible in these valuations. These values do not purport to represent the ultimate value that would be received in the event of a sale, and may not represent economic value as determined by an appraisal or other valuation technique. The Debtors reserve all rights to dispute or challenge the secured nature of any creditor's claim or the characterization of the structure of any transaction or any document or instrument (including, without limitation, any intercompany agreement) related to such creditor's claim.

- Except as otherwise agreed in accordance with a stipulation or order entered by the Bankruptcy Court, the Debtors reserve their rights to dispute or challenge the validity, perfection or immunity from avoidance of any lien listed on Schedule D purported to be granted to a secured creditor or perfected in any specific asset.  Nothing in these Global Notes or in the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements or related documents.

- In certain instances, a Debtor may be a co-obligor, co-mortgagor or guarantor with respect to scheduled claims of its affiliates. No claim scheduled on Schedule D is intended to acknowledge claims of creditors that are otherwise satisfied or discharged by other Debtors.

- Co-borrowers and guarantors under the AFI LOC (two Debtor-borrowers and four Debtor-guarantors) and the AFI Senior Secured Credit Facility (two Debtor-borrowers and seven Debtor-guarantors) are jointly and severally liable under each of these credit facilities.  Therefore, the full amount of obligations under these agreements is scheduled for each borrower and guarantor; however, the amounts that may ultimately be paid by the borrowers and guarantors has not yet been fixed and determined and remains subject to resolution.

- Prior to the Petition Date, the Debtors maintained the GSAP Facility to fund servicer advances (the "**Advances**") for specified PLS Trusts, and the facility was secured by the receivables relating to those Advances.  The Debtors also entered into a secured financing facility with BMMZ Holdings, LLC, an indirect, wholly owned subsidiary of AFI, pursuant to which the Debtors sold assets under repurchase agreements and repurchased the assets at a later date.  The BMMZ Repo Facility was secured by the assets being sold pursuant to the repurchase agreements. The Debtors did not schedule these facilities because as part of the first-day relief, the Debtors used the proceeds of the Barclays debtor-in-possession loan facility (the "**Barclays DIP**") to refinance the GSAP Facility and the BMMZ Repo Facility.

Schedule E Notes.

- The Bankruptcy Court has approved the payment of certain unsecured claims against the Debtors including, without limitation, certain claims of employees for wages, salaries, and benefits.  In general, employee claims for items that were not clearly authorized to be paid by the Bankruptcy Court have been included in the Schedules and Statements.

- The listing of any claim on this Schedule E does not constitute an admission by the Debtors that such claim is entitled to priority treatment under 11 U.S.C. § 507.

- The Debtors reserve the right to take the position that any claim listed on Schedule E is not entitled to priority.

- Due to confidentiality concerns, the Debtors have suppressed the addresses of the employee claimants listed in this Schedule.

Schedule F Notes.

- The Bankruptcy Court approved the payment of certain unsecured claims against the Debtors including, without limitation, claims of critical vendors.  While the Debtors have made every effort to reflect the current obligations as of the Petition Date in Schedule F, certain payments made and certain invoices received after the Petition Date may not be accounted for in Schedule F.

- To the extent that the Debtor, in its capacity as a named defendant, has only been identified in such cases as "GMAC," the action is listed in the Statement of GMAC Mortgage, LLC.

Schedule G Notes.

- While best efforts have been made to ensure the accuracy of Schedule G, inadvertent errors or omissions may have occurred.  To the extent a Debtor becomes aware of additional executory contracts and unexpired leases, it will supplement this Schedule.

- The Debtors hereby reserve all rights to dispute the validity, status or enforceability of any contracts, agreements or leases set forth in Schedule G and to amend or supplement such Schedule as necessary.  Additionally, the placing of a contract or lease onto this Schedule shall not be deemed an admission that such contract is an executory contract or unexpired lease, or that it is necessarily a binding, valid and enforceable contract.  Any and all of the Debtor's rights, claims and causes of action with respect to the contracts and agreements listed on this Schedule are hereby reserved and preserved.

- Omission of a contract or agreement from this Schedule does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease. The Debtor's rights under the Bankruptcy Code with respect to any such omitted contracts or agreements are not impaired by the omission.  This Schedule may be amended at any time to add any omitted contract or agreement.

- The contracts, agreements and leases listed on Schedule G may have expired or may have been rejected, terminated, assigned, modified, amended and/or supplemented from time to time by various amendments, change orders, restatements, waivers, estoppel certificates, letters and other documents, instruments, and agreements which may not be listed therein. Certain of the real property leases listed on Schedule G may contain renewal options, guarantees of payment, options to purchase, rights of first refusal, rights to lease additional space and other miscellaneous rights. Such rights, powers, duties and obligations are not set forth on Schedule G. Certain of the agreements listed on Schedule G may be in the nature of conditional sales agreements or secured financings, and the inclusion of such on Schedule G is not an admission that the agreement is an executory contract, financing agreement or otherwise.

Schedule H Notes.

- In the ordinary course of their businesses, the Debtors may be involved in pending or threatened litigation and claims. These matters may involve multiple plaintiffs and defendants, some or all of whom may assert cross-claims and counterclaims against other parties. Because all such claims are "contingent," "unliquidated" or "disputed", such claims have not been set forth individually on Schedule H.

**Statement of Financial Affairs**

**Question No. 1**: The Debtors scheduled Total Net Revenue and Income (Loss) Before Income Taxes and Discontinued Operation in accordance with GAAP and the Debtors' accounting policies and procedures as described in the Residential Capital Consolidated Financial Statements for the years ended December 31, 2011 and December 31, 2010.

**Question No. 2**: The Debtors scheduled Income Taxes and Discontinued Operations in accordance with GAAP and the Debtors' accounting policies and procedures as described in the Residential Capital, LLC Consolidated Financial Statements for the year ended December 31, 2011 and December 31, 2010.

**Question No. 3b**: The Debtors have not scheduled any payments to creditors aggregating more than $5,475 that were made during the 90 days prior to the Petition Date. Certain Debtors continue to reconcile this information and will file amended sub-Statements with this information at a later date.

**Question No. 3c**: The Debtors have not scheduled payments to insiders. Certain Debtors continue to reconcile this information and will file amended sub-Statements with this information at a later date.

**Question No. 4**: The Debtors made every effort to include on Attachment 4 a complete list of all suits and proceedings to which the Debtors were a party within the one year immediately preceding the Petition Date. However, the Debtors were unable to identify the address of certain opposing counsel for closed cases, and as a result, have scheduled the address as "unknown." The Debtors listed the case number and jurisdiction for these cases. In addition, the Debtors are

engaged in the business of originating, selling, and servicing residential real estate mortgage loans on behalf of the Debtors, their affiliates and other third-party investors.  In the ordinary course of business and at any time, a number of the mortgage loans the Debtors service are delinquent and in default.  As part of the servicing function, the Debtors are required to commence foreclosure proceedings against certain borrowers and, if a foreclosure is not otherwise resolved, to complete the foreclosure sale of the mortgaged property.

The Debtors manage more than 65,000 foreclosure actions that were commenced either in the name of a Debtor or third-party investors.  Attachment 4a to the Statements includes all foreclosure actions commenced where a Debtor owns the underlying mortgage loan or where the borrower-defendant contested the foreclosure by seeking a temporary restraining order or has filed a counterclaim or cross-claim against a Debtor entity.

Foreclosure actions commenced on behalf of third-party investors are not listed in Attachment 4a to the Statements, unless the borrower has contested the foreclosure or filed a counter-claim or cross-claim against a Debtor, because such proceedings are an integral part of the ordinary course of the Debtors' loan servicing business.  To the extent a Debtor omitted any suits or proceedings, it will amend its Statement.

**Question No. 5**:  While various lenders purported to exercise certain remedies under their respective agreements, the Debtors reserve all of their rights with respect to whether the remedies exercised by such lenders were proper or were properly exercised.

**Question No. 7**:  Gifts given to customers are not scheduled because they are issued in the ordinary course of business as part of the Debtors' marketing and branding efforts.

**Question No. 8**:  Workers' compensation claims generally have been excluded from the Schedules and Statements because the Debtors are performing their obligations as required by law and in accordance with Bankruptcy Court orders granting authority to the Debtors to satisfy those obligations in the ordinary course.  In addition, ordinary property losses of *de minimus* amounts (i.e., vandalism, theft, flood damage, etc.) are identified, but the value of the loss is excluded because such information is not ordinarily maintained in the Debtors' books and records.  However, the Debtors have identified any related insurance reimbursements that they received under AFI's property and casualty insurance programs.

**Question No. 9**:  The Debtors' obligations are paid by and through ResCap. Accordingly, all payments related to debt counseling or bankruptcy for affiliated Debtors appear in the response to Question No. 9 of ResCap's Statement (Case No. 12-12020).  Among the scheduled professional payments are retainer payments made to: (i) Morrison & Foerster LLP ($3.5 million), (ii) FTI Consulting, Inc. ($1.35 million) and (iii) Centerview Partners, LLC ($300,000).

In addition, the Debtors made payments totaling approximately $9.5 million to professionals and advisors on behalf of third-party creditors and Ad Hoc committees representing third party creditors as required under relevant agreements.

**Question No. 10**:  Footnotes for Question No. 10 are contained in the respective Debtor Statement of Financial Affairs.

**Question No. 12:**  The Debtors had no safe deposit boxes; however, bank accounts that contained cash or securities, which were closed prior to the Petition Date, are listed in response to Question No. 11.  Signatories for such bank and security accounts are not disclosed in response to Question No. 12 due to confidentiality and security reasons.

**Question No. 13**:  Certain of the Debtors have engaged in various derivative transactions in connection with their market risk management activities.  In these transactions, Debtors routinely incur setoffs on collateral that has been posted or cash flows to be paid to various counterparties, including affiliates.  These setoffs are consistent with the ordinary course of business in the Debtors' industries and these transactions and can be particularly voluminous, making it unduly burdensome and costly for the Debtors to list all such instances.  In addition, in the ordinary course, counterparties, including, but not limited, to Ally Bank, routinely setoff certain obligations owed to the Debtors in the settlement of loan sale proceeds and payment of servicing and other operational income.  Therefore, these ordinary course setoffs are excluded from the Debtors' responses to Question No. 13.

Prior to the Petition Date, the Debtors, under ordinary course accounting procedures and operations processes, netted intercompany obligations to each other and with non-Debtor affiliates.  The Debtors have used their reasonable best efforts to identify all known setoffs with non-Debtor affiliates.

**Question No. 14**:  The Debtors maintain and service loan portfolios owned by various institutions.  At any given time, in the ordinary course of business, the Debtors received and disbursed funds related to the loans that they serviced.  In conjunction with loan servicing, the Debtors control and continue to maintain lockboxes, disbursement accounts and custodial bank accounts, which are detailed in Attachment 14 to the Statements.  The Debtors reserve the right to dispute or challenge the ownership interest of assets held in such accounts.

**Question No. 15**:  In certain instances, a Debtor was not able to identify the initial date of occupancy, and therefore used its date of incorporation as the date on which occupancy commenced at the specific premises.

**Question No. 17**:  From time to time, the Debtors have, in the ordinary course of business, foreclosed on real estate property subject to minor problems that were subsequently resolved.  The disclosures pertain only to Debtor-owned real property, not real property managed by the Debtors for the benefit of third-party investors.  The Debtors have utilized their best efforts in reviewing their books and records to identify all material environmental issues, but the lists might be incomplete and will be updated should additional information become available.

**Questions Nos. 19(a)-(c)**:  The Debtors' books and records are in an integrated system and may be accessed by multiple employees of the Debtors, AFI, Ally Bank and other affiliates.  The lists of firms and individuals listed in response to Question Nos. 19(a)-(c) are not intended to be exhaustive, but rather represent a listing of those firms and/or individuals that supervised or were primarily responsible for the respective tasks, since AFI had ultimate control over the Debtors' books and records.

**Question No. 19d**:  Prior to the Petition Date, upon the occurrence of certain significant events and at the end of the Debtors' fiscal quarters and fiscal years, AFI filed reports with the Securities and Exchange Commission ("**SEC**") on Form 8-K Current Reports, Form 10-Q Quarterly Reports and Form 10-K Annual Reports that contained the Debtors' financial results. Because these reports are of public record, the Debtors do not have records of the parties who requested or obtained copies of any such documents.  The Debtors' individual financial statements were also provided to various third parties, including, but not limited to, financial counterparties, vendors, government agencies, government sponsored entities, investors and lenders, as required under contractual arrangements and to maintain credit terms with vendors and service providers.

**Question No. 20**:  Due to the nature of their operations, the Debtors do not hold physical inventory for sale to customers.  Therefore, none has been listed in their responses to Statement question 20.

**Question No. 22b**:  Gerald A. Lombardo has been listed as a former Treasurer for a number of the Debtors.  To clarify, Mr. Lombardo was an employee of AFI who provided treasury services for certain Debtors.

**Question No. 23**:  Prior to the Petition Date, certain of the Debtors' employees were previously employees of AFI or other non-Debtor affiliates at different times during the reporting period and were only compensated by those non-Debtor parties.  Attachment 23 to the Statements only includes cash and non-cash transfers, including grants of restricted stock units, while such individuals were employees of one of the Debtors.

**Question No. 24**: ResCap and its limited liability subsidiaries are disregarded entities for tax purposes.  ResCap's incorporated subsidiaries are part of the AFI consolidated tax group.  The Debtors have provided the name and tax identification number of the taxpayer for federal tax purposes for each of the Debtors.

**B6 Summary (Official Form 6 - Summary) (12/07)**
**UNITED STATES BANKRUPTCY COURT**
**Southern District of New York, New York**

In re: **Executive Trustee Services, LLC**                                              **Case No. 12-12028 (MG)**

**Chapter 11**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| Name of Schedule | Attached (YES/NO) | No. of Sheets | Assets | Liabilities | Other |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $0.00 | | |
| B - Personal Property | YES | 20 | $276,910,840.70 | | |
| C - Property Claimed as Exempt | NO | N/A | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $0.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 4 | | $0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 30 | | $12,427,241.39 | |
| G - Executory Contracts and Unexpired Leases | YES | 4 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | NO | N/A | | | |
| J - Current Expenditures of Individual Debtor(s) | NO | N/A | | | |
| **TOTAL** | | **61** | **$276,910,840.70** | **$12,427,241.39** | |

B6A (Official Form 6A) (12/07)

**In re: Executive Trustee Services, LLC**                                    **Case No. 12-12028 (MG)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate.  Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit.   If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "HWJC."  If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim.  See Schedule D.  If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM OR MORTGAGE |
|---|---|---|---|---|
| NONE | | | $0.00 | $0.00 |
| | | Total | **$0.00** | |

(Report total also on Summary of Schedules.)

Page 1 of 1

B6B (Official Form 6B) (12/0

In re: **Executive Trustee Services, LLC**                                    Case No. 12-12028 (MG)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind.  If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None".  If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category.   If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "HWJC." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."  If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007 (m).

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | X | | | $0.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | $0.00 |

Subtotal (Total on this page)              $0.00

B6B (Official Form 6B) (12/07) - Cont.

**In re: Executive Trustee Services, LLC**                                      Case No. 12-12028 (MG)

# SCHEDULE B - PERSONAL PROPERTY

(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | $0.00 |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | $0.00 |
| 5.  Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | $0.00 |

Subtotal (Total on this page)     **$0.00**

B6B (Official Form 6B) (12/07) - Cont.

**In re: Executive Trustee Services, LLC**                                    **Case No. 12-12028 (MG)**

## SCHEDULE B - PERSONAL PROPERTY

(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 6.  Wearing apparel. | X | | | $0.00 |
| 7.  Furs and jewelry. | X | | | $0.00 |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | $0.00 |

Subtotal (Total on this page)     **$0.00**

B6B (Official Form 6B) (12/07) - Cont.

**In re: Executive Trustee Services, LLC**                                      Case No. 12-12028 (MG)

## SCHEDULE B - PERSONAL PROPERTY

(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 9.  Interests in insurance policies.  Name insurance company of each policy and itemize surrender or refund value of each. | X | | | $0.00 |
| 10.  Annuities. Itemize and name each issuer. | X | | | $0.00 |
| 11.  Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | $0.00 |

Subtotal (Total on this page)     **$0.00**

B6B (Official Form 6B) (12/07) - Cont.

**In re: Executive Trustee Services, LLC**                                    **Case No. 12-12028 (MG)**

# SCHEDULE B - PERSONAL PROPERTY

(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | $0.00 |
| 13.  Stock and interests in incorporated and unincorporated businesses. Itemize. | | See Schedule B13 Attachment | | UNKNOWN |
| 14.  Interests in partnerships or joint ventures. Itemize. | X | | | $0.00 |

Subtotal (Total on this page)          **$0.00**

B6B (Official Form 6B) (12/07) - Cont.

**In re: Executive Trustee Services, LLC**                                    Case No. 12-12028 (MG)

# SCHEDULE B - PERSONAL PROPERTY

(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15.  Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | $0.00 |
| 16.  Accounts Receivable. | | Various Vendors<br>Real Estate Taxes and Other Obligations | | $11,166.00 |
| 17.  Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | $0.00 |

Subtotal (Total on this page)          **$11,166.00**

B6B (Official Form 6B) (12/07) - Cont.

