## **EXHIBIT A**

DUANE MORRIS LLP
1540 Broadway
New York, NY 10036-4086
Telephone: 212.692.1000
Fax: 212.692.1020
Gerard S. Catalanello, Esq.
James J. Vincequerra, Esq.

*Counsel to Green Planet Servicing, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| RESIDENTIAL CAPITAL, LLC, *et al.*, | : | Case No. 12-12020 (MG) |
| | : | Jointly Administered |
| Debtors. | : | |

**AFFIDAVIT OF DENNIS E. NEUBERT
IN SUPPORT OF MOTION OF GREEN PLANET SERVICING, LLC
FOR ENTRY OF AN ORDER MODIFYING THE AUTOMATIC STAY**

STATE OF FLORIDA         )
                                              )ss:
COUNTY OF PINELLAS   )

I, Dennis E. Neubert, duly sworn according to law, upon my oath depose and say:

1. I am the Chief Executive Officer ("**CEO**") of Planet Financial Group, LLC, a financial holding company.

2. Green Planet Servicing, LLC ("**Green Planet**") is a subsidiary of Planet Financial Group, LLC.

3. I directly oversee all activities of Planet Financial Group and all of its subsidiaries, including Green Planet.

4. I am familiar with the facts and circumstances surrounding the relationship between Green Planet and GMAC Mortgage Servicing, LLC ("**GMAC**"), a debtor in the above

captioned bankruptcy cases, and make this affidavit in support of Green Planet's motion (the "**Motion**") seeking modification of and/or relief from the automatic stay.

A.   **The Servicing Agreement**

5.   On October 1, 2011, GMAC, as servicer, entered into a narrowly-tailored servicing agreement (the "**Servicing Agreement**"), pursuant to which GMAC acted as sub-servicer for Green Planet with respect to approximately 30,000 residential mortgage loans, with a principal value of nearly $5.2 billion (the "**GPS Loan Pool**"). A true and correct copy of the Servicing Agreement is annexed hereto as **Exhibit "1."**

6.   The Servicing Agreement allowed GMAC an extremely limited role with respect to the loans in the GPS Loan Pool. Pursuant to the Servicing Agreement, GMAC was authorized to perform various tasks associated with the service and administration of the GPS Loan Pool on Green Planet's behalf, such as collecting all payments, including principal, interest and liquidation proceeds, as well as any net cash flow from the underlying properties (collectively, the "**Green Planet Servicing Funds**").

7.   As a sub-servicer, GMAC <u>did not own</u> the corresponding servicing rights (the "**Servicing Rights**") regarding the GPS Loan Pool. Rather, as definitively outlined in the Servicing Agreement, such Servicing Rights were at all times, and continue to be owned by Green Planet.

2

B.  **GMAC's Improper Solicitation Of Borrowers
In Violation Of The Terms Of The Servicing Agreement**

8. On March 9, 2012, prior to GMAC's bankruptcy filing, I was contacted by Matt Detwiler ("**Detwiler**"), the Senior Vice President of Fee Based Servicing for GMAC. Detwiler advised me that GMAC had unlawfully solicited loans from the GPS Loan Pool, in violation of the Servicing Agreement.[1]

9. Specifically, Detwiler explained that a GMAC senior employee had allowed access to the GPS Loan Pool to establish a solicitation list and that the GPS Loan Pool had been added to an active solicitation list.

10. As a result of the access permitted by this GMAC senior employee, mortgagors of the mortgage loans in the GPS Loan Pool were solicited regarding the potential prepayment or refinancing of such loans.

11. Detwiler further advised that GMAC would determine the number of loans that were solicited, and would provide that information to Green Planet.

12. Subsequently, Detwiler provided Green Planet with a list (the "**Solicited Loan List**") identifying at least one hundred twenty nine (129) loans in the GPS Loan Pool that had been unlawfully solicited by GMAC, which loans were voluntarily prepaid in full and refinanced as a result.

13. The Solicited Loan List was not comprehensive, nor has a revised list been provided which accounts for additional solicited loans that were prepaid and refinanced since the creation of the Solicited Loan List.

