## **EXHIBIT B**

DUANE MORRIS LLP
1540 Broadway
New York, NY 10036-4086
Telephone: 212.692.1000
Fax: 212.692.1020
Gerard S. Catalanello, Esq.
James J. Vincequerra, Esq.

*Counsel to Green Planet Servicing, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| RESIDENTIAL CAPITAL, LLC, *et al.,* | : | Case No. 12-12020 (MG) |
| | : | Jointly Administered |
| Debtors. | : | |

**AFFIDAVIT OF SANDRA JARISH**
**IN SUPPORT OF MOTION OF GREEN PLANET SERVICING, LLC**
**FOR ENTRY OF AN ORDER MODIFYING THE AUTOMATIC STAY**

STATE OF FLORIDA           )
                                              )ss:
COUNTY OF PINELLAS      )

I, Sandra Jarish, duly sworn according to law, upon my oath depose and say:

1. I am the President of Green Planet Servicing, LLC ("**Green Planet**"), a mortgage servicing company that services residential loans throughout the United States.

2. A portion of Green Planet's business involves purchasing residential mortgage loan servicing rights.

3. On August 10, 2011, Green Planet acquired the right to service a tranche of approximately 30,000 residential mortgage loans, with the total loan principal value of approximately $5.2 billion (the "**GPS Loan Pool**").

4. In July 2011, Green Planet began negotiating with GMAC with respect to GMAC's desire to act as sub-servicer of the GPS Loan Pool.

DM1\3392319.1

5. On October 1, 2011, Green Planet and GMAC entered into a final servicing agreement, governing the sub-service and administration of the GPS Loan Pool (the "**Servicing Agreement**").

6. Green Planet earns revenue by servicing the loans in the GPS Loan Pool. If a loan is prepaid, Green Planet no longer receives a fee for servicing such loan, and the removal of such loan from the GPS Loan Pool negatively impacts Green Planet's business interests, resulting in a loss of Green Planet's competitive position and servicing rights.

7. Therefore, in negotiating the terms of the Servicing Agreement, Green Planet's primary focus was the inclusion of a non-solicitation clause, crafted to prevent GMAC from soliciting loans in the GPS Loan Pool to be refinanced by GMAC or one of its affiliates.

8. Green Planet's efforts resulted in the non-solicitation clause, found in Section 12.13 of the Servicing Agreement which states, in relevant part, as follows:

> …from and after the date hereof, [GMAC] shall not, nor shall it take any action that would permit any Affiliate of [GMAC] to solicit the Mortgagors for purposes of prepayment or refinance of the Mortgage Loans, without the written consent of [Green Planet], except as otherwise provided herein.

*See* Servicing Agreement, § 12.13.

9. The non-solicitation clause is a material term of the Servicing Agreement. Absent the inclusion of a specific non-solicitation clause, Green Planet would not have entered into the Servicing Agreement with GMAC.

*[signature]*
Sandra Jarish
President
Green Planet Servicing, LLC

SWORN AND SUBSCRIBED before
Me this 21 day of June, 2012

*[signature]*
Notary Public
My Commission Expires 11/21/14

JENNIFER S. DOKKEN
Notary Public - State of Florida
My Comm. Expires Nov 21, 2014
Commission # EE 44020
Bonded Through National Notary Assn.

3