Thomas A. Conrad, Esq.
SHAPIRO, BLASI WASSERMAN & GORA, P.A.
7000 Glades Road, Suite 400
Boca Raton, Florida 33434
(561) 477-7800
(561) 477-7722 fax
taconrad@sbwlawfirm.com

ATTORNEYS FOR PETRA FINANCE, LLC

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
MANHATTAN DIVISION**

IN RE:

**RESIDENTIAL CAPITAL, LLC,**

    Debtor.

_____/

**CASE NO. 12-12020-MG-11**

**CHAPTER 11**

**NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF PAPERS**

Please take notice that pursuant to §1109(b) of the United States Bankruptcy Code, if applicable, and Rules 2002 and 9010(b) of the Bankruptcy Rules, the undersigned requests that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the following:

    PETRA FINANCE, LLC
    c/o Thomas A. Conrad, Esq.
    SHAPIRO, BLASI WASSERMAN & GORA, P.A.
    Corporate Centre at Boca Raton
    7000 Glades Road, Suite 400
    Boca Raton, Florida 33434
    (561) 477-7800
    (561) 477-7722 fax
    taconrad@sbwlawfirm.com

Please take further notice that pursuant to §1109(b) of the United States Bankruptcy Code, if applicable, the foregoing request includes the notices and papers referred to in Rule 2002 of the Bankruptcy Rules and also includes, without limitation, any plan of reorganization and objections thereto, notice of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, disclosure statements, answering or reply papers, memoranda and briefs in support of any of the foregoing, and any other documents brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.

      Respectfuly submitted,

**SHAPIRO BLASI WASSERMAN & GORA, P.A.**
Corporate Centre at Boca Raton
7777 Glades Road, Suite 400
Boca Raton, FL 33434
Telephone:   561-477-7800
Facsimile:    561-477-7722

By:   /s/ Thomas A. Conrad
     THOMAS A. CONRAD, ESQ.
     Florida Bar No. 440957
     E-mail: taconrad@sbwlawfirm.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Appearance and Request for Service of Papers were served upon the parties listed below at the designated addresses, via First Class U.S. Mail and/or by Electronic Filing this 2nd day of July, 2012:

Larren M. Nashelsky, Esq.
Morrison & Foerster, LLP
1290 Avenue of the Americas
New York, New York 10104

United States Trustee
33 Whitehall Street
21st Floor
New York, New York 10004

By:   /s/ Thomas A. Conrad
      THOMAS A. CONRAD, ESQ.