NICHOLS KASTER, LLP
Robert L. Schug (*pro hac vice* pending)
One Embarcadero Center
Suite 720
San Francisco, CA 94111
Telephone: (415) 277-7235
Fax: (415) 277-7238
E-Mail: rschug@nka.com

*Bankruptcy Counsel for Plaintiffs*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------X
| |  |
**In re:** | : |
 | : | **Chapter 11**
**Residential Capital, LLC,** *et al.*, | : |
 | : | **Case No. 12-12020 (MG)**
               **Debtors.** | : |
 | : | **Jointly Administered**
-------------------------------------------------------X

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

      I, Robert L. Schug, request admission*, **pro hac vice***, before the Honorable Martin Glenn, to represent Plaintiff Christina Ulbrich in the above-captioned case in connection with her claims on behalf of herself and the putative classes in *Ulbrich v. GMAC Mortgage, LLC*, No. 0:11-cv-62424-RNS (S.D.Fla.) and Plaintiffs Deborah Bollinger and Bryan Bubnick, as well as the FLSA opt-in Plaintiffs, in connection with their claims in *Bollinger et al. v. Residential Capital, LLC, et al.* No. 2:10-cv-01123-RSM (W.D.Wa). I certify that I am a member in good standing of the bar of the states of California and Minnesota, as well as the United States Court of Appeals for the Eighth Circuit, United States Court of Appeals for the Sixth Circuit, United States District Court, District of Minnesota, United States District Court, Western District of Tennessee, United States District Court, Eastern District of Michigan, United States District Court, Eastern District of Wisconsin, United States District Court, Central District of California, United States District

Court, Northern District of California, Untied States District Court, Eastern District of California, and the United States District Court, Southern District of California.

My address is:

>Robert L. Schug
>NICHOLS KASTER, LLP
>One Embarcadero Center
>Suite 720
>San Francisco, CA 94111
>Telephone: (415) 277-7235
>Fax: (415) 277-7238
>E-Mail: rschug@nka.com

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated:  July 2, 2012
San Francisco, California

>Respectfully Submitted,
>
>**NICHOLS KASTER, LLP**
>
>/s/ Robert L. Schug
>Robert L. Schug, CA Bar No. 249640*
>   *(*pro hac vice* application pending)
>One Embarcadero Center, Suite 720
>San Francisco, CA 94111
>Telephone: (415) 277-7235
>Fax: (415) 277-7238
>E-Mail:  rschug@nka.com
>
>*Bankruptcy Counsel for Plaintiffs*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------X
In re:                                                                  :
                                                                              :  **Chapter 11**
**Residential Capital, LLC,** *et al.***,**                 :
                                                                              :  **Case No. 12-12020 (MG)**
                                  **Debtors.**              :
                                                                              :  **Jointly Administered**
-------------------------------------------------------X

**ORDER GRANTING ADMISSION TO PRACTICE,** *PRO HAC VICE*

Upon the motion of Robert L. Schug to be admitted, *pro hac vice*, to represent Plaintiff Christina Ulbrich and Plaintiffs Deborah Bollinger and Bryan Bubnick, along with the FLSA opt-in Plaintiffs, in the above-captioned case, and upon the movant' certification that the movant is a member in good standing of the bar of the states of California and Minnesota, as well as the United States Court of Appeals for the Eighth Circuit, United States Court of Appeals for the Sixth Circuit, United States District Court, District of Minnesota, United States District Court, Western District of Tennessee, United States District Court, Eastern District of Michigan, United States District Court, Eastern District of Wisconsin, United States District Court, Central District of California, United States District Court, Northern District of California, Untied States District Court, Eastern District of California,  and the United States District Court, Southern District of California, it is hereby:

**ORDERED**, that Robert L. Schug is admitted to practice, *pro hac vice*, in the above-captioned case, to represent Plaintiff Christina Ulbrich and Plaintiffs Deborah Bollinger and Bryan Bubnick, as well as the FLSA opt-in Plaintiffs, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated:         _____, 2012
          New York, New York                                 _____
                                                                              United States Bankruptcy Judge

3