Thomas A. Conrad, Esq.
SHAPIRO, BLASI WASSERMAN & GORA, P.A.
7000 Glades Road, Suite 400
Boca Raton, Florida 33434
(561) 477-7800
(561) 477-7722 fax
taconrad@sbwlawfirm.com

ATTORNEYS FOR PETRA FINANCE, LLC

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
MANHATTAN DIVISION**

IN RE:

**RESIDENTIAL CAPITAL, LLC,**

    Debtor.

_____/

CASE NO. 12-12020-MG-11

CHAPTER 11

**MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE***

I, Thomas A. Conrad, request admission, *pro hac vice*, before the Honorable Martin Glenn, to represent PETRA FINANCE, LLC in the above-captioned cases and in any related adversary proceedings. I certify that I am a member in good standing of the bar in the State of Florida.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

| | |
|---|---|
| **Mailing Address**: | Thomas A. Conrad, Esq.<br>SHAPIRO, BLASI WASSERMAN & GORA, P.A.<br>Corporate Centre at Boca Raton<br>7000 Glades Road, Suite 400<br>Boca Raton, Florida 33434 |
| **Telephone**: | (561) 477-7800<br>(561) 477-7722 fax |
| **Email**: | taconrad@sbwlawfirm.com |

Dated:   July 2, 2012
        Boca Raton, Florida

Respectfuly submitted,

**SHAPIRO BLASI WASSERMAN & GORA, P.A.**
*Attorneys for Petra Finance, LLC*
Corporate Centre at Boca Raton
7777 Glades Road, Suite 400
Boca Raton, FL 33434
Telephone:   561-477-7800
Facsimile:   561-477-7722

By:   /s/ Thomas A. Conrad
      THOMAS A. CONRAD, ESQ.
      Florida Bar No. 440957
      E-mail: taconrad@sbwlawfirm.com