**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**MANHATTAN DIVISION**

**IN RE:**

**RESIDENTIAL CAPITAL, LLC,**

    **Debtor.**

_____/

**CASE NO. 12-12020-MG-11**

**CHAPTER 11**

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Thomas A. Conrad, to be admitted, *pro hac vice*, to represent PETRA FINANCE, LLC in the above-captioned cases and in any related adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Florida, it is hereby

ORDERED that Thomas A. Conrad is admitted to practice, *pro hac vice*, in the above-captioned cases and in any related adversary proceedings, to represent PETRA FINANCE, LLC in the United States Bankruptcy Court for the Southern District of New York, provided the filing fee has been paid.

Dated:    July \_\_\_\_\_, 2012
           New York, New York

_____
MARTIN GLENN
UNITED STATES BANKRUPTCY JUDGE