QUARLES & BRADY LLP
One Renaissance Square
Two North Central Avenue
Phoenix, Arizona 85004-2391
Telephone: (602) 229-5708
Facsimile: (602) 229-5690
Walter J. Ashbrook, Esq. (AZ Bar No. 026733)

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| In re: | Chapter 11 |
|---|---|
| RESIDENTIAL CAPITAL, LLC, et al., | Case No. 12-12020-MG |
| Debtors. | Jointly Administered |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Walter J. Ashbrook, request admission, *pro hac vice*, before the Honorable Martin Glenn, to represent OneWest Bank, a secured creditor in the above-referenced cases.

***I certify that I am a member in good standing*** of the bar in the State of Arizona and the bar of the United States District Court for the District of Arizona.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: July 2, 2012
      Phoenix, Arizona

/s/ Walter J. Ashbrook
Walter J. Ashbrook

QUARLES & BRADY LLP
One Renaissance Square
Two North Central Avenue
Phoenix, AZ 85004-2391
Telephone: (602) 229-5708
Facsimile: (602) 229-5690
Email: walter.ashbrook@quarles.com

Attorneys for OneWest Bank

QB\136701.00059\17329799.1