**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| RESIDENTIAL CAPITAL, LLC, et al., | Case No. 12-12020-MG |
| Debtors. | Jointly Administered |

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Walter J. Ashbrook, to be admitted, *pro hac vice*, to represent OneWest Bank, (the "Client"") , a secured creditor in the above-referenced cases, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Arizona and the bar of the United States District Court for the  District of Arizona, it is hereby

ORDERED, that Walter J. Ashbrook, Esq., is admitted to practice, *pro hac vice* in the above-referenced cases to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: July ____, 2012
          New York, New York

_____
                    MARTIN GLENN
              United States Bankruptcy Judge