Hearing Date: July 24, 2012 at 10:00 a.m. (ET)
Objection Deadline: July 17, 2012 at 4:00 p.m. (ET)

ANGLIN, FLEWELLING, RASMUSSEN,
  CAMPBELL & TRYTTEN LLP
199 S. Los Robles Avenue, Suite 600
Pasadena, California 91101-2459
Tel: (626) 535-1900
Fax: (626) 577-7764
Jeremy E. Shulman
*Attorneys for Movant*
*Wells Fargo Bank, N.A., successor*
*by merger with Wells Fargo Bank*
*Southwest, N.A., f/k/a Wachovia Mortgage,*
*FSB, f/k/a World Savings Bank, FSB*
*("Wells Fargo")*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |
| | (Re Debtor Executive Trustee Services, LLC, Case No. 12-12028) |

**CERTIFICATE OF SERVICE**

Jeremy E. Shulman, being duly sworn, deposes and says:

I am not a party to the action. I am over the age of eighteen years and reside in Pasadena, California. I am duly admitted to the bars of the State of California and the State of New York in good standing.

On June 29, 2012, at my direction and under my supervision, employees of Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP caused the following documents to be served via First Class and Electronic Mail to the parties listed on the Special Service List attached hereto as Exhibit 1, via ECF Notice on the parties listed on the General Service List attached as

95451/000660/00420199-1

Exhibit 2, and via International First Class, First Class or Electronic Mail as indicated on the Parties and Their Counsel For the Underling District Court Action List attached as Exhibit 3:

1. Notice Of Hearing On Wells Fargo's Motion For Relief From The Automatic Stay To Permit Prosecution Of Non-Bankruptcy Forum Action Against Debtor Executive Trustee Services, LLC, Or, In The Alternative, To Permit Movant To Conduct Discovery And To Issue Trial Subpoenas Directed At Debtor In The Non-Bankruptcy Action;

2. Motion For Relief From The Automatic Stay To Permit Prosecution Of Non-Bankruptcy Forum Action Against Debtor Executive Trustee Services, LLC, Or, In The Alternative, To Permit Movant To Conduct Discovery And To Issue Trial Subpoenas Directed At Debtor In The Non-Bankruptcy Action; and

3. Declaration Of Jeremy E. Shulman In Support Of Wells Fargo's Motion For An Order (A) Granting Relief From Automatic Stay Permitting Prosecution Of Non-Bankruptcy Forum Action Against Debtor Executive Trustee Services, LLC, Or, In The Alternative, (B) Permitting Movant To Conduct Discovery And To Issue Trial Subpoenas Directed At Debtor In The Non-Bankruptcy Action,

on behalf of Movant Wells Fargo Bank, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB.

Dated:  Pasadena, California
        June 29, 2012

Respectfully Submitted,

ANGLIN, FLEWELLING, RASMUSSEN,
    CAMPBELL & TRYTTEN LLP

By: */s/ Jeremy E. Shulman*
    Jeremy E. Shulman
199 S. Los Robles Avenue, Suite 600
Pasadena, California 91101-2459
Tel: (626) 535-1900
Fax: (626) 577-7764
*Attorneys for Movant*
*Wells Fargo Bank, N.A., successor*
*by merger with Wells Fargo Bank*
*Southwest, N.A., f/k/a Wachovia Mortgage,*
*FSB, f/k/a World Savings Bank, FSB*