UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re                                                       :
                                                            :        Chapter 11
RESIDENTIAL CAPITAL, LLC, *et al.*                          :
                                                            :        Case No. 10-12020 (MG)
                        Debtors.                            :
                                                            :        (Jointly Administered)
------------------------------------------------------------x

## AFFIDAVIT OF ELIZABETH A. GLYNN

STATE OF VERMONT            )
                            : ss
COUNTY OF RUTLAND           )

Elizabeth A. Glynn, being first duly sworn upon oath, hereby deposes and states as follows:

1. I, Elizabeth A. Glynn am an attorney licensed to practice before the Courts in the State of Vermont and I am state court counsel to Community South Bank ("CSB").

2. I submit this Affidavit in Support of CSB's Motion for Relief From Stay ("Motion").

3. Attached hereto as **Exhibit "A"** is a true and complete copy of the 2005 Mortgage.[1]

4. Attached hereto as **Exhibit "B"** is a true and complete copy of the 2007 Mortgage.

5. Attached hereto as **Exhibit "C"** is a true and complete copy of the GMAC Mortgage.

6. Attached hereto as **Exhibit "D"** is a true and complete copy of the Judgment Order and Decree of Foreclosure.

7. Attached hereto as **Exhibit "E"** is a true and complete copy of a payoff letter received from CitiMortgage setting forth the amount owed in relation to the CitiMortgage Mortgage.

---

[1] All capitalized terms shall have the meaning ascribed in the Motion unless otherwise defined herein.

8.  Attached hereto as **Exhibit "F"** is a true and complete copy of a certain Appraisal of a Single Family Dwelling, dated as of October 7, 2011 related to Lot #3.

9.  Attached hereto as **Exhibit "G"** is a true and complete copy of a certain Appraisal of a Vacant Lot, dated as of October 7, 2011 related to Lot #2.

Dated: Rutland, Vermont
July 2, 2012

_____
Elizabeth A. Glynn

Sworn to before me on July 2, 2012

_____
Notary Public
My Commission Expires: 2-10-15

2