# BENDETT & McHUGH
## ATTORNEYS AT LAW

May 18, 2012

Ryan, Smith & Carbine, LTD.                     RE: Chernin, Robert B.
98 Merchants Row                                      1882 East Mountain Road, Killington, VT 05751
Rutland, VT 05702

Re:   CitiMortgage, Inc. vs. Robert B. Chernin
      Loan Number: XXXXXX7246
      Property Address: 1882 East Mountain Road, Sherburne, VT
      Our File Number: 2634FC-200911135

Dear Elizabeth A. Glynn, Esq.:

NOTE THAT ANY PAYOFF FUNDS RECEIVED AS A RESULT OF THIS LETTER WILL BE APPLIED TO PAYOFF LOAN NUMBER ENDING WITH XXXXXX7246 SERVICED BY CITIMORTGAGE, INC. PLEASE BE SURE THAT IS YOUR INTENTION. ADDITIONALLY PLEASE BE AWARE THAT ONLY A CERTIFIED CHECK OR A BANK CHECK WILL BE ACCEPTED. This letter is in response to your request for payoff figures on the above loan. As of the date of this letter, the payoff amount is $328,692.85. **This will NOT necessarily be the amount you must pay to payoff after today,** since the amount which you owe, including legal fees and costs, may increase between the date of this letter and the date that you pay off your loan. This is because additional steps may occur in the foreclosure process and additional amounts may become due on the loan.

It is our understanding that you intend to pay off this loan at a future date. **If you payoff the loan by June 8, 2012 we estimate that the payoff amount will be calculated to be $329,314.87 as follows:**

| | | |
|---|---|---|
| Principal | = | 233,811.94 |
| Interest Due 4.62500% @ ($29.62 per diem) | = | 30,846.49 |
| Past Due Late Charges | = | 514.80 |
| NSF Charges | = | |
| Property Inspections/Preservation | = | 435.00 |
| Escrow Balance Due | = | 50,277.14 |
| Bank Appraisal or BPO (Brokers Price Opinion) | = | 383.00 |
| Pending Escrow | = | 7,633.04 |
| Recording Fee | = | |
| Other Fees | = | |
| Paid BK Attorney F&C | = | 700.00 |
| Servicing Fee | = | 1,498.68 |
| Less Funds in Suspense | = | |
| Legal fees/costs through today's date (see attached) | = | 3,214.78 |
| Anticipated Additional Legal Fees/Costs through | = | 0 |

270 FARMINGTON AVENUE, SUITE 151 • FARMINGTON, CONNECTICUT 06032 • TEL (860) 677-2868

June 8, 2012 (see attached)
Total estimated Payoff Amount due as of June 8, 2012

$329,314.87

**Please note that this estimated payoff quote expires on June 8, 2012**

If you wish to pay off your loan after June 8, 201,2you must contact us for a new payoff amount. Please call us when you actually are ready to pay off your loan so that we can give you the current payoff amount at that time. This will ensure that the amount you remit is as accurate as possible. Please keep in mind that we must obtain information from the mortgage servicer to provide you with the requested information and we will notify you of the updated payoff amount as soon as we receive the information. Please be advised that the payoff amount is subject to final verification by the Noteholder. You will be responsible for reimbursing the Noteholder if it pays other taxes, insurance or other miscellaneous expenses allowed by law.

If you are moving or no longer live at the property, please provide us with a new address. If your payment made pursuant to this letter is greater than the amount you owe, you will receive a refund via regular mail.

There may be other options available to help you avoid foreclosure. You may contact your lender to discuss these options.

PERSONAL CHECKS WILL NOT BE ACCEPTED. Please make your certified check, bank check or money order payable to CitiMortgage, Inc. and mail or deliver the check directly to
**Citimortgage**
**Attn: Exception Processing**
**5280 Corporate Drive, MC1006**
**Frederick, MD 21703**
**So that the check is received no later than 5:00 p.m. on June 8, 2012. Please make sure to notate your full loan number on your payment, to insure proper credit.** When you send your payoff check, please also either email or fax a copy of this letter along with a copy of your payoff payment to our office to the attention of Rebecca Rollo. Her email is rrollo@bmpc-law.com and her fax number is 860-409-0626. It is very important that we are timely notified of your payoff.

**The satisfaction of your loan is conditioned upon your paying any fees and expenses that may have been incurred in connection with the above mentioned matter through the date of receipt of funds. Please call on date of payment to confirm whether any additional amounts are due.**

THE LAW FIRM OF BENDETT AND MCHUGH, PC IS A DEBT COLLECTOR AND IS ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION WE OBTAIN WILL BE USED FOR THAT PURPOSE. IF YOU HAVE PREVIOUSLY RECEIVED A DISCHARGE IN BANKRUPTCY WHICH DISCHARGED THIS DEBT, THIS CORRESPONDENCE IS NOT AND SHOULD NOT BE CONSTRUED TO BE AN ATTEMPT TO COLLECT A DEBT, BUT ONLY ENFORCEMENT OF A LIEN AGAINST PROPERTY.

Completed by:   Rebecca Rollo          Date:      May 18, 2012

Reviewed by:    Amber L. Doucette      Signature _____

<u>Itemization of Legal Fees and costs as of the date of this letter</u>

| | | |
|---|---|---|
| Attorney's Fees | = | 1,190.00 |
| Title Search | = | 250.00 |
| Title Update | = | 150.00 |
| Service of Process | = | 474.78 |
| Court Filing Fee | = | 250.00 |
| Complaint Recording Fee | = | 365.00 |
| Publication Costs (Sale) | = | |
| Publication Costs (Service) | = | |
| Auctioneer Fees | = | |
| Contested Fees | = | 525.00 |
| Dismissal Recording | = | 10.00 |
| | = | |
| Total Fees and Costs as of the date of this letter | = | 3,214.78 |

**PLEASE NOTE:** Estimates are those fees or costs (Marked as E) for items which have been ordered, but the exact amount of which have not yet been determined. Any fee or cost line item for which a figure is not set forth does not apply to your particular loan. If, for any reason, any estimated fees and costs have not been incurred prior to receipt of the funds or the actual cost is less than our estimate, these estimated costs that have not been incurred will be refunded to you.