# EXHIBIT 9



# APPRAISAL OF A SINGLE FAMILY DWELLING

**LOCATED AT:**
1882 E Mountain Rd
Book 135, Page 224
Killington, VT 05751

**FOR:**
Community South Bank
625 S. Gay Street, Suite 450
Knoxville, TN 37902

**AS OF:**
10/07/2011

**BY:**
Ron A. Mecier
Mecier Appraisal Services
102 Spencer Meadows
Mendon, VT 05701
rmecier@comcast.net

| Borrower | N/A | | | | File No. Chernin |
|---|---|---|---|---|---|
| Property Address | 1882 E Mountain Rd | | | | |
| City | Killington | County Rutland | | State VT | Zip Code 05751 |
| Lender/Client | Community South Bank | | | | |

## APPRAISAL AND REPORT IDENTIFICATION

**This Appraisal Report is one of the following types:**

☐ **Self Contained**   (A written report prepared under Standards Rule 2-2(a), pursuant to the Scope of Work, as disclosed elsewhere in this report.)

☐ **Summary**   (A written report prepared under Standards Rule 2-2(b), pursuant to the Scope of Work, as disclosed elsewhere in this report.)

☐ **Restricted Use**   (A written report prepared under Standards Rule 2-2(c), pursuant to the Scope of Work, as disclosed elsewhere in this report, restricted to the stated intended use by the specified client or intended user.)

## Comments on Standards Rule 2-3

I certify that, to the best of my knowledge and belief:

- The statements of fact contained in this report are true and correct.
- The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.
- I have no (or the specified) present or prospective interest in the property that is the subject of this report and no (or the specified) personal interest with respect to the parties involved.
- I have no bias with respect to the property that is the subject of this report or the parties involved with this assignment.
- My engagement in this assignment was not contingent upon developing or reporting predetermined results.
- My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.
- My analyses, opinions and conclusions were developed and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice.
- I have (or have not) made a personal inspection of the property that is the subject of this report.
- No one provided significant real property appraisal assistance to the person signing this certification. (If there are exceptions, the name of each individual providing significant real property appraisal assistance is stated elsewhere in this report.)

## Comments on Appraisal and Report Identification
Note any USPAP related issues requiring disclosure and any State mandated requirements:

**APPRAISER:**

Signature: *Ron A. Mecier*
Name: Ron A. Mecier
Date Signed: October 31, 2011
State Certification #: 079.0000018
or State License #:
State: VT
Expiration Date of Certification or License: 05/31/2013

Effective Date of Appraisal: 10/07/2011

**SUPERVISORY APPRAISER (only if required):**

Signature:
Name:
Date Signed:
State Certification #:
or State License #:
State:
Expiration Date of Certification or License:
Supervisory Appraiser inspection of Subject Property:
☐ Did Not   ☐ Exterior-only from street   ☐ Interior and Exterior



Mecier Appraisal Services
2 Spencer Meadows
Mendon, VT 05701


February 8, 2007


Community South Bank
625 S. Gay Street, Suite 450
Knoxville , TN 37902


Re: Property:    1882 E Mountain Rd
                 Killington, VT 05751
    Borrower:    N/A
    File No.:    Chernin


In accordance with your request, we have appraised the above referenced property. The report of that appraisal is attached.

The purpose of this appraisal is to estimate the market value of the property described in this appraisal report, as improved, in unencumbered fee simple title of ownership.

This report is based on a physical analysis of the site and improvements, a locational analysis of the neighborhood and city, and an economic analysis of the market for properties such as the subject. The appraisal was developed and the report was prepared in accordance with the Uniform Standards of Professional Appraisal Practice.

The value conclusions reported are as of the effective date stated in the body of the report and contingent upon the certification and limiting conditions attached.

It has been a pleasure to assist you. Please do not hesitate to contact me or any of my staff if we can be of additional service to you.


Sincerely,

*Ron A. Mecier*
Ron A. Mecier

# Uniform Residential Appraisal Report

Loan #6041
File # Chernin

The purpose of this summary appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject property.

