IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Residential Capital, LLC, et al. | ) | Case No. 12-12020-mg |
| | ) | |
| Debtors | ) | (Jointly Administered) |
| | ) | |
| | ) | Hearing Date: July 24, 2012 |
| | ) | |
| | ) | 10:00 a.m. |

## NOTICE OF ADJOURNMENT OF HEARING SCHEDULED FOR JULY 10, 2012 ON MOVANT'S MOTION FOR ORDER MODIFYING THE AUTOMATIC STAY TO ALLOW CONTINUATION OF PRE-PETITION LITIGATION (Doc. 451) UNTIL JULY 24, 2012 AT 10 A.M.

**PLEASE TAKE NOTICE** that the hearing on the Motion of Aurora Bank, FSB for Order Pursuant to Section 362(d) of the Bankruptcy Code, Bankruptcy Rule 4001 and Local Bankruptcy Rule 4001-1 Modifying the Automatic Stay to Allow Continuation of Pre-Petition Litigation (Doc. 451, "Motion") has been adjourned from July 10, 2012 to **July 24, 2012 at 10:00 a.m.**, or as soon thereafter as counsel can be heard before the Honorable Martin Glenn, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004.

Dated this 2nd day of July, 2012

Respectfully submitted,

_____
James M. Lloyd, Esq.

GREEN & HALL, APC
1851 E. First Street, 10th Floor
Santa Ana, CA 92705
Telephone: (714) 918-7000
Fax:         (714) 918-6996
e-mail: jlloyd@greenhall.com
**Attorneys for Movant Aurora Bank, FSB**

- 1 -
S:\Aurora.GMAC(Thomas)\Pleadings\Bankruptcy\Notice.Adjournment.doc

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Residential Capital, LLC, et al. | ) | Case No. 12-12020-mg |
| | ) | |
| Debtors | ) | (Jointly Administered) |
| | ) | |
| | ) | Hearing Date: July 10, 2012 |
| | ) | |
| | ) | 10:00 a.m. |

**CERTIFICATE OF SERVICE**
**NOTICE OF ADJOURNMENT OF HEARING SCHEDULED FOR JULY 10, 2012 ON MOVANT'S MOTION FOR ORDER MODIFYING THE AUTOMATIC STAY TO ALLOW CONTINUATION OF PRE-PETITION LITIGATION (Doc. 451) UNTIL JULY 24, 2012 AT 10 A.M.**

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document will be served by the court via NEF and hyperlink to the document. On July 2, 2012, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses indicated below:

| |
|---|
| • Kevin S. Allred    kevin.allred@mto.com, john.spiegel@mto.com |
| • Paul Nii-Amar Amamoo    namamoo@kasowitz.com, courtnotices@kasowitz.com |
| • Bijan Amini    bamini@samlegal.com, jhoyte@samlegal.com |
| • Walter J. Ashbrook    walter.ashbrook@quarles.com, sybil.aytch@quarles.com |
| • Herbert Baer    rjacobs@ecf.epiqsystems.com |
| • Elizabeth Banda Calvo    rgleason@pbfcm.com, ebcalvo@pbfcm.com |
| • Andrew Behlmann    abehlmann@lowenstein.com |
| • Leslie Ann Berkoff    lberkoff@moritthock.com |
| • Mark K. Broyles    broylesmk@rgcattys.com, ramoffatt@rgcattys.com |
| • Martin G. Bunin    marty.bunin@alston.com |
| • Michael Robert Carney    mcarney@mckoolsmith.com |

