6/25/2012

TO: Honorable Judge Glenn
1 Bowling Green
Ny, Ny. 10004

from: VALERIE ANN Greene
153 S. Laurel Drive
Margate, FL, 33063

RECEIVED
JUN 2 9 2012
U.S. BANKRUPTCY COURT, SDNY

Your Honor:

I am writing you today as a victim of GMAC Mortgage because of their unlawful, unscrupulous, and unjust business practices. I will abbreviate the long, tortuous and unsuccessful 2 year effort to save my home from foreclosure. Just ask them how many loans they have modified, and you will understand.

In 2007, my husband's construction company, Pinnacle Concrete Placement Inc. (he was a successful concrete contractor for new housing, Incorporated in Michigan in 1988), fell victim to banks and mortgage companies unscrupulous lending practices. The housing market dove off a cliff in Michigan, shortly followed by the rest of the country. He went out of business. Our Michigan house fell into foreclosure.

We bought the home in florida in 2001. We moved to florida in 2007 in an effort to save our home. It went into foreclosure in 2009. I employed the "help" of Fannie Mae help center (Fannie Mae was the originator of my loan), an attorney, and

Florida Senator Bill Nelson, all to no avail.
GMAC lied to the representative from Fannie Mae
about the court date that determined the foreclosure,
and I was never notified of the court date by mail.
I went to Broward County Court to stop the foreclosure,
and the judge ordered mediation. We went to mediation
and they refused to discuss anything. It was determined
an impasse.

Over the 2 years it was in foreclosure, I filled
out literally countless "Help" forms for GMAC. They
were intent on taking my home. I have a stack of
documents as thick as a phonebook I sent to GMAC.
They were running out the clock.

I tryed to modify the loan right up to the
day they put my house on the auction block in May
2011, yet they sent me a 1099 for the amount
of the loan, stating that the property had been
abandoned, it had not!

I can't understand why nobody cares. Nobody
cares that GMAC was given 2.4 billion dollars
by the taxpayers to help people like me, and they
did nothing. All I needed was a loan modification
and they refused. They took my "American dream"
illegally. Nobody cares.

Your Honor, I have been irreputably harmed by
GMAC. My health, emotional health and my financial
health have suffered greatly by them. I pray that
you consider me and people like me in your
decision. Are they going to get away with fleecing
America?

I Respectfully ask That you grant me
justice. I have proof of everything written in
This letter.

Thank you,
Sincerely
Valerie ANN Greene
153 S. Laurel Drive
Margate, florida
         33063