KLESTADT & WINTERS, LLP
Tracy L. Klestadt
Brendan M. Scott
570 Seventh Avenue, 17th Floor
New York, New York 10018
Tel: (212) 972-3000
Fax: (212) 972-2245

*Attorneys for Community South Bank*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x
: Chapter 11
In re: :
  :
RESIDENTIAL CAPITAL, LLC, *et al.* : Case No. 12-12020 (MG)
  :
  Debtors. :
  : (Jointly Administered)
---------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

Renea Gargiulo, being duly sworn, deposes and says:

1. I am over the age of 18, am not a party to this action, and am employed by Klestadt & Winters, LLP, 570 Seventh Avenue, 17th Floor, New York, New York, 10018.

2. On the 2nd day of July, 2012, I served copies of:

   - Notice of Hearing on Motion for Relief from Stay
   - Motion for Relief from Stay
   - Affidavit of Elizabeth A. Glynn

by FedEx overnight mail, by depositing a true copy thereof enclosed post-paid wrapper, in an official depository under the exclusive care and custody of FedEx within New York State upon all listed on **Schedule A**.

3. On the 3rd day of July, 2012, I served copies of:

   - Notice of Hearing on Motion for Relief from Stay
   - Motion for Relief from Stay
   - Affidavit of Elizabeth A. Glynn

by USPS Express Mail, by depositing a true copy thereof enclosed post-paid wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within New York State upon all listed on **Schedule B**.

                                                */s/Renea Gargiulo*
                                                Renea Gargiulo

Sworn to and subscribed before me this
3rd day of July, 2012

*/s/Thomas Szaniawski*
Notary Public

# SCHEDULE A

| | | |
|---|---|---|
| **Citibank NA**<br>Attn: Bobbie Theivakumaran<br>390 Greenwich Street, 6th Floor<br>New York, NY 10013 | **Deutsche Bank Trust Company Americas**<br>c/o Kelvin Vargas<br>25 De Forest Ave<br>Summit, NJ 07901 | **Fannie Mae**<br>Attn: Peter McGonigle<br>1835 Market Street, Suite 2300<br>Philadelphia, PA 19103 |
| **US Trustee for the Southern District of NY**<br>Tracy Hope Davis, Linda A. Riffkin<br>and Brian S. Masumoto<br>33 Whitehall Street, 21st Floor, Region 2<br>New York, NY 10004 | **Internal Revenue Service**<br>Centralized Insolvency Operation<br>2970 Market Street<br>Philadelphia, PA 19104 | **Internal Revenue Service**<br>Insolvency Section<br>31 Hopkins Plaza, Room 1150<br>Baltimore, MD 21201 |
| **Kelley Drye & Warren LLP**<br>James S. Carr & Eric R. Wilson<br>101 Park Ave<br>New York, NY 10178 | **Kirkland & Ellis**<br>Richard M. Cieri<br>601 Lexington Ave<br>New York, NY 10022 | **Kirkland & Ellis LLP**<br>Attn: Ray C. Schrock & Stephen E. Hessler<br>601 Lexington Ave<br>New York, NY 10022-4611 |
| **Kramer Levin Naftallis & Frankel LLP**<br>Kenneth H. Eckstein, Thomas Moers<br>Mayer & Douglas H. Mannal<br>1177 Avenue of the Americas<br>New York, NY 10036 | **Morris & Foerster LLP**<br>Attn: Tammy Hamzehpour<br>1290 Avenue of the Americas<br>New York, NY 10104 | **Morrison & Foerster LLP**<br>Larren M. Nashelsky,<br>Gary S. Lee & Lorenzo Marinuzzi<br>1290 Avenue of the Americas<br>New York, NY 10104 |
| **Nationstar Mortgage LLC**<br>Attn: General Counsel<br>350 Highland Drive<br>Lewisville, TX 75067 | **Office of the NY State Attorney General**<br>Nancy Lord & Neal Mann<br>The Capitol<br>Albany, NY 12224-0341 | **Office of the US Attorney**<br>**for the Southern District of NY**<br>United States Attorney Preet Bharara<br>One St. Andrews Plaza<br>New York, NY 10007 |
| **Securities & Exchange Commission**<br>Secretary of the Treasury<br>100 F Street NE<br>Washington, DC 20549 | **Securities & Exchange Commission NY Regional Office**<br>George S. Canellos Regional Director<br>3 World Financial Center, Ste 400<br>New York, NY 10281-1022 | **Sidley Austin LLP**<br>Larry J. Nyhan & Jessica CK Boelter<br>One Dearborn<br>Chicago, IL 60603 |
| **Skadden Arps Slate Meagher & Flom LLP**<br>Jonathan H. Hofer<br>Four Times Square<br>New York, NY 10036 | **Skadden Arps Slate Meagher & Flom LLP**<br>Sarah M. Ward<br>Four Times Square<br>New York, NY 10036 | **Skadden Arps Slate Meagher & Flom LLP**<br>Ken Ziman<br>Four Times Square<br>New York, NY 10036 |
| **Skadden Arps Slate Meagher & Flom LLP**<br>Suzanne D.T. Lovett<br>Four Times Square<br>New York, NY 10036 | **The Bank of New York Mellon**<br>Asset-Backed Securities Group<br>101 Barclay St 4W<br>New York, NY 10286 | **U.S. Bank National Association**<br>Attn: George Rayzis<br>50 South 16th Street, Suite 2000<br>Philadelphia, PA 19102 |
| **U.S. Bank National Association**<br>Attn: Irina Palchuk<br>60 Livingston Avenue<br>EP-MN-WS1D<br>St. Paul, MN 55107 | **U.S. Department of Justice**<br>U.S. Attorney General, Eric H. Holder, Jr.<br>950 Pennsylvania Ave. NW<br>Washington, DC 20530-0001 | **United States Attorney's Office for the Southern District of New York Civil Division**<br>Attn: Joseph Cordaro<br>86 Chambers Street, 3rd Floor<br>New York, NY 10007 |

## SCHEDULE B

| **Internal Revenue Service** | **Wells Fargo Bank NA** |
|:---:|:---:|
| Centralized Insolvency Operation | Attn Corporate Trust Services - GMACM |
| P.O. Box 7346 | Home Equity Notes 2004 |
| Philadelphia, PA 19101-7346 | Variable Funding Trust |
| | P.O. Box 98 |
| | Columbia, MD 21046 |