UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
:  Case No. 12-12020 (MG)
In re                                              :
                                                   :
RESIDENTIAL CAPITAL, LLC, *et al.*,   :  (Chapter 11)
                                                   :
             Debtors.            :  Jointly Administered
                                                   :
---------------------------------------------------------x

## NOTICE OF APPOINTMENT OF EXAMINER

To:   Arthur J. Gonzalez, Esq.
      New York University School of Law
      40 Washington Square South, 314A
      New York, NY 10012

      You are hereby notified of your appointment as Examiner in the above-captioned cases.

Dated: New York, New York
       July 3, 2012

                                          Respectfully Submitted,

                                          TRACY HOPE DAVIS
                                          UNITED STATES TRUSTEE

                              By:    /s/ Linda A. Riffkin
                                          Linda A. Riffkin
                                          Assistant United States Trustee
                                          Michael Driscoll
                                          Trial Attorney
                                          33 Whitehall Street, 21st Floor
                                          New York, New York 10004