UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
                                                      : Case No. 12-12020 (MG)

In re                                                :

RESIDENTIAL CAPITAL, LLC, *et al.*,      : (Chapter 11)

                              Debtors.      : Jointly Administered
------------------------------------------------------------x

## ORDER APPROVING APPOINTMENT OF
## ARTHUR J. GONZALEZ, ESQ. AS EXAMINER

      The Court having considered the United States Trustee's Application to Appoint Arthur J. Gonzalez, Esq., as Chapter 11 Examiner in the above-captioned cases, it is hereby

      ORDERED that the appointment is approved.

                                                               BY THE COURT:

                                                               _____
                                                               HONORABLE MARTIN GLENN
                                                               UNITED STATES BANKRUPTCY JUDGE

Dated: New York, New York
         July __, 2012