**Hearing Date: July 24, 2012 at 10:00 a.m. (ET)**
**Objection Deadline Date: July 17, 2012 at 4:00 p.m. (ET)**

NICHOLS KASTER, PLLP
Kai H. Richter (admitted *pro hac vice*)
4600 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
Telephone: (612) 256-3200
Fax: (612) 215-6870
E-Mail: krichter@nka.com

NICHOLS KASTER, LLP
Robert L. Schug (*pro hac vice* pending)
One Embarcadero Center
Suite 720
San Francisco, CA 94111
Telephone: (415) 277-7235
Fax: (415) 277-7238
E-Mail: rschug@nka.com

*Bankruptcy Counsel for Christina Ulbrich*
*and the Putative Class Members*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------X
| | |
|---|---|
| **In re:** | : |
| | : **Chapter 11** |
| **Residential Capital, LLC,** *et al.*, | : |
| | : **Case No. 12-12020 (MG)** |
| **Debtors.** | : |
| | : **Jointly Administered** |

---------------------------------------------------------X

**MOTION OF CHRISTINA ULBRICH FOR RELIEF FROM AUTOMATIC STAY AS**
**TO GMAC MORTGAGE, LLC**

Movant Christina Ulbrich hereby moves for relief from the automatic stay as to debtor

GMAC Mortgage, LLC pursuant to 11 U.S.C. § 362 in order to proceed to trial and liquidate her

claims and the claims of the putative classes in the case captioned *Ulbrich v. GMAC Mortgage,*

*LLC et al.*, Civ. No. 11-cv-62424-RNS, currently pending in the United States District Court for

the Southern District of Florida.  Cause exists under § 362(d)(1) in light of the balance of harms, the knowledge and experience of the trial court on the issues involved, and the lack of prejudice to the debtor.

This motion is based on the memorandum of points and authorities filed herewith, the declaration of Kai H. Richter and exhibits thereto, the records on file in this action, and such other evidence and oral argument as will be permitted by the Court.  The proposed order is attached hereto.

Dated:  July 3, 2012
Minneapolis, Minnesota

Respectfully Submitted,

**NICHOLS KASTER, LLP**

/s/ Kai Richter
Kai Richter, MN Bar No. 0296545*
 *(admitted *pro hac vice*)
4600 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 256-3200
Fax: (612) 215-6870
E-Mail: krichter@nka.com

*Bankruptcy Counsel for Christina Ulbrich
and the Putative Class Members*