**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------X
**In re:**                                              :
                                                        : **Chapter 11**
**Residential Capital, LLC, *et al*.,**                 :
                                                        : **Case No. 12-12020 (MG)**
            **Debtors.**                                :
                                                        : **Jointly Administered**
---------------------------------------------------------X

## ORDER GRANTING MOTION OF CHRISTINA ULBRICH FOR RELIEF FROM AUTOMATIC STAY AS TO GMAC MORTGAGE, LLC

Upon the motion (the "Motion") of Plaintiff Christina Ulbrich for relief from the automatic stay as to debtor GMAC Mortgage, LLC pursuant to 11 U.S.C. § 362 in the case captioned *Ulbrich v. GMAC Mortgage, LLC et al.*, Civ. No. 11-cv-62424-RNS, currently pending in the United States District Court for the Southern District of Florida:

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED.

2. The stay imposed by section 362 of the Bankruptcy Code is hereby modified to allow Plaintiff Christina Ulbrich to proceed to final judgment (including any appeals) on her Complaint against GMAC Mortgage, LLC.

Dated:    _____, 2012
          New York, New York

                                                _____
                                                United States Bankruptcy Judge