# Exhibit B

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No.: 0:11-cv-62424-RNS

Christina Ulbrich, as an individual and as    )
a representative of the classes,              )
                                              )
            Plaintiff,                        )
                                              )
v.                                            )
                                              )
GMAC Mortgage, LLC, formerly                  )
known as GMAC Mortgage Corporation,           )
and Balboa Insurance Services, Inc.,          )
                                              )
                                              )
            Defendants.                       )
                                              )

## STANDSTILL AGREEMENT

Plaintiff Christina Ulbrich ("Plaintiff") and Defendant GMAC Mortgage, LLC ("GMACM") hereby enter into the following Standstill Agreement in order to address the servicing of Plaintiff's mortgage loan (the "Loan") during the pendency of the above-captioned action ("Action").

1. Payments:

    (a) Plaintiff agrees that:

        (1) On or before January 14, 2012, Plaintiff will send a check in the amount of $9,130.08* payable to GMACM to the following address:

---

\* This number represents the principal and interest payment on the Loan of $1,141.26 per month for the payments due June 2011 through January 2012. The Loan was originally set up without an escrow and, unless Plaintiff fails to maintain appropriate insurance or pay taxes when due, GMACM will not attempt to collect (or pay) any amounts for taxes or insurance. In the event Plaintiff fails to maintain appropriate insurance or pay taxes when due, GMACM may attempt to collect (or pay) any amounts for taxes or insurance but may do so only after providing Plaintiff's counsel with ten (10) days written notice of any such attempt. By maintaining insurance on the property, Plaintiff shall not concede that such insurance is necessary or required.

US_ACTIVE-108147677.3

>    GMAC Mortgage Company, LLC
>    ATTN: Kathy (Cash Operations)
>    3451 Hammond Ave.
>    Waterloo, IA 50702-5345

(2) While the Action is pending, Plaintiff will make timely monthly payments of $1,141.26 to the same address. These payments shall be due to be postmarked on or before the 1st business day of each month, beginning February 1, 2012, subject to the 15-day grace period under Paragraph 6A of Plaintiff's Note. Payments received by GMACM on or before the 16th day of each month shall not be treated as late.

(3) Plaintiff will not make the above payments by electronic means to ensure proper receipt and application.

(4) Plaintiff will include account number 0555120302 on each payment.

(b) GMACM agrees that:

(1) GMACM will accept the aforesaid payments from Plaintiff as payment in full during the pendency of the Action, subject to paragraph 3 below.

(2) GMACM will not send Plaintiff any collection notices or make any collection calls to Plaintiff (either by itself or through a third party), provided that Plaintiff makes the aforesaid payments as agreed herein. Further, nothing herein shall preclude GMACM from at any time addressing collection through Plaintiff's counsel, if appropriate.

(3) Upon receipt of the payment contemplated by paragraph 1(a)(1) above, GMACM will apply that payment to any prior outstanding monthly payments on Plaintiff's account (i) as if timely made and (ii) as if there had been no force-placed insurance on Plaintiff's account.

(4) GMACM will provide Plaintiff with a monthly statement of account.

2.  Foreclosure:

    Subject to Plaintiff's compliance with paragraph 1 above, GMACM will not treat Plaintiff's Loan as being in default and will not take any action to foreclose on Plaintiff's property while the Action is pending.

3.  No Prejudice:

    This Standstill Agreement shall be without prejudice to the claims or defenses of either Party in the Action. GMACM reserves the right to seek any other amounts authorized by the loan documents, and to recalculate the amount due on the loan as appropriate, upon the entry of a final judgment in the Action or if Plaintiff materially fails to comply with paragraph 1 above. GMAC shall provide Plaintiff, through her counsel, with ten (10) days written notice of any alleged material breach of this Standstill Agreement and an opportunity to cure such breach during the notice period.

_____
Kai H. Richter
**Nichols Kaster, PLLP**

*Attorney for Plaintiff*

_____
Henry F. Reichner
**Reed Smith LLP**

*Attorney for Defendant*
*GMAC Mortgage, LLC, formerly known as*
*GMAC Mortgage Corporation*