**Hearing Date: July 24, 2012 at 10:00 a.m. (ET)**
**Objection Deadline Date: July 17, 2012 at 4:00 p.m. (ET)**

NICHOLS KASTER, PLLP
Kai H. Richter (admitted *pro hac vice*)
4600 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
Telephone: (612) 256-3200
Fax: (612) 215-6870
E-Mail:  krichter@nka.com

NICHOLS KASTER, LLP
Robert L. Schug (*pro hac vice* pending)
One Embarcadero Center
Suite 720
San Francisco, CA 94111
Telephone: (415) 277-7235
Fax: (415) 277-7238
E-Mail: rschug@nka.com

*Bankruptcy Counsel for Christina Ulbrich*
*and the Putative Class Members*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------X
| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **Residential Capital, LLC, *et al*.,** | : | **Case No. 12-12020 (MG)** |
| | : | |
| Debtors. | : | **Jointly Administered** |
| | : | |
| | : | **(Re Debtor GMAC Mortgage, LLC)** |

-------------------------------------------------------X

**NOTICE OF HEARING ON MOTION OF CHRISTINA ULBRICH**
**<u>FOR RELIEF FROM THE AUTOMATIC STAY AS TO GMAC MORTGAGE, LLC</u>**

   **PLEASE TAKE NOTICE** that a hearing will be held on the Motion before the

Honorable Martin Glenn, United States Bankruptcy Judge, and the United States Bankruptcy

Court for the Southern District of New York, Courtroom 501, One Bowling Green, New York,

New York 10004 on **July 24, 2012 at 10:00 a.m. (EST)**, or as soon thereafter as counsel may be heard.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Motion and the relief requested therein must be filed with the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004 and served upon the parties listed on the Special Service List by both email, where available, and regular U.S. Mail or overnight delivery service in accordance with the Case Management Order, ECF No. 141, dated May 23, 2012, implementing certain notice and case management procedures in these cases so as to be received by the  parties no later than **4:00 p.m. (EST) on July 17, 2012.**  Additionally, objections shall be served, so as to be received no later than **4:00 p.m. (EST) on July 17, 2012** upon the moving party herein at: Nichols Kaster, PLLP, 4600 IDS Center, 80 South Eighth Street, Minneapolis, Minnesota 55402, Attn:  Kai H. Richter, Esq.

**PLEASE TAKE FURTHER NOTICE** that the relief requested in the Motion may be granted without a hearing if no objection is timely filed and served as set forth above and in accordance with the Case Management Order.

Dated:  July 3, 2012
Minneapolis, Minnesota

Respectfully Submitted,

NICHOLS KASTER, PLLP

/s/ Kai Richter
Kai Richter, MN Bar No. 0296545*
   *(admitted *pro hac vice*)
4600 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 256-3200
Fax: (612) 215-6870
E-Mail: krichter@nka.com

*Bankruptcy Counsel for Christina Ulbrich
and the Putative Class Members*

2