KLESTADT & WINTERS, LLP
Tracy L. Klestadt
Brendan M. Scott
570 Seventh Avenue, 17th Floor
New York, New York 10018
Tel:  (212) 972-3000
Fax:  (212) 972-2245

*Attorneys for Community South Bank*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x
In re                                                              :
                                                                        :        Chapter 11
RESIDENTIAL CAPITAL, LLC, *et al*.          :
                                                                        :        Case No. 12-12020 (MG)
                                        Debtors.           :
                                                                        :        (Jointly Administered)
-------------------------------------------------------x

## CERTIFICATE OF SERVICE

BRENDAN M. SCOTT hereby certifies as follows:

1. I am over the age of 18, am not a party to this action, and am employed by the law firm of Klestadt & Winters, LLP, 570 Seventh Avenue, 17th Floor, New York, New York 10018. I am admitted to the Bar of this Court.

2. On the 2nd day of July 2012, I served a copy of Community South Bank's Motion for Relief from Stay [Docket Entry No. 659] along with Notice of Hearing on Motion for Relief from Stay and the Affidavit of Elizabeth A. Glynn with accompanying exhibits via email upon the parties listed on the attached **Exhibit "A"**.

                                                                        By: */s/ Brendan M. Scott*
                                                                               Brendan M. Scott

# EXHIBIT A

'tom.houghton@ally.com'; 'jeff.brown@gmacfs.com';
'william.b.solomon@ally.com'; 'kit.weitnauer@alston.com';
'marty.bunin@alston.com'; 'william.hao@alston.com';
'bill.macurda@alston.com'; 'john.stern@texasattorneygeneral.gov';
'Sarah.Stout@BNYMellon.com';
'Jennifer.Provenzano@BNYMellon.com';
'Michael.Spataro@BNYMellon.com';
'Mageshwaran.Ramasamy@BNYMellon.com';
'alicia.borys@barclays.com'; 'patrick.kerner@barclays.com';
'xrausloanops5@barclays.com'; 'david.powlen@btlaw.com';
'bbeskanos@aol.com'; 'davids@blblgaw.com';
'jonathanu@blbglaw.com'; 'matthewj@blbglaw.com';
'jai@blbglaw.com'; 'courtney.lowman@ally.com';
'jhaake@wbsvlaw.com'; 'gregory.petrick@cwt.com';
'ingrid.bagby@cwt.com'; 'mark.ellenberg@cwt.com';
'jlaitman@cohenmilstein.com'; 'clometti@cohenmilstein.com';
'meisenkraft@cohenmilstein.com'; 'drehns@cohenmilstein.com';
'krehns@cohenmilstein.com'; 'mwarner@coleschotz.com';
'echou@coleschotz.com'; 'ra-li-ucts-bankrupt@state.pa.us';
'will.hoch@crowedunlevy.com'; 'mgallagher@curtis.com';
'macohen@curtis.com'; 'sreisman@curtis.com';
'glenn.siegel@dechert.com'; 'hector.gonzalez@dechert.com';
'brian.greer@dechert.com'; 'mauricio.espana@dechert.com';
'rosa.mendez@db.com'; 'Brendan.meyer@db.com';
'diem.home@gmail.com'; 'gcatalanello@duanemorris.com';
'jvincequerra@duanemorris.com';
'catherine_lasher@fanniemae.com'; 'broylesmk@rgcattys.com';
'tlallier@foleymansfield.com'; 'kenton_hambrick@freddiemac.com';
'deggert@freebornpeters.com'; 'tfawkes@freebornpeters.com';
'kpatrick@gibbsbruns.com'; 'shumphries@gibbsbruns.com';
'kpatrick@gibbsbruns.com'; 'theodore.w.tozer@hud.gov';
'gjarvis@gelaw.com'; 'mpmorris@gelaw.com'; 'delman@gelaw.com';

