UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
:
In re                                          :         Chapter 11
:
RESIDENTIAL CAPITAL, LLC,        :         Case No. 12-12020 (MG)
:
                          Debtors.    :         Jointly Administered
:
------------------------------------------------------------ x

## ORDER APPROVING APPOINTMENT OF
## ARTHUR J. GONZALEZ, ESQ. AS EXAMINER

The Court having considered the United States Trustee's Application to Appoint Arthur J. Gonzalez, Esq., as Chapter 11 Examiner in the above-captioned cases, it is hereby

ORDERED that the appointment is approved.


BY THE COURT:


    /s/Martin Glenn    
MARTIN GLENN
United States Bankruptcy Judge


Dated:  New York, New York
        July 3, 2012