KAREN VOGEL, TREASURER-TAX COLLECTOR
OFFICE OF THE TAX COLLECTOR
940 WEST MAIN STREET, SUITE 106
EL CENTRO, CA 92243
Telephone: (760) 482-4301
Fax: (760) 352-7883



RECEIVED
JUN 25 2012
U.S. BANKRUPTCY COURT
SO. DIST. OF NEW YORK

Creditor: COUNTY OF IMPERIAL, CALIFORNIA

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: RESIDENTIAL CAPITAL, LLC<br><br>Debtor. | Case No.: 12-12020-MG<br>(Jointly Administered)<br><br>Chapter 11<br><br>REQUEST FOR SPECIAL NOTICE BY COUNTY OF IMPERIAL<br><br>(No Hearing Required) |

TO THE CLERK OF THE ABOVE ENTITLED COURT AND TO ALL PARTIES OF INTEREST:

The County of Imperial, California hereby requests notice of all pleadings, court notices, motions, applications, ex-parte application, contested matters and all other documents and papers pertaining to the above-captioned case, including all notices required under the Bankruptcy Code, Bankruptcy Rules, local rules or any other rule or law, to be noticed and served on creditors, creditors' committees or other parties of interest to the following address:

        IMPERIAL COUNTY TREASURER-TAX COLLECTOR
        940 West Main Street, Suite 106
        El Centro, CA 92243

DATE: June 19, 2012        BY: _____
                                       FLORA OROPEZA
                                       Deputy Tax Collector-Treasurer

KAREN VOGEL, TREASURER-TAX COLLECTOR
OFFICE OF THE TAX COLLECTOR
940 WEST MAIN STREET, SUITE 106
EL CENTRO, CA 92243
Telephone: (760) 482-4301
Fax: (760) 352-7883

RECEIVED JUN 25 2012 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK

Creditor: COUNTY OF IMPERIAL, CALIFORNIA

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:  RESIDENTIAL CAPITAL, LLC        )   Case No.: 12-12020-MG
                                        )      (Jointly Administered)
                                        )
                                        )   Chapter 11
                                        )
                                        )
              Debtor.                   )   PROOF OF SERVICE BY MAIL
                                        )   BY COUNTY OF IMPERIAL
                                        )
_____)   (No Hearing Required)

TO THE CLERK OF THE ABOVE ENTITLED COURT AND TO ALL PARTIES OF INTEREST:

I am a citizen of the United States and am employed by the County of Imperial. I am over the age of eighteen years and not a party to the within action; my business address is 940 West Main Street, Suite 106, El Centro, CA 92243.

On June 19, 2012 I served the within REQUEST FOR SPECIAL NOTICE on the interested parties in said action by placing a true copy thereof in a sealed envelope with postage thereon fully prepaid, in the United States mail at El Centro, California addressed to those parties on the attached sheet.

(X) BY REGULAR MAIL: I am "readily familiar" with the county's practice of collection and processing correspondence for mailing. Under the practice it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid at El Centro, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I, CINDY JOHNSON, declare that I am employed in the office of the Treasurer-Tax Collector, a creditor in the matter, at whose direction the service was made. Executed on the 19th day of June 2012.

IMPERIAL COUNTY TREASURER-TAX COLLECTOR
940 West Main Street, Suite 106
El Centro, CA 92243

BY: _____
     CINDY JOHNSON
     Tax Division Manager

# MAILING LIST CASE NO.: 12-12020-MG
(Jointly Administered)

RESIDENTIAL CAPITAL, LLC
1177 AVENUE OF THE AMERICAS
NEW YORK, NY  10036

LARREN M. NASHELSKY
MORRISON & FOERSTER LLP
1290 AVENUE OF THE AMERICAS
NEW YOR, NY  10104

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
ONE BOWLING GREEN
NEW YORK, NY  10004-1408