**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------X
In re:                                                                      :
                                                                                 :   **Chapter 11**
**Residential Capital, LLC, *et al*.,**                       :
                                                                                 :   **Case No. 12-12020 (MG)**
                       **Debtors.**                               :
                                                                                 :   **Jointly Administered**
---------------------------------------------------------X

**ORDER GRANTING MOTION OF DEBORAH BOLLINGER AND BRYAN BUBNICK FOR RELIEF FROM AUTOMATIC STAY AS TO GMAC MORTGAGE, LLC**

Upon the Motion (the "Motion") of Plaintiffs Deborah Bollinger and Bryan Bubnick for relief from the automatic stay as to Debtors Residential Capital, LLC and GMAC Mortgage, LLC pursuant to 11 U.S.C. § 362 in order to proceed in the case captioned *Bollinger et al. v. Residential Capital, LLC et al.*, Civ No. 2:10-01123 (RSM), currently pending in the United States District Court for the Western District of Washington:

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED.

2. The stay imposed by section 362 of the Bankruptcy Code is hereby modified to allow Plaintiffs Deborah Bollinger and Bryan Bubnick, and the opt-in Plaintiffs, to proceed to final judgment (including any appeals) on their Complaint against Debtors.

Dated:        _____, 2012
                  New York, New York

                                                                                _____
                                                                                United States Bankruptcy Judge