# Exhibit B

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEBORAH BOLLINGER and BRYAN BUBNICK, individually and on behalf of all others similarly situated, | Case No. C10-1123RSM |
| Plaintiffs, | ORDER SETTING TRIAL DATE & RELATED DATES |
| v. | |
| RESIDENTIAL CAPITAL, LLC and ALLY FINANCIAL, INC., | |
| Defendants. | |

| | |
|---|---|
| **TRIAL DATE** | January 21, 2013 |
| Deadline for joining additional parties | November 18, 2011 |
| Motion for class certification due and noted on the Court's calendar for the fifth Friday thereafter | January 19, 2012 |
| Reports from expert witnesses under FRCP 26(a)(2) due | April 13, 2012 |
| All motions related to discovery must be noted on the motion calendar no later than the Friday before discovery closes pursuant to CR7(d)(3) or CR37(a)(2)(B) | |
| Discovery on class certification | January 4, 2012 |
| Discovery completed by | July 16, 2012 |
| All dispositive motions must be filed by and noted on the motion calendar no later than the fourth Friday thereafter (see CR 7(d)) | October 18, 2012 |
| Mediation per CR 39.1(c)(3) held no later than | December 14, 2012 |

ORDER SETTING TRIAL DATE & RELATED DATES - 1

| | |
|---|---|
| All motions in limine must be filed by and noted on the motion calendar seven judicial days thereafter pursuant to CR7(d)(2) | December 20, 2012 |
| Agreed pretrial order due | January 9, 2013 |
| Pretrial conference to be scheduled by the Court | |
| Trial briefs, proposed voir dire questions, proposed jury instructions, and trial exhibits due | January 16, 2013 |
| Length of Trial: 10-15 days | Jury XXX |

These dates are set at the direction of the Court after reviewing the joint status report and discovery plan submitted by the parties. All other dates are specified in the Local Civil Rules. If any of the dates identified in this Order or the Local Civil Rules fall on a weekend or federal holiday, the act or event shall be performed on the next business day. These are firm dates that can be changed only by order of the Court, not by agreement of counsel or the parties. The Court will alter these dates only upon good cause shown: failure to complete discovery within the time allowed is not recognized as good cause.

If the trial date assigned to this matter creates an irreconcilable conflict, counsel must notify Lowell Williams or Laurie Cuaresma, in-court deputy clerks, at 206-370-8521, within 10 days of the date of this Order and must set forth the exact nature of the conflict. A failure to do so will be deemed a waiver. Counsel must be prepared to begin trial on the date scheduled, but it should be understood that the trial may have to await the completion of other cases.

## ELECTRONIC FILING

Counsel is required to electronically file all documents with the Court. Documents filed electronically are instantly filed and the court has instant access to review and consider pleadings. For any document exceeding fifty (50) pages in length, a courtesy copy shall be delivered to the Clerk's Office, marked "Chambers Copy."

## COOPERATION

As required by CR 37(a), all discovery matters are to be resolved by agreement if

ORDER SETTING TRIAL DATE & RELATED DATES - 2

1 possible. Counsel are further directed to cooperate in preparing the final pretrial order in the
2 format required by CR 16.1, except as ordered below.

3 EXHIBITS

4 The original and one copy of the trial exhibits are to be delivered to chambers five days
5 before the trial date. Each exhibit shall be clearly marked. Exhibit tags are available in the
6 Clerk's Office. Duplicate documents shall not be listed twice: once a party has identified an
7 exhibit in the pretrial order, any party may use it. Each set of exhibits shall be submitted in a
8 three-ring binder with appropriately numbered tabs.

9 SETTLEMENT

10 Should this case settle, counsel shall notify the Deputy Clerk as soon as possible.
11 Pursuant to GR 3(b), an attorney who fails to give the Deputy Clerk prompt notice of settlement
12 may be subject to such discipline as the Court deems appropriate.

13 A copy of this Order shall be sent to all counsel of record.

14 DATED this 15th day of August, 2011.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER SETTING TRIAL DATE & RELATED DATES - 3