Hearing Date: July 24, 2012 at 10:00 a.m. (ET)
Objection Deadline Date: July 17, 2012 at 4:00 p.m. (ET)

NICHOLS KASTER, LLP
Robert L. Schug (*pro hac vice* pending)
One Embarcadero Center
Suite 720
San Francisco, CA 94111
Telephone: (415) 277-7235
Fax: (415) 277-7238
E-Mail: rschug@nka.com

*Bankruptcy Counsel for Plaintiffs*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------X
| | |
|---|---|
| **In re:** | : Chapter 11 |
| | : |
| **Residential Capital, LLC, *et al.*,** | : Case No. 12-12020 (MG) |
| | : |
| Debtors. | : Jointly Administered |
| | : |
| | : (Re Debtors GMAC Mortgage, LLC and |
| | : Residential Capital, LLC) |

-------------------------------------------------------X

**NOTICE OF HEARING ON MOTION OF DEBORAH BOLLINGER AND
BRYAN BUBNICK FOR RELIEF FROM AUTOMATIC STAY AS TO
<u>GMAC MORTGAGE, LLC AND RESIDENTIAL CAPITAL, LLC</u>**

**PLEASE TAKE NOTICE** that a hearing will be held on the Motion before the

Honorable Martin Glenn, United States Bankruptcy Judge, and the United States Bankruptcy

Court for the Southern District of New York, Courtroom 501, One Bowling Green, New York,

New York 10004 on **July 24, 2012 at 10:00 a.m. (EST)**, or as soon thereafter as counsel may be

heard.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Motion and the

relief requested therein must be filed with the United States Bankruptcy Court for the Southern

District of New York, One Bowling Green, New York, New York 10004 and served upon the parties listed on the Special Service List by both email, where available, and regular U.S. Mail or overnight delivery service in accordance with the Case Management Order, ECF No. 141, dated May 23, 2012, implementing certain notice and case management procedures in these cases so as to be received by the parties no later than **4:00 p.m. (EST) on July 17, 2012.** Additionally, objections shall be served, so as to be received no later than **4:00 p.m. (EST) on July 17, 2012** upon the moving party herein at: Nichols Kaster, LLP, One Embarcadero Center, Suite 720, San Francisco, California, 94111, Attn: Robert L. Schug, Esq.

**PLEASE TAKE FURTHER NOTICE** that the relief requested in the Motion may be granted without a hearing if no objection is timely filed and served as set forth above and in accordance with the Case Management Order.

Dated: July 3, 2012
San Francisco, California

Respectfully Submitted,

**NICHOLS KASTER, LLP**

/s/ Robert L. Schug
Robert L. Schug, CA Bar No. 249640*
  *(*pro hac vice* application pending)
One Embarcadero Center, Suite 720
San Francisco, CA 94111
Telephone: (415) 277-7235
Fax: (415) 277-7238
E-Mail: rschug@nka.com

*Bankruptcy Counsel for Plaintiffs*