Presentment Date: July 10, 2012 at 10:00 a.m.
Objection Deadline: July 9, 2012 at 4:00 p.m.

BINGHAM McCUTCHEN LLP
Steven Wilamowsky
399 Park Avenue
New York, New York  10022
(212) 705-7000

*Attorneys for Allstate Life Insurance Company*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
| | : | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| Residential Capital, LLC, *et al*., | : | Case No. 12-12020 (MG) |
| | : | |
| Debtors | : | (Jointly Administered) |
| | : | |

---------------------------------------------------------x

NOTICE OF PRESENTMENT OF ORDER APPROVING
SPECIFIED INFORMATION BLOCKING PROCEDURES AND
PERMITTING TRADING OF CLAIMS AGAINST THE
DEBTORS UPON ESTABLISHMENT OF A SCREENING
WALL AND OPPORTUNITY FOR HEARING

PLEASE TAKE NOTICE that upon the annexed motion of Allstate Life Insurance Company, the undersigned will present the attached proposed order to the Honorable Martin Glenn, United States Bankruptcy Judge, for signature on July 10, 2012, at 12:00 noon.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the proposed order must: (a) be made in writing; (b) comply with the Bankruptcy Code, the Bankruptcy Rules, the Local Rules for the United States Bankruptcy Court for the Southern District of New York and any Case Management Order that has been or may be entered in this case; (c) be filed with the Bankruptcy Court in accordance with General Order M-399 (as amended); (d) be submitted in hard copy form to the Chambers of the Honorable Martin Glenn, United States Bankruptcy

A/74977930.2

Judge, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004; and (e) be served upon (i) the undersigned and (ii) those parties listed on Schedule I hereto, in each case so as to be received on or before July 9, 2012 at 4:00 p.m. (EDT).  Unless objections are received by that time, there will not be a hearing and the order may be signed.

        PLEASE TAKE FURTHER NOTICE that if a written objection is timely filed, a hearing will be scheduled for July 10, 2012 at 10:00 a.m.  The moving and objecting parties are required to attend the hearing, and failure to attend in person or by counsel may result in relief being granted or denied upon default.

Dated: New York, New York      BINGHAM McCUTCHEN LLP
       July 3, 2012

By:   /s/Steven Wilamowsky
Steven Wilamowsky
399 Park Avenue
New York, NY 10022-4689
Telephone: 212.705.7000
Facsimile:  212.752.5378

Attorneys for Allstate Life Insurance Company

# SCHEDULE I

**Office of the United States Trustee for the Southern District of New York**

Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004
Attn:  Tracy Hope Davis, Esq.
Brian Masumoto, Esq.
Linda Riffkin, Esq.
Phone: (212) 510-0500
Facsimile: (212) 668-2255
Email:  Tracy.Davis2@usdoj.gov
Brian.Masumoto@usdoj.gov Linda.Riffkin@usdoj.gov

**Office of the United States Attorney General**

U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530-0001
Attn:  US Attorney General, Eric H. Holder, Jr.
Phone: (202) 514-2063
Facsimile: (202)307-6777
Email: AskDOJ@usdoj.com

**Office of the New York Attorney General**

Office of the New York State Attorney General
The Capitol
Albany, NY 12224-0341
Attn:  Nancy Lord, Esq.
Neal Mann, Esq. Phone:
(518) 474-5481
Email: Nancy.Lord@OAG.State.NY.US
Neal.Mann@OAG.State.NY.US

**Office of the U.S. Attorney for SDNY**

Office of U.S. Attorney for the Southern District of New York
One St. Andrews Plaza
New York, NY 10007
Attn:   Joseph N. Cordaro, Esq.,
Phone: (212) 637-2200
Facsimile: (212) 637-2745

3

A/74977930.2

**Debtors**

Residential Capital, LLC
1177 Avenue of the Americas
New York, NY 10036
Attn: Tammy Hamzehpour
Email: Tammy.Hamzehpour@gmacrescap.com

**Counsel to the Debtors**

Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104
Attn:   Larren Nashelskly, Esq.
Gary S. Lee, Esq. Lorenzo Marinuzzi, Esq.
Phone: (212) 468-8000
Facsimile: (212) 468-7900
Email: LNashelskly@mofo.com Glee@mofo.com
LMarinuzzi@mofo.com

