QUARLES & BRADY LLP
One Renaissance Square
Two North Central Avenue
Phoenix, Arizona 85004-2391
Telephone: (602) 229-5200
Facsimile: (602) 229-5690
Walter J. Ashbrook, Esq. (*pro hac vice admission pending*)
 walter.ashbrook@quarles.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| RESIDENTIAL CAPITAL, LLC, et al., | Case No. 12-12020-MG |
| Debtors. | Jointly Administered |

## AFFIDAVIT OF SERVICE

LISA M. CUMMINGS, being first duly sworn, upon her oath deposes and says:

1.  I am over the age of twenty-one years and a resident of the State of Arizona.

2.  In my capacity as Legal Secretary/Bankruptcy Technical Assistant at Quarles & Brady LLP, attorneys for ONEWEST BANK, a secured creditor in the above-captioned Chapter 11 cases of RESIDENTIAL CAPITAL, LLC, et al., I caused true and correct copies of the "Motion For Admission To Practice, *Pro Hac Vice* of Walter J. Ashbrook" [Docket No. 656] to be served on July 2, 2012 via electronic mail and U.S. first-class mail, postage prepaid, on all parties listed on the Special Service List attached hereto as Exhibit "A".

Dated: July 3, 2012
        Phoenix, Arizona

                                        /s/ Lisa M. Cummings
                                        Lisa M. Cummings

-2-

STATE OF ARIZONA           )
                           )ss.
County of Maricopa         )

        SUBSCRIBED AND SWORN to before me this 3rd day of July, 2012.

        /s/ Debra Lindsey
        Notary Public

My commission expires:

October 20, 2012