QUARLES & BRADY LLP
One Renaissance Square
Two North Central Avenue
Phoenix, Arizona 85004-2391
Telephone: (602) 229-5200
Facsimile: (602) 229-5690
Lori L. Winkelman, Esq. (*pro hac vice admission pending*)
 lori.winkelman@quarles.com

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| RESIDENTIAL CAPITAL, LLC, et al., | Case No. 12-12020-MG |
| Debtors. | Jointly Administered |

## AFFIDAVIT OF SERVICE

SYBIL TAYLOR AYTCH, being first duly sworn, upon her oath deposes and says:

1. I am over the age of twenty-one years and a resident of the State of Arizona.

2. In my capacity as Senior Bankruptcy Paralegal at Quarles & Brady LLP, attorneys for ONEWEST BANK, a secured creditor in the above-captioned Chapter 11 cases of RESIDENTIAL CAPITAL, LLC, et al., I caused true and correct copies of the "Motion For Admission To Practice, *Pro Hac Vice* of Lori L. Winkelman" [Docket No. 545] to be served on June 29, 2012 via electronic mail and U.S. first-class mail, postage prepaid, on all parties listed on the Special Service List attached hereto as Exhibit "A".

Dated: July 3, 2012
           Phoenix, Arizona

                                                            /s/ Sybil Taylor Aytch
                                                            Sybil Taylor Aytch

QB\136701.00059\17358873.1

STATE OF ARIZONA )
)ss.
County of Maricopa )

SUBSCRIBED AND SWORN to before me this 3rd day of July, 2012.

/s/ Lisa Marie Cummings
Notary Public

My commission expires:

March 31, 2015