**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------------------------
                                                        )
In re:                                                  )    Case No. 12-12020 (MG)
                                                        )
RESIDENTIAL CAPITAL, LLC, et al.,                       )    Chapter 11
                                                        )
                          Debtors.                      )    Jointly Administered
--------------------------------------------------------------------------------)

**NOTICE OF FILING OF AMENDMENTS TO SCHEDULES**
**OF ASSETS AND LIABILITIES**

     **PLEASE TAKE NOTICE** that on June 30, 2012, Residential Capital, LLC ("**ResCap**") and its affiliated debtors (each a "**Debtor**," and collectively, the "**Debtors**")[1], filed their respective Schedules of Assets and Liabilities and Statements of Financial Affairs (the "**Schedules and Statements**"). [Docket nos. 548 - 649]

     **PLEASE TAKE FURTHER NOTICE** that on July 3, 2012, the Debtors filed the following amendments to certain of the Debtors' Schedules and Statements:

1. Amendments to ResCap Schedules F, G and H to remove Residential Funding, LLC (12-12019), GMAC-RFC Holding Company, LLC (12-12029), GMAC Mortgage, LLC (12-12032), GMAC Residential Holding Company, LLC (12-12033) and Homecomings Financial, LLC (12-12042) as co-debtors under the following unsecured obligations:

---

[1] The Debtors in these chapter 11 cases, along with the last four (4) digits of each Debtor's federal tax identification number, are: ditech, LLC (7228), DOA Holding Properties, LLC (4257), DOA Properties IX (Lots-Other), LLC (3274), EPRE LLC (7974), Equity Investment I, LLC (2797), ETS of Virginia, Inc. (1445),ETS of Washington, Inc. (0665),Executive Trustee Services, LLC (8943), GMAC-RFC Holding Company, LLC (3763), GMAC Model Home Finance I, LLC (8469), GMAC Mortgage USA Corporation (6930), GMAC Mortgage, LLC (4840), GMAC Residential Holding Company, LLC (2190), GMACRH Settlement Services, LLC (6156), GMACM Borrower LLC (4887), GMACM REO LLC (2043), GMACR Mortgage Products, LLC (6369), HFN REO SUB II, LLC (None), Home Connects Lending Services, LLC (9412), Homecomings Financial Real Estate Holdings, LLC (6869), Homecomings Financial, LLC (9458), Ladue Associates, Inc. (3048), Passive Asset Transactions, LLC (4130), PATI A, LLC (2729), PATI B, LLC (2937), PATI Real Estate Holdings, LLC (5201), RAHI A, LLC (3321), RAHI B, LLC (3553), RAHI Real Estate Holdings, LLC (5287), RCSFJV2004, LLC (2772), Residential Accredit Loans, Inc. (8240), Residential Asset Mortgage Products, Inc. (5181), Residential Asset Securities Corporation (2653), Residential Capital, LLC (0738), Residential Consumer Services of Alabama, LLC (5449), Residential Consumer Services of Ohio, LLC (4796), Residential Consumer Services of Texas, LLC (0515), Residential Consumer Services, LLC (2167), Residential Funding Company, LLC (1336), Residential Funding Mortgage Exchange, LLC (2427), Residential Funding Mortgage Securities I, Inc. (6294), Residential Funding Mortgage Securities II, Inc. (8858), Residential Funding Real Estate Holdings, LLC (6505), Residential Mortgage Real Estate Holdings, LLC (7180), RFC – GSAP Servicer Advance, LLC (0289),RFC Asset Holdings II, LLC (4034), RFC Asset Management, LLC (4678), RFC Borrower LLC (5558), RFC Construction Funding, LLC (5730), RFC REO LLC (2407), RFC SFJV-2002, LLC (4670).

a. Deutsche Bank, as Indenture Trustee of $1,250,000,000 Aggregate 8.500% Senior Unsecured Notes due June 2012, as amended;
b. Deutsche Bank, as Indenture Trustee of $1,750,000,000 Aggregate 8.500% Senior Unsecured Notes due April 2013, as amended;
c. Deutsche Bank, as Indenture Trustee of $250,000,000 Aggregate 8.875% Senior Unsecured Notes due June 2015, as amended;
d. Deutsche Bank, as Indenture Trustee of £400,000,000 Aggregate Principal Amount of 8.375% Notes due May 2013, as amended;
e. Deutsche Bank, as Indenture Trustee of £400,000,000 Aggregate Principal Amount of 9.875% Notes due July 2014, as amended; and
f. Deutsche Bank, as Indenture Trustee of €750,000,000 Aggregate Principal Amount of 7.125% Notes due May 2012, as amended.

Copies can be found at **Docket No. 683**.

2. Amendments to Residential Funding, LLC (12-12019) Schedules F, G and H to reflect that Residential Funding, LLC is **not** a co-debtor under the following ResCap unsecured non-priority obligations:

    a. Deutsche Bank, as Indenture Trustee of $1,250,000,000 Aggregate 8.500% Senior Unsecured Notes due June 2012, as amended;
    b. Deutsche Bank, as Indenture Trustee of $1,750,000,000 Aggregate 8.500% Senior Unsecured Notes due April 2013, as amended;
    c. Deutsche Bank, as Indenture Trustee of $250,000,000 Aggregate 8.875% Senior Unsecured Notes due June 2015, as amended;
    d. Deutsche Bank, as Indenture Trustee of £400,000,000 Aggregate Principal Amount of 8.375% Notes due May 2013, as amended;
    e. Deutsche Bank, as Indenture Trustee of £400,000,000 Aggregate Principal Amount of 9.875% Notes due July 2014, as amended; and
    f. Deutsche Bank, as Indenture Trustee of €750,000,000 Aggregate Principal Amount of 7.125% Notes due May 2012, as amended.

