NICHOLS KASTER, PLLP
Kai H. Richter (admitted *pro hac vice*)
4600 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
Telephone: (612) 256-3200
Fax: (612) 215-6870
E-Mail:  krichter@nka.com

NICHOLS KASTER, LLP
Robert L. Schug (*pro hac vice* pending)
One Embarcadero Center
Suite 720
San Francisco, CA 94111
Telephone: (415) 277-7235
Fax: (415) 277-7238
E-Mail: rschug@nka.com

*Bankruptcy Counsel for Christina Ulbrich
and the Putative Class Members*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------X
| In re: | : |
| --- | --- |
| | : **Chapter 11** |
| **Residential Capital, LLC, et al.,** | : |
| | : **Case No. 12-12020 (MG)** |
| Debtors. | : |
| | : **Jointly Administered** |

-------------------------------------------------------X

## CERTIFICATE OF SERVICE

Kai H. Richter, being duly sworn, deposes and says:

I am not a party to the action.  I am over the age of eighteen years and reside in Minneapolis, Minnesota.  I am duly admitted to the bar of the State of Minnesota in good standing.

On July 3, 2012, at my direction and under my supervision, employees of Nichols Kaster, PLLP caused the following document to be served via Priority Mail to the parties listed on the

Special Service List attached hereto as **Exhibit A** and via Electronic Mail on all parties listed on the Special Service List attached hereto as **Exhibit B**, as well as Defendants' Counsel[1] in the case: *Ulbrich v. GMAC Mortgage, LLC et al.*, Civ. No. 11-cv-62424-RNS.

1. Motion of Christina Ulbrich for Relief from Automatic Stay as to GMAC Mortgage, LLC (ECF No. 667);
2. [Proposed] Order Granting Motion of Christina Ulbrich for Relief from Automatic Stay as to GMAC Mortgage, LLC (ECF No. 667-1);
3. Memorandum in Support of Motion of Christina Ulbrich for Relief from Automatic Stay as to GMAC Mortgage, LLC (ECF No. 668);
4. Declaration of Kai H. Richter in Support of Motion of Christina Ulbrich for Relief from Automatic Stay as to GMAC Mortgage, LLC (ECF No. 670);
5. Exhibit A to Declaration of Kai H. Richter (ECF No. 670-1);
6. Exhibit B to Declaration of Kai H. Richter (ECF No. 670-2);
7. Notice of Hearing on Motion of Christina Ulbrich for Relief from the Automatic Stay as to GMAC Mortgage, LLC (ECF No. 671).

on behalf of Christina Ulbrich and others similarly situated.

Dated: July 5, 2012
Minneapolis, Minnesota

Respectfully Submitted,

**NICHOLS KASTER, LLP**

/s/ Kai Richter
Kai Richter, MN Bar No. 0296545*
   *(admitted *pro hac vice*)
4600 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 256-3200
Fax: (612) 215-6870
E-Mail: krichter@nka.com

*Bankruptcy Counsel for Christina Ulbrich and the Putative Class Members*

---

[1] Jennifer Cohen Glasser, Henry F. Reichner and Joe N. Nguyen for GMAC Mortgage, LLC.
Brian W. Toth, William N. Shephard, Robyn C. Quattrone and Katherine Halliday for Balboa Insurance Services, Inc.

