UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

In re                                               Chapter 11

RESIDENTIAL CAPITAL, LLC, *et al.,*                 Case No. 12-12020 (MG)

Debtors.                                            Jointly Administered

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) SS:
COUNTY OF NEW YORK    )

Patricia A. Wright, being duly sworn deposes and says:

1. That deponent is not a party to this action, is over 18 years of age and is employed by the law firm of Bingham McCutchen LLP with a place of business located at 399 Park Avenue, New York, New York 10022.

2. That on the 3rd day of July, 2012, I caused to be served a true copy of the **NOTICE OF PRESENTMENT OF ORDER APPROVING SPECIFIED INFORMATION BLOCKING PROCEDURES AND PERMITTING TRADING OF CLAIMS AGAINST THE DEBTORS UPON ESTABLISHMENT OF A SCREENING WALL AND OPPORTUNITY FOR HEARING** by electronic mail upon those parties listed on the service

list attached hereto as Exhibit A; and by first class mail upon those parties listed on the service list attached hereto as Exhibit B.

                                         /s/Patricia A. Wright
                                               Patricia A. Wright

Sworn to before me this
5th day of July, 2012

 /s/Steven Sarnotsky
Notary Public, State of New York
No. 01SA6008581
Qualified in New York County
Commission Expires August 1, 2014

A/75016087.1

**EXHIBIT A**

Tracy.davis2@usdoj.gov; brian.masumoto@usdoj.gov; linda.riffkin@usdoj.gov; askdoj@usdoj.gov; nancy.lord@oag.state.ny.us; neal.mann@oag.state.ny.us; tammy.hamzehpour@gmacrescap.com; lnashelskly@mofo.com; glee@mofo.com; lmarinuzzi@mofo.com; bobbie.theivakurnaran@citi.com; john_s_forlines@fanniemae.com; projectrodeo@kirkland.com; william.b.solomon@ally.com; timothy.devine@ally.com; kevin.vargas@db.com; george.rayzis@usbank.com; irinia.palchuk@usbank.com; jhofer@skadden.com; kziman@skadden.com; newyork@sec.gov; richard.cieri@kirkland.com; ray.schrock@kirkland.com; stephen.hessler@kirkland.com; denier@winston.com; cschreiber@winston.com; almoskowitz@winston.com; mcarney@mckoolsmith.com; pmoak@mckoolsmith.com; kenton_hambrick@freddiemac.com; kaptrick@gibbsbruns.com; shumphries@gibbsbruns.com; ross.martin@ropesgray.com; keith.wofford@ropesgray.com; tklestadt@klestadt.com; jcorneau@klestadt.com; jmoldovan@morrisoncohen.com; bankruptcy@morrisoncohen.com; aglenn@kasowitz.com; mstein@kasowitz.com; dfliman@kasowitz.com