Paul N. Papas II
4727 E Bell Rd.
Ste 45-350
Phoenix, AZ 85032
602-493-2016

## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| RESIDENTIAL CAPITAL, LLC | Chapter 11 |
| a/k/a RESIDENTIAL CAPITAL CORPORATION | Case No. 12-12020-mg |
| 1177 Avenue of the Americas | Joint Administration Pending |
| New York, New York 10036 | |
| Debtor | |

---

## MOTION FOR PERMISSION TO ELECTRONICALLY FILE

---

I, Paul N. Papas II, declare that I am a creditor in the above matter representing myself in this action; that I hereby request permission to electronically file and serve my documents. I state that, upon a showing of good cause below, I am able to comply with the equipment and rule requirements governing electronic filing.

In further support of this application, I answer the following questions:

A. The computer and related software/equipment available for use has or is:

> running a standard platform of Window XP;

>compatible word processor of Microsoft Word ;

>High Speed Internet access;

> Web browsers Microsoft Internet Explorer and Mozilla Firefox
   which have been tested and certified for compatibility With---ECF;

>PDF conversion software Adobe Acrobat version 6 ;

> Scanner, for paper exhibits and other supporting documents which exist only in
paper; and

> Adobe Acrobat Reader.

B. I have a personal electronic mailbox of sufficient capacity to send and receive
electronic of case related transmissions?

C. I am currently subscribed to PACER (Public Access to Court
Electronic Records)

D. I have you read and become familiar with the ECF Administrative Policies and Procedures
Manual.

E. I am able to comply with the all of the requirements, including the electronic submission of
documents in .pdf, of the .ECF Administrative Policies and Procedures Manual.

F. I am able to comply with the privacy policy of the Judicial Conference of the United

States and the E-Government Act of 2002.

G. The pro-se Participant ECF Registration Agreement and Form is Attached.

Dated this 16th day of June 2012

Paul N. Papas II
4727 E Bell Rd, Ste 45-350
Phoenix, AZ 85032
602-493-2016

## Pro Se Participant Electronic Case Files Registration Agreement

By submitting this registration form, the undersigned agrees to abide by the following rules:

This ECF system is for use only in cases designated by the United States Bankruptcy Court in the Southern District of New York in which the pro se party has been granted leave to electronically file. The ECF system may be used to file and view electronic documents, docket sheets and notices.

Pursuant to Federal Rule of Civil Procedure 11, every pleading, motion and other paper must be signed by at least one attorney of record or, if the party is not represented by an attorney, all papers must be signed by the party. A registered user's password issued by the Clerk's Office combined with the identification, serves as and constitutes the registered user's signature.

Therefore, a registered user must protect and secure the password issued by the Clerk's Office. If there is any reason to suspect the password has been compromised in any way, it is the duty and responsibility of the registered user to immediately notify the Clerk's Office. This should include the resignation or reassignment of the person with authority to use the password. The Clerk's Office will immediately delete the password from the electronic filing system and issue a new password.

Each registered user desiring to electronically file documents must complete and sign a Pro Se Participant Electronic Case Files Registration Form. Registering as a user constitutes: (1) consent to receive notice electronically and waiver of the right to receive notice by first class mail pursuant to Federal Rule of Civil Procedure 5(b)(2)(D); (2) consent to electronic service and waiver of the right to service by personal service or first class mail pursuant to Federal Rule of Civil Procedure 5(b)(2)(D), except with regard to service of a summons and complaint. Waiver of service and notice by first class mail applies to notice of the entry of an order or judgment.

Notice by electronic means is complete as set forth in the Electronic Case Filing Administrative Policies and Procedures Manual.

A registered user accesses court case information by the court's Internet site or through the Public Access to Court Electronic Records (PACER) Service Center. Although the Clerk's Office manages the procedures for electronic filing, all electronic public access to case file documents occurs through PACER. A PACER login is required in addition to the login and password issued by the Clerk's Office.

By this registration the undersigned agrees to abide by all of the rules and regulations in the Electronic Case Filing Administrative Policies and Procedures

Manual currently in effect and any changes or additions that may be made to such administrative procedures in the future.

Date June 16, 2012
/s/ Paul N. Papas II
Participant

Type your full name, prefixed with s/", in the field above to acknowledge that you have read and understand the information in this document.

## PRO SE PARTICIPANT ELECTRONIC CASE FILES REGISTRATION FORM

This form is to be used to register for an account on this Court's Electronic Case Files (ECF) System. Registered users will have privileges to electronically submit documents and to view and retrieve electronic docket sheets and documents as available for cases assigned to the ECF system. Filers representing themselves and granted leave to electronically file must seek leave to electronically file in each new case. The following information is required for registration:

## Personal Information
Name:  Paul N. Papas II
Address 4727 E Bell Rd., Ste 45-350
City + State:  Phoenix, AZ
Zip Code 85032
Telephone Number 602-493-2016
Fax Number 866-629-1336
Your login and password will be sent to the address entered above. You must enter a valid e-mail address in order to obtain an ECF login.
E-mail address Paul_Papas@MyLegalHelpUSA.com
In HTML - Recommended for most e-mail clients – please

Paul N. Papas II
4727 E Bell Rd., Ste 45-350
Phoenix. AZ 85032
602-493-2016

16 June 2012

Clerk
US Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

RE*: RESIDENTIAL CAPITAL, LLC Chapter 11 a/k/a RESIDENTIAL CAPITAL
CORPORATION Case No. 12-12020-mg*

Dear Sir:

I have enclosed for filing and consideration my Notice Of Appearance and
Motion To File Electronically in the above matter as a Claimant.

I appreciate your assistance.

Thank you,

Paul N. Papas II
Paul_Papas@MyLegalHelpUSA.com

