IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

IN RE:

RESIDENTIAL CAPITAL, LLC, ET AL.          CASE NO. 12-12020

DEBTORS

### ENTRY OF APPEARANCE

Comes Donald T. Prather, of Mathis, Riggs & Prather, P.S.C., and hereby gives notice of his entry of appearance as the attorney for Donald T. Prather, Trustee. We request that all pleadings be served upon the undersigned.

Respectfully submitted,

MATHIS, RIGGS & PRATHER, P.S.C.

By: _____
Donald T. Prather
500 Main Street, Suite 5
Shelbyville, Kentucky 40065
Phone: (502) 633-5220
Fax:   (502) 633-0667
Email: dprather@iglou.com

### CERTIFICATE OF SERVICE

This is to certify that a true and accurate copy of the foregoing Entry of Appearance was mailed this 28th day of June, 2012 to the following:

Larren M. Nashelsky
Gary S. Lee
Lorenzo Marinuzzi
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Attorney for the Debtors

RECEIVED
JUL - 2 2012
U.S. BANKRUPTCY COURT
SD DIST. OF NEW YORK

_____
Donald T. Prather

**MATHIS, RIGGS & PRATHER, P.S.C.**
ATTORNEYS AT LAW
500 MAIN STREET, SUITE 5
SHELBYVILLE, KENTUCKY 40065

C. LEWIS MATHIS, JR.
T. SHERMAN RIGGS
DONALD. T. PRATHER
NATHAN T. RIGGS

TELEPHONE: (502) 633-5220
FAX: (502) 633-0667

E-MAIL: mrp@iglou.com

June 28, 2012



Clerk of the United States Bankruptcy Court
One Bowling Green
New York, New York 10004

Re:   Residential Capital, LLC, et al. Debtors
      Southern District of New York, Case No. 12-12020 (MG)

Dear Clerk:

Enclosed are the original and one copy of the Entry of Appearance to be filed on behalf of Donald T. Prather, Trustee in the captioned bankruptcy proceeding. Please file the original and return a file-stamped copy to me in the enclosed self-addressed, stamped envelope.

Thank you for your attention to this matter. Please call me if you have any questions or if additional information is required.

Sincerely,

MATHIS, RIGGS & PRATHER, P.S.C.

By: *Donald T. Prather*
    Donald T. Prather
    By *Paula McClain*

DTP/pm
Enclosures