**LOWENSTEIN SANDLER PC**
1251 Avenue of the Americas, 17th Floor
New York, New York 10020
(212) 262-6700  (Telephone)
(212) 262-7402  (Facsimile)
Michael S. Etkin (ME 0570)
Ira M. Levee (IL 9958)
Andrew Behlmann (AB 1174)
       and
65 Livingston Avenue
Roseland, New Jersey  07068
(973) 597-2500 (Telephone)
(973) 597-2481 (Facsimile)

*Bankruptcy Counsel for Plaintiffs in the Class Action, Union Central Life Insurance Company, Ameritas Life Insurance Company, Acacia Life Insurance Company and Cambridge Place Investment Management Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>RESIDENTIAL CAPITAL, LLC, *et al.*,<br>    Debtors. | Chapter 11<br><br>Case No. 12-12020 (mg)<br><br>(Jointly Administered) |

## VERIFIED STATEMENT OF COUNSEL
## PURSUANT TO BANKRUPTCY RULE 2019(a)

In compliance with Fed. R. Bankr. P. 2019 ("Rule 2019"), Lowenstein Sandler PC ("Lowenstein"), as attorneys for the parties identified in paragraph 1, *infra*, makes the following disclosures:

1.  Lowenstein has been retained by each of the following creditors in connection with the above-captioned matter:

    a.  New Jersey Carpenters Health Fund (the "Lead Plaintiff"), New Jersey Carpenters Vacation Fund ("Vacation Fund") and Boilermaker Blacksmith National Pension Trust (collectively with Lead Plaintiff and the Vacation Fund, the "Class Action Plaintiffs") on

behalf of themselves and the class of persons and entities (the "Putative Class"),[1] who purchased or otherwise acquired interests in certain Issuing Trusts pursuant to Registration Statements filed by certain of the Debtors, in the consolidated securities class action styled as *New Jersey Carpenters Health Fund, et al., on Behalf of Themselves and All Others Similarly Situated v. Residential Capital, LLC et al.*, Case No. 08-CV-8781 (HB) (S.D.N.Y.) (the "Class Action"), asserting claims for damages against the Debtors and others for violations of sections 11, 12 and 15 of the Securities Act of 1933 (15 U.S.C. §§77k, 77l(a)(2) and 77(o));

        b.    The Union Central Life Insurance Company, Ameritas Life Insurance Corp., and Acacia Life Insurance Company (collectively "Union Central"), plaintiffs in the civil action styled as *The Union Central Life Ins. Co. et al. v. Credit Suisse First Boston Mortg. Sec. Corp. et al.*, Case No. 11-CV-2890 (GBD) (S.D.N.Y.) (the "Union Central Action"), asserting claims for damages against the Debtors and others for violations of section 10(b) of the Securities Exchange Act of 1934 (the "1934 Act") (15 U.S.C. §78j(b)) and Rule 10b-5 (17 C.F.R. §240.10b-5) promulgated there under, section 20(a) of the 1934 Act (15 U.S.C. §78t(a) and (b)), and New York state law (fraud, unjust enrichment and aiding and abetting), arising out of the purchase and sale of certain residential mortgage-backed securities as described in the Union Central Action; and

        c.    Cambridge Place Investment Management Inc. ("CPIM"), plaintiff in the civil actions styled as *Cambridge Place Investment Management Inc. v. Morgan Stanley & Co., Inc., et al.*, pending in the Superior Court of Massachusetts, Case Nos. 10-2741-BLS1 and 11-0555-BLS1 (collectively, the "CPIM Actions"), asserting claims for damages against the Debtors and others for violations of sections 410(a)(2) and (b) of the Massachusetts Uniform Securities Act, Mass. Gen. Laws ch 110A (2012), arising out of the purchase and sale of certain residential mortgage-backed securities as described in the CPIM Actions.

    2.    On June 30, 2009, the District Court entered an order [Doc. 34] appointing New Jersey Carpenters Health Fund as Lead Plaintiff in the Class Action and Cohen Milstein Sellers

---

[1] The motion for certification of the Putative Class is currently pending in the United States District Court for the Southern District of New York (the "District Court").

& Toll, PLLC ("CMST"), with offices at 88 Pine Street, 14th Floor, New York, New York 10005, as Lead Counsel to represent the Class Action Plaintiffs and the Putative Class.

3. Litigation Counsel for Union Central is Robbins Geller Rudman & Dowd LLP ("RGRD"), with offices at 665 West Broadway, Suite 1900, San Diego, California 92101.

4. Litigation Counsel for CPIM is Bernstein Litowitz Berger & Grossmann LLP ("BLBG"), with offices at 12481 High Bluff Drive, Suite 300, San Diego, California 92130.

5. CMST, RGRD and BLBG retained Lowenstein, with offices at 1251 Avenue of the Americas, 17th Floor, New York, New York 10020, and 65 Livingston Avenue, Roseland, New Jersey 07068, as bankruptcy counsel to represent the interests of the Class Action Plaintiffs, the Putative Class, Union Life and CPIM in these bankruptcy proceedings.

6. Therefore, Lowenstein is authorized to represent the Class Action Plaintiffs, the Putative Class, Union Life and CPIM herein

7. All claims against the Debtors asserted or to be asserted herein by the Class Action Plaintiffs, the Putative Class, Union Life and CPIM accrued on or before the date on which the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code. To the best of the undersigned's knowledge, no person associated with any law firm involved herein has any interest in or claim against the Debtors.

8. By submission of this Statement pursuant to Rule 2019, Lowenstein does not limit in any way its rights or the rights of the parties named herein under the Bankruptcy Code, the Bankruptcy Rules and other applicable law. The information contained herein is intended solely to comply with Rule 2019 and not for any other purpose. Lowenstein expressly reserves the right to supplement and/or amend this Statement in any respect. Submission of this Statement does not constitute the consent of the Class Action Plaintiffs, the Putative Class, Union Life and CPIM to the jurisdiction of this Court for any purpose other than with respect to this Statement.

Dated:  July 6, 2012                    **LOWENSTEIN SANDLER PC**

By:  /s/ Ira M. Levee
    Michael S. Etkin (ME0570)
    Ira M. Levee (IL 9958)
    Andrew Behlmann (AB 1174)
    1251 Avenue of the Americas, 17th Floor
    New York, New York  10020
    (212) 262-6700  (Telephone)
    (212) 262-7402  (Facsimile)

    and

    65 Livingston Avenue
    Roseland, NJ  07068
    (973) 597-2500 (Telephone)
    (973) 597-2400 (Facsimile)

*Bankruptcy Counsel for Plaintiffs in the Class Action, Union Central Life Insurance Company, Ameritas Life Insurance Company, Acacia Life Insurance Company and Cambridge Place Investment Management Inc.*

I verify under penalty of perjury that the facts set forth herein are true and correct to the best of my knowledge.

Dated: July 6, 2012

    /s/ Ira M. Levee
    Ira M. Levee

## **CERTIFICATION OF SERVICE**

I certify that on July 6, 2012, a copy of the Verified Statement of Counsel Pursuant to Rule 2019 was served through the Court's ECF system.


Dated: July 6, 2012                                                        */s/ Ira M. Levee*
                                                                                    Ira M. Levee