UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

In Re:

RESIDENTIAL CAPITAL, LLC et. al.,    Chapter 11
                                     Case No.  12-12020 (MG)

          Debtors.
                                     Jointly Administered

---------------------------------------------------------------X

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE,** that the undersigned hereby appear for NYCTL 2011-A Trust, a creditor and party in interest herein, and pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, hereby demands that all notices given or required to be given in this case be given to and served upon the undersigned at the offices, post offices and telephone numbers set forth below:

>    **David P. Stich, Esq.**
>    **521 Fifth Avenue, 17th Floor**
>    **New York, New York 10175**
>
>    **Joel M. Shafferman, Esq**.
>    **Shafferman & Feldman, LLP**
>    **286 Madison Avenue, Suite 502**
>    **New York, New York 10017**

**PLEASE TAKE FURTHER NOTICE,** that this demand shall be broadly construed to include, by way of example and not by way of limitation, all notices and papers, including, without limitation, orders and notices of any application, motion, petition, pleading, requet, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail delivery, telephone, telegraph, telex, fax, e-mail or otherwise, which affects, or purports to

1

affect, the estate of the above named Debtor or the property of the estate of the above named Debtor.

Dated: New York, New York
July 6, 2012

                **DAVID P. STICH, ESQ.**
                **521 Fifth Avenue, 17th Floor**
                **New York, New York 10175**
                **(646) 554-4421**

                **By:   /S/ David P. Stich**
                      **David P. Stich, Esq.  (DS-9096)**

                **SHAFFERMAN & FELDMAN   LLP**
                **286 Madison Avenue, Suite 502**
                **New York, New York 10017**
                **(212) 509-1802**

                **By:   /S/ Joel M. Shafferman**
                      Joel M. Shafferman (JS-1055)