UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------X
In re:                                            :
                                                  :  Chapter 11
**Residential Capital, LLC,** *et al.,*           :
                                                  :  Case No. 12-12020
         Debtors,                                 :
                                                  :  Jointly Administered
------------------------------------------------------X

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, David J. Brown, request admission, ***pro hac vice***, before the Honorable Martin Glenn, to represent Gerard Wiener, a creditor and interested party in the above-referenced case.

**I certify that I am a member in good standing** of the bar in the State of California, and the U.S District Courts in the Northern, Central, Southern and Eastern Districts of California, the Ninth Circuit Court of Appeal, and the United States Supreme Court.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated:  July 9, 2012
San Francisco, California

                                                  Respectfully Submitted

                                                  **DAVID J. BROWN**

                                                  /s/ David J. Brown
                                                  David J. Brown, CA Bar No. 56628*
                                                  1135 Ulloa Street
                                                  San Francisco, CA 94127
                                                  E-Mail:  djbrown2008@gmail.com
                                                  Telephone Number:  (415) 716-7786

**MOTION FOR ADMISSION TO PRACTICE,** *PRO HAC VICE*