**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------X
In re:                                                           :
                                                                     :  **Chapter 11**
**Residential Capital, LLC,** *et al.,*                :
                                                                     :  **Case No. 12-12020**
                                    **Debtors,**           :
                                                                     :  **Jointly Administered**
-------------------------------------------------------X

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICEE*

Upon the motion of David J. Brown, to be admitted, *pro hac vice*, to represent Gerard Wiener, (the "Client"), a creditor and interested party in the above-referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of California, and the U.S District Courts in the Northern, Central, Southern and Eastern Districts of California, the Ninth Circuit Court of Appeal, and the United States Supreme Court, it is hereby

**ORDERED**, that David J. Brown, Esq., is admitted to practice *pro hac vice*, in the above referenced case to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated:  July __, 2012
New York, New York                                 _____
                                                                    MARTIN GLENN
                                                                    UNITED STATES BANKRUPTCY JUDGE