Wendy Alison Nora  
ACCESS LEGAL SERVICE  
210 Second Street NE  
Minneapolis, Minnesota 55413  
Telephone: (612) 333-4144  
Facsimile: (612) 886-2444  

Robert N. Michaelson  
The Michaelson Law Firm  
11 Broadway, Suite 615  
New York, New York 10004  
Telephone: 212.604.0685  
Facsimile: 800.364.1291  

Hearing Date: July 10, 2012  
Hearing Time: 10:00 a.m.  

*Counsel to Wendy Alison Nora*

**UNITED STATES BANKRUPTCY COURT**  
**SOUTHERN DISTRICT OF NEW YORK**  
-----------------------------------------------------------------X  
In re

Residential Capital, LLC *et al.*,                  Chapter 11

                                                    Case No. 12-12020 (MG)
.
                          Debtors.                  Administratively Consolidated


-----------------------------------------------------------------X
_____

### MOTION TO WITHDRAW DOCUMENT 707
_____

     Claimant #1 (Objector to Final Order 544) moves the Court to allow her to withdraw document 707, which was amended at Document 708 and refiled to clarify the record to show that document 708 replaces document 707 because the filing of document 708 does not display as an Amended Reply to Debtors Response to Objection to Entry of Final Order proposed as document 544.

[REMAINDER OF PAGE LEFT INTENTIONALLY BLANK]

1

Dated at Minneapolis, Minnesota this 9th day of July, 2012.

*/s/ Wendy Alison Nora*

_____
Wendy Alison Nora
ACCESS LEGAL SERVICES
210 Second Street NE
Minneapolis, Minnesota 55413
(612) 333-4144
FAX (612) 886-2444
WI BAR #1017043
accesslegalservices@gmail.com