**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>RESIDENTIAL CAPITAL, *et al.*,<br><br>                             Debtors. | Chapter 11<br><br>Case No. 12-12020 (MG)<br>(Jointly Administered) |

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of J. Michael Vaughan, Esq. (the "**Movant**"), to be admitted, ***pro hac vice***, to represent Rowena L. Drennan on behalf of the putative class in the matter entitled *In Re: Community Bank of Northern Virginia Second Mortgage Lending Practices Litigation, MDL No. 1674, (Brian Kessler, et al) Case No.: 03-0425, Case No.: 02-01201, Case No.: 05-0688, Case No.: 05-1386* (the "**Client**"), in the above-referenced case, and upon the Movant's certification that the Movant is a member in good standing of the bar in the State of Missouri and the United States Supreme Court, it is hereby

**ORDERED**, that J. Michael Vaughan, Esq., is admitted to practice, ***pro hac vice***, in the above-referenced case to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Date:  **July 9, 2012**
         New York, New York

                                                                             /s/Martin Glenn
                                                      UNITED STATES BANKRUPTCY JUDGE

2245804.1