**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| In re: | |
|---|---|
| RESIDENTIAL CAPITAL, *et al*., | Chapter 11 |
| Debtors. | Case No. 12-12020 (MG) (Jointly Administered) |

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of David M. Skeens, Esq. (the "**Movant**"), to be admitted, ***pro hac vice***, to represent Rowena L. Drennan on behalf of the putative class in the matter entitled *In Re: Community Bank of Northern Virginia Second Mortgage Lending Practices Litigation, MDL No. 1674, (Brian Kessler, et al) Case No.: 03-0425, Case No.: 02-01201, Case No.: 05-0688, Case No.: 05-1386* (the "**Client**"), in the above-referenced case, and upon the Movant's certification that the Movant is a member in good standing of the bar in the State of Missouri, the United States Supreme Court, and the State of Kansas, it is hereby

**ORDERED**, that David M. Skeens, Esq., is admitted to practice, ***pro hac vice***, in the above-referenced case to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Date: **July 9, 2012**
New York, New York

_____ **/s/Martin Glenn** _____
UNITED STATES BANKRUPTCY JUDGE

2245811.1