**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------X
| In re: | : | |
|---|---|---|
| | : | **Chapter 11** |
| **Residential Capital, LLC, *et al*.,** | : | |
| | : | **Case No. 12-12020 (MG)** |
| Debtors. | : | |
| | : | **Jointly Administered** |

------------------------------------------------------X

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Robert L. Schug to be admitted, *pro hac vice*, to represent Plaintiff Christina Ulbrich and Plaintiffs Deborah Bollinger and Bryan Bubnick, along with the FLSA opt-in Plaintiffs, in the above-captioned case, and upon the movant' certification that the movant is a member in good standing of the bar of the states of California and Minnesota, as well as the United States Court of Appeals for the Eighth Circuit, United States Court of Appeals for the Sixth Circuit, United States District Court, District of Minnesota, United States District Court, Western District of Tennessee, United States District Court, Eastern District of Michigan, United States District Court, Eastern District of Wisconsin, United States District Court, Central District of California, United States District Court, Northern District of California, Untied States District Court, Eastern District of California, and the United States District Court, Southern District of California, it is hereby:

**ORDERED**, that Robert L. Schug is admitted to practice, *pro hac vice*, in the above-captioned case, to represent Plaintiff Christina Ulbrich and Plaintiffs Deborah Bollinger and Bryan Bubnick, as well as the FLSA opt-in Plaintiffs, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated:    **July 9, 2012**
     New York, New York             ___/s/Martin Glenn_____
                                                        United States Bankruptcy Judge