Hearing Date:    July 24, 2012 at 10:00 a.m. (ET)
Objections Due:    July 17, 2012 at 4:00 p.m. (ET)

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:      (212) 468-8000
Facsimile:      (212) 468-7900
Larren M. Nashelsky
Gary S. Lee
Lorenzo Marinuzzi

*Proposed Counsel for the Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------
| | ) | |
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
-------------------------------------------------------------------
| | ) | |

**DEBTORS' APPLICATION FOR AN ORDER AUTHORIZING
EMPLOYMENT AND RETENTION OF TOWERS WATSON DELAWARE INC.
AS HUMAN RESOURCES CONSULTANTS TO THE DEBTORS
*NUNC PRO TUNC* TO JUNE 25, 2012**

TO THE HONORABLE MARTIN GLENN
UNITED STATES BANKRUPTCY JUDGE:

The debtors and debtors in possession in the above-captioned cases (collectively,

the "Debtors")[1] hereby apply (the "Application")[2] for entry of an order, under section 327(a) of

title 11 of the United States Code (the "Bankruptcy Code"), Rule 2014(a) of the Federal Rules of

Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 2014-1 of the Local Bankruptcy

---

[1]    The names of the Debtors in these cases and their respective tax identification numbers are identified on Exhibit 1 to the Whitlinger Affidavit (defined below).

[2]    Creditors and parties-in-interest with questions or concerns regarding the Debtors' Chapter 11 cases or the relief requested in this Application may refer to http://www.kccllc.net/rescap for additional information.

Rules for the Southern District of New York (the "Local Rules"), authorizing the employment

and retention of Towers Watson Delaware Inc. ("Towers Watson") as human resources

consultant to the Debtors, *Nunc Pro Tunc* to June 25, 2012.  In support of the Application, the

Debtors rely on, and incorporate by reference, the Affidavit of Philip Logan Ullom (the "Ullom

Affidavit"), a Managing Consultant of Towers Watson, annexed hereto as <u>Exhibit 1</u>.  In further

support of the Application, the Debtors, by and through their undersigned counsel, respectfully

represent:

**JURISDICTION**

1.    This Court has jurisdiction to consider this Motion under 28 U.S.C.

§§ 157 and 1334.  This is a core proceeding under 28 U.S.C. § 157(b).  Venue of these cases and

this Motion in this district is proper under 28 U.S.C. §§ 1408 and 1409.  The statutory predicates

for the relief requested herein are Bankruptcy Code section 327(a), Bankruptcy Rule 2014(a) and

Local Rule 2014-1.

**BACKGROUND**

2.    On May 14, 2012 (the "Petition Date"), each of the Debtors filed a

voluntary petition in this Court for relief under Chapter 11 of the Bankruptcy Code.  The Debtors

are managing and operating their businesses as debtors in possession pursuant to Bankruptcy

Code sections 1107(a) and 1108.  These cases are being jointly administered pursuant to

Bankruptcy Rule 1015(b).  No trustee has been appointed in these Chapter 11 cases; however, an

examiner has been appointed.

3.    On May 16, 2012, the United States Trustee for the Southern District of

New York (the "U.S. Trustee") appointed a nine member official committee of unsecured

creditors (the "Creditors' Committee").

4.      The Debtors are a leading residential real estate finance company indirectly owned by Ally Financial Inc. ("AFI"), which is not a Debtor.  The Debtors and their non-debtor affiliates operate the fifth largest mortgage servicing business and the tenth largest mortgage origination business in the United States.  During these chapter 11 cases, the Debtors intend to sell substantially all of their assets, including their mortgage loan origination and servicing businesses and their legacy portfolio, which consists mainly of mortgage loans and other residual financial assets, to one or more purchasers to be determined through an auction process (the "Asset Sales").  A more detailed description of the Debtors, including their business operations, their capital and debt structure, and the events leading to the filing of these bankruptcy cases, is set forth in the Affidavit of James Whitlinger, Chief Financial Officer of Residential Capital, LLC, in Support of Chapter 11 Petitions and First Day Pleadings, filed with the Court on the Petition Date (the "Whitlinger Affidavit") [Docket No. 6].

## RELIEF REQUESTED

5.      By this Application, the Debtors seek entry of an order pursuant to Bankruptcy Code section 327(a), authorizing the employment and retention of Towers Watson as their human resources consultant ("HR Consultant") in these Chapter 11 cases.  For the reasons set forth below, the Debtors believe it is in the best interests of their estates to develop a stand-alone employee benefits program, which can be transitioned to the purchaser in connection with the Asset Sales.

6.      The Debtors' employees currently maintain their medical, dental, vision, retirement and other benefits for the 2012 year under programs that are administered by AFI.  Following the Asset Sales, the Debtors' employees will be transitioned to the purchaser and will no longer maintain their benefits programs through AFI.  The Debtors' employees are only

permitted to participate in the AFI programs until March 30, 2013, after which date they will

need to switch to a different plan (either a stand-alone plan provided by the Debtors, or if no

such plan is available, a yet-to-be-determined plan offered by the purchaser).  Any mid-year plan

change could complicate matters for the employees with respect to their deductibles and other

limitations.  The Debtors would like to provide their employees with greater certainty regarding

their health and retirement program options and believe it is in the best interests of their estates

to solidify the terms of their employees' benefits programs for the 2013 year prior to this year's

end.  In addition, the Debtors believe that they can develop a stand-alone program that will be

more cost-effective than the programs currently provided by AFI.

       7.     Accordingly, the Debtors have engaged Towers Watson as their benefits

and systems specialist to assist the Debtors with benefit design and vendor selection, vendor

selection for Payroll, HR, Time and Attendance processes and Benefits Administration, and

related employee communications.  The Debtors believe that Towers Watson has the expertise

and experience necessary to guide them through this plan development process.

## A.    Services to be Rendered

       8.     Towers Watson's services will be rendered upon the terms and conditions

of an engagement letter dated as of June 25, 2012 (the "Engagement Letter").  Because the

services agreement contains confidential business information, the Debtors have not attached a

copy of the agreement to this Application.[3]  In particular, the Debtors anticipate that Towers

Watson will perform, among others, the following services:

---

[3]    The Debtors will provide the Court with a copy of the agreement and will make it available to parties in interest
subject to acceptable confidentiality restrictions.

ny-1046900

a) Benefits consulting services, including but not limited to the design and implementation of benefit programs and vendor negotiation assistance;

b) HR systems review, selection and assistance; and

c) Employee communications assistance.

**B.     Qualifications of Professionals**

9.      Towers Watson is a consulting firm focused on Benefits Consulting, Talent and Reward Consulting, Risk and Financial Services Consulting and Exchange Solutions. Towers Watson's broad range of corporate services in the Benefits/HR Services area include: (1) *Retirement*: combining expertise in retirement and investment consulting to support in designing, managing, administering and communicating all types of retirement plans; (2) *Health and Group Benefits*: providing advice on the strategy, design, financing, delivery, ongoing management and communication of health and group benefit programs; (3) *Technology and Administration Solutions*: delivering timely and accurate benefits administration outsourcing services; and (4) *Communications*: assisting employers in communicating changes to the employees.

10.      The Debtors believe that Towers Watson is well qualified to provide its services to the Debtors.  The Debtors have chosen Towers Watson as their HR Consultant for various reasons, including, among other things, (i) their expertise in the field, (ii) their existing retirement planning advisory relationship[4] with the AFI and the Debtors, through which the Towers Watson's professionals have worked closely with the Debtors' management team and employees, and as such, have become well acquainted with the Debtors' business operations and

---

[4] The work was for both AFI and the Debtors.  Towers Watson's recent work has been primarily retirement plan consulting.  The retirement plans are frozen and no current employees are earning additional benefits towards the plan.  Prior to 2007, Towers Watson provided some health and welfare design work.

ny-1046900

compensation programs, and (iii) Towers Watson's extensive experience in providing HR

Transition services in complex situations for Fortune 500 companies.

