MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:    (212) 468-8000
Facsimile:    (212) 468-7900
Larren M. Nashelsky
Gary S. Lee
Lorenzo Marinuzzi

*Proposed Counsel for the Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------
|   |   |
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, <u>et al.</u>, | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
-------------------------------------------------------------

**DEBTORS' APPLICATION UNDER SECTION 327(e) OF THE BANKRUPTCY CODE,
BANKRUPTCY RULE 2014(a) AND LOCAL RULE 2014-1 FOR AUTHORIZATION TO
EMPLOY AND RETAIN SEVERSON & WERSON PC AS SPECIAL CALIFORNIA
LITIGATION COUNSEL TO THE DEBTORS, *NUNC PRO TUNC* TO MAY 14, 2012**

TO THE HONORABLE MARTIN GLENN
UNITED STATES BANKRUPTCY JUDGE:

        The debtors and debtors in possession in the above-captioned cases (each, a

"Debtor," collectively, the "Debtors")[1] hereby move for entry of an order, under section 327(e)

of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2014(a) of the Federal Rules

of Bankruptcy Procedures and Local Rule 2014-1 of the Local Rules for the Bankruptcy Court

for the Southern District of New York (the "Local Rules"), authorizing the Debtors to employ

and retain Severson & Werson PC as Special California Litigation Counsel to the Debtors, *Nunc*

---

[1]     The names of the Debtors in these cases and their respective tax identification numbers are identified on <u>Exhibit 1</u> to the Whitlinger Affidavit (defined below).

*Pro Tunc* to May 14, 2012 (the "Application").[2]  In support of the Application, the Debtors

respectfully represent:

## JURISDICTION

1.      This Court has jurisdiction to consider this Application under 28 U.S.C. §§

157 and 1334.  This is a core proceeding under 28 U.S.C. § 157(b).  Venue of these cases and

this Application in this district is proper under 28 U.S.C. §§ 1408 and 1409.  The statutory

predicates for the relief requested herein are Bankruptcy Code section 327(e), Bankruptcy Rule

2014(a) and Local Rule 2014-1.

## BACKGROUND

2.      On May 14, 2012 (the "Petition Date"), each of the Debtors filed a

voluntary petition in this Court for relief under Chapter 11 of the Bankruptcy Code.  The Debtors

are managing and operating their businesses as debtors in possession pursuant to Bankruptcy

Code sections 1107(a) and 1108.  These cases are being jointly administered pursuant to

Bankruptcy Rule 1015(b).  No trustee has been appointed in these Chapter 11 cases; however,

the Court has directed that an examiner be appointed.

3.      On May 16, 2012, the United States Trustee for the Southern District of

New York (the "U.S. Trustee") appointed a nine member official committee of unsecured

creditors (the "Creditors' Committee").

4.      The Debtors are a leading residential real estate finance company

indirectly owned by Ally Financial Inc. ("AFI"), which is not a Debtor.  The Debtors and their

non-debtor affiliates operate the fifth largest mortgage servicing business and the tenth largest

mortgage origination business in the United States.  A more detailed description of the Debtors,

including their business operations, their capital and debt structure, and the events leading to the

---

[2]     Creditors and parties-in-interest with questions or concerns regarding the Debtors' Chapter 11 cases or the relief
        requested in this Application may refer to http://www.kccllc.net/rescap for additional information.

ny-1046908

filing of these bankruptcy cases, is set forth in the Affidavit of James Whitlinger, Chief Financial

Officer of Residential Capital, LLC, in Support of Chapter 11 Petitions and First Day Pleadings

(the "Whitlinger Affidavit") [Docket No. 6].

**RELIEF REQUESTED**

5.       By this Application, the Debtors seek entry of an order, substantially in the

form attached hereto as <u>Exhibit 1</u>, under section 327(e) of the Bankruptcy Code, Bankruptcy

Rule 2014(a) and Local Rule 2014-1, for authorization to employ and retain Severson & Werson

PC ("Severson & Werson") as Special California Litigation Counsel to the Debtors, *Nunc Pro

Tunc* to May 14, 2012, to permit Severson & Werson to continue its performance of legal

services in connection with, *inter alia*, (a) defending claims brought in California by individual

borrowers pertaining to consumer lending issues, (b) defending class action claims regarding

consumer lending issues, and (c) defending claims in California bankruptcy courts with respect

to consumer lending issues brought by individual borrowers in their respective bankruptcy cases.

Severson & Werson will coordinate with Morrison & Foerster such that the services provided by

both Severson & Werson and Morrison & Foerster are complimentary of each other and not

duplicative.

6.       This Application is supported by the Declaration of Mary Kate Sullivan in

Support of the Debtors' Application Under Section 327(e) of the Bankruptcy Code, Bankruptcy

Rule 2014(a), and Local Rule 2014-1 for Authorization to Employ and Retain Severson &

Werson PC as Special California Litigation Counsel to the Debtors, *Nunc Pro Tunc* to May 14,

2012 (the "Sullivan Declaration"), attached hereto as <u>Exhibit 2</u>.

**APPLICABLE AUTHORITY**

7.       Section 327(e) of the Bankruptcy Code states, in pertinent part:

The [debtor in possession], with this Court's approval, may employ,
for a specified special purpose, other than to represent the [debtor in

3

possession] in conducting the case, an attorney that has represented the debtor, if in the best interest of the estate, and if such attorney does not represent or hold any interest adverse to the debtor or to the estate with respect to the matter on which such attorney is to be employed.

11 U.S.C. § 327(e).

8.    By regulating the ability of the debtors in possession to retain professionals, section 327 of the Bankruptcy Code "serve[s] the important policy of ensuring that all professionals appointed . . . tender undivided loyalty and provide untainted advice and assistance in furtherance of their fiduciary responsibilities." In re The Leslie Fay Cos., Inc., 175 B.R. 525, 532 (Bankr. S.D.N.Y. 1994) (citation omitted).  When evaluating a proposed retention, a bankruptcy court "should exercise its discretionary powers over the approval of professionals in a manner which takes into account the particular facts and circumstances surrounding each case and the proposed retention before making a decision."  Bank Brussels Lambert v. Coan (In re Arochem Corp.), 176 F.3d 610, 621 (2d Cir. 1999) (citation omitted).

## RETENTION OF SEVERSON & WERSON IS WARRANTED

9.    Severson & Werson has been in existence in California for over 60 years. It maintains offices in Northern and Southern California and its lawyers practice in all counties and districts in California.   Severson & Werson has a long history of specialization in financial institution litigation.  Severson and Werson began its relationship with and representation of Residential Funding Company, LLC and other Debtor entities over ten years ago and is currently handling approximately 390 open matters in California on the Debtors' behalf.

10.    Severson & Werson's relationship with various Debtor entities has included representation of: (a) Homecoming Financial, LLC in consumer class action litigation; (b) Residential Funding Company, LLC and RFC Construction Funding, LLC in matters surrounding failed development projects; and (c) GMAC Mortgage, LLC ("GMACM") in a variety of consumer actions involving mortgage loans.  As described in the Sullivan Declaration,

4

for the past two years Severson & Werson has been engaged by GMACM and other Debtor entities to defend all consumer mortgage litigation in California.

11.      In its role as California litigation counsel, Severson & Werson, among other things, has in the past and continues to defend: (a) claims brought by individual borrowers pertaining to consumer lending issues and foreclosure issues, including but not limited to, allegations of wrongful foreclosure, irregularities in the foreclosure process, standing to foreclose issues, breach of alleged oral modification, breach of promises to forebear from foreclosing, partition actions, and other mortgage lending issues; (b) class action claims regarding alleging improprieties with loan origination and/or servicing; (c) mass tort actions relating to allegations of failure to comply with recording requirements; (d) qui tam actions attacking the Mortgage Electronic Registration System business structure; and (e) claims objections, contested relief from stay motions and adversary proceedings related to consumer lending issues brought by individual borrowers in their respective bankruptcy cases pending in California.

12.      As described in the Sullivan Declaration, by virtue of Severson & Werson's prior engagement, Severson & Werson is familiar with the facts and history of the Debtors' loan origination and/or loan servicing practices and the litigation related thereto, including the Debtors' practices, procedures and use of personnel related to the foreclosure process.  In the course of handling all California mortgage related defensive litigation over the past two years, Severson & Werson has become intimately familiar with the Debtors' modification application, approval and finalization process, and has used that knowledge to facilitate early resolution of litigation in many instances.  Severson & Werson is also knowledgeable regarding the Debtors' record keeping related to origination, servicing, foreclosure and placement and maintenance of REO properties.  Severson & Werson is also an

5

expert in California's foreclosure process and in California's constantly evolving case law and statutory law relating to foreclosure. Severson & Werson have extensive and comprehensive expertise in the application of California's unique unfair business practices act law and its application to mortgage related legal issues. As such, retaining Severson & Werson is an efficient and cost effective manner in which the Debtors may obtain the requisite services during these Chapter 11 cases.

13.     In light of the foregoing and the Sullivan Declaration, the Debtors believe that Severson & Werson is well qualified to represent the Debtors as Special California Litigation Counsel pursuant to section 327(e) of the Bankruptcy Code, and that Severson & Werson's retention would be in the best interest of the Debtors' estates, their creditors, and other parties in interest.

## SCOPE OF SERVICES

14.     The Debtors anticipate that Severson & Werson will continue to advise them with respect to California litigation issues due to Severson & Werson's recognized expertise in this field, and because of Severson & Werson's actual knowledge and experience with the Debtors before the Petition Date.

15.     Subject to approval of the Application, the Debtors have asked Severson & Werson to render the following services as Special California Litigation Counsel:

> (a)     defend claims brought in California by individual borrowers pertaining to consumer lending issues, including, but not limited to, allegations of wrongful foreclosure, irregularities in the foreclosure process, violation of applicable statutes related to pre-foreclosure requirements, breach of alleged oral modification, breach of promises to forebear from foreclosing, quiet title and partition actions, unfair business practices act claims and other mortgage lending issues;

> (b)     defend class action claims regarding alleging improprieties with loan origination and/or servicing;

6

(c)    defend mass tort actions and qui tam actions raising document recording issues and relating to the utilization of Mortgage Electronic Registration Systems services;

(d)    defend claims objections, contested relief from stay motions and adversary proceedings related to consumer lending issues brought by individual borrowers in their respective bankruptcy cases pending in California; and

(e)    provide any other services as mutually agreed upon by the Debtors and Severson & Werson.

16.    Severson & Werson has indicated a willingness to act on behalf of, and render such services to, the Debtors, upon the terms set forth herein.

## SEVERSON & WERSON'S DISINTERESTEDNESS

17.    As stated in the Sullivan Declaration, and to the best of the Debtors' knowledge, Severson & Werson does not represent or hold any interest adverse to the Debtors or to their estates with respect to the matters upon which Severson & Werson is to be engaged.  As further stated in the Sullivan Declaration, and to the best of the Debtors' knowledge, Severson & Werson is not connected with the U.S. Trustee or any person employed by the U.S. Trustee.

