Hearing Date and Time: July 24, 2012 at 10:00 a.m. (prevailing Eastern Time)
Objection Deadline: July 17, 2012 at 4:00 p.m. (prevailing Eastern Time)

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:    (212) 468-8000
Facsimile:    (212) 468-7900
Larren M. Nashelsky
Gary S. Lee
Lorenzo Marinuzzi

*Proposed Counsel for the Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------
)
In re:                                      )    Case No. 12-12020 (MG)
                                            )
RESIDENTIAL CAPITAL, LLC, et al.,           )    Chapter 11
                                            )
               Debtors.                     )    Jointly Administered
                                            )
------------------------------------------------------------------------

## NOTICE OF JULY 24, 2012 HEARING

**PLEASE TAKE NOTICE** that a hearing will be held before the Honorable Martin Glenn, United States Bankruptcy Judge, in Courtroom 501 at the Bankruptcy Court, One Bowling Green, New York, New York 10004, on **July 24, 2012 at 10:00 a.m. (prevailing Eastern Time)** (the "Hearing Date"), or as soon thereafter as counsel is heard, to consider the following motions and applications (collectively, the "Applications"):

(a)    Debtors' Application for an Order Authorizing Employment and Retention of Towers Watson Delaware Inc. as Human Resources Consultants to the Debtors *Nunc Pro Tunc* to June 25, 2012 [Docket No. 719];

(b)    Debtors' Application Under Section 327(e) of the Bankruptcy Code, Bankruptcy Rule 2014(a) and Local Rule 2014-1 for Authorization to Employ and Retain Severson & Werson PC as Special California Litigation Counsel to the Debtors, *Nunc Pro Tunc* to May 14, 2012 [Docket No. 720]; and

ny-1049065

      (c)      Debtors' Application Under Section 327(e) and 328 of the Bankruptcy Code, Bankruptcy Rule 2014(a) and Local Rule 2014-1 for Authorization (I) to Employ and Retain Bradley Arant Boult Cummings LLC as Special Litigation and Compliance Counsel to the Debtors, *Nunc Pro Tunc* to May 14, 2012, and (II) to Approve Alternative Billing Arrangement  [Docket No. 721]; and

**PLEASE TAKE FURTHER NOTICE** that any objection to an Application must be in writing, conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York and shall be filed with the Bankruptcy Court electronically in accordance with General Order M-399 (General Order M-399 and the User's manual for the Electronic Case Filing System can be found at www.nysb.uscourts.gov, the official website for the Bankruptcy Court) by registered users of the Bankruptcy Court's case filing system, and by all other parties-in-interest, on a 3.5 inch disk or CD-ROM, preferably in Portable Document Format, WordPerfect or any other Windows-based work processing format (with a hard copy delivered directly to Chambers) and served in accordance with General Order M-399 and in accordance with this Court's order, dated May 23, 2012, implementing certain notice and case management procedures [Docket No. 141], so as to be received no later than **July 17, 2012 at 4:00 p.m. (prevailing Eastern Time**).

**PLEASE TAKE FURTHER NOTICE** that if no objection to an Application is timely filed and served, the Bankruptcy Court may enter an order granting the relief requested in an Application without further notice or opportunity to be heard afforded to any party.

ny-1049065

Dated: July 9, 2012
      New York, New York

                                                            */s/* Larren M. Nashelsky
                                                            Larren M. Nashelsky
                                                            Gary S. Lee
                                                            Lorenzo Marinuzzi
                                                            MORRISON & FOERSTER LLP
                                                            1290 Avenue of the Americas
                                                            New York, New York 10104
                                                            Telephone: (212) 468-8000
                                                            Facsimile: (212) 468-7900

                                                            *Proposed Counsel for the Debtors and*
                                                            *Debtors in Possession*

ny-1049065