**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
:
In re                                                      :       **Chapter 11**
:
**RESIDENTIAL CAPITAL, LLC, et al.,** [1]                  :       **Case No. 12-12020 (MG)**
:
:
:       **(Jointly Administered)**
          **Debtors.**                                     :
------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

I, Melissa Loomis, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors.

A. On June 28, 2012, at my direction and under my supervision, employees of KCC caused the following documents to be served via First Class Mail on the Special Service List attached hereto as **Exhibit A**, via Electronic Mail on the Monthly Service List attached hereto as **Exhibit B**, and on the Objecting Parties attached hereto as **Exhibit C**:

  1. Notice of Filing Amended and Restated Asset Purchase Agreement Among Nationstar Mortgage LLC and Certain Debtors [Docket No. 534]

  2. Notice of Filing of Asset Purchase Agreement Among Berkshire Hathaway Inc. and Certain Debtors [Docket No. 535]

  3. Notice of Filing of Proposed Order Under 11 U.S.C. §§ 105, 363, and 365 and Fed. R. Bankr. P. 2002, 6004, 6006, and 9014 (I) Approving (A) Sale of Debtors' Assets Pursuant to Asset Purchase Agreement with Berkshire Hathaway Inc.; (B) Sale of Purchased Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests; and (C) Related Agreements; and (II) Granting Related Relief [Docket No. 537]

B. Furthermore, on June 28, 2012, at my direction and under my supervision, employees of KCC caused the following documents to be served via First Class Mail on the Contract Counter Parties, Interested Parties & Lien Holders attached hereto as **Exhibit D**:

  1. Notice of Filing Amended and Restated Asset Purchase Agreement Among Nationstar Mortgage LLC and Certain Debtors [Pages 1 – 2 of Docket No. 534]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Residential Capital, LLC (0738); ditech, LLC (7228); DOA Holding Properties, LLC (4257); DOA Properties IX (Lots-Other), LLC (3274); EPRE LLC (7974); Equity Investment I, LLC (2797); ETS of Virginia, Inc. (1445); ETS of Washington, Inc. (0665); Executive Trustee Services, LLC (8943); GMAC Model Home Finance I, LLC (8469); GMAC Mortgage USA Corporation (6930); GMAC Mortgage, LLC (4840); GMAC Residential Holding Company, LLC (2190); GMAC RH Settlement Services, LLC (6156); GMACM Borrower LLC (4887); GMACM REO LLC (2043); GMACR Mortgage Products, LLC (6369); GMAC-RFC Holding Company, LLC (3763); HFN REO Sub II, LLC (N/A); Home Connects Lending Services, LLC (9412); Homecomings Financial Real Estate Holdings, LLC (6869); Homecomings Financial, LLC (9458); Ladue Associates, Inc. (3048); Passive Asset Transactions, LLC (4130); PATI A, LLC (2729); PATI B, LLC (2937); PATI Real Estate Holdings, LLC (5201); RAHI A, LLC (3321); RAHI B, LLC (3553); RAHI Real Estate Holdings, LLC (5287); RCSFJV204, LLC (2722); Residential Accredit Loans, Inc. (8240); Residential Asset Mortgage Products, Inc. (5181); Residential Asset Securities Corporation (2653); Residential Consumer Services of Alabama, LLC (5449); Residential Consumer Services of Ohio, LLC (4796); Residential Consumer Services of Texas, LLC (0515); Residential Consumer Services, LLC (2167); Residential Funding Company, LLC (1336); Residential Funding Mortgage Exchange, LLC (4247); Residential Funding Mortgage Securities I, Inc. (6294); Residential Funding Mortgage Securities II, Inc. (8858); Residential Funding Real Estate Holdings, LLC (6505); Residential Mortgage Real Estate Holdings, LLC (7180); RFC Asset Holdings II, LLC (4034); RFC Asset Management, LLC (4678); RFC Borrower LLC (5558); RFC Constructing Funding, LLC (5730); RFC REO LLC (2407); RFC SFJV-2002, LLC (4670); RFC-GSAP Servicer Advance, LLC (0289)

2. Notice of Filing of Asset Purchase Agreement Among Berkshire Hathaway Inc. and Certain Debtors [Pages 1 – 2 of Docket No. 535]

3. Notice of Filing of Proposed Order Under 11 U.S.C. §§ 105, 363, and 365 and Fed. R. Bankr. P. 2002, 6004, 6006, and 9014 (I) Approving (A) Sale of Debtors' Assets Pursuant to Asset Purchase Agreement with Berkshire Hathaway Inc.; (B) Sale of Purchased Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests; and (C) Related Agreements; and (II) Granting Related Relief [Pages 1 – 2 of Docket No. 537]

Dated: July 9, 2012

                                                   */s/ Melissa Loomis*
                                                   Melissa Loomis

State of California

County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 9th of July, 2012, by Melissa Loomis, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: __*/s/ Lydia Pastor Nino*_____

