Wendy Alison Nora                                                                       Hearing Date: July 10, 2012
210 Second Street NE
Minneapolis, Minnesota 55413
Telephone: (612) 333-4144
Facsimile: (612) 886-2444
E-mail: accesslegalservices@gmail.com
*admitted pro hac vice*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

_____

RESIDENTIAL CAPITAL, LLC                                Chapter 11
a/k/a RESIDENTIAL CAPITAL CORPORATION         Case No. 12-12020-mg
1177 Avenue of the Americas                             Jointly Administered
New York, New York 10036
     Debtor

_____

NOTICE OF LIMITED APPEARANCE FOR PROSPECTIVE CLAIMANT RAY ELLIOTT OF
RAPID CITY, SOUTH DAKOTA

_____

**PLEASE TAKE NOTICE** that Wendy Alison Nora, admitted to practice before this Court in the above-captioned consolidated proceedings *pro hac vice*, and enters her limited appearance for prospective Claimant Ray Elliott of Sioux Falls, South Dakota, to allow him to be heard on July 10, 2012 on the matter of the Debtors' request for modification of the automatic stay to allow foreclosure proceedings to continue throughout the United States while limiting monetary compensation, recoupment and offset of counterclaims to approval thereof by this Court while the estate is in the process of being liquidated in favor of priority and secured Claimants. Ray Elliott joins in the Objection of Attorney Wendy Alison Nora in her capacity as Claimant Wendy Alison Nora, now pending before the Court, because he was never given notice of these proceedings in any form or manner and was, in fact, intentionally mislead as to his rights

by a form letter which he received from GMAC Mortgage, LLC which affirmatively advised him of these proceedings and that he need not take any action with respect to these proceedings. No conflict of interest currently exists between Wendy Alison Nora in her capacity as Claimant and Ray Elliott, as her client for this limited appearance, because their interests are identical and Ray Elliott is among the tens of thousands of homeowners who are subject to foreclosure proceedings throughout this nation in which one of more of the consolidated Debtors relies upon forged documents to attempt to seize his home located in Rapid City, South Dakota and listed as a matter in litigation on the Statement of Financial Affairs filed by Debtor GMAC Mortgage, LLC Document 600, page 342 (page 317 of 524 pages displaying numerous cases on each page as the attachment to Debtor GMAC Mortgage, LLC's response to Question 14 of the Statement of Financial Affairs.)

Dated at Minneapolis, Minnesota this 10th day of July, 2012.

/s/ Wendy Alison Nora
_____
Wendy Alison Nora
210 Second Street NE
Minneapolis, Minnesota 55413
(612) 333-4144
FAX (612) 886-2444
accesslegalservices@gmail.com