UNITED STATES BANKRUPTCY COURT
FOR THE
SOUTHERN DISTRICT OF NEW YORK

                                         Chapter 11 Case No. 12-12020
                                         Jointly Administered

_____
                                         )
In re Residential Capital, LLC, eta al.,     )
                                         )
      Debtor.      ,                   )
                                         )
_____

## MOTION FOR ADMISSION TO PRACTICE, PRO HAC VICE

    I, the undersigned, Jonathan D. Crowley, Esq., hereby request admission, *pro hac vice*, before the Honorable Martin Glenn, to represent Maurice M. LoVuolo, debtor in Chapter 13 #11-15227 (District of Massachusetts), who is an asserted creditor of Debtor's affiliated entities: RESIDENTIAL FUNDING CO., LLC,, and, GMAC MORTGAGE, LLC.

    I do hereby certify that I am a member in good standing of the bar of the State of Massachusetts and the bar of the United States District Court for the District of Massachusetts.

    I have submitted the filing fee of $200.00 with this motion for pro hac vice admission.

                                    Attested to under oath & respectfully submitted,

                                    /s/Jonathan D. Crowley_____
                                    Jonathan D. Crowley, Esq. (BBO#641357)
                                    1955 Mass. Ave., Ste. 1
                                    Cambridge, MA 02140
                                    617/842-1744        jcrowley-esq@hotmail.com

Dated:  July 9, 2012

UNITED STATES BANKRUPTCY COURT
FOR THE
SOUTHERN DISTRICT OF NEW YORK

                Chapter 11 Case No. 12-12020
                Jointly Administered

|  |  |
|---|---|
| In re Residential Capital, LLC, eta al., | ) ) ) |
| Debtor.    , | ) ) |

ORDER GRANTING MOTION FOR ADMISSION TO PRACTICE, PRO HAC VICE

Upon the motion of Jonathan D. Crowley, Esq., for admission, *pro hac vice*, to represent Maurice M. LoVuolo, creditor in the above captioned matter ("Client"), and upon movant's certification that he is a member in good standing of the bar of the State of Massachusetts and the bar of the United States District Court for the District of Massachusetts, it is hereby ORDERED that Jonathan D. Crowley, Esq. (BBO#641357), is admitted to practice, *pro hac vice,* in the above case to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided the filing fee of $200.00 has been paid.

                _____
                MARTIN GLENN
                United States Bankruptcy Judge

Dated: July __, 2012
New York, NY