Wendy Alison Nora                                          Hearing Date: July 10, 2012
210 Second Street NE
Minneapolis, Minnesota 55413
Telephone: (612) 333-4144
Facsimile: (612) 886-2444
E-mail: accesslegalservices@gmail.com
*admitted pro hac vice*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

___

| | |
|---|---|
| RESIDENTIAL CAPITAL, LLC | Chapter 11 |
| a/k/a RESIDENTIAL CAPITAL CORPORATION | Case No. 12-12020-mg |
| 1177 Avenue of the Americas | Jointly Administered |
| New York, New York 10036 | |
| Debtor | |

___

NOTICE OF LIMITED APPEARANCE FOR PROSPECTIVE CLAIMANT PAUL PAPAS OF PHOENIX, ARIZONA

___

**PLEASE TAKE NOTICE** that Wendy Alison Nora, admitted to practice before this Court in the above-captioned consolidated proceedings *pro hac vice*, and enters her limited appearance for pending Claimant Paul Papas of Phoenix, Arizona, to allow him to be heard on July 10, 2012 on the matter of the Debtors' request for modification of the automatic stay to allow foreclosure proceedings to continue throughout the United States while limiting monetary compensation, recoupment and offset of counterclaims to approval thereof by this Court while the estate is in the process of being liquidated in favor of priority and secured Claimants. Paul Papas joins in the Objection of Attorney Wendy Alison Nora in her capacity as Claimant Wendy Alison Nora, now pending before the Court. No conflict of interest currently exists between Wendy Alison Nora in her capacity as Claimant and Paul Papas, as her client for this limited

1

appearance, because their interests are identical. Paul Papas holds recorded claims and/or lis pendens on 120 parcels of real estate in Massachusetts and Arizona (and in other states) in which some of the Debtors claim an interest. He opposes the modification of the automatic stay requested by the Debtors whereby they can choose, in their own discretion, to proceed in litigation or to shield themselves with the automatic stay. Furthermore, he opposes the Debtors' efforts to empty the estate of valuable assets in favor of their priority and secured payment scheme.

Dated at Minneapolis, Minnesota this 10th day of July, 2012.

/s/ Wendy Alison Nora
_____
Wendy Alison Nora
210 Second Street NE
Minneapolis, Minnesota 55413
(612) 333-4144
FAX (612) 886-2444
accesslegalservices@gmail.com