UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re:                                                         :    Chapter 11
                                                               :
RESIDENTIAL CAPITAL, LLC, et al.,                              :    Case No: 12-12020 (MG)
                                                               :
                                Debtors.                       :    Jointly Administered
---------------------------------------------------------------x

### NOTICE REQUEST PURSUANT TO FED. R. BANKR. P. 2002

PLEASE TAKE NOTICE that request is made by counsel for Wells Fargo Bank, N.A. ("Wells Fargo"), a creditor and party-in-interest with respect to its servicing and sub-servicing agreements with the Debtors[1] in the above-referenced case, in accordance with 11 U.S.C. § 1109(b) and Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure ("Rules"), that all papers pleadings, motions and applications served or required to be served in these cases, be given to and electronically served upon:

> **GIBBONS P.C.**
> Attn: Jeffrey S. Berkowitz, Esq.
> One Pennsylvania Plaza
> 37th Floor
> New York, New York 10119-3701
> Telephone: (212) 613-2000
> Facsimile: (212) 290-2018
> E-mail: jberkowitz@gibbonslaw.com

> - and -

> **GIBBONS P.C.**
> Attn: Karen A. Giannelli, Esq.
> One Gateway Center
> Newark, New Jersey 07102-5310
> Telephone: (973) 596-4500
> Facsimile: (973) 596-0545
> E-mail: kgiannelli@gibbonslaw.com

---

[1] This Notice Request does not cover service of pleadings upon Wells Fargo Bank, N.A. in its corporate trust roles as collateral agent under various financing agreements.

- and -

Kristi Garcia, Esq.
Senior Counsel, Wells Fargo Law Department
MAC T7405-010
4101 Wiseman Boulevard
San Antonio, Texas 78251
Telephone:  (210) 543-5747
Facsimile:  (210) 543-3015
E-mail:  kristi.garcia@wellsfargo.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and the papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint of demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, e-mail, delivery, telephone, telegraph, telex, or otherwise, which may affect or seek to affect in any way any rights or interests of creditors with respect to the debtor or any related entity, or property or proceeds thereof in which the debtor may claim an interest.

PLEASE TAKE FURTHER NOTICE that this appearance and request for notice is made without prejudice to the Wells Fargo's rights, remedies and claims against other entities.  All rights, remedies and claims are hereby expressly reserved, including without limitation, the making of a motion seeking abstention or withdrawal of the case or a proceeding therein.

PLEASE TAKE FURTHER NOTICE that in accordance with Case Management Procedures [Docket No. 141] in this case, the undersigned certifies that a copy of this Notice Request has been served by United States first-class mail, postage prepaid and electronic mail on the following:

2

**MORRISON & FOERSTER LLP**
1290 Avenue of the Americas
New York, New York 10104
Attn:  Larren Nashelskly, Esq.
        Gary S. Lee, Esq.
        Lorenzo Marinuzzi, Esq.
E-mail:   lnashelskly@mofo.com
          glee@mofo.com
          lmarinuzzi@mofo.com
*Counsel to the Debtors*

- and -

Residential Capital, LLC
C/O **KURTZMAN CARSON CONSULTANTS, LLC**
2335 Alaska Avenue
El Segundo, California 90245
E-mail:   rescapinfo@kccllc.com
*Noticing Agent*

Dated:  July 10, 2012
        New York, New York

**GIBBONS P.C.**

/S/ JEFFREY S. BERKOWITZ
Jeffrey S. Berkowitz, Esq.
One Pennsylvania Plaza
37th Floor
New York, New York 10119-3701
Telephone:  (212) 613-2000
Facsimile:  (212) 290-2018
E-mail:  jberkowitz@gibbonslaw.com

- and -

Karen A. Giannelli, Esq.
One Gateway Center
Newark, New Jersey 07102-5310
Telephone:  (973) 596-4500
Facsimile:  (973) 596-0545
E-mail:  kgiannelli@gibbonslaw.com

3