**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: <br><br> **RESIDENTIAL CAPITAL, LLC, et al.,** <br><br> **Debtors.** | Chapter 11 <br><br> Case No. 12-12020-MG <br><br> Jointly Administered |

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Walter J. Ashbrook, to be admitted, *pro hac vice*, to represent OneWest Bank, (the "Client""), a secured creditor in the above-referenced cases, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Arizona and the bar of the United States District Court for the District of Arizona, it is hereby

ORDERED, that Walter J. Ashbrook, Esq., is admitted to practice, *pro hac vice* in the above-referenced cases to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: **July 11, 2012**
    New York, New York

                                    _____/s/Martin Glenn_____
                                        MARTIN GLENN
                                        United States Bankruptcy Judge