**QUINN EMANUEL URQUHART
  & SULLIVAN, LLP**
Susheel Kirpalani
Scott C. Shelley
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone:  (212) 849-7000
Telecopier: (212) 849-7100

*Counsel for AIG Asset Management (U.S.), LLC*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) |
| | ) |
| RESIDENTIAL CAPITAL, LLC, et al. | ) Chapter 11 |
| | ) |
| | ) Case No. 12-12020 (MG) |
| Debtors. | ) |
| | ) (Jointly Administered) |
| | ) |

**NOTICE OF PRESENTMENT BY AIG ASSET MANAGEMENT (U.S.), LLC OF
PROPOSED ORDER APPROVING SPECIFIED INFORMATION BLOCKING
PROCEDURES AND PERMITTING TRADING OF CLAIMS AGAINST
THE DEBTORS UPON ESTABLISHMENT OF A SCREENING WALL**

PLEASE TAKE NOTICE that upon the accompanying motion, the undersigned will present the annexed form of order permitting trading of claims by AIG Asset Management (U.S.), LLC upon the establishment of an ethical wall (the "Order") to the Honorable Martin Glenn, United States Bankruptcy Judge, for approval and signature on July 17, 2012 at 10:00 a.m. (prevailing Eastern Time).

PLEASE TAKE FURTHER NOTICE that objections, if any, to the relief requested in the Order shall be in writing, shall conform to the Federal Rules of Bankruptcy Procedure (the

01456.62468/4823810.1

"Bankruptcy Rules") and the Local Rules of the Bankruptcy Court for the Southern District of New York, shall set forth the name of the objecting party, the basis for the objection and the specific grounds thereof, shall be filed with the Bankruptcy Court electronically in accordance with General Order M-399 (which can be found www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's case filing system and by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format (with two hard copies delivered directly to Chambers), and shall be served upon: (i) the chambers of the Honorable Martin Glenn ("Chambers"), United States Bankruptcy Court, One Bowling Green, New York, New York 10004, Courtroom 501; (ii) counsel for AIG Asset Management (U.S.), LLC, Quinn Emanuel Urquhart & Sullivan, LLC, 51 Madison Avenue, New York, New York 10010, Attn: Susheel Kirpalani, Esq. and Scott C. Shelley, Esq.; (iii) proposed counsel for the Debtors, Morrison & Foerster LLP, 1290 Avenue of the Americas, New York, NY 10104, Attn: Larren M. Nashelsky, Esq. and Lorenzo Marinuzzi, Esq.; (iv) proposed counsel for the official committee of unsecured creditors, Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, New York 10036, Attn: Kenneth Eckstein and Douglas Mannal; and (v) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004, Attn: Brian S. Masumoto, Esq., so as to be filed and received no later than July 16, 2012, at 4:00 p.m. (prevailing Eastern Time) (the "Objection Deadline").

*[signature page follows]*

Dated: July 11, 2012
      New York, New York

          **QUINN EMANUEL URQUHART & SULLIVAN, LLP**

          /s/ Scott C. Shelley
          Susheel Kirpalani
          Scott C. Shelley
          51 Madison Avenue, 22nd Floor
          New York, New York 10010
          Telephone: (212) 849-7000
          Facsimile: (212) 849-7100

          *Counsel for AIG Asset Management (U.S.), LLC*