MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:  (212) 468-8000
Facsimile:  (212) 468-7900
Larren M. Nashelsky
Gary S. Lee
Lorenzo Marinuzzi

*Proposed Counsel for the Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**PROPOSED AGENDA FOR MATTERS SCHEDULED
TO BE HEARD ON JULY 13, 2012 AT 10:00 A.M. (EST)**

Location of Hearing:  United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, Courtroom 501, One Bowling Green, New York, NY 10004-1408

**I.    ADJOURNED MATTERS**

**1.**    Debtors' Application for Order Under Bankruptcy Code Sections 327(a) and 328(a) Authorizing Employment and Retention of Centerview Partners LLC as Investment Banker [Docket No. 507]

**Related Documents**:

**a.**    Notice of July 13, 2012 Hearing [Docket No. 516]

**Responses Received**:

**a.**    Omnibus Objection of the United States Trustee to Applications for Separate Orders Authorizing the Employment and Retention of (i) Morrison & Foerster LLP as Bankruptcy Counsel; (ii) Centerview Partners LLC as Investment Banker; (iii) Carpenter Lipps & Leland LLP as Special

ny-1047515

    Litigation Counsel; (iv) Dorsey & Whitney LLP as Special Securitization and Investigatory Counsel; (v) Orrick, Herrington & Sutcliffe LLP as Special Securitization Transactional and Litigation Counsel; (vi) Mercer (US) Inc. as Compensation Consultant; (vii) Rubenstein Associates, Inc. as Corporate Communications Consultant; (viii) FTI Consulting, Inc. as Financial Advisor; (ix) Curtis, Mallet-Prevost, Colt & Mosle LLP as Conflicts Counsel; (x) Moelis & Company LLC as Investment Banker; (xi) AlixPartners LLP as Financial Advisor; and (xii) Professionals Used in the Ordinary Course of Business [Docket No. 703]

  **b.**  Statement and Reservation of Rights of the Official Committee of Unsecured Creditors with Respect to the Debtors' Professional Retention Applications [Docket No. 747]

 **Replies:** None.

 **Status**: The hearing on this matter has been adjourned to July 24, 2012.

**2.** Debtors' Application Under Sections 327(a) and 328(a) of the Bankruptcy Code, Bankruptcy Rule 2014(a) and Local Rule 2014-1 for Authorization to Employ and Retain FTI Consulting, Inc. as Financial Advisor *Nunc Pro Tunc* to May 14, 2012 [Docket No. 526]

 **Related Documents**:

  **a.**  Notice of July 13, 2012 Hearing [Docket No. 532]

 **Responses Received**:

  **a.**  Omnibus Objection of the United States Trustee to Applications for Separate Orders Authorizing the Employment and Retention of (i) Morrison & Foerster LLP as Bankruptcy Counsel; (ii) Centerview Partners LLC as Investment Banker; (iii) Carpenter Lipps & Leland LLP as Special Litigation Counsel; (iv) Dorsey & Whitney LLP as Special Securitization and Investigatory Counsel; (v) Orrick, Herrington & Sutcliffe LLP as Special Securitization Transactional and Litigation Counsel; (vi) Mercer (US) Inc. as Compensation Consultant; (vii) Rubenstein Associates, Inc. as Corporate Communications Consultant; (viii) FTI Consulting, Inc. as Financial Advisor; (ix) Curtis, Mallet-Prevost, Colt & Mosle LLP as Conflicts Counsel; (x) Moelis & Company LLC as Investment Banker; (xi) AlixPartners LLP as Financial Advisor; and (xii) Professionals Used in the Ordinary Course of Business [Docket No. 703]

  **b.**  Statement and Reservation of Rights of the Official Committee of Unsecured Creditors with Respect to the Debtors' Professional Retention Applications [Docket No. 747]

 **Replies:** None.

      **Status**:    The hearing on this matter has been adjourned to July 24, 2012.

**3.**    Application Pursuant to Sections 328 and 1103 of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 2014 for an Order to Retain and Employ Moelis & Company LLC as Investment Banker to the Official Committee of Unsecured Creditors, *Nunc Pro Tunc*, to May 16, 2012 [Docket No. 529]

