**United States Bankruptcy Court**
*Southern District of New York*
*One Bowling Green*
*New York, NY 10004-1408*

July 12, 2012

Mr. Paul N. Papas II
4727 E. Bell Rd.
Ste. 45-350
Phoenix, AZ 85032

Dear Mr. Papas:

The court received your request for a login and password to the Electronic Case File System. Please note that the court does not have a "Pro-Se Participant ECF Registration" application. You may refer to the ECF/PACER link on the court's website (www.nysb.uscourts.gov) for the court's available ECF registration forms.

The court does, however, have an application for a limited-access ECF account for institutional creditors to file proofs of claims (not for an individual creditor) located on the court's website at: http://www.nysb.uscourts.gov/pdf/limitedAccess.pdf.  Since this limited-access ECF account is not available to individual creditors, individual creditors may file their proofs of claim conventionally with the court or, in some cases, with a designated claims agent.

For the Residential Capital, LLC cases, Kurtzman Carson Consultants ("KCC") was retained as the claims and noticing agent.  Information regarding the Residential Capital, LLC cases (including GMAC Mortgage) may also be found on KCC's website at:  www.kccllc.net/rescap.

If you wish to file a proof of claim you may submit your claim directly to the claims agent: Kurtzman Carson Consultants ("KCC").  A two-page print out of KCC's website containing case information and mailing address for submitting a claim is enclosed for your review.

Please be advised that we attempted to return your call numerous times at the number provided (602) 493-2016 but it is a non-working number and we receive the following message "the person you have called is not accepting calls from you."

If you have any questions regarding this issue please contact the Court Services Department at (212) 284-4040.


Sincerely,

*Court Services Department*
Clerk's Office




Search All KCC Court Documents     CLIENT LOGIN

Restructuring : **Active Cases** : Residential Capital, LLC et al.

- Adversary Proceedings
- Bankruptcy Industry Links
- Proof Of Claim Form
- Claim/Creditor Search
- Submit an Inquiry
- **Court Documents**
- **Claims Register**
- First Day Motions
- First Day Orders
- Monthly Service List
- Press Releases
- Sale Documents
- Schedules/Statements
- Voluntary Petition(s)



## GMAC ResCap

Residential Capital, LLC et al.

In re Residential Capital, LLC, Case No. 12-12020 (MG)
United States Bankruptcy Court, Southern District of New York

**CLICK HERE FOR GMAC MORTGAGE CUSTOMER AND VENDOR RELATED TOLL FREE HOTLINES AND FAQs**

■ **Important Dates, Deadlines & Documents:** Some dates, deadlines and documents in the Debtors' Bankruptcy Cases that may be relevant to interested parties are set forth below:

| | | |
|---|---|---|
| Case Management Procedures | > Case Management Procedures | |
| Notice to Home Equity Line of Credit Customers | > Important Information Regarding Your HELOC<br>> HELOC Order | |
| Sale Hearing | > Notice of Public Auction and Sale Hearing | November 5, 2012 (10:00 a.m. ET) |
| Meeting of Creditors | > Notice of Commencement and Meeting of Creditors | June 25, 2012 (1:00 p.m. ET) |
| Sale Procedures Hearing | > Sale Documents<br>> Exhibits to Asset Purchase Agreement | June 18, 2012 (10:00 a.m. ET) |
| Final Hearing on First Day Motions | > Motions Set for Hearing and Related Documents<br>> Notice of Adjourned Hearing | June 18, 2012 (10:00 a.m. ET) |
| Continued First Day Hearing | > First Day Motions<br>> First Day Agenda<br>> First Day Orders | May 15, 2012 (11:00 a.m. ET) |
| Emergency First Day Hearing | > Emergency First Day Motions<br>> First Day Agenda | May 14, 2012 (4:00 p.m. ET) |
| Debtors' Chapter 11 Petition Date | > Voluntary Petitions | May 14, 2012 |

■ **General Information:** On May 14, 2012, each of the **fifty-one Debtors** filed voluntary petitions for relief under Chapter 11 of the United States Bankruptcy Code (the "Bankruptcy Code"). The cases are pending joint administration under Case No. 12-12020 (collectively, the "Bankruptcy Cases") before the Honorable Judge Martin Glenn in the United States Bankruptcy Court for the Southern District of New York.

Pursuant to the Bankruptcy Code (specifically including, but not limited to, 11 U.S.C. § 362), a debtor is afforded certain protection against its creditors; the Bankruptcy Code prohibits creditors

from taking certain actions related to debts that may have been owing prior to the commencement of the Bankruptcy Cases. If you believe that you might be a creditor of the Debtor(s) based upon debts arising prior to May 14, 2012 and you are considering taking action based upon your status as a creditor, you may wish to seek legal advice. The staff of the Clerk of the Bankruptcy Court and the staff of KCC are not permitted to give legal advice.

**Parties and Addresses:**

| Court Address | Location to File Proof(s) of Claim |
|---|---|
| **United States Bankruptcy Court**<br>Southern District of New York<br>One Bowling Green<br>New York, NY 10004<br>T: 212-668-2870<br>http://www.nysb.uscourts.gov | **ResCap Claims Processing Center**<br>c/o KCC<br>2335 Alaska Ave<br>El Segundo, CA 90245<br>T: 888-251-2914<br><br>Please file proof(s) of claim, if any, via US Mail or other hand delivery system. Facsimile and other electronic delivery methods are not acceptable. You must file an originally executed proof of claim. If you would like a copy of your claim returned to you as proof of receipt, please enclose an additional copy and a self-addressed postage-paid envelope. |
| **Attorneys' Addresses** | |
| **Proposed Counsel to the Debtors**<br>Larren M. Nashelsky<br>Gary S. Lee<br>Lorenzo Marinuzzi<br>MORRISON & FOERSTER LLP<br>1290 Avenue of the Americas<br>New York, NY 10104<br>T: 212-468-8000<br>F: 212-468-7900<br>http://www.mofo.com/ | **Office of the United States Trustee**<br>Tracy Hope Davis<br>Office of the United State Trustee<br>33 Whitehall St 21st Fl, Region 2<br>New York, NY 10004-2111<br>T: 212-510-0500<br>F: 212-668-2255<br>http://www.justice.gov/ust/r02/ |
| **Counsel to the Official Committee of Unsecured Creditors**<br>Kenneth H. Eckstein<br>Thomas Moers Mayer<br>Douglas H. Mannal<br>Kramer Levin Naftallis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY 10036<br>T: 212-715-9100<br>F: 212-715-8000<br>http://www.kramerlevin.com | |

**Note:** KCC maintains this website at the direction of Morrison & Foerster LLP, counsel to the Debtors. KCC maintains this website for the public's convenience and, while KCC makes every attempt to assure the accuracy of the information contained herein, this website is not the website of the United States Bankruptcy Court and does not contain the complete, official record of the Bankruptcy Court. All documents filed with the Court are available for inspection at the Clerk of the Bankruptcy Court for the District of Southern New York.

Terms of Use   Privacy Statement   KCC, A Computershare Company