UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
In re:
Residential Capital, LLC                              Chapter 11

    Debtor                                     Case No.: 12-12020 (MG)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

### CERTIFICATE OF SERVICE

    I, Annya Acosta, hereby certify that I am an employee of the United States Bankruptcy Court, Southern District of New York and a disinterested party to this matter.

    I further certify that on **July 12, 2012**, a true and correct copy of a letter in response to Paul N. Papas' *Motion for Permission to Electronically File*, was served upon:

Paul N. Papas II
4727 E. Bell Rd.
Ste. 45-350
Phoenix, AZ 85032

    at the above-listed address designated for that purpose by enclosing a true copy of same in first-class post-paid properly addressed envelope and depositing same into an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

Dated: July 12, 2012
New York, New York

                                                  /s/ Annya Acosta
                                                    Deputy Clerk