**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Case No. 12-12020 (MG) |
| | ) |
| RESIDENTIAL CAPITAL, LLC, *et al.* | ) Chapter 11 |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) |

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Michael S. Greger, Esq., to be admitted, ***pro hac vice***, to represent Digital Lewisville, LLC, ("Digital LLC"), in the above referenced cases, and upon the movant's certification that the movant is a member in good standing of the bar in the State of California and admitted to practice in the United States District Courts for the Central, Eastern, Northern, and Southern Districts of California, the United States Ninth Circuit Court of Appeals, and the United States Supreme Court.

**ORDERED**, that Michael S. Greger, Esq., is admitted to practice, ***pro hac vice***, in the above referenced case to represent Digital Lewisville, LLC, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: **July 12, 2012**
New York, New York              ____/s/Martin Glenn____
                                THE HONORABLE MARTIN GLENN
                                UNITED STATES BANKRUPTCY JUDGE