UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>RESIDENTIAL CAPITAL, LLC<br><br>      Debtor. | Chapter 11<br><br>Case No: 12-12020 MG<br><br>**NOTICE OF APPEARANCE AND<br>REQUEST FOR SERVICE OF PAPERS** |

   PLEASE TAKE NOTICE that the firm FEIN, SUCH & CRANE, LLP is appearing for the following party in the above named bankruptcy case:

RESIDENTIAL CREDIT SOLUTIONS, INC.

   This party is a party in interest in this case and is a secured creditor of the Debtor:

RESIDENTIAL CAPITAL, LLC

   Pursuant to Rule 2002 of the Bankruptcy Rules, the undersigned hereby requests that all notices given or requested to be given and all papers served or required to be served in this case be given to and served upon the undersigned at the address listed above.

Dated: July 12, 2012

                              FEIN, SUCH & CRANE, LLP
                              Attorneys for Movant

           By:    /s/ MARK K. BROYLES, ESQ.

                              MARK K. BROYLES, ESQ.
                              (MB-5007)
                              28 EAST MAIN STREET, SUITE 1800
                              ROCHESTER, NY 14614
                              585/232-7400