KLESTADT & WINTERS, LLP  
Tracy L. Klestadt  
Brendan M. Scott  
570 Seventh Avenue, 17th Floor  
New York, New York 10018  
Tel: (212) 972-3000  
Fax: (212) 972-2245  

*Attorneys for Vermont Housing Finance Agency*

Hearing Date: August 10, 2012 at 10:00 a.m.  
Objection Deadline: August 3, 2012 at 4:00 p.m.

UNITED STATES BANKRUPTCY COURT  
SOUTHERN DISTRICT OF NEW YORK  
-------------------------------------------------------x  

| | |
|---|---|
| In re : | |
| : | Chapter 11 |
| RESIDENTIAL CAPITAL, LLC, *et al*. : | |
| : | Case No. 12-12020 (MG) |
| Debtors. : | |
| | (Jointly Administered) |

-------------------------------------------------------x  

**NOTICE OF HEARING ON MOTION OF VERMONT HOUSING FINANCE AGENCY FOR AN ORDER, PURSUANT TO 11 U.S.C. § 362(d), AND FED. R. BANKR. P. 4001, GRANTING RELIEF FROM THE AUTOMATIC STAY**

PLEASE TAKE NOTICE that a hearing to consider Vermont Housing Finance Agency's ("VHFA") motion for an order pursuant to 11 U.S.C. §362(d) granting relief from the automatic stay and authorizing VHFA to proceed with a State Court hearing to confirm the results of a public auction of certain real property in the context of a foreclosure action ("Motion"), will be held before the Honorable Martin Glenn, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004 (the "Bankruptcy Court"), on **August 10, 2012 at 10:00 a.m**. (ET) or as soon thereafter as counsel can be heard.

PLEASE TAKE FURTHER NOTICE that the scheduled hearing may be adjourned or continued from time to time without further notice other than by announcement in Court at the scheduled hearing.

PLEASE TAKE FURTHER NOTICE that the Motion has been electronically filed

with the Bankruptcy Court and may be examined and inspected by interested parties by accessing the Bankruptcy Court's website at www.nysb.uscourts.gov. Note that a PACER password is needed to access documents on the Court 's website. A copy of the Motion will also be made available by the undersigned attorneys upon reasonable request.

PLEASE TAKE FURTHER NOTICE that any responses or objections to the Applications shall be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules of the Southern District of New York, set forth the legal and factual basis therefore, and shall be filed with the Bankruptcy Court electronically in accordance with General Order M-242; by registered users of the Bankruptcy Court's case filing system and, by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect, or any other Windows based word processing format, with a hard copy delivered directly to the Bankruptcy Court; and served (i) upon Klestadt & Winters, LLP, 570 Seventh Avenue, 17th Floor, New York, New York 10018, Attn: Tracy L. Klestadt, attorneys for VHFA, and (ii) in accordance with the Order Under Bankruptcy Code Sections 102(1), 105(A) and 105(D), Bankruptcy Rules 1015(C), 2002(M) and 9007 And Local Bankruptcy Rule 2002-2 Establishing Certain Notice, Case Management and Administrative Procedures [Docket Entry No. 141] ("<u>Case Management Procedures</u>"), so as to be actually received no later than **August 3, 2012 at 4:00 p.m**. (ET). Only those responses that are timely filed, served and received will be considered during the scheduled hearing.

The relief requested in the Motion may be granted without a hearing if no objection is timely filed and served in accordance with the Case Management Procedures.

Dated: New York, New York
July 12, 2012

                KLESTADT & WINTERS, LLP

                By: */s/ Brendan M. Scott*
                      Tracy L. Klestadt
                      Brendan M. Scott
                570 Seventh Avenue, 17th Floor
                New York, New York 10018
                (212) 972-3000

                *Attorneys for Vermont Housing Finance Agency*