UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
In re                                                              :
                                                                        :      Chapter 11
RESIDENTIAL CAPITAL, LLC, *et al.*          :
                                                                        :      Case No. 10-12020 (MG)
                                    Debtors.             :
                                                                        :      (Jointly Administered)
------------------------------------------------------x

## AFFIDAVIT OF SUSAN J. STECKEL

STATE OF VERMONT                              )
                                                                )  : ss
COUNTY OF WASHINGTON              )

Susan J. Steckel, being first duly sworn upon oath, hereby deposes and states as follows:

1. I, Susan J. Steckel am an attorney licensed to practice before the Courts in the State of Vermont and I am state court counsel to Vermont Housing Finance Agency.

2. I submit this Affidavit in Support of then Motion of Vermont Housing Finance Agency for an Order, Pursuant to 11 U.S.C. § 362(D), and Fed. R. Bankr. P. 4001, Granting Relief From the Automatic Stay So that It Can Continue Its Judicial Sale Foreclosure ("Motion").

3. Attached hereto as **Exhibit "A"** is a true and complete copy of the Assignment of Mortgage.[1]

4. Attached hereto as **Exhibit "B"** is a true and complete copy of the GMAC Junior Mortgage.

5. Attached hereto as **Exhibit "C"** is a true and complete copy of the Foreclosure Judgment.

6. Attached hereto as **Exhibit "D"** is a true and complete copy of the Tillison Appraisal.

---

[1] All capitalized terms shall have the meaning ascribed in the Motion unless otherwise defined herein.

Dated: Cabot, Vermont
July 2, 2012

_____
Susan J. Steckel

Sworn to before me on July 2, 2012

Notary Public