VOL: 480  PG: 286
Inst:        490

# VERMONT HOUSING FINANCE AGENCY
## ASSIGNMENT OF MORTGAGE
### Including all related Vermont Housing Finance Agency Riders

Know all Persons by these Presents:

THAT on this 26th day of _____ May _____, 2006, Connecticut River Bank, NA _____ (herein designated as "Assignor") with a principal place of business located at 245 Main Street, _____ in the Town / City of Charlestown _____ in the County of Sullivan _____ and the State of New Hampshire _____, for and in consideration of the sum of TEN AND MORE DOLLARS and other good and valuable consideration, the receipt whereof is hereby acknowledged, does hereby assign to Vermont Housing Finance Agency ("Assignee"), an instrumentality of the State of Vermont with its principal office at Burlington, in the County of Chittenden and State of Vermont the following:

**Complete only the section that applies:**

**(A) Assignment of Mortgage and Uniform Mortgage Rider**
A certain mortgage dated May 26 _____, 2006 _____ including a fully executed Vermont Housing Finance Agency Uniform Mortgage Rider and any and all other fully executed and related riders that are made a part of and incorporated into the Mortgage given by Jason A Colburn and Susannah M Colburn("Mortgagor(s)")on property located at 13 Eaton Avenue,_____ in the Town / City of Springfield _____ in the County of Windsor _____ and the State of Vermont (the "Property"), and recorded in Book 0369 Pages 0263 (include all recorded pages), of the Springfield _____ Land Records, referred to herein as the "Mortgage" which secures payment of a certain Note made by Borrower on the same date.

**(B) Assignment of Mortgage and Uniform Mortgage Rider (only when a Loan Modification Agreement is used)**
A certain mortgage dated _____, _____ and recorded in Book _____ Pages _____ (include all recorded pages of mortgage) of the _____ Land Records (the "Mortgage"); and a fully executed VHFA Uniform Mortgage Rider dated _____, _____ and recorded in Book _____ Pages _____ (include all recorded pages of the riders) of the _____ Land Records that are made a part of and incorporated into the Mortgage given by _____("Mortgagor(s)") on property located at _____ in the Town / City of _____ in the County of _____ and the State of Vermont (the "Property") which secures payment of a certain Note and Loan Modification Agreement related thereto.

TOGETHER with the Note, and additional security, if any, therein described, and the principal thereof and interest thereon, TO HAVE AND TO HOLD, the same unto the Assignee, its successors and assigns, forever, subject only to their terms. Assignor covenants with Assignee, its successors and assigns, that Assignor has full right and lawful authority to assign the, said Mortgage, Note, and Additional Security (if any), including all related documents of same, and that there are no set-offs, counterclaims or defenses against the same, in law or in equity, nor have there been any modifications or other changes in the original terms thereof.

IN WITNESS WHEREOF, Assignor has caused this Assignment to be signed by its duly authorized corporate officer and its corporate seal to be affixed hereto as of the date first written above.

ASSIGNOR: Connecticut River Bank, NA _____ (Legal Name of Lender)

BY: Martha A. Brosnahan (Duly Authorized Signer)

DATE SIGNED: 04/20/11

STATE OF New Hampshire ____ COUNTY OF Sullivan _____, SS
In the Town/City of Charlestown _____ in said County this 20th day of April ____, 2011, personally appeared Martha A. Brosnahan _____ to me to be the duly authorized agent of Assignor and acknowledged the foregoing Assignment to be his/her free act and deed and the free act and deed of the said Assignor.

Before Me, _____ My commission expires 2/7/12
          Notary Public
VHFA Form #S-605 Rev. 4/07

*Springfield, VT Received for record on Apr 29, 2011 at 11:02A Recorded in Vol: 480 PG: 286 — Meredith B. Kelley, Town Clerk*

Exhibit 'B'