**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| RESIDENTIAL CAPITAL, LLC, et al., | : | Case No. 12-12020 (MG) |
| | : | |
| Debtors. | : | Jointly Administered |

-------------------------------------------------------x

**ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE***

Upon the motion of Devon J. Eggert to be admitted *pro hac vice,* to represent Mercer (US) Inc., in the above- referenced chapter 11 cases, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Illinois, the U.S. District Court for the Northern District of Illinois, the U.S. District Court for the Central District of Illinois and the U.S. District Court for the Eastern District of Michigan, it is hereby

ORDERED that Devon J. Eggert is admitted to practice, *pro hac vice*, in the above-referenced chapter 11 cases, in the United State Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: New York, New York

**July 12, 2012**

_____/s/Martin Glenn_____
UNITED STATES BANKRUPTCY JUDGE