UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                :

In re                                      :        Chapter 11

RESIDENTIAL CAPITAL, LLC *et al.*,   :        Case No. 12-12020 (MG)

            Debtors.                    :        (Jointly Administered)

-------------------------------------------------------------x

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Hunton & Williams LLP hereby appears as counsel for and on behalf of Newport Management Corporation, ("Newport") pursuant to 11 U.S.C. § 1109 and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

**PLEASE TAKE FURTHER NOTICE** that Newport hereby requests, pursuant to Bankruptcy Rule 2002 that copies of all notices and pleadings given or required to be given, and all papers served or required to be served, be given and served upon the following persons at the address and telephone number indicated:

> Richard P. Norton, Esq.
> Robert A. Rich, Esq.
> HUNTON & WILLIAMS LLP
> 200 Park Avenue, 53rd Floor
> New York, New York 10166
> Telephone: (212) 309-1000

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, all orders and notices of any applications, petitions, motions, complaints, requests or demands, hearings, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document filed with, or otherwise brought before, this Court with respect to the above-captioned bankruptcy proceeding, whether formal or informal, whether

written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, e-mail, telex or otherwise.

**PLEASE TAKE FURTHER NOTICE** that Newport intends that neither this N*otice of Appearance and Request for Service of Papers* nor any later appearance, pleading, claim or suit shall waive (i) Newport's right to have final orders in non-core matters entered only after <u>de novo</u> review by a higher court, (ii) Newport's right to trial by jury in any proceeding so triable in any case, controversy, or proceeding related to these bankruptcy cases, (iii) Newport's right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal, (iv) Newport's right to enforce any contractual provisions with respect to arbitration, or (v) any other rights, claims, actions, defense, setoffs, or recoupments to which Newport is or may be entitled under agreements, in law or in equity, including the right to contest the jurisdiction of the United States Bankruptcy Court for the Southern District of New York over Newport, all of which rights, claims, actions, defense, setoffs, and recoupments Newport expressly reserves.

Dated: New York, New York
      July 12, 2012

**HUNTON & WILLIAMS LLP**

 */s/ Richard P. Norton*
Richard P. Norton
Robert A. Rich
200 Park Avenue, 53rd Floor
New York, New York 10166-0136
Telephone:  (212) 309-1000

*Attorneys for Newport Management Corporation*

2