QUARLES & BRADY LLP
One Renaissance Square
Two North Central Avenue
Phoenix, Arizona 85004-2391
Telephone: (602) 229-5200
Facsimile: (602) 229-5690
Lori L. Winkelman, Esq. (admitted *pro hac vice*)
lori.winkelman@quarles.com
Walter J. Ashbrook, Esq. (admitted *pro hac vice*)
walter.ashbrook@quarles.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| RESIDENTIAL CAPITAL, LLC, et al., | Case No. 12-12020-MG |
| Debtors. | Jointly Administered |

**AFFIDAVIT OF SERVICE**

SYBIL TAYLOR AYTCH, being first duly sworn, upon her oath deposes and says:

1. I am over the age of twenty-one years and a resident of the State of Arizona.

2. In my capacity as Senior Bankruptcy Paralegal at Quarles & Brady LLP, attorneys for ONEWEST BANK, a secured creditor in the above-captioned Chapter 11 cases of RESIDENTIAL CAPITAL, LLC, et al., I caused true and correct copies of the "Notice of Motion and Motion by OneWest Bank for Order Pursuant to Bankruptcy Rule 2004 Authorizing Rule 2004 Examination of Homecomings Financial, LLC and Requiring Production of Documents" [Docket No. 763] to be served on July 12, 2012 via electronic mail

12-12020-mg    Doc 765    Filed 07/12/12    Entered 07/12/12 17:13:23    Main Document
Pg 2 of 5

-2-

and U.S. first-class mail, postage prepaid, on all parties listed on the Special Service List attached hereto as Exhibit "A".

Dated: July 12, 2012
       Phoenix, Arizona

                                    /s/ Sybil Taylor Aytch
                                    Sybil Taylor Aytch

QB\136701.00059\17440726.1

STATE OF ARIZONA          )
                          )ss.
County of Maricopa        )

       SUBSCRIBED AND SWORN to before me this 12th day of July, 2012.

                                                /s/ Lisa Marie Cummings
                                                  Notary Public

My commission expires:

