Hearing Date: August 14, 2012 at 10:00 a.m. (EST)
Objection Deadline: August 7, 2012 at 5:00 p.m. (EST)

**DUANE MORRIS LLP**
1540 Broadway
New York, NY 10036-4086
Telephone: 212.692.1000
Fax: 212.692.1020
Gerard S. Catalanello, Esq.
James J. Vincequerra, Esq.

*Counsel to Green Planet Servicing, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| RESIDENTIAL CAPITAL, LLC, *et al.*, | Case No. 12-12020 (MG) |
| Debtors. | **Jointly Administered** |

**NOTICE OF HEARING ON MOTION OF GREEN PLANET SERVICING, LLC
FOR ENTRY OF AN ORDER: (A) MODIFYING THE AUTOMATIC
STAY TO EFFECTUATE PRE-PETITION TERMINATION OF SERVICING
AGREEMENT; OR (B) ALTERNATIVELY, GRANTING RELIEF FROM
THE AUTOMATIC STAY TO ALLOW POST-PETITION TERMINATION OF
SERVICING AGREEMENT; AND (C) GRANTING RELATED RELIEF**

**PLEASE TAKE NOTICE** that, on July 2, 2012, Green Planet Servicing, LLC ("**Green Planet**") filed the *Motion of Green Planet Servicing, LLC for Entry of an Order: (A) Modifying the Automatic Stay to Effectuate Pre-Petition Termination of Servicing Agreement; or (B) Alternatively, Granting Relief from the Automatic Stay to Allow Post-Petition Termination of Servicing Agreement; and (C) Granting Related Relief* (the "**Motion**").

**PLEASE TAKE FURTHER NOTICE** that, a hearing (the "**Hearing**") with respect to the Motion will be held on August 14, 2012, at 10:00 a.m. before the Honorable Martin Glenn, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 501, New York, New York 10004-1408 (the "**Bankruptcy Court**"), or as soon thereafter as counsel may be heard.

**PLEASE TAKE FURTHER NOTICE** that any objection to the Motion must be in writing, conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York and shall be filed with the Bankruptcy Court electronically in accordance with General Order M-399 (General Order M-399 and the User's manual for the Electronic Case Filing System can be found at www.nysb.uscourts.gov, the official website for the Bankruptcy Court) by registered users of the Bankruptcy Court's case filing system, and by all other parties-in-interest, on a 3.5 inch disk or CD-ROM, preferably in Portable Document Format, WordPerfect or any other Windows-based work processing format (with a hard copy delivered directly to Chambers) and served in accordance with General Order M-399 and in accordance with this Court's order, dated May 23, 2012, implementing certain notice and case management procedures [Docket No. 141], so as to be received no later than **August 7, 2012 at 5:00 p.m. (prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that if no objection to the Motion is timely filed and served, the Bankruptcy Court may enter an order granting the relief requested in the Motion without further notice or opportunity to be heard afforded to any party.

Dated:  New York, New York
         July 11, 2012

                                              **DUANE MORRIS LLP**

                                                 /s/ *Gerard S. Catalanello*
                                              Gerard S. Catalanello, Esq.
                                              James J. Vincequerra, Esq.
                                              1540 Broadway
                                              New York, New York 10036-4086
                                              (212) 692-1000
                                              (212) 692-1020 (facsimile)
                                              gcatalanello@duanemorris.com
                                              jvincequerra@duanemorris.com
                                              *Counsel to Green Planet Servicing, LLC*