Richard P. Norton
Robert A. Rich
HUNTON & WILLIAMS LLP
200 Park Avenue, 53rd Floor
New York, New York 10166-0136
(212) 309-1000

*Attorneys for Newport Management Corporation*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re                                                       :   Chapter 11
                                                            :
RESIDENTIAL CAPITAL, LLC *et al.*,                          :   Case No. 12-12020 (MG)
                                                            :
                        Debtors.                            :   (Jointly Administered)
                                                            :
------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ): SS
COUNTY OF NEW YORK   )

Constance Andonian being duly sworn, deposes and says:

1. I am not a party to this action, am over the age of eighteen years and am employed by Hunton & Williams LLP. My business address is 200 Park Avenue, New York, New York 10166.

2. On July 12, 2012, I served a true and complete copy of the *Notice of Appearance and Request for Service of Papers* [Docket No. 764] by electronic service via the Court's CM/ECF system.

3. On July 13, 2012, I served a true and complete copy of the *Notice of Appearance and Request for Service of Papers* [Docket No. 764] by United States Postal Service first class mail on the parties listed on the annexed service list.

Dated: New York, New York
      July 13, 2012

_____
Constance Andonian

Sworn to before me on this
13th day of July 2012

_____
Notary Public

YESENIA M. CALDWELL
Notary Public, State of New York
No. 01CA6005557
Qualified in Kings County
Certificate Filed in New York County
Commission Expires April 13, 2014

2

## SERVICE LIST

First Class Mail

Brian S. Masumoto, Esq.
Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, New York 10004

Kurtzman Carson Consultants
2335 Alaska Ave
El Segundo, CA 90245

Steven S. Sparling, Esq.
Kramer Levin Naftalis & Frankel, LLP
919 Third Avenue
New York, NY 10022

Anthony Princi, Esq.
Gary S. Lee, Esq.
Larren M. Nashelsky, Esq.
Lorenzo Marinuzzi, Esq.
Morrison & Foerster
1290 Avenue of the Americas
New York, NY 10104