June 20, 2012



Pinnacle Capital Mortgage
Mortgage management/corporate
3010 Lava Ridge Court
Roseville, CA 95661

### RE:  RECENT BANKRUPTCY

I have two loans that were refinanced (from Wells Fargo) by Pinnacle Mortgage and then sold to GMAC. I expected a sale....but.....GMAC went into bankruptcy ( chapter 11) soon after.  Now I am informed that Fannie Mae now owns my trust deed.....and....I was also told that Fanny Mae and GMAC are the same thing – basically the servicer???   Who holds my trust deed???.  Plese send me a copy of the last assignment of the following properties.

1 -708 SW Maplecrest Court, Portland, Oregon 97219
Pinnacle Loan Number:  5441066592 (assigned and placed on closing docs by WFG title)
GMAC Loan Number: 0603235525 (noted on payment statements)
WFC title number 1106422
Loan closed 11-6-2011 and sold to GMAC shortly after.

2 -740 SE Marion, Portland, Oregon 97202
Pinnacle Loan Number:  5541084299
GMAC Loan Number:  0359568264
WFG title number:  12003299
Loan closed June 5-15-2012 sold to GMAC very shortly after.

I received a letter on that says GMAC is in Chapter 11 bankruptcy dated May 14, 2012.
The statements are from GMAC with an addressed envelope .  Since this is only a chapter 11, there is possibly that there is not a legal need to assign to Fanny Mae but I am not an attorney???.

Please note that as a Trustee or court appointed manager Fanny Mae (ie, the bankruptcy trustee) is obligated to protect my assets and to act legally.  I want my interests protected within this legal process, meaning I want verification of the trust deed assignment and server.

 Please assign and record correctly my two trust deed obligations and send me a copy.  I am and will continue to be faithful in sending consistent monthly payments to server.

Who owns my trust deed for property 1.
Who is the servicer for property 1.
Record of recording of trust deed and/or assignment

Who owns the trust deed for property 2
Who is the servicer for trust deed property 2.
Record of recording of trust deed and/or assignment

**Thanks,**

**Marceen Bloom**
**740 SE Marion #c**
**Portland, Oregon**
**97202**

**cc:**
**GMAC Mortgage**
**Attn;  customer care**
**P.O. Box 780**
**Waterloo, IA 50704-0780**

**Fannie Mae**
**3900 Wisconsin Ave**
**NW Washington, DC**
**20016**

**Bankruptcy court/United States**
**Clerk of the bankruptcy court**
**One Bowling Greeen**
**New York, N York**
**10004**

**ResCap**
**CEO of GMAC**
**One Meridian Crossings**
**Minneapolis, MN 55423**