**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
:
In re                                                                :           **Chapter 11**
:
**RESIDENTIAL CAPITAL, LLC, et al.,** [1]               :           **Case No. 12-12020 (MG)**
:
:
:           **(Jointly Administered)**
            Debtors.                                              :
-----------------------------------------------------------------x

<u>**AFFIDAVIT OF SERVICE**</u>

I, Melissa Loomis, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors.

A.    On July 9, 2012, at my direction and under my supervision, employees of KCC caused the following documents to be served via Overnight Mail on the Special Service List attached hereto as **<u>Exhibit A</u>**, via Electronic Mail on the Monthly Service List attached hereto as **<u>Exhibit B</u>**:

   1.   Notice Regarding Telephonic Participation in the Hearing Scheduled for July 10, 2012 at 10:00 a.m. (EST) [Docket No. 712]

   2.   Notice of Filing of Corrected Exhibit 2 to Debtors' Application for an Order Authorizing the Employment and Retention of Mercer (US) Inc. as Compensation Consultant to the Debtors Nunc Pro Tunc to the Petition Date [Docket No. 713]

   3.   Proposed Amended Agenda for Matters Scheduled to be Heard on July 10, 2012 at 10:00 a.m. (EST) [Docket No. 717]

   4.   Debtors' Application for an Order Authorizing Employment and Retention of Towers Watson Delaware Inc. as Human Resources Consultants to the Debtors Nunc Pro Tunc to June 25, 2012 [Docket No. 719]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Residential Capital, LLC (0738); ditech, LLC (7228); DOA Holding Properties, LLC (4257); DOA Properties IX (Lots-Other), LLC (3274), EPRE LLC (7974); Equity Investment I, LLC (2797); ETS of Virginia, Inc. (1445); ETS of Washington, Inc. (0665); Executive Trustee Services, LLC (8943); GMAC Model Home Finance I, LLC (8469); GMAC Mortgage USA Corporation (6930); GMAC Mortgage, LLC (4840); GMAC Residential Holding Company, LLC (2190); GMAC RH Settlement Services, LLC (6156); GMACM Borrower LLC (4887); GMACM REO LLC (2043); GMACR Mortgage Products, LLC (6369); GMAC-RFC Holding Company, LLC (3763); HFN REO Sub II, LLC (N/A); Home Connects Lending Services, LLC (9412); Homecomings Financial Real Estate Holdings, LLC (6869); Homecomings Financial, LLC (9458); Ladue Associates, Inc. (3048); Passive Asset Transactions, LLC (4130); PATI A, LLC (2729); PATI B, LLC (2937); PATI Real Estate Holdings, LLC (5201); RAHI A, LLC (3321); RAHI B, LLC (3553); RAHI Real Estate Holdings, LLC (5287); RCSFJV204, LLC (2722); Residential Accredit Loans, Inc. (8240); Residential Asset Mortgage Products, Inc. (5181); Residential Asset Securities Corporation (2653); Residential Consumer Services of Alabama, LLC (5449); Residential Consumer Services of Ohio, LLC (4796); Residential Consumer Services of Texas, LLC (0515); Residential Consumer Services, LLC (2167); Residential Funding Company, LLC (1336); Residential Funding Mortgage Exchange, LLC (4247); Residential Funding Mortgage Securities I, Inc. (6294); Residential Funding Mortgage Securities II, Inc. (8858); Residential Funding Real Estate Holdings, LLC (6505); Residential Mortgage Real Estate Holdings, LLC (7180); RFC Asset Holdings II, LLC (4034); RFC Asset Management, LLC (4678); RFC Borrower LLC (5558); RFC Constructing Funding, LLC (5730); RFC REO LLC (2407); RFC SFJV-2002, LLC (4670); RFC-GSAP Servicer Advance, LLC (0289)

    5.  Notice of July 24, 2012 Hearing) [Docket No. 722]

B.  Furthermore, on July 9, 2012, at my direction and under my supervision, employees of KCC caused the following documents to be served via Overnight Mail on the Special Service List attached hereto as **Exhibit C**, via Electronic Mail on the Monthly Service List attached hereto as **Exhibit D**:

    1.  Notice Regarding Telephonic Participation in the Hearing Scheduled for July 10, 2012 at 10:00 a.m. (EST) [Docket No. 712]

    2.  Notice of Filing of Corrected Exhibit 2 to Debtors' Application for an Order Authorizing the Employment and Retention of Mercer (US) Inc. as Compensation Consultant to the Debtors Nunc Pro Tunc to the Petition Date [Docket No. 717]

C.  Furthermore, on July 9, 2012, at my direction and under my supervision, employees of KCC caused the following documents to be served via Overnight Mail on the Special Service List attached hereto as **Exhibit E**:

    1.  Notice of Filing of Corrected Exhibit 2 to Debtors' Application for an Order Authorizing the Employment and Retention of Mercer (US) Inc. as Compensation Consultant to the Debtors Nunc Pro Tunc to the Petition Date [Docket No. 713]

    2.  Notice of July 24, 2012 Hearing) [Docket No. 722]

D.  Furthermore, on July 9, 2012, at my direction and under my supervision, employees of KCC caused the following documents to be served via Overnight Mail on the Special Service List attached hereto as **Exhibit F**:

    1.  Debtors' Application for an Order Authorizing Employment and Retention of Towers Watson Delaware Inc. as Human Resources Consultants to the Debtors Nunc Pro Tunc to June 25, 2012 [Docket No. 719]

    3.  Notice of July 24, 2012 Hearing) [Docket No. 722]

E.  Furthermore, on July 9, 2012, at my direction and under my supervision, employees of KCC caused the following documents to be served via Overnight Mail on the Special Service List attached hereto as **Exhibit G**:

    2.  Debtors' Application Under Section 327(e) of the Bankruptcy Code, Bankruptcy Rule 2014(a) and Local Rule 2014-1 for Authorization to Employ and Retain Severson & Werson PC as Special California Litigation Counsel to the Debtors, Nunc Pro Tunc to May 14, 2012 [Docket No. 720]

    4.  Notice of July 24, 2012 Hearing) [Docket No. 722]

F.  Furthermore, on July 9, 2012, at my direction and under my supervision, employees of KCC caused the following documents to be served via Overnight Mail on the Special Service List attached hereto as **Exhibit H**:

3. Debtors' Application Under Section 327(e) and 328 of the Bankruptcy Code, Bankruptcy Rule 2014(a) and Local Rule 2014-1 for Authorization (I) to Employ and Retain Bradley Arant Boult Cummings LLC as Special Litigation and Compliance Counsel to the Debtors, Nunc Pro Tunc to May 14, 2012, and (II) to Approve Alternative Billing Arrangement [Docket No. 721]

5. Notice of July 24, 2012 Hearing) [Docket No. 722]

G. Furthermore, on July 13, 2012, at my direction and under my supervision, employees of KCC caused the following documents to be served via Overnight Mail on the Special Service List attached hereto as **Exhibit A**, and on July 9th via Electronic Mail on the Monthly Service List attached hereto as **Exhibit B**:

1. Debtors' Application Under Section 327(e) of the Bankruptcy Code, Bankruptcy Rule 2014(a) and Local Rule 2014-1 for Authorization to Employ and Retain Severson & Werson PC as Special California Litigation Counsel to the Debtors, Nunc Pro Tunc to May 14, 2012 [Docket No. 720]

4. Debtors' Application Under Section 327(e) and 328 of the Bankruptcy Code, Bankruptcy Rule 2014(a) and Local Rule 2014-1 for Authorization (I) to Employ and Retain Bradley Arant Boult Cummings LLC as Special Litigation and Compliance Counsel to the Debtors, Nunc Pro Tunc to May 14, 2012, and (II) to Approve Alternative Billing Arrangement [Docket No. 721]

Dated: July 13, 2012

_/s/ Melissa Loomis_
Melissa Loomis

State of California

County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 13th of July, 2012, by Melissa Loomis, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _/s/ Lydia Pastor Nino_
My Commission Expires: _11/18/2015_

