UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------x
In re: Residential Capital, LLC

                              Debtor

Case No.: 12-12020
Chapter 11

-----------------------------------------x

                              Plaintiff
                              v.

Adversary Proceeding No.: _____

                              Defendant
-----------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, James B. Blackburn, Jr, request admission, *pro hac vice*, before the Honorable Martin Glenn, to represent Neville Evans & Maribeth Evans, a Creditor in the above-referenced ☒ case ☐ adversary proceeding.

*I certify that I am a member in good standing* of the bar in the State of Georgia and, if applicable, the bar of the U.S. District Court for the Southern District of Georgia.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: 07/07/2012

Savannah, GA, ~~New York~~

Mailing Address:
P.O. BOX 8996
Savannah, GA 31412

E-mail address: jbbjratty@aol.com
Telephone number: (912) 232-2136

RECEIVED JUL 13 2012 U.S. BANKRUPTCY COURT SD DIST OF NEW YORK

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

In re: Residential Capital, LLC

Case No.: 12-12020 (MG)

Chapter 11

Debtor

-----------------------------------------------------------x

Adversary Proceeding No.: _____

Plaintiff

v.

Defendant

-----------------------------------------------------------x

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of James B. Blackburn, Jr._____, to be admitted, *pro hac vice*, to represent Neville Evans & Maribeth Evans_____, (the "Client") a Creditors_____ in the above referenced ☑ case ☐ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Georgia_____ and, if applicable, the bar of the U.S. District Court for the Southern____ District of Georgia_____, it is hereby

ORDERED, that James B. Blackburn, Jr._____, Esq., is admitted to practice, *pro hac vice*, in the above referenced ☑ case ☐ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____

_____, New York    /s/ _____
                              UNITED STATES BANKRUPTCY JUDGE