**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Residential Capital, LLC, et al., | Case No. 12-12020 (MG) |
| Debtors. | Jointly Administered |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS BY CHADBOURNE & PARKE LLP, AS PROPOSED COUNSEL <u>TO THE EXAMINER</u>

**PLEASE TAKE NOTICE** that Chadbourne & Parke LLP hereby enters its appearance in the above-captioned cases as proposed counsel to Arthur J. Gonzalez, the duly appointed examiner (the "Examiner") in these cases, pursuant to section 1109 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code") and Federal Rule of Bankruptcy Procedure 9010, and such counsel hereby requests that all papers and notices given or required to be given and all papers and notices filed or served in these cases or in any cases consolidated or administered herewith, be delivered to and served upon:

**Chadbourne & Parke LLP**
**30 Rockefeller Plaza**
**New York, New York  10112**
**Telephone:  (212) 408-5100**
**Telecopier:  (212) 541-5369**
**Attn.:  Howard Seife, Esq.**
**email:  hseife@chadbourne.com**
**David M. LeMay, Esq.**
**email:  dlemay@chadbourne.com**

**PLEASE TAKE FURTHER NOTICE** that this request encompasses all notices, copies, and pleadings referred to in sections 342 and 1109(b) of the Bankruptcy Code, or in Federal Rules of Bankruptcy Procedures 2002, 3017, and 9007 including, without limitation,

1

Pg 2 of 2

notices of any orders, motions, orders to show cause, demands, complaints, petitions, pleadings, memoranda, affidavits, declarations, notices of adjournment, disclosure statement(s) and plan(s) of reorganization, or requests, presentments, applications, and any other documents brought before this Court or in these cases and the proceedings therein, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, electronic mail, telegraph, telecopy, telex, or otherwise which affect or seek to affect the above captioned cases and any proceedings therein.

Dated: New York, New York
       July 16, 2012

**CHADBOURNE & PARKE LLP**

By: */s/ Howard Seife*
    Howard Seife
    David M. LeMay
    Members of the Firm
    30 Rockefeller Plaza
    New York, New York 10112
    Tel.: (212) 408-5100
    Fax: (212) 541-5369

    *Proposed Counsel for the Examiner*