**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x

In re:   Residential Capital, LLC                            Case No.: 12-12020 (MG)
                                                             Chapter 11

                                 Debtor

-----------------------------------------------------------x

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of James B. Blackburn, Jr., to be admitted, *pro hac vice*, to represent Neville Evans and Maribeth Evans, (the "Clients"), Creditors in the above referenced ▣ case ❑ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Georgia and, if applicable, the bar of the U.S. District Court of the Southern District of Georgia, it is hereby

**ORDERED**, that James B. Blackburn, Jr., Esq., is admitted to practice, ***pro hac vice***, in the above referenced ▣ case ❑ adversary proceeding to represent the Clients, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.


Dated: **July 16, 2012**
        New York, New York                    _____/s/Martin Glenn_____
                                              UNITED STATES BANKRUPTCY JUDGE