| | |
|---|---|
| Katherine S. Parker-Lowe<br>Attorney at Law<br>35 Miss Elecia Lane, Suite 101<br>Post Office Box 730<br>Ocracoke, North Carolina 27960<br>252-928-1000<br>Attorney for Rex T. Gilbert, Jr. and Daniela L. Gilbert | Hearing Date: July 24, 2012 at 10:00 am |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: **Residential Capital, LLC, et.als.**<br><br>Debtors. | **Case No.: 1:12-BK-12020(MG)**<br>Chapter 11<br><br>Jointly Administered |

**AMENDED** NOTICE OF HEARING ON GILBERT MOTION TO DISMISS
CHAPTER 11 BANKRUPTCY FOR CAUSE,
OR, IN THE ALTERNATIVE, MOTION FOR LIMITED RELIEF FROM THE AUTOMATIC
STAY TO ALLOW THE GILBERT LITIGATION NOW PENDING IN THE UNITED
STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT TO PROCEED IN THE
FEDERAL COURTS AND MOTION SEEKING DAMAGES FOR WILLFUL VIOLATION
OF THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(H)

**PLEASE TAKE NOTICE** that on *July 24, 2012 at 10:00 a.m.*, or soon thereafter as counsel can be heard, a hearing (the "Hearing") will be held before the Honorable Martin Glenn, United States Bankruptcy Judge, at the United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York, 10004, Courtroom 501, on the attached Gilbert Motion To Dismiss Chapter 11 Bankruptcy For Cause, or, In The Alternative, Motion For Relief From the Automatic Stay To Allow The Gilbert Litigation now pending in the United States Court of Appeals for the Fourth Circuit to Proceed in the Federal Courts and Motion Seeking Damages For Willful Violation of the Automatic Stay Pursuant to 11 U.S.C. § 362(H) (the "Motion").

Dated:  July 16, 2012
       Ocracoke, North Carolina                    /s/Katherine S. Parker-Lowe
                                              Katherine S. Parker-Lowe
                                              Attorney for Gilberts
                                              NC State Bar #13318

1

35 Miss Elecia Lane, Suite 101
Post Office Box 730
Ocracoke, North Carolina 27960
katherine@ocracokelaw.com
252-928-1000

.