Katherine S. Parker-Lowe
Attorney at Law
35 Miss Elecia Lane, Suite 101
Post Office Box 730
Ocracoke, North Carolina 27960
252-928-1000
Attorney for Rex T. Gilbert, Jr. and Daniela L. Gilbert

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: **Residential Capital, LLC, et.als.** ) | **Case No.: 1:12-BK-12020(MG)** |
| ) | Chapter 11 |
| Debtors. ) |  |
| ) | Jointly Administered |

## CERTIFICATE OF SERVICE

Katherine S. Parker-Lowe, being duly sworn, deposes and says:

I am not a party to the action. I am over the age of eighteen years and reside in Ocracoke, North Carolina. I am duly admitted to the bar of the State of North Carolina in good standing.

On July 15, 2012, I caused the following documents to be served via First Class Mail to the parties listed on the Special Service List attached hereto as **Exhibit A** via Electronic Mail on the Monthly Service List attached hereto as **Exhibit B:**

1.   AMENDED NOTICE OF HEARING

2.   CERTIFICATE OF SERVICE

On behalf of Rex T. Gilbert, Jr. and Daniela L. Gilbert.

Dated: July 16, 2012

Ocracoke, North Carolina          /s/Katherine S. Parker-Lowe
                                  Katherine S. Parker-Lowe
                                  Attorney for Gilberts
                                  NC State Bar #13318

35 Miss Elecia Lane, Suite 101  
Post Office Box 730  
Ocracoke, North Carolina 27960  
katherine@ocracokelaw.com  
252-928-1000