07-12-2012

United States Bankruptcy Court

For case number 12-12020 (MG)

Honorable Judge Glenn,

Please accept this letter as a plea for justice. GMAC is the mortgage lender for a property that I acquired in 2006. $315,000.00 was the price, of which $292,000.00 was financed. GMAC Mortgage, LLC filed for protection against its creditors, and my mortgage is in foreclosure. I beg your authority to order GMAC to give my mortgage (747016281) the same treatment or advantage that is given to GMAC itself.

At your office convenience, I can be reached by cell at (917) 513-9129 or at home at (732) 494-3513, or at this address:

Jean Milliance

7 Lucille Court

Edison NJ, 08820

Respectfully,

Jean Milliance