MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:     (212) 468-8000
Facsimile:     (212) 468-7900
Larren M. Nashelsky
Gary S. Lee
Lorenzo Marinuzzi

*Counsel for the Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | 12-12020 (MG) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**NOTICE OF OMNIBUS HEARING DATE**

**PLEASE TAKE NOTICE** that the following omnibus hearing date (the "Omnibus Hearing") has been scheduled in the above-captioned cases:

- **August 14, 2012 at 10:00 a.m. (EST)**

**PLEASE TAKE FURTHER NOTICE** that the following matters are currently scheduled to be heard at the Omnibus Hearing:

- Motion [of Corla Jackson] for Relief from Stay [Docket No. 264]

- Motion of Christina Ulbrich for Relief from Automatic Stay as to GMAC Mortgage, LLC [Docket No. 667]

- Motion of Deborah Bollinger and Bryan Bubnick for Relief from Automatic Stay as to GMAC Mortgage, LLC and Residential Capital, LLC [Docket 677]

- Motion of Green Planet Servicing, LLC for Entry of an Order: (A) Modifying the Automatic Stay to Effectuate Pre-Petition Termination of Servicing Agreement; or (B) Alternatively, Granting Relief from the Automatic Stay to Allow Post-Petition Termination of Servicing Agreement; and (C) Granting Related Relief [Docket No. 652]

ny-1048292

- Motion of Vermont Housing Finance Agency for an Order, Pursuant to 11 U.S.C. § 362(d) and Fed. R. Bankr. P. 4001 Granting Relief from the Automatic Stay [Docket No. 760]

- Motion of OneWest Bank for Order Pursuant to Bankruptcy Rule 2004 Authorizing Rule 2004 Examination of Homecomings Financial, LLC and Requiring Production of Documents [Docket No. 763]

Dated: July 16, 2012
New York, New York

/s/ Larren M. Nashelsky
Larren M. Nashelsky
Gary S. Lee
Lorenzo Marinuzzi
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel for the Debtors and Debtors in Possession*

ny-1048292                                2