RECEIVED
JUL -9 2012
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

July 5, 2012

CASE No: 12-12020 "MG"
HONORABLE BANKRUPTCY JUDGE
And VITO GENNA CLERK OF THE COURT,
UNITED STATES BANKRUPTCY FOR THE
So. DISTRICT OF NEW YORK ONE
BOWLING GREEN, NEW YORK, NEW
YORK 10004.

My NAME IS JOE R. VARGAS, SR.
PRESENTLY I HAVE A LOAN WITH
GMAC, MORTGAGE ACCOUNT No. "065 389567" PROPERTY ADDRESS: 213 U,
ST. BAKERSFIELD CA. 93304

HONORABLE JUDGE OR CLERK
MY LOAN WITH GMAC IS UPSIDE
down, I OWE MORE THEN THE PROPERTY IS
WORTH, I HAVE NOLESS TRIED AT
LEST 4 TIMES TO GET RELIEF GOTTEN
NO WHERE. GMAC, CAN RUN FOR
BANKRUPTCY PROTECTION, BUT THE
LITTLE GUY IS ON THEIR OWN.
EXHIBIT-A, WILL BE THE TAX STATE
MENT. EXHIBIT-B, GMAC MORTGAGE
ACCOUNT STATEMENT. THANK YOU Joe K
VARGAS, SR. 213 U, ST BAKERSFIELD, CA
93304, TELE: 661-326-8896



**Kern County Treasurer - Tax Collector**

# 2011-2012 SECURED PROPERTY TAX BILL

**① BILL TYPE:** 2011-2012 SECURED

**PAY ONLINE:** www.kcttc.co.kern.ca.us

FOR FISCAL YEAR BEGINNING JULY 1, 2011 AND ENDING JUNE 30, 2012

**② PROPERTY ADDRESS - DESCRIPTION**
908 EL RANCHO DR  BAKERSFIELD
1163  G  PTN

**CURRENT OWNER**
VARGAS JOE R SR
908 EL RANCHO DR
BAKERSFIELD CA 93304-4051

RETAIN THIS PORTION FOR YOUR RECORDS

**③ OWNER OF RECORD AS OF** 01/01/11
VARGAS JOE R SR

**④ EVENT DATE:** 01/01/11
**⑤ BILL DATE:** 09/03/11

| ⑥ BILL NO. | ⑦ ASSESSOR TAX NO. | ⑧ TRA | ⑨ 1st INSTALLMENT | ⑩ 2nd INSTALLMENT | ⑪ TOTAL DUE |
|---|---|---|---|---|---|
| 2011-1008575-00-6 | 011-351-07-00-0 | 001-001 | 540.56 | 540.55 | 1,081.11 |

**⑫ YOUR TAX DISTRIBUTION**

| TAXING AGENCY | RATE/PHONE # | TAX AMOUNT |
|---|---|---|
| GEN.LEGAL GOVT | 1.000000 | 510.08 |
| KCWA ZN 19 OPER | .036269 | 18.49 |
| KCWA ZN 19 DEBT | .014797 | 7.54 |
| BKFLD REFND BD&D | .023717 | 12.09 |
| BKFLD SCH 84 RFD | .022400 | 11.42 |
| BKFLD SCH 2006-A | .022513 | 11.48 |
| KERN HIGH 1998F | .026007 | 13.26 |
| KERN HIGH 2004A | .003074 | 1.56 |
| KERN HIGH 2004B | .001905 | .97 |
| KERN HIGH 2004C | .010448 | 5.32 |
| KERN HIGH RF 2011 | .006802 | 3.46 |
| KCCD SRID 2002A | .008647 | 4.40 |
|  | .003290 | 1.67 |

