MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:     (212) 468-8000
Facsimile:     (212) 468-7900
Larren M. Nashelsky
Gary S. Lee
Lorenzo Marinuzzi

*Counsel for the Debtors and*
*Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | 12-12020 (MG) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**CORRECTED MONTHLY SERVICE LIST AS OF JULY 12, 2012**

Residential Capital, LLC, et al.
Case No: 12-12020 (MG)
Monthly Service List

| PARTY DESCRIPTION | ADDRESS | Phone | FAX | EMAIL |
|---|---|---|---|---|
| Secured lender under the Mortgage Servicing Rights Facility | Citibank NA, Attn Bobbie Theivakumaran, 390 Greenwich St 6th Fl, New York, NY 10013 | 212-723-6753 | 646-291-3799 | bobbie.theivakumaran@citi.com |
| Indenture Trustee to Unsecured Notes / Top 50 Creditor | Deutsche Bank Trust Company Americas, c/o Kelvin Vargas, 25 De Forest Ave, Summit, NJ 07901 | 201-593-2456 | | kelvin.vargas@db.com |
| Prepetition Lender - Fannie EAF | Fannie Mae, Attn Peter McGonigle, 1835 Market St Ste 2300, Philadelphia, PA 19103 | 215-575-1578 | 240-699-2178 | peter_mcgonigle@fanniemae.com |
| Internal Revenue Service | Internal Revenue Service, Centralized Insolvency Operation, 2970 Market St, Philadelphia, PA 19104 | | 267-941-1015 | |
| Internal Revenue Service | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 | 800-973-0424 | 267-941-1015 | |
| Internal Revenue Service | Internal Revenue Service, Insolvency Section, 31 Hopkins Plz Rm 1150, Baltimore, MD 21201 | 800-913-9358 | | |
| Counsel to US Bank National Association as Indenture Trustee to the Debtors' Prepetition Junior Secured Notes | Kelley Drye & Warren LLP, James S Carr & Eric R Wilson, 101 Park Ave, New York, NY 10178 | 212-808-7800 | 212-808-7987 | kdwbankruptcydepartment@kelleydrye.com |
| Counsel to the Ally Financial Inc. & Ally Bank | Kirkland & Ellis LLP, Attn Ray C Schrock & Stephen E Hessler, 601 Lexington Ave, New York, NY 10022-4611 | 212-446-4800 | 212-446-4900 | ray.schrock@kirkland.com;richard.cieri@kirkland.com;stephen.hessler@kirkland.com;projectrodeo@kirkland.com;William.b.Solomon@ally.com;Timothy.Devine@ally.com;john.bellaver@ally.com |
| Counsel to the Equity Security Holders (Ally Financial and Ally Bank) | Kirkland & Ellis, Richard M Cieri, 601 Lexington Ave, New York, NY 10022 | 212-446-4770 | 212-446-4900 | richard.cieri@kirkland.com |
| Counsel to the Official Committee of Unsecured Creditors | Kramer Levin Naftallis & Frankel LLP, Kenneth H Eckstein, Thomas Moers Mayer & Douglas H Mannal, 1177 Avenue of the Americas, New York, NY 10036 | 212-715-9100 | 212-715-8000 | keckstein@kramerlevin.com;tmayer@kramerlevin.com;dmannal@kramerlevin.com |
| Residential Capital LLC | Morrison & Foerster LLP, Attn Tammy Hamzehpour, 1290 Avenue of the Americas, New York, NY 10104 | | | Tammy.Hamzehpour@gmacrescap.com;diane.citron@ally.com |
| Counsel to the Debtors | Morrison & Foerster LLP, Larren M Nashelsky, Gary S Lee & Lorenzo Marinuzzi, 1290 Avenue of the Americas, New York, NY 10104 | 212-468-8000 | 212-468-7900 | lnashelsky@mofo.com;glee@mofo.com;lmarinuzzi@mofo.com |
| Stalking Horse Bidder, Nationstar Mortgage | Nationstar Mortgage LLC, Attn: General Counsel, 350 Highland Drive, Lewisville, TX 75067 | 469-549-2000 | 972-315-8637 | |
| Office of the New York Attorney General | Office of the NY State Attorney General, Nancy Lord & Neal Mann, The Capitol, Albany, NY 12224-0341 | 518-474-5481 | | Nancy.Lord@OAG.State.NY.US;Neal.Mann@OAG.State.NY.US |
| Office of the United States Attorney for the Southern District of New York | Office of the US Attorney for the Southern District of NY, United States Attorney Preet Bharara, One St Andrews Plaza, New York, NY 10007 | 212-637-2200 | 212-637-2685;914-993-1980;212-637-2745 | |
| Securities and Exchange Commission - New York Regional Office | Securities & Exchange Commission NY Regional Office, George S Canellos Regional Director, 3 World Financial Center Ste 400, New York, NY 10281-1022 | 212-336-1100 | 212-336-1320 | secbankruptcy@sec.gov;newyork@sec.gov |
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission, Secretary of the Treasury, 100 F St NE, Washington, DC 20549 | 202-942-8088 | 202-772-9317or 202-772-9318 | secbankruptcy@sec.gov |
| Counsel to Nationstar | Sidley Austin LLP, Larry J Nyhan & Jessica CK Boelter, One Dearborn, Chicago, IL 60603 | 312-853-7710 | 312-853-7036 | lnyhan@sidley.com;jboelter@sidley.com;bmyrick@sidley.com |
| Counsel to the administrative agent for the Debtors' proposed providers of debtor in possession financing | Skadden Arps Slate Meagher & Flom LLP, Jonathan H. Hofer, Four Times Square, New York, NY 10036 | 212-735-3849 | 917-777-3849 | jhofer@skadden.com;nikolay.kodes@skadden.com |

