Hearing Date: August 14, 2012 at 10:00 a.m.
Objection Deadline: July 30, 2012 at 4:00 p.m.

**CHADBOURNE & PARKE LLP**
30 Rockefeller Plaza
New York, New York 10112
Tel.: (212) 408-5100
Fax: (212) 541-5369
Howard Seife
David M. LeMay

*Proposed Counsel for the Examiner*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Residential Capital, LLC, et al., | Case No. 12-12020 (MG) |
| Debtors. | Jointly Administered |

**NOTICE OF APPLICATION OF THE EXAMINER FOR ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF CHADBOURNE & PARKE LLP AS COUNSEL TO THE EXAMINER *NUNC PRO TUNC* TO JULY 11, 2012**

PLEASE TAKE NOTICE that a hearing on the attached Application of the Examiner for Order Authorizing the Retention and Employment of Chadbourne & Parke LLP as Counsel to the Examiner *Nunc Pro Tunc* to July 11, 2012 (the "Application"), as more fully described in the Application, will be held on **August 14, 2012 at 10:00 a.m. (prevailing Eastern Time),** or as soon thereafter as counsel may be heard (the "Hearing").

PLEASE TAKE FURTHER NOTICE that the Hearing will be held before the Honorable Martin Glenn, United States Bankruptcy Judge, at the United States Bankruptcy Court, Alexander Hamilton Custom House, Courtroom 501, One Bowling Green, New York, New York 10004 (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that any objections to the Application must be made in writing, filed with the Bankruptcy Court (with a copy to Chambers) in accordance with the Order Under Bankruptcy Code Sections 102(1), 105(a) and 105(d), Bankruptcy Rules 1015(c), 2002(m) and 9007 and Local Bankruptcy Rule 2002-2 Establishing Certain Notice, Case Management and Administrative Procedures entered by this Court on May 23, 2012 [Docket No. 141] (the "Case Management Order"), and served on the undersigned counsel and on the Special Service List, as the term is defined in the Case Management Order, so as to be received no later than **July 30, 2012 at 4:00 p.m. (prevailing Eastern Time)** (the "Objection Deadline").

PLEASE TAKE FURTHER NOTICE that if an objection to the Application is not received by the Objection Deadline, the relief requested shall be deemed unopposed, and the Bankruptcy Court may enter an order granting the relief sought without a hearing.

PLEASE TAKE FURTHER NOTICE that objecting parties are required to attend the Hearing, and failure to appear may result in relief being granted or denied upon default.

Dated:  New York, New York
        July 17, 2012

                                  **CHADBOURNE & PARKE LLP**

                              By:  */s/ Howard Seife*
                                    Howard Seife
                                    David M. LeMay
                                    Members of the Firm
                                    30 Rockefeller Plaza
                                    New York, New York 10112
                                    Tel.:  (212) 408-5100
                                    Fax:  (212) 541-5369

                                  *Proposed Counsel for the Examiner*