UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re: :
: Chapter 11
RESIDENTIAL CAPITAL LLC, et. al. :
: Case No. 12-12020 (MG)
Debtors :
: (Jointly Administered)
:

# ORDER MODIFYING THE AUTOMATIC STAY
# AND EXTENDING TIME TO OBJECT TO DISCHARGE

Upon consideration of the *Motion of Hitoshi and Wakana Innoue* ("Movants") *for An Order Pursuant to Section 362(d) of the Bankruptcy Code Modifying the Automatic Stay to Permit Movants to Proceed to Trial Before California Superior Court* (the "Innoue Action") *and to Extend Time to Object to Discharge* (the "Motion"), in the above-captioned chapter 11 cases; and the Court having jurisdiction consider the Motion and the relief requested therein in accordance with 28 U.S.C. § 1334; and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided; and it appearing that no other or further notice need be provided; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefore, it is hereby:

**ORDERED, DECREED, AND ADJUDGED THAT:**

1. The motion is GRANTED as set forth herein

2. The automatic stay imposed by Section 362(d) of the United States Bankruptcy Code is hereby modified, to permit Movants to proceed with trial against the Debtors in California Superior Court, County of Sonoma.

00140359 - 1

      3.      The time for Movants to object to Debtors' discharge is hereby extended to 60 days after the entry of judgment in the Inoue Action.

      4.      This Court shall retain jurisdiction to resolve all matters relating to the implementation of this order.

Dated:

_____
HONORABLE MARTIN GLENN
UNITED STATES BANKRUPTCY JUDGE