Hearing Date and Time: August 14, 2012 at 10:00 AM
Objection Deadline: August 7, 2012

FORMAN HOLT ELIADES
RAVIN & YOUNGMAN
80 Route 4 East, Suite 290
Paramus, New Jersey 07652
201-845-1000
Michael E. Holt
Mholt@formanlaw.com
Counsel for Hitoshi & Wakana Inoue

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | : | |
|---|---|---|
| | : | Chapter 11 |
| RESIDENTIAL CAPITAL LLC, et. al. | : | |
| | : | Case No. 12-12020 (MG) |
| Debtors | : | |
| | : | (Jointly Administered) |
| | : | |

## CERTIFICATION OF SERVICE

MATTHEW FLEISCHER, of full age hereby as follows

1. I am an associate with the law firm of Forman Holt Eliades Ravin & Youngman LLC, attorneys for Hitoshi & Wakana Inoue, the movants in this matter. I am fully familiar with the facts and circumstances stated herein.

2. On July 17, 2012, I caused the copies of the following documents to be served upon parties listed on the Special Service List **(attached as Exhibit "1")**, as defined in the *Order Establishing Certain Notice, Case Management and Administrative Procedures*, Document No. 141 (the "Case Management Order"), ¶ 2, via electronic mail and regular mail:

   (1) Notice of Motion of Hitoshi & Wakana Inoue for Order Pursuant to Section 362(d) of the Bankruptcy Code Modifying the Automatic Stay to Permit Movants to Proceed to Trial Before California Superior Court and to Extend time to Object to Discharge.

   (2) Motion of Hitoshi & Wakana Inoue for Order Pursuant to Section 362(d) of the Bankruptcy Code Modifying the Automatic Stay to Permit Movants to

                    Proceed to Trial Before California Superior Court and to Extend time to Object to Discharge of Debt.

(3)    Declaration of Thomas P. Kelly III in Support of Motion of Hitoshi & Wakana Inoue for Order Pursuant to Section 362(d) of the Bankruptcy Code Modifying the Automatic Stay to Permit Movants to Proceed to Trial Before California Superior Court and to Extend Time to Object to Discharge of Debt.

(4)    Proposed Order Modifying the Automatic Stay and Extending Time to Object to Discharge.

(the "Motion").

3.    On July 17, 2012, I caused the copies of the Motion to be served upon parties listed on the General Service List **(attached as Exhibit "2")**, as defined in the Case Management Order, ¶ 43, via electronic mail[1]:

4.    On July 17, 2012, I caused to be served copies of the Motion via regular mail upon the following parties, pursuant to Paragraph 6(b) of the Case Management Order:

GMAC Mortgage Corporation
c/o Alex Sears, Esq.
Severson & Werson
One Embarcadero Center
Suite 2600
San Francisco, CA  94111

ETS Service, LLC
c/o Alex Sears, Esq.
Severson & Werson
One Embarcadero Center
Suite 2600
San Francisco, CA  94111

MED&G LP
c/o Michelle Zyromski, Esq.
645 Fourth Street
Suite 200
Santa Rosa, CA 95404-4435

---

[1] Those parties listed on the General Service list without email addresses were served by regular mail.

I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

                                                  */s/ Matthew Fleischer*
                                                  Matthew Fleischer, Esq.

Dated:  July 17, 2012