# EXHIBIT 1

00145986 - 1

**Residential Capital, LLC, et al.**
**Case No. 12-12020 (MG)**
**Monthly Service List**

| PARTY DESCRIPTION | ADDRESS | Phone | FAX | EMAIL |
|---|---|---|---|---|
| Secured lender under the Mortgage Servicing Rights Facility | Citibank NA, Attn Bobbie Theivakumaran, 390 Greenwich St 6th Fl, New York, NY 10013 | 212-723-6753 | 646-291-3799 | bobbie.theivakumaran@citi.com |
| Indenture Trustee to Unsecured Notes / Top 50 Creditor | Deutsche Bank Trust Company Americas, c/o Kelvin Vargas, 25 De Forest Ave, Summit, NJ 07901 | 201-593-2456 | | kelvin.vargas@db.com |
| Prepetition Lender - Fannie EAF | Fannie Mae, Attn Peter McGonigle, 1835 Market St Ste 2300, Philadelphia, PA 19103 | 215-575-1578 | 240-699-2178 | peter_mcgonigle@fanniemae.com |
| Internal Revenue Service | Internal Revenue Service, Centralized Insolvency Operation, 2970 Market St, Philadelphia, PA 19104 | | 267-941-1015 | |
| Internal Revenue Service | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 | 800-973-0424 | 267-941-1015 | |
| Internal Revenue Service | Internal Revenue Service, Insolvency Section, 31 Hopkins Plz Rm 1150, Baltimore, MD 21201 | 800-913-9358 | | |
| Counsel to US Bank National Association as Indenture Trustee to the Debtors' Prepetition Junior Secured Notes | Kelley Drye & Warren LLP, James S Carr & Eric R Wilson, 101 Park Ave, New York, NY 10178 | 212-808-7800 | 212-808-7987 | kdwbankruptcydepartment@kelleydrye.com |
| Counsel to the Ally Financial Inc. & Ally Bank | Kirkland & Ellis LLP, Attn Ray C Schrock & Stephen E Hessler, 601 Lexington Ave, New York, NY 10022-4611 | 212-446-4800 | 212-446-4900 | ray.schrock@kirkland.com;richard.cieri@kirkland.com;stephen.hessler@kirkland.com;projectrodeo@kirkland.com;William.b.Solomon@ally.com;Timothy.Devine@ally.com;john.bellaver@ally.com |
| Counsel to the Equity Security Holders (Ally Financial and Ally Bank) | Kirkland & Ellis, Richard M Cieri, 601 Lexington Ave, New York, NY 10022 | 212-446-4770 | 212-446-4900 | richard.cieri@kirkland.com |
| Counsel to the Official Committee of Unsecured Creditors | Kramer Levin Naftallis & Frankel LLP, Kenneth H Eckstein, Thomas Moers Mayer & Douglas H Mannal, 1177 Avenue of the Americas, New York, NY 10036 | 212-715-9100 | 212-715-8000 | keckstein@kramerlevin.com;tmayer@kramerlevin.com;dmannal@kramerlevin.com |
| Residential Capital LLC | Morrison & Foerster LLP, Attn Tammy Hamzehpour, 1290 Avenue of the Americas, New York, NY 10104 | | | Tammy.Hamzehpour@gmacrescap.com;diane.citron@ally.com |
| Counsel to the Debtors | Morrison & Foerster LLP, Larren M Nashelsky, Gary S Lee & Lorenzo Marinuzzi, 1290 Avenue of the Americas, New York, NY 10104 | 212-468-8000 | 212-468-7900 | lnashelsky@mofo.com;glee@mofo.com;lmarinuzzi@mofo.com |
| Stalking Horse Bidder, Nationstar Mortgage | Nationstar Mortgage LLC, Attn: General Counsel, 350 Highland Drive, Lewisville, TX 75067 | 469-549-2000 | 972-315-8637 | |
| Office of the New York Attorney General | Office of the NY State Attorney General, Nancy Lord & Neal Mann, The Capitol, Albany, NY 12224-0341 | 518-474-5481 | | Nancy.Lord@OAG.State.NY.US;Neal.Mann@OAG.State.NY.US |
| Office of the United States Attorney for the Southern District of New York | Office of the US Attorney for the Southern District of NY, United States Attorney Preet Bharara, One St Andrews Plaza, New York, NY 10007 | 212-637-2200 | 212-637-2685;914-993-1980;212-637-2745 | |
| Securities and Exchange Commission - New York Regional Office | Securities & Exchange Commission NY Regional Office, George S Canellos Regional Director, 3 World Financial Center Ste 400, New York, NY 10281-1022 | 212-336-1100 | 212-336-1320 | secbankruptcy@sec.gov;newyork@sec.gov |
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission, Secretary of the Treasury, 100 F St NE, Washington, DC 20549 | 202-942-8088 | 202-772-9317 or 202-772-9318 | secbankruptcy@sec.gov |
| Counsel to Nationstar | Sidley Austin LLP, Larry J Nyhan & Jessica CK Boelter, One Dearborn, Chicago, IL 60603 | 312-853-7710 | 312-853-7036 | lnyhan@sidley.com;jboelter@sidley.com;bmyrick@sidley.com |
| Counsel to the administrative agent for the Debtors' proposed providers of debtor in possession financing | Skadden Arps Slate Meagher & Flom LLP, Jonathan H. Hofer, Four Times Square, New York, NY 10036 | 212-735-3849 | 917-777-3849 | jhofer@skadden.com;nikolay.kodes@skadden.com |

