UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>RESIDENTIAL CAPITAL, LLC, *et al.*,<br><br>　　　　　　　　Debtors. | Case No. 12-12020 (MG)<br><br>Chapter 11<br><br>Jointly Administered |

**ORDER PURSUANT TO FED. R. BANKR. P. 9006(c)(1) AND
LOCAL BANKRUPTCY RULE 9077-1(b) SHORTENING THE NOTICE
PERIOD WITH RESPECT TO MOTION OF THE FEDERAL HOUSING FINANCE
AGENCY PURSUANT TO THE JULY 11, 2012 ORDER OF THE HONORABLE
DENISE L. COTE SEEKING LIMITED DISCOVERY FROM THE DEBTORS AND, IF
NECESSARY TO THAT PURPOSE, RELIEF FROM THE AUTOMATIC STAY**

Upon the *ex parte* motion (the "Motion to Shorten"), dated July 17, 2012, of the Federal Housing Finance Agency, as Conservator for Freddie Mac ("FHFA"), pursuant to Rule 9006(c)(1) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 9077-1(b) of the Local Rules for the United States Bankruptcy Court for the Southern District of New York (the "Local Rules"), to shorten the notice period with respect to the *Motion of the Federal Housing Finance Agency Pursuant to the July 11, 2012 Order of the Honorable Denise L. Cote Seeking Limited Discovery from the Debtors and, if Necessary to That Purpose, Relief from the Automatic Stay* (the "Motion");[1] and the Court having jurisdiction to consider the Motion to Shorten and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of Reference M-431, dated January 31, 2012 (Preska, C.J.); and consideration of the Motion to Shorten and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant

---

[1]　Capitalized terms used and not otherwise defined herein shall have the meanings ascribed to them in the Motion to Shorten and the Motion.

to 28 U.S.C. §§ 1408 and 1409; and the Court having found and determined that the relief sought in the Motion to Shorten is in the best interests of the Debtors, their estates, and creditors, and that the legal and factual bases set forth in the Motion to Shorten establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, **IT IS HEREBY FOUND AND ORDERED THAT:**

1.     The Motion to Shorten is granted as provided herein.

2.     The notice provided of the Motion is hereby approved as constituting appropriate notice under the circumstances.

3.     The hearing (the "Hearing") to consider the relief requested in Motion will be held before the Honorable Martin Glenn, United States Bankruptcy Judge, in Room 501 of the United States Bankruptcy Court for the Southern District of New York (the "Court"), One Bowling Green, New York, New York 10004, on July 24, 2012 at 10:00 a.m. (prevailing Eastern Time).

4.     Responses or objections to the Motion, if any, shall be made and heard at the Hearing.

5.     The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

6. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: _____ , 2012
New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE