**EXHIBIT B**

```
                                                                       1
        C5EFFHFC
 1      UNITED STATES DISTRICT COURT
 1      SOUTHERN DISTRICT OF NEW YORK
 2      ------------------------------x
 2                                      11 CV 05201 (DC)
 3      FEDERAL HOUSING
 3      FINANCING AGENCY                11 CV 06188 (DC)
 4                                      11 CV 06190 (DC)
 4              v.                      11 CV 06192 (DC)
 5                                      11 CV 06193 (DC)
 5      UBS AMERICAS INC.               11 CV 06195 (DC)
 6      and others and its              11 CV 06196 (DC)
 6      related cases                   11 CV 06198 (DC)
 7                                      11 CV 06200 (DC)
 7                                      11 CV 06201 (DC)
 8                                      11 CV 06202 (DC)
 8                                      11 CV 06203 (DC)
 9                                      11 CV 06739 (DC)
 9                                      11 CV 07010 (DC)
10                                      11 CV 07048 (DC)
10      ------------------------------x
11                                              May 14, 2012
11                                              3:15 p.m.
12      Before:
12                           HON. DENISE COTE,
13
13                                              District Judge
14
14                              APPEARANCES
15
15      QUINN EMANUEL URQUHART & SULLIVAN, LLP
16           Attorneys for Plaintiff Federal Housing Finance Agency
16      PHILLIPPE SELENDY, ESQ.
17      ADAM ABENSOHN, ESQ.
17      MANISHA SHETH, ESQ.
18      CHRISTINE CHUNG, ESQ.
18
19      KASOWITZ, BENSON, TORRES & FRIEDMAN, LLP
19           Attorneys for Plaintifff Federal Housing Finance Agency
20      HECTOR TORRES, ESQ.
20      KANCHANA LEUNG, ESQ.
21
21      PETER TSAPATSARIS, ESQ.
22           Attorney for Plaintiff VNB Realty
22
23      SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
23           Attorneys for Defendant UBS AMERICAS INC. and affiliated
24      entities and individuals (11 CV 5201) SG Americas, Inc. and
24      affiliated entities and individuals (11 CV 6203)
25      JAY KASNER, ESQ.
25      SCOTT MUSOFF, ESQ.
                       SOUTHERN DISTRICT REPORTERS, P.C.
                                (212) 805-0300
```

```
                                                                     37
         C5EFFHFC
 1       together a protocol.
 2                 THE COURT:  Is there any objection to that by any
 3       defendant?
 4                 MS. SHANE:  Your Honor, we don't have an objection,
 5       but it's the first we've heard of it, and as I say the format
 6       and retention of these kinds of documents is not uniform, as
 7       far as I know, across defendants, so we would respectfully
 8       request permission to try to track it down for the plaintiff
 9       and if we have a problem let the plaintiff know and if we still
10       have a problem come to your Honor with any specifics about it.
11                 THE COURT:  Thank you, Ms. Shane.  So I'm going to
12       assume since no one voiced an objection that everyone will
13       produce that to the extent they're able to and we'll discuss
14       any difficulty with Ms. Chung as soon as they become aware of
15       any difficulty.  Thank you so much for your cooperation on that
16       score.
17                 Let's turn to sampling.  As I understand it in the 16
18       cases there are 449 securitizations.  There are 83 entity
19       defendants.  The investments are in billions of dollars.  As
20       low as half a billion to as much as 33 billion.  There are
21       2.7 million loans and an individual loan file averages as many
22       as 300 pages.  I indicated at our first conference that it
23       would be important to control the expense and burden of
24       discovery in this case and we would be sampling the loan files.
25       We're going to sample the loan files from the beginning of the
                       SOUTHERN DISTRICT REPORTERS, P.C.
                                 (212) 805-0300
```

```
                                                                      38
          C5EFFHFC
 1    case.  We're not going to produce all the loan files, have
 2    expert discovery with respect to all the loan files, and then
 3    come up with a sampling mechanism as the defendants propose.
 4    That saves no one any expense or burden.
 5             So the issue is what is our universe of loan files to
 6    be scrutinized here.  The plaintiff has made a detailed
 7    proposal and before -- and I have a number of questions for
 8    counsel about these matters, but I did ask Mr. Kasner to be
 9    prepared and I'm happy to hear from other defense counsel in
10    their cases about how due diligence -- whether as part of the
11    due diligence function of the defendants loan files were
12    examined and if so was there any sampling protocol and if so
13    what percentage of loan files were sampled.
14             Mr. Kasner, were you able to get any light shed on
15    that issue?
16             MR. KASNER:  Yes, your Honor, some.  I can't vouch for
17    the holder of the flashlight, but I believe based on what I'm
18    about to tell your Honor that that is the case, and I do
19    appreciate your Honor acknowledging that different defendants
20    in these cases are differently situated.
21             Ms. Shane I believe is prepared to address your Honor
22    as well on the issue of sampling on behalf of the group as a
23    whole, but mindful of your Honor's order, at UBS as I've
24    advised the Court there were two different roles that UBS had.
25    It was not a loan originator as opposed to some of the other
                     SOUTHERN DISTRICT REPORTERS, P.C.
                               (212) 805-0300
```