# **EXHIBIT K**

USDC SDNY
DOCUMENT
ELECTRONICALLY
DOC #
DATE FILED: 7/12/12

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                         :
FEDERAL HOUSING FINANCE AGENCY,          :
                                         :
                            Plaintiff,   :
              -v-                        :   11 Civ. 5201 (DLC)
                                         :
UBS AMERICAS INC., et al.,               :
                                         :
                            Defendants.  :
                                         :
----------------------------------------X
                                         :
FEDERAL HOUSING FINANCE AGENCY,          :
                                         :
                            Plaintiff,   :
              -v-                        :   11 Civ. 7010 (DLC)
                                         :
ALLY FINANCIAL INC., et al.,             :   ORDER
                                         :
                            Defendants.  :
                                         :
----------------------------------------X
```

DENISE COTE, District Judge:

In a letter of July 2, FHFA raised certain issues regarding the compliance of defendants Ally Financial Inc. and GMAC Mortgage Group LLC (collectively, "Ally"), with this Court's orders requiring defendants to produce to FHFA by June 8, 2012, the final closing loan tapes provided to the trustees and information sufficient to identify the originators of each loan. Ally responded in a letter of July 6. The Court held a telephone conference to address these issues on July 11. On the assumption that the tapes and information are, as defendants

claim, in the physical possession of Ally's bankrupt subsidiary, Residential Capital LLC, it is hereby

ORDERED that FHFA is directed to make its application for access to the tapes and originator information in the first instance to the Bankruptcy Court.

IT IS FURTHER ORDERED that Ally shall fully cooperate with FHFA in this application.


SO ORDERED:

Dated:   New York, New York
         July 11, 2012

                                        _____
                                        DENISE COTE
                                        United States District Judge