## **EXHIBIT L**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - x

FEDERAL HOUSING FINANCE
AGENCY, AS CONSERVATOR FOR THE
FEDERAL HOME LOAN MORTGAGE
CORPORATION,

          Plaintiff,

    v.

ALLY FINANCIAL INC., f/k/a GMAC,
LLC, et al.,

          Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - x

No. 11 Civ. 7010 (DLC)

## DECLARATION OF JEFFREY BLASCHKO IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR REMAND

I, JEFFREY BLASCHKO, do hereby declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am an investor relations manager at Residential Capital, LLC ("ResCap"). I have served in my current position for approximately three years. Before that I was a structured finance team lead at Residential Funding Company, LLC ("GMAC-RFC"), a subsidiary of ResCap. GMAC-RFC was the sponsor of all of the securitizations in this case.

2. I make this declaration on the basis of my personal knowledge and consultations with the books and records of ResCap and GMAC-RFC and their affiliates.

3. I have reviewed the table attached to this Declaration as Exhibit A. To the best of my personal knowledge and understanding, the information summarized in the table reflects data kept by ResCap and GMAC-RFC in the ordinary course of business, and accurately reflects a list of the originators or sellers identified in the Notice of Removal in this case and the total number

of mortgage loans attributable to each originator/seller across the 21 securitization transactions identified in the Complaint.

4. The document attached as Exhibit B is a true and correct copy of a Mortgage Loan Purchase and Sale Agreement between GMAC-RFC and People's Choice Home Loans, Inc., dated September 1, 2006.

5. The documents attached as Exhibit C are true and correct copies of contracts between GMAC-RFC and First Magnus Financial Corporation, First NLC Financial Services, HomeBanc Mortgage Company f/k/a HomeBanc Federal Savings Bank, New Century TRS Holdings, Inc., and Oak Street Mortgage, LLC. These contracts are typical examples of contracts through which GMAC-RFC acquired loans for RMBS pools.

6. Based on my personal knowledge and my review of our business records, the "Seller Guide," the "AlterNet Seller Guide," and the "RFC Direct Seller Guide" referenced and incorporated in the contracts in Exhibit D were predecessor documents to the GMAC-RFC Client Guide (the "Client Guide"). The Client Guide became effective in mid-1997.

7. The documents attached as Exhibit D is a true and correct copy of a Correspondent Agreement between GMAC Mortgage Corporation and Fieldstone Mortgage Company, dated May 18, 2000.

8. The document attached as Exhibit E is a true and correct copy of a Master Commitment between GMAC-RFC and ComUnity Lending, Inc.

9. The documents attached as Exhibit F are true and correct copies of Master Commitments between GMAC-RFC and First Magnus Financial Corporation.

10. The documents attached as Exhibit G are true and correct copies of the following documents from loan sale transactions between GMAC-RFC and Oak Street Mortgage LLC: (i)

2

a Master WAC Forward Amendment dated March 10, 2003; (ii) a Master WAC Forward Sub Commitment dated April 21, 2003; (iii) a Master WAC Forward Sub Commitment dated July 23, 2003; (iv) a Master WAC Forward Amendment dated December 15, 2003; (v) a Master WAC Forward Sub Commitment dated January 8, 2004; (vi) a Master WAC Forward Sub Commitment dated March 9, 2004; (vii) a Master WAC Forward Sub Commitment dated April 23, 2004; (viii) a Master WAC Forward Sub Commitment dated July 13, 2004; (ix) a WAC Forward (Short-Term) Commitment dated October 15, 2004; (x) a Master Commitment Letter dated January 6, 2005; (xi) an Amended and Restated Master Commitment Letter dated June 8, 2005; (xii) a Commitment Amendment Letter dated March 23, 2006; and (xiii) a Master Commitment and Variance letter dated July 10, 2006.

11. The document attached as Exhibit H is a true and correct copy of a Mortgage Loan Purchase and Sale Agreement between GMAC-RFC and OwnIt Mortgage Solutions, Inc., dated July 18, 2006.

12. The document attached as Exhibit I is a true and correct copy of Section 2A of the GMAC-RFC Client Guide that became effective on December 11, 2006. I have reviewed these sections, and to the best of my personal knowledge and understanding, while the Client Guide changed from time to time between 2005 and 2007, during that period it contained substantially similar Client representations and warranties, repurchase provisions, and indemnity provisions as those in Exhibit I.

13. The documents attached as Exhibit J are true and correct copies of Sections I, XIII and XIV of the GMAC Bank Correspondent Lending manual. I have reviewed these sections, and to the best of my personal knowledge and understanding, while the Correspondent Manual changed from time to time between 2005 and 2007, during that period it contained substantially

similar Correspondent representations and warranties, repurchase provisions, and indemnity provisions as those in Exhibit J.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: \_\_\_\_12/2\_\_\_\_, 2011
Minneapolis, Minnesota

_____
Jeffrey Blaschko

4

# EXHIBIT A

**Total Loan Count Across Securitizations in *FHFA v. Ally Financial, Inc., et al.***

| Originator/Seller | Total Loan Count |
|---|---|
| Accredited Home Lenders, Inc. | 236 |
| Ace Mortgage Funding | 14 |
| Aegis Funding Corporation | 364 |
| Aegis Mortgage Corporation | 12 |
| Aegis Wholesale Corporation | 237 |
| Alliance Bancorp/Alliance Bancorp Inc. | 30 |
| American Home Mortgage Acceptance, Inc. | 430 |
| Cameron Financial Group | 77 |
| Choice Capital Funding, Inc. | 210 |
| ComUnity Lending, Inc. | 88 |
| Fieldstone Mortgage Company | 1 |
| First Magnus Financial Corporation | 747 |
| First NLC Financial Services | 28 |
| Franklin Bank Corporation | 47 |
| HomeBanc Mortgage Corporation | 8 |
| Lancaster Mortgage Bankers, LLC | 5 |
| Maverick Residential Mortgage a/k/a The Mortgage Company | 2 |
| Meritage Mortgage Corporation | 38 |
| Mortgage Lender's Network USA, Inc. | 16,071 |
| New Century Mortgage Corporation | 6,125 |
| Oak Street Mortgage, LLC | 1,209 |
| OwnIt Mortgage Solutions, Inc. | 2,061 |
| People's Choice Home Loan, Inc. | 2,920 |
| Premier Mortgage Funding, Inc. | 131 |
| Realty Mortgage Corporation | 6 |

700879124