MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Larren M. Nashelsky
Gary S. Lee
Norman S. Rosenbaum

*Counsel for the Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

## NOTICE OF ADJOURNMENT

**PLEASE TAKE NOTICE** that the continued hearing on Kenneth Taggart's *Motion for Leave to File Motion Pursuant Stay & Relief (and Clarification from Bankruptcy Court)* [Docket No. 263] (the "Motion"), has been adjourned from July 24, 2012 to **August 14, 2012 at 10:00 a.m. ET**, to be heard before the Honorable Martin Glenn, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004.

The Debtors shall have until August 1, 2012 at 4:00 PM to file the supplemental brief in support of their objection to the Motion discussed by the Court at the July 10, 2012 hearing on the Motion. Any reply by Mr. Taggart shall be filed by August 10, 2012 at 4:00 PM.

i

ny-1050102

Dated: July 17, 2012

_____
Kenneth Taggart
Pro Se

/s/ Norman S. Rosenbaum
_____
Larren M. Nashelsky
Gary S. Lee
Norman S. Rosenbaum
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel to the Debtors and
Debtors in Possession*