## TABLE OF EXHIBITS

| Exhibit A | DECLARATION OF DAVID J. BROWN SUPPORTING MOTION FOR RELIEF FROM AUTOMATIC STAY AS TO GMAC MORTGAGE, LLC (28 U.S.C. §1746) |
|---|---|
| Exhibit B | COMPLAINT FILED BY GERARD WIENER IN THE OAKLAND COUNTY CIRCUIT COURT AS PLAINTIFF JUNE 22, 2010 AGAINST BANKERS TRUST COMPANY AND GMAC MORTGAGE, LLC |
| Exhibit C | LIS PENDENS FILED AND RECORDED JUNE 22, 2010 IN OAKLAND COUNTY, MICHIGAN |
| Exhibit D | THIRD AMENDED COMPLAINT IN CASE NO. 11-10770-GCS-PJK |
| Exhibit E | ORDER TOLLING THE RUNNING OF THE REDEMPTION PERIOD |