Exhibit A

# DECLARATION OF DAVID J. BROWN SUPPORTING MOTION FOR RELIEF FROM AUTOMATIC STAY AS TO GMAC MORTGAGE, LLC (28 U.S.C. §1746)

**Hearing Date: August 14, 2012 at 10:00 a.m. (ET)**
**Objection Deadline Date: August 7, 2012 at 4:00 p.m. (ET)**

DAVID J. BROWN
1135 Ulloa Street
San Francisco, CA 94127
Telephone: (415) 716-7786
E-Mao;: djbrown2008@gmail.com

Attorney for Gerard Wiener

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------X

In re:                                    :
                                          : **Chapter 11**
**Residential Capital, LLC, et al.,**      :
                                          : **Case No. 12-12020**
            Debtors,                      :
                                          : **Jointly Administered**
------------------------------------------------------X

## DECLARATION OF DAVID J. BROWN SUPPORTING MOTION FOR RELIEF FROM AUTOMATIC STAY AS TO GMAC MORTGAGE, LLC (28 U.S.C. §1746)

I, the undersigned, declare:

1.    I am one of the attorneys for Gerard Wiener.

2.    I could and would, if called upon, testify from my own personal knowledge of the following facts because I was and am involved in the matters stated as attorney for Gerard Wiener.

3.    I am competent to testify.

4.    I received *pro hac vice* status from the Court for the consolidated cases that include GMAC Mortgage LLC as one of the debtors.

5.    Exhibit B to the Motion for Relief from Stay is a true and correct copy of the complaint filed by Gerard Wiener in Michigan State Court in which Debtor GMAC Mortgage was named as a party.

6.    Exhibit C to the Motion for Relief from Stay is a true and correct copy of the lis pendens filed and recorded by Gerard Wiener in Oakland County, Michigan on June 22, 2010.  Exhibit E to the Motion for Relief from Stay is a true and correct copy of the Order tolling the running of the redemption period.

7.    When it was learned that the property had been sold to Baskin and Newman despite the Lis Pendens and the Order tolling the running of the redemption period, Freddie Mac, Baskin, Newman and Fifth Third Mortgage-MI, LCC were added as defendants to the action.

8.    A true copy of the Third Amended Compliant now pending in the United States District Court for the Eastern District of Michigan, Case Number 11-10770-GCS-PJK is Exhibit D to the Motion for Relief From Stay.

9.    After the Chapter 11 was filed by GMAC Mortgage, but before the previously arranged depositions could be taken of the GMAC people, counsel for GMAC Mortgage, Frank DeLuca.  He informed me that because of the automatic stay, the depositions would not go forward.  I asked if GMAC Mortgage would be agreeable to lift the stay to permit the depositions.  He replied no and later confirmed that GMAC Mortgage would not provide the witnesses without modification of the stay.

10.    The Michigan District Court case, Case Number 11-10770-GCS-PJK, until yesterday was set for trial in early August of this year.  Gerard Wiener has pending an ex parte motion asking the Michigan Court for a delay/continuance of the trial date to allow this motion for relief from stay to be filed, heard and ruled upon.  The Court has

2

DECLARATION OF DAVID J. BROWN SUPPORTING MOTION FOR RELIEF FROM AUTOMATIC
STAY AS TO GMAC MORTGAGE, LLC

not ruled on that motion.  However today the Michigan Court suspended the final pretrial and trial dates until it rules on the pending possible dispositive motions.

11.    The Web-site of the United States District Court for the Eastern District of Michigan, at URL

http://www.mied.uscourts.gov/judges/guidelines/topic.cfm?topic_id=240

has the following biography of Judge Steeh: "The Honorable George C. Steeh was appointed United States District Judge in 1998 by President Clinton. He previously served as a Macomb County Circuit Court Judge from 1990 until 1998, after serving for two years as a District Court Judge in Mt. Clemens. Judge Steeh received a B.A. from the University of Michigan in 1969, and his J.D. from the University of Michigan Law School in 1973. Before being elected to the judiciary, and in addition to his several years in private practice, he served as First Assistant Prosecuting Attorney in Genesee County, as Macomb County Probate Court-Public Administrator, and as a member of the Macomb County Board of Commissioners. Judge Steeh also has served as the Chairperson of the Macomb County Domestic Violence Coordinating Council; as Founding Member and on the Board of the Child Advocacy Center of Macomb County; Officer and member of the Board of Directors of Comprehensive Youth Services; an active member of the Interfaith Council for Racial Justice; President of the Arab American Bar Association; and member of the Boards of Directors of several other public service and charitable organizations."

[Continued on next page]

DECLARATION OF DAVID J. BROWN SUPPORTING MOTION FOR RELIEF FROM AUTOMATIC
STAY AS TO GMAC MORTGAGE, LLC

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that I have executed this Declaration as of the 17th day of July, 2012 at San Francisco, California.

_____
David J. Brown

DECLARATION OF DAVID J. BROWN SUPPORTING MOTION FOR RELIEF FROM AUTOMATIC STAY AS TO GMAC MORTGAGE, LLC