# Exhibit C

LIS PENDENS FILED AND RECORDED JUNE 22, 2010 IN OAKLAND COUNTY, MICHIGAN

LIBER 42155 PG 841

RECEIVED
OAKLAND COUNTY
REGISTER OF DEEDS

2010 JUN 22 AM 10: 24

STATE OF MICHIGAN
IN THE OAKLAND COUNTY CIRCUIT COURT

GERARD WIENER, individually, and as
Personal Representative of the
ESTATE OF ROLAND C. WIENER,
Deceased,

        Plaintiff,

vs.

BANKERS TRUST COMPANY,
a foreign company,
  -and-
GMAC MORTGAGE, LLC.,
a Delaware corporation,

        Defendants.
_____/

OAKLAND COUNTY   10-111283-CH
JUDGE WENDY L. POTTS
WIENER, GERARD v BANKERS TRUS

115269
LIBER 42155 PAGE 841
$10.00 MISC RECORDING
$4.00 REMONUMENTATION
06/22/2010 10:26:06 A.M. RECEIPT# 46107

PAID   RECORDED - OAKLAND COUNTY
RUTH JOHNSON, CLERK/REGISTER OF DEEDS

NOTICE OF LIS PENDENS

TO THE WORLD: PLEASE BE ADVISED that pursuant to Michigan Compiled Laws Section 600.2700 et seq., as a result of the above-referenced litigation, this lis pendens is hereby filed by the undersigned attorney against the following real property:

    Apartment 305, Building 53, of Coventry Parkhomes-Segment 19 Condominium, according to the Master Deed recorded in Liber 5753, page 52, last amended by amendment recorded in Liber 14227, Page 725, Oakland County Records and designated as Oakland County Condominium Subdivision Plan No. 240, and any amendments thereto, together with an undivided interest in the general common elements as set forth in the above-described Master Deed in Act 59 of the Public Acts of 1978, as amended.  Parcel Identification No. 63-72-20-32-476-086.

Commonly known as 1946 Parmenter, Bldg., 53,  Apt. 305, Royal Oak, MI   48073.

9000240

                        Respectfully submitted

                        [signature]

                        WALTER POOKRUM   P 26058
                        645 Griswold St., Suite 1862
Dated: June 22, 2010         Detroit, MI   48226

O.K. - L.G.