Exhibit E

ORDER TOLLING THE RUNNING OF THE REDEMPTION PERIOD

STATE OF MICHIGAN IN THE CIRCUIT COURT FOR THE COUNTY OF OAKLAND

WIENER, GERARD,    Plaintiff,    NO: 2010-111203-CH
V
BANKERS TRUST CO    Defendant,    HON. WENDY POTTS

**EXHIBIT A**

In the matter of:

## ORDER REGARDING MOTION

Motion Title: Plaintiff's Motion for Temporary Restraining Order

The above named motion is:
- [ ] granted.
- [ ] granted in part, denied in part.
- [ ] denied.
- [ ] for the reasons stated on the record.

In addition: Pursuant to the parties' stipulation, the redemption period is tolled pending further order of the Court.

DATED: 09/30/2010

/s/ Judge Wendy Potts
HON. WENDY POTTS
Circuit Court Judge

Received for Filing Oakland County Clerk 2010 OCT 27 PM 01:16

**EXHIBIT A**