**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------X
**In re:**                                             :
                                                       :  **Chapter 11**
**Residential Capital, LLC,** *et al.,*                :
                                                       :  **Case No. 12-12020**
                   **Debtors,**                        :
                                                       :  **Jointly Administered**
-------------------------------------------------------X

**[Proposed] ORDER GRANTING MOTION OF GERARD WIENER FOR RELIEF FROM <u>AUTOMATIC STAY AS TO GMAC MORTGAGE, LLC</u>**

Upon the Motion (the "Motion") of Gerard Wiener for himself and as representative of the Estate of Roland Wiener to receive relief from the automatic stay as to Debtor GMAC Mortgage, LLC pursuant to 11 U.S.C. § 362 in order to proceed in the case captioned *Gerard Wiener et al. v. Bankers Trust, et al.,* Civ. No. 11-10770 currently pending in the United States District Court for the Eastern District of Michigan, Southern Division:

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED.

2. The stay imposed by Section 362 of the Bankruptcy Code is hereby modified to allow Plaintiff Gerard Wiener for himself and as representative of the Estate of Roland Wiener to proceed to final judgment (including any appeals) on his Complaint against Debtor GMAC Mortgage, LLC, now pending in the United States District Court, Eastern district of Michigan.

Dated: _____, 2012
        New York, New York

                                                    _____
                                                    United States Bankruptcy Judge