Edward Haywood Payne Jr.

214 North 52nd Street

Philadelphia, PA. 19139-1501

Account #04

Clerk of the United States Bankruptcy Court

One Bowling Green

New York, New York 10004

To whom it may concern,

Please extend to me at least similar financial relief that is granted to my creditor GMAC Mortgage in the Chapter 11 Bankruptcy proceedings.

Yours,

Edward Haywood Payne Jr.

RECEIVED JUL 16 2012 U.S. BANKRUPTCY COURT SD DIST OF NEW YORK