# GMAC Mortgage

3451 Hammond Ave
P.O. Box 780
Waterloo, IA 50704-0780

07/02/12

GERALD A. NIESEN

1335 PURISIMA RD

LOMPOC        CA 93436

RE:    Account Number
       Property Address        1335 PURISIMA RD

                               LOMPOC        CA 93436

Dear   GERALD A. NIESEN

Thank you for contacting us about your account.  Enclosed is the information you requested.

If you have any questions, we are here to help.  Please call our office at 800-766-4622 (weekdays, 6:00 a.m. - 10:00 p.m. CT; Saturday, 9:00  a.m. - 1:00 p.m.).

Customer Care
Loan Servicing

Enclosure

2·01

June 25, 2012

Joan F Niesen
1335 Purisima Rd
Lompoc CA  93436

RE:    Account Number
       Mortgagor        Gerald A Niesen
       Property Address    1335 Purisima Rd
                        Lompoc CA  93436

Dear Joan F Niesen:

This letter is in response to your inquiry received regarding the above-referenced account dated June 12, 2012 and received in our office on June 18, 2012.

Our records reflect a Chapter 7 Bankruptcy was filed on July 16, 2009 and was discharged on December 14, 2009.

The loan originated October 6, 1977 with Imperial Savings and Loan Association and transferred to GMAC Mortgage, LLC for servicing on October 1, 1996 from Wendover Funding.  Any previous assignments are updated at the time the loan is paid in full and the release is sent for recording.  The Original Note is enclosed for your review.

The account was referred to foreclosure on March 22, 2012.  Our attorney or trustee, Executive Trustee Services, is handling the foreclosure action.  To receive a reinstatement quote or payoff statement, please contact the office of Executive Trustee Services at phone number 1-800-665-3932.

In order to review the account for a modification, we require the financial form completed by Gerald Niesen, with his information and signature.  Additionally, we need the 4506-T form completed and signed by Gerald Niesen and a signed Acknowledgement/Acceptance form completed by Gerald Niesen.

We appreciate the opportunity to partner with you.  If you have any further questions regarding your account, please contact your relationship manager, Jason Jeter at 877-928-4622, select option 5, and extension number 8745843, during the hours of 8:00 am – 9:00 pm CT, Monday through Friday.

Customer Care/GC
Loan Servicing
Enclosure