Identifier:0001838838 Doc Type:NOTEN

1 Unit $100,000.00

# PROMISSORY NOTE

ONE TO FOUR RESIDENTIAL UNITS

NOTICE TO BORROWER: THIS DOCUMENT CONTAINS PROVISIONS FOR A VARIABLE INTEREST RATE

LOAN NO. 23-10188-4

$ 59,700.00 SANTA BARBARA, California OCTOBER 6, 1977

1. For value received, I promise to pay to IMPERIAL SAVINGS and LOAN ASSOCIATION, a corporation, or order, at its principal office, or at such other offices as the holder hereof may from time to time designate, the principal sum of

Copy of Note from date of Origination or as provided at transfer of servicing

FIFTY NINE THOUSAND SEVEN HUNDRED AND 00\100--- DOLLARS, with interest from the date hereof on the unpaid principal balance at the rate of NINE AND ONE HALF percent per annum, principal and interest payable in monthly installments of FIVE HUNDRED TWO AND 08\100--- Dollars each, beginning on the 15TH day of NOVEMBER, 1977, and continuing on the 15TH day of each and every month thereafter until said principal and interest have been paid in full.

Each payment shall be credited first on interest then due and the remainder on principal; and interest thereupon ceases upon the principal so credited.

2. I agree that after one semiannual period from the date of this Note, the holder hereof shall decrease, and may increase from time to time, the interest rate specified in Paragraph 1 above, or any decreased or increased rate established pursuant to this provision, by 1/10 of 1% per annum for each 1/10 of 1% per annum cumulative decrease or increase in the weighted average cost of savings, borrowings, and Federal Home Loan Bank advances to California members of the Federal Home Loan Bank of San Francisco, or its successor as computed from statistics tabulated by said Federal Home Loan Bank of San Francisco, or its successor or such other standard as the commissioner may approve, as of each semiannual period during the term hereof as compared with the same statistics last published immediately preceding the date of this Note which was 6.395 percent. *Decreases and increases if invoked, shall go into effect as of the payment date during the second calendar month following the* publication of said statistics. If a change in interest rate becomes effective, the holder of this Note shall decrease or may increase the monthly payment payable hereunder so that the loan evidenced by this Note will be paid in full in regular monthly installments by the end of the amortization period in effect at the time this Note was executed. There shall be no more than one decrease or increase in the interest rate in any one semiannual period and at least six months shall elapse between any two such changes, and decreases or increases shall not exceed the total of 1/4 of 1% per annum in any such semiannual period and shall not result in a rate more than two and one half percent greater than the rate specified in paragraph 1, above. The fact that the holder of this Note may not have invoked a permissible increase, in whole or in part, shall not be deemed a waiver of the holder's right to invoke said increase at any time thereafter as herein provided. If a permissible increase in interest rate during the prior four semiannual periods has not been invoked and thereafter there is a decrease in the said statistics, the amount of the decrease in the rate of interest may be reduced by the amount of such permitted increase or increases not heretofore invoked. Any notice herein described shall be deemed given when it is deposited in the United States mail, postage prepaid, addressed to the current owner of the property described in the Deed of Trust securing this Note and any other person personally liable on the loan as the persons' names and addresses appear on the holder's records at the time of giving notice.

PAYMENT AMT MISSING [initials]

360 PMTS MISSING [initials]

NOT ORIGINAL NOTE! [initials]

2-3-10-88-4

3. Should default be made in the payment of any installment when due, or in the performance of any provision or condition contained in the Deed of Trust securing this Note, the whole sum of principal and interest shall become immediately due at the option of the holder hereof.

4. By signing this Note, I agree with the holder (a) to pay immediately, without demand, to the holder, in the event any installment is not received by the holder within 15 days after its due date, an amount equal to 6% of the installment applicable to principal and interest or $5.00 whichever is greater; (b) that it would be impractical or extremely difficult to fix the holder's actual damages in the event that any installment shall not be paid when due, and (c) that such amount shall be presumed to be the amount of damages for such late payment. This paragraph and the amount which it provides shall not limit the holder's right, under this Note, the Deed of Trust securing it, or otherwise, to compel prompt performance hereunder.

