**Certified**

TO:   GMAC Mortgage
        Customer Care
        P.O. Box 1330
        Waterloo, IA 50704-4622

Date: Customer Care

JUN 1 8 20__

Waterloo

Re:   My request for a copy of the Promissory Note
        Name: Joan F. Niesen
        Property Address: 1335 Purisima Road
        Loan Number:
        APN: 097-270-36

6-12-12

Dear Sir or Madame,

    I am the owner of certain real property located at 1335 Purisima Road, Lompoc, CA, which is security for a loan made by Imperial Savings to Gerald Niesen and Marianne Niesen on 10/06/1977. Please produce for my inspection, within ten days, the Promissory Note and any and all assignments and/or transfers. I understand there were at least three banks involved.

    If you have any questions regarding my request, please call me at (805)315-5675.

                            Thank you,

                            *Joanie Niesen*

                            Joan F. Niesen
                            1335 Purisima Rd
                            Lompoc, CA 93436

CC: GMAC Mortgage
      Executive Trustee Services, LLC