
CoreLogic

Ref #: F136739388  05/03/2012
Sources: EFX, XPN, TUC

Dispute Entry #: 745141
Report Date: 06/29/2012

## CONSUMER INFORMATION

| Name | Current Address | SSN | DOB or Age | Applicant Identifier |
|---|---|---|---|---|
| NIESEN, GERALD | 2140 SWEENEY RD LOMPOC, CA 934369430 | XXX-XX-4084 | | APP |

### DISPUTED TRADELINES

| # | Account Name/Number | | | Account Type | Present Status | | | | Historical status | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Repository | Status | High Credit(Limit) | | Balance | Payment Amount | Amount Past Due | MR | Times Past Due (Days) | | |
| | ECOA/REF | Date Opened | Date Last Reported | Acct Status Type | | | | | 30-59 | 60-89 | 90+ |

1  GMAC MORTGAGE/1838838

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | EFX | WEP/BKRP | N/A | 0 | | | | | | | |
| | I-APP | 10-77 | 06-12 | Closed | | | | | | | |

COMMENTS: Bankruptcy Chapter 7
RESULTS: EFX-Verified As Shown

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | XPN | CURRENT | $59700 | Mortgage | | | | | | | |
| | I-APP | 10-77 | 12-09 | Closed | | | | 1 | 0 | 0 | 0 |

RESULTS: XPN-Deleted; Failed To Respond

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | TUC | UNRATED | $59700 | Mortgage | | | | | | | |
| | I-APP | 10-77 | 12-09 | Closed | $0 | | $0 | - | | | |

COMMENTS: Conventional Real Estate Mortgage Chapter 7 bankruptcy
RESULTS: TUC-Verified As Shown