Appraisal First, Inc
Jim Hollenberg
904 E Meadowlark St
Springfield, Missouri 65810

www.appraisalfirstinc.biz

Carolyn Nancy Queen
1124 S New
Springfield, MO 65807

Re: Property:  1045 S Ferguson Ave
               Springfield, MO 65807-1318
    Borrower:  Carolyn Nancy Queen
    File No.:  1111802-26-12

In accordance with your request, we have appraised the above referenced property. The report of that appraisal is attached.

The purpose of this appraisal is to estimate the market value of the property described in this appraisal report, as improved, in unencumbered fee simple title of ownership.

This report is based on a physical analysis of the site and improvements, a locational analysis of the neighborhood and city, and an economic analysis of the market for properties such as the subject. The appraisal was developed and the report was prepared in accordance with the Uniform Standards of Professional Appraisal Practice.

The value conclusions reported are as of the effective date stated in the body of the report and contingent upon the certification and limiting conditions attached.

It has been a pleasure to assist you. Please do not hesitate to contact me or any of my staff if we can be of additional service to you.

Sincerely,

James Hollenberg
Appraisal First, Inc
jim@appraisalfirstinc.biz

## SUMMARY OF SALIENT FEATURES

### SUBJECT INFORMATION

| | |
|---|---|
| Subject Address | 1045 S Ferguson Ave |
| Legal Description | EDGEWOOD PARK ADD LOT 47 |
| City | Springfield |
| County | Greene |
| State | MO |
| Zip Code | 65807-1318 |
| Census Tract | 0004.00 |
| Map Reference | 44180 |

### SALES PRICE

| | |
|---|---|
| Sale Price | $ N/A |
| Date of Sale | N/A |

### CLIENT

| | |
|---|---|
| Borrower/Client | Carolyn Nancy Queen |
| Lender | Carolyn Nancy Queen |

### DESCRIPTION OF IMPROVEMENTS

| | |
|---|---|
| Size (Square Feet) | 1,357 |
| Price per Square Foot | $ N/A |
| Location | Urban |
| Age | 86A |
| Condition | Average/Market |
| Total Rooms | 6 |
| Bedrooms | 3 |
| Baths | 1 |

### APPRAISER

| | |
|---|---|
| Appraiser | James Hoffenberg |
| Date of Appraised Value | April 28, 2011 |

### VALUE

| | |
|---|---|
| Final Estimate of Value | $ 55,000 |



# INVOICE

| INVOICE NUMBER |
| --- |
| 1111802-26-12 |
| DATE |
| 4/28/2011 |

| REFERENCE | |
| --- | --- |
| Internal Order #: | 1111802-26-12 |
| Lender Case #: | |
| Client File #: | |
| Main File # on form: | 1111802-26-12 |
| Other File # on form: | Queen |
| Federal Tax ID: | 51-0669676 |
| Employer ID: | |

**TO:**
NA
Carolyn Nancy Queen
1124 S New
Springfield, MO 65807

Telephone Number: (417) 429-8468  Fax Number:
Alternate Number:                  E-Mail:

## DESCRIPTION

Lender: Carolyn Nancy Queen
Purchaser/Borrower: Carolyn Nancy Queen
Property Address: 1045 S Ferguson Ave
City: Springfield
County: Greene
Legal Description: EDGEWOOD PARK ADD LOT 47

Client: Carolyn Nancy Queen

State: MO    Zip: 65807-1318

## FEES

| Description | AMOUNT |
| --- | --- |
| 1004 URAR | 250.00 |
| SUBTOTAL | 250.00 |

## PAYMENTS

| | | | AMOUNT |
| --- | --- | --- | --- |
| Check #: 3033 | Date: 4/28/2011 | Description: personal check | 250.00 |
| Check #: | Date: | Description: | |
| Check #: | Date: | Description: | |
| | | SUBTOTAL | 250.00 |
| | | TOTAL DUE | $ 0 |