Fedelina Roybal-De-Aguero
42265 Little Lake Road
Mendocino, Ca 95460-9783

In Pro Per Trustor

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

Case Number 12-12019

IN RE:                                              CHAPTER 11

Residential Funding Comp Residential Cap            Case No. 12-12020-(MG)

, LLC        Debtors.

### NOTICE OF AUTOMATIC STAY 12-12203-SHL, May 18 2012
### 12-11580-SHL, April 17, 2012
### 12-11578-SHL, April 17, 2012
### 12-11486-SHL April 10, 2012 WERE FILED APRIL TENTH, APRIL SEVENTEENTH, MAY EIGHTEENTH 2012, WITH THE ABOVE LISTED DEBTOR DEBT COLLECTORS FILING AFTER DECISION IN IN RE GILBERT DECIDED AT THE FOURTH CIRCUIT ON MAY 3, 2012. Therefore we give notice of stay and obeyed the Order from Judge Martin Glenn dated May 14, 2012.
### We are researchers of ineffective assistance of legal counsel, missing court documents, et seq. We are responsible for tracking the loans through the trusts and their business licenses, name changes and service upon the depositors of the trusts.

**PLEASE TAKE NOTICE** that the bankruptcy cases listed stay actions in 12-12020 et seq. SO WE PRAY FOR RELIEF That Judge Glenn Recognize our cases and join them

together, We have not received fair trial, document entry, notice of hearing on calendar, no scheduled creditor meeting, missing social security form, missing certification form for rent payment not timely objected to by Bijan by June 5, 2012 admitted in his relief from stay hearing from his new lawyer.

In and undocketed OSC Hearing on July 12, 2012 in department 701 the United States Department of Justice Attorney in response to the November 2006 order involving the Debtor and co-Debtor in 12-11580-SHL and 12-11578-SHL, the United States Department of Justice Attorney said the Chaledeeannka Deborah Ann Williams Goyens-Bell Eberwein was not the Debtor in the Case the order of Default was directed at.

Wherefore we pray for transfer of our cases to Our Debt Collector Lender aliases Residential Capital 12-12020-{MG}

Dated July 13, 2012

*Fedelina
Roybal De Aguero*

Fedelina Roybal-De-Aguero
42265 Little Lake Road
Mendocino, Ca 95460-9783

In Pro Per Trustor

written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, e-mail, telex or otherwise, according to "choice of law provisions" in deed of trust pooling service agreements not recorded on land title document as stated in deed of trust ,,after two transfers of servicers on on qualified written request under RESPA…

PLEASE TAKE FURTHER NOTICE that the trustor, co-debtors served but not mentioned in cases in the courts currently pending against shareholders suchas as Robert Daniel Eberwein as An Employee for GMAC ndba "now doing business as" Ally Financial Bank re-organized GMAC et seq this

NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPER, nor any later appearance, pleading, claim or suit shall waive (i) the trustor, co-debtor, debtor-in-in possession right to have final orders in non-core matters entered only after de novo review by the controlling court case whether closed to be re-opened and Loan-To-Value Determined at the date of first adjudication, then by the higher controlling court, (ii) trustors all previously listed above right to trial by jury nun pro tunc in any proceeding so triable in any case, controversy, or proceeding [in re gilbert] related to these bankruptcy cases, (iii) trustor all previously listed right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal, (iv) trustors all previously listed right to enforce any contractual provisions with respect to arbitration, or (v) any other rights, claims, actions, defense, setoffs, or recoupments to which trustors or previously listed is or may be entitled under agreements, in law or in equity, including the right to contest the jurisdiction of the United State Bankruptcy Court of the Southern District of New York over trustor and all previously listed control of all of which rights, claims, actions, defense, setoffs, and recoupments trustor, co-debtor, debtor-in possession successor and assigns provision of most unlawful detainer subject to the new Law after October 17, 2005, expressly reserves.

Dated: New York [Manhattan for Boulbol], New York
July 13, 2012

/s/ *Fedelina Roybal De Aguero*
_____
Fedelina Roybal-De-Aguero 2008 Trust
Fedelina Roybal-De-Aguero Trustee
42265 Little Lake Road
Mendocino, California 94560