MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:     (212) 468-8000
Facsimile:     (212) 468-7900
Larren M. Nashelsky
Gary S. Lee
Lorenzo Marinuzzi

*Proposed Counsel for the Debtors and*
*Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------------

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |

---------------------------------------------------------------------------

**NOTICE OF ADJOURNMENT OF MEETING OF CREDITORS**
**PURSUANT TO SECTION 341 OF THE BANKRUPTCY CODE**

**TO ALL INTERESTED PARTIES:**

     **PLEASE TAKE NOTICE** that the 341 meeting of creditors for **Residential Capital, LLC,** *et al.*, which began on June 25, 2012 at 1:00 p.m., has been adjourned and rescheduled to take place on the date and at the place set forth below.

     Attendance by creditors at the meeting is welcomed, but not required. At the meeting, creditors may examine the Debtors and transact other business as may properly come before the meeting. The meeting may be continued or adjourned from time to time by notice delivered at the meeting or by notice posted on the Debtors' case information website (http://www.kccllc.net/rescap), without other or further notice to creditors. Please check the website for updates.

**THE MEETING OF CREDITORS HAS BEEN ADJOURNED TO:**

| | |
|---|---|
| **Date:** | **July 27, 2012** |
| **Time:** | **3:30 p.m. (prevailing Eastern Time)** |
| **Location:** | **80 Broad Street, Fourth Floor** |
| | **New York, New York 10004** |

Dated:  July 10, 2012
          New York, New York

/s/ Larren M. Nashelsky
Larren M. Nashelsky
Gary S. Lee
Lorenzo Marinuzzi
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Proposed Counsel for the Debtors and
Debtors in Possession*