**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>RESIDENTIAL CAPITAL, LLC, *et al*.,<br><br>    Debtors. | Case No. 12-12020 (MG)<br><br>Chapter 11<br><br>Jointly Administered<br><br>**Related Docket No:  804** |

**NOTICE OF WITHDRAWAL OF FEDERAL HOUSING FINANCE AGENCY'S**
***EX PARTE* MOTION PURSUANT TO FED. R. BANKR. P. 9006(c)(1) AND**
**LOCAL BANKRUPTCY RULE 9077-1(b) TO SHORTEN THE NOTICE PERIOD**
**WITH RESPECT TO MOTION OF THE FEDERAL HOUSING FINANCE AGENCY**
**PURSUANT TO THE JULY 11, 2012 ORDER OF THE HONORABLE DENISE L. COTE**
**SEEKING LIMITED DISCOVERY FROM THE DEBTORS AND, IF NECESSARY**
**TO THAT PURPOSE, RELIEF FROM THE AUTOMATIC STAY**

**PLEASE TAKE NOTICE** that the Federal Housing Finance Agency withdraws the

*Federal Housing Finance Agency's Ex Parte Motion Pursuant to Fed. R. Bankr. P. 9006(c)(1)*

*and Local Bankruptcy Rule 9077-1(b) to Shorten the Notice Period With Respect to Motion of*

*the Federal Housing Finance Agency Pursuant to the July 11, 2012 Order of the Honorable*

*Denise L. Cote Seeking Limited Discovery from the Debtors and, if Necessary to That Purpose,*

*Relief from the Automatic Stay* [Docket No. 804].

DATED:    July 18, 2012
          New York, New York

KASOWITZ, BENSON, TORRES &
   FRIEDMAN LLP

/s/ Andrew K. Glenn
Andrew K. Glenn (aglenn@kasowitz.com)
Matthew B. Stein (mstein@kasowitz.com)
Daniel A. Fliman (dfliman@kasowitz.com)
1633 Broadway
New York, New York 10019
Telephone:  (212) 506-1700
Facsimile:  (212) 506-1800

*Attorneys for Federal Housing*
*Finance Agency, as Conservator for the Federal*
*Home Loan Mortgage Corporation*