Hearing Date:    August 14, 2012 at 10:00 a.m. (Prevailing Eastern Time)

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:    (212) 468-8000
Facsimile:    (212) 468-7900
Larren M. Nashelsky
Gary S. Lee
Lorenzo Marinuzzi

*Counsel for the Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**NOTICE OF ADJOURNMENT OF HEARING ON
LIFT STAY MOTIONS TO AUGUST 14, 2012 AT 10:00 A.M.**

**PLEASE TAKE NOTICE** that the following matters previously scheduled to be heard on July 10, 2012 at 10:00 a.m. (Prevailing Eastern Time) and July 24, 2012 at 10:00 a.m. (Prevailing Eastern Time), respectively, have been adjourned to **August 14, 2012 at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing") and will be heard before the Honorable Martin Glenn, at the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), Alexander Hamilton Custom House, One Bowling Green, Room 501, New York, New York 10004:

  a) Kenneth Taggart's Motion for Leave to File Motion Pursuant Stay & Relief (and Clarification from Bankruptcy Court [Docket No. 263];

  b) Motion [of Corla Jackson] for Relief from Stay [Docket No. 264];

  c) Motion of Christina Ulbrich for Relief from Automatic Stay as to GMAC Mortgage, LLC [Docket No. 667];

ny-1050456

d) Motion of Deborah Bollinger and Bryan Bubnick for Relief from Automatic Stay as to GMAC Mortgage, LLC and Residential Capital, LLC [Docket No. 677]; and

e) Motion of Creditor Paul N. Papas II for Order Pursuant to Section 362(d) of the Bankruptcy Code, Bankruptcy Rule 4001 and Local Bankruptcy Rule 4001-1 Modifying the Automatic Stay to Allow Continuation of Pre-Petition Litigation [Docket No. 699].

Dated: July 18, 2012
      New York, New York

Respectfully submitted,

/s/ Larren M. Nashelsky
Larren M. Nashelsky
Gary S. Lee
Lorenzo Marinuzzi
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel for the Debtors and Debtors in Possession*