# My Legal Help USA

www.mylegalhelpusa.com
Paul_Papas@MyLegalHelpUSA.com
Process Server - Paralegal
Framingham, MA
4727 E. Bell Rd., #45 PMB 350, Phoenix, AZ 85032
602-493-2016 * FAX 866-629-1336

July 12, 2012

Court Services Department
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

RE: *__Docket 0755 dated July 12, 2012__*

Dear Sir;

I read your letter to me on line.

There is an assumption made in the next to the last paragraph of your letter. The phone answers, it is not accepting calls from blocked numbers. Phone numbers that identify themselves are accepted. To illustrate the point Samantha Martin of Morrison & Foerster LLP called me from 212-468-8000 then followed up with an email conversation. The phone works just fine.

I requested to be permitted to file electronically because it takes four days for regular mail to be received by the Court, then 8 to 10 days to be docketed. Should I want to reply to the Debtor's Objection or any other filing I have to file by mail, and then my reply would not be in front of the Court in time for the issue to be decided. Since I do file electronically in United States District Courts and state Courts there should be no reason that I should be denied equal access, equal protection and due process in the SDNY Bankruptcy Court. Pro Se litigants are required to comply with the same rules as Attorneys.

I have filed my Proof of Claim on June 26, 2012.

You can see the delay in having documents filed by looking at the following docket numbers to see the dates on them and the dates finally placed on the docket: 157, 464, 669, and 696.

Justice delay is justice denied. Consider this my Notice of Appeal of the denial of #696

Paul Papas
paul_papas@mylegalhelpusa.com

RECEIVED
JUL 16 2012
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK