## UNITED STATES BANKRUPTCY COURT
*SOUTHERN DISTRICT OF NEW YORK*
*ONE BOWLING GREEN*
*NEW YORK, NY 10004-1408*

VITO GENNA
CLERK OF COURT

July 18, 2012

Mr. Paul Papas
4727 E. Bell Rd., #45 PMB 350
Phoenix, AZ  85032

*Re*: *Residential Capital, LLC*, 12-12020-mg

Dear Mr. Papas:

    I am in receipt of your letter, dated July 12, 2012, in which you have repeated your request for an account to the Court's Electronic Case File (ECF) system.  As explained previously, other than the limited-access ECF account that is available to institutional creditors, this Court does not issue ECF accounts to individuals who are not attorneys and we cannot make any exceptions to this policy.

    The Clerk's Office is here to assist you in the event that you have a question or problem related to a conventional filing.

    Sincerely,

/s/ <u>Vito Genna</u>
Clerk of Court