UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

|  |  |
|---|---|
| In re | Chapter 11 |
| RESIDENTIAL CAPITAL, LLC, et al., [1] | Case No. 12-12020 (MG) |
| | (Jointly Administered) |
| Debtors. | |

-------------------------------------------------------------x

### AFFIDAVIT OF PUBLICATION RE NOTICE OF ADJOURNMENT
### OF MEETING OF CREDITORS PURSUANT TO SECTION 341 OF THE
### BANKRUPTCY CODE IN THE WALL STREET JOURNAL AND USA TODAY

This Affidavit of Publication includes the sworn statements verifying that the Notice of Adjournment of Meeting of Creditors Pursuant to Section 341 of the Bankruptcy Code was published and incorporated by reference herein as follows:

1. In *The Wall Street Journal* on July 12, 2012, attached hereto as **Exhibit A**;

2. In *USA Today* on July 13, 2012 attached hereto as **Exhibit B**.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Residential Capital, LLC (0738); ditech, LLC (7228); DOA Holding Properties, LLC (4257); DOA Properties IX (Lots-Other), LLC (3274), EPRE LLC (7974); Equity Investment I, LLC (2797); ETS of Virginia, Inc. (1445); ETS of Washington, Inc. (0665); Executive Trustee Services, LLC (8943); GMAC Model Home Finance I, LLC (8469); GMAC Mortgage USA Corporation (6930); GMAC Mortgage, LLC (4840); GMAC Residential Holding Company, LLC (2190); GMAC RH Settlement Services, LLC (6156); GMACM Borrower LLC (4887); GMACM REO LLC (2043); GMACR Mortgage Products, LLC (6369); GMAC-RFC Holding Company, LLC (3763); HFN REO Sub II, LLC (N/A); Home Connects Lending Services, LLC (9412); Homecomings Financial Real Estate Holdings, LLC (6869); Homecomings Financial, LLC (9458); Ladue Associates, Inc. (3048); Passive Asset Transactions, LLC (4130); PATI A, LLC (2729); PATI B, LLC (2937); PATI Real Estate Holdings, LLC (5201); RAHI A, LLC (3321); RAHI B, LLC (3553); RAHI Real Estate Holdings, LLC (5287); RCSFJV204, LLC (2722); Residential Accredit Loans, Inc. (8240); Residential Asset Mortgage Products, Inc. (5181); Residential Asset Securities Corporation (2653); Residential Consumer Services of Alabama, LLC (5449); Residential Consumer Services of Ohio, LLC (4796); Residential Consumer Services of Texas, LLC (0515); Residential Consumer Services, LLC (2167); Residential Funding Company, LLC (1336); Residential Funding Mortgage Exchange, LLC (4247); Residential Funding Mortgage Securities I, Inc. (6294); Residential Funding Mortgage Securities II, Inc. (8858); Residential Funding Real Estate Holdings, LLC (6505); Residential Mortgage Real Estate Holdings, LLC (7180); RFC Asset Holdings II, LLC (4034); RFC Asset Management, LLC (4678); RFC Borrower LLC (5558); RFC Constructing Funding, LLC (5730); RFC REO LLC (2407); RFC SFJV-2002, LLC (4670); RFC-GSAP Servicer Advance, LLC (0289)

# Exhibit A

# AFFIDAVIT

**STATE OF TEXAS**                              )
                                                )
**CITY AND COUNTY OF DALLAS)**

I, Albert Fox, being duly sworn, depose and say that I am the Advertising Clerk of the Publisher

of THE WALL STREET JOURNAL, a daily national newspaper of general circulation throughout

the United States, and that the notice attached to this Affidavit has been regularly

published in THE WALL STREET JOURNAL for National distribution for

1    insertion(s) on the following date(s):

JUL-12-2012;

ADVERTISER: Residential Capital, LLC;

and that the foregoing statements are true and correct to the best of my knowledge.

