**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------------------------

| | ) | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, <u>et al</u>., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

-------------------------------------------------------------------------------------

**NOTICE OF FILING OF AMENDMENTS TO SCHEDULES**
**OF ASSETS AND LIABILITIES**

**PLEASE TAKE NOTICE** that on June 30, 2012, Residential Capital, LLC ("**ResCap**") and its affiliated debtors (each a "**Debtor**," and collectively, the "**Debtors**"), filed their respective Schedules of Assets and Liabilities and Statements of Financial Affairs (the "**Schedules and Statements**") [Docket nos. 548 - 649];

**PLEASE TAKE FURTHER NOTICE** that on July 3, 2012, certain Debtors filed amendments to their Schedules and Statements [Docket nos. 683 - 688]; and

**PLEASE TAKE FURTHER NOTICE** that on July 19, 2012, the Debtors have filed the following amendments to their Schedules and Statements:

1. Passive Asset Transactions (12-12044) has amended its Schedules of Assets and Liabilities Schedule B2 Attachment to correct the duplicate scheduling of its account number ending in 1264.

   A copy can be found at **Docket No.  834**

2. ResCap (12-12020) has amended its previous response to Statement of Financial Affairs Questions 3b, 3c and 7.

   A copy can be found at **Docket No.  835**.

3. GMAC Mortgage, LLC (12-12032) has amended its previous response to Statement of Financial Affairs Questions 3b, 3c, 7 and 23.

   A copy can be found at **Docket No.  836**.

4. Residential Funding Company, LLC (12-12019) has amended its previous responses to Statement of Financial Affairs Questions 3b, 3c and 23.

   A copy can be found at **Docket No.  837**.

ny-1050552

5.  The Debtors listed below have amended their previous responses to Statement of Financial Affairs Questions 3b and 3c:

    a.  DOA Holding Properties, LLC (12-12022) **[see Docket No. 838]**;

    b.  GMAC Residential Holding Company, LLC (12-12033) **[see Docket No. 839]**;

    c.  Homecomings Financial, LLC (12-12042) **[see Docket No. 840]**;

    d.  Passive Asset Transactions, LLC GMAC (12-12044) **[see Docket No. 841]**;

    e.  RCSFJV2004, LLC (12-12051) **[see Docket No. 842]**;

    f.  Residential Consumer Services, LLC (12-12058) **[see Docket No. 843]**;

    g.  Residential Funding Real Estate Holdings, LLC (12-12062) **[see Docket No. 844]**;

    h.  Residential Mortgage Real Estate Holdings, LLC (12-12063) **[see Docket No. 845]**;

    i.  RFC Asset Holdings II, LLC (12-12065) **[see Docket No. 846]**;

    j.  RFC Asset Management, LLC (12-12066) **[see Docket No. 847]**; and

    k.  RFC SFJV 2002, LLC (12-12071) **[see Docket No. 848]**.

The remaining Debtors' books and records do not reflect any payments being made that are required to be disclosed in Statement of Financial Affairs Questions 3b and 3c.

The Global Notes and Statements of Limitations, Methodology and Disclaimer Regarding Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs originally filed with the Debtors' respective Schedules and Statements apply to the above-referenced amendments to the Schedules and Statements.

Dated:  July 19, 2012
New York, New York

/s/ Larren M. Nashelsky
Larren M. Nashelsky
Gary S. Lee
Lorenzo Marinuzzi
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel for the Debtors and Debtors-in-Possession*