ANGLIN, FLEWELLING, RASMUSSEN,
  CAMPBELL & TRYTTEN LLP
199 S. Los Robles Avenue, Suite 600
Pasadena, California 91101-2459
Tel: (626) 535-1900
Fax: (626) 577-7764
Jeremy E. Shulman
*Attorneys for Movant*
*Wells Fargo Bank, N.A., successor*
*by merger with Wells Fargo Bank*
*Southwest, N.A., f/k/a Wachovia Mortgage,*
*FSB, f/k/a World Savings Bank, FSB*
*("Wells Fargo")*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: ) | Case No. 12-12020 (MG) |
| ) | Chapter 11 |
| RESIDENTIAL CAPITAL, LLC, et al., ) | |
| ) | Jointly Administered |
| Debtors. ) | |
| ) | (Re Debtor Executive Trustee Services, LLC, Case No. 12-12028) |

**SUPPLEMENTAL DECLARATION OF JEREMY E. SHULMAN IN SUPPORT OF WELLS FARGO BANK, N.A.'S REPLY TO DEBTORS' OBJECTION TO MOTION OF WELLS FARGO BANK, N.A. FOR RELIEF FROM THE AUTOMATIC STAY TO PERMIT NON-BANKRUPTCY FORUM ACTION AGAINST DEBTOR EXECUTIVE TRUSTEE SERVICES, LLC, OR, TO PERMIT WELL FARGO BANK, N.A. TO CONDUCT DISCOVERY AND TO ISSUE TRIAL SUBPOENAS DIRECTED AT EXECUTIVE TRUSTEE SERVICES, LLC**

I, Jeremy E. Shulman, declare as follows:

1.    I am an attorney at law licensed to practice in the States of New York and California, and I am admitted to practice in the United States District Court for the Southern

District of New York.  The following is based on my own personal knowledge, and I am competent to testify thereto.

2. I submit this declaration in support of Wells Fargo's Reply in support of its Motion for an order under Bankruptcy Code section 362 permitting Wells Fargo to continue prosecution of its cross-complaint against debtor Executive Trustee Services, LLC ("Debtor") in the matter entitled *Franciska Susilo v. Wells Fargo Bank, N.A., et al.*, Case No. CV11-1814-CAS(RJWx), currently pending in the United States District Court (the "District Court") for the Central District of California (the "Action").

3. I am counsel of record for Movant Wells Fargo Bank, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB ("Wells Fargo" and "Movant") in the Action.

4. On or about June 1, 2012, I contacted Victoria Tsoong, counsel for Debtor in the Action, to discuss obtaining a declaration of a representative of a representative of Debtor.  Ms. Tsoong responded that bankruptcy counsel for Debtor advised that the automatic stay applies to the request for the declaration.  Attached as Exhibit A is a true and correct copy of my communications with Ms. Tsoong.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing statements are true and correct.

Executed on July 20, 2012 in Pasadena, California.

    /s/ Jeremy Shulman
JEREMY E. SHULMAN