# EXHIBIT A

**From:** Victoria J. Tsoong [mailto:vtsoong@foleymansfield.com]
**Sent:** Monday, June 11, 2012 9:55 AM
**To:** Jeremy E. Shulman
**Cc:** Stephen C. Chuck
**Subject:** RE: Susilo v. Wachovia, et al.

Hi Jeremy,
Our client's bankruptcy counsel advised that the automatic stay applies to the request for such declarations. Please advise if you will be requesting relief from the stay in this regard.

Thanks,
Victoria.

---

**From:** Jeremy E. Shulman [mailto:jshulman@afrct.com]
**Sent:** Sunday, June 03, 2012 2:10 PM
**To:** Victoria J. Tsoong
**Cc:** Stephen C. Chuck
**Subject:** RE: Susilo v. Wachovia, et al.

The declarations would concern the posting, publishing, and service of the NOD and NOS, and then testimony on the telephone calls.

Please advise as soon as you have had a chance to consult with ETS.

Regards,

Jeremy

Jeremy E. Shulman
Office:  626.535.1900, Ex. 271
Fax:     626.577.7764
Email:   jshulman@afrct.com

   AFRCT LLP
Anglin, Flewelling, Rasmussen, Campbell & Trytten, LLP
199 So. Los Robles Avenue | Suite 600 | Pasadena | CA | 91101
www.afrct.com

The contents of this message may be privileged and confidential. If this message has been received in error please delete it and immediately inform sender of the error. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author.

Any tax advice in this e-mail message is not intended or written to be used, and cannot be used, by any taxpayer for the purpose of avoiding tax penalties.

---

**From:** Victoria J. Tsoong [mailto:vtsoong@foleymansfield.com]
**Sent:** Saturday, June 02, 2012 6:22 PM
**To:** Jeremy E. Shulman
**Cc:** Stephen C. Chuck
**Subject:** Susilo v. Wachovia, et al.

1

Hi Jeremy,
In response to your voicemail from yesterday, we are checking with our client about whether we can supply the requested declarations without relief from stay. I should have an answer for you next week. I anticipate that our client may need more specifics on the declarations; could you give me a better idea of what you'll be expecting for the decs?

Thanks,

Victoria
Victoria J. Tsoong
Attorney

300 South Grand Avenue
Suite 2800
Los Angeles, CA 90071
P: 213-283-2138 / F: 213-283-2101 / vtsoong@foleymansfield.com

This message contains confidential information and may be subject to protection by the laws or terms of applicable confidentiality agreements, and is intended only for the message recipient(s). If you are not the intended recipient you are hereby notified that any dissemination, distribution, or copying of this e-mail is strictly prohibited. If you are not the intended recipient indicated in this message (or responsible for delivery of the message to such person), notify vtsoong@foleymansfield.com immediately and delete this e-mail from your system. Any tax advice contained in this email was not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under the Internal Revenue Code of 1986, as amended.

E-mail transmissions cannot be guaranteed to be safe, secure, or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender and Foley & Mansfield, PLLP therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. If verification is required please request a hard-copy version.