ANGLIN, FLEWELLING, RASMUSSEN,
  CAMPBELL & TRYTTEN LLP
199 S. Los Robles Avenue, Suite 600
Pasadena, California 91101-2459
Tel: (626) 535-1900
Fax: (626) 577-7764
Jeremy E. Shulman
*Attorneys for Movant*
*Wells Fargo Bank, N.A., successor*
*by merger with Wells Fargo Bank*
*Southwest, N.A., f/k/a Wachovia Mortgage,*
*FSB, f/k/a World Savings Bank, FSB*
*("Wells Fargo")*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------

In re:

RESIDENTIAL CAPITAL, LLC, et al.,

                                Debtors.

------------------------------------------------------

Case No. 12-12020 (MG)

Chapter 11

Jointly Administered

(Re Debtor Executive Trustee Services, LLC,
Case No. 12-12028)

## CERTIFICATE OF SERVICE

Jeremy E. Shulman, being duly sworn, deposes and says:

I am not a party to the action. I am over the age of eighteen years and reside in Pasadena, California. I am duly admitted to the bars of the State of California and the State of New York in good standing.

On July 20, 2012, at my direction and under my supervision, employees of Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP caused the following documents to be served via First Class and Electronic Mail to the parties listed on the Special Service List attached hereto as Exhibit 1, via ECF Notice on the parties listed on the General Service List attached as Exhibit 2, via International Federal Express, First Class or Electronic Mail as indicated on the

95451/000660/00433637-1

List of Parties and Their Counsel For the Underling District Court Action attached as Exhibit 3, and via First Class and Electronic Mail to the Conflicts Counsel for the Debtors and Debtors in Possession attached as Exhibit 4:

1.    Reply to Debtors' Objection to Motion of Wells Fargo Bank, N.A. for Relief From the Automatic Stay to Permit Non-Bankruptcy Forum Action Against Debtor Executive Trustee Services, LLC, or, to Permit Well Fargo Bank, N.A. to Conduct Discovery and to Issue Trial Subpoenas Directed at Executive Trustee Services, LLC; and

2.    Supplemental Declaration of Jeremy E. Shulman in Support of Wells Fargo Bank, N.A.'S Reply to Debtors' Objection to Motion of Wells Fargo Bank, N.A. for Relief From the Automatic Stay to Permit Non-Bankruptcy Forum Action Against Debtor Executive Trustee Services, LLC, or, to Permit Well Fargo Bank, N.A. to Conduct Discovery and to Issue Trial Subpoenas Directed at Executive Trustee Services, LLC

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

on behalf of Movant Wells Fargo Bank, N.A., successor by merger with Wells Fargo Bank

Southwest, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB.


Dated:  Pasadena, California
        July 20, 2012

Respectfully Submitted,

ANGLIN, FLEWELLING, RASMUSSEN,
    CAMPBELL & TRYTTEN LLP


By:   _/s/ Jeremy E. Shulman_____
        Jeremy E. Shulman
199 S. Los Robles Avenue, Suite 600
Pasadena, California 91101-2459
Tel: (626) 535-1900
Fax: (626) 577-7764
*Attorneys for Movant*
*Wells Fargo Bank, N.A., successor*
*by merger with Wells Fargo Bank*
*Southwest, N.A., f/k/a Wachovia Mortgage,*
*FSB, f/k/a World Savings Bank, FSB*