# EXHIBIT 3

U.S. District Court, Central District of California
(Western Division – Los Angeles)
Case No. 2:11-cv-01814-CAS-PJW

Parties and their Counsel for the Underlying District Court Action List

**Served Via Electronic Mail**

*Counsel for Plaintiff Franciska Susilo*

Roger A.S. Manlin, Esq.
LAW OFFICES OF ROGER A.S. MANLIN
4647 Kingswell Avenue, #158
Los Angeles, CA 90027
Tel: 323.953.6789 | Fax: 323.953.6156
Email: rmanlin@manlinlaw.com

*Counsel for Defendant, Cross-Complainant and Cross-Defendant Executive Trustee Services, LLC:*

Stephen C. Chuck, Esq.
Tiffany M. Birkett, Esq.
Victoria J. Tsoong, Esq.
FOLEY & MANSFIELD, PLLP
300 S. Grand Avenue, Suite 2800
Los Angeles, CA 90071
Tel: 213.282.2100
Email: schuck@foleymansfield.com
Email: tbirkett@foleymansfield.com
Email vtsoong@foleymansfield.com

**Served Via International First Class Mail**

*Plaintiff*

Franciska Susilo
557 Upper Thomson Road #01-08
Pierce View, Singapore 574418, SG

**Served Via First Class Mail**

*Defendant, Cross-Complainant and Cross-Defendant*

Executive Trustee Services, LLC
225 N. Ontario Street
Suite 400
Burbank, CA 91504
Tel: 866.397.4622