# EXHIBIT 4

Conflicts Counsel For The Debtor And Debtors In Possession

Steven J. Reisman
Turner P. Smith
Maryann Gallagher
CURTIS, MALLET-PREVOST, COLT & MOSLE LLP
101 Park Avenue
New York, NY  10178-0061
Tel:  (212) 696-6000
Fax:  (212) 697-1559
Email:  sreisman@curtis.com
Email:  tsmith@curtis.com
Email:  mgallagher@curtis.com

95451/000660/00433849-1