MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:    (212) 468-8000
Facsimile:    (212) 468-7900
Larren M. Nashelsky
Gary S. Lee
Lorenzo Marinuzzi

*Counsel for the Debtors and*
*Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------------ )
                                                                               )
  In re:                                                                       )    Case No. 12-12020 (MG)
                                                                               )
  RESIDENTIAL CAPITAL, LLC, et al.,                                            )    Chapter 11
                                                                               )
                                                    Debtors.                   )    Jointly Administered
                                                                               )
------------------------------------------------------------------------------ )

**NOTICE OF FILING OF CORRECTED EXHIBIT 1 TO**
**SUPPLEMENTAL AFFIDAVIT IN SUPPORT OF THE DEBTORS'**
**APPLICATION FOR AUTHORIZATION TO EMPLOY AND RETAIN**
**FTI CONSULTING, INC. AS FINANCIAL ADVISORS FOR THE DEBTORS**

**PLEASE TAKE NOTICE THAT** on July 20, 2012, the debtors and debtors in possession (collectively, the "Debtors") filed the *Supplemental Affidavit in Support of the Debtors' Application for Authorization to Employ and Retain FTI Consulting, Inc. as Financial Advisors for the Debtors* (the "Supplemental Affidavit") [Docket 850].

**PLEASE TAKE FURTHER NOTICE THAT** the Debtors hereby submit a corrected copy of the Payments Received During 90 Days Prior to the Petition Date which appears as

ny-1050893

Exhibit 1 to the Supplemental Affidavit and is attached hereto as Exhibit 1.

Dated:  July 20, 2012
         New York, New York

                                  */s/ Larren M. Nashelsky*
                                  Larren M. Nashelsky
                                  Gary S. Lee
                                  Lorenzo Marinuzzi
                                  MORRISON & FOERSTER LLP
                                  1290 Avenue of the Americas
                                  New York, New York 10104
                                  Telephone: (212) 468-8000
                                  Facsimile: (212) 468-7900

                                  *Counsel for the Debtors and*
                                  *Debtors in Possession*

# **EXHIBIT 1**

ny-1050893

## EXHIBIT 1

**Payments Received During 90 Days Prior to the Petition Date**

| Date of Wire Payment | Invoice Date | Period Covered by Invoice | Wire Amount |
|---|---|---|---|
| 3/20/2012 | 3/15/2012 | 1/30/2012-2/12/2012 | $   305,884.53 |
| 3/22/2012 | 1/17/2012 | 11/28/2011-12/11/2011 | 300,051.56 |
| 3/22/2012 | 1/18/2012 | 12/12/2011-12/31/2012 | 181,429.37 |
| 3/22/2012 | 2/9/2012 | 1/1/2012-1/15/2012 | 277,806.85 |
| 3/22/2012 | 2/9/2012 | 12/12/2011-1/6/2012 | 73,489.30 |
| 3/22/2012 | 2/20/2012 | 1/7/2012-1/29/2012 | 209,950.07 |
| 3/22/2012 | 2/27/2012 | 1/16/2012-1/29/2012 | 397,785.52 |
| 3/22/2012 | 3/15/2012 | 1/30/2012-2/12/2012 | 396,770.47 |
| 4/5/2012 | 3/22/2012 | 2/13/2012-2/26/2012 | 265,886.70 |
| 4[5]/5/2012 | 3/22/2012 | 2/13/2012-2/26/2012 | 530,223.27 |
| 4/26/2012 | 4/19/2012 | 2/27/2012-3/11/2012 | 466,864.26 |
| 4/26/2012 | 4/19/2012 | 2/27/2012-3/11/2012 | 219,117.49 |
| 5/2/2012 | 4/23/2012 | 3/12/2012-3/25/2012 | 584,099.22 |
| 5/2/2012 | 4/24/2012 | 3/12/2012-3/25/2012 | 177,090.03 |
| 5/3/2012 | 4/30/2012 | 3/26/2012-4/22/2012 | 848,681.38 |
| 5/9/2012 | 4/30/2012 | 4/23/2012-5/13/2012 | 1,362,313.00 |
| 5/9/2012 | 4/30/2012 | 4/23/2012-5/13/2012 | 343,160.00 |
| 5/11/2012 | 4/30/2012 | 3/26/2012-4/22/2012 | 300,975.07 |
| | | **Total** | **$ 7,241,578.09** |

**Note:** In addition to the amounts referenced in the schedule above, FTI incurred $209,585.25 of fees and expenses during the period of 4/23/12 to 5/13/12 that was not covered by the invoices listed above. FTI wrote off $59,585.25 and the remaining $150,000.00 was applied against the retainer after the Petition Date.