UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re: Chapter 11

CORLA JACKSON                               Case No. 12-12020 (MG)

<u>Motion To Pursuant To Section 362 (d) Of The Bankruptcy Code, Bankruptcy Rule 4001 and Local Bankruptcy Rule 4001-1 Modifying The Automatic Stay To Allow Continuation Of Pre-Petition Litigation</u>

**<u>MOTION TO PROCEED TO TRIAL / RELEIF OF AUTOMATIC STAY</u>**

**<u>INJUNCTION AND OBJECTION TO PROOF OF CLAIM</u>**

**<u>MOTION TO PRODUCE ORIGINAL NOTE/ ALLONGE/ASSIGNMENT/ALL LOAN DOCUMENTS/ ALL ORIGINAL POLICYS / AND ORIGINAL APPRAISALS BY OPTION ONE MORTGAGE</u>**

**TO THE HONORABLE JUDGE:**
MARTIN GLENN
United States Bankruptcy Judge

Total Pages Including Certificate Of Service: **97 Pages**

**Wednesday, July 18, 2012**

RECEIVED JUL 19 2012

*Corla Jackson  7/18/2012*
Corla Jackson
**13230 Tom Gaston Road**
**Mobile, Alabama. 36695**
**Phone: (251) 554-1785**

Notice The Defendants Committed Fraud First See The Fake Assignment Was Issued They Said Option One Mortgage Signed When Option One Mortgage Was Closed" Wells Fargo Was Trustee. An Allonges Is Usually Issued At The Same Time And Signed By The Same Person. Also Notice The Signatues Do Not Match The Issuer On The Allonge Or The Assignment" The Person Could Not Even Spell Their Name For (Rebbi-Signing). Also A Loan Number Is Not A Claim Number Used As A Loan Number. Notice How They Whittten Out An Affidavit Fake Loan Number So The courts Could Not See What They Did After They Got Caught. Also Notice They Said They Were Not The Original Note Holder" So How Did They Get This Information To Fabricate Documents From Wells Fargo On Notes That Was Paid Off Or Serviced By Wells Fargo. Wells Fargo Should Have Issued Them An Assignment Or The Allonge Not Option One Mortgage. In This Case The Note Was Paid In Full Secured By Policy's Of Option One Mortgage And This Is How They Got Caught. Wells Fargo Should Have Been Servicing Option One Mortgage Notes Not" GMAC MORTGAGE CORPORATION OR GAMC MORTGGE LLC OR RESIDENTIAL CAPITAL CORPORATION ACCORDING TO THE SECURITY'S EXCHANGE.



```
                                    NORTH BRUNSWICK BR
                                    NORTH BRUNSWICK, New Jersey
                                         089029997
                                       3356870102-0096
                              07/18/2012 (732)247-9420 04:40:07 PM

                              ─────────── Sales Receipt ───────────
                              Product            Sale  Unit       Final
                              Description        Qty   Price      Price

                              NEW YORK NY 10004                  $17.40
                              Zone-1 Express Mail
                              PO-Add
                              1 lb.  1.50 oz.
                              Label #:EI507402210US
                              Thu 07/19/12 12:00PM - Expected
                              Delivery. Money Back Guarantee
                              Signature Requested
                                                                ========
                              Issue PVI:                         $17.40

                              NEW YORK NY 10104                   $5.30
                              Zone-1 Priority Mail
                              1 lb.  0.50 oz.
                              Expected Delivery: Fri 07/20/12
                              Delivery Confirmation              $0.75
                              Label #:     03120090000107123829
                                                                ========
                              Issue PVI:                          $6.05
                                                                ==========
                              Total:                             $23.45

                              Paid by:
                              Debit Card                         $23.45
                                 Account #:     XXXXXXXXXXXX0761
                                 Approval #:    071115
                                 Transaction #: 553
                              23902920065
                                 Receipt#:      003922

                              Order stamps at usps.com/shop or
                              call 1-800-Stamp24.  Go to
                              usps.com/clicknship to print
                              shipping labels with postage.  For
                              other information call
                              1-800-ASK-USPS.
                              ************************************
                              ************************************
                              Get your mail when and where you
                              want it with a secure Post Office
                              Box. Sign up for a box online at
                              usps.com/poboxes.
                              ************************************
                              ************************************

                              Bill#:1000402023047
                              Clerk:10
```

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

In re: Chapter 11

CORLA JACKSON                               Case No. 12-12020 (MG)

### Motion To Pursuant To Section 362 (d) Of The Bankruptcy Code, Bankruptcy Rule 4001 and Local Bankruptcy Rule 4001-1 Modifying The Automatic Stay To Allow Continuation Of Pre-Petition Litigation

### MOTION TO PROCEED TO TRIAL / RELEIF OF AUTOMATIC STAY

### INJUNCTION AND OBJECTION TO PROOF OF CLAIM

### MOTION TO PRODUCE ORIGINAL NOTE/ ALLONGE/ASSIGNMENT/ALL LOAN DOCUMENTS/ ALL ORIGINAL POLICYS / AND ORIGINAL APPRAISALS BY OPTION ONE MORTGAGE



**TO THE HONORABLE JUDGE:**
MARTIN GLENN
United States Bankruptcy Judge

Corla Jackson, as Plaintiff or Plaintiff-In- Intervention in declaratory relief and slander of title, clouded title, illegal sale of home, and major property damages to date as well identity theft actions and personal injury's stemming from (GMAC Mortgage, LLC's) (formerly known as GMAC Mortgage Corporation) wrongful reconveyance of several security instruments securing loans against real estates property in Alabama (Corla Jackson) vs. GMAC Mortgage Corporation et, al. brings this motion to section (11 U.S.C. 362 (d).

This Title Of 11, 11 U.S.C. §§101 et seq the (Bankruptcy Code) , Rule 4001 of the Federal Rules Of Bankruptcy Procedure (the Bankruptcy Rules) and Local Bankruptcy Rules for an order modifying the automatic stay to allow (Jackson) the Plaintiff Action and the Joint Action against (GMAC) and its agent, Executive Trustee Service, Inc. (now known as Executive Trustee Services LLC, Executive Trustee"), as defendants, to continue (In the United States District Court For The Southern District Of Alabama Case Number (12-111). Debtor objects to the claim, alleging that GMAC Mortgage LLC formerly known as (GMAC Mortgage Corporation) did not attach any writing to the Claim demonstrating its interest in the property in violation of FED.R.BANKR.P. 3001(c) and (d), and failed to include valid information required by Official In 2005-2007 or 2012 that they owned the Original Notes' Which Is Impossible.

1. The Debtor's forced (Jackson) into an illegal bankruptcy in (2005) by claiming to be assigned her to mortgage by (Option One Mortgage) during the time of a total loss claim was being processed, from the peril's Of (2) Hurricane Ivan, and Hurricane Katrina that valued over ($350,000) dollars. They Stalled the processing of her claim and loan modification with the intent to rob her of the proceeds of (2) Hurricanes though their affiliates and associates illegally against the law. The Plaintiff has several policies with her lender which was (Option One Mortgage) and one of the policies's paid off her home in full which secured her secured instrument, which was her note. The Other Policy's were suppose to cover the rebuilding the plaintiff structural damaged home on a roof that had shifted and buckled sending contaminated rain water throughout the entire dwelling causing major damages, and the home had to be gutted out and brought up to the new building codes and signed off on by the United States Federal Government and not the Defendants (GMAC Mortgage Corporation or GMAC Mortgage LLC, et, al.

