Hearing Date:  August 14, 2012 at 10:00 a.m. (Eastern Time)
Objection Deadline:  August 7, 2012 at 4:00 p.m. (Eastern Time)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>RESIDENTIAL CAPITAL, LLC, *et al.*,<br><br>                Debtors. | Case No. 12-12020 (MG)<br><br>Chapter 11<br><br>Jointly Administered |

**NOTICE OF HEARING ON (I) MOTION OF THE FEDERAL HOUSING FINANCE AGENCY PURSUANT TO THE JULY 11, 2012 ORDER OF THE HONORABLE DENISE L. COTE SEEKING LIMITED DISCOVERY FROM THE DEBTORS AND, IF NECESSARY TO THAT PURPOSE, RELIEF FROM THE AUTOMATIC STAY AND (II) SUPPLEMENT TO JULY 17, 2012 MOTION OF THE FEDERAL HOUSING FINANCE AGENCY PURSUANT TO THE JULY 11, 2012 ORDER OF THE HONORABLE DENISE L. COTE SEEKING LIMITED DISCOVERY FROM THE DEBTORS AND, IF NECESSARY TO THAT PURPOSE, <u>RELIEF FROM THE AUTOMATIC STAY</u>**

PLEASE TAKE NOTICE THAT a hearing will be held before the Honorable Martin Glenn, United States Bankruptcy Judge, on August 14, 2012 at 10:00 a.m. (Eastern Time) in Room 501 of the United States Bankruptcy Court for the Southern District of New York (the "<u>Bankruptcy Court</u>"), One Bowling Green, New York, New York 10004, or as soon thereafter as counsel can be heard, to consider the (i) *Motion of the Federal Housing Finance Agency Pursuant to the July 17, 2012 Order of the Honorable Denise L. Cote Seeking Limited Discovery and, if Necessary to that Purpose, Relief from the Automatic Stay* (the "<u>Motion</u>") [Docket No. 810] and (ii) *Supplement to July 17, 2012 Motion of the Federal Housing Finance Agency Pursuant to the July 17, 2012 Order of the Honorable Denise L. Cote Seeking Limited Discovery and, if Necessary to that Purpose, Relief from the Automatic Stay* (the "<u>Supplemental Motion</u>").

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Motion and Supplemental Motion must be made in writing, stating in detail the reasons therefore, and must

be filed with the Clerk of the Bankruptcy Court, with paper copies delivered to Bankruptcy Judge Martin Glenn's Chambers, and served in accordance with the *Order Under Bankruptcy Code Sections 102(1), 105(a) and 105(d), Bankruptcy Rules 1015(c), 2002(m) and 9007 and Local Bankruptcy Rule 2002-2 Establishing Certain Notice, Case Management and Administrative Procedures* [Docket No. 141] (the "Case Management Order") so that any objections are actually received by such parties required by the Case Management Order not later than 4:00 p.m. (Eastern Time) on August 7, 2012 (the "Objection Deadline").  Objections not timely served and filed by the Objection Deadline may not considered by the Court.

      PLEASE TAKE FURTHER NOTICE that the hearing to consider the Motion and Supplemental Motion may be adjourned from time to time, without further written notice to any party.

DATED:      July 20, 2012
                New York, New York

                KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

                /s/ Andrew K. Glenn
                Andrew K. Glenn (aglenn@kasowitz.com)
                Matthew B. Stein (mstein@kasowitz.com)
                Daniel A. Fliman (dfliman@kasowitz.com)
                1633 Broadway
                New York, New York 10019
                Telephone:  (212) 506-1700
                Facsimile:  (212) 506-1800

                *Attorneys for Federal Housing Finance Agency, as Conservator for the Federal Home Loan Mortgage Corporation*