12-12020-mg    Doc 870    Filed 07/23/12    Entered 07/23/12 12:54:27    Main Document
Pg 1 of 5

Corinne Ball (NY Bar No. 1125186)
Richard L. Wynne (NY Bar No. 1861426)
JONES DAY
222 East 41st Street
New York, NY 10017.6702
Telephone:   212-326-3939
Facsimile:   212-755-7306

Carl E. Black (Ohio Bar No. 0069479)
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, OH 44114.1190
Telephone:   216-586-3939
Facsimile:   216-579-0212

Attorneys for Creditor
FINANCIAL GUARANTY INSURANCE
COMPANY

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x
                                                        )
In re:                                                  )   Case No. 12-12020 (MG)
                                                        )
RESIDENTIAL CAPITAL, LLC, et al.,                       )   Chapter 11
                                                        )
    Debtors.                                          )   Jointly Administered
                                                        )
                                                        )
------------------------------------------------------- x

**CERTIFICATE OF SERVICE OF
JOINDER OF FINANCIAL GUARANTY INSURANCE COMPANY
TO THE PROPOSED SCHEDULE SUBMITTED IN CONNECTION WITH
STATEMENT OF OFFICIAL COMMITTEE OF UNSECURED
CREDITORS IN SUPPORT OF SCHEDULING ORDER JOINTLY
<u>PROPOSED BY COMMITTEE AND CERTAIN RMBS TRUSTEES</u>**

      The undersigned attorney hereby certifies that on July 20, 2012, a true and correct copy

of the *Joinder Of Financial Guaranty Insurance Company To The Proposed Schedule Submitted*

*In Connection With Statement Of Official Committee Of Unsecured Creditors In Support Of*

*Scheduling Order Jointly Proposed By Committee And Certain RMBS Trustees* (docket no. 865)

was served by electronic mail to the parties on the annexed Exhibit A.


Dated: July 23, 2012                             */s/ Richard L. Wynne*
     Los Angeles, California              Richard L. Wynne

