# UNITED STATES BANKRUPTCY COURT

*Southern District of New York*
*One Bowling Green*
*New York, N.Y. 10004-1408*

*Vito Genna*
*Clerk Of Court*
*Clerks' Office*
*Phone: (212) 668-2870*

July 23, 2012


Attn: Ms. / Mrs. Corla Jackson
13230 Tom Gaston Road
Mobile, AL 36695

Dear Ms./Mrs. Jackson:

I am contacting you because the US Bankruptcy Court SDNY is in receipt of your Motion for Relief which was filed on July 19, 2012.  There is a filing fee required to file such a motion with this court.  The fee due on your Motion for Relief is $176.00.  Please make your check payable to the court *"U.S. Bankruptcy Court, SDNY, One Bowling Green, New York, NY 10004"*.

The document number for your motion is #856 in case number 12-12020, *Re: Residential Capital, LLC*.  If you have any questions regarding your motion, please contact the court.

Thank you.


Regards,


*Clerks Office*