UNITED STATES BANKRUPTCY COURT
FOR THE
SOUTHERN DISTRICT OF NEW YORK

Chapter 11 Case No. 12-12020
Jointly Administered

In re Residential Capital, LLC, eta al.,

    Debtor.      ,

### ORDER GRANTING MOTION FOR ADMISSION TO PRACTICE, PRO HAC VICE

Upon the motion of Jonathan D. Crowley, Esq., for admission, *pro hac vice*, to represent Maurice M. LoVuolo, creditor in the above captioned matter ("Client"), and upon movant's certification that he is a member in good standing of the bar of the State of Massachusetts and the bar of the United States District Court for the District of Massachusetts, it is hereby ORDERED that Jonathan D. Crowley, Esq. (BBO#641357), is admitted to practice, *pro hac vice,* in the above case to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided the filing fee of $200.00 has been paid.

                                                      **/s/Martin Glenn**

                                                      MARTIN GLENN
                                           United States Bankruptcy Judge

Dated: **July 24, 2012**
       New York, NY

1