1  Alan Moss
   P.O. Box 721
2  Moss Beach CA 94038
   Telephone:  (415)494-8314
3  Facsimile:  (650)728-0738

4  Attorney *In Pro Per*

RECEIVED JUL 23 2012 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
MANHATTAN DIVISION

| | |
|---|---|
| IN RE:<br><br>EXECUTIVE TRUSTEE SERVICES, LLC<br><br>Debtor. | Bankruptcy No. 12-12028-MG<br>(Jointly Administered under No.12-12020-MG)<br><br>Chapter 11<br><br>**NOTICE OF MOTION AND MOTION FOR ORDER DISSOLVING THE AUTOMATIC STAY** |

**PLEASE TAKE NOTICE** that a hearing to consider Alan Irving Moss's motion for an order pursuant to 11 U.S.C. §362(d)(1) granting relief from the automatic stay (i.e., for an Order pursuant to §362(d)(1) or (2) of Title 11 of the United States Code, granting movant relief from the automatic stay entered in the case entitled *Alan Irving Moss vs. Executive Trustee Services, LLC,* Action NO. CIV 505386, Superior Court of California, County of San Mateo) will be held before the Honorable Martin Glenn, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004 (the "Bankruptcy Court"), on **August 15, 2012 at 10:00**

---

NOTICE OF MOTION AND MOTION FOR ORDER DISSOLVING THE AUTOMATIC STAY                           **BANKRUPTCY ACTION NO. 12-12028-mg**

**a.m.** (ET) or as soon thereafter as counsel can be heard.

        **PLEASE TAKE FURTHER NOTICE** that the scheduled hearing may be adjourned or continued from time to time without further notice other than by announcement in Court at the scheduled hearing.

        **PLEASE TAKE FURTHER NOTICE** that any responses or objections to the Applications shall be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules of the Southern District of New York, set forth the legal and factual basis therefore, and shall be filed with the Bankruptcy Court electronically in accordance with General Order M-242; by registered users of the Bankruptcy Court's case filing system and, by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect, or any other Windows based word processing format, with a hard copy delivered directly to the Bankruptcy Court; (ii) in accordance with the Order Under Bankruptcy Code Sections 102(1), 105(A) and 105(D), Bankruptcy Rules 1015(c), 2002(m) and 9007 and Local Bankruptcy Rule 2002-2 Establishing Certain Notice, Case Management and Administrative Procedures [Docket Entry No. 141] ("Case Management Procedures"), so as to be actually received no later than **August 6, 2012 at 4:00 p.m.** (ET). Only those responses that are timely filed, served and received will be considered during the scheduled hearing.

        The relief requested in the Motion may be granted without a hearing if no objection is timely filed and served in accordance with the Case Management Procedures.

Dated: July 19, 2012

/s/ Alan Moss
Alan Moss
Attorney in Pro Per

---

NOTICE OF MOTION AND MOTION FOR ORDER DISSOLVING THE AUTOMATIC STAY      - 2 -      BANKRUPTCY ACTION NO. 12-12028-mg