UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
In re

RESIDENTIAL CAPITAL, LLC, et al.,
                                    Debtors.

-------------------------------------------------------------------X

Chapter 11
Case No. 12-12020 (MG)
Jointly Administered

### NOTICE OF APPEARANCE

        PLEASE TAKE NOTICE that the PEOPLE OF THE STATE OF NEW YORK,
by ERIC T. SCHNEIDERMAN, Attorney General of the State of New York, a party in
interest in the above-captioned Chapter 11 case, hereby note their appearance pursuant to
the requirements of Bankruptcy Rules 2002 and 9010, and request that all notices given
or required to be given in this case, and all papers, pleadings, motions, and applications
served or required to be served in this case, be given to and served upon the undersigned.

        The foregoing request includes not only the notices and papers referred to in the
Rules specified above, but also includes, without limitation, orders and notices of any
application, motion, petition, pleadings, requests, complaint, or demand, made by the
debtor or any third party in this Bankruptcy case.

        All notices and papers should be served upon:

        Victoria L. Safran
        Assistant Attorney General
        Nassau Regional Office
        200 Old Country Road, Suite 240
        Mineola, New York 11501
        (516) 248-3302

Dated:  Mineola, New York
        July 24, 2012

                                ERIC T. SCHNEIDERMAN
                                Attorney General of the State of New York

                                By: _____
                                    VICTORIA L. SAFRAN
                                    Assistant Attorney General
                                    Nassau Regional Office
                                    200 Old Country Road, Suite 240
                                    Mineola, New York 11501
                                    (516) 248-3302