# UNITED STATES DISTRICT BANKRUPTCY COURT

# SOUTHERN DISTRICT OF NEW YORK

Residential Capital, LLC, et al
Debtor

v.

Civil Case# 12 – cv 12020

*U.S. Trustee* -United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004
(212) 510-0500

RECEIVED
JUL 23 2012
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

*Claims and Noticing Agent*
**Kurtzman Carson Consultants**
2335 Alaska Ave
El Segundo, CA 90245

## Motion for Leave to file Motion Pursuant Stay & Relief Oral Argument & Hearing Requested

Taggart has two claims against Debtor, GMAC Mortgage, LLC, pending in Federal Court regarding, *inter alia*, Fraud in the foreclosure process (case cv -12-4077) Taggart also has claims against Montgomery County Pennsylvania, with GMAC Mortgage LLC as a third party defendant filed in Federal Court (cv-12-0415). Taggart seeks Relief from Stay as both claims affect Taggart's foreclosure case that is currently pending The Court of Common Pleas, in Montgomery County, Pennsylvania. (No: 09-25338)

Taggart had a hearing with the court on July, 10, 2012 in which the Honorable Judge Glenn ordered a continuance in which a brief and reply brief were ordered. There is a continuance scheduled for August 14, 2012.

Taggart requests a hearing with oral argument for the two cases pending in Federal Court on the same date of August 14, 2012 if at all possible or the soonest date it may be scheduled.

Kenneth Taggart, Pro Se

July 20, 2012

Kenneth Taggart
45 Mercer Rd
Holland Pa 18966

## Certificate of Service

<u>Case #</u> **Civil Case#  12 – cv 12020**           Residential Mortgage Capital, et al

The undersigned certifies that on July 20, 2012, he caused a copy of

**Motion for Relief from Stay in 2 Federal Cases in The Eastern District of Pennsylvania-**(case cv -12-4077) & (case cv-12-0415).

to be delivered to The United States bankruptcy Court for The Southern District of New York via United States Post Office. Additionally, the undersigned certifies that he caused a true and correct copy of the foregoing Notice to be sent via to United States Post Office on July 20, 2012 to the following parties :

Counsel for Debtors
Morrison & Foster, LLP, Larren M Nashelsky, Gary Lee, Lorenzo Marinuzzi
1290 Avenue of the Americas
New York, NY. 10104

Office of the United States Trustee for the Southern District of New York
33 Whitehall St, 21st Floor, Tracy Hope Davis, Linda Riffkin, Brian S Masumoto
New York, NY. 10104

Counsel for Ally Financial
Kirkland & Ellis, LLP, Richard Ceieri, Ray Schrock, Stephan Hessler
Citigroup Center,
601 Lexington Ave.
New York, NY. 10022

Counsel for Administrative Agent for Debtors,
Skaddam, Arps, Slate, Meagher, & Flon, LLP
Kenneth Ziman and Johnathan Hofer
4 Times Square
New York, NY. 10036

Counsel for United States of America, Ginnie Mae, US Dept of Justice,
Glenn Gillett
1100 "L" St NW , Room 10018
Washington, D.C. 20005

U.S Attorney for Southern District of New York
Joseph Cordero – Civil Division
86 Chambers St, 3rd Floor
New York, NY. 10007.

## Certificate of Service

<u>Case #</u> **Civil Case# 12 – cv 12020**   Residential Mortgage Capital, et al

Counsel for Fannie Mae
Winston & Strawn, LLP
David Neier, Deseiree M Ripo, Alan Moskowi
200 Park Ave
New York, NY. 10166

Counsel for Freddie Mac
McKool Smith
Paul D Moak
600 Travis St, suite 7000,
Houston, TX 77002

Kenneth J Taggart
Pro se

*/s/ Kenneth J Taggart*
July 20, 2012