**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
                                                                :
In re                                                           :    Chapter 11
                                                                :
**RESIDENTIAL CAPITAL, LLC, et al.,** [1]                       :    Case No. 12-12020 (MG)
                                                                :
                                                                :
                                                                :    **(Jointly Administered)**
         Debtors.                                               :
-----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

I, Melissa Loomis, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors.

A. On July 18, 2012, at my direction and under my supervision, employees of KCC caused the following documents to be served via Overnight Mail on the Special Service List attached hereto as **Exhibit A**, via Electronic Mail on the Monthly Service List attached hereto as **Exhibit B**, and on the additional parties as indicated below:

1. Notice of Adjournment of Hearing; to be Held on August 14, 2012 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 824] and via First Class Mail on the service list attached hereto as **Exhibit C** and via Electronic Mail on the service list attached hereto as **Exhibit D**

2. Supplemental Affidavit of Frank Sillman in Further Support of Debtors' Application for an Order Authorizing Employment and Retention of Fortace, LLC as Consultant to the Debtors Nunc Pro Tunc to May 21, 2012 [Docket No. 827] and via Overnight Mail on the service list attached hereto as **Exhibit E**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Residential Capital, LLC (0738); ditech, LLC (7228); DOA Holding Properties, LLC (4257); DOA Properties IX (Lots-Other), LLC (3274); EPRE LLC (7974); Equity Investment I, LLC (2797); ETS of Virginia, Inc. (1445); ETS of Washington, Inc. (0665); Executive Trustee Services, LLC (8943); GMAC Model Home Finance I, LLC (8469); GMAC Mortgage USA Corporation (6930); GMAC Mortgage, LLC (4840); GMAC Residential Holding Company, LLC (2190); GMAC RH Settlement Services, LLC (6156); GMACM Borrower LLC (4887); GMACM REO LLC (2043); GMACR Mortgage Products, LLC (6369); GMAC-RFC Holding Company, LLC (3763); HFN REO Sub II, LLC (N/A); Home Connects Lending Services, LLC (9412); Homecomings Financial Real Estate Holdings, LLC (6869); Homecomings Financial, LLC (9458); Ladue Associates, Inc. (3048); Passive Asset Transactions, LLC (4130); PATI A, LLC (2729); PATI B, LLC (2937); PATI Real Estate Holdings, LLC (5201); RAHI A, LLC (3321); RAHI B, LLC (3553); RAHI Real Estate Holdings, LLC (5287); RCSFJV204, LLC (2722); Residential Accredit Loans, Inc. (8240); Residential Asset Mortgage Products, Inc. (5181); Residential Asset Securities Corporation (2653); Residential Consumer Services of Alabama, LLC (5449); Residential Consumer Services of Ohio, LLC (4796); Residential Consumer Services of Texas, LLC (0515); Residential Consumer Services, LLC (2167); Residential Funding Company, LLC (1336); Residential Funding Mortgage Exchange, LLC (4247); Residential Funding Mortgage Securities I, Inc. (6294); Residential Funding Mortgage Securities II, Inc. (8858); Residential Funding Real Estate Holdings, LLC (6505); Residential Mortgage Real Estate Holdings, LLC (7180); RFC Asset Holdings II, LLC (4034); RFC Asset Management, LLC (4678); RFC Borrower LLC (5558); RFC Constructing Funding, LLC (5730); RFC REO LLC (2407); RFC SFJV-2002, LLC (4670); RFC-GSAP Servicer Advance, LLC (0289)

3. Supplemental Declaration of Mary Kate Sullivan in Support of the Debtors' Application Under Section 327(e) of the Bankruptcy Code, Bankruptcy Rule 2014(a) and Local Rule 2014-1 for Authorization to Employ and Retain Severson & Werson PC as Special California Litigation Counsel to the Debtors, Nunc Pro Tunc to May 14, 2012 [Docket No. 829] and via Overnight Mail on the service list attached hereto as **Exhibit F**

Dated: July 24, 2012

                                                            */s/ Melissa Loomis*
                                                            Melissa Loomis

State of California

County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 24th of July, 2012, by Melissa Loomis, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: __*/s/ Lydia Pastor Nino*_____

