Hearing Date: August 14, 2012 at 10 a.m. (EST)
Objection Deadline: August 7, 2012 at 4:00 p.m. (EST)

ERIC T. SCHNEIDERMAN
Attorney General of the State of New York
Victoria L. Safran
Assistant Attorney General
Of Counsel
Nassau Regional Office
200 Old Country Road, Suite 240
Mineola, New York 11501
Telephone: (516) 248-3302
Fax: 516-747-6432

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
In re:

Residential Capital, LLC, et al.,

                                    Debtors.
------------------------------------------------------------------X

Chapter 11
Case No. 12-12020 (MG)
Jointly Administered
Re: Debtor GMAC Mortgage LLC

**NOTICE OF HEARING ON MOTION BY THE PEOPLE
OF THE STATE OF NEW YORK FOR ORDER DETERMINING
EXEMPTION FROM THE AUTOMATIC STAY AS TO
GMAC MORTGAGE LLC PURSUANT TO 11 U.S.C. § 362(b)(4)**

PLEASE TAKE NOTICE that a hearing will be held on the 14th day of August, 2012, at 10:00 a.m., or as soon thereafter as counsel may be heard, on the motion by the People of the State of New York, by Eric T. Schneiderman, the Attorney General of the State of New York, upon the Motion and Declaration of Victoria L. Safran dated July 24, 2012 and the accompanying memorandum of law, before the Honorable Martin Glenn, United States Bankruptcy Judge, at the United States Bankruptcy Court, Southern District of New York, Courtroom 501, One Bowling Green, New York, New York 10004 for an order: (a) determining that the civil litigation now pending in the Supreme Court, Nassau County, *State of New York v.*

*Empire Property Solutions, LLC et al.* (Index No. 09-017767), is exempt, pursuant to section 362(b)(4) of the Bankruptcy Code, from the automatic stay; (b) alternatively, in the event the Bankruptcy Court holds that the automatic stay applies, granting relief from the stay pursuant to section 362(d)(1) of the Bankruptcy Code; or (c) alternatively, in the event the Court holds that the stay applies and that relief from the stay is not warranted, determining that the automatic stay operates to stay the pending civil action only as it applies to the debtor, GMAC Mortgage, LLC ("GMAC"), and not as it applies to the remaining parties in the state action.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to the Motion must be in writing; shall conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court; and shall be filed electronically with the Court by registered users of the Bankruptcy Court's case filing system in accordance with General Order M-399 (General Order M-399 and the user's manual for the Electronic Case Filing System can be found at www.nysb.uscourts.gov, the official website for the Bankruptcy Court); and shall be filed by all other parties in interest, on a 3.5 inch disk or CD-ROM, preferably in Portable Document Format (PDF), WordPerfect or any other Windows-based word processing format (with a hard copy delivered directly to Chambers), and served in accordance with General Order M-399 and in accordance with the Court's order dated May 23, 2012, implementing certain notice, case management and administrative procedures [Docket Entry No. 141] so as to be actually received no later than **August 7, 2012 at 4:00 p.m. (EST).** Only those requests that are timely filed, served and received will be considered during the scheduled hearing.

      The relief requested in the Motion may be granted without a hearing if no objection is timely filed and served in accordance with the Case Management Procedures.

Dated: Mineola, New York
      July 24, 2012

                                              ERIC T. SCHNEIDERMAN
                                              Attorney General
                                              By: /s/ Victoria L. Safran
                                                    VICTORIA L. SAFRAN
                                              Assistant Attorney General
                                              Nassau Regional Office
                                              200 Old Country Road, Suite 240
                                              Mineola, New York 11501
                                              Telephone: (516) 248-3302