UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x
In re:                                                     : Chapter 11
                                                           :
                                                           : Case No. 12-12020 (MG)
RESIDENTIAL CAPITAL, LLC, et al.,                          :
                                                           : Jointly Administered
                                                           :
                    Debtors.                               :
---------------------------------------------------------- x Ref. Docket Nos. 853 & 860

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

GENEVIEVE UZAMERE, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 20, 2012, I caused to be served the following:

    a) "Supplemental Declaration of Jared J. Dermont in Support of the Application of the Official Committee of Unsecured Creditors for Entry of an Order Authorizing the Employment and Retention of Moelis & Company LLC as its Investment Banker *Nunc Pro Tunc* to May 16, 2012," dated July 20, 2012 [Docket No. 853], and

    b) "Statement of Official Committee of Unsecured Creditors in Support of Scheduling Order Jointly Proposed by Committee and Certain RMBS Trustees," dated July 20, 2012 [Docket No. 860],

   by causing true and correct copies to be:

      i. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit A, and

      ii. delivered via electronic mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Genevieve Uzamere

Sworn to before me this
23rd day of July, 2012

_____
Notary Public

PANAGIOTIS CARIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01CA6237515
COMM. EXP. MARCH 21, 2015

-2-

T:\Clients\Rescap\Affidavits\Dermont Decl Re Moelis Retention & UCC Statement Re Scheduling Order_DI 853 & 860_AFF_7-20-12_SS.doc

