DAVID J. BROWN
1135 Ulloa Street
San Francisco, CA 94127
Telephone:  (415) 716-7786
E-Mao;:  djbrown2008@gmail.com

Attorney for Gerard Wiener

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------X
**In re:**                                                  :
                                                                   :  **Chapter 11**
**Residential Capital, LLC,** *et al.,*              :
                                                                   :  **Case No. 12-12020**
                            **Debtors,**             :
                                                                   :  **Jointly Administered**
-----------------------------------------------X

### DECLARATION OF DAVID J. BROWN OF SERVICE (28 U.S.C. §1746)

I, the undersigned, declare:

1.  I am one of the attorneys for Gerard Wiener.

2.  I could and would, if called upon, testify from my own personal knowledge of the following facts because I was and am involved in the matters stated as attorney for Gerard Wiener.

3.  I am competent to testify.

4.  On July 18, 2012, I sent via electronic mail to the Court and Parties in the action in the United States District Court for the Eastern District of Michigan to which the Motion for Relief From Stay pertains, Exhibit A hereto, and to the EFC list in this action the following:

**DECLARATION OF DAVID J. BROWN OF SERVICE (28 U.S.C. §1746)**

    a. Motion of Gerard Wiener for Relief from Automatic Stay as to GMAC Mortgage LLC with its Exhibits;

    b. Notice of Motion of Gerard Wiener for Relief from Automatic Stay as to GMAC Mortgage LLC; and

    c. [Proposed] Order Granting Motion of Gerard Wiener for Relief from Automatic Stay as to GMAC Mortgage LLC.

5. On July 20, 2012, I sent via United States Postal Service, Priority Mail, postage prepaid, to the Special Service List, and certain others, see Exhibit B hereto, the following:

    a. Motion of Gerard Wiener for Relief from Automatic Stay as to GMAC Mortgage LLC with its Exhibits;

    b. Notice of Motion of Gerard Wiener for Relief from Automatic Stay as to GMAC Mortgage LLC; and

    c. [Proposed] Order Granting Motion of Gerard Wiener for Relief from Automatic Stay as to GMAC Mortgage LLC.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that I have executed this Declaration as of the 17th day of July, 2012 at San Francisco, California.



                              _____/S/_____
                                        David J. Brown

Exhibit A

The Honorable George Caram Steeh
Judge
United States District Court
for the Eastern District of Michigan
Theodore Levin U.S. Courthouse
231 W. Lafayette Blvd., Room 238
Detroit, MI 48226

Gavin J. Fleming (P68366)
Attorneys for Plaintiffs
Hubbard Snitchler & Parzianello PLC
30665 Northwestern Highway, Ste. 100
Farmington Hills, MI 48334

Frank M. Deluca (P41604)
Attorneys for Defendants Bankers Trust
And GMAC Mortgage
McKelvie DeLuca, PC
280 West Maple Road
Suite 300 ·Birmingham, MI  48009

Bruce M. Gorosh (P35455)
Attorneys for Jeffrey Baskin and Lauren Newman
Lefkofsky & Gorosh PC
31500 Northwestern Highway
Suite 105
Farmington Hills, MI  48334

Daniel P. Perk (P39004)
Miller Johnson
Attorneys for Freddie Mac
303 North Rose Street
Suite 600
Kalamazoo, MI  49007

3
**DECLARATION OF DAVID J. BROWN OF SERVICE (28 U.S.C. §1746)**

# Exhibit B

**Citibank NA**
Attn Bobbie Theivakumaran
390 Greenwich St 6th Fl
New York, NY 10013

**Deutsche Bank Trust Company Americas**
c/o Kelvin Vargas
25 De Forest Ave
Summit, NJ 07901

**Internal Revenue Service**
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

**Internal Revenue Service**
Centralized Insolvency Operation
2970 Market St
Philadelphia, PA 19104

**Kelley Drye & Warren LLP**
James S Carr & Eric R Wilson
101 Park Ave
New York, NY 10178

**Kirkland & Ellis**
Richard M Cieri
601 Lexington Ave
New York, NY 10022

**Kramer Levin Naftallis & Frankel LLP**
Kenneth H Eckstein, Thomas Moers Mayer & Douglas H Mannal
1177 Avenue of the Americas
New York, NY 10036

**Morrison & Foerster LLP**
Attn Tammy Hamzehpour
1290 Avenue of the Americas
New York, NY 10104

**Nationstar Mortgage LLC**
Attn: General Counsel
350 Highland Drive
Lewisville, TX 75067

**Office of the NY State Attorney General**
Nancy Lord & Neal Mann
The Capitol
Albany, NY 12224-0341

**Securities & Exchange Commission**
Secretary of the Treasury
100 F St NE
Washington, DC 20549

**Securities & Exchange Commission**
**NY Regional Office**
George S Canellos Regional Director
3 World Financial Center Ste 400
New York, NY 10281-1022

