# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK
# ONE BOWLING GREEN
# NEW YORK, NY 10004-1408

**Vito Genna**
**Clerk of Court**

**Telephone Number: (212) 668-2870**

July 24, 2012

Mr. Paul N. Papas, II
4727 E. Bell Road
Suite 45-350
Phoenix, AZ 85032

Re: **Bankruptcy Case No. 12-12020-mg – In Re: Residential Capital, LLC – Motion to Convert the Debtor to a Chapter 7 Bankruptcy**

Dear Mr. Papas:

The U.S. Bankruptcy Court, SDNY, is in receipt of your *Motion to Convert Debtor to Chapter 7 Bankruptcy*, which was filed on July 20, 2012. Please note that there is a $15.00 filing fee requirement for this Motion to Convert, which fee is due at the time of filing your Motion. The fee due on a Motion to Convert a Chapter 11 case to a Chapter 7 case is $15.00. Please make your $15.00 payment payable to the **U.S. Bankruptcy Court, SDNY, Clerk, and send your payment to the U.S. Bankruptcy Court, SDNY, One Bowling Green, New York, NY 10004-1408**. Please note that the Court does not accept personal checks as payment and accepts a money order, bank cashier's check, or a postal money order.

The Docket number for your Motion is 880 in Case No. 12-12020-mg In Re: Residential Capital, LLC. Please find a printout of the docket entry 880. Please also note that your Motion has a hearing date of August 14, 2012 at 10 a.m., which hearing will be held in Judge Glenn's Courtroom 501. If you have any questions regarding this $15.00 filing fee requirement for the filing of your Motion to Convert case, please contact the Court. Thank you.

Regards,

**M. Brown**
*Clerk's Office of the*
*U.S. Bankruptcy Court, SDNY*

Enclosure