| | | |
|---|---|---|
| Label Matrix for local noticing<br>0208-7<br>Case 12-22609-rdd<br>Southern District of New York<br>White Plains<br>Tue Jun 26 11:21:31 EDT 2012 | White Plains Division<br>300 Quarropas Street<br>White Plains, NY 10601-4140 | ALLSTATE<br>PO BOX 3589<br>AKRON, OH 44309-3589 |
| AMEX<br>PO BOX 297871<br>FORT LAUDERDALE, FL 33329-7871 | American Express Centurion Bank<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | BANK OF AMERICA<br>PO BOX 982238<br>EL PASO, TX 79998-2238 |
| CATHERINES<br>CATHERINES/TAPE REPORTING  3750 STATE RO<br>BENSALEM, PA 19020-5903 | CBNA<br>PO BOX 6497<br>SIOUX FALLS, SD 57117-6497 | CHASE<br>PO BOX 15153<br>WILMINGTON, DE 19886-5153 |
| CHASE<br>PO BOX 15298<br>WILMINGTON, DE 19850-5298 | CHASE<br>PO BOX 24696<br>COLUMBUS, OH 43224-0696 | DOBBS FERRY EMERGENCY<br>PO BOX 36157<br>NEWARK, NJ 07188-6106 |
| FED LOAN SERV<br>PO BOX 69184<br>HARRISBURG, PA 17106-9184 | FIA CARD SERVICES, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102 | HFC<br>PO BOX 3425<br>BUFFALO, NY 14240-3425 |
| JP Morgan Chase Bank, N.A.<br>3415 Vision Drive<br>OH4-7133<br>Columbus, OH 43219-6009 | KIA MOTORS FINANCE<br>PO BOX 20815<br>FOUNTAIN VALLEY, CA 92728-0815 | KIA MOTORS FINANCE<br>PO BOX 20825<br>FOUNTAIN VALLEY, CA 92728-0825 |
| KOHLS/CAPONE<br>N56 W 17000 RIDGEWOOD DR<br>MENOMONEE FALLS, WI 53051-7096 | M L ZAGER PC<br>543 BROADWAY<br>MONTICELLO, NY 12701-1127 | MCYDSNB<br>9111 DUKE BLVD<br>MASON, OH 45040-8999 |
| NEWMAN AND GREEN<br>230 HILTON AVE<br>SUITE 17<br>HEMPSTEAD, NY 11550-8116 | NYS DEPARTMENT OF TAXATION &<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | PNC BANK<br>1 CASCADE PLZ<br>AKRON, OH 44308-1198 |
| PNC Bank<br>P.O. Box 94982<br>Cleveland, OH 44101-4982 | SALLIE MAE<br>PO BOX 9500<br>WILKES BARRE, PA 18773-9500 | SEARS/CBNA<br>133200 SMITH RD<br>CLEVELAND, OH 44130 |
| SEARS/CBNA<br>PO BOX 6189<br>SIOUX FALLS, SD 57117-6189 | SEARS/CBNA<br>PO BOX 6282<br>SIOUX FALLS, SD 57117-6282 | SLOMINS<br>125 LAUMAN LANE<br>HICKSVILLE, NY 11801-6539 |

| | | |
|---|---|---|
| Sallie Mae Inc. on behalf of ECMC<br>ECMC<br>P.O Box 75906<br>St. Paul, MN 55175-0906 | UNVL/CITI<br>PO BOX 6241<br>SIOUX FALLS, SD 57117-6241 | United States Trustee<br>33 Whitehall Street<br>21st Floor<br>New York, NY 10004-2122 |
| VERIZON<br>PO BOX 3002<br>PHOENIXVILLE, PA 19460-3002 | VERIZON NEW YORK INC<br>500 TECHNOLOGY DR<br>WELDON SPRING, MO 63304-2225 | WF/WB<br>PO BOX 3117<br>WINSTON SALEM, NC 27102-3117 |
| (p)WACHOVIA DEALER SERVICES INC<br>BK DEPARTMENT<br>PO BOX 19657<br>IRVINE CA 92623-9657 | Gary R. Gjertsen<br>Clair & Gjertsen<br>720 White Plains Road<br>Suite 381<br>Scarsdale, NY 10583-5014 | Ira S. Clair<br>Clair & Gjertsen<br>720 White Plains Road<br>Scarsdale, NY 10583-5014 |
| Jeffrey L. Sapir-13<br>As Chapter 13 and 12 Trustee<br>399 Knollwood Road<br>Suite 102<br>White Plains, NY 10603-1936 | Lucille E Scarinci<br>53 Hearthstone Road<br>Yonkers, NY 10710-1036 | Robert J Scarinci<br>53 Hearthstone Road<br>Yonkers, NY 10710-1036 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

WFDS/WDS
PO BOX 1697
WINTERVILLE, NC 28590

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)JP Morgan Chase Bank, N.A.

End of Label Matrix
Mailable recipients    41
Bypassed recipients     1
Total                  42