Q.C.

2006-0355

After Recording Return To:

720564601
THIRD FEDERAL SAVINGS
7007 BROADWAY AVENUE
CLEVELAND, OH 44105



2006050400853l0
Pgs: 3   $40.00   T20060033230
05/04/2006 3:52PM  BXP J K BOX
Robert G. Montgomery
Franklin County Recorder

_____ [Space Above This Line For Recording Data] _____

## MORTGAGE

DEFINITIONS

Words used in multiple sections of this document are defined below and in the Master Mortgage Form (as hereinafter defined).
(A) "Security Instrument" means this document, which is dated __4-27-_____, 06__, together with all Riders to this document and in the Master Mortgage Form.
(B) "Borrower" is THEODORE J KLOTZ II and DANIELA D KLOTZ, HUSBAND AND WIFE

Borrower is the mortgagor under this Security Instrument.
(C) "Lender" is Third Federal Savings and Loan Association of Cleveland. Lender is a Federal Savings Association organized and existing under the laws of the United States of America. Lender's address is 7007 Broadway Avenue, Cleveland, OH 44105. Lender is the mortgagee under this Security Instrument.
(D) "Note" means the promissory note signed by Borrower and dated __4-27_____, 06__.
The Note states that Borrower owes Lender One Hundred Seventy Six Thousand Five Hundred and no/100 Dollars (U.S. $ 176,500.00) plus interest. Borrower has promised to pay this debt in regular Periodic Payments and to pay the debt in full not later than May 01, 2036.
(E) "Property" means the property that is described below under the heading "Transfer of Rights in the Property."
(F) "Loan" means the debt evidenced by the Note, plus interest, any prepayment charges and late charges due under the Note, and all sums due under this Security Instrument, plus interest.
(G) "Riders" means all Riders to this Security Instrument that are executed by Borrower. The following Riders are to be executed by Borrower [check box as applicable]:

☐ Adjustable Rate Rider      ☐ Condominium Rider                 ☐ Second Home Rider
☐ Balloon Rider              ☐ Planned Unit Development Rider    ☒ Legal Description
☐ 1-4 Family Rider           ☐ Biweekly Payment Rider            ☐ Other(s) [specify]

TRANSFER OF RIGHTS IN THE PROPERTY

This Security Instrument secures to Lender: (i) the repayment of the Loan, and all renewals, extensions and modifications of the Note; and (ii) the performance of Borrower's covenants and agreements under this Security Instrument and the Note. For this purpose, Borrower does hereby mortgage, grant and convey to Lender the following described property located in the

County                              of              FRANKLIN
[Type of Recording Jurisdiction]                    [Name of Recording Jurisdiction]

Parcel No.:       170-002670-00

which currently has the address of              269 STREAMWATER CT
                                                [Street]

BLACKLICK         , Ohio    43004-8129        ("Property Address"):
[City]                      [Zip Code]

TOGETHER WITH all the improvements now or hereafter erected on the property, and all easements, appurtenances, and fixtures now or hereafter a part of the property. All replacements and additions shall also be covered by this Security Instrument. All of the foregoing is referred to in this Security Instrument as the "Property."

TJK         DK

16556 - OH                              Page 1 of 2                              720564601
2005.06

EXHIBIT C

2006-0395

Exhibit A

Situated in the County of Franklin, State of Ohio and in the Township of Jefferson, and being more particularly bounded and described as follows:

Being Lot No. Forty Two (42), of BLACKLICK RIDGE, Section 1, Part 1, as the same is numbered and delineated upon the recorded plat thereof, of record in Plat Book 90, Page 87 and 88, Recorder's Office, Franklin County, Ohio.

PARCEL NUMBER: 170-002670-00

269 Streamwater Court
Blacklick, OH 43004

MASTER MORTGAGE FORM

All terms of that certain master mortgage form ("Master Mortgage Form") recorded 04/09/04 pursuant to the Ohio Revised Code Section 5302.15 in the office of the FRANKLIN County Recorder, Instrument No. 200404090079898, O.R. Book _____ page _____ by Third Federal Savings and Loan Association of Cleveland (sometimes on title line only, Third Federal Savings and Loan Association of Cleveland), by Deborah A. Rachek, are by this reference incorporated as fully and to the same extent as if set forth and contained herein.

COPY

A copy of the Master Mortgage Form has been furnished to the mortgagor prior to the execution of this Security Instrument and mortgagor hereby acknowledges receipt of the same by signing at the end of this instrument.

**Certain Other Advances.** In addition to any other sum secured hereby, this Security Instrument shall also secure the unpaid principal balance of, plus accrued interest on, any amount of money loaned, advanced or paid by Lender to or for the account and benefit of Borrower, after this Security Instrument is delivered to and filed with the Recorder's Office, FRANKLIN County, Ohio, for recording. Lender may make such advances in order to pay any real estate taxes and assessments, insurance premiums plus all other costs and expenses incurred in connection with the operation, protection or preservation of the Property, including to cure Borrower's defaults by making any such payments which Borrower should have paid as provided in this Security Instrument, it being intended by this Section to acknowledge, affirm and comply with the provision of § 5301.233 of the Revised Code of Ohio.

BY SIGNING BELOW, Borrower accepts and agrees to the terms and covenants contained in this Security Instrument (including but not limited to the Master Mortgage Form) and in any Rider executed by Borrower and recorded with it. If for any reason the Master Mortgage Form shall not be deemed a part of this Security Instrument, this two (2) page instrument, plus any Rider(s) and attached legal description shall stand by itself as a mortgage document, binding on the Borrower for the benefit of Third Federal Savings and Loan Association of Cleveland, its successors and assigns.

Executed this 27 day of April 2006

_____ (Seal)    _____ (Seal)
THEODORE J. KLOTZ II - Borrower    DANIELA D. KLOTZ - Borrower

_____ (Seal)    _____ (Seal)
- Borrower                          - Borrower

_____ (Seal)    _____ (Seal)
- Borrower                          - Borrower

State of Ohio
County of Franklin

The foregoing instrument was acknowledged before me this 4-27-06 (date) by THEODORE J. KLOTZ II, DANIELA D. KLOTZ

Husband & Wife

(name of person(s) acknowledged)

DWANE HALL
Notary Public, State of Ohio
My Commission Expires
10-5-08

Dwane Hall

My commission expires: _____    Notary Public

This Instrument was prepared by: Third Federal Savings and Loan Association of Cleveland

T6556 - OH                         Page 2 of 2                    720054601