UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK (MANHATTAN)
--------------------------------------------------------X

| | |
|---|---|
| In re: | Chapter 11 |
| GMAC Mortgage, LLC , | Case No. 12-12020-mg<br>Jointly Adminstered |
| Debtor(s) | **ORDER TERMINATING** |
| | **THE AUTOMATIC STAY** |

--------------------------------------------------------X

Third Federal Savings & Loan Association ("Third Federal Savings & Loan") having moved this Court pursuant to a Notice of Motion for Relief from Stay for an Order terminating the stay imposed against Third Federal Savings & Loan and seeking authorization for Third Federal Savings & Loan to foreclose and sell the real property located at real property located at 269 Streamwater Court, Blacklick, OH 43004 ("Collateral"), and sufficient cause having been shown, and after due deliberation by this Court, it is

**ORDERED,** that the stay imposed against Third Federal Savings & Loan pursuant to §362(a) of the Bankruptcy Code is terminated, and Third Federal Savings & Loan is to pursue its rights under applicable state law with respect to the Collateral, and it is further

**ORDERED,** that in the event of the sale of the Collateral, Third Federal Savings & Loan shall give notice to the debtor in possession of any surplus monies that may exist after the sale, and it is further

**ORDERED,** that unless specifically provided in loan documents signed by the debtor(s), the Movant may not collect fees, expenses or other charges associated with this or a subsequent mortgage servicer.

Dated:

                                                    _____
                                                    MARTIN GLENN
                                                    United States Bankruptcy Judge