| | | |
|---|---|---|
| Label Matrix for local noticing<br>0208-1<br>Case 12-12020-mg<br>Southern District of New York<br>Manhattan<br>Tue Jul 17 09:11:34 EDT 2012 | Ad Hoc RMBS Holder Group<br>c/o Ropes & Gray LLP<br>Keith H. Wofford<br>1211 Avenue of the Americas<br>New York, NY 10036-8704 | Allstate Life Insurance Company<br>c/o Bingham McCutchen LLP<br>399 Park Avenue<br>New York, NY 10022-4614 |
| Arthur J. Gonzalez, Examiner<br>c/o Chadbourne & Parke LLP<br>30 Rockefeller Plaza<br>New York, NY 10112-0129 | Aurora Bank, FSB<br>c\o James M. Lloyd, Green & Hall, A<br>1851 E. First Street, 10th Floor<br>Santa Ana, CA 92705-4054 | Aurora Loan Services, Inc.<br>c/o Fein Such & Crane, LLP.<br>28 E. Main Street<br>Suite 1800<br>Rochester, NY 14614-1936 |
| Bank of America, N.A.<br>c/o Fein Such & Crane, LLP.<br>28 E. Main Street<br>Suite 1800<br>Rochester, NY 14614-1936 | Cal-Western Reconveyance Corporation<br>c/o Moritt Hock & Hamroff LLP<br>Attn. Leslie A. Berkoff<br>400 Garden City Plaza<br>Garden City, NY 11530-3327 | Cameron County |
| Carrollton Farmers Branch ISD, et. al.<br>c/o Andrea Sheehan<br>Law Offices of Robert E. Luna, P.C.<br>4411 N. Central Expwy<br>Dallas, TX 75205-4210 | City of Union City, NJ<br>Scarinci & Hollenbeck, LLC<br>c/o Joel R. Glucksman, Esq.<br>1100 Valley Brook Avenue<br>P.O. Box 790<br>Lyndhurst, NJ 07071-0790 | Cleveland ISD<br>John P. Dillman<br>P.O. Box 3064<br>Houston, TX 77253-3064 |
| Commonwealth of Pennsylvania, Bureau of Comp<br>Department 280946<br>Harrisburg, PA 17128-0946 | County of Putnam<br>c/o Wilson Elser<br>3 Gannett Drive<br>David L. Tillem<br>White Plains, NY 10604-3407 | Cypress-Fairbanks ISD<br>c/o John P. Dillman<br>Post Office Box 3064<br>Houston, TX 77253-3064 |
| Dallas County<br>Linebarger Goggan Blair & Sampson, LLP<br>c/o Elizabeth Weller<br>2323 Bryan Street Ste 1600<br>Dallas, TX 75201-2644 | Epiq Bankruptcy Solutions, LLC<br>757 Third Avenue<br>NY, NY 10017-2015 | FEDERAL NATIONAL MORTGAGE ASSOCIATION<br>c/o Winston & Strawn LLP<br>200 Park Avenue<br>New York, NY 10166-0005 |
| Fort Bend County<br>c/o John P. Dillman<br>Post Office Box 3064<br>Houston, TX 77253-3064 | Freddie Mac | Galveston County<br>c/o John P. Dillman<br>Post Office Box 3064<br>Houston, TX 77253-3064 |
| Harris County et al<br>Linebarger Goggan Blair & Sampson LLP<br>c/o John P. Dillman<br>P.O. Box 3064<br>Houston, Tx 77253-3064 | IBM Corporation<br>Attn: Shawn Konig<br>1360 Rene-Levesque W.<br>Suite 400<br>Montreal, QCH3G 2W6 Canada | Imperial County Tax Collector<br>940 West Main Street<br>Suite 106<br>El Centro, CA 92243-2864 |
| Johnson County et al, Richardson ISD<br>c/o Elizabeth Banda Calvo<br>Perdue Brandon Fielder et al<br>PO Box 13430<br>Arlington, TX 76094-0430 | Katy ISD<br>c/o John P. Dillman<br>Post Office Box 3064<br>Houston, TX 77253-3064 | Ken Burton, Jr. Manatee County Tax Collector<br>Attn: Susan D. Profant<br>4333 US 301 North<br>Ellenton, FL 34222-2413 |
| Kurtzman Carson Consultants<br>2335 Alaska Ave<br>El Segundo, CA 90245-4808 | Lehman Brothers Holdings Inc.<br>1271 Avenue of the Americas<br>New York, NY 10020-1304 | Lewisville Independent School District<br>c/o Andrea Sheehan<br>Law Offices of Robert E. Luna, PC<br>4411 North Central Expressway<br>Dallas, TX 75205-4210 |

