UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK (MANHATTAN)
--------------------------------------------------------X

| | |
|---|---|
| In re: | **RULE 55 AFFIDAVIT** |
| GMAC Mortgage, LLC, | Case No.: 12-12020-mg |
| | Chapter 11 |
| Debtor(s). | Assigned to: |
| | Hon. Martin Glenn |
| --------------------------------------------------------X | Bankruptcy Judge |

    I, Geoffrey J. Peters, Esq., as attorney for the Movant and admitted to practice before this Court, represent that, upon information and belief the debtor is not an infant, incompetent, in the military, or in active service.

DATED: July 25, 2012
        Columbus, Ohio

                                    Respectfully submitted,
                                    WELTMAN, WEINBERG & REIS CO
                                    Attorneys for Secured Creditor
                                    THIRD FEDERAL SAVINGS AND LOAN
                                    ASSOCIATION

                                    By:  /s/ Geoffrey J. Peters
                                          Geoffrey J. Peters, Esq. (#GP4633)
                                          175 S. Third Street, Suite 900
                                          Columbus, OH  43215
                                          Telephone:  614/857-4324

Sworn to before me this
July 25, 2012
/s/ Annette Rains
Notary Public
Annette Rains
Notary Public, State of Ohio
No. 26482
Qualified in Franklin County
Commission Expires   05/27/17