UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK (MANHATTAN)
--------------------------------------------------------X
In re:                                                                                  Chapter 11

GMAC Mortgage, LLC,                                                    Case No. 12-12020-mg


                    Debtor(s)                                              **ORDER TERMINATING**
--------------------------------------------------------X          **THE AUTOMATIC STAY**

      THIRD FEDERAL SAVINGS AND LOAN ASSOCIATION ("Third Federal Savings & Loan") having moved this Court pursuant to a Notice of Motion for Relief from Stay for an Order terminating the stay imposed against Third Federal Savings & Loan and seeking authorization for Third Federal Savings & Loan to foreclose and sell the real property located at REAL PROPERTY LOCATED AT 3355 SUNHAVEN OVAL, PARMA, OH 44134-5836 ("Collateral"), and sufficient cause having been shown, and after due deliberation by this Court, it is

      **ORDERED,** that the stay imposed against Third Federal Savings & Loan pursuant to §362(a) of the Bankruptcy Code is terminated, and Third Federal Savings & Loan is pursue its rights under applicable state law with respect to the Collateral, and it is further

      **ORDERED,** that in the event of the sale of the Collateral, Third Federal Savings & Loan shall give notice to the Trustee of any surplus monies that may exist after the sale, and it is further

      **ORDERED,** that unless specifically provided in loan documents signed by the debtor(s), the Movant may not collect fees, expenses or other charges associated with this or a subsequent mortgage servicer.


Dated:

                                          MARTIN GLENN
                                          United States Bankruptcy Judge