**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------

|  |  |  |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
|  | ) |  |
| RESIDENTIAL CAPITAL, LLC, <u>et</u> <u>al.</u>, | ) | Chapter 11 |
|  | ) |  |
| Debtors. | ) | Jointly Administered |
|  | ) |  |

-------------------------------------------------------

### ORDER UNDER BANKRUPTCY CODE SECTIONS 105(A) AND 362 GRANTING LIMITED RELIEF FROM THE AUTOMATIC STAY TO PERMIT THE ISSUANCE OF A DECISION BY THE MAINE SUPREME COURT IN THE MAINE ACTION

Upon the motion (the "Motion") of Steven Archibald, Nicolle Bradbury, Thomas True, Shawn Morissette, and Joseph Phillips, on behalf of themselves and others similarly situated, (collectively, the "Maine Action Plaintiffs") for entry of an order under sections 105(a) and 362 of title 11 of the United States Code (the "Bankruptcy Code"), Rules 9013 and 9014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and the Case Management Procedures in this case [Docket No. 141] granting limited relief from the automatic stay to permit the Maine Supreme Court to issue a decision in the case currently pending between the Maine Action Plaintiffs and the Debtor (the "Maine Action"); and it appearing that this Court has jurisdiction to consider this Motion under 28 U.S.C. §§ 157 and 1334; and it appearing that venue of these cases and this Motion in this district is proper under 28 U.S.C. §§ 1408 and 1409; and it appearing that this proceeding is a core proceeding under 28 U.S.C. § 157(b); and sufficient notice of the Motion having been given; and it appearing that no other or further notice need be provided; and upon the record of the hearing; and it appearing that the relief requested by the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in

interest; and the Debtors having consented to the relief requested to the extent set forth herein,

and after due deliberation thereon; and sufficient cause appearing therefor, it is hereby

**ORDERED, ADJUDGED, AND DECREED THAT:**

1.    The Motion is GRANTED, as set forth herein.

2.    The automatic stay imposed by section 362(a) of the Bankruptcy Code is hereby

modified for the limited purpose of allowing the Maine Supreme Court to issue its decision with

respect to the question certified to it by United States District Court for the District of Maine in

the Maine Action pursuant to the Certificate of Question of State Law To the Maine Supreme

Judicial Court Sitting as the Law Court dated June 17, 2011 entered in case No. 2:10-cv-458-

DBH.

3.    In all other respects the automatic stay shall remain in full force and effect with

respect to the Maine Action.

4.    The Maine Action Plaintiffs shall retain the right, upon appropriate motion, to

seek any additional relief from the automatic stay in the Maine Action.

5.    This Court shall retain jurisdiction with respect to all other matters relating to the

interpretation or implementation of this Order.

Dated:    July 25, 2012
          New York, New York

                              _____/s/Martin Glenn_____
                                MARTIN GLENN
                            United States Bankruptcy Judge

2