Hearing Date and Time: August 9, 2012 at 11:00 a.m. (prevailing Eastern Time)
Objection Deadline: August 2, 2012 at 4:00 p.m. (prevailing Eastern Time)

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:    (212) 468-8000
Facsimile:    (212) 468-7900
Larren M. Nashelsky
Gary S. Lee
Lorenzo Marinuzzi

*Counsel for the Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------------
                                                                    )
   In re:                                                           )    Case No. 12-12020 (MG)
                                                                    )
   RESIDENTIAL CAPITAL, LLC, <u>et al</u>.,    )    Chapter 11
                                                                    )
                               Debtors.                    )    Jointly Administered
---------------------------------------------------------------------------   )

## NOTICE OF AUGUST 9, 2012 HEARING

**PLEASE TAKE NOTICE** that a hearing will be held before the Honorable Martin Glenn, United States Bankruptcy Judge, in Courtroom 501 at the Bankruptcy Court, One Bowling Green, New York, New York 10004, on **August 9, 2012 at 11:00 a.m. (prevailing Eastern Time)** (the "Hearing Date"), or as soon thereafter as counsel is heard, to consider the following motions and applications (collectively, the "Applications"):

(a) Debtors' Application Pursuant to 11 U.S.C. § 327(a) and Fed. R. Bankr. P. 2014 for Authorization to Employ and Retain KPMG LLP as Tax Compliance Professionals and Information Technology Advisors *Nunc Pro Tunc* to the Petition Date [Docket No. 910]; and

(b) Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Deloitte & Touche LLP as Independent Auditor and Attest Service Provider to the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No. 911].

ny-1051630

**PLEASE TAKE FURTHER NOTICE** that any objection to the Applications must be in writing, conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York and shall be filed with the Bankruptcy Court electronically in accordance with General Order M-399 (General Order M-399 and the User's manual for the Electronic Case Filing System can be found at www.nysb.uscourts.gov, the official website for the Bankruptcy Court) by registered users of the Bankruptcy Court's case filing system, and by all other parties-in-interest, on a 3.5 inch disk or CD-ROM, preferably in Portable Document Format, WordPerfect or any other Windows-based work processing format (with a hard copy delivered directly to Chambers) and served in accordance with General Order M-399 and in accordance with this Court's order, dated May 23, 2012, implementing certain notice and case management procedures [Docket No. 141], so as to be received no later than **August 2, 2012 at 4:00 p.m. (prevailing Eastern Time).**

**PLEASE TAKE FURTHER NOTICE** that if no objection to the Applications is timely filed and served, the Bankruptcy Court may enter an order granting the relief requested in the Applications without further notice or opportunity to be heard afforded to any party.

Dated:  July 25, 2012
        New York, New York

/s/ Larren M. Nashelsky
Larren M. Nashelsky
Gary S. Lee
Lorenzo Marinuzzi
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel for the Debtors and
Debtors in Possession*

ny-1051630