| | |
|---|---|
| Wendy Alison Nora<br>ACCESS LEGAL SERVICES<br>210 Second Street NE<br>Minneapolis, Minnesota 55413<br>Telephone: (612) 333-4144<br>Facsimile: (612) 886-2444 | Proposed Hearing Date: August 14, 2012<br>Proposed Hearing Time: 10:00 a.m. |

*Counsel to Wendy Alison Nora and, by Limited Appearance,*
*for Ray Elliott of Rapid City, South Dakota and Paul Papas*
*of Phoenix, Arizona*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

In re

Residential Capital, LLC *et al.*,                                        Chapter 11

                                                                                         Case No. 12-12020 (MG)
.                                                      Debtors.         Administratively Consolidated

-----------------------------------------------------------------X

**UNSWORN DECLARATION OF SERVICE OF**
**MOTION FOR RECONSIDERATION OF**
**FINAL SUPPLEMENTAL ORDER UNDER BANKRUPTCY CODE SECTIONS 105(A), 362, 363, 502, 1107(A) AND 1108 AND BANKRUPTCY RULE 9019 (I) AUTHORIZING THE DEBTORS TO CONTINUE IMPLEMENTING LOSS MITIGATION PROGRAMS; (II) APPROVING PROCEDURES FOR COMPROMISE AND SETTLEMENT OF CERTAIN CLAIMS, LITIGATIONS AND CAUSES OF ACTION; (III) GRANTING LIMITED STAY RELIEF TO PERMIT FORECLOSURE AND EVICTION PROCEEDINGS, BORROWER BANKRUPTCY CASES, AND TITLE DISPUTES TO PROCEED; AND (IV) AUTHORIZING AND DIRECTING THE DEBTORS TO PAY SECURITIZATION TRUSTEE FEES AND EXPENSES [DOCKET NO. 774] AUTHORIZING THE CONTINUATION OF THE OPERATIONS OF DEBTORS' RACKETEERING ENTERPRISE**

Wendy Alison Nora declares under penalty of perjury that she served all parties and their counsel of record in these proceedings by CM/ECF on July 26, 2012.

Dated at Minneapolis, Minnesota this 26th day of July, 2012.

*/s/ Wendy Alison Nora*

_____
Wendy Alison Nora
ACCESS LEGAL SERVICES
210 Second Street NE
Minneapolis, Minnesota 55413
Telephone: (612) 333-4144
Facsimile: (612) 886-2444