# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

In re:                                    ) Chapter 11
                                          )
RESIDENTIAL CAPITAL, LLC, et al           ) Case No. 12-12020 (MG)
                                          )
                                          )
                              Debtors.    ) Joint Administration Pending
                                          )

## MOTION FOR ADMISSION TO PRACTICE, Pro Hac Vice

I, Joseph Arthur Roberts, request admission, pro hac vice, before the Honorable Martin Glenn to represent Daryoush M. Jahromi, Fernando M. Miller, proposed class representatives **[Central District of California CASE NO. CV11-10721 CJC (RNBx)** and Kenneth L. Kral and Lisa A. Stricker, proposed class **[Central District of California CASE NO. CV12-01023 GW (OPx)]** and parties in interest in the above-referenced case.

I certify that I am a member in good standing of the bar of the State of California, the bar of the State of Michigan and the bar of the United States District Court for the Central District of California.

I have submitted the filing fee of $200.00 with this motion for pro hac vice admission.

DATED: July 17, 2012

Joseph Arthur Roberts, Esq.
Mailing Address:
Law Office of J. Arthur Roberts
3345 Newport Blvd., Suite 213
Newport Beach, CA 92663
T: (949) 675-9900
E: joe@jarlegal.com

Motion for Admission to Practice, Pro Hac Vice - 1

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:                                ) Chapter 11
                                      )
RESIDENTIAL CAPITAL, LLC, et al       ) Case No. 12-12020 (MG)
                                      )
                                      )
                   Debtors.           )
                                      ) Joint Administration Pending
                                      )
                                      )
                                      )

**ORDER GRANTING ADMISSION TO PRACTICE, Pro Hac Vice**

Upon the motion of Joseph Arthur Roberts, to be admitted, pro hac vice, to represent Daryoush M. Jahromi, Fernando M. Miller, proposed class representatives **[Central District of California CASE NO. CV11-10721 CJC (RNBx)]** and Kenneth L. Kral and Lisa A. Stricker, proposed class representatives [**Central District of California CASE NO. CV12-01023 GW (OPx)]** and parties in interest in the above-referenced case, and upon the movant's certification that the movant is a member in good standing of the bar of the State of California, the bar of the State of Michigan and the bar of the United States District Court for the Central District of California, it is hereby:

ORDERED, that Joseph Arthur Roberts, Esq., is admitted to practice pro hac vice, in the above-referenced case to represent, in the United States Bankruptcy Court for the Souther District of New York, provided that the filing fee has been paid.

DATED:

_____
U.S. BANKRUPTCY JUDGE