**Status Conference Date: July 30, 2012 at 3:00 p.m. (ET)**

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Gary S. Lee
Anthony Princi
Jamie A. Levitt

*Counsel for the Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**NOTICE OF STATUS CONFERENCE REGARDING (I) DEBTORS'
MOTION PURSUANT TO FED. R. BANKR. P. 9019 FOR APPROVAL OF
RMBS TRUST SETTLEMENT AGREEMENTS, AND (II) ORDER UNDER
11 U.S.C. §§ 105, 363(b) AND 365 (I) AUTHORIZING AND APPROVING
SALE PROCEDURES, INCLUDING PAYMENT OF BREAK-UP FEES;
(II) SCHEDULING BID DEADLINE, AUCTION (IF NECESSARY) AND SALE
HEARING; (III) ESTABLISHING ASSUMPTION AND ASSIGNMENT PROCEDURES,
INCLUDING PROCEDURES FOR FIXING CURE AMOUNTS; AND (IV)
ESTABLISHING NOTICE PROCEDURES AND APPROVING FORMS OF NOTICE**

**PLEASE TAKE NOTICE** that the Court will hold a status conference regarding the (i)

*Debtors' Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of RMBS Trust Settlement*

*Agreements* [Docket No. 320], and (ii) *Order Under 11 U.S.C. §§ 105, 363(b) and 365 (I)*

*Authorizing and Approving Sale Procedures, Including Payment of Break-Up Fees; (II)*

*Scheduling Bid Deadline, Auction (If Necessary) and Sale Hearing; (III) Establishing*

*Assumption and Assignment Procedures, Including Procedures for Fixing Cure Amounts; and*

ny-1051475

*(IV) Establishing Notice Procedures and Approving Forms of Notice* [Docket No. 538]

(collectively, the "Motions") on **July 30, 2012 at 3:00 p.m. (prevailing Eastern Time)** before the Honorable Martin Glenn, at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004-1408, Room 501.

**PLEASE TAKE FURTHER NOTICE THAT** copies of the Motions may be obtained at no charge by visiting the Debtors' restructuring website at http://www.kccllc.net/rescap or for a fee via PACER at http://www.nysb.uscourts.gov.

Dated: July 26, 2012
      New York, New York

                    /s/ Gary S. Lee
                    Gary S. Lee
                    Anthony Princi
                    Jamie A. Levitt
                    MORRISON & FOERSTER LLP
                    1290 Avenue of the Americas
                    New York, New York 10104
                    Telephone: (212) 468-8000
                    Facsimile: (212) 468-7900

                    *Counsel for the Debtors and*
                    *Debtors in Possession*