MARTHA E. ROMERO, State Bar No. 128144
ROMERO LAW FIRM
BMR Professional Building
Whittier, California 90601
Phone (562) 907-6800
Facsimile (562)907-6820
Email: Romero@mromerolawfirm.com

Attorneys for SECURED CREDITOR
COUNTY OF SAN BERNARDINO, CALIFORNIA
A CALIFORNIA TAXING AUTHORITY

**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

**MANHATTAN DIVISION**

| | |
|---|---|
| In re | ) Case No. 12-12020 MG |
| | ) |
| RESIDENTIAL CAPITAL, LLC, | ) Chapter 11 |
| | ) |
| Debtor. | ) **NOTICE OF APPEARANCE BY** |
| | ) **COUNTY OF SAN BERNARDINO,** |
| | ) **CALIFORNIA** |
| | ) |
| | ) [NO HEARING REQUIRED] |
| | ) |

   PLEASE TAKE NOTICE that the undersigned hereby enters an appearance on behalf of: SAN BERNARDINO COUNTY, A CALIFORNIA TAXING AUTHORITY. SAN BERNARDINO is a secured creditor in the above-referenced proceedings. The undersigned hereby requests notice and copies of all motions, notices, reports, briefs, applications, adversary proceedings, proposed orders, confirmed copies of orders, any proposed plans that have been filed with the court, any other documents or instruments filed in the above-referenced proceedings and any other matter in which notice is required pursuant to Bankruptcy Rules 2002(a) and (b) and/or local court rules.

1

Copies should be mailed to the secured creditor in care of the undersigned at the address set forth below.

        Martha E. Romero
ROMERO LAW FIRM
BMR Professional Building
6516 Bright Ave.
Whittier, California 90601
Email: Romero@mromerolawfirm.com

        Respectfully submitted

Dated: July 27, 2012        ROMERO LAW FIRM

By___/S/MARTHA E. ROMERO___
MARTHA E. ROMERO
Attorney for Secured Creditor
County of SAN BERNARDINO, CA
A California Taxing Authority

2

**CERTIFICATE OF SERVICE**

TO ALL PARTIES OF INTEREST:

I certify that a true and correct copy of the foregoing has been served via first class U.S. Mail and/or electronically on this 27th day of July 2012.

Dated: July 27, 2012                ROMERO LAW FIRM

By   /S/MARTHA E. ROMERO
MARTHA E. ROMERO
Attorney for Secured Creditor
County of SAN BERNARDINO, CA
A California Taxing Authority

**SERVICE LIST**

Anthony Princi
Morrison & Foerster
1290 Avenue of the Americas
New York, NY 10104

Gary S. Lee
Morrison & Foerster LLP
1290 Avenue of the Americas
40th Floor
New York, NY 10022

Larren M. Nashelsky
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104

Lorenzo Marinuzzi
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104

Steven J. Reisman
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY 10178

U.S. Trustee
United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004

Steven S. Sparling
Kramer Levin Naftalis & Frankel, LLP
919 Third Avenue
New York, NY 10022

3