Richard M. Cieri
Ray C. Schrock
Stephen E. Hessler
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone:	(212) 446-4800
Facsimile:	(212) 446-4900

*Counsel for Ally Financial Inc. and Ally Bank*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| RESIDENTIAL CAPITAL, LLC, et al., | Case No. 12-12020 (MG) |
| Debtors. | Jointly Administered |

**NOTICE OF FILING**

PLEASE TAKE NOTICE that pursuant to paragraph 3 of the *Interim Order Pursuant to Sections 105(A) and 363 of the Bankruptcy Code Authorizing the Debtors to Continue to Perform under the Ally Bank Servicing Agreement in the Ordinary Course of Business* [ECF No. 90], Ally Bank hereby files the requisite copy of the notice delivered to GMAC Mortgage, LLC on July 23, 2012, as **Exhibit A** attached hereto.

Dated: July 27, 2012         */s/ Ray C. Schrock*
New York, New York           Richard M. Cieri
                             Ray C. Schrock
                             Stephen E. Hessler
                             KIRKLAND & ELLIS LLP
                             601 Lexington Avenue
                             New York, New York 10022
                             Telephone:	(212) 446-4800
                             Facsimile:	(212) 446-4900

                             *Counsel for Ally Financial Inc. and Ally Bank*

# Exhibit A

**Notice of Termination**



July 23, 2012

GMAC Mortgage, LLC
1100 Virginia Drive
Fort Washington, PA 19034
Attention: Chief Servicing Officer

GMAC Mortgage, LLC
3451 Hammond Ave.
Waterloo, IA 50702-5345
Attention: General Manager

GMAC Mortgage, LLC
1100 Virginia Drive
Fort Washington, PA 19034
Attention: General Counsel

      Re:  120-Day Notice of Termination of Servicing Agreement with Respect to Certain Mortgage Loans and Transfer of Servicing in Relation to Such Mortgage Loans

Ladies and Gentlemen:

    Ally Bank hereby notifies GMAC Mortgage, LLC ("GMACM") that, pursuant to Section 11.01(b) of that certain Amended and Restated Servicing Agreement, dated as of May 11, 2012, between Ally Bank, as owner, and GMACM, as servicer, and as permitted by paragraph 3 of the *Interim Order Pursuant to Sections 105(A) and 363 of the Bankruptcy Code Authorizing the Debtors to Continue to Perform under the Ally Bank Servicing Agreement in the Ordinary Course of Business* entered on May 16, 2012 by the United States Bankruptcy Court for the Southern District of New York, Ally Bank is terminating GMAC Mortgage, LLC as servicer with respect to the approximately 250 Mortgage Loans set forth on Exhibit A hereto, effective November 20, 2012.

Sincerely,

Ally Bank

By: _____
     Craig S. Evans
     Senior Vice President

702654368

# EXHIBIT A

## MORTGAGE LOANS
## FOR WHICH ALLY BANK IS TERMINATING
## GMAC MORTGAGE, LLC AS SERVICER

Exhibit A

| Account Number |
|---|
| 359544081 |
| 475401881 |
| 475452181 |
| 475454781 |
| 475560181 |
| 475653481 |
| 475661781 |
| 475705281 |
| 475725081 |
| 475729281 |
| 475734281 |
| 475774881 |
| 475805081 |
| 475947081 |
| 476006481 |
| 476014881 |
| 476107081 |
| 476319181 |
| 476862081 |
| 477044481 |
| 477075881 |
| 477238281 |
| 601891281 |
| 601897281 |
| 601897581 |
| 601897781 |
| 601905281 |
| 601905981 |
| 601906381 |
| 601910681 |
| 601911181 |
| 601916281 |
| 601920181 |
| 601920481 |
| 601925781 |
| 601925881 |
| 601942181 |
| 601957481 |
| 601958681 |
| 601965281 |
| 601965481 |
| 601969781 |
| 601970781 |
| 601971381 |
| 601973481 |
| 601975081 |
| 601978581 |

