# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

In re:

RESIDENTIAL CAPITAL, LLC, et al

Debtors.

Chapter 11

Case No. 12-12020 (MG)

Joint Administration Pending

## ORDER GRANTING ADMISSION TO PRACTICE, Pro Hac Vice

Upon the motion of Joseph Arthur Roberts, to be admitted, pro hac vice, to represent Daryoush M. Jahromi, Fernando M. Miller, proposed class representatives [Central District of California CASE NO. CV11-10721 CJC (RNBx)] and Kenneth L. Kral and Lisa A. Stricker, proposed class representatives [Central District of California CASE NO. CV12-01023 GW (OPx)] and parties in interest in the above-referenced case, and upon the movant's certification that the movant is a member in good standing of the bar of the State of California, the bar of the State of Michigan and the bar of the United States District Court for the Central District of California, it is hereby:

ORDERED, that Joseph Arthur Roberts, Esq., is admitted to practice pro hac vice, in the above-referenced case to represent, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

DATED: July 30, 2012

/s/Martin Glenn
UNITED STATES BANKRUPTCY JUDGE

Order Granting Admission to Practice, Pro Hac Vice -