**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| RESIDENTIAL CAPITAL, LLC, et al.,[1] | ) Case No. 12-12020 |
| Debtors. | ) Jointly Administered |

## ORDER

## FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

**ORDERED,**
that Mark E. McKane, Esq., is admitted to practice, *pro hac vice*, in the above-referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: **July 30, 2012**
          New York, New York                       **/s/Martin Glenn**       
                                                  United States Bankruptcy Judge