MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:     (212) 468-8000
Facsimile:      (212) 468-7900
Larren M. Nashelsky
Gary S. Lee
Darryl P. Rains

*Counsel for the Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**APPLICATION FOR ADMISSION TO PRACTICE *PRO HAC VICE***

I, Darryl P. Rains, a member in good standing of the bar of the State of California, request admission, *pro hac vice*, before the Honorable Martin Glenn to represent the above-captioned debtors and debtors in possession in the above-referenced case.

My address is:     Darryl P. Rains
Morrison & Foerster LLP
755 Page Mill Road
Palo Alto, CA 94304-1018

The filing fee of $200.00 has been submitted with this Application for *pro hac vice* admission.

Dated: July 30, 2012                              Respectfully submitted,
New York, New York

                                                                 By:     /s/ Darryl P. Rains
                                                                           Darryl P. Rains

ny-1052166

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE***

Upon the motion of Darryl P. Rains, dated July 30, 2012, for admission to practice *pro hac vice* to represent the above-captioned debtors and debtors in possession in the above-captioned case, and upon the movant's certification that the movant is a member in good standing of the bar of the State of California,

IT IS HEREBY ORDERED that Darryl P. Rains is admitted to practice, *pro hac vice*, in the above-captioned case in the United States Bankruptcy Court for the Southern District of New York to represent the above-captioned debtors and debtors in possession, provided that the filing fee has been paid.

Dated: New York, New York
            _____, 2012

                                    _____
                                    THE HONORABLE MARTIN GLENN
                                    UNITED STATES BANKRUPTCY JUDGE

2

ny-1052166