**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
                                                             :
In re                                                        :        **Chapter 11**
                                                             :
**RESIDENTIAL CAPITAL, LLC, et al.,** [1]                    :        **Case No. 12-12020 (MG)**
                                                             :
                                                             :
                                                             :        **(Jointly Administered)**
                     **Debtors.**                            :
-------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

I, Melissa Loomis, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors.

A. On July 25, 2012, at my direction and under my supervision, employees of KCC caused the following documents to be served via First Class Mail on the Ordinary Course Professionals Service List attached hereto as **Exhibit A**:

  1. Order Under Bankruptcy Code Sections 105(a), 327, and 330 and Bankruptcy Rule 2014 Authorizing Employment and Payment of Professionals Utilized in the Ordinary Course of Business Nunc Pro Tunc to the Petition Date [Docket No. 799]

  2. *[Blank]* OCP Affidavit of Disinterestedness [Exhibit 3 to Docket No. 514]

*[Space intentionally left blank]*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Residential Capital, LLC (0738); ditech, LLC (7228); DOA Holding Properties, LLC (4257); DOA Properties IX (Lots-Other), LLC (3274), EPRE LLC (7974); Equity Investment I, LLC (2797); ETS of Virginia, Inc. (1445); ETS of Washington, Inc. (0665); Executive Trustee Services, LLC (8943); GMAC Model Home Finance I, LLC (8469); GMAC Mortgage USA Corporation (6930); GMAC Mortgage, LLC (4840); GMAC Residential Holding Company, LLC (2190); GMAC RH Settlement Services, LLC (6156); GMACM Borrower LLC (4887); GMACM REO LLC (2043); GMACR Mortgage Products, LLC (6369); GMAC-RFC Holding Company, LLC (3763); HFN REO Sub II, LLC (N/A); Home Connects Lending Services, LLC (9412); Homecomings Financial Real Estate Holdings, LLC (6869); Homecomings Financial, LLC (9458); Ladue Associates, Inc. (3048); Passive Asset Transactions, LLC (4130); PATI A, LLC (2729); PATI B, LLC (2937); PATI Real Estate Holdings, LLC (5201); RAHI A, LLC (3321); RAHI B, LLC (3553); RAHI Real Estate Holdings, LLC (5287); RCSFJV204, LLC (2722); Residential Accredit Loans, Inc. (8240); Residential Asset Mortgage Products, Inc. (5181); Residential Asset Securities Corporation (2653); Residential Consumer Services of Alabama, LLC (5449); Residential Consumer Services of Ohio, LLC (4796); Residential Consumer Services of Texas, LLC (0515); Residential Consumer Services, LLC (2167); Residential Funding Company, LLC (1336); Residential Funding Mortgage Exchange, LLC (4247); Residential Funding Mortgage Securities I, Inc. (6294); Residential Funding Mortgage Securities II, Inc. (8858); Residential Funding Real Estate Holdings, LLC (6505); Residential Mortgage Real Estate Holdings, LLC (7180); RFC Asset Holdings II, LLC (4034); RFC Asset Management, LLC (4678); RFC Borrower LLC (5558); RFC Constructing Funding, LLC (5730); RFC REO LLC (2407); RFC SFJV-2002, LLC (4670); RFC-GSAP Servicer Advance, LLC (0289)

3.  *[Blank]* OCP Questionnaire [Exhibit 4 to Docket No. 514]

Dated:  July 30, 2012

_____/s/ Melissa Loomis_____
Melissa Loomis

State of California

County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 30th of July, 2012, by Melissa Loomis, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature:  ___/s/ Lydia Pastor Nino_____

My Commission Expires:  __11/18/2015____

# Exhibit A

**Exhibit A**
**Ordinary Course Professionals**
**Served via First Class Mail**

| Name | Notice Name | Address 1 | City | State | Zip | Country |
|---|---|---|---|---|---|---|
| ADAMS AND REESE LLP - PRIMARY | E. Greggo Barrios | 701 Poydras Street Suite 4500 | New Orleans | LA | 70139 | |
| AINSWORTH THELIN & RAFTICE PA - PRIMARY | John Turcotte | Seven Ocean Street Gateway Place | South Portland | ME | 04116-2412 | |
| AKERMAN SENTERFITT - PRIMARY | Jennifer Glasser | P.O. Box 231 | Orlando | FL | 32802-0231 | |
| ALSTON HUNT FLOYD & ING - PRIMARY | Louise K. Y. Ing | 1001 Bishop Street | Honolulu | HI | 96813 | |
| Anderson Kill & Olick, P.C. | Christopher C. Gerard | 1251 Avenue of the Americas | New York | NY | 10020 | |
| ARMSTRONG TEASDALE LLP - PRIMARY | Daniel R. Wofsey | 7700 Forsyth Boulevard | St. Louis | MO | 63105 | |
| ASKOUNIS & DARCY PC - PRIMARY | Debra Devassy Babu | 401 N Michigan Ave | Chicago | IL | 606011 | |
| BABST CALLAND CLEMENTS AND ZOMNIR PC - PRIMARY | Jim Corbelli | Two Gateway Center, 603 Stanwix Street | Pittsburgh | PA | 15222 | |
| BAER TIMBERLAKE COULSON & CATES PC - PRIMARY | B. Johnston | 5901 N. Western | Oklahoma City | OK | 73118 | |
| BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ PC- PRIMARY | George T. Lewis III | First Tennessee Building | Memphis | TN | 38103 | |
| BALLARD SPAHR LLP | Martin Bryce | 1735 Market Street | Philadelphia | PA | 19103-7599 | |
| BARBER MCCASKILL JONES & HALE PA - PRIMARY | Joseph F. Kolb | 2700 Regions Center | Little Rock | AR | 72201 | |
| BARRETT DAFFIN FRAPPIER TURNER & ENGEL LLP - PRIMARY | James C. Frappier | 15000 Surveyor Boulevard Suite 100 | Addison | TX | 75001 | |
| BASS & MOGLOWSKY SC - PRIMARY | Art Moglowsky | 501 West Northshore DriveSuite 300 | MILWAUKEE | WI | 53217 | |

In re: Residential Capital, LLC, et al.,
Case No. 12-12020 (MG)

