B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

_____ District Of _____

In re _____,          Case No. _____

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

_____          _____
        Name of Transferee                          Name of Transferor

Name and Address where notices to transferee          Court Claim # (if known): _____
should be sent:                                       Amount of Claim: _____
                                                      Date Claim Filed: _____


Phone: _____          Phone: _____
Last Four Digits of Acct #: _____          Last Four Digits of Acct. #: _____

Name and Address where transferee payments
should be sent (if different from above):



Phone: _____
Last Four Digits of Acct #:_____



I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____          Date:_____
        Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

Debt Acquisition Company of America V, LLC
1565 Hotel Circle South, Suite 310
San Diego, CA 92108
Ph. 619-220-8900/ Fax 619-220-8112

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:                                                    )    CHAPTER 11
                                                          )
                                                          )    Case No. 12-12020 (MG)
RESIDENTIAL CAPITAL, LLC, et al.,                         )    (Jointly Administered)
                                                          )
         Debtors.                                         )    **NOTICE OF TRANSFER OF CLAIM**
                                                          )    **OTHER THAN FOR SECURITY AND**
                                                          )    **WAIVER OF NOTICE**
                                                          )
                                                          )    Bankruptcy Rule 3001(e)(1)

PLEASE TAKE NOTICE that the scheduled claim of **FIRSTTECH CORPORATION** ("Transferor") against the Debtor in the amount of **$1,749.00**, as listed within Schedule F of the Schedules of Assets and Liabilities filed by the Debtor, and all other claims of Transferor have been transferred and assigned other than for security to Debt Acquisition Company of America V, LLC ("DACA"). The signature of the Transferor on this document is evidence of the transfer of the claims and all rights there under. Transferor hereby agrees to waive notice as described by Bankruptcy Rule 3001(e)(1).

I, the undersigned Transferor of the above-described claims, hereby assign and transfer my claims and all rights there under to DACA upon terms as set forth herein and in the offer letter received. I represent and warrant that the claim is not less than **$1,749.00** and has not been previously objected to, sold, or satisfied. Upon notification by DACA, I agree to reimburse DACA a portion of the purchase price if the claim is reduced, objected to, or disallowed in whole or in part by the Debtor. Such reimbursement would be calculated as follows: dollar amount of claim reduction multiplied by the purchase rate. Other than as stated above, DACA assumes all risks associated with the debtor's ability to distribute funds. I agree to deliver to DACA any correspondence or payments received subsequent to the date of this agreement and authorize DACA to take any steps necessary to transfer this claim and all claims we hold against the above debtor into their name. The clerk of the court is authorized to change the address regarding the claim of the Transferor to that of the Transferee listed below.

TRANSFEROR:
**FIRSTTECH CORPORATION**
**TWO INDUSTRIAL DRIVE SUITE C  CLIFFWOOD BEACH NJ 07735**

Print Name____PAUL ROUNDS____        Title____VICE PRESIDENT____

Signature____Paul Rounds____            Date____7/23/12____

Updated Address if needed)____Farungo@firsttechcorp.com____

Phone____732-566-1001____ Fax_____        E-Mail_____

*Federal Tax Identification* / Social Security Number:____22-2312408____

TRANSFEREE:
**Debt Acquisition Company of America V, LLC**
**1565 Hotel Circle South, Suite 310, San Diego, CA 92108**

Signature:____Andrew Whatnall____
                    Andrew Whatnall

Mail Ref# -131
3023045