**TEITELBAUM & BASKIN, LLP**
*Attorneys for JPMorgan Chase Bank, N.A.*
Jay Teitelbaum, Esq.
1 Barker Avenue
Third Floor
White Plains, New York 10601
Telephone No.: (914) 437-7670
Telecopier No. (914) 437-7672
E-Mail: jteitelbaum@tblawllp.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | Case No: 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | : | |
| | : | |
| Debtors. | : | Jointly Administered |

---------------------------------------------------------------x

### NOTICE OF APPEARANCE, REQUEST FOR
### SERVICE OF PAPERS AND RESERVATION OF RIGHTS

**PLEASE TAKE NOTICE** that the undersigned appears for JPMorgan Chase Bank, N.A. ("Chase"), a party-in-interest herein, and pursuant to Rules 2002 and 3017(a) of the Rules of Bankruptcy Procedure and 11 U.S.C. §1109(b), request that all notices given or required in these cases, and all disclosure statements and plans, and all other papers served in these cases, be given to and served upon:

> Jay Teitelbaum, Esq.
> 1 Barker Avenue, 3rd Floor
> White Plains, New York 10601
> Telephone No.: (914) 437-7670
> Telecopier No. (914) 437-7672
> E-Mail: jteitelbaum@tblawllp.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Rules specified above but also includes, without limitation, orders and notices of any

application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telecopier, electronically, or otherwise, which affects the Debtors or property of the Debtors.

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any later appearance, pleading, claim, or suit shall waive any right (1) to have final orders in noncore matters entered only after *de novo* review by a District Judge, (2) to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to any other rights, claims, actions, defenses, setoffs, or recoupments to which Chase may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated: July 31, 2012

**TEITELBAUM & BASKIN, LLP**
*Attorneys for JPMorgan Chase Bank, N. A.*

By:/s/ Jay Teitelbaum_____
  Jay Teitelbaum
  1 Barker Avenue
  Third Floor
  White Plains, New York 10601
  (914) 437-7670
  jteitelbaum@tblawllp.com