Richard M. Cieri
Ray C. Schrock
Stephen E. Hessler
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900

*Counsel for Ally Financial Inc. and Ally Bank*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| RESIDENTIAL CAPITAL, LLC, et al., | ) Case No. 12-12020 (MG) |
| Debtors. | ) Jointly Administered |

**NOTICE OF FILING**

PLEASE TAKE NOTICE that pursuant to paragraph 3 of the *Interim Order Pursuant to Sections 105(A) and 363 of the Bankruptcy Code Authorizing the Debtors to Continue to Perform under the Ally Bank Servicing Agreement in the Ordinary Course of Business* [ECF No. 90], Ally Bank hereby files the requisite copy of the notice delivered to GMAC Mortgage, LLC on July 27, 2012, as **Exhibit A** attached hereto.

Dated:  July 31, 2012           */s/ Ray C. Schrock*
New York, New York              Richard M. Cieri
                                Ray C. Schrock
                                Stephen E. Hessler
                                KIRKLAND & ELLIS LLP
                                601 Lexington Avenue
                                New York, New York 10022
                                Telephone:    (212) 446-4800
                                Facsimile:    (212) 446-4900

                                *Counsel for Ally Financial Inc. and Ally Bank*

# Exhibit A

## Notice of Termination



July 27, 2012

GMAC Mortgage, LLC
1100 Virginia Drive
Fort Washington, PA 19034
Attention: Chief Servicing Officer

GMAC Mortgage, LLC
3451 Hammond Ave.
Waterloo, IA 50702-5345
Attention: General Manager

GMAC Mortgage, LLC
1100 Virginia Drive
Fort Washington, PA 19034
Attention: General Counsel

      Re:  120-Day Notice of Termination of Servicing Agreement with Respect to Certain Mortgage Loans and Transfer of Servicing in Relation to Such Mortgage Loans

Ladies and Gentlemen:

      Ally Bank hereby notifies GMAC Mortgage, LLC ("GMACM") that, pursuant to Section 11.01(b) of that certain Amended and Restated Servicing Agreement, dated as of May 11, 2012, between Ally Bank, as owner, and GMACM, as servicer, and as permitted by paragraph 3 of the *Interim Order Pursuant to Sections 105(A) and 363 of the Bankruptcy Code Authorizing the Debtors to Continue to Perform under the Ally Bank Servicing Agreement in the Ordinary Course of Business* entered on May 16, 2012 by the United States Bankruptcy Court for the Southern District of New York, Ally Bank is terminating GMAC Mortgage, LLC as servicer with respect to the approximately 2,500 Mortgage Loans set forth on Exhibit A hereto, effective November 24, 2012.

