**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
: 
In re                                                : Chapter 11
                                                     :
**RESIDENTIAL CAPITAL, LLC, et al.,** [1]            : Case No. 12-12020 (MG)
                                                     :
                                                     :
                                                     : **(Jointly Administered)**
Debtors.                                             :
------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

I, Melissa Loomis, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors.

A. On July 26, 2012, at my direction and under my supervision, employees of KCC caused the following document to be served via First Class Mail on the Investors attached hereto as **Exhibit A**:

1. Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto [Docket No. 924 sans exhibits]

Dated: July 31, 2012

                                                              */s/ Melissa Loomis*
                                                              Melissa Loomis

State of California

County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 31st of July, 2012, by Melissa Loomis, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature:  __*/s/ Lydia Pastor Nino*__

My Commission Expires:  __*11/18/2015*__

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Residential Capital, LLC (0738); ditech, LLC (7228); DOA Holding Properties, LLC (4257); DOA Properties IX (Lots-Other), LLC (3274); EPRE LLC (7974); Equity Investment I, LLC (2797); ETS of Virginia, Inc. (1445); ETS of Washington, Inc. (0665); Executive Trustee Services, LLC (8943); GMAC Model Home Finance I, LLC (8469); GMAC Mortgage USA Corporation (6930); GMAC Mortgage, LLC (4840); GMAC Residential Holding Company, LLC (2190); GMAC RH Settlement Services, LLC (6156); GMACM Borrower LLC (4887); GMACM REO LLC (2043); GMACR Mortgage Products, LLC (6369); GMAC-RFC Holding Company, LLC (3763); HFN REO Sub II, LLC (N/A); Home Connects Lending Services, LLC (9412); Homecomings Financial Real Estate Holdings, LLC (6869); Homecomings Financial, LLC (9458); Ladue Associates, Inc. (3048); Passive Asset Transactions, LLC (4130); PATI A, LLC (2729); PATI B, LLC (2937); PATI Real Estate Holdings, LLC (5201); RAHI A, LLC (3321); RAHI B, LLC (3553); RAHI Real Estate Holdings, LLC (5287); RCSFJV204, LLC (2722); Residential Accredit Loans, Inc. (8240); Residential Asset Mortgage Products, Inc. (5181); Residential Asset Securities Corporation (2653); Residential Consumer Services of Alabama, LLC (5449); Residential Consumer Services of Ohio, LLC (4796); Residential Consumer Services of Texas, LLC (0515); Residential Consumer Services, LLC (2167); Residential Funding Company, LLC (1336); Residential Funding Mortgage Exchange, LLC (4247); Residential Funding Mortgage Securities I, Inc. (6294); Residential Funding Mortgage Securities II, Inc. (8858); Residential Funding Real Estate Holdings, LLC (6505); Residential Mortgage Real Estate Holdings, LLC (7180); RFC Asset Holdings II, LLC (4034); RFC Asset Management, LLC (4678); RFC Borrower LLC (5558); RFC Constructing Funding, LLC (5730); RFC REO LLC (2407); RFC SFJV-2002, LLC (4670); RFC-GSAP Servicer Advance, LLC (0289)

# **Exhibit A**

**Exhibit A**
**Investors**

| Name | Notice Name | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| 1st 2nd Mortgage Company of NJ, Inc. | | 50 Spring Street | | Cresskill | NJ | 07626 | |
| 50 By 50 LLC | | 1345 Avenue of the Americas | 46th Floor | New York | NY | 10105-0302 | |
| Advantage Bank | | 224 South Main Street | | Flemington | NJ | 08822 | |
| Aegon Usa Investment Mgmt, LLC | | 4333 Edgewood Rd NE MS 7020 | | Cedar Rapids | IA | 52499 | |
| Affinity Bank | Pacific Western Bank FKA Affinitiy Bank | 5900 La Place Court | | Carlsbad | CA | 92008 | |
| Alliance Bancorp | | 1000 Marina Blvd | S 100 | Brisbane | CA | 94005 | |
| Ally Bank | | 1100 Virginia Drive | | Fort Washington | PA | 19034 | |
| Ally Bank | | 1100 Virginia Drive | | Fort Washington | PA | 19034 | |
| Ally Bank fka GMAC Bank | | PO Box 951 | | Horsham | PA | 19044 | |
| Amalgamated Bank | | 15 Union Square | | New York | NY | 10003-3378 | |
| AMBAC | | One State Street Plaza | | New York | NY | 10004 | |
| Amegy Mortgage Company LLC | | 1 CORPORATE DR. | | Lake Zurich | IL | 60047 | |
| American Bank | | 4029 W Tilghman Street | | Allentown | PA | 18104 | |
| American Home | | 1525 S. Belt Line Road | | Coppell | TX | 75019 | |
| American Home Mortgage Servicing, Inc. | | 1525 S. Beltline Rd. | | Coppell | TX | 75019 | |
| Androscoggin Savings Bank | | 30 Lisbon Street | | Lewiston | ME | 04240 | |
| Artesia Mortgage Capital Corp. | | 1180 NW Maple Street | | Issaquah | WA | 98027-8106 | |
| Arvest Bank Fka Superior | | 5000 Rogers Avenue | | Fort Smith | AR | 72903 | |
| Arvest Bank fka Superior | | 5000 Rogers Avenue | | Fort Smith | AR | 04112-9540 | |
| Associated Bank | | 1305 Main Street | | Stevens Point | WI | 54481 | |
| Assured Guaranty | | 31 West 52nd Street | | New York | NY | 10019 | |
| Audubon Savings Bank | | 515 S. White Horse Pike | | Audubon | NJ | 08106 | |

**Exhibit A**
**Investors**

| Name | Notice Name | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Audubon Savings Bank | | 509 S White Horse Pike | | Audubon | NJ | 08106 | |
| Aurora Loan Services / Lehman | | 10350 Park Meadows Dr | | Littleton | CO | 80124 | |
| Aurora Loan Services LLC | | 10350 Park Meadows Drive | | LITTLETON | CO | 80124 | |
| BAC Home Loans / Bank of America | | 225 W. Hillcrest Drive | | Thousand Oaks | CA | 91360-7883 | |
| Banc Of America Mortgage Capital | | PO Box 35140 Attn: Master Servicing | | Louisville | KY | 40202 | |
| Banco Popular FKA Quaker City | Internet Customer Service | PO Box 690547 | | Orlando | FL | 32869-0547 | |
| Banco Popular North America | | 7021 Greenleaf Avenue | | Whittier | CA | 90602 | |
| Bancorpsouth | | 101 W Main St | Investor Accounting Dept | El Dorado | AR | 71730 | |
| Bank Atlantic | | 1750 East Sunrise Boulevard | | Fort Lauderdale | FL | 33304 | |
| Bank Atlantic | | 2100 West Cypress Creek Road | | Fort Lauderdale | FL | 33309 | |
| Bank Fund Staff Federal Credit Union | | 1750 H ST. NW | Suite 200 | Washington | DC | 20006 | |
| Bank Mutual | | 319 E Grand Ave | | Eau Claire | WI | 54701-3613 | |
| Bank of America | | 200 South College Street | 13th Floor | Charlotte | NC | 28255 | |
| Bank of America, N.A. | | 214 North Tryon Street | 21st Floor | Charlotte | NC | 28255 | |
| Bank Of Hawaii | | 949 Kamokila Blvd. Suite 242 | | Kapolei | HI | 96707 | |
| Bank of New Hampshire | | 140 Mill Street | 1st Floor | LEWISTON | ME | 04240 | |
| Bank Of New York | | 3415 Vision Drive | | Columbus | OH | 43219-6009 | |
| Bank of New York Mellon | | 525 William Penn Place | | Pittsburgh | PA | 15259-0001 | |
| Bank Of Rhode Island | | PO Box 9488 | | Providence | RI | 02940-9488 | |
| Bank One | | 1515 W. 14th St. | | Tempe | AZ | 85281 | |

# Exhibit A
# Investors

| Name | Notice Name | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Bank United, FSB | | 255 Alhambra Circle | 2nd Floor | Coral Gables | FL | 33134-7411 | |
| Bank United, FSB (FL) | | 7815 NW 148th St. | | Miami Lakes | FL | 33016 | |
| Banknorth, NA | | 140 Mill Street | 1st Floor | Lewiston | ME | 04240 | |
| Barclays Bank PLC | | 5 The North Colonnade | | Canary Wharf | London | E14 4BB | UK |
| Bay Atlantic Federal Credit Union | | 101 W. Elmer Rd. | | Vineland | NJ | 08360 | |
| Bay Financial Savings Bank, FSB | | 5537 Sheldon Road | Sutie D | Tampa | FL | 33615 | |
| Bay View | | 4425 Ponce De Leon Blvd. | Suite 500 | Miami | Florida | 33146 | |
| BayCoast Bank | | 4 South Main Street | | Fall River | MA | 02721-5327 | |
| Beal Bank | | 6000 Legacy Drive | #200 E | Plano | TX | 75024 | |
| Belco Community Credit Union | | 403 North 2Nd Street | PO Box 82 | Harrisburg | PA | 17108 | |
| Beneficial Mutual Savings Bank | | 530 Walnut St | | Philadelphia | PA | 19106 | |
| BMO Harris Bank | | 401 N. Executive Dr. | | Brookfield | WI | 53005 | |
| BNP Baribas Paros | | | 75450 PARIS | CEDEX | | 00009 | France |
| BNY Mellon | | 32 Old Slip 15th Floor | | New York | NY | 10286 | |
| BOA Merrill Lynch Global Securities | | 135 South Lasalle Street | | Chicago | IL | 60603 | |
| Branch Banking and Trust Company of Virginia | | 301 College St | | Greenville | SC | 29601 | |
| Broadway Federal Bank | | 4800 Wilshire Boulevard | | Los Angeles | CA | 90010 | |
| Caliber Funding, LLC | | 1320 Greenway Drive Suite 300 | | Irving | TX | 75038 | |
| California Housing Finance Agency | | 1121 L St 7th Floor | | Sacramento | CA | 95814 | |
| Cambridge Savings Bank | | 1374 Massachusetts Avenue | | Cambridge | MA | 02138 | |
| Cape Cod Bank & Trust | | 24 Workshop Road | | South Yarmouth | MA | 02664 | |

Exhibit A
Investors

| Name | Notice Name | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Capital Bank N.A. | | 1 Church Street | Suite 300 | Rockville | MD | 20850 | |
| Capital Crossing | | 101 Summer Street | | Boston | MA | 02110 | |
| Capital One Bank | | 3939 John Carpenter Freeway | | Irving | TX | 75063 | |
| Capitol Federal Savings | | 700 S Kansas Avenue | | Topeka | KS | 66601 | |
| Capitol One | | 5718 Westheimer Suite 600 | | Houston | TX | 77057 | |
| Capstead Mortgage Corporation | | 8401 N Central Expy #800 | | Dallas | TX | 75225-4402 | |
| C-Bass | C/o Litton Loan Servcing C/o Ocwen Financial | 2711 Centerville Road #400 | | Wilmington | DE | 19808 | |
| CCO Mortgage | | 10561 Telegraph Road | | Glen Allen | VA | 23059 | |
| Cedarcrest (Used to be FDIC) | | PO Box 830669 | | San Antonio | TX | 78283 | |
| Cenlar Federal Savings Bank | | 425 Phillips Blvd | | Ewing | NJ | 08628 | |
| CenterState Bank of Florida, N.A. | | 200 Avenue B | NW Suite 210 | Winter Haven | FL | 33881 | |
| Central Bank of Jefferson County, Inc. | | 9100 Shelbyville Road | | Louisville | KY | 40222 | |
| Century Bank of Florida | Iberia Bank FKA Century Bank | 1101 E Admiral Doyle Drive | | New Iberia | LA | 19154 | |
| Charter One Bank | | 2812 Emerywood Parkway | | Richmond | VA | 23294 | |
| Chase Home Finance, LLC | | 3415 Vision Drive | | Columbus | OH | 43219 | |
| Citibank NA | Confirmations Unit | 333 West 34th St. 2nd Fl | | New York | NY | 10001 | |
| Citigroup Global Markets | | 6701 Democracy Blvd Suite 100 | | Bethesda | MD | 20817 | |
| Citigroup Mortgage Loan Trust Inc. | | 1285 Avenue Of The Americas | | New York | NY | 10019 | |
| Citimortgage | | 4050 Regent Blvd | | Irving | TX | 75063 | |

**Exhibit A**
**Investors**

| Name | Notice Name | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| CitiMortgage, Inc. | | 1000 Technology Drive MS 313 | | O'Fallon | MO | 63368 | |
| Citimortgage, Inc. | | 14651 Dallas Parkway | Suite 210 | Irving | TX | 75254 | |
| Citizens Bank | | One Citizens Drive | | Riverside | RI | 02915 | |
| Citizens Bank / Charter One Bank | | 480 Jefferson Boulevard | Warwick | RI | RI | 02886- | |
| Citizens First Wholesale Mortgage Co. | | 560 Fieldcrest Drive | | The Villages | FL | 32162 | |
| City Of Northampton | | 210 Main Street | Planning Dept | Northampton | MA | 01060-3196 | |
| Clayton | | 1700 Lincoln St. | Suite 1600 | Denver | CO | 80203 | |
| Colonial Bank | | 1200 Brickell Avenue | | Miami Beach | FL | 33131 | |
| Colonial Savings, F.A. | | 2626 West Freeway | | Fort Worth | TX | 76102 | |
| Comerica Bank | | 411 W. Lafayette | Mail Code 3438 | Auburn Hills | MI | 48236 | |
| Commercial Federal Bank | SBO Dept | | | Omaha | NE | 68154 | |
| Community Financial Services FCU | | 524 West Edgar Rd | P.O. Box 4430 | Linden | NJ | 07036 | |
| CommunityOne Bank, N.A. | | 101 Sunset Ave | | Asheboro | NC | 27203 | |
| CommunityOne Bank, N.A. | | 101 Sunset Avenue | | Asheboro | NC | 27204 | |
| Connecticut Housing Finance Authority | | 999 West Street | | Rocky Hill | CT | 06067 | |
| Countrywide Home Loans, Inc. | | 31303 West Agoura | Mail Stop wlar 42 | West Lake Village | CA | 91361 | |
| CREDIT SUISSE | | e Cabot Square | | London | | E14 4QJ | Canada |
| Credit Suisse First Boston | | 11 Madison Avenue | | New York | NY | 10010-3643 | |
| CSFB | Eleven Madison Avenue | 4th Floor | | New York | NY | 10010 | |
| CSX Capital Management Inc | | 301 West Bay Street | Accounting Dept | Jacksonville | FL | 32202 | |

**Exhibit A**
**Investors**

| Name | Notice Name | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| CTCE Federal Credit Union | | 2101 Centre Ave | | Reading | PA | 19605-2872 | |
| Danske Bank | | 75 King William Street | | London | | EC4N 7DT | UK |
| Danske Bank | | 10350 Park Meadows Drive | | Littleton | CO | 80124 | |
| Deutsche Bank | | 31 West 52nd Street | | New York | NY | 10019 | |
| Deutsche Bank | | 1761 East St. Andrew Place | | Santa Ana | CA | 92705-4934 | |
| Deutsche Bank | | 1761 E. St. Andrew Place | | Santa Ana | CA | 92705-4934 | |
| Deutsche Bank National Trust Co | | 1761 East St. Andrew Place | | Santa Ana | CA | 92705 | |
| Deutsche Bank, AG | | 60 Wall St. | | New York | NY | 10005 | |
| DLJ Mortgage Capital, Inc. | c/o Credit Suisse Securities (USA) LLC | Eleven Madison Avenue | 4th Floor | New York | NY | 10010 | |
| Dollar Bank | Three Gateway Center | 11E | | Pittsburgh | PA | 15222 | |
| Dollar Bank | | 217 Second Street Nw | | Canton | OH | 44702 | |
| Dovenmuehl/Guidance Residential, Llc | | 1 Corporate Drive | Suite 360 | Lake Zurich | IL | 60047 | |
| Dovenmuehl/Matrix Financial Services Corporation | | 1 Corporate Drive | Suite 360 | Lake Zurich | IL | 60047 | |
| Dovenmuehl/TIB The Independent Bankers Bank | | 1 Corporta Drive | Suite 360 | Lake Zurich | IL | 60047 | |
| Dynex Capital, Inc | | 10900 Nuckols Road | | Glen Allen | VA | 23060 | |
| E*Trade Bank | | 671 N Glebe Rd. | 8TH FL | Arlington | VA | 22203 | |
| E*Trade Bank | | 671 North Glebe Road | 15th Floor | Arlington | VA | 22203-2110 | |
| E*Trade Savings Bank | | 671 N Glebe Rd. | 8TH FL | Arlington | VA | 22203 | |
| EAB Mortgage Company | | 15851 Clayton Rd | Attn: Debbie Boscher | Ballwin | MO | 63011 | |
| EMC Mortgage LLC | | 909 Hidden Ridge Dr Suite 200 | | Irving | TX | 75038 | |
| Encore Bank | | Nine Greenway Plaza | | Houston | TX | 77046 | |

**Exhibit A**
**Investors**

| Name | Notice Name | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Encore Bank | | Nine Greenway Plaza | | Houston | TX | 77046 | |
| Everbank | | 8100 Nations Way | | Jacksonville | FL | 32256 | |
| Extraco Mortgage Corporation | | PO Box 7595 | | Waco | TX | 76714-7595 | |
| Fannie Mae | | 13150 Worldgate Drive | | Herndon | VA | 20170 | |
| Federal Trust Bank | Federal Trust Bank | 312 W. First St. | | Sanford | Fl. | 32771 | |
| FGIC | | 125 Park Avenue | | New York | NY | 10017 | |
| Fidelity | | 100 E English | | Wichita | KS | 67201 | |
| Fidelity Bank | | 100 East English Street | | Wichita | KS | 67202 | |
| Fidelity National Title Insurance Company | | 601 Riverside Ave. Bldg 5 | 4th Floor | Jacksonville | FL | 33204 | |
| Fifth Third Bank | | 5050 Kingsley Drive 1MOC2P | | Cincinnati | OH | 45227 | |
| Fifth Third Bank | | 38 Fountain Square Plaza | | Cincinnati | OH | 45263 | |
| First Citizens Bank | | 1380 Lawrence Street Suite 1410 | | Denver | CO | 80204 | |
| First Internet Bank Of Indiana | | 9200 Keystone Crossing | Suite 800 | Indianapolis | IN | 46240 | |
| First Internet Bank of Indiana | | 7820 Innovation Blvd | Suite 210 | Indianapolis | IN | 46278 | |
| First National Bank of Pennsylvania | | 4140 E State Street | | Hermitage | PA | 16148 | |
| First Republic Bank | | 8310 W. Sahara Ave | | Las Vegas | NV | 89117 | |
| First State Bank | | 100 East Main Street | | Gurdon | AR | 71743 | |
| First Trust Savings Bank | | 1931 Cottman Avenue | | Philadelphia | PA | 19111 | |
| Firstrust Bank | | 1931 Cottman Avenue | | Philadelphia | PA | 19111 | |
| Fitch | | One State Street Plaza | | New York | NY | 10004 | |
| Fleet National Bank | | 111 Westmimister St | Mc Ri De 030108 | Providence | RI | 02907 | |
| Fortress Investment Group | | 1345 Avenue of the Americas | 46th Floor | New York | NY | 10105 | |
| Franklin Bank, SSB | | 9800 Richmond | Suite 680 | Houston | TX | 77042 | |
| Franklin Lamoille Bank | | 140 Mill Street | 1st Floor | Lewiston | ME | 04240 | |

**Exhibit A**
**Investors**

| Name | Notice Name | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Freddie Mac | | 8200 Jones Branch Drive Mail Stop 210 | | McLean | VA | 22102 | |
| Freddie Mac | | 8609 Westwood Center Dr | | Vienna | VA | 22183 | |
| Fremont Bank | | 25151 Clawiter Road Mail Stop 2502NA | | Hayward | CA | 94545 | |
| Frost National Bank | | PO Box 1600 Rb-2 | | San Antonio | TX | 78296-1600 | |
| Gateway Funding | | 300 Welsh Road | Building 5 | Horsham | PA | 19044 | |
| GE/Genworth/GEMICO | | 8325 Six Forks Rd | | Raleigh | NC | 27615 | |
| Ginnie Mae | U.S. Department Of Housing & Urban Development | | | Washington | DC | 20410-9000 | |
| GMAC Mortgage (GMACM) | | 1100 Virginia Drive | | Fort Washington | PA | 19034 | |
| GMAC Mortgage Company, LLC | | 1100 Virginia Drive | | Fort Washington | PA | 19034 | |
| GMACM - BMMZ Repo | | 8400 Normandale Lake Blvd | Suite 600 | Minneapolis | MN | 55437 | |
| GMACM Home Equity Notes | | 1100 Virginia Drive | | Ft Washington | PA | 19034 | |
| GMACM Home Equity Trust | | 1100 Virginia Drive | | Ft Washington | PA | 19034 | |
| Goldman - Wells Fargo | | 100 2nd Ave. South | Suite 200S | St. Petersburg | FL | 33701 | |
| Goldman Sachs & Company | | 200 West Street | | New York | NY | 10282 | |
| Goldman Sachs Mortgage | | 250 E John Carpenter Freeway | | Irving | TX | 75062 | |
| Goldman Sachs Mortgage Company | | 85 Broad Street | | New York | NY | 10080 | |
| Granite Bank | | 122 West Street | | Keene | NH | 03431 | |
| Green Planet Servicing, LLC | | 10 Research Parkway | | Wallingford | CT | 06492 | |
| Greentree | | 345 St. Peter Street | | St. Paul | MN | 55102 | |

**Exhibit A**
**Investors**

| Name | Notice Name | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Greenwich | | 600 Steamboat Road | | Greenwich | CT | 06830 | |
| Greenwich Financial Products | | 600 Steamboat Road | | Greenwich | CT | 06830 | |
| Greenwich Universal | | 705 Park Lane | | Santa Barbara | CA | 93108-1417 | |
| Guardian Mortgage Company Inc. | | 100 N. Central Expressway | Suite 190 | Richardson | TX | 75080 | |
| Healthcare Employees Federal Credit | | 760 Alexander Road | | Princeton | NJ | 08543 | |
| HFN | | 2711 N. Haskell Ave Suite 900 | | Dallas | TX | 55437 | |
| Highlands Residential Mortgage | | 2101 Summer Lee Suite 209 | | Rockwall | TX | 75032 | |
| HighTech Lending | | 2030 Main Street #350 | | Irvine | CA | 92614 | |
| Home Financing Center, Inc. | | 806 S. Douglas Road | Suite 580 | Coral Gables | FL | 33134 | |
| Home Savings Bank | | 100 East English Street | | Wichita | KS | 67202 | |
| HSBC | | 10 East 40th Street - 14th Floor | | New York | NY | 10016 | |
| HSBC Bank USA | | 452 Fifth Avenue | | New York | NY | 10018 | |
| HSBC Mortgage Corporation (USA) | | 2929 Walden Avenue | | Depew | NY | 14043 | |
| Hudson City Savings Bank | | W 80 Century Road | | Paramus | NJ | 07652 | |
| Iberia Bank | | 1101 E Admiral Doyle Drive | | New Iberia | LA | 70563 | |
| Impac Funding Corporation | | 19500 Jamboree Road | | Irvine | CA | 92612 | |
| Independent Bank East Michigan | | 230 W Main Street | | Ionia | MI | 48846 | |
| ING | | 1 South Orange Street | | Wilmington | DE | 19801 | |
| ING Bank, FSB | | 1 South Orange Street | | Wilmington | DE | 19801 | |
| Irwin Home Equity Corp | | 12677 Alcosta Blvd Suite 500 | | San Ramon | CA | 94583 | |

Exhibit A
Investors

| Name | Notice Name | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| JP Morgan Chase | | 270 Park Avenue | | New York | NY | 10017-2070 | |
| JPMorgan Chase Bank, NA | | 3415 Vision Drive | | Columbus | OH | 43219 | |
| Key Bank Of New York | Financial Ops. | Mailstop NY-00-02-0405 | | Buffalo | NY | 14202 | |
| Lacera | Gateway Plaza Suite 720 | | | Pasadena | CA | 91101-4199 | |
| Lehman Brothers | | 745 Seventh Avenue 5th Floor | | New York | NY | 10019 | |
| Lehman Capital | Lehman Capital | a Division of Lehman Brothers Holdings Inc | 200 Vesey Street | New York | NY | 10285-0900 | |
| Lehman International | | 745 Seventh Avenue 13th Floor | | New York | NY | 10019 | |
| Liberty Savings Bank, FSB | | PO Box 1000 | | Wilmington | OH | 45177 | |
| Litton Loan Servicing, L.P. | | 4828 Loop Central Drive | | Houston | TX | 77081-2226 | |
| Local 38 & Associates Credit Union | | Rr4 Box 7665 | | Milton | PA | 17847 | |
| Luminent Mortgage | | 2005 Market Street | 21st Floor | Philadelphia | PA | 19103 | |
| M & T Mortgage Corporation | | 1 Fountain Plaza | | Buffalo | NY | 14203 | |
| M&TCC | | 1 M&T Plaza | 7th Floor | Buffalo | NY | 14203 | |
| Macquarie Mortgages USA, Inc. | | 20 Toronto Street | 11th Floor | Toronto | ON | M5C 2B8 | Canada |
| Marine Bank | | 1930 W. Bluemound Road | Suite D | Waukesha | WI | 53186 | |
| Mass. Mutual Life Ins. Co. | | 1500 Main Street | Suite 2100 | Springfield | MA | 01115 | |
| Matrix Capital Bank | | 277 E Amador | | Las Cruces | NM | 88001 | |
| MB Financial Bank, N.A. | | 6111 River Road | | Rosemont | IL | 60018 | |
| MBIA | | 113 King Street | | Armonk | NY | 10504 | |
| Merck, Sharp & Dohme Federal Credit Union | | 335 W. Butler Ave. | P.O. Box 127 | Chalfont | PA | 18914 | |
| Merrill Lynch | | 101 Hudson Street | | Jersey City | NJ | 07302 | |

Exhibit A
Investors

| Name | Notice Name | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Merrill Lynch Capital Services | Attn: Swap Group | Four World Financial Center 18th Floor | | New York | NY | 10080 | |
| Metabank | Fifth At Erie | | | Storm Lake | IA | 50588 | |
| MetLife | | 501 Route 22 West | | Bridgewater | NJ | 08807 | |
| Midfirst | | 1100 Virginia Drive | | Ft Washington | PA | 19034 | |
| Midland | | 10851 Mastin Suite 300 | | Overland Park | KS | 66210 | |
| MidWest One Bank | | 3225 Division Street | | Burlington | IA | 52601-0459 | |
| Minneapolis Comm Devel. Agency 2 | | 105 5Th Avenue South | | Minneapolis | MN | 55401 | |
| Moodys | | 7 World Trade Center at 250 Greenwich Street | 24th Floor | New York | NY | 10007 | |
| Mortgage Investors Corporation | | 6090 Central Avenue | | St. Petersburg | FL | 33707 | |
| MortgageIT | | 33 Maiden Lane 6th Floor | | New York | NY | 10038 | |
| National Bank Of Commerce | | One Commerce Square | | Memphis | TN | 35150 | |
| National City Mortgage Co | | 3232 Newmark Drive | | Miamisburg | OH | 45342 | |
| Neighborhood Housing Services | | 1970 Broadway | | Oakland | CA | 94612 | |
| New Cumberland FCU | | 345 Lewisberry Road | | New Cumberland | PA | 17070-2306 | |
| New Penn Financial - FB | | 4000 Chemical Road Suite 200 | | Plymouth Meeting | PA | 19462 | |
| New York Life | | 51 Madison Avenue | | New York | NY | 10010 | |
| New York Life Insurance Company | | 51 Madison Avenue | | New York | NY | 10010 | |
| NFM Lending Inc | | 505 Progress Drive Suite 100 | | Linthicum | MD | 21090 | |
| Nomura Credit & Capital, Inc. - FB | Two World Financial Center Building B | | | New York | NY | 10004 | |
| North Dakota Housing Finance Agency | | PO Box 1535 | | Bismarck | ND | 58502 | |

Exhibit A
Investors

| Name | Notice Name | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| North Jersey Federal Credit Union | | 711 Union Blvd | | Totawa | NJ | 07511 | |
| Northeast Bank | | 27 Westminister Street | | Lewiston | ME | 04240-3531 | |
| Norwest Mortgage Inc | | 1 Home Campus | Mac X2402-01C | Des Moines | IA | 50328 | |
| OceanFirst Bank | | 975 Hooper Avenue | | Toms River | NJ | 08753 | |
| Ocwen Loan Servicing, LLC | | 1661 Worthington Road | Suite 100 | West Palm Beach | FL | 33409 | |
| Old Republic | | 307 North Michigan Avenue | | Chicago | IL | 60601 | |
| OneWest Bank, FSB | | 155 North Lake Avenue | | Pasadena | CA | 91101 | |
| Parkside Lending, LLC - FB | | 180 Redwood Street | | San Francisco | CA | 94102 | |
| Parkvale Financial | Parkvale Bank | 4220 William Penn Highway | | Monroeville | PA | 15146 | |
| Passumpsic Savings Bank | | 124 Railroad Street | | St Johnsbury | VT | 05819 | |
| Perl Mortgage, Inc. | | 2936 West Belmont Ave | | Chicago | IL | 60618 | |
| PHH Mortgage Corporation | | 4001 Leadenhall Road | | Mt. Laurel | NJ | 08054 | |
| Philadelphia Federal Credit Union | | 12800 Townsend Road | | Philadelphia | PA | 19154 | |
| Philadelphia Neighborhood Housing | | 121 N Broad Street | | Philadelphia | PA | 19107 | |
| PIA | | 9275 Sky Park Ct | | San Diego | CA | 93275 | |
| Pinnacle Capital Mortgage Corp-FB | | 193 Blue Ravine Road | Suite 240 | Folsom | CA | 95630-4756 | |
| PMI | | 3003 Oak Road | | Walnut Creek | CA | 94597 | |
| PNC - Wells Fargo | | One PNC Plaza | P1-POPP-10-A | Pittsburgh | PA | 15222-2707 | |
| Pnc Bank, N.A. | | 3232 Newmark Drive Mail Stop B6-YM14-01-7 | | Miamisburg | OH | 45342 | |
| PNC Mortgage, a Division of PNC Bank, N.A. | | 3232 Newmark Drive | | Miamisburg | OH | 45342 | |

**Exhibit A**
**Investors**

| Name | Notice Name | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Pomona First Federal Bank & Trust | | 9467 Milliken Avenue | | Rancho Cucamonga | CA | 91729 | |
| Primary Residential Mortgage Inc | | 4750 Wiley Post 200 | | Salt Lake City | UT | 84116 | |
| Principal Bank | | 711 High Street | | Des Moines | IA | 50392 | |
| Prospect Mortgage Inc | | 222 Chastain Meadows Court | Suite 300 | Kennesaw | GA | 30144 | |
| Provident Funding Associates, L.P. | | 3750 n. Robertson Blvd | Suite 102 | Culver City | CA | 90232 | |
| Prudential Resourses Management | | 200 Summit Lake Drive | | Valhalla | NY | 10595 | |
| RADIAN | | 1601 Market Street | | Philadelphia | PA | 19103 | |
| Radian Asset Assurance, Inc. | | 1601 Market Street | | Philadelphia | PA | 19103 | |
| RBS Citizens, N.A. | C/O Charter One Mortgage Company | 10561 Telegraph Road | | Glen Allen | VA | 23059 | |
| Reliance Federal Credit Union | | 20102 Valley Forge Circle | | King Of Prussia | PA | 19406 | |
| REO/SBO | | 2255 N Ontario Street | | Burbank | CA | 91504-3120 | |
| REOCO, Inc | | 909 Hidden Ridge Dr Suite 200 | | Irving | TX | 75038 | |
| Republic Bank | | 1400 66th Street | North Suite 203 | St. Petersburg | FL | 33710 | |
| Residential Accredit Loans, Inc | Attn: President | 8400 Normandale Lake Boulevard | Suite 350 | Minneapolis | MN | 55437 | |
| Residential Asset Acquisition Corporation | Attn: President | 8400 Normandale Lake Boulevard | Suite 350 | Minneapolis | MN | 55437 | |
| Residential Asset Mortgage Products | | 8400 Normandale Lake Blvd | Suite 600 | Minneapolis | MN | 55437 | |
| Residential Asset Mortgage Products, Inc | Attn: President | 8400 Normandale Lake Boulevard | Suite 350 | Minneapolis | MN | 55437 | |
| Residential Asset Securities Corporation | Attn: President | 8400 Normandale Lake Boulevard | Suite 350 | Minneapolis | MN | 55437 | |

**Exhibit A**
**Investors**

| Name | Notice Name | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Residential Funding Corp (Residential Funding Company, LLC, GMAC-RFC, LLC) | | 2255 N Ontario Street | | Burbank | CA | 91504-3120 | |
| Residential Funding Mortgage Securities I, Inc. | Attn: President | 8400 Normandale Lake Boulevard | Suite 350 | Minneapolis | MN | 55437 | |
| Residential Funding Mortgage Securities II, Inc | Attn: President | 8400 Normandale Lake Boulevard | Suite 350 | Minneapolis | MN | 55437 | |
| RFC - BMMZ REPO | | 8400 Normandale Lake Blvd | Suite 600 | Minneapolis | MN | 55437 | |
| Ridgewood Savings Bank | | 67-10 Myrtle Ave - Accounting Dep | | Glendale | NY | 11385 | |
| RMG Risk Management Group | | 60 Sackett Street - Suite 5 | | Brooklyn | NY | 11231 | |
| Rochester Community Savings Bank - FB | C/O Charter One Mortgage Company | 10561 Telegraph Road | | Glen Allen | VA | 23059 | |
| Royal Bank of Scotland | c/o RBS Financial Markets | 280 Bishopsgate Level 3 | | London | | EC2M 4RB | UK |
| S&P | | 55 Waters Street | | New York | NY | 10041 | |
| San Diego Housing Commision | | 1625 Newton Ave | | San Diego | CA | 92113 | |
| SBO-RFC REO | | 2255 N Ontario Street | | Burbank | CA | 91504-3120 | |
| Self-Help Ventures Fund | | 301 W Main Street | | Durham | NC | 27701-3227 | |
| Shellpoint Mortgage LLC - FB | | 650 Madison Avenue 19th Floor | | New York | NY | 10022 | |
| Silvergate Bank | | 4275 Executive Square | Suite 800 | La Jolla | CA | 92037 | |
| Silvergate Bank | | 4275 Executive Square Suite 800 | | La Jolla | CA | 92037 | |
| Sovereign Bank | | 601 Penn Street | | Reading | PA | 19601-3544 | |

Exhibit A
Investors

| Name | Notice Name | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Specialized Loan Servicing | | 9275 Sky Park Ct | | San Diego | CA | 93275 | |
| Specialized Loan Sevicing (SLS) | | 8742 Lucent Blvd. | | Highlands Ranch | CO | 80129 | |
| SRL Portfolio, LLC | | PO Box 5961 | | Madison | WI | 53701 | |
| SRP 2011-2, LLC | | 4 Research Dr. Suite 402 | | Shelton | CT | 06484-6280 | |
| St. Mary's Bank | | 200 Bedford St. | | Manchester | NH | 03101 | |
| Stanford Federal Credit Union | | 1860 Embarcadero Road | | Palo Alto | CA | 94303 | |
| State Of Oregon Housing | | 1600 State Street | Dept Of Commerce | Salem | OR | 97310-0161 | |
| Stonebridge Bank | | 624 Willowbrook Lane | | West Chester | PA | 19382-5554 | |
| Strata Bank | | 81 Main Street | | Medway | MA | 02053 | |
| Suntrust | | 1001 Semmes Consumer Lending 5Th Fl | | Richmond | VA | 23224 | |
| SunTrust Mortgage, Inc. | | 1001 Semmes Ave (Mail Code RVW 3032) | | Richmond | VA | 23224 | |
| Susquehanna Bank | | 100 West Road | | Lititz | PA | 17543 | |
| Susquehanna Bank | | 307 International Circle | Suite 600 | Hunt Valley | MD | 21030-1376 | |
| Swiss Re | | 55 East 52nd St. | | New York | NY | 10055 | |
| TCF National Bank | | 801 Marquette Avenue | | Minneapolis | MN | 55402 | |
| TD Bank North | | PO Box 9540 Mail Stop Me089-36 | | Portland | ME | 04112-9540 | |
| Texas Veterans Land Board | | 14651 Dallas Parkway | Suite 210 | Dallas | TX | 75240 | |
| The Bank Of New York Mellon | | 6525 West Campus Oval | Suite 200 | New Albany | OH | 43054 | |
| The Bank of New York Mellon | | 101 Barclay Street, 4W | | New York | NY | 10286 | |
| The Bank Of New York Mellon | | 6525 West Campus Oval, Suite 200 | | New Albany | OH | 43054 | |

**Exhibit A**
**Investors**

| Name | Notice Name | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| The Canada Trust Company c/o Computershare | | 100 University Ave 8th Fl | | Toronto | ON | M5J 2Y1 | Canada |
| The First National Bank Of Layton | | 136 West 12300 South | | Draper | UT | 84020 | |
| Third Federal Savings & Loan Association of Cleveland | | 7007 Broadway Avenue | | Cleveland | OH | 44105 | |
| Treasury Bank, N.A. | | 400 Countrywide Way | | Simi Valley | CA | 93065-6414 | |
| Tri Counties Bank | | PO Box 2178 Attn: Loan Cntr/ Tomi | | Chico | CA | 95927 | |
| Tri County Area Federal Credit Union | | 1550 Medical Drive | | Pottstown | PA | 19464-3225 | |
| Truman Capital Advisors, LLC - FB | | 200 Business Park Drive Suite 103 | | Armonk | NY | 10504 | |
| U.S. Bank Home Mortgage | | 2121 Cliff Drive | Suite 205 | Eagan | MN | 55122 | |
| U.S. Bank National Association | | 918 17th Street | | Denver | CO | 80202 | |
| U.S. Bank, N.A. | | 4801 Frederica Street SL-KY-FDIR | | Owensboro | KY | 42303 | |
| UBS AG | | 1 Finsbury Avenue | | London | | EC2M 2PP | UK |
| UBS Real Estate Securities, LLC - FB | | 1285 Avenue of the Americas | | New York | NY | 10019 | |
| UBS, N.A. | | 1285 Avenue of the Americas | | New York | NY | 10019 | |
| Ulster Savings Bank | | P.O. BOX 337 | | Kingston | NY | 12402 | |
| Union Bank of California | | 530 B Street | | San Diego | CA | 92101 | |
| Union Bank of California, N.a. | | 8155 Mercury Court MC 904 | | San Diego | CA | 92111 | |
| United Western Bank FKA Matrix Financial | United Western Bank | 700 17th Street | Suite 500 | Denver | CO | 80202 | |

**Exhibit A**
**Investors**

| Name | Notice Name | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| US Bank, N.A. | | One Federal Street 3rd Floor | | Boston | MA | 02110 | |
| US Bank, N.A. | | 5825 West Sahara Avenue Suite L | | Las Vegas | NV | 89146-3167 | |
| US Mortgage | | 5825 West Sahara Avenue Suite L | | Las Vegas | NV | 89146-3167 | |
| USAA Federal Savings Bank - FB | | 10750 McDermott Freeway | | San Antonio | TX | 78288 | |
| USBank | | 60 Livingston Ave. | | St. Paul | MN | 55107 | |
| Wachovia Bank NA | | 1100 Corporate Center Drive Building C-4 | | Raleigh | NC | 27607 | |
| Warehouse-Nationwide | | 8400 Normandale Lake Blvd | Suite 600 | Minneapolis | MN | 55437 | |
| Warehouse-Residential Funding Corp | | 8400 Normandale Lake Blvd | Suite 600 | Minneapolis | MN | 55437 | |
| Washington Mutual Mortgage Securities Corp | | 75 NORTH FAIRWAY DRIVE | | Vernon Hills | IL | 60061 | |
| Webster Bank | | 609 West Johnson Avenue | | Cheshire | CT | 06410 | |
| Wells Fargo | Wells Fargo Bank NA | 9062 Old Annapolis Rd. | | Columbia | MD | 21045 | |
| Wells Fargo Bank | | WF 8113 | P.O. Box 1450 | Minneapolis | MN | 55485 | |
| Wells Fargo Bank, N.A. | MAC X2302-03N | One Home Campus | | Des Moine | IA | 50328 | |
| Wells Fargo Bank, N.A. | | 9062 Old Annapolis Road | | Columbia | MD | 21045 | |
| Wells Fargo Bank, N.A. | | 9062 Old Annapolis Road | | Columbia | MD | 21045 | |
| Wells Fargo Corporate Trust Services | | 9062 Old Annapolis Road | | Columbia | MD | 21045 | |
| Wescom Central Credit Union - FB | | 5601 East La Palma Avenue | | Anaheim | CA | 92807 | |
| Western Financial Bank | | 23 Pasteur Road | | Irvine | CA | 92618-3816 | |
| Wilmington Trust | | 1100 N. Market St. | | Wilmington | DE | 19801 | |

**Exhibit A**
**Investors**

| Name | Notice Name | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Wisconsin Department Of Veterans Affairs | | 30 West Mifflin St | | Madison | WI | 53703 | |