UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: ) | |
| ) | Case No. 12-12020 (MG) |
| **RESIDENTIAL CAPITAL, LLC,** *et al.*, ) | |
| ) | **Chapter 11** |
| ) | |
| ) | **Jointly Administered** |
| **Debtors.** ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned appears as counsel for Iron Mountain Information Management, Inc., a creditor of the Debtor and whose address is 745 Atlantic Avenue, Boston, Massachusetts 02111 ("Iron Mountain") and, pursuant to Bankruptcy Rules 9010 and 2002, requests that all notices given or required to be given in this case and all papers served in this case be given to and served upon the undersigned at his office and address set forth below.

PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only notices and papers referred to in the Rules specified above but also includes, without limitation, orders and notices of any applications, motions, petitions, pleadings, requests, complaints or demands: (1) which may directly, or indirectly, affect or seek to affect in any way any rights or interests of Iron Mountain with respect to (a) the Debtor; (b) property or proceeds thereof in which the Debtor may claim an interest; or claims or other property or proceeds thereof in the possession, custody or control of Iron Mountain; or (2) which require or seek to require any act, delivery of any property, payment or other conduct by Iron Mountain; or (3) which may otherwise affect the Debtor or property of the Debtor.

PLEASE TAKE FURTHER NOTICE that Iron Mountain intends that neither this Notice of Appearance, nor any former or later pleading, claim or suit shall waive (1) Iron Mountain's right to have final orders in non-core matters entered only after de novo review by a District Court Judge, (2) Iron Mountain's right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) Iron Mountain's right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, defenses, set-offs, or recoupments to which Iron Mountain is or may be entitled

under agreements, in law or in equity, all of which rights, claims, defenses, set-offs, and recoupments Iron Mountain expressly reserves.

                                      Respectfully submitted,

Dated: August 1, 2012          /s/ Joseph Corrigan_____
                                      Joseph Corrigan (Massachusetts BBO# 656426)
                                      Bankruptcy2@ironmountain.com
                                      Iron Mountain Information Management, Inc.
                                      745 Atlantic Avenue, 10th Floor
                                      Boston, MA  02111
                                      Tel. (617) 535-4744
                                      Fax. (617) 451-0409

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: ) | |
| ) | Case No. 12-12020 (MG) |
| **RESIDENTIAL CAPITAL, LLC,** *et al.*, ) | |
| ) | **Chapter 11** |
| ) | |
| ) | **Jointly Administered** |
| **Debtors.** ) | |

I, Joseph Corrigan, hereby certify that on August 1, 2012, I served a copy of the Notice of Appearance and Request for Service of Papers, in the manner specified below to the parties on the attached service list.

Dated:  August 1, 2012           /s/ Joseph Corrigan
                          Joseph Corrigan (Massachusetts BBO#656426)
                          Bankruptcy2@ironmountain.com
                          Iron Mountain Information Management, Inc.
                          745 Atlantic Avenue, 10th Floor
                          Boston, MA  02111
                          Tel. (617) 535-4744
                          Fax. (617) 451-0409

**BY EMAIL**

- Kevin S. Allred    kevin.allred@mto.com
- Paul Nii-Amar Amamoo    namamoo@kasowitz.com, courtnotices@kasowitz.com
- Bijan Amini    bamini@samlegal.com, jhoyte@samlegal.com
- Walter J. Ashbrook    walter.ashbrook@quarles.com, sybil.aytch@quarles.com
- Herbert Baer    rjacobs@ecf.epiqsystems.com
- Elizabeth Banda Calvo    rgleason@pbfcm.com, ebcalvo@pbfcm.com
- Andrew Behlmann    abehlmann@lowenstein.com
- Leslie Ann Berkoff    lberkoff@moritthock.com
- Jeffrey S. Berkowitz    jberkowitz@gibbonslaw.com, cgugg@gibbonslaw.com
- James B. Blackburn    jbbjratty@aol.com, wisemanblackburn@aol.com
- David J. Brown    djbrown2008@gmail.com
- Mark K. Broyles    broylesmk@rgcattys.com, ramoffatt@rgcattys.com
- Martin G. Bunin    marty.bunin@alston.com
- Aaron R. Cahn    cahn@clm.com
- Michael Robert Carney    mcarney@mckoolsmith.com
- James S. Carr    KDWBankruptcyDepartment@kelleydrye.com
- Gerard Sylvester Catalanello    gcatalanello@duanemorris.com, gcatalanello@duanemorris.com
- Ronald L. Cohen    cohenr@sewkis.com
- Thomas A. Conrad    taconrad@sbwlawfirm.com, lwood@sbwlawfirm.com
- Joseph N. Cordaro    joseph.cordaro@usdoj.gov
- Joseph Corneau    jcorneau@klestadt.com
- Christopher C. Costello    cccostello@winston.com, docketny@winston.com
- Jonathan D. Crowley    jcrowley-esq@hotmail.com
- Benjamin P. Deutsch    bdeutsch@schnader.com
- John P. Dillman    houston_bankruptcy@publicans.com
- Matthew J. Dyer    ecfmail@aclawllp.com
- David W. Dykhouse    dwdykhouse@pbwt.com, mcobankruptcy@pbwt.com
- Devon Eggert    deggert@freebornpeters.com, bkdocketing@freebornpeters.com
- Mark C. Ellenberg    mark.ellenberg@cwt.com, allison.dipasqua@cwt.com;betty.comerro@cwt.com;wendy.kane@cwt.com
- Michael S. Etkin    metkin@lowenstein.com, mseymour@lowenstein.com;tdwatson@lowenstein.com
- Thomas R. Fawkes    tfawkes@freebornpeters.com, bkdocketing@freebornpeters.com
- Steven S. Fitzgerald    sfitzgerald@wmd-law.com
- Daniel J. Flanigan    dflanigan@polsinelli.com, tbackus@polsinelli.com;docket@polsinelli.com
- Patrick D. Fleming    Pfleming@morganlewis.com
- Ehud Gersten    egersten@gerstenlaw.com
- Andrew K. Glenn    aglenn@kasowitz.com, courtnotices@kasowitz.com
- Joel R. Glucksman    jglucksman@scarincihollenbeck.com, bcaughey@scarincihollenbeck.com

- Seth Goldman    seth.goldman@mto.com
- Irena M. Goldstein    igoldstein@proskauer.com
- Christopher E Green    chris@myfaircredit.com, Margaret@myfaircredit.com
- Joel C Haims    JHaims@mofo.com, docketny@mofo.com
- Alan D. Halperin    ahalperin@halperinlaw.net, lgu@halperinlaw.net;cmitchell@halperinlaw.net;cbattaglia@halperinlaw.net
- William A. Hazeltine    whazeltine@sha-llc.com
- Stephen Hessler    shessler@kirkland.com, beth.friedman@kirkland.com;jacob.goldfinger@kirkland.com;richard.cieri@kirkland.com;victoria.cole@kirkland.com;michael.meltzer@kirkland.com;anthony.grossi@kirkland.com;shavone.green@kirkland.com
- William H. Hoch    will.hoch@crowedunlevy.com, donna.hinkle@crowedunlevy.com;ecf@crowedunlevy.com;christopher.staine@crowedunlevy.com;lysbeth.george@crowedunlevy.com;kerryann.wagoner@crowedunlevy.com
- Michael E. Holt    mholt@formanlaw.com
- Claire L. Huene    chuene@mw-law.com, jmoon@mw-law.com
- Brandon Johnson    brandon.johnson@pillsburylaw.com
- Richardo I. Kilpatrick    ecf@kaalaw.com, lrobertson@kaalaw.com
- Tracy L. Klestadt    tklestadt@klestadt.com, tklestadt@gmail.com
- James N. Lawlor    jlawlor@wmd-law.com, jgiampolo@wmd-law.com
- David M. LeMay    dlemay@chadbourne.com
- Gary S. Lee    glee@mofo.com, jpintarelli@mofo.com
- Ira M. Levee    ilevee@lowenstein.com, mseymour@lowenstein.com
- James M Lloyd    jlloyd@greenhall.com
- Alan E. Marder    lgomez@msek.com
- Lorenzo Marinuzzi    lmarinuzzi@mofo.com
- D. Ross Martin    ross.martin@ropesgray.com, Patricia.Chen@ropesgray.com
- Debra Weinstein Minoff    dminoff@loeb.com
- Joseph Thomas Moldovan    bankruptcy@morrisoncohen.com
- Thomas J. Moloney    maofiling@cgsh.com, tmoloney@cgsh.com;dlivshiz@cgsh.com
- Carol E. Momjian    cmomjian@attorneygeneral.gov
- Thomas M. Monahan    tmonahan@samlegal.com
- Matthew P. Morris    mpmorris@gelaw.com, delman@gelaw.com
- Andrew W. Muller    amuller@stinson.com, ecugno@stinson.com
- Vicente Matias Murrell    murrell.vicente@pbgc.gov, efile@pbgc.gov
- Jason A. Nagi    jnagi@polsinelli.com, tbackus@polsinelli.com;kvervoort@polsinelli.com;docketing@polsinelli.com
- Larren M. Nashelsky    lnashelsky@mofo.com
- David Neier    dneier@winston.com, dcunsolo@winston.com
- Laura E. Neish    lneish@zuckerman.com
- Wendy Alison Nora    accesslegalservices.bkyny@gmail.com
- Richard P. Norton    rnorton@hunton.com
- Katherine S. Parker-Lowe    katherine@ocracokelaw.com
- Geoffrey J. Peters    colnyecf@weltman.com

- Gregory M. Petrick     gregory.petrick@cwt.com, allison.dipasqua@cwt.com
- David M. Powlen     david.powlen@btlaw.com
- Anthony Princi     aprinci@mofo.com, nmoss@mofo.com
- Steven J. Reisman     sreisman@curtis.com, cgiglio@curtis.com;jdrew@curtis.com;mgallagher@curtis.com;dching@curtis.com;hsaydah@curtis.com;jzimmer@curtis.com;macohen@curtis.com;tsmith@curtis.com;hhiznay@curtis.com
- Kai H. Richter     krichter@nka.com, assistant@nka.com
- Michael A. Rollin     mrollin@rplaw.com, scoggins@rplaw.com;aromanelli@rplaw.com
- Martha E. Romero     romero@mromerolawfirm.com
- Scott K. Rutsky     srutsky@proskauer.com
- Diane W. Sanders     austin.bankruptcy@lgbs.com
- Thomas P. Sarb     ecfsarbt@millerjohnson.com
- Bradley Schneider     bradley.schneider@mto.com
- Ray C Schrock     ray.schrock@kirkland.com, beth.friedman@kirkland.com
- Robert L. Schug     rschug@nka.com
- Brendan M. Scott     bscott@klestadt.com
- Howard Seife     arosenblatt@chadbourne.com
- Joel M. Shafferman     joel@shafeldlaw.com
- Armen Shaghzo     as@shaghzolaw.com
- Andrea Sheehan     sheehan@txschoollaw.com, coston@txschoollaw.com;ashee1@yahoo.com;garza@txschoollaw.com
- Scott C. Shelley     scottshelley@quinnemanuel.com
- J. Christopher Shore     cshore@whitecase.com, jdisanti@whitecase.com;mcosbny@whitecase.com;jwinters@whitecase.com;Lindsay.Leonard@ny.whitecase.com
- Jeremy Edward Shulman     jshulman@afrct.com, mbetti@afrct.com;mpero@afrct.com;bcruz@afrct.com
- Steven S. Sparling     ssparling@kramerlevin.com, docketing@kramerlevin.com
- John Mark Stern     john.stern@texasattorneygeneral.gov, sherri.simpson@texasattorneygeneral.gov
- Jay Teitelbaum     jteitelbaum@tblawllp.com, dcampagne@tblawllp.com
- David L. Tillem     tillemd@wemed.com
- Patricia Tomasco     ptomasco@jw.com, kgradney@jw.com;ccthomas@jw.com
- Michael D. Warner     mwarner@coleschotz.com, klabrada@coleschotz.com
- Elizabeth Weller     dallas.bankruptcy@publicans.com
- Douglas C. Wigley     dwigley@dessauleslaw.com, hpeters@dessauleslaw.com
- Amy Williams-Derry     awilliams-derry@kellerrohrback.com, kmak@kellerrohrback.com;dwilcher@kellerrohrback.com
- Lori L. Winkelman     lori.winkelman@quarles.com, jason.curry@quarles.com;sybil.aytch@quarles.com
- Eric D. Winston     ericwinston@quinnemanuel.com
- Robert D. Wolford     ecfwolfordr@millerjohnson.com
- Richard L. Wynne     rlwynne@jonesday.com

- George A Zelcs    gzelcs@koreintillery.com, dhutton@koreintillery.com

**BY FIRST CLASS MAIL**

Edward Haywood Payne
214 North 52nd Street
Philadelphia, PA 19139

Allstate Life Insurance Company
c/o Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022

~~Ally Bank~~

Corinne Ball
Jones Day
222 East 41st Street
New York, NY 10017

~~Barclays Bank PLC~~

~~Marceen Bloom~~

Willie L. Boykin
250 Sterling Ridge Dr
Atoka, TN 38004

~~Donald & Bonnie Brelsford~~

Judson Brown
Kirkland & Ellis LLP
665 15th Street, N.W. Ste. 1200
Washington, DC 20005

~~Mark and Lori Burris~~

~~C. Price D. Harris~~

~~Clerks Office of the U.S. Bankruptcy Court SDNY~~

Nelson C. Cohen
Zuckerman, Spaeder, Goldstein Taylor & Kolker, LLP
1201 Connecticut Avenue, NW
Washington, DC 20036


Kristin L. Crone
UFAN Legal Group PC
1490 Stone Point Drive, Suite 100
Roseville, CA 95661

Debt Acquisition Co of America V, LLC
1565 Hotel Circle S, #310
San Diego, CA 92108

Talcott Franklin
Talcott Franklin, P.C.
208 North Market Street, Suite 200
Dallas, TX 75202

~~Vito Genna~~

Rhodrick Harden
1568 Loretta Ave
Coumbus, OH 43211

~~Randy & Kelly Heiden~~

Patrick J. Hopper
220 McCartney Dr.
Moon Twp, PA 15108

John G. Hutchinson
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019

IBM Corporation
Attn: Shawn Konig
1360 Rene-Levesque W., Suite 400
Montreal, QC, H3G 2W6

Page **6** of **11**

Imperial County Tax Collector
940 West Main Street, Suite 106
El Centro, CA 92243

Corla Jackson
13230 Tom Gaston Rd
Mobile, AL 36695

Oskar A. Johanson
105 Rivergate Pl
Lodi, CA 95240-0557

Ken Burton, Jr. Manatee County Tax Collector
Attn: Susan D. Profant
4333 US 301 North
Ellenton, FL 34222

Taggart Kenneth
45 Heron Rd
Holland, PA 18966

Kurtzman Carson Consultants
2335 Alaska Ave
El Segundo, CA 90245

Sidney T. Lewis
1875 Alvason Avenue
Columbus, OH 43219

Yvonne D. Lewis
1875 Alvason Avenue
Columbus, OH 43219

~~Lone Star U.S. Acquisitions, LLC~~

James J. Lotz
Foley & Mansfield, P.L.L.P.
545 Madison Avenue, 15th Floor
New York, NY 10022

James R. Martin
14587 Berklee Drive
Addison, TX 75001-3533

Page **7** of **11**

Madeline Martin
14587 Berklee Drive
Addison, TX 75001-3533

Russell D. Mays
250 West Depot Street
Greeneville, TN 37743

Robert N. Michaelson
The Michaelson Law Firm
11 Broadway, Suite 615
New York, NY 10004

Jean Milliance
7 Lucille Court
Edison, NJ 08820

~~Moelis & Company LLC~~

~~Lerae Britain Moeller~~

Janice Marie Montgomery
2607 N. Shartel Avenue
Oklahoma City, OK 73103

Alan Moss
PO Box 721
Moss Beach, CA 94038

Sophia Mullen
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019

Diem T. Nguyen
16478 Beach Boulevard #331
Westminster, CA 92683

Gerald Niesen
2140 Sweeney Road
Lompoc, CA 93436

Joan F. Niesen
1335 Purisima Road
Lompoc, CA 93436

Office of UnemploymentCompensation Tax Services (UCTS)
Dept of Labor and Industry, Commonwealth of Pennsylvania
625 Cherry Street, Room 203
Reading, PA 19602-1152

Paul Papas
4727 E. Bell Road
#45 PMB 350
Phoenix, AZ 85032

~~William Pelfrey~~

Donald T. Prather
Mathis, Riggs & Prather, P.S.C.
500 Main Street, Sute 5
Shelbyville, KY 40065

Patricia S. Pringle
104 Freestone St
Greenville, SC 29605

~~Dennis Quon~~

Arlene M. Richardson
Richardson Legal Center, LLC
PO Box 6
Highland Home, AL 36041

~~Gary Riebschlager~~

Joseph Arthur Roberts
Law Office Of J. Arthur Roberts
3345 Newport Blvd., Suite 213
Newport Beach, CA 92663

Fedelina Roybal-Deaguero 2008 Trust
42265 Little Lake Road
Medocino, CA 94560

Jordan Segal
Morris, Hardwickm Schneider
6 Nashua Court, Suite D
Baltimore, MD 21221

Fredric Sosnick
Shearman & Sterling
599 Lexington Avenue
New York, NY 10022-6069

~~State Of New York~~

Barbara L. Stephens
514 204th Ave.
Ct-KPS
Lakebay, WA 98349

Scott Talmadge
Kaye Scholer, LLP
425 Park Avenue
New York, NY 10022

The Bank of New York Mellon Trust Company, N.A.
c/o Dechert LLP
Attn: Glen E. Siegel, Esq.
1095 Avenue of the Americas
New York, NY 10036

~~United States Bankruptcy Court, SDNY~~

United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004

~~Valerie Ann Greene~~

Joe R. Vargas
213 U. St.
Bakersfield, CA 93304

Larry D. Walls
3831 W. 60th St.
Los Angeles, CA 90043

~~Wilmington Trust, National Association~~