**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------------------
|                                         | )  |                          |
| In re:                                  | )  | Case No. 12-12020 (MG)   |
|                                         | )  |                          |
| RESIDENTIAL CAPITAL, LLC, et al.,       | )  | Chapter 11               |
|                                         | )  |                          |
|                       Debtors.          | )  | Jointly Administered     |
|                                         | )  |                          |
---------------------------------------------------------------------------------

# APPLICATION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

I, Diane A. Bettino, a member in good standing of the bars of the States of New Jersey and Pennsylvania and the bars of the United States District Courts for the District of New Jersey and the Eastern District of Pennsylvania request admission, *pro hac vice*, before the Honorable Martin Glenn to represent Residential Capital, LLC, *et al.*, in the above-referenced case.

My address is:    Reed Smith LLP
136 Main Street, Suite 250
Princeton Forrestal Village
Princeton, NJ  08540

The filing fee of $200.00 has been submitted with this Application for *pro hac vice* admission.

Dated: August 1, 2012                         Respectfully submitted,

                                              By:    Diane A. Bettino
                                                     Diane A. Bettino

ny-1052150

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | ) | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

---

# ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE*

Upon the motion of Diane A. Bettino, dated August 1, 2012, for admission to practice *pro hac vice* to represent Residential Capital, LLC, *et al.* in the above-captioned case, and upon the movant's certification that the movant is a member in good standing of the bars of the States of New Jersey and Pennsylvania and the bars of the United States District Courts for the District of New Jersey and the Eastern District of Pennsylvania,

IT IS HEREBY ORDERED that Diane A. Bettino is admitted to practice, *pro hac vice*, in the above-captioned case in the United States Bankruptcy Court for the Southern District of New York to represent Residential Capital, LLC, *et al.*, provided that the filing fee has been paid.

Dated: New York, New York
            _____, 2012

                                                                    _____
                                                                    The Honorable Martin Glenn
                                                                    United States Bankruptcy Judge
                                                                    Southern District of New York

2

ny-1052150