**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

### APPLICATION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

I, Maria T. Guerin, a member in good standing of the bars of the States of New York, Virginia and Pennsylvania and the bar of the United States District Court for the Eastern District of Pennsylvania request admission, *pro hac vice*, before the Honorable Martin Glenn to represent Residential Capital, LLC, *et al.*, in the above-referenced cases.

My address is:    Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA  19103

The filing fee of $200.00 has been submitted with this Application for *pro hac vice* admission.

Dated: August 1, 2012                        Respectfully submitted,

                            By:    /s/ Maria T. Guerin
                                Maria T. Guerin

ny-1052153

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | ) | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE***

Upon the motion of Maria T. Guerin, dated August 1, 2012, for admission to practice *pro hac vice* to represent Residential Capital, LLC, *et al.* in the above-captioned cases, and upon the movant's certification that the movant is a member in good standing of the bars of the States of New York, Virginia and Pennsylvania and the bar of the United States District Court for the Eastern District of Pennsylvania,

IT IS HEREBY ORDERED that Maria T. Guerin is admitted to practice, *pro hac vice*, in the above-captioned cases in the United States Bankruptcy Court for the Southern District of New York to represent Residential Capital, LLC, *et al.*, provided that the filing fee has been paid.

Dated: New York, New York
            _____, 2012

                                    _____
                                    The Honorable Martin Glenn
                                    United States Bankruptcy Judge
                                    Southern District of New York

2

ny-1052153