**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | ) | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

## ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE*

Upon the motion of Darryl P. Rains, dated July 30, 2012, for admission to practice *pro hac vice* to represent the above-captioned debtors and debtors in possession in the above-captioned case, and upon the movant's certification that the movant is a member in good standing of the bar of the State of California,

IT IS HEREBY ORDERED that Darryl P. Rains is admitted to practice, *pro hac vice*, in the above-captioned case in the United States Bankruptcy Court for the Southern District of New York to represent the above-captioned debtors and debtors in possession, provided that the filing fee has been paid.

Dated: New York, New York
       **August 1, 2012**

_/s/Martin Glenn_
THE HONORABLE MARTIN GLENN
UNITED STATES BANKRUPTCY JUDGE

ny-1052166