UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re:                                    )    Case No. 12-12020 (MG)

   RESIDENTIAL CAPITAL, LLC, et al.,)    Chapter 11

                             Debtors.    )    Jointly Administered

---

### AFFIDAVIT OF DISINTERESTEDNESS

STATE OF ARKANSAS )
                       ) ss:
COUNTY OF PULASKI)

Charles T. Coleman, being duly sworn upon his oath, deposes and says:

1.  I am a partner of Wright, Lindsey & Jennings LLP located at 200 W. Capitol, Suite 2300, Little Rock, Arkansas, 72113.

2.  The above-captioned debtors and debtors-in-possession (each a "Debtor" and collectively the "Debtors,") have requested that the Firm provide legal services to the Debtors, and the Firm has consented to provide such services.

3.  The Firm may have performed services in the past, may currently perform services, and may perform services in the future, in matters unrelated to the above-captioned cases (the "Chapter 11 Cases"), for persons that are parties-in-interest in the Debtors' Chapter 11 Cases. The Firm does not perform services for any such person in connection with these Chapter 11 Cases, or have any relationship with any such person, their attorneys, or accountants that would be

1133738-v2

adverse to the Debtors or their estates.

4. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be employed by the Debtors, claimants, and parties in interest in these Chapter 11 Cases,

5. Neither I nor any partner of, or professional employed by, the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principal and regular employees of the Firm.

6. Neither I nor any partner of, or professional employed by, the Firm, insofar as I have been able to ascertain, holds, or represents any interest adverse to the Debtors or their estates with respect to the matter(s) upon which this Firm is to be employed.

7. The Debtors owe the Firm $ 0.00 for prepetition services, the payment of which is subject to limitations contained in the United States Bankruptcy Code, 11 U.S.C. § 101, et seq.

8. As of the Petition Date, the Firm **was not** party to an agreement for indemnification with certain of the Debtors.

9. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information

contained in this Affidavit.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 2⁷ˢ, 2012.

_____
Charles T. Coleman

Sworn to and subscribed before me this 27ᵗʰ day of July, 2012

_____
Notary Public



1133738-v2

*In re Residential Capital, LLC*, et al.
Chapter 11 Case No. 12-12020 (MG)

## RETENTION QUESTIONNAIRE[1]

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY RESIDENTIAL CAPITAL, LLC, ET AL. (the "Debtors")

THIS QUESTIONNAIRE WILL BE FILED WITH THE COURT ON YOUR BEHALF. PLEASE REMIT IT TO THE FOLLOWING ADDRESS:

> Morrison & Foerster LLP
> 1290 Avenue of the Americas
> New York, New York 10104
> Attn: Norman S. Rosenbaum and Jordan A. Wishnew

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1. Name and address of firm:

   Wright, Lindsey & Jennings LLP

   200 West Capitol, Suite 2300

   Little Rock, Arkansas 72201-3699

2. Date of original retention: 2009

3. Brief description of legal services to be provided:

   The firm has been retained to represent Debtor entities in various litigated matters filed in the State of Arkansas relating to notes and mortgages held by the Debtor entities.

---

[1] All amounts are either owing in U.S. Dollar or have been converted to U.S. Dollars based upon the applicable exchange rate in effect on the Petition Date.

1133738-v2

4. Arrangements for compensation (hourly, continent, etc.)

   (a) Average hourly rate (if applicable) <u>225</u>

   (b) Estimated average monthly compensation (based on prepetition retention if firm was employed prepetition):

   <u>over the last 14 months we have had one matter pending on behalf of GMAC Mortgage. The average fees over that time are in the amount of 5,085.</u>

5. Prepetition claims against any of the Debtors held by the firm:

   Amount of claim: <u>zero</u>

   Date claim arose:_____

   Source of claim:_____

6. Prepetition claims against any of the Debtors held individually by any member, associate, or professional employee of the firm:

   Name: <u>zero</u>

   Status:_____

   Amount of Claim:_____

   Date claim arose:_____

   Source of Claim:_____

   _____

   _____

   _____

7. Stock of any of the Debtors currently held by the firm:

   Kind of share: <u>Not Applicable</u>

   No. of shares:_____

1133738-v2

8.     Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm.

      Name: <u>Not Applicable</u>

      Status:_____

      _____

      Kind of shares:_____

      No. of shares:_____

9.     Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates with respect to the matters on which the above-named firm is to be employed.

      <u>Not Applicable</u>

      _____

      _____

WRIGHT, LINDSEY & JENNINGS LLP

By: [signature]      7/27/12
    Charles T. Coleman

Title: Partner

1133738-v2