**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

|  |  |  |
|---|---|---|
| In re | ) | Case No. 12-12020 (MG) |
|  | ) |  |
| **RESIDENTIAL CAPITAL, LLC, et al.,** | ) | Chapter 11 |
|  | ) |  |
| Debtors. | ) | Jointly Administered |
|  | ) |  |

## AFFIDAVIT OF DISINTERESTEDNESS

STATE OF MICHIGAN         )
                          ) ss:
COUNTY OF OAKLAND         )

Frank M. DeLuca, being duly sworn, upon his oath, deposes and says:

1. I am a shareholder of McKelvie DeLuca, P.C., located at 280 W. Maple Road, Suite 300, Birmingham, Michigan 48009 (the "Firm").

2. The above-captioned debtors and debtors in possession (each a "Debtor" and collectively the "Debtors"), have requested that the Firm provide legal services to the Debtors, and the Firm has consented to provide such services.

3. The Firm may have performed services in the past, may currently perform services, and may perform services in the future, in matters unrelated to the above-captioned cases (the "Chapter 11 Cases"), for persons that are parties-in-interest in the Debtors' Chapter 11 Cases. The Firm does not perform services for any such person in connection with these Chapter 11 Cases, or have any relationship with any such person, their attorneys, or accountants that would be adverse to the Debtors or their estates.

4. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be employed by the Debtors, claimants, and parties in interest in these Chapter 11 Cases.

5. Neither I nor any principal, partner, director, officer, etc. of, or professional employed by, the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principal and regular employees of the Firm.

6. Neither I nor any principal, partner, director, officer, etc. of, or professional employed by, the Firm, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates with respect to the matter(s) on which my Firm is to be employed.

7. The Debtors owe the Firm $11,559.55 for prepetition services.

8. As of the Petition Date, the Firm was not party to an agreement for indemnification with certain of the Debtors.

9. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 24, 2012.

_____
Frank M. DeLuca

Sworn to and subscribed before me
this 24th day of July, 2012.

_____
Cynthia A. DeFord, Notary Public
Macomb County, Michigan
My commission expires: 12/01/2013
Acting in Oakland County, Michigan

3

*In re Residential Capital, LLC, et al.*
Chapter 11 Case No. 12-12020 (MG)

## RETENTION QUESTIONNAIRE[1]

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY RESIDENTIAL CAPITAL, LLC, et al. (the "Debtors")

THIS QUESTIONNAIRE WILL BE FILED WITH THE COURT ON YOUR BEHALF. PLEASE REMIT IT TO THE FOLLOWING ADDRESS:

>Morrison & Foerster LLP
>1290 Avenue of the Americas
>New York, New York 10104
>Attn: Norman S. Rosenbaum and Jordan A. Wishnew

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1. Name and address of firm:

    McKelvie DeLuca, P.C.

    280 W. Maple Road, Suite 300

    Birmingham, Michigan 48009

2. Date of original retention: November 2010

3. Brief description of services to be provided:

    Litigation services in wrongful foreclosure actions

4. Arrangements for compensation (hourly, contingent, etc.): hourly

---

[1] All amounts are either owing in U.S. Dollars or have been converted to U.S. Dollars based upon the applicable exchange rate in effect on the Petition Date.

 (a) Average hourly rate (if applicable): $195.00

 (b) Estimated average monthly compensation (based on prepetition retention if firm was employed prepetition):

 $5,000 to $7,500

5. Prepetition claims against the Debtors held by the firm:

 Amount of claim: $11,559.55

 Date claim arose: April 2012

 Source of Claim: Legal fees

6. Prepetition claims against the Debtors held individually by any member, associate, or professional employee of the firm: **None**

 Name: \_\_\_\_

 Status: \_\_\_\_

 Amount of Claim: $\_\_\_\_

 Date claim arose: \_\_\_\_

 Source of claim: \_\_\_\_

7. Stock of the Debtors currently held by the firm: **None**

 Class of shares: \_\_\_\_

 No. of shares: \_\_\_\_

8. Stock of the Debtors currently held individually by any member, associate, or professional employee of the firm: **None**

 Name: \_\_\_\_

 Status: \_\_\_\_

Class of shares: _____

No. of shares: _____

9. Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates with respect to the matters on which the above-named firm is to be employed.

None_____

_____

_____

_____

Name: <u>Frank M. DeLuca</u>

Title: <u>Shareholder</u>