UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:                                         ) Case No. 12-12020 (MG)
                                               )
RESIDENTIAL CAPITAL, LLC, *et al*,             ) Chapter 11
                                               )
            Debtors.                           ) Jointly Administered

## AFFIDAVIT OF DISINTERESTEDNESS

STATE OF OREGON    )
                   )ss:
County of Multnomah )

William G. Fig, being duly sworn, upon his oath, deposes and says:

1.  I am a partner of Sussman Shank LLP, located at 1000 SW Broadway, Suite 1400, Portland, OR 97205 (the "Firm").

2.  The above-captioned debtors and debtors-in-possession (each a "Debtor" and collectively the "Debtors") have requested that the Firm provide legal services to the Debtors, and the Firm has consented to provide such services.

3.  The Firm may have performed services in the past, may currently perform services, and may perform services in the future, in matters unrelated to the above-captioned cases (the "Chapter 11 Cases"), for persons that are parties-in-interest in the Debtors' Chapter 11 Cases. The Firm does not perform services for any such person in connection with these Chapter 11 Cases, or have any relationship with any such person, their attorneys, or accountants that would be adverse to the Debtors or their estates.

4.  As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be employed by the Debtors, claimants, and parties in interest in these Chapter 11 Cases.

5. Neither I nor any partner of, or professional employed by, the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principal and regular employees of the Firm.

6. Nether I nor any partner of, or professional employed by, the Firm, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates with respect to the matter(s) upon which this Firm is to be employed.

7. The Debtors owed the Firm $12,833.60 for prepetition services, the payment of which is subject to limitations contained in the United States Bankruptcy Code, 11 U.S.C. § 101, *et seq*.

8. As of the Petition Date, the Firm was not a party to an agreement for indemnification with certain of the Debtors.

9. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 27, 2012.

_____
William G. Fig

SUBSCRIBED AND SWORN TO before me this 27th day of July, 2012.

OFFICIAL SEAL
KAREN D MUIR
NOTARY PUBLIC-OREGON
COMMISSION NO. 451912
MY COMMISSION EXPIRES OCTOBER 01, 2014

Notary Public for Oregon
My Commission Expires: 10-1-14

F:\CLIENTS\20809\055\P-AFFDAVIT OF DISINTERESTEDNESS.DOC

SUSSMAN SHANK LLP, ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400, PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111 | FACSIMILE (503) 248-0130

*In re Residential Capital, LLC, et al*
Chapter 11 Case No. 12-12020 (MG)

### RETENTION QUESTIONNAIRE[1]

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY RESIDENTIAL CAPITAL, LLC, et al. (the "Debtors")

<u>THIS QUESTIONNAIRE WILL BE FILED WITH THE COURT ON YOUR BEHALF. PLEASE REMIT IT TO THE FOLLOWING ADDRESS:</u>

> Morrison & Foerster LLP
> 1290 Avenue of the Americas
> New York, NY 10104
> Attn: Norman S. Rosenbaum and Jordan A. Wishnew

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1. Name and address of firm:

   Sussman Shank LLP
   Suite 1400
   1000 SW Broadway
   Portland, OR 97205-3089

2. Date of original retention: The firm has handled occasional matters since 2002. The firm's work for debtors significantly increased in July 2011.

3. Brief description of legal services to be provided:

Litigation defense relating to the foreclosures of loans held or serviced by debtors. General business advice regarding Oregon and Washington foreclosures.

4. Arrangements for compensation (hourly, contingent, etc.)

   (a) Average hourly rate (if applicable): $250 per hour

   (b) Estimated average monthly compensation (based on pre-petition retention if firm was employed prepetition): $36,802.30 per month over the last calendar year.

---

[1] All amounts are either owing in U.S. Dollars or have been converted to U.S. Dollars based upon the applicable exchange rate in effect on the Petition Date.

5. Prepetition claims against any of the Debtors held by the firm:

   Amount of Claim: $12,883.60

   Date claim arose: April 30, 2012 and May 13, 2012

   Source of claim: professional legal services provided after March 21, 2012.

6. Prepetition claims against any of the Debtors held individually by any member, associate, or professional employee of the firm:

   Name: N/A

   Status: N/A

   Amount of Claim: N/A

   Date Claim Arose: N/A

   Source of Claim: N/A

7. Stock of any of the Debtors currently held by the firm:

   Kind of Shares: N/A

   No. of Shares: N/A

8. Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

   Name: None known. It is possible that a member, associate or employee may have held or may hold stock of the Debtor as part of their 401 K.
   Status: N/A
   Kind of Shares: N/A
   No. of Shares: N/A

9. Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates with respect to the matters on which the above-named firm is to be employed: None.

10. Amount of any retainer received from the Debtors held by the firm:

    (a)   As of May 14, 2012: $_____0_____

(b) Balance remaining after application to invoices due and owing prior to May 14, 2012: $ _12,883.60_

_____
William G. Fig

Title: Partner

F:\CLIENTS\20809\055\P-RETENTION QUESTIONNAIRE.DOC