UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ------------------------------------------------------------ )<br>In re:   )<br>   )<br>RESIDENTIAL CAPITAL, LLC, et al.,   )<br>   )<br>Debtors.   )<br>   )<br>------------------------------------------------------------ ) | Case No. 12-12020 (MG)<br><br>Chapter 11<br><br>Jointly Administered |

## AFFIDAVIT OF DISINTERESTEDNESS

STATE OF MINNESOTA   )
                ) ss:
COUNTY OF HENNEPIN   )

Donald G. Heeman, being duly sworn, upon his oath, deposes and says:

1.    I am a Shareholder of Felhaber, Larson, Fenlon & Vogt, P.A., located at 220 South Sixth Street, Suite 2200, Minneapolis, Minnesota 55402 (the "Firm").

2.    The above-captioned debtors and debtors-in-possession (each a "Debtor" and collectively the "Debtors") have requested that the Firm provide legal services to the Debtors, and the Firm has consented to provide such services.

3.    The Firm may have performed services in the past, may currently perform services, and may perform services in the future, in matters unrelated to the above-captioned cases (the "Chapter 11 Cases"), for persons that are parties-in-interest in the Debtors' Chapter 11 Cases. The Firm does not perform services for any such person in connection with these Chapter 11 Cases, or have any relationship with any such person, their attorneys, or accountants that would be adverse to the Debtors or their estates.

4.    As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be employed by the Debtors, claimants, and parties in interest in these Chapter 11 Cases,

5.      Neither I nor any Shareholder of, or professional employed by, the Firm

has agreed to share or will share any portion of the compensation to be received from the

Debtors with any other person other than the principal and regular employees of the Firm.

6.      Neither I nor any Shareholder of, or professional employed by, the Firm,

insofar as I have been able to ascertain, holds, or represents any interest adverse to the Debtors or

their estates with respect to the matter(s) upon which this Firm is to be employed.

7.      The Debtors owe the Firm $0.00 for prepetition services, the payment of

which is subject to limitations contained in the United States Bankruptcy Code, 11 U.S.C. § 101,

et seq.

8.      As of the Petition Date, the Firm was not party to an agreement for

indemnification with certain of the Debtors.

9.      The Firm is conducting further inquiries regarding its retention by any

creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of

its employment, if the Firm should discover any facts bearing on the matters described herein,

the Firm will supplement the information contained in this Affidavit.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing

is true and correct.

Executed on July 27, 2012

_____
Donald G. Heeman

Sworn to and subscribed before me
this 27th day of July, 2012

_____
Notary Public

CYNTHIA M. NYBAKKE
NOTARY PUBLIC-MINNESOTA
My Commission Expires Jan. 31, 2015

*In re Residential Capital, LLC*, et al.
Chapter 11 Case No. 12-12020 (MG)

RETENTION QUESTIONNAIRE[1]

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY RESIDENTIAL CAPITAL, LLC, et al. (the "<u>Debtors</u>")

<u>THIS QUESTIONNAIRE WILL BE FILED WITH THE COURT ON YOUR BEHALF. PLEASE REMIT IT TO THE FOLLOWING ADDRESS</u>:

> Morrison & Foerster LLP
> 1290 Avenue of the Americas
> New York, New York 10104
> Attn: Norman S. Rosenbaum and Jordan A. Wishnew

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1. Name and address of firm:

   Donald G. Heeman

   Felhaber, Larson, Fenlon & Vogt, P.A.

   220 South Sixth Street, Suite 2200

   Minneapolis, MN  55402

2. Date of original retention:  June 1999

3. Brief description of legal services to be provided:

   Defense of individual and multiple borrower regulatory

   actions and enforcement of contracts through affirmative

   repurchase litigation.

4. Arrangements for compensation (hourly, contingent, etc.)

   (a) Average hourly rate (if applicable):  $250 per hour

---

[1]   All amounts are either owing in U.S. Dollars or have been converted to U.S. Dollars based upon the applicable exchange rate in effect on the Petition Date.

(b) Estimated average monthly compensation (based on prepetition retention if firm was employed prepetition):

_____

5.    Prepetition claims against any of the Debtors held by the firm:

Amount of claim:

Date claim arose: ___N/A_____

Source of claim: _____

6.    Prepetition claims against any of the Debtors held individually by any member, associate, or professional employee of the firm:

Name: ___N/A_____

Status: _____

Amount of Claim: _____

Date claim arose: _____

Source of Claim: _____

_____

_____

_____

7.    Stock of any of the Debtors currently held by the firm:

Kind of shares: ___N/A_____

No. of shares: _____

8.    Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

Name: ___N/A_____

Status: _____

_____

314192.1
ny-1050235

2

Kind of shares: _____

No. of shares: _____

9.  Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates with respect to the matters on which the above-named firm is to be employed.

   N/A _____

_____

_____

10. Amount of any retainer received from the Debtors held by the firm:

(a) As of May 14, 2012: ___N/A_____

(b) Balance remaining after application to invoices due and owing prior to May 14, 2012:

_____

Name: ___Donald G. Heeman_____

Title: ___Shareholder_____