UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re:                                                ) Case No. 12-12020 (MG)
                                                      )
RESIDENTIAL CAPITAL, LLC, et al.,   ) Chapter 11
                                                      )
                            Debtors.        ) Jointly Administered

---

**AFFIDAVIT OF DISINTERESTEDNESS**

COMMONWEALTH OF MASSACHUSETTS    )
                                                                    ) ss:
COUNTY OF SUFFOLK                                 )

Matthew Marel, being duly sworn, upon his/her oath, deposes and says:

1. I am a partner of McDermott Will & Emery LLP, with offices throughout the country and abroad, including an office at 28 State Street, Boston, MA 02109, (the "Firm").

2. The above-captioned debtors and debtors-in-possession (each a "Debtor" and collectively the "Debtors,") have requested that the Firm provide legal services to the Debtors, and the Firm has consented to provide such services.

3. The Firm may have performed services in the past, may currently perform services, and may perform services in the future, in matters unrelated to the above-captioned cases (the "Chapter 11 Cases"), for persons that are parties-in-interest in the Debtors' Chapter 11 Cases. The Firm does not perform services for any such person in connection with these Chapter 11 Cases, or have any relationship with any such person, their attorneys, or accountants that would be adverse to the Debtors or their estates.

4.  As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be employed by the Debtors, claimants, and parties in interest in these Chapter 11 Cases,

5.  Neither I nor any partner, associate or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than members of the Firm.

6.  Neither I nor any partner, associate or professional employed by the Firm, insofar as I have been able to ascertain, holds, or represents any interest adverse to the Debtors or their estates with respect to the matter(s) upon which this Firm is to be employed.

7.  The Debtors owe the Firm $0.00 for prepetition services, the payment of which is subject to limitations contained in the United States Bankruptcy Code, 11 U.S.C. § 101, et seq.

8.  As of the Petition Date, the Firm was not party to an agreement for indemnification with certain of the Debtors.

9.  The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 23, 2012

_____
Matthew A. Martel, Esquire

Sworn to and subscribed before me
this 23 day of July, 2012

_____
Notary Public

DM_US 36654048-2.T12126.0010



KERRY A. SOUSA
Notary Public
Commonwealth of Massachusetts
My Commission Expires
April 18, 2018

**EXHIBIT 5**
**Form of Questionnaire**

*In re Residential Capital, LLC*, et al.
Chapter 11 Case No. 12-12020 (MG)


RETENTION QUESTIONNAIRE[1]

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY RESIDENTIAL CAPITAL, LLC, et al. (the "Debtors")

THIS QUESTIONNAIRE WILL BE FILED WITH THE COURT ON YOUR BEHALF. PLEASE REMIT IT TO THE FOLLOWING ADDRESS:

>Morrison & Foerster LLP
>1290 Avenue of the Americas
>New York, New York 10104
>Attn: Norman S. Rosenbaum and Jordan A. Wishnew

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1. Name and address of firm:

   McDermott Will & Emery LLP

   28 State Street

   Boston, Massachusetts

   02109

2. Date of original retention: On or about October 11, 2011

3. Brief description of legal services to be provided:

   Litigation – Defending GMAC Mortgage, LLC ("GMAC") in a lawsuit

   brought by the Massachusetts Attorney General alleging that GMAC

   engaged in unfair/deceptive practices in connection with certain

   foreclosure proceedings and failed to register mortgage assignments in

---

[1] All amounts are either owing in U.S. Dollars or have been converted to U.S. Dollars based upon the applicable exchange rate in effect on the Petition Date.

8. Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

Name: N/A

Status: N/A

Kind of shares: N/A

No. of shares: N/A

9. Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates with respect to the matters on which the above-named firm is to be employed.

None

Name: Matthew Martel, Esquire

Title: Partner, McDermott Will & Emery

DM_US 36654095-2.T12126.0010