UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: ) | Case No. 12-12020 (MG) |
| ) | |
| RESIDENTIAL CAPITAL, LLC, et al., ) | Chapter 11 |
| ) | |
| Debtors. ) | Jointly Administered |
| ) | |

### AFFIDAVIT OF DISINTERESTEDNESS

STATE OF   NEW MEXICO   )
                                         ) ss:
COUNTY OF   BERNALILLO   )

William C. Salmon, being duly sworn, upon his/her oath, deposes and says:

1. I am an attorney of Rhodes & Salmon, P.C. located at 1801 Lomas Blvd NW, Albuquerque, NM 87104 ("Firm").

2. The above-captioned debtors and debtors-in-possession (each a "Debtor" and collectively the "Debtors,") have requested that the Firm provide legal services to the Debtors, and the Firm has consented to provide such services.

3. The Firm may have performed services in the past, may currently perform services, and may perform services in the future, in matters unrelated to the above-captioned cases (the "Chapter 11 Cases"), for persons that are parties-in-interest in the Debtors' Chapter 11 Cases. The Firm does not perform services for any such person in connection with these Chapter 11 Cases, or have any relationship with any such person, their attorneys, or accountants that would be adverse to the Debtors or their estates.

4.  As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be employed by the Debtors, claimants, and parties in interest in these Chapter 11 Cases.

5.  Neither I nor any principal, shareholder director or officer of the firm or professional employed by, the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principal and regular employees of the Firm.

6.  Neither I nor any principal, shareholder director or officer of the firm or professional employed by, the Firm, insofar as I have been able to ascertain, holds, or represents any interest adverse to the Debtors or their estates with respect to the matter(s) upon which this Firm is to be employed.

7.  The Debtors owe the Firm $2,608.50 for prepetition services, the payment of which is subject to limitations contained in the United States Bankruptcy Code, 11 U.S.C. § 101, et seq.

8.  As of the Petition Date, the Firm was not a party to an agreement for indemnification with certain of the Debtors.

9.  The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.

ny-1011945                                          2

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 3rd day of July, 2012.

_____
William C. Salmon

Sworn to and subscribed before me this 3rd day of July, 2012 by William C. Salmon.

_____
Notary Public

OFFICIAL SEAL
Ramona Silva
NOTARY PUBLIC
STATE OF NEW MEXICO
My Commission Expires: 6-5-2013

*In re Residential Capital, LLC*, et al.
Chapter 11 Case No. 12-12020 (MG)

## RETENTION QUESTIONNAIRE[1]

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY RESIDENTIAL CAPITAL, LLC, et al. (the "Debtors")

THIS QUESIONNAIRE WILL BE FILED WITH THE COURT ON YOUR BEHALF. PLEASE REMIT IT TO THE FOLLOWING ADDRESS:

> Morrison & Foerster LLP
> 1290 Avenue of the Americas
> New York, New York 10104
> Attn: Norman S. Rosenbaum and Jordan A. Wishnew

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1. Name and address of firm:
   William C. Salmon
   Rhodes & Salmon, P.C.
   1801 Lomas NW
   Albuquerque, NM 87104

2. Date of original retention: Rhodes & Salmon, P.C. was retained on the pending case on April 20, 2011. The firm has represented GMAC Mortgage LLC and Home Comings Financial LLC on various lawsuits for approximately 15 years.

3. Brief description of legal services to be provided:

   Defense of GMAC Mortgage LLC regarding claims or counterclaims or third party involving mortgages it service

---

[1] All amounts are either owing in U.S. Dollars or have been converted to U.S. Dollars based upon the applicable exchange rate in effect on the Petition Date.

4. Arrangements for compensation (hourly, contingent, etc.)

   (a) Average hourly rate (if applicable): $150.00

   (b) Estimated average monthly compensation (based on prepetition retention if firm was employed prepetition):

   $1,000.00

5. Prepetition claims against any of the Debtors held by the firm:

   Amount of claim: $2,180.75 and $427.75

   Date claim arose: various monthly legal bills submitted in accordance with Ally billing procedures from June, 2011 through 5/13/12

   Source of claim: Legal services- prepetition on 2 foreclosure cases involving borrowers counterclaim

6. Prepetition claims against any of the Debtors held individually by any member, associate, or professional employee of the firm:

   Name: Not applicable

   Status: _____

   Amount of Claim: _____

   Date claim arose: _____

   Source of Claim: _____

   _____
   _____
   _____

7. Stock of any of the Debtors currently held by the firm:

   Kind of shares: Not applicable

   No. of shares: _____

8. Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

   Name: Not applicable

   Status: _____

   _____

   Kind of shares: _____

   No. of shares: _____

9. Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates with respect to the matters on which the above-named firm is to be employed.

   Not applicable

   Name: William C. Salmon    7/25/12
   Rhodes & Salmon, P.C.
   1801 Lomas Blvd NW
   Albuquerque, NM 87104
   (505)247-0328

   Title: Attorney V. P.