**In re: Executive Trustee Services, LLC**                                                    **Case No. 12-12028 (MG)**

## SCHEDULE B - PERSONAL PROPERTY

(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 18.  Other liquidated debts owed to debtor including tax refunds. Give particulars. | | See Schedule B18 Attachment | | $276,897,878.33 |
| 19.  Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A – Real Property. | X | | | $0.00 |
| 20.  Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | $0.00 |

Subtotal (Total on this page)        **$276,897,878.33**

B6B (Official Form 6B) (12/07) - Cont.

**In re: Executive Trustee Services, LLC**                                      Case No. 12-12028 (MG)

# SCHEDULE B - PERSONAL PROPERTY

(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 21.  Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | $0.00 |
| 22.  Patents, copyrights, and other intellectual property. Give particulars. | X | | | $0.00 |
| 23.  Licenses, franchises, and other general intangibles. Give particulars. | | See Schedule B23 Attachment | | UNKNOWN |

Subtotal (Total on this page)      **$0.00**

B6B (Official Form 6B) (12/07) - Cont.

**In re: Executive Trustee Services, LLC**                                                      **Case No. 12-12028 (MG)**

## SCHEDULE B - PERSONAL PROPERTY

(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 24.  Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | $0.00 |
| 25.  Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | $0.00 |
| 26.  Boats, motors, and accessories. | X | | | $0.00 |

Subtotal (Total on this page)                    **$0.00**

B6B (Official Form 6B) (12/07) - Cont.

**In re: Executive Trustee Services, LLC**                                      **Case No. 12-12028 (MG)**

## SCHEDULE B - PERSONAL PROPERTY

(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 27. Aircraft and accessories. | X | | | $0.00 |
| 28. Office equipment, furnishings, and supplies. | | Office Equipment, Furnishings and Supplies 2255 N. Ontario Street 400 Burbank, CA 91504 | | $1,796.37 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | $0.00 |

Subtotal (Total on this page)              **$1,796.37**

B6B (Official Form 6B) (12/07) - Cont.

**In re: Executive Trustee Services, LLC**                                    **Case No. 12-12028 (MG)**

## SCHEDULE B - PERSONAL PROPERTY

(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 30.  Inventory. | X | | | $0.00 |
| 31.  Animals. | X | | | $0.00 |
| 32.  Crops - growing or harvested.  Give particulars. | X | | | $0.00 |

Subtotal (Total on this page) | **$0.00**

B6B (Official Form 6B) (12/07) - Cont.

**In re: Executive Trustee Services, LLC**                                                    **Case No. 12-12028 (MG)**

## SCHEDULE B - PERSONAL PROPERTY

(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 33.  Farming equipment and implements. | X | | | $0.00 |
| 34.  Farm supplies, chemicals, and feed. | X | | | $0.00 |
| 35.  Other personal property of any kind not already listed. Itemize. | | See Schedule B35 Attachment<br>General Litigation | | UNKNOWN |

Subtotal (Total on this page)   **$0.00**

B6B (Official Form 6B) (12/07) - Cont.

**In re: Executive Trustee Services, LLC**                                      **Case No. 12-12028 (MG)**

## SCHEDULE B - PERSONAL PROPERTY

(Continuation Sheet)

| | |
|---|---|
| Subtotal (Total on this page) | $0.00 |
| Total | $276,910,840.70 |

(Include amounts from any continuation
sheets attached.  Report total also on
Summary of Schedules.)

**In re: Executive Trustee Services, LLC**

**Case No. 12-12028**

Schedule B13

Personal Property - Stock and interests in incorporated and unincorporated businesses

| Business Name | Address 1 | City | State | Zip | Ownership % or # of shares | Net Book Value of investment |
|---|---|---|---|---|---|---|
| ETS of Virginia, Inc. | 3900 Westerre Parkway Suite 300 | Richmond | VA | 23233 | 100.00% | Unknown |
| ETS of Washington, Inc. | 800 Bellevue Way NE Suite 420 | Bellevue | WA | 98004 | 100.00% | Unknown |
| | | | | | **Total:** | Unknown |

**In re: Executive Trustee Services, LLC**

**Case No. 12-12028**

Schedule B18

Personal Property - Other liquidated debts owing to debtor including tax refunds

| Entity Due From | Description And Location Of Property | Current Value Of Debtor's Interest In Property, Without Deducting Any Secured Claim Or Exemption |
|---|---|---|
| Residential Funding Company, LLC | Intercompany Receivable Acct: 2041200001 | $372,549.11 |
| ETS of Washington, Inc. | Intercompany Receivable Acct: 20412001 | $9,396.57 |
| GMAC Mortgage, LLC | Intercompany Receivable Acct: 24000102 | $276,515,932.65 |
| | **TOTAL:** | $276,897,878.33 |

**In re: Executive Trustee Services, LLC**
**Case No. 12-12028**
Schedule B23
Personal Property - Licenses, franchises, and other general intangibles

| Type Of Property | Description And Location Of Property | Current Value Of Debtor's Interest In Property, Without Deducting Any Secured Claim Or Exemption |
|---|---|---|
| Exemption | Exempt Out of State Collection Agency-Hawaii<br>License Number: COLAX 377<br>Issue Date: 08/24/2007 | UNKNOWN |
| License | Business License (Collection)-Delaware<br>License Number: 2012101050<br>Issue Date: 02/15/2012 | UNKNOWN |
| License | City Business License- California<br>License Number: BT 61030<br>Issue Date: N/A | UNKNOWN |
| License | Collection Agency Certificate of Registration- Utah<br>License Number: 7863808-1031<br>Issue Date: 05/22/2007 | UNKNOWN |
| License | Collection Agency License- Alaska<br>License Number: 902390<br>Issue Date: 03/20/2008 | UNKNOWN |
| License | Collection Agency License- Arkansas<br>License Number: 3224<br>Issue Date: 09/11/2007 | UNKNOWN |
| License | Collection Agency License- Colorado<br>License Number: 989753<br>Issue Date: 09/20/2007 | UNKNOWN |
| License | Collection Agency License- Connecticut<br>License Number: 20367<br>Issue Date: 02/14/2007 | UNKNOWN |
| License | Collection Agency License- Idaho<br>License Number: CCA-7045<br>Issue Date: 08/09/2007 | UNKNOWN |
| License | Collection Agency License- Indiana<br>License Number: 12-0035 CA<br>Issue Date: 03/12/2012 | UNKNOWN |
| License | Collection Agency License- Maryland<br>License Number: 6201<br>Issue Date: 03/06/2012 | UNKNOWN |
| License | Collection Agency License- Michigan<br>License Number: 2401002173<br>Issue Date: 11/21/2007 | UNKNOWN |

**In re: Executive Trustee Services, LLC**
**Case No. 12-12028**
Schedule B23
Personal Property - Licenses, franchises, and other general intangibles

| Type Of Property | Description And Location Of Property | Current Value Of Debtor's Interest In Property, Without Deducting Any Secured Claim Or Exemption |
|---|---|---|
| License | Collection Agency License- Minnesota<br>License Number: 40041780<br>Issue Date: 09/05/2007 | UNKNOWN |
| License | Collection Agency License- New Mexico<br>License Number: 01028<br>Issue Date: 07/30/2007 | UNKNOWN |
| License | Collection Agency License- New York<br>License Number: 548541<br>Issue Date: 12/04/2007 | UNKNOWN |
| License | Collection Agency License- North Dakota<br>License Number: CA101708<br>Issue Date: 10/17/2007 | UNKNOWN |
| License | Collection Agency License- Oregon<br>License Number: 49413<br>Issue Date: 12/14/2007 | UNKNOWN |
| License | Collection Agency License- Wyoming<br>License Number: 473<br>Issue Date: 04/09/2008 | UNKNOWN |
| License | Collection Agency Manager License- Minnesota<br>License Number: 40041782<br>Issue Date: 09/05/2007 | UNKNOWN |
| License | Collection Agency Manager License- Nevada<br>License Number: CM09758<br>Issue Date: 03/20/2009 | UNKNOWN |
| License | Collection Agency Manager- Michigan<br>License Number: 2402002061<br>Issue Date: 10/16/2006 | UNKNOWN |
| License | Collection Agency Manager- Tennessee<br>License Number: 2645<br>Issue Date: 01/27/2011 | UNKNOWN |
| License | Collection Agency Manager's License- New Mexico<br>License Number: 01612<br>Issue Date: 07/30/2007 | UNKNOWN |

**In re: Executive Trustee Services, LLC**

**Case No. 12-12028**

Schedule B23

Personal Property - Licenses, franchises, and other general intangibles

| Type Of Property | Description And Location Of Property | Current Value Of Debtor's Interest In Property, Without Deducting Any Secured Claim Or Exemption |
|---|---|---|
| License | Collection Agency Operator- Alaska License Number: O-888 Issue Date: 03/20/2008 | UNKNOWN |
| License | Collection Service Agency License- Tennessee License Number: 1021 Issue Date: 10/27/2009 | UNKNOWN |
| License | Consumer Collection Agency- Florida License Number: CCA0900215 Issue Date: 08/09/2007 | UNKNOWN |
| License | Debt Collection Agency License- New York License Number: 1270195 Issue Date: 10/15/2007 | UNKNOWN |
| License | Debt Collector License- Maine License Number: DCL11035 Issue Date: 12/29/2008 | UNKNOWN |
| License | Escrow Agent License Renewal- Arizona License Number: EA-0908984 Issue Date: 02/14/2007 | UNKNOWN |
| License | Foreign Collection Agency Registration- Nevada License Number: FCA09322 Issue Date: 06/01/2009 | UNKNOWN |
| License | Out of State Collection Agency Tax Registration- Washington License Number: 602 673 840 Issue Date: 08/27/2007 | UNKNOWN |
| License | State Business License- Alaska License Number: 902390 Issue Date: 12/26/2006 | UNKNOWN |
| License | Tax Registration Certificate- California License Number: 0000171688-0001-1 Issue Date: 06/04/2007 | UNKNOWN |
| License | Third Party Debt Collection Bond- Texas License Number: M2071154 Issue Date: N/A | UNKNOWN |

**In re: Executive Trustee Services, LLC**

**Case No. 12-12028**

Schedule B23

Personal Property - Licenses, franchises, and other general intangibles

| Type Of Property | Description And Location Of Property | Current Value Of Debtor's Interest In Property, Without Deducting Any Secured Claim Or Exemption |
|---|---|---|
| Registration | 537.6201 Debt Collection Notification- Iowa<br>License Number: 2007-77787<br>Issue Date: 05/23/2007 | UNKNOWN |
| Registration | Business Registration Certificate (Collection Agency)- West Virginia<br>License Number: 1005-3543<br>Issue Date: 02/21/2012 | UNKNOWN |
| Registration | Collection Agency Registration- Louisiana<br>License Number: 36501165I<br>Issue Date: 07/20/2007 | UNKNOWN |
| Registration | Debt Collector Registration- Rhode Island<br>License Number: 20120998DC<br>Issue Date: 03/21/2012 | UNKNOWN |
| | **Total:** | **UNKNOWN** |

In re: Executive Trustee Services, LLC
Case No. 12-12028
Schedule B35
Personal Property - Other personal property of any kind not already listed - General Litigation

| Description | Matter Number | Matter Caption | State/ Province | Court | Docket | Case Description | Opposing Counsel with address | Address | City | State | Zip | Value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| General Litigation | 718801 | GMAC Mortgage, LLC fka GMAC Mortgage Corporation, and Executive Trustee Services, LLC, fka Executive Trustee Services, Inc. vs. William J. Hale, Opteum Financial Services, LLC, Martin J. Levine, as Trustee, Lenders First Choice, Nationwide Lending Corporation, HSBC Mortgage Services, #10 Bloomington Trust Just In Land, Trustee, MERS, Inc., SBS Lien Services, The Judge Law Firm, All Claiming Any Legal Right, Title, Estate, or Interest in the Property Described in the Complaint, and Does 1-25 | California | CA, ORANGE COUNTY, SUPERIOR CRT - PRIMARY | 30-2010-00428624 | Servicing - Mortgage | N/A | 10 Bloomington Street | Ladera Ranch | CA | 92694 | Unknown |
| General Litigation | 728846 | Lin Calvin vs. Executive Trustee Services LLC | California | CA- SUPERIOR COURT LOS ANGELES COUNTY EAST DISTRICT- UNLIMITED JURISDICTION - LOS ANGELES COUNTY EAST | POM 11S00729 | Early Case Resolution | N/A | 2253 GLENROY STREET | POMONA | CA | 91766 | Unknown |
| | | | | | | | | | | | TOTAL: | Unknown |

B6D (Official Form 6D) (12/07)

**In re: Executive Trustee Services, LLC**                                        **Case No. 12-12028 (MG)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "HWJC."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☑ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, AND AN ACCOUNT NUMBER *(See Instructions Above.)* | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | $0.00 | $0.00 |
| NONE | | | | | | | | |
| | | | Subtotal(s) (Total(s) on this page) | | | | **$0.00** | **$0.00** |
| | | | Total(s) (Use only on last page) | | | | **$0.00** | **$0.00** |
| | | | | | | | (Report also on Summary of Schedules) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

B6E (Official Form 6E) (04/10)

**In re: Executive Trustee Services, LLC**                                    **Case No. 12-12028 (MG)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "HWJC." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIM  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

*Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B6E (Official Form 6E) (04/10) - Cont.

**In re: Executive Trustee Services, LLC**                                    **Case No. 12-12028 (MG)**

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507 (a)(10).

*Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B6E (Official Form 6E) (04/10) - Cont.

**In re: Executive Trustee Services, LLC**                                    **Case No. 12-12028 (MG)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS, INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| See Schedule E Attachment | | | | | | | UNKNOWN | UNKNOWN | UNKNOWN |
| Subtotals (Totals on this page): | | | | | | | $0.00 | $0.00 | $0.00 |
| Total: (Report also on the Summary of Schedules) | | | | | | | $0.00 | | |
| Totals: (Report also on the Statistical Summary of Certain Liabilities Related Data) | | | | | | | | $0.00 | $0.00 |

Page 3 of 3

**In re: Executive Trustee Services, LLC**
**Case No. 12-12028**
Schedule E
Creditors Holding Unsecured Priority Claims

| Creditor's Name | Address 1 | City | State | Zip | Codebtor | Date claim was incurred and consideration for claim | Contingent | Unliquidated | Disputed | Total amount of claim | Amount entitled to priority | Amount not entitled to priority, if any |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CA Franchise Tax Board | PO Box 942857 | Sacramento | CA | 94257-0631 | | Tax - Franchise, LLC Fee | X | X | X | Unknown | Unknown | Unknown |
| Commonwealth of PA | PO Box 280905 | Harrisburg | PA | 17128-0905 | | Tax - S&U | X | X | X | Unknown | Unknown | Unknown |
| PA Department of Revenue | PO Box 280425 | Harrisburg | PA | 17128-0425 | | Tax - Franchise | X | X | X | Unknown | Unknown | Unknown |
| State of Connecticut | 25 Sigourney Street, Suite 2 | Hartford | CT | 06106 | | Tax - Net Worth | X | X | X | Unknown | Unknown | Unknown |
| State of Maryland | 301 West Preston Street, Room 801 | Baltimore | MD | 21201-2395 | | Tax - PPT | X | X | X | Unknown | Unknown | Unknown |
| WA State Department of Revenue | PO Box 34051 | Seattle | WA | 98124-1051 | | Tax - Gr Rcpts | X | X | X | Unknown | Unknown | Unknown |
| | | | | | | | | | TOTAL: | **Unknown** | **Unknown** | **Unknown** |

B6F (Official Form 6F) (12/07)

In re: **Executive Trustee Services, LLC**                                                    Case No. 12-12028 (MG)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.   See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "HWJC."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS, INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| See Schedule F-1 Attachment General Claims | | | | | | | $12,416,241.39 |
| See Schedule F-3 Attachment General Litigation Claims | | | | | | | Unknown |

Subtotal (Total on this page)          **$12,416,241.39**

B6F (Official Form 6F) (12/07) - Cont.

**In re: Executive Trustee Services, LLC**                                    Case No. 12-12028 (MG)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS, INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See Instructions Above.)* | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| See Schedule F-4 Attachment Settled Litigation | | | | | | | $11,000.00 |

|  |  |
|---|---|
| Subtotal (Total on this page) | **$11,000.00** |
| Total (Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | **$12,427,241.39** |

**In re: Executive Trustee Services, LLC**
**Case No. 12-12028**
Schedule F-1
General Claims
Creditors Holding Unsecured Claims

| Creditor's Name | Address 1 | City | State | Zip | Co-Debtor | Date claim was incurred and consideration for claim | Subject to setoffs Y/N | Contingent | Unliquidated | Disputed | Total amount of claim |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Ally Financial, Inc | 3420 Toringdon Way | Charlotte | NC | 28277 | | Reimbursement for Ally Financial, Inc restricted and deferred stock options | | X | X | X | Unknown |
| ETS of Virginia, Inc. | 3900 Westerre Parkway Suite 300 | Richmond | VA | 23233 | | Intercompany Payable | | | | | $153,661.68 |
| ETS of Virginia, Inc. | 3900 Westerre Parkway Suite 300 | Richmond | VA | 23233 | | Intercompany Payable | | | | | $1,173,860.49 |
| GMAC Mortgage, LLC | 1100 Virginia Drive | Fort Washington | PA | 19034 | | Intercompany Payable | | | | | $5,107.81 |
| GMAC Mortgage, LLC | 1100 Virginia Drive | Fort Washington | PA | 19034 | | Intercompany Payable | | | | | $197,898.72 |
| GMAC Mortgage, LLC | 1100 Virginia Drive | Fort Washington | PA | 19034 | | Intercompany Payable | | | | | $10,885,712.69 |
| | | | | | | | | | | Total: | **$12,416,241.39** |

In re: Executive Trustee Services, LLC
Case No. 12-12028
Schedule F-3
General Litigation
Creditors Holding Unsecured Claims

| Creditor's Name | Address 1 | Address 2 | City | State | Zip | Co-Debtor | Date claim was incurred and consideration for claim | Subject to setoffs Y/N | Contingent | Unliquidated | Disputed | Total amount of claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Alan Gjurovich and Star Hills vs. GMAC Mortgage LLC; President John Doe1; GMAC Mortgage LLC Vice President Charles R. Hoecker; GMAC Mortgage LLC; ETS Services LLC President John Doe 2, ETS Services LLC; ETS Services LLC Sales Trutee Omar Solorzano; ETS Services, LLC Managers Joseph A. Pensabene, Mark B. Lahiff, and Adam Leppo; ETS Services, LLC Trustee Sale Officer; and John Does 3-99 Docket: S-1500-CV-271292 Matter: 704149 | 3018 LINDEN AVENUE | | BAKERSFIELD | CA | 93305 | | General Litigation - Foreclosure | | X | X | X | Unknown |
| Alan T. Israel and Jill C. Habib v. GMAC Mortgage; GreenPoint Mortgage Funding; Specialized Loan Servicing, LLC., Douglas Wayne Davis; Patrique Davis; Diana Wollery, Appraisal Services; ETS Services, LLC, American Benefit Mortgage; Timothy D. Gullard; Alan Ainsworth Acker, Jr., and DOES 1-20 inclusive Docket: 10CECG01330 Matter: 700241 | LAW OFFICES OF TIMOTHY J O'CONNOR | 2412 BABSON DR | ELK GROVE | CA | 95758 | | General Litigation - Origination - Mortgage | | X | X | X | Unknown |
| Alexander Valenzuela vs. New Century Mortgage Corporation, GMAC Mortgage, Executive Trustee Services, LLC dba ETS, LLC and Does 1-100 Docket: CIVDS1106135 Matter: 713796 | 905 West 58th Street | | San Bernardino | CA | 92407 | | General Litigation - Foreclosure | | X | X | X | Unknown |
| Alvin Labostrie, Sandra Labostrie vs. GMAC Mortgage, LLC; US Bank NA, as Trustee of GPMFT 2007-AR1; Mortgage Electronic Registration Systems, Inc.; ETS Services, LLC and Does 1-100 Docket: BC450042 Matter: 708651 | The Law Office of Barbara J. Gilbert | 5405 Alton Parkway, #702 | Irvine | CA | 92604 | | General Litigation - Foreclosure | | X | X | X | Unknown |
| AMNA Limited Liability Company, a California limtied liability company, vs. Mortgageit, Inc., a New York corporation. Mortgage Electronic Registration Systems, Inc., a Delaware Corporation, ETS Services, LLC, a Delaware limited Liability Company, and all persons unknown, claiming any legal or equitable right, title, estate, lien or interest in the Property adverse to Plaintiffs' title, or any cloud on Plaintiffs' title to the Property and Does 1 through 20 inclusive Docket: 34-2010-00091011 Matter: 706489 | 2300 BURBERRY WAY SACRAMENTO CA 95835 | | SACRAMENTO | CA | 95835 | | General Litigation - Origination - Mortgage | | X | X | X | Unknown |
| ANGELA LEMONS VS. GMAC MORTGAGE LLC F/K/A GMAC MORTGAGE CORP AND EXECUTIVES TRUSTEE SERVICES LLC Docket: 10CV2561 Matter: 702559 | ROYSTON, RAYZOR, VICKERY & WILLIAMS, LLP | 802 N. Carancahua, Suite 1300 | Corpus Christi | TX | 78470 | | General Litigation - Foreclosure | | X | X | X | Unknown |

In re: Executive Trustee Services, LLC
Case No. 12-12028
Schedule F-3
General Litigation
Creditors Holding Unsecured Claims

| Creditor's Name | Address 1 | Address 2 | City | State | Zip | Co-Debtor | Date claim was incurred and consideration for claim | Subject to setoffs Y/N | Contingent | Unliquidated | Disputed | Total amount of claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Armando Solorzano and Iliano Solorano, husband and wife VS. James Downs and Albertina Downs, husband and wife; PNC Bank, National Association, successor by merger to National City Bank; Executive Trustee Services, INC., All persons unknown claiming any legal of equitable right, title estate, lien, of interest in th property described in the complaint adverse to plaintiff's title, or cloud on plaintiff's title thereto; does 1 through 100 Docket: 112CV223481 Matter: 728479 | Chiarelli & Mollica LLP | 2121 North California Blvd. Suite 520 | Walnut Creek | CA | 94596 | | General Litigation - Foreclosure | | X | X | X | Unknown |
| Aurora Bank FSB v. GMAC Mortgage, LLC; Executive Trustee Services, LLC; and Does 1-25 inclusive Docket: NA PRIMARY Matter: 721548 | GREEN & HALL, APC | 1851 EAST FIRST STREET TENTH FLOOR | SANTA ANA | CA | 92705 | | General Litigation - Servicing Mortgage | | X | X | X | Unknown |
| AWADALLA, EVETTE, OLIVIA AWADALLA AND STEVE AWADALLA  V. MAGDALENA GARCIA, GMAC MORTGAGE, LLC, GREENPOINT MORTGAGE FUNDING INC., MIGUEL CAMACHO, EXECUTIVE TRUSTEE SERVICES, AND DOES 1-10 Docket: 2:10-cv-1620; BC430238; CV09-00388 Matter: 692925 | Law Offices Of John Kolfschoten | 3807 Wilshire Blvd, Suite #770 | Los Angeles | CA | 90010 | | General Litigation - Servicing Mortgage | | X | X | X | Unknown |
| BANK OF AMERICA, NA V GMAC MORTGAGE LLC, fka GMAC MORTGAGE CORPORATION, EXECUTIVE TRUSTEEE SERVICES, LLC, a Delaware Limited Liability company, fka EXECUTIVE TRUSTEE SERVICES, INC.,  a Pennsylvania Corporation; IVORY THOMAS, an individual Docket: BC470150 Matter: 719269 | CUNNINGHAM & TREADWELL | 21800 Oxnard Street | Woodland Hills | CA | 91368 | | General Litigation - Servicing Mortgage | | X | X | X | Unknown |
| Bernardino M Briceno and Yvonne M Briceno vs GMAC Mortgage,LLC;Executive Trustee Services,LLC;Mortgage Electronic Registration Systems,Inc and Does 1-250, inclusive Docket: FCS 037885 Matter: 719391 | HOLLAND LAW FIRM | 1970 BROADWAY, SUITE 1030 | OAKLAND | CA | 94610 | | General Litigation - Servicing Mortgage | | X | X | X | Unknown |
| Betsy Liu vs GMAC Mortgage, LLC; Executive Trustee Services, LLC; Does 1-100, Inclusive Docket: C-11-02174 Matter: 721612 | MICHAEL YESK ATTORNEY AT LAW | 4 FAIRWAY PL | PLEASANT HILL | CA | 94523 | | General Litigation - Foreclosure | | X | X | X | Unknown |
| Birdie Mae Crosby vs. GMAC Mortgage, LLC, Executive Trustee Services, LLC and all persons claiming to have legal, equitable, lien and estate against the subject property located at 1177 S. Reservoir St Pomona California 91766 and DOES 1 through 50, inclusive Docket: KC062827 H Matter: 723478 | 1177 S. Reservoir Street | | Pomona | CA | 91766 | | General Litigation - Foreclosure | | X | X | X | Unknown |

In re: Executive Trustee Services, LLC
Case No. 12-12028
Schedule F-3
General Litigation
Creditors Holding Unsecured Claims

| Creditor's Name | Address 1 | Address 2 | City | State | Zip | Co-Debtor | Date claim was incurred and consideration for claim | Subject to setoffs Y/N | Contingent | Unliquidated | Disputed | Total amount of claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Brett M. Cyprus v Executive Trustee Services, LLC an entity of unknown form; Elvia Bautista, an individual; All persons unknown, claiming any legal or equitable right, title, estate, lien, or interest in the property described in the complaint adverse to Plaintiff's title, or any cloud upon Plaintiff's title thereto; and does 1 through 50, inclusive<br>Docket: BC482327<br>Matter: 727047 | CORPORATE LEGAL SERVICES, LLP | 17606 CAMINO DE YATSATO | PACIFIC PALISADES | CA | 90272 | | General Litigation - Servicing Mortgage | | X | X | X | Unknown |
| Bridges Construction, Inc., a Nevada corporation vs. SCOTT WATSON, LISA J. WATSON, FIRST AMERICAN TITLE COMPANY OF NEVADA, a Nevada corporation, AEGIS WHOLESALE CORPORATION, a foreign corporation, DEUTSCHE BANK TRUST COMPANY AMERICAS, a foreign corporation, PITE DUNCAN, LLP, a foreign limited liability partnership, WESTERN TITLE COMPANY LLC, a Nevada limited liability company, NATIONAL CITY MORTGAGE, a division of NATIONAL CITY BANK, a National Banking Association, LSI TITLE AGENCY, INC., a foreign corporation, EXECUTIVE TRUSTEE SERVICES, LLC, a foreign corporation, and all persons unknown claiming any right, title, estate. lien, or interest in the property described in the Complaint adverse to Plaintiff's title, or any cloud on Plaintiffs title thereto,<br>Docket: CV12-01252<br>Matter: 729278 | 8701 Sopwith Boulevard | | Reno | NV | 89596 | | General Litigation | | X | X | X | Unknown |
| Candelario Monge vs. GMAC Mortgage LLC,  ETS Services, LLC, Executive Trustee Services, Inc., Mortgage Electronic Registration System, Inc. and Does 1 through 50, inclusive.<br>Docket: BC 459831<br>Matter: 715071 | WEST 48TH ST | | LOS ANGELES | CA | 90037 | | General Litigation - Servicing Mortgage | | X | X | X | Unknown |
| Candelario Monge vs. GMAC Mortgage LLC,  ETS Services, LLC, Executive Trustee Services, Inc., Mortgage Electronic Registration System, Inc. and Does 1 through 50, inclusive.<br>Docket: BC 459831<br>Matter: 715071 | WEST 48TH ST | | LOS ANGELES | CA | 90037 | | General Litigation - Servicing Mortgage | | X | X | X | Unknown |
| CAROL ANN CRNIC AND TERRY L. CRNIC VS. DEUTSCHE BANK NATIONAL TRUST, COMMERCE TITLE, HOMECOMINGS FINANCIAL NETWORK, INC.; AURORA LAON SERVICES, MERS, EXECUTIVE TRUSTEE SERVICES LLD, DBA ETS SERVICE LLC, AND DOES 1-10<br>Docket: 56-2011-00402904-CU-OR-SIM<br>Matter: 718068 | 6792 COWBOY STREET | | SIMI VALLEY | CA | 93063 | | General Litigation - Foreclosure | | X | X | X | Unknown |
| CAROL MCLAINE V. GMAC MORTGAGE, LLC, EXECUTIVE TRUSTEE SERVICES, LLC, and DOES 1-20<br>Docket: 56-2012-00411974-CU-OR-VTA<br>Matter: 724911 | Law Offices of Gene W. Choe | 3699 Wiltshire Blvd. Suite 720 | Los Angeles | CA | 90010 | | General Litigation - Servicing Mortgage | | X | X | X | Unknown |

In re: Executive Trustee Services, LLC
Case No. 12-12028
Schedule F-3
General Litigation
Creditors Holding Unsecured Claims

| Creditor's Name | Address 1 | Address 2 | City | State | Zip | Co-Debtor | Date claim was incurred and consideration for claim | Subject to setoffs Y/N | Contingent | Unliquidated | Disputed | Total amount of claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Carolyn Hariston, an individual; Christine Petersen, an individual; William Mimiaga, an individual; Robin Gaston, an individual; Patrick Gaston, an individual; Mary Serrano, an individual; Sarah Sebagh, an individual; Rick Albritton, an individual; Veronica Grey, an individual; Brenda Mella, an individual; Joselito Mella, an individual; Michael Man, an individual; Judy Lim, an individual; David Cruz, an individual; Yesenia Cruz, an individual; Gregory Buck, an individual; Cristina Palbicke, an individual; Khalil Subat, an individual; Manija Subat, an individual; Genevie Cabang, an individual; Julio Gonzalez, an individual; Lisa A. Simonyi, an individual; Rick Ewald, an individual; Regina Faison, an individual; Alex Ibarra, an individual; Maria Elena Del Cid, an individual; Julio Del Cid, an individual; Mesbel Mohamoud an individual; Michael Moultrie, an individual; Willie Gilmore, an individual; Phyllis McCrea, an individual; Cecilla Chaube, an individual; Magdalena Avila, an individual; Gricelda Ruano, an individual; Elisa Jordan, an individual; Lois Terrell Sullivan, an individual; Gloria Portillo, an individual; Florastene Holden, an individual; Marco Badilla, an individual; Manuela Badilla, an individual v. Ally Bank, N.A., f/k/a GMAC Bank, a Utah Corporation, in its own capacity and as an acquirer of certain assets and liabilites of GMAC; GMAC, a national Banking Association; Ally Financial, Inc. f/k/a GMAC, LLC a Delaware Corporation; GMAC Mortgage Group, Inc., a Delaward Corporation Group; Residential Capital, LLC f/k/a Residential Capital Corporation, a Delaware Corporation; GMAC-RFC Holding Company, LLC d/b/a GMAC Residential Funding Corporation, a Delaware Corporation; Residential Funding Company, LLC f/k/a Residential Funding Corporation, a Delaware Corporation; Homecomings Financial, LLC, a Delaware Corporation; Executive Trustee Services DBA ETS Services, LLC, a Delaware limited liability company; Home Connects Lending Services, LLC, a Pennsylvania limited liabilty comapny and Does 1-1000, inclusive<br>Docket: 30-2012-00539541<br>Matter: 728660 | BROOKSTONE LAW, PC | 4000 MacArthur Blvd, Sutie 1110 | Newport Beach | CA | 92660 | | General Litigation - Origination - Mortgage | | X | X | X | Unknown |
| Celso A. Orotea and Melinda F. Orotea v. ETS Services, LLC, Mortgage Electronic Registration Systems, Inc., and DOES 1-100 inclusive<br>Docket: CIV 507855<br>Matter: 717563 | Law Office of Jason Estavillo | 1330 Braodway, Suite 933 | Oakland | CA | 94612 | | General Litigation - Origination - Mortgage | | X | X | X | Unknown |
| CHRISTOPHER RICE VS US BANK NATIONAL ASSOCIATION AS TRUSTEE; RESIDENTIAL FUNDING COMPANY, LLC F/K/A RESIDENTIAL FUNDING CORPORATION; GMAC MORTGAGE, LLC; AND EXECUTIVE TRUSTEE SERVICES, LLC D/B/A/ ETS SERVICES, LLC<br>Docket: LACV116214 GW<br>Matter: 716701 | PROSPER LAW GROUP, LLP | 5301 Beethoven Street, Ste. 109 | Los Angeles | CA | 90066 | | General Litigation - Foreclosure | | X | X | X | Unknown |

In re: Executive Trustee Services, LLC
Case No. 12-12028
Schedule F-3
General Litigation
Creditors Holding Unsecured Claims

| Creditor's Name | Address 1 | Address 2 | City | State | Zip | Co-Debtor | Date claim was incurred and consideration for claim | Subject to setoffs Y/N | Contingent | Unliquidated | Disputed | Total amount of claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CRAIG BURTON V GMAC MORTGAGE LLC, MERS, EXECUTIVE TRUSTEE SERVICES, LLC DBA ETS SERVICES LLC, and ALL PERSONS UNKNOWN, CLAIMING ANY LEGAL OR EQUITABLE RIGHT, TITLE, ESTATE, LIEN OR INTEREST IN THE PROPERTY Docket: MC022907 Matter: 721055 | 2518 CLEMATIS COURT | | PALMDALE | CA | 93551 | | General Litigation - Foreclosure | | X | X | X | Unknown |
| DANIEL S. WINICK AND CLAIRE WINICK vs. EXECUTIVE TRUSTEE SERVICES, LLC ETS SERVICES, LLC; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC; GMAC MORTGAGE; AND DOES 1-5 , INCLUSIVE Docket: 37-2010-D0103-494-CU-OR-CTL Matter: 705967 | Jack M. Winick & Associates | 500 W. Harbor Drive #1006 | San Diego | CA | 92101 | | General Litigation - Servicing Mortgage | | X | X | X | Unknown |
| DANIEL S. WINICK AND CLAIRE WINICK vs. EXECUTIVE TRUSTEE SERVICES, LLC ETS SERVICES, LLC; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC; GMAC MORTGAGE; AND DOES 1-5 , INCLUSIVE Docket: 37-2010-D0103-494-CU-OR-CTL Matter: 705967 | Jack M. Winick & Associates | 500 W. Harbor Drive #1006 | San Diego | CA | 92101 | | General Litigation - Servicing Mortgage | | X | X | X | Unknown |
| Daryoush M. Jahromi, an individual, FernandoA. Miller, an individual, on behalf of themselves and all others similarly situated vs. Aurora Loan Services LLC, Quality Loan Services Corporation; Executive Trustee Services LLC and Does 1 through 10, Inclusive Docket: CV11-10721- CJC (RNBx) Matter: 728345 | LAW OFFICE OF J. ARTHUR ROBERTS | 3345 NEWPORT BOULEVARD, SUITE 213 | NEWPORT BEACH | CA | 92663 | | General Litigation - Servicing Mortgage | | X | X | X | Unknown |
| DAVID A MCGUIRE JR VS GMAC MORTGAGE LLC EXECUTIVE TRUSTEE SERVICES LLC MORTGAGE ELECTRONIC REGISTRATION SYSTEM Docket: NA PRIMARY Matter: 708040 | Law Offices of Beth K. Findsen, PLLC | 7279 E. Adobe Drive, Suite 120 | Scottsdale | AZ | 85255 | | General Litigation - Foreclosure | | X | X | X | Unknown |
| DAVID A MCGUIRE JR VS GMAC MORTGAGE LLC EXECUTIVE TRUSTEE SERVICES LLC MORTGAGE ELECTRONIC REGISTRATION SYSTEM Docket: NA PRIMARY Matter: 708040 | RHOADS & ASSOCIATES PLC | 3844 NORTH 32ND ST SUITE 1 | PHOENIX | AZ | 85255 | | General Litigation - Foreclosure | | X | X | X | Unknown |
| Dennis Alan Neal and Jacqueline Dianne Neal vs. E-Trade Bank, E-Trade Financial Corporation, GMAC Mortgage, LLC, Mortgage Electronic Registration System Inc. and ETS Services, LLC Docket: 2011-000185 Matter: 711542 | Law Offices of Gregory M. Guth | 474 Century Park Drive Suite 400 | Yuba City | CA | 95991 | | General Litigation - Servicing Mortgage | | X | X | X | Unknown |

In re: Executive Trustee Services, LLC
Case No. 12-12028
Schedule F-3
General Litigation
Creditors Holding Unsecured Claims

| Creditor's Name | Address 1 | Address 2 | City | State | Zip | Co-Debtor | Date claim was incurred and consideration for claim | Subject to setoffs Y/N | Contingent | Unliquidated | Disputed | Total amount of claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DEUSTCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE FOR RFMSI 2007SK VS LOUIS V MUSCARI<br>Docket: 10-12018 (04)<br>Matter: 721155 | 10660 NW 18TH COURT | | PLANTATION | FL | 33322 | | General Litigation - Foreclosure | | X | X | X | Unknown |
| Diana Knutson v. Deutsche Bank Trust Company Americas Trustee RALI 2007-QS6; RALI Series 2007-QS6 Trust; Certificateholders of RALI Series 2007-QS6 Trust; Residential Accredit Loans, Inc.; Homecomings Financial, LLC; Wells Fargo Bank, N.A.; Residential Funding Company, LLC; Executive Trustee Servcies, LLC dba ETS Services, LLC; CEDE & Company; and Does 1-20 Inclusive<br>Docket: 78279<br>Matter: 725801 | LAW OFFICE OF JOSEPH SCLAFANI | 555 SOUTH CORONA MALL | CORONA | CA | 92879 | | General Litigation - Servicing Mortgage | | X | X | X | Unknown |
| Dionne Alfred, Charles Williams and Janice Kelly vs. Greenpoint Mortgage; MERS; GMAC Mortgage; ETS Services, LLC; US Banks NA; Arico & Associates; and Yosef Argueta; and Does 1 through 10 inclusive<br>Docket: BC468443<br>Matter: 718088 | 1414 - 1416 1/2 W 132 | | Gardena | CA | 90249 | | General Litigation - Foreclosure | | X | X | X | Unknown |
| DOUGLAS ROTH VS GMAC BANK GMAC MORTGAGE LLC, GMAC MORTGAGE CORP, AND AS TRUSTEE FOR THE HOLDERS OF THE CERTIFICATES GMACM MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-AR1, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC, EXECUTIVE TRUSTEE SERVICES LLC<br>Docket: C20111227<br>Matter: 710402 | 5850 East Evening Petal Lane | | Tucson | AZ | 85735 | | General Litigation - Foreclosure | | X | X | X | Unknown |
| DUANE VARBEL VS GMAC MORTGAGE LLC, EXECUTIVE TRUSTEE SERVICES LLC<br>Docket: CV2011-015404<br>Matter: 717580 | 7337 WEST MOUNTAIN VIEW ROAD | | PEORIA | AZ | 85345 | | General Litigation - Foreclosure | | X | X | X | Unknown |
| Dwayne Dumalanta, an individual, and Ria Dumalanta, an individual vs. GMAC Mortgage, LLC, a Delaware Limited Liability Company, Greenpoint Mortgage Funding Trust, Series 2006-AR7, a Business Entity Form Unknown, Executive Trustee Services, LLC a Delaware Limited Liability Company, and Does 1 through 50 inclusive<br>Docket: 112CV216155<br>Matter: 723459 | The Law Offices of Stephen R. Golden | 224 N. Fair Oaks Blvd.<br>3rd Floor | Pasadena | CA | 91103 | | General Litigation - Servicing Mortgage | | X | X | X | Unknown |

In re: Executive Trustee Services, LLC
Case No. 12-12028
Schedule F-3
General Litigation
Creditors Holding Unsecured Claims

| Creditor's Name | Address 1 | Address 2 | City | State | Zip | Co-Debtor | Date claim was incurred and consideration for claim | Subject to setoffs Y/N | Contingent | Unliquidated | Disputed | Total amount of claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Eastbay Rentals, a California limited liability company vs. GMAC Mortgage LLC; American Securities Company; ETS Services, LLC; and all persons unknown claiming any legal or Equitable Right, Title, Estate, Lien or Interest in the Property Described in this Complaint Adverse to Plaintiff's Ownership and SecurityInterest, or any Cloud on Plaintiff's Rights and Interest Thereto named herein as Does 1 through10; and Does 1 through 20 inclusive Docket: C11-00394 Matter: 711507 | BARDELLINI, STRAW, CAVIN & BUPP, LLP | 2000 CROW CANYON PLACE, SUITE 330 | SAN RAMON | CA | 94583 | | General Litigation - Servicing Mortgage | | X | X | X | Unknown |
| Eric E. Brooks and Jack T. Brooks vs. GMAC Mortgage, LLC FKA GMAC Mortgage Corporation; Executive Trustee Services, Inc. DBA ETS Services, LLC; and Does 1-20 inclusive Docket: BC485393 Matter: 729183 | Law Office of Deborah R. Bronner | 11600 Washington Place Suite 116B | Los Angeles | CA | 90066 | | General Litigation - Servicing Mortgage | | X | X | X | Unknown |
| Eugene D Bara, Johnna L Berry v. MERS; Homecomings Financial, LLC; GMAC Mortgage, LLC; Fannie Mae; Executive Trustee Services, LLC; United General Title Insurance Co.; LSI Title Agency, Inc Docket: 12-217880-1 KNT Matter: 729085 | 11638 SE 319TH COURT | | Auburn | WA | 98092 | | General Litigation - Servicing Mortgage | | X | X | X | Unknown |
| EULOGIO PENA GALINDO VS. US BANK NATIONAL ASSOCIATION, GMAC MORTGAGE LLC, EXECUTIVE TRUSTEE SERVICES, and DOES 1-60 Docket: 37-2012-00090367-CU-OR-CTL Matter: 723206 | 4454/56 KANSAS STREET | | SAN DIEGO | CA | 92116 | | General Litigation - Foreclosure | | X | X | X | Unknown |
| Executive Trustee Services, LLC f/k/a Executive Trustee Services, Inc. vs Alejandro Flores, Gustavo Flores, Ricardo Flores, Bankerswest Funding Corporation, United Independent Title Insurance Company, MERS, Citifinancial Services, Inc. Verdugo Trustee Service Corporation, LSI Title Company, Inc., and all claiming any legal or equitable right, title, estate, lien or interest in the property described in the complaint adverse to the lender's Deed of Trust, or any cloud on the Deed of Trust's priority position, and does 1 through 25 inclusive Docket: BC455885 Matter: 722524 | LAW OFFICE OF MICHAEL A YOUNGE | 8141 E KAISER BLVD; STE 200 | ANAHEIM HILLS | CA | 92808 | | General Litigation - Servicing Mortgage | | X | X | X | Unknown |
| Flora Margot Garavito vs Gmac Mortgage LLC, Ally Financial, Inc., HSBC Bank USA, ETS Services, LLC, Mers Inc., Equity Title Company, Bankers Mortgage, Mortgageit, Inc., Escrow Cheque Corp Docket: PC052580 Matter: 726515 | 16500 McKeever Street | | Granada Hills | CA | 91344 | | General Litigation - Origination - Mortgage | | X | X | X | Unknown |

In re: Executive Trustee Services, LLC
Case No. 12-12028
Schedule F-3
General Litigation
Creditors Holding Unsecured Claims

| Creditor's Name | Address 1 | Address 2 | City | State | Zip | Co-Debtor | Date claim was incurred and consideration for claim | Subject to setoffs Y/N | Contingent | Unliquidated | Disputed | Total amount of claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FRANCISKA SUSILO VS WELLS FARGO, N.A., WACHOVIA MORTGAGE FSB, ETS SERVICES<br>Docket: BC453474<br>Matter: 710672 | Law Office of Roger A.S. Manlin | 4647 Kingswell Avenue Suite 158 | Los Angeles | CA | 90027 | | General Litigation - Servicing Mortgage | | X | X | X | Unknown |
| Gerald S Gandrup vs GMAC Mortgage;ETS Services,LLC; MERS<br>Docket: CV11-00659<br>Matter: 710153 | 200 GREGORY COURT | | Scotts Valley | CA | 95066 | | General Litigation - Servicing Mortgage | | X | X | X | Unknown |
| GMAC MORTGAGE, LLC FKA GMAC MORTGAGE CORPORATION, AND EXECUTIVE TRUSTEE SERVICES, LLC, FKA EXECUTIVE TRUSTEE SERVICES, INC. VS. THOMAS TURNBULL, LORI TURNBULL, MIT LENDING, FIDELITY NATIONAL TITLE COMPANY, MERS, JP MORGAN CHASE BANK, N.A., WASHINGTON MUTUAL BANK, CALIFORNIA RECONVEYANCE COMPANY, WELLS FARGO BANK, NA, AND ALL CLAIMING ANY LEGAL OR EQUITABLE RIGHT, TITLE, ESTATE, LIEN, OR INTEREST IN THE PROPERTY, and DOES 1-25<br>Docket: pc20110262<br>Matter: 722517 | Law Office of Amanda Pawlyk, Esquire | 2999 Overland Ave., #127 | Los Angeles | CA | 90064 | | General Litigation - Servicing Mortgage | | X | X | X | Unknown |
| GREGORY RENSHAW V. HOMECOMINGS FINANCIAL, LLC, A DELAWARE LIMITED LIABILITY COMPANY; MORTGAGE ELECTRONIC REGISTRATIONS SYSTEMS, INC., A DELAWARE CORPORATION; EXECUTIVE TRUSTEE SERVICES, LLC, A DELAWARE LIMITED LIABILITY, DOES I-V, AND ABC CORPORATIONS I-V<br>Docket: CV0C1023898<br>Matter: 707075 | RUNFT & STEELE LAW OFFICES | 1020 WEST MAIN ST; STE 400 | BOISE | ID | 83702 | | General Litigation - Servicing Mortgage | | X | X | X | Unknown |
| Helen A. Esquilin vs. GMAC Mortgage, Inc. and/or its successors and assignees, Corstar Financial Inc., First American Title Insurance Co., MERS, Dominee Kerr, Assistant Secretary of MERS, Executive Trustee Services, and Notary Public of the State of Texas, Rian Nunez, The Talon Group, Freddie Mac, and Does 1 through 10, inclusive, jointly, severally, and in their individual capacities.<br>Docket: 2:12-AP-00731-CGC<br>Matter: 727426 | 8904 North 15th Lane | | Phoenix | AZ | 85201 | | General Litigation - Bankruptcy | | X | X | X | Unknown |
| Henry L. Roberts vs. Wells Fargo Bank, N.A., as Indenture Trustee Under the Indenture Relating to IMH Assets Corp., Collateralized Asset Backed Bonds, Series 2005-6, ITS Assignees and/or Successors in Interest, an unknown entity; ETS Services LLC, a Delaware corporation; GMAC Mortgage, LLC, a Delaware corporation; IMPAC Funding Corporation, a California corporation; and DOES 1 through 100, inclusive.<br>Docket: RG11591483<br>Matter: 718202 | WHITE MELLEN | 5600 H ST; STE 100 | SACRAMENTO | CA | 95819 | | General Litigation - Servicing Mortgage | | X | X | X | Unknown |

In re: Executive Trustee Services, LLC
Case No. 12-12028
Schedule F-3
General Litigation
Creditors Holding Unsecured Claims

| Creditor's Name | Address 1 | Address 2 | City | State | Zip | Co-Debtor | Date claim was incurred and consideration for claim | Subject to setoffs Y/N | Contingent | Unliquidated | Disputed | Total amount of claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hitoshi Inoue, Wakana Anna Inoue vs GMAC Mortgage Corporation, a Delaware Corporation; ETS Services, LLC, a Delaware Limited Liability Company; MED&G Group, a California Limited Partnership; and Does 1-25 Docket: SVC248256 Matter: 703325 | THOMAS P KELLY III, SBN 230699 | 50 OLD COURTHOUSE SQUARE; STE 609 | SANTA ROSA | CA | 95404-4926 | | General Litigation - Servicing Mortgage | | X | X | X | Unknown |
| JACQUELINE O. WIELAND, AS TRUSTEE OF THE MARSHELL O. CULTON REVOCABLE LIVING TRUST DATED APRIL 28, 2005 VS. GMAC MORTGAGE LLC; EXECTUIVE TRUSTEE SERVICES, LLC; MORTGAGEIT, INC., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS Docket: GC048550 Matter: 722387 | WILDISH & NIALIS | 500 NORTH STATE COLLEGE BOULEVARD, SUITE 1200 | ORANGE | CA | 92868 | | General Litigation - Servicing Mortgage | | X | X | X | Unknown |
| JAMES SINGH VS WELLS FARGO BANK, NA AS SUCCESSOR IN INTEREST TO WACHOVIA BANK, NA; AND EXECUTIVE TRUSTEE SERVICES, LLC D/B/A ETS SERVICES, LLC Docket: RG 11599054 Matter: 719540 | 21 Pembroke Court | | Oakland | CA | 94619 | | General Litigation - Foreclosure | | X | X | X | Unknown |
| Javier Orozco and Ada E. Orozco vs. GMAC Mortgage, LLC dba Ditech, a limited liability company; ETS Services, LLC, a limited liability company; and does 1 to 10 inclusive Docket: BC485237 Matter: 729255 | Simon & Resnik, LLP | 15233 Ventura Blvd Suite 300 | Sherman Oaks | CA | 90012 | | General Litigation - Servicing Mortgage | | X | X | X | Unknown |
| JAYE RIGGIO VS GMAC MORTGAGE, LLC; MERSCORP, INC.; EXECUTIVE TRUSTEE SERVICES, LLC D/B/A ETS SERVICES, LLC; THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. F/K/A THE BANK OF NEW YORK TRUST COMPANY, N.A., AS SUCCESSOR-IN-INTEREST TO JP MORGAN CHASE BANK, N.A. F/K/A JP' MORGAN CHASE BANK, AS TRUSTEE FOR MASTR ADJUSTABLE RATE MORTGAGES TRUST 2004-9, MORTGAGE-PASS-THROUGH CERTIFICATES, SERIES 2004-9; AMERICAN SETTLEMENT SOLUTIONS, INC.; ALAN MILLER; PAMIT, SGRO & LEWIS, PC; PROSPECT MORTGAGE, LLC F/K/A METROCITIES MORTGAGE; NO RED TAPE BANCORP D/B/A RED TAPE MORTGAGE; PLATINUM REAL ESTATE FUNDING, INC.; MOSHE NIV; AND ABRAHAM HAMI Docket: 37-2010-00062660-CU-OR-NC Matter: 719018 | Ramey Stairs, APC | 8880 Rio San Diego Drive, 8th Floor | San Diego | CA | 92108 | | General Litigation - Foreclosure | | X | X | X | Unknown |

In re: Executive Trustee Services, LLC
Case No. 12-12028
Schedule F-3
General Litigation
Creditors Holding Unsecured Claims

| Creditor's Name | Address 1 | Address 2 | City | State | Zip | Co-Debtor | Date claim was incurred and consideration for claim | Subject to setoffs Y/N | Contingent | Unliquidated | Disputed | Total amount of claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JEFF AND ADELE SCHNEIDEREIT vs. TRUST OF THE SCOTT & BRIAN INC. 401 K PROFIT SHARING PLAIN U/A DTD 01/01/2003, FBO SCOTT AND JANET EHRKE, DEUTSCHE BANK NATIONAL TRUST COMPANY AMERICAS, INDIVIDUALLY AS A BUSINESS ENTITY AND AS TRUSTEE/CUSTODIAN, DEUTSCHE BANK NATIONAL TRUST COMPANY AMERICAS, ALLY FINANCIAL INC., FORMERLY GMAC MORTGAGE, LLC, GMAC MORTGAGE, LLC, EXECUTIVE TRUSTEE SERVICES, LLC DBA ETS SERVICES, LLC,- CSRJ LAND AND CATTLE, LLC, STEPHEN R. NINO, CATHERINE NINO, RYAN BROWDER, JENNIFER BROWDER, ROBERT "SCOTT" EHRKE, JANET EHRKE, INCLUSIVE Docket: CV11-06919-JFW Matter: 719297 | 1331 OLIVE STREET | | PASO ROBLES | CA | 93446 | | General Litigation - Servicing Mortgage | | X | X | X | Unknown |
| Jeffrey W. Currier vs MERS, Inc., Homecomings Financial Network, Inc., ETS, Inc. and GMAC Mortgage LLC Docket: pc-11-2925 Matter: 715599 | LAW OFFICES OF GEORGE E BABCOCK | 574 CENTRAL AVE | PAWTUCKET | RI | 02861 | | General Litigation - Servicing Mortgage | | X | X | X | Unknown |
| Jeffrey Winkler and Linton Johnson vs. GMAC Mortgage, LLC, Mortgage Electronic Registration Systems, Inc. E*Trade Bank, its Successors or Assigns, Executive Trustee Services, LLC, and Does 1 through 100, inclusive Docket: RG11571111 Matter: 712992 | 685 VIA RIALTO | | OAKLAND | CA | 94619 | | General Litigation - Foreclosure | | X | X | X | Unknown |
| JEHUDA RENAN VS PNC BANK, NA; EXECUTIVE TRUSTEE SERVICES, LLC; AND NATIONAL CITY BANK Docket: BC 462033 Matter: 714328 | Law Offices of Nick A. Alden | 9100 Wilshire Blvd., Suite 340-W | Beverly Hills | CA | 90212 | | General Litigation - Foreclosure | | X | X | X | Unknown |
| JERRY D GONZALES AND AMALIA P GONZALES VS GREENPOINT MORTGAGE FUNDING SERVICES, INC.; EXECUTIVE TRUSTEE SERVICES, LLC DBA ETS SERVICES LLC; AND MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. Docket: RG11583369 Matter: 719031 | 14499 LOCUST ST | | SAN LEANDRO | CA | 94579 | | General Litigation - Foreclosure | | X | X | X | Unknown |
| JIM GARCINES VS WELLS FARGO BANK NATIONAL ASSOCIATION A BUSINESS ENTITY WACHOVIA MORTGAGE FSB A BUSINESS ENTITY ONEWEST BANK FSB A BUSINESS ENTITY ETS SERVICES LLC A BUSINESS ENTITY CORY JORDAN AN INDIVIDUAL Docket: 34-2011-00100561 Matter: 712488 | LIBERTY & ASSOCIATES | 3017 DOUGLAS BLVD; STE 300 | ROSEVILLE | CA | 95661 | | General Litigation - Foreclosure | | X | X | X | Unknown |

In re: Executive Trustee Services, LLC
Case No. 12-12028
Schedule F-3
General Litigation
Creditors Holding Unsecured Claims

| Creditor's Name | Address 1 | Address 2 | City | State | Zip | Co-Debtor | Date claim was incurred and consideration for claim | Subject to setoffs Y/N | Contingent | Unliquidated | Disputed | Total amount of claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| John Von Brincken and Shelley Von Brincken vs.  Mortgageclose.com, Inc.; Executive Trustee Services, dba ETS Services, LLC,  Mortgage Electronic Registration Systems, Inc., GMAC Mortgage, Inc., Federal National Mortgage Association, Fannie Mae Guaranteed Pass-Through Certificates Series 2007-036 and Does 1-20 , inclusive Docket: 77648 Matter: 717020 | Law Offices of Holly S. Burgess | 680 Auburn Folsom Road, Suite 109 | Auburn | CA | 95661 | | General Litigation - Foreclosure | | X | X | X | Unknown |
| JOHNSON - WES W. JOHNSON V. HOMECOMINGS FINANCIAL, GMAC MORTGAGE, DEUTSCHE BANK NATIONAL TRUST COMPANY, DEUTSCHE BANK TRUST COMPANY AMERICAS, EXECUTIVE TRUSTEE SERVICES, PITE DUNCAN, AND DOES 1 THROUGH 10 Docket: 09CV0262 Matter: 692775 | TORY M PANKOPF LTD | 10471 DOUBLE R BLVD;STE C | RENO | NV | 89521 | | General Litigation - Origination - Mortgage | | X | X | X | Unknown |
| Jonathon Somera v. Mortgage Electronic Registration Systems, Inc.; GMAC Mortgage, LLC; Executive Trustee Services, DBA ETS Services, LLC; Wells Fargo Bank, N.A., as indenture trustee under indenture relating to IMH Assets Corp., Collateralized Asset-Backed Bonds, Series 2005-6; and Does 1 through 50, Inclusive Docket: C12-00847 Matter: 728109 | LAW OFFICES TIMOTHY L MCCANDLESS | 820 MAIN STREET SUITE #1 | MARTINEZ | CA | 94553 | | General Litigation - Servicing Mortgage | | X | X | X | Unknown |
| Jorge Galaviz and Consuelo Galaviz vs. GMAC Mortgage, LLC, as successor in interest to Homecomings Financial Network, Inc.; Mortgage Electronic Registration Systems, Inc., ETS Services, LLC, and Does 1-20 inclusive Docket: FCS039620 Matter: 727068 | S.C. Harris Law | 26376 Ruether Avenue | Santa Clarita | CA | 91350 | | General Litigation - Origination - Mortgage | | X | X | X | Unknown |
| Jose Gabriel Torres vs. Residential Mortgage Capital; GMAC Mortgage USA Corporation, ARC Funding; Executive Trustee Services, LLC DBA ETS Services, LLC; and Does 1-20 Docket: HG12633910 Matter: 729520 | JP Law | 24873 Willimet Street | Hayward | CA | 94544 | | General Litigation - Foreclosure | | X | X | X | Unknown |
| JOSE M. VILLICANA, DAVID O. ALBANIL AND FRANCISCO ALBANIL V DEUTSCHE BANK NATIONAL TRUST COMPANY, EXECUTIVE TRUSTEE SERVICES; LLC dba ETS SERVICES, LLC, GMAC MORTGAGE, LLC, and DOES 1-20 Docket: M114794 Matter: 720505 | NICK PACHECO LAW GROUP | 15501 SAN FERNANDO MISSION BOULEVARD SUITE 110 | MISSION HILLS | CA | 91345 | | General Litigation - Servicing Mortgage | | X | X | X | Unknown |

In re: Executive Trustee Services, LLC
Case No. 12-12028
Schedule F-3
General Litigation
Creditors Holding Unsecured Claims

| Creditor's Name | Address 1 | Address 2 | City | State | Zip | Co-Debtor | Date claim was incurred and consideration for claim | Subject to setoffs Y/N | Contingent | Unliquidated | Disputed | Total amount of claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JOSE PINEDA VS. WELLS FARGO BANK,N.A.; ETS SERVICES,LLC; WACHOVIA MORTGAGE FSB; WORLD SAVINGS BANK, FSB; DOES 1-10 Docket: CV10-02267 DMG; 11-55006 Matter: 697492 | 162 Racquet Club Drive | | Compion | CA | 90220 | | General Litigation - Servicing Mortgage | | X | X | X | Unknown |
| Joseph A. Connor III vs. GMAC Mortgage, LLC on its own and as agent for LSI Title Agency, Inc; Karen Balsano, on her own and as a representative for Executive Trustee Services, LLC; Mortgage Electronic Registration Systems, LLC; Ally Financial, Inc. Docket: 11-2  00098-6 Matter: 725655 | 17646 Highway 21 N | | Malo | WA | 99150 | | General Litigation - Servicing Mortgage | | X | X | X | Unknown |
| Joseph J. Chavez, an individual, by and through Madeline Gonsalves, his guardian ad litem vs. Patsy Vasquez Chavez aka Patsy Bernic Vasquez, Larry Chavez, an individual deceased, GMAC Mortgage LLC, Executive Trustee Services, Mortgage Electronic Registration Systems Inc., Provident Title company, JPMorgan Chase andDoes 1 through 250, inclusive Docket: BC484027 Matter: 728841 | Bet Tzedek Legal Services | 145 SW Fairfax Avenue, Suite 200 | Los Angeles | CA | 90036 | | General Litigation - Origination - Mortgage | | X | X | X | Unknown |
| Joseph Philip Kalenowsky vs Canyon Capitol Funding Corporation, a Nevada Corporation; Greenpoint Mortgage Funding, Inc., a Foreign Corporation licensed to do business in Nevada; Mortgage Electronic Registration Systems (MERS), a Foreign corporation not licensed to do business in Nevada; Executive Trustee Services, LLC Limited-Liability Company authorized to do business in the State of Nevada; GMAC Mortgage, LLC a Foreign Limited-Liability Company licensed to do busines in the State of Nevada; and Individual, Corporate and Partnership does I through , Inclusive Docket: CV11 02963 Matter: 719696 | RODNEY E SUMPTER ATTORNEY AT LAW | 139 VASSAR STREET | RENO | NV | 89502 | | General Litigation - Servicing Mortgage | | X | X | X | Unknown |
| Jun Villanueva v. GMAC Mortgage, LLC, fka GMAC Mortgage Corporation; Deutsche Bank National Trust Company, as Trustee for Harborview 2007-4; and Electronic Trustee Services, LLC dba ETS Services Docket: 37-2010-00105245-cu-we-ctl Matter: 710877 | Law Office of Rose Spellman | 10601 Civic Center Drive Suite 100 | Rancho Cucamonga | CA | 91730 | | General Litigation - Foreclosure | | X | X | X | Unknown |

In re: Executive Trustee Services, LLC
Case No. 12-12028
Schedule F-3
General Litigation
Creditors Holding Unsecured Claims

| Creditor's Name | Address 1 | Address 2 | City | State | Zip | Co-Debtor | Date claim was incurred and consideration for claim | Subject to setoffs Y/N | Contingent | Unliquidated | Disputed | Total amount of claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JURUPA Community Services District, a public entity, on behalf of Community Facilities District No. 4, a California community facilities district VS. Valentina Geneen Sandoval, aka Valentina Sandoval, an individual; David Sandoval, an individual; The Estate of David Sandoval, Its heirs Successors and Beneficiaries; Juana Gerrero, an individual; Landamerica Commonwealth, an unknown entity; Mortgage Electronic Registration Systems, INC., a Delaware corporation, acting solely as a nominee for lender and lender's successor's and assigns ("MER"); The Mortgage Store Financial, INC,. a suspended California corporation; Executive Trustee Services, LLC, an unknown business entity; Mount Tai Capital, LLC, a Calufornia limited liability company, aka MT. Tai Capital, LLC; Sexon Mortgage Services, INC., a Texas corporation; EMCC-MH Homes, an unknown entity; Steven P. Scandura, an individual; Riverside County Department Of Child Support Services; State of California Franchise Tax Board; and does 1 through 50, inclusive Docket: RIC 1119358 Matter: 728672 | BEST BEST & KRIEGER LLP | 655 WEST BROADWAY, 15TH FLOOR | SAN DIEGO | CA | 92101 | | General Litigation - Foreclosure | | X | X | X | Unknown |
| Justin Cheng, an individual: Lida Cheng, an individual, Plaintiffs, vs. GMAC Mortgage Corporation, business entity unknown, Executive Trustee Services, LLC, business entity unknown, and Does 1 through 20, inclusive, Defendants. Docket: VC 060167 Matter: 722705 | LAW OFFICES OF GENE W CHOE, PC | 3250 Wilshire Blvd Suite 1200 | LOS ANGELES | CA | 90010 | | General Litigation - Servicing Mortgage | | X | X | X | Unknown |
| KARL T. ANDERSON, EXCLUSIVELY IN HIS CAPACITY AS CHAPTER 7 TRUSTEE FOR THE BANKRUPTCY ESTATE OF MARLOW HOWARD HOOPER AND MONIQUE L. HOOPER V. ETS SERVICES, LLC A CALIFORNIA LIMITED LIABILITY COMPANY; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. A DELAWARE CORPORATION; GREENPOINT MORTGAGE FUNDING INC. A NEW YORK CORPORATION; FIDELITY NATIONAL TITLE INC. A FLORIDA CORPORATION; AND GMAC MORTGAGE, LLC  A DELAWARE LIMITED LIABILITY COMPANY Docket: 08-24094 Matter: 691868 | Law Offices of Stephen R. Wade, P.C. | Suite 214, 400 N. Mountain Avenue | Upland | CA | 91786 | | General Litigation - Bankruptcy | | X | X | X | Unknown |
| KATHLEEN E COOPER VS MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; GMAC MORTGAGE, LLC; GREENPOINT MORTGAGE FUNDING, INC.; ETS SERVICES, LLC; AND MARIN CONVEYANCE CORPORATION; Docket: 26-57539 Matter: 720831 | 1702 Myrtle Street | | CALISTOGA | CA | 94515 | | General Litigation - Foreclosure | | X | X | X | Unknown |

In re: Executive Trustee Services, LLC
Case No. 12-12028
Schedule F-3
General Litigation
Creditors Holding Unsecured Claims

| Creditor's Name | Address 1 | Address 2 | City | State | Zip | Co-Debtor | Date claim was incurred and consideration for claim | Subject to setoffs Y/N | Contingent | Unliquidated | Disputed | Total amount of claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ken Reed aka Kenny Reed vs The Bank of New York Mellon Trust Company, National Association, fka The Bank of New York Trust Company, N.A. as Successor to JP Morgan Chase, N.A. as Trustee for RAMP 2004RW1, its Successors and Assigns, Executive Trustee Service, LLC, dba, ETS Services, LLC, and GMAC Mortgage, LLC, Does 1-10 Docket: 654499 Matter: 703593 | RICHARD C. SINCLAIR, ESQ | PO BOX 1628 | OAKDALE | CA | 95361 | | General Litigation - Servicing Mortgage | | X | X | X | Unknown |
| Ken Reed aka Kenny Reed vs The Bank of New York Mellon Trust Company, National Association, fka The Bank of New York Trust Company, N.A. as Successor to JP Morgan Chase, N.A. as Trustee for RAMP 2004RW1, its Successors and Assigns, Executive Trustee Service, LLC, dba, ETS Services, LLC, and GMAC Mortgage, LLC, Does 1-10 Docket: 654499 Matter: 703593 | RICHARD C. SINCLAIR, ESQ | PO BOX 1628 | OAKDALE | CA | 95361 | | General Litigation - Servicing Mortgage | | X | X | X | Unknown |
| LAILO MATIAS VS BANK OF AMERICA N.A. AND ETS SERVICES, LLC Docket: C12-00077 Matter: 723522 | 113 ROCK OAK COURT | | WALNUT CREEK | CA | 94598 | | General Litigation - Foreclosure | | X | X | X | Unknown |
| Lawrence Rose and Rizalina Rose vs. GMAC Mortgage, LLC, ETS Services, LLC, Mortgage Electronic Registration Systems, Inc. and DOES 1 through 100 inclusive Docket: 56-2010-00380067-CU-OR-SIM Matter: 702241 | REYES LAW GROUP, APLC | 3600 WILSHIRE BOULEVARD, SUITE 820 | LOS ANGELES | CA | 90010 | | General Litigation - Foreclosure | | X | X | X | Unknown |
| LELAND AND JUNE NEYER VS. HOMECOMINGS FINANCIAL, LLC, MARIE DE BELEN, SUNIL JAYASINHA, ETS SERVICES, LLC, and MERS Docket: CIV S-09-1671-GEB CMK Matter: 692012 | 1685 COUNTY ROAD 70 | | CANBY | CA | 96015 | | General Litigation - Foreclosure | | X | X | X | Unknown |
| Leonel Alfaro vs American Mortgage Network;GMAC Mortgage;Homecoming Financial;MERS;ETS Services; Does 1 through 100, inclusive Docket: BC472487 Matter: 721103 | 2541 Lombardy Boulevard | | Los Angeles | CA | 90032 | | General Litigation - Servicing Mortgage | | X | X | X | Unknown |
| Leyne R. Fernandez v. Mortgageit, Inc., BAC Funding Corporation dba BAC Funding, Mortgage Electronic Registration Systems, Inc., Executive Trustee Services, LLC dba ETS Services, LLC, Deutsche Bank Trust Company Americas dba Deutsche Bank Trust Company, GMAC Mortgage, LLC, and Does 1 through 100, inclusive. Docket: 11-45653 Matter: 727363 | Avan Law | P.O. Box 1986, 9381 E. Stockton Blvd. | Elk Grove | CA | 95792 | | General Litigation - Bankruptcy | | X | X | X | Unknown |

In re: Executive Trustee Services, LLC
Case No. 12-12028
Schedule F-3
General Litigation
Creditors Holding Unsecured Claims

| Creditor's Name | Address 1 | Address 2 | City | State | Zip | Co-Debtor | Date claim was incurred and consideration for claim | Subject to setoffs Y/N | Contingent | Unliquidated | Disputed | Total amount of claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Luis Pineiro Castro v. GMAC Mortgage, First Alliance Bank, North American Title; Mortgage Electronic Registration Systems, Inc.; Executive Trustee Services, LLC; Luis Panmela Castro and all other persons currently unknown claiming any legal or equitable interest in the Subject Property and does one through fifty, inclusive<br>Docket: CGC-10-504564<br>Matter: 704528 | Law Offices of Anthony D. Agpaoa | 550 Montgomery Street 4th Floor | San Francisco | CA | 94111 | | General Litigation - Origination - Mortgage | | X | X | X | Unknown |
| LYNN D. FLORES, AN INDIVIDUAL, PLAINTIFF V. PEAK FINANCE COMPANY, A CALIFORNIA CORPORATION, GMAC MORTGAGE, LLC A DELAWARE LIMITED LIABILITY COMPNAY, EXECUTIVE TRUSTEE SERVICES, LLC, D.B.A. ETS SERVICES, LLC, A DELAWARE LIMITED LIABILITY COMPANY, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., A DELAWARE CORPORATION, RESIDENTIAL ACCREDIT LOANS, INC., A DELAWARE CORPORATION, DEUTSCHE BANK TRUST COMPNAY AMERICAS, A NEW YORK BANKING INSTITUTION, RALI 2004QA6 TRUST, AND DOES 1 THROUGH 100, INCLUSIVE, DEFENDANTS.<br>Docket: BC458091<br>Matter: 712011 | VENERABLE-COUNSELORS AT LAW | 3700 WILSHIRE BLVD SUITE 1000 | LOS ANGELES | CA | 90010 | | General Litigation - Servicing Mortgage | | X | X | X | Unknown |
| Maria E. Garay, an individual v. GMAC Mortgage, LLC, A Limited Liability company, CONCOURS ONE ESCROW, Inc., a California Corporation, Executive Trustee Services, Inc., a California Corporation, and DOES 1-100 inclusive<br>Docket: CIVDS 1106621<br>Matter: 714742 | CONSUMER LEGAL CENTERS | 8600 UTICA AVE; STE 100 | RANCHO CUCAMONGA | CA | 91730 | | General Litigation - Foreclosure | | X | X | X | Unknown |
| Marilyn Lawrence vs. Daniel Sadek d/b/a Quick Loan Funding Inc; MERS; OCWEN Loan Servicing, LLC; ETS; Ileanna Petersen, Does 1 through 10, Inclusive.<br>Docket: SACV12-238<br>Matter: 725451 | 5851 7th Avenue | | Los Angeles | CA | 90043 | | General Litigation - Foreclosure | | X | X | X | Unknown |
| Mario Vargas and Aida Vargas vs. GMAC Mortgage, LLC; ETS Services LLC; Mortgage Electronic Registration Systems, Inc., aka MERS; Federal Home Loan Mortgage Corporation aka Freddie Mac and Does 1 through 100<br>Docket: BC450701<br>Matter: 707209 | Law Offices of Patricia Rodriguez | 739 E. Walnut Street Suite 204 | Pasadena | CA | 91101 | | General Litigation - Foreclosure | | X | X | X | Unknown |

In re: Executive Trustee Services, LLC
Case No. 12-12028
Schedule F-3
General Litigation
Creditors Holding Unsecured Claims

| Creditor's Name | Address 1 | Address 2 | City | State | Zip | Co-Debtor | Date claim was incurred and consideration for claim | Subject to setoffs Y/N | Contingent | Unliquidated | Disputed | Total amount of claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mark-Travis: Family of Wyman, Krista-Michelle: Family of Wyman v. First Magnus Financial Corporation, GMAC Mortgage, LLC, Deutsche Bank Trust Company Americas, Residential Funding Company, LLC, Executive Trustee Services, LLC, Fannie Mae/Freddie Mac, Cerebrus Capital Management, LSI Title Co., Inc., Department of Treasure a/k/a International Monetary Fund<br>Docket: 11-CV-0380<br>Matter: 722659 | 196 Taylor Creek Road | | Gardenerville | NV | 89406 | | General Litigation - Origination - Mortgage | | X | X | X | Unknown |
| MARQUES - MARQUES, REYNALDO AND ANNE V. MORTGAGEIT, INC., CHICAGO TITLE COMPANY, HSBC BANK USA, N.A., GMAC MORTGAGE, LLC, ETS SERVICES, LLC, AND DOES 1-250<br>Docket: 30-2009-00300778<br>Matter: 694913 | Law Offices of William A. Vallejos | 33 E. Valley Road Suite 207 | Alhambra | CA | 91801 | | General Litigation - Origination - Mortgage | | X | X | X | Unknown |
| Matthew Arvizu vs. GMAC Mortgage, LLC FKA GMAC Mortgage Corporation; Aurora Bank FSB; Greenpoint Mortgage Funding, Inc.; Mortgage Electronic Registration Systems, Inc; ETS Services, LLC; Executive Trustee Services; and Does 1 to 200, inclusive<br>Docket: S-1500-CV-270004-DRL<br>Matter: 697880 | The Advocates' Law Firm, LLP | 600 B Street, Suite 2130 | San Diego | CA | 92101-4512 | | General Litigation - Foreclosure | | X | X | X | Unknown |
| Matthew Neuffer and Maribel Neuffer vs. Executive Trustee Services, LLC, Juanita Strickland, Janie Mucha, Noel McNally, Cassandra Inouye, et al; GMAC Mortgage LLC f/k/a GMAC Mortgage Corporation, et al and Ameripro Funding/Althes, LLC dba All Homes Mortgage, et al<br>Docket: 11-363-C277<br>Matter: 727299 | 225 Hyltin Street | | Hutton | TX | 78634 | | General Litigation - Foreclosure | | X | X | X | Unknown |
| Matthew R. Hodlin, an individual; Bridgette M. Hodlin, an individual v. GMAC Mortgage, LLC, a Delaware Limited Liability Corporation; ETS Services, LLC, a Delaware Limited Liability Corporation; Deutsche Bank Securities, Inc., a Delaware Corporation, doing business as Deutsche Bank Trust Company Americas as Trustee for RALI 2006-QA5; Mortgage Electronic Registration Systems, Inc., a Delaware Corporation; Does 1 through 100 inclusive<br>Docket: 37-2012-00050717-CU-OR-NC<br>Matter: 725005 | LAW OFFICE OF JOSEPH SCLAFANI | 555 SOUTH CORONA MALL | CORONA | CA | 92879 | | General Litigation - Origination - Mortgage | | X | X | X | Unknown |

In re: Executive Trustee Services, LLC
Case No. 12-12028
Schedule F-3
General Litigation
Creditors Holding Unsecured Claims

| Creditor's Name | Address 1 | Address 2 | City | State | Zip | Co-Debtor | Date claim was incurred and consideration for claim | Subject to setoffs Y/N | Contingent | Unliquidated | Disputed | Total amount of claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Michael A. Baizar Et Us, Barbara T. Gotoy, vs. GMAC Mortgage, LLC and GMAC Mortgage, LLC FKA GMAC Mortgage Corporation, U.S. Bank National Association, Trustee RASC2006KS8, Sebring Capital Partners Limited Partnership, MERS, Inc., Shelley Ortolani, Mary Mancuso, Jim Akins, Noel McNally, Cassandra Inouye, Erike Puentes, Rosalie Solano, Bethany Hood, Executive Trsutee Services, LLC, Residential Funding Company, Cathy Lee, Robert Lee, Robin Weldon, Noel McNally, Cassandra Inouye, Erica Puentes, Residential Funding Company, LLC, Executive Trustee Services, LLC, Daniel R. Gamez, Pite Duncan, LLP, Cathy Lee, Robert Lee, Robin Weldon, Noel McNally, Cassandra Inouye, Erica Puentes, Executive Trustee Services, LLC, Executive Trustee Services, Residential Funding Company, LLC, Pite Duncan, LLP and Dallas County Sherriff's Office Docket: CC-12-01962-A Matter: 726940 | CHARLES FOSTER MALLOY LAW OFFICE | 6010 EAST MOCKINGBIRD LANE | DALLAS | TX | 75206 | | General Litigation - Foreclosure | | X | X | X | Unknown |
| Michael J Freedlund and Teresa A Freedlund vs GMAC Mortgage LLC, fka GMAC Mortgage Corporation; The Bank of New York Mellon Trust Company National Association fka The Bank of New York Trust Company, NA as Successor to JPMorgan Chase Bank NA as Trustee For Ramp 2006RP2; Executive Trustee Services, LLC Docket: DC-11-12741-H Matter: 719469 | KHIRALLAH PLLC | 3333 LEE PKWY; STE 600 | DALLAS | TX | 75219 | | General Litigation - Servicing Mortgage | | X | X | X | Unknown |
| Michelle and Erick Hollar v. Household Finance Realty Corporation of Nevada; American Homes 4 Rent-NV, LLC; Silver State; Vegas Group Realty; Firstservice Residential Realty; Executive Trustee Services, LLC; Direct Access, LLC dba Direct Access Lending; Mortgage Electronic Registration System (MERS); Old Republic Title Company of Nevada; US National Association as Trustee for RASC2005KS7; GMAC Mortgage, LLC, Does I through XX; and Roe Corporations I through XX, inclusive Docket: 12-A-659780-C Matter: 728303 | LYBARGER LAW OFFICE | 7456 W SAHARA AVENUE SUITE 104 | LAS VEGAS | NV | 12263 | | General Litigation - Servicing Mortgage | | X | X | X | Unknown |
| Monica Quijada vs. Greenpoint Mortgage Funding, Inc., GMAC Mortgage, LLC, ETS Services, LLC, Mortgage Electronic Registration Systems, Inc. and Does 1-50 inclusive Docket: CIVDS 1106133 Matter: 714330 | 6830 BEECHRAFT AVE | | FONTANA | CA | 92336 | | General Litigation - Foreclosure | | X | X | X | Unknown |
| MOORE -- IN RE: ESTATE OF MARY MOORE v. RINESHA N. MARTIN, HOMECOMINGS FINANCIAL, LLC AKA HOMECOMINGS FINANCIAL NETWORK, INC., EXECUTIVE TRUSTEE SERVICES, LLC DBA ETS SERVICES, LLC AND FEDERAL NATIONAL MORTGAGE ASSOCIATION Docket: BP 116511 Matter: 698080 | Law Offices of Gary A. Farwell | 1749 South LaCienga Blvd. | Los Angeles | CA | 90035 | | General Litigation - Servicing Mortgage | | X | X | X | Unknown |

In re: Executive Trustee Services, LLC
Case No. 12-12028
Schedule F-3
General Litigation
Creditors Holding Unsecured Claims

| Creditor's Name | Address 1 | Address 2 | City | State | Zip | Co-Debtor | Date claim was incurred and consideration for claim | Subject to setoffs Y/N | Contingent | Unliquidated | Disputed | Total amount of claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mortgage Electronic Registration Systems, Inc. vs. Ralph H. Jorgensen, Frances Jorgensen (Daugherty), and Does 1 through 20, inclusive<br>Docket: 272595<br>Matter: 729352 | 400 Perdew Avenue | | Ridecrest | CA | 93555 | | General Litigation | | X | X | X | Unknown |
| Nellie C. Daly vs. GMAC Mortgage, LLC, Executive Trustee Services, LLC dba ETS Services, LLC and Does 1 to 50, inclusive<br>Docket: 30-2012-00547178<br>Matter: 726060 | LAW OFFICES OF GARRY LAWRENCE JONES | 400 W 4TH ST; 2ND FLOOR | SANTA ANA | CA | 92701 | | General Litigation - Servicing Mortgage | | X | X | X | Unknown |
| Ouita Martin and Thomas A. Johns General Partnership vs. ETS Services, LLC, Mortgage Electronic Registration System, Inc., GMAC Mortgage, LLC<br>Docket: M107053<br>Matter: 710917 | Horan Lloyd Law Offices | 499 Van Buren P.O. Box 3350 | Monterey | CA | 93942 | | General Litigation - Foreclosure | | X | X | X | Unknown |
| Owner Management Service, LLC dba Trust Holding Service Co. individually and as trustee vs Executive Trustee Services, LLC<br>Docket: RIC1230322<br>Matter: 726233 | Trust Holding Service Company -- Legal D | 20960 Knapp Street, Suite B | Chatsworth | CA | 91311 | | General Litigation - Foreclosure | | X | X | X | Unknown |
| PAMELA D. LONGONI, individually and as Guardian Ad Litem for LACEY LONGONI, and JEAN M. GAGNON, vs. GMAC MORTGAGE, LLC., a Delaware Limited Liability Company, EXECUTIVE TRUSTEE SERVICES, LLC., a Delaware Limited Liability Company, RESIDENTIAL FUNDING COMPANY, LLC, a Delaware Limited Liability Company, Â£'k/a RESIDENTIAL FUNDING CORPORATION, a Delaware Corporation, ILLEANNA PETERSON, KATHLEEN GOWEN, individuals, DOES 1-10; BLACK AND WHITE CORPORATIONS 1-10, corporations; ABLE & BAKER COMPANIES 1-10, co-partnerships and or limited liability companies.<br>Docket: CV10 01290<br>Matter: 698077 | Erickson, Thorpe & Swainston, LTD | 99 West Arroyo Street, P.O. Box 3559 | Reno | NV | 89505 | | General Litigation - Foreclosure | | X | X | X | Unknown |
| Panfilo Flores, Jr. and Irene Flores v. GMAC Mortgage, LLC fka GMAC Mortgage Corporation; Executive Trustee Services, LLC dba ETS Services, LLC; Mortgage Electronic Registration Systems, Inc.; and Does 1 through 100, inclusive<br>Docket: N12 0794<br>Matter: 725898 | LAW OFFICES OF MARK W. LAPHAM | 751 DIABLO ROAD | DANVILLE | CA | 94526 | | General Litigation - Servicing Mortgage | | X | X | X | Unknown |
| PASSARETTI - ALBERT A. PASSARETTI, JR. #2 V. GMAC MORTGAGE, LLC, ETS SERVICES, LLC ET AL.<br>Docket: NC043183<br>Matter: 694566 | 1609 256th Street | | Harbor City | CA | 90710 | | General Litigation - Foreclosure | | X | X | X | Unknown |

In re: Executive Trustee Services, LLC
Case No. 12-12028
Schedule F-3
General Litigation
Creditors Holding Unsecured Claims

| Creditor's Name | Address 1 | Address 2 | City | State | Zip | Co-Debtor | Date claim was incurred and consideration for claim | Subject to setoffs Y/N | Contingent | Unliquidated | Disputed | Total amount of claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PATRICIA MCCLAIN VS. GMAC MORTGAGE LLC; EXECUTIVE TRUSTEE SERVICES; WELLS FARGO BANK, NA (BORROWER MARA MCKNIGHT) Docket: 30-2012-00535434 Matter: 723224 | LAW OFFICES OF DANIEL G. BROWN | 91 AVE LA PATA | SAN CLEMENTE | CA | 92673 | | General Litigation - Foreclosure | | X | X | X | Unknown |
| Patrick A. Hickey and Cecilia P. Hickey vs. Executive Trustee Services, LLC, The Huntington National Bank, Hughes Watters Askanase, LLp, and Pite Duncan LLP Docket: 2012-29153 Matter: 729476 | Law Office of Ira D. Joffe | 6750 West Loop South #920 | Bellaire | TX | 77401 | | General Litigation - Foreclosure | | X | X | X | Unknown |
| Patrick Carden; Debbie Carden v. Mortgage Investment Lending; GMAC Mortgage; ETS Services; MERS; Bank of New York Mellon; DOES 1 through 100, Inclusive Docket: 56-2011-00407901-CU-OR-SIM Matter: 722290 | 6405 Grandsen Court | | Moorpark | CA | 93021 | | General Litigation - Servicing Mortgage | | X | X | X | Unknown |
| PAUL CORRADO VS. RESIDENTIAL FUNDING COMPANY, LLC, a Delaware Limited Liability Company; HOMECOMINGS FINANCIAL NETWORK, INC., a Delaware Corporation; GMAC MORTGAGE, LLC, a Delaware Limited Liability Company; ETS SERVICES, LLC, a Delaware Limited Liability Company; VALLEYSPRINGS LANE, LLC, a California Limited Liability Company; MY FINANCES 911, an entity of unknown form and origin; ROBERT BERELLEZ, an individual; and DOES 1 through 100, Docket: PC048203 Matter: 705154 | Law Offices of Brian Andrews | 6950 Friars Road Suite 200 | San Diego | CA | 92108 | | General Litigation - Servicing Mortgage | | X | X | X | Unknown |
| PAUL CORRADO VS. RESIDENTIAL FUNDING COMPANY, LLC, a Delaware Limited Liability Company; HOMECOMINGS FINANCIAL NETWORK, INC., a Delaware Corporation; GMAC MORTGAGE, LLC, a Delaware Limited Liability Company; ETS SERVICES, LLC, a Delaware Limited Liability Company; VALLEYSPRINGS LANE, LLC, a California Limited Liability Company; MY FINANCES 911, an entity of unknown form and origin; ROBERT BERELLEZ, an individual; and DOES 1 through 100, Docket: PC048203 Matter: 705154 | THE BRIDI LAW FIRM | 16000 Ventura Blvd , Ste 500 | Encino | CA | 91436 | | General Litigation - Servicing Mortgage | | X | X | X | Unknown |
| Pearlie Allen vs. GMAC Mortgage LLC, Wells Fargo Bank, N.a., Executive Trustee Services, LLC dba ETS Services LLC, and Does 1 through 50, inclusive Docket: BC484256 Matter: 728835 | Katchko, Vitiello & Karikomi, PC | 11500 W. Olympic Blvd, Suite 400 | Los Angeles | CA | 90064 | | General Litigation - Foreclosure | | X | X | X | Unknown |

In re: Executive Trustee Services, LLC
Case No. 12-12028
Schedule F-3
General Litigation
Creditors Holding Unsecured Claims

| Creditor's Name | Address 1 | Address 2 | City | State | Zip | Co-Debtor | Date claim was incurred and consideration for claim | Subject to setoffs Y/N | Contingent | Unliquidated | Disputed | Total amount of claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PHAL PACHECO VS DEUTSCHE BANK NATIONAL TRUST, N.A. AS TRUSTEE OF HVMLT 2007-6; ETS SERVICING, LLC; AND MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. Docket: NA PRIMARY Matter: 722914 | Law Office of Dennise S. Henderson | 1903 Twenty First Street | Sacramento | CA | 95811 | | General Litigation - Foreclosure | | X | X | X | Unknown |
| Phil Rutherford and Pamela Penny-Rutherford vs Land Home Financial Services, a California Corporation;GMAC Mortgage,LLC fka GMAC Mortgage Corporation;Executive Trustee Services,LLC;Mortgage Electronic Registration Systems,Inc;Does 1 thru 10, inclusive Docket: CI21810 Matter: 719251 | TORY M PANKOPF LTD | 10471 DOUBLE R BLVD;STE C | RENO | NV | 89521 | | General Litigation - Servicing Mortgage | | X | X | X | Unknown |
| Philip W. Fischer vs. GMAC Mortgage, LLC; Executive Trustee Services, LLC: Foremost Insurance Company; National Union Fire Insurance Company of Pittsburgh, PA; Does 1 to 100, Inclusive Docket: MCO29929 Matter: 727191 | 44702 FERN AVENUE | | LANCASTER | CA | 093534 | | General Litigation - Servicing Mortgage | | X | X | X | Unknown |
| Ramon Velasquez, Maria De Luz Velasquez vs. GMAC Mortgage, LLC, erroneously sued as GMAC Mortgage, a successor in interest to Homecoming Financial Network, Inc., Executive Trustee Services, Inc. and Does 1 to 50, inclusive Docket: NC056601 Matter: 718917 | LAW OFFICE OF GARRY LAWRENCE JONES | 400 WEST 4TH STREET, 2ND FLOOR | SANTA ANA | CA | 92701 | | General Litigation - Origination - Mortgage | | X | X | X | Unknown |
| Randall Kirk; Donna J Kirk vs Homecomings Financial Network Inc, a Foreign Corporation; a GMAC Company, GMAC Mortgage,LLC, a Foreign Corporation; Fidelity National Title, a California Corporation; Mortgage Electronic Registraiton Systems,Inc, a Foreign Corporation; ETS Services,LLC, a Foreign Corporation; LSI Services,LLC, a Foreign Corporation; Does 1 through 50 Docket: 111CV200417 Matter: 713814 | LAW OFFICES OF NICOLAS LEZOTTE | 2319 THE ALAMEDA; STE 100 | SANTA CLARA | CA | 95050 | | General Litigation - Servicing Mortgage | | X | X | X | Unknown |
| RANJIT POWELL AND ALONZO POWELL VS. GMAC MORTGAGE; IMPAC FUNDING; AND EXECUTIVE TRUSTEE SERVICES Docket: RIC 1201096 Matter: 724399 | 17808 Glen Hollow Way | | Riverside | CA | 92504 | | General Litigation - Foreclosure | | X | X | X | Unknown |
| Richard & Deeana Beigel; Florante I. Pena; Richard & Debra McArtor v. Deutsche Bank  AG, Deutsche Bank National Trust; Deutsche Bank Trust Company Americas, Executive Trustee Services, LLC, dba, ETS Services, LLC, Quality Loan Services Corp., DSL Service Company and Does 1-1000; on behalf of themselves and all others similarly situated. Docket: BC467345 Matter: 718230 | MURRAY & ASSOCIATES | 1781 Union Street | San Francisco | CA | 94123 | | General Litigation - Servicing Mortgage | | X | X | X | Unknown |

In re: Executive Trustee Services, LLC
Case No. 12-12028
Schedule F-3
General Litigation
Creditors Holding Unsecured Claims

| Creditor's Name | Address 1 | Address 2 | City | State | Zip | Co-Debtor | Date claim was incurred and consideration for claim | Subject to setoffs Y/N | Contingent | Unliquidated | Disputed | Total amount of claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Richardo Fernandez and Resurreccion Fernandez vs. GMAC Mortgage, Executive Services LLC, Mortgage Electronic Registation Systems, Inc., and Does 1-50, inclusive Docket: RIC 1206010-1 Matter: 728258 | Gary D. Tracy, Esquire | 3270 E. Inland Empire blvd, Suite 100 | Ontario | CA | #REF! | | General Litigation - Servicing Mortgage | | X | X | X | Unknown |
| Robert Copeland, an individual, and as surviving spouse of Michelle Borrego v. GMAC Mortgage, LLC; ETS Services, LLC; and Does 1 through 20, inclusive Docket: 12CV38357 Matter: 726516 | LAW OFFICES OF KENNETH M FOLEY | 37 NORTH MAIN STREET, SUITE NO 209 | SAN ANDREAS | CA | 95249 | | General Litigation - Servicing Mortgage | | X | X | X | Unknown |
| Robert DeVico, an individual vs. U.S. Bank, N.A., a corporation, GMAC Mortgage, LLC, a limited liability company, ETS Services, LLC, a limited liability company and Does 1 to 10, inclusive Docket: CV12-03205 Matter: 727337 | SIMON & RESNIK LLP | 15233 VENTURA BLVD; STE 300 | SHERMAN OAKS | CA | 91403 | | General Litigation - Servicing Mortgage | | X | X | X | Unknown |
| Robert J. Vaught and Melody A. Vaught v. GMAC Mortgage, LLC F/K/A GMAC Mortgage Corporation, a Delaware limited liability company; Executive Trustee Services, LLC a Delaware limited liabilty company; and does 1 through 50, Inclusive Docket: 00553233 Matter: 726136 | VERITAS LAW FIRM | 110 NEWPORT CENTER DRIVE SUITE 200 | NEWPORT BEACH | CA | 92660 | | General Litigation - Servicing Mortgage | | X | X | X | Unknown |
| Roberta Strand, Hayley Strand, Randall Strand and Bryan Janbay vs. Wells Fargo Bank, N.A., a Delaware Corporation, Cal-Western Reconveyance Corporation, a California Corporation, Executive Trustee Services, LLC, a California Company, and Does 1-1000 Docket: CV1679409 Matter: 699026 | Steven C. Vondran, Esquire | 620 Newport Center Drive, Suite 1100 | Newport | CA | 92660 | | General Litigation - Foreclosure | | X | X | X | Unknown |
| ROBERTO VARGAS VS GMAC MORTGAGE, LLC, ERRONEOUSLY SUED AS GMAC MORTGAGE, RESIDENTIAL FUNDING CO., LLC, ETS SERVICES, LLC, REAL WORKS RESIDENTIAL AND DOES 1-250 INCLUSIVE Docket: 26-56069 Matter: 713841 | LAW OFFICES OF JAMILLA MOORE | P O BOX 583172 | ELK GROVE | CA | 95758 | | General Litigation - Foreclosure | | X | X | X | Unknown |
| RODRIGO CERVANTES V. HSBC BANK USA, NATIONAL ASSOCIATION, ETS SERVICES, LLC; AND DOES 1-100 Docket: BC466789 Matter: 721883 | THOMAS CASTORINA & ASSOCIATES | 3520 Overland Ave, Suite A-102 | Los Angeles | CA | 90034 | | General Litigation - Foreclosure | | X | X | X | Unknown |

In re: Executive Trustee Services, LLC
Case No. 12-12028
Schedule F-3
General Litigation
Creditors Holding Unsecured Claims

| Creditor's Name | Address 1 | Address 2 | City | State | Zip | Co-Debtor | Date claim was incurred and consideration for claim | Subject to setoffs Y/N | Contingent | Unliquidated | Disputed | Total amount of claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Romualdo D. Enriquez and Olivia S. Enriquez v. Greenpoint Mortgage Funding, Inc., GMAC Mortgage, LLC; BAC Home Loans Servicing, LP; ETS Services, LLC; Ricardo Ablaza; Coastamerica Financial & Realty Corporation; and Does 1-20 inclusive Docket: CIV508459 Matter: 719059 | WOOLLISCROFT HILDRETH ATTORNEYS AT LAW | 1999 SOUTH BASCOM AVE; STE 700 | CAMPBELL | CA | 95008 | | General Litigation - Foreclosure | | X | X | X | Unknown |
| Ronnie H. Vida vs. Ownit Mortgage Solutions, Inc., ETS Services, Inc., Mortgage Electronic Registration Systems, Inc., and Does 1-250, inclusive Docket: M104098 Matter: 698081 | Holland Law Firm | 1970 BROADWAY, SUITE 1030 | OAKLAND | CA | 94610 | | General Litigation - Origination - Mortgage | | X | X | X | Unknown |
| Roy Esparza and Lisa Esparza vs. GMAC Mortgage LLC, Federal National Mortgage Association and Executive Trustee Services LLC and Does 1-10 inclusive Docket: BC485523 Matter: 729444 | The Mlnarik Law Group, Inc. | 9629 Danville Street | Pico Rivera | CA | 90660 | | General Litigation | | X | X | X | Unknown |
| SAIDA H FAIZY, ROYA HASHIMI AND NAFISA HASHIMI VS OCWEN LOAN SERVICING, LLC; AND EXECUTIVE TRUSTEE SERVICES, LLC Docket: HG11603094 Matter: 720800 | 4875 Omar Street | | Fremont | CA | 94538 | | General Litigation - Foreclosure | | X | X | X | Unknown |
| SCOTT - JACK SCOTT V. GMAC MORTGAGE, HFN, MERS, ETS Docket: cv09-1313-phx-6ms Matter: 691867 | 7628 E Onyx Court | | Scottsdale | AZ | 85258 | | General Litigation - Bankruptcy | | X | X | X | Unknown |
| SEEWING YEE, AN INDIVIDUAL; CHOM SUK YEE, AN INDIVIDUAL VS. E*TRADE SERVICING CENTER, MORTGAGE ELECTRONIC REGISTRATIONS SYSTEMS, INC, GMAC MORTGAGE, LLC AND EXECUTIVE TRUSTEE SERVICES, LLC Docket: FG09462263 Matter: 698209 | McFarlin & Guerts, LLP | 4 Park Plaza, Suite 1025 | Irvine | CA | 92614 | | General Litigation - Foreclosure | | X | X | X | Unknown |
| Sergio and Veronica Ochoa vs. World Savings Bank, FSB, a Federally Chartered Bank; ACE Securities Corp. Home Equity Loan Trust, Series 2007-ASAP1, a securitized trust formed in the State of New York; Wells Fargo Bank, National Association, a Federally Chartered Bank; ETS Services, LLC, a Delaware Corporation; HSBC Bank USA, a Federally Chartered Bank, and Does 1 through 100, inclusive. Docket: S-1500-CV-275552 Matter: 727429 | 8405 Eagles Landing Drive | | Bakersfield | CA | 93312 | | General Litigation - Foreclosure | | X | X | X | Unknown |

In re: Executive Trustee Services, LLC
Case No. 12-12028
Schedule F-3
General Litigation
Creditors Holding Unsecured Claims

| Creditor's Name | Address 1 | Address 2 | City | State | Zip | Co-Debtor | Date claim was incurred and consideration for claim | Subject to setoffs Y/N | Contingent | Unliquidated | Disputed | Total amount of claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Skandapriya Ganesan Vs. GMAC Mortgage, LLC; ETS Services, LLC; Mortgage Electronic Registration Systems, Inc., AKA MERS; Wells Fargo Bank, N.A. as Trustee For Harborview Mortgage Loan Trust Mortgage Loan Pass-Through Certificates, Series 2006-10; and Does 1-10, Inclusive Docket: CV11 0046 LB; HG 10503520 Matter: 697731 | The Law Offices of Patricia Rodriguez | 739 East Walnut Street, #204 | Pasadena | CA | 91101 | | General Litigation - Foreclosure | | X | X | X | Unknown |
| State of New Jersey ex rel Andrew J Ludel and Robert Edward Hager on behalf of real party in interest, State of New Jersey and New Jersey Counties vs. GMAC Bank, GMAC Model Home Finance LLC, GMAC Mortgage Corporation, GMAC Mortgage LLC dba ditech. com, Homecomings Financial Network, Inc., DiTech Funding Corporation, Executive Trustee Services, LLC, 1st 2nd Mortgage Co of NJ, Inc, AHMSI Default Services, AIG United Guaranty Corp, Aurora Loan Services, Aztec Foreclosure Corp, BA Mortgage, Bank of America, Bank of New York, Citimortgage, City Bank, Countrywide Home Loans, Deutsche Bank Insurance Agency, Deutsche Bank National Trust Co, EMC Mortgage Corp, Federal HOme Loan Mortgage, Federal National Mortgage Assoc., First Franklin Loan Services, GE Money Bank, HSBC Mortgage Corp, JPMorgan Chase Bank, Litton Loan Servicing, Metlife, MERScorp, inc, Mortgage Electronic Registration Systems, National City Bank, National City Corp, National City Mortgage, National Default Servicing, New York Bank of Mellon, Ocwen Loan Servicing, Old Repulic Default Management, One West Bank, Pacific Rim Bank, PNC Financial Services, Quality Loan Service Corp, Reconstruct Co., Saxon Mortgage, T.D. Service Co, Wells Fargo Bank, Wells Fargo Home Equity, Wells Fargo Home Mortgage, Western Progressive, WMC Mortgage Corp and DOES I-MMM | Attorney General of New Jersey | 1234 Halsey Street, 5th Floor | Newark | NJ | 017012 | | General Litigation - Early Case Resolution | | X | X | X | Unknown |
| State of New Jersey Ex Rel Barry Bates, on behalf of real party in interest, State of New Jersey and New Jersey Counties vs. GMAC Bank; GMAC Mortgage Corporation; GMAC Model Home Finance, LLC; GMAC Mortgage Corporation; GMAC Mortgage LLC, dba ditech .com; Homecomings Financial Network, Inc., MERSCorp, Inc., Mortgage Electronic Registration Systems, Inc., 1st 2nd Mortgage Co of NJ, Inc.; AHMSI Default Service, Inc.; AIG United Guaranty Corp.; Aurora Loan Services, LLC; Aztec Foreclosure Corporation; BA Mortgage, LLC; Bank of America, N.A.; Bank of NY; Citimortgage, Inc.; City Bank; Countrywide Home Loans, Inc.; Deutsche Bank Nat'l Trust Co.; EMC Mortgage Corporation; Executive Trustee Services, LLC; Fed. Home Loan Mortgage Corporation; FNMA; First Franklin Loan Svcs.; GE Money Bank; HSBC Mortgage Corporation, USA; JPMorgan Chase Bank, N.A.; Litton Loan Servicing, L.P.; Metlife, Inc.; National City Bank; National City Corporation; National City Mortgage; National Default Servicing, LLC; New York Bank of Mellon; Ocwen Loan Servicing, LLC; Old Republic Default Management Services; One West Bank, F.S.B.; Pacific Rim Bank; PNC Financial Services, Inc.; Quality Loan Service Corp.; Reconstruct Company; Saxon Mortgage, Inc.; T.D. Service Company; Wells Fargo Bank, N.A.; Wells Fargo Home Equity; Wells Fargo Home Morgage, Inc.; Western Progressive, LLC; WMC Mortgage Corp. | Law Offices of Lee M. Perlman | 1926 Greentree Road - Suite 100 | Cherry Hill | NJ | 08088 | | General Litigation - Servicing Mortgage | | X | X | X | Unknown |

In re: Executive Trustee Services, LLC
Case No. 12-12028
Schedule F-3
General Litigation
Creditors Holding Unsecured Claims

| Creditor's Name | Address 1 | Address 2 | City | State | Zip | Co-Debtor | Date claim was incurred and consideration for claim | Subject to setoffs Y/N | Contingent | Unliquidated | Disputed | Total amount of claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Steven D. Brockman and Edna C. Brockman v. GMAC Mortgage, LLC, Executive Trustee Services, LLC, Mortgage Electronic Systems, Inc. and Does 1-100 Docket: MCV057494 Matter: 718192 | Johnson & Johnson, LLP | 31351 Rancho Viejo Road, Suite 105 | San Juan Capistrano | CA | 92675 | | General Litigation - Servicing Mortgage | | X | X | X | Unknown |
| SULLIVAN, DEREK VS. MERS, ETS LLC Docket: CV2009-028495 Matter: 694986 | 12970 West Verde Land | | Avondale | AZ | 85323 | | General Litigation - Servicing Mortgage | | X | X | X | Unknown |
| Susie Abed-Stephen, Vachagan Abed-Stephen vs GMAC Mortgage,LLC, fka GMAC Mortgage Corporation;Onewest Bank FSB as Successor to First Federal Bank of California;Executive Trust Services,LLC dba ETS Services,LLC;Seaside Financial Corporation; Does 1 through 20 inclusive Docket: BC464367 Matter: 716689 | 1606 GLENMONT DRIVE | | Glendale | CA | 91207 | | General Litigation - Servicing Mortgage | | X | X | X | Unknown |
| Tammay Renee Bradshaw vs. Homecomings Financial,  Executive Trustee Services llc dba ETS Services, llc, and does 1 through 50 inclusive Docket: civds 1202500 Matter: 726485 | 1445 West 17th Street | | San Bernardino | CA | 92411 | | General Litigation - Origination - Mortgage | | X | X | X | Unknown |
| Taylor-Lee Reynolds & Connie Burlyne: Evans Common-Peaceful-People v Homecomings Financial Network, Inc., GMAC Mortgage, LLC, Executive Trustee Services, LLC., Fannie Mae/Freddie Mac, Cerebus Capital Management, LSI Title Co. Inc., Nevada Legal News, Department of Treasury a/k/a International Monetary Fund, Pite Duncan LLP Docket: 11-RP-00017-1B Matter: 722010 | 5691 Camus Road | | Carson City | NV | 89701 | | General Litigation - Foreclosure | | X | X | X | Unknown |
| Terrance R. Kingston and Sybil Kingston vs. Deutsche Bank National Trust Company, a National Banking Association and California Corporation; Mortgageit, Inc.; Lawyers Title Company; Executive Trustee Services, LLC; GMAC Mortgage, LLC; First American Title Company, Inc.; Promar, Inc., Mortgage Electronic Registration System, does 1 to 100, inclusive Docket: 56-2012-00416409-CU-OR-VTA Matter: 728777 | DLNET1 LAW CENTER | 5959 W. Century Blvd. Suite 700 | Los Angeles | CA | 90045 | | General Litigation - Origination - Mortgage | | X | X | X | Unknown |
| TRUST HOLDING SERVICE CO, AS TRUSTEE FOR AQUEDUCT TRUST VS ETS SERVICES, LLC; OCWEN LOAN SERVICING; AND U.S. BANK, N.A. Docket: BC468488 Matter: 718103 | Trust Holding Service Company -- Legal D | 20960 Knapp Street, Suite B | Chatsworth | CA | 91311 | | General Litigation - Foreclosure | | X | X | X | Unknown |

In re: Executive Trustee Services, LLC
Case No. 12-12028
Schedule F-3
General Litigation
Creditors Holding Unsecured Claims

| Creditor's Name | Address 1 | Address 2 | City | State | Zip | Co-Debtor | Date claim was incurred and consideration for claim | Subject to setoffs Y/N | Contingent | Unliquidated | Disputed | Total amount of claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Tyrone Valkanas vs. Acqura Loan Services, LLC formerly doing business as National City Mortgage, a division of National City Bank of Indiana, ETS Services, LLC, Mortgage Electronic Registration Systems, Inc. (MERS) and Does 1-50 inclusive Docket: 37-2011-00077480-CU-OR-SC Matter: 715515 | 1446 Agate Creek Way | | Chula Vista | CA | 91915 | | General Litigation - Foreclosure | | X | X | X | Unknown |
| Van Kim Lai vs. Randall D. Naiman, ING Bank FSB, First American Title, ETS Services, LLC, GMAC Mortgage, LLC, improperly sued as GMAC Mortgage Corporation, Jeffrey H. Lowenthal, Lucas E. Gilmore, Coldwell Banker, Andy Pham, Nam Nguyen, Thanh Van Chu, Suzette Z. Torres, Homecomings Financial Network, Citimortgage, Inc., Bryan M. Kraft, Susie Gomez, Cypress and Does 1 to 100 inclusive Docket: M110803 Matter: 718663 | 834 Tumbleweed Drive | | Salinas | CA | 93905 | | General Litigation - Foreclosure | | X | X | X | Unknown |
| Victor Alegria and Jami Seeby-Alegria vs GMAC Mortgage Corporation ; Executive Trustee Services,LLC, a California Corporation Docket: CV11-02875 Matter: 719768 | LAW OFFICE OF WAYNE M PRESSEL | 3094 RESEARCH WAY; STE 61 | CARSON CITY | NV | 89706 | | General Litigation - Servicing Mortgage | | X | X | X | Unknown |
| William Kimbrough IV; Catherine Kimbrough v. Paramount Residential Mortgage Group, Inc., a California corporation; GMAC Mortgage, LLC, as successor in interest to GMAC Mortgage Corporation, a Delaware limited liability company; Executive Trstee Services, LLC dba ETS Services, LLC, a Delaware corporation; Mortgage Electronic Registration Systems, Inc., a Delaware corporation; and Does 1 through 20 Docket: RIC 1120394 Matter: 723491 | LAW OFFICES OF GENE W CHOE, PC | 3250 Wilshire Blvd Suite 1200 | LOS ANGELES | CA | 90010 | | General Litigation - Servicing Mortgage | | X | X | X | Unknown |
| Willie R Reise vs The Bank of New York Mellon Trust Company NA f/k/a The Bank of New York Trust Company NA as successor-in-interest to JPMorgan Chase Bank NA as Trustee for MASTR Adjustable Rate Mortgages; GMAC Mortgage, LLC; Executive Trustee Services, LLC dba ETS Services, LLC; and Homewide Lending Corp. Docket: 30-2012-00543237-CU-OR-CJC Matter: 726395 | Consumer Protection Assistance Coalition, Inc. | 121 Ardmore Ave. | Ardmore | PA | 19003 | | General Litigation - Foreclosure | | X | X | X | Unknown |
| Willow Haven Holding Company vs Executive Trustee Service, LLC DBA ETS Services, LLC, Federal National Mortgage Association; and Does 1 through 25 inclusive Docket: fcs039423 Matter: 726529 | Second Opinion Services | 4005 Mananzita Avenue Suite 6-434 | Carmichael | CA | 95608 | | General Litigation - Foreclosure | | X | X | X | Unknown |

In re: Executive Trustee Services, LLC
Case No. 12-12028
Schedule F-3
General Litigation
Creditors Holding Unsecured Claims

| Creditor's Name | Address 1 | Address 2 | City | State | Zip | Co-Debtor | Date claim was incurred and consideration for claim | Subject to setoffs Y/N | Contingent | Unliquidated | Disputed | Total amount of claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| YEGHIYAIAN - HEROUS YEGHIYAIAN VS. PULTE MORTGAGE,LLC DBA DEL WEBB HOME FINANCE;FIRST AMERICAN TITLE OF NORTHERN NEVADA;MORTGAGE ELECTRONIC REGISTRATION SYSTEM,INC,A SUBSIDIARY OF MERSCORP,INC; EXECUTIVE TRUSTEE SERVICES,LLC;CHASE HOME FINANCE,LLC; E TRADE FINANCIAL, AKA E*TRADE BANK; CHASE HOME FINANCE, LLC, EXECUTIVE TRUSTEE SERVICES, LLC AND DOES 1-100 Docket: CV10 00809 Matter: 697416 | Law Office Rick Lawton Esq. P.C. | 5435 Reno Highway | Fallon | NV | 89406 | | General Litigation - Origination - Mortgage | | X | X | X | Unknown |
| | | | | | | | | | | Total: | | Unknown |

**In re: Executive Trustee Services, LLC**
**Case No. 12-12028**
Schedule F-4
Settled Litigation
Creditors Holding Unsecured Claims

| Creditor's Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Co-Debtor | Date claim was incurred and consideration for claim | Subject to setoffs Y/N | Contingent | Unliquidated | Disputed | Total amount of claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Magdalena Avila | C/O Alg And Associates, Aplc | 11500 W. Olympic Blvd., Suite 400 | | Los Angeles | CA | 90064 | | Settled Litigation - Magdalena Avila V GMAC Mortgage, LLC, Executive Trustee Services, LLC, And Does 1-50.  (Settled 04/13/2012) | | | X | | $1,000.00 |
| Michael J Freedlund And Teresa A Freedlund | C/O Khirallah PLLC | 3333 Lee Pkwy; STE 600 | | Dallas | TX | 75219 | | Settled Litigation - Michael J Freedlund And Teresa A Freedlund Vs GMAC Mortgage LLC, Fka GMAC Mortgage Corporation; The Bank Of New York Mellontrust Company; National Association F/k/a The Bank Of New York Trust Company, NA As Successor To JPmorgan Chase Bank Na As Trustee For Ramp 2006Rp2; Executive Trustee Services,LLC.  (Settled 04/25/2012) | | | X | | $10,000.00 |
| | | | | | | | | | | | Total: | | $11,000.00 |

B6G (Official Form 6G) (12/07)

**In re: Executive Trustee Services, LLC**                                        **Case No. 12-12028 (MG)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m)

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
| See Schedule G Attachment | |

In re: Executive Trustee Services, LLC
Case No. 12-12028

Schedule G
Executory Contracts and Unexpired Leases

| Name of other parties to lease or contract | Address 1 | Address 2 | City | State | Zip | Country | Description of contract or lease and nature of debtor's interest.  State whether lease is of nonresidential real property.  State contract number of any government contract. |
|---|---|---|---|---|---|---|---|
| Ally Financial Inc.. | 200 Renaissance Center | | Detroit | MI | 48243 | | Asset Purchase Agreement |
| Bank of America, N.A. | 333 South Hope Street | | Los Angeles | CA | 90071 | | Custodial Bank Account Agreement |
| Barclays Bank PLC | Barclays Bank PLC | 745 7th Avenue, 27th Floor | New York | NY | 10119 | | Loan Security and Borrowing Collateral Agreement |
| BMMZ Holdings LLC | 1100 Virginia Drive | | Fort Washington | PA | 19034 | | Asset Purchase Agreement |
| BSI | 389 Chiswick High Road | | London | England | W4 4AL | UK | Confidentiality or Non-Disclosure Agreement |
| Codilis & Associates | 15W030 North Frontage Road | | Burr Ridge | IL | 60527 | | Confidentiality or Non-Disclosure Agreement |
| CORELOGIC INC | PO BOX 849935 | | DALLAS | TX | 75284-9935 | | Vendor Agreement or Statement of Work |
| Fidelity National Agency Sales | PAYMENT PROCESSING CENTRE | | ASHBURN | VA | 21046 | | Vendor Agreement or Statement of Work |
| Fidelity National Agency Sales and Posting | 15661 RED HILL AVE, SUITE 200 | | TUSTIN | CA | 92780 | | Vendor Agreement or Statement of Work |
| Fidelity National Foreclosure & Bankruptcy Solutions | PAYMENT PROCESSING CENTRE | | ASHBURN | VA | 21046 | | Vendor Agreement or Statement of Work |
| Fidelity National Title Company | 3633 E INLAND EMPIRE BLVD STE 875 | | ONTARIO | CA | 91764 | | Vendor Agreement or Statement of Work |
| Fidelity National Title Company | 3633 E INLAND EMPIRE BLVD STE 875 | | ONTARIO | CA | 91764 | | Vendor Agreement or Statement of Work |
| Fidelity National Title Company | 3633 E INLAND EMPIRE BLVD STE 875 | | ONTARIO | CA | 91764 | | Vendor Agreement or Statement of Work |
| First American Default Management Solutions, LLC | PO BOX 849028 | | DALLAS | TX | 75284-9028 | | Vendor Agreement or Statement of Work |
| First American Default Management Solutions, LLC | PO BOX 849028 | | DALLAS | TX | 75284-9028 | | Vendor Agreement or Statement of Work |
| First American Default Technologies | PO BOX 849935 | | DALLAS | TX | 75284-9935 | | Vendor Agreement or Statement of Work |
| First American National Default Title Services | 3 First American Way | | Santa Ana | CA | 92707-5913 | | Vendor Agreement or Statement of Work |
| First American National Default Title Services | 3 First American Way | | Santa Ana | CA | 92707-5913 | | Vendor Agreement or Statement of Work |
| First American National Default Title Services | 3 First American Way | | Santa Ana | CA | 92707-5913 | | Vendor Agreement or Statement of Work |
| First American National Default Title Services | 3 First American Way | | Santa Ana | CA | 92707-5913 | | Vendor Agreement or Statement of Work |
| First American National Default Title Services | 3 First American Way | | Santa Ana | CA | 92707-5913 | | Vendor Agreement or Statement of Work |
| First American National Default Title Services | 3 First American Way | | Santa Ana | CA | 92707-5913 | | Vendor Agreement or Statement of Work |
| First American National Default Title Services | 3 First American Way | | Santa Ana | CA | 92707-5913 | | Vendor Agreement or Statement of Work |

In re: Executive Trustee Services, LLC
Case No. 12-12028
Schedule G
Executory Contracts and Unexpired Leases

| Name of other parties to lease or contract | Address 1 | Address 2 | City | State | Zip | Country | Description of contract or lease and nature of debtor's interest.  State whether lease is of nonresidential real property.  State contract number of any government contract. |
|---|---|---|---|---|---|---|---|
| First American National Default Title Services | PO BOX 849935 | | DALLAS | TX | 75284-9935 | | Vendor Agreement or Statement of Work |
| First American National Default Title Services | PO BOX 849935 | | DALLAS | TX | 75284-9935 | | Vendor Agreement or Statement of Work |
| First American National Default Title Services | PO BOX 849935 | | DALLAS | TX | 75284-9935 | | Vendor Agreement or Statement of Work |
| GMAC Mortgage, LLC | 1100 Virginia Drive | | Fort Washington | PA | 19035 | | Tax Sharing Agreement |
| HP ENTERPRISE SERVICES LLC | 500 RENAISSANCE CENTER | | DETROIT | MI | 48232-5640 | | Confidentiality or Non-Disclosure Agreement |
| JP Morgan Chase Bank, N.A. | 3rd First National Plaza | | Chicago | IL | 60602 | | Custodial Bank Account Agreement |
| Linda Frick | C/O Freeman, Freeman & Smiley | 3514 Sepulveda Blvd., Suite 1200 | Los Angeles | CA | 90034 | | Settled Litigation - Linda Fricks Vs. Valerie Pina, Francisco Pina, GMAC Mortgage Corporation Dba Ditech.Com, Executive Trustee Services, LLC D/b/a ETS Services, LLC. (Settled Offer Accepted On 4/17/2012) |
| LPS MORTGAGE PROCESSING SOLUTIONS | PO BOX 809007 | | CHICAGO | IL | 60680-9007 | | Vendor Agreement or Statement of Work |
| LPS Portfolio Solutions LLC | PO BOX 809007 | | CHICAGO | IL | 60680-9007 | | Vendor Agreement or Statement of Work |
| Magdalena Avila | C/O Alg And Associates, Aplc | 11500 W. Olympic Blvd., Suite 400 | Los Angeles | CA | 90064 | | Settled Litigation - Magdalena Avila V GMAC Mortgage, LLC, Executive Trustee Services, LLC, And Does 1-50.  (Settled 04/13/2012) |
| Michael J Freedlund And Teresa A Freedlund | C/O Khirallah PLLC | 3333 Lee Pkwy; STE 600 | Dallas | TX | 75219 | | Settled Litigation - Michael J Freedlund And Teresa A Freedlund Vs GMAC Mortgage LLC, Fka GMAC Mortgage Corporation; The Bank Of New York Mellontrust Company; National Association F/k/a The Bank Of New York Trust Company, NA As Successor To JPmorgan Chase Bank Na As Trustee For Ramp 2006Rp2; Executive Trustee Services,LLC. (Settled 04/25/2012) |
| Nationstar Mortgage LLC | 350 Highland Drive | | Lewisville | TX | 75067 | | Asset Purchase Agreement |
| Pite Duncan LLP | 4375 JUTLAND DR. | SUITE 200 | SAN DIEGO | CA | 92177-0935 | | Vendor Agreement or Statement of Work |
| Pite Duncan, LLP | 525 East Main Street, P.O. Box 12289 | | El Cajon | CA | 92022-2289 | | Confidentiality or Non-Disclosure Agreement |
| Servicelink | 4000 Industrial Boulevard | | Aliquippa | PA | 15001 | | Confidentiality or Non-Disclosure Agreement |
| The Walz Group | 27398 Viaduct Industria | | Temecula | CA | 92590-3699 | | Confidentiality or Non-Disclosure Agreement |
| Walz Certified Mail Solutions | 27398 VIA INDUSTRIA | | TEMECULA | CA | 92590-3699 | | Vendor Agreement or Statement of Work |
| Walz Certified Mail Solutions | 27398 VIA INDUSTRIA | | TEMECULA | CA | 92590-3699 | | Vendor Agreement or Statement of Work |

**In re: Executive Trustee Services, LLC**
**Case No. 12-12028**
Schedule G
Executory Contracts and Unexpired Leases

| Name of other parties to lease or contract | Address 1 | Address 2 | City | State | Zip | Country | Description of contract or lease and nature of debtor's interest.  State whether lease is of nonresidential real property.  State contract number of any government contract. |
|---|---|---|---|---|---|---|---|
| Walz Certified Mail Solutions | 27398 VIA INDUSTRIA | | TEMECULA | CA | 92590-3699 | | Vendor Agreement or Statement of Work |
| Walz Certified Mail Solutions | 27398 VIA INDUSTRIA | | TEMECULA | CA | 92590-3699 | | Vendor Agreement or Statement of Work |
| Walz Certified Mail Solutions | 27398 VIA INDUSTRIA | | TEMECULA | CA | 92590-3699 | | Vendor Agreement or Statement of Work |
| Walz Certified Mail Solutions | 27398 VIA INDUSTRIA | | TEMECULA | CA | 92590-3699 | | Vendor Agreement or Statement of Work |

B6H (Official Form 6H) (12/07)

**In re: Executive Trustee Services, LLC**                                                    **Case No. 12-12028 (MG)**

# SCHEDULE  H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. Bankr. P. 1007(m)

☑ Check this box if debtor has no codebtors.

| NAME AND  ADDRESS OF CODEBTOR | NAME AND  ADDRESS OF CREDITOR |
|---|---|
| NONE | |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK, NEW YORK**

**In re: Executive Trustee Services, LLC**                                                    **Case No. 12-12028 (MG)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

I, James Whitlinger, Chief Financial Officer of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of 76 sheets , and that they are true and correct to the best of my knowledge, information, and belief.

Date _6/30/2012_____          Signature: _____ / s / James Whitlinger _____

                                                                                          **James Whitlinger**

                                                                                          **Chief Financial Officer**

--------------------------------------------------------------------------------------------------------------------------------------------

**Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C.§§ 152 and 3571.**