---

[1] Section 12.13 of the Servicing Agreement is entitled "No Solicitation" and provides in relevant part "…from and after the date hereof, the Servicer shall not, nor shall it take any action that would permit any Affiliate of Servicer, to solicit the Mortgagors for purposes of prepayment or refinance of the Mortgage Loans, without the express consent of the Owner, except as otherwise provided herein."

3

14. Detwiler assured me that, as of March 9, 2012, all solicitations of loans contained in the GPS Loan Pool had ceased, and that the GPS Loan Pool had been removed from all solicitation lists and cues.

15. After GMAC's disclosure of the unlawful solicitation, Green Planet hired Collateral Analytics, a third party vendor, to perform lien searches in the public records of various states to identify loans paid off during the time period February 1, 2012 through March 19, 2012, where the most recent loan vendor was an affiliate of GMAC.

16. The results of Collateral Analytics' lien search identified at least thirty one (31) additional residential mortgage loans from the GPS Loan Pool that: (a) were refinanced by a GMAC affiliate, and (b) were not included on the Solicited Loan List.

17. An initial further review of notes contained on GMAC's computer system identified at least one additional loan from the GPS Loan Pool that was solicited and refinanced by GMAC or one of its affiliates <u>after</u> GMAC advised Green Planet that all solicitation activity had ceased.

18. In the time since GMAC's unlawful solicitation, Green Planet has witnessed an unprecedented four hundred seventy-five percent (475%) spike in voluntarily prepaid, refinanced loans in the GPS Loan Pool. I have worked in the residential loan servicing industry for approximately forty (40) years and, based upon my extensive experience, this spike cannot reasonably be explained by any natural market forces.

19. In response to GMAC's breaches of the Servicing Agreement, on March 23, 2012, Green Planet forwarded GMAC a written Notification of Breach of Contract and Termination of Servicing Agreement (the "**Default Notice**"). A true copy of the Default Notice is annexed hereto as **Exhibit "2."**

DM1\3390666.3

20. Subsequently, on or about May 7, 2012, Green Planet filed a civil complaint (the "**Complaint**") against GMAC in the Circuit Court for Baltimore City, alleging breach of the Servicing Agreement as outlined by the allegations contained in the Default Notice. A true and correct copy of the Complaint is annexed hereto as **Exhibit "3."**

21. GMAC responded to the Default Notice via letter dated March 29, 2012, arguing that it be allowed an opportunity to cure the existing defaults. A true copy of the March 29, 2012 response is annexed hereto as **Exhibit "4."**

**D.   Green Planet's Damages Resulting From
GMAC's Breaches Of The Servicing Agreement**

22. As a result of GMAC's unlawful solicitation, Green Planet has suffered substantial damages, including monetary and non-monetary damages.

23. Beyond the loss of servicing fees associated with those loans from the GPS Loan Pool that were prepaid and refinanced as a result of the solicitation in clear violation of the Servicing Agreement, Green Planet has also suffered damage to its business interest in the GPS Loan Pool, including loss of its competitive position and servicing rights.

24. Although the monetary damages resulting from GMAC's improper solicitation can be calculated, the damage to Green Planet's business interest in the GPS Loan Pool is both substantial and unable to be reduced to monetary damages.

25. Further, the damage to Green Planet's business interest is, at this point in time, difficult to assess with any degree of accuracy, particularly because future damages and losses attributable to GMAC's unlawful solicitation are impossible to quantify at this time.

5

DM1\3390666.3

E.  **GMAC's Ongoing Breaches Of The Servicing Agreement**

26. Despite GMAC's representation that, as of March 9, 2012, all improper solicitation of the GPS Loan Pool's respective borrowers had ceased, breaches of the Servicing Agreement have continued through the date of the within affidavit.

_____
Dennis E. Neubert
Chief Executive Officer
Planet Financial Group, LLC

SWORN AND SUBSCRIBED before
Me this 26 day of June, 2012

_____
Notary Public
My Commission Expires  11/21/14

[Notary Seal: JENNIFER S. DOKKEN, Notary Public - State of Florida, My Comm. Expires Nov 21, 2014, Commission # EE 44020, Bonded Through National Notary Assn.]

6

DM1\3390666.3