## SUBJECT

- **Property Address** 1882 E Mountain Rd  **City** Killington  **State** VT  **Zip Code** 05751
- **Borrower** N/A  **Owner of Public Record** Robert and Celeste Chernin/Owners  **County** Rutland
- **Legal Description** Book 135, Page 224
- **Assessor's Parcel #** 12405  **Tax Year** 2011  **R.E. Taxes $** 14,050
- **Neighborhood Name** State Triangle  **Map Reference** TM#37-063  **Census Tract** 9628.00
- **Occupant** ☒ Owner ☐ Tenant ☐ Vacant  **Special Assessments $** 0.00  ☐ PUD  **HOA $**  ☐ per year ☐ per month
- **Property Rights Appraised** ☒ Fee Simple ☐ Leasehold ☐ Other (describe)
- **Assignment Type** ☐ Purchase Transaction ☐ Refinance Transaction ☒ Other (describe) Market Value Appraisal
- **Lender/Client** Community South Bank  **Address** 625 S. Gay Street, Suite 450, Knoxville, TN 37902
- Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal? ☐ Yes ☒ No
- Report data source(s) used, offering price(s), and date(s). Town records, 10/07/2011.

## CONTRACT

I ☐ did ☐ did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed.

- **Contract Price $**  **Date of Contract**  Is the property seller the owner of public record? ☐ Yes ☐ No  **Data Source(s)**
- Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower? ☐ Yes ☐ No
- If Yes, report the total dollar amount and describe the items to be paid.

## NEIGHBORHOOD

Note: Race and the racial composition of the neighborhood are not appraisal factors.

| Neighborhood Characteristics | One-Unit Housing Trends | One-Unit Housing | Present Land Use % |
|---|---|---|---|
| **Location** ☐ Urban ☒ Suburban ☐ Rural | **Property Values** ☐ Increasing ☐ Stable ☒ Declining | PRICE / AGE | One-Unit 65 % |
| **Built-Up** ☐ Over 75% ☒ 25-75% ☐ Under 25% | **Demand/Supply** ☐ Shortage ☐ In Balance ☒ Over Supply | $ (000) / (yrs) | 2-4 Unit 2 % |
| **Growth** ☐ Rapid ☒ Stable ☐ Slow | **Marketing Time** ☐ Under 3 mths ☐ 3-6 mths ☒ Over 6 mths | 110 Low 1 | Multi-Family 1 % |
| | | 915 High 60 | Commercial 2 % |
| | | 319 Pred. 20 | Other 30 % |

**Neighborhood Boundaries** The subject neighborhood is the Town of Killington (N of Trailview Drive, S and W of Route #4/#100, and E of Killington Road).

**Neighborhood Description** There are no adverse factors that should affect the subject's marketability. The immediate neighborhood is comprised of mostly single family residential properties, with some 2-4 family and commercial properties within a mile of the subject property. The commercial properties are mostly related to the ski industry since this is a winter recreational neighborhood.

**Market Conditions** (including support for the above conclusions) The market is slow for properties in all price ranges in the subject neighborhood, but especially slow in the price range above $500,000. According to recent market research and MLS statistics, property values have been declining for the last 36+ months in the subject neighborhood. The marketing time is between 12+ months according to MLS statistics.

## SITE

- **Dimensions** See Deed  **Area** .90 +/- Acres  **Shape** Quadrilateral  **View** Average
- **Specific Zoning Classification** R-3 (Residential 3)  **Zoning Description** 3 acre minimum lot size per single family dwelling
- **Zoning Compliance** ☐ Legal ☒ Legal Nonconforming (Grandfathered Use) ☐ No Zoning ☐ Illegal (describe)
- Is the highest and best use of subject property as improved (or as proposed per plans and specifications) the present use? ☒ Yes ☐ No If No, describe

| Utilities | Public | Other (describe) | | Public | Other (describe) | Off-site Improvements - Type | Public | Private |
|---|---|---|---|---|---|---|---|---|
| Electricity | ☒ | | Water | ☐ | ☒ Drilled Well | Street Paved | ☒ | ☐ |
| Gas | ☐ | ☒ Bottled Propane | Sanitary Sewer | ☐ | ☒ Private septic | Alley None | ☐ | ☐ |

- **FEMA Special Flood Hazard Area** ☐ Yes ☒ No  **FEMA Flood Zone** X  **FEMA Map #** 50021C0270D  **FEMA Map Date** 08/28/2008
- Are the utilities and off-site improvements typical for the market area? ☒ Yes ☐ No If No, describe
- Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)? ☐ Yes ☒ No If Yes, describe

There are no apparent encroachments or other adverse conditions. There are telephone and electric easments, which are typical for the area and do not adversely affect value. There will need to be an easement for ingress/egress for the section of the driveway that swings onto the abutting property, which is currently owned by the subject property owner. However, if sold separately an easement for a shared driveway will be required.

## IMPROVEMENTS

| General Description | Foundation | Exterior Description | materials/condition | Interior | materials/condition |
|---|---|---|---|---|---|
| **Units** ☒ One ☐ One with Accessory Unit | ☒ Concrete Slab ☒ Crawl Space | Foundation Walls | Pd. Concrete/A-G | Floors | C.Tile.Oak/Crpt/A-G |
| **# of Stories** 3 Levels | ☐ Full Basement ☐ Partial Basement | Exterior Walls | Clapboards/A-G | Walls | Drywall/A-G |
| **Type** ☒ Det. ☐ Att. ☐ S-Det./End Unit | Basement Area 0 sq.ft. | Roof Surface | Asphalt Shing./Avg. | Trim/Finish | Wood/A-G |
| ☒ Existing ☐ Proposed ☐ Under Const. | Basement Finish 0 % | Gutters & Downspouts | None | Bath Floor | Ceramic Tile/A-G |
| **Design (Style)** Contemporary | ☐ Outside Entry/Exit ☐ Sump Pump | Window Type | Casement/A-G | Bath Wainscot | Cer.Tile/Fibergl/A-G |
| **Year Built** 1995 & 2004 | Evidence of ☐ Infestation | Storm Sash/Insulated | Thermopane/A-G | Car Storage | ☐ None |
| **Effective Age (Yrs)** 10 | ☐ Dampness ☐ Settlement | Screens | Yes/A-G | ☒ Driveway | # of Cars 3 |
| **Attic** ☒ None | Heating ☐ FWA ☒ HWBB ☒ Radiant | Amenities | ☒ Woodstove(s) # 2 | Driveway Surface | Gravel |
| ☐ Drop Stair ☐ Stairs | ☐ Other  Fuel Gas | ☐ Fireplace(s) # | ☐ Fence | ☒ Garage | # of Cars 3 |
| ☐ Floor ☐ Scuttle | Cooling ☐ Central Air Conditioning | ☒ Patio/Deck 3 | ☒ Porch CP | ☐ Carport | # of Cars |
| ☐ Finished ☐ Heated | ☐ Individual ☐ Other | ☐ Pool | ☒ Other EquipShed | ☒ Att. ☐ Det. ☐ Built-in |

**Appliances** ☒ Refrigerator ☒ Range/Oven ☒ Dishwasher ☐ Disposal ☒ Microwave ☐ Washer/Dryer ☒ Other (describe) Fan Hood

**Finished area above grade contains:** 15 Rooms  4 Bedrooms  5 Bath(s)  5,891 Square Feet of Gross Living Area Above Grade

**Additional features** (special energy efficient items, etc.). Two stone hearths, granite kitchen and bath counter tops, Granite bar top, skylights, 200 amp electrical service.

**Describe the condition of the property** (including needed repairs, deterioration, renovations, remodeling, etc.). Physical depreciation is calculated using the age life method. The subject property has no functional or external depreciation. There are no readily observable major repairs needed, and the overall general maintenance is reasonable for a house that has been left vacant. The quality of construction is above average.

Are there any physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property? ☐ Yes ☒ No If Yes, describe

Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)? ☒ Yes ☐ No If No, describe

# Uniform Residential Appraisal Report

Loan #6041  
File # Chernin

There are 2 comparable properties currently offered for sale in the subject neighborhood ranging in price from $ 600,000 to $ 1,200,000  
There are 7 comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ 600,000 to $ 1,200,000

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
|---|---|---|---|---|---|---|---|
| Address | 1882 E Mountain Rd Killington, VT 05751 | 695 Tanglewood Drive Killington, VT 05751 | | 852 North Bridgewater Road Bridgewater, VT 0503 | | 72 Big Rock Road Killington, Vt 05751 | |
| Proximity to Subject | | 1.96 miles NW | | 8.15 miles E | | 1.09 miles S | |
| Sale Price | $ | $ | 915,000 | $ | 935,000 | $ | 770,000 |
| Sale Price/Gross Liv. Area | $ sq.ft. | $ 200.97 sq.ft. | | $ 175.32 sq.ft. | | $ 250.81 sq.ft. | |
| Data Source(s) | | Inspected/Owner/Assessor | | Appraiser/Assessor/MLS | | MLS #4017166/ | |
| Verification Source(s) | | MLS #4044463 | | Town records | | Town records | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sales or Financing Concessions | | No concession Cash | | No concession Conventional | | No concession Offered | |
| Date of Sale/Time | | 07/07/2011 | | 10/05/2010 | -18,700 | 12/06/2010 | |
| Location | Near ski area | Near ski area | | Near ski area | | Trailside | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee simple | | Fee simple | |
| Site | .90 +/- Acres | 10.2 +/- Acres | -130,000 | 6.44 +/- Acres | -85,000 | 1.88 +/- Acres | -160,000 |
| View | Average | Good | | Good | | Average | |
| Design (Style) | Contemporary | Contemp. Log | | Cape | | Contemporary | |
| Quality of Construction | Avg-Good | Good | -91,100 | Avg-Good | | Avg-Good | |
| Actual Age | 16 & 7 | 5 | | 32 | | 10 | |
| Condition | Avg-Good | Superior | -20,000 | Avg-Good | | Superior | -10,000 |
| Above Grade | Total | Bdrms. | Baths | Total | Bdrms. | Baths | | Total | Bdrms. | Baths | | Total | Bdrms. | Baths | |
| Room Count | 15 | 4 | 5 | 9 | 4 | 3.5 | +15,000 | 8 | 4 | 4 | +10,000 | 9 | 4 | 3.5 | +15,000 |
| Gross Living Area | 5,891 sq.ft. | 4,553 sq.ft. | +66,900 | 5,333 sq.ft. | +27,900 | 3,070 sq.ft. | +141,100 |
| Basement & Finished Rooms Below Grade | Slab 0 | Slab 0 | | 608 sf/Unfinish. 0 | -5,000 | 700 sf Unfinish. 0 | -5,000 |
| Functional Utility | Good | Good | | Good | | Good | |
| Heating/Cooling | HW-Rad./None | Radiant/Cnt. Air | -5,000 | FHA/None | | FHA/None | |
| Energy Efficient Items | None | None | | None | | None | |
| Garage/Carport | 3 car attached | 3 car detached | | 2 car attached | +5,000 | None | +15,000 |
| Porch/Patio/Deck | 3 Decks/CP | 3-CPs | +5,000 | LrgDeck&Patio | +5,000 | Deck | +15,000 |
| Other: Fireplace/Hearth/Pool | 2 Hearths | 1/Fireplace | | 3 FPs/Pool | -30,000 | 1/Fireplace | |
| Outbuildings | EquipmentShed | Guest Suite | | None | +5,000 | None | +5,000 |
| Days on the Market (DOM) | 0 | 419 | | 47 | | 107 | |
| Net Adjustment (Total) | | ☐ + ☒ - | $ -159,200 | ☐ + ☒ - | $ -85,800 | ☒ + ☐ - | $ 16,100 |
| Adjusted Sale Price of Comparables | | Net Adj. 17.4 % Gross Adj. 36.4 % | $ 755,800 | Net Adj. 9.2 % Gross Adj. 20.5 % | $ 849,200 | Net Adj. 2.1 % Gross Adj. 47.5 % | $ 786,100 |

I ☒ did ☐ did not research the sale or transfer history of the subject property and comparable sales. If not, explain

My research ☐ did ☒ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.  
Data Source(s)    Town clerk, Vermont Real Estate Sales, and MLS  
My research ☐ did ☒ did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.  
Data Source(s)    Town records, MLS, Vermont Real Estate Sales  
Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE #1 | COMPARABLE SALE #2 | COMPARABLE SALE #3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | None | None | None | None |
| Price of Prior Sale/Transfer | None | None | None | None |
| Data Source(s) | Owner/VT R.E.Sales/Town | Town Clerk/VT RE Sales | Town records/MLS | MLS #4017166/Broker |
| Effective Date of Data Source(s) | 10/07/2011 | 10/07/2011 | 10/07/2011 | 10/07/2011 |

Analysis of prior sale or transfer history of the subject property and comparable sales    The subject and comparable sales are not currently under contract or agreement, or listed for sale. The subject and the comparable sales are not currently under contract or agreement, or listed for sale.

Summary of Sales Comparison Approach    The sales reflect a realistic range of value for the subject property. The subject property is compatible with many of the properties in the subject neighborhood in terms of age, design and appeal, quality of construction, lot size, amenities, overall functional utility, and price range.

Indicated Value by Sales Comparison Approach $ 760,000  
Indicated Value by: Sales Comparison Approach $ 760,000    Cost Approach (if developed) $    Income Approach (if developed) $

The final estimate of value is rounded to the nearest $1,000 within the range of the indicated values, since this is the most consistent trend in sale prices in the subject neighborhood. All sales are given some weight, because they all have some similar physical characteristics as the subject, but comparable #1 is the most recent sale in the Town of Killington in the subject's general price range, and is given the most weight.

This appraisal is made ☒ "as is", ☐ subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed, ☐ subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or ☐ subject to the following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair:

Based on a complete visual inspection of the interior and exterior areas of the subject property, defined scope of work, statement of assumptions and limiting conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is $ 760,000    , as of    10/07/2011    , which is the date of inspection and the effective date of this appraisal.

**Uniform Residential Appraisal Report**

Loan #6041
File # Chernin

### ADDITIONAL COMMENTS

### COST APPROACH TO VALUE (not required by Fannie Mae)

Provide adequate information for the lender/client to replicate the below cost figures and calculations.

Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value)   The site value was estimated using some sales of vacant land in the subject and competing neighborhoods from the last 5+ years.

| ESTIMATED ☐ REPRODUCTION OR ☐ REPLACEMENT COST NEW | OPINION OF SITE VALUE | =$ 90,000 |
|---|---|---|
| Source of cost data | DWELLING  5,891 Sq.Ft. @ $ | =$ |
| Quality rating from cost service    Effective date of cost data | 0 Sq.Ft. @ $ | =$ |
| Comments on Cost Approach (gross living area calculations, depreciation, etc.) | | =$ |
| Cost was considered, but not developed, because there are no houses being constructed in the subject's price at this time, thus, there is nothing to compare it to at this time from a market cost standpoint. Basically, since construction has stopped in the subject's neighborhood and price range, the market rate for cost is not available, and cost manuals or services can not adequately reflect the cost of construction for this market. Costs were market driven, not typical. | Garage/Carport  1,056 Sq.Ft. @ $ | =$ |
| | Total Estimate of Cost-New | =$ |
| | Less   Physical   Functional   External   Depreciation | =$( ) |
| | Depreciated Cost of Improvements | =$ |
| | "As-is" Value of Site Improvements | =$ 30,000 |
| Estimated Remaining Economic Life (HUD and VA only)   50 Years | INDICATED VALUE BY COST APPROACH | =$ |

### INCOME APPROACH TO VALUE (not required by Fannie Mae)

Estimated Monthly Market Rent $  0   X Gross Rent Multiplier  0   = $   Indicated Value by Income Approach

Summary of Income Approach (including support for market rent and GRM)   The income approach has been considered, but single family properties in this price range do not typically sell based upon rental income, and thus the income approach is not a valid approach.

### PROJECT INFORMATION FOR PUDs (if applicable)

Is the developer/builder in control of the Homeowners' Association (HOA)? ☐ Yes ☐ No   Unit type(s) ☐ Detached ☐ Attached

Provide the following information for PUDs ONLY if the developer/builder is in control of the HOA and the subject property is an attached dwelling unit.

Legal Name of Project

Total number of phases    Total number of units    Total number of units sold

Total number of units rented    Total number of units for sale    Data source(s)

Was the project created by the conversion of existing building(s) into a PUD? ☐ Yes ☐ No  If Yes, date of conversion.

Does the project contain any multi-dwelling units? ☐ Yes ☐ No  Data Source

Are the units, common elements, and recreation facilities complete? ☐ Yes ☐ No  If No, describe the status of completion.

Are the common elements leased to or by the Homeowners' Association? ☐ Yes ☐ No  If Yes, describe the rental terms and options.

Describe common elements and recreational facilities.

# Uniform Residential Appraisal Report

Loan #6041
File # Chernin

This report form is designed to report an appraisal of a one-unit property or a one-unit property with an accessory unit; including a unit in a planned unit development (PUD). This report form is not designed to report an appraisal of a manufactured home or a unit in a condominium or cooperative project.

This appraisal report is subject to the following scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended use, intended user, definition of market value, or assumptions and limiting conditions are not permitted. The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment. Modifications or deletions to the certifications are also not permitted. However, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization, are permitted.

**SCOPE OF WORK:** The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a complete visual inspection of the interior and exterior areas of the subject property, (2) inspect the neighborhood, (3) inspect each of the comparable sales from at least the street, (4) research, verify, and analyze data from reliable public and/or private sources, and (5) report his or her analysis, opinions, and conclusions in this appraisal report.

**INTENDED USE:** The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction.

**INTENDED USER:** The intended user of this appraisal report is the lender/client.

**DEFINITION OF MARKET VALUE:** The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

**STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS:** The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2. The appraiser has provided a sketch in this appraisal report to show the approximate dimensions of the improvements. The sketch is included only to assist the reader in visualizing the property and understanding the appraiser's determination of its size.

3. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

5. The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing the appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property.

6. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that the completion, repairs, or alterations of the subject property will be performed in a professional manner.

**Uniform Residential Appraisal Report**

Loan #6041
File # Chernin

**APPRAISER'S CERTIFICATION:** The Appraiser certifies and agrees that:

1. I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this appraisal report.

2. I performed a complete visual inspection of the interior and exterior areas of the subject property. I reported the condition of the improvements in factual, specific terms. I identified and reported the physical deficiencies that could affect the livability, soundness, or structural integrity of the property.

3. I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4. I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison approach to value. I have adequate comparable market data to develop a reliable sales comparison approach for this appraisal assignment. I further certify that I considered the cost and income approaches to value but did not develop them, unless otherwise indicated in this report.

5. I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6. I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7. I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8. I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9. I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10. I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale or financing of the subject property.

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event (such as approval of a pending mortgage loan application).

19. I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report. If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in this appraisal report; therefore, any change made to this appraisal is unauthorized and I will take no responsibility for it.

20. I identified the lender/client in this appraisal report who is the individual, organization, or agent for the organization that ordered and will receive this appraisal report.

## Uniform Residential Appraisal Report

Loan #6041
File # Chernin

21. The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent. Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

22. I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23. The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25. Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

**SUPERVISORY APPRAISER'S CERTIFICATION:** The Supervisory Appraiser certifies and agrees that:

1. I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2. I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3. The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4. This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

**APPRAISER**

Signature _(signed)_
Name  Ron A. Mecier
Company Name
Company Address  102 Spencer Meadows, Mendon, VT 05701

Telephone Number  (802) 773-2404
Email Address  rmecier@comcast.net
Date of Signature and Report  October 31, 2011
Effective Date of Appraisal  10/07/2011
State Certification #  079.0000018
or State License #
or Other (describe) _____ State # _____
State  VT
Expiration Date of Certification or License  05/31/2013

ADDRESS OF PROPERTY APPRAISED
1882 E Mountain Rd
Killington, VT 05751
APPRAISED VALUE OF SUBJECT PROPERTY $  760,000
LENDER/CLIENT
Name  Eli Blattner
Company Name  Community South Bank
Company Address  625 S. Gay Street, Suite 450, Knoxville, TN 37902
Email Address  eblattner@communitysouthlending.com

**SUPERVISORY APPRAISER (ONLY IF REQUIRED)**

Signature
Name
Company Name
Company Address

Telephone Number
Email Address
Date of Signature
State Certification #
or State License #
State
Expiration Date of Certification or License

SUBJECT PROPERTY

☐ Did not inspect subject property
☐ Did inspect exterior of subject property from street
   Date of Inspection
☐ Did inspect interior and exterior of subject property
   Date of Inspection

COMPARABLE SALES

☐ Did not inspect exterior of comparable sales from street
☐ Did inspect exterior of comparable sales from street
   Date of Inspection