| |
|---|
| • James S. Carr   KDWBankruptcyDepartment@kelleydrye.com |
| • Gerard Sylvester Catalanello   gcatalanello@duanemorris.com, gcatalanello@duanemorris.com |
| • Ronald L. Cohen   cohenr@sewkis.com |
| • Thomas A. Conrad   taconrad@sbwlawfirm.com, lwood@sbwlawfirm.com |
| • Joseph N. Cordaro   joseph.cordaro@usdoj.gov |
| • Joseph Corneau   jcorneau@klestadt.com |
| • Christopher C. Costello   cccostello@winston.com, docketny@winston.com |
| • Benjamin P. Deutsch   bdeutsch@schnader.com |
| • John P. Dillman   houston_bankruptcy@publicans.com |
| • David W. Dykhouse   dwdykhouse@pbwt.com, mcobankruptcy@pbwt.com |
| • Devon Eggert   deggert@freebornpeters.com, bkdocketing@freebornpeters.com |
| • Mark C. Ellenberg   mark.ellenberg@cwt.com, allison.dipasqua@cwt.com; betty.comerro@cwt.com; wendy.kane@cwt.com |
| • Michael S. Etkin   metkin@lowenstein.com, mseymour@lowenstein.com; tdwatson@lowenstein.com |
| • Thomas R. Fawkes   tfawkes@freebornpeters.com, bkdocketing@freebornpeters.com |
| • Steven S. Fitzgerald   sfitzgerald@wmd-law.com |
| • Daniel J. Flanigan   dflanigan@polsinelli.com, tbackus@polsinelli.com; docket@polsinelli.com |
| • Patrick D. Fleming   Pfleming@morganlewis.com |
| • Ehud Gersten   egersten@gerstenlaw.com |
| • Andrew K. Glenn   aglenn@kasowitz.com, courtnotices@kasowitz.com |
| • Joel R. Glucksman   jglucksman@scarincihollenbeck.com, bcaughey@scarincihollenbeck.com |
| • Seth Goldman   seth.goldman@mto.com |
| • Irena M. Goldstein   igoldstein@proskauer.com, lsaal@proskauer.com |
| • Christopher E Green   chris@myfaircredit.com, Margaret@myfaircredit.com |

- Joel C Haims    JHaims@mofo.com, docketny@mofo.com
- Alan D. Halperin    ahalperin@halperinlaw.net, lgu@halperinlaw.net; cmitchell@halperinlaw.net; cbattaglia@halperinlaw.net
- William A. Hazeltine    whazeltine@sha-llc.com
- Stephen Hessler    beth.friedman@kirkland.com; jacob.goldfinger@kirkland.com; richard.cieri@kirkland.com; victoria.cole@kirkland.com; michael.meltzer@kirkland.com; anthony.grossi@kirkland.com; shavone.green@kirkland.com
- William H. Hoch    will.hoch@crowedunlevy.com, donna.hinkle@crowedunlevy.com; ecf@crowedunlevy.com; christopher.staine@crowedunlevy.com; lysbeth.george@crowedunlevy.com; kerryann.wagoner@crowedunlevy.com
- Claire L. Huene    chuene@mw-law.com, jmoon@mw-law.com
- Brandon Johnson    brandon.johnson@pillsburylaw.com
- Richardo I. Kilpatrick    ecf@kaalaw.com, lrobertson@kaalaw.com
- James N. Lawlor    jlawlor@wmd-law.com, jgiampolo@wmd-law.com
- Gary S. Lee    glee@mofo.com, jpintarelli@mofo.com
- Ira M. Levee    ilevee@lowenstein.com, mseymour@lowenstein.com
- James M Lloyd    jlloyd@greenhall.com
- Alan E. Marder    lgomez@msek.com
- Lorenzo Marinuzzi    lmarinuzzi@mofo.com
- D. Ross Martin    ross.martin@ropesgray.com, Patricia.Chen@ropesgray.com
- Joseph Thomas Moldovan    bankruptcy@morrisoncohen.com
- Thomas J. Moloney    maofiling@cgsh.com, tmoloney@cgsh.com;dlivshiz@cgsh.com
- Carol E. Momjian    cmomjian@attorneygeneral.gov
- Thomas M. Monahan    tmonahan@samlegal.com
- Matthew P. Morris    mpmorris@gelaw.com, delman@gelaw.com
- Andrew W. Muller    amuller@stinson.com, ecugno@stinson.com
- Vicente Matias Murrell    murrell.vicente@pbgc.gov, efile@pbgc.gov

- Jason A. Nagi    jnagi@polsinelli.com, tbackus@polsinelli.com;kvervoort@polsinelli.com;docketing@polsinelli.com
- Larren M. Nashelsky    lnashelsky@mofo.com
- David Neier    dneier@winston.com, dcunsolo@winston.com
- Laura E. Neish    lneish@zuckerman.com
- Wendy Alison Nora    accesslegalservices.bkyny@gmail.com
- Katherine S. Parker-Lowe    katherine@ocracokelaw.com
- Gregory M. Petrick    gregory.petrick@cwt.com, allison.dipasqua@cwt.com
- David M. Powlen    david.powlen@btlaw.com
- Anthony Princi    aprinci@mofo.com, nmoss@mofo.com
- Steven J. Reisman    sreisman@curtis.com, cgiglio@curtis.com; jdrew@curtis.com; mgallagher@curtis.com; dching@curtis.com;hsaydah@curtis.com; jzimmer@curtis.com; macohen@curtis.com; tsmith@curtis.com
- Kai H. Richter    krichter@nka.com, assistant@nka.com
- Michael A. Rollin    mrollin@rplaw.com, scoggins@rplaw.com; aromanelli@rplaw.com
- Scott K. Rutsky    srutsky@proskauer.com
- Diane W. Sanders    austin.bankruptcy@lgbs.com
- Thomas P. Sarb    ecfsarbt@millerjohnson.com
- Bradley Schneider    bradley.schneider@mto.com
- Ray C Schrock    ray.schrock@kirkland.com, beth.friedman@kirkland.com
- Robert L. Schug    rschug@nka.com
- Brendan M. Scott    bscott@klestadt.com
- Armen Shaghzo    as@shaghzolaw.com
- Andrea Sheehan    sheehan@txschoollaw.com, coston@txschoollaw.com; asheel@yahoo.com; garza@txschoollaw.com
- Scott C. Shelley    scottshelley@quinnemanuel.com
- J. Christopher Shore    cshore@whitecase.com, jdisanti@whitecase.com; mcosbny@whitecase.com; jwinters@whitecase.com; Lindsay.Leonard@ny.whitecase.com

| | |
|---|---|
| • | Jeremy Edward Shulman    jshulman@afrct.com, mbetti@afrct.com; mpero@afrct.com; bcruz@afrct.com |
| • | Steven S. Sparling    ssparling@kramerlevin.com, docketing@kramerlevin.com |
| • | John Mark Stern    john.stern@oag.state.tx.us, sherri.simpson@oag.state.tx.us |
| • | David L. Tillem    tillemd@wemed.com |
| • | Patricia Tomasco    ptomasco@jw.com, kgradney@jw.com; ccthomas@jw.com |
| • | Michael D. Warner    mwarner@coleschotz.com, klabrada@coleschotz.com |
| • | Elizabeth Weller    dallas.bankruptcy@publicans.com |
| • | Douglas C. Wigley    dwigley@dessauleslaw.com, hpeters@dessauleslaw.com |
| • | Amy Williams-Derry    awilliams-derry@kellerrohrback.com, kmak@kellerrohrback.com; dwilcher@kellerrohrback.com |
| • | Lori L. Winkelman    lori.winkelman@quarles.com, sybil.aytch@quarles.com;jason.curry@quarles.com |
| • | Eric D. Winston    ericwinston@quinnemanuel.com |
| • | Robert D. Wolford    ecfwolfordr@millerjohnson.com |
| • | George A Zelcs    gzelcs@koreintillery.com, dhutton@koreintillery.com |

**II. SERVED BY US MAIL:** The undersigned certifies that on the 2nd day of July, 2012, the foregoing was served via United States Mail, first class postage prepaid, addressed to:

| | |
|---|---|
| Residential Capital, LLC<br>1177 Avenue of the Americas<br>New York, NY 10036 | Gary S. Lee<br>Morrison & Foerster LLP<br>1290 Avenue of the Americas<br>40th Floor<br>New York, NY 10022 |
| GMAC Mortgage, LLC<br>1100 Virginia Drive<br>Fort Washington, PA 19034 | Lorenzo Marinuzzi<br>Larren M. Nashelsky<br>Anthony Princi<br>Morrison & Foerster LLP<br>1290 Avenue of the Americas<br>New York, NY 10104 |
| Executive Trustee Services, LLC<br>2255 N. Ontario Street, Suite 400<br>Burbank, CA 91504 | Steven J. Reisman<br>Curtis, Mallet-Prevost, Colt & Mosle LLP<br>101 Park Avenue<br>New York, NY 10178 |

| | |
|---|---|
| United States Trustee<br>33 Whitehall Street<br>21st Floor<br>New York, NY 10004 | Steven S. Sparling<br>Kramer Levin Naftalis & Frankel, LLP<br>919 Third Avenue<br>New York, NY 10022<br>***Representing Official Committee of Unsecured Creditors*** |
| Office of Unemployment Compensation Tax Services (UCTS)<br>Dept of Labor and Industry<br>Commonwealth of Pennsylvania<br>625 Cherry Street, Room 203<br>Reading, PA 19602-1152 | Larry D. Walls<br>3831 W. 60th St.<br>Los Angeles, CA 90043 |
| Corinne Ball<br>Jones Day<br>222 East 41st Street<br>New York, NY 10017 | Judson Brown<br>Kirkland & Ellis LLP<br>665 15th Street, N.W. Ste. 1200<br>Washington, DC 20005 |
| Talcott Franklin<br>Talcott Franklin, P.C.<br>208 North Market Street<br>Suite 200<br>Dallas, TX 75202 | Rhodrick Harden<br>1568 Loretta Ave<br>Coumbus, OH 43211 |
| Patrick J Hopper<br>220 McCartney Dr<br>Moon Twp, PA 15108 | John G. Hutchinson<br>Sidley Austin LLP<br>787 Seventh Avenue<br>New York, NY 10019 |
| Corla Jackson<br>13230 Tom Gaston Rd<br>Mobile, AL 36695 | Taggart Kenneth<br>45 Heron Rd<br>Holland, PA 18966 |
| Kurtzman Carson Consultants<br>2335 Alaska Ave<br>El Segundo, CA 90245 | James J. Lotz<br>Foley & Mansfield, P.L.L.P.<br>545 Madison Avenue<br>15th Floor<br>New York, NY 10022 |
| James R. Martin<br>14587 Berklee Drive<br>Addison, TX 75001-3533 | Madeline Martin<br>14587 Berklee Drive<br>Addison, TX 75001-3533 |
| Robert N. Michaelson<br>The Michaelson Law Firm<br>11 Broadway<br>Suite 615<br>New York, NY 10004 | Janice Marie Montgomery<br>2607 N. Shartel Avenue<br>Oklahoma City, OK 73103 |

| | |
|---|---|
| Sophia Mullen<br>Sidley Austin LLP<br>787 Seventh Avenue<br>New York, NY 10019 | Office of Unemployment Compensation Tax Services (UCTS)<br>Dept of Labor and Industry<br>Commonwealth of Pennsylvania<br>625 Cherry Street, Room 203<br>Reading, PA 19602-1152 |
| Jordan Segal<br>Morris, Hardwickm Schneider<br>6 Nashua Court<br>Suite D<br>Baltimore, MD 21221 | Fredric Sosnick<br>Shearman & Sterling<br>599 Lexington Avenue<br>New York, NY 10022-6069 |
| Scott Talmadge<br>Kaye Scholer, LLP<br>425 Park Avenue<br>New York, NY 10022 | The Bank of New York Mellon Trust Company, N.A.<br>c/o Dechert LLP<br>Attn: Glen E. Siegel, Esq.<br>1095 Avenue of the Americas<br>New York, NY 10036 |
| Willie L. Boykin<br>250 Sterling Ridge Dr<br>Atoka, TN 38004 | Nelson C. Cohen<br>Zuckerman, Spaeder, Goldstein Taylor & Kolker, LLP<br>1201 Connecticut Avenue, NW<br>Washington, DC 20036 |
| Kristin L. Crone<br>UFAN Legal Group PC<br>1490 Stone Point Drive<br>Suite 100<br>Roseville, CA 95661 | IBM Corporation<br>Attn: Shawn Konig<br>1360 Rene-Levesque W.<br>Suite 400<br>Montreal, QC, H3G 2W6 |
| Oskar A. Johanson<br>105 Rivergate Pl<br>Lodi, CA 95240-0557 | Ken Burton, Jr. Manatee County Tax Collector<br>Attn: Susan D. Profant<br>4333 US 301 North<br>Ellenton, FL 34222 |
| Sidney T. Lewis<br>Yvonne D. Lewis<br>1875 Alvason Avenue<br>Columbus, OH 43219 | Russell D. Mays<br>250 West Depot Street<br>Greeneville, TN 37743 |
| Diem T. Nguyen<br>16478 Beach Boulevard #331<br>Westminster, CA 92683 | Joan F. Niesen<br>1335 Purisima Road<br>Lompoc, CA 93436 |

| Patricia S. Pringle<br>104 Freestone St<br>Greenville, SC 29605 | Arlene M. Richardson<br>Richardson Legal Center, LLC<br>PO Box 6<br>Highland Home, AL 36041 |
|---|---|

GREEN & HALL, APC

/s/ *Laura Lane*
Laura Lane