'ayala.hassell@hp.com'; 'ceblack@jonesday.com';
'cball@jonesday.com'; 'rlwynne@jonesday.com';
'lemiller@jonesday.com'; 'aglenn@kasowitz.com';
'mstein@kasowitz.com'; 'dfliman@kasowitz.com';
'namamoo@kasowitz.com'; 'ecf@kaalaw.com';
'thadwilson@kslaw.com'; 'ajowers@kslaw.com';
'pferdinands@kslaw.com'; Tracy Klestadt
<TKlestadt@Klestadt.com>; Joseph Corneau
<JCorneau@Klestadt.com>; 'rescapinfo@kccllc.com';
'sheehan@txschoollaw.com'; 'austin.bankruptcy@publicans.com';
'dallas.bankruptcy@publicans.com';
'houston_bankruptcy@lgbs.com'; 'abehlmann@lowenstein.com';
'abehlmann@lowenstein.com'; 'metkin@lowenstein.com';
'ilevee@lowenstein.com'; 'metkin@lowenstein.com';
'ilevee@lowenstein.com'; 'susanp@taxcollector.com';
'pmoak@McKoolSmith.com'; 'mcarney@mckoolsmith.com';
'pmoak@McKoolSmith.com'; 'jgarrity@morganlewis.com';
'mkraut@morganlewis.com'; 'pfleming@morganlewis.com';
'lberkoff@moritthock.com'; 'moldovan@morrisoncohen.com';
'bankruptcy@morrisoncohen.com'; 'seth.goldman@mto.com';
'Thomas.walper@mto.com'; 'cmomjian@attorneygeneral.gov';
'dwdykhouse@pbwt.com'; 'bguiney@pbwt.com';
'ebcalvo@pbfcm.com'; 'ana.damonte@pillsburylaw.com';
'dflanigan@polsinelli.com'; 'jnagi@polsinelli.com';
'igoldstein@proskauer.com'; 'srutsky@proskauer.com';
'jzajac@proskauer.com'; 'danbrockett@quinnemanuel.com';
'daveburnett@quinnemanuel.com';
'susheelkirpalani@quinnemanuel.com';
'scottshelley@quinnemanuel.com'; 'mrollin@rplaw.com';
'cwood@rgrdlaw.com'; 'stevep@rgrdlaw.com';
'Ross.martin@ropesgray.com'; 'keith.wofford@ropesgray.com';
'Ross.martin@ropesgray.com'; 'dsasser@siwpc.com';
'dhall@siwpc.com'; 'jglucksman@scarincihollenbeck.com';
'bbressler@schnader.com'; 'rbarkasy@schnader.com';
'bdeutsch@schnader.com'; 'bateman@sewkis.com';

'cohen@sewkis.com'; 'das@sewkis.com'; 'fsosnick@shearman.com';
'sfennessey@shearman.com'; 'amuller@stinson.com';
'whazeltine@sha-llc.com'; 'tal@talcottfranklin.com';
'jmiller@tcfbank.com'; 'robert.major@bnymellon.com';
'susan.khokher@tdsecurities.com';
'kathryn.thorpe@tdsecurities.com'; 'Adam.Parkin@tdsecurities.com';
'Christopher.stevens@tdsecurities.com'; 'mamta.scott@usbank.com';
'michelle.moeller@usbank.com'; 'tanveer.ashraf@usbank.com';
'Glenn.Gillett@usdoj.gov'; 'mvaughan@wbsvlaw.com';
'dskeens@wbsvlaw.com'; 'kelly.j.rentz@wellsfargo.com';
'Nichlaus.M.Ross@wellsfargo.com';
'Sharon.Squillario@wellsfargo.com';
'mary.l.sohlberg@wellsfargo.com'; 'accesslegalservices@gmail.com';
'guzzi@whitecase.com'; 'jwilliams@wilmingtontrust.com';
'esoriano@wilmingtontrust.com'; 'david.tillem@wilsonelser.com';
'dneier@winston.com'; 'dneier@winston.com';
'cschreiber@winston.com'; 'almoskowitz@winston.com';
'jlawlor@wmd-law.com'; 'pdefilippo@wmd-law.com';
'sfitzgerald@wmd-law.com'; 'gbush@zuckerman.com';
'ncohen@zuckerman.com'; 'lneish@zuckerman.com';
'gbush@zuckerman.com'; 'ncohen@zuckerman.com';
'lneish@zuckerman.com'; 'bobbie.theivakumaran@citi.com';
'kelvin.vargas@db.com'; 'peter_mcgonigle@fanniemae.com';
'kdwbankruptcydepartment@kelleydrye.com';
'richard.cieri@kirkland.com'; 'ray.schrock@kirkland.com';
'richard.cieri@kirkland.com'; 'stephen.hessler@kirkland.com';
'projectrodeo@kirkland.com'; 'William.b.Solomon@ally.com';
'Timothy.Devine@ally.com'; 'john.bellaver@ally.com';
'keckstein@kramerlevin.com'; 'tmayer@kramerlevin.com';
'dmannal@kramerlevin.com';
'Tammy.Hamzehpour@gmacrescap.com'; 'diane.citron@ally.com';
'lnashelsky@mofo.com'; 'glee@mofo.com'; 'lmarinuzzi@mofo.com';
'Nancy.Lord@OAG.State.NY.US';
'Neal.Mann@OAG.State.NY.US'; 'secbankruptcy@sec.gov';
'secbankruptcy@sec.gov'; 'newyork@sec.gov'; 'lnyhan@sidley.com';

'jboelter@sidley.com'; 'bmyrick@sidley.com';
'jhofer@skadden.com'; 'nikolay.kodes@skadden.com';
'sarah.ward@skadden.com'; 'ken.ziman@skadden.com';
'suzanne.lovett@skadden.com'; 'george.rayzis@usbank.com';
'irina.palchuk@usbank.com'; 'AskDOJ@usdoj.gov';
'joseph.cordaro@usdoj.com'; 'Tracy.Davis2@usdoj.gov';
'Linda.Riffkin@usdoj.gov'; 'Brian.Masumoto@usdoj.gov'
'jmoldovan@morrisoncohen.com'