**Counsel to the Creditors' Committee**

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
Attn:   Ken Eckstein
Doug Mannal
Phone:  (212) 715-9100
Facsimile:  (212) 715-8000
Email:  keckstein@kramerlevin.com
dmannal@kramerlevin.com

**Prepetition Lenders**

Citibank N.A.
390 Greenwich Street, 6th Floor
New York, NY 10013
Attn:  Bobbie Theivakurnaran
Phone:  (212) 723-6753
Facsimile:  (646) 291-3799
Email:  bobbie.theivakurnaran@citi.com

Fannie Mae
3900 Wisconsin Avenue
NW Mail Stop 8H-504
Washington DC 20016
Attn:  Vice President, Credit Management, John S. Forlines
Facsimile:  (202) 752-2208
Email: john_s_forlines@fanniemae.com

**Counsel to Ally Financial Inc.**

Kirkland & Ellis
601 Lexington Avenue
New York, NY 10022
Attn:   Ray C. Schrock
Richard M. Cieri
Phone:  (212) 446-4800
Facsimile:  212) 446-4900
Email:  richard.cieri@kirkland.com
stephen.hessler@kirkland.com projectrodeo@kirkland.com
william.b.solomon@ally.com timothy.devine@ally.com

**Indenture Trustees**

Deutsche Bank Trust Company Americas
25 DeForest Avenue
Summit, NJ 07901
Attn:  Kevin Vargas
Phone: (201) 593-2456
Email: kevin.vargas@db.com

The Bank of New York Mellon
Asset Backed Securities Group
101 Barclay Street
4W New York, NY
10286

U.S. Bank National Association
50 South 16th Street, Suite 2000
Philadelphia, PA 19102
Attn:  George Rayzis
Phone: (215) 761-9317
Email: george.rayzis@usbank.com

A/74977930.2

U.S. Bank National Association
60 Livingston Avenue
EP-MN-WS1D
St. Paul, MN 55107
Attn: Irina Palchuk
Phone: (651) 495-3404
Facsimile: (651) 495-8100
Email: irinia.palchuk@usbank.com

**Counsel to U.S. Bank National Association**

Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178
Attn: James S. Carr
Eric R. Wilson
Phone: (212) 808-7800
Facsimile: (212) 808-7987
Email: kdwbankruptcydepartment@kelleydrye.com

Wells Fargo Bank,
N.A. P.O. Box 98
Columbia, MD 21046
Attn: Corporate Trust Services, GMACM Home Equity Notes 2004 Viable Funding Trust

**Coun sel to Administrative Agent for the Debtors' Providers of Debtor in Possession Financing**

Skadden Arps Slate Meagher & Flom
LLP Four Times Square
New York, NY 10036
Attn: Jonathan H. Hofer
Ken Ziman
Phone: (212) 735-3849
Facsimile: (917) 777-3849
Email: jhofer@skadden.com
kziman@skadden.com

**Nationstar Mortgage LLC**

Nationstar Mortgage LLC
350 Highland Drive
Lewisville, TX 75067
Attn: General Counsel
Phone: (469) 549-2000
Facsimile: (972) 315-8637

6

**Counsel to Nationstar Mortgage LLC**

Sidley Austin LLP
One Dearborn
Chicago, IL 60603
Attn:   Larry J. Nyhan
Jessica CK Boelter
Phone:  (312) 853-7710
Facsimile:  (312) 853-7036
Email:  lnyhan@sidley.com jboelter@sidley.com
bmyrick@sidley.com

**Internal Revenue Service**

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346
Facsimile:  (267) 941-1015
Overnight mail should be directed to:
Internal Revenue Service
2970 Market Street
Mail Stop 5-Q30.133
Philadelphia, PA 19104-5016

**U.S. Securities and Exchange Commission**

Securities and Exchange Commission, New York Regional Office
3 World Financial Center, Suite 400
New York, NY 10281-1022
Attn:  George S. Canellos, Regional Director
Phone:  (212) 336-1100
Email:  newyork@sec.gov