    Copies can be found at **Docket No. 684**.

3. Amendments to GMAC Mortgage, LLC (12-12032) Schedules F, G and H to reflect that GMAC Mortgage, LLC is **not** a co-debtor under the following ResCap unsecured non-priority obligations:

    a. Deutsche Bank, as Indenture Trustee of $1,250,000,000 Aggregate 8.500% Senior Unsecured Notes due June 2012, as amended;
    b. Deutsche Bank, as Indenture Trustee of $1,750,000,000 Aggregate 8.500% Senior Unsecured Notes due April 2013, as amended;
    c. Deutsche Bank, as Indenture Trustee of $250,000,000 Aggregate 8.875% Senior Unsecured Notes due June 2015, as amended;
    d. Deutsche Bank, as Indenture Trustee of £400,000,000 Aggregate Principal Amount of 8.375% Notes due May 2013, as amended;
    e. Deutsche Bank, as Indenture Trustee of £400,000,000 Aggregate Principal Amount of 9.875% Notes due July 2014, as amended; and

  f. Deutsche Bank, as Indenture Trustee of €750,000,000 Aggregate Principal Amount of 7.125% Notes due May 2012, as amended.

  Copies can be found at **Docket No. 685**.

4. Amendments to GMAC-RFC Holding Company, LLC (12-12029) Schedules F, G and H to reflect that GMAC-RFC Holding Company, LLC is **not** a co-debtor under the following ResCap unsecured non-priority obligations:

  a. Deutsche Bank, as Indenture Trustee of $1,250,000,000 Aggregate 8.500% Senior Unsecured Notes due June 2012, as amended;

  b. Deutsche Bank, as Indenture Trustee of $1,750,000,000 Aggregate 8.500% Senior Unsecured Notes due April 2013, as amended;

  c. Deutsche Bank, as Indenture Trustee of $250,000,000 Aggregate 8.875% Senior Unsecured Notes due June 2015, as amended;

  d. Deutsche Bank, as Indenture Trustee of £400,000,000 Aggregate Principal Amount of 8.375% Notes due May 2013, as amended;

  e. Deutsche Bank, as Indenture Trustee of £400,000,000 Aggregate Principal Amount of 9.875% Notes due July 2014, as amended; and

  f. Deutsche Bank, as Indenture Trustee of €750,000,000 Aggregate Principal Amount of 7.125% Notes due May 2012, as amended.

  Copies can be found at **Docket No. 686**.

5. Amendments to GMAC Residential Holding Company, LLC (12-12033) Schedules F, G and H to reflect that GMAC Residential Holding Company, LLC is **not** a co-debtor under the following ResCap unsecured non-priority obligations:

  a. Deutsche Bank, as Indenture Trustee of $1,250,000,000 Aggregate 8.500% Senior Unsecured Notes due June 2012, as amended;

  b. Deutsche Bank, as Indenture Trustee of $1,750,000,000 Aggregate 8.500% Senior Unsecured Notes due April 2013, as amended;

  c. Deutsche Bank, as Indenture Trustee of $250,000,000 Aggregate 8.875% Senior Unsecured Notes due June 2015, as amended;

  d. Deutsche Bank, as Indenture Trustee of £400,000,000 Aggregate Principal Amount of 8.375% Notes due May 2013, as amended;

  e. Deutsche Bank, as Indenture Trustee of £400,000,000 Aggregate Principal Amount of 9.875% Notes due July 2014, as amended; and

  f. Deutsche Bank, as Indenture Trustee of €750,000,000 Aggregate Principal Amount of 7.125% Notes due May 2012, as amended.

  Copies can be found at **Docket No. 687**.

6. Amendments to Homecomings Financial, LLC (12-12042) Schedules F, G and H to reflect that Homecomings Financial, LLC is **not** a co-debtor under the following ResCap unsecured non-priority obligations:

  a. Deutsche Bank, as Indenture Trustee of $1,250,000,000 Aggregate 8.500% Senior Unsecured Notes due June 2012, as amended;

b. Deutsche Bank, as Indenture Trustee of $1,750,000,000 Aggregate 8.500% Senior Unsecured Notes due April 2013, as amended;
c. Deutsche Bank, as Indenture Trustee of $250,000,000 Aggregate 8.875% Senior Unsecured Notes due June 2015, as amended;
d. Deutsche Bank, as Indenture Trustee of £400,000,000 Aggregate Principal Amount of 8.375% Notes due May 2013, as amended;
e. Deutsche Bank, as Indenture Trustee of £400,000,000 Aggregate Principal Amount of 9.875% Notes due July 2014, as amended; and
f. Deutsche Bank, as Indenture Trustee of €750,000,000 Aggregate Principal Amount of 7.125% Notes due May 2012, as amended.

Copies can be found at **Docket No. 688**.

The Global Notes and Statements of Limitations, Methodology and Disclaimer Regarding Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs originally filed with the Debtors' respective Schedules and Statements apply to the above-referenced amendments to the Schedules and Statements.

Dated: July 3, 2012
New York, New York

/s/ Larren M. Nashelsky
Larren M. Nashelsky
Gary S. Lee
Lorenzo Marinuzzi
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Proposed Counsel for the Debtors and Debtors-in-Possession*