# Exhibit A

Residential Capital LLC, et al.
Case No. 12-12020 (MG)
Special Service List

| NAME | NOTICE NAME | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| Citibank NA | Attn Bobbie Theivakumaran | 390 Greenwich St 6th Fl | | New York | NY | 10013 |
| Deutsche Bank Trust Company Americas | c/o Kelvin Vargas | 25 De Forest Ave | | Summit | NJ | 07901 |
| Fannie Mae | Attn Peter McGonigle | 1835 Market St Ste 2300 | | Philadelphia | PA | 19103 |
| Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | Philadelphia | PA | 19101-7346 |
| Internal Revenue Service | Centralized Insolvency Operation | 2970 Market St | | Philadelphia | PA | 19104 |
| Internal Revenue Service | Insolvency Section | 31 Hopkins Plz Rm 1150 | | Baltimore | MD | 21201 |
| Kelley Drye & Warren LLP | James S Carr & Eric R Wilson | 101 Park Ave | | New York | NY | 10178 |
| Kirkland & Ellis | Richard M Cieri | 601 Lexington Ave | | New York | NY | 10022 |
| Kirkland & Ellis LLP | Attn Ray C Schrock & Stephen E Hessler | 601 Lexington Ave | | New York | NY | 10022-4611 |
| Kramer Levin Naftallis & Frankel LLP | Kenneth H Eckstein, Thomas Moers Mayer & Douglas H Mannal | 1177 Avenue of the Americas | | New York | NY | 10036 |
| Morris & Foerster LLP | Attn Tammy Hamzehpour | 1290 Avenue of the Americas | | New York | NY | 10104 |
| Morrison & Foerster LLP | Larren M Nashelsky, Gary S Lee & Lorenzo Marinuzzi | 1290 Avenue of the Americas | | New York | NY | 10104 |
| Nationstar Mortgage LLC | Attn: General Counsel | 350 Highland Drive | | Lewisville | TX | 75067 |
| Office of the NY State Attorney General | Nancy Lord & Neal Mann | The Capitol | | Albany | NY | 12224-0341 |
| Office of the US Attorney for the Southern District of NY | United States Attorney Preet Bharara | One St Andrews Plaza | | New York | NY | 10007 |
| Securities & Exchange Commission | Secretary of the Treasury | 100 F St NE | | Washington | DC | 20549 |
| Securities & Exchange Commission NY Regional Office | George S Canellos Regional Director | 3 World Financial Center Ste 400 | | New York | NY | 10281-1022 |
| Sidley Austin LLP | Larry J Nyhan & Jessica CK Boelter | One Dearborn | | Chicago | IL | 60603 |
| Skadden Arps Slate Meagher & Flom LLP | Jonathan H. Hofer | Four Times Square | | New York | NY | 10036 |
| Skadden Arps Slate Meagher & Flom LLP | Sarah M Ward | Four Times Square | | New York | NY | 10036 |
| Skadden Arps Slate Meagher & Flom LLP | Ken Ziman | Four Times Square | | New York | NY | 10036 |
| Skadden Arps Slate Meagher & Flom LLP | Suzanne D T Lovett | Four Times Square | | New York | NY | 10036 |
| The Bank of New York Mellon | Asset-Backed Securities Group | 101 Barclay St 4W | | New York | NY | 10286 |
| U.S. Bank National Association | Attn: George Rayzis | 50 South 16 th Street | Suite 2000 | Philadelphia | PA | 19102 |
| U.S. Bank National Association | Attn: Irina Palchuk | 60 Livingston Avenue | EP-MN-WS1D | St. Paul | MN | 55107 |
| U.S. Department of Justice | US Attorney General, Eric H. Holder, Jr. | 950 Pennsylvania Ave NW | | Washington | DC | 20530-0001 |
| United States Attorney's Office for the Southern District of New York civil Division | Attn Joseph Cordaro | 86 Chambers St 3rd Fl | | New York | NY | 10007 |
| US Trustee for the Southern District of NY | Tracy Hope Davis, Linda A. Riffkin and Brian S. Masumoto | 33 Whitehall St 21st Fl, Region 2 | | New York | NY | 10004 |
| Wells Fargo Bank NA | Attn Corporate Trust Services - GMACM Home Equity Notes 2004 Variable Funding Trust | PO Box 98 | | Columbia | MD | 21046 |

# Exhibit B

Residential Capital, LLC, et al.
Case No. 12-12020 (MG)

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Citibank NA | Attn Bobbie Theivakumaran | bobbie.theivakumaran@citi.com |
| Deutsche Bank Trust Company Americas | c/o Kelvin Vargas | kelvin.vargas@db.com |
| Fannie Mae | Attn Peter McGonigle | peter_mcgonigle@fanniemae.com |
| Internal Revenue Service | Centralized Insolvency Operation | |
| Internal Revenue Service | Centralized Insolvency Operation | |
| Internal Revenue Service | Insolvency Section | |
| Kelley Drye & Warren LLP | James S Carr & Eric R Wilson | kdwbankruptcydepartment@kelleydrye.com |
| Kirkland & Ellis | Richard M Cieri | richard.cieri@kirkland.com |
| Kirkland & Ellis LLP | Attn Ray C Schrock & Stephen E Hessler | ray.schrock@kirkland.com;richard.cieri@kirkland.com;stephen.hessler@kirkland.com;projectrodeo@kirkland.com;William.b.Solomon@ally.com;Timothy.Devine@ally.com;john.bellaver@ally.com |
| Kramer Levin Naftallis & Frankel LLP | Kenneth H Eckstein, Thomas Moers Mayer & Douglas H Mannal | keckstein@kramerlevin.com;tmayer@kramerlevin.com;dmannal@kramerlevin.com |
| Morris & Foerster LLP | Attn Tammy Hamzehpour | Tammy.Hamzehpour@gmacrescap.com;diane.citron@ally.com |
| Morrison & Foerster LLP | Larren M Nashelsky, Gary S Lee & Lorenzo Marinuzzi | lnashelsky@mofo.com;glee@mofo.com;lmarinuzzi@mofo.com |
| Nationstar Mortgage LLC | Attn: General Counsel | |
| Office of the NY State Attorney General | Nancy Lord & Neal Mann | Nancy.Lord@OAG.State.NY.US;Neal.Mann@OAG.State.NY.US |
| Office of the US Attorney for the Southern District of NY | United States Attorney Preet Bharara | |
| Securities & Exchange Commission | Secretary of the Treasury | secbankruptcy@sec.gov |
| Securities & Exchange Commission NY Regional Office | George S Canellos Regional Director | secbankruptcy@sec.gov;newyork@sec.gov |
| Sidley Austin LLP | Larry J Nyhan & Jessica CK Boelter | lnyhan@sidley.com;jboelter@sidley.com;bmyrick@sidley.com |
| Skadden Arps Slate Meagher & Flom LLP | Jonathan H. Hofer | jhofer@skadden.com;nikolay.kodes@skadden.com |
| Skadden Arps Slate Meagher & Flom LLP | Sarah M Ward | sarah.ward@skadden.com |
| Skadden Arps Slate Meagher & Flom LLP | Ken Ziman | ken.ziman@skadden.com |
| Skadden Arps Slate Meagher & Flom LLP | Suzanne D T Lovett | suzanne.lovett@skadden.com |
| The Bank of New York Mellon | Asset-Backed Securities Group | |
| U.S. Bank National Association | Attn: George Rayzis | george.rayzis@usbank.com |

Residential Capital, LLC, et al.
Case No. 12-12020 (MG)

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| U.S. Bank National Association | Attn: Irina Palchuk | irina.palchuk@usbank.com |
| U.S. Department of Justice | US Attorney General, Eric H. Holder, Jr. | AskDOJ@usdoj.gov |
| United States Attorney's Office for the Southern District of New York civil Division | Attn Joseph Cordaro | joseph.cordaro@usdoj.com |
| US Trustee for the Southern District of NY | Tracy Hope Davis, Linda A. Riffkin and Brian S. Masumoto | Tracy.Davis2@usdoj.gov; Linda.Riffkin@usdoj.gov; Brian.Masumoto@usdoj.gov |
| Wells Fargo Bank NA | Attn Corporate Trust Services - GMACM Home Equity Notes 2004 Variable Funding Trust | |