; namamoo@kasowitz.com; gregory.petrick@cwt.com; ingrid.bagby@cwt.com; mark.ellenberg@cwt.com; ken.ziman@skadden.com; suzanne.lovett@skadden.com; dedykhouse@pbwt.com; bguiney@pbwt.com; fsosnick@shearman.com; sfennessey@shearman.com; kdwbankruptcydepartment@kelleydrye.com; bdeutsch@schnader.com; bbressler@schnader.com; bbarkasy@schnader.com; tlallier@foleymansfield.com; ebcalvo@pbfcm.com; lnyhan@sidley.com; jboelter@sidley.com; bmyrick@sidley.com; glenn.siegel@dechert.com; hector.gonzalez@dechert.com; brian.greer@dechert.com; mauricio.espana@dechert.com; mwarner@coleschotz.com; echou@coleschotz.com; ayala.hassell@hp.com; cball@jonesday.com; rlwynne@jonesday.com; lemiller@jonesday.com; ceblack@jonesday.com; susheelkirpalani@quinnemanuel.com; scottshelley@quinnemanuel.com; mrollin@rplaw.com; marty.bunin@alston.com; william.hao@alston.com; kit.weitnauer@alston.com; bill.macurda@alston.com; accesslegalservices@gmail.com; thomas.walper@mto.com; seth.goldman@mto.com; sheehan@txschoollaw.com; metkin@lowenstein.com; ilevee@lowenstein.com; jlaitman@cohenmilstein.com; clometti@cohenmilstein.com; meisenkraft@cohenmilstein.com; drehns@cohenmilstein.com; krehns@cohenmilstein.com; srutsky@proskauer.com; jzajac@proskauer.com; jgarrity@morganlewis.com; mkraut@morganlewis.com; pfleming@morganlewis.com; mamta.scott@usbank.com; cohen@sewkis.com; das@sewkis.com; dallas.bankruptcy@publicans.com; igoldstein@proskauer.com; gcatalanello@duanemorris.com; jvincequerra@duanemorris.com; danbrockett@quinnemanuel.com; daveburnett@quinnemanuel.com; ericwinston@quinnemanuel.com; jeremyandersen@quinnemanuel.com; gjarvis@gelaw.com; mpmorris@gelaw.com; delman@gelaw.com; keckstein@kramerlevin.com; dmannal@kramerlevin.com; sreisman@curtis.com; macohen@curtis.com; mgallagher@curtis.com; dflanigan@polsinelli.com; jnagi@polsinelli.com; mvaughan@wbsvlaw.com; dskeens@wbsvlaw.com; pdefilippo@wmd-law.com; sfitzgerald@wmd-law.com; jlawlor@wmd-law.com; david.powlen@btlaw.com; jglucksman@scarincihollenbeck.com; lberkoff@moritthock.com; will.hoch@crowedunlevy.com; stevep@rgdlaw.com; cwood@rgdlaw.com; davids@blblaw.com; jonathanu@blbglaw.com; matthewj@blbglaw.com; jai@blbglaw.com; gbuch@zuckerman.com; ncohen@zuckerman.com; lneish@zuckerman.com; houston_bankruptcy@lgbs.com; cmomjian@attorneygeneral.gov; amuller@stinson.com; jglucksman@scarincihollenbeck.com; david.tillem@wilsonelser.com; deggert@freebornpeters.com; tfawkes@freebornpeters.com; taconrad@sbwlawfirm.com;

A/75016087.1

**EXHIBIT B**

Ms. Tammy Hamzehpour
Residential Capital, LLC
1177 Avenue of the Americas
New York, NY 10036

Larren Nashelskly, Esq.
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104

Gary S. Lee, Esq.
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104

Lorenzo Marinuzzi, Esq.
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104

Ken Eckstein, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

Doug Mannal, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

Thomas Moers Mayer, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

Ms. Bobbie Theivakurnaran
Citibank N.A.
390 Greenwich Street, 6th Floor
New York, NY 10013

Mr. John S. Forlines
Vice President, Credit Mgmt.
Fannie Mae
3900 Wisconsin Avenue NW
Mail Stop 8H-504
Washington DC 20016

Fannie Mae
Attn: Peter McGonigle
1835 Market Street, Ste. 2300
Philadelphia, PA 19103

Richard M. Cieri, Esq.
Kirkland & Ellis
601 Lexington Avenue
New York, NY  10022

Stephen E. Hessler, Esq.
Kirkland & Ellis
601 Lexington Avenue
New York, NY  10022

A/75016087.1

| | |
|---|---|
| Ray C. Schrock, Esq.<br>Kirkland & Ellis<br>601 Lexington Avenue<br>New York, NY  10022 | Mr. Kevin Vargas<br>Deutsche Bank Trust Company Americas<br>25 DeForest Avenue<br>Summit, NJ  07901 |
| The Bank of New York Mellon<br>Asset Backed Securities Group<br>101 Barclay Street 4W<br>New York, NY  10286 | James S. Carr, Esq.<br>Kelley Drye & Warren LLP<br>101 Park Avenue<br>New York, NY  10178 |
| Mr. George Rayzis<br>U.S. Bank National Association<br>50 South 16th Street, Suite 2000<br>Philadelphia, PA  19102 | Eric R. Wilson, Esq.<br>Kelley Drye & Warren LLP<br>101 Park Avenue<br>New York, NY  10178 |
| Ms. Irina Palchuk<br>U.S. Bank National Association<br>60 Livingston Avenue<br>EP-MN-WSID<br>St. Paul, MN  55107 | Wells Fargo Bank, N.A.<br>Attn:  Corporate Trust Services, GMACM<br>Home Equity Notes 2004 Viable Funding Trust<br>P.O. Box 98<br>Columbia, MD  21046 |
| Ken Ziman, Esq.<br>Skadden Arps Slate Meagher & Flom LLP<br>Four Times Square<br>New York, NY  10036 | Jonathan H. Hofer, Esq.<br>Skadden Arps Slate Meagher & Flom LLP<br>Four Times Square<br>New York, NY  10036 |
| Sarah M. Ward, Esq.<br>Skadden Arps Slate Meagher & Flom LLP<br>Four Times Square<br>New York, NY  10036 | Suzanne D T Lovett, Esq.<br>Skadden Arps Slate Meagher & Flom LLP<br>Four Times Square<br>New York, NY  10036 |
| Nationstar Mortgage LLC<br>Attn:  General Counsel<br>350 Highland Drive<br>Lewisville, TX  75067 | Larry J. Nyhan, Esq.<br>Sidley Austin LLP<br>One Dearborn<br>Chicago, IL  60603 |

A/75016087.1

| | |
|---|---|
| Jessica CK Boelter, Esq.<br>Sidley Austin LLP<br>One Dearborn<br>Chicago, IL 60603 | Internal Revenue Service<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| Internal Revenue Service<br>Centralized Insolvency Operation<br>2970 Market Street<br>Mail Stop 5-Q30.133<br>Philadelphia, PA 19104-5016 | Internal Revenue Service<br>Insolvency Section<br>31 Hopkins Place, Room 1150<br>Baltimore, MD 21201 |
| Office of the NY State Attorney General<br>Attn: Nancy Lord<br>The Capitol<br>Albany, NY 12224-0341 | Office of the NY State Attorney General<br>Attn: Neal Mann<br>The Capitol<br>Albany, NY 12224-0341 |
| Office of the US Attorney for the SDNY<br>United States Attorney Preet Bharara<br>One St Andrews Plaza<br>New York, NY 10007 | John Mark Stern, Esq.<br>Assistant Attorney General<br>Bankruptcy & Collections Division<br>P.O. Box 12548<br>Austin, Texas 78711-2548 |
| Securities & Exchange Commission<br>Attn: Secretary of the Treasury<br>100 F St NE<br>Washington, DC 20549 | Mr. George S. Canellos, Regional Director<br>Securities and Exchange Commission, NY Regional Office<br>3 World Financial Center, Suite 400<br>New York, NY 10281-1022 |
| U.S. Department of Justice<br>US Attorney General, Eric H. Holder, Jr.<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001 | United States Attorney's Office<br>for the Southern District of NY Civil Divison<br>Attn: Joseph Cordaro<br>86 Chambers Street, 3rd Floor<br>New York, NY 10007 |
| Office of the US Trustee<br>Attn: Tracy Hope Davis<br>33 Whitehall Street, 21st Floor<br>New York, NY 10004 | Office of the US Trustee<br>Attn: Linda Riffkin<br>33 Whitehall Street, 21st Floor<br>New York, NY 10004 |

6

A/75016087.1

| | |
|---|---|
| Office of the US Trustee<br>Attn: Brian S. Masumoto<br>33 Whitehall Street, 21st Floor<br>New York, NY 10004 | William A. Hazeltine, Esq.<br>Sullivan · Hazeltine · Allinson LLC<br>901 N. Market Street, Suite 1300<br>Wilmington, DE  19801 |
| Janella J. Miller, Esq<br>Senior Vice President and Senior Counsel<br>TCF National Bank<br>200 Lake Street<br>Wayzata, MN  55391 | Christopher E. Green<br>Attorney At Law<br>Two Union Square, Suite 4285<br>601 Union Street<br>Seattle, WA 98101 |
| Diane W. Sanders, Esq.<br>Linebarger Goggan Blaire & Sampson, LLP<br>P.O. Box 17428<br>Austin, Texas  17428 | |