11.    The Debtors believe that the retention of Towers Watson, with its

specialized services and prepetition experience advising the Debtors, is crucial to a successful

benefits transition program during these Chapter 11 cases, and thus, is essential to the Debtors'

success in these Chapter 11 cases.

**C.    Compensation**

12.    Towers Watson intends to apply for compensation for professional

services rendered and reimbursement of expenses incurred in connection with these cases,

subject to the Court's approval and in compliance with applicable provisions of the Bankruptcy

Code, the Bankruptcy Rules, the Local Rules, any applicable orders of the Court, the Amended

Guidelines for Fees and Disbursements for Professionals in the Southern District of New York

Bankruptcy Cases M-389 (Nov. 25, 2009), and the U.S. Trustee Guidelines currently in effect,

and consistent with the proposed compensation (the "Fee Structure").  In summary, the Fee

Structure provides that the Debtors will pay Towers Watson for its services on an hourly basis

under the following rate structure:

| | | |
|---|---|---|
| a. | Senior Consultant | $450-700 |
| b. | Consultant | $320-550 |
| c. | Analyst | $260-375 |
| d. | Administrator | $120-270 |

13.    As set forth in the Ullom Affidavit, the Fee Structure is reasonable and

comparable to those generally charged by compensation specialist firms of similar stature to

Towers Watson and for comparable engagements in Chapter 11 cases.  The Debtors believe that

the Fee Structure is reasonable, market-based, and designed to compensate fairly Towers Watson

for its work and to cover fixed and routine overhead expenses.

14.    Towers Watson will maintain records of its services in one-quarter (¼)

hour increments and will maintain records in support of any actual, necessary costs and expenses

incurred in connection with the rendering of such services in these Chapter 11 cases. Towers

Watson has advised the Debtors that Towers Watson's billing system is unable to record the time

of its professionals in tenth of an hour increments and respectively requested a waiver from

having to maintain time descriptions in increments of tenths of an hour. The Debtors therefore

request that Towers Watson be authorized to report the time incurred by Towers Watson's

professionals in quarter of an hour increments. The Debtors submit that, given the nature of the

services to be provided by Towers Watson, such billing formats and associated time details will

be sufficient for the Debtors and other parties in interest to make an informed judgment

regarding the nature and reasonableness of Towers Watson's services and requested

compensation.

**D.    Disinterestedness of Professionals**

15.    To the best of the Debtors' knowledge and except to the extent disclosed

in the Ullom Affidavit, Towers Watson is a "disinterested person" within the meaning of

Bankruptcy Code section 101(14), as modified by Bankruptcy code section 1107, does not hold

or represent an interest adverse to the Debtors' estates, and has no connection to the Debtors,

their creditors, or their related parties.

16.    In the ordinary course of Towers Watson's business, Towers Watson may

provide or has and continues to provide consulting services to certain bankers, insurance

companies, law firms, accounting firms and/or other entities which may be creditors or

ny-1046900

professional advisors of or perform services for the Debtors in relation to matters not involving

the Debtors and not involving the matters for which Towers Watson is to be employed by the

Debtors.  Towers Watson believes that the relationship with these entities does not create a

conflict.  Although we cannot determine with certainty that none of the existing Towers Watson

clients have requested advice regarding the Debtors in connection with its bankruptcy filing, we

can state that as to each of those clients, fees for professional services as a percentage of Towers

Watson revenue is de minimis.

17.    As of the Petition Date, Towers Watson did not hold a prepetition claim

against the Debtors.  The Debtors will be billed in the ordinary course of business for the

services, subject to Court approval and in accordance with the applicable provisions of the

Bankruptcy Code, the Bankruptcy Rules, the applicable guidelines established by the U.S.

Trustee for the Southern District of New York and the Local Rules.

18.    To the extent that any new relevant facts or relationships bearing on the

matters described herein during the period of Towers Watson's retention are discovered or arise,

Towers Watson will use reasonable efforts to file promptly a supplemental declaration as

required by Bankruptcy Rule 2014(a).

## APPLICABLE AUTHORITY

19.    Bankruptcy Code section 327(a) provides that a debtor in possession may

employ one of more professionals that do not hold or represent an interest adverse to the estate

and that are disinterested persons to assist the debtor in possession in carrying out its duties

under the Bankruptcy Code.  11 U.S.C. § 327(a).

20.    Towers Watson intends to apply for compensation for professional

services and reimbursement of expenses incurred in connection with these cases, subject to the

8

Court's approval and in compliance with applicable provisions of the Bankruptcy Code, the

Bankruptcy Rules, the Local Rules, the Amended Guidelines for Fees and Disbursements for

Professionals in the Southern District of New York Bankruptcy Cases M-389 (Nov. 25, 2009),

and the U.S. Trustee Guidelines currently in effect, and any other applicable procedures and

orders of the Court and consistent with the Fee Structure set forth herein.

## NOTICE

21.    Notice of this Application will be given to the following parties, or in lieu

thereof, to their counsel:  (a) the Office of the United States Trustee for the Southern District of

New York; (b) the office of the United States Attorney General; (c) the office of the New York

Attorney General; (d) the office of the United States Attorney for the Southern District of New

York; (e) the Internal Revenue Service; (f) the Securities and Exchange Commission; (g) each of

the Debtors' prepetition lenders, or their agents, if applicable; (h) each of the indenture trustees

for the Debtors' outstanding notes issuances; (i) counsel for AFI Financial Inc.; (j) counsel for

Barclays Bank PLC, as administrative agent for the lenders under the debtor in possession

financing facility; (k) Nationstar Mortgage LLC and its counsel; (l) counsel for the Creditors'

Committee; and (m) all parties requesting notice pursuant to Bankruptcy Rule 2002.  The

Debtors submit that, in view of the facts and circumstances, such notice is sufficient and no other

or further notice need be provided.

## CONCLUSION

WHEREFORE, the Debtors respectfully request that the Court: (i) enter an order

substantially in the form annexed hereto as Exhibit 2, granting the relief sought herein; and

(ii) grant such other and further relief to the Debtors as the Court may deem just and proper.

ny-1046900

Dated:  July 9, 2012
       New York, New York

RESIDENTIAL CAPITAL, LLC,
on behalf of itself and each of its Debtor
subsidiaries

By: /s/ James Whitlinger
Name:  James Whitlinger
Title: Chief Financial Officer

**<u>EXHIBIT 1</u>**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------
                                                    )
In re:                                              )       Case No. 12-12020 (MG)
                                                    )
RESIDENTIAL CAPITAL, LLC, <u>et al.</u>,            )       Chapter 11
                                                    )
                                        Debtors.    )       Jointly Administered
                                                    )
---------------------------------------------------------------------

**AFFIDAVIT OF PHILIP LOGAN ULLOM IN SUPPORT OF DEBTORS'**
**APPLICATION FOR AN ORDER AUTHORIZING EMPLOYMENT AND RETENTION**
**OF TOWERS WATSON DELAWARE INC. AS HUMAN RESOURCES CONSULTANTS**
**TO THE DEBTORS *NUNC PRO TUNC* TO JUNE 25, 2012**

    I, Philip Logan Ullom, being duly sworn, hereby deposes and says:

    1.  I am a Managing Consultant of the firm Towers Watson Delaware Inc.

("Towers Watson"), with offices located at 28411 Northwestern Highway, One Northwestern

Plaza, Suite 500, Southfield, MI 48034.  I am authorized to execute this affidavit (the "Affidavit")

on behalf of Towers Watson.  Unless otherwise stated in this declaration, I have personal

knowledge of the facts set forth within.

    2.  This Affidavit is being submitted in connection with the proposed

retention of Towers Watson as Human Resources Consultant ("HR Consultant") to the Debtors to

perform services as set forth in the *Debtors' Application for an Order Authorizing Employment*

*and Retention of Towers Watson Delaware Inc. as Human Resources Consultant to the Debtors*

*Nunc Pro Tunc* to June 25, 2012 (the "Application").[1]

    3.  Towers Watson is a leading global professional services company that

helps organizations improve performance through effective people, risk and financial management.

With 14,000 associates around the world, we offer solutions in the areas of employee benefits, talent management, rewards, and risk and capital management.  Towers Watson together with its predecessors and affiliates, has been advising clients around the world for 130 years.  Towers Watson's HR professionals understand that complexity, costs and risks associated with employee benefits pose an increasing threat to business performance. An enterprise-wide strategy for managing benefits gives our clients the framework to develop programs that work in concert to help attract and retain top talent in a cost-effective manner so companies can offer benefits that give them a competitive edge while meeting the needs of employees.

## DISINTERESTEDNESS AND ELIGIBILITY

4.       In connection with its proposed retention by the Debtors in these cases, Towers Watson undertook to determine whether Towers Watson professionals providing services had any conflicts or other relationships that might cause it not to be disinterested or to hold or represent an interest materially adverse to the Debtors.  Specifically, Towers Watson obtained from the Debtors the names of individuals and entities that may be parties-in-interest in these Chapter 11 cases (the "Potential Parties-in-Interest") and such parties are listed on <u>Schedule 1</u>, annexed hereto.

5.       Based on the information set forth herein, Towers Watson does not believe that it is a "creditor" of any of the Debtors within the meaning of section 101(10) of the Bankruptcy Code.  Further, neither I nor any other professional of the Towers Watson engagement team serving the Debtors, to the best of my knowledge, is a holder of any outstanding debt

_____
*(cont'd from previous page)*

[1] Capitalized terms not otherwise defined herein shall be given the meanings ascribed to them in the Application.

instruments of the Debtors except to the extent that some professionals may hold or may have held

in the past a mortgage held or serviced by GMAC Mortgage, LLC or other related entities.

6.      Towers Watson does have an existing advisory relationship with Ally

Financial Inc. ("AFI").  Towers Watson's professionals have worked with both AFI's and the

Debtors' management teams and employees and as such have become well acquainted with the

Debtors' business operations and compensation programs.  Towers Watson believes that its prior

work with AFI does not constitute a conflict, since it approaches the particular needs of each client

when delivering consulting services.   For example, when dealing with a transition of employees

to another entity, we take into consideration a number of variables which may include the size of

the employee population, the benefits provided under any prior employer plans, the stated goals of

the new entity, whether retaining current insurance providers for the short or long term is

advisable, how best to transition the employee benefits with minimal disruption to the work force

and any other topics raised in the context of the particular situation or by the entity taking over the

employee plans.

7.      Towers Watson has also provided consulting services to other non-Debtor

related entities.  Such services are specific to each entity and are not adversarial in nature.

However, except for AFI, to the best of my knowledge and belief, none of these entities is a

current client under contract for services.

8.      As such, to the best of my knowledge, Towers Watson is a "disinterested

person" as that term is defined in section 101(14) of the Bankruptcy Code, as modified by section

1107(b) of the Bankruptcy Code, in that Towers Watson:

(a)      is not a creditor, equity security holder or insider of the Debtors; and

(b)      is not employed by, and has not previously been employed by, any entity
other than the Debtors in matters related to these Chapter 11 cases.

14

ny-1046900

9.      In addition, to the best of my knowledge, Towers Watson neither holds nor represents an interest adverse to the Debtors within the meaning of section 327(a) of the Bankruptcy Code.  Towers Watson has consulting relationships with certain of the Debtors' Potential Parties-in-Interest, but these consulting relationships do not relate in any way to the Debtors.  Rather, such engagements concern a wide array of client-specific management consulting services for use by clients on an ongoing basis, which Towers Watson is not at liberty to disclose publicly.

10.      If any new material relevant facts or relationships are discovered or arise, Towers Watson will promptly file a Bankruptcy Rule 2014(a) supplemental declaration.

## PROFESSIONAL COMPENSATION

11.      Subject to Court approval and in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the applicable guidelines established by the U.S. Trustee for the Southern District of New York and the Local Rules, Towers Watson will seek payment for compensation pursuant to the Fee Structure, plus reimbursement of actual and necessary expenses incurred by Towers Watson.  Towers Watson's customary hourly rates as charged in bankruptcy matters of this type by the professionals assigned to this engagement are outlined in the Application for the employment of Towers Watson.  These hourly rates are adjusted periodically.

12.      The Fee Structure, as stated in the Application, provides that the Debtors will pay Towers Watson for its services on an hourly basis under the following rate structure:

|   |   |   |
|---|---|---|
| a. | Senior Consultant | $450-700 |
| b. | Consultant | $320-550 |

| | | |
|---|---|---|
| c. | Analyst | $260-375 |
| d. | Administrator | $120-270 |

13.     The Fee Structure further contemplates reimbursement of Towers Watson's actual, reasonable and necessary expenses, as further set forth in the Engagement Letter.

14.     The Fee Structure and other provisions of the Engagement Letter are consistent with the terms of other Towers Watson engagements for compensation consulting services in Chapter 11 proceedings.

15.     As of the Petition Date, Towers Watson did not hold a prepetition claim against the Debtors.  Debtors will be billed in the ordinary course of business for the services, subject to Court approval and in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the applicable guidelines established by the U.S. Trustee for the Southern District of New York and the Local Rules.

16.     To the best of my knowledge, (a) no commitments have been made or received by Towers Watson with respect to compensation or payment in connection with these cases other than in accordance with the provisions of the Bankruptcy Code and (b) Towers Watson has no agreement with any other entity to share with such entity any compensation received by Towers Watson in connection with these Chapter 11 cases.

17.     Based upon the foregoing, I believe Towers Watson is a "disinterested person" as defined in section 101(14) of the Bankruptcy Code and does not hold or represent an interest materially adverse to the Debtors or their estates.

16

ny-1046900

Executed on this 9th day of July 2012.

/s/ Philip Logan Ullom

SUBSCRIBED AND SWORN TO BEFORE ME this 9th day of July.

/s/ Carey Bachman
Notary Public

My Commission Expires:

_2/4/2013_____

17

**Schedule 1**

**MASTER CONFLICT LIST**

**Debtors and Subsidiaries**
ditech, LLC
DOA Holding Properties, LLC
DOA Properties IX (Lots-Other), LLC
EPRE LLC
Equity Investment I, LLC
ETS of Virginia, Inc.
ETS of Washington, Inc.
Executive Trustee Services LLC
GMAC – RFC Holding Company, LLC
GMAC Model Home Finance I, LLC
GMAC Mortgage USA Corporation
GMAC Mortgage, LLC
GMAC Residential Holding Company, LLC
GMAC RH Settlement Service, LLC
GMACM Borrower LLC
GMACM REO LLC
GMACR Mortgage Products, LLC
HFN REO SUB II, LLC
Home Connects Lending Services, LLC
Homecomings Financial Real Estate Holdings, LLC
Homecomings Financial, LLC
Ladue Associates, Inc.
Passive Asset Transactions, LLC
PATI A, LLC
PATI B, LLC
PATI Real Estate Holdings, LLC
RAHI A, LLC
RAHI B, LLC
RAHI Real Estate Holdings, LLC
RCSFJV2004, LLC
Residential Accredit Loans, Inc.
Residential Asset Mortgage Products, Inc.
Residential Asset Securities Corporation
Residential Capital, LLC
Residential Consumer Services of Alabama, LLC
Residential Consumer Services of Ohio, LLC
Residential Consumer Services of Texas, LLC
Residential Consumer Services, LLC
Residential Funding Company, LLC
Residential Funding Mortgage Exchange, LLC
Residential Funding Mortgage Securities I, Inc.
Residential Funding Mortgage Securities II, Inc.
Residential Funding Real Estate Holdings, LLC
Residential Mortgage Real Estate Holdings, LLC
RFC – GSAP Servicer Advance, LLC
RFC Asset Holdings II, LLC
RFC Asset Management, LLC
RFC Borrower LLC
RFC Construction Funding, LLC
RFC REO LLC
RFC SFJV-2002, LLC

**Foreign Subsidiaries**
Canada Mortgage Acceptance Corporation
Foreign Obligation Exchange, Inc. 2003-H12
Foreign Obligation Exchange, Inc. 2003-H14
Foreign Obligation Exchange, Inc. 2004-H11
Foreign Obligation Export, Inc.
GMAC Financiera S.A. de C.V. Sociedad
   Financiera de Objecto Multiple
GMAC Residential Funding of Canada Limited
GMAC-RFC (No. 2) Limited
GMAC-RFC Auritec, S.A.
GMAC-RFC Direct Limited
GMAC-RFC Espana Hipotecas SL
GMAC-RFC Europe Limited
GMAC-RFC Holdings Limited
GMAC-RFC Property Finance Limited
High Street Home Loans Limited
MCA Finance Limited
National Guarantee plc
Private Label Group Limited
Private Label Mortgage Services Limited

**Officers and Directors**
Abreu, Steven M.
Aretakis, James
Dondzila, Catherine M.
Fleming, Patrick
Hamzehpour, Tammy
Harney, Anthony J.
Hills, Garry
Horner, Jill M.
III, Edward F. Smith,
Ilany, Jonathan
Mack, John E.
Marano, Thomas
Meyer, Darsi
Nees, Louis A.
Pensabene, Joseph A.
Riddle, Mindy
Strauss, Thomas M.
Tyson, William N.
West, Pamela E.
Whitlinger, James
Wilkinson, Winston Carlos

**Parties to Funding Agreements**
Ally Financial Inc (f/k/a GMAC Inc.)
Barclays Bank PLC
Citibank, N.A.
Wells Fargo Bank, N.A.
BMMZ Holdings LLC
US Bank National Association
Deutsche Bank Trust Company Americas

1

## Bondholders

AllianceBernstein Advisors
American Enterprise Investment Services Inc.
Appaloosa Management L.P.
Bank of New York Mellon, (The)/Barclays Capital - London
Bank of Nova Scotia/CDS
BARC/FIXED
Barclays Capital Inc. /LE
Berkshire Hathaway Inc.
BlackRock Global Investors
Charles Schwab & Co., Inc.
CITIBK/GRP
Citigroup Global Markets Inc.
Citigroup Global Markets Inc. /Salomon Brothers
Credit Suisse Securities (USA) LLC
David Lerner Associates, Inc.
Deutsche Bank Securities, Inc.
E*Trade Clearing LLC
Edward D. Jones & Co.
First Clearing, LLC
First Southwest Company
Goldman Sachs International
Goldman, Sachs & Co.
Interactive Brokers Retail Equity Clearing
J.P. Morgan Clearing Corp.
J.P. Morgan Securities LLC
Janney Montgomery Scott Inc.
Loomis Sayles & Company
LPL Financial Corporation
Merrill Lynch Safekeeping
Morgan Stanley & Co. LLC
Morgan Stanley Smith Barney LLC
National Financial Services LLC
Oppenheimer & Co. Inc.
OptionXpress, Inc
P. Schoenfeld Asset Management
Paulson & Co. Inc.
Penson Financial Services, Inc./Ridge.
Pershing LLC
Pentwater Capital Management
Putnam Investment Management
Raymond, James & Associates, Inc.
RBC Capital Markets, LLC
Scottrade, Inc.
Security Investors LLC
Silver Point Capital, L.P.
Stifel, Nicolaus & Company Incorporated
Taconic Capital Advisors, L.P.
TD Ameritrade Clearing, Inc.
Timber Hill LLC
UBS Financial Services LLC
UBS Securities LLC
Vanguard Marketing Corporation
Western Asset Management Company

## Landlords and Tenants

2155 Northpark Lane LLC
2255 Partners, L.P. c/o M. David Paul Development
LLC
Avenel Realty Company d / b / a Avenel at Montgomery Square
Brandywine Cityplace LP
BREOF Convergence LP c/o Brookfield Real Estate Opportunity Fund
Business Suites (Texas) LTD
Center Township of Marion County
Del Amo Financial Center, LP
DRA CLP Esplanade LP c/o Colonial Properties Services Ltd Partnership
Euclid Plaza Associates, LLC
GBM Properties, LLC
Homeowners Alliance
Liberty Property Limited Partnership
National Default Servicing, LLC
New Towne Center Inc.
PBC San Jose, LLC
PBC Walnut Creek, LLC
Realty World - Graham/Grubbs and Associates
Regus Management Group LLC
Teachers Insurance and Annuity Association of America c/o Northmarq RES
The Irvine Company LLC
The Office Annex, Inc.
Veridian Credit Union f/k/a John Deere Community Credit Union
W.E.G., Jr., Inc. d / b / a Highland-March Beverly Suites

## Parties to Litigation

Acacia Life Insurance Company
Allstate Bank (f/k/a Allstate Federal Savings Bank)
Allstate Insurance Company
Allstate Life Insurance Company
Allstate Life Insurance Company of New York, Allstate Retirement Plan
Allstate New Jersey Insurance Company
American Heritage Life Insurance Company
Ameritas Life Insurance Corp.
Assured Guaranty Municipal Corp.
Boilermaker Blacksmith National Pension Trust
Brown County, Ohio
Cambridge Place Investment Management Inc.
Church-Dellinger, Victoria Jean
Columbus Life Insurance Company
Deutsche Zentral-genossenschaftsbank, New York Branch, d/b/a DZ Bank AG, New York Branch
DG Holding Trust
Federal Home Loan Bank of Boston
Federal Home Loan Bank of Chicago
Federal Home Loan Bank of Indianapolis
Federal Home Loan Mortgage Corporation
Federal Housing Finance Agency
Financial Guaranty Insurance Company
First Colonial Insurance Company
Fort Washington Active Fixed Income LLC
Fort Washington Investment Advisors, Inc.
HSH Nordbank AG

HSH Nordbank AG, Luxembourg Branch
HSH Nordbank AG, New York Branch
HSH Nordbank Securities S.A.
Huntington Bancshares Inc.
IKB Deutche Industriebank AG
IKB International S.A. (in Liquidation)
Integrity Life Insurance Company
Kennett Capital, Inc.
Kral, Kenneth L.
Laster, Marteal
Massachusetts Mutual Life Insurance Company
MBIA Insurance Corporation
Mitchell, Ruth
Mitchell, Steven
National Credit Union Administration Board
National Integrity Life Insurance Company
New Jersey Carpenters Health Fund
New Jersey Carpenters Vacation Fund
Rio Debt Holdings (Ireland) Limited
Sall, Mohammed A.
Sealink Funding Ltd.
State of Ohio
Stichting Pensioenfonds ABP
The Charles Schwab Corporation
The Union Central Life Insurance Company
The Western and Southern Life Insurance Company
Thrivent Balanced Fund
Thrivent Balanced Portfolio
Thrivent Bond Index Portfolio
Thrivent Core Bond Fund
Thrivent Financial Defined Benefits Plan Trust
Thrivent Financial for Lutherans
Thrivent Income Fund
Thrivent Limited Maturity Bond Fund
Thrivent Limited Maturity Bond Portfolio
U.S. Central Federal Credit Union
West Virginia Investment Management Board
Western Corporate Federal Credit Union
Western-Southern Life Assurance Company

**U.S. Trustee's Office (Region 2 Trial Attorneys)**
Davis, Tracy Hope
Driscoll, Michael
Gasparini, Elisabetta
Golden, Susan
Khodorovsky, Nazar
Masumoto, Brian S.
Morrissey, Richard C.
Nakano, Serene
Riffkin, Linda A.
Schwartz, Andrea B.
Schwartzberg, Paul K.
Velez-Rivera, Andy
Zipes, Greg M.

**Bankruptcy Judges (New York)**
Bernstein, Stuart M.
Chapman, Shelley C.
Drain, Robert

Gerber, Robert E.
Glenn, Martin
Gropper, Allan L.
Lane, Sean H.
Lifland, Burton R.
Morris, Cecelia G.
Peck, James M.

**District Court Judges (New York)**
Baer, Harold
Batts, Deborah A.
Berman, Richard M.
Briccetti, Vincent L.
Buchwald, Naomi Reice
Carter, Andrew L.
Castel, P. Kevin
Cedarbaum, Miriam Goldman
Cote, Denise L.
Crotty, Paul A.
Daniels, George B.
Duffy, Kevin T.
Engelmayer, Paul A.
Forrest, Katherine B.
Gardephe, Paul G.
Griesa, Thomas P.
Haight, Charles S.
Hellerstein, Alvin K.
Jones, Barbara S.
Kaplan, Lewis A.
Karas, Kenneth M.
Koeltl, John G.
Marrero, Victor
McKenna, Lawrence M.
McMahon, Colleen
Nathan, Alison J.
Oetken, J. Paul
Owen, Richard
Patterson, Robert P.
Pauley, William H.
Preska, Loretta A.
Rakoff, Jed S.
Ramos, Edgardo
Sand, Leonard B.
Scheindlin, Shira A.
Seibel, Cathy
Stanton, Louis L.
Stein, Sidney H.
Sullivan, Richard J.
Swain, Laura Taylor
Sweet, Robert W.
Wood, Kimba M.

**Depositing Banks**
Ally Bank
Bank of America, N.A.
Bank of New York Mellon
Citibank, N.A.
Deutsche Bank Trust Company Americas
JPMorgan Chase Bank, N.A.

3

M&T Bank
State Street Bank and Trust Company
U.S. Bank National Association
Wachovia Bank, National Association

**Consultants & Professionals**
Barclays Bank PLC
Centerview Partners LLC
Deloitte & Touche
Evercore
Fortress Investment Group, LLC
FTI Consulting, Inc.
Gonzalez, Arthur J.
Kirkland & Ellis LLP
Kurtzman Carson Consultants LLC
Mayer Brown LLP
Mercer
Nationstar Mortgage, LLC
PricewaterhouseCoopers
Rubenstein Associates, Inc.
Sidley Austin LLP
Skadden, Arps, Slate, Meagher & Flom LLP

**HELOC Investors**
5th 3rd bank
Aurora Loan Services LLC
Bank One, Texas N.A.
Deutsche Bank National Trust Co.
Everbank
JP Morgan Chase
Macquarie Mortgages USA Inc
Suntrust
The Bank of New York Mellon
Treasury Bank, N.A.
Us Bank, N.A.
Wachovia Bank Na
Wells Fargo Bank, N.A.

**Servicing Counterparties**

**Government Entities and GSEs**
Federal Home Loan Mortgage Corporation (Freddie Mac)
Federal Housing Administration (FHA)
Federal National Mortgage Association (Fannie Mae)
Government National Mortgage Association (Ginnie Mae)

**Housing and Local Agencies**
California Housing Finance Agency
CitiMortgage, Inc., as administrator for Texas Veterans Land Board
Connecticut Housing Finance Authority
Delaware Housing Authority
Hawaii Housing (Hula Mae)
Housing Opportunities Commission of Montgomery County, Maryland
Mississippi Home Corporation

Neighborhood Housing Services of America and Philadelphia N.H.S.
Oregon Housing and Community Services Department
Redevelopment Authority of the County of Berks
Rural Housing
The Housing and Redevelopment Authority in and for the City of Minneapolis
The Industrial Commission of North Dakota

**Mortgage and Monoline Insurers**
The ACE Group
Ambac
Assured Guaranty Corp.
Cuna Mutual Group Mortgage Insurance Company
FGIC
Financial Security Assurance Inc
Federal Insurance Group (a subsidiary of the Chubb Group of Insurance Companies)
General Electric Mortgage Insurance Corporation
Genworth Mortgage Insurance Corporation
MBIA
Mortgage Guaranty Insurance Corp.
PMI Mortgage Insurance Co.
Radian Asset Assurance Inc.
Radian Guaranty Inc.
Republic Mortgage Insurance Company
Triad Guaranty Insurance Corporation
United Guaranty Residential Insurance Company

**Trustees**
Bank One, National Association
BNY Midwest Trust Company
Chase Bank of Texas, N.A.
Citibank, N.A.
Deutsche Bank National Trust Company
Deutsche Bank Trust Company Americas
HSBC Bank USA, National Association
JPMorgan Chase Bank, N.A.
LaSalle Bank National Association
Security Pacific National Company
The Bank of New York Mellon
U.S. Bank National Association
US National Association
Wells Fargo Bank Minnesota, N.A.
Wells Fargo Bank, National Association
Wilmington Trust Company

**Other Counterparties to Servicing Agreements**
50 BY 50, LLC
ABN AMRO Mortgage Croup, Inc.
Access National Mortgage Corporation
Ace Home Equity Loan Trust, Series 2007-SL3
ACE Securities Corp.
ACT Mortgage Capital
Advantage Bank
Aegis Mortgage Corporation
Aegon USA Realty Advisors
Alliance Bancorp

4

ny-1014316

Alliance Securities Corp.
Ally Bank
Ally Financial Inc.
Ally Investment Management LLC
Alternative Finance Corporation
Amalgamated Bank of New York
American Equity Mortgage, Inc.
American Home Mortgage
American Home Mortgage Acceptance, Inc.
American Home Mortgage Investment Trust 2005-2
American Home Mortgage Investment Trust 2005-4A
American Home Mortgage Investment Trust 2006-2
American Home Mortgage Investment Trust 2007-A
American Home Mortgage Servicing, Inc.
American Home Mortgage Trust 2004-4
American Home Mortgage Trust 2005-1
American Home Mortgage Trust 2005-2
American Home Mortgage Trust 2005-4A
American Residential Equities XXVII, LLC
American Residential Equities, LLC
Ameriquest Mortgage Company
Andover Bank
Arbor Commercial Mortgage, LLC
Asset Management Holding of South Florida, LLC
Assured Guaranty Municipal Corp
Atlantic Financial Federal
Audobon Savings Bank
Aurora Loan Services Inc.
Aurora Loan Services LLC
Banc of America Funding 2005-3 Trust
Banc of America Funding 2005-8 Trust
Banc of America Funding 2006-1 Trust
Banc of America Funding 2006-4 Trust
Banc of America Funding Corporation
Banc of America Mortgage Capital Corporation
Bancap
Banco Mortgage Company
Banco Popular North America
Bank of America, National Association
Bank of Hawaii
Bank One, Texas, N.A.
Bank Rhode Island
Bank United, FSB
Bankatlantic, A Federal Savings Bank
Bankers Saving
Bankers Trust Company
Banknorth Mortgage
Bay Atlantic Federal Credit Union
Bay Financial Savings Bank, FSB
Bayrock Mortgage Corporation
Bayview Acquisitions, LLC
Bayview Financial Asset Trust
Bayview Financial Property Trust
Bayview Financial Securities Company, LLC
Bayview Financial Trading Group, L.P.
Bayview Financial, L.P.
Bear Stearns Asset Backed Securities I, LLC

Bear Stearns Mortgage Capital Corporation
Bear Stearns Second Lien Trust 2007-1
Bear Stearns Second Lien Trust 2007-SV1
Bell Federal Savings and Loan Association
BellaVista Funding Corporation
Belvedere Trust Finance Corporation
Bluebonnet Savings Bank FSB
BMMZ Holdings LLC
Broadway Federal Bank, FSB
Brothers Bank, FSB
Butte Savings and Loan Association
Caliber Funding, LLC
California Banking Association
California Federal Bank, FSB
California Public Employees' Retirement System
Cambridge Place Collateral Management LLC
Canada Mortgage Acceptance Corporation
Capital Crossing Bank
Capitol Federal Savings and Loan Association
Capstead Mortgage Corporation
CDC Mortgage Capital Inc. (Natixis)
Cenfed Bank, a Federal Savings Bank
Cenlar FSB
CenterState Bank of Florida, N.A.
Central Bank of Jefferson County, Inc.
Century Bank, FSB
CFX Bank
Charter One Bank, FSB
Charter One Bank, N.A.
Chase Manhattan Mortgage Corporation
Chemical Mortgage Company
Citi Financial Mortgage Co., Inc
Citibank (West), FSB
Citigroup Global Markets Realty Corp.
Citigroup Mortgage Loan Trust Inc.
CitiMortgage, Inc.
Citizens Bank of Connecticut
Citizens Bank of Massachusetts
Citizens Bank of New Hampshire
Citizens Bank of Pennsylvania
Citizens Bank, N.A.
Citizens Federal Bank, FSB
Clayton Fixed Income Services Inc.
Clayton National, Inc.
CMC Investment Partnership
Coastal Banc Capital Corporation
Coastal Banc SSB
Coastal States Mortgage Corporation
Collective Federal Savings Bank
Colonial Mortgage Service Company
Comerica Bank
Community Lending, Incorporated
Communityone Bank, N.A.
ComUnity Lending, Incorporated
Copperfield
Core, Cap Inc.
Corona Asset Management III, LLC
Countrywide Bank, N.A.
Countrywide Home Loans Servicing, LP

Countrywide Home Loans, Inc.
Credit Suisse First Boston Mortgage Securities
    Corp.
CSX
CTCE Federal Credit Union
CTX Mortgage Company, LLC
DB Structured Products, Inc.
Deutsche Alt-A Securities, Inc.
Deutsche Bank AG New York Branch
Deutsche Mortgage Securities, Inc.
DLJ Mortgage Acceptance Corp.
DLJ Mortgage Capital, Inc.
Dollar Bank, FSB
Drawbridge Consumer Funding Ltd
Dynex Securities Corporation
E*Trade Bank
E*Trade Mortgage
E*Trade Wholesale Lending Corp.
EAB Mortgage Company, Inc.
EMC Mortgage Corporation
Empire Mortgage X, Inc.
Encore Bank and National Association
Encore Savings Bank
Erie Savings Bank
Eurekabank
EverBank
Fairbanks Capital Corp.
Fairfax Savings Bank
Family Bank, FSB
Family Lending Services, Inc.
FBS Mortgage Corporation
Federal Home Loan Bank of Atlanta
Federal Trust Bank, FSB
Fidelity Federal Bank
Fidelity Savings and Loan
Fifth Third Bank
Financial Asset Securities Corp.
First Bank Incorporated
First Bank, Inc.
First Cap Holdings, Inc.
First Citizens Bank and Trust Company
First Citizens Mortgage Company
First Community Bank N.A.
First Federal of Michigan
First Federal Savings and Loan Association of
    Storm Lake
First Guaranty Mortgage Corporation
First Horizon Home Loan Corporation
First Indiana Bank
First Internet Bank of Indiana
First Massachusetts Bank, N.A.
First National Bank and Trust Company
First National Bank of Arizona
First National Bank of El Dorado
First Nationwide Mortgage Corporation
First NLC
First Rate Capital Corporation
First Savings Mortgage Corporation
First Tennessee Bank National Association

First Tennessee Capital Assets Corporation
First Trust Savings Bank
First Union National Bank
First-Citizens Bank & Trust Company
Firstrust Bank
Fleet National Bank
Flex Point Funding Corporation
Flick Mortgage Investors, Inc.
FNBA
Fortress Credit Corp.
FPA Corporation
Franklin Bank, SSB
Franklin Credit
Franklin Credit Management Corporation
Gateway Credit Union
Gateway Funding Diversified Mortgage Services,
    LP
GE Capital Consumer Card Co.
GE Mortgage Services, LLC
Geneva Mortgage Corporation
Germantown Savings Bank
Gibraltar Savings Association
Ginn Financial Services, LLC
Goldman Sachs Mortgage Company
Gonzalo Residential Asset Trust
Great American First Savings Bank
Great American Savings Bank
Green Planet Servicing, LLC
Green Tree Servicing LLC
GreenPoint Mortgage Funding Trust 2005-HE4
GreenPoint Mortgage Funding Trust 2006-HE1
GreenPoint Mortgage Funding, Inc.
Greenwich Capital Acceptance, Inc.
Greenwich Capital Financial Products, Inc.
Greenwich Universal Portfolio
GS Mortgage Securities Corp.
GSAA Home Equity Trust 2005-9
GSMPS Mortgage Loan Trust 2005-LT1
GSR Mortgage Loan Trust 2006-AR2
GSR Trust 2007-HEL1
Guardian Savings Bank
Hanover Capital Mortgage Holdings, Inc.
HarborView Mortgage Loan trust 2004-10
Healthcare Employees Federal Credit Union
Home Equity Loan Trust 2005-HS2
Home Equity Loan Trust 2006-HSA2
Home Equity Loan Trust 2006-HSA3
Home Equity Loan Trust 2006-HSA5
Home Equity Loan Trust 2007-HSA1
Home Equity Loan Trust 2007-HSA3
Home Federal Savings & Loan Association of
    Rome, Ga.
Home Loan Corporation
Home Loan Series 09-2028
HomeBanc Mortgage
HomEq Servicing Corporation
Horsham Funding Inc.
HSI Asset Securitization Corporation
Hudson & Keyse, LLC

6

Hudson City Savings Bank
Huntington Federal Savings & Loan Association
Hyperion Capital Group LLC
IMPAC CMB Trust Series 2005-6
IMPAC Funding Companies
IMPAC Funding Corporation
IMPAC Mortgage Holdings, Inc.
IMPAC Secured Assets Corp.
Imperial Credit Industries, Inc.
Independent Bank East Michigan
IndyMac Bank, FSB (now OneWest Bank, FSB)
IndyMac MBS, Inc.
IndyMac Mortgage Holdings, Inc.
ING Bank, FSB
Investment Capital Group
Irwin Union Bank and Trust Company
Ixis Real Estate Capital Inc
Jackson Federal Bank
Just Mortgage, Inc.
Kaiser Federal Bank
Keystone Nazareth Bank & Trust Company
Kidder Peabody Mortgage Capital Corporation
Lacera
Lebank
Lehman Brothers Bank, FSB
Lehman Brothers Holdings Inc.
Lehman Capital, a division of Lehman Brothers
    Holdings Inc.
Liberty Home Lending, Inc.
Liberty Savings Bank, FSB
Linden Assemblers Federal Credit Union
Litton Loan Servicing, LP
LNV Corporation
Loan Center of California
Loan Link Financial Services
Local #38 and Associates Credit Union
Lomas Mortgage USA, Inc.
Los Angeles County Employees Retirement
    Association
Los Angeles Federal Savings
LPP Mortgage Ltd.
Luminent Mortgage Capital, Inc.
Lydian Private Bank
Macquarie Mortgage Funding Trust 2007-1
Macquarie Mortgages USA, Inc.
MAIA Mortgage Finance Statutory Trust
Marine Bank
Market Street Mortgage Corporation
Massachusetts Mutual Life Insurance Co.
Matrix Capital Bank
MB Financial Bank N.A.
Medway Savings Bank
Mellon Bank
Mellon/McMahon Real Estate Advisors Inc.
Merck Sharp & Dohme Federal Credit Union
Mercury Mortgage Finance Statutory Trust
Meridian Mortgage Corporation
Merrill Lynch Bank & Co.
Merrill Lynch Hunton Paige

Merrill Lynch Mortgage Capital Inc.
Merrill Lynch Mortgage Holdings, Inc.
Merrill Lynch Mortgage Investors, Inc.
Merrill Lynch Mortgage Lending, Inc.
Metlife Bank, N.A.
Metrocities Mortgage Corp., LLC
Metropolitan Life Insurance Company
Mid America Bank, FSB
MidFirst Bank
Midland Financial Savings and Loan Association
Mint I, LLC
Mint II, LLC
Money Bank Investment Corporation
Monterey I Holdings
Morgan Stanley Capital I Inc.
Morgan Stanley Mortgage Capital Inc.
Morgan Stanley Mortgage Loan Trust 2005-3AR
Mortgage Asset Securitization Transactions, Inc.
Mortgage Asset Securitization Trust
Mortgage Interest Networking Trust II
Mortgage Investors Corporation
MortgageIT Holdings Inc.
MortgageIT Securities Corp.
MortgageIT Trust 2005-4
MortgageIT, Inc
MRF 3 LLC
Mrit Securities Corporation
Mutual Savings & Loan Association of Charlotte,
    N.C.
Mutual Savings Bank
National Bank of Commerce
NETBANK
Network Funding L.P.
Neuwest Equity Partners
New Century Mortgage Securities, Inc.
New Cumberland Federal Credit Union
New Penn Financial, LLC
New York Life Insurance and Annuity Corporation
New York Life Insurance Company
Nomura Asset Acceptance Corporation
Nomura Credit & Capital, Inc.
Nomura Home Equity Loan, Inc.
North Jersey Federal Credit Union, Inc.
Northwest Funding, Inc.
Northwestern National Bank of Minneapolis
Norwest Bank Minnesota, National Association
Norwest Mortgage, Inc.
Ocwen Federal Bank FSB
Ocwen Loan Servicing, LLC
Ohio Savings Bank
Opteum Financial Services, LLC
Option One Mortgage Corporation
Paine Webber Real Estate Securities Inc.
Parkside Lending, LLC
Parkvale Savings Bank
Paul Financial, LLC
People Savings Bank, Inc., SSB
Peoples Heritage Savings Bank
PHH Mortgage

7

Philadelphia Federal Credit Union
Pinnacle Capital Mortgage Corporation
Pinnacle Financial Corporation
Plaza Home Mortgage, Inc.
PMC Bancorp
PNC Bank, N.A.
PNC Mortgage Securities Corp.
Pomona First Federal Bank and Trust
Principal Asset Markets, Inc.
Principal Bank
Principal Mutual Life Insurance Company
Private Capital Group
Quaker City Bank
Quicken Loans Inc.
RBS Citizens, National Association
Real Time Resolutions, Inc.
Real Time Solutions
Realty Mortgage Corporation
Redlands Federal Bank, FSB
Redwood Trust, Inc.
Reliance Federal Credit Union
Residential Mortgage Assistance Enterprise, LLC
Resolution Capital Advisors, LLC
Ridgewood Savings Bank
Riggs Bank N.A.
Rochester Community Savings Bank
Roosevelt Management Company, LLC
RWT Holdings, Inc.
Ryland Acceptance Corporation Four
SACO I Trust 2005-GP1
SACO I Trust 2006-8
Salomon Brothers Realty Corp.
Saxon Mortgage Funding Corporation
Sea Breeze Financial Services, Inc.
Sebring Capital
Secured Bankers Mortgage Company
Security National
Security Pacific National Bank
Select Portfolio Servicing Inc.
Sequoia Funding Trust
Sequoia Residential Funding, Inc.
Shearson Lehman Government Securities, Inc.
Shellpoint Mortgage LLC
Sierra Pacific Mortgage, Inc
Silver State Financial Services, Inc.
Silvergate Bank
Skyline Financial Corp.
SMFC Funding Corporation
SN Servicing Corporation
SNBOA, LLC
Southbank
Southern Pacific Thrift and Loan Association
SouthStar Funding, LLC
Southwest Savings and Loan Association
Sovereign Bank, FSB
Specialized Loan Servicing LLC
St. Paul Federal Bank for Savings
Stanwich Mortgage Acquisition Company, LLC
Sterling Savings Bank

Steward Financial, Inc.
Stonebridge Bank
Structured Asset Mortgage Investments II Inc.
Structured Asset Mortgage Investments, Inc.
Structured Asset Securities Corporation
Structured Mortgage Investments II Inc.
Summit Savings & Loan Association
Suntrust Asset Funding, LLC
Superior Bank
Susquehanna Bank
Syncora Guarantee Inc.
Taylor, Bean Whitaker
TCF National Bank
TCIF, LLC
TeleBank
Terwin Advisors LLC
Terwin Mortgage Trust 2006-6
Terwin Securitization LLC
The Canada Trust Company
The Chase Manhattan Bank
The First Boston Corporation
The First National Bank of Glens Falls
The Frost National Bank
The Mortgage Store Financial, Inc.
The New York Mortgage Company, LLC
The Travelers Indemnity Company
The Winter Group
Treasury Bank, N.A.
Tri Counties Bank
Tri Country Area Federal Credit Union
Truman Capital Securitization LLC
UBS Real Estate Securities Inc.
UBS Warburg Real Estate Securities Inc.
UBS Warburg, LLC
United Capital Mortgage, LLC
United Federal Savings Bank
United Financial Mortgage Corporation
United Savings Association of Texas, FSB
Unity Bank
Universal Master Servicing, LLC
US Bank Home Mortgage
USAA Federal Savings Bank
Valley Independent Bank
Vermont Mortgage Group, Inc.
Wachovia Bank, National Association
Wachovia Mortgage Corporation
Walter Mortgage Company
Washington Mutual Bank
Washington Mutual Mortgage Securities Corp.
Webster Bank
Western Financial Savings Bank, FSB
WestStar Mortgage, Inc.
Wilshire Credit Corporation
Winter Group
Witmer Funding LLC
WMCC Clayton / Washington Mutual Bank
WMD Capital Markets, LLC

**Utilities**

8

Abovenet Communications Inc.
AT&T
AT&T Mobility
Center Point Energy
CenturyLink
Cisco Systems Capital Corporation
City of Eden Prairie
Comcast
Dish Network
Genesys Conferencing
Global Capacity Group Inc.
IEX Corporation
Inova Solutions
Intercall
Intervoice Inc.
Level 3 Communications LLC
MediaCom
Micro-Tel Center
MidAmerican Energy
Sprint
Time Warner Cable
Time Warner Telecom
Verizon
Verizon Business
Verizon California
Verizon Wireless
Waste Management
Waterloo Water Works
Xcel Energy

### Consolidated Top 50 Creditors
Aegis Usa Inc.
Alan Gardner
Allstate Insurance
Ambac Assurance Corp
Assured Guaranty Corp.
BNYMellon
Boilermaker Blacksmith National Pension Trust
Brian Kessler, et al
Cambridge Place Investment Management Inc.
Credstar
Deutsche Bank AG, New York
Deutsche Bank Trust Company Americas
Don E. Diane M. Patterson
Donna Moore
Emortgage Logic
Federal Home Loan Bank of Boston
Federal Home Loan Bank of Chicago
Federal Home Loan Bank of Indianapolis
Federal Housing Finance Agency
Financial Guaranty Insurance Co.
Huntington Bancshares Inc.
Indecomm Global Services
Iowa Public Employees Retirement System
Lehman Brothers Holdings, Inc.
Loan Value Group
Massachusetts Mutual Life Insurance Company
MBIA, Inc.
Midwest Operating Engineers Pension Trust Fund

National Credit Union Administration Board
New Jersey Carpenters Health Fund
New Jersey Carpenters Vacation Fund
Orange County Employees Retirement System
Police and Fire Retirement System of the City of
    Detroit
Sealink Funding Limited
Steven And Ruth Mitchell
Stichting Pensioenfonds ABP
The Charles Schwab Corporation
The Union Central Life Insurance Company
Thrivent Financial for Lutherans
Tiffany Smith
US Bank
Wells Fargo & Company
Wells Fargo Bank N.A
West Virginia Investment Management Board
Western & Southern

### Members of the Creditors' Committee
Allstate Life Insurance Company
AIG Asset Management (U.S.), LLC
The Bank of New York Mellon Trust Company,
    N.A.
Deutsche Bank Trust Company Americas
Drennen, Rowena L.
Financial Guaranty Insurance Company
MBIA Insurance Corporation
U.S. Bank National Association
Wilmington Trust, N.A.

### Rule 2004 Motion Parties
AlixPartners
Cerberus Capital Management, L.P.
Cerberus FIM Investors LLC
Cerberus FIM, LLC
FIM Holdings LLC
General Motors Company
Gibbs & Bruns, LLP
GMAC Bank
GMAC Commercial Finance, LLC
GMAC LLC
GMAC Mortgage Group, LLC
Houlihan Lokey
IB Finance Holding Company, LLC
Kelly Drye & Warren LLP
Kramer Levin et al
Moelis & Company
Morrison & Foerster LLP
Morrison Cohen LLP
National Motors Bank FSB
Ropes & Gray LLP
White & Case

ny-1014316

**<u>EXHIBIT 2</u>**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------  )
                                                    )
In re:                                              )    Case No. 12-12020 (MG)
                                                    )
RESIDENTIAL CAPITAL, LLC, <u>et al.</u>,            )    Chapter 11
                                                    )
                                    Debtors.        )    Jointly Administered
---------------------------------------------------------------------  )

### ORDER AUTHORIZING EMPLOYMENT AND RETENTION
### OF TOWERS WATSON DELAWARE INC. AS HUMAN RESOURCE CONSULTANT
### TO THE DEBTORS *NUNC PRO TUNC* TO JUNE 25, 2012

Upon the application, dated July 9, 2012 (the "Application"),[1] of the above-

captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order

(the "Order"), pursuant to section 327(a) of title 11 of the United States Code (the "Bankruptcy

Code"), and Rule 2014(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy

Rules"), and Rule 2014-1 of the Local Rules for the United States Bankruptcy Court for the

Southern District of New York (the "Local Rules"), authorizing the Debtors to employ and retain

Towers Watson Delaware Inc. ("Towers Watson") as human resources consultant to the Debtors,

*nunc pro tunc* to June 25, 2012, as more fully set forth in the Application; and upon

consideration of the Affidavit of Philip Logan Ullom in support of the Application (the "Ullom

Affidavit"); and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and

1334 and the Amended Standing Order of Reference M-431 dated January 31, 2012 (Preska,

C.J.); and consideration of the Application and the relief requested therein being a core

---

[1]    Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the
       Application.  Creditors and parties-in-interest with questions or concerns regarding the relief granted herein
       may refer to http://www.kccllc.net/rescap.

proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to

28 U.S.C. §§ 1408 and 1409; and the terms and conditions of Towers Watson's employment,

including but not limited to the Fee Structure as set forth herein; and Towers Watson not holding

or representing any interest adverse to the Debtors' estates; and Towers Watson being a

"disinterested person," as that term is defined in Bankruptcy Code section 101(14), as modified

by section 1107(b), of the Bankruptcy Code; and this Court having found that the relief requested

herein is in the best interests of the Debtors' estates, their creditors, and other parties in interest;

and due and proper notice of the Application having been provided, and it appearing that no

other or further notice need be provided; and a hearing having been held to consider the relief

requested in the Application; and upon the record of the hearing, and of all of the proceedings

had before the Court; and the Court having found and determined that the legal and factual bases

set forth in the Application establish just cause for the relief granted herein; and after due

deliberation and sufficient cause appearing therefor, it is hereby

**ORDERED, ADJUDGED AND DECREED THAT:**

1.      The Application is granted as set forth herein.

2.      In accordance with Bankruptcy Code section 327(a), and Bankruptcy Rule 2014

and Local Rule 2014-1, the Debtors are authorized to employ and retain Towers Watson as their

Human Resources Consultants in accordance with the terms and conditions set forth in the

Application and the Engagement Letter, effective *nunc pro tunc* to June 25, 2012**.**

3.      Towers Watson shall be compensated in accordance with the applicable

provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, any applicable orders

of the Court, the Amended Guidelines for Fees and Disbursements for Professionals in the

Southern District of New York Bankruptcy Cases M-389 (Nov. 25, 2009), and the United States

Trustee Guidelines currently in effect (the "Fee Guidelines").

4.      Towers Watson shall file fee applications for monthly, interim and final

allowance of compensation and reimbursement of expenses pursuant to the procedures set forth

in Bankruptcy Code sections 330 and 331, the Bankruptcy Rules, the Local Rules, the Fee

Guidelines, and any other applicable procedures and orders of the Court.  Notwithstanding

anything to the contrary in the Bankruptcy Code, the Bankruptcy Rules, orders of this Court, or

any guidelines regarding submission and approval of fee applications, in light of services to be

provided by Towers Watson and the structure of Towers Watson's billing system, Towers

Watson and its professionals shall be excused from maintaining time records in tenth of an hour

increments, as set forth in the Fee Guidelines; provided, however, that Towers Watson shall

instead maintain time records in quarter of an hour increments.

5.      In accordance with the Fee Guidelines, Towers Watson is entitled to

reimbursement by the Debtors for actual and necessary costs and expenses incurred in

connection with the performance of its engagement.

6.      To the extent that there may be any inconsistency between the terms of the

Application, the Ullom Affidavit and this Order, the terms of this Order shall govern.

7.      Towers Watson shall use its reasonable efforts to avoid any duplication of

services provided by any of the Debtors' other retained professionals in these chapter 11 cases.

8.      The Debtors are authorized and empowered to take all actions necessary to

implement the relief granted in this Order in accordance with the Application.

9.      Notwithstanding anything herein to the contrary, this Order shall not modify or

affect the terms and provisions of, nor the rights and obligations under, (a) the Board of

Governors of the Federal Reserve System Consent Order, dated April 13, 2011, by and among

AFI, AFI Bank, ResCap, GMAC Mortgage, LLC, the Board of Governors of the Federal Reserve

System, and the Federal Deposit Insurance Corporation, (b) the consent judgment entered April 5,

2012 by the District Court for the District of Columbia, dated February 9, 2012, (c) the Order of

Assessment of a Civil Money Penalty Issued Upon Consent Pursuant to the Federal Deposit

Insurance Act, as amended, dated February 10, 2012, and (d) all related agreements with AFI

and AFI Bank and their respective subsidiaries and affiliates.

10.     This Court shall retain jurisdiction with respect to all matters relating to the

interpretation or implementation of this Order.

Dated:          New York, New York
                _____, 2012


                                        _____
                                        THE HONORABLE MARTIN GLENN
                                        UNITED STATES BANKRUPTCY JUDGE