18.    As of the Petition Date, Severson & Werson holds a prepetition claim for approximately $212,051.77 for services rendered to the Debtors.  The Debtors believe that holding such a claim does not create an interest materially adverse to the Debtors, their creditors, or other parties-in-interest on the matters for which Severson & Werson would be employed and is not disqualifying under section 327(e) of the Bankruptcy Code.  See Bank Brussels Lambert v. Coan (In re AroChem Corp.), 176 F.3d 610, 622 (2d Cir. 1999) ("[W]here the interest of the special counsel and the interest of the estate are identical *with respect to the matter for which special counsel is retained*, there is no conflict and the representation can stand.") (emphasis in original); In re Henlar, Ltd., Civ. No. 96-2374, 1997 U.S. Dist. LEXIS 134, at *10-11 (E.D. La. Jan. 3, 1997) (finding no conflict between special counsel and the estate even if special counsel

7

held a prepetition claim against the estate because counsel); <u>In re Tri-State Ethanol Co LLC</u>,

Bankr. No. 03-10194, 2007 Bankr. LEXIS 1412, at * (Bankr. D.S.D. Apr. 18, 2007)

(determining that special counsel's prepetition interest in the estate was not a competing interest

because the estate, special counsel and the debtor "are all best served if the bankruptcy estate is

maximized"); <u>see also</u> <u>In re AMR Corp</u>, Case No. 11-15463 (SHL) (Bankr. S.D.N.Y. Apr. 11,

2012) (Docket Nos. 2047, 2230) (debtors sought and obtained authority to employ and retain

special counsel holding a prepetition claim for approximately $210,000).

## COMPENSATION OF SEVERSON & WERSON

19.     The hourly billing rates approved by the Debtors for Severson & Werson

professionals expected to spend significant time on these cases range from $340.00 to $480.00

for members and special counsel, $250.00 to $350.00 for associates, and $150 for paralegals.[3]  In

addition to the hourly billing rates set forth herein, Severson & Werson customarily charges its

clients for all reimbursable expenses incurred, including photocopying charges, messengers,

courier mail, overtime, overtime meals, late night transportation, travel, lodging, meal charges

for business meetings, postage, printing, transcripts, filing fees, computer research, and similar

items.

20.     Prior to the Petition Date, Severson & Werson did not receive any

retainers from the Debtors.

21.     The Debtors understand that Severson & Werson intends to apply to the

Court for the allowance of compensation for professional services rendered and reimbursement

of expenses incurred in accordance with the applicable provisions of the Bankruptcy Code, the

Bankruptcy Rules, the Local Rules, the United State Trustee's Guidelines for Reviewing

Applications for Compensation and Reimbursement of Expenses and any other applicable

---

[3]     Such hourly rates are subject to change from time to time in the regular course of Severson & Werson's
business.

procedures and orders of the Court.  Severson & Werson has agreed to accept as compensation such sums as may be allowed by the Court and understands that interim and final fee awards are subject to approval by the Court.

22.     To the best of the Debtors' knowledge, neither Severson & Werson, nor any member or associate thereof, has received or been promised any compensation for legal services rendered or to be rendered in any capacity in connection with the Debtors' Chapter 11 cases, other than as permitted by the Bankruptcy Code.  Severson & Werson has not agreed to share compensation received in connection with these cases with any other person, except as permitted by section 504(b) of the Bankruptcy Code and Bankruptcy Rule 2016(b) in respect of the sharing of compensation among Severson & Werson's members and associates.

## REQUEST FOR *NUNC PRO TUNC* AUTHORIZATION

23.     For the reasons set forth herein, issues which require Severson & Werson's review and input have arisen and continue to arise in these cases, and the Debtors continue to require Severson & Werson's advice and assistance in these cases.  In order to avoid delaying these Chapter 11 cases, the Debtors asked Severson & Werson to continue to work after the Petition Date, contingent upon the Court's approval of this Application.  Given the Debtors' need for Severson & Werson's advice and assistance, the Debtors respectfully request that Severson & Werson's employment be authorized effective as of the Petition Date.

## NOTICE

24.     Notice of this Application will be given to the following parties, or in lieu thereof, to their counsel:  (a) the Office of the United States Trustee for the Southern District of New York; (b) the Office of the United States Attorney General; (c) the Office of the New York Attorney General; (d) the Office of the United States Attorney for the Southern District of New York; (e) the Internal Revenue Service; (f) the Securities and Exchange Commission; (g) each of

ny-1046908

the Debtors' prepetition lenders, or their agents, if applicable; (h) each of the indenture trustees

for the Debtors' outstanding notes issuances; (i) Ally Financial Inc.; (j) Barclays Bank PLC, as

administrative agent for the lenders under the debtor in possession financing facility; (k)

Nationstar Mortgage LLC and its counsel; (l) the Creditors' Committee; and (m) all parties

requesting notice pursuant to Bankruptcy Rule 2002.  The Debtors submit that, in view of the

facts and circumstances, such notice is sufficient and no other or further notice need be provided.

## CONCLUSION

WHEREFORE, the Debtors respectfully request that the Court (i) enter an order

substantially in the form attached hereto as <u>Exhibit 1</u> granting the relief requested in the

Application and (ii) grant such other and further relief to the Debtors as the Court may deem just

and proper.


Dated:  July 9, 2012                                RESIDENTIAL CAPITAL, LLC,
                                                    on behalf of itself and each of its Debtor
                                                    subsidiaries


                                                    By: _/s/_ James Whitlinger_____
                                                        Name:  James Whitlinger
                                                        Title:  Chief Financial Officer

ny-1046908

**<u>EXHIBIT 1</u>**

**<u>Proposed Order</u>**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------  )
                                                                   )
In re:                                                             )       Case No. 12-12020 (MG)
                                                                   )
RESIDENTIAL CAPITAL, LLC, et al.,                                  )       Chapter 11
                                                                   )
                                        Debtors.                   )       Jointly Administered
                                                                   )
-----------------------------------------------------------------  )

**ORDER UNDER SECTION 327(e) OF THE BANKRUPTCY CODE, BANKRUPTCY
RULE 2014(a) AND LOCAL RULE 2014-1 AUTHORIZING THE EMPLOYMENT AND
RETENTION OF SEVERSON & WERSON PC AS SPECIAL CALIFORNIA
LITIGATION COUNSEL TO THE DEBTORS, *NUNC PRO TUNC* TO MAY 14, 2012**

Upon the application (the "Application")[1] of the Debtors for entry of an order,

under Bankruptcy Code section 327(e), Bankruptcy Rule 2014(a) and Local Rule 2014-1,

authorizing, but not directing, the Debtors to employ and retain Severson & Werson PC

("Severson & Werson") as Special California Litigation Counsel to the Debtors, *Nunc Pro Tunc*

to May 14, 2012, all as more fully described in the Application; and upon consideration of the

Sullivan Declaration; and it appearing that this Court has jurisdiction to consider the Application

pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that venue in these Chapter 11 cases

and the Application in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it

appearing that this proceeding on the Application is a core proceeding pursuant to 28 U.S.C. §

157(b); and sufficient notice of the Application having been given under the circumstances; and

it appearing that no other or further notice need be provided; and it appearing that the relief

requested in the Application is in the best interests of the Debtors' estates, their creditors and

other parties in interest; and after due deliberation thereon; and sufficient cause appearing

therefor, it is hereby

---

[1]    Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the
Application.  Creditors and parties-in-interest with questions or concerns regarding the Debtors' Chapter 11
cases or the relief granted herein may refer to http://www.kccllc.net/rescap for additional information.

ORDERED, ADJUDGED AND DECREED THAT:

1.    The Application is GRANTED in its entirety.

2.    In accordance with section 327(e) of the Bankruptcy Code, Bankruptcy

Rule 2014 and Local Rule 2014-1, the Debtors are authorized to employ and retain Severson &

Werson as Special California Litigation Counsel to the Debtor, *nunc pro tunc* to the Petition

Date, on the terms set forth in the Application and the Sullivan Declaration.

3.    Severson & Werson shall apply for compensation and reimbursement of

expenses incurred following the Petition Date in accordance with the procedures set forth in

sections 330 and 331 of the Bankruptcy Code, such Bankruptcy Rules and Local Rules as may

then be applicable from time to time, the United State Trustee's Guidelines for Reviewing

Applications for Compensation and Reimbursement of Expenses and any additional procedures

that may be established by order of this Court.

4.    Prior to any increases in Severson & Werson's rates, as set forth in

paragraph 19 of the Application, Severson & Werson shall file a supplemental affidavit with the

Court and provide ten business days' notice to the Debtors, the United States Trustee and any

official committee.  The supplemental affidavit shall explain the basis for the requested rate

increases in accordance with Section 330(a)(3)(F) of the Bankruptcy Code and state whether

Severson & Werson's client has consented to the rate increase.  The United States Trustee retains

all rights to object to any rate increase on all grounds including, but not limited to, the

reasonableness standard provided for in Section 330 of the Bankruptcy Code, and the Court

retains the right to review any rate increase pursuant to Section 330 of the Bankruptcy Code.

5.    The Debtors are authorized, empowered and directed to take all actions

necessary to implement the relief granted pursuant to this Order.

ny-1046908

6.      To the extent there may be any inconsistency between the terms of the Application, the Sullivan Declaration and this Order, the terms of this Order shall govern.

7.      Notwithstanding anything herein to the contrary, this Order shall not modify or affect the terms and provisions of, nor the rights and obligations under, (a) the Board of Governors of the Federal Reserve System Consent Order, dated April 13, 2011, by and among AFI, Ally Bank, ResCap, GMAC Mortgage, LLC, the Board of Governors of the Federal Reserve System, and the Federal Deposit Insurance Corporation, (b) the consent judgment entered April 5, 2012 by the District Court for the District of Columbia, dated February 9, 2012, (c) the Order of Assessment of a Civil Money Penalty Issued Upon Consent Pursuant to the Federal Deposit Insurance Act, as amended, dated February 10, 2012, and (d) all related agreements with AFI and Ally Bank and their respective subsidiaries and affiliates.

8.      This Court shall retain jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.


Dated: _____, 2012
        New York, New York


                                    _____
                                    THE HONORABLE MARTIN GLENN
                                    UNITED STATES BANKRUPTCY JUDGE

ny-1046908

## **EXHIBIT 2**

## **Sullivan Declaration**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------
                            )

In re:                          )     Case No. 12-12020 (MG)
                            )
RESIDENTIAL CAPITAL, LLC, et al.,    )     Chapter 11
                            )
             Debtors.      )     Jointly Administered
                            )
---------------------------------------------------------------

**DECLARATION OF MARY KATE SULLIVAN IN SUPPORT OF THE DEBTORS'
APPLICATION UNDER SECTION 327(e) OF THE BANKRUPTCY CODE,
BANKRUPTCY RULE 2014(a) AND LOCAL RULE 2014-1 FOR AUTHORIZATION TO
EMPLOY AND RETAIN SEVERSON & WERSON PC AS SPECIAL CALIFORNIA
LITIGATION COUNSEL TO THE DEBTORS, *NUNC PRO TUNC* TO MAY 14, 2012**

Pursuant to sections 327 and 329 of the Bankruptcy Code, Bankruptcy Rules 2014(a) and

2016(b) and 28 U.S.C. § 1746, Mary Kate Sullivan declares:

         1.       I am a member of the firm of Severson & Werson PC ("Severson &

Werson"), which maintains offices for the practice of law at One Embarcadero Center, Suite

2600, San Francisco, California and in other cities in California.  I am admitted to practice law

before the Courts of California.

         2.       I submit this declaration (the "Declaration") in support of the application

(the "Application") filed by Residential Capital, LLC ("ResCap") and its affiliated debtors

(collectively, the "Debtors") seeking authorization to employ Severson & Werson as Special

California Litigation Counsel to the Debtors with respect to, *inter alia*, (a) defending claims

brought in California by individual borrowers pertaining to consumer lending issues, (b)

defending class action claims regarding consumer lending issues, and (c) defending claims in

California bankruptcy courts with respect to consumer lending issues brought by individual

borrowers in their respective bankruptcy cases, *nunc pro tunc* to May 14, 2012, as described in

greater detail below and in the Application, and to provide disclosures required under Bankruptcy Rules 2014(a) and 2016(b).

3.       The facts set forth in this Declaration are based upon my personal knowledge, upon records maintained by Severson & Werson in the ordinary course of its business and which have been reviewed by me and/or by other members or employees of Severson & Werson at my direction, or upon information known by other members or employees of Severson & Werson and conveyed to me.  The facts set forth herein are also based on a review (described below) of certain categories of parties identified by Severson & Werson and included on a list provided to Severson & Werson by Morrison & Foerster LLP ("Morrison & Foerster"), the Debtors' general bankruptcy counsel, on June 22, 2012 and thereafter supplemented as needed (as supplemented, the "Conflicts Checklist"), setting forth certain of the creditors and other parties in interest of the Debtors in their Chapter 11 cases.  This review was performed by the persons within Severson & Werson with administrative responsibility for maintaining records of our representations, and their work was reviewed by me and/or by other members or employees of Severson & Werson at my direction.

4.       If I were called upon to testify, I could and would testify competently to the facts set forth herein based *inter alia* upon the aforesaid review and input.  I am authorized to submit this Declaration on behalf of Severson & Werson.

### SEVERSON & WERSON'S QUALIFICATIONS AND PREPETITION SERVICES PERFORMED BY SEVERSON & WERSON

5.       The Debtors seek to retain Severson & Werson as Special California Litigation Counsel pursuant to section 327(e) of the Bankruptcy Code, *Nunc Pro Tunc* to May 14, 2012, to permit Severson & Werson to continue its performance of legal services in connection with certain litigation issues, as set forth below and in the Application.

2

6.       Severson & Werson has been in existence in California for over 60 years.
It maintains offices in Northern and Southern California and its lawyers practice in all counties
and districts of California.  Severson & Werson has a long history of specialization in financial
institution litigation.  Severson and Werson began its relationship with and representation of
Residential Funding Company, LLC and other Debtor entities over ten years ago and is currently
handling approximately 390 open matters in California on the Debtors' behalf.

7.       Severson & Werson's relationship with various Debtor entities has
included representation of: (a) Homecoming Financial, LLC in consumer class action litigation;
(b) Residential Funding Company, LLC and RFC Construction Funding, LLC in matters
surrounding failed development projects; and (c) GMAC Mortgage, LLC ("GMACM") in a
variety of consumer actions involving mortgage loans.  For the past two years Severson &
Werson has been engaged by GMACM and other Debtor entities to defend all consumer
mortgage litigation in California.

8.       In its role as California litigation counsel, Severson & Werson, among
other things, has in the past and continues to defend: (a) claims brought in California by
individual borrowers pertaining to consumer lending issues and foreclosure issues, including but
not limited to, allegations of wrongful foreclosure, irregularities in the foreclosure process,
standing to foreclose issues, breach of alleged oral modification, breach of promises to forebear
from foreclosing, partition actions, and other mortgage lending issues; (b) class action claims
regarding consumer lending issues alleging improprieties with loan origination and/or servicing;
(c) mass tort actions relating to allegations of failure to comply with recording requirements; (d)
qui tam actions attacking the Mortgage Electronic Registration System business structure; and (e)
claims objections, contested relief from stay motions and adversary proceedings related to

3

consumer lending issues brought by individual borrowers in their respective bankruptcy cases

pending in California.

## SCOPE OF SEVERSON & WERSON'S RETENTION

9.     By virtue of Severson & Werson's prior engagement, as described above,

Severson & Werson is familiar with the facts and history of the Debtors' loan origination and/or

loan servicing practices and the litigation related thereto including the Debtors' practices,

procedures and use of personnel related to the foreclosure process.  In the course of handling all

California mortgage related defensive litigation over the past two years, Severson & Werson has

become intimately familiar with the Debtors' modification application, approval and finalization

process, and has used that knowledge to facilitate early resolution of litigation in many instances.

Severson & Werson is also knowledgeable regarding the Debtors' record keeping related to

origination, servicing, foreclosure and placement and maintenance of REO properties.  Severson

& Werson is also an expert in California's foreclosure process and in California's constantly

evolving case law and statutory law relating to foreclosure.  Severson & Werson has extensive

and comprehensive expertise in the application of California's unique unfair business practices

act law and its application to mortgage related legal issues.  As such, I believe that Severson &

Werson is uniquely qualified and well suited to assist the Debtors as Special California Litigation

Counsel in these Chapter 11 cases.

10.     Subject to approval of the Application, the Debtors have asked Severson

& Werson to render the following services as Special California Litigation Counsel:

(a)     defend claims brought in California by individual borrowers
pertaining to consumer lending issues, including, but not limited to,
allegations of wrongful foreclosure, irregularities in the foreclosure
process, violation of applicable statutes related to pre-foreclosure
requirements,  breach of alleged oral modification, breach of
promises to forebear from foreclosing, quiet title and partition
actions, unfair business practices act claims and other mortgage
lending issues;

4

(b)    defend class action claims regarding alleging improprieties with loan origination and/or servicing;

(c)    defend mass tort actions and qui tam actions raising document recording issues and relating to the utilization of Mortgage Electronic Registration Systems services;

(d)    defend claims objections, contested relief from stay motions and adversary proceedings related to consumer lending issues brought by individual borrowers in their respective bankruptcy cases pending in California; and

(e)    provide any other services as mutually agreed upon by the Debtors and Severson & Werson.

11.    Severson & Werson is willing to act on behalf of, and render such services to, the Debtors, upon the terms set forth in the Application.

12.    Because issues which require Severson & Werson's review and input have arisen and continue to arise in these cases, and because the Debtors continue to require Severson & Werson's advice and assistance in these cases, the Debtors requested that Severson & Werson continue to provide legal services to the Debtors after the Petition Date, contingent upon the Court's approval of the Application. I understand that pursuant to the Application, the Debtors are requesting *nunc pro tunc* approval of the fees and expenses incurred by Severson & Werson after the Petition Date.

13.    I understand that Morrison & Foerster will represent the Debtors in connection with the financial restructuring of the Debtors and bankruptcy-specific issues. Because Severson & Werson is not serving as the Debtors' bankruptcy counsel, it is our position that Severson & Werson has not rendered "services . . . in contemplation of, or in connection with the case" within the meaning of section 329(a) of the Bankruptcy Code. Severson & Werson's postpetition work will be comprised of continuing to represent the Debtors in connection with certain litigation issues in California. Accordingly, the services rendered and

12-12020-mg    Doc 720    Filed 07/09/12    Entered 07/09/12 22:27:53    Main Document
Pg 21 of 42


functions to be performed by Severson & Werson will not be duplicative of any bankruptcy-related work performed by Morrison & Foerster.

14.     As a result of the foregoing, I believe that Severson & Werson is qualified to represent the Debtors as Special California Litigation Counsel pursuant to section 327(e) of the Bankruptcy Code.

### SEVERSON & WERSON'S "CONNECTIONS" TO THE DEBTORS AND OTHER PARTIES IN INTEREST IN MATTERS UNRELATED TO THESE CHAPTER 11 CASES

15.     Section 327(e) of the Bankruptcy Code provides that the Debtors "may employ, for a specified special purpose, other than to represent the trustee in conducting the case, an attorney that has represented the Debtors, if in the best interest of the estates, and if such attorney does not represent or hold any interest adverse to the Debtors or to the estates with respect to the matter on which such attorney is to be employed." 11 U.S.C. § 327(e).

16.     In preparing this Declaration, I utilized a set of procedures developed by Severson & Werson to comply with the requirements of the Bankruptcy Code, the Bankruptcy Rules and any local rules of the Court regarding the retention of professionals by a debtor under the Bankruptcy Code (the "Firm Disclosure Procedures"). Pursuant to the Firm Disclosure Procedures, I performed, or caused to be performed, the following actions to identify the parties relevant to this Declaration and to ascertain Severson & Werson's connection to such parties:

(a)     Using the Conflicts Checklist provided by the Debtors and other information I or other Severson & Werson personnel gathered, Severson & Werson personnel assembled the list of parties identified in Schedule 1, which includes the following categories: Debtors; Non-Debtor Affiliates; Non-Debtor Indirect Affiliates (including foreign affiliates); Officers and Directors; Parties to Funding Agreements; U.S. Trustee's Office (Region 2 Trial Attorneys); Bankruptcy Judges (New York); District Court Judges (New York); Servicing Counterparties, which includes Government Entities and GSEs, Housing and Local Agencies, Mortgage and Monoline Insurers, and Trustees); the Consolidated Top 50 Creditors; the Members of the Creditors' Committee; and

6

ny-1046908

the Rule 2004 Motion Parties.  Except as otherwise described herein, Severson & Werson has not made other efforts to identify or particularize Severson & Werson's connections with all parties who may have an interest in the bankruptcy estates.  Severson & Werson intends to review periodically its client database during the pendency of these Chapter 11 cases to insure, to the extent reasonably possible, that no conflict or other disqualifying circumstance exists or arises.

(b)    I and other Severson & Werson lawyers instructed the employees responsible for maintaining Severson & Werson's computerized database of client matters to enter the names of the parties listed on Schedule 1 into the database with a view toward determining whether Severson & Werson has any reported connections with any of those parties.

(c)    In addition, a general inquiry to all Severson & Werson attorneys and paralegals was sent by electronic mail to determine whether any such individual: (i) holds any stocks, bonds, or other securities issued by the Debtors or by its non-debtor parent; (ii) has a mortgage loan issued by the Debtors; (iii) represents a client in connection with claims by that client against the Debtors; (iv) has any connection to the Office of the United States Trustee for the Southern District of New York or to any of the United States Trustee's employees nationwide; (v) holds or represents any interest adverse to the Debtors; or (vi) has any other known connection to the Debtors, their creditors, attorneys, or accountants.

17.    To the extent that our review and inquiries indicated that Severson & Werson has represented, or currently represents, any of the entities identified in Schedule 1, the identities of such parties and such parties' relationship to the Debtors and connection to Severson & Werson are described herein and/or set forth in Schedule 2.  Our review is ongoing and, if any relevant fact or relationship not disclosed herein is discovered or arises, I will file a supplemental declaration with the Court as soon as practicable.

18.    Based upon the above described client database review and inquiries, as far as I am able to ascertain to date and to the best of my knowledge, except as set forth herein and in Schedule 2 hereto, and except for one of Severson & Werson's attorney having previously been employed with ditech, LLC, Severson & Werson has no connection with the parties listed

in Schedule 1 hereto.  In addition, except as set forth herein and in Schedule 2 hereto, Severson

& Werson does not represent or hold any interest adverse to the Debtors or the Debtors' estates

with respect to the matters on which Severson & Werson is to be employed in these Chapter 11

cases.

19.     Prior to joining Severson & Werson, one attorney was previously

employed by ditech, LLC as a Loan Processor for the approximate time periods of January 2004

through July 2004 and June 2005 through August 2005.

20.     To the best of my knowledge, Severson & Werson, its members, attorneys

and counsel have represented in the past, currently represent, and may in the future represent,

creditors of the Debtors and various other parties in interest in these Chapter 11 cases with

respect to matters in which the Debtors and their affiliates were or are adverse but which were or

are unrelated to anything fairly contemplated to be within the scope of Severson & Werson's

retention.  Severson & Werson also may have or represent interests adverse to such creditors or

parties in interest in matters unrelated to these Chapter 11 cases.  To the extent any of these

parties are identified in Schedule 1, the identities of such parties and such parties' relationship to

the Debtors and connection to Severson & Werson are set forth in Schedule 2.

21.     In addition to the foregoing, Severson & Werson's members and

employees may have business associations with, or professional, social or familial relationships

with, or interests aligned with or adverse to, creditors or parties in interest, or their attorneys,

accountants or advisors.  Severson & Werson's members and employees may have business

associations with, or professional, social or familial relationships with employees or officers of

the Debtors.  As part of its practice, Severson & Werson appears in cases, proceedings and

transactions throughout the world involving many different parties, and works together with

many different parties, which may include creditors or parties in interest, or attorneys,

8

accountants or other professional firms or advisors who may represent creditors or parties in

interest in these cases.  As far as I have been able to ascertain, none of these associations,

relationships, or interests has any connection with the Debtors or these Chapter 11 cases.

22.    In addition, I note that the Debtors have filed applications to retain, or

have indicated that they may file additional applications to retain, various professionals during

the pendency of these cases.  Severson & Werson works with many professionals during the

course of rendering legal services to clients all over the world and may have previously worked

with the professionals the Debtors have retained or may retain on various representations, and

will continue to do so, at times representing the same parties and at other times representing

parties with similar interests or parties with adverse interests.

23.    Because of the nature of the Debtors' businesses and corporate structure,

relationships between Severson & Werson (on the one hand) and the Debtors, their direct and

indirect affiliates, and their creditors (on the other hand) may have existed in past years, may

currently exist, or may exist in the future.  Except as set forth herein and in <u>Schedule 2</u> hereto,

any such contacts or relationships do not relate to the Debtors' Chapter 11 cases and thus do not

create any conflicts with respect to Severson & Werson's representation of the Debtors.

24.    I am not related to any United States District Judge or United States

Bankruptcy Judge in New York or to the United States Trustee in these cases or to any known

employees in her office.  To the best of my knowledge, no lawyer at Severson & Werson who is

proposed to work on these Chapter 11 cases is related to any of the foregoing.

25.    Neither I nor, to the best of my knowledge, any member or attorney

employed by Severson & Werson is a creditor, equity security holder or an insider of the Debtors

or their estates.  Neither I nor, to the best of my knowledge, any member or employee of

Severson & Werson serves or served as an officer, director, or employee of any of the Debtors

ny-1046908

within two (2) years before the date of the filing of these Chapter 11 cases.  None of the representations described herein and in Schedule 2 hereto are materially adverse to the interests of the Debtors, their estates, or their creditors in these Chapter 11 cases.

26.    I do not believe that any of the current or former representations described herein or in Schedule 2 hereto constitute a conflict with Severson & Werson's representation of the Debtors nor are they likely to create a conflict in the future.

27.    Severson & Werson has made reasonable efforts to discover and disclose the existence of any conflict of interest or connections based upon the information available to Severson & Werson.  Severson & Werson is unable to state, however, whether one or more of its clients or their affiliates that has not been identified in Schedule 1 holds a claim or interest, or otherwise is a party in interest in these Chapter 11 cases.  Severson & Werson intends to review periodically its database during the pendency of these Chapter 11 cases to insure, to the extent reasonably possible, that no conflict or other disqualifying circumstance exists or arises.  In this regard, if Severson & Werson discovers additional information that requires disclosure, Severson & Werson will file supplemental disclosures with the Court.

## SECURITIES OWNERSHIP AND
## COMMERCIAL RELATIONSHIPS

28.    As far as I have been able to ascertain, and to the best of my knowledge, I understand that one or more Severson & Werson attorneys have in the past held, currently hold, or may in the future hold, a loan serviced by the Debtors or their affiliates.  Other than as described herein, I have not undertaken any other efforts to ascertain or report whether individual attorneys at Severson & Werson received any other services from the Debtors or any of the parties listed in Schedule 1 hereto, or whether any individual attorneys at Severson & Werson have a business relationship with the Debtors or any of the other parties listed in Schedule 1 hereto.  Various individual attorneys at Severson & Werson have or may have such business

10

relationships.  Attorneys at Severson & Werson may have relatives or spouses who are members

of professional firms involved in these cases or employed by parties listed in <u>Schedule 1</u> hereto.

In addition, as far as I have been able to ascertain, and to the best of my knowledge, I understand

that no Severson & Werson attorneys currently hold debt securities issued by certain non-debtor

affiliates.  Other than as described herein, we have not undertaken any other efforts to ascertain

or report the banking, insurance, brokerage or investment activities or familial connections of

Severson & Werson attorneys in preparing this Declaration.

## SEVERSON & WERSON'S FEES AND COSTS
## PRIOR TO THE PETITION DATE

29.     Prior to the Petition Date, Severson & Werson did not receive any

retainers from the Debtors.

30.     Based on a review of our internal billing records, Severson & Werson is

owed approximately $212,051.77 for services provided and expenses incurred before the Petition

Date.  I believe that holding such a claim does not create an interest materially adverse to the

Debtors, their creditors, or other parties-in-interest on the matters for which Severson & Werson

would be employed and is not disqualifying under section 327(e) of the Bankruptcy Code.

31.     In addition, I understand that during the ninety (90) days prior to the

Petition Date, Severson & Werson received payments for fees and expenses in the aggregate

amount of $1,690,354.64.

## PROFESSIONAL COMPENSATION

32.     The hourly billing rates approved by the Debtors for Severson & Werson

professionals expected to spend a significant amount of time in these cases range from $340.00

to $480.00 for members and special counsel, $250.00 to $350.00 for associates, and $150.00 for

paralegals.  In addition to the hourly billing rates set forth, Severson & Werson customarily

charges its clients for all reimbursable expenses incurred, including photocopying charges,

11

messengers, courier mail, overtime, overtime meals, late night transportation, travel, lodging,

meal charges for business meetings, postage, printing, transcripts, filing fees, computer research,

and similar items.  I believe that Severson & Werson's billing rates, and the terms and conditions

of Severson & Werson's employment, are reasonable.  Severson & Werson is currently handling

approximately 340 open matters in California on the Debtors' behalf.

   33. Severson & Werson intends to maintain contemporaneous records of time

expended and out-of-pocket expenses incurred in connection with providing services to the

Debtors and to apply to the Court for the allowance of such fees and expenses in accordance with

the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, the

United States Trustee's Guidelines for Reviewing Applications for Compensation and

Reimbursement of Expenses and any other applicable procedures and orders of the Court.

Severson & Werson has agreed to accept as compensation such sums as may be allowed by the

Court and understands that interim and final fee awards are subject to approval by the Court.

   34. Consistent with past practice and its staffing procedures generally, subject

to approval of the Application, a number of Severson & Werson attorneys and paralegals will

provide services to the Debtors in connection with Severson & Werson's retention.  The name of

each attorney and paralegal working on these matters for the Debtors and the billing rate of each

such individual will be reflected in the periodic fee applications filed by or on behalf of Severson

& Werson.

   35. To the best of my knowledge and belief, insofar as I have been able to

ascertain after reasonable inquiry, neither I, nor Severson & Werson, nor any member or

associate thereof, has received or been promised any compensation for legal services rendered or

to be rendered in any capacity in connection with the Debtors' Chapter 11 cases, other than as

permitted by the Bankruptcy Code.  Severson & Werson has not agreed to share compensation

received in connection with these cases with any other person, except as permitted by section

504(b) of the Bankruptcy Code and Bankruptcy Rule 2016(b) in respect of the sharing of

compensation among Severson & Werson's members and associates.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of

the United States of America that the foregoing is true and correct.


Dated: July 9, 2012
     San Francisco, California

                            Mary Kate Sullivan
                            Severson & Werson PC

ny-1046908

## Schedule 1

**Overview**: This Schedule provides the complete list of parties that Severson & Werson personnel reviewed for "connections" as described in the Sullivan Declaration.

**Debtors and Subsidiaries**
ditech, LLC
DOA Holding Properties, LLC
DOA Properties IX (Lots-Other), LLC
EPRE LLC
Equity Investment I, LLC
ETS of Virginia, Inc.
ETS of Washington, Inc.
Executive Trustee Services LLC
GMAC – RFC Holding Company, LLC
GMAC Model Home Finance I, LLC
GMAC Mortgage USA Corporation
GMAC Mortgage, LLC
GMAC Residential Holding Company, LLC
GMAC RH Settlement Service, LLC
GMACM Borrower LLC
GMACM REO LLC
GMACR Mortgage Products, LLC
HFN REO SUB II, LLC
Home Connects Lending Services, LLC
Homecomings Financial Real Estate Holdings, LLC
Homecomings Financial, LLC
Ladue Associates, Inc.
Passive Asset Transactions, LLC
PATI A, LLC
PATI B, LLC
PATI Real Estate Holdings, LLC
RAHI A, LLC
RAHI B, LLC
RAHI Real Estate Holdings, LLC
RCSFJV2004, LLC
Residential Accredit Loans, Inc.
Residential Asset Mortgage Products, Inc.
Residential Asset Securities Corporation
Residential Capital, LLC
Residential Consumer Services of Alabama, LLC
Residential Consumer Services of Ohio, LLC
Residential Consumer Services of Texas, LLC
Residential Consumer Services, LLC
Residential Funding Company, LLC
Residential Funding Mortgage Exchange, LLC
Residential Funding Mortgage Securities I, Inc.
Residential Funding Mortgage Securities II, Inc.
Residential Funding Real Estate Holdings, LLC
Residential Mortgage Real Estate Holdings, LLC
RFC – GSAP Servicer Advance, LLC
RFC Asset Holdings II, LLC
RFC Asset Management, LLC
RFC Borrower LLC
RFC Construction Funding, LLC
RFC REO LLC
RFC SFJV-2002, LLC

**Foreign Subsidiaries**
Canada Mortgage Acceptance Corporation
Foreign Obligation Exchange, Inc. 2003-H12
Foreign Obligation Exchange, Inc. 2003-H14
Foreign Obligation Exchange, Inc. 2004-H11
Foreign Obligation Export, Inc.
GMAC Financiera S.A. de C.V. Sociedad Financiera
   de Objecto Multiple
GMAC Residential Funding of Canada Limited
GMAC-RFC (No. 2) Limited
GMAC-RFC Auritec, S.A.
GMAC-RFC Direct Limited
GMAC-RFC Espana Hipotecas SL
GMAC-RFC Europe Limited
GMAC-RFC Holdings Limited
GMAC-RFC Property Finance Limited
High Street Home Loans Limited
MCA Finance Limited
National Guarantee plc
Private Label Group Limited
Private Label Mortgage Services Limited

**Officers and Directors**
Abreu, Steven M.
Aretakis, James
Dondzila, Catherine M.
Fleming, Patrick
Hamzehpour, Tammy
Harney, Anthony J.
Hills, Garry
Horner, Jill M.
III, Edward F. Smith,
Ilany, Jonathan
Mack, John E.
Marano, Thomas
Meyer, Darsi
Nees, Louis A.
Pensabene, Joseph A.
Riddle, Mindy
Strauss, Thomas M.
Tyson, William N.
West, Pamela E.
Whitlinger, James
Wilkinson, Winston Carlos

**Parties to Funding Agreements**
Ally Financial Inc (f/k/a GMAC Inc.)
Barclays Bank PLC

Citibank, N.A.
Wells Fargo Bank, N.A.
BMMZ Holdings LLC
US Bank National Association
Deutsche Bank Trust Company Americas

**Bondholders**
AllianceBernstein Advisors
American Enterprise Investment Services Inc.
Appaloosa Management L.P.
Bank of New York Mellon, (The)/Barclays Capital -
    London
Bank of Nova Scotia/CDS
BARC/FIXED
Barclays Capital Inc. /LE
Berkshire Hathaway Inc.
BlackRock Global Investors
Charles Schwab & Co., Inc.
CITIBK/GRP
Citigroup Global Markets Inc.
Citigroup Global Markets Inc. /Salomon Brothers
Credit Suisse Securities (USA) LLC
David Lerner Associates, Inc.
Deutsche Bank Securities, Inc.
E*Trade Clearing LLC
Edward D. Jones & Co.
First Clearing, LLC
First Southwest Company
Goldman Sachs International
Goldman, Sachs & Co.
Interactive Brokers Retail Equity Clearing
J.P. Morgan Clearing Corp.
J.P. Morgan Securities LLC
Janney Montgomery Scott Inc.
Loomis Sayles & Company
LPL Financial Corporation
Merrill Lynch Safekeeping
Morgan Stanley & Co. LLC
Morgan Stanley Smith Barney LLC
National Financial Services LLC
Oppenheimer & Co. Inc.
OptionXpress, Inc
P. Schoenfeld Asset Management
Paulson & Co. Inc.
Penson Financial Services, Inc./Ridge.
Pershing LLC
Pentwater Capital Management
Putnam Investment Management
Raymond, James & Associates, Inc.
RBC Capital Markets, LLC
Scottrade, Inc.
Security Investors LLC
Silver Point Capital, L.P.
Stifel, Nicolaus & Company Incorporated
Taconic Capital Advisors, L.P.
TD Ameritrade Clearing, Inc.
Timber Hill LLC

UBS Financial Services LLC
UBS Securities LLC
Vanguard Marketing Corporation
Western Asset Management Company

**Landlords and Tenants**
2155 Northpark Lane LLC
2255 Partners, L.P. c/o M. David Paul Development
    LLC
Avenel Realty Company d / b / a Avenel at
    Montgomery Square
Brandywine Cityplace LP
BREOF Convergence LP c/o Brookfield Real Estate
    Opportunity Fund
Business Suites (Texas) LTD
Center Township of Marion County
Del Amo Financial Center, LP
DRA CLP Esplanade LP c/o Colonial Properties
    Services Ltd Partnership
Euclid Plaza Associates, LLC
GBM Properties, LLC
Homeowners Alliance
Liberty Property Limited Partnership
National Default Servicing, LLC
New Towne Center Inc.
PBC San Jose, LLC
PBC Walnut Creek, LLC
Realty World - Graham/Grubbs and Associates
Regus Management Group LLC
Teachers Insurance and Annuity Association of
    America c/o Northmarq RES
The Irvine Company LLC
The Office Annex, Inc.
Veridian Credit Union f/k/a John Deere Community
    Credit Union
W.E.G., Jr., Inc. d / b / a Highland-March Beverly
    Suites

**Parties to Litigation**
Acacia Life Insurance Company
Allstate Bank (f/k/a Allstate Federal Savings Bank)
Allstate Insurance Company
Allstate Life Insurance Company
Allstate Life Insurance Company of New York,
    Allstate Retirement Plan
Allstate New Jersey Insurance Company
American Heritage Life Insurance Company
Ameritas Life Insurance Corp.
Assured Guaranty Municipal Corp.
Boilermaker Blacksmith National Pension Trust
Brown County, Ohio
Cambridge Place Investment Management Inc.
Church-Dellinger, Victoria Jean
Columbus Life Insurance Company
Deutsche Zentral-genossenschaftsbank, New York
    Branch, d/b/a DZ Bank AG, New York Branch
DG Holding Trust

2

Federal Home Loan Bank of Boston
Federal Home Loan Bank of Chicago
Federal Home Loan Bank of Indianapolis
Federal Home Loan Mortgage Corporation
Federal Housing Finance Agency
Financial Guaranty Insurance Company
First Colonial Insurance Company
Fort Washington Active Fixed Income LLC
Fort Washington Investment Advisors, Inc.
HSH Nordbank AG
HSH Nordbank AG, Luxembourg Branch
HSH Nordbank AG, New York Branch
HSH Nordbank Securities S.A.
Huntington Bancshares Inc.
IKB Deutche Industriebank AG
IKB International S.A. (in Liquidation)
Integrity Life Insurance Company
Kennett Capital, Inc.
Kral, Kenneth L.
Laster, Marteal
Massachusetts Mutual Life Insurance Company
MBIA Insurance Corporation
Mitchell, Ruth
Mitchell, Steven
National Credit Union Administration Board
National Integrity Life Insurance Company
New Jersey Carpenters Health Fund
New Jersey Carpenters Vacation Fund
Rio Debt Holdings (Ireland) Limited
Sall, Mohammed A.
Sealink Funding Ltd.
State of Ohio
Stichting Pensioenfonds ABP
The Charles Schwab Corporation
The Union Central Life Insurance Company
The Western and Southern Life Insurance Company
Thrivent Balanced Fund
Thrivent Balanced Portfolio
Thrivent Bond Index Portfolio
Thrivent Core Bond Fund
Thrivent Financial Defined Benefits Plan Trust
Thrivent Financial for Lutherans
Thrivent Income Fund
Thrivent Limited Maturity Bond Fund
Thrivent Limited Maturity Bond Portfolio
U.S. Central Federal Credit Union
West Virginia Investment Management Board
Western Corporate Federal Credit Union
Western-Southern Life Assurance Company

**U.S. Trustee's Office (Region 2 Trial Attorneys)**
Davis, Tracy Hope
Driscoll, Michael
Gasparini, Elisabetta
Golden, Susan
Khodorovsky, Nazar
Masumoto, Brian S.

Morrissey, Richard C.
Nakano, Serene
Riffkin, Linda A.
Schwartz, Andrea B.
Schwartzberg, Paul K.
Velez-Rivera, Andy
Zipes, Greg M.

**Bankruptcy Judges (New York)**
Bernstein, Stuart M.
Chapman, Shelley C.
Drain, Robert
Gerber, Robert E.
Glenn, Martin
Gropper, Allan L.
Lane, Sean H.
Lifland, Burton R.
Morris, Cecelia G.
Peck, James M.

**District Court Judges (New York)**
Baer, Harold
Batts, Deborah A.
Berman, Richard M.
Briccetti, Vincent L.
Buchwald, Naomi Reice
Carter, Andrew L.
Castel, P. Kevin
Cedarbaum, Miriam Goldman
Cote, Denise L.
Crotty, Paul A.
Daniels, George B.
Duffy, Kevin T.
Engelmayer, Paul A.
Forrest, Katherine B.
Gardephe, Paul G.
Griesa, Thomas P.
Haight, Charles S.
Hellerstein, Alvin K.
Jones, Barbara S.
Kaplan, Lewis A.
Karas, Kenneth M.
Koeltl, John G.
Marrero, Victor
McKenna, Lawrence M.
McMahon, Colleen
Nathan, Alison J.
Oetken, J. Paul
Owen, Richard
Patterson, Robert P.
Pauley, William H.
Preska, Loretta A.
Rakoff, Jed S.
Ramos, Edgardo
Sand, Leonard B.
Scheindlin, Shira A.
Seibel, Cathy

3

Stanton, Louis L.
Stein, Sidney H.
Sullivan, Richard J.
Swain, Laura Taylor
Sweet, Robert W.
Wood, Kimba M.

**Depositing Banks**
Ally Bank
Bank of America, N.A.
Bank of New York Mellon
Citibank, N.A.
Deutsche Bank Trust Company Americas
JPMorgan Chase Bank, N.A.
M&T Bank
State Street Bank and Trust Company
U.S. Bank National Association
Wachovia Bank, National Association

**Consultants & Professionals**
Barclays Bank PLC
Centerview Partners LLC
Deloitte & Touche
Evercore
Fortress Investment Group, LLC
FTI Consulting, Inc.
Kirkland & Ellis LLP
Kurtzman Carson Consultants LLC
Mayer Brown LLP
Mercer
Nationstar Mortgage, LLC
PricewaterhouseCoopers
Rubenstein Associates, Inc.
Sidley Austin LLP
Skadden, Arps, Slate, Meagher & Flom LLP

**HELOC Investors**
5th 3rd bank
Aurora Loan Services LLC
Bank One, Texas N.A.
Deutsche Bank National Trust Co.
Everbank
JP Morgan Chase
Macquarie Mortgages USA Inc
Suntrust
The Bank of New York Mellon
Treasury Bank, N.A.
Us Bank, N.A.
Wachovia Bank Na
Wells Fargo Bank, N.A.

**Servicing Counterparties**

**Government Entities and GSEs**
Federal Home Loan Mortgage Corporation (Freddie Mac)
Federal Housing Administration (FHA)

Federal National Mortgage Association (Fannie Mae)
Government National Mortgage Association (Ginnie Mae)

**Housing and Local Agencies**
California Housing Finance Agency
CitiMortgage, Inc., as administrator for Texas Veterans Land Board
Connecticut Housing Finance Authority
Delaware Housing Authority
Hawaii Housing (Hula Mae)
Housing Opportunities Commission of Montgomery County, Maryland
Mississippi Home Corporation
Neighborhood Housing Services of America and Philadelphia N.H.S.
Oregon Housing and Community Services Department
Redevelopment Authority of the County of Berks
Rural Housing
The Housing and Redevelopment Authority in and for the City of Minneapolis
The Industrial Commission of North Dakota

**Mortgage and Monoline Insurers**
The ACE Group
Ambac
Assured Guaranty Corp.
Cuna Mutual Group Mortgage Insurance Company
FGIC
Financial Security Assurance Inc
Federal Insurance Group (a subsidiary of the Chubb Group of Insurance Companies)
General Electric Mortgage Insurance Corporation
Genworth Mortgage Insurance Corporation
MBIA
Mortgage Guaranty Insurance Corp.
PMI Mortgage Insurance Co.
Radian Asset Assurance Inc.
Radian Guaranty Inc.
Republic Mortgage Insurance Company
Triad Guaranty Insurance Corporation
United Guaranty Residential Insurance Company

**Trustees**
Bank One, National Association
BNY Midwest Trust Company
Chase Bank of Texas, N.A.
Citibank, N.A.
Deutsche Bank National Trust Company
Deutsche Bank Trust Company Americas
HSBC Bank USA, National Association
JPMorgan Chase Bank, N.A.
LaSalle Bank National Association
Security Pacific National Company
The Bank of New York Mellon
U.S. Bank National Association

4

US National Association
Wells Fargo Bank Minnesota, N.A.
Wells Fargo Bank, National Association
Wilmington Trust Company

**Other Counterparties to Servicing Agreements**
50 BY 50, LLC
ABN AMRO Mortgage Croup, Inc.
Access National Mortgage Corporation
Ace Home Equity Loan Trust, Series 2007-SL3
ACE Securities Corp.
ACT Mortgage Capital
Advantage Bank
Aegis Mortgage Corporation
Aegon USA Realty Advisors
Alliance Bancorp
Alliance Securities Corp.
Ally Bank
Ally Financial Inc.
Ally Investment Management LLC
Alternative Finance Corporation
Amalgamated Bank of New York
American Equity Mortgage, Inc.
American Home Mortgage
American Home Mortgage Acceptance, Inc.
American Home Mortgage Investment Trust 2005-2
American Home Mortgage Investment Trust 2005-4A
American Home Mortgage Investment Trust 2006-2
American Home Mortgage Investment Trust 2007-A
American Home Mortgage Servicing, Inc.
American Home Mortgage Trust 2004-4
American Home Mortgage Trust 2005-1
American Home Mortgage Trust 2005-2
American Home Mortgage Trust 2005-4A
American Residential Equities XXVII, LLC
American Residential Equities, LLC
Ameriquest Mortgage Company
Andover Bank
Arbor Commercial Mortgage, LLC
Asset Management Holding of South Florida, LLC
Assured Guaranty Municipal Corp
Atlantic Financial Federal
Audobon Savings Bank
Aurora Loan Services Inc.
Aurora Loan Services LLC
Banc of America Funding 2005-3 Trust
Banc of America Funding 2005-8 Trust
Banc of America Funding 2006-1 Trust
Banc of America Funding 2006-4 Trust
Banc of America Funding Corporation
Banc of America Mortgage Capital Corporation
Bancap
Banco Mortgage Company
Banco Popular North America
Bank of America, National Association
Bank of Hawaii

Bank One, Texas, N.A.
Bank Rhode Island
Bank United, FSB
Bankatlantic, A Federal Savings Bank
Bankers Saving
Bankers Trust Company
Banknorth Mortgage
Bay Atlantic Federal Credit Union
Bay Financial Savings Bank, FSB
Bayrock Mortgage Corporation
Bayview Acquisitions, LLC
Bayview Financial Asset Trust
Bayview Financial Property Trust
Bayview Financial Securities Company, LLC
Bayview Financial Trading Group, L.P.
Bayview Financial, L.P.
Bear Stearns Asset Backed Securities I, LLC
Bear Stearns Mortgage Capital Corporation
Bear Stearns Second Lien Trust 2007-1
Bear Stearns Second Lien Trust 2007-SV1
Bell Federal Savings and Loan Association
BellaVista Funding Corporation
Belvedere Trust Finance Corporation
Bluebonnet Savings Bank FSB
BMMZ Holdings LLC
Broadway Federal Bank, FSB
Brothers Bank, FSB
Butte Savings and Loan Association
Caliber Funding, LLC
California Banking Association
California Federal Bank, FSB
California Public Employees' Retirement System
Cambridge Place Collateral Management LLC
Canada Mortgage Acceptance Corporation
Capital Crossing Bank
Capitol Federal Savings and Loan Association
Capstead Mortgage Corporation
CDC Mortgage Capital Inc. (Natixis)
Cenfed Bank, a Federal Savings Bank
Cenlar FSB
CenterState Bank of Florida, N.A.
Central Bank of Jefferson County, Inc.
Century Bank, FSB
CFX Bank
Charter One Bank, FSB
Charter One Bank, N.A.
Chase Manhattan Mortgage Corporation
Chemical Mortgage Company
Citi Financial Mortgage Co., Inc
Citibank (West), FSB
Citigroup Global Markets Realty Corp.
Citigroup Mortgage Loan Trust Inc.
CitiMortgage, Inc.
Citizens Bank of Connecticut
Citizens Bank of Massachusetts
Citizens Bank of New Hampshire
Citizens Bank of Pennsylvania

Citizens Bank, N.A.
Citizens Federal Bank, FSB
Clayton Fixed Income Services Inc.
Clayton National, Inc.
CMC Investment Partnership
Coastal Banc Capital Corporation
Coastal Banc SSB
Coastal States Mortgage Corporation
Collective Federal Savings Bank
Colonial Mortgage Service Company
Comerica Bank
Community Lending, Incorporated
Communityone Bank, N.A.
ComUnity Lending, Incorporated
Copperfield
Core, Cap Inc.
Corona Asset Management III, LLC
Countrywide Bank, N.A.
Countrywide Home Loans Servicing, LP
Countrywide Home Loans, Inc.
Credit Suisse First Boston Mortgage Securities Corp.
CSX
CTCE Federal Credit Union
CTX Mortgage Company, LLC
DB Structured Products, Inc.
Deutsche Alt-A Securities, Inc.
Deutsche Bank AG New York Branch
Deutsche Mortgage Securities, Inc.
DLJ Mortgage Acceptance Corp.
DLJ Mortgage Capital, Inc.
Dollar Bank, FSB
Drawbridge Consumer Funding Ltd
Dynex Securities Corporation
E*Trade Bank
E*Trade Mortgage
E*Trade Wholesale Lending Corp.
EAB Mortgage Company, Inc.
EMC Mortgage Corporation
Empire Mortgage X, Inc.
Encore Bank and National Association
Encore Savings Bank
Erie Savings Bank
Eurekabank
EverBank
Fairbanks Capital Corp.
Fairfax Savings Bank
Family Bank, FSB
Family Lending Services, Inc.
FBS Mortgage Corporation
Federal Home Loan Bank of Atlanta
Federal Trust Bank, FSB
Fidelity Federal Bank
Fidelity Savings and Loan
Fifth Third Bank
Financial Asset Securities Corp.
First Bank Incorporated
First Bank, Inc.

First Cap Holdings, Inc.
First Citizens Bank and Trust Company
First Citizens Mortgage Company
First Community Bank N.A.
First Federal of Michigan
First Federal Savings and Loan Association of Storm
    Lake
First Guaranty Mortgage Corporation
First Horizon Home Loan Corporation
First Indiana Bank
First Internet Bank of Indiana
First Massachusetts Bank, N.A.
First National Bank and Trust Company
First National Bank of Arizona
First National Bank of El Dorado
First Nationwide Mortgage Corporation
First NLC
First Rate Capital Corporation
First Savings Mortgage Corporation
First Tennessee Bank National Association
First Tennessee Capital Assets Corporation
First Trust Savings Bank
First Union National Bank
First-Citizens Bank & Trust Company
Firstrust Bank
Fleet National Bank
Flex Point Funding Corporation
Flick Mortgage Investors, Inc.
FNBA
Fortress Credit Corp.
FPA Corporation
Franklin Bank, SSB
Franklin Credit
Franklin Credit Management Corporation
Gateway Credit Union
Gateway Funding Diversified Mortgage Services, LP
GE Capital Consumer Card Co.
GE Mortgage Services, LLC
Geneva Mortgage Corporation
Germantown Savings Bank
Gibraltar Savings Association
Ginn Financial Services, LLC
Goldman Sachs Mortgage Company
Gonzalo Residential Asset Trust
Great American First Savings Bank
Great American Savings Bank
Green Planet Servicing, LLC
Green Tree Servicing LLC
GreenPoint Mortgage Funding Trust 2005-HE4
GreenPoint Mortgage Funding Trust 2006-HE1
GreenPoint Mortgage Funding, Inc.
Greenwich Capital Acceptance, Inc.
Greenwich Capital Financial Products, Inc.
Greenwich Universal Portfolio
GS Mortgage Securities Corp.
GSAA Home Equity Trust 2005-9
GSMPS Mortgage Loan Trust 2005-LT1

6

GSR Mortgage Loan Trust 2006-AR2
GSR Trust 2007-HEL1
Guardian Savings Bank
Hanover Capital Mortgage Holdings, Inc.
HarborView Mortgage Loan trust 2004-10
Healthcare Employees Federal Credit Union
Home Equity Loan Trust 2005-HS2
Home Equity Loan Trust 2006-HSA2
Home Equity Loan Trust 2006-HSA3
Home Equity Loan Trust 2006-HSA5
Home Equity Loan Trust 2007-HSA1
Home Equity Loan Trust 2007-HSA3
Home Federal Savings & Loan Association of Rome,
   Ga.
Home Loan Corporation
Home Loan Series 09-2028
HomeBanc Mortgage
HomEq Servicing Corporation
Horsham Funding Inc.
HSI Asset Securitization Corporation
Hudson & Keyse, LLC
Hudson City Savings Bank
Huntington Federal Savings & Loan Association
Hyperion Capital Group LLC
IMPAC CMB Trust Series 2005-6
IMPAC Funding Companies
IMPAC Funding Corporation
IMPAC Mortgage Holdings, Inc.
IMPAC Secured Assets Corp.
Imperial Credit Industries, Inc.
Independent Bank East Michigan
IndyMac Bank, FSB (now OneWest Bank, FSB)
IndyMac MBS, Inc.
IndyMac Mortgage Holdings, Inc.
ING Bank, FSB
Investment Capital Group
Irwin Union Bank and Trust Company
Ixis Real Estate Capital Inc
Jackson Federal Bank
Just Mortgage, Inc.
Kaiser Federal Bank
Keystone Nazareth Bank & Trust Company
Kidder Peabody Mortgage Capital Corporation
Lacera
Lebank
Lehman Brothers Bank, FSB
Lehman Brothers Holdings Inc.
Lehman Capital, a division of Lehman Brothers
   Holdings Inc.
Liberty Home Lending, Inc.
Liberty Savings Bank, FSB
Linden Assemblers Federal Credit Union
Litton Loan Servicing, LP
LNV Corporation
Loan Center of California
Loan Link Financial Services
Local #38 and Associates Credit Union

Lomas Mortgage USA, Inc.
Los Angeles County Employees Retirement
   Association
Los Angeles Federal Savings
LPP Mortgage Ltd.
Luminent Mortgage Capital, Inc.
Lydian Private Bank
Macquarie Mortgage Funding Trust 2007-1
Macquarie Mortgages USA, Inc.
MAIA Mortgage Finance Statutory Trust
Marine Bank
Market Street Mortgage Corporation
Massachusetts Mutual Life Insurance Co.
Matrix Capital Bank
MB Financial Bank N.A.
Medway Savings Bank
Mellon Bank
Mellon/McMahon Real Estate Advisors Inc.
Merck Sharp & Dohme Federal Credit Union
Mercury Mortgage Finance Statutory Trust
Meridian Mortgage Corporation
Merrill Lynch Bank & Co.
Merrill Lynch Hunton Paige
Merrill Lynch Mortgage Capital Inc.
Merrill Lynch Mortgage Holdings, Inc.
Merrill Lynch Mortgage Investors, Inc.
Merrill Lynch Mortgage Lending, Inc.
Metlife Bank, N.A.
Metrocities Mortgage Corp., LLC
Metropolitan Life Insurance Company
Mid America Bank, FSB
MidFirst Bank
Midland Financial Savings and Loan Association
Mint I, LLC
Mint II, LLC
Money Bank Investment Corporation
Monterey I Holdings
Morgan Stanley Capital I Inc.
Morgan Stanley Mortgage Capital Inc.
Morgan Stanley Mortgage Loan Trust 2005-3AR
Mortgage Asset Securitization Transactions, Inc.
Mortgage Asset Securitization Trust
Mortgage Interest Networking Trust II
Mortgage Investors Corporation
MortgageIT Holdings Inc.
MortgageIT Securities Corp.
MortgageIT Trust 2005-4
MortgageIT, Inc
MRF 3 LLC
Mrit Securities Corporation
Mutual Savings & Loan Association of Charlotte,
   N.C.
Mutual Savings Bank
National Bank of Commerce
NETBANK
Network Funding L.P.
Neuwest Equity Partners

7

New Century Mortgage Securities, Inc.
New Cumberland Federal Credit Union
New Penn Financial, LLC
New York Life Insurance and Annuity Corporation
New York Life Insurance Company
Nomura Asset Acceptance Corporation
Nomura Credit & Capital, Inc.
Nomura Home Equity Loan, Inc.
North Jersey Federal Credit Union, Inc.
Northwest Funding, Inc.
Northwestern National Bank of Minneapolis
Norwest Bank Minnesota, National Association
Norwest Mortgage, Inc.
Ocwen Federal Bank FSB
Ocwen Loan Servicing, LLC
Ohio Savings Bank
Opteum Financial Services, LLC
Option One Mortgage Corporation
Paine Webber Real Estate Securities Inc.
Parkside Lending, LLC
Parkvale Savings Bank
Paul Financial, LLC
People Savings Bank, Inc., SSB
Peoples Heritage Savings Bank
PHH Mortgage
Philadelphia Federal Credit Union
Pinnacle Capital Mortgage Corporation
Pinnacle Financial Corporation
Plaza Home Mortgage, Inc.
PMC Bancorp
PNC Bank, N.A.
PNC Mortgage Securities Corp.
Pomona First Federal Bank and Trust
Principal Asset Markets, Inc.
Principal Bank
Principal Mutual Life Insurance Company
Private Capital Group
Quaker City Bank
Quicken Loans Inc.
RBS Citizens, National Association
Real Time Resolutions, Inc.
Real Time Solutions
Realty Mortgage Corporation
Redlands Federal Bank, FSB
Redwood Trust, Inc.
Reliance Federal Credit Union
Residential Mortgage Assistance Enterprise, LLC
Resolution Capital Advisors, LLC
Ridgewood Savings Bank
Riggs Bank N.A.
Rochester Community Savings Bank
Roosevelt Management Company, LLC
RWT Holdings, Inc.
Ryland Acceptance Corporation Four
SACO I Trust 2005-GP1
SACO I Trust 2006-8
Salomon Brothers Realty Corp.

Saxon Mortgage Funding Corporation
Sea Breeze Financial Services, Inc.
Sebring Capital
Secured Bankers Mortgage Company
Security National
Security Pacific National Bank
Select Portfolio Servicing Inc.
Sequoia Funding Trust
Sequoia Residential Funding, Inc.
Shearson Lehman Government Securities, Inc.
Shellpoint Mortgage LLC
Sierra Pacific Mortgage, Inc
Silver State Financial Services, Inc.
Silvergate Bank
Skyline Financial Corp.
SMFC Funding Corporation
SN Servicing Corporation
SNBOA, LLC
Southbank
Southern Pacific Thrift and Loan Association
SouthStar Funding, LLC
Southwest Savings and Loan Association
Sovereign Bank, FSB
Specialized Loan Servicing LLC
St. Paul Federal Bank for Savings
Stanwich Mortgage Acquisition Company, LLC
Sterling Savings Bank
Steward Financial, Inc.
Stonebridge Bank
Structured Asset Mortgage Investments II Inc.
Structured Asset Mortgage Investments, Inc.
Structured Asset Securities Corporation
Structured Mortgage Investments II Inc.
Summit Savings & Loan Association
Suntrust Asset Funding, LLC
Superior Bank
Susquehanna Bank
Syncora Guarantee Inc.
Taylor, Bean Whitaker
TCF National Bank
TCIF, LLC
TeleBank
Terwin Advisors LLC
Terwin Mortgage Trust 2006-6
Terwin Securitization LLC
The Canada Trust Company
The Chase Manhattan Bank
The First Boston Corporation
The First National Bank of Glens Falls
The Frost National Bank
The Mortgage Store Financial, Inc.
The New York Mortgage Company, LLC
The Travelers Indemnity Company
The Winter Group
Treasury Bank, N.A.
Tri Counties Bank
Tri Country Area Federal Credit Union

8

Truman Capital Securitization LLC
UBS Real Estate Securities Inc.
UBS Warburg Real Estate Securities Inc.
UBS Warburg, LLC
United Capital Mortgage, LLC
United Federal Savings Bank
United Financial Mortgage Corporation
United Savings Association of Texas, FSB
Unity Bank
Universal Master Servicing, LLC
US Bank Home Mortgage
USAA Federal Savings Bank
Valley Independent Bank
Vermont Mortgage Group, Inc.
Wachovia Bank, National Association
Wachovia Mortgage Corporation
Walter Mortgage Company
Washington Mutual Bank
Washington Mutual Mortgage Securities Corp.
Webster Bank
Western Financial Savings Bank, FSB
WestStar Mortgage, Inc.
Wilshire Credit Corporation
Winter Group
Witmer Funding LLC
WMCC Clayton / Washington Mutual Bank
WMD Capital Markets, LLC

**Utilities**
Abovenet Communications Inc.
AT&T
AT&T Mobility
Center Point Energy
CenturyLink
Cisco Systems Capital Corporation
City of Eden Prairie
Comcast
Dish Network
Genesys Conferencing
Global Capacity Group Inc.
IEX Corporation
Inova Solutions
Intercall
Intervoice Inc.
Level 3 Communications LLC
MediaCom
Micro-Tel Center
MidAmerican Energy
Sprint
Time Warner Cable
Time Warner Telecom
Verizon
Verizon Business
Verizon California
Verizon Wireless
Waste Management
Waterloo Water Works

Xcel Energy

**Consolidated Top 50 Creditors**
Aegis Usa Inc.
Alan Gardner
Allstate Insurance
Ambac Assurance Corp
Assured Guaranty Corp.
BNYMellon
Boilermaker Blacksmith National Pension Trust
Brian Kessler, et al
Cambridge Place Investment Management Inc.
Credstar
Deutsche Bank AG, New York
Deutsche Bank Trust Company Americas
Don E. Diane M. Patterson
Donna Moore
Emortgage Logic
Federal Home Loan Bank of Boston
Federal Home Loan Bank of Chicago
Federal Home Loan Bank of Indianapolis
Federal Housing Finance Agency
Financial Guaranty Insurance Co.
Huntington Bancshares Inc.
Indecomm Global Services
Iowa Public Employees Retirement System
Lehman Brothers Holdings, Inc.
Loan Value Group
Massachusetts Mutual Life Insurance Company
MBIA, Inc.
Midwest Operating Engineers Pension Trust Fund
National Credit Union Administration Board
New Jersey Carpenters Health Fund
New Jersey Carpenters Vacation Fund
Orange County Employees Retirement System
Police and Fire Retirement System of the City of
    Detroit
Sealink Funding Limited
Steven And Ruth Mitchell
Stichting Pensioenfonds ABP
The Charles Schwab Corporation
The Union Central Life Insurance Company
Thrivent Financial for Lutherans
Tiffany Smith
US Bank
Wells Fargo & Company
Wells Fargo Bank N.A
West Virginia Investment Management Board
Western & Southern

**Members of the Creditors' Committee**
Allstate Life Insurance Company
AIG Asset Management (U.S.), LLC
The Bank of New York Mellon Trust Company, N.A.
Deutsche Bank Trust Company Americas
Drennen, Rowena L.
Financial Guaranty Insurance Company

9

MBIA Insurance Corporation
U.S. Bank National Association
Wilmington Trust, N.A.

**<u>Rule 2004 Motion Parties</u>**
AlixPartners
Cerberus Capital Management, L.P.
Cerberus FIM Investors LLC
Cerberus FIM, LLC
FIM Holdings LLC
General Motors Company
Gibbs & Bruns, LLP
GMAC Bank
GMAC Commercial Finance, LLC
GMAC LLC
GMAC Mortgage Group, LLC
Houlihan Lokey
IB Finance Holding Company, LLC
Kelly Drye & Warren LLP
Kramer Levin et al
Moelis & Company
Morrison & Foerster LLP
Morrison Cohen LLP
National Motors Bank FSB
Ropes & Gray LLP
White & Case

## Schedule 2

**Overview**: As described in the Sullivan Declaration, to determine Severson & Werson's "connections" to the parties listed in Schedule 1, Severson & Werson personnel reviewed Severson & Werson's client database to determine whether Severson & Werson had any client relationships with the parties listed in Schedule 1.  To the extent that this review indicated that Severson & Werson has represented, or currently represents, any of these entities, the identities of the parties and such parties' relationship to the Debtors and connection to Severson & Werson are set forth below.  Except as otherwise described in the Sullivan Declaration, these representations do not relate to the Debtors' Chapter 11 cases and thus do not create any conflicts with respect to Severson & Werson's representation of the Debtors.

| POTENTIALLY INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | POSSIBLE RELATIONSHIP TO SEVERSON & WERSON |
|---|---|---|
| ditech, LLC | Debtors and Subsidiaries | Existing or Former Client |
| Executive Trustee Services LLC | Debtors and Subsidiaries | Existing or Former Client |
| GMAC – RFC Holding Company, LLC | Debtors and Subsidiaries | Existing or Former Client |
| GMAC Model Home Finance I, LLC | Debtors and Subsidiaries | Existing or Former Client |
| GMAC Mortgage USA Corporation | Debtors and Subsidiaries | Existing or Former Client |
| GMAC Mortgage, LLC | Debtors and Subsidiaries | Existing or Former Client |
| GMACM REO LLC | Debtors and Subsidiaries | Existing or Former Client |
| GMACR Mortgage Products, LLC | Debtors and Subsidiaries | Existing or Former Client |
| Homecomings Financial, LLC | Debtors and Subsidiaries | Existing or Former Client |
| Residential Capital, LLC | Debtors and Subsidiaries | Existing or Former Client |
| Ally Financial Inc (f/k/a GMAC Inc.) | Parties to Funding Agreements | Existing or Former Client |
| Citibank, N.A. | Parties to Funding Agreements | Existing or Former Client |
| Wells Fargo Bank, N.A. | Parties to Funding Agreements | Existing or Former Client |
| US Bank National Association | Parties to Funding Agreements | Existing or Former Client |
| Deutsche Bank Trust Company Americas | Parties to Funding Agreements | Existing or Former Client |
| Bank of New York Mellon | Bondholders | Existing or Former Client |
| Charles Schwab & Co., Inc. | Bondholders | Existing or Former Client |
| Deutsche Bank Securities, Inc. | Bondholders | Existing or Former Client |
| E*Trade | Bondholders | Existing or Former Client |
| J.P. Morgan | Bondholders | Existing or Former Client |
| Merrill Lynch | Bondholders | Existing or Former Client |
| Morgan Stanley & Co. LLC | Bondholders | Existing or Former Client |
| Ally Bank | Depositing Banks | Existing or Former Client |
| Bank of America, N.A. | Depositing Banks | Existing or Former Client |
| Bank of New York Mellon | Depositing Banks | Existing or Former Client |
| Citibank, N.A. | Depositing Banks | Existing or Former Client |
| Deutsche Bank Trust Company Americas | Depositing Banks | Existing or Former Client |
| JPMorgan Chase Bank, N.A. | Depositing Banks | Existing or Former Client |
| U.S. Bank National Association | Depositing Banks | Existing or Former Client |
| Wachovia Bank, National Association | Depositing Banks | Existing or Former Client |
| Nationstar Mortgage, LLC | Consultants & Professionals | Existing or Former Client |
| Aurora Loan Services LLC | Consultants & Professionals | Existing or Former Client |
| Deutsche Bank National Trust Co. | Consultants & Professionals | Existing or Former Client |
| JP Morgan Chase | Consultants & Professionals | Existing or Former Client |
| Suntrust | Consultants & Professionals | Existing or Former Client |

| POTENTIALLY INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | POSSIBLE RELATIONSHIP TO SEVERSON & WERSON |
|---|---|---|
| The Bank of New York Mellon | Consultants & Professionals | Existing or Former Client |
| Us Bank, N.A. | Consultants & Professionals | Existing or Former Client |
| Wachovia Bank Na | Consultants & Professionals | Existing or Former Client |
| Wells Fargo Bank, N.A. | Consultants & Professionals | Existing or Former Client |
| Federal Home Loan Mortgage Corporation (Freddie Mac) | Servicing Counterparties | Existing or Former Client |
| Federal National Mortgage Association (Fannie Mae) | Servicing Counterparties | Existing or Former Client |
| Government National Mortgage Association (Ginnie Mae) | Servicing Counterparties | Existing or Former Client |
| California Housing Finance Agency | Housing and Local Agencies | Existing or Former Client |
| CitiMortgage, Inc. | Housing and Local Agencies | Existing or Former Client |
| Deutsche Bank National Trust Company | Trustees | Existing or Former Client |
| Deutsche Bank Trust Company Americas | Trustees | Existing or Former Client |
| HSBC Bank USA, National Association | Trustees | Existing or Former Client |
| JPMorgan Chase Bank, N.A. | Trustees | Existing or Former Client |
| LaSalle Bank National Association | Trustees | Existing or Former Client |
| The Bank of New York Mellon | Trustees | Existing or Former Client |
| U.S. Bank National Association | Trustees | Existing or Former Client |
| Wells Fargo Bank, National Association | Trustees | Existing or Former Client |
| Ally Bank | Other Counterparties to Servicing Agreements | Existing or Former Client |
| Ally Financial Inc. | Other Counterparties to Servicing Agreements | Existing or Former Client |
| American Home Mortgage | Other Counterparties to Servicing Agreements | Existing or Former Client |
| Aurora Loan Services Inc. | Other Counterparties to Servicing Agreements | Existing or Former Client |
| Aurora Loan Services LLC | Other Counterparties to Servicing Agreements | Existing or Former Client |
| Banc of America Funding Corporation | Other Counterparties to Servicing Agreements | Existing or Former Client |
| Banco Popular North America | Other Counterparties to Servicing Agreements | Existing or Former Client |
| Bank of America, National Association | Other Counterparties to Servicing Agreements | Existing or Former Client |
| Bankers Trust Company | Other Counterparties to Servicing Agreements | Existing or Former Client |
| Coastal Banc SSB | Other Counterparties to Servicing Agreements | Existing or Former Client |
| Countrywide Bank, N.A. | Other Counterparties to Servicing Agreements | Existing or Former Client |
| Countrywide Home Loans Servicing, LP | Other Counterparties to Servicing Agreements | Existing or Former Client |
| Countrywide Home Loans, Inc. | Other Counterparties to Servicing Agreements | Existing or Former Client |
| Deutsche Mortgage Securities, Inc. | Other Counterparties to Servicing Agreements | Existing or Former Client |

2

| POTENTIALLY INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | POSSIBLE RELATIONSHIP TO SEVERSON & WERSON |
|---|---|---|
| E*Trade Bank | Other Counterparties to Servicing Agreements | Existing or Former Client |
| E*Trade Mortgage | Other Counterparties to Servicing Agreements | Existing or Former Client |
| E*Trade Wholesale Lending Corp. | Other Counterparties to Servicing Agreements | Existing or Former Client |
| EMC Mortgage Corporation | Other Counterparties to Servicing Agreements | Existing or Former Client |
| First Community Bank N.A. | Other Counterparties to Servicing Agreements | Existing or Former Client |
| Goldman Sachs Mortgage Company | Other Counterparties to Servicing Agreements | Existing or Former Client |
| Green Tree Servicing LLC | Other Counterparties to Servicing Agreements | Existing or Former Client |
| GreenPoint Mortgage Funding, Inc. | Other Counterparties to Servicing Agreements | Existing or Former Client |
| HarborView Mortgage Loan | Other Counterparties to Servicing Agreements | Existing or Former Client |
| IMPAC Mortgage Holdings, Inc. | Other Counterparties to Servicing Agreements | Existing or Former Client |
| Lehman Brothers Bank, FSB | Other Counterparties to Servicing Agreements | Existing or Former Client |
| Lehman Brothers Holdings Inc. | Other Counterparties to Servicing Agreements | Existing or Former Client |
| Litton Loan Servicing, LP | Other Counterparties to Servicing Agreements | Existing or Former Client |
| LPP Mortgage Ltd. | Other Counterparties to Servicing Agreements | Existing or Former Client |
| Morgan Stanley Mortgage Capital Inc. | Other Counterparties to Servicing Agreements | Existing or Former Client |
| MortgageIT, Inc | Other Counterparties to Servicing Agreements | Existing or Former Client |
| Nomura Home Equity Loan, Inc. | Other Counterparties to Servicing Agreements | Existing or Former Client |
| PHH Mortgage | Other Counterparties to Servicing Agreements | Existing or Former Client |
| PNC Bank, N.A. | Other Counterparties to Servicing Agreements | Existing or Former Client |
| Quicken Loans Inc. | Other Counterparties to Servicing Agreements | Existing or Former Client |
| Saxon Mortgage Funding Corporation | Other Counterparties to Servicing Agreements | Existing or Former Client |
| Skyline Financial Corp. | Other Counterparties to Servicing Agreements | Existing or Former Client |
| Specialized Loan Servicing LLC | Other Counterparties to Servicing Agreements | Existing or Former Client |
| The Chase Manhattan Bank | Other Counterparties to Servicing Agreements | Existing or Former Client |

3

| POTENTIALLY INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | POSSIBLE RELATIONSHIP TO SEVERSON & WERSON |
|---|---|---|
| USAA Federal Savings Bank | Other Counterparties to Servicing Agreements | Existing or Former Client |
| Wachovia Bank, National Association | Other Counterparties to Servicing Agreements | Existing or Former Client |
| Wachovia Mortgage Corporation | Other Counterparties to Servicing Agreements | Existing or Former Client |
| Washington Mutual Bank | Other Counterparties to Servicing Agreements | Existing or Former Client |
| Wilshire Credit Corporation | Other Counterparties to Servicing Agreements | Existing or Former Client |
| Washington Mutual Bank | Other Counterparties to Servicing Agreements | Existing or Former Client |
| AT&T | Utilities | Existing or Former Client |
| AT&T Mobility | Utilities | Existing or Former Client |
| Deutsche Bank AG, New York | Consolidated Top 50 Creditors | Existing or Former Client |
| Deutsche Bank Trust Company Americas | Consolidated Top 50 Creditors | Existing or Former Client |
| Lehman Brothers Holdings, Inc. | Consolidated Top 50 Creditors | Existing or Former Client |
| US Bank | Consolidated Top 50 Creditors | Existing or Former Client |
| Wells Fargo & Company | Consolidated Top 50 Creditors | Existing or Former Client |
| Wells Fargo Bank N.A | Consolidated Top 50 Creditors | Existing or Former Client |
| The Bank of New York Mellon Trust Company, N.A. | Members of the Creditors' Committee | Existing or Former Client |
| Deutsche Bank Trust Company Americas | Members of the Creditors' Committee | Existing or Former Client |
| U.S. Bank National Association | Members of the Creditors' Committee | Existing or Former Client |
| Wilmington Trust, N.A. | Members of the Creditors' Committee | Existing or Former Client |

4