My Commission Expires: __*11/18/2015*___

# **Exhibit A**

**Exhibit A**
**Special Service List**
**Served via First Class Mail**

| Party Description | Name | Notice Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Secured lender under the Mortgage Servicing Rights Facility | Citibank NA | Attn Bobbie Theivakumaran | 390 Greenwich St 6th Fl | | New York | NY | 10013 |
| Indenture Trustee to Unsecured Notes / Top 50 Creditor | Deutsche Bank Trust Company Am | c/o Kelvin Vargas | 25 De Forest Ave | | Summit | NJ | 07901 |
| Prepetition Lender - Fannie EAF | Fannie Mae | Attn Peter McGonigle | 1835 Market St Ste 2300 | | Philadelphia | PA | 19103 |
| Internal Revenue Service | Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | Philadelphia | PA | 19101-7346 |
| Internal Revenue Service | Internal Revenue Service | Insolvency Section | 31 Hopkins Plz Rm 1150 | | Baltimore | MD | 21201 |
| Counsel to US Bank National Association as Indenture Trustee to the Debtors' Prepetition Junior Secured Notes | Kelley Drye & Warren LLP | James S Carr & Eric R Wilson | 101 Park Ave | | New York | NY | 10178 |
| Counsel to the Equity Security Holders (Ally Financial and Ally Bank) | Kirkland & Ellis | Richard M Cieri | 601 Lexington Ave | | New York | NY | 10022 |
| Counsel to the Ally Financial Inc. & Ally Bank | Kirkland & Ellis LLP | Attn Ray C Schrock & Stephen E Hessler | 601 Lexington Ave | | New York | NY | 10022-4611 |
| Counsel to the Official Committee of Unsecured Creditors | Kramer Levin Naftallis & Frankel LLP | Kenneth H Eckstein, Thomas Moers Mayer & Douglas H Mannal | 117 Avenue of the Americas | | New York | NY | 10036 |
| Residential Capital LLC | Morris & Foerster LLP | Attn Tammy Hamzehpour | 1290 Avenue of the Americas | | New York | NY | 10104 |
| Stalking Horse Bidder, Nationstar Mortgage | Nationstar Mortgage LLC | Attn: General Counsel | 350 Highland Drive | | Lewisville | TX | 75067 |
| Office of the New York Attorney General | Office of the NY State Attorney General | Nancy Lord & Neal Mann | The Capitol | | Albany | NY | 12224-0341 |
| Office of the United States Attorney for the Southern District of New York | Office of the US Attorney for the Southern District of NY | United States Attorney Preet Bharara | One St Andrews Plaza | | New York | NY | 10007 |
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | Secretary of the Treasury | 100 F St NE | | Washington | DC | 20549 |
| Securities and Exchange Commission - New York Regional Office | Securities & Exchange Commission NY Regional Office | George S Canellos Regional Director | 3 World Financial Center Ste 400 | | New York | NY | 10281-1022 |
| Counsel to Nationstar | Sidley Austin LLP | Larry J Nyhan & Jessica CK Boelter | One Dearborn | | Chicago | IL | 60603 |
| Counsel to the administrative agent for the Debtors' proposed providers of debtor in possession financing | Skadden Arps Slate Meagher & Flom LLP | Jonathan H. Hofer | Four Times Square | | New York | NY | 10036 |
| Counsel to Barclays Bank PLC | Skadden Arps Slate Meagher & Flom LLP | Ken Ziman | Four Times Square | | New York | NY | 10036 |
| Counsel to the administrative agent for the Debtors' proposed providers of debtor in possession financing | Skadden Arps Slate Meagher & Flom LLP | Sarah M Ward | Four Times Square | | New York | NY | 10036 |
| Counsel to Barclays Bank PLC | Skadden Arps Slate Meagher & Flom LLP | Suzanne D T Lovett | Four Times Square | | New York | NY | 10036 |
| Indenture Trustee under the Pre-Petition GSAP Facility | The Bank of New York Mellon | Asset-Backed Securities Group | 101 Barclay St 4W | | New York | NY | 10286 |

**Exhibit A**
**Special Service List**
**Served via First Class Mail**

| Party Description | Name | Notice Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Indenture Trustee to the Debtors' Prepetition Junior Secured Notes | U.S. Bank National Association | Attn: George Rayzis | 50 South 16 th Street | Suite 2000 | Philadelphia | PA | 19102 |
| Indenture Trustee to the Debtors' Prepetition Junior Secured Notes | U.S. Bank National Association | Attn: Irina Palchuk | 60 Livingston Avenue | EP-MN-WS1D | St. Paul | MN | 55107 |
| Office of the United States Attorney General | U.S. Department of Justice | US Attorney General, Eric H. Holder, Jr. | 950 Pennsylvania Ave NW | | Washington | DC | 20530-0001 |
| Counsel to the United State of America | United States Attorney's Office for the Southern District of New York civil Division | Attn Joseph Cordaro | 86 Chambers St 3rd Fl | | New York | NY | 10007 |
| Office of the United States Trustee for the Southern District of New York | US Trustee for the Southern District of NY | Tracy Hope Davis, Linda A. Riffkin and Brian S. Masumoto | 33 Whitehall St 21st Fl, Region 2 | | New York | NY | 10004 |
| GMEN Indenture Trustee at Corporate Trust Office | Wells Fargo Bank NA | Attn Corporate Trust Services - GMACM Home Equity Notes 2004 Variable Funding Trust | PO Box 98 | | Columbia | MD | 21046 |

# Exhibit B

Exhibit B
Monthly Service List
Served via Electronic Mail

| Party Description | Name | Notice Name | Email |
|---|---|---|---|
| Ally Bank | Ally Bank | Tom Houghton | tom.houghton@ally.com |
| Secured Lender under the Secured Revolver and Line of Credit | Ally Financial Inc | Jeffrey Brown Corporate Treasurer | jeff.brown@gmacfs.com<br>william.b.solomon@ally.com |
| Counsel to Wells Fargo Bank, N.A. in its capacity as trustee, indenture trustee or master servicer of certain RMBS trusts | Alston & Bird LLP | John C Weitnauer Esq | kit.weitnauer@alston.com |
| Counsel to Wells Fargo Bank, N.A. in its capacity as trustee, indenture trustee or master servicer of certain RMBS trusts | Alston & Bird LLP | Martin G Bunin Esq & William Hao Esq | marty.bunin@alston.com<br>william.hao@alston.com |
| Counsel to Wells Fargo Bank, N.A. in its capacity as trustee, indenture trustee or master servicer of certain RMBS trusts | Alston & Bird LLP | William B Macurda | bill.macurda@alston.com |
| Counsel to the Texas Comptroller of Public Accounts | Assistant Attorney General | John Mark Stern bankruptcy & Collections Division | john.stern@texasattorneygeneral.gov |
| Securitization/HELOC Trustee | Bank of New York Mellon | Sarah Stout & Jennifer J Provenzano | Sarah.Stout@BNYMellon.com<br>Jennifer.Provenzano@BNYMellon.com<br>Michael.Spataro@BNYMellon.com<br>Mageshwaran.Ramasamy@BNYMellon.com |
| Barclays Bank PLC, as administrative agent under the Pre-Petition GSAP Facility | Barclays Bank PLC | Alicia Borys & Patrick Kerner | alicia.borys@barclays.com<br>patrick.kerner@barclays.com |
| Barclays Bank PLC, as administrative agent under the Pre-Petition GSAP Facility | Barclays Bank PLC | Joe Tricamo & May Wong | xrausloanops5@barclays.com |
| Counsel to USAA Federal Savings Bank | Barnes & Thornburg LLP | David M Powlen | david.powlen@btlaw.com |
| Creditor | Barry B Eskanos JD MPA & Ami B Eskanos | | bbeskanos@aol.com |
| Counsel to Cambridge Place Investments Management Inc. | Bernstein Litowitz Berger & Grossmann LLP | David R Stickney & Jonathan D Uslaner & Matthew P Jubenville | davids@blbglaw.com<br>jonathanu@blbglaw.com<br>matthewj@blbglaw.com |
| Counsel to Cambridge Place Investments Management Inc. | Bernstein Litowitz Berger & Grossmann LLP | Jai K Chandrasekhar | jai@blbglaw.com |
| Buyer under the Pre-Petition Ally Repo Facility | BMMZ Holding LLC | c/o Ally Financial Inc, Attn Courtney Lowman | courtney.lowman@ally.com |
| Top 50 Creditors | Brian Kessler, et al | c/o Walters Bender Strohbehn & Vaughan, P.C. | jhaake@wbsvlaw.com |
| Counsel to MBIA Insurance Corporation | Cadwalader Wickersham & Taft LLP | Gregory M Petrick & Ingrid Bagby | gregory.petrick@cwt.com<br>ingrid.bagby@cwt.com |
| Counsel to MBIA Insurance Corporation | Cadwalader Wickersham & Taft LLP | Mark C Ellenberg Esq | mark.ellenberg@cwt.com |
| Secured lender under the Mortgage Servicing Rights Facility | Citibank NA | Attn Bobbie Theivakumaran | bobbie.theivakumaran@citi.com |
| Counsel to Lead Plaintiff | Cohen Milstein Sellers & Toll PLLC | Joel P Laitman, Christopher Lometti, Michael B Eisenkraft, Daniel B Rehns & Kenneth M Rehns | jlaitman@cohenmilstein.com<br>clometti@cohenmilstein.com<br>meisenkraft@cohenmilstein.com<br>drehns@cohenmilstein.com<br>krehns@cohenmilstein.com |
| Counsel to HP Enterprise Services LLC | Cole Schotz Meisel Forman & Leonard PA | Michael D Warner & Emily S Chou | mwarner@coleschotz.com<br>echou@coleschotz.com |
| Commonwealth of Pennsylvania, Department of Labor and Industry, Office of Unemployment Compensation Tax Services (UCTS) | Commonwealth of Pennsylvania, Department of Labor and Industry | Joseph Kots | ra-li-ucts-bankrupt@state.pa.us |
| Counsel to MidFirst Bank | Crowe & Dunlevy PC | William H. Hoch | will.hoch@crowedunlevy.com |
| Proposed Conflicts Counsel for the Debtors | Curtis Mallet-Prevost Colt & Mosle LLP | Maryann Gallagher Esq | mgallagher@curtis.com |
| Proposed Conflicts Counsel for the Debtors | Curtis Mallet-Prevost Colt & Mosle LLP | Michael A Cohen Esq | macohen@curtis.com |
| Proposed Conflicts Counsel for the Debtors | Curtis Mallet-Prevost Colt & Mosle LLP | Steven J Reisman Esq | sreisman@curtis.com |
| Counsel to Bank of New York Mellon Trust Company NA | Dechert LLP | Glenn E Siegel, Hector Gonzalez, Brian E Greer & Mauricio A Espana | glenn.siegel@dechert.com<br>hector.gonzalez@dechert.com<br>brian.greer@dechert.com<br>mauricio.espana@dechert.com |
| Securitization Trustee | Deutsche Bank | Rosa Mendez | rosa.mendez@db.com |
| Member of Official Committee of Unsecured Creditors | Deutsche Bank Trust Company Americas | Attn Brendan Meyer | Brendan.meyer@db.com |
| Indenture Trustee to Unsecured Notes / Top 50 Creditor | Deutsche Bank Trust Company Am | c/o Kelvin Vargas | kelvin.vargas@db.com |
| Interested Party, Diem T Nguyen | Diem T Nguyen | | diem.home@gmail.com |
| Counsel to Green Planet Servicing LLC | Duane Morris LLP | Gerald S Catalanello Esq & james J Bincequerra Esq | gcatalanello@duanemorris.com<br>jvincequerra@duanemorris.com |

In re: Residential Capital, LLC, et al.,
Case No. 12-12020 (MG)

Page 1 of 6

Exhibit B
Monthly Service List
Served via Electronic Mail

| Party Description | Name | Notice Name | Email |
|---|---|---|---|
| Prepetition Lender - Fannie EAF | Fannie Mae | Attn Peter McGonigle | peter_mcgonigle@fanniemae.com |
| GSE - Fannie Mae | Fannie Mae | Catherine Lasher | catherine_lasher@fanniemae.com |
| Counsel to Bank of America NA & Aurora Loan Services | Fein Such & Crane LLP | Mark K Broyles Esq | broylesmk@rgcattys.com |
| Counsel to TCF National Bank | Foley & Mansfield PLLP | Thomas J Lallier | tlallier@foleymansfield.com |
| Counsel to Freddie Mac | Freddie Mac | Kenton W Hambrick Associate General Counsel | kenton_hambrick@freddiemac.com |
| Counsel to Ad Hoc RMBS Holder Group | Gibbs & Bruns LLP | Kathy D Patrick Esq & Scott A Humphries Esq | kpatrick@gibbsbruns.com shumphries@gibbsbruns.com |
| Counsel for the Institutional Investors | Gibbs & Bruns, L.L.P. | Kathy D. Patrick | kpatrick@gibbsbruns.com |
| GSE - Ginnie Mae | Ginnie Mae | Ted Tozer | theodore.w.tozer@hud.gov |
| Counsel to Stichting Pensioenfunds ABP, huntington Bancshares Inc, John Hancock Life Insurance Company (U.S.A.), John Hancock Life Insurance Company (U.S.A.) Separate Account 6A & John Hancock Life Insurance Company (U.S.A.) Separate Account 131 | Grant & Eisenhofer PA | Georffrey C Jarvis Matthew P Morris & Deborah A Elman | gjarvis@gelaw.com mpmorris@gelaw.com delman@gelaw.com |
| Counsel to HP Enterprise Services LLC | HP Enterprise Services LLC | Ayala Hassell Esq | ayala.hassell@hp.com |
| Counsel to Financial Guaranty Insurance Company | Jones Day | Carle E Black | ceblack@jonesday.com |
| Counsel to Financial Guaranty Insurance Company | Jones Day | Corinne Ball, Richard L Wynne & Lance E Miller | cball@jonesday.com rlwynne@jonesday.com lemiller@jonesday.com |
| Counsel to the Federal Housing Finance Agency as Conservator of the Federal National Mortgage Association ("Fannie Mae") and the Federal Home Loan Mortgage Corporation | Kasowitz, Benson, Torres & Friedman LLP | Andrew K Glenn, Matthew B Stein, Daniel A Fliman & Nii Amar Amamoo | aglenn@kasowitz.com mstein@kasowitz.com dfliman@kasowitz.com namamoo@kasowitz.com |
| Counsel to US Bank National Association as Indenture Trustee to the Debtors' Prepetition Junior Secured Notes | Kelley Drye & Warren LLP | James S Carr & Eric R Wilson | kdwbankruptcydepartment@kelleydrye.com |
| Counsel to Oakland County Treasurer | Kilpatrick & Associates PC | Richardo I Kilpatrick | ecf@kaalaw.com |
| Counsel to Lone Star U.S. Acquisitions, LLC | King & Spalding LLP | W. Austin Jowers & Paul K. Ferdinands & Thaddeus D. Wilson | thadwilson@kslaw.com ajowers@kslaw.com pferdinands@kslaw.com |
| Counsel to the Equity Security Holders (Ally Financial and Ally Bank) | Kirkland & Ellis | Richard M Cieri | richard.cieri@kirkland.com |
| Counsel to the Ally Financial Inc. & Ally Bank | Kirkland & Ellis LLP | Attn Ray C Schrock & Stephen E Hessler | ray.schrock@kirkland.com richard.cieri@kirkland.com stephen.hessler@kirkland.com projectrodeo@kirkland.com William.b.Solomon@ally.com Timothy.Devine@ally.com john.bellaver@ally.com |
| Counsel to Tracy L Klestadt, in his Capacity as Chapter 7 Trustee of Alliance Mortgage Investments, Inc. and Alliance Bancorp | Klestadt & Winters LLP | Attn Tracy L Klestadt & Joseph C Corneau | tklestadt@klestadt.com jcorneau@klestadt.com |
| Counsel to the Official Committee of Unsecured Creditors | Kramer Levin Naftallis & Frankel LLP | Kenneth H Eckstein, Thomas Moers Mayer & Douglas H Mannal | keckstein@kramerlevin.com tmayer@kramerlevin.com dmannal@kramerlevin.com |
| Counsel to Carrollton-Farmers Branch Independent School District and Lewisville Independent School District | Law Offices of Robert E Luna PC | Andrea Sheehan | sheehan@txschoollaw.com |
| Counsel to City of McAllen, South Texas ISD, South Texas College & Cameron County | Linebarger Goggan Blair & Sampson LLP | Diana W Sanders | austin.bankruptcy@publicans.com |
| Counsel to Dallas County | Linebarger Goggan Blair & Sampson LLP | Elzabeth Weller | dallas.bankruptcy@publicans.com |
| Counsel to Texas Taxing Authorities - Katy ISD, Matagorda County, Cypress-Fairbanks ISD, Tyler County, Cleveland ISD, Fort Bend County, Montgomery County, Harris County, Galveston County, Orange County | Linebarger Goggan Blair & Sampson LLP | John P Dillman Esq | houston_bankruptcy@lgbs.com |
| Counsel to The Union Central Life Insurance Company, Ameritas Life Insurance Corp. and Acacia Life Insurance Company ; and Cambridge Place Investments Management Inc. | Lowenstein Sandler PC | Andrew Behlmann | abehlmann@lowenstein.com |

**Exhibit B**
**Monthly Service List**
**Served via Electronic Mail**

| Party Description | Name | Notice Name | Email |
|---|---|---|---|
| Counsel to The Union Central Life Insurance Company, Ameritas Life Insurance Corp. and Acacia Life Insurance Company ; and Cambridge Place Investments Management Inc. | Lowenstein Sandler PC | Andrew Behlmann | abehlmann@lowenstein.com |
| Counsel to Lead Plaintiff; o The Union Central Life Insurance Company, Ameritas Life Insurance Corp. and Acacia Life Insurance Company ; and Cambridge Place Investments Management Inc. | Lowenstein Sandler PC | Michael S Etkin & Ira M Levee | metkin@lowenstein.com ilevee@lowenstein.com |
| Counsel to Lead Plaintiff; o The Union Central Life Insurance Company, Ameritas Life Insurance Corp. and Acacia Life Insurance Company ; and Cambridge Place Investments Management Inc. | Lowenstein Sandler PC | Michael S Etkin & Ira M Levee | metkin@lowenstein.com ilevee@lowenstein.com |
| Counsel to Manatee County Tax Collector | Manatee County Tax Collector | Susan D Profant & Ken Burton Jr | susanp@taxcollector.com |
| Counsel to GSE - Freddie Mac | McKool Smith | Attn: Paul D. Moak | pmoak@McKoolSmith.com |
| Counsel to Freddie Mac | McKool Smith PC | Michael R Carney | mcarney@mckoolsmith.com |
| Counsel to Freddie Mac | McKool Smith PC | Paul D Moak | pmoak@McKoolSmith.com |
| Counsel to Deutsche Bank Trust Company Americas and Deutsche Bank National Trust Company, as trustees of certain mortgage backed securities trust | Morgan Lewis & Bockius LLP | James L Garrity Jr | jgarrity@morganlewis.com |
| Counsel to Deutsche Bank Trust Company Americas and Deutsche Bank National Trust Company, as trustees of certain mortgage backed securities trust | Morgan Lewis & Bockius LLP | Michael S Kraut | mkraut@morganlewis.com |
| Counsel to Deutsche Bank Trust Company Americas and Deutsche Bank National Trust Company, as trustees of certain mortgage backed securities trust | Morgan Lewis & Bockius LLP | Patrick D Fleming | pfleming@morganlewis.com |
| Counsel to Cal-Western Reconveyance Corporation | Moritt Hock & Hamroff LLP | Leslie Ann Berkoff | lberkoff@moritthock.com |
| Residential Capital LLC | Morris & Foerster LLP | Attn Tammy Hamzehpour | Tammy.Hamzehpour@gmacrescap.com diane.citron@ally.com |
| Counsel to the Independent Directors of the Residential Capital, LLC | Morrison Cohen LLP | Joseph T Moldovan Esq | jmoldovan@morrisoncohen.com bankruptcy@morrisoncohen.com |
| Counsel to Berkshire Hathaway Inc | Munger Tolles & Olson LLP | Seth Goldman | seth.goldman@mto.com |
| Counsel to Berkshire Hathaway Inc | Munger Tolles & Olson LLP | Thomas B Walper | Thomas.walper@mto.com |
| Counsel to Commonwealth of Pennsylvania, Department of Revenue, Bureau of Compliance | Office of Attorney General | Carol E. Momjian | cmomjian@attorneygeneral.gov |
| Office of the New York Attorney General | Office of the NY State Attorney General | Nancy Lord & Neal Mann | Nancy.Lord@OAG.State.NY.US Neal.Mann@OAG.State.NY.US |
| Counsel to Ambac Assurance Corporation | Patterson Belknap Webb & Tyler LLP | David W Dykhouse & Brian P Guiney | dwdykhouse@pbwt.com bguiney@pbwt.com |
| Counsel to Johnson County et al, Richardson ISD | Perdue Brandon Fielder Collins & Mott LLP | c/o Elizabeth Banda Calvo | ebcalvo@pbfcm.com |
| Counsel to 2255 Partners LP | Pillsbury Winthrop Shaw Pittman LLP | Attn Ana N Damonte Esq | ana.damonte@pillsburylaw.com |
| Counsel to Representative Plaintiffs and the Putative Class | Polsinelli Shughart PC | Daniel J Flanigan & Jason A Nagi | dflanigan@polsinelli.com jnagi@polsinelli.com |
| Counsel to Assured Guaranty Municipal Corp | Proskauer Rose LLP | Irena M Goldstein | igoldstein@proskauer.com |
| Counsel to Dallas CPT Fee Owner LP | Proskauer Rose LLP | Scott K Rutsky & Jared D Zajac | srutsky@proskauer.com jzajac@proskauer.com |

**Exhibit B**
**Monthly Service List**
**Served via Electronic Mail**

| Party Description | Name | Notice Name | Email |
|---|---|---|---|
| Counsel to The Prudential Insurance Companu of America, The Gibraltar Life Insurance Company, Ltd., Park Place Commerce Investments, LLC, Prudential Retirement Insurance and Annuity Company, Prudential Annuities Life Insurance Corporation, Pruco Life Insurance Company of New Jersey, Commerce Street Investments, LLC, Institutional Core Bond Fund of the Prudential Trust Company Master Commingled Investment Fund for Tax Exempt Trusts, Institutional Core Plus Bond Fund of the Prudential Trust Company Master Commingled Investment Fund for Tax Exempt Trusts, Pru Alpha Fixed Income Opportunity Master Fund I, L.P., Pruco Life Insurance Company, Prudential Annuities Life Assurance Corporation, Prudential Investment Portfolios 2, Prudential Core Short-Term Bond Fund, Prudential Total Return Bond Fund, Inc., Prudential Trust Company, as Trustee for Prudential Merged Retirement Plan, The Prudential Investment Portfolios, Inc., Asset Allocation Fund, The Prudential Life Insurance Company, Ltd., and The Prudential Series Fund, Diversified Bond Portfolio | Quinn Emanuel Urquhart & Sullivan LLP | Daniel L Brockett & David D Burnett | danbrockett@quinnemanuel.com daveburnett@quinnemanuel.com |
| Counsel to AIG Asset Management (US) LLC | Quinn Emanuel Urquhart & Sullivan LLP | Susheel Kirpalani & Scott C Shelley | susheelkirpalani@quinnemanuel.com scottshelley@quinnemanuel.com |
| Counsel to Lehman Brothers Holdings Inc | Reilly Pozner LLP | Michael A Rollin | mrollin@rplaw.com |
| Counsel to The Union Central Life Insurance Company, Ameritas Life Insurance Corp. and Acacia Life Insurance Company | Robbins Gellar Rudman & Dowd LLP | Christopher M Wood | cwood@rgrdlaw.com |
| Counsel to The Union Central Life Insurance Company, Ameritas Life Insurance Corp. and Acacia Life Insurance Company | Robbins Gellar Rudman & Dowd LLP | Steven W Pepich | stevep@rgrdlaw.com |
| Counsel to Ad Hoc RMBS Holder Group | Ropes & Gray LLP | D Ross Martin Esq & Keith H Wofford Esq | Ross.martin@ropesgray.com keith.wofford@ropesgray.com |
| Counsel for the Institutional Investors | Ropes & Gray LLP | D. Ross Martin | Ross.martin@ropesgray.com |
| Counsel to Samuel I White PC | Samuel I White PC | D Carol Sasser Esq | dsasser@siwpc.com |
| Counsel to Samuel I White PC | Samuel I White PC | Donna J Hall Esq | dhall@siwpc.com |
| Counsel to the City of Union City, New Jersey; and Counsel to Township of Wall | Scarinci & Hollenbeck LLC | Joel R Gluckman Esq | jglucksman@scarincihollenbeck.com |
| Counsel to Liberty Property Limited Partership | Schnader Harrison Segal & Lewis LLP | Barry Bressler & Richard A Barkasy | bbressler@schnader.com rbarkasy@schnader.com |
| Counsel to Liberty Property Limited Partership | Schnader Harrison Segal & Lewis LLP | Benjamin P Deutsch Esq | bdeutsch@schnader.com |
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | Secretary of the Treasury | secbankruptcy@sec.gov |
| Securities and Exchange Commission - New York Regional Office | Securities & Exchange Commission NY Regional Office | George S Canellos Regional Director | secbankruptcy@sec.gov newyork@sec.gov |
| Wells Fargo Bank, N.A., as collateral agent for the Prepetition Junior Secured Notes, as collateral agent for the Prepetition Ally Revolver, and as collateral control agent under the Intercreditor Agreement, dated as June 6, 2008 | Seward & Kissell LLP | Greg S Bateman | bateman@sewkis.com |
| Counsel to US Bank National Association as Securitization Trustee | Seward & Kissell LLP | Ronald L Cohen & Kalyan Das | cohen@sewkis.com das@sewkis.com |
| Counsel to Citibank NA | Shearman & Sterling LLP | Fredric Sosnick & Susan A Fennessey | fsosnick@shearman.com sfennessey@shearman.com |
| Counsel to Nationstar | Sidley Austin LLP | Larry J Nyhan & Jessica CK Boelter | lnyhan@sidley.com jboelter@sidley.com bmyrick@sidley.com |

Exhibit B
Monthly Service List
**Served via Electronic Mail**

| Party Description | Name | Notice Name | Email |
|---|---|---|---|
| Counsel to the administrative agent for the Debtors' proposed providers of debtor in possession financing | Skadden Arps Slate Meagher & Flom LLP | Jonathan H. Hofer | jhofer@skadden.com  nikolay.kodes@skadden.com |
| Counsel to Barclays Bank PLC | Skadden Arps Slate Meagher & Flom LLP | Ken Ziman | ken.ziman@skadden.com |
| Counsel to the administrative agent for the Debtors' proposed providers of debtor in possession financing | Skadden Arps Slate Meagher & Flom LLP | Sarah M Ward | sarah.ward@skadden.com |
| Counsel to Barclays Bank PLC | Skadden Arps Slate Meagher & Flom LLP | Suzanne D T Lovett | suzanne.lovett@skadden.com |
| Counsel to Bank of the West | Stinson Morrison Hecker LLP | Andrew W. Muller | amuller@stinson.com |
| Counsel to Mortgage Electronic Registration Systems Inc and MERSCOPR Inc ("MERS") | Sullivan Hazeltine Allinson LLC | William A Hazeltine Esq | whazeltine@sha-llc.com |
| Counsel for Institutional Investors | Talcott Franklin P.C. | Attn: Talcott J. Franklin | tal@talcottfranklin.com |
| Counsel to TCF National Bank | TCF National Bank | janella J Miller Senior Vice President & Senior Counsel | jmiller@tcfbank.com |
| Member of Official Committee of Unsecured Creditors | The Bank of New York Mellon | Attn Robert H Major Vice President | robert.major@bnymellon.com |
| Securitization Trustee | The Canada Trust Company | Susan Khokher | susan.khokher@tdsecurities.com  kathryn.thorpe@tdsecurities.com  Adam.Parkin@tdsecurities.com  Christopher.stevens@tdsecurities.com |
| Indenture Trustee to the Debtors' Prepetition Junior Secured Notes | U.S. Bank National Association | Attn: George Rayzis | george.rayzis@usbank.com |
| Indenture Trustee to the Debtors' Prepetition Junior Secured Notes | U.S. Bank National Association | Attn: Irina Palchuk | irina.palchuk@usbank.com |
| Member of Official Committee of Unsecured Creditors | U.S. Bank National Association | Attn: Mamta K Scott | mamta.scott@usbank.com |
| Securitization/HELOC Trustee | U.S. Bank National Association | Michelle Moeller | michelle.moeller@usbank.com |
| Securitization/HELOC Trustee | U.S. Bank National Association | Tanver Ashraf, Corporate Trust Services | tanveer.ashraf@usbank.com |
| Counsel to GSE - Ginnie Mae | U.S. Department of Justice | Attn: Glenn D. Gillette | Glenn.Gillett@usdoj.gov |
| Office of the United States Attorney General | U.S. Department of Justice | US Attorney General, Eric H. Holder, Jr. | AskDOJ@usdoj.gov |
| Counsel to the United State of America | United States Attorney's Office for the Southern District of New York civil Division | Attn Joseph Cordaro | joseph.cordaro@usdoj.com |
| Office of the United States Trustee for the Southern District of New York | US Trustee for the Southern District of NY | Tracy Hope Davis, Linda A. Riffkin and Brian S. Masumoto | Tracy.Davis2@usdoj.gov  Linda.Riffkin@usdoj.gov  Brian.Masumoto@usdoj.gov |
| Counsel to Representative Plaintiffs and the Putative Class | Walters Bender Stohbehn & Vaughan PC | J Michael Vaughan & David M Skeens | mvaughan@wbsvlaw.com  dskeens@wbsvlaw.com |
| Securitization/HELOC Trustee | Wells Fargo Bank, N.A. | Kelly Rentz | kelly.j.rentz@wellsfargo.com  Nichlaus.M.Ross@wellsfargo.com  Sharon.Squillario@wellsfargo.com  mary.l.sohlberg@wellsfargo.com |
| Claimant | Wendy Alison Nora | | accesslegalservices@gmail.com |
| Counsel to Wells Fargo as collateral agent for the Prepetition Junior Secured Notes | White & Case LLP | Attn: Gerard Uzzi | guzzi@whitecase.com |
| Securitization Trustee | Wilmington Trust | Jennifer Williams | jwilliams@wilmingtontrust.com  esoriano@wilmingtontrust.com |
| Counsel to the County of Putnam, Department of Finance | Wilson Elser Moskowitz Edelman & Dicker LLP | Attn David L Tillem | david.tillem@wilsonelser.com |
| Counsel to GSE - Fannie Mae | Winston & Strawn LLP | Attn: David Neier | dneier@winston.com |
| Counsel to Federal National Mortgage Association | Winston & Strawn LLP | David Neier, Carey D Schreiber & Alan Moskowitz | dneier@winston.com  cschreiber@winston.com  almoskowitz@winston.com |
| Counsel to The Western and Southern Life Insurance Company et al | Wollmuth Maher & Deutsch LLP | Attn James N Lawlor | jlawlor@wmd-law.com |
| Counsel to The Western and Southern Life Insurance Company et al | Wollmuth Maher & Deutsch LLP | Attn Paul R DeFilippo & Steven S Fitzgerald | pdefilippo@wmd-law.com  sfitzgerald@wmd-law.com |
| Counsel to National Credit Union Administration Board, as Liquidating Agent of U.S. Central Federal Credit Union, Western Corporate Federal Credit Union, Members United Corporate Federal Credit Union, Southwest Corporate Federal Credit Union and Constitution Corporate Federal Credit Union | Zuckerman Spaeder LLP | Graeme W. Bush & Nelson C. Cohen & Laura E. Neish | gbush@zuckerman.com  ncohen@zuckerman.com  lneish@zuckerman.com |

**Exhibit B**
**Monthly Service List**
**Served via Electronic Mail**

| Party Description | Name | Notice Name | Email |
|---|---|---|---|
| Counsel to National Credit Union Administration Board, as Liquidating Agent of U.S. Central Federal Credit Union, Western Corporate Federal Credit Union, Members United Corporate Federal Credit Union, Southwest Corporate Federal Credit Union and Constitution Corporate Federal Credit Union | Zuckerman Spaeder LLP | Graeme W. Bush & Nelson C. Cohen & Laura E. Neish | gbush@zuckerman.com ncohen@zuckerman.com lneish@zuckerman.com |

# **Exhibit C**

**Exhibit C**
**Parties with Filed Objections**
**Served via First Class Mail**

| Name | Notice Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Allen Matkins Leck Gamble Mallory & Natsis LLP | Michael S Greger, Ivan M Gold & Richard M Dinets | 1900 Main St 5th Fl | | Irvine | CA | 92614 |
| Alston & Bird LLP | Martin G Bunin Esq, Craig E. Freeman & William Hao | 90 Park Ave | | New York | NY | 10016 |
| Alston & Bird LLP | Martin G Bunin Esq, Craig E. Freeman & William Hao | 90 Park Ave | | New York | NY | 10016 |
| Dechert LLP | Glenn E Siegel, Hector Gonzalez, Brian E Greer & Mauricio A Espana | 1095 Avenue of the Americas | | New York | NY | 10036-6797 |
| Duane Morris LLP | Gerald S Catalanello Esq & James J Vincequerra Esq | 1540 Broadway | | New York | NY | 10036 |
| Duane Morris LLP | Gerald S Catalanello Esq & James J Vincequerra Esq | 1540 Broadway | | New York | NY | 10036 |
| Freddie Mac | Kenton W Hambrick Associate General Counsel | M/S202 | 8200 Jones Branch Dr | McLean | VA | 22102 |
| Jackson Walker LLP | Patricia B. Tomasco | SDNY PT0899 | 100 Congress Avenue Ste 1100 | Austin | TX | 78701 |
| King & Spalding LLP | Scott Davidson | 1185 Avenue of the Americas | | New York | NY | 10036 |
| King & Spalding LLP | W. Austin Jowers & Paul K. Ferdinands & Thaddeus D. Wilson | 1180 Peachtree Street N.E. | | Atlanta | GA | 30309 |
| McKool Smith PC | Michael R Carney | One Bryant Park 47th Fl | | New York | NY | 10036 |
| McKool Smith PC | Paul D Moak | 600 Travis St., Suite 7000 | | Houston | TX | 77002 |
| Meyer Suozzi English & Klein | Alan Marder | 990 Stewart Aveue Ste 300 | PO Box 9194 | Garden City | NY | 11530 |
| Morgan Lewis & Bockius LLP | James L Garrity Jr & John C. Goodchild, III | 101 Park Ave | | New York | NY | 10178-0600 |

**Exhibit C**
**Parties with Filed Objections**
**Served via First Class Mail**

| Name | Notice Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Munger Tolles & Olson LLP | Thomas B Walper, Seth Goldman & Bradley R Schneider | 355 S Grand Ave | | Los Angeles | CA | 90071 |
| Patrick J Hopper | | 220 McCartney Dr | | Moon Twp | PA | 15108 |
| Seward & Kissell LLP | Ronald L Cohen & Arlene R. Alves | One Battery Park Plaza | | New York | NY | 10004 |
| Seward & Kissell LLP | Ronald L Cohen & Arlene R. Alves | One Battery Park Plaza | | New York | NY | 10004 |
| Sidley Austin LLP | John Hutchinson | 787 Seventh Ave | | New York | NY | 10019 |
| The Michelson Law Firm | Robert N. Michelson | Broadway Ste 615 | | New York | NY | 10004 |
| Wendy Alison Nora | | 210 Second St NE | | Minneapolis | MN | 55413 |
| Winston & Strawn LLP | David Neier, Carey D Schreiber & Alan Moskowitz | 200 Park Avenue | | New York | NY | 10166-4193 |
| Winston & Strawn LLP | James Donnell & Christopher C Costello | 200 Park Avenue | | New York | NY | 10166 |

# **Exhibit D**

Exhibit D
**Contract Counter Parties, Interested Parties & Lienholders**
Served via First Class Mail

| Name | Notice Name | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| ALLY BANK | | 6985 UNION PARK CENTER | | MIDVALE | UT | 84047 | |
| Ameriland llc | | 8400 Normandale Lake Blvd. | Suite 350 | Minneapolis | MN | 55423 | |
| ASPEN FUNDING CORP | | 31 WEST 52ND STREET | | New York | NY | 10019 | |
| BANK FINANCIAL, F. S. B. | | 15W060 NORTH FRONTAGE ROAD | | BURR RIDGE | IL | 60527 | |
| BANK OF AMERICA, N.A. as Administrative Agent | | 901 MAIN STREET | | Dallas | TX | 75202 | |
| Bank of New York as Indenture Trustee | | 101 Barclay Street | 8 West | New York | NY | 10286 | |
| Bank of New York Trust Company | | 700 Flowers Street 2nd Floor | | Los Angeles | CA | 90017 | |
| Bank of New York Trust Company, NA | | 2 North La Salle Street | Suite 1020 | Chicago | IL | 60606 | |
| Bank One NA Indenture Trustee | | 153 West 51st Street 6th Floor | | New York | NY | 10019 | |
| Bank One, NA | | 1 Bank One Plaza Suite IL-1-0481 | | Chicago | IL | 60670 | |
| BANKERS TRUST COMPANY | | 1761 EAST ST. ANDREWS PLACE | | Santa Ana | CA | 92705-4934 | |
| BARCLAYS BANK PLC-200 CEDAR KNOLLS ROAD, WHIPPANY, NJ, 07981 | | BARCLAYS BANK PLC | 200 CEDAR KNOLLS ROAD | WHIPPANY | NJ | 07981 | |
| BEAR STEARNS MORTGAGE CAPITAL Corporation | | 383 MADISON AVENUE | | New York | NY | 10179 | |
| BMMZ HOLDINGS LLC | | 1100 VIRGINIA DRIVE | | FORT WASHINGTON | PA | 19034 | |
| Centerbridge Partners, L.P. | | 375 Park Avenue, 12th Floor | | New York | NY | 10152-0002 | |
| Cerberus Capital Management, L.P. | | 875 Third Avenue | | New York | NY | 10022 | |
| CISCO SYSTEMS CAPITAL CORPORATION | | 170 W. TASMAN DRIVE MS SJ13-3 | | San Jose | CA | 95134 | |
| CITIBANK, N. A. | | 390 GREENWICH STREET | | New York | NY | 10013 | |
| Citigroup Global Markets Realty Corp | | 390 Greenwich Street | 6th Floor | New York | NY | 10013 | |
| COMERICA BANK | | 75 E. TRIMBLE ROAD | MC 4770 | San Jose | CA | 95131 | |
| CREDIT SUISSE FIRST Boston, New York Branch | | 11 Madison Avenue | | New York | NY | 10010 | |
| CSI Leasnig | | 9990 Old Olive Street Road | Suite 101 | St. Louis | MO | 63141 | |
| DB STRUCTURED PRODUCTS, INC. | | 31 WEST 52ND STREET | | New York | NY | 10019 | |
| DE LAGE LANDEN FINANCIAL SERVICES, INC | | 1111 OLD EAGLE SCHOOL ROAD | | Wayne | PA | 19087 | |
| Deutche Bank Trust Company Americas | | 1761 East St. Andrews Place | | Santa Ana | CA | 92701 | |
| Developers of hidden springs llc | | 8400 Normandale Lake Blvd. | Suite 350 | Minneapolis | MN | 55423 | |
| EATON, DAIRUS BILLY , JR | | 4014-H BATTLEGROUND AVE #326 | | GREENSBORO | NC | 27410 | |
| Equity Investments IV | | One Meridian Crossings | Suite 100 | Minneapolis | MN | 55423 | |
| Fannie Mae | | 3900 WISCONSIN AVENUE NW | | Washington | DC | 20016 | |

Exhibit D
Contract Counter Parties, Interested Parties & Lienholders
Served via First Class Mail

| Name | Notice Name | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| FANNIE MAE | | C/O AMERISPHERE MULTIFAMILY FINACE L.L. C., ONE PACIFIC PLACE SUITE 130, | 1125 SOUTH 103RD STREET | Washington | DC | 20016 | |
| FIRST BANK OF HIGHLAND PARK | | 1835 FIRST STREET | | HIGHLAND PARK | IL | 60035 | |
| FOREIGN OBLIGATIONS EXPORT, INC. | | ELIZABETHAN SQUARE | P.O. BOX 1984 | GEORGE TOWN | | | CAYMAN ISLAND BWI |
| GMAC BANK | | 6985 UNION PARK CENTER; SUITE 435 | | MIDVALE | UT | 84047 | |
| GMAC COMMERCIAL FINANCE LLC | | 1290 AVENUE OF THE AMERICAS | 3rd Floor | New York | NY | 10104 | |
| GMAC llc | | 200 Renaissance Center | | Detroit | MI | 48265 | |
| GMAC Mortgage Servicer Advance Funding | | P.O. Box 1093 GT Queensgate House | South Church Street | Grand Cayman | | | Cayman Islands |
| GMACM Home Equity Loan Trust 2004-HE3 | | Rodney Square North | 1100 N. Market Street | Wilmington | DE | 19890 | |
| GMACM HOME EQUITY LOAN TRUST 2005-HE2 | | C/O WILMINGTON TRUST COMPANY 1100 | NORTH MARKET STREET | Wilmington | DE | 19890 | |
| GMACM Home Loan Trust 2001-HLTV1 | | Rodney Square North | 1100 N. Market Street | Wilmington | DE | 19890 | |
| GMACM MORTGAGE LOAN TRUST 2010-1 | | 1100 NORTH MARKET STREET | | WILMINGTON | DE | 19890 | |
| GOLDMAN SACHS MORTGAGE COMPANY | | 200 West Street | | New York | NY | 10282 | |
| HOME LOAN TRUST 2000-HLI | | RODNEY SQUARE NORTH | 1100 N. MARKET STREET | Wilmington | DE | 19801 | |
| JP Morgan Chase Bank Indenture Trustee | | 4 New York Plaza | 6th Floor | New York | NY | 10004 | |
| JP Morgan Chase Bank NA Indenture Trustee | | 227 West Monroe Street | 26th Floor | Chicago | IL | 60606 | |
| JPMORGAN CHASE BANK, NATIONAL ASSOCIATION | | 270 PARK AVENUE 10TH FLOOR | | New York | NY | 10017 | |
| KARABA, SHARON VALERIE | | 25425 SHANNON DRIVE | | MANHATTAN | IL | 60422 | |
| LASALLE BANK NATIONAL ASSOCIATION as Trustee | | 135 S LASALLE STREET | SUITE 1511 | Chicago | IL | 60603 | |
| NEWPORT FUNDING CORP. | | 31 WEST 52ND STREET | | New York | NY | 10019 | |
| Ocwen Financial Corporation | | 2711 Centerville Road, Suite 400 | | Wilmington | DE | 19808 | |
| ONYX CAPITAL, L. L. C. | | 3830 N. MANEY | | OKLAHOMA CITY | OK | 73112 | |
| RALI 2006-QA8 NIMS LTD | | P.O. BOX 1093 GT, QUEENSGATE HOUSE | SOUTH CHURCH STREET | GEORGE TOWN | | | Cayman Islands |
| RAMP NIM 2005-NM2 TRUST | | RODNEY SQUARE NORTH | 1100 N. MARKET STREET | Wilmington | DE | 19801 | |
| RASC NIM 2003-NT4 TRUST | | RODNEY SQUARE NORTH | 1100 N. MARKET STREET | Wilmington | DE | 19801 | |
| SHEFFIELD RECEIVABLES CORPORATION | | 200 PARK AVENUE | | New York | NY | 10166 | |
| SHERMAN ORIGINATOR LLC | | 200 MEETING STREET | STE. 206 | Charleston | SC | 29401 | |
| SOMERSET CAPITAL GROUP, LTD | | 1087 BROAD STREET | SUITE 301 | BRIDGEPORT | CT | 06604 | |
| STANWICH MORTGAGE ACQUISITION COMPANY, LLC | | SEVEN GREENWICH OFFICE PARK | 599 WEST PUTNAM AVENUE | Greenwich | | CT | 06830 | |

**Exhibit D**
**Contract Counter Parties, Interested Parties & Lienholders**
**Served via First Class Mail**

| Name | Notice Name | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| STANWICH MORTGAGE ACQUISITION COMPANY, LLC | | SEVEN GREENWICH OFFICE PARK | 599 WEST PUTNAM AVENUE | Greenwich | CT | 06830 | |
| TECHNOLOGY INVESTMENT PARTNERS LLC | | 40950 WOODWARD AVENUE | SUITE 201 | BLOOMFIELD HILLS | MI | 48304 | |
| The Bank of New York Mellon as Indenture Trustee | | 101 Barclay Street | 8 West | New York | NY | 10286 | |
| The Bank of New York Mellon Trust Company as Trustee | | 2 North La Salle Street | Suite 1020 | Chicago | IL | 60606 | |
| THE CHASE MANHATTAN BANK | | 4 METROTECH CENTER | | Brooklyn | NY | 11245 | |
| US Bank NA | | EP-MN-WS3D, Livingston Avenue | | St. Paul | MN | 55107 | |
| VALLARIO, LYNN MARIE | | C/O P.O. BOX 67 | | WALLED LAKE | MI | 48390 | |
| Walnut Grove | | 4 Walnut Grove Drive | | Horsham | PA | 19044-2477 | |
| Wells fargo as first priority | | 625 Marquette Avenue | N9311 110 | Minneapolis | MN | 55479 | |
| Wells fargo as second priority | | 625 Marquette Avenue | N9311 110 | Minneapolis | MN | 55479 | |
| Wells fargo as third priority | | 625 Marquette Avenue | N9311 110 | Minneapolis | MN | 55479 | |
| Wells Fargo Bank, N.A., as Collateral Control Agent | | 45 Broadway | 14111 Floor | New York | NY | 10006 | |
| Wells Fargo Bank, N.A., not in its individual capacity but solely as Indenture Trustee | | 9062 Old Annapolis Road | | Columbia | MD | 21045-1951 | |
| Wells Fargo NA (GA) | | 2500 Northwinds Parkway | Suite 200 | Alpharetta | GA | 30009 | |
| WESTLB AG, NEW YORK BRANCH, AS' AGENT | | 1211 AVENUE OF THE AMERICAS | | New York | NY | 10036 | |
| WILMINGTON TRUST COMPANY as owner trustee for the Home Loan Trust 1998-HI2 | | 1100 NORTH MARKET STREET RODNEY SQUARE NORTH | | WILMINGTON | DE | 19801 | |
| WINEMILLER, LARRY DEAN | | 25425 SHANNON DRIVE | | MANHATTAN | IL | 60422 | |