      **Related Documents**:    None.

      **Responses Received**:

      **a.**    Omnibus Objection of the United States Trustee to Applications for Separate Orders Authorizing the Employment and Retention of (i) Morrison & Foerster LLP as Bankruptcy Counsel; (ii) Centerview Partners LLC as Investment Banker; (iii) Carpenter Lipps & Leland LLP as Special Litigation Counsel; (iv) Dorsey & Whitney LLP as Special Securitization and Investigatory Counsel; (v) Orrick, Herrington & Sutcliffe LLP as Special Securitization Transactional and Litigation Counsel; (vi) Mercer (US) Inc. as Compensation Consultant; (vii) Rubenstein Associates, Inc. as Corporate Communications Consultant; (viii) FTI Consulting, Inc. as Financial Advisor; (ix) Curtis, Mallet-Prevost, Colt & Mosle LLP as Conflicts Counsel; (x) Moelis & Company LLC as Investment Banker; (xi) AlixPartners LLP as Financial Advisor; and (xii) Professionals Used in the Ordinary Course of Business [Docket No. 703]

      **Replies**:    None.

      **Status**:    The hearing on this matter has been adjourned to July 24, 2012.

**4.**    Application Pursuant to Sections 328 and 1103 of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 2014 for an Order to Retain and Employ AlixPartners LLP as Financial Advisors to the Official Committee of Unsecured Creditors of the Debtors, *Nunc Pro Tunc*, to May 21, 2012 [Docket No. 530]

      **Related Documents**:    None.

      **Responses Received**:

      **a.**    Omnibus Objection of the United States Trustee to Applications for Separate Orders Authorizing the Employment and Retention of (i) Morrison & Foerster LLP as Bankruptcy Counsel; (ii) Centerview Partners LLC as Investment Banker; (iii) Carpenter Lipps & Leland LLP as Special Litigation Counsel; (iv) Dorsey & Whitney LLP as Special Securitization and Investigatory Counsel; (v) Orrick, Herrington & Sutcliffe LLP as Special Securitization Transactional and Litigation Counsel; (vi) Mercer (US) Inc. as Compensation Consultant; (vii) Rubenstein Associates, Inc. as Corporate Communications Consultant; (viii) FTI Consulting, Inc. as Financial Advisor; (ix) Curtis, Mallet-Prevost, Colt & Mosle LLP as

        Conflicts Counsel; (x) Moelis & Company LLC as Investment Banker; (xi) AlixPartners LLP as Financial Advisor; and (xii) Professionals Used in the Ordinary Course of Business [Docket No. 703]

**Replies**: None.

**Status**: The hearing on this matter has been adjourned to July 24, 2012.

## II. STATUS CONFERENCE

1. Debtors' Motion For Interim And Final Orders Under Bankruptcy Code Sections 105(a) And 363 Authorizing The Debtors To Continue To Perform Under The Ally Bank Servicing Agreements In The Ordinary Course Of Business [Docket No. 47]

   **Related Documents**:

   **a.** Interim Order Pursuant to Sections 105(a) and 363 of the Bankruptcy Code Authorizing the Debtors to Continue to Perform Under the Ally Bank Servicing Agreement in the Ordinary Course of Business [Docket No. 90]

   **b.** Declaration of Matthew Detwiler In Support of Debtors' Ally Servicing Motion [Docket No. 366]

   **c.** Notice of Filing of Amended Proposed Final Order Pursuant to Sections 105(a) and 363 of the Bankruptcy Code Authorizing the Debtors to Continue to Perform Under the Ally Bank Servicing Agreements in the Ordinary Course of Business [Docket No. 398]

   **Responses Received**:

   **a.** Reservation of Rights to Debtors' Motions for Continued Servicing and Origination [Docket No. 218]

   **b.** Limited Objection And Reservation Of Rights Of The Official Committee Of Unsecured Creditors To The Debtors' (I) Origination Motion And (II) Ally Servicing Motion [Docket No. 303]

   **c.** Ally Financial Inc.'s and Ally Bank's Reply to Creditors' Committee's Limited Objection to (A) The Debtors' Motion Authorizing the Debtors to Continue to Perform Under the Ally Bank Servicing Agreement in the Ordinary Course of Business and (B) The Debtors' Origination Motion [Docket No. 385]

   **Filed Replies**:

   **a.** Debtors' Reply to the Limited Objection and Reservation of Rights of the Official Committee of Unsecured Creditors to the Debtors' (I) Origination Motion and (II) Ally Servicing Motion [Docket No. 367]

ny-1047515      4

**Status**:   The status conference on this matter will be going forward.

**III.    UNCONTESTED MATTERS**

**1.**    Debtors' Motion for Order Pursuant to Bankruptcy Code Sections 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [Docket No. 513]

**Related Documents**:

**a.**    Notice of July 13, 2012 Hearing [Docket No. 516]

**Responses Received**:   None.

**Status**:   The hearing on this matter will be going forward.

**2.**    Application Pursuant to Sections 328 and 1103 of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 2014 for an Order to Retain and Employ Kramer Levin Naftalis & Frankel LLP as Counsel to the Official Committee of Unsecured Creditors of the Debtors, *Nunc Pro Tunc*, to May 16, 2012 [Docket No. 528]

**Related Documents**:   None.

**Responses Received**:   None.

**Status**:   The hearing on this matter will be going forward.

**3.**    Debtors' Application Pursuant to 11 U.S.C. § 327(a) and Fed. R. Bankr. P. 2014 for Authorization to Employ and Retain Kurtzman Carson Consultants LLC as Administrative Agent *Nunc Pro Tunc* to the Petition Date [Docket No. 531]

**Related Documents**:

**a.**    Notice of July 13, 2012 Hearing [Docket No. 532]

**Responses Received**:

**a.**    Statement and Reservation of Rights of the Official Committee of Unsecured Creditors with Respect to the Debtors' Professional Retention Applications [Docket No. 747]

**Status**:   The hearing on this matter will be going forward.

**4.**    Debtors' Motion for Order Under Bankruptcy Code Sections 105(a), 327 and 330 and Bankruptcy Rule 2014 Authorizing Employment and Payment of Professionals Utilized in the Ordinary Course of Business *Nunc Pro Tunc* to the Petition Date [Docket No. 514]

**Related Documents**:

a. Notice of July 13, 2012 Hearing [Docket No. 516]

**Responses Received**:

a. Omnibus Objection of the United States Trustee to Applications for Separate Orders Authorizing the Employment and Retention of (i) Morrison & Foerster LLP as Bankruptcy Counsel; (ii) Centerview Partners LLC as Investment Banker; (iii) Carpenter Lipps & Leland LLP as Special Litigation Counsel; (iv) Dorsey & Whitney LLP as Special Securitization and Investigatory Counsel; (v) Orrick, Herrington & Sutcliffe LLP as Special Securitization Transactional and Litigation Counsel; (vi) Mercer (US) Inc. as Compensation Consultant; (vii) Rubenstein Associates, Inc. as Corporate Communications Consultant; (viii) FTI Consulting, Inc. as Financial Advisor; (ix) Curtis, Mallet-Prevost, Colt & Mosle LLP as Conflicts Counsel; (x) Moelis & Company LLC as Investment Banker; (xi) AlixPartners LLP as Financial Advisor; and (xii) Professionals Used in the Ordinary Course of Business [Docket No. 703]

b. Statement and Reservation of Rights of the Official Committee of Unsecured Creditors with Respect to the Debtors' Professional Retention Applications [Docket No. 747]

**Status**: The hearing on this matter will be going forward.

5. Debtors' Application for Order Under Bankruptcy Code Sections 327(a) and 328(a), Bankruptcy Rule 2014(a) and Local Rule 2014-1 Authorizing the Employment and Retention of Curtis, Mallet-Provost, Colt & Mosle LLP as Conflicts Counsel *Nunc Pro Tunc* to the Petition Date [Docket No. 527]

**Related Documents**:

a. Notice of July 13, 2012 Hearing [Docket No. 532]

**Responses Received**:

a. Omnibus Objection of the United States Trustee to Applications for Separate Orders Authorizing the Employment and Retention of (i) Morrison & Foerster LLP as Bankruptcy Counsel; (ii) Centerview Partners LLC as Investment Banker; (iii) Carpenter Lipps & Leland LLP as Special Litigation Counsel; (iv) Dorsey & Whitney LLP as Special Securitization and Investigatory Counsel; (v) Orrick, Herrington & Sutcliffe LLP as Special Securitization Transactional and Litigation Counsel; (vi) Mercer (US) Inc. as Compensation Consultant; (vii) Rubenstein Associates, Inc. as Corporate Communications Consultant; (viii) FTI Consulting, Inc. as Financial Advisor; (ix) Curtis, Mallet-Prevost, Colt & Mosle LLP as Conflicts Counsel; (x) Moelis & Company LLC as Investment Banker; (xi)

| | | |
|---|---|---|
| | | AlixPartners LLP as Financial Advisor; and (xii) Professionals Used in the Ordinary Course of Business [Docket No. 703] |
| | **b.** | Statement and Reservation of Rights of the Official Committee of Unsecured Creditors with Respect to the Debtors' Professional Retention Applications [Docket No. 747] |
| **Status**: | | The hearing on this matter will be going forward. |
| **IV.** | **CONTESTED MATTERS** | |
| **1.** | | Debtors' Application Pursuant to Section 327(a) of the Bankruptcy Code, Bankruptcy Rules 2014 and 2016 and Local Rules 2014-1 and 2016-1, for Entry of an Order Authorizing the Retention and Employment of Morrison & Foerster LLP as Bankruptcy Counsel to the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No. 506] |

        **Related Documents**:

        **a.**    Notice of July 13, 2012 Hearing [Docket No. 516]

        **b.**    Supplemental Declaration of Larren M. Nashelsky in Further Support of Debtors' Application for Entry of an Order Pursuant to Section 327(a) of the Bankruptcy Code and Bankruptcy Rules 2014 and 2016 Authorizing the Retention and Employment of Morrison & Foerster LLP as Bankruptcy Counsel to the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No. 740]

        **Responses Received**:

        **a.**    Omnibus Objection of the United States Trustee to Applications for Separate Orders Authorizing the Employment and Retention of (i) Morrison & Foerster LLP as Bankruptcy Counsel; (ii) Centerview Partners LLC as Investment Banker; (iii) Carpenter Lipps & Leland LLP as Special Litigation Counsel; (iv) Dorsey & Whitney LLP as Special Securitization and Investigatory Counsel; (v) Orrick, Herrington & Sutcliffe LLP as Special Securitization Transactional and Litigation Counsel; (vi) Mercer (US) Inc. as Compensation Consultant; (vii) Rubenstein Associates, Inc. as Corporate Communications Consultant; (viii) FTI Consulting, Inc. as Financial Advisor; (ix) Curtis, Mallet-Prevost, Colt & Mosle LLP as Conflicts Counsel; (x) Moelis & Company LLC as Investment Banker; (xi) AlixPartners LLP as Financial Advisor; and (xii) Professionals Used in the Ordinary Course of Business [Docket No. 703]

        **b.**    Statement and Reservation of Rights of the Official Committee of Unsecured Creditors with Respect to the Debtors' Professional Retention Applications [Docket No. 747]

**Replies:**

    **a.**    Debtors' Omnibus Reply to Objections to Debtors' Applications to Retain and Employ Professionals [Docket No. 741]

**Status**: The hearing on this matter will be going forward.

**2.** Debtors' Application Under Section 327(e) of the Bankruptcy Code, Bankruptcy Rule 2014(a) and Local Rule 2014-1 for Authorization to Employ and Retain Carpenter Lipps & Leland LLP as Special Litigation Counsel to the Debtors, *Nunc Pro Tunc* to May 14, 2012 [Docket No. 508]

**Related Documents**:

    **a.**    Notice of July 13, 2012 Hearing [Docket No. 516]

    **b.**    Declaration of Jennifer A.L. Battle [Docket No. 742]

**Responses Received**:

    **a.**    Omnibus Objection of the United States Trustee to Applications for Separate Orders Authorizing the Employment and Retention of (i) Morrison & Foerster LLP as Bankruptcy Counsel; (ii) Centerview Partners LLC as Investment Banker; (iii) Carpenter Lipps & Leland LLP as Special Litigation Counsel; (iv) Dorsey & Whitney LLP as Special Securitization and Investigatory Counsel; (v) Orrick, Herrington & Sutcliffe LLP as Special Securitization Transactional and Litigation Counsel; (vi) Mercer (US) Inc. as Compensation Consultant; (vii) Rubenstein Associates, Inc. as Corporate Communications Consultant; (viii) FTI Consulting, Inc. as Financial Advisor; (ix) Curtis, Mallet-Prevost, Colt & Mosle LLP as Conflicts Counsel; (x) Moelis & Company LLC as Investment Banker; (xi) AlixPartners LLP as Financial Advisor; and (xii) Professionals Used in the Ordinary Course of Business [Docket No. 703]

    **b.**    Notice/Objection [of Sidney T. Lewis and Yvonne D. Lewis] to Notice of Hiring of Professionals Under 11 U.S.C. § 327(a), Doc. 516, filed 6/26/2012 Entered 6/26/12 at Pg. 2 of 3, at Section (c); Grounded on "Actual and Potential Conflicts Related to the Particular Void Foreclosure Judgment Matters for Which Representation is Sought [Docket No. 746]

    **c.**    Statement and Reservation of Rights of the Official Committee of Unsecured Creditors with Respect to the Debtors' Professional Retention Applications [Docket No. 747]

**Replies:**

    **a.**    Debtors' Omnibus Reply to Objections to Debtors' Applications to Retain and Employ Professionals [Docket No. 741]

    **Status**:  The hearing on this matter will be going forward.

**3.**  Debtors' Application Under Section 327(e) of the Bankruptcy Code, Bankruptcy Rule 2014(a) and Local Rule 2014-1 for Authorization to Employ and Retain Dorsey & Whitney LLP as Special Securitization and Investigatory Counsel to the Debtors, *Nunc Pro Tunc* to May 14, 2012 [Docket No. 509]

  **Related Documents**:

    **a.**  Notice of July 13, 2012 Hearing [Docket No. 516]

    **b.**  Supplemental Declaration of Thomas Kelly in Support of the Debtors' Omnibus Reply to Objections to the Debtors' Applications to Retain and Employ Professionals and in Response to the Omnibus Objection of the United States Trustee to Applications for Separate Orders Authorizing the Employment and Retention of Certain Professionals [Docket No. 743]

  **Responses Received**:

    **a.**  Omnibus Objection of the United States Trustee to Applications for Separate Orders Authorizing the Employment and Retention of (i) Morrison & Foerster LLP as Bankruptcy Counsel; (ii) Centerview Partners LLC as Investment Banker; (iii) Carpenter Lipps & Leland LLP as Special Litigation Counsel; (iv) Dorsey & Whitney LLP as Special Securitization and Investigatory Counsel; (v) Orrick, Herrington & Sutcliffe LLP as Special Securitization Transactional and Litigation Counsel; (vi) Mercer (US) Inc. as Compensation Consultant; (vii) Rubenstein Associates, Inc. as Corporate Communications Consultant; (viii) FTI Consulting, Inc. as Financial Advisor; (ix) Curtis, Mallet-Prevost, Colt & Mosle LLP as Conflicts Counsel; (x) Moelis & Company LLC as Investment Banker; (xi) AlixPartners LLP as Financial Advisor; and (xii) Professionals Used in the Ordinary Course of Business [Docket No. 703]

    **b.**  Statement and Reservation of Rights of the Official Committee of Unsecured Creditors with Respect to the Debtors' Professional Retention Applications [Docket No. 747]

  **Replies:**

    **a.**  Debtors' Omnibus Reply to Objections to Debtors' Applications to Retain and Employ Professionals [Docket No. 741]

  **Status**:  The hearing on this matter will be going forward.

**4.**  Debtors' Application Under Section 327(e) of the Bankruptcy Code, Bankruptcy Rule 2014(a) and Local Rule 2014-1 for Authorization to Employ and Retain Orrick, Herrington & Sutcliffe LLP as Special Securitization Transactional and Litigation Counsel to the Debtors, *Nunc Pro Tunc* to May 14, 2012 [Docket No. 510]

**Related Documents**:

a. Notice of July 13, 2012 Hearing [Docket No. 516]

b. Declaration of Katharine I. Crost in Support of Debtors' Application under Section 327(e) of the Bankruptcy Code, Bankruptcy Rule 2014(a) and Local Rule 2014-1 for Authorization to Employ and Retain Orrick, Herrington & Sutcliffe LLP as Special Securitization Transactional and Litigation Counsel to the Debtors *Nunc Pro Tunc* to May 14, 2012 [Docket No. 745]

**Responses Received**:

a. Omnibus Objection of the United States Trustee to Applications for Separate Orders Authorizing the Employment and Retention of (i) Morrison & Foerster LLP as Bankruptcy Counsel; (ii) Centerview Partners LLC as Investment Banker; (iii) Carpenter Lipps & Leland LLP as Special Litigation Counsel; (iv) Dorsey & Whitney LLP as Special Securitization and Investigatory Counsel; (v) Orrick, Herrington & Sutcliffe LLP as Special Securitization Transactional and Litigation Counsel; (vi) Mercer (US) Inc. as Compensation Consultant; (vii) Rubenstein Associates, Inc. as Corporate Communications Consultant; (viii) FTI Consulting, Inc. as Financial Advisor; (ix) Curtis, Mallet-Prevost, Colt & Mosle LLP as Conflicts Counsel; (x) Moelis & Company LLC as Investment Banker; (xi) AlixPartners LLP as Financial Advisor; and (xii) Professionals Used in the Ordinary Course of Business [Docket No. 703]

b. Statement and Reservation of Rights of the Official Committee of Unsecured Creditors with Respect to the Debtors' Professional Retention Applications [Docket No. 747]

**Status**: The hearing on this matter will be going forward.

5. Debtors' Application for an Order Authorizing Employment and Retention of Mercer (US) Inc. as Compensation Consultant to the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No. 511]

**Related Documents**:

a. Notice of July 13, 2012 Hearing [Docket No. 516]

b. Notice of Filing of Corrected Exhibit 2 to Debtors' Application for an Order Authorizing the Employment and Retention of Mercer (US) Inc. as Compensation Consultant to the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No. 713]

      **c.**    Supplemental Declaration of John Dempsey in Support of Debtors' Application for Entry of an Order Authorizing Employment and Retention of Mercer (US) Inc. [Docket No. 744]

    **Responses Received**:

      **a.**    Omnibus Objection of the United States Trustee to Applications for Separate Orders Authorizing the Employment and Retention of (i) Morrison & Foerster LLP as Bankruptcy Counsel; (ii) Centerview Partners LLC as Investment Banker; (iii) Carpenter Lipps & Leland LLP as Special Litigation Counsel; (iv) Dorsey & Whitney LLP as Special Securitization and Investigatory Counsel; (v) Orrick, Herrington & Sutcliffe LLP as Special Securitization Transactional and Litigation Counsel; (vi) Mercer (US) Inc. as Compensation Consultant; (vii) Rubenstein Associates, Inc. as Corporate Communications Consultant; (viii) FTI Consulting, Inc. as Financial Advisor; (ix) Curtis, Mallet-Prevost, Colt & Mosle LLP as Conflicts Counsel; (x) Moelis & Company LLC as Investment Banker; (xi) AlixPartners LLP as Financial Advisor; and (xii) Professionals Used in the Ordinary Course of Business [Docket No. 703]

      **b.**    Statement and Reservation of Rights of the Official Committee of Unsecured Creditors with Respect to the Debtors' Professional Retention Applications [Docket No. 747]

    **Replies:**

      **a.**    Debtors' Omnibus Reply to Objections to Debtors' Applications to Retain and Employ Professionals [Docket No. 741]

    **Status**:    The hearing on this matter will be going forward.

**6.**    Debtors' Application for Order Authorizing the Employment and Retention of Rubenstein Associates, Inc. as Corporate Communications Consultant to the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No. 512]

    **Related Documents**:

      **a.**    Notice of July 13, 2012 Hearing [Docket No. 516]

      **b.**    Supplemental Affidavit of Howard Rubenstein in Support of Debtors' Application for Entry of an Order Authorizing Employment and Retention of Rubenstein Associates, Inc. as Corporate Communications Consultant to the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No. 739]

    **Responses Received**:

      **a.**    Omnibus Objection of the United States Trustee to Applications for Separate Orders Authorizing the Employment and Retention of (i)

    Morrison & Foerster LLP as Bankruptcy Counsel; (ii) Centerview Partners LLC as Investment Banker; (iii) Carpenter Lipps & Leland LLP as Special Litigation Counsel; (iv) Dorsey & Whitney LLP as Special Securitization and Investigatory Counsel; (v) Orrick, Herrington & Sutcliffe LLP as Special Securitization Transactional and Litigation Counsel; (vi) Mercer (US) Inc. as Compensation Consultant; (vii) Rubenstein Associates, Inc. as Corporate Communications Consultant; (viii) FTI Consulting, Inc. as Financial Advisor; (ix) Curtis, Mallet-Prevost, Colt & Mosle LLP as Conflicts Counsel; (x) Moelis & Company LLC as Investment Banker; (xi) AlixPartners LLP as Financial Advisor; and (xii) Professionals Used in the Ordinary Course of Business [Docket No. 703]

  **b.**  Statement and Reservation of Rights of the Official Committee of Unsecured Creditors with Respect to the Debtors' Professional Retention Applications [Docket No. 747]

**Replies:**

a. Debtors' Omnibus Reply to Objections to Debtors' Applications to Retain and Employ Professionals [Docket No. 741]

**Status**: The hearing on this matter will be going forward.

Dated: July 11, 2012
New York, New York

/s/ Larren M. Nashelsky
Larren M. Nashelsky
Gary S. Lee
Lorenzo Marinuzzi
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Proposed Counsel for the Debtors and Debtors in Possession*