March 31, 2015

QB\136701.00059\17440726.1

# Exhibit "A"

Residential Capital, LLC, et al.
Case No. 12-12020 (MG)
Special Service List

| NAME | NOTICE NAME | ADDRESS1 | CITY | STATE | ZIP | EMAIL |
|---|---|---|---|---|---|---|
| Citibank NA | Attn Bobbie Theivakumaran | 390 Greenwich St 6th Fl | New York | NY | 10013 | bobbie.theivakumaran@citi.com |
| Deutsche Bank Trust Company Americas | c/o Kelvin Vargas | 25 De Forest Ave | Summit | NJ | 07901 | kelvin.vargas@db.com |
| Fannie Mae | Attn Peter McGonigle | 1835 Market St Ste 2300 | Philadelphia | PA | 19103 | peter_mcgonigle@fanniemae.com |
| Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | Philadelphia | PA | 19101-7346 | |
| Internal Revenue Service | Centralized Insolvency Operation | 2970 Market St | Philadelphia | PA | 19104 | |
| Internal Revenue Service | Insolvency Section | 31 Hopkins Plz Rm 1150 | Baltimore | MD | 21201 | |
| Kelley Drye & Warren LLP | James S Carr & Eric R Wilson | 101 Park Ave | New York | NY | 10178 | kdwbankruptcydepartment@kelleydrye.com |
| Kirkland & Ellis | Richard M Cieri | 601 Lexington Ave | New York | NY | 10022 | richard.cieri@kirkland.com |
| Kirkland & Ellis LLP | Attn Ray C Schrock & Stephen E Hessler | 601 Lexington Ave | New York | NY | 10022-4611 | ray.schrock@kirkland.com;richard.cieri@kirkland.com;stephen.hessler@kirkland.com;projectrodeo@kirkland.com;William.b.Solomon@ally.com;Timothy.Devine@ally.com;john.bellaver@ally.com |
| Kramer Levin Naftallis & Frankel LLP | Kenneth H Eckstein, Thomas Moers Mayer & Douglas H Mannal | 1177 Avenue of the Americas | New York | NY | 10036 | keckstein@kramerlevin.com;tmayer@kramerlevin.com;dmannal@kramerlevin.com |
| Morris & Foerster LLP | Attn Tammy Hamzehpour | 1290 Avenue of the Americas | New York | NY | 10104 | Tammy.Hamzehpour@gmacrescap.com;diane.citron@ally.com |
| Morrison & Foerster LLP | Larren M Nashelsky, Gary S Lee & Lorenzo Marinuzzi | 1290 Avenue of the Americas | New York | NY | 10104 | lnashelsky@mofo.com;glee@mofo.com;lmarinuzzi@mofo.com |
| Nationstar Mortgage LLC | Attn: General Counsel | 350 Highland Drive | Lewisville | TX | 75067 | |
| Office of the NY State Attorney General | Nancy Lord & Neal Mann | The Capitol | Albany | NY | 12224-0341 | Nancy.Lord@OAG.State.NY.US;Neal.Mann@OAG.State.NY.US |
| Office of the US Attorney for the Southern District of NY | United States Attorney Preet Bharara | One St Andrews Plaza | New York | NY | 10007 | |
| Securities & Exchange Commission | Secretary of the Treasury | 100 F St NE | Washington | DC | 20549 | secbankruptcy@sec.gov |
| Securities & Exchange Commission NY Regional Office | George S Canellos Regional Director | 3 World Financial Center Ste 400 | New York | NY | 10281-1022 | secbankruptcy@sec.gov;newyork@sec.gov |
| Sidley Austin LLP | Larry J Nyhan & Jessica CK Boelter | One Dearborn | Chicago | IL | 60603 | lnyhan@sidley.com;jboelter@sidley.com;bmyrick@sidley.com |
| Skadden Arps Slate Meagher & Flom LLP | Jonathan H. Hofer | Four Times Square | New York | NY | 10036 | jhofer@skadden.com;nikolay.kodes@skadden.com |
| Skadden Arps Slate Meagher & Flom LLP | Sarah M Ward | Four Times Square | New York | NY | 10036 | sarah.ward@skadden.com |
| Skadden Arps Slate Meagher & Flom LLP | Ken Ziman | Four Times Square | New York | NY | 10036 | ken.ziman@skadden.com |
| Skadden Arps Slate Meagher & Flom LLP | Suzanne D T Lovett | Four Times Square | New York | NY | 10036 | suzanne.lovett@skadden.com |
| The Bank of New York Mellon | Asset-Backed Securities Group | 101 Barclay St 4W | New York | NY | 10286 | |
| U.S. Bank National Association | Attn: George Rayzis | 50 South 16 th Street | Philadelphia | PA | 19102 | george.rayzis@usbank.com |
| U.S. Bank National Association | Attn: Irina Palchuk | 60 Livingston Avenue | St. Paul | MN | 55107 | irina.palchuk@usbank.com |
| U.S. Department of Justice | US Attorney General, Eric H. Holder, Jr. | 950 Pennsylvania Ave NW | Washington | DC | 20530-0001 | AskDOJ@usdoj.gov |
| United States Attorney's Office for the Southern District of New York civil Division | Attn Joseph Cordaro | 86 Chambers St 3rd Fl | New York | NY | 10007 | joseph.cordaro@usdoj.com |
| US Trustee for the Southern District of NY | Tracy Hope Davis, Linda A. Riffkin and Brian S. Masumoto | 33 Whitehall St 21st Fl, Region 2 | New York | NY | 10004 | Tracy.Davis2@usdoj.gov; Linda.Riffkin@usdoj.gov; Brian.Masumoto@usdoj.gov |
| Wells Fargo Bank NA | Attn Corporate Trust Services - GMACM Home Equity Notes 2004 Variable Funding Trust | PO Box 98 | Columbia | MD | 21046 | |