# Exhibit A

**Exhibit A**
**Special Service List**
**Served via Overnight Mail**

| Party Description | Name | Notice Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Secured lender under the Mortgage Servicing Rights Facility | Citibank NA | Attn Bobbie Theivakumaran | 390 Greenwich St 6th Fl | | New York | NY | 10013 |
| Indenture Trustee to Unsecured Notes / Top 50 Creditor | Deutsche Bank Trust Company Amec | c/o Kelvin Vargas | 25 De Forest Ave | | Summit | NJ | 07901 |
| Prepetition Lender - Fannie EAF | Fannie Mae | Attn Peter McGonigle | 1835 Market St Ste 2300 | | Philadelphia | PA | 19103 |
| Internal Revenue Service | Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | Philadelphia | PA | 19101-7346 |
| Internal Revenue Service | Internal Revenue Service | Insolvency Section | 31 Hopkins Plz Rm 1150 | | Baltimore | MD | 21201 |
| Counsel to US Bank National Association as Indenture Trustee to the Debtors' Prepetition Junior Secured Notes | Kelley Drye & Warren LLP | James S Carr & Eric R Wilson | 101 Park Ave | | New York | NY | 10178 |
| Counsel to the Equity Security Holders (Ally Financial and Ally Bank) | Kirkland & Ellis | Richard M Cieri | 601 Lexington Ave | | New York | NY | 10022 |
| Counsel to the Ally Financial Inc. & Ally Bank | Kirkland & Ellis LLP | Attn Ray C Schrock & Stephen E Hessler | 601 Lexington Ave | | New York | NY | 10022-4611 |
| Counsel to the Official Committee of Unsecured Creditors | Kramer Levin Naftallis & Frankel LLP | Kenneth H Eckstein, Thomas Moers Mayer & Douglas H Mannal | 117 Avenue of the Americas | | New York | NY | 10036 |
| Residential Capital LLC | Morris & Foerster LLP | Attn Tammy Hamzehpour | 1290 Avenue of the Americas | | New York | NY | 10104 |
| Stalking Horse Bidder, Nationstar Mortgage | Nationstar Mortgage LLC | Attn: General Counsel | 350 Highland Drive | | Lewisville | TX | 75067 |
| Office of the New York Attorney General | Office of the NY State Attorney General | Nancy Lord & Neal Mann | The Capitol | | Albany | NY | 12224-0341 |
| Office of the United States Attorney for the Southern District of New York | Office of the US Attorney for the Southern District of NY | United States Attorney Preet Bharara | One St Andrews Plaza | | New York | NY | 10007 |
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | Secretary of the Treasury | 100 F St NE | | Washington | DC | 20549 |
| Securities and Exchange Commission - New York Regional Office | Securities & Exchange Commission NY Regional Office | George S Canellos Regional Director | 3 World Financial Center Ste 400 | | New York | NY | 10281-1022 |
| Counsel to Nationstar | Sidley Austin LLP | Larry J Nyhan & Jessica CK Boelter | One Dearborn | | Chicago | IL | 60603 |
| Counsel to the administrative agent for the Debtors' proposed providers of debtor in possession financing | Skadden Arps Slate Meagher & Flom LLP | Jonathan H. Hofer | Four Times Square | | New York | NY | 10036 |
| Counsel to Barclays Bank PLC | Skadden Arps Slate Meagher & Flom LLP | Ken Ziman | Four Times Square | | New York | NY | 10036 |
| Counsel to the administrative agent for the Debtors' proposed providers of debtor in possession financing | Skadden Arps Slate Meagher & Flom LLP | Sarah M Ward | Four Times Square | | New York | NY | 10036 |
| Counsel to Barclays Bank PLC | Skadden Arps Slate Meagher & Flom LLP | Suzanne D T Lovett | Four Times Square | | New York | NY | 10036 |
| Indenture Trustee under the Pre-Petition GSAP Facility | The Bank of New York Mellon | Asset-Backed Securities Group | 101 Barclay St 4W | | New York | NY | 10286 |

**Exhibit A**
**Special Service List**
**Served via Overnight Mail**

| Party Description | Name | Notice Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Indenture Trustee to the Debtors' Prepetition Junior Secured Notes | U.S. Bank National Association | Attn: George Rayzis | 50 South 16 th Street | Suite 2000 | Philadelphia | PA | 19102 |
| Indenture Trustee to the Debtors' Prepetition Junior Secured Notes | U.S. Bank National Association | Attn: Irina Palchuk | 60 Livingstone Avenue | EP-MN-WS1D | St. Paul | MN | 55107 |
| Office of the United States Attorney General | U.S. Department of Justice | US Attorney General, Eric H. Holder, Jr. | 950 Pennsylvania Ave NW | | Washington | DC | 20530-0001 |
| Counsel to the United State of America | United States Attorney's Office for the Southern District of New York civil Division | Attn Joseph Cordaro | 86 Chambers St 3rd Fl | | New York | NY | 10007 |
| Office of the United States Trustee for the Southern District of New York | US Trustee for the Southern District of NY | Tracy Hope Davis, Linda A. Riffkin and Brian S. Masumoto | 33 Whitehall St 21st Fl, Region 2 | | New York | NY | 10004 |
| GMEN Indenture Trustee at Corporate Trust Office | Wells Fargo Bank NA | Attn Corporate Trust Services - GMACM Home Equity Notes 2004 Variable Funding Trust | PO Box 98 | | Columbia | MD | 21046 |

# **Exhibit B**

**Exhibit B**
**Monthly Service List**
**Served via Electronic Mail**

| Party Description | Name | Notice Name | Email |
|---|---|---|---|
| Ally Bank | Ally Bank | Tom Houghton | tom.houghton@ally.com |
| Secured Lender under the Secured Revolver and Line of Credit | Ally Financial Inc | Jeffrey Brown Corporate Treasurer | jeff.brown@gmacfs.com william.b.solomon@ally.com |
| Counsel to Wells Fargo Bank, N.A. in its capacity as trustee, indenture trustee or master servicer of certain RMBS trusts | Alston & Bird LLP | John C Weitnauer Esq | kit.weitnauer@alston.com |
| Counsel to Wells Fargo Bank, N.A. in its capacity as trustee, indenture trustee or master servicer of certain RMBS trusts | Alston & Bird LLP | Martin G Bunin Esq & William Hao Esq | marty.bunin@alston.com william.hao@alston.com |
| Counsel to Wells Fargo Bank, N.A. in its capacity as trustee, indenture trustee or master servicer of certain RMBS trusts | Alston & Bird LLP | William B Macurda | bill.macurda@alston.com |
| Counsel to the Texas Comptroller of Public Accounts | Assistant Attorney General | John Mark Stern bankruptcy & Collections Division | john.stern@texasattorneygeneral.gov |
| Securitization/HELOC Trustee | Bank of New York Mellon | Sarah Stout & Jennifer J Provenzano | Sarah.Stout@BNYMellon.com Jennifer.Provenzano@BNYMellon.com Michael.Spataro@BNYMellon.com Mageshwaran.Ramasamy@BNYMellon.com |
| Barclays Bank PLC, as administrative agent under the Pre-Petition GSAP Facility | Barclays Bank PLC | Alicia Borys & Patrick Kerner | alicia.borys@barclays.com patrick.kerner@barclays.com |
| Barclays Bank PLC, as administrative agent under the Pre-Petition GSAP Facility | Barclays Bank PLC | Joe Tricamo & May Wong | xrausloanops5@barclays.com |
| Counsel to USAA Federal Savings Bank | Barnes & Thornburg LLP | David M Powlen | david.powlen@btlaw.com |
| Creditor | Barry B Eskanos JD MPA & Ami B Eskanos | | bbeskanos@aol.com |
| Counsel to Cambridge Place Investments Management Inc. | Bernstein Litowitz Berger & Grossmann LLP | David R Stickney & Jonathan D Uslaner & Matthew P Jubenville | davids@blblgaw.com jonathanu@blblgaw.com matthewj@blblgaw.com |
| Counsel to Cambridge Place Investments Management Inc. | Bernstein Litowitz Berger & Grossmann LLP | Jai K Chandrasekhar | jai@blblgaw.com |
| Buyer under the Pre-Petition Ally Repo Facility | BMMZ Holding LLC | c/o Ally Financial Inc, Attn Courtney Lowman | courtney.lowman@ally.com |
| Top 50 Creditors | Brian Kessler, et al | c/o Walters Bender Strohbehn & Vaughan, P.C. | jhaake@wbsvlaw.com |
| Counsel to MBIA Insurance Corporation | Cadwalader Wickersham & Taft LLP | Gregory M Petrick & Ingrid Bagby | gregory.petrick@cwt.com ingrid.bagby@cwt.com |
| Counsel to MBIA Insurance Corporation | Cadwalader Wickersham & Taft LLP | Mark C Ellenberg Esq | mark.ellenberg@cwt.com |
| Secured lender under the Mortgage Servicing Rights Facility | Citibank NA | Attn Bobbie Theivakumaran | bobbie.theivakumaran@citi.com |
| Counsel to Lead Plaintiff | Cohen Milstein Sellers & Toll PLLC | Joel P Laitman, Christopher Lometti, Michael B Eisenkraft, Daniel B Rehns & Kenneth M Rehns | jlaitman@cohenmilstein.com clometti@cohenmilstein.com meisenkraft@cohenmilstein.com drehns@cohenmilstein.com krehns@cohenmilstein.com |
| Counsel to HP Enterprise Services LLC | Cole Schotz Meisel Forman & Leonard PA | Michael D Warner & Emily S Chou | mwarner@coleschotz.com echou@coleschotz.com |
| Commonwealth of Pennsylvania, Department of Labor and Industry, Office of Unemployment Compensation Tax Services (UCTS) | Commonwealth of Pennsylvania, Department of Labor and Industry | Joseph Kots | ra-li-ucts-bankrupt@state.pa.us |
| Counsel to MidFirst Bank | Crowe & Dunlevy PC | William H. Hoch | will.hoch@crowedunlevy.com |
| Proposed Conflicts Counsel for the Debtors | Curtis Mallet-Prevost Colt & Mosle LLP | Maryann Gallagher Esq | mgallagher@curtis.com |
| Proposed Conflicts Counsel for the Debtors | Curtis Mallet-Prevost Colt & Mosle LLP | Michael A Cohen Esq | macohen@curtis.com |
| Proposed Conflicts Counsel for the Debtors | Curtis Mallet-Prevost Colt & Mosle LLP | Steven J Reisman Esq | sreisman@curtis.com |
| Counsel to Bank of New York Mellon Trust Company NA | Dechert LLP | Glenn E Siegel, Hector Gonzalez, Brian E Greer & Mauricio A Espana | glenn.siegel@dechert.com hector.gonzalez@dechert.com brian.greer@dechert.com mauricio.espana@dechert.com |
| Securitization Trustee | Deutsche Bank | Rosa Mendez | rosa.mendez@db.com |
| Member of Official Committee of Unsecured Creditors | Deutsche Bank Trust Company Americas | Attn Brendan Meyer | Brendan.meyer@db.com |
| Indenture Trustee to Unsecured Notes / Top 50 Creditor | Deutsche Bank Trust Company Am | c/o Kelvin Vargas | kelvin.vargas@db.com |
| Interested Party, Diem T Nguyen | Diem T Nguyen | | diem.home@gmail.com |
| Counsel to Green Planet Servicing LLC | Duane Morris LLP | Gerald S Catalanello Esq & james J Bincequerra Esq | gcatalanello@duanemorris.com jvincequerra@duanemorris.com |

**Exhibit B**
**Monthly Service List**
**Served via Electronic Mail**

| Party Description | Name | Notice Name | Email |
|---|---|---|---|
| Prepetition Lender - Fannie EAF | Fannie Mae | Attn Peter McGonigle | peter_mcgonigle@fanniemae.com |
| GSE - Fannie Mae | Fannie Mae | Catherine Lasher | catherine_lasher@fanniemae.com |
| Counsel to Bank of America NA & Aurora Loan Services | Fein Such & Crane LLP | Mark K Broyles Esq | broylesm@rgcattys.com |
| Counsel to TCF National Bank | Foley & Mansfield PLLP | Thomas J Lallier | tlallier@foleymansfield.com |
| Counsel to Freddie Mac | Freddie Mac | Kenton W Hambrick Associate General Counsel | kenton_hambrick@freddiemac.com |
| Counsel to Mercer (US) Inc. | Freeborn & Peters LLP | Devon J Eggert Esq | deggert@freebornpeters.com |
| Counsel to Mercer (US) Inc. | Freeborn & Peters LLP | Thomas R Fawkes Esq | tfawkes@freebornpeters.com |
| Counsel to Ad Hoc RMBS Holder Group | Gibbs & Bruns LLP | Kathy D Patrick Esq & Scott A Humphries Esq | kpatrick@gibbsbruns.com shumphries@gibbsbruns.com |
| Counsel for the Institutional Investors | Gibbs & Bruns, L.L.P. | Kathy D. Patrick | kpatrick@gibbsbruns.com |
| GSE - Ginnie Mae | Ginnie Mae | Ted Tozer | theodore.w.tozer@hud.gov |
| Counsel to Stichting Pensioenfonds ABP, huntington Bancshares Inc, John Hancock Life Insurance Company (U.S.A.), John Hancock Life Insurance Company (U.S.A.) Separate Account 6A & John Hancock Life Insurance Company (U.S.A.) Separate Account 131 | Grant & Eisenhofer PA | Georffrey C Jarvis Matthew P Morris & Deborah A Elman | gjarvis@gelaw.com mpmorris@gelaw.com delman@gelaw.com |
| Counsel to HP Enterprise Services LLC | HP Enterprise Services LLC | Ayala Hassell Esq | ayala.hassell@hp.com |
| Counsel to Financial Guaranty Insurance Company | Jones Day | Carle E Black | ceblack@jonesday.com |
| Counsel to Financial Guaranty Insurance Company | Jones Day | Corinne Ball, Richard L Wynne & Lance E Miller | cball@jonesday.com rlwynne@jonesday.com lemiller@jonesday.com |
| Counsel to the Federal Housing Finance Agency as Conservator of the Federal National Mortgage Association ("Fannie Mae") and the Federal Home Loan Mortgage Corporation | Kasowitz, Benson, Torres & Friedman LLP | Andrew K Glenn, Matthew B Stein, Daniel A Fliman & Nii Amar Amamoo | aglenn@kasowitz.com mstein@kasowitz.com dfliman@kasowitz.com namamoo@kasowitz.com |
| Counsel to US Bank National Association as Indenture Trustee to the Debtors' Prepetition Junior Secured Notes | Kelley Drye & Warren LLP | James S Carr & Eric R Wilson | kdwbankruptcydepartment@kelleydrye.com |
| Counsel to Oakland County Treasurer | Kilpatrick & Associates PC | Richardo I Kilpatrick | ecf@kaalaw.com |
| Counsel to Lone Star U.S. Acquisitions, LLC | King & Spalding LLP | W. Austin Jowers & Paul K. Ferdinands & Thaddeus D. Wilson | thadwilson@kslaw.com ajowers@kslaw.com pferdinands@kslaw.com |
| Counsel to the Equity Security Holders (Ally Financial and Ally Bank) | Kirkland & Ellis | Richard M Cieri | richard.cieri@kirkland.com |
| Counsel to the Ally Financial Inc. & Ally Bank | Kirkland & Ellis LLP | Attn Ray C Schrock & Stephen E Hessler | ray.schrock@kirkland.com richard.cieri@kirkland.com stephen.hessler@kirkland.com projectrodeo@kirkland.com William.b.Solomon@ally.com Timothy.Devine@ally.com john.bellaver@ally.com |
| Counsel to Tracy L Klestadt, in his Capacity as Chapter 7 Trustee of Alliance Mortgage Investments, Inc. and Alliance Bancorp | Klestadt & Winters LLP | Attn Tracy L Klestadt & Joseph C Corneau | tklestadt@klestadt.com jcorneau@klestadt.com |
| Counsel to the Official Committee of Unsecured Creditors | Kramer Levin Naftallis & Frankel LLP | Kenneth H Eckstein, Thomas Moers Mayer & Douglas H Mannal | keckstein@kramerlevin.com tmayer@kramerlevin.com dmannal@kramerlevin.com |
| Counsel to Carrollton-Farmers Branch Independent School District and Lewisville Independent School District | Law Offices of Robert E Luna PC | Andrea Sheehan | sheehan@txschoollaw.com |
| Counsel to City of McAllen, South Texas ISD, South Texas College & Cameron County | Linebarger Goggan Blair & Sampson LLP | Diana W Sanders | austin.bankruptcy@publicans.com |
| Counsel to Dallas County | Linebarger Goggan Blair & Sampson LLP | Elzabeth Weller | dallas.bankruptcy@publicans.com |
| Counsel to Texas Taxing Authorities - Katy ISD, Matagorda County, Cypress-Fairbanks ISD, Tyler County, Cleveland ISD, Fort Bend County, Montgomery County, Harris County, Galveston County, Orange County | Linebarger Goggan Blair & Sampson LLP | John P Dillman Esq | houston_bankruptcy@lgbs.com |

**Exhibit B**
**Monthly Service List**
**Served via Electronic Mail**

| Party Description | Name | Notice Name | Email |
|---|---|---|---|
| Counsel to The Union Central Life Insurance Company, Ameritas Life Insurance Corp. and Acacia Life Insurance Company ; and Cambridge Place Investments Management Inc. | Lowenstein Sandler PC | Andrew Behlmann | abehlmann@lowenstein.com |
| Counsel to The Union Central Life Insurance Company, Ameritas Life Insurance Corp. and Acacia Life Insurance Company ; and Cambridge Place Investments Management Inc. | Lowenstein Sandler PC | Andrew Behlmann | abehlmann@lowenstein.com |
| Counsel to Lead Plaintiff; o The Union Central Life Insurance Company, Ameritas Life Insurance Corp. and Acacia Life Insurance Company ; and Cambridge Place Investments Management Inc. | Lowenstein Sandler PC | Michael S Etkin & Ira M Levee | metkin@lowenstein.com ilevee@lowenstein.com |
| Counsel to Lead Plaintiff; o The Union Central Life Insurance Company, Ameritas Life Insurance Corp. and Acacia Life Insurance Company ; and Cambridge Place Investments Management Inc. | Lowenstein Sandler PC | Michael S Etkin & Ira M Levee | metkin@lowenstein.com ilevee@lowenstein.com |
| Counsel to Manatee County Tax Collector | Manatee County Tax Collector | Susan D Profant & Ken Burton Jr | susanp@taxcollector.com |
| Counsel to Donald T Prather, Trustee | Mathis, Riggs & Prather PSC | Donald T Prather | dprather@iglou.com |
| Counsel to GSE - Freddie Mac | McKool Smith | Attn: Paul D. Moak | pmoak@McKoolSmith.com |
| Counsel to Freddie Mac | McKool Smith PC | Michael R Carney | mcarney@mckoolsmith.com |
| Counsel to Freddie Mac | McKool Smith PC | Paul D Moak | pmoak@McKoolSmith.com |
| Counsel to Deutsche Bank Trust Company Americas and Deutsche Bank National Trust Company, as trustees of certain mortgage backed securities trust | Morgan Lewis & Bockius LLP | James L Garrity Jr | jgarrity@morganlewis.com |
| Counsel to Deutsche Bank Trust Company Americas and Deutsche Bank National Trust Company, as trustees of certain mortgage backed securities trust | Morgan Lewis & Bockius LLP | Michael S Kraut | mkraut@morganlewis.com |
| Counsel to Deutsche Bank Trust Company Americas and Deutsche Bank National Trust Company, as trustees of certain mortgage backed securities trust | Morgan Lewis & Bockius LLP | Patrick D Fleming | pfleming@morganlewis.com |
| Counsel to Cal-Western Reconveyance Corporation | Moritt Hock & Hamroff LLP | Leslie Ann Berkoff | lberkoff@moritthock.com |
| Residential Capital LLC | Morris & Foerster LLP | Attn Tammy Hamzehpour | Tammy.Hamzehpour@gmacrescap.com diane.citron@ally.com |
| Counsel to the Independent Directors of the Residential Capital, LLC | Morrison Cohen LLP | Joseph T Moldovan Esq | jmoldovan@morrisoncohen.com bankruptcy@morrisoncohen.com |
| Counsel to Berkshire Hathaway Inc | Munger Tolles & Olson LLP | Seth Goldman | seth.goldman@mto.com |
| Counsel to Berkshire Hathaway Inc | Munger Tolles & Olson LLP | Thomas B Walper | Thomas.walper@mto.com |
| Counsel to Commonwealth of Pennsylvania, Department of Revenue, Bureau of Compliance | Office of Attorney General | Carol E. Momjian | cmomjian@attorneygeneral.gov |
| Office of the New York Attorney General | Office of the NY State Attorney General | Nancy Lord & Neal Mann | Nancy.Lord@OAG.State.NY.US Neal.Mann@OAG.State.NY.US |
| Counsel to Ambac Assurance Corporation | Patterson Belknap Webb & Tyler LLP | David W Dykhouse & Brian P Guiney | dwdykhouse@pbwt.com bguiney@pbwt.com |
| Counsel to Paul N Papas II | Paul N Papas II | Mylegalhelpusa.com | Paul_Papas@mylegalhelpusa.com |
| Counsel to Johnson County et al, Richardson ISD | Perdue Brandon Fielder Collins & Mott LLP | c/o Elizabeth Banda Calvo | ebcalvo@pbfcm.com |
| Counsel to 2255 Partners LP | Pillsbury Winthrop Shaw Pittman LLP | Attn Ana N Damonte Esq | ana.damonte@pillsburylaw.com |
| Counsel to Representative Plaintiffs and the Putative Class | Polsinelli Shughart PC | Daniel J Flanigan & Jason A Nagi | dflanigan@polsinelli.com jnagi@polsinelli.com |
| Counsel to Assured Guaranty Municipal Corp | Proskauer Rose LLP | Irena M Goldstein | igoldstein@proskauer.com |
| Counsel to Dallas CPT Fee Owner LP | Proskauer Rose LLP | Scott K Rutsky & Jared D Zajac | srutsky@proskauer.com jzajac@proskauer.com |

**Exhibit B**
**Monthly Service List**
**Served via Electronic Mail**

| Party Description | Name | Notice Name | Email |
|---|---|---|---|
| Counsel to The Prudential Insurance Companu of America, The Gibraltar Life Insurance Company, Ltd., Park Place Commerce Investments, LLC, Prudential Retirement Insurance and Annuity Company, Prudential Annuities Life Insurance Corporation, Pruco Life Insurance Company of New Jersey, Commerce Street Investments, LLC, Institutional Core Bond Fund of the Prudential Trust Company Master Commingled Investment Fund for Tax Exempt Trusts, Institutional Core Plus Bond Fund of the Prudential Trust Company Master Commingled Investment Fund for Tax Exempt Trusts, Pru Alpha Fixed Income Opportunity Master Fund I, L.P., Pruco Life Insurance Company, Prudential Annuities Life Assurance Corporation, Prudential Investment Portfolios 2, Prudential Core Short-Term Bond Fund, Prudential Total Return Bond Fund, Inc., Prudential Trust Company, as Trustee for Prudential Merged Retirement Plan, The Prudential Investment Portfolios, Inc., Asset Allocation Fund, The Prudential Life Insurance Company, Ltd., and The Prudential Series Fund, Diversified Bond Portfolio | Quinn Emanuel Urquhart & Sullivan LLP | Daniel L Brockett & David D Burnett | danbrockett@quinnemanuel.com daveburnett@quinnemanuel.com |
| Counsel to AIG Asset Management (US) LLC | Quinn Emanuel Urquhart & Sullivan LLP | Susheel Kirpalani & Scott C Shelley | susheelkirpalani@quinnemanuel.com scottshelley@quinnemanuel.com |
| Counsel to Lehman Brothers Holdings Inc | Reilly Pozner LLP | Michael A Rollin | mrollin@rplaw.com |
| Counsel to The Union Central Life Insurance Company, Ameritas Life Insurance Corp. and Acacia Life Insurance Company | Robbins Gellar Rudman & Dowd LLP | Christopher M Wood | cwood@rgrdlaw.com |
| Counsel to The Union Central Life Insurance Company, Ameritas Life Insurance Corp. and Acacia Life Insurance Company | Robbins Gellar Rudman & Dowd LLP | Steven W Pepich | stevep@rgrdlaw.com |
| Counsel to Ad Hoc RMBS Holder Group | Ropes & Gray LLP | D Ross Martin Esq & Keith H Wofford Esq | Ross.martin@ropesgray.com keith.wofford@ropesgray.com |
| Counsel for the Institutional Investors | Ropes & Gray LLP | D. Ross Martin | Ross.martin@ropesgray.com |
| Counsel to Samuel I White PC | Samuel I White PC | D Carol Sasser Esq | dsasser@siwpc.com |
| Counsel to Samuel I White PC | Samuel I White PC | Donna J Hall Esq | dhall@siwpc.com |
| Counsel to the City of Union City, New Jersey; and Counsel to Township of Wall | Scarinci & Hollenbeck LLC | Joel R Gluckman Esq | jglucksman@scarincihollenbeck.com |
| Counsel to Liberty Property Limited Parternship | Schnader Harrison Segal & Lewis LLP | Barry Bressler & Richard A Barkasy | bbressler@schnader.com rbarkasy@schnader.com |
| Counsel to Liberty Property Limited Parternship | Schnader Harrison Segal & Lewis LLP | Benjamin P Deutsch Esq | bdeutsch@schnader.com |
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | Secretary of the Treasury | secbankruptcy@sec.gov |
| Securities and Exchange Commission - New York Regional Office | Securities & Exchange Commission NY Regional Office | George S Canellos Regional Director | secbankruptcy@sec.gov newyork@sec.gov |
| Wells Fargo Bank, N.A., as collateral agent for the Prepetition Junior Secured Notes, as collateral agent for the Prepetition Ally Revolver, and as collateral control agent under the Intercreditor Agreement, dated as June 6, 2008 | Seward & Kissell LLP | Greg S Bateman | bateman@sewkis.com |
| Counsel to US Bank National Association as Securitization Trustee | Seward & Kissell LLP | Ronald L Cohen & Kalyan Das | cohen@sewkis.com das@sewkis.com |
| Counsel to Petra Finance LLC | Shapiro Blasi Wasserman & Gora PA | Thomas A Conrad Esq | taconrad@sblawfirm.com |

**Exhibit B**
**Monthly Service List**
**Served via Electronic Mail**

| Party Description | Name | Notice Name | Email |
|---|---|---|---|
| Counsel to Citibank NA | Shearman & Sterling LLP | Fredric Sosnick & Susan A Fennessey | fsosnick@shearman.com<br>sfennessey@shearman.com |
| Counsel to Nationstar | Sidley Austin LLP | Larry J Nyhan & Jessica CK Boelter | lnyhan@sidley.com<br>jboelter@sidley.com<br>bmyrick@sidley.com |
| Counsel to the administrative agent for the Debtors' proposed providers of debtor in possession financing | Skadden Arps Slate Meagher & Flom LLP | Jonathan H. Hofer | jhofer@skadden.com<br>nikolay.kodes@skadden.com |
| Counsel to Barclays Bank PLC | Skadden Arps Slate Meagher & Flom LLP | Ken Ziman | ken.ziman@skadden.com |
| Counsel to the administrative agent for the Debtors' proposed providers of debtor in possession financing | Skadden Arps Slate Meagher & Flom LLP | Sarah M Ward | sarah.ward@skadden.com |
| Counsel to Barclays Bank PLC | Skadden Arps Slate Meagher & Flom LLP | Suzanne D T Lovett | suzanne.lovett@skadden.com |
| Counsel to Bank of the West | Stinson Morrison Hecker LLP | Andrew W. Muller | amuller@stinson.com |
| Counsel to Mortgage Electronic Registration Systems Inc and MERSCOPR Inc ("MERS") | Sullivan Hazeltine Allinson LLC | William A Hazeltine Esq | whazeltine@sha-llc.com |
| Counsel for Institutional Investors | Talcott Franklin P.C. | Attn: Talcott J. Franklin | tal@talcottfranklin.com |
| Counsel to TCF National Bank | TCF National Bank | janella J Miller Senior Vice President & Senior Counsel | jmiller@tcfbank.com |
| Member of Official Committee of Unsecured Creditors | The Bank of New York Mellon | Attn Robert H Major Vice President | robert.major@bnymellon.com |
| Securitization Trustee | The Canada Trust Company | Susan Khokher | susan.khokher@tdsecurities.com<br>kathryn.thorpe@tdsecurities.com<br>Adam.Parkin@tdsecurities.com<br>Christopher.stevens@tdsecurities.com |
| Indenture Trustee to the Debtors' Prepetition Junior Secured Notes | U.S. Bank National Association | Attn: George Rayzis | george.rayzis@usbank.com |
| Indenture Trustee to the Debtors' Prepetition Junior Secured Notes | U.S. Bank National Association | Attn: Irina Palchuk | irina.palchuk@usbank.com |
| Member of Official Committee of Unsecured Creditors | U.S. Bank National Association | Attn: Mamta K Scott | mamta.scott@usbank.com |
| Securitization/HELOC Trustee | U.S. Bank National Association | Michelle Moeller | michelle.moeller@usbank.com |
| Securitization/HELOC Trustee | U.S. Bank National Association | Tanver Ashraf, Corporate Trust Services | tanveer.ashraf@usbank.com |
| Counsel to GSE - Ginnie Mae | U.S. Department of Justice | Attn: Glenn D. Gillette | Glenn.Gillett@usdoj.gov |
| Office of the United States Attorney General | U.S. Department of Justice | US Attorney General, Eric H. Holder, Jr. | AskDOJ@usdoj.gov |
| Counsel to the United State of America | United States Attorney's Office for the Southern District of New York civil Division | Attn Joseph Cordaro | joseph.cordaro@usdoj.gov |
| Office of the United States Trustee for the Southern District of New York | US Trustee for the Southern District of NY | Tracy Hope Davis, Linda A. Riffkin and Brian S. Masumoto | Tracy.Davis2@usdoj.gov<br>Linda.Riffkin@usdoj.gov<br>Brian.Masumoto@usdoj.gov |
| Counsel to Representative Plaintiffs and the Putative Class | Walters Bender Stohbehn & Vaughan PC | J Michael Vaughan & David M Skeens | mvaughan@wbsvlaw.com<br>dskeens@wbsvlaw.com |
| Securitization/HELOC Trustee | Wells Fargo Bank, N.A. | Kelly Rentz | kelly.j.rentz@wellsfargo.com<br>Nichlaus.M.Ross@wellsfargo.com<br>Sharon.Squillario@wellsfargo.com<br>mary.l.sohlberg@wellsfargo.com |
| Claimant | Wendy Alison Nora | | accesslegalservices@gmail.com |
| Counsel to Wells Fargo as collateral agent for the Prepetition Junior Secured Notes | White & Case LLP | Attn: Gerard Uzzi | guzzi@whitecase.com |
| Securitization Trustee | Wilmington Trust | Jennifer Williams | jwilliams@wilmingtontrust.com<br>rmaney@wilmingtontrust.com |
| Counsel to the County of Putnam, Department of Finance | Wilson Elser Moskowitz Edelman & Dicker LLP | Attn David L Tillem | david.tillem@wilsonelser.com |
| Counsel to GSE - Fannie Mae | Winston & Strawn LLP | Attn: David Neier | dneier@winston.com |
| Counsel to Federal National Mortgage Association | Winston & Strawn LLP | David Neier, Carey D Schreiber & Alan Moskowitz | dneier@winston.com<br>cschreiber@winston.com<br>almoskowitz@winston.com |
| Counsel to The Western and Southern Life Insurance Company et al | Wollmuth Maher & Deutsch LLP | Attn James N Lawlor | jlawlor@wmd-law.com |
| Counsel to The Western and Southern Life Insurance Company et al | Wollmuth Maher & Deutsch LLP | Attn Paul R DeFilippo & Steven S Fitzgerald | pdefilippo@wmd-law.com<br>sfitzgerald@wmd-law.com |

**Exhibit B**
**Monthly Service List**
**Served via Electronic Mail**

| Party Description | Name | Notice Name | Email |
|---|---|---|---|
| Counsel to National Credit Union Administration Board, as Liquidating Agent of U.S. Central Federal Credit Union, Western Corporate Federal Credit Union, Members United Corporate Federal Credit Union, Southwest Corporate Federal Credit Union and Constitution Corporate Federal Credit Union | Zuckerman Spaeder LLP | Graeme W. Bush & Nelson C. Cohen & Laura E. Neish | gbush@zuckerman.com ncohen@zuckerman.com lneish@zuckerman.com |
| Counsel to National Credit Union Administration Board, as Liquidating Agent of U.S. Central Federal Credit Union, Western Corporate Federal Credit Union, Members United Corporate Federal Credit Union, Southwest Corporate Federal Credit Union and Constitution Corporate Federal Credit Union | Zuckerman Spaeder LLP | Graeme W. Bush & Nelson C. Cohen & Laura E. Neish | gbush@zuckerman.com ncohen@zuckerman.com lneish@zuckerman.com |

# **<u>Exhibit C</u>**

**Exhibit C**
**Hearing Parties**
**Served via Overnight Mail**

| Name | Notice Name | Address 1 | Address 2 | City | State | Zip | Country |
|------|-------------|-----------|-----------|------|-------|-----|---------|
| Acacia Life Insurance Company | Salene Hitchcock Gear CEO | 7315 Wisconsin Avenue | | Bethesda | MD | 20814 | |
| Acacia Life Insurance Company | Samuel H Rudman | 58 South Service Road Suite 200 | ROBBINS GELLAR RUDMAN & DOWD LLP | Melville | NY | 11747 | |
| Acacia Life Insurance Company | Steven W Pepich | 655 West Broadway Suite 1900 | Robbins Geller Rudman & Dowd | San Diego | CA | 92101 | |
| Allstate Bank f k a Allstate ET AL | Daniel L Brockett | 51 Madison Avenue 22nd Floor | Quinn Emanuel | New York | NY | 10010 | |
| Allstate Bank f k a Allstate ET AL | Director or Officer | 3100 Sanders Road | Suite N4a | Northbrook | IL | 60062 | |
| Allstate Insurance Company | Daniel L Brockett | 51 Madison Avenue 22nd Floor | Quinn Emanuel | New York | NY | 10010 | |
| Allstate Insurance Company | Thomas J Wilson President & CEO | 2775 Sanders Rd | | Northbrook | IL | 60062 | |
| Allstate Life Ins Co of NY | Daniel L Brockett | 51 Madison Avenue 22nd Floor | Quinn Emanuel | New York | NY | 10010 | |
| Allstate Life Ins Co of NY | Susan L Lees | 100 Motor Parkway | Suite 132 | Happauge | NY | 11788 | |
| Allstate Life Insurance Company | Daniel L Brockett | 51 Madison Avenue 22nd Floor | Quinn Emanuel | New York | NY | 10010 | |
| Allstate Life Insurance Company | Matthew E Winter | 3100 Sanders Road | | Northbrook | IL | 60062 | |
| Allstate New Jersey Insurance Co | Daniel L Brockett | 51 Madison Avenue 22nd Floor | Quinn Emanuel | New York | NY | 10010 | |
| Allstate New Jersey Insurance Co | William Ballinger | 3075 Sanders Road | Suite H1A | Northbrook | IL | 60062 | |
| Allstate Retirement Plan | Daniel L Brockett | 51 Madison Avenue 22nd Floor | Quinn Emanuel | New York | NY | 10010 | |
| Allstate Retirement Plan | Director or Officer | 3075 Sanders Road | Suite G4A | Northbrook | IL | 60062 | |
| Alston & Bird LLP | Nartin G Bunin & William Hao | 90 Park Ave | | New York | NY | 10016 | |
| American Heritage Life Insurance Co | Daniel L Brockett | 51 Madison Avenue 22nd Floor | Quinn Emanuel | New York | NY | 10010 | |
| American Heritage Life Insurance Co | David A Bird President | 1776 American Heritage Life Drive | | Jacksonville | Fl. | 32224 | |
| Ameritas Life Insurance Corp | Donald R Stading | 5900 O Street | PO Box 81889 | Lincoln | NE | 68510 | |
| Ameritas Life Insurance Corp | Samuel H Rudman | 58 South Service Road Suite 200 | ROBBINS GELLAR RUDMAN & DOWD LLP | Melville | NY | 11747 | |
| Ameritas Life Insurance Corp | Steven W Pepich | 655 West Broadway Suite 1900 | Robbins Geller Rudman & Dowd | San Diego | CA | 92101 | |
| Assured Guaranty Municipal Corp | Dominic Frederico CEO | 31 West 52nd Street | | New York | NY | 10019 | |
| Assured Guaranty Municipal Corp | Jacob Buchdahl | 560 Lexington Ave 15th Floor | Susman Godfrey | New York | NY | 10022 | |
| Boilermaker Blacksmith ET AL | Joel P Laitman | 88 Pine Street 14th Fl | Cohen Milstein Sellers & Toll | New York | NY | 10005 | |
| Boilermaker Blacksmith ET AL | Mario Rodriguez CIO | 754 Minnesota Avenue | Suite 522 | Kansas City | KS | 66101 | |
| Cambridge Place Investment Mgmt Inc | Gerald H Silk | 1285 Avenue of the Americas 38th Fl | Bernstein Litowitz Berger ET AL | New York | NY | 10019 | |
| Cambridge Place Investment Mgmt Inc | Gerald H Silk | 1285 Avenue of the Americas 38th Fl | Bernstein Litowitz Berger ET AL | New York | NY | 10019 | |
| Cambridge Place Investment Mgmt Inc | Robert Kramer President | 100 Main St Ste 430 | | Concord | MA | 01742-2528 | |
| Cambridge Place Investment Mgmt Inc | Robert Kramer President | 100 Main St Ste 430 | | Concord | MA | 01742-2528 | |
| Columbus Life Insurance Company | David H Wollmuth | 500 Fifth Avenue | Wollmuth Maher & Deutsch | New York | NY | 10110 | |
| Columbus Life Insurance Company | Jonathan D Niemeyer General Counsel | 400 Broadway | | Cincinnati | OH | 45202 | |
| Corla Reeves jackson | | 13230 Tom Gaston Rd | | Mobile | AL | 33695 | |
| Counsel to FDIC | Mark B Holton & David J Grais | Grais & Ellsworth LLP | 1211 Avenue of the Americas | New York | NY | 10036 | |
| Dechert LLP | Glenn E Siegel & Brian E Greer | 1095 Avenue of the Americas | | New York | NY | 10036-6797 | |
| Federal Deposit Ins Corp ET AL | David J Grais | 1211 Avenue of the Americas | Grais & Ellsworth | New York | NY | 10036 | |
| Federal Deposit Ins Corp ET AL | Stephen Rodgers | 350 Fifth Avenue Ste 1200 | FDIC | New York | NY | 10118 | |
| Federal Home Loan Bank ET AL | Lynn Lincoln Sarko | 1201 3rd Avenue Suite 3200 | Keller Rohrback | Seattle | WA | 98101-3052 | |
| Federal Home Loan Bank ET AL | Milton J Miller II President & CEO | 8250 Woodfield Crossing Boulevard | | Indianapolis | IN | 46240 | |
| Federal Home Loan Bank of Boston | Edward A Hjerpe III President & CEO | 800 Boylston Street | | Boston | MA | 02199-0000 | |
| Federal Home Loan Bank of Boston | Lynn Lincoln Sarko | 1201 3rd Avenue Suite 3200 | Keller Rohrback | Seattle | WA | 98101-3052 | |

**Exhibit C**
**Hearing Parties**
**Served via Overnight Mail**

| Name | Notice Name | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Federal Home Loan Bank of Chicago | Lynn Lincoln Sarko | 1201 3rd Avenue Suite 3200 | Keller Rohrback | Seattle | WA | 98101-3052 | |
| Federal Home Loan Bank of Chicago | Matthew R Feldman President & CEO | 200 East Randolph Drive | | Chicago | IL | 60601 | |
| Federal Housing Finance ET AL | Mark E Kasowitz | 1633 Broadway | Kasowitz Benson Torres & Friedman | New York | NY | 10019 | |
| Federal Housing Finance ET AL | Steve A Linick Inspector General | 400 7th Street SW | Federal Housing Finance ET AL | Washington | DC | 20024 | |
| Financial Guaranty Insurance Co | Howard F Sidman | 222 East 41st Street | Jones Day | New York | NY | 10017 | |
| Financial Guaranty Insurance Co | John S Dubel CEO | 125 Park Avenue | | New York | NY | 10017 | |
| First Colonial Insurance Company | Daniel L Brockett | 51 Madison Avenue 22nd Floor | Quinn Emanuel | New York | NY | 10010 | |
| First Colonial Insurance Company | Douglas J Herberger President | 1776 American Heritage Life Drive | | Jacksonville | Fl. | 32224 | |
| Ft Washington Investment Adv | David H Wollmuth | 500 Fifth Avenue | Wollmuth Maher & Deutsch | New York | NY | 10110 | |
| Ft Washington Investment Adv | Jonathan D Niemeyer General Counsel | 303 Broadway | Suite 1200 | Cincinnati | OH | 45202 | |
| Green & Hall PC | James M Lloyd | 1851 E First St 10th Fl | | Santa Ana | CA | 92705 | |
| Halperin Battaglia Raicht LLP | Alan D Halperin & Debra J Cohen | 555 Madison Ave 9th Fl | | New York | NY | 10022-3301 | |
| Huntington Bancshares Inc | Jay W Eisenhofer | 485 Lexington Ave 29th Fl | Grant & Eisenhofer | New York | NY | 10017 | |
| Huntington Bancshares Inc | Stephen Steinour CEO | 41 South High Street | Huntington Center | Columbus | OH | 43287 | |
| Integrity Life Insurance Company | David H Wollmuth | 500 Fifth Avenue | Wollmuth Maher & Deutsch | New York | NY | 10110 | |
| Integrity Life Insurance Company | Jonathan D Niemeyer General Counsel | 400 Broadway | | Cincinnati | OH | 45202 | |
| Katherine S. Parker Lowe | Attorney for R Gilbert & D Gilbert | 35 Miss Elecia Ln Ste 101 | PO Box 730 | Ocracoke | NC | 27960 | |
| Kenneth J Taggart | | 45 Heron Rd | | Holland | PA | 18966 | |
| Kennett Capital Inc | Daniel L Brockett | 51 Madison Avenue 22nd Floor | Quinn Emanuel | New York | NY | 10010 | |
| Kennett Capital Inc | Director or Officer | 42 Read's Way | Suite 124 | New Castle | DE | 19720 | |
| Lowenstein Sandler PC | Michael S Etkin & Ira M Levee | 1251 Avenue of the Americas 18th Fl | | New York | NY | 10020 | |
| Lowenstein Sandler PC | Michael S Etkin & Ira M Levee | 65 Livingston Ave | | Roseland | NJ | 7068 | |
| Mark and Lori Burris | | 5070 Hwy 73 Unit A | | Evergreen | CO | 80439 | |
| Massachusetts Mutual Life Ins Co | Philippe Z Selendy | 51 Madison Avenue 22nd Floor | Quinn Emanuel | New York | NY | 10010 | |
| Massachusetts Mutual Life Ins Co | Roger W Crandall CEO | 1295 State Street | | Springfield | MA | 01111-0000 | |
| Miller & Wrubel PC | John G Moon & C Jacob & C Huene | 570 Lexington Ave | | New York | NY | 10022 | |
| Morgan Lewis & Bockius LLp | James L Garrity & John C Goodchild | 101 Park Ave | | New York | NY | 10178-0600 | |
| National Integrity Life Ins Co | David H Wollmuth | 500 Fifth Avenue | Wollmuth Maher & Deutsch | New York | NY | 10110 | |
| National Integrity Life Ins Co | Jill T McGruder President & Ceo | 15 Matthews Street | Suite 200 | Goshen | NY | 10924 | |
| New Jersey Carpenters Health Fund | George R Laufenberg | 91 Fieldcrest Avenue | Raritan Plaza II | Edison | NJ | 08818-0000 | |
| New Jersey Carpenters Health Fund | Joel P Laitman | 88 Pine Street 14th Fl | Cohen Milstein Sellers & Toll | New York | NY | 10005 | |
| New Jersey Carpenters Vacation Fund | George R Laufenberg | 91 Fieldcrest Avenue | Raritan Plaza II | Edison | NJ | 08818-0000 | |
| New Jersey Carpenters Vacation Fund | Joel P Laitman | 88 Pine Street 14th Fl | Cohen Milstein Sellers & Toll | New York | NY | 10005 | |
| Richardson Legal Center LLC | Arlene Richardson | PO Box 6 | | Highland Home | AL | 36041 | |
| Sealink Funding Ltd | Director or Officer | 7 Exchange Place IFSC | First Floor | Dublin | | | IE |
| Sealink Funding Ltd | Joel H Bernstein | 140 Broadway | Labaton Sucharow LLP | New York | NY | 10005 | |
| Seward & Kissel LLP | Ronald L Cohen & Arlene R Alves | One Battery Park Plaza | | New York | NY | 10004 | |
| Stichting Pensioenfonds ABP | Henk Brouwer Chairman | Oude Lindestraat 70 | 6411 EJ Heerlen | | | | NL |
| Stichting Pensioenfonds ABP | Jay W Eisenhofer | 485 Lexington Ave 29th Fl | Grant & Eisenhofer | New York | NY | 10017 | |
| Storch Amini & Minves PC | Bijan Amini & Avery Samet | 2 Grand Central Tower | 140 E 45th St 25th Fl | New York | NY | 10017 | |
| Sydney T Lewis & Yvonee D Lewis | | 1875 Alvason Ave | | Columbus | OH | 43219 | |
| The Michaelson Law Firm | Robert N Michaelson | 11 Broadway Ste 615 | | New York | NY | 10004 | |
| The Western & Southern Life Ins Co | David H Wollmuth | 500 Fifth Avenue | Wollmuth Maher & Deutsch | New York | NY | 10110 | |

**Exhibit C**
**Hearing Parties**
**Served via Overnight Mail**

| Name | Notice Name | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| The Western & Southern Life Ins Co | Jonathan D Niemeyer General Counsel | 400 Broadway | | Cincinnati | OH | 45202 | |
| Thrivent Balanced Fund | Blair A Nicholas | 12481 High Bluff Drive Suite 300 | Bernstein Litowitz Berger ET AL | San Diego | CA | 92130 | |
| Thrivent Balanced Fund | Russell W Swansen SVP CIO | 625 Fourth Avenue South | | Minneapolis | MN | 55415 | |
| Thrivent Balanced Portfolio | Blair A Nicholas | 12481 High Bluff Drive Suite 300 | Bernstein Litowitz Berger ET AL | San Diego | CA | 92130 | |
| Thrivent Balanced Portfolio | Russell W Swansen SVP CIO | 625 Fourth Avenue South | | Minneapolis | MN | 55415 | |
| Thrivent Bond Index Portfolio | Blair A Nicholas | 12481 High Bluff Drive Suite 300 | Bernstein Litowitz Berger ET AL | San Diego | CA | 92130 | |
| Thrivent Bond Index Portfolio | Russell W Swansen SVP CIO | 625 Fourth Avenue South | | Minneapolis | MN | 55415 | |
| Thrivent Core Bond Fund | Blair A Nicholas | 12481 High Bluff Drive Suite 300 | Bernstein Litowitz Berger ET AL | San Diego | CA | 92130 | |
| Thrivent Core Bond Fund | Russell W Swansen SVP CIO | 625 Fourth Avenue South | | Minneapolis | MN | 55415 | |
| Thrivent Financial Defined ET AL | Blair A Nicholas | 12481 High Bluff Drive Suite 300 | Bernstein Litowitz Berger ET AL | San Diego | CA | 92130 | |
| Thrivent Financial Defined ET AL | Russell W Swansen SVP CIO | 625 Fourth Avenue South | | Minneapolis | MN | 55415 | |
| Thrivent Financial for Lutherans | Blair A Nicholas | 12481 High Bluff Drive Suite 300 | Bernstein Litowitz Berger ET AL | San Diego | CA | 92130 | |
| Thrivent Financial for Lutherans | Russell W Swansen SVP CIO | 625 Fourth Avenue South | | Minneapolis | MN | 55415 | |
| Thrivent Income Fund | Blair A Nicholas | 12481 High Bluff Drive Suite 300 | Bernstein Litowitz Berger ET AL | San Diego | CA | 92130 | |
| Thrivent Income Fund | Russell W Swansen SVP CIO | 625 Fourth Avenue South | | Minneapolis | MN | 55415 | |
| Thrivent Limited Maturity Bond Fund | Blair A Nicholas | 12481 High Bluff Drive Suite 300 | Bernstein Litowitz Berger ET AL | San Diego | CA | 92130 | |
| Thrivent Limited Maturity Bond Fund | Russell W Swansen SVP CIO | 625 Fourth Avenue South | | Minneapolis | MN | 55415 | |
| Thrivent Limited Maturity ET AL | Blair A Nicholas | 12481 High Bluff Drive Suite 300 | Bernstein Litowitz Berger ET AL | San Diego | CA | 92130 | |
| Thrivent Limited Maturity ET AL | Russell W Swansen SVP CIO | 625 Fourth Avenue South | | Minneapolis | MN | 55415 | |
| Union Central Life Insurance Co | John M Lucas VP | 1876 Waycross Road | PO Box 40888 | Cincinnati | OH | 45240 | |
| Union Central Life Insurance Co | Samuel H Rudman | 58 South Service Road Suite 200 | ROBBINS GELLAR RUDMAN & DOWD LLP | Melville | NY | 11747 | |
| Union Central Life Insurance Co | Steven W Pepich | 655 West Broadway Suite 1900 | Robbins Geller Rudman & Dowd | San Diego | CA | 92101 | |
| Wendy Alison Nora | Access Legal Services | 210 Second St NE | | Minneapolis | MN | 55413 | |
| Western Southern Life Assurance Co | David H Wollmuth | 500 Fifth Avenue | Wollmuth Maher & Deutsch | New York | NY | 10110 | |
| Western Southern Life Assurance Co | Jonathan D Niemeyer General Counsel | 400 Broadway | | Cincinnati | OH | 45202 | |
| Wollmuth Maher & Deutsch LLP | Paul DeFilippo & Steven Fitzgerald | 500 Fifth Ave 12th Fl | | New York | NY | 10110 | |

# **Exhibit D**

**Exhibit D**
**Hearing Parties**
**Served via Electronic Mail**

| Party Description | Name | Notice Name | Email |
|---|---|---|---|
| Thrivent Balanced Fund | Bernstein Litowitz Berger & Grossman | Blair A. Nicholas | blairn@blbglaw.com |
| Thrivent Balanced Portfolio | Bernstein Litowitz Berger & Grossman | Blair A. Nicholas | blairn@blbglaw.com |
| Thrivent Bond Index Portfolio | Bernstein Litowitz Berger & Grossman | Blair A. Nicholas | blairn@blbglaw.com |
| Thrivent Core Bond Fund | Bernstein Litowitz Berger & Grossman | Blair A. Nicholas | blairn@blbglaw.com |
| Thrivent Financial Defined Benefits Plan Trust | Bernstein Litowitz Berger & Grossman | Blair A. Nicholas | blairn@blbglaw.com |
| Thrivent Financial for Lutherans | Bernstein Litowitz Berger & Grossman | Blair A. Nicholas | blairn@blbglaw.com |
| Thrivent Income Fund | Bernstein Litowitz Berger & Grossman | Blair A. Nicholas | blairn@blbglaw.com |
| Thrivent Limited Maturity Bond Fund | Bernstein Litowitz Berger & Grossman | Blair A. Nicholas | blairn@blbglaw.com |
| Thrivent Limited Maturity Bond Portfolio | Bernstein Litowitz Berger & Grossman | Blair A. Nicholas | blairn@blbglaw.com |
| Cambridge Place Investment Management Inc. | Bernstein Litowitz Berger & Grossman | Gerald H. Silk | jerry@blbglaw.com |
| Cambridge Place Investment Management, Inc. | Bernstein Litowitz Berger & Grossman | Gerald H. Silk | jerry@blbglaw.com |
| Boilermaker Blacksmith National Pension Trust | Cohen Milstein Sellers & Toll | Joel P. Laitman | jlaitman@cohenmilstein.com |
| New Jersey Carpenters Health Fund | Cohen Milstein Sellers & Toll | Joel P. Laitman | jlaitman@cohenmilstein.com |
| New Jersey Carpenters Vacation Fund | Cohen Milstein Sellers & Toll | Joel P. Laitman | jlaitman@cohenmilstein.com |
| Federal Deposit Insurance Corp. as receiver for Citizens National Bank and Strategic Capital Bank | Grais & Ellsworth | David J. Grais | dgrais@graisellsworth.com |
| Huntington Bancshares Inc. | Grant & Eisenhofer | Jay W. Eisenhofer | jeisenhofer@gelaw.com |
| Stichting Pensioenfonds ABP | Grant & Eisenhofer | Jay W. Eisenhofer | jeisenhofer@gelaw.com |
| Attorney for Aurora Bank FSB | Green & Hall PC | James M Lloyd | jlloyd@greenhall.com |
| Attorney for Shellpoint Partners | Halperin Battaglia Raicht LLP | Alan D Halperin & Debra J Cohen | ahalperin@halperinlaw.net dcohen@halperinlaw.net |
| Financial Guaranty Insurance Co. | Jones Day | Howard F. Sidman | hfsidman@jonesday.com |
| Federal Housing Finance Agency, as conservator for the Federal Home Loan Mortgage Corporation | Kasowitz Benson Torres & Friedman | Mark E. Kasowitz | mkasowitz@kasowitz.com |
| Attorney for Gilbert | Katherine S. Parker-Lowe | Attorney for R Gilbert & D Gilbert | katherine@ocracokelaw.com |
| Federal Home Loan Bank of Boston | Keller Rohrback | Lynn Lincoln Sarko | lsarko@kellerrohrback.com |
| Federal Home Loan Bank of Chicago | Keller Rohrback | Lynn Lincoln Sarko | lsarko@kellerrohrback.com |
| Federal Home Loan Bank of Indianapolis | Keller Rohrback | Lynn Lincoln Sarko | lsarko@kellerrohrback.com |
| Sealink Funding Ltd. | Labaton Sucharow LLP | Joel H. Bernstein | jbernstein@labaton.com |
| Attorney for Burris | Mark and Lori Burris | | Stechman@gmail.com |
| Allstate Bank (f/k/a Allstate Federal Savings Bank) | Quinn Emanuel | Daniel L. Brockett | danbrockett@quinnemanuel.com |
| Allstate Insurance Company | Quinn Emanuel | Daniel L. Brockett | danbrockett@quinnemanuel.com |
| Allstate Life Insurance Company | Quinn Emanuel | Daniel L. Brockett | danbrockett@quinnemanuel.com |
| Allstate Life Insurance Company of New York | Quinn Emanuel | Daniel L. Brockett | danbrockett@quinnemanuel.com |
| Allstate New Jersey Insurance Company | Quinn Emanuel | Daniel L. Brockett | danbrockett@quinnemanuel.com |
| Allstate Retirement Plan | Quinn Emanuel | Daniel L. Brockett | danbrockett@quinnemanuel.com |
| American Heritage Life Insurance Company | Quinn Emanuel | Daniel L. Brockett | danbrockett@quinnemanuel.com |
| First Colonial Insurance Company | Quinn Emanuel | Daniel L. Brockett | danbrockett@quinnemanuel.com |
| Kennett Capital, Inc. | Quinn Emanuel | Daniel L. Brockett | danbrockett@quinnemanuel.com |
| Massachusetts Mutual Life Ins. Co. | Quinn Emanuel | Philippe Z. Selendy | philippeselendy@quinnemanuel.com |
| Attorney for Mary Gardner | Richardson Legal Center LLC | Arlene Richardson | arlawyer@mon-cre.net |
| Acacia Life Insurance Company | Robbins Geller Rudman & Dowd | Steven W. Pepich | stevep@rgrdlaw.com |
| Ameritas Life Insurance Corp. | Robbins Geller Rudman & Dowd | Steven W. Pepich | stevep@rgrdlaw.com |
| Union Central Life Insurance Company | Robbins Geller Rudman & Dowd | Steven W. Pepich | stevep@rgrdlaw.com |

**Exhibit D**
**Hearing Parties**
**Served via Electronic Mail**

| Party Description | Name | Notice Name | Email |
|---|---|---|---|
| Assured Guaranty Municipal Corp. | Susman Godfrey | Jacob Buchdahl | jbuchdahl@susmangodfrey.com |
| Columbus Life Insurance Company | Wollmuth Maher & Deutsch | David H. Wollmuth | dwollmuth@wmd-law.com |
| Fort Washington Investment Advisors, Inc. | Wollmuth Maher & Deutsch | David H. Wollmuth | dwollmuth@wmd-law.com |
| Integrity Life Insurance Company | Wollmuth Maher & Deutsch | David H. Wollmuth | dwollmuth@wmd-law.com |
| National Integrity Life Insurance Company | Wollmuth Maher & Deutsch | David H. Wollmuth | dwollmuth@wmd-law.com |
| The Western and Southern Life Insurance Company | Wollmuth Maher & Deutsch | David H. Wollmuth | dwollmuth@wmd-law.com |
| Western-Southern Life Assurance Company | Wollmuth Maher & Deutsch | David H. Wollmuth | dwollmuth@wmd-law.com |

# **Exhibit E**

**Exhibit E**

**Mercer (US) Inc**

**Served via Overnight Mail**

| Name | Notice Name | Address 1 | City | State | Zip |
|------|-------------|-----------|------|-------|-----|
| Mercer (US) Inc | John Dempsey | S Wacker Dr Ste 1700 | Chicago | IL | 60606 |

# Exhibit F

**Exhibit F**

**Towers Watson Delaware Inc**

**Served via Overnight Mail**

| Name | Notice Name | Address 1 | Address 2 | City | State | Zip |
|------|-------------|-----------|-----------|------|-------|-----|
| Towers Watson Delaware Inc | Philip Logan Ullom | 411 Northwestern Highway | One Northwestern Plaza Ste 500. | Southfield | MI | 48034 |

# Exhibit G

**Exhibit G**
**Severson Wersin PC**
**Served via Overnight Mail**

| Name | Notice Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Severson & Werson PC | ry Kate Sullivan | One Embarcadero Center | Ste 2600 | San Francisco | CA | 94111 |

# **Exhibit H**

**Exhibit H**

**Bradley Arant Boult Cummings LLP**

**Served via Overnight Mail**

| Name | Notice Name | Address 1 | Address 2 | City | State | Zip |
|------|-------------|-----------|-----------|------|-------|-----|
| Bradley Arant Boult Cummings LLP | Robert R Maddox | e Federal Place | 1819 Fifth Ave N | Birmingham | AL | 35203 |