**⑬ YOUR TAX DISTRIBUTION**

| TAXING AGENCY | RATE/PHONE # | TAX AMOUNT |
|---|---|---|
| KCCD SRID 02A RFD | .008767 | 3.64 |
| BKFLD GARBAGE CHG | 661-326-0114 | 181.52 |
| BKFLD SEWER PLT-2 | 661-326-3249 | 200.00 |
| KCSWMP LAND USE | 661-862-8900 | 17.00 |
| KMVCB VECTOR ASMT | 661-589-2744 | 2.06 |
| KCCD ASSMT DIST | 707-435-9999 | 2.10 |
| TOTAL | 1.191102 | 1,081.11 |

| ⑭ VALUES | MINERAL | LAND | IMPROVEMENTS | OTHER IMPROVEMENTS | PERSONAL PROPERTY | EXEMPTIONS | | ⑮ NET TOTAL VALUE |
|---|---|---|---|---|---|---|---|---|
| 01/01/11 | 0 | 12,000 | 46,000 | 0 | 0 | H | 7,000 | 51,000 |

---

TO PAY SECOND INSTALLMENT, SEND THIS STUB WITH YOUR PAYMENT
PLEASE DO NOT STAPLE, TAPE, OR WRITE ON STUBS.

MAIL CORRESPONDENCE TO: KCTTC TAXPAYER SERVICES CENTER
P.O. BOX 580  BAKERSFIELD, CA 93302-0580

YOUR CANCELLED CHECK IS YOUR PROOF OF PAYMENT

| ⑯ BILL NO. | ⑰ ASSESSOR TAX NO. | ⑱ DUE DATE | ⑲ DELINQUENT AFTER |
|---|---|---|---|
| 2011-1008575-00-6 | 011-351-07-00-0 | 02/01/12 | 04/10/12 |

☐ CHECK HERE IF CHANGE OF ADDRESS AND ENTER INFORMATION ON BACK

VARGAS JOE R SR

**⑳ LATE PAYMENT WITH PENALTIES:**
AFTER 04/10/12 PAY 604.60

**2011-2012 SECURED**
**Second Installment**  **2**

**KCTTC**
Payment Center
P.O. Box 541004
Los Angeles, CA 90054-1004

MAKE CHECKS PAYABLE TO:
Jackie Denney - KCTTC
OR
Pay Online
www.kcttc.co.kern.ca.us

**PAY THIS AMOUNT:** 540.55

PARTIAL PAYMENTS NOT ACCEPTED

211100857500600000054056000000054052011212100000000005405500000005405201204108



EXHIBIT-A

## IMPORTANT INFORMATION FOR TAXPAYERS

- The **TREASURER-TAX COLLECTOR** collects the taxes for the County, all public schools, incorporated cities, and most other governmental agencies within the County.
- The **ASSESSOR-RECORDER**, establishes the valuations. Full cash value may be interpreted as market value.
- **Tax rates** are calculated in accordance with Constitutional Article (13)a, and presented in percentage of value.
- **Tax amounts** are determined by the tax rates and values. Should you require additional information on how the taxes were calculated, contact the office of the AUDITOR-CONTROLLER-COUNTY CLERK (661-868-3599).
- **Taxes** are levied on property as it exists on January 1st 12:01 a.m. (Section 405 R&T Code). All supplemental taxes are levied on property whenever there is a change in ownership or completion of new construction in accordance with Article XIII of the California Constitution.
- **Improvement valuations** on the bill cover buildings, pools, fixtures, etc. Request for information concerning improvements should be directed to the Office of the ASSESSOR-RECORDER.
- **Payment of Taxes:** Taxes are delinquent if not paid by December 10th and April 10th at 5 p.m. If the delinquent date falls on a Saturday, Sunday or legal holiday, the hour of delinquency is 5 p.m. on the next business day. When paying by mail, include stub(s) with payment. Please write the Assessor Tax Number(s) on your check. The postmark of the U.S. Postal Service determines the payment date. Payment by Visa, MasterCard, American Express, Discover Card and Electronic Checks are accepted through our Internet website at www.kcttc.co.kern.ca.us. A processing fee will be charged on all card usage. In the event that your payment is returned unpaid for insufficient or uncollected funds, we may represent your payment electronically. Payments returned by the bank FOR ANY REASON will incur an additional fee; if returned after a penalty date, the penalty will also be assessed. If your tax bill is not available, please provide your Assessor Tax Number or an adequate legal description along with your payment. Tax payments only must be mailed to: KCTTC, Attn: Payment Center, P.O. Box 541004, Los Angeles, CA 90054-1004.
- **Correspondence:** Do not include correspondence with your payment. Correspondence must include the Assessor Tax Number and be mailed to: KCTTC, Attn: Taxpayer Service Center, P.O. Box 580, Bakersfield, CA 93302-0580.
- **FAILURE TO RECEIVE A TAX BILL DOES NOT RELIEVE THE RESPONSIBILITY FOR PAYMENT, NOR CONSTITUTE CAUSE FOR CANCELLATION OF PENALTY AND/OR COST CHARGES IF THE TAX BILL BECOMES DELINQUENT.**
- **Name and Address Changes:** Name and address on the tax bill cannot be changed after issuance. Requests for change of name and/or address must be sent to the ASSESSOR-RECORDER, 1115 Truxtun Ave. Bakersfield, CA 93301-4639.
- **Exemptions (Homeowners' etc):** claims for new exemptions must be filed with the ASSESSOR-RECORDER between January 1st and February 15th. The value exempted may not apply to certain special taxes or assessments. If you are no longer eligible for a homeowner's exemption that you have previously claimed you must notify the ASSESSOR-RECORDER.
- **EXEMPTION CODES:**
  B – BUSINESS           H – HOMEOWNERS    R – RELIGIOUS    W – WELFARE
  C – CHURCH/CEMETERY    L – LIBRARY        S – SCHOOLS      X – MULTI
  D – DISABLED/VETERAN   M – MUSEUM         V – VETERAN

- **TAX DEFAULTED** – the annual list of property which is "TAX DEFAULTED" at the end of the Fiscal Year is published on or about September 8th of the year following default. If the "TAX DEFAULTED" notation is printed on your bill it is an indication that the TREASURER-TAX COLLECTOR shows delinquent taxes for a prior year. Five years after the first year of delinquency the property will be eligible for sale at public auction and will be subsequently sold if the taxes are not paid. Unpaid taxes are subject, under State law, to penalties, costs, fees and interest. The TREASURER-TAX COLLECTOR cannot waive such fees.
- If an asterisk (*) appears next to a Special District on the front of this bill, it identifies a District under the control of the County Board of Supervisors.
- **Taxpayer Information:**

  | 24-Hr. Tax Information and Payment System | | |
  |---|---|---|
  | Address Information | - TREASURER-TAX COLLECTOR Website | www.kcttc.co.kern.ca.us |
  | Exemption Information | - ASSESSOR-RECORDER | (661) 868-3485 |
  | Valuation Information | - ASSESSOR-RECORDER | (661) 868-3485 |
  | Tax Rate Information | - AUDITOR-CONTROLLER-COUNTY CLERK | (661) 868-3599 |
  | Tax Payment Information | - TREASURER-TAX COLLECTOR | (661) 868-3490 |

### IMPORTANT REMINDERS

- **Property Tax Assistance for Senior Citizens or Blind or Disabled Persons:** The 2009/2010 state budget suspended funding for the Gonsalves-Deukmejian-Petris Senior Citizens Property Tax Assistance Law, which provides direct cash assistance. The Franchise Tax Board (FTB) will not be issuing Homeowner and Renter Assistance (HRA) Program instruction booklets and will not accept HRA claims for the 2010 claim year. For the most current information on the HRA program, go to ftb.ca.gov and search for HRA.
- **Property Tax Postponement for Senior Citizens or Blind or Disabled Persons:** On February 20, 2009, the Governor signed Chapter 4, Statutes of 2009, which suspend the Senior Citizens' Property Tax Deferral Program. As a result of the program suspension, the Controller no longer may accept applications for property tax postponement. For the most current information on the PTP program, please call the State Controller's Office at 800-952-5661 or visit their website at sco.ca.gov.

### APPLICATION FOR CHANGE IN ASSESSMENT

a) If you disagree with the assessed value of your property, please first discuss the matter with the ASSESSOR-RECORDER at (661) 868-3485. If you cannot reach agreement after this discussion, you have the right to file an "Application for Change in Assessment" during the annual filing period.
b) You have from July 2 until November 30 of the current year to file a written "Application for Change in Assessment" with the Clerk of the Board of Supervisors. If November 30 falls on a legal holiday or weekend, an application mailed and postmarked on the next business day after November 30 will be deemed to have been filed within the requisite time period.
c) The Clerk of the Board of Supervisors is located at the County Administrative Center, 1115 Truxtun Avenue 5th Floor, Bakersfield, CA 93301. Assessment Appeals Applications are available at www.co.kern.ca.us/clerk/assess.

---

**Please make any changes or corrections below and print clearly.**
**Please check box on front indicating change.**

NAME: _____

ADDRESS: _____

CITY: _____ STATE: _____ ZIP: _____

## GMAC Mortgage Account Statement

**GMAC Mortgage**

**CUSTOMER INFORMATION**

Name: Joe R Vargas
Account Number: 
Home Phone #: (661) 526-8896

**PROPERTY ADDRESS**
213 U STREET
BAKERSFIELD CA 93304

Visit us at www.gmacmortgage.com for account information or to apply on-line.

JOE R VARGAS
213 U STREET
BAKERSFIELD CA 93304-3238

For information about your existing account, please call: 1-800-766-4622.

For information about refinancing or obtaining a new loan, please call: 1-866-690-8322

Please verify your mailing address, borrower and co-borrower information. Make necessary corrections on this portion of the statement, detach and mail to address listed for inquiries on the reverse side.

| | | | |
|---|---|---|---|
| Account Number | | Principal and Interest | $607.43 |
| Statement Date | May 07, 2012 | Subsidy/Buydown | $0.00 |
| Maturity Date | March 01, 2035 | Escrow | $97.82 |
| Interest Rate | 5.25000 | Disaster Mortgage Protection | $11.80 |
| Interest Paid Year-to-Date | $2,025.64 | Amount Past Due | $0.00 |
| Taxes Paid Year-to-Date | $423.88 | Outstanding Late Charges | $0.00 |
| Escrow Balance | $493.65 | Other | $0.00 |
| Principal Balance(PB)* | $91,754.27 | Total Amount Due | $717.05 |
| | | Account Due Date | June 01, 2012 |

For Customer Care inquiries call: 1-800-766-4622
For Insurance inquiries call: 1-800-256-9962
For Payment Arrangements call: 1-800-850-4622

### Account Activity Since Last Statement

| Description | Pmt Date | Tran. Date | Tran. Total | Principal | Interest | Escrow | Add'l Products | Late Charge | Other |
|---|---|---|---|---|---|---|---|---|---|
| Additional Principal | 05/01/12 | 05/07/12 | $94.16 | $94.16 | | | | | |
| Additional Principal | 05/01/12 | 05/07/12 | $6.79 | $6.79 | | | | | |
| Payment | 05/01/12 | 05/07/12 | $717.05 | $204.67 | $402.76 | $97.82 | $11.80 | | |
| Additional Principal | 04/01/12 | 04/13/12 | $18.12 | $18.12 | | | | | |
| Receipt | 04/01/12 | 04/13/12 | $81.88 | | | $81.88 | | | |
| Prin Curtailment Rever | 04/01/12 | 04/13/12 | $100.00 | $100.00 | | | | | |

*This is your Principal Balance only, not the amount required to pay the loan in full. For payoff figures and mailing instructions, call the Customer Care number above or you may obtain necessary payoff figures through our automated system (24 hours a day, 7 days a week). See back for automatic payment sign-up information and other payment options.

### Important News

Failure to pay a monthly charge for an Optional Product billed under "Add'l Products" will not cause your mortgage account to be in default.

**See Reverse Side For Important Information And State Specific Disclosures**

### Refinancing or Purchasing a New Home

If you are considering refinancing or purchasing a new home, simply call 1-866-690-8322 or visit www.gmacmortgage.com for fast, convenient service.

**To Apply Online**
www.gmacmortgage.com

**To Apply by Phone**
1-86▓▓▓▓▓▓▓

### Convenient Payment Options

**Automatic Payment Plan**
By signing the box on the front of the statement, GMAC Mortgage is authorized to withdraw your scheduled payment on your due date from your bank account. Please understand that you must continue to remit monthly payments by check until written confirmation is received.

**Online Payment Services** — Pay your mortgage bills and view your mortgage account statement online! To get started simply register for Account Access at www.gmacmortgage.com, log-in, and follow the enrollment instructions.

**Mail or Express Mail** — When making your mortgage payment, please detach the coupon portion and mail with your check or money order. Do not send cash. Do not send post dated checks. If paying more than the amount due, be sure to indicate on the coupon how to apply the excess money. Please write your account number on your check or money order.

**If you use a third party bill payer service or if you do not have your mortgage payment coupon** send to: GMAC Mortgage, Attn: Payment Processing
PO Box 79135, Phoenix, AZ 85062-9135

**For Express Mail Only** send to: GMAC Mortgage, 6716 Grade Lane, Building 9, Suite 910, Louisville, KY 40213-1407

**Pay by Phone** — For information and the fee to use this quick and convenient service call 1-800-766-4622. Please have your bank routing number and bank account number available when you call.

### Account Information or Questions — 1-800-766-4622 or www.gmacmortgage.com

Our automated telephone service will help you get fast and confidential answers to questions. Be sure to have your account number and social security number available for identification. You can call 24 hours a day, 7 days a week. Representatives are available from 6:00 a.m.-10:00 p.m. CT Monday-Friday, and 8:00 a.m.-2:00 p.m. CT Saturday.
Special Number for the Hearing Impaired: 1-866-684-8439

**Inquiries** — General inquiries/correspondence should be mailed separately from your account payments.

**Supplemental Tax Bills** — If you receive a supplemental or interim bill from the tax collector and would like the bill paid from escrow, promptly forward the bill to the address listed below prior to the delinquency date.

| General Inquiries | Insurance Policies/Bills | Tax Bills | Tax Bills in PA or MA |
|---|---|---|---|
| GMAC Mortgage | GMAC Mortgage | GMAC Mortgage | GMAC Mortgage |
| Attn: Customer Care | P.O. Box 4025 | Attn: Tax Dept. | Attn: Tax Dept. |
| P.O. Box 780 | Coraopolis, PA 15108-6942 | P.O. Box 961219 | P.O. Box 961241 |
| Waterloo, IA 50704-0780 | 1-800-256-9962 | FT. Worth, TX 76161-0219 | Ft. Worth, TX 76161-0241 |

**Qualified Written Request** — Under the Real Estate Settlement Procedures Act, a qualified written request is a written correspondence, other than notice on your payment coupon or other payment medium supplied by us, regarding the servicing of your loan which includes your name, account number, and your reasons for the request. Any qualified written request you wish to submit must be sent to: GMAC Mortgage, Attn: Customer Care, PO Box 1330, Waterloo, IA 50704-1330.

### Important Information

▓▓▓▓▓▓▓ — When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic funds transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic funds transfer, funds may be withdrawn from your account as soon as the same day your payment is received, and you will not receive your check back from your financial institution.

**Important Notice** — GMAC Mortgage may assess a return check fee consistent with the laws of your state and your mortgage contract on all checks returned unpaid by your financial institution. Additionally, GMAC Mortgage may be attempting to collect a debt and any information obtained will be used for that purpose. GMAC Mortgage may charge a fee for processing payoff requests.

**Important Credit Reporting Notification** — We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**Partial Payments** — Partial payment funds, if not specified, will be posted to outstanding fees, escrow shortages or as a principal reduction in accordance with the terms of your Note.

**Optional Product Information** — Failure to pay a monthly charge for an Optional Product billed under "Add'l Products" will not cause your mortgage account to be in default. Please call 1-800-766-4622 if you have any questions or to cancel your Optional Product enrollment.

**FDIC** - Contact the FDIC at 1-877.ASK.FDIC (1.877.275.3342) or http://www.fdic.gov/consumers/loans/prevention/index.html for information about options that may help you avoid foreclosure, brochures to educate you about foreclosure rescue scams, and telephone and internet referrals to legitimate mortgage counselors.

**New York Property Owners** — As your mortgage servicer, we are registered with the New York Banking Superintendent. You may file complaints about us with the New York State Banking Department. You may also obtain additional information from the New York State Banking Department by calling the Department's Consumer Help Unit at 1-877-BANK-NYS or by visiting the Department's website at www.banking.state.ny.us.