**SPECIAL SERVICE LIST**

**Residential Capital, LLC, et al.**
**Case No. 12-12020 (MG)**
**Monthly Service List**

| PARTY DESCRIPTION | ADDRESS | Phone | FAX | EMAIL |
|---|---|---|---|---|
| Counsel to Barclays Bank PLC | Skadden Arps Slate Meagher & Flom LLP, Ken Ziman, Four Times Square, New York, NY 10036 | 212-735-3000 | 917-777-3310 | ken.ziman@skadden.com |
| Counsel to the administrative agent for the Debtors' proposed providers of debtor in possession financing | Skadden Arps Slate Meagher & Flom LLP, Sarah M Ward, Four Times Square, New York, NY 10036 | 212-735-2126 | 917-777-2126 | sarah.ward@skadden.com |
| Counsel to Barclays Bank PLC | Skadden Arps Slate Meagher & Flom LLP, Suzanne D T Lovett, Four Times Square, New York, NY 10036 | 212-735-3000 | 917-777-2689 | suzanne.lovett@skadden.com |
| Indenture Trustee under the Pre-Petition GSAP Facility | The Bank of New York Mellon, Asset-Backed Securities Group, 101 Barclay St 4W, New York, NY 10286 | | | |
| Indenture Trustee to the Debtors' Prepetition Junior Secured Notes | U.S. Bank National Association, Attn: George Rayzis, 50 South 16 th Street, Suite 2000 , Philadelphia, PA 19102 | 215-761-9317 | | george.rayzis@usbank.com |
| Indenture Trustee to the Debtors' Prepetition Junior Secured Notes | U.S. Bank National Association, Attn: Irina Palchuk, 60 Livingston Avenue , EP-MN-WS1D, St. Paul, MN 55107 | 651-495-3404 | 651-495-8100 | irina.palchuk@usbank.com |
| Office of the United States Attorney General | U.S. Department of Justice, US Attorney General, Eric H. Holder, Jr., 950 Pennsylvania Ave NW, Washington, DC 20530-0001 | 202-514-2063 | 202-307-6777 | AskDOJ@usdoj.gov |
| Counsel to the United State of America | United States Attorney's Office for the Southern District of New York civil Division, Attn Joseph Cordaro, 86 Chambers St 3rd Fl, New York, NY 10007 | | | joseph.cordaro@usdoj.com |
| Office of the United States Trustee for the Southern District of New York | US Trustee for the Southern District of NY, Tracy Hope Davis, Linda A. Riffkin and Brian S. Masumoto, 33 Whitehall St 21st Fl, Region 2, New York, NY 10004 | 212-510-0500 | 212-668-2255 | Tracy.Davis2@usdoj.gov; Linda.Riffkin@usdoj.gov; Brian.Masumoto@usdoj.gov |
| GMEN Indenture Trustee at Corporate Trust Office | Wells Fargo Bank NA, Attn Corporate Trust Services - GMACM Home Equity Notes 2004 Variable Funding Trust, PO Box 98, Columbia, MD 21046 | | | |

**SPECIAL SERVICE LIST**

Residential Capital, LLC, et al.
Case No. 12-12020 (MG)
Monthly Service List

| PARTY DESCRIPTION | ADDRESS | PHONE | FAX | EMAIL |
|---|---|---|---|---|
| Member of Official Committee of Unsecured Creditors | AIG Asset Management US LLC, Attn Russell Lipman, 80 Pine St, New York, NY 10038 | 212-770-0948 | 212-770-8528 | |
| Member of Official Committee of Unsecured Creditors | Allstate Life Insurance Company, Attn Peter A McElvain, 3075 Sanders Rd Ste G5A, Northbrook, IL 60062 | 847-402-1477 | 847-402-6639 | |
| Ally Bank | Ally Bank, Tom Houghton, 440 S Church St, # 1100, Charlotte, NC 28202 | 704-444-4825 | | tom.houghton@ally.com |
| Secured Lender under the Secured Revolver and Line of Credit | Ally Financial Inc, Jeffrey Brown Corporate Treasurer, 440 S Church St, # 1100, Charlotte, NC 28202 | 704-540-6133 | | jeff.brown@gmacfs.com; william.b.solomon@ally.com |
| Counsel to Wells Fargo Bank, N.A. in its capacity as trustee, indenture trustee or master servicer of certain RMBS trusts | Alston & Bird LLP, John C Weitnauer Esq, One Atlantic Center, 1201 West Peachtree St, Atlanta, GA 30309-3424 | 404-881-7000 | 404-253-8298 | kit.weitnauer@alston.com |
| Counsel to Wells Fargo Bank, N.A. in its capacity as trustee, indenture trustee or master servicer of certain RMBS trusts | Alston & Bird LLP, Martin G Bunin Esq & William Hao Esq, 90 Park Ave, New York, NY 10016 | 212-210-9400 | 212-210-9444 | marty.bunin@alston.com;william.hao@alston.com |
| Counsel to Wells Fargo Bank, N.A. in its capacity as trustee, indenture trustee or master servicer of certain RMBS trusts | Alston & Bird LLP, William B Macurda, Bank of America Plaza Ste 4000, 101 S Tryon St, Charlotte, NC 28280-4000 | 704-444-1000 | 704-444-1755 | bill.macurda@alston.com |
| Counsel to the Texas Comptroller of Public Accounts | Assistant Attorney General, John Mark Stern bankruptcy & Collections Division, PO Box 12548, Austin, TX 78711-2548 | 512-475-4868 | | john.stern@texasattorneygeneral.gov |
| Securitization/HELOC Trustee | Bank of New York Mellon, Sarah Stout & Jennifer J Provenzano, 525 William Penn Place, Pittsburgh, PA 15259-0001 | 412-234-7536 | | Sarah.Stout@BNYMellon.com; Jennifer.Provenzano@BNYMellon.com; Michael.Spataro@BNYMellon.com; Mageshwaran.Ramasamy@BNYMellon.com |
| Barclays Bank PLC, as administrative agent under the Pre-Petition GSAP Facility | Barclays Bank PLC, Alicia Borys & Patrick Kerner, 745 7th Ave 27th Fl, New York, NY 10019 | 212-526-4291;212-526-1447 | 212-526-5115 | alicia.borys@barclays.com;patrick.kerner@barclays.com |
| Barclays Bank PLC, as administrative agent under the Pre-Petition GSAP Facility | Barclays Bank PLC, Joe Tricamo & May Wong, 1301 Sixth Ave, New York, NY 10019 | 212-320-7564; 212-320-7890 | | xrausloanops5@barclays.com |
| Counsel to USAA Federal Savings Bank | Barnes & Thornburg LLP, David M Powlen, 1000 North West St Ste 1200, Wilmington, DE 19801 | 302-888-4536 | 302-888-0246 | david.powlen@btlaw.com |
| Creditor | Barry B Eskanos JD MPA & Ami B Eskanos, 3122 Pine Tree Dr, Miami Beach, FL 33140 | 305-613-6894 | 305-735-3437 | bbeskanos@aol.com |
| Counsel to Cambridge Place Investments Management Inc. | Bernstein Litowitz Berger & Grossmann LLP, David R Stickney & Jonathan D Uslaner & Matthew P Jubenville, 12481 High Bluff Dr Ste 300, San Diego, CA 92130 | 858-793-0700 | 858-793-0323 | davids@blbglaw.com; jonathanu@blbglaw.com; matthewj@blbglaw.com |
| Counsel to Cambridge Place Investments Management Inc. | Bernstein Litowitz Berger & Grossmann LLP, Jai K Chandrasekhar, 1285 Avenue of the Americas, New York, NY 10019 | 212-554-1400 | 212-554-1444 | jai@blbglaw.com |
| Buyer under the Pre-Petition Ally Repo Facility | BMMZ Holding LLC, c/o Ally Financial Inc, Attn Courtney Lowman, 200 Renaissance Center, Mail Code 482-B12-B96, Detroit, MI 48265-2000 | 313-656-6711 | | courtney.lowman@ally.com |
| Top 50 Creditors | Brian Kessler, et al, c/o Walters Bender Strohbehn & Vaughan, P.C., 2500 City Center Square, 1100 Main, Suite 2500, Kansas City, MO 64105 | 816-421-6620 | 816-421-4747 | jhaake@wbsvlaw.com |
| Counsel to MBIA Insurance Corporation | Cadwalader Wickersham & Taft LLP, Gregory M Petrick & Ingrid Bagby, One World Financial Center , New York, NY 10281 | 212-504-6000 | 212-504-6666 | gregory.petrick@cwt.com;ingrid.bagby@cwt.com |
| Counsel to MBIA Insurance Corporation | Cadwalader Wickersham & Taft LLP, Mark C Ellenberg Esq, 700 Sixth St NW, Washington, DC 20001 | 202-862-2200 | 202-862-2400 | mark.ellenberg@cwt.com |
| Counsel to Lead Plaintiff | Cohen Milstein Sellers & Toll PLLC, Joel P Laitman, Christopher Lometti, Michael B Eisenkraft, Daniel B Rehns & Kenneth M Rehns, 88 Pine St 14th Fl, New York, NY 10005 | 212-838-7797 | 212-838-7745 | jlaitman@cohenmilstein.com;clometti@cohenmilstein.com;meisenkraft@cohenmilstein.com;drehns@cohenmilstein.com;krehns@cohenmilstein.com |
| Counsel to HP Enterprise Services LLC | Cole Schotz Meisel Forman & Leonard PA, Michael D Warner & Emily S Chou, 301 Commerce St Ste 1700, Fort Worth, TX 76102 | 817-810-5250 | 817-810-5255 | mwarner@coleschotz.com;echou@coleschotz.com |
| Commonwealth of Pennsylvania, Department of Labor and Industry, Office of Unemployment Compensation Tax Services (UCTS) | Commonwealth of Pennsylvania, Department of Labor and Industry, Joseph Kots, Reading Bankruptcy & Compliance Unit, 625 Cherry St Rm 203, Reading, PA 19602-1152 | 610-378-4511 | 610-378-4459 | ra-li-ucts-bankrupt@state.pa.us |

## GENERAL SERVICE LIST

Residential Capital, LLC, et al.
Case No. 12-12020 (MG)
Monthly Service List

| PARTY DESCRIPTION | ADDRESS | PHONE | FAX | EMAIL |
|---|---|---|---|---|
| Counsel to MidFirst Bank | Crowe & Dunlevy PC, William H. Hoch, 20 N. Broadway Ave., Ste. 1800, Oklahoma City, OK 73102 | 405-235-7700 | 405-239-6651 | will.hoch@crowedunlevy.com |
| Proposed Conflicts Counsel for the Debtors | Curtis Mallet-Prevost Colt & Mosle LLP, Maryann Gallagher Esq, 101 Park Ave, New York, NY 10178-0061 | 212-696-8881 | 212-697-1559 | mgallagher@curtis.com |
| Proposed Conflicts Counsel for the Debtors | Curtis Mallet-Prevost Colt & Mosle LLP, Michael A Cohen Esq, 101 Park Ave, New York, NY 10178-0061 | 212-696-6900 | 212-697-1559 | macohen@curtis.com |
| Proposed Conflicts Counsel for the Debtors | Curtis Mallet-Prevost Colt & Mosle LLP, Steven J Reisman Esq, 101 Park Ave, New York, NY 10178-0061 | 212-969-6065 | 212-697-1559 | sreisman@curtis.com |
| Counsel to NYCTL 2011-A Trust | David P Stich Esq, 521 Fifth Ave 17th Fl, New York, NY 10175 | 646-554-4421 | | |
| Counsel to Bank of New York Mellon Trust Company NA | Dechert LLP, Glenn E Siegel, Hector Gonzalez, Brian E Greer & Mauricio A Espana, 1095 Avenue of the Americas, New York, NY 10036-6797 | 212-698-3500 | 212-698-3599 | glenn.siegel@dechert.com;hector.gonzalez@dechert.com;brian.greer@dechert.com;mauricio.espana@dechert.com |
| Member of Official Committee of Unsecured Creditors | Deutsche Bank Trust Company Americas, Attn Brendan Meyer, Harborside Financial Center, 100 Plaza One MS: JCY03-0699, Jersey City, NJ 07311-3901 | 201-593-8545 | 646-502-4546 | Brendan.meyer@db.com |
| Securitization Trustee | Deutsche Bank, Rosa Mendez, Corporate Trust Department, 1761 E. St. Andrew Place, Santa Ana, CA 92705-4934 | 714-247-6309 | 714-855-1556 | rosa.mendez@db.com |
| Interested Party, Diem T Nguyen | Diem T Nguyen, 16478 Beach Blvd No 331, Westminister, CA 92683 | 714-742-5371 | | diem.home@gmail.com |
| Counsel to Green Planet Servicing LLC | Duane Morris LLP, Gerald S Catalanello Esq & james J Bincequerra Esq, 1540 Broadway, New York, NY 10036 | 212-692-1000 | 212-692-1020 | gcatalanello@duanemorris.com;jvincequerra@duanemorris.com |
| GSE - Fannie Mae | Fannie Mae, Catherine Lasher, 950 East Paces Ferry Road, Suite 1900, Atlanta, GA 30326 | 404-398-6901 | | catherine_lasher@fanniemae.com |
| Counsel to Bank of America NA, Aurora Loan Services & Residential Capital LLC | Fein Such & Crane LLP, Mark K Broyles Esq, 28 East Main St Ste 1800, Rochester, NY 14614 | 585-232-7400 | 585-325-3119 | broylesmk@rgcattys.com |
| Counsel to the FDIC | FIDC, Dennis J Early, Counsel - Legal Division, 3501 Fairfax Dr Rm VS-D-7076, Arlington, VA 22226-3500 | 703-562-2739 | | dearly@fdic.gov |
| Member of Official Committee of Unsecured Creditors | Financial Guaranty Insurance Company, Attn John Dubel, 125 Park Ave, New York, NY 10017 | 212-312-3399 | | |
| Counsel to TCF National Bank | Foley & Mansfield PLLP, Thomas J Lallier, 250 Marquette Ave Ste 1200, Minneapolis, MN 55401 | 612-338-8788 | 612-338-8690 | tlallier@foleymansfield.com |
| Counsel to Freddie Mac | Freddie Mac, Kenton W Hambrick Associate General Counsel, M/S202, 8200 Jones Branch Dr, McLean, VA 22102 | 703-903-2473 | 703-903-3692 | kenton_hambrick@freddiemac.com |
| Counsel to Mercer (US) Inc. | Freeborn & Peters LLP, Devon J Eggert Esq, 311 S Wacker Dr Ste 3000, Chicago, IL 60606-6677 | 312-360-6000 | 312-360-6520 | deggert@freebornpeters.com |
| Counsel to Mercer (US) Inc. | Freeborn & Peters LLP, Thomas R Fawkes Esq, 311 S Wacker Dr Ste 3000, Chicago, IL 60606-6677 | 312-360-6000 | 312-360-6520 | tfawkes@freebornpeters.com |
| Counsel to Wells Fargo Bank, NA | Gibbons PC, Attn Jeffrey S Berkowitz Esq, One Pennsylvania Plaza 37th Fl, New York, NY 10119-3701 | 212-613-2000 | 212-290-2018 | jberkowitz@gibbonslaw.com |
| Counsel to Wells Fargo Bank, NA | Gibbons PC, Attn Karen A Giannelli Esq, One Gateway Center 9th Fl, Newark, NJ 07102-5310 | 973-596-4500 | 973-596-0545 | kgiannelli@gibbonslaw.com |
| Counsel to Ad Hoc RMBS Holder Group | Gibbs & Bruns LLP, Kathy D Patrick Esq & Scott A Humphries Esq, 1100 Louisiana Ste 5300, Houston, TX 77002 | 713-650-8805 | 713-750-0903 | kpatrick@gibbsbruns.com;shumphries@gibbsbruns.com |
| Counsel for the Institutional Investors | Gibbs & Bruns, L.L.P., Kathy D. Patrick, 1100 Louisiana, Suite 5300, Houston, TX 77002 | | | kpatrick@gibbsbruns.com |
| GSE - Ginnie Mae | Ginnie Mae, Ted Tozer, 550 12 St. SW, 3rd Floor, Washington, DC 20024 | 202-485-5010 | | theodore.w.tozer@hud.gov |
| Counsel to Stichting Pensioenfunds ABP, huntington Bancshares Inc, John Hancock Life Insurance Company (U.S.A.), John Hancock Life Insurance Company (U.S.A.) Separate Account 6A & John Hancock Life Insurance Company (U.S.A.) Separate Account 131 | Grant & Eisenhofer PA, Georffrey C Jarvis Matthew P Morris & Deborah A Elman, 485 Lexington Ave 29th Fl, New York, NY 10017 | 646-722-8500 | 646-722-8501 | gjarvis@gelaw.com;mpmorris@gelaw.com;delman@gelaw.com |
| Counsel to HP Enterprise Services LLC | HP Enterprise Services LLC, Ayala Hassell Esq, 5400 Legacy Dr, Plano, TX 75024 | 972-605-5507 | 972-605-5616 | ayala.hassell@hp.com |
| Counsel to IBM Corporation | IBM Corporation, Attn Shawn Konig, 1360 Rene Levesque W Ste 400, Montreal, QC H3G 2W6 | | | |

**GENERAL SERVICE LIST**

**Residential Capital, LLC, et al.**
**Case No. 12-12020 (MG)**
**Monthly Service List**

| PARTY DESCRIPTION | ADDRESS | PHONE | FAX | EMAIL |
|---|---|---|---|---|
| Counsel to Financial Guaranty Insurance Company | Jones Day, Carle E Black, 901 Lakeside Ave, Cleveland, OH 44114 | 216-586-3939 | 216-579-0212 | ceblack@jonesday.com |
| Counsel to Financial Guaranty Insurance Company | Jones Day, Corinne Ball, Richard L Wynne & Lance E Miller, 222 East 41st Street, New York, NY 10017 | 212-326-3939 | 212-755-7306 | cball@jonesday.com;rlwynne@jonesday.com;lemiller@jonesday.com |
| Counsel to the Federal Housing Finance Agency as Conservator of the Federal National Mortgage Association ("Fannie Mae") and the Federal Home Loan Mortgage Corporation | Kasowitz, Benson, Torres & Friedman LLP, Andrew K Glenn, Matthew B Stein, Daniel A Fliman & Nii Amar Amamoo, 1633 Broadway, New York, NY 10019 | 212-506-1700 | 212-506-1800 | aglenn@kasowitz.com;mstein@kasowitz.com;dfliman@kasowitz.com;namamoo@kasowitz.com |
| Counsel to Oakland County Treasurer | Kilpatrick & Associates PC, Richardo I Kilpatrick, 903 North Opdyke Rd Ste C, Auburn Hills, MI 48326 | 248-377-0700 | | ecf@kaalaw.com |
| Counsel to Lone Star U.S. Acquisitions, LLC | King & Spalding LLP, W. Austin Jowers & Paul K. Ferdinands & Thaddeus D. Wilson, 1180 Peachtree Street N.E., Atlanta, GA 30309 | 404-572-4600 | 404-572-5100 | thadwilson@kslaw.com; ajowers@kslaw.com; pferdinands@kslaw.com |
| Counsel to Tracy L Klestadt, in his Capacity as Chapter 7 Trustee of Alliance Mortgage Investments, Inc. and Alliance Bancorp | Klestadt & Winters LLP, Attn Tracy L Klestadt & Joseph C Corneau, 570 Seventh Ave 17th Fl, New York, NY 10018 | 212-972-3000 | 212-972-2245 | tklestadt@klestadt.com;jcorneau@klestadt.com |
| Claims and Noticing Agent | Kurtzman Carson Consultants, Alison M. Tearnen Schepper, | | | rescapinfo@kccllc.com |
| Counsel to Interested Party, Mary Perkins White | Law Offices of Christopher Green, Christopher E. Green, Two Union Square Suite 4285, 601 Union Street, Seattle, WA 98101 | 206-686-4558 | 206-686-2558 | |
| Counsel to Carrollton-Farmers Branch Independent School District and Lewisville Independent School District | Law Offices of Robert E Luna PC, Andrea Sheehan, 4411 N Central Expressway, Dallas, TX 75205 | 214-521-8000 | 214-521-1738 | sheehan@txschoollaw.com |
| Counsel to City of McAllen, South Texas ISD, South Texas College & Cameron County | Linebarger Goggan Blair & Sampson LLP, Diana W Sanders, Po Box 17428, Austin, TX 78760 | 512-447-6675 | 512-443-5114 | austin.bankruptcy@publicans.com |
| Counsel to Dallas County | Linebarger Goggan Blair & Sampson LLP, Elzabeth Weller, 2323 Bryan St Ste 1600, Dallas, TX 75201 | 214-880-0089 | 469-221-5002 | dallas.bankruptcy@publicans.com |
| Counsel to Texas Taxing Authorities - Katy ISD, Matagorda County, Cypress-Fairbanks ISD, Tyler County, Cleveland ISD, Fort Bend County, Montgomery County, Harris County, Galveston County, Orange County | Linebarger Goggan Blair & Sampson LLP, John P Dillman Esq, PO Box 3064, Houston, TX 77253-3064 | 713-844-3478 | 713-844-3503 | houston_bankruptcy@lgbs.com |
| Counsel to The Union Central Life Insurance Company, Ameritas Life Insurance Corp. and Acacia Life Insurance Company ; and Cambridge Place Investments Management Inc. | Lowenstein Sandler PC, Andrew Behlmann, 1251 Avenue of the Americas 18th Fl, New York, NY 10020 | 212-262-6700 | 212-262-7402 | abehlmann@lowenstein.com |
| Counsel to The Union Central Life Insurance Company, Ameritas Life Insurance Corp. and Acacia Life Insurance Company ; and Cambridge Place Investments Management Inc. | Lowenstein Sandler PC, Andrew Behlmann, 65 Livingston Ave, Roseland, NJ 07068 | 973-597-2500 | 973-597-2481 | abehlmann@lowenstein.com |
| Counsel to Lead Plaintiff; o The Union Central Life Insurance Company, Ameritas Life Insurance Corp. and Acacia Life Insurance Company ; and Cambridge Place Investments Management Inc. | Lowenstein Sandler PC, Michael S Etkin & Ira M Levee, 1251 Avenue of the Americas 18th Fl, New York, NY 10020 | 212-262-6700 | 212-262-7402 | metkin@lowenstein.com;ilevee@lowenstein.com |
| Counsel to Lead Plaintiff; o The Union Central Life Insurance Company, Ameritas Life Insurance Corp. and Acacia Life Insurance Company ; and Cambridge Place Investments Management Inc. | Lowenstein Sandler PC, Michael S Etkin & Ira M Levee, 65 Livingston Ave, Roseland, NJ 07068 | 973-597-2500 | 973-597-2481 | metkin@lowenstein.com;ilevee@lowenstein.com |
| Securitization Trustee | M&TCC, 1 M&T Plaza, 7th Floor, Buffalo, NY 14203 | | | |
| Counsel to Manatee County Tax Collector | Manatee County Tax Collector, Susan D Profant & Ken Burton Jr, 4333 US 301 North, Ellenton, FL 34222 | 941-741-4832 | 941-721-2008 | susanp@taxcollector.com |
| Counsel to Donald T Prather, Trustee | Mathis, Riggs & Prather PSC, Donald T Prather, 500 Main St Ste 5, Shelbyville, KY 40065 | 502-633-5220 | 502-633-0667 | dprather@iglou.com |
| Member of Official Committee of Unsecured Creditors | MBIA Insurance Corporation, Attn Mitchell Sonkin, 113 King St, Armonk, NY 10504 | 914-765-3640 | 914-765-3646 | |

**GENERAL SERVICE LIST**

12-12020-mg    Doc 792    Filed 07/16/12    Entered 07/16/12 16:17:43    Main Document
Pg 1 of 9

Residential Capital, LLC, et al.
Case No. 12-12020 (MG)
Monthly Service List

| PARTY DESCRIPTION | ADDRESS | PHONE | FAX | EMAIL |
|---|---|---|---|---|
| Counsel to Freddie Mac | McKool Smith PC, Michael R Carney, One Bryant Park 47th Fl, New York, NY 10036 | 212-402-9400 | 212-402-9444 | mcarney@mckoolsmith.com |
| Counsel to Freddie Mac | McKool Smith PC, Paul D Moak, 600 Travis St., Suite 7000, Houston, TX 77002 | 713-485-7300 | 713-485-7344 | pmoak@McKoolSmith.com |
| Counsel to GSE - Freddie Mac | McKool Smith, Attn: Paul D. Moak, 600 Travis St., Suite 7000, Houston, TX 77002 | 713-485-7302 | 713-485-7344 | pmoak@McKoolSmith.com |
| Counsel to Deutsche Bank Trust Company Americas and Deutsche Bank National Trust Company, as trustees of certain mortgage backed securities trust | Morgan Lewis & Bockius LLP, James L Garrity Jr, 101 Park Ave, New York, NY 10178-0600 | 212-309-6000 | 212-309-6001 | jgarrity@morganlewis.com |
| Counsel to Deutsche Bank Trust Company Americas and Deutsche Bank National Trust Company, as trustees of certain mortgage backed securities trust | Morgan Lewis & Bockius LLP, Michael S Kraut, 101 Park Ave, New York, NY 10178-0600 | 212-309-6000 | 212-309-6001 | mkraut@morganlewis.com |
| Counsel to Deutsche Bank Trust Company Americas and Deutsche Bank National Trust Company, as trustees of certain mortgage backed securities trust | Morgan Lewis & Bockius LLP, Patrick D Fleming, 101 Park Ave, New York, NY 10178-0600 | 212-309-6000 | 212-309-6001 | pfleming@morganlewis.com |
| Counsel to Cal-Western Reconveyance Corporation | Moritt Hock & Hamroff LLP, Leslie Ann Berkoff, 400 Garden City Plaza, Garden City, NY 11530 | 516-873-2000 | 516-873-2010 | lberkoff@moritthock.com |
| Counsel to the Independent Directors of the Residential Capital, LLC | Morrison Cohen LLP, Joseph T Moldovan Esq, 909 Third Ave, New York, NY 10022 | 212-735-8600 | 212-735-8708 | jmoldovan@morrisoncohen.com;bankruptcy@morrisoncohen.com |
| Counsel to Berkshire Hathaway Inc | Munger Tolles & Olson LLP, Seth Goldman, 355 S Grand Ave, Los Angeles, CA 90071 | 213-683-9100 | | seth.goldman@mto.com |
| Counsel to Berkshire Hathaway Inc | Munger Tolles & Olson LLP, Thomas B Walper, 355 S Grand Ave, Los Angeles, CA 90071 | 213-683-9100 | | Thomas.walper@mto.com |
| Counsel to Commonwealth of Pennsylvania, Department of Revenue, Bureau of Compliance | Office of Attorney General, Carol E. Momjian, Senior Deputy Attorney General, 21 S. 12th Street, 3rd Floor, Philadelphia, PA 19107-3603 | 215-560-2128 | 215-560-2202 | cmomjian@attorneygeneral.gov |
| Counsel to Ambac Assurance Corporation | Patterson Belknap Webb & Tyler LLP, David W Dykhouse & Brian P Guiney, 1133 Avenue of the Americas, New York, NY 10036-6710 | 212-336-2000 | 212-336-2222 | dwdykhouse@pbwt.com;bguiney@pbwt.com |
| Counsel to Paul N Papas II | Paul N Papas II, Mylegalhelpusa.com, 4727 E Bell Rd Ste 45-350, Phoenix, AZ 85032 | 602-493-2016 | | Paul_Papas@mylegalhelpusa.com |
| Counsel to Johnson County et al, Richardson ISD | Perdue Brandon Fielder Collins & Mott LLP, c/o Elizabeth Banda Calvo, PO Box 13430, Arlington, TX 76094-0430 | 817-461-3344 | 817-860-6509 | ebcalvo@pbfcm.com |
| Counsel to 2255 Partners LP | Pillsbury Winthrop Shaw Pittman LLP, Attn Ana N Damonte Esq, 50 Fremont St, PO Box 7880, San Francisco, CA 94120-7880 | 415-983-1000 | 415-983-1200 | ana.damonte@pillsburylaw.com |
| Counsel to Representative Plaintiffs and the Putative Class | Polsinelli Shughart PC, Daniel J Flanigan & Jason A Nagi, 805 Third Ave Ste 2020, New York, NY 10022 | 212-684-0199 | 212-759-8290 | dflanigan@polsinelli.com;jnagi@polsinelli.com |
| Counsel to Assured Guaranty Municipal Corp | Proskauer Rose LLP, Irena M Goldstein, Eleven Times Square, New York, NY 10036 | 212-969-3000 | 212-969-2900 | igoldstein@proskauer.com |
| Counsel to Dallas CPT Fee Owner LP | Proskauer Rose LLP, Scott K Rutsky & Jared D Zajac, Eleven Times Square, New York, NY 10036 | 212-969-3000 | 212-969-2900 | srutsky@proskauer.com;jzajac@proskauer.com |
| Counsel to The Prudential Insurance Companu of America, The Gibraltar Life Insurance Company, Ltd., Park Place Commerce Investments, LLC, Prudential Retirement Insurance and Annuity Company, Prudential Annuities Life Insurance Corporation, Pruco Life Insurance Company of New Jersey, Commerce Street Investments, LLC, Institutional Core Bond Fund of the Prudential Trust Company Master Commingled Investment Fund for Tax Exempt Trusts, Institutional Core Plus Bond Fund of the Prudential Trust Company Master Commingled Investment Fund for Tax Exempt Trusts, Pru Alpha Fixed Income Opportunity Master Fund I, L.P., Pruco Life Insurance Company, Prudential Annuities Life Assurance Corporation, Prudential Investment Portfolios 2, Prudential Core Short-Term Bond Fund, Prudential Total Return Bond Fund, Inc., Prudential Trust Company, as Trustee for Prudential Merged Retirement Plan, The Prudential Investment Portfolios, Inc., Asset Allocation Fund, The Prudential Life Insurance Company, Ltd., and The Prudential Series Fund, Diversified Bond Portfolio | Quinn Emanuel Urquhart & Sullivan LLP, Daniel L Brockett & David D Burnett, 51 Madison Ave 22nd Fl, New York, NY 10010 | 212-849-7000 | 212-849-7100 | danbrockett@quinnemanuel.com;daveburnett@quinnemanuel.com |

12-12020-mg    Doc 792    Filed 07/16/12    Entered 07/16/12 16:17:43    Main Document
Pg 1 of 9

Residential Capital, LLC, et al.
Case No. 12-12020 (MG)
Monthly Service List

| PARTY DESCRIPTION | ADDRESS | PHONE | FAX | EMAIL |
|---|---|---|---|---|
| Counsel to AIG Asset Management (US) LLC | Quinn Emanuel Urquhart & Sullivan LLP, Susheel Kirpalani & Scott C Shelley, 51 Madison Ave 22nd Fl, New York, NY 10010 | 212-849-7000 | 212-849-7100 | susheelkirpalani@quinnemanuel.com;scottshelley@quinnemanuel.com |
| Counsel to Lehman Brothers Holdings Inc | Reilly Pozner LLP, Michael A Rollin, 1900 16th St Ste 1700, Denver, CO 80202 | 303-893-6100 | 303-893-6110 | mrollin@rplaw.com |
| Counsel to The Union Central Life Insurance Company, Ameritas Life Insurance Corp. and Acacia Life Insurance Company | Robbins Gellar Rudman & Dowd LLP, Christopher M Wood, One Montgomery Steet Ste 1800, Post Montgomery Center, San Francisco, CA 94104 | 415-288-4545 | 415-288-4534 | cwood@rgrdlaw.com |
| Counsel to The Union Central Life Insurance Company, Ameritas Life Insurance Corp. and Acacia Life Insurance Company | Robbins Gellar Rudman & Dowd LLP, Steven W Pepich, 655 West Broadway Ste 1900, San Diego, CA 92101 | 619-231-1058 | 619-231-7423 | stevep@rgrdlaw.com |
| Counsel to Ad Hoc RMBS Holder Group | Ropes & Gray LLP, D Ross Martin Esq & Keith H Wofford Esq, 1211 Avenue of the Americas, New York, NY 10036-8704 | 212-596-9000 | 212-596-9090 | Ross.martin@ropesgray.com;keith.wofford@ropesgray.com |
| Counsel for the Institutional Investors | Ropes & Gray LLP, D. Ross Martin, Prudential Tower, 800 Boylston Street, Boston, MA 02199 | | | Ross.martin@ropesgray.com |
| Member of Official Committee of Unsecured Creditors | Rowen L Drenne as Representative for the Plaintiffs Brian Kessler et al, 3725 N Indiana, Kansas City, MO 64117 | 816-726-4615 | 816-523-3530 | |
| Counsel to Samuel I White PC | Samuel I White PC, D Carol Sasser Esq, 5040 Corporate Woods Dr Ste 120, Virginia Beach, VA 23462 | 757-490-9284 | 757-497-2802 | dsasser@siwpc.com |
| Counsel to Samuel I White PC | Samuel I White PC, Donna J Hall Esq, 5040 Corporate Woods Dr Ste 120, Virginia Beach, VA 23462 | 757-457-1485 | 757-497-1193 | dhall@siwpc.com |
| Counsel to the City of Union City, New Jersey; and Counsel to Township of Wall | Scarinci & Hollenbeck LLC, Joel R Gluckman Esq, 1100 Valley Brook Ave, PO Box 790, Lyndhurst, NJ 07071-0790 | 201-896-4100 | | jglucksman@scarincihollenbeck.com |
| Counsel to Liberty Property Limited Parternship | Schnader Harrison Segal & Lewis LLP, Barry Bressler & Richard A Barkasy, 1600 Market St Ste 3600, Philadelphia, PA 19103-7286 | 215-751-2050 | 215-751-2205 | bbressler@schnader.com;rbarkasy@schnader.com |
| Counsel to Liberty Property Limited Parternship | Schnader Harrison Segal & Lewis LLP, Benjamin P Deutsch Esq, 140 Broadway Ste 3100, New York, NY 10005-1101 | 212-973-8000 | 212-972-8798 | bdeutsch@schnader.com |
| Secretary of the State | Secretary of State, 123 William St, New York, NY 10038-3804 | 212-417-5800 | 212-417-2383 | |
| Secretary of the State - Division of Corporations | Secretary of State, Division of Corporations, 99 Washington Ave Ste 600, One Commerce Plz, Albany, NY 12231-0001 | 518-473-2492 | 518-474-1418 | |
| Wells Fargo Bank, N.A., as collateral agent for the Prepetition Junior Secured Notes, as collateral agent for the Prepetition Ally Revolver, and as collateral control agent under the Intercreditor Agreement, dated as June 6, 2008 | Seward & Kissell LLP, Greg S Bateman, One Battery Park Plaza, New York, NY 10004 | 212-574-1436 | 212-480-8421 | bateman@sewkis.com |
| Counsel to US Bank National Association as Securitization Trustee | Seward & Kissell LLP, Ronald L Cohen & Kalyan Das, One Battery Park Plaza, New York, NY 10004 | 212-574-1200 | 212-480-8421 | cohen@sewkis.com;das@sewkis.com |
| Counsel to NYCTL 2011-A Trust | Shafferman & Feldman LLP, Joel M Shafferman Esq, 286 Madison Ave Ste 502, New York, NY 10017 | 212-509-1802 | | |
| Counsel to Petra Finance LLC | Shapiro Blasi Wasserman & Gora PA, Thomas A Conrad Esq, 7000 Glades Rd Ste 400, Boca Raton, FL 33434 | 516-477-7800 | 516-477-7722 | taconrad@sblawfirm.com |
| Counsel to Citibank NA | Shearman & Sterling LLP, Fredric Sosnick & Susan A Fennessey, 599 Lexington Ave, New York, NY 10022 | 212-848-4000 | 646-848-7179 | fsosnick@shearman.com;sfennessey@shearman.com |
| Counsel to Bank of the West | Stinson Morrison Hecker LLP, Andrew W. Muller, 1201 Walnut, Ste. 2900, Kansas City, MO 64106 | 816-842-8600 | 816-691-3495 | amuller@stinson.com |
| Counsel to Mortgage Electronic Registration Systems Inc and MERSCOPR Inc ("MERS") | Sullivan Hazeltine Allinson LLC, William A Hazeltine Esq, 901 N Market St Ste 1300, Wilmington, DE 19801 | 302-428-8191 | 302-428-8195 | whazeltine@sha-llc.com |
| Counsel for Institutional Investors | Talcott Franklin P.C., Attn: Talcott J. Franklin, 208 N. Market Street, Suite 200, Dallas, TX 75202 | 214-736-8730 | | tal@talcottfranklin.com |
| Counsel to TCF National Bank | TCF National Bank, Janella J Miller Senior Vice President & Senior Counsel, 200 Lake St, Wayzata, MN 55391 | 952-745-2716 | | jmiller@tcfbank.com |
| Member of Official Committee of Unsecured Creditors | The Bank of New York Mellon, Attn Robert H Major Vice President, 6525 West Campus Oval, New Albany, OH 43054 | 614-775-5278 | 614-775-5636 | robert.major@bnymellon.com |
| Securitization Trustee | The Canada Trust Company, Susan Khokher, 79 Wellington Street, West, 8th Floor, PO Box 1, Toronto-Dominion Centre, Toronto, ON M5K 1A2 | 416-308-3825 | 416-983-2044 | susan.khokher@tdsecurities.com;kathryn.thorpe@tdsecurities.com; Adam.Parkin@tdsecurities.com; Christopher.stevens@tdsecurities.com; |
| Member of Official Committee of Unsecured Creditors | U.S. Bank National Association, Attn: Mamta K Scott, 190 S. LaSalle Street, Chicago, IL 60603 | 312-332-6578 | | mamta.scott@usbank.com |

**GENERAL SERVICE LIST**

Residential Capital, LLC, et al.
Case No. 12-12020 (MG)
Monthly Service List

| PARTY DESCRIPTION | ADDRESS | PHONE | FAX | EMAIL |
|---|---|---|---|---|
| Securitization/HELOC Trustee | U.S. Bank National Association, Michelle Moeller, 60 Livingston Ave., St. Paul, MN 55107 | 651-495-3839 | 866-869-1624 | michelle.moeller@usbank.com |
| Securitization/HELOC Trustee | U.S. Bank National Association, Tanver Ashraf, Corporate Trust Services, West Side Flats, EP-Mn-WS3D, 60 Livingston Ave., St. Paul, MN 55107 | 651-495-3882 | 866-831-7910 | tanveer.ashraf@usbank.com |
| Counsel to GSE - Ginnie Mae | U.S. Department of Justice, Attn: Glenn D. Gillette, Civil Division, 1100 L Street NW, Room 10018, Washington, DC 20005 | | | Glenn.Gillett@usdoj.gov |
| Counsel to Representative Plaintiffs and the Putative Class | Walters Bender Stohbehn & Vaughan PC, J Michael Vaughan & David M Skeens, 2500 City Center Square, 1100 Main St, Kansas City, MO 64105 | 816-421-6620 | 816-421-4747 | mvaughan@wbsvlaw.com;dskeens@wbsvlaw.com |
| Securitization/HELOC Trustee | Wells Fargo Bank, N.A., Kelly Rentz, Corporate Trust Services, 9062 Old Annapolis Road, Columbia, MD 21045 | 410-884-2208 | 410-715-2380 | kelly.j.rentz@wellsfargo.com; Nichlaus.M.Ross@wellsfargo.com; Sharon.Squillario@wellsfargo.com ;mary.l.sohlberg@wellsfargo.com |
| Counsel to Wells Fargo Bank, NA | Wells Fargo Law Department, Kristi Garcia Esq Senior Counsel, MAC T7405-010, 4101 Wiseman Blvd, San Antonio, TX 78251 | 210-543-5747 | 210-543-3015 | kristi.garcia@wellsfargo.com |
| Claimant | Wendy Alison Nora, 210 Second St NE, Minneapolis, MN 55413 | 612-333-4144 | 612-886-2444 | accesslegalservices@gmail.com |
| Counsel to Wells Fargo as collateral agent for the Prepetition Junior Secured Notes | White & Case LLP, Attn: Gerard Uzzi, 1155 Avenue of the Americas, New York, NY 10036-2787 | 212-819-8479 | 212-354-8113 | guzzi@whitecase.com |
| Member of Official Committee of Unsecured Creditors | Wilmington Trust NA, Julie J Becker Vice President, 50 South Sixth St Ste 1290, Minneapolis, MN 55402-1544 | 612-217-5628 | 612-217-5651 | |
| Securitization Trustee | Wilmington Trust, Jennifer Williams, 1100 N. Market St., Wilmington, DE 19801 | 302-636-6489 | 302-636-4140 | jwilliams@wilmingtontrust.com;rmaney@wilmingtontrust.com |
| Counsel to the County of Putnam, Department of Finance | Wilson Elser Moskowitz Edelman & Dicker LLP, Attn David L Tillem, 3 Gannett Dr, White Plains, NY 10604-3407 | 914-323-7000 ext 7104 | 914-323-7001 | david.tillem@wilsonelser.com |
| Counsel to GSE - Fannie Mae | Winston & Strawn LLP, Attn: David Neier, 200 Park Avenue, New York, NY 10166 | 212-294-5318 | 212-294-4700 | dneier@winston.com |
| Counsel to Federal National Mortgage Association | Winston & Strawn LLP, David Neier, Carey D Schreiber & Alan Moskowitz, 200 Park Avenue, New York, NY 10166-4193 | 212-294-6700 | 212-294-4700 | dneier@winston.com;cschreiber@winston.com; almoskowitz@winston.com |
| Counsel to The Western and Southern Life Insurance Company et al | Wollmuth Maher & Deutsch LLP, Attn James N Lawlor, One Gateway Center 9th Fl, Newark, NJ 07102- | 973-733-9200 | 973-733-9292 | jlawlor@wmd-law.com |
| Counsel to The Western and Southern Life Insurance Company et al | Wollmuth Maher & Deutsch LLP, Attn Paul R DeFilippo & Steven S Fitzgerald, 500 Fifth Ave 12th Fl, New York, NY 10110 | 212-382-3300 | 212-382-0050 | pdefilippo@wmd-law.com;sfitzgerald@wmd-law.com |
| Counsel to National Credit Union Administration Board, as Liquidating Agent of U.S. Central Federal Credit Union, Western Corporate Federal Credit Union, Members United Corporate Federal Credit Union, Southwest Corporate Federal Credit Union and Constitution Corporate Federal Credit Union | Zuckerman Spaeder LLP, Graeme W. Bush & Nelson C. Cohen & Laura E. Neish, 1185 Avenue of the Americas, 31st Floor, New York, NY 10036 | 212-704-9600 | 212-704-4256 | gbush@zuckerman.com; ncohen@zuckerman.com; lneish@zuckerman.com |
| Counsel to National Credit Union Administration Board, as Liquidating Agent of U.S. Central Federal Credit Union, Western Corporate Federal Credit Union, Members United Corporate Federal Credit Union, Southwest Corporate Federal Credit Union and Constitution Corporate Federal Credit Union | Zuckerman Spaeder LLP, Graeme W. Bush & Nelson C. Cohen & Laura E. Neish, 1800 M Street, N.W., Suite 1000, Washington, DC 20036 | 202-778-1800 | 202-822-8106 | gbush@zuckerman.com; ncohen@zuckerman.com; lneish@zuckerman.com |