**SPECIAL SERVICE LIST**

Residential Capital, LLC, et al.
Case No. 12-12020 (MG)
**Monthly Service List**

| PARTY DESCRIPTION | ADDRESS | Phone | FAX | EMAIL |
|---|---|---|---|---|
| Counsel to Barclays Bank PLC | Skadden Arps Slate Meagher & Flom LLP, Ken Ziman, Four Times Square, New York, NY 10036 | 212-735-3000 | 917-777-3310 | ken.ziman@skadden.com |
| Counsel to the administrative agent for the Debtors' proposed providers of debtor in possession financing | Skadden Arps Slate Meagher & Flom LLP, Sarah M Ward, Four Times Square, New York, NY 10036 | 212-735-2126 | 917-777-2126 | sarah.ward@skadden.com |
| Counsel to Barclays Bank PLC | Skadden Arps Slate Meagher & Flom LLP, Suzanne D T Lovett, Four Times Square, New York, NY 10036 | 212-735-3000 | 917-777-2689 | suzanne.lovett@skadden.com |
| Indenture Trustee under the Pre-Petition GSAP Facility | The Bank of New York Mellon, Asset-Backed Securities Group, 101 Barclay St 4W, New York, NY 10286 | | | |
| Indenture Trustee to the Debtors' Prepetition Junior Secured Notes | U.S. Bank National Association, Attn: George Rayzis, 50 South 16 th Street, Suite 2000 , Philadelphia, PA 19102 | 215-761-9317 | | george.rayzis@usbank.com |
| Indenture Trustee to the Debtors' Prepetition Junior Secured Notes | U.S. Bank National Association, Attn: Irina Palchuk, 60 Livingston Avenue , EP-MN-WS1D, St. Paul, MN 55107 | 651-495-3404 | 651-495-8100 | irina.palchuk@usbank.com |
| Office of the United States Attorney General | U.S. Department of Justice, US Attorney General, Eric H. Holder, Jr., 950 Pennsylvania Ave NW, Washington, DC 20530-0001 | 202-514-2063 | 202-307-6777 | AskDOJ@usdoj.gov |
| Counsel to the United State of America | United States Attorney's Office for the Southern District of New York civil Division, Attn Joseph Cordaro, 86 Chambers St 3rd Fl, New York, NY 10007 | | | joseph.cordaro@usdoj.com |
| Office of the United States Trustee for the Southern District of New York | US Trustee for the Southern District of NY, Tracy Hope Davis, Linda A. Riffkin and Brian S. Masumoto, 33 Whitehall St 21st Fl, Region 2, New York, NY 10004 | 212-510-0500 | 212-668-2255 | Tracy.Davis2@usdoj.gov; Linda.Riffkin@usdoj.gov; Brian.Masumoto@usdoj.gov |
| GMEN Indenture Trustee at Corporate Trust Office | Wells Fargo Bank NA, Attn Corporate Trust Services - GMACM Home Equity Notes 2004 Variable Funding Trust, PO Box 98, Columbia, MD 21046 | | | |

**SPECIAL SERVICE LIST**