5. Privilege is reserved to pay all or any part of this Note at any time during the term hereof, provided that the undersigned pays to the holder hereof a prepayment bonus in an amount equal to six (6) months' interest at the rate of interest in effect at the time(s) of payment on that part of the total prepayments made in any one calendar year which exceed twenty percent (20%) of the original amount of this Note. At any time after five years from the date of this Note the undersigned shall have the privilege of making additional payments on principal without prepayment charge for such payment. The undersigned agrees that such prepayment bonus shall be due and payable whether the prepayment is voluntary or involuntary, including any prepayment effected by the exercise of any acceleration clause in this Note or in the Deed of Trust securing this Note. However, the charges and limitations contained in this Paragraph 5 are not applicable during (a) any period in which the interest rate on this Note exceeds that specified in Paragraph 1 above, or (b) within the 90 day period following notice of any increase in interest rate where the interest rate, not including the increase, is below the interest rate specified in Paragraph 1 above.

6. Principal, interest, and charges payable in lawful money of the United States.

7. In this Note, the singular shall include the plural and this Note shall be the joint and several obligation of each maker.

8. This Note is secured by a DEED OF TRUST and said Deed of Trust contains the following clause, which is incorporated herein: "**Acceleration Clause: Right of Beneficiary to Declare All Sums Due on any Transfer, Etc.** Beneficiary shall have the right, at its option, to declare any indebtedness and obligations secured hereby, irrespective of the maturity date specified in any note or agreement evidencing the same, due and payable within 30 days after such declaration if (a) Trustor or any successor in interest to Trustor of such property sells, enters into a contract of sale, conveys, further encumbers or alienates such property or any part thereof, or suffers his title or any interest therein to be divested or encumbered, whether voluntarily or involuntarily, or leases such property, or any part thereof for a term of 5 years or more, or changes or permits to be changed the character or use of the property, or drills or extracts or enters into a lease for drilling for or extracting oil, gas or other hydrocarbon substance or any mineral of any kind or character on such property, or (b) Trustor is a partnership and the interest of a general partner is assigned or transferred, or (c) Trustor is a corporation and more than 25% of the corporation stock thereof is sold, transferred or assigned during a 12 month period, or (d) Trustor is a trust and there is a change of beneficial interest with respect to more than 25% of such property, or (e) Trustor has made any material misrepresentation or failed to disclose any material fact, in those certain financial and other written representations and disclosures made by Trustor in order to induce Beneficiary to enter into the transaction evidenced by the Promissory Note or notes or agreements which this Deed of Trust secures." The provisions of this paragraph are subject to applicable laws and regulations.

[signature] Gerald A. Niesen — GERALD A. NIESEN

[signature] Marianne Niesen — MARIANNE NIESEN

DO NOT DESTROY THIS NOTE: When paid, this Note, with the Deed of Trust securing it, must be surrendered to Trustee for cancellation, before reconveyance will be made.


Pay To The Order Of

Without Recourse
Imperial Savings Association

LINDA ANDERSON, ASSISTANT VICE PRESIDENT

IMPERIAL SAVINGS ASSOCIATION INCORPORATED MARCH 3, 1926

CANCELLED





Pay To The Order Of
Imperial Federal Savings Association
Without Recourse

Resolution Trust Corporation As
Receiver for Imperial Savings
Association.

By: John M. Stafford
FINANCIAL INSTITUTION SPECIALIST

Pay To The Order Of
Resolution Trust Corporation
Without Recourse

Resolution Trust Corporation As
Receiver for Imperial Federal Savings
Association.

By: John M. Stafford
FINANCIAL INSTITUTION SPECIALIST

Pay To The Order Of

Without Recourse
Resolution Trust Corporation

By: John M. Stafford
FINANCIAL INSTITUTION SPECIALIST

INTEREST ADJUSTED TO OCT 14 1977

WHAT IS THIS? SN