_____

Sworn to before me this
12    day of    July        2012

_____
Notary Public

DONNA HESTER
Notary Public, State of Texas
My Commission Expires
October 29, 2014

**BANKRUPTCIES**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | ) Chapter 11 |
| Debtors. | ) Jointly Administered |

**NOTICE OF ADJOURNMENT OF MEETING OF CREDITORS**
**PURSUANT TO SECTION 341 OF THE BANKRUPTCY CODE**

**TO ALL INTERESTED PARTIES:**

   **PLEASE TAKE NOTICE** that the 341 meeting of creditors for **Residential Capital, LLC, et al.,** which began on June 25, 2012 at 1:00 p.m., has been adjourned and rescheduled to take place on the date and at the place set forth below.

   Attendance by creditors at the meeting is welcomed, but not required. At the meeting, creditors may examine the Debtors and transact other business as may properly come before the meeting. The meeting may be continued or adjourned from time to time by notice delivered at the meeting or by notice posted on the Debtors' case information website (http://www.kccllc.net/rescap), without other or further notice to creditors. Please check the website for updates.

**THE MEETING OF CREDITORS HAS BEEN ADJOURNED TO:**
   **Date:**      **July 27, 2012**
   **Time:**      **3:30 p.m. (prevailing Eastern Time)**
   **Location:  80 Broad Street, Fourth Floor, New York, New York 10004**

Dated: July 10, 2012, New York, New York      /s/ Larren M. Nashelsky
Larren M. Nashelsky, Gary S. Lee, Lorenzo Marinuzzi, MORRISON & FOERSTER LLP, 1290 Avenue of the Americas, New York, New York 10104, Telephone: (212) 468-8000, Facsimile: (212) 468-7900, *Proposed Counsel for the Debtors and Debtors in Possession*

# Exhibit B



7950 Jones Branch Drive • McLean, Virginia 22108
(703) 854-3400



# VERIFICATION OF PUBLICATION

**COMMONWEALTH OF VIRGINIA**
**COUNTY OF FAIRFAX**

Being duly sworn, Toussaint Hutchinson says that he is the principal clerk of
USA TODAY, and is duly authorized by USA TODAY to make this affidavit, and is
fully acquainted with the facts stated herein: on **Friday, July 13, 2012** the following legal
advertisement – **In re: RESIDENTIAL CAPITAL, LLC, et al.,** - was published in the
national edition of **USA TODAY.**

Principal Clerk of USA TODAY
July 13, 2012

This 13th day of July month
2012 year.

Notary Public



## NOTICES

### LEGAL NOTICE

**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: RESIDENTIAL CAPITAL, LLC, *et al.*, | ) Case No. 12-12020 (MG) • Chapter 11 |
| Debtors. | ) Jointly Administered |

**NOTICE OF ADJOURNMENT OF MEETING OF CREDITORS PURSUANT TO SECTION 341 OF THE BANKRUPTCY CODE**

**TO ALL INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that the 341 meeting of creditors for **Residential Capital, LLC,** *et al.*, which began on June 25, 2012 at 1:00 p.m., has been adjourned and rescheduled to take place on the date and at the place set forth below.

Attendance by creditors at the meeting is welcomed, but not required. At the meeting, creditors may examine the Debtors and transact other business as may properly come before the meeting. The meeting may be continued or adjourned from time to time by notice delivered at the meeting or by notice posted on the Debtors' case information website (http://www.kccllc.net/rescap), without other or further notice to creditors. Please check the website for updates.

**THE MEETING OF CREDITORS HAS BEEN ADJOURNED TO:**

**Date:**      July 27, 2012
**Time:**      3:30 p.m. (prevailing Eastern Time)
**Location:**  80 Broad Street, Fourth Floor, New York, New York 10004

Dated: July 10, 2012, New York, New York          */s/ Larren M. Nashelsky*

Larren M. Nashelsky, Gary S. Lee, Lorenzo Marinuzzi, MORRISON & FOERSTER LLP, 1290 Avenue of the Americas, New York, New York 10104, Telephone: (212) 468-8000, Facsimile: (212) 468-7900, *Proposed Counsel for the Debtors and Debtors in Possession*