2. The Claim Was Being Processed as well as a loan modification by Option One Mortgage and (G.E. MONEY), but since the Policy's Secured the note their was no need for a loan modification on the existing note because the home was paid in full. The Plaintiff would have to rebuild the home and get a new construction loan with the proceeds form her other policy's that (G.E. Money) was processing in the amount Over ($350,000) on behalf of the Plaintiff.

Notice The Defendants Committed Fraud First See The Fake Assignment Was Issued They Said Option One Mortgage Signed When Option One Mortgage Was Closed" Wells Fargo Was Trustee. An Allonges Is Usually Issued At The Same Time And Signed By The Same Person. Also Notice The Signatures Do Not Match The Issuer On The Allonge Or The Assignment" The Person Could Not Even Spell Their Name For (Rebbi-Signing). Also A Loan Number Is Not A Claim Number Used As A Loan Number. Notice How They Whitten Out An Affidavit Fake Loan Number So The courts Could Not See What They Did After They Got Caught. Also Notice They Said They Were Not The Original Note Holder" So How Did They Get This Information To Fabricate Documents From Wells Fargo On Notes That Was Paid Off Or Serviced By Wells Fargo. Wells Fargo Should Have Issued Them An Assignment Or The Allonge Not Option One Mortgage. In This Case The Note Was Paid In Full Secured By Policy's Of Option One Mortgage And This Is How They Got Caught. Wells Fargo Should Have Been Servicing Option One Mortgage Notes Not" GMAC MORTGAGE CORPORATION OR GAMC MORTGGE LLC OR RESIDENTIAL CAPITAL CORPORATION ACCORDING TO THE SECURITY'S EXCHANGE.

3. Next Thing The Plaintiff knew was (G.E. Money) had processing her claim and the Defendants (GMAC Mortgage Corporation) came in and took her funds to restore her home in full, and turned her claim number into a loan number under false pretense. (0835002124), **telling the Plaintiff they were assigned her note back in (2004) when that was not true.** The Plaintiff did not know they had robbed her until later using fake affidavits and blank allonges, under rabbi-signers, and had backed her note by securities on a home that did not belong to them at all.

4. While the plaintiff was waiting on them in good faith to process her claim she did not know they took her claim number on a total loss claim and illegally turned it into a loan number and stealing her identity to rob her of her land, home, and thousands of dollars

Notice The Defendants Committed Fraud First See The Fake Assignment Was Issued They Said Option One Mortgage Signed When Option One Mortgage Was Closed" Wells Fargo Was Trustee. An Allonges Is Usually Issued At The Same Time And Signed By The Same Person. Also Notice The Signatues Do Not Match The Issuer On The Allonge Or The Assignment" The Person Could Not Even Spell Their Name For (Rebbi-Signing). Also A Loan Number Is Not A Claim Number Used As A Loan Number. Notice How They Whittten Out An Affidavit Fake Loan Number So The courts Could Not See What They Did After They Got Caught. Also Notice They Said They Were Not The Original Note Holder" So How Did They Get This Information To Fabricate Documents From Wells Fargo On Notes That Was Paid Off Or Serviced By Wells Fargo. Wells Fargo Should Have Issued Them An Assignment Or The Allonge Not Option One Mortgage. In This Case The Note Was Paid In Full Secured By Policy's Of Option One Mortgage And This Is How They Got Caught. Wells Fargo Should Have Been Servicing Option One Mortgage Notes Not" GMAC MORTGAGE CORPORATION OR GAMC MORTGGE LLC OR RESIDENTIAL CAPITAL CORPORATION ACCORDING TO THE SECURITY'S EXCHANGE.

under false pretense, when option one had recoded her note paid in full and never late, and the remainder of her claim was being processed, which never happened in full and the Plaintiff did not know what the hold up was, until all the new discovery developed and getting a copy of her credit report" which proved the Defendants (GMAC MORTGAGE CORPORATION) did in fact rob her causing major property damages throughout (TOXIC MOLD) and the house caught fire and the (Plaintiff) (Jackson) was almost killed. The Plaintiff received first and second degree burns all over, and permanent injuries for life which require surgery, due to what the Defendants has done here and this is what they were trying to covering up, getting their affiliates to help them which is major corruption and a conspiracy with the intent to rob the Plaintiff knowing their claim was (Dis-Allowed), after they forced the Plaintiff into bankruptcy on fake arrearages they made up, using high interest rates to do it on a note they did not own an (Adjustable Rate Mortgage) that never went down with the stock market after America went into recession.

5. The Defendants did this with not only with just the Plaintiff in this case they did the same to other victims, by jacking up the interest rate on notes they backed by security's that they no longer owned, or did not own at all. Their was suppose to be interest checks issued to the Plaintiff on her Adjustable rates Mortgage because <u>Adjustable Rate Mortgages Guaranteed Borrowers the lowest interest rate with the drop of the market</u> which did not happen in the plaintiff case at all, not to mention the Defendants did not own the Plaintiff Note or her property in (2004) or prior (2005) in order to collect fake arrearages that they forced her into bankruptcy on in (2005). What the Defendants intent was" consisted in robbery and identity theft using deceptive practices using their rabbi-signers and affiliates which all need to be brought before legal justice by law for what they did to the Plaintiff causing her major damages to date.

The company that was processing the Plaintiff Jackson claims was a previously an employee of (GMAC Mortgage Corporation), which worked for (G.E. Money). The conspired together in robbing victims as well as some of the employees and affiliates which all need to be brought before legal justice by law in a major corruption conspiracy that almost took the life of the Plaintiff causing major property damages to date and personal injuries for life which requires surgery and medical attention frequently to date. The Home has never passed inspection neither was it ever completed because the defendants ran off with the funds with the intent to rob the Plaintiff, of her land home and money that was due to her in full to complete all the repairs to her home. The Defendants even rob the Plaintiff of land that was not apart of her loan with Option One Mortgage' which had they owned the note they would have known this.

6. In addition to all the damages above" the Defendants destroyed the (Plaintiff's) credit to keep her from using her assets or taking a loan against her property because they had robbed her, and had used her property and assets to back security's without the (Plaintiff's) knowledge or permission" on a house and assets that did not belong to them at all, not to mention the home was could not pass inspection being brought up to code

Notice The Defendants Committed Fraud First See The Fake Assignment Was Issued They Said Option One Mortgage Signed When Option One Mortgage Was Closed" Wells Fargo Was Trustee. An Allonges Is Usually Issued At The Same Time And Signed By The Same Person. Also Notice The Signatues Do Not Match The Issuer On The Allonge Or The Assignment" The Person Could Not Even Spell Their Name For (Rebbi-Signing). Also A Loan Number Is Not A Claim Number Used As A Loan Number. Notice How They Whittten Out An Affidavit Fake Loan Number So The courts Could Not See What They Did After They Got Caught. Also Notice They Said They Were Not The Original Note Holder" So How Did They Get This Information To Fabricate Documents From Wells Fargo On Notes That Was Paid Off Or Serviced By Wells Fargo. Wells Fargo Should Have Issued Them An Assignment Or The Allonge Not Option One Mortgage. In This Case The Note Was Paid In Full Secured By Policy's Of Option One Mortgage And This Is How They Got Caught. Wells Fargo Should Have Been Servicing Option One Mortgage Notes Not" GMAC MORTGAGE CORPORATION OR GAMC MORTGGE LLC OR RESIDENTIAL CAPITAL CORPORATION ACCORDING TO THE SECURITY'S EXCHANGE.

for the full value they backed it by security's for under false pretense, after hipping up the interest rates to fake an illegal foreclosure.

7. In addition to the above the Plaintiff Is Requesting Copies Of The Originals Of All The Following: The ORIGINANL NOTE, Original ALLONGE, ALL ORIGINAL LOAN DOCUMENTS, ORIGINAL HAZARD POLICY'S, ORIGINAL TITLE POLICY, AND ORIGINAL ASSIGNMENT, ORRIGINAL APPRAISAL ON THE HOME DONE BY OPTION ONE MORTGAGE ALSO ORIGINAL LIST OF REPAIRS THAT WAS NEVER COMPLETED AND SIGEND OFF ON BY BOTH OPTION ONE MORTGAGE AND GMAC MORTGAGE CORPORATION, AS WELL AS THE ESTIMATES FOR ALL THE REPAIRS TO BRING THE HOME UP TO CODE IN ORDER FOR IT TO PASS INSPECTION AND TO BE SIGNED OFF ON BY GOVERNMENT OFFICIALS PRIOR TO BACKING THE NOTE BY SECURITY'S AND ROBBING THE PLAINTIFF OF HER HOME LAND AND ASSETS TO DATE FOR THEIR OWN PERSON USE WHICH CAUSED THE PLAINTIFF MAJOR DAMAGES AND INJUREIS TO DATE.

8. The Defendants knew they did not own the Plaintiff home or note, they even signed affidavits that they did not own the Plaintiff Original Note, but they had go access to it, in order for them to commit fraud. Access to customers private information is illegal, and Owning a Note And Access to someone else's note was (2) different things. How could (Wells Fargo Bank) allow the Defendants to get customers information from accounts or previous accounts from (Option One Mortgage) files, to get the customers files and credit information to fabricate loan documents to back notes by security's under false pretenses, this is identity theft of private information which was not suppose to be disclosed to anyone which has caused so many victims so many damages that is being disclosed to them daily that was done to them by the Defendants (GMAC Mortgage Corporation) and GMAC Mortgage LLC) to date.

9. Usually An Allonge And Affidavit Is Signed By The Original Mortgage Company The Same Day, and made payable to a trust or a bank investor or a lender which in these caused did not happen because they did not own the notes neither were they assigned the Original Notes, and they said it in their own words...see exhibits.

10. The Fake Allonge was blank, and the name of the issuer of that blank signature did not match the name below the signature, the same apply's for the fake assignment and notice that (GMAC MORTGAGE CORPORATION/GMAC MORTGAGE LLC made the Assignment out to themselves with their affiliates when they were not authorized to issue allonge's or assignments on notes or notes that did not belong to them at all. They even put down the wrong loan numbers that were claims numbers to defraud the courts and victims using claim numbers as loan numbers because notes were already backed by securities by original mortgage company. They Robbed the Victims in Every Way Humanly Way Possible Using Deceptive Practices Knowing They Did Not Own the Notes, or the assignment.

Notice The Defendants Committed Fraud First See The Fake Assignment Was Issued They Said Option One Mortgage Signed When Option One Mortgage Was Closed" Wells Fargo Was Trustee. An Allonges Is Usually Issued At The Same Time And Signed By The Same Person. Also Notice The Signatues Do Not Match The Issuer On The Allonge Or The Assignment" The Person Could Not Even Spell Their Name For (Rebbi-Signing). Also A Loan Number Is Not A Claim Number Used As A Loan Number. Notice How They Whittten Out An Affidavit Fake Loan Number So The courts Could Not See What They Did After They Got Caught. Also Notice They Said They Were Not The Original Note Holder" So How Did They Get This Information To Fabricate Documents From Wells Fargo On Notes That Was Paid Off Or Serviced By Wells Fargo. Wells Fargo Should Have Issued Them An Assignment Or The Allonge Not Option One Mortgage. In This Case The Note Was Paid In Full Secured By Policy's Of Option One Mortgage And This Is How They Got Caught. Wells Fargo Should Have Been Servicing Option One Mortgage Notes Not" GMAC MORTGAGE CORPORATION OR GAMC MORTGGE LLC OR RESIDENTIAL CAPITAL CORPORATION ACCORDING TO THE SECURITY'S EXCHANGE.

11. Wells Fargo Was Trustee Of Option One Mortgage Notes, And Some Of Those Notes Were Paid Off In Full And Recorded By Option One Mortgage On The Victims Credit Reports. The Defendants (GMAC MORTGAGE CORPORATION/GMAC MORTGAGE LLC) Continued To Steal The Identity Of Victims To Use To Back Notes By Security's Under False Pretense, Which This Was Private Information That Could Not Be Released By Wells Fargo Bank, So How Did they get this information to cause the housing market to collapse and the housing bubble to burst by robbing victims and Jackson up interest rates on adjustable mortgage and backing notes by security's to get bail out funds and tarp funds using deceptive practice committing fraud.

12. The Defendants (GMAC MORTGAGE CORPORATION/GMAC MORTGAGE LLC) and their affiliates and law firms knew what they were doing they were told and they continued to rob victims prior to being approved to by judge in bankruptcy on case that was stayed until they were approved to continue with robbing victims on January 13, 2012. They Just Had Sold Jackson Home, and they were not suppose to by federal laws on orders that preventing them in violation of claims that was disallowed prior to them changing their name to try again in robbing the same victims their claims were disallowed on the first time.

From the beginning Had the Defendants owned the Plaintiff Jackson Original Note they would have known her note was paid in full as agreed by (Option One Mortgage), and their claim was disallowed in the (2005) Bankruptcy filed (ECF Claim #1) ( EFC Claim # 7) and (EFC) Claim # 12) on all those fake arrearages they tried to claim with the intent to rob the Plaintiff of her Land, Home, Money. And Assets Under False Pretense Sending Her Into Bankruptcy Not One But (2) times using Deceptive Practices to keep everyone from finding out the real truth on what they did to the Plaintiff using their affiliates and associates in major corruption and this conspiracy with the intent to rob the victims and defraud the United States Government On Stealing Homes Backing them by Security's that did not belong to them at all.

The courts need to revoke their license in doing business in Alley Financial name because of what they did prior to the bankruptcy and after they filed bankruptcy" has not changed at all, In Fact they are doing the same thing and has never stopped telling everyone the Judges Helped Them When They Defrauded The Judges And The Victims As Well As The United States Government Causing Major Damages To Date, on Claims That Was Disallowed and did not exist and they knew this. They Knew They Did Not Own The Original Notes…

**They knew they had robbed the Plaintiff, and tuned her claim number into a loan number under false pretense, because option one mortgage prior to Jackson the plaintiff loan being paid in full was backed by securities by Option One Mortgage. The Defendants knew what they were doing they just thought they could get away with what they had did which is fraud under rule (60b) and (59b).**

**The Defendants changed names to keep from being exposed and to carry out what they had started in robbing victims under false pretense, like the did with the name (GMAC MORTGAGE CORPORATION) on claims that was Disallowed Reduced and Discharged on January 20, 2010, on fake arrearages dated back from 2004-2007) forcing the plaintiff**

Notice The Defendants Committed Fraud First See The Fake Assignment Was Issued They Said Option One Mortgage Signed When Option One Mortgage Was Closed" Wells Fargo Was Trustee. An Allonges Is Usually Issued At The Same Time And Signed By The Same Person. Also Notice The Signatues Do Not Match The Issuer On The Allonge Or The Assignment" The Person Could Not Even Spell Their Name For (Rebbi-Signing). Also A Loan Number Is Not A Claim Number Used As A Loan Number. Notice How They Whittten Out An Affidavit Fake Loan Number So The courts Could Not See What They Did After They Got Caught.  Also Notice They Said They Were Not The Original Note Holder" So How Did They Get This Information To Fabricate Documents From Wells Fargo On Notes That Was Paid Off Or Serviced By Wells Fargo. Wells Fargo Should Have Issued Them An Assignment Or The Allonge Not Option One Mortgage. In This Case The Note Was Paid In Full Secured By Policy's Of Option One Mortgage And This Is How They Got Caught. Wells Fargo Should Have Been Servicing Option One Mortgage Notes Not" GMAC MORTGAGE CORPORATION OR GAMC MORTGGE LLC OR RESIDENTIAL CAPITAL CORPORATION ACCORDING TO THE SECURITY'S EXCHANGE.

into bankruptcy on fake arrearages when they did not even own the note or the assignment in (2004-2007).

The Defendants came back for the second time under a new name" this time **under (GMAC MORTGAGE LLC)** which we later found out was the same company which was formerly **(GMAC MORTGAGE CORPORATION)** had forced the Plaintiff into bankruptcy a second time on the same fake arrearages but this time they came back in another name providing the courts with a Blank Allonge and A Fake Assignment that was produced by their law firm affiliates that is involved that is tying to prevent from being exposed as well for corruption and conspiracy with the intent to rob victims of their land home and assets on notes they backed by security's that could not pass inspection or the value they backed they homes by in addition the homes did not belong to them at all. How they did it they turned total loss claim numbers into loan numbers and ran off with the money and cashed in on policy's and the victims was injured by them stealing their funds and identity to commit crimes in robbing the government and the victims using deceptive practices to date.

When The Defendants came back the second time to defraud the courts they came back with false assignments they made up using deceptive practices, when their claims on fake arrearages from 2004-2007 was disallowed prior to them fabricating a fake assignment of a note that they did not own to force anyone into bankruptcy prior to (2008) period to date. They Even verified in a affidavit they did not own the Plaintiff Original Note and Only had Access to it, everyone know Owning and Access to something is (2) Different things.

The Defendants/Debtor's (GMAC MORTGAGE LLC) WHICH WAS FORMERLY (GMAC MORTGAGE CORPORATION knew they did not own Jackson note, what they were doing was robbing victims and turning notes over to themselves knowing they did not own the note by getting access to Wells Fargo Files which they could have stolen from their registered agents directory, this we will find out in trial. The United States Government and The Plaintiff have been robbed by the Defendants using deceptive practices and they should not be allowed to SERVICE MORTGAGES OR BE INVOLVED WITH LENDING OR MORTGAGE AT ALL AFTER THEY ROBBED VICTIMS.

In Addition To The Above The Defendants Has Sold The Plaintiff Homes While In Bankruptcy without being authorized by the courts prior to being approved to continue servicing mortgages that they did not own under ALLEY BANK FINANCIAL LICENSE, do Alley Bank Financial Know What They Have Done or Is Doing In Using Their License To Commit Crimes and Rob Victims, Which Makes Them Also Liable For Major Damages If (GMAC MORTGAGE CORPORATION/GMAC MORTGAGE LLC license is not revoked. If they continue doing business they are getting all their affiliates in big trouble as well and they have not been honest with the government the judges or the victims they are robbing victims using their assets raising interest rates to force them into bankruptcy when they did not own the notes or the assignments prior to forcing their victims into bankruptcy under false pretense with their rabbi-signers committing big time fraud through the judicial system which is wrong. They should be brought to legal justice by law for all the actions they have committed to the victims and to the United States Government to date.

Notice The Defendants Committed Fraud First See The Fake Assignment Was Issued They Said Option One Mortgage Signed When Option One Mortgage Was Closed" Wells Fargo Was Trustee. An Allonges Is Usually Issued At The Same Time And Signed By The Same Person. Also Notice The Signatues Do Not Match The Issuer On The Allonge Or The Assignment" The Person Could Not Even Spell Their Name For (Rebbi-Signing). Also A Loan Number Is Not A Claim Number Used As A Loan Number. Notice How They Whittten Out An Affidavit Fake Loan Number So The courts Could Not See What They Did After They Got Caught. Also Notice They Said They Were Not The Original Note Holder" So How Did They Get This Information To Fabricate Documents From Wells Fargo On Notes That Was Paid Off Or Serviced By Wells Fargo. Wells Fargo Should Have Issued Them An Assignment Or The Allonge Not Option One Mortgage. In This Case The Note Was Paid In Full Secured By Policy's Of Option One Mortgage And This Is How They Got Caught. Wells Fargo Should Have Been Servicing Option One Mortgage Notes Not" GMAC MORTGAGE CORPORATION OR GAMC MORTGGE LLC OR RESIDENTIAL CAPITAL CORPORATION ACCORDING TO THE SECURITY'S EXCHANGE.

## STATEMENT OF FACTS

The Defendants knew that Corla Jackson fake arrearages they filed was disallowed and she was discharged from bankrupcy on **JANUARY 20, 2010, Prior to them coming back for the second time with all the fake assignments and blank allonge, Thank God they said in their own affidave they did not Own Jackson Original Note and that they only had access to it, they thought no one was going to read this!**

The recorded records in the United States Bankruptcy Court Discharged The Fake Arrearages Filed By (GMAC MORTGAGE CORPORATION) which changed their name to (GMAC MORTGAGE LLC) after their claim was disallowed and discahrged on January 20, 2010. This was filed and recorded via (ECF Claim # 1, 7, 12). Debtor objects to the claim, alleging that (GMAC MORTGAGE CORPORATION/GMAC MORTGAGE LLC) did not attach any writing to the Claim demonstrating its interest in the property becaue it did not own the note or the assignment prior to causing all the major damages which was back in (2005) refiling under another name in 2010, as (GAMC MORTGAGE LLC) knowing they had changed their name for the second time to try and rob the victim/debitor on her home, land, cash, and assets trying to be slick causing major damages and personal injury's in more than one way.
The proper creditor may file an amended proof of claim pursuant to 11 U.S.C.§ 502(j) within 21 days of the entry of this order.

Alternatively, if GMAC MORTGAGE CORPORATION, who changed it name to GMAC MORTGAGE LLC is not the holder, it must give the holder notice of this 21-day deadline and file adeclaration with the Court that such notice has been given. The Debtor has 14 days afterany amended proof of claim is filed to object. The Court denies Debtor's request forlegal fees and expenses. The Debtor was forced into a chapter 13 by GMAC MORTGAGE CORPORATION (2005) all claims was DISALLOWD and REDUCED. The Debitor Was Discharged from all Claims Filed (ECF #1, 7, 12). **See Exhibit (A)**

After A Year Passed By After Debitor Was Discharged, (GMAC MORTGAGE LLC) came in and violated Federal Laws Disallowing Their Fake Claims Listed Above. This is second time to rob Debitor of her home land and assets under false pretense, senign her into bankruptcy (2) times on the same fake arreages that was disallowed and reduced and Debitor was Discharged On January 20, 2012. How (RESIDENTIAL CAPITAL LLC/ GMAC MORTGAGE LLC) did it, they provided the courts with a Blank Allonge that signature did not match the name of the issuer, or the assignment, this was done by (2) different parties.

Technocally when an Allonge and a Assignment is issued it is by the same party, on the same day made payable to all parties involved, in which did not happen because they did not own the note or the assignment. What happen here they got access to the Debitor's files with the intent to rob her of a claim that was a total loss from the perils of Hurricane Ivan and Hurricane Katrina in the amount over ($350,000), and they got caught! This is clearly fraud under rule (60b) and (59b) which could not be discovered at that time, it was discovered in all the new discovery to date" which is crystal clear now.

Notice The Defendants Committed Fraud First See The Fake Assignment Was Issued They Said Option One Mortgage Signed When Option One Mortgage Was Closed" Wells Fargo Was Trustee. An Allonges Is Usually Issued At The Same Time And Signed By The Same Person. Also Notice The Signatues Do Not Match The Issuer On The Allonge Or The Assignment" The Person Could Not Even Spell Their Name For (Rebbi-Signing). Also A Loan Number Is Not A Claim Number Used As A Loan Number. Notice How They Whittten Out An Affidavit Fake Loan Number So The courts Could Not See What They Did After They Got Caught. Also Notice They Said They Were Not The Original Note Holder" So How Did They Get This Information To Fabricate Documents From Wells Fargo On Notes That Was Paid Off Or Serviced By Wells Fargo. Wells Fargo Should Have Issued Them An Assignment Or The Allonge Not Option One Mortgage. In This Case The Note Was Paid In Full Secured By Policy's Of Option One Mortgage And This Is How They Got Caught. Wells Fargo Should Have Been Servicing Option One Mortgage Notes Not" GMAC MORTGAGE CORPORATION OR GAMC MORTGGE LLC OR RESIDENTIAL CAPITAL CORPORATION ACCORDING TO THE SECURITY'S EXCHANGE.

What GMAC MORTGAGE LLC/GMAC MORTGAGE CORPORATION/ALLEY BANK and their Lawyers did was rob the (victim/debitor) of cash, land home and her assets cashing in on her policy's that they did not want anyone to know about, leaving the home repairs unfinished which was neglet, because the home could not pass Government Inspection and was left unfinished due to what the Debitor's did the home caught fire and the Debitor was injured with first and second degree burns all over which has limited her ability to hold down a full time job, causing her major damges to date. This is what the Debitors was covering up with their crooked lawyers that helped them defraud the courts and the Judges. The Debitors Affiliates Printed Out Documents Of Wells Fargo Bank, and Fabricated Loan Documents, And Fake Affidavates Using A Blank Allonge With Rebi-Signers, knowing they did not own the Debitor note or assignment, refusing to provide the original loan documents, original allonge, and original affidavates to the courts or to the Debitor, in order to prevent major damages to date, because their intent was to rob the debitor of everything she owned, and cause a personal injurey for life, with limited disabilty's which will require surgery now, as well as plastic sergery, and they knew this.

The Debitor Provided the Certified Copy's Of Her Mortgage And Lon Documents In Addition To The Fake Assignment The Debitors (GMAC MORTGAGE LLC/RESIDENTIAL CAPITAL CORPORATION) filed on record. What Debitors (GMAC MORTGAGE LLC/RESIDENTIAL CAPITAL CORPORATION) did was white out the loan number and gave the plaintiff a new loan number through their affiliates on an insured covered total loss claim that they collected on, trying to be slick, and they all got caught instead. How they did it was" they used the Debitor Claim Number On A (Total Loss Claim As A Loan Number) When That Was Not The Debitor Loan Number Defrauding The Courts as they robbed the victim/debitor in which they did not expect to get caught.

The more the debitor tried to expose them for what they did to her the more they tried to cover up what they did to her which is first degree robbery" defrauding the courts through their affiliates knowing they had robbed the debitor under false pretense as well as the United States Government. They even took the plaintiff note and backed it by security's robbed her of cash and robbed her of her land home and assets causing her major damages. They even made false claims on her credit report to keep her from getting re-financed to avoid major damages and all the personal injurey's to date.

What (GMAC MORTGAGE LLC/RESIDENTIAL CAPITAL CORPORATION LLC ) did here is more than fraud. They left the plaintiff to be killed in a home they new they kept the funds on and defrauded the courts all the way to New York. (this is why they filed bankruptcy), to avoid all the damages they caused here that they kept covered up though their affiliates and they still got caught in the end. Now that the truth is finally out the (Debitor) is asking the courts to grant her relief so that she can proceed to trial, becaue the damages they caused here include personal injury's, identity theft, as well as first degree robbery with the intent to cause the plaintiff major damages for personal gain and favor as well as bit profits" which is wrong regardless of color or race, the debitor suffered personal injury's and major damages due to what the debitors did to her to date. All the evidence speak for itself' in which they did not think was going to be revealed on what really happen here to date.

**See Exhibit (B)**

Notice The Defendants Committed Fraud First See The Fake Assignment Was Issued They Said Option One Mortgage Signed When Option One Mortgage Was Closed" Wells Fargo Was Trustee. An Allonges Is Usually Issued At The Same Time And Signed By The Same Person. Also Notice The Signatues Do Not Match The Issuer On The Allonge Or The Assignment" The Person Could Not Even Spell Their Name For (Rebbi-Signing). Also A Loan Number Is Not A Claim Number Used As A Loan Number. Notice How They Whittten Out An Affidavit Fake Loan Number So The courts Could Not See What They Did After They Got Caught. Also Notice They Said They Were Not The Original Note Holder" So How Did They Get This Information To Fabricate Documents From Wells Fargo On Notes That Was Paid Off Or Serviced By Wells Fargo. Wells Fargo Should Have Issued Them An Assignment Or The Allonge Not Option One Mortgage. In This Case The Note Was Paid In Full Secured By Policy's Of Option One Mortgage And This Is How They Got Caught. Wells Fargo Should Have Been Servicing Option One Mortgage Notes Not" GMAC MORTGAGE CORPORATION OR GAMC MORTGGE LLC OR RESIDENTIAL CAPITAL CORPORATION ACCORDING TO THE SECURITY'S EXCHANGE.

The Amended Plan was served on creditor, No GMAC MORTGAGE CORPORATION which changed their name to (GMAC MORTGAGE LLC, did not filed an objection to the request forLoss Mitigation in the United States Bankrupcy Court in (2005) or (2010).

The U.S. Bankruptcy Court for the Southern District of New York adopted a Loss MitigationProgram "to function as a forum for debtors and lenders to reach consensual resolution whenever a debtor's residential property is at risk of foreclosure. The Loss Mitigation Program aims to facilitate resolution by opening lines of communication between the debtors' and lenders' decision-makers." See Loss MitigationProgram Procedures ("Procedures"), Section I, Purpose, at 1; Instructions for Commencement of Loss Mitigation, at 1. (The Procedures, Commencement Instructions, and related documents can be found on theCourt's website at www.nysb.uscourts.gov in the section for Forms, Loss Mitigation.) or any United States Bankruptcy Court Website.

Curts require eidence of the entire chain of custody of the mortgage and note. The claimant must prove initially "that it is the creditor to whom the debt is owed or, alternatively, that it is the authorized agent of the creditor." Parrish , 326 B.R. at 719

GMAC MORTGAGE CORPORATION/GMAC MORTGAGE LLC anad their affiliates knew better. Their Intent Was To Rob The Debitor after causing her major damges.

NOTICE ON JUNE 1, 2012 (GMAC MORTGAGE and EXCUTIVE TRUSTEE) filed a Notice Of Stay And Effect Of Automatic Stay In A Joint Action. The Debitors Notice States that a Joint Action should be Stayed Pursuant to 11 U.S.C § 362 (a).

This Court has jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 and 1334. Venue of this Motion is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409. The Motion Is A core proceeding pursuant to 28 U.S.C. § 157 (b) 2 (G).

<u>The Court Should Order lifting or modifying the automatic stay pursuant **to section 362 (d) of the Bankruptcy Code allowing Alabama Litigation to proceed to judgment against the Debtors along with the non-debtor defendants** for a number of reasons.</u>

In Nothern Pipeline Constr.Co. v. Marathon Pipe Line Co. (1982) 458 U.S. 50, the Supreme court considered constitutional restraints on bankruptcy court jurisdiction. The plurality distinguished those issues at the core of the federal bankruptcy power from the adjudication of state-created private rights" Id. At 71. The Bankruptcy court can exercise jurisdiction over the former, but cannot exercise jurisdiction over state law claim that arose pre-petition. Such claim can be adjudicated only in an Article III court. The Action In The Jackson Action and the Joint Action involved In Alabama Real Property Law , and should be adjudicated by Alabama Court .

Notice The Defendants Committed Fraud First See The Fake Assignment Was Issued They Said Option One Mortgage Signed When Option One Mortgage Was Closed" Wells Fargo Was Trustee. An Allonges Is Usually Issued At The Same Time And Signed By The Same Person. Also Notice The Signatues Do Not Match The Issuer On The Allonge Or The Assignment" The Person Could Not Even Spell Their Name For (Rebbi-Signing). Also A Loan Number Is Not A Claim Number Used As A Loan Number. Notice How They Whittten Out An Affidavit Fake Loan Number So The courts Could Not See What They Did After They Got Caught. Also Notice They Said They Were Not The Original Note Holder" So How Did They Get This Information To Fabricate Documents From Wells Fargo On Notes That Was Paid Off Or Serviced By Wells Fargo. Wells Fargo Should Have Issued Them An Assignment Or The Allonge Not Option One Mortgage. In This Case The Note Was Paid In Full Secured By Policy's Of Option One Mortgage And This Is How They Got Caught. Wells Fargo Should Have Been Servicing Option One Mortgage Notes Not" GMAC MORTGAGE CORPORATION OR GAMC MORTGGE LLC OR RESIDENTIAL CAPITAL CORPORATION ACCORDING TO THE SECURITY'S EXCHANGE.

Section 362 (d) of the Bankruptcy Code provides that the automatic stay shall be modified for cause" 11 U.S.C. § 362 (d) (1).

In Sonnax Standard, it will often be more appropriate to permit proceeding to continue in their place in origin, when no great prejudice to the bankruptcy estate would result, in a order to leave parties in their chosen forum and to relieve the bankruptcy court from many duties that may be handled elsewhere" Matter of Holtkamp (7th Cir.1982) 669 R.2d505, (citing S. Rep. No. 989, 95th Cong., 2d Sess. 50 reprinted in 1978 U.S.C.C.A.N.5787, 5836 (affirming decision to lift stay to allow personal injury case to proceed because civil action did not jeopardize estate where the insurer assumed full financial responsibility for defending the litigation).

See" New York Med. Group, P.C. (Bankr, S.D.N.Y.2001) 265 B.R. 408, 413 (modifying the automatic stay to allow medical malpractice suit to proceed against liquidation debtor). The Plaintiff Jackson Got Injured In A Home Due To What The Defendants Did To Her. The House Caught Fire Due To Them Fabricating And Processing A Claim And They Ran Off With The Funds Leaving The Home Not Being completed And Signing Off On A Home And Note That Did Not Belong To Them Knowing The Home Could Not Pass Inspection Backing It By Security's For Full Value When They Knew The Condition Of The Home Was Never Completed And It Caught Fire From All The Water Damages And Note Being Restored Back To Its Original Position Blocking The Plaintiff From Taking A Loan Against Her Own Assets They Stole And Stalled Processing The Claims And After They Processed The Claims The Cased In The Policy's And Kept The Funds For Themselves Using Deceptive Practices.

When a bankruptcy court cannot adjudicate pre-petition claims, the stay should be modified to permit the action to continue to the original court.  See In re Cooke, 2007 WL 2102687 at *3.  Also See" Fraud Under Rule 60(b) and (59 (b).

**The Defendants (GMAC MORTGAGE CORPORATION/GMAC MORTGAGE LLC/RESIDENTIAL CAPITAL LLC/ALLEY BANK FINANCIAL) is in violation of a Stay Automatic Stay Order Due To Them Filing Bankruptcy. They Proceeded To Sale Plantiff Home With Her Still In Her Home And Then They File Bankruptcy In New York To Aviod Charges And Fines In More Than One Way Once By The SEC And The United States Government and Again By The Plaintiff On A Note They Did Not Own At All" That Has Cost The Plaintiff Major Damages In All Kind Of Way More Than You Can Imagine.**

See In re, Jones v. Wells Fargo Home Mortgage, Adv. No. 06-01093 (Bankr. E.D. La. August 29, 2007.  The Court found Wells Fargo guilty of violating the automatic stay by improperly assessing post-petition charges in a Chapter 13 case, and diverting payments made by the Chapter 13 trustee to satisfy claims not authorized by the Chapter 13 plan or the Court.  Further, the Court found that *this conduct was the*

---

Notice The Defendants Committed Fraud First See The Fake Assignment Was Issued They Said Option One Mortgage Signed When Option One Mortgage Was Closed" Wells Fargo Was Trustee. An Allonges Is Usually Issued At The Same Time And Signed By The Same Person. Also Notice The Signatues Do Not Match The Issuer On The Allonge Or The Assignment" The Person Could Not Even Spell Their Name For (Rebbi-Signing). Also A Loan Number Is Not A Claim Number Used As A Loan Number. Notice How They Whittten Out An Affidavit Fake Loan Number So The courts Could Not See What They Did After They Got Caught.  Also Notice They Said They Were Not The Original Note Holder" So How Did They Get This Information To Fabricate Documents From Wells Fargo On Notes That Was Paid Off Or Serviced By Wells Fargo. Wells Fargo Should Have Issued Them An Assignment Or The Allonge Not Option One Mortgage. In This Case The Note Was Paid In Full Secured By Policy's Of Option One Mortgage And This Is How They Got Caught.  Wells Fargo Should Have Been Servicing Option One Mortgage Notes Not" GMAC MORTGAGE CORPORATION OR GAMC MORTGGE LLC OR RESIDENTIAL CAPITAL CORPORATION ACCORDING TO THE SECURITY'S EXCHANGE.

*normal court of business for Wells Fargo in perhaps thousands of consumer cases.* The Court awarded attorneys fees and expenses of $67,202.45 and considered a multi-million dollar punitive damages award due to the apparent widespread misconduct. However, Wells Fargo proposed changes (noted below, after the jump) in the way it does business in lieu of sanctions.

Further, Wells Fargo agreed to memorialize its proposal into an order of the Court, *"enforceable in any case pending or subsequently filed before any court in the country."* The Court agreed that this was an appropriate result and would enter an order setting forth this agreement, such that the Court could continue oversight over Wells Fargo's implementation of the agreement. <u>Jones v. Wells Fargo Home Mortgage Inc. (In re Jones), 2012 WL 1155715 (Banker. E.D. La. 4/5/12.</u>

The United States District Court For The Southern Division Of Alabama Stayed Jackson Case, After The Defendants Said They Were Filing Bankruptcy. An Order Was Attached, For Them To Report Back To The Courts. What The Defendants Did To Rob The Government On Assets They Backed By Security's That Did Not Belong To Them Was Sale The Plaintiff Home With Her In It, The Plaintiff Was Contacted That They Cashed In Policy's And Sold Her Home <u>Prior To Being Approved By The New York Administered Bankruptcy Court, To Proceed In Servicing Loans Under Alley Financial See June 13, 2012 Hearing And Date The Sale Of The House Took Place Without The New York Courts Being Notified.</u>

What They Did Was Go Around The Courts The Judges And The Administrators Over The Bankruptcy And Their Actions. This Is Why They Told Jackson Not To Come To New York And She Did Anyway To See What They Were Doing Next….They Deceived The Courts To Continue Robbing Victims Is What They Did On January 13, 2012 Not Telling The Judge What They Had Done As Well As The United States Government Which Owns Them On Their Notes Backed By Security On Stolen Property Using Deceptive Practices. <u>That Is What They Are Trying To Hide; They Were Cashing In Policy And Selling Homes Without Their Permission Or Their Knowledge Of What Profits They Made Illegally.</u>

It Is A Fact The Defendants Were Not Even Approved By The Bankruptcy Courts Of New York, To Take Any Action On Selling Homes They Stole Or Anything Else. The Law Firms Were Note Even Approved Through Bankruptcy Courts, Or Any Of Their Actions. In Addition To This They Objected To Jackson Motion For Automatic Stay To Keep The Courts And Administrators From Finding Out What Their Affiliates And Law Firms Had Did And Was Doing In Using Alley Banks Licensing To Rob Victims Giving GMAC MORTGAGE Auto Industry And Bad Name, Under The Table By Casing In On Profits Going Around The Courts….

Notice The Defendants Committed Fraud First See The Fake Assignment Was Issued They Said Option One Mortgage Signed When Option One Mortgage Was Closed" Wells Fargo Was Trustee. An Allonges Is Usually Issued At The Same Time And Signed By The Same Person. Also Notice The Signatues Do Not Match The Issuer On The Allonge Or The Assignment" The Person Could Not Even Spell Their Name For (Rebbi-Signing). Also A Loan Number Is Not A Claim Number Used As A Loan Number. Notice How They Whittten Out An Affidavit Fake Loan Number So The courts Could Not See What They Did After They Got Caught. Also Notice They Said They Were Not The Original Note Holder" So How Did They Get This Information To Fabricate Documents From Wells Fargo On Notes That Was Paid Off Or Serviced By Wells Fargo. Wells Fargo Should Have Issued Them An Assignment Or The Allonge Not Option One Mortgage. In This Case The Note Was Paid In Full Secured By Policy's Of Option One Mortgage And This Is How They Got Caught. Wells Fargo Should Have Been Servicing Option One Mortgage Notes Not" GMAC MORTGAGE CORPORATION OR GAMC MORTGGE LLC OR RESIDENTIAL CAPITAL CORPORATION ACCORDING TO THE SECURITY'S EXCHANGE.

In re, (Cooper- Smith 2012 WL 1143801 (Bankr E.D.N.C. 4/4/2012).

Wells Fargo N.A. v. Stewart (In re (Stewart) 647F.3d553 (5th Cir. 3/11. In the light of Stewart the 5th Cir. Remanded the Case for consideration of punitive damages.

In BMW of North America Inc. v. Gore 517 U.S. 559 1996. The Supreme Court Identified Three Factors For Determining The Propriety Of A Punitive Damage Award. The First Factor Is The Degree Of Reprehensible Conduct. There are Lots More Damages Filed In The United District Court Of The Southern Division Of Alabama That Will Be Disclosed In Trial To Help Victims And The United States Government And Prevent Other Judges From Being Deceived By The Defendants And Their Affiliates In Helping Them Commit Crimes On Homes That Was Backed By Security's That They Had Robbed So Many Victims Of. Jackson Prays The Courts Will Prevail In Bringing All Parties To Legal Justice By Federal Laws To Prevent Further Corruption Into Our Judicial Systems With The Defendants Their Partners And Shareholders That Is Not Above Federal Laws In Deceiving Judges And Courts For Profits Personal Gain And Favor Versus the Law Robbing Victims Causing Them Major Damages Far For Personal Gain And Favor Versus The Law. No One Is Above The Law In The United States.

The Judges Need To Send A Message Loud And Clear Robbing Victims Under False Pretense Causing Personal Injuries And Major Property Damages And Damages As Well As Identity Theft Of Home And Victims Credit Will Not Be Tolerated In Courts By Any Judges After This. The Defendants Cannot Be Trusted As Well As Their Affiliates Guaranteed " Any Respective Business Would Not Have Rob Victims and Deceived The Courts Making It Appear One Way While They Rob Victims To Back Notes By Security's And For Profits Clouding Titles And Assets That Did Not Belong To The Defendants And They Knew This, Or They Would Not Have Did What They Did To Cover Up Major Corruption And Conspiracy's To Date. This Case Should Have Been Proceeded To Trial Because The Defendants Robbed The Victims Jackson Of Everything She Had And Caused Her Personal Injuries That Left Permanent Damages To Date As Well As Destroying Her Home Via Toxic Mold Cashing Out The Policy's For Their Own Personal Use More Than One Time, And Recently Going Around The Bankruptcy Courts And Judges Without Telling Them On July 13, 2012.

**The Case Management/Electronic Case Filing (ECF) system is the Federal Judiciary's comprehensive case management system for all bankruptcy courts nationwide the Defendants new this prior to changing their name to attempt to rob the Plaintiff/Victim again because they did not own the Original Note It Was Impossible…**

**The Defendants Did Commit Fraud Under Rule 60 (b) And 59 (b) And God Only Knows What Else They Did. They Were After Policy's That Jackson Owned That Valued Over ($800,000). Jackson Was Notified They Cashed In…And Sold Her Home As Well As Robbed Her Of Everything She Had Using Deceptive Practices. We Can Provide All The**

Notice The Defendants Committed Fraud First See The Fake Assignment Was Issued They Said Option One Mortgage Signed When Option One Mortgage Was Closed" Wells Fargo Was Trustee. An Allonges Is Usually Issued At The Same Time And Signed By The Same Person. Also Notice The Signatues Do Not Match The Issuer On The Allonge Or The Assignment" The Person Could Not Even Spell Their Name For (Rebbi-Signing). Also A Loan Number Is Not A Claim Number Used As A Loan Number. Notice How They Whittten Out An Affidavit Fake Loan Number So The courts Could Not See What They Did After They Got Caught. Also Notice They Said They Were Not The Original Note Holder" So How Did They Get This Information To Fabricate Documents From Wells Fargo On Notes That Was Paid Off Or Serviced By Wells Fargo. Wells Fargo Should Have Issued Them An Assignment Or The Allonge Not Option One Mortgage. In This Case The Note Was Paid In Full Secured By Policy's Of Option One Mortgage And This Is How They Got Caught. Wells Fargo Should Have Been Servicing Option One Mortgage Notes Not" GMAC MORTGAGE CORPORATION OR GAMC MORTGGE LLC OR RESIDENTIAL CAPITAL CORPORATION ACCORDING TO THE SECURITY'S EXCHANGE.

Evidence In The Defendants Own Affidavit They Did Not Own The Original Note And Only Has Access To The Plaintiff Note Which Lead To Fraud And Identity Theft And Personal Injuries As Wells And Major Damages To Date.

The Defendants Knew They Did Not Own The Plaintiff Original Note And The Notes Was Backed By Other Policy's Not To Mention It Was Impossible For Them To Own Notes They Backed By Security's On Assets They Robbed Victims Of. This Is a Major Crime And Corruption and Conspiracy Ring They Had Going On Here As Well With Other Victims And They Knew It And Proceeded To Rob Them To Date.

The Definitely Cannot Be Trusted Anymore After To Came Back And Committed Fraud And Robbed Jackson And Other Victims Using Fabricated Rabbi Signers And Fabricated Documents On Notes They Did Not Own.

They Even Got Into Court Files And Wiped Out Some Of Their Records With Their Affiliates Not Knowing The Victims Already Had Certified Documents From The Courts That Was On File As Well.

The Defendants Has Robbed The Victims And The Government Cashing Out Policy On Notes The Fabricated That They Backed By Security's This Is A Major Problem.

FACTS...The Defendants Robbed Jackson/Victims/Plaintiff And Left Her To Die In The Home, And Then Came Back Fabricating Documents To Rob Her Of Her Home Then They Turned Around And Sold The Home Going Around The Bankruptcy Judge In New York, As Well As The United States Bankruptcy Courts For The Southern Division Of Alabama When The Order Stayed The Case, Now This Is Cold Blooded...You Call It What You Want But This A Major Crime That Should Proceed To Trial. In Addition To This They Jacked Up The Interest Rates On Adjustable Mortgage They Did Not Own To Fake An Illegal Foreclosure Without An Assignment Or Owning The Original Note All Form The Very Beginning. This Is Why Their Claim Was Disallowed And The Plaintiff Was Discharged January 20, 2010. Filed EFC...And They Knew It This Is Why They Changed Their Name To Come Back And Rob Victims On Notes They Backed By Security's That Did Not Belong To Them.

## The Fake Arrearages Was From 2005
## Discharged On January 20, 2012 And The Defendants Knew This.

The Case Management/Electronic **Case Filing (ECF) system is the** Federal **Judiciary's** comprehensive case management system for all bankruptcy courts nationwide the Defendants new this prior to changing their name to attempt to rob the Plaintiff/Victim again because they did not own the Original Note It Was Impossible...

Notice The Defendants Committed Fraud First See The Fake Assignment Was Issued They Said Option One Mortgage Signed When Option One Mortgage Was Closed" Wells Fargo Was Trustee. An Allonges Is Usually Issued At The Same Time And Signed By The Same Person. Also Notice The Signatues Do Not Match The Issuer On The Allonge Or The Assignment" The Person Could Not Even Spell Their Name For (Rebbi-Signing). Also A Loan Number Is Not A Claim Number Used As A Loan Number. Notice How They Whittten Out An Affidavit Fake Loan Number So The courts Could Not See What They Did After They Got Caught. Also Notice They Said They Were Not The Original Note Holder" So How Did They Get This Information To Fabricate Documents From Wells Fargo On Notes That Was Paid Off Or Serviced By Wells Fargo. Wells Fargo Should Have Issued Them An Assignment Or The Allonge Not Option One Mortgage. In This Case The Note Was Paid In Full Secured By Policy's Of Option One Mortgage And This Is How They Got Caught. Wells Fargo Should Have Been Servicing Option One Mortgage Notes Not" GMAC MORTGAGE CORPORATION OR GAMC MORTGGE LLC OR RESIDENTIAL CAPITAL CORPORATION ACCORDING TO THE SECURITY'S EXCHANGE.

# CERTIFICATE OF SERVICE

I certify that on **July 18, 2012** a true copy of this motion was served to:

**MORRISION & FOSTER LLP**
1290 Avenue Of The Americas
New York, New York. 10104
Phone (212) 468-8000
Facesmile: (212) 468-7900

**Attention**: Larren M. Nashelsky  or Mr. A. Klien

*Corla Jackson* 7/18/2012
Corla Jackson
13230 Tom Gaston Road
Mobile, Alabama. 36695
Phone: (251) 554-1785

Notice The Defendants Committed Fraud First See The Fake Assignment Was Issued They Said Option One Mortgage Signed When Option One Mortgage Was Closed" Wells Fargo Was Trustee. An Allonges Is Usually Issued At The Same Time And Signed By The Same Person. Also Notice The Signatues Do Not Match The Issuer On The Allonge Or The Assignment" The Person Could Not Even Spell Their Name For (Rebbi-Signing). Also A Loan Number Is Not A Claim Number Used As A Loan Number. Notice How They Whittten Out An Affidavit Fake Loan Number So The courts Could Not See What They Did After They Got Caught. Also Notice They Said They Were Not The Original Note Holder" So How Did They Get This Information To Fabricate Documents From Wells Fargo On Notes That Was Paid Off Or Serviced By Wells Fargo. Wells Fargo Should Have Issued Them An Assignment Or The Allonge Not Option One Mortgage. In This Case The Note Was Paid In Full Secured By Policy's Of Option One Mortgage And This Is How They Got Caught. Wells Fargo Should Have Been Servicing Option One Mortgage Notes Not" GMAC MORTGAGE CORPORATION OR GAMC MORTGGE LLC OR RESIDENTIAL CAPITAL CORPORATION ACCORDING TO THE SECURITY'S EXCHANGE.