# EXHIBIT A

# ELECTRONIC MAIL SERVICE LIST

"jhaake@wbsvlaw.com" <jhaake@wbsvlaw.com>, "abehlmann@lowenstein.com" <abehlmann@lowenstein.com>, "abehlmann@lowenstein.com" <abehlmann@lowenstein.com>, "accesslegalservices@gmail.com" <accesslegalservices@gmail.com>, "aglenn@kasowitz.com" <aglenn@kasowitz.com>, "mstein@kasowitz.com" <mstein@kasowitz.com>, "dfliman@kasowitz.com" <dfliman@kasowitz.com>, "namamoo@kasowitz.com" <namamoo@kasowitz.com>, "alicia.borys@barclays.com" <alicia.borys@barclays.com>, "patrick.kerner@barclays.com" <patrick.kerner@barclays.com>, "amuller@stinson.com" <amuller@stinson.com>, "ana.damonte@pillsburylaw.com" <ana.damonte@pillsburylaw.com>, "austin.bankruptcy@publicans.com" <austin.bankruptcy@publicans.com>, "ayala.hassell@hp.com" <ayala.hassell@hp.com>, "bateman@sewkis.com" <bateman@sewkis.com>, "bbeskanos@aol.com" <bbeskanos@aol.com>, "bbressler@schnader.com" <bbressler@schnader.com>, "rbarkasy@schnader.com" <rbarkasy@schnader.com>, "bdeutsch@schnader.com" <bdeutsch@schnader.com>, "brendan.meyer@db.com" <brendan.meyer@db.com>, "broylesmk@rgcattys.com" <broylesmk@rgcattys.com>, "catherine_lasher@fanniemae.com" <catherine_lasher@fanniemae.com>, "cball@jonesday.com" <cball@jonesday.com>, "rlwynne@jonesday.com" <rlwynne@jonesday.com>, "lemiller@jonesday.com" <lemiller@jonesday.com>, "ceblack@jonesday.com" <ceblack@jonesday.com>, "cmomjian@attorneygeneral.gov" <cmomjian@attorneygeneral.gov>, "cohen@sewkis.com" <cohen@sewkis.com>, "das@sewkis.com" <das@sewkis.com>, "courtney.lowman@ally.com" <courtney.lowman@ally.com>, "cwood@rgrdlaw.com" <cwood@rgrdlaw.com>, "dallas.bankruptcy@publicans.com" <dallas.bankruptcy@publicans.com>, "danbrockett@quinnemanuel.com" <danbrockett@quinnemanuel.com>, "daveburnett@quinnemanuel.com" <daveburnett@quinnemanuel.com>, "david.powlen@btlaw.com" <david.powlen@btlaw.com>, "david.tillem@wilsonelser.com" <david.tillem@wilsonelser.com>, "davids@blblgaw.com" <davids@blblgaw.com>, "jonathanu@blbglaw.com" <jonathanu@blbglaw.com>, "matthewj@blbglaw.com" <matthewj@blbglaw.com>, "dearly@fdic.gov" <dearly@fdic.gov>, "deggert@freebornpeters.com" <deggert@freebornpeters.com>, "dflanigan@polsinelli.com" <dflanigan@polsinelli.com>, "jnagi@polsinelli.com" <jnagi@polsinelli.com>, "dhall@siwpc.com" <dhall@siwpc.com>, "diem.home@gmail.com" <diem.home@gmail.com>, "dneier@winston.com" <dneier@winston.com>, "dneier@winston.com" <dneier@winston.com>, "cschreiber@winston.com" <cschreiber@winston.com>, "almoskowitz@winston.com" <almoskowitz@winston.com>, "dprather@iglou.com" <dprather@iglou.com>, "dsasser@siwpc.com" <dsasser@siwpc.com>, "dwdykhouse@pbwt.com" <dwdykhouse@pbwt.com>, "bguiney@pbwt.com" <bguiney@pbwt.com>, "ebcalvo@pbfcm.com" <ebcalvo@pbfcm.com>, "ecf@kaalaw.com" <ecf@kaalaw.com>, "fsosnick@shearman.com" <fsosnick@shearman.com>, "sfennessey@shearman.com" <sfennessey@shearman.com>, "gbush@zuckerman.com" <gbush@zuckerman.com>, "ncohen@zuckerman.com" <ncohen@zuckerman.com>, "lneish@zuckerman.com" <lneish@zuckerman.com>, "gbush@zuckerman.com" <gbush@zuckerman.com>, "ncohen@zuckerman.com" <ncohen@zuckerman.com>, "lneish@zuckerman.com" <lneish@zuckerman.com>, "gcatalanello@duanemorris.com" <gcatalanello@duanemorris.com>, "jvincequerra@duanemorris.com" <jvincequerra@duanemorris.com>, "gjarvis@gelaw.com" <gjarvis@gelaw.com>, "mpmorris@gelaw.com" <mpmorris@gelaw.com>, "delman@gelaw.com" <delman@gelaw.com>, "glenn.gillett@usdoj.gov" <glenn.gillett@usdoj.gov>, "glenn.siegel@dechert.com" <glenn.siegel@dechert.com>, "hector.gonzalez@dechert.com" <hector.gonzalez@dechert.com>, "brian.greer@dechert.com" <brian.greer@dechert.com>, "mauricio.espana@dechert.com" <mauricio.espana@dechert.com>, "gregory.petrick@cwt.com" <gregory.petrick@cwt.com>, "ingrid.bagby@cwt.com" <ingrid.bagby@cwt.com>, "guzzi@whitecase.com" <guzzi@whitecase.com>, "houston_bankruptcy@lgbs.com" <houston_bankruptcy@lgbs.com>, "igoldstein@proskauer.com" <igoldstein@proskauer.com>, "jai@blbglaw.com" <jai@blbglaw.com>, "jberkowitz@gibbonslaw.com" <jberkowitz@gibbonslaw.com>, "jeff.brown@gmacfs.com" <jeff.brown@gmacfs.com>, "william.b.solomon@ally.com" <william.b.solomon@ally.com>, "jgarrity@morganlewis.com" <jgarrity@morganlewis.com>, "jglucksman@scarincihollenbeck.com" <jglucksman@scarincihollenbeck.com>, "jlaitman@cohenmilstein.com" <jlaitman@cohenmilstein.com>, "clometti@cohenmilstein.com" <clometti@cohenmilstein.com>, "meisenkraft@cohenmilstein.com" <meisenkraft@cohenmilstein.com>, "drehns@cohenmilstein.com" <drehns@cohenmilstein.com>, "krehns@cohenmilstein.com" <krehns@cohenmilstein.com>, "jlawlor@wmd-law.com" <jlawlor@wmd-law.com>, "jmiller@tcfbank.com" <jmiller@tcfbank.com>, "jmoldovan@morrisoncohen.com"

<jmoldovan@morrisoncohen.com>, "bankruptcy@morrisoncohen.com" <bankruptcy@morrisoncohen.com>, "john.stern@texasattorneygeneral.gov" <john.stern@texasattorneygeneral.gov>, "jwilliams@wilmingtontrust.com" <jwilliams@wilmingtontrust.com>, "rmaney@wilmingtontrust.com" <rmaney@wilmingtontrust.com>, "kelly.j.rentz@wellsfargo.com" <kelly.j.rentz@wellsfargo.com>, "nichlaus.m.ross@wellsfargo.com" <nichlaus.m.ross@wellsfargo.com>, "sharon.squillario@wellsfargo.com" <sharon.squillario@wellsfargo.com>, "mary.l.sohlberg@wellsfargo.com" <mary.l.sohlberg@wellsfargo.com>, "kenton_hambrick@freddiemac.com" <kenton_hambrick@freddiemac.com>, "kgiannelli@gibbonslaw.com" <kgiannelli@gibbonslaw.com>, "kpatrick@gibbsbruns.com" <kpatrick@gibbsbruns.com>, "kpatrick@gibbsbruns.com" <kpatrick@gibbsbruns.com>, "shumphries@gibbsbruns.com" <shumphries@gibbsbruns.com>, "kristi.garcia@wellsfargo.com" <kristi.garcia@wellsfargo.com>, "lberkoff@moritthock.com" <lberkoff@moritthock.com>, "macohen@curtis.com" <macohen@curtis.com>, "mamta.scott@usbank.com" <mamta.scott@usbank.com>, "mark.ellenberg@cwt.com" <mark.ellenberg@cwt.com>, "mcarney@mckoolsmith.com" <mcarney@mckoolsmith.com>, "metkin@lowenstein.com" <metkin@lowenstein.com>, "ilevee@lowenstein.com" <ilevee@lowenstein.com>, "metkin@lowenstein.com" <metkin@lowenstein.com>, "ilevee@lowenstein.com" <ilevee@lowenstein.com>, "mgallagher@curtis.com" <mgallagher@curtis.com>, "michelle.moeller@usbank.com" <michelle.moeller@usbank.com>, "mkraut@morganlewis.com" <mkraut@morganlewis.com>, "mrollin@rplaw.com" <mrollin@rplaw.com>, "mvaughan@wbsvlaw.com" <mvaughan@wbsvlaw.com>, "dskeens@wbsvlaw.com" <dskeens@wbsvlaw.com>, "mwarner@coleschotz.com" <mwarner@coleschotz.com>, "echou@coleschotz.com" <echou@coleschotz.com>, "paul_papas@mylegalhelpusa.com" <paul_papas@mylegalhelpusa.com>, "pdefilippo@wmd-law.com" <pdefilippo@wmd-law.com>, "sfitzgerald@wmd-law.com" <sfitzgerald@wmd-law.com>, "pfleming@morganlewis.com" <pfleming@morganlewis.com>, "pmoak@mckoolsmith.com" <pmoak@mckoolsmith.com>, "pmoak@mckoolsmith.com" <pmoak@mckoolsmith.com>, "ra-li-ucts-bankrupt@state.pa.us" <ra-li-ucts-bankrupt@state.pa.us>, "rescapinfo@kccllc.com" <rescapinfo@kccllc.com>, "robert.major@bnymellon.com" <robert.major@bnymellon.com>, "rosa.mendez@db.com" <rosa.mendez@db.com>, "ross.martin@ropesgray.com" <ross.martin@ropesgray.com>, "ross.martin@ropesgray.com" <ross.martin@ropesgray.com>, "keith.wofford@ropesgray.com" <keith.wofford@ropesgray.com>, "sarah.stout@bnymellon.com" <sarah.stout@bnymellon.com>, "jennifer.provenzano@bnymellon.com" <jennifer.provenzano@bnymellon.com>, "michael.spataro@bnymellon.com" <michael.spataro@bnymellon.com>, "mageshwaran.ramasamy@bnymellon.com" <mageshwaran.ramasamy@bnymellon.com>, "seth.goldman@mto.com" <seth.goldman@mto.com>, "sheehan@txschoollaw.com" <sheehan@txschoollaw.com>, "sreisman@curtis.com" <sreisman@curtis.com>, "srutsky@proskauer.com" <srutsky@proskauer.com>, "jzajac@proskauer.com" <jzajac@proskauer.com>, "stevep@rgrdlaw.com" <stevep@rgrdlaw.com>, "susan.khokher@tdsecurities.com" <susan.khokher@tdsecurities.com>, "kathryn.thorpe@tdsecurities.com" <kathryn.thorpe@tdsecurities.com>, "adam.parkin@tdsecurities.com" <adam.parkin@tdsecurities.com>, "christopher.stevens@tdsecurities.com" <christopher.stevens@tdsecurities.com>, "susanp@taxcollector.com" <susanp@taxcollector.com>, "susheelkirpalani@quinnemanuel.com" <susheelkirpalani@quinnemanuel.com>, "scottshelley@quinnemanuel.com" <scottshelley@quinnemanuel.com>, "taconrad@sblawfirm.com" <taconrad@sblawfirm.com>, "tal@talcottfranklin.com" <tal@talcottfranklin.com>, "tanveer.ashraf@usbank.com" <tanveer.ashraf@usbank.com>, "tfawkes@freebornpeters.com" <tfawkes@freebornpeters.com>, "thadwilson@kslaw.com" <thadwilson@kslaw.com>, "ajowers@kslaw.com" <ajowers@kslaw.com>, "pferdinands@kslaw.com" <pferdinands@kslaw.com>, "theodore.w.tozer@hud.gov" <theodore.w.tozer@hud.gov>, "thomas.walper@mto.com" <thomas.walper@mto.com>, "tklestadt@klestadt.com" <tklestadt@klestadt.com>, "jcorneau@klestadt.com" <jcorneau@klestadt.com>, "tlallier@foleymansfield.com" <tlallier@foleymansfield.com>, "tom.houghton@ally.com" <tom.houghton@ally.com>, "whazeltine@sha-llc.com" <whazeltine@sha-llc.com>, "will.hoch@crowedunlevy.com" <will.hoch@crowedunlevy.com>, "xrausloanops5@barclays.com" <xrausloanops5@barclays.com>, "bobbie.theivakumaran@citi.com" <bobbie.theivakumaran@citi.com>, "kelvin.vargas@db.com" <kelvin.vargas@db.com>, "peter_mcgonigle@fanniemae.com" <peter_mcgonigle@fanniemae.com>, "kdwbankruptcydepartment@kelleydrye.com" <kdwbankruptcydepartment@kelleydrye.com>, "richard.cieri@kirkland.com" <richard.cieri@kirkland.com>, "ray.schrock@kirkland.com" <ray.schrock@kirkland.com>, "richard.cieri@kirkland.com" <richard.cieri@kirkland.com>, "stephen.hessler@kirkland.com" <stephen.hessler@kirkland.com>, "projectrodeo@kirkland.com" <projectrodeo@kirkland.com>, "William.b.Solomon@ally.com" <William.b.Solomon@ally.com>, "timothy.devine@ally.com" <timothy.devine@ally.com>, "john.bellaver@ally.com" <john.bellaver@ally.com>,

"keckstein@kramerlevin.com" <keckstein@kramerlevin.com>, "tmayer@kramerlevin.com" <tmayer@kramerlevin.com>, "dmannal@kramerlevin.com" <dmannal@kramerlevin.com>, "tammy.hamzehpour@gmacrescap.com" <tammy.hamzehpour@gmacrescap.com>, "diane.citron@ally.com" <diane.citron@ally.com>, "lnashelsky@mofo.com" <lnashelsky@mofo.com>, "glee@mofo.com" <glee@mofo.com>, "lmarinuzzi@mofo.com" <lmarinuzzi@mofo.com>, "nancy.lord@oag.state.ny.us" <nancy.lord@oag.state.ny.us>, "neal.mann@oag.state.ny.us" <neal.mann@oag.state.ny.us>, "secbankruptcy@sec.gov" <secbankruptcy@sec.gov>, "secbankruptcy@sec.gov" <secbankruptcy@sec.gov>, "newyork@sec.gov" <newyork@sec.gov>, "lnyhan@sidley.com" <lnyhan@sidley.com>, "jboelter@sidley.com" <jboelter@sidley.com>, "bmyrick@sidley.com" <bmyrick@sidley.com>, "jhofer@skadden.com" <jhofer@skadden.com>, "nikolay.kodes@skadden.com" <nikolay.kodes@skadden.com>, "sarah.ward@skadden.com" <sarah.ward@skadden.com>, "ken.ziman@skadden.com" <ken.ziman@skadden.com>, "suzanne.lovett@skadden.com" <suzanne.lovett@skadden.com>, "george.rayzis@usbank.com" <george.rayzis@usbank.com>, "irina.palchuk@usbank.com" <irina.palchuk@usbank.com>, "askdoj@usdoj.gov" <askdoj@usdoj.gov>, "joseph.cordaro@usdoj.com" <joseph.cordaro@usdoj.com>, "tracy.davis2@usdoj.gov" <tracy.davis2@usdoj.gov>, "linda.riffkin@usdoj.gov" <linda.riffkin@usdoj.gov>, "brian.masumoto@usdoj.gov" brian.masumoto@usdoj.gov, "Salcedo, Leslie" Leslie.Salcedo@alston.com, "Bunin, Marty" <Marty.Bunin@alston.com>, "Hao, William" <William.Hao@alston.com>