My Commission Expires: __*11/18/2015*___

# **Exhibit A**

**Exhibit A**
**Special Service List**
**Served via Overnight Mail**

| Party Description | Name | Notice Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Secured lender under the Mortgage Servicing Rights Facility | Citibank NA | Attn Bobbie Theivakumaran | 390 Greenwich St 6th Fl | | New York | NY | 10013 |
| Indenture Trustee to Unsecured Notes / Top 50 Creditor | Deutsche Bank Trust Company Ame | c/o Kelvin Vargas | 25 De Forest Ave | | Summit | NJ | 07901 |
| Prepetition Lender - Fannie EAF | Fannie Mae | Attn Peter McGonigle | 1835 Market St Ste 2300 | | Philadelphia | PA | 19103 |
| Internal Revenue Service | Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | Philadelphia | PA | 19101-7346 |
| Internal Revenue Service | Internal Revenue Service | Insolvency Section | 31 Hopkins Plz Rm 1150 | | Baltimore | MD | 21201 |
| Counsel to US Bank National Association as Indenture Trustee to the Debtors' Prepetition Junior Secured Notes | Kelley Drye & Warren LLP | James S Carr & Eric R Wilson | 101 Park Ave | | New York | NY | 10178 |
| Counsel to the Equity Security Holders (Ally Financial and Ally Bank) | Kirkland & Ellis | Richard M Cieri | 601 Lexington Ave | | New York | NY | 10022 |
| Counsel to the Ally Financial Inc. & Ally Bank | Kirkland & Ellis LLP | Attn Ray C Schrock & Stephen E Hessler | 601 Lexington Ave | | New York | NY | 10022-4611 |
| Counsel to the Official Committee of Unsecured Creditors | Kramer Levin Naftallis & Frankel LLP | Kenneth H Eckstein, Thomas Moers Mayer & Douglas H Mannal | 117 Avenue of the Americas | | New York | NY | 10036 |
| Residential Capital LLC | Morris & Foerster LLP | Attn Tammy Hamzehpour | 1290 Avenue of the Americas | | New York | NY | 10104 |
| Stalking Horse Bidder, Nationstar Mortgage | Nationstar Mortgage LLC | Attn: General Counsel | 350 Highland Drive | | Lewisville | TX | 75067 |
| Office of the New York Attorney General | Office of the NY State Attorney General | Nancy Lord & Neal Mann | The Capitol | | Albany | NY | 12224-0341 |
| Office of the United States Attorney for the Southern District of New York | Office of the US Attorney for the Southern District of NY | United States Attorney Preet Bharara | One St Andrews Plaza | | New York | NY | 10007 |
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | Secretary of the Treasury | 100 F St NE | | Washington | DC | 20549 |
| Securities and Exchange Commission - New York Regional Office | Securities & Exchange Commission NY Regional Office | George S Canellos Regional Director | 3 World Financial Center Ste 400 | | New York | NY | 10281-1022 |
| Counsel to Nationstar | Sidley Austin LLP | Larry J Nyhan & Jessica CK Boelter | One Dearborn | | Chicago | IL | 60603 |
| Counsel to the administrative agent for the Debtors' proposed providers of debtor in possession financing | Skadden Arps Slate Meagher & Flom LLP | Jonathan H. Hofer | Four Times Square | | New York | NY | 10036 |
| Counsel to Barclays Bank PLC | Skadden Arps Slate Meagher & Flom LLP | Ken Ziman | Four Times Square | | New York | NY | 10036 |
| Counsel to the administrative agent for the Debtors' proposed providers of debtor in possession financing | Skadden Arps Slate Meagher & Flom LLP | Sarah M Ward | Four Times Square | | New York | NY | 10036 |
| Counsel to Barclays Bank PLC | Skadden Arps Slate Meagher & Flom LLP | Suzanne D T Lovett | Four Times Square | | New York | NY | 10036 |
| Indenture Trustee under the Pre-Petition GSAP Facility | The Bank of New York Mellon | Asset-Backed Securities Group | 101 Barclay St 4W | | New York | NY | 10286 |

**Exhibit A**
**Special Service List**
**Served via Overnight Mail**

| Party Description | Name | Notice Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Indenture Trustee to the Debtors' Prepetition Junior Secured Notes | U.S. Bank National Association | Attn: George Rayzis | 50 South 16 th Street | Suite 2000 | Philadelphia | PA | 19102 |
| Indenture Trustee to the Debtors' Prepetition Junior Secured Notes | U.S. Bank National Association | Attn: Irina Palchuk | 60 Livingston Avenue | EP-MN-WS1D | St. Paul | MN | 55107 |
| Office of the United States Attorney General | U.S. Department of Justice | US Attorney General, Eric H. Holder, Jr. | 950 Pennsylvania Ave NW | | Washington | DC | 20530-0001 |
| Counsel to the United State of America | United States Attorney's Office for the Southern District of New York civil Division | Attn Joseph Cordaro | 86 Chambers St 3rd Fl | | New York | NY | 10007 |
| Office of the United States Trustee for the Southern District of New York | US Trustee for the Southern District of NY | Tracy Hope Davis, Linda A. Riffkin and Brian S. Masumoto | 33 Whitehall St 21st Fl, Region 2 | | New York | NY | 10004 |
| GMEN Indenture Trustee at Corporate Trust Office | Wells Fargo Bank NA | Attn Corporate Trust Services - GMACM Home Equity Notes 2004 Variable Funding Trust | PO Box 98 | | Columbia | MD | 21046 |

# **Exhibit B**

**Exhibit B**
**Monthly Service List**
**Served via Electronic Mail**

| Party Description | Name | Notice Name | Email |
|---|---|---|---|
| Ally Bank | Ally Bank | Tom Houghton | tom.houghton@ally.com |
| Secured Lender under the Secured Revolver and Line of Credit | Ally Financial Inc | Jeffrey Brown Corporate Treasurer | jeff.brown@gmacfs.com<br>william.b.solomon@ally.com |
| Counsel to Wells Fargo Bank, N.A. in its capacity as trustee, indenture trustee or master servicer of certain RMBS trusts | Alston & Bird LLP | John C Weitnauer Esq | kit.weitnauer@alston.com |
| Counsel to Wells Fargo Bank, N.A. in its capacity as trustee, indenture trustee or master servicer of certain RMBS trusts | Alston & Bird LLP | Martin G Bunin Esq & William Hao Esq | marty.bunin@alston.com<br>william.hao@alston.com |
| Counsel to Wells Fargo Bank, N.A. in its capacity as trustee, indenture trustee or master servicer of certain RMBS trusts | Alston & Bird LLP | William B Macurda | bill.macurda@alston.com |
| Counsel to the Texas Comptroller of Public Accounts | Assistant Attorney General | John Mark Stern bankruptcy & Collections Division | john.stern@texasattorneygeneral.gov |
| Securitization/HELOC Trustee | Bank of New York Mellon | Sarah Stout & Jennifer J Provenzano | Sarah.Stout@BNYMellon.com<br>Jennifer.Provenzano@BNYMellon.com<br>Michael.Spataro@BNYMellon.com<br>Mageshwaran.Ramasamy@BNYMellon.com |
| Barclays Bank PLC, as administrative agent under the Pre-Petition GSAP Facility | Barclays Bank PLC | Alicia Borys & Patrick Kerner | alicia.borys@barclays.com<br>patrick.kerner@barclays.com |
| Barclays Bank PLC, as administrative agent under the Pre-Petition GSAP Facility | Barclays Bank PLC | Joe Tricamo & May Wong | xrausloanops5@barclays.com |
| Counsel to USAA Federal Savings Bank | Barnes & Thornburg LLP | David M Powlen | david.powlen@btlaw.com |
| Creditor | Barry B Eskanos JD MPA & Ami B Eskanos | | bbeskanos@aol.com |
| Counsel to Cambridge Place Investments Management Inc. | Bernstein Litowitz Berger & Grossmann LLP | David R Stickney & Jonathan D Uslaner & Matthew P Jubenville | davids@blbglaw.com<br>jonathanu@blbglaw.com<br>matthewj@blbglaw.com |
| Counsel to Cambridge Place Investments Management Inc. | Bernstein Litowitz Berger & Grossmann LLP | Jai K Chandrasekhar | jai@blbglaw.com |
| Buyer under the Pre-Petition Ally Repo Facility | BMMZ Holding LLC | c/o Ally Financial Inc, Attn Courtney Lowman | courtney.lowman@ally.com |
| Top 50 Creditors | Brian Kessler, et al | c/o Walters Bender Strohbehn & Vaughan, P.C. | jhaake@wbsvlaw.com |
| Counsel to MBIA Insurance Corporation | Cadwalader Wickersham & Taft LLP | Gregory M Petrick & Ingrid Bagby | gregory.petrick@cwt.com<br>ingrid.bagby@cwt.com |
| Counsel to MBIA Insurance Corporation | Cadwalader Wickersham & Taft LLP | Mark C Ellenberg Esq | mark.ellenberg@cwt.com |
| Counsel to an Ad Hoc Consortium of RMBS holders | Carter Ledyard & Milburn LLP | Aaron R Cahn & Leonardo Trivigno | bankruptcy@clm.com |
| Secured lender under the Mortgage Servicing Rights Facility | Citibank NA | Attn Bobbie Theivakumaran | bobbie.theivakumaran@citi.com |
| Counsel to Lead Plaintiff | Cohen Milstein Sellers & Toll PLLC | Joel P Laitman, Christopher Lometti, Michael B Eisenkraft, Daniel B Rehns & Kenneth M Rehns | jlaitman@cohenmilstein.com<br>clometti@cohenmilstein.com<br>meisenkraft@cohenmilstein.com<br>drehns@cohenmilstein.com<br>krehns@cohenmilstein.com |
| Counsel to HP Enterprise Services LLC | Cole Schotz Meisel Forman & Leonard PA | Michael D Warner & Emily S Chou | mwarner@coleschotz.com<br>echou@coleschotz.com |
| Commonwealth of Pennsylvania, Department of Labor and Industry, Office of Unemployment Compensation Tax Services (UCTS) | Commonwealth of Pennsylvania, Department of Labor and Industry | Joseph Kots | ra-li-ucts-bankrupt@state.pa.us |
| Counsel to MidFirst Bank | Crowe & Dunlevy PC | William H. Hoch | will.hoch@crowedunlevy.com |
| Proposed Conflicts Counsel for the Debtors | Curtis Mallet-Prevost Colt & Mosle LLP | Maryann Gallagher Esq | mgallagher@curtis.com |
| Proposed Conflicts Counsel for the Debtors | Curtis Mallet-Prevost Colt & Mosle LLP | Michael A Cohen Esq | macohen@curtis.com |
| Proposed Conflicts Counsel for the Debtors | Curtis Mallet-Prevost Colt & Mosle LLP | Steven J Reisman Esq | sreisman@curtis.com |
| Counsel to Bank of New York Mellon Trust Company NA | Dechert LLP | Glenn E Siegel, Hector Gonzalez, Brian E Greer & Mauricio A Espana | glenn.siegel@dechert.com<br>hector.gonzalez@dechert.com<br>brian.greer@dechert.com<br>mauricio.espana@dechert.com |
| Securitization Trustee | Deutsche Bank | Rosa Mendez | rosa.mendez@db.com |
| Member of Official Committee of Unsecured Creditors | Deutsche Bank Trust Company Americas | Attn Brendan Meyer | Brendan.meyer@db.com |
| Indenture Trustee to Unsecured Notes / Top 50 Creditor | Deutsche Bank Trust Company Americas | c/o Kelvin Vargas | kelvin.vargas@db.com |
| Interested Party, Diem T Nguyen | Diem T Nguyen | | diem.home@gmail.com |

**Exhibit B**
**Monthly Service List**
**Served via Electronic Mail**

| Party Description | Name | Notice Name | Email |
|---|---|---|---|
| Counsel to Green Planet Servicing LLC | Duane Morris LLP | Gerald S Catalanello Esq & james J Bincequerra Esq | gcatalanello@duanemorris.com<br>jvincequerra@duanemorris.com |
| Prepetition Lender - Fannie EAF | Fannie Mae | Attn Peter McGonigle | peter_mcgonigle@fanniemae.com |
| GSE - Fannie Mae | Fannie Mae | Catherine Lasher | catherine_lasher@fanniemae.com |
| Counsel to Bank of America NA, Aurora Loan Services & Residential Capital LLC | Fein Such & Crane LLP | Mark K Broyles Esq | broylesmk@rgcattys.com |
| Counsel to the FDIC | FIDC | Dennis J Early | dearly@fdic.gov |
| Counsel to TCF National Bank | Foley & Mansfield PLLP | Thomas J Lallier | tlallier@foleymansfield.com |
| Counsel to Freddie Mac | Freddie Mac | Kenton W Hambrick Associate General Counsel | kenton_hambrick@freddiemac.com |
| Counsel to Mercer (US) Inc. | Freeborn & Peters LLP | Devon J Eggert Esq | deggert@freebornpeters.com |
| Counsel to Mercer (US) Inc. | Freeborn & Peters LLP | Thomas R Fawkes Esq | tfawkes@freebornpeters.com |
| Counsel to Wells Fargo Bank, NA | Gibbons PC | Attn Jeffrey S Berkowitz Esq | jberkowitz@gibbonslaw.com |
| Counsel to Wells Fargo Bank, NA | Gibbons PC | Attn Karen A Giannelli Esq | kgiannelli@gibbonslaw.com |
| Counsel to Ad Hoc RMBS Holder Group | Gibbs & Bruns LLP | Kathy D Patrick Esq & Scott A Humphries Esq | kpatrick@gibbsbruns.com<br>shumphries@gibbsbruns.com |
| Counsel for the Institutional Investors | Gibbs & Bruns, L.L.P. | Kathy D. Patrick | kpatrick@gibbsbruns.com |
| GSE - Ginnie Mae | Ginnie Mae | Ted Tozer | theodore.w.tozer@hud.gov |
| Counsel to Stichting Pensioenfunds ABP, huntington Bancshares Inc, John Hancock Life Insurance Company (U.S.A.), John Hancock Life Insurance Company (U.S.A.) Separate Account 6A & John Hancock Life Insurance Company (U.S.A.) Separate Account 131 | Grant & Eisenhofer PA | Georffrey C Jarvis Matthew P Morris & Deborah A Elman | gjarvis@gelaw.com<br>mpmorris@gelaw.com<br>delman@gelaw.com |
| Counsel to HP Enterprise Services LLC | HP Enterprise Services LLC | Ayala Hassell Esq | ayala.hassell@hp.com |
| Counsel to Financial Guaranty Insurance Company | Jones Day | Carle E Black | ceblack@jonesday.com |
| Counsel to Financial Guaranty Insurance Company | Jones Day | Corinne Ball, Richard L Wynne & Lance E Miller | cball@jonesday.com<br>rlwynne@jonesday.com<br>lemiller@jonesday.com |
| Counsel to the Federal Housing Finance Agency as Conservator of the Federal National Mortgage Association ("Fannie Mae") and the Federal Home Loan Mortgage Corporation | Kasowitz, Benson, Torres & Friedman LLP | Andrew K Glenn, Matthew B Stein, Daniel A Fliman & Nii Amar Amamoo | aglenn@kasowitz.com<br>mstein@kasowitz.com<br>dfliman@kasowitz.com<br>namamoo@kasowitz.com |
| Counsel to US Bank National Association as Indenture Trustee to the Debtors' Prepetition Junior Secured Notes | Kelley Drye & Warren LLP | James S Carr & Eric R Wilson | kdwbankruptcydepartment@kelleydrye.com |
| Counsel to Oakland County Treasurer | Kilpatrick & Associates PC | Richardo I Kilpatrick | ecf@kaalaw.com |
| Counsel to Lone Star U.S. Acquisitions, LLC | King & Spalding LLP | W. Austin Jowers & Paul K. Ferdinands & Thaddeus D. Wilson | thadwilson@kslaw.com<br>ajowers@kslaw.com<br>pferdinands@kslaw.com |
| Counsel to the Equity Security Holders (Ally Financial and Ally Bank) | Kirkland & Ellis | Richard M Cieri | richard.cieri@kirkland.com |
| Counsel to the Ally Financial Inc. & Ally Bank | Kirkland & Ellis LLP | Attn Ray C Schrock & Stephen E Hessler | ray.schrock@kirkland.com<br>richard.cieri@kirkland.com<br>stephen.hessler@kirkland.com<br>projectrodeo@kirkland.com<br>William.b.Solomon@ally.com<br>Timothy.Devine@ally.com<br>john.bellaver@ally.com |
| Counsel to Tracy L Klestadt, in his Capacity as Chapter 7 Trustee of Alliance Mortgage Investments, Inc. and Alliance Bancorp | Klestadt & Winters LLP | Attn Tracy L Klestadt & Joseph C Corneau | tklestadt@klestadt.com<br>jcorneau@klestadt.com |
| Counsel to the Official Committee of Unsecured Creditors | Kramer Levin Naftallis & Frankel LLP | Kenneth H Eckstein, Thomas Moers Mayer & Douglas H Mannal | keckstein@kramerlevin.com<br>tmayer@kramerlevin.com<br>dmannal@kramerlevin.com |
| Counsel to Carrollton-Farmers Branch Independent School District and Lewisville Independent School District | Law Offices of Robert E Luna PC | Andrea Sheehan | sheehan@txschoollaw.com |
| Counsel to City of McAllen, South Texas ISD, South Texas College & Cameron County | Linebarger Goggan Blair & Sampson LLP | Diana W Sanders | austin.bankruptcy@publicans.com |
| Counsel to Dallas County | Linebarger Goggan Blair & Sampson LLP | Elzabeth Weller | dallas.bankruptcy@publicans.com |

**Exhibit B**
**Monthly Service List**
**Served via Electronic Mail**

| Party Description | Name | Notice Name | Email |
|---|---|---|---|
| Counsel to Texas Taxing Authorities - Katy ISD, Matagorda County, Cypress-Fairbanks ISD, Tyler County, Cleveland ISD, Fort Bend County, Montgomery County, Harris County, Galveston County, Orange County | Linebarger Goggan Blair & Sampson LLP | John P Dillman Esq | houston_bankruptcy@lgbs.com |
| Counsel to The Union Central Life Insurance Company, Ameritas Life Insurance Corp. and Acacia Life Insurance Company ; and Cambridge Place Investments Management Inc. | Lowenstein Sandler PC | Andrew Behlmann | abehlmann@lowenstein.com |
| Counsel to The Union Central Life Insurance Company, Ameritas Life Insurance Corp. and Acacia Life Insurance Company ; and Cambridge Place Investments Management Inc. | Lowenstein Sandler PC | Andrew Behlmann | abehlmann@lowenstein.com |
| Counsel to Lead Plaintiff; o The Union Central Life Insurance Company, Ameritas Life Insurance Corp. and Acacia Life Insurance Company ; and Cambridge Place Investments Management Inc. | Lowenstein Sandler PC | Michael S Etkin & Ira M Levee | metkin@lowenstein.com ilevee@lowenstein.com |
| Counsel to Lead Plaintiff; o The Union Central Life Insurance Company, Ameritas Life Insurance Corp. and Acacia Life Insurance Company ; and Cambridge Place Investments Management Inc. | Lowenstein Sandler PC | Michael S Etkin & Ira M Levee | metkin@lowenstein.com ilevee@lowenstein.com |
| Counsel to Manatee County Tax Collector | Manatee County Tax Collector | Susan D Profant & Ken Burton Jr | susanp@taxcollector.com |
| Counsel to Donald T Prather, Trustee | Mathis, Riggs & Prather PSC | Donald T Prather | dprather@iglou.com |
| Counsel to GSE - Freddie Mac | McKool Smith | Attn: Paul D. Moak | pmoak@McKoolSmith.com |
| Counsel to Freddie Mac | McKool Smith PC | Michael R Carney | mcarney@mckoolsmith.com |
| Counsel to Freddie Mac | McKool Smith PC | Paul D Moak | pmoak@McKoolSmith.com |
| Counsel to Deutsche Bank Trust Company Americas and Deutsche Bank National Trust Company, as trustees of certain mortgage backed securities trust | Morgan Lewis & Bockius LLP | James L Garrity Jr | jgarrity@morganlewis.com |
| Counsel to Deutsche Bank Trust Company Americas and Deutsche Bank National Trust Company, as trustees of certain mortgage backed securities trust | Morgan Lewis & Bockius LLP | Michael S Kraut | mkraut@morganlewis.com |
| Counsel to Deutsche Bank Trust Company Americas and Deutsche Bank National Trust Company, as trustees of certain mortgage backed securities trust | Morgan Lewis & Bockius LLP | Patrick D Fleming | pfleming@morganlewis.com |
| Counsel to Cal-Western Reconveyance Corporation | Moritt Hock & Hamroff LLP | Leslie Ann Berkoff | lberkoff@moritthock.com |
| Residential Capital LLC | Morrison & Foerster LLP | Attn Tammy Hamzehpour | Tammy.Hamzehpour@gmacrescap.com diane.citron@ally.com |
| Counsel to the Independent Directors of the Residential Capital, LLC | Morrison Cohen LLP | Joseph T Moldovan Esq | jmoldovan@morrisoncohen.com bankruptcy@morrisoncohen.com |
| Counsel to Berkshire Hathaway Inc | Munger Tolles & Olson LLP | Seth Goldman | seth.goldman@mto.com |
| Counsel to Berkshire Hathaway Inc | Munger Tolles & Olson LLP | Thomas B Walper | Thomas.walper@mto.com |
| Counsel to Commonwealth of Pennsylvania, Department of Revenue, Bureau of Compliance | Office of Attorney General | Carol E. Momjian | cmomjian@attorneygeneral.gov |
| Office of the New York Attorney General | Office of the NY State Attorney General | Nancy Lord & Neal Mann | Nancy.Lord@OAG.State.NY.US Neal.Mann@OAG.State.NY.US |
| Counsel to Ambac Assurance Corporation | Patterson Belknap Webb & Tyler LLP | David W Dykhouse & Brian P Guiney | dwdykhouse@pbwt.com bguiney@pbwt.com |
| Counsel to Paul N Papas II | Paul N Papas II | Mylegalhelpusa.com | Paul_Papas@mylegalhelpusa.com |
| Counsel to Johnson County et al, Richardson ISD | Perdue Brandon Fielder Collins & Mott LLP | c/o Elizabeth Banda Calvo | ebcalvo@pbfcm.com |
| Counsel to 2255 Partners LP | Pillsbury Winthrop Shaw Pittman LLP | Attn Ana N Damonte Esq | ana.damonte@pillsburylaw.com |
| Counsel to Representative Plaintiffs and the Putative Class | Polsinelli Shughart PC | Daniel J Flanigan & Jason A Nagi | dflanigan@polsinelli.com jnagi@polsinelli.com |
| Counsel to Assured Guaranty Municipal Corp | Proskauer Rose LLP | Irena M Goldstein | igoldstein@proskauer.com |
| Counsel to Dallas CPT Fee Owner LP | Proskauer Rose LLP | Scott K Rutsky & Jared D Zajac | srutsky@proskauer.com jzajac@proskauer.com |

**Exhibit B**
**Monthly Service List**
**Served via Electronic Mail**

| Party Description | Name | Notice Name | Email |
|---|---|---|---|
| Counsel to The Prudential Insurance Companu of America, The Gibraltar Life Insurance Company, Ltd., Park Place Commerce Investments, LLC, Prudential Retirement Insurance and Annuity Company, Prudential Annuities Life Insurance Corporation, Pruco Life Insurance Company of New Jersey, Commerce Street Investments, LLC, Institutional Core Bond Fund of the Prudential Trust Company Master Commingled Investment Fund for Tax Exempt Trusts, Institutional Core Plus Bond Fund of the Prudential Trust Company Master Commingled Investment Fund for Tax Exempt Trusts, Pru Alpha Fixed Income Opportunity Master Fund I, L.P., Pruco Life Insurance Company, Prudential Annuities Life Assurance Corporation, Prudential Investment Portfolios 2, Prudential Core Short-Term Bond Fund, Prudential Total Return Bond Fund, Inc., Prudential Trust Company, as Trustee for Prudential Merged Retirement Plan, The Prudential Investment Portfolios, Inc., Asset Allocation Fund, The Prudential Life Insurance Company, Ltd., and The Prudential Series Fund, Diversified Bond Portfolio | Quinn Emanuel Urquhart & Sullivan LLP | Daniel L Brockett & David D Burnett | danbrockett@quinnemanuel.com<br>daveburnett@quinnemanuel.com<br>jeremyandersen@quinnemanuel.com |
| Counsel to AIG Asset Management (US) LLC | Quinn Emanuel Urquhart & Sullivan LLP | Susheel Kirpalani & Scott C Shelley | susheelkirpalani@quinnemanuel.com<br>scottshelley@quinnemanuel.com |
| Counsel to Lehman Brothers Holdings Inc | Reilly Pozner LLP | Michael A Rollin | mrollin@rplaw.com |
| Counsel to The Union Central Life Insurance Company, Ameritas Life Insurance Corp. and Acacia Life Insurance Company | Robbins Gellar Rudman & Dowd LLP | Christopher M Wood | cwood@rgrdlaw.com |
| Counsel to The Union Central Life Insurance Company, Ameritas Life Insurance Corp. and Acacia Life Insurance Company | Robbins Gellar Rudman & Dowd LLP | Steven W Pepich | stevep@rgrdlaw.com |
| Counsel to Ad Hoc RMBS Holder Group | Ropes & Gray LLP | D Ross Martin Esq & Keith H Wofford Esq | Ross.martin@ropesgray.com<br>keith.wofford@ropesgray.com |
| Counsel for the Institutional Investors | Ropes & Gray LLP | D. Ross Martin | Ross.martin@ropesgray.com |
| Counsel to Samuel I White PC | Samuel I White PC | D Carol Sasser Esq | dsasser@siwpc.com |
| Counsel to Samuel I White PC | Samuel I White PC | Donna J Hall Esq | dhall@siwpc.com |
| Counsel to the City of Union City, New Jersey; and Counsel to Township of Wall | Scarinci & Hollenbeck LLC | Joel R Gluckman Esq | jglucksman@scarincihollenbeck.com |
| Counsel to Liberty Property Limited Parternship | Schnader Harrison Segal & Lewis LLP | Barry Bressler & Richard A Barkasy | bressler@schnader.com<br>rbarkasy@schnader.com |
| Counsel to Liberty Property Limited Parternship | Schnader Harrison Segal & Lewis LLP | Benjamin P Deutsch Esq | bdeutsch@schnader.com |
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | Secretary of the Treasury | secbankruptcy@sec.gov |
| Securities and Exchange Commission - New York Regional Office | Securities & Exchange Commission NY Regional Office | George S Canellos Regional Director | secbankruptcy@sec.gov<br>newyork@sec.gov |
| Wells Fargo Bank, N.A., as collateral agent for the Prepetition Junior Secured Notes, as collateral agent for the Prepetition Ally Revolver, and as collateral control agent under the Intercreditor Agreement, dated as June 6, 2008 | Seward & Kissell LLP | Greg S Bateman | bateman@sewkis.com |
| Counsel to US Bank National Association as Securitization Trustee | Seward & Kissell LLP | Ronald L Cohen & Kalyan Das | cohen@sewkis.com<br>das@sewkis.com |
| Counsel to Petra Finance LLC | Shapiro Blasi Wasserman & Gora PA | Thomas A Conrad Esq | taconrad@sblawfirm.com |
| Counsel to Citibank NA | Shearman & Sterling LLP | Fredric Sosnick & Susan A Fennessey | fsosnick@shearman.com<br>sfennessey@shearman.com |

**Exhibit B**
**Monthly Service List**
**Served via Electronic Mail**

| Party Description | Name | Notice Name | Email |
|---|---|---|---|
| Counsel to Nationstar | Sidley Austin LLP | Larry J Nyhan & Jessica CK Boelter | lnyhan@sidley.com<br>jboelter@sidley.com<br>bmyrick@sidley.com |
| Counsel to the administrative agent for the Debtors' proposed providers of debtor in possession financing | Skadden Arps Slate Meagher & Flom LLP | Jonathan H. Hofer | jhofer@skadden.com<br>nikolay.kodes@skadden.com |
| Counsel to Barclays Bank PLC | Skadden Arps Slate Meagher & Flom LLP | Ken Ziman | ken.ziman@skadden.com |
| Counsel to the administrative agent for the Debtors' proposed providers of debtor in possession financing | Skadden Arps Slate Meagher & Flom LLP | Sarah M Ward | sarah.ward@skadden.com |
| Counsel to Barclays Bank PLC | Skadden Arps Slate Meagher & Flom LLP | Suzanne D T Lovett | suzanne.lovett@skadden.com |
| Counsel to Bank of the West | Stinson Morrison Hecker LLP | Andrew W. Muller | amuller@stinson.com |
| Counsel to Mortgage Electronic Registration Systems Inc and MERSCOPR Inc ("MERS") | Sullivan Hazeltine Allinson LLC | William A Hazeltine Esq | whazeltine@sha-llc.com |
| Counsel for Institutional Investors & an Ad Hoc Consortium of RMBS holders | Talcott Franklin P.C. | Attn: Talcott J. Franklin | tal@talcottfranklin.com |
| Counsel to an Ad Hoc Consortium of RMBS holders | Talcott Franklin P.C. | Derek S Witte | derek@talcottfranklin.com |
| Counsel to TCF National Bank | TCF National Bank | janella J Miller Senior Vice President & Senior Counsel | jmiller@tcfbank.com |
| Member of Official Committee of Unsecured Creditors | The Bank of New York Mellon | Attn Robert H Major Vice President | robert.major@bnymellon.com |
| Securitization Trustee | The Canada Trust Company | Susan Khokher | susan.khokher@tdsecurities.com<br>kathryn.thorpe@tdsecurities.com<br>Adam.Parkin@tdsecurities.com<br>Christopher.stevens@tdsecurities.com |
| Indenture Trustee to the Debtors' Prepetition Junior Secured Notes | U.S. Bank National Association | Attn: George Rayzis | george.rayzis@usbank.com |
| Indenture Trustee to the Debtors' Prepetition Junior Secured Notes | U.S. Bank National Association | Attn: Irina Palchuk | irina.palchuk@usbank.com |
| Member of Official Committee of Unsecured Creditors | U.S. Bank National Association | Attn: Mamta K Scott | mamta.scott@usbank.com |
| Securitization/HELOC Trustee | U.S. Bank National Association | Michelle Moeller | michelle.moeller@usbank.com |
| Securitization/HELOC Trustee | U.S. Bank National Association | Tanver Ashraf, Corporate Trust Services | tanveer.ashraf@usbank.com |
| Counsel to GSE - Ginnie Mae | U.S. Department of Justice | Attn: Glenn D. Gillette | Glenn.Gillett@usdoj.gov |
| Office of the United States Attorney General | U.S. Department of Justice | US Attorney General, Eric H. Holder, Jr. | AskDOJ@usdoj.gov |
| Counsel to the United State of America | United States Attorney's Office for the Southern District of New York civil Division | Attn Joseph Cordaro | joseph.cordaro@usdoj.com |
| Office of the United States Trustee for the Southern District of New York | US Trustee for the Southern District of NY | Tracy Hope Davis, Linda A. Riffkin and Brian S. Masumoto | Tracy.Davis2@usdoj.gov<br>Linda.Riffkin@usdoj.gov<br>Brian.Masumoto@usdoj.gov |
| Counsel to Representative Plaintiffs and the Putative Class | Walters Bender Stohbehn & Vaughan PC | J Michael Vaughan & David M Skeens | mvaughan@wbslaw.com<br>dskeens@wbslaw.com |
| Securitization/HELOC Trustee | Wells Fargo Bank, N.A. | Kelly Rentz | kelly.j.rentz@wellsfargo.com<br>Nichlaus.M.Ross@wellsfargo.com<br>Sharon.Squillario@wellsfargo.com<br>mary.l.sohlberg@wellsfargo.com |
| Counsel to Wells Fargo Bank, NA | Wells Fargo Law Department | Kristi Garcia Esq Senior Counsel | kristi.garcia@wellsfargo.com |
| Claimant, Counsel to Prospective Claimant Ray Elliott & Claimant Paul Papas | Wendy Alison Nora | | accesslegalservices@gmail.com |
| Counsel to Wells Fargo as collateral agent for the Prepetition Junior Secured Notes | White & Case LLP | Attn: Gerard Uzzi | guzzi@whitecase.com |
| Securitization Trustee | Wilmington Trust | Jennifer Williams | jwilliams@wilmingtontrust.com<br>rmaney@wilmingtontrust.com |
| Counsel to the County of Putnam, Department of Finance | Wilson Elser Moskowitz Edelman & Dicker LLP | Attn David L Tillem | david.tillem@wilsonelser.com |
| Counsel to GSE - Fannie Mae | Winston & Strawn LLP | Attn: David Neier | dneier@winston.com |
| Counsel to Federal National Mortgage Association | Winston & Strawn LLP | David Neier, Carey D Schreiber & Alan Moskowitz | dneier@winston.com<br>cschreiber@winston.com<br>almoskowitz@winston.com |
| Counsel to The Western and Southern Life Insurance Company et al | Wollmuth Maher & Deutsch LLP | Attn James N Lawlor | jlawlor@wmd-law.com |

**Exhibit B**
**Monthly Service List**
**Served via Electronic Mail**

| Party Description | Name | Notice Name | Email |
|---|---|---|---|
| Counsel to The Western and Southern Life Insurance Company et al | Wollmuth Maher & Deutsch LLP | Attn Paul R DeFilippo & Steven S Fitzgerald | pdefilippo@wmd-law.com sfitzgerald@wmd-law.com |
| Counsel to National Credit Union Administration Board, as Liquidating Agent of U.S. Central Federal Credit Union, Western Corporate Federal Credit Union, Members United Corporate Federal Credit Union, Southwest Corporate Federal Credit Union and Constitution Corporate Federal Credit Union | Zuckerman Spaeder LLP | Graeme W. Bush & Nelson C. Cohen & Laura E. Neish | gbush@zuckerman.com ncohen@zuckerman.com lneish@zuckerman.com |
| Counsel to National Credit Union Administration Board, as Liquidating Agent of U.S. Central Federal Credit Union, Western Corporate Federal Credit Union, Members United Corporate Federal Credit Union, Southwest Corporate Federal Credit Union and Constitution Corporate Federal Credit Union | Zuckerman Spaeder LLP | Graeme W. Bush & Nelson C. Cohen & Laura E. Neish | gbush@zuckerman.com ncohen@zuckerman.com lneish@zuckerman.com |

# **Exhibit C**

**Exhibit C**
**Hearing Parties**
**Served via First Class Mail**

| Name | Notice Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Corla Jackson | | 13230 Tom Gaston Rd | | Mobile | AL | 36695 |
| Kenneth Taggart | | 45 Heron Rd | | Holland | PA | 19034 |
| Nichols Kaster PLLP | Kai H Richter | 4600 IDS Center | 80 South Eighth St | Minneapolis | MN | 55402 |
| Nichols Kaster PLLP | Robert L Schug | One Embarcadero Center Ste 720 | | San Franscisco | CA | 94111 |
| Paul N Papas II | | 4727 E Bell Rd Ste 45-350 | | Phoenix | AZ | 02016- |

# **Exhibit D**

**Exhibit D**
**Hearing Parties**
**Served via Electronic Mail**

| Description | Name | Notice Name | Email |
|---|---|---|---|
| Counsel for Christina Ulbrich | Nichols Kaster PLLP | Kai H Richter | krichter@nka.com |
| Counsel for Christina Ulbrich & Deborah Bollinger & Bryan Bubnick | Nichols Kaster PLLP | Robert L Schug | rschug@nka.com |

# Exhibit E

**Exhibit E**
**Served via Overnight Mail**

| Name | Notice Name | Address 1 | City | State | Zip |
|---|---|---|---|---|---|
| Fortace LLC | Frank Sillman | 444 S Flower St Ste 1750 | Los Angeles | CA | 90071 |

In re: Residential Capital, LLC, et al.,
Case No. 12-12020 (MG)                                Page 1 of 1

# Exhibit F

**Exhibit F**
**Served via Overnight Mail**

| Name | Notice Name | Address 1 | City | State | Zip |
|---|---|---|---|---|---|
| Severson & Werson PC | Mary Kate Sullivan | One Embarcadero Center Ste 2600 | San Francosco | CA | 94111 |