# EXHIBIT A

| Claim Name | Address Information |
|---|---|
| CITIBANK NA | ATTN BOBBIE THEIVAKUMARAN 390 GREENWICH ST 6TH FL NEW YORK NY 10013 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS | C/O KELVIN VARGAS 25 DE FOREST AVE SUMMIT NJ 07901 |
| FANNIE MAE | ATTN JOHN S FORLINES VP, CREDIT MANAGEMENT 3900 WISCONSIN AVE NW MAIL STOP 8H-504 WASHINGTON DC 20016 |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION 2970 MARKET ST PHILADELPHIA PA 19104 |
| INTERNAL REVENUE SERVICE | INSOLVENCY SECTION 31 HOPKINS PLZ RM 1150 BALTIMORE MD 21201 |
| KELLEY DRYE & WARREN LLP | JAMES S CARR & ERIC R WILSON 101 PARK AVE NEW YORK NY 10178 |
| KIRKLAND & ELLIS | RICHARD M CIERI 601 LEXINGTON AVE NEW YORK NY 10022 |
| KIRKLAND & ELLIS LLP | ATTN RAY C SCHROCK, RAY C CIERI & STEPHEN E HESSLER 601 LEXINGTON AVE NEW YORK NY 10022-4611 |
| KRAMER LEVIN NAFTALLIS & FRANKEL LLP | KENNETH H ECKSTEIN, THOMAS MOERS MAYER & DOUGLAS H MANNAL 117 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| KURTZMAN CARSON CONSULTANTS | ALISON M. TEARNEN SCHEPPER 2335 ALASKA AVE EL SEGUNDO CA 90245 |
| MORRISON & FOERSTER LLP | LARREN M NASHELSKY, GARY S LEE & LORENZO MARINUZZI 1290 AVENUE OF THE AMERICAS NEW YORK NY 10104 |
| NATIONSTAR MORTGAGE LLC | ATTN: GENERAL COUNSEL 350 HIGHLAND DRIVE LEWISVILLE TX 75067 |
| OFFICE OF THE NY STATE ATTORNEY GENERAL | ERIC T SCHNEIDERMAN THE CAPITOL ALBANY NY 12224-0341 |
| OFFICE OF THE US ATTORNEY FOR | THE SOUTHERN DISTRICT OF NY UNITED STATES ATTORNEY PREET BHARARA ONE ST ANDREWS PLAZA NEW YORK NY 10007 |
| RESIDENTIAL CAPITAL LLC | TAMMY HAMZEHPOUR 1100 VIRGINIA DR FT WASHINGTON PA 19034 |
| SECURITIES & EXCHANGE COMMISSION | NY REGIONAL OFFICE GEORGE S CANELLOS REGIONAL DIRECTOR 3 WORLD FINANCIAL CENTER STE 400 NEW YORK NY 10281-1022 |
| SECURITIES & EXCHANGE COMMISSION | SECRETARY OF THE TREASURY 100 F ST NE WASHINGTON DC 20549 |
| SIDLEY AUSTIN LLP | LARRY J NYHAN & JESSICA CK BOELTER ONE DEARBORN CHICAGO IL 60603 |
| SKADDEN ARPS SLATE MEAGHER & FLOM LLP | JONATHAN H. HOFER FOUR TIMES SQUARE NEW YORK NY 10036 |
| SKADDEN ARPS SLATE MEAGHER & FLOM LLP | KEN ZIMAN FOUR TIMES SQUARE NEW YORK NY 10036 |
| SKADDEN ARPS SLATE MEAGHER & FLOM LLP | SARAH M WARD FOUR TIMES SQUARE NEW YORK NY 10036 |
| SKADDEN ARPS SLATE MEAGHER & FLOM LLP | SUZANNE D T LOVETT FOUR TIMES SQUARE NEW YORK NY 10036 |
| THE BANK OF NEW YORK MELLON | ASSET-BACKED SECURITIES GROUP 101 BARCLAY ST 4W NEW YORK NY 10286 |
| TIFFANY SMITH | C/O SCHROETER GOLDMARK & BENDER 500 CENTRAL BLDG., 810 THIRD AVE. SEATTLE WA 98104 |
| U.S. BANK NATIONAL ASSOCIATION | C/O SEWARD & KISSEL LLP ONE BATTERY PARK PLAZA NEW YORK NY 10004 |
| U.S. BANK NATIONAL ASSOCIATION | ATTN: GEORGE RAYZIS 50 SOUTH 16 TH STREET SUITE 2000 PHILADELPHIA PA 19102 |
| U.S. BANK NATIONAL ASSOCIATION | ATTN: IRINA PALCHUK 60 LIVINGSTON AVENUE EP-MN-WS1D ST. PAUL MN 55107 |
| U.S. BANK NATIONAL ASSOCIATION | MICHELLE MOELLER 60 LIVINGSTON AVE. ST. PAUL MN 55107 |
| U.S. BANK NATIONAL ASSOCIATION | TANVER ASHRAF, CORPORATE TRUST SERVICES WEST SIDE FLATS, EP-MN-WS3D 60 LIVINGSTON AVE. ST. PAUL MN 55107 |
| U.S. BANK NATIONAL ASSOCIATION | ATTN: MAMTA K SCOTT 190 S. LASALLE STREET CHICAGO IL 60603 |
| U.S. DEPARTMENT OF JUSTICE | ATTN: GLENN D. GILLETTE CIVIL DIVISION 1100 L STREET NW, ROOM 10018 WASHINGTON DC 20005 |
| U.S. DEPARTMENT OF JUSTICE | US ATTORNEY GENERAL, ERIC H. HOLDER, JR. 950 PENNSYLVANIA AVE NW WASHINGTON DC 20530-0001 |
| UNITED STATES ATTORNEY'S OFFICE | FOR THE SOUTHERN DISTRICT OF NEW YORK CIVIL DIVISION, ATTN JOSEPH CORDARO 86 CHAMBERS ST 3RD FL NEW YORK NY 10007 |
| US TRUSTEE FOR THE SOUTHERN DISTRICT OF NY | TRACY HOPE DAVIS, LINDA A. RIFFKIN AND BRIAN S. MASUMOTO 33 WHITEHALL ST 21ST FL, REGION 2 NEW YORK NY 10004 |
| WELLS FARGO BANK NA | ATTN CORP TRUST SERVICES – GMACM HOME EQUITY NOTES 2004 VARIABLE FUNDING TRUST PO BOX 98 COLUMBIA MD 21046 |

**Claim Name** | **Address Information**
---|---

**Total Creditor count  36**

FEDERAL HOUSING FINANCE AGENCY
C/O ALFRED POLLARD
400 SEVENTH STREET, SW
WASHINGTON, DC 20024

SHAPIRO, BLASI WASSERMAN & GORA, P.A.
COUNSEL TO PETRA FINANCE, LLC
ATTN: THOMAS A. CONRAD, ESQ.
7000 GLADES ROAD, SUITE 400
BOCA RATON, FL 33434

# EXHIBIT B

| | |
|---|---|
| ACCESSLEGALSERVICES@GMAIL.COM | ILEVEE@LOWENSTEIN.COM |
| ADAM.PARKIN@TDSECURITIES.COM | INFO@EMORTGAGELOGIC.COM |
| AGLENN@KASOWITZ.COM | INFO@SGB-LAW.COM |
| ALICIA.BORYS@BARCLAYS.COM | INGRID.BAGBY@CWT.COM |
| ALMOSKOWITZ@WINSTON.COM | JBERNSTEIN@LABATON.COM |
| AYALA.HASSELL@HP.COM | JCORNEAU@KLESTADT.COM |
| BALAJI.V@INDECOMM.NET | JEFF.BROWN@GMACFS.COM |
| BANKRUPTCY@MORRISONCOHEN.COM | JENNIFER.PROVENZANO@BNYMELLON.COM |
| BATEMAN@SEWKIS.COM | JGARRITY@MORGANLEWIS.COM |
| BBRESSLER@SCHNADER.COM | JHAAKE@WBSVLAW.COM |
| BDEUTSCH@SCHNADER.COM | JLAITMAN@COHENMILSTEIN.COM |
| BGUINEY@PBWT.COM | JMILLER@TCFBANK.COM |
| BILL.MACURDA@ALSTON.COM | JMOLDOVAN@MORRISONCOHEN.COM |
| BRANDON.JOHNSON@PILLSBURYLAW.COM | JNAGI@POLSINELLI.COM |
| BRIAN.GREER@DECHERT.COM | JOE.SALAMA@DB.COM |
| CATHERINE_LASHER@FANNIEMAE.COM | JOHN.STERN@TEXASATTORNEYGENERAL.GOV |
| CBALL@JONESDAY.COM | JPAGET@HUNTON.COM |
| CEBLACK@JONESDAY.COM | JWILLIAMS@WILMINGTONTRUST.COM |
| CHRISTOPHER.STEVENS@TDSECURITIES.COM | JZAJAC@PROSKAUER.COM |
| CLOMETTI@COHENMILSTEIN.COM | KAPIL.CHOPRA@AEGISGLOBAL.COM |
| COURTNEY.LOWMAN@ALLY.COM | KATHRYN.THORPE@TD.COM |
| CSCHREIBER@WINSTON.COM | KEITH.WOFFORD@ROPESGRAY.COM |
| DANBROCKETT@QUINNEMANUEL.COM | KELLY.J.RENTZ@WELLSFARGO.COM |
| DAS@SEWKIS.COM | KENTON_HAMBRICK@FREDDIEMAC.COM |
| DFLANIGAN@POLSINELLI.COM | KIT.WEITNAUER@ALSTON.COM |
| DFLIMAN@KASOWITZ.COM | KPATRICK@GIBBSBRUNS.COM |
| DLOESER@KELLERROHRBACK.COM | KREHNS@COHENMILSTEIN.COM |
| DNEIER@WINSTON.COM | LEMILLER@JONESDAY.COM |
| DREHNS@COHENMILSTEIN.COM | LPULFORD@CORELOGIC.COM |
| DSKEENS@WBSVLAW.COM | MACOHEN@CURTIS.COM |
| DWDYKHOUSE@PBWT.COM | MAGESHWARAN.RAMASAMY@BNYMELLON.COM |
| DWOLLMUTH@WMD-LAW.COM | MALBAIADY@CORELOGIC.COM |
| EBCALVO@PBFCM.COM | MAMTA.SCOTT@USBANK.COM |
| ECF@KAALAW.COM | MARK.ELLENBERG@CWT.COM |
| ECHOU@COLESCHOTZ.COM | MARTY.BUNIN@ALSTON.COM |
| ECIOLKO@KTMC.COM | MAURICIO.ESPANA@DECHERT.COM |
| RMANEY@WILMINGTONTRUST.COM | MCARNEY@MCKOOLSMITH.COM |
| FRANK@LOANVALUEGROUP.COM | MEISENKRAFT@COHENMILSTEIN.COM |
| FSOSNICK@SHEARMAN.COM | METKIN@LOWENSTEIN.COM |
| GENERALCOUNSEL@FHFA.ORG | MGALLAGHER@CURTIS.COM |
| GJARVIS@GELAW.COM | MICHAEL.SPATARO@BNYMELLON.COM |
| GLENN.GILLETT@USDOJ.GOV | MICHELLE.MOELLER@USBANK.COM |
| GLENN.SIEGEL@DECHERT.COM | MKRAUT@MORGANLEWIS.COM |
| GREGORY.PETRICK@CWT.COM | MROLLIN@RPLAW.COM |
| GUZZI@WHITECASE.COM | MSD@DCGLAW.COM |
| HECTOR.GONZALEZ@DECHERT.COM | MSELTZER@SUSMANGODFREY.COM |
| HECTOR.GONZALEZ@DECHERT.COM | MSTEIN@KASOWITZ.COM |
| HEIDIFURLONG@SIEGELBRILL.COM | MVAUGHAN@WBSVLAW.COM |

| | |
|---|---|
| MWARNER@COLESCHOTZ.COM | CWOOD@RGRDLAW.COM |
| MYANNEY@ASSUREDGUARANTY.COM | STEVEP@RGRDLAW.COM |
| NAMAMOO@KASOWITZ.COM | ABEHLMANN@LOWENSTEIN.COM |
| NICHLAUS.M.ROSS@WELLSFARGO.COM | DAVIDS@BLBLAW.COM |
| PATRICK.KERNER@BARCLAYS.COM | JONATHANU@BLBGLAW.COM |
| PAUL_MULLINGS@FREDDIEMAC.COM | MATTHEWJ@BLBGLAW.COM |
| PFLEMING@MORGANLEWIS.COM | JAI@BLBGLAW.COM |
| PMOAK@MCKOOLSMITH.COM | PFERDINANDS@KSLAW.COM |
| PRFORLENZA@PBWT.COM | AJOWERS@KSLAW.COM |
| RAJAN@INDECOMM.NET | THADWILSON@KSLAW.COM |
| RBARKASY@SCHNADER.COM | GBUSH@ZUCKERMAN.COM |
| RESCAPINFO@KCCLLC.COM | NCOHEN@ZUCKERMAN.COM |
| RLWYNNE@JONESDAY.COM | LNEISH@ZUCKERMAN.COM |
| ROBLIN@WILLIAMSLAW.COM | CMOMJIAN@ATTORNEYGENERAL.GOV |
| ROSA.MENDEZ@DB.COM | CHRIS@MYFAIRCREDIT.COM |
| ROSS.MARTIN@ROPESGRAY.COM | JGLUCKSMAN@SCARINCIHOLLENBECK.COM |
| RZWERLING@ZSZ.COM | DAVID.TILLEM@WILSONELSER.COM |
| SARAH.STOUT@BNYMELLON.COM | TFAWKES@FREEBORNPETERS.COM |
| SCOTT.SLIFER@ISGN.COM | DEGGERT@FREEBORNPETERS.COM |
| SCOTTSHELLEY@QUINNEMANUEL.COM | TACONRAD@SBWLAWFIRM.COM |
| SETH.GOLDMAN@MTO.COM | DPRATHER@IGLOU.COM |
| SFENNESSEY@SHEARMAN.COM | DSTICHESQ@GMAIL.COM |
| SHARON.SQUILLARIO@WELLSFARGO.COM | JOEL@SHAFELDLAW.COM |
| SHEEHAN@TXSCHOOLLAW.COM | ACCESSLEGALSERVICES@GMAIL.COM |
| SHUMPHRIES@GIBBSBRUNS.COM | JBERKOWITZ@GIBBONSLAW.COM |
| SREISMAN@CURTIS.COM | KGIANNELLI@GIBBONSLAW.COM |
| SRUTSKY@PROSKAUER.COM | KRISTI.GARCIA@WELLSFARGO.COM |
| STEVEP@RGRDLAW.COM | MKBROYLES@FEINSUCHCRANE.COM |
| SUSAN.KHOKHER@TD.COM | RNORTON@HUNTON.COM |
| SUSHEELKIRPALANI@QUINNEMANUEL.COM | RRICH2@HUNTON.COM |
| TAL@TALCOTTFRANKLIN.COM | DEREK@TALCOTTFRANKLIN.COM |
| TANVEER.ASHRAF@USBANK.COM | BANKRUPTCY@CLM.COM |
| THEODORE.W.TOZER@HUD.GOV | DLEMAY@CHADBOURNE.COM |
| THOMAS.WALPER@MTO.COM | HSEIFE@CHADBOURNE.COM |
| TKLESTADT@KLESTADT.COM | |
| TLALLIER@FOLEYMANSFIELD.COM | |
| TOM.HOUGHTON@ALLY.COM | |
| WESTCHESTERLEGAL@AOL.COM | |
| WILLIAM.HAO@ALSTON.COM | |
| XRAUSLOANOPS5@BARCLAYS.COM | |
| PDEFILIPPO@WMD-LAW.COM | |
| SFITZGERALD@WMD-LAW.COM | |
| JLAWLOR@WMD-LAW.COM | |
| JGLUCKSMAN@SCARINCIHOLLENBECK.COM | |
| DAVID.POWLEN@BTLAW.COM | |
| DIANE.SANDERS@LGBS.COM | |
| LBERKOFF@MORITTHOCK.COM | |
| WILL.HOCH@CROWEDUNLEVY.COM | |

ASKDOJ@USDOJ.GOV
BMYRICK@SIDLEY.COM
BOBBIE.THEIVAKUMARAN@CITI.COM
BRIAN.MASUMOTO@USDOJ.GOV
DMANNAL@KRAMERLEVIN.COM
GEORGE.RAYZIS@USBANK.COM
GLEE@MOFO.COM
IRINA.PALCHUK@USBANK.COM
JBOELTER@SIDLEY.COM
JHOFER@SKADDEN.COM
JOHN.BELLAVER@ALLY.COM
JOHN_S_FORLINES@FANNIEMAE.COM
JOSEPH.CORDARO@USDOJ.GOV
KDWBANKRUPTCYDEPARTMENT@KELLEYDRYE.COM
KECKSTEIN@KRAMERLEVIN.COM
KELVIN.VARGAS@DB.COM
KEN.ZIMAN@SKADDEN.COM
LINDA.RIFFKIN@USDOJ.GOV
LMARINUZZI@MOFO.COM
LNASHELSKY@MOFO.COM
LNYHAN@SIDLEY.COM
MARIE.L.CERCHERO@IRS.GOV
NANCY.LORD@OAG.STATE.NY.US
NEAL.MANN@OAG.STATE.NY.US
NEWYORK@SEC.GOV
NIKOLAY.KODES@SKADDEN.COM
PROJECTRODEO@KIRKLAND.COM
RAY.SCHROCK@KIRKLAND.COM
RICHARD.CIERI@KIRKLAND.COM
SARAH.WARD@SKADDEN.COM
SECBANKRUPTCY@SEC.GOV
STEPHEN.HESSLER@KIRKLAND.COM
SUZANNE.LOVETT@SKADDEN.COM
TAMMY.HAMZEHPOUR@ALLY.COM
TIMOTHY.DEVINE@ALLY.COM
TMAYER@KRAMERLEVIN.COM
TRACY.DAVIS2@USDOJ.GOV
WILLIAM.B.SOLOMON@ALLY.COM