**Skadden Arps Slate Meagher & Flom LLP**
Jonathan H. Hofer
Four Times Square
New York, NY 10036

**Skadden Arps Slate Meagher & Flom LLP**
Sarah M Ward
Four Times Square
New York, NY 10036

**Skadden Arps Slate Meagher & Flom LLP**
Suzanne D T Lovett
Four Times Square
New York, NY 10036

**The Bank of New York Mellon**
Asset-Backed Securities Group
101 Barclay St 4W
New York, NY 10286

4
**DECLARATION OF DAVID J. BROWN OF SERVICE (28 U.S.C. §1746)**

| | |
|---|---|
| **U.S. Bank National Association**<br>Attn: Irina Palchuk<br>60 Livingston Avenue<br>EP-MN-WS1D<br>St. Paul, MN 55107 | **U.S. Department of Justice**<br>US Attorney General, Eric H. Holder, Jr.<br>950 Pennsylvania Ave NW<br>Washington, DC 20530-0001 |
| **US Trustee for the Southern District of NY**<br>Tracy Hope Davis, Linda A. Riffkin and Brian S. Masumoto<br>33 Whitehall St 21st Fl, Region 2<br>New York, NY 10004 | **Wells Fargo Bank NA**<br>Attn Corporate Trust Services –<br>GMACM Home Equity Notes 2004<br>Variable Funding Trust<br>PO Box 98<br>Columbia, MD 21046 |
| **Fannie Mae**<br>Attn Peter McGonigle<br>1835 Market St Ste 2300<br>Philadelphia, PA 19103 | |

**Internal Revenue Service**
Insolvency Section
31 Hopkins Plz Rm 1150
Baltimore, MD 21201

**Kirkland & Ellis LLP**
Attn Ray C Schrock & Stephen E Hessler
601 Lexington Ave
New York, NY 10022-4611

**Morrison & Foerster LLP**
Larren M Nashelsky, Gary S Lee & Lorenzo Marinuzzi
1290 Avenue of the Americas
New York, NY 10104

**Office of the US Attorney for the Southern District of NY**
United States Attorney Preet Bharara
One St Andrews Plaza
New York, NY 10007

**DECLARATION OF DAVID J. BROWN OF SERVICE (28 U.S.C. §1746)**

**Sidley Austin LLP**
Larry J Nyhan & Jessica CK Boelter
One Dearborn
Chicago, IL 60603

**Skadden Arps Slate Meagher & Flom LLP**
Ken Ziman
Four Times Square
New York, NY 10036

**U.S. Bank National Association**
Attn: George Rayzis
50 South 16 th Street
Suite 2000
Philadelphia, PA 19102

**United States Attorney's Office for the Southern District
of New York Civil Division**
Attn Joseph Cordaro
86 Chambers St 3rd Fl
New York, NY 10007

**Anthony Princi**
Morrison & Foerster
Attorneys for Debtors
1290 Avenue of the Americas
New York, NY 10104
(212)468-8030
Fax : (212)468-7900
Email: aprinci@mofo.com

**Gary S. Lee**
Morrison & Foerster LLP
Attorneys for Debtors
1290 Avenue of the Americas
40th Floor
New York, NY 10022
(212) 468-8042
Fax : (212) 468-7900
Email: glee@mofo.com

6
**DECLARATION OF DAVID J. BROWN OF SERVICE (28 U.S.C. §1746)**

**Larren M. Nashelsky**
Morrison & Foerster LLP
Attorneys for Debtors
1290 Avenue of the Americas
New York, NY 10104
212-468-8000
Fax : 212-468-7900
Email: lnashelsky@mofo.com

**Lorenzo Marinuzzi**
Morrison & Foerster LLP
Attorneys for Debtors
1290 Avenue of the Americas
New York, NY 10104
(212) 468-8045
Fax : (212) 468-7900
Email: lmarinuzzi@mofo.com

**Steven J. Reisman**
Curtis, Mallet-Prevost, Colt & Mosle LLP
Attorneys for Debtors
101 Park Avenue
New York, NY 10178
212-696-6065
Fax : (212) 697-1559
Email: sreisman@curtis.com

*U.S. Trustee*
**United States Trustee**
33 Whitehall Street
21st Floor
New York, NY 10004
(212) 510-0500

**Steven S. Sparling**
Kramer Levin Naftalis & Frankel, LLP
Attorneys for Official Creditors' Committee
919 Third Avenue
New York, NY 10022
(212) 715-7736
Fax : (212) 715-8000
Email: ssparling@kramerlevin.com

**DECLARATION OF DAVID J. BROWN OF SERVICE (28 U.S.C. §1746)**