| | | |
|---|---|---|
| Matagorda County<br>c/o John P. Dillman<br>Linebarger Goggan Blair & Sampson LLP<br>P.O. Box 3064<br>Houston, Tx 77253-3064 | Montgomery County<br>c/o John P. Dillman<br>Post Office Box 3064<br>Houston, TX 77253-3064 | National Association of Consumer Bankruptcy<br>2300 M Street, Suite 800<br>Washington, DC 20037-1434 |
| Nationstar Mortgage LLC<br>c/o Sidley Austin LLP<br>787 Seventh Avenue<br>New York, NY 10019-6018 | Nyctl 2011-A trust<br>MTAG Services, LLC<br>8614 Westwood Center Drive<br>Suite 510<br>Vienna, VA 22182-2286 | Office of UnemploymentCompensation Tax Servi<br>Dept of Labor and Industry<br>Commonwealth of Pennsylvania<br>625 Cherry Street, Room 203<br>Reading, PA 19602-1152 |
| Orange County<br>c/o John P. Dillman<br>Post Office Box 3064<br>Houston, TX 77253-3064 | Petra Finance LLC<br>c/o Thomas A. Conrad, Esq.<br>7777 Glades Road<br>Suite 400<br>Boca Raton, FL 33434-4193 | Pru Alpha Fixed Income Opportunity Master Fu |
| RMBS Settling Investors represented by Talco<br>Talcott Franklin PC<br>208 North Market Street<br>Suite 200<br>Dallas, TX 75202-3212 | Residential Capital, LLC<br>1177 Avenue of the Americas<br>New York, NY 10036-2714 | Residential Credit Solutions<br>28 East Main Street<br>Suite 1800<br>Rochester, NY 14614-1936 |
| Shellpoint Partners LLC f/k/a Shellpoint Mor | TCF National Bank<br>200 Lake Street<br>Wayzata, MN 55391-1690 | TCF National Bank<br>c/o Foley & Mansfield PLLP<br>250 Marquette Avenue<br>Ste. 1200<br>Minneapolis, MN 55401-1874 |
| The Bank of New York Mellon Trust Company, N<br>c/o Dechert LLP<br>Attn: Glen E. Siegel, Esq.<br>1095 Avenue of the Americas<br>New York, NY 10036-6797 | The Frost National Bank<br>c/o Patty Tomasco<br>Jackson Walker LLP<br>100 Congress Avenue<br>Suite 1100<br>Austin, TX 78701-4042 | The Gibraltar Life Insurance Company, Ltd. |
| Township of Wall<br>Joel R. Glucksman, Esq.<br>Scarinci & Hollenbeck, LLC<br>1100 Valley Brook Avenue<br>PO Box 790<br>Lyndhurst, NJ 07071-0790 | Tracy L. Klestadt, in his Capacity as Chapte<br>Klestadt & Winters, LLP<br>570 Seventh Avenue, 17th Floor<br>New York, NY 10018-1624 | Tyler County<br>c/o John P. Dillman<br>P.O. Box 3064<br>Houston, TX 77253-3064 |
| U.S. Bank National Association, as Indenture<br>c/o James Carr<br>Kelley Drye & Warren LLP<br>101 Park Avenue<br>New York, NY 10178-0062 | U.S. Bank National Association, as Securitiz<br>c/o Seward & Kissel LLP<br>One Battery Park Plaza<br>New York, NY 10004-1405 | USAA Federal Savings Bank<br>c/o Barnes & Thornburg LLP<br>11 S. Meridian Street<br>Indianapolis, IN 46204-3506 |
| United States of America<br>US Attorney's Office<br>86 Chambers Street<br>New York, NY 10007-1825 | Vermont Housing Finance Agency<br>c/o Klestadt & Winters, LLP<br>570 Seventh Avenue, 17th Floor<br>New York, NY 10018-1624 | WFNBA<br>c/o Winston & Strawn LLP<br>200 Park Avenue<br>New York, NY 10166-0005 |
| Wells Fargo Bank, N.A., successor by merger<br>4101 Wiseman Boulevard<br>T7416-023<br>San Antonio, TX 78251-4200 | Manhattan Division<br>One Bowling Green<br>New York, NY 10004-1415 | 2255 Partners, L.P.<br>c/o Pillsbury Winthrop Shaw Pittman LLP<br>50 Fremont Street, P.O. Box 7880<br>San Francisco, CA 94120-7880<br>Attn: Ana N. Damonte, Esq. |

| | | |
|---|---|---|
| AMI B. ESKANOS<br>3122 PINE TREE DRIVE<br>MIAMI BEACH, FL 33140-3929 | Alan Moss<br>PO Box 721<br>Moss Beach, CA 94038-0721 | Aurora Loan Servicing, Inc.<br>c/o Fein Such & Crane, LLP.<br>28 E. Main Street<br>Suite 1800<br>Rochester, NY 14614-1936 |
| BARRY B. ESKANOS, JD MPA<br>3122 PINE TREE DRIVE<br>MIAMI BEACH, FL 33140-3929 | Bank of the West<br>c/o Andrew W. Muller<br>Stinson Morrison Hecker LLP<br>1201 Walnut, Ste. 2900<br>Kansas City, MO 64106-2178 | Cameron County<br>c/o Diane W. Sanders<br>Linebarger Goggan Blair & Sampson, LLP<br>PO BOX 17428<br>Austin, TX 78760-7428 |
| Carrollton-Farmers Branch Independent School<br>Law Offices of Robert E. Luna, P.C.<br>c/o Andrea Sheehan<br>4411 North Central Expressway<br>Dallas, Texas 75205-4210 | Chadbourne & Parke LLP<br>30 Rockefeller Plaza<br>New York, New York 10112-0129 | City Of McAllen<br>c/o Diane W. Sanders<br>Linebarger Goggan Blair & Sampson, LLP<br>PO BOX 17428<br>Austin, TX 78760-7428 |
| City of Union City, New Jersey<br>c/o Joel R. Glucksman, Esq.<br>Scarinci & Hollenbeck, LLC<br>1100 Valley Brook Avenue, P.O. Box 790<br>Lyndhurst, NJ 07071-0790 | DANIEL T. POWERS<br>CHATHAM COUNTY TAX COMMISSIONER<br>PO BOX 8324<br>SAVANNAH, GA 31412-8324 | Dallas CPT Fee Owner, L.P.<br>c/o Proskauer Rose LLP<br>Attn: Scott K. Rutsky, Esq. & Jared D. Z<br>Eleven Times Square<br>New York, NY 10036-8299 |
| David L. Tillem<br>Wilson Elser Moskowitz Edelman & Dicker<br>3 Gannett Drive<br>White Plains, NY 10604-3407 | Diem T. Nguyen<br>16478 Beach Boulevard #331<br>Westminster, CA 92683-7860 | Dodge County, State of Wisconsin<br>127 East Oak Street<br>Juneau, WI 53039-1329 |
| Donald T. Prather<br>Mathis Riggs & Prather<br>500 Main Street, Suite 5<br>Shelbyville, KY 40065-1147 | FEDERAL NATIONAL MORTGAGE ASSOCIATION<br>C/O WINSTON & STRAWN LLP<br>200 Park Avenue<br>New York, New York 10166-4099<br>David Neier (dneier@winston.com) | GREGORY M. PETRICK, ESQ.<br>CADWALADER, WICKERSHAM & TAFT LLP<br>ONE WORLD FINANCIAL CENTER<br>NEW YORK, NY 10281-0006 |
| Green Planet Servicing, LLC<br>c/o Duane Morris LLP<br>1540 Broadway<br>New York, NY 10036-4086<br>Attn: Gerard S. Catalanello, Esq. | HP Enterprise Services, LLC<br>c/o Ayala Hassell<br>5400 Legacy Drive<br>Plano, TX 75024-3105 | HP Enterprise Services, LLC<br>c/o Michael Warner/ Emily S. Chou<br>Cole, Schotz, Meisel, Forman & Leonard P<br>301 Commerce Street, Ste 1700<br>Fort Worth, TX 76102-4126 |
| IBM Corporation<br>Attn: Shawn Konig<br>1360 Rene Levesque W., Suite 400<br>Montreal, QC H3G 2W6<br>Canada | INGRID BAGBY, ESQ.<br>CADWALADER, WICKERSHAM & TAFT LLP<br>ONE WORLD FINANCIAL CENTER<br>NEW YORK, NY 10281-0006 | Ira M. Levee, Esq.<br>Lowenstein Sandler PC<br>1251 Avenue of the Americas, 18th Floor<br>New York, New York 10020-1104 |
| JOhnson County et al, Richardson ISD<br>c/o Elizabeth Banda Calvo<br>Perdue Brandon Fielder et al<br>PO Box 13430<br>Arlington, Texas 76094-0430 | James R. Martin<br>Madeline Martin<br>14587 Berklee Drive<br>Addison, TX 75001-3533 | John Mark Stern<br>Assistant Attorney General<br>Bankruptcy & Collections Division<br>PO Box 12548<br>Austin, Texas 78711 2548 |
| Joseph DiGiorno<br>Tilda Gigiorno<br>437 Palmer Road<br>Yonkers, NY 10701-5206 | Ken Burton, Jr., Manatee County Tax Collecto<br>Attn: Susan D. Profant<br>4333 US 301 North<br>Ellenton, FL 34222-2413 | Kentucky Department of Revenue<br>Legal Branch-Bankruptcy Section<br>Attn: Michael Hornback<br>P.O. Box 5222<br>Frankfort, KY 40602-5222 |

```
Lead Plaintiff and the Putative Class          Liberty Property Limited Partnership         MARK C. ELLENBERG, ESQ.
C/O Ira M. Levee, Esquire                      c/o Schnader Harrison Segal & Lewis LLP      CADWALADER, WICKERSHAM & TAFT LLP
Michael S. Etkin, Esquire                      1600 Market Street, Suite 3600               700 SIXTH STREET, N.W.
Lowenstein Sandler PC                          Philadelphia. PA 19103-7286                  WASHINGTON, DE 20001-3980
65 Livingston Ave.                             Attn: Barry Bressler
Roseland, NJ 07068-1791

MERSCORP, Inc.                                 Martin G. Bunin, Esq.                        Mary Perkins White
c/o William A. Hazetline, Esq.                 William Hao, Esq.                            C/O Christopher Green
Sullivan Hazeltine Allinson LLC                Alston & Bird LLP                            Law Offices of Christopher Green PS
901 N. Market Street, Suite 1300               90 Park Avenue                               601 Union Street Suite 4200
Wilmington, DE 19801-3079                      New York, NY 10016-1387                      Seattle WA 98101-4036

Midfirst Bank                                  Newport Management Corporation               Oakland County Treasurer
c/o William H. Hoch                            c/o Hunton & Williams LLP                    1200 North Telegraph Rd., Dept. 479
20 N. Broadway Ave., Suite 1800                200 Park Avenue, 53rd Floor                  Pontiac, MI 48341-0479
Oklahoma City, OK 73102-8296                   New York, NY 10166-4499
                                               Attn:  Richard P. Norton, Esq. and Rober

PATTERSON BELKNAP WEBB & TYLER, LLP            PAUL N. PAPAS II                             Paul N. Papas II
DAVID W. DYKHOUSE                              MyLegalHelpUSA.com                           MyLegalHelpUSA.com
BRIAN P. GUINEY                                4727 E.BELL RD., STE. 45-350                 4727 E. Bell Rd., Ste. 45-350
1133 AVENUE OF AMERICAS                        PHOENIX, AZ 85032-2830                       Phoenix, AZ 85032-2830
NEW YORK, NY 10036-6710

ROSEANN GROB                                   Ray Elliott                                  Representative Plaintiffs, Putative Class, e
PO BOX 1287                                    2655 South Valley Drive                      c/o Daniel J. Flanigan
MILTON, WA 98354-1287                          Rapid City, South Dakota 57703-5936          Polsinelli Shughart PC
                                                                                            805 Third Avenue, Suite 2020
                                                                                            New York, New York 10022-7538

SAMUEL I. WHITE, P.C.                          SAMUEL I. WHITE, P.C.                        SHERMAN & STERLING LLP
D. CAROL SASSER, ESQ.                          DONNA J. HALL, ESQ.                          FREDRIC SOSNICK, ESQ.
5040 CORPORATE WOODS DRIVE, SUITE 120          5040 CORPORATE WOODS DRIVE, SUITE 120        599 LEXINGTON AVENUE
VIRGINIA BEACH, VIRGINIA 23462-4377            VIRGINIA BEACH, VIRGINIA 23462-4377          NEW YORK, NY 10022-6069

SHERMAN & STERLING LLP                         Sidley Austin LLP                            South Texas College
SUSAN A. FENNESSEY                             One South Dearborn                           c/o Diane W. Sanders
599 LEXINGTON AVENUE                           Chicago, IL 60603-2323                       Linebarger Goggan Blair & Sampson, LLP
NEW YORK, NY 10022-6069                        Attn: Larry J. Nyhan, Esq.                   PO BOX 17428
                                                     Jessica C.K. Boelter, Esq.            Austin, TX 78760-7428

South Texas ISD                                Steven J. Reisman, Esq.                      TW Telecom Inc.
c/o Diane W. Sanders                           Curtis, Mallet-Prevost, Colt & Mosle LLP     c/o Linda Boyle
Linebarger Goggan Blair & Sampson, LLP         101 Park Avenue                              10475 Park Meadows Drive, #400
PO BOX 17428                                   New York, New York 10178-0002                Littleton, CO 80124-5454
Austin, TX 78760-7428

The Bank of New York Mellon Trust Company, N   The Bank of New York Mellon Trust Company, N   The Bank of New York Mellon Trust Company, N
c/o Dechert LLP                                c/o Dechert LLP                              c/o Dechert LLP
Attn: Brian E. Greer                           Attn: Glenn E. Siegel                        Attn: Hector Gonzalez
1095 Avenue of the Americas                    1095 Avenue of the Americas                  1095 Avenue of the Americas
New York, NY 10036-6797                        New York, NY 10036-6797                      New York, NY 10036-6797

The Bank of New York Mellon Trust Company, N   U.S. Bank National Association               USAA Federal Savings Bank
c/o Dechert LLP                                c/o James Carr                               c/o Barnes & Thornburg LLP
Attn: Mauricio A. Espana                       Kelley Drye & Warren LLP                     1000 North West Street, Suite 1200
1095 Avenue of the Americas                    101 Park Avenue                              Wilmington, DE 19801-1058
New York, NY 10036-6797                        New York, NY 10178-0062
```

| | | |
|---|---|---|
| United States Trustee<br>33 Whitehall Street<br>21st Floor<br>New York, NY 10004-2122 | WENDY ALISON NORA<br>210 SECOND STREET NE<br>MINNEAPOLIS, MINNESOTA 55413-2218 | WILLIAM PELFREY<br>222 BRYANT DRIVE<br>STAFFORDSVILLE, KY 41256-9074 |
| Wells Fargo Bank, N.A.<br>c/o Gibbons P.C.<br>Attn: Jeffrey S. Berkowitz, Esq.<br>One Pennsylvania Plaza, 37th Floor<br>New York, NY 10119-3701 | Wendy Alison Nora<br>210 Second Street NE<br>Minneapolis, MN 55413-2218 | c/o FEIN, SUCH & CRANE, LLP<br>28 EAST MAIN STREET<br>SUITE 1800<br>ROCHESTER, NY 14614-1936 |
| Anthony Princi<br>Morrison & Foerster<br>1290 Avenue of the Americas<br>New York, NY 10104-0050 | Corla Jackson<br>13230 Tom Gaston Rd<br>Mobile, AL 36695-8658 | David J Brown<br>1135 Ulloa Street<br>San Francisco, CA 94127-1126 |
| Donald T. Prather<br>Mathis, Riggs & Prather, P.S.C<br>500 Main Street<br>Suite 5<br>Shelbyville, KY 40065-1147 | Francine Silver<br>Los Angeles, CA | Gary S. Lee<br>Morrison & Foerster LLP<br>1290 Avenue of the Americas<br>40th Floor<br>New York, NY 10104-0050 |
| Hedeya Haroutunian<br>Shaghzo & Shaghzo Law Firm, APC<br>100 W. Broadway, Suite 540<br>Glendale, CA 91210-1248 | James R. Martin<br>14587 Berklee Drive<br>Addison, TX 75001-3533 | Janice Marie Montgomery<br>2607 N. Shartel Avenue<br>Oklahoma City, OK 73103-1442 |
| Jean Milliance<br>7 Lucille Court<br>Edison, NJ 08820-2056 | Joan F. Niesen<br>1335 Purisima Road<br>Lompoc, CA 93436-2605 | Joe R. Vargas Sr.<br>213 U. St.<br>Bakersfield, CA 93304-3238 |
| Larren M. Nashelsky<br>Morrison & Foerster LLP<br>1290 Avenue of the Americas<br>New York, NY 10104-0050 | Larry D. Walls<br>3831 W. 60th St.<br>Los Angeles, CA 90043-2927 | Lerae Britain Moeller |
| Lorenzo Marinuzzi<br>Morrison & Foerster LLP<br>1290 Avenue of the Americas<br>New York, NY 10104-0050 | Madeline Martin<br>14587 Berklee Drive<br>Addison, TX 75001-3533 | Mary Perkins White<br>Law Offices Of Christopher Green<br>601 Union St Suite 4200<br>Seattle, WA 98101-4036 |
| Maurice M LoVuolo<br>3 O'Neill Drive<br>Dedham, MA 02026-2070 | Oskar A. Johanson<br>105 Rivergate Pl<br>Lodi, CA 95240-0557 | Patricia S. Pringle<br>104 Freestone St<br>Greenville, SC 29605-3225 |
| Patrick J Hopper<br>220 McCartney Dr<br>Moon Twp, PA 15108-2934 | Rhodrick Harden<br>1568 Loretta Ave<br>Coumbus, OH 43211-1508 | Russell D. Mays<br>250 West Depot Street<br>Greeneville, TN 37743-4910 |

Sidney T. Lewis
1875 Alvason Avenue
Columbus, OH 43219-1115

Steven J. Reisman
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY 10178-0002

Taggart Kenneth
45 Heron Rd
Holland, PA 18966-2109

Willie L. Boykin
250 Sterling Ridge Dr
Atoka, TN 38004-7900

Yvonne D. Lewis
1875 Alvason Avenue
Columbus, OH 43219-1115

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)2255 Partners, L.P.

(u)AIG Asset Management (US), LLC

(u)Ad Hoc Consortium of RMBS holders

(u)Ad Hoc Group of Junior Secured Noteholders

(u)Ally Bank

(u)Ally Financial Inc.

(u)Ambac Assurance Corporation

(u)Assured Guaranty Municipal Corp.

(u)Bank of the West

(u)Barclays Bank PLC

(u)Berkshire Hathaway Inc.

(u)C. Price D. Harris

(u)CITIBANK, N.A.

(u)CO Moore, LP

(u)Cambridge Place Investment Management Inc.

(u)Cambridge Place Investments Management Inc

(u)Canyon Balanced Master Fund, Ltd.

(u)Canyon Distressed Opportunity Investing Fu

(u)Canyon Distressed Opportunity Master Fund,

(u)Canyon Value Realization Fund, L.P.

(u)City Of McAllen

| | | |
|---|---|---|
| (u)Commerce Street Investments, LLC | (u)Community South Bank | (u)Constitution Corporate Federal Credit Unio |
| (u)Dallas CPT Fee Owner, L.P. | (u)Deutsche Bank Trust Company Americas, as t | (u)Digital Lewisville, LLC |
| (u)ES Moore, Ltd. | (u)Epiq Bankruptcy Solutions, LLC (Claims and | (u)Federal Housing Finance Agency, as Conserv |
| (u)Financial Guaranty Insurance Company | (u)Green Planet Servicing, LLC | (u)HP Enterprise Services, LLC |
| (u)Huntington Bancshares Inc. | (u)Institutional Core Bond Fund of the Pruden | (u)Institutional Core Plus Bond Fund of the P |
| (u)John Hancock Life Insurance Company (U.S.A | (du)John Hancock Life Insurance Company (U.S. | (du)John Hancock Life Insurance Company (U.S. |
| (u)King Street Capital Master Fund, Ltd. | (u)King Street Capital, L.P. | (u)Lead Plaintiff |
| (u)Lead Plaintiff and the Putative Class | (u)Liberty Property Limited Partnership | (u)Lone Star U.S. Acquisitions, LLC |
| (u)Lonestar Partners, L.P. | (u)MBIA Insurance Corporation | (u)Members United Corporate Federal Credit Un |
| (u)Mercer (US) Inc. | (u)MidFirst Bank | (u)Moelis & Company LLC |

| | | |
|---|---|---|
| (u)Mortgage Electronic Registration Systems, | (u)National Credit Union Administration Board | (du)National Credit Union Administration Boar |
| (u)New Jersey Caprpenters Health Fund | (u)Newport Management Corporation | (u)Oakland County Treasurer |
| (u)Official Committee Of Unsecured Creditors | (u)OneWest Bank | (u)Park Place Commerce Investments, LLC |
| (u)Pension Benefit Guaranty Corporation | (u)Pruco Life Insurance Company | (u)Pruco Life Insurance Company of New Jersey |
| (u)Prudential Annuities Life Assurance Corpor | (u)Prudential Investment Portfolios 2, Pruden | (u)Prudential Retirement Insurance & Annuitie |
| (u)Prudential Total Return Bond Fund, Inc. | (u)Prudential Trust Company, as Trustee for P | (u)Redwood Master Fund, LTD |
| (u)Representative Plaintiffs, the Putative Cl | (u)Select Portfolio Servicing, Inc. | (u)South Texas College |
| (u)South Texas ISD | (u)Southwest Corporate Federal Credit Union | (u)Steven Archibald, et al., on behalf of the |
| (u)Stichting Pensionfonds ABP | (u)Talcott Franklin Group | (u)Texas Comptroller of Public Accounts |
| (u)The Canyon Value Realization Master Fund, | (u)The Independent Directors of the Residenti | (u)The Prudential Insurance Company of Americ |

| | | |
|---|---|---|
| (u)The Prudential Investment Portfolios, Inc. | (u)The Prudential Life Insurance Company, Ltd | (u)The Prudential Series Fund, Diversified Bo |
| (u)The Union Central Life Insurance Company, | (u)The Western and Souther Life Insurance Com | (u)Triaxx Prime CDO 2006-1, LLC |
| (u)Triaxx Prime CDO 2006-2, LLC | (u)Triaxx Prime CDO 2007-1, LLC | (u)Union Central Life Insurance Company, Amer |
| (du)Union Central Life Insurance Company, Ame | (u)United States Bankruptcy Court, SDNY | (u)Valerie Ann Greene |
| (u)Wells Fargo Bank, N.A. | (u)Western Corporate Federal Credit Union | (u)White & Case LLP |
| (d)Aurora Loan Services, Inc.<br>c/o Fein Such & Crane,LLP.<br>28 E. Main Street<br>Suite 1800<br>Rochester, NY 14614-1936 | (d)Bank of America,N.A.<br>c/o Fein Such & Crane, LLP.<br>28 E. Main Street<br>Suite 1800<br>Rochester, NY 14614-1936 | (d)Cal-Western Reconveyance Corp.<br>c/o Moritt Hock & Hamroff LLP<br>Attn. Leslie A. Berkoff<br>400 Garden City Plaza<br>Garden City, NY 11530-3327 |
| (d)Dallas County<br>Linebarger Goggan Blair & Sampson, LLP<br>c/o Elizabeth Weller<br>2323 Bryan Street Ste 1600<br>Dallas, TX 75201-2644 | (d)Imperial County Tax Collector<br>940 West Main Street<br>Suite 106<br>El Centro, CA 92243-2864 | (d)Ira M. Levee, Esq.<br>Lowenstein Sandler PC<br>1251 Avenue of the Americas, 18th Floor<br>New York, New York 10020-1104 |
| (du)Lone Star U.S. Acquisitions, LLC | (d)Office of UnemploymentCompensation Tax Ser<br>Dept of Labor and Industry<br>Commonwealth of Pennsylvania<br>625 Cherry Street, Room 203<br>Reading, PA 19602-1152 | (u)Petra Finance, LLC |
| (d)TCF National Bank<br>200 Lake Street<br>Wayzata, MN 55391-1690 | (d)TCF National Bank<br>c/o Foley & Mansfield PLLP<br>250 Marquette Avenue, Ste. 1200<br>Minneapolis, MN 55401-1874 | (d)USAA Federal Savings Bank<br>c/o Barnes & Thornburg<br>11 S. Meridian Street<br>Indianapolis, IN 46204-3506 |
| (d)Wendy Alison Nora<br>210 Second Street NE<br>Minneapolis, MN 55413-2218 | (u)Ahmed Moujahid | (u)Bryan Bubnick |

| | | |
|---|---|---|
| (u)Christina Ulbrich | (u)Daniela L. Gilbert | (u)Deborah Bollinger |
| (u)Dennis Quon | (u)Diem T. Nguyen | (d)Diem T. Nguyen<br>16478 Beach Boulevard #331<br>Westminster, CA 92683-7860 |
| (u)Donald & Bonnie Brelsford | (u)Gary Riebschlager | (u)Gregory Balensiefer |
| (u)Jess Pannel | (u)Joanne Stanphill | (u)John Stanphill |
| (u)Marceen Bloom | (u)Maribeth Evans | (u)Mark and Lori Burris |
| (u)Mary Gardner | (u)Meta Turner | (u)Neville Evans |
| (u)Patricia Young | (u)Paul N. Papas II | (u)Peter Vamvakas |
| (u)Randy & Kelly Heiden | (u)Rex T. Gilbert Jr. | (u)Robert Kanagaki |
| (u)Ronald Spataccino | (u)Troy Turner | (u)Wendy Alison Nora |
| (u)William Pelfrey | End of Label Matrix<br>Mailable recipients  154<br>Bypassed recipients  139<br>Total               293 | |