| Account Number |
|---|
| 601978881 |
| 601984381 |
| 601985181 |
| 601986081 |
| 601993181 |
| 601993481 |
| 601994181 |
| 601995281 |
| 601996081 |
| 601997281 |
| 601998281 |
| 601999581 |
| 602001081 |
| 602003481 |
| 602004281 |
| 602009981 |
| 602016081 |
| 602016481 |
| 602018081 |
| 602032281 |
| 602036981 |
| 602038281 |
| 602040881 |
| 602042181 |
| 602044081 |
| 602049981 |
| 602051681 |
| 602051781 |
| 602051881 |
| 602058281 |
| 602059681 |
| 602060081 |
| 602061681 |
| 602063881 |
| 602073781 |
| 602074781 |
| 602076481 |
| 602080181 |
| 602084381 |
| 602086881 |
| 602089081 |
| 602094381 |
| 602100781 |
| 602104181 |
| 602104381 |
| 602111081 |
| 602112081 |
| 602127781 |
| 602128681 |
| 602133481 |

| Account Number |
| --- |
| 602142481 |
| 602143481 |
| 602145281 |
| 602146381 |
| 602153081 |
| 602156381 |
| 602158081 |
| 602158581 |
| 602159881 |
| 602166081 |
| 602166781 |
| 602166981 |
| 602168381 |
| 602177581 |
| 602179581 |
| 602190381 |
| 602190581 |
| 602192881 |
| 602193681 |
| 602199181 |
| 602202881 |
| 602205681 |
| 602207681 |
| 602213081 |
| 602213881 |
| 602217881 |
| 602220381 |
| 602221281 |
| 602221881 |
| 602222481 |
| 602222781 |
| 602223881 |
| 602225181 |
| 602225981 |
| 602227581 |
| 602228281 |
| 602228781 |
| 602229481 |
| 602229781 |
| 602229981 |
| 602230581 |
| 602231381 |
| 602233381 |
| 602233881 |
| 602235881 |
| 602237681 |
| 602237881 |
| 602238281 |
| 602239381 |
| 602239481 |

| Account Number |
| --- |
| 602240781 |
| 602242181 |
| 602242781 |
| 602243081 |
| 602244881 |
| 602248381 |
| 602249681 |
| 602253081 |
| 602253781 |
| 602254581 |
| 602264481 |
| 602264681 |
| 602265681 |
| 602265981 |
| 602270681 |
| 602271781 |
| 602284781 |
| 602291881 |
| 602293681 |
| 602296781 |
| 602298081 |
| 602298381 |
| 602301881 |
| 602305181 |
| 602307681 |
| 602310481 |
| 602310881 |
| 602314081 |
| 602315581 |
| 602316581 |
| 602317981 |
| 602319981 |
| 602324081 |
| 602327681 |
| 602327781 |
| 602332381 |
| 602335581 |
| 602336381 |
| 602339881 |
| 602345281 |
| 602351081 |
| 602354581 |
| 602356781 |
| 602357681 |
| 602357881 |
| 602358081 |
| 602359081 |
| 602363881 |
| 602364581 |
| 602365781 |

| Account Number |
|---|
| 602369181 |
| 602372781 |
| 602373981 |
| 602375781 |
| 602376181 |
| 602380281 |
| 602381081 |
| 602383181 |
| 602386481 |
| 602388781 |
| 602393781 |
| 602393881 |
| 602394181 |
| 602394481 |
| 602394581 |
| 602400281 |
| 602406881 |
| 602407581 |
| 602413681 |
| 602415181 |
| 602415281 |
| 602415781 |
| 602417781 |
| 602418781 |
| 602419981 |
| 602421681 |
| 602423381 |
| 602424981 |
| 602425181 |
| 602425781 |
| 602426981 |
| 602434881 |
| 602435781 |
| 602439681 |
| 602441381 |
| 602441881 |
| 602442681 |
| 602442781 |
| 602444481 |
| 602445081 |
| 602447481 |
| 602451181 |
| 602452781 |
| 602453781 |
| 602455181 |
| 602456581 |
| 602466081 |
| 602474281 |
| 602477181 |
| 602479081 |

| Account Number |
| --- |
| 602481681 |
| 602484081 |
| 602484881 |