**Exhibit A**
**Ordinary Course Professionals**
**Served via First Class Mail**

| Name | Notice Name | Address 1 | City | State | Zip | Country |
|------|-------------|-----------|------|-------|-----|---------|
| Benjamin M. Maraan  II, Esquire | Benjamin M. Maraan  II, Esquire | 312 Walnut Street, Suite, 1600 | Cincinatti | OH | 45202 | |
| BERRIGAN LITCHFIELD SCHONEKAS MANN AND TRAINA LLC  - PRIMARY | Arthur Mann | 201 St Charles AveSuite 4204 | New Orleans | LA | 70170 | |
| BETTS PATTERSON & MINES PS - PRIMARY | John P. Braislin | One Convention Place | Seattle | WA | 98101-3927 | |
| BIERMAN GEESING WARD & WOOD LLC - PRIMARY | Ralph DiPietro | 4520 East West HighwaySuite 200 | Bethesda | MD | 20814 | |
| BISHOP JACKSON & KELLY LLC - PRIMARY | Bruce D. Jackson | 472 Wheelers Farms Road 3rd Floor | Milford | CT | 06615-0629 | |
| Black, Mann & Graham, L.L.P. - PRIMARY | David Durlock | 9575 Katy Freeway, Suite 300 | Houtson | TX | 77024 | |
| BOSE MCKINNEY & EVANS, LLP - PRIMARY | David J. Jurkiewicz | 111 Monument Circle | Indianapolis | IN | 46204 | |
| BOWLES RICE MCDAVID GRAFF & LOVE - PRIMARY | Sarah Smith | 600 Quarrier StP.O. Box 1386 | Charleston | WV | 25325 | |
| Bricker & Eckler LLP | David Baker | 100 South Thirst Street | Columbus | OH | 43215 | |
| BRYAN CAVE, LLP - PRIMARY | Irvin V. Belzer | One Kansas City Place | Kansas City | MO | 64105 | |
| Buchalter Nemer | Melissa Richards | 55 Second Street, Suite 1700 | San Francisco | CA | 94105-3492 | |
| BUCHALTER NEMER - PRIMARY | Karen Stevenson | 1000 Wilshire Boulevard, Suite 1500 | Los Angeles | CA | 90017-2457 | |
| BUCKLEYSANDLER LLP - PRIMARY | John P. Kromer | 1250 24TH Street NW | Washington | DC | 20037 | |
| BURR & FORMAN LLP - PRIMARY | Shea Sullivan | P.O. Box 830647420 North 20th Street, Suite 3400 | Birmingham | AL | 35283 | |
| Burr Pease & Kurtz | John C. Siemers | 810 N Street | Anchorage | AK | 99501 | |
| Bush Seyferth & Paige PLLC | Cheryl A. Bush | 3001 W. Big Beaver Rd. | Troy | MI | 48084 | |
| BUTLER SNOW O'MARA STEVENS - PRIMARY | James E. Bailey III | 1020 Highland Colony Parkway, Suite 1400Post Office Box 6010 | Ridgeland | MS | 39158-6010 | |

**Exhibit A**
**Ordinary Course Professionals**
**Served via First Class Mail**

| Name | Notice Name | Address 1 | City | State | Zip | Country |
|------|-------------|-----------|------|-------|-----|---------|
| BUTLER SNOW O'MARA STEVENS - PRIMARY | Stephen W. Rosenblatt | P. O. Box 171443 | Memphis | TN | 38187-1443 | |
| CALFEE HALTER & GRISWOLD LLP - PRIMARY | Brent D. Ballard | 1405 East Sixth Street | Cleveland | OH | 44114 | |
| CANNON LAW FIRM - PRIMARY | Ross Cannon | 111 N. Last Chance Gulch #2Dnull | Helena | MT | 59604 | |
| Castle Stawiarski, LLC - PRIMARY | Deanne R. Stodden | 999 18th Street | Denver | CO | 80202 | |
| CODILIS & STAWIARSKI PC - PRIMARY | Mary Speidel | 6782 South Potomac Street | Centennial | CO | 80112 | |
| COHN DUSSI & BILODEAU LLC | Kelly Carden | 931 Jefferson Boulevard, Suite 1003 | Warwick | RI | 02886 | |
| Conrad O'Brien PC -PRIMARY | Judson Aaron | 1500 Market Street, Centre SquareWest Towers, Ste 3900 | PHILADELPHIA | PA | 19102 | |
| Covington Burling | Tammy Albarran | One Front Street | San Francisco | CA | 94111-5356 | |
| Davies Law Group | Douglas W. Davis | 701 Fifth Avenue, Suite 4200 | Seattle | WA | 98104 | |
| DAVIS WRIGHT TREMAINE - PRIMARY | Douglas C. Ross | 1201 Third Avenue, Suite 2200 | Seatlle | WA | 98101 | |
| Day Pitney LLP | Paul D. Williams | Mexico | Hartford | CT | 06103 | |
| Debevoise and Plimpton | Pedro DeOliveria | 919 Third Avenue | New York | NY | 10022 | |
| DIAMOND MCCARTHY LLP - PRIMARY | Eric Madden | Renaissance Tower, 1201 Elm Street, 34th Floo | Dallas | TX | 75270 | |
| DINSMORE & SHOHL LLP - PRIMARY | David Fornshell | 255 East 5th Street | Cincinnati | OH | 45202 | |
| DLA Piper | Jennifer Baumann | 203 North LaSalle Street, Suite 1900 | Chicago | IL | 60601-1293 | |
| DOWNS RACHLIN MARTIN PLLC - PRIMARY | James C. Gallagher | 90 Propsect Street, PO Box 99 | St. Johnsbury | VT | 05819-0099 | |

**Exhibit A**
**Ordinary Course Professionals**
**Served via First Class Mail**

| Name | Notice Name | Address 1 | City | State | Zip | Country |
|------|-------------|-----------|------|-------|-----|---------|
| DRAY DYEKMAN REED & HEALEY PC - PRIMARY | Gregory C. Dyekman, Partner | 204 East 22nd Steet | Cheyenne | WY | 82001-3799 | |
| DRUMMOND & DRUMMOND LLP - PRIMARY | Horace W. Horton | One Monument Way | Portland | ME | 04101-4084 | |
| DURANT & DURANT LLP - PRIMARY | Marc Durant | 325 Chestnut Street | Philadelphia | PA | 19106-2611 | |
| DURRETTE CRUMP PLC - PRIMARY | Wyatt B. Durrette, Jr. | 1111 E. Main Street, 16th Floor | RICHMOND | VA | 23219 | |
| DYKEMA GOSSETT PLLC - PRIMARY | Richard E. Gottlieb | 400 Renaissance Center | Detroit | MI | 48243 | |
| EDWARDS WILDMAN PALMER LLP - PRIMARY | John A. Houlihan | 750 Lexington Avenue | New York | NY | 10022 | |
| EMMET MARVIN MARTIN LLP - PRIMARY | John F. Bartlett | 120 BROADWAY | New York | NY | 10271 | |
| EVANS PETREE PC - PRIMARY | Caren Beth Nichol | 1000 Ridgeway Loop Rd., Suite 200 | Memphis | TN | 38120 | |
| FAEGRE BAKER DANIELS LLP-PRIMARY | Michael B. Fisco | 2200 Wells Fargo Center 90 South Seventh Street | Minneapolis | MN | 55402-3901 | |
| FARRELL LAW, LLC | Barbara A. Farrell | THREE First National Plaze, 70 West Madison Street | Chicago | IL | 60602 | |
| FEIN SUCH KAHN & SHEPARD PC - PRIMARY | Jim Shepard | 7 CENTURY DRIVE | PARSIPPANY | NJ | 07054 | |
| FEIWELL AND HANNOY - PRIMARY | Jackie Mennonno | PO Box 7232 | Indianapolis | IN | 46206-7232 | |
| FELHABER LARSON FENLON & VOGT - PRIMARY | Donald G. Heeman | 220 South 6th Street, Suite 2200 | Minneapolis | MN | 55402-4504 | |
| FINKEL LAW FIRM LLC - PRIMARY | Janet B. Haigler | 1201 Main Street Suite 1800PO BOX 1799 | Columbia | SC | 29202 | |
| FISHER & SHAPIRO, LLC | Lee Perres | 2121 Waukegan Road, Suite 301 | Bannockburn | IL | 60015 | |

**Exhibit A**
**Ordinary Course Professionals**
**Served via First Class Mail**

| Name | Notice Name | Address 1 | City | State | Zip | Country |
|------|-------------|-----------|------|-------|-----|---------|
| FISHER LAW GROUP PLLC - PRIMARY | Martin S. Goldberg | 9440 Pennsylvanina Avenue | Upper Marboro | MD | 20772 | |
| FLAMM TEIBLOOM & STANKO LTD - PRIMARY | Joseph Teibloom | 20 NORTHCLARK STREETSuite 2200 | Chicago | IL | 60602 | |
| FLEISCHER, FLEISCHER & SUGLIA - PRIMARY | Brian Fleischer | Plaza 1000 at Main Street Suite 208 | Voorhees | NJ | 08043 | |
| FOLEY & LARDNER LLP - PRIMARY | Stanley Jaspan | 777 E. Wisconsin Avenue | Milwaukee | WI | 53202 | |
| FOLEY HOAG LLP - PRIMARY | Michele L. Adelman | 155 SEAPORT BLVD. | Boston | MA | 02210 | |
| FOSTER SWIFT COLLINS & SMITH PC - PRIMARY | Charles E. Barbieri | 313 South Washington Sqaure | Lansing | MI | 48933-2193 | |
| FRAGOMEN DEL REY BERNSEN & LOEWY LLP - PRIMARY | Jonathan C. Adams | 90 Matawan Road | Matawan | NJ | 07747 | |
| FRANZEN AND SALZANO PC - PRIMARY | Loretta Salzano | 40 Technology Parkway South, Suite 202 | Norcross | GA | 30092-2906 | |
| FRASCO CAPONIGRO WINEMAN& SCHEIBLE PLLC - PRIMARY | John W. Frasco | 1668 Telegraph RoadSuite 200 | Bloomfield Hills | MI | 48302 | |
| FRASCONA, JOINER, GOODMAN AND GREENSTEIN | G. Roger Bock | 4750 TABLE MESA DR. | BOULDER | CO | 80303 | |
| FRASER STRYKER PC LLO - PRIMARY | Jordan W. Adams | 500 Energy Plaza | Omaha | NE | 68102 | |
| Friday Eldridge & Clark | Harry A. Light | 400 West Capitol Avenue | Little Rock | AR | 72201-3522 | |
| Fried Frank Harris Shriver & Jacobson LLP | Janice Mac Avoy | One New York Plaza | New York | NY | 10004 | |
| FRILOT LLC - PRIMARY | Benjamin M. Castoriano | 1100 Poydras Street Suite 3700 | New Orleans | LA | 70163 | |
| Frost Brown Todd | George E. Yund | 3300 Great American Tower301 East Fourth Street | Cincinatti | OH | 45202 | |

**Exhibit A**
**Ordinary Course Professionals**
**Served via First Class Mail**

| Name | Notice Name | Address 1 | City | State | Zip | Country |
|------|-------------|-----------|------|-------|-----|---------|
| FULBRIGHT & JAWORSKI LLP - PRIMARY | Steven Pfeiffer | Market Square, 801 Pennsylvania Avenue, NW | Washington | DC | 20004-2623 | |
| Gerner, Mayersohn, May, PLLC | Ted May | 101 NE Third Avenue, Suite 1250 | Fort Lauderdale | FL | 33301 | |
| GLOVER & DAHNK - PRIMARY | Jeannie P. Dank | 1103 Princess Anne StP.O. Box 207 | Fredericksburg | VA | 22404 | |
| GODFREY & KAHN - PRIMARY | Jon Anderson | One East Main Street | Madison | WI | 53703 | |
| GOODWIN PROCTER - PRIMARY | Susan Abbott | Exchange Place | Boston | MA | 02109 | |
| GRAY & ASSOCIATES LLP - PRIMARY | DUNCAN C. DELHEY | 16345 W. Glendale Dr | New Berlin | WI | 53151 | |
| Graydon Head & Ritchey LLP | Steven P. Goodin | 1900 Fifth Third Center, 511 Walnut Street | Cincinatti | OH | 45202 | |
| GREEN FORD AND WALLACE LLC - PRIMARY | Ian Ford | 602 Rutledge Avenue | Charleston | SC | 29403 | |
| GREENBERG TRAURIG - PRIMARY | Jeffrey Lippa | 1200 17th Street | Denver | CO | 80202 | |
| GREENBERG TRAURIG - PRIMARY | Laura Sixkiller | 2375 E. Camelback Rd., Suite 700 | Phoeniz | AZ | 85016 | |
| Greenspoon Marder (f/k/a RUDEN MCCLOSKY - PRIMARY) | Michael Marder | Capital Plaza I, Suite 500, 201 E. Pine Street | Orlando | FL | 32801 | |
| Harmon Law Offices, P.C. | Mark Harmon | PO BOX 610389 | Newton Highlands | MA | 02461-0389 | |
| HAYENS & BOONE, LLP | Larry Pascal | 2323 Victory Avenue, Suite 700 | Dallas | TX | 75219 | |
| HAYNSWORTH SINKLER BOYD, P.A. - PRIMARY | A. Parker Barnes, III | 1201 Main Street, 22nd Floor | Columbia | SC | 29201-3232 | |
| HIGIER ALLEN & LAUTIN PC - PRIMARY | Thomas Higier | 5057 Keller Springs Road Suite 600 | Addison | TX | 75001 | |

In re: Residential Capital, LLC, et al.,
Case No. 12-12020 (MG)

**Exhibit A**
**Ordinary Course Professionals**
**Served via First Class Mail**

| Name | Notice Name | Address 1 | City | State | Zip | Country |
|---|---|---|---|---|---|---|
| HINSHAW & CULBERTSON LLP - PRIMARY | David R. Mylreas | 333 South Seventh Street | Minneapolis | MN | 55402 | |
| Hodel Briggs Winter LLP | Matthew A. Hodel | 8150 Irvine Center Drive, Suite 1400 | Irvine | CA | 92618 | |
| HOLLOWAY DOBSON & BACHMAN P.C - PRIMARY | David H. Dobson | One Leadership Square | Oklahoma City | OK | 73102 | |
| HONIGMAN MILLER SCHWARTZ & COHN - PRIMARY | Donald F. Baty Jr. | 2290 FIRST NATIONAL BUILDING660 WOODWARD AVENUE | Detroit | MI | 48226-3583 | |
| HOOPER ENGLUND & WEIL LLP - PRIMARY | Thomas Hooper | 1001 SW Fifth Ave. Suite 2150 | Portland | OR | 97204-2150 | |
| HUBBARD RUZICKA KREAMER & KINCAID LC - PRIMARY | D. Todd Arney, Esquire | 130 North Cherry PO BOX 550 | Olathe | KS | 66061 | |
| HUGHES WATTERS ASKANASE LLP - PRIMARY | Gary Gunn | 333 CLAY 29TH FL | Houston | TX | 77002-4168 | |
| HUNT LEIBERT JACOBSON PC - PRIMARY | Richard C. Jacobson | 50 WESTON STREET | Hartford | CT | 06120 | |
| JACK O'BOYLE & ASSOCIATES - PRIMARY | Jack O'Boyle | PO Box 815369 | Dallas | TX | 75381 | |
| JACKSON KELLY PLLC  - PRIMARY | Charles Dunbar | 1600 Laidley TowerP.O. Box 553 | Charleston | WV | 25322 | |
| JACKSON LEWIS LLP - PRIMARY | Maurice Jenkins | One North Broadway | White Plains | NY | 10601-2329 | |
| JOHNSON & FREEDMAN LLC - PRIMARY | Larry W. Johnson | 1587 NORTHEAST EXPRESSWAY | Atlanta | GA | 30329 | |
| JOHNSTONE ADAMS BAILEY GORDON & HARRIS LLC - PRIMARY | R. Gregory Watts | P.O. Box 1988 | Mobile, | AL | 36602 | |

**Exhibit A**
**Ordinary Course Professionals**
**Served via First Class Mail**

| Name | Notice Name | Address 1 | City | State | Zip | Country |
|------|-------------|-----------|------|-------|-----|---------|
| JONES WALKER WAECHTER POITEVENT CARRERE & DENEGRE LLP - PRIMARY | Robert Bailey Acomb, Jr. | 201 St. Charles Ave. - 50th Floor | New Orleans | LA | 70170-5100 | |
| K&L GATES - PRIMARY | David T. Case | 1601 K. Street NW | Washington | DC | 20006 | |
| KASS SHULER SOLOMON SPECTOR FOYLE AND SINGER PA - PRIMARY | James Shuler | 1505 N Florida Ave | Tampa | FL | 33602 | |
| Katten, Muchin Rosenman LLP | Chris DiAngelo | 575 Madison Avenue | New York | NY | 10022-2585 | |
| KIVELL RAYMENT AND FRANCIS PC - PRIMARY | TomKivell | 7666 East 61st Street | Tulsa | OK | 74133 | |
| KLEINBARD BELL & BRECKER LLP - PRIMARY | Steven J. Engelmyer | One Libert Place 46th Floor1650 MARKET STREET | Philadelphia | PA | 19103 | |
| KNUCKLES KOMOSINSKI SCUTIERI ELLIOTT LLP - PRIMARY | Mark Knuckles | 565 TAXTER ROAD | Elmsford | NY | 10523 | |
| KOLESAR & LEATHAM - PRIMARY | Robert List | 400 South Rampart, Ste. 400 | Las Vegas | NV | 89145 | |
| KROPIK PAPUGA & SHAW - PRIMARY | Laura Wardinski | 120 S Lasalle Street Suite 1500 | Chicago | IL | 60603 | |
| LAMUN MOCK CUNNYNGHAM & DAVIS PC - PRIMARY | Bret D. Davis | 5613 N. Classen Blvd | Oklahoma City | OK | 73118 | |
| LANE POWELL - PRIMARY | Heidi Anderson | 1420 Fifith Ave.,Suite 4100 | Seattle | WA | 98101 | |
| LAPIN & LEICHTLING LLP - PRIMARY | Adam B. Leichtling | 255 Alhambra Circle Suite 1250 | Coral Gables | FL | 33134-7400 | |
| LARSON KING  LLP - PRIMARY | Daniel Adams | 30 EAST 7TH ST, Suite 2800Wells Fargo Place | St Paul | MN | 55101-4922 | |
| LATHROP AND GAGE LLP - PRIMARY | Michael Abrams | 2345 Grand Blvd. | Kansas City | MO | 64108-2612 | |

**Exhibit A**
**Ordinary Course Professionals**
**Served via First Class Mail**

| Name | Notice Name | Address 1 | City | State | Zip | Country |
|------|-------------|-----------|------|-------|-----|---------|
| LAVIN ONEIL RICCI CEDRONE & DISIPIO - PRIMARY | Joesph O'Neil | 190 N. Independence Mall West, Suite 500 | Philadelphia | PA | 19106-1508 | |
| LAW OFFICES OF GLENN H WECHSLER - PRIMARY | Glenn Wechsler | 1646 North California Blvd Suite 450 | Walnut Creek | CA | 94596 | |
| LAW OFFICES OF JOHN T BENJAMIN JR PA - PRIMARY | John T. Benjamin, Jr | 1115 Hillsborough St. | Raleigh | NC | 27603 | |
| LAW OFFICES OF RICARDO NARVAIZ - PRIMARY | S. Ricardo Narvaiz | 1300 Spring Street Suite 500 | Silver Spring | MD | 20910 | |
| LAW OFFICES OF ROBERT C DOUGHERTY - PRIMARY | Robert C. Dougherty | 1130 SW Morrison St SUITE 210 | Portland | OR | 97205-2213 | |
| LAW OFFICES OF STEPHEN E ENSBERG - PRIMARY | Stephen E. Ensberg | 1609 W Garvey Avenue North | West Covina | CA | 91790 | |
| LERNER SAMPSON & ROTHFUSS  - PRIMARY | Nathan L. Swehla | PO BOX 1985 | Cincinnati | OH | 45264-1985 | |
| LEU & OKUDA - PRIMARY | Lester Leu or Lance Leu | 900 - 4th Street Mall, Suite 305 | Honolulu | HI | 96813 | |
| Leverick & Musselman LLC | Richard M. Leverick | 510 San Francisco Road, NE | Albuquerque | NM | 87109 | |
| LEWIS & ROCA LLP - PRIMARY | Albert Acken | 40 N. Central Avenue | Phoenix | AZ | 85004 | |
| Littler Mendelson | Marko J. Mrkonich | 1300 IDS Center 80 South 8th Street | Minneapolis | MN | 55402 | |
| LOCKE LORD BISSELL & LIDDELL LLP - PRIMARY | Thomas J. Cunningham | P O Box 201072 | HOUSTON | TX | 77216-1072 | |
| LOEB & LOEB LLP - PRIMARY | Michael Anderson | 10100 Santa Monica BlvdSuite 2200 | Los Angeles | CA | 90067 | |
| LOTSTEIN LEGAL PLLC - PRIMARY | Michelle Canter | 5185 MacArthur Blvd, NW, Suite 800 | Washington | DC | 20016-3341 | |
| LOWE FELL AND SKOGG LLC - PRIMARY | Dana B. Baggs | 370 17th Street, Suite 4900 | DENVER | CO | 80202 | |

**Exhibit A**
**Ordinary Course Professionals**
**Served via First Class Mail**

| Name | Notice Name | Address 1 | City | State | Zip | Country |
|---|---|---|---|---|---|---|
| Lowe, Fell & Skogg, LLC | David Fell | 370 Seventeen Street, Suite 4900 | Denver | CO | 80202 | |
| LUNDBERG & ASSOCIATES | Scott J. Lundberg | 3269 South Main Street, Suite 100 | Salt Lake City | UT | 84115 | |
| LYLE S HOSODA & ASSOCIATES - PRIMARY | Lyle S. Hosoda | 24, Barakhamba Road | Honolulu | HI | 96813 | |
| LYNN JACKSON SHULTZ & LEBRUN PC - PRIMARY | Donald R. Shultz | PO Box 8250 | Rapid City | SD | 57709-8250 | |
| Mackall Crounse & Moore PLC | Matthew A. Anderson | 1400 AT7T Tower, 901 Marquette Avenue | Minneapolis | MN | 55402 | |
| MALKERSON GUNN MARTIN LLP - PRIMARY | Bradley Gunn | 220 South Sixth Street, Suite 1900 | Minneapolis, | MN | 55402 | |
| MANLEY DEAS KOCHALSKI LLC - PRIMARY | Theodore K. Manley | PO BOX 165028 | Columbus | OH | 43216-5028 | |
| Mann & Stevens PC | June A. Mann | PO Box 3349 | Bellaire | TX | 77402-3349 | |
| Maples and Calder | Justin Appleyard | PO Box 309, Ugland House South Church Street | KY1-1104  George Town | Grand Cayman | | Cayman Islands |
| MATHESON MORTENSEN OLSEN & JEPPSON - PRIMARY | Douglas G. Mortensen | 648 East First South | Salt Lake City | UT | 84102 | |
| McCabe, Weisberg & Conway | Terrence J. McCabe | 123 South Broad Street, Suite 2080 | Philadelphia | PA | 19109 | |
| MCCALLA RAYMER, LLC - PRIMARY | Marty Stone | Six Concourse Parkway Suite 3200null | Atlanta | GA | 30328 | |
| MCCURDY & CANDLER LLC - PRIMARY | Donald C. Suessmith, Jr. | Six Piedmont Center Suite 700 3525 Piedmont Road NE | Atlanta | GA | 30305 | |
| McDermott  Will & Emery LLP - PRIMARY | David P. DeYoe | P.O. Box 6043 | Chicago | IL | 60680-6043 | |
| MCDOWELL RIGA - PRIMARY | Joseph F. Riga | 46 W. Main Street | Maple Shade | NJ | 08052 | |

In re: Residential Capital, LLC, et al.,
Case No. 12-12020 (MG)

**Exhibit A**
**Ordinary Course Professionals**
**Served via First Class Mail**

| Name | Notice Name | Address 1 | City | State | Zip | Country |
|---|---|---|---|---|---|---|
| MCGINNIS LOCHRIDGE & KILGORE LLP - PRIMARY | Brook Brown | 600 Congress AvenueSuite 2100 | Austin | TX | 78701 | |
| MCGLINCHEY STAFFORD - PRIMARY | Bennet S. Koren | 601 Poydras Street | New Orleans | LA | 70130 | |
| MCGLINCHEY STAFFORD - PRIMARY | John Gable | 194 Washington Avenue, 6th Floor | Albany | NY | 12210 | |
| MCGUIRE WOODS LLP - PRIMARY | George Keith Martin | One James Center 901 East Cary Street | Richmond | VA | 23286-0645 | |
| MCKAY LAWLER FRANKLIN & FOREMAN PLLC - PRIMARY | Edward Lawler | PO BOX 2488 | Ridgeland | MS | 39158-2488 | |
| MCKELVIE & DELUCA - PRIMARY | Frank M. DeLuca | 280 West Maple Road Suite 3000 | Birmingham | MI | 48009 | |
| MILBANK, TWEED, HADLEY & MCCLOY LLP, DR. - PRIMARY | Alan J. Stone | 1 Chase Manhattan Plazanull | New York | NY | 10005-1413 | |
| MODRALL SPERLING | Paul M. Fish | PO BOX 2168 | Albuquerque | NM | 87103-2168 | |
| MODRALL SPERLING | William R.  Keleher | PO BOX 2168 | Albuquerque | NM | 87103-2168 | |
| MOFFATT, THOMAS, BARRETT, ROCK & FIELDS- PRIMARY | Michael O. Roe | 101 South Capitol Boulevard 10th Floor | Boise | ID | 83701 | |
| Monzack Mersky McLaughlin & Browder, P.A. | Brian J. McLaughlin | 1201 Orange Street | Birmingham | AL | 35203 | |
| MOORE & VAN ALLEN PLLC - PRIMARY | Paul Lynch | 400 Calhoun Street, Suite 300 | Charlotte | SC | 29401-3535 | |
| MORGAN & POTTINGER PSC - PRIMARY | J. Morgan McGarvey | 601 West Main Street | Louisville | KY | 40202 | |
| NELSON MULLINS RILEY & SCARBOROUGH LLP - PRIMARY | James K. Lehman | 1320 Main Street Meridian Building 17th Floor | Columbia | SC | 29201 | |

**Exhibit A**
**Ordinary Course Professionals**
**Served via First Class Mail**

| Name | Notice Name | Address 1 | City | State | Zip | Country |
|------|-------------|-----------|------|-------|-----|---------|
| OPPENHEIMER WOLFF & DONNELLY LLP - PRIMARY | Lloyd G. Kepple | Campbell Mithum Tower SUITE 2000 222 South Ninth Street | Minneapolis | MN | 55402-3338 | |
| ORLANS ASSOCIATES PC - PRIMARY | Firm Leadership | PO BOX 5041 | Troy | MI | 48007-5041 | |
| ORLANS ASSOCIATES PC - PRIMARY | Justin Carter | PO BOX 5041 | Troy | MI | 48007-5041 | |
| ORLANS ASSOCIATES PC - PRIMARY | Timothy Myers | PO BOX 5041 | Troy | MI | 48007-5041 | |
| ORLANS MORAN PLLC - PRIMARY | C. Smith | 1650 W Big Beaver Road | TROY | MI | 48084 | |
| ORLANS MORAN PLLC - PRIMARY | Paul Mulligan | 1650 W Big Beaver Road | TROY | MI | 48084 | |
| PALMER LOMBARDI & DONOHUE LLP - PRIMARY | E. Scott Palmer | 515 South Flower Street | Los Angelos | CA | 90071 | |
| PARKER HUDSON RAINER & DOBBS LLP - PRIMARY | J. Marbury Rainer | 1500 Marquis Two Tower285 Peachtree Center Ave NE | Atlanta, | GA | 30303 | |
| PARTRIDGE SNOW & HAHN LLP | Steven E. Snow | 180 South Main Street | Providence | RI | 02903 | |
| PATTON AND DAVISON ATTORNEYS - PRIMARY | Alex Davison | 1920 Thomes Avenue | Cheyenne | WY | 82001 | |
| PATTON AND DAVISON ATTORNEYS - PRIMARY | John C. Patton | PO Box 945 | Cheyenne | WY | 82003 | |
| PATTON BOGGS LLP - PRIMARY | Scott Wallace | 200 McKinney Avenue, Suite 1700 | Dallas | TX | 75201 | |
| PAUL A BELLGARDE ESQ - PRIMARY | Paul Bellegarde | 8284 Spring Leaf Court | Vienna | VA | 212182 | |
| Perkins Coie, LLP (Seattle) | Fred Riveria | 1201 Third Avenue, Suite 4900 | Seattle | WA | 98101 | |
| Perkins Coie, LLP (Seattle) | Joseph E. Mais | 2901 N. Central Avenue, Suite 200 | Phoenix | AZ | 85012-2788 | |

**Exhibit A**
**Ordinary Course Professionals**
**Served via First Class Mail**

| Name | Notice Name | Address 1 | City | State | Zip | Country |
|------|------------|-----------|------|-------|-----|---------|
| PHELAN HALLINAN & SCHMIEG LLP - PRIMARY | Larry Phelan | 1617 JFK Boulevard Suite 1400 | PHILADELPHIA | PA | 19103-1814 | |
| PIERCE ATWOOD LLP - PRIMARY | John J. Aromando | Merrill's Wharf 254 Commercial Street | Portland | ME | 04101 | |
| PITE DUNCAN LLP - PRIMARY | Steven W. Pite | 4375 Jutland Drive Suite 200 | San Diego | CA | 92177-0935 | |
| PLATZER SWERGOLD KARLIN LEVINE GOLDBERG & JASLOW LLP - PRIMARY | Sydney G. Platzer | 1065 Avenue of the Americas 18th Floor | New York | NY | 10018 | |
| POTESTIVO & ASSOCIATES PC (MI) - PRIMARY | Brian Potestivo | 811 South Boulevard | Rochester Hills | MI | 48307 | |
| POTESTIVO & ASSOCIATES PC (MI) - PRIMARY | David Marowske | 811 South Boulevard | Rochester Hills | MI | 48307 | |
| PRINCE LOBEL TYE LLP - PRIMARY | Richard Briansky | 100 Cambridge Street Suite 2200 | BOSTON | MA | 02114 | |
| PRUCELL KRUG & HALLER | Leon P. Haller | 1719 North Front Street | Harrisburg | PA | 17102 | |
| PULLMAN & COMLEY LLC | James P. White Jr. | 850 Main Street | Bridgeport | CT | 06601 | |
| RADER FISHMAN AND GRAUER PLLC - PRIMARY | Michael Fishman | 39533 WOODWARD AVENUE, STE 140 null | Bloomfield Hills | MI | 48304 | |
| RAY QUINNEY & NEBEKER - PRIMARY | Michael R. Johnson | 36 South State Street | Salt Lake City | UT | 84111 | |
| REED SMITH LLP - PRIMARY | Leonard Bernstein | 1650 Market Street | PHILADELPHIA | PA | 19103 | |
| REED SMITH LLP - PRIMARY | Sara Begley | 1650 Market Street | PHILADELPHIA | PA | 19103 | |
| REISENFELD & ASSOCIATES LPA LLC - PRIMARY | Brad Reisenfeld | 3962 Red Bank Road | Cincinnati | OH | 45227 | |
| RHODES & SALMON PC - PRIMARY | William C. Salmon | 1801 Lomas Blvd. NW | Albuquerque | NM | 87104 | |
| RICHARDS LAYTON & FINDER PA | Eric Mazie | 920 King Street | Wilmington | DE | 19801 | |

**Exhibit A**
**Ordinary Course Professionals**
**Served via First Class Mail**

| Name | Notice Name | Address 1 | City | State | Zip | Country |
|------|-------------|-----------|------|-------|-----|---------|
| RILEY RIPER HOLLIN & COLAGRECO - PRIMARY | Louis J. Colagreco, Jr. | Eagleview Corporate Center, PO Box 1265, 717 Constitution Drive | Exton | PA | 19341 | |
| Rinke Noonan | David J. Meyers | US Bank Plaza Suite 300 | St Cloud | MN | 56302 | |
| ROBBINS SALOMON & PATT LTD | Edward S. Salomon | 25 E. Washington, Suite 1000 | Chicago | IL | 60602 | |
| ROBINSON & COLE LLP - PRIMARY | Michael Enright | 280 Trumbull Street | Hartford | CT | 06103-3597 | |
| ROBISON BELAUSTEGUI SHARP AND LOW | Kent R. Robinson | 71 WASHINGTON STREET | RENO | NV | 89503 | |
| ROBISON BELAUSTEGUI SHARP AND LOW | Stephanie T. Sharp | 71 WASHINGTON STREET | RENO | NV | 89503 | |
| ROGERS TOWNSEND & THOMAS PC - PRIMARY | Michael Graham | 220 Executive Center DriveSuite 109 | Columbia | SC | 29210 | |
| ROGERS TOWNSEND & THOMAS PC - PRIMARY | T. McRoy Shelley | 220 Executive Center DriveSuite 109 | Columbia | SC | 29210 | |
| ROSENBERG MARTIN GREENBERG LLP - PRIMARY | Gerard J. Gaeng | 25 S. Charles Street, Suite 2115 | Baltimore | MD | 21201 | |
| Rouse Hendricks German & May PC - PRIMARY | Charley German | 1201 Walnut, Suite 2000 | Kansas City | MO | 64106 | |
| Rouse Hendricks German & May PC - PRIMARY | Phillip Greenfield | 1201 Walnut, Suite 2000 | Kansas City | MO | 64106 | |
| ROUTH CRABTREE OLSEN - PRIMARY | Lance E Olsen | 13555 SE 36th St Suite 300 | Bellevue | WA | 98006 | |
| RYLEY CARLOCK & APPLEWHITE - PRIMARY | Kara Ricupero | One North Central Avenue, Suite 1200 | Phoenix | AZ | 85004-4417 | |
| SAIBER | James H. Forte, Florham Park Office | 18 Columbia Turnpike, Suite 200 | Florham Park | NJ | 07932 | |
| SANDS ANDERSON PC - PRIMARY | Aaron N. Bailey | 4101 Lake Boone Trail Suite 100 | Raleigh | NC | 27607-7506 | |

**Exhibit A**
**Ordinary Course Professionals**
**Served via First Class Mail**

| Name | Notice Name | Address 1 | City | State | Zip | Country |
|---|---|---|---|---|---|---|
| SANDS ANDERSON PC - PRIMARY | Jeffrey Hamilton Geiger | 1111 E Main Street, Suite 2400 | Richmond | VA | 23219-0003 | |
| Saul Ewing LLP | Christopher R. Hall | 1500 Market Street, 38th Floor | Philadelphia | PA | 19102-2186 | |
| SCHIFF HARDIN LLP - PRIMARY | Thomas W. Abendroth | 233 South Wacker Drive, Suite 6600 | Chicago | IL | 60606-6473 | |
| SCHNEIDERMAN & SHERMAN P.C. - PRIMARY | Peter M. Schneiderman | 23938 Research Drive, Suite 300 | Farmington Hills | MI | 48335 | |
| SCHULTE ROTH & ZABEL LLP - PRIMARY | Robert M. Abrahams | 919 Third Avenuenull | New York | NY | 10022 | |
| SENN VISCIANO CANGES PC - PRIMARY | David C. Camp | 1700 Lincoln Street, Suite 4500 | Denver | CO | 80203 | |
| SENN VISCIANO CANGES PC - PRIMARY | Mark A. Senn | 1700 Lincoln Street, Suite 4500 | Denver | CO | 80203 | |
| SETTLEPOU - PRIMARY | Brad McClain | 3333 Lee Parkway | Dallas | TX | 75219 | |
| SEYFARTH SHAW LLP - PRIMARY | David J. Rowland | 131 South Dearborn Street, Suite 2400 | Chicago | IL | 60603-5577 | |
| SEYFARTH SHAW LLP - PRIMARY | Richard L. Alfred | World Trade Center EastTwo Seaport Lane, Suite 300 | Boston | MA | 02210-2028 | |
| SHAPIRO & ZIELKE LLP - PRIMARY | Lawrence Zielke | 12550 West Frontage Road | Burnsville | MN | 55337 | |
| SHEPPARD MULLIN RICHTER HAMPTON LLP - PRIMARY | Alan M. Feld | 333 S. Hope Street, 48th Floor | Los Angelos | CA | 90071 | |
| SHUMAKER WILLIAMS PC - PRIMARY | Paul A. Adams | 3425 SIMPSON FERRY ROAD | CAMP HILL, | PA | 17011 | |
| SHUTTS & BOWEN LLP | Frederick O'Malley | 201 South Biscayne BoulevardSuite 1500 | Miami | FL | 33131 | |
| SIMMONS PERRINE MOYER BERGMAN PLC - PRIMARY | Christine Conover | 115 Third Street SE, Suite 1200 | Cedar Rapids | IA | 52401-1266 | |

**Exhibit A**
**Ordinary Course Professionals**
**Served via First Class Mail**

| Name | Notice Name | Address 1 | City | State | Zip | Country |
|------|-------------|-----------|------|-------|-----|---------|
| SIMMONS PERRINE MOYER BERGMAN PLC - PRIMARY | Stephen J. Holtman | 115 Third Street SE, Suite 1200 | Cedar Rapids | IA | 52401-1266 | |
| SINGER TARPLEY & JONES PA - PRIMARY | Linda S. Tarpley | 10484 Marty Street | Overland Park | KS | 66212 | |
| SIROTE & PERMUTT PC - PRIMARY | Shaun Ramey | 2311 Highland Avenue South | Birmingham | AL | 35205 | |
| SIROTE & PERMUTT PC - PRIMARY | Stephen G. Collins | 2311 Highland Avenue South | Birmingham | AL | 35205 | |
| SMITH DEBNAM NARRON DRAKE SAINTSING & MYERS LLP - PRIMARY | Byron L. Saintsing | The Landmark Center4601 Six Forks Road, Suite 400 | Raleigh | NC | 27611-6268 | |
| SMITH DEBNAM NARRON DRAKE SAINTSING & MYERS LLP - PRIMARY | W. Thurston Debnam, Jr. | The Landmark Center4601 Six Forks Road, Suite 400 | Raleigh | NC | 27611-6268 | |
| SMITH GAMBRELL & RUSSELL LLP - PRIMARY | Brian P Hall | 1230 Peachtree Street NE, Suite 3100, Promenade II | Atlanta | GA | 30309 | |
| SMITH MOORE LEATHERWOOD LLP - PRIMARY | Matthew S. Moore | 25 Calhoun Street, Suite 250 | Charleston | SC | 29401 | |
| SMITH MOORE LEATHERWOOD LLP - PRIMARY | Michael J. Giese | The Leatherwood Plaza, 300 East McGee Avenue, Suite 500 | Greenville | SC | 29601 | |
| SNELL & WILMER LLP | Joseph G. Adams | 400 E Van Buren St #1900 | Phoenix | AZ | 85004-2202 | |
| SNELL & WILMER LLP | Keith Gregory | 350 South Grand Ave #2600 | Los Angeles | CA | 90071-3406 | |
| SNOW CHRISTENSEN & MARTINEAU - PRIMARY | Tammy B Georgelas | 10 Exchange Place, 11th FloorP.O. Box 45000 | Salt Lake City | UT | 84145 | |
| SNR Denton (fka SONNENSCHEINNATH & ROSENTHAL LLP) | Jana Cohen Barbe | 233 South Wacker DriveSuite 7800 | Chicago | IL | 60606-6404 | |
| SONNENSCHEINNATH & ROSENTHAL LLP | Karfen J. Pettapiece | 1221 Avenue of the Americas | New York | NY | 10020-1089 | |

**Exhibit A**
**Ordinary Course Professionals**
**Served via First Class Mail**

| Name | Notice Name | Address 1 | City | State | Zip | Country |
|------|-------------|-----------|------|-------|-----|---------|
| SOUTH & ASSOCIATES PC - PRIMARY | Geoffrey Sawyer | 6363 College Blvd., Suite 100 | Overland Park | KS | 66211 | |
| SQUIRE SANDERS (US) LLP | David S. Goodman | 4900 Key Tower  127 Public Square | Cleveland | OH | 44114 | |
| SULLOWAY & HOLLIS PLLC | James O. Barney | 9 Capitol Street &29 School Street | Concord | NH | 03301 | |
| SUSSMAN SHANK LLP - PRIMARY | William G. Fig | 1000 SW Broadway, Suite 1400 | Portland | OR | 97205 | |
| THE CAREY LAW GROUP | Patrick T Carey | 19418 Bolder Ridge Drive | Mokena | IL | 60448 | |
| THE GOODMAN LAW GROUP - PRIMARY | Maxine Goodman | P.O. Box 2843 | Farmington Hills | MI | 48333 | |
| THE RYAN LAW FIRM | Noah Green | 80 S Lake Avenue, Suite 500 | Pasadena | CA | 91101 | |
| THOMPSON & MCMULLAN PC | Dewey B. Morris | 100 Shockoe Slip | Richmond | VA | 23219 | |
| THOMPSON & McMULLAN PC - PRIMARY | Dewey B Morris | 100 Shockoe Slip | Richmond | VA | 23219-4140 | |
| TROUTMAN SANDERS LLP - PRIMARY | John C Lynch | 222 Central park Avenue Suite 2000 | Virgina Beach | VA | 23462 | |
| VANCOTT BAGLEY CORNWALL & MCCARTHY - PRIMARY | Thomas T Billings | 36 South State Street, Suite 1900; | Salt Lake City | UT | 84145 | |
| VEDDER PRICE PC - PRIMARY | Thomas E Schnur | 222 N. LaSalle Street | Chicago | IL | 60601 | |
| WEIL GOTSHAL & MANGES LLP | Bruce Colbath | 767 Fifth Avenue | New York | NY | 10153 | |
| WEIL GOTSHAL & MANGES LLP | Craig W. Adas | 201 Redwood Shores Parkway | Redwood Shores | CA | 94065 | |
| WEIR & PARTNERS LLP - PRIMARY | Walter Weir JR | 1339 Chestnut Street, Suite 500 | Philadelphia | PA | 19107 | |
| WEISSMAN NOWACK CURRY & WILCO | Frank O. Brown | 3500 Lenox Road One Alliance Center, 4th Floor | Atlanta | GA | 30326 | |

**Exhibit A**
**Ordinary Course Professionals**
**Served via First Class Mail**

| Name | Notice Name | Address 1 | City | State | Zip | Country |
|------|-------------|-----------|------|-------|-----|---------|
| WEISSMAN NOWACK CURRY & WILCO | Seth G. Weissman | 3500 Lenox Road One Alliance Center, 4th Floor | Atlanta | GA | 30326 | |
| WELTMAN WEINBERG AND REIS CO LPA - PRIMARY | Rosemary Taft-Milby | 323 W Lakeside Avenue Suite 200 | Cleveland | OH | 44113 | |
| WHITEHOUSE LAW OFFICE PLLC | Daniel D. Whitehouse | 3370 Cannapolis Lane | Plymouth | MN | 55447 | |
| WILFORD & GESKE - PRIMARY | Eric D Cook | 8425 Seasons Pkwy, Suite 105 | Woodbury | MN | 55125 | |
| WILSON AND ASSOCIATES, P.A - PRIMARY | Robert M Wilson JR | 1521 Merrill Drive, Suite D-220 | Little Rock | AR | 72211 | |
| WODDEN & MCLAUGHLIN LLP | James Boyer | 211 North Pennsylvania StreetOne Indiana Square, Suite 1800 | Indianapolis | IN | 46204 | |
| WOLFE & WYMAN LLP | Stuart Wolfe | 980 Kelly Jonson Drive Suite 140 | Las Vegas | NV | 89119 | |
| WOLFE & WYMAN LLP - PRIMARY | Samuel A Wyman | 2301 Dupont Drive, Suite 300 | Irvine | CA | 92612-7531 | |
| WOLFF ARDIS PCC | Mary Lee Wolff | 5810 Shelby Oaks Drive | Memphis | TN | 38134 | |
| WOODEN & MCLAUGHLIN LLP - PRIMARY | Robert L McLaughlin | 211 North Pennsylvania, Suite 1800 | Indianapolis | IN | 46204-4208 | |
| WRIGHT FINLAY & ZAK - PRIMARY | Robin Prema Wright | 4665 MacArthur Court, Suite 280 | Newport Beach | CA | 92660 | |
| WRIGHT LINDSEY & JENNINGS - PRIMARY | Charles T Coleman | 200 West Capitol Avenue, Suite 2300 | Little Rock | AR | 72201 | |
| ZAUSMER KAUFMAN AUGUST CALDWEEL & TAYLER PC | Gary August | 31700 Middlebelt Road, Suite 150 | Farmington Hills | MI | 48334-2374 | |
| ZAUSMER KAUFMAN AUGUST CALDWEEL & TAYLER PC | Mark Zausmer | 31700 Middlebelt Road, Suite 150 | Farmington Hills | MI | 48334-2374 | |

**Exhibit A**
**Ordinary Course Professionals**
**Served via First Class Mail**

| Name | Notice Name | Address 1 | City | State | Zip | Country |
|------|-------------|-----------|------|-------|-----|---------|
| ZEICHNER ELLMAN & KRAUSE - PRIMARY | Jantra Van Roy | 575 Lexington Avenue | New York | NY | 10022 | |
| ZUCKER GOLDBERG & ACKERMAN LLC | Steven Krol | 200 Sheffield Street, Suite 301 | Mountainside | NJ | 07092 | |
| ZUCKER, GOLDBERG & ACKERMAN, LLC - MATTER# 707931 ONLY | Michael Ackerman | 200 Sheffield StreetSuite 301 | Mountainside | NJ | 07092 | |

In re: Residential Capital, LLC, et al.,
Case No. 12-12020 (MG)