Sincerely,

Ally Bank
By: _____
      Craig S. Evans
      Senior Vice President

702765956

EXHIBIT A
MORTGAGE LOANS
FOR WHICH ALLY BANK IS TERMINATING
GMAC MORTGAGE, LLC AS SERVICER

| Account Number | Account Number | Account Number | Account Number | Account Number | Account Number | Account Number | Account Number | Account Number | Account Number | Account Number | Account Number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 640092194 | 640122867 | 640112081 | 640109279 | 640183230 | 640156176 | 640163139 | 640122716 | 640184614 | 640122319 | 640155003 | 640272348 |
| 640092197 | 640122868 | 640112103 | 640109283 | 640108360 | 640156088 | 640162568 | 640122718 | 640184619 | 640122397 | 640155007 | 640272349 |
| 640092206 | 640122869 | 640112146 | 640109290 | 640163269 | 640155967 | 640162814 | 640122719 | 640184625 | 640122399 | 640155008 | 640272350 |
| 640092208 | 640122870 | 640112341 | 640109333 | 640183172 | 640152156 | 640162685 | 640122721 | 640184626 | 640122402 | 640171525 | 640272351 |
| 640092210 | 640122871 | 640112665 | 640109359 | 640164039 | 640109292 | 640162886 | 640122722 | 640184628 | 640122403 | 640183532 | 640272353 |
| 640092240 | 640122872 | 640112666 | 640109375 | 640183131 | 640161670 | 640155507 | 640122723 | 640184629 | 640122405 | 640183538 | 640272354 |
| 640092241 | 640122873 | 640112676 | 640109402 | 640183101 | 640152567 | 640092189 | 640122724 | 640184630 | 640122445 | 640183543 | 640272355 |
| 640092275 | 640122874 | 640112721 | 640109405 | 640183074 | 640155529 | 640092195 | 640122725 | 640184640 | 640122447 | 640183544 | 640272356 |
| 640092286 | 640122875 | 640112760 | 640152467 | 640183298 | 640153509 | 640092198 | 640122726 | 640184647 | 640122448 | 640183552 | 640272357 |
| 640092287 | 640122876 | 640112804 | 640152505 | 640108762 | 640152796 | 640092199 | 640122727 | 640184648 | 640122449 | 640183554 | 640272358 |
| 640092288 | 640122877 | 640112851 | 640152513 | 640109252 | 640152778 | 640092200 | 640122728 | 640184775 | 640122451 | 640183563 | 640272359 |
| 640092299 | 640122878 | 640112892 | 640152518 | 640109242 | 640162729 | 640092201 | 640122729 | 640184786 | 640122454 | 640227510 | 640272360 |
| 640092308 | 640122879 | 640112893 | 640152548 | 640109226 | 640109219 | 640092202 | 640122731 | 640184857 | 640122458 | 640227512 | 640272366 |
| 640097474 | 640122880 | 640112954 | 640152565 | 640109019 | 640152623 | 640092205 | 640122732 | 640184859 | 640122460 | 640227515 | 640272367 |
| 640097478 | 640122881 | 640117867 | 640184164 | 640108965 | 640155500 | 640092211 | 640122733 | 640184921 | 640122461 | 640227518 | 640272368 |
| 640097485 | 640122883 | 640119721 | 640184165 | 640108317 | 640184149 | 640092212 | 640122736 | 640185082 | 640122462 | 640227519 | 640272370 |
| 640097490 | 640124800 | 640119734 | 640152575 | 640108774 | 640184121 | 640092215 | 640122737 | 640185083 | 640122464 | 640242002 | 640272372 |
| 640097492 | 640124814 | 640119737 | 640152606 | 640183029 | 640152553 | 640092218 | 640122739 | 640185091 | 640122473 | 640242004 | 640272373 |
| 640097493 | 640124824 | 640119746 | 640152627 | 640108650 | 640152546 | 640092219 | 640122740 | 640185244 | 640122477 | 640242005 | 640272374 |
| 640097495 | 640124917 | 640119747 | 640152639 | 640108410 | 640152520 | 640092220 | 640122741 | 640185700 | 640122479 | 640242009 | 640272375 |
| 640097496 | 640124918 | 640119767 | 640152655 | 640108398 | 640152503 | 640092221 | 640122742 | 640191487 | 640122481 | 640242010 | 640272376 |
| 640097497 | 640125114 | 640119838 | 640152660 | 640108392 | 640152693 | 640092222 | 640122745 | 640192605 | 640122482 | 640244001 | 640272377 |
| 640097498 | 640125121 | 640119851 | 640152664 | 640108369 | 640184798 | 640092225 | 640122747 | 640192606 | 640122483 | 640244003 | 640272378 |
| 640097500 | 640125124 | 640119863 | 640152692 | 640186176 | 640108362 | 640092226 | 640122748 | 640194657 | 640122494 | 640244004 | 640272379 |
| 640097501 | 640125406 | 640120105 | 640162724 | 640108930 | 640185469 | 640092232 | 640122750 | 640195002 | 640122497 | 640244008 | 640272380 |
| 640097503 | 640125438 | 640120227 | 640162726 | 640156138 | 640185432 | 640092234 | 640122751 | 640206001 | 640122498 | 640244012 | 640272381 |
| 640097504 | 640125656 | 640120237 | 640162765 | 640108265 | 640185321 | 640092235 | 640122755 | 640227502 | 640122499 | 640244016 | 640272382 |
| 640097507 | 640125712 | 640120242 | 640162782 | 640152045 | 640185212 | 640092236 | 640122756 | 640227503 | 640122500 | 640244031 | 640272383 |
| 640097512 | 640125891 | 640120398 | 640162800 | 640152056 | 640185077 | 640092238 | 640122759 | 640227504 | 640122501 | 640244033 | 640272384 |
| 640097517 | 640125896 | 640120405 | 640162806 | 640152900 | 640162900 | 640092242 | 640122760 | 640227505 | 640122504 | 640244034 | 640272385 |
| 640097520 | 640127527 | 640120442 | 640152719 | 640152185 | 640184818 | 640092243 | 640122761 | 640227506 | 640122505 | 640244035 | 640272386 |
| 640097521 | 640128099 | 640120449 | 640152836 | 640108259 | 640165468 | 640092247 | 640122762 | 640227507 | 640122507 | 640244036 | 640272387 |
| 640097522 | 640128431 | 640120469 | 640152838 | 640108258 | 640184452 | 640092249 | 640122763 | 640227508 | 640122517 | 640185237 | 640272388 |
| 640097524 | 640134029 | 640152289 | 640152873 | 640108176 | 640183658 | 640092250 | 640125006 | 640227509 | 640122528 | 640184923 | 640272389 |
| 640097527 | 640150529 | 640152300 | 640152971 | 640152218 | 640165612 | 640092254 | 640125007 | 640117883 | 640122532 | 640184645 | 640272390 |
| 640097528 | 640151651 | 640152307 | 640153512 | 640155705 | 640165512 | 640092255 | 640125010 | 640117892 | 640122534 | 640184595 | 640272391 |
| 640097530 | 640151674 | 640152313 | 640153533 | 640155996 | 640165506 | 640092256 | 640127503 | 640117894 | 640122538 | 640183945 | 640272392 |
| 640097531 | 640151919 | 640152322 | 640153706 | 640097610 | 640152437 | 640092257 | 640127510 | 640117896 | 640122540 | 640131504 | 640272393 |
| 640097533 | 640151930 | 640152357 | 640153910 | 640156052 | 640184837 | 640092259 | 640128310 | 640117898 | 640122542 | 640094114 | 640272394 |
| 640097534 | 640151945 | 640152382 | 640153935 | 640152013 | 640109843 | 640092260 | 640128314 | 640117901 | 640122543 | 640157000 | 640272395 |
| 640097537 | 640152007 | 640186521 | 640155070 | 640098270 | 640152473 | 640092261 | 640128317 | 640117902 | 640122544 | 640097514 | 640272396 |
| 640097540 | 640152037 | 640186612 | 640155071 | 640156202 | 640111723 | 640092263 | 640128318 | 640117905 | 640122545 | 640097489 | 640272397 |
| 640097549 | 640152110 | 640186668 | 640155079 | 640156210 | 640111689 | 640092265 | 640128322 | 640117906 | 640122546 | 640150534 | 640272399 |
| 640097551 | 640152113 | 640155654 | 640155655 | 640098184 | 640110769 | 640092267 | 640128323 | 640117908 | 640122551 | 640119740 | 640272400 |
| 640097553 | 640152119 | 640186816 | 640155688 | 640156221 | 640110742 | 640092268 | 640128325 | 640117911 | 640122552 | 640122292 | 640272401 |
| 640097554 | 640152129 | 640187043 | 640162573 | 640156318 | 640110656 | 640092271 | 640128328 | 640117913 | 640122556 | 640122489 | 640272403 |
| 640097559 | 640152137 | 640187053 | 640162588 | 640098182 | 640112022 | 640092281 | 640128329 | 640117914 | 640122558 | 640122506 | 640272405 |
| 640097562 | 640152164 | 640187177 | 640162602 | 640156395 | 640110149 | 640092284 | 640128331 | 640117916 | 640122560 | 640127524 | 640272406 |
| 640097563 | 640152181 | 640187295 | 640162612 | 640098162 | 640112030 | 640092289 | 640128333 | 640117918 | 640122561 | 640128167 | 640272408 |
| 640097566 | 640152191 | 640187324 | 640162671 | 640097620 | 640109709 | 640092292 | 640128334 | 640117919 | 640122682 | 640128223 | 640272409 |
| 640097570 | 640155702 | 640187364 | 640162673 | 640156467 | 640109693 | 640092295 | 640128336 | 640117923 | 640122683 | 640150553 | 640272410 |
| 640097571 | 640155706 | 640187385 | 640162807 | 640163442 | 640109516 | 640092296 | 640128337 | 640117924 | 640122684 | 640092258 | 640272411 |
| 640097572 | 640155994 | 640187448 | 640162856 | 640108138 | 640109507 | 640092297 | 640128343 | 640117925 | 640122687 | 640092342 | 640272412 |
| 640097573 | 640156027 | 640187780 | 640162898 | 640125617 | 640109403 | 640092299 | 640128344 | 640117926 | 640122688 | 640117999 | 640272413 |
| 640097579 | 640156061 | 640188043 | 640163136 | 640122413 | 640128052 | 640092301 | 640128345 | 640117929 | 640122689 | 640092278 | 640272414 |
| 640097581 | 640156242 | 640188198 | 640165426 | 640122414 | 640110202 | 640092302 | 640128348 | 640117937 | 640122693 | 640128243 | 640272416 |
| 640097582 | 640156292 | 640188312 | 640165511 | 640122465 | 640112894 | 640092304 | 640128349 | 640117939 | 640122694 | 640128375 | 640272417 |
| 640097585 | 640156347 | 640188432 | 640165565 | 640122513 | 640109249 | 640092307 | 640128355 | 640117945 | 640122695 | 640092334 | 640272418 |
| 640097586 | 640156445 | 640188914 | 640165635 | 640152336 | 640125131 | 640092309 | 640128356 | 640117947 | 640122696 | 640098312 | 640272419 |
| 640097587 | 640161519 | 640189036 | 640165701 | 640125225 | 640152252 | 640092311 | 640128357 | 640117951 | 640122697 | 640119794 | 640272420 |
| 640097588 | 640161526 | 640189505 | 640183562 | 640122301 | 640152230 | 640092312 | 640128359 | 640117959 | 640122700 | 640128374 | 640272421 |
| 640097589 | 640161577 | 640189619 | 640122291 | 640120116 | 640092313 | 640128360 | 640117960 | 640122701 | 640092270 | 640272422 | |
| 640097590 | 640161695 | 640190096 | 640183657 | 640125359 | 640119913 | 640092314 | 640128362 | 640117961 | 640122702 | 640132033 | 640272423 |
| 640097592 | 640161806 | 640190273 | 640183681 | 640125378 | 640111946 | 640092315 | 640128364 | 640117970 | 640122703 | 640183997 | 640272424 |
| 640097594 | 640161832 | 640190708 | 640183682 | 640122280 | 640112981 | 640092317 | 640128368 | 640117971 | 640122704 | 640117915 | 640272425 |
| 640097595 | 640161833 | 640190932 | 640183688 | 640125455 | 640152449 | 640092318 | 640128369 | 640117972 | 640122705 | 640117965 | 640272426 |
| 640097597 | 640161841 | 640191014 | 640183691 | 640108288 | 640112789 | 640092320 | 640128370 | 640117973 | 640122706 | 640117992 | 640272427 |
| 640097599 | 640161880 | 640191204 | 640183692 | 640122258 | 640112258 | 640092322 | 640128372 | 640117974 | 640127515 | 640092193 | 640272428 |
| 640097600 | 640161885 | 640191223 | 640183694 | 640152034 | 640112072 | 640092324 | 640128377 | 640117979 | 640127518 | 640128373 | 640272429 |
| 640097601 | 640161899 | 640191628 | 640183696 | 640125680 | 640112062 | 640092325 | 640128378 | 640117980 | 640127520 | 640119749 | 640272430 |
| 640097605 | 640161926 | 640191733 | 640183697 | 640125713 | 640112052 | 640092327 | 640128380 | 640117982 | 640127521 | 640092216 | 640272431 |
| 640097606 | 640161929 | 640191799 | 640183699 | 640125904 | 640112040 | 640092328 | 640128382 | 640117983 | 640127529 | 640128100 | 640272432 |
| 640097611 | 640161940 | 640191848 | 640183703 | 640128152 | 640119853 | 640092329 | 640128384 | 640117984 | 640127530 | 640128013 | 640272435 |
| 640097612 | 640161966 | 640191852 | 640183706 | 640128164 | 640112993 | 640092330 | 640128389 | 640117985 | 640127532 | 640128010 | 640272436 |
| 640097614 | 640162069 | 640192079 | 640183711 | 640122258 | 640184151 | 640092331 | 640128390 | 640117986 | 640127533 | 640127512 | 640272437 |
| 640097615 | 640162078 | 640192411 | 640183769 | 640152708 | 640120022 | 640092333 | 640128391 | 640117987 | 640127535 | 640122559 | 640272438 |
| 640097618 | 640162108 | 640192431 | 640183775 | 640120001 | 640092335 | 640128394 | 640117988 | 640128020 | 640120408 | 640272439 | |
| 640097619 | 640163141 | 640192472 | 640183823 | 640110594 | 640119989 | 640092336 | 640128396 | 640117989 | 640128023 | 640092239 | 640272440 |
| 640097621 | 640163229 | 640192499 | 640183842 | 640108299 | 640119961 | 640092343 | 640128397 | 640117990 | 640128025 | 640207135 | 640272441 |
| 640097623 | 640163483 | 640192584 | 640183879 | 640152004 | 640119848 | 640092351 | 640128399 | 640117994 | 640128027 | 640207136 | 640272442 |
| 640098115 | 640163493 | 640192588 | 640183891 | 640097609 | 640120128 | 640092352 | 640128400 | 640117995 | 640128028 | 640207137 | 640272443 |
| 640098138 | 640163506 | 640192687 | 640183901 | 640122270 | 640117931 | 640092353 | 640128401 | 640117996 | 640128029 | 640207138 | 640272444 |
| 640098205 | 640163742 | 640192809 | 640183919 | 640163374 | 640120319 | 640092354 | 640128411 | 640117997 | 640128030 | 640207139 | 640272445 |
| 640098272 | 640163782 | 640195523 | 640183920 | 640097505 | 640112897 | 640092357 | 640128413 | 640117998 | 640128032 | 640207140 | 640272446 |
| 640108160 | 640163932 | 640196187 | 640183922 | 640097494 | 640112881 | 640092359 | 640128416 | 640118000 | 640128038 | 640207141 | 640272447 |
| 640108196 | 640164000 | 640206516 | 640183946 | 640097484 | 640112848 | 640094113 | 640128417 | 640118017 | 640128043 | 640207142 | 640272449 |
| 640108199 | 640164084 | 640206539 | 640184011 | 640162110 | 640112842 | 640094115 | 640128418 | 640118018 | 640128046 | 640207143 | 640272450 |
| 640108289 | 640164136 | 640206546 | 640184073 | 640097481 | 640112802 | 640094116 | 640128422 | 640118525 | 640128048 | 640207144 | 640272451 |
| 640120490 | 640164149 | 640206717 | 640184089 | 640162239 | 640112746 | 640094119 | 640128425 | 640118531 | 640128050 | 640207145 | 640272452 |
| 640122204 | 640164173 | 640206746 | 640184110 | 640162276 | 640119812 | 640094120 | 640128439 | 640118533 | 640128055 | 640207146 | 640272453 |
| 640122245 | 640164234 | 640206781 | 640184234 | 640092273 | 640120456 | 640094122 | 640128441 | 640118540 | 640128056 | 640207147 | 640272454 |
| 640122297 | 640164341 | 640206793 | 640184302 | 640162306 | 640184135 | 640094127 | 640128445 | 640118540 | 640128058 | 640207148 | 640272455 |
| 640122305 | 640164354 | 640206910 | 640184556 | 640162307 | 640152531 | 640094129 | 640128446 | 640118542 | 640128059 | 640207149 | 640272457 |
| 640122368 | 640164371 | 640206918 | 640184567 | 640162520 | 640152448 | 640094133 | 640128492 | 640118545 | 640128065 | 640207150 | 640272458 |
| 640122382 | 640164628 | 640206927 | 640184631 | 640156474 | 640152412 | 640094135 | 640128497 | 640118547 | 640128072 | 640207151 | 640272459 |
| 640122395 | 640164632 | 640207012 | 640184632 | 640122412 | 640152353 | 640094138 | 640128500 | 640118548 | 640128074 | 640207152 | 640272460 |
| 640122415 | 640164672 | 640207066 | 640184633 | 640161951 | 640152342 | 640094139 | 640128501 | 640118549 | 640128075 | 640207153 | 640272461 |
| 640122420 | 640164768 | 640207072 | 640184634 | 640161679 | 640120052 | 640094141 | 640128502 | 640127536 | 640128076 | 640207154 | 640272462 |
| 640122427 | 640164843 | 640207099 | 640184838 | 640163449 | 640120483 | 640115219 | 640128503 | 640127537 | 640128077 | 640207155 | 640272463 |

| Account Number | Account Number | Account Number | Account Number | Account Number | Account Number | Account Number | Account Number | Account Number | Account Number | Account Number | Account Number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 640122441 | 640164852 | 640207114 | 640185191 | 640163472 | 640112690 | 640117859 | 640128504 | 640127539 | 640128078 | 640272234 | 640272464 |
| 640122443 | 640164873 | 640207120 | 640185245 | 640163477 | 640120444 | 640117864 | 640128506 | 640127541 | 640128082 | 640272235 | 640272465 |
| 640122450 | 640164897 | 640207508 | 640185275 | 640163496 | 640120443 | 640117871 | 640128507 | 640128001 | 640128083 | 640272236 | 640272466 |
| 640122452 | 640164898 | 640207666 | 640185544 | 640163580 | 640116433 | 640117873 | 640128511 | 640128002 | 640128084 | 640272237 | 640272467 |
| 640122453 | 640164965 | 640207684 | 640185572 | 640163583 | 640097591 | 640122562 | 640128514 | 640128006 | 640128086 | 640272238 | 640272468 |
| 640122459 | 640164990 | 640207716 | 640185577 | 640163641 | 640120371 | 640122563 | 640128517 | 640128008 | 640128088 | 640272239 | 640272469 |
| 640122470 | 640165016 | 640207721 | 640185686 | 640163656 | 640152145 | 640122564 | 640128518 | 640128012 | 640128089 | 640272240 | 640272470 |
| 640122472 | 640165045 | 640207747 | 640186068 | 640163803 | 640152256 | 640122566 | 640128520 | 640128017 | 640128091 | 640272241 | 640272471 |
| 640122495 | 640165054 | 640207805 | 640186135 | 640163955 | 640110814 | 640122567 | 640128522 | 640128018 | 640128092 | 640272242 | 640272472 |
| 640122496 | 640165125 | 640207817 | 640186151 | 640163970 | 640111859 | 640122569 | 640128523 | 640118550 | 640128093 | 640272243 | 640272473 |
| 640122503 | 640165157 | 640207992 | 640186178 | 640162527 | 640111857 | 640122570 | 640128524 | 640118551 | 640128095 | 640272244 | 640272474 |
| 640122518 | 640165169 | 640208002 | 640186288 | 640161789 | 640111663 | 640122571 | 640128525 | 640118552 | 640128102 | 640272245 | 640272475 |
| 640122519 | 640165211 | 640208034 | 640186304 | 640156487 | 640111216 | 640122573 | 640128526 | 640118553 | 640128103 | 640272247 | 640272476 |
| 640122520 | 640165243 | 640208068 | 640165798 | 640156492 | 640111206 | 640122575 | 640128527 | 640118554 | 640128106 | 640272248 | 640272477 |
| 640122526 | 640165381 | 640208095 | 640171530 | 640097608 | 640111028 | 640122576 | 640128530 | 640118555 | 640128107 | 640272250 | 640272478 |
| 640122529 | 640165708 | 640208117 | 640165927 | 640097607 | 640112732 | 640122577 | 640128531 | 640118557 | 640128110 | 640272251 | 640272479 |
| 640122548 | 640165713 | 640208187 | 640171500 | 640158024 | 640110893 | 640122578 | 640128532 | 640118558 | 640128112 | 640272252 | 640272481 |
| 640122649 | 640165765 | 640208205 | 640166528 | 640171926 | 640111926 | 640122579 | 640128535 | 640118559 | 640128114 | 640272255 | 640272482 |
| 640122657 | 640165885 | 640208224 | 640166261 | 640161506 | 640110793 | 640122583 | 640131627 | 640118560 | 640128118 | 640272256 | 640272484 |
| 640122686 | 640165902 | 640208233 | 640166219 | 640161518 | 640110685 | 640122584 | 640134001 | 640118566 | 640128122 | 640272257 | 640272485 |
| 640122765 | 640165926 | 640208318 | 640166195 | 640097604 | 640110666 | 640122586 | 640134009 | 640118568 | 640128123 | 640272258 | 640272486 |
| 640122766 | 640166127 | 640208322 | 640165975 | 640161664 | 640110659 | 640122587 | 640134012 | 640118570 | 640128124 | 640272259 | 640272487 |
| 640122767 | 640166141 | 640208328 | 640165707 | 640097598 | 640110633 | 640122588 | 640134013 | 640118572 | 640128127 | 640272260 | 640272488 |
| 640122768 | 640166181 | 640208346 | 640166148 | 640097584 | 640110616 | 640122589 | 640134014 | 640118573 | 640128138 | 640272261 | 640272489 |
| 640122769 | 640166235 | 640208352 | 640166097 | 640097506 | 640111004 | 640122591 | 640134015 | 640118574 | 640128139 | 640272262 | 640272490 |
| 640122770 | 640166254 | 640208355 | 640166024 | 640151655 | 640112056 | 640122592 | 640134016 | 640118575 | 640128140 | 640272263 | 640272491 |
| 640122771 | 640166259 | 640208362 | 640166078 | 640162097 | 640120385 | 640122593 | 640134017 | 640118576 | 640128149 | 640272264 | 640272492 |
| 640122772 | 640166306 | 640208378 | 640165055 | 640161794 | 640112254 | 640122594 | 640134018 | 640118578 | 640128156 | 640272265 | 640272493 |
| 640122773 | 640166316 | 640208471 | 640166094 | 640097567 | 640112164 | 640122595 | 640134019 | 640118579 | 640128159 | 640272266 | 640272494 |
| 640122774 | 640166341 | 640208539 | 640165928 | 640161797 | 640112157 | 640122597 | 640134020 | 640118580 | 640128161 | 640272267 | 640272495 |
| 640122775 | 640166347 | 640208540 | 640164664 | 640161801 | 640112138 | 640122598 | 640134021 | 640118581 | 640128168 | 640272268 | 640272496 |
| 640122776 | 640166419 | 640208546 | 640164061 | 640097558 | 640112092 | 640122600 | 640134022 | 640118582 | 640128173 | 640272269 | 640272497 |
| 640122777 | 640166524 | 640208577 | 640164079 | 640097552 | 640111917 | 640122601 | 640134023 | 640118583 | 640128175 | 640272270 | 640272498 |
| 640122781 | 640166529 | 640208580 | 640164118 | 640097513 | 640112082 | 640122602 | 640134024 | 640118584 | 640128177 | 640272271 | 640272499 |
| 640122782 | 640166567 | 640208582 | 640164125 | 640161820 | 640111918 | 640122605 | 640134025 | 640118585 | 640128179 | 640272272 | 640274501 |
| 640122784 | 640166679 | 640208631 | 640164128 | 640097510 | 640112045 | 640122606 | 640134026 | 640118586 | 640128190 | 640272273 | 640274502 |
| 640122785 | 640166968 | 640208638 | 640164137 | 640097508 | 640112001 | 640122607 | 640134028 | 640118587 | 640128194 | 640272274 | 640274503 |
| 640122787 | 640167362 | 640208655 | 640164152 | 640161949 | 640111998 | 640122608 | 640150512 | 640118590 | 640128195 | 640272276 | 640274504 |
| 640122788 | 640167380 | 640208688 | 640164185 | 640164034 | 640111992 | 640122609 | 640150513 | 640118591 | 640128196 | 640272278 | 640274505 |
| 640122789 | 640167393 | 640208777 | 640164197 | 640097575 | 640111983 | 640122614 | 640150516 | 640118593 | 640128201 | 640272279 | 640274506 |
| 640122791 | 640167412 | 640208839 | 640164210 | 640164267 | 640111982 | 640122615 | 640150520 | 640118594 | 640128204 | 640272280 | 640274507 |
| 640122793 | 640167479 | 640208862 | 640164257 | 640165377 | 640112729 | 640122616 | 640150523 | 640118595 | 640128205 | 640272281 | 640274508 |
| 640122795 | 640167482 | 640208881 | 640164398 | 640165151 | 640112086 | 640122617 | 640150525 | 640118596 | 640128210 | 640272282 | 640274510 |
| 640122796 | 640167505 | 640208972 | 640164535 | 640165011 | 640183807 | 640122618 | 640150531 | 640118597 | 640128211 | 640272283 | 640274512 |
| 640122798 | 640167918 | 640209005 | 640165126 | 640164975 | 640165648 | 640122619 | 640150532 | 640118599 | 640128213 | 640272285 | 640274513 |
| 640122799 | 640183059 | 640209021 | 640164929 | 640164940 | 640184381 | 640122620 | 640150539 | 640118600 | 640128214 | 640272286 | 640274514 |
| 640122800 | 640183097 | 640209065 | 640165376 | 640163415 | 640184166 | 640122621 | 640150545 | 640119713 | 640128217 | 640272288 | 640274515 |
| 640122802 | 640183176 | 640227520 | 640165354 | 640164711 | 640183890 | 640122622 | 640183684 | 640119715 | 640128225 | 640272289 | 640274516 |
| 640122803 | 640183205 | 640227521 | 640165130 | 640171527 | 640183889 | 640122623 | 640183709 | 640119717 | 640128226 | 640272290 | 640274517 |
| 640122804 | 640183211 | 640227522 | 640183027 | 640164243 | 640183854 | 640122624 | 640183710 | 640119718 | 640128236 | 640272291 | 640274518 |
| 640122805 | 640183266 | 640227523 | 640165119 | 640164421 | 640184421 | 640122625 | 640183714 | 640119719 | 640128238 | 640272293 | 640274519 |
| 640122806 | 640183316 | 640227524 | 640164612 | 640164120 | 640183819 | 640122626 | 640183715 | 640119720 | 640128240 | 640272294 | 640274521 |
| 640122807 | 640183367 | 640227525 | 640164947 | 640164046 | 640184442 | 640122628 | 640183717 | 640119722 | 640128246 | 640272295 | 640274522 |
| 640122808 | 640183408 | 640227526 | 640164650 | 640164030 | 640183796 | 640122629 | 640183912 | 640119723 | 640128251 | 640272296 | 640274523 |
| 640122811 | 640183420 | 640227527 | 640164905 | 640097603 | 640183740 | 640122630 | 640183916 | 640119724 | 640128253 | 640272297 | 640274524 |
| 640122814 | 640183531 | 640227528 | 640164903 | 640164766 | 640183675 | 640122631 | 640183924 | 640119729 | 640128254 | 640272299 | 640274526 |
| 640122816 | 640183555 | 640227529 | 640164763 | 640108404 | 640183656 | 640122632 | 640183925 | 640119730 | 640128255 | 640272300 | 640276502 |
| 640122817 | 640183557 | 640227530 | 640164731 | 640109192 | 640183647 | 640122633 | 640183932 | 640119731 | 640128256 | 640272301 | 640276503 |
| 640122818 | 640183560 | 640227531 | 640164718 | 640109102 | 640183595 | 640122634 | 640183933 | 640119733 | 640128260 | 640272303 | 640276504 |
| 640122819 | 640186328 | 640227532 | 640165380 | 640108958 | 640183841 | 640122637 | 640183935 | 640119735 | 640128262 | 640272304 | 640276506 |
| 640122820 | 640109565 | 640227533 | 640164961 | 640185001 | 640122638 | 640183936 | 640119736 | 640128267 | 640272305 | 640276507 |
| 640122821 | 640109613 | 640227534 | 640109526 | 640108838 | 640097576 | 640122640 | 640183939 | 640119743 | 640128269 | 640272306 | 640276508 |
| 640122822 | 640109635 | 640227535 | 640109324 | 640108799 | 640097574 | 640122641 | 640183940 | 640119744 | 640128270 | 640272307 | 640276509 |
| 640122823 | 640109681 | 640230261 | 640109654 | 640165955 | 640185271 | 640122642 | 640183941 | 640119745 | 640128272 | 640272308 | 640276510 |
| 640122824 | 640109990 | 640231036 | 640109650 | 640108476 | 640185213 | 640122643 | 640183942 | 640119748 | 640128273 | 640272309 | 640276511 |
| 640122825 | 640110151 | 640231626 | 640109637 | 640166312 | 640185184 | 640122644 | 640183947 | 640119751 | 640128277 | 640272310 | 640276512 |
| 640122826 | 640110158 | 640244516 | 640109628 | 640195619 | 640185170 | 640122645 | 640183971 | 640119753 | 640128279 | 640272311 | 640276513 |
| 640122827 | 640110163 | 640249668 | 640109786 | 640195607 | 640120343 | 640122647 | 640183974 | 640119754 | 640128280 | 640272312 | 640276514 |
| 640122829 | 640110170 | 640250594 | 640109574 | 640183520 | 640185093 | 640122648 | 640183978 | 640119755 | 640128282 | 640272313 | 640276515 |
| 640122831 | 640110201 | 640250825 | 640109845 | 640183079 | 640183911 | 640122651 | 640183981 | 640119756 | 640128283 | 640272315 | 640276516 |
| 640122832 | 640110319 | 640250838 | 640109501 | 640171574 | 640184980 | 640122652 | 640183983 | 640119758 | 640128284 | 640272316 | 640276517 |
| 640122833 | 640110387 | 640251067 | 640109496 | 640162123 | 640184947 | 640122653 | 640183984 | 640119760 | 640128285 | 640272318 | 640276518 |
| 640122834 | 640110429 | 640251623 | 640109380 | 640108699 | 640184928 | 640122655 | 640183985 | 640119762 | 640128296 | 640272319 | 640272302 |
| 640122835 | 640110440 | 640252058 | 640109355 | 640122216 | 640184866 | 640122656 | 640183986 | 640119763 | 640128302 | 640272320 | |
| 640122836 | 640110450 | 640252109 | 640109350 | 640125392 | 640184848 | 640122658 | 640183987 | 640119765 | 640128303 | 640272321 | |
| 640122837 | 640110533 | 640252122 | 640183160 | 640125388 | 640184836 | 640122659 | 640183990 | 640119766 | 640128304 | 640272322 | |
| 640122838 | 640110607 | 640252384 | 640109579 | 640125363 | 640185106 | 640122660 | 640183992 | 640119768 | 640128451 | 640272323 | |
| 640122840 | 640110634 | 640253096 | 640110399 | 640125360 | 640162720 | 640122661 | 640183993 | 640119769 | 640128454 | 640272324 | |
| 640122841 | 640110655 | 640253400 | 640110577 | 640125096 | 640155616 | 640122662 | 640183998 | 640119776 | 640128462 | 640272325 | |
| 640122842 | 640110670 | 640253450 | 640110560 | 640163474 | 640155611 | 640122663 | 640184006 | 640119777 | 640128469 | 640272326 | |
| 640122844 | 640110719 | 640253511 | 640110491 | 640122272 | 640155604 | 640122664 | 640184007 | 640119779 | 640128470 | 640272327 | |
| 640122845 | 640110721 | 640253883 | 640110448 | 640152570 | 640155530 | 640122665 | 640184008 | 640119782 | 640128473 | 640272328 | |
| 640122846 | 640110722 | 640270530 | 640110427 | 640120486 | 640153508 | 640122666 | 640184009 | 640119786 | 640128478 | 640272329 | |
| 640122847 | 640110729 | 640271855 | 640109735 | 640097502 | 640152893 | 640122667 | 640184128 | 640119790 | 640128479 | 640272330 | |
| 640122848 | 640110912 | 640108316 | 640110402 | 640108273 | 640155663 | 640122668 | 640184130 | 640119791 | 640128480 | 640272331 | |
| 640122849 | 640110926 | 640108463 | 640109311 | 640108216 | 640162747 | 640122669 | 640184132 | 640120390 | 640128484 | 640272332 | |
| 640122851 | 640111376 | 640108491 | 640110299 | 640108211 | 640152571 | 640122670 | 640184133 | 640120395 | 640128485 | 640272333 | |
| 640122852 | 640111849 | 640108655 | 640110232 | 640097617 | 640152717 | 640122673 | 640184134 | 640120399 | 640128487 | 640272334 | |
| 640122853 | 640111867 | 640108693 | 640110167 | 640122436 | 640165633 | 640122676 | 640184136 | 640120406 | 640128488 | 640272335 | |
| 640122854 | 640111877 | 640108710 | 640110129 | 640156499 | 640152568 | 640122677 | 640184216 | 640120410 | 640128491 | 640272336 | |
| 640122855 | 640111904 | 640108814 | 640110126 | 640162061 | 640184399 | 640122678 | 640184218 | 640120417 | 640150559 | 640272337 | |
| 640122857 | 640111907 | 640108849 | 640110013 | 640162028 | 640184206 | 640122679 | 640184219 | 640120422 | 640150560 | 640272339 | |
| 640122858 | 640111910 | 640108872 | 640110408 | 640161943 | 640184198 | 640122680 | 640184220 | 640120425 | 640150562 | 640272340 | |
| 640122859 | 640111914 | 640108902 | 640183185 | 640161939 | 640162749 | 640122681 | 640184222 | 640121504 | 640150563 | 640272341 | |
| 640122860 | 640111953 | 640108918 | 640109331 | 640161686 | 640165438 | 640122707 | 640184225 | 640122289 | 640150564 | 640272342 | |
| 640122862 | 640111970 | 640108931 | 640108304 | 640161683 | 640155699 | 640122708 | 640184226 | 640122290 | 640150565 | 640272343 | |
| 640122863 | 640112009 | 640108964 | 640183480 | 640110599 | 640165591 | 640122709 | 640184228 | 640122293 | 640150567 | 640272344 | |
| 640122864 | 640112011 | 640109035 | 640183461 | 640161516 | 640165549 | 640122711 | 640184229 | 640122296 | 640150568 | 640272345 | |
| 640122865 | 640112024 | 640109100 | 640183348 | 640151660 | 640165467 | 640122713 | 640184593 | 640122309 | 640152961 | 640272346 | |
| 640122866 | 640112049 | 640109220 | 640108334 | 640156441 | 640165389 | 640122715 | 640184602 | 640122317 | 640155001 | 640272347 | |