**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: ) | Case No. 12-12020 (MG) |
| ) | |
| RESIDENTIAL CAPITAL, LLC, et al., ) | Chapter 11 |
| ) | |
| Debtors. ) | Jointly Administered |
| ) | |

### AFFIDAVIT OF DISINTERESTEDNESS

STATE OF [__MN_____]    )
                          ) ss:
COUNTY OF [_Washington_____]    )

**John Scanlon**, being duly sworn, upon his/her oath, deposes and says:

1. I am a Partner of Logisolve LLC, located at 600 Inwood Ave N, ☐Suite 275☐St Paul MN 55128 (the "Firm").

2. The above-captioned debtors and debtors-in-possession (each a "Debtor" and collectively the "Debtors") have requested that the Firm provide resources for legal and other services to the Debtors, and the Firm has consented to provide such resources and such services.

3. The Firm may have provided personnel who have performed services in the past, may currently perform services, and may perform services in the future, in matters unrelated to the above-captioned cases (the "Chapter 11 Cases"), for persons that are parties-in-interest in the Debtors' Chapter 11 Cases. The Firm does not perform services for any such person in connection with these Chapter 11 Cases, or have any relationship with any such person, their attorneys, or accountants that would be adverse to the Debtors or their estates.

ny-1050237

4. As part of its customary practice, the Firm is retained to provide resources in cases, proceedings, and transactions involving many different parties, some of whom may represent or be employed by the Debtors, claimants, and parties in interest in these Chapter 11 Cases,

5. Neither I nor any professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principal and regular employees and contractors provided by the Firm to provide services to the Debtor.

6. Neither I nor any professional employed by, the Firm, insofar as I have been able to ascertain, holds, or represents any interest adverse to the Debtors or their estates with respect to the matter(s) upon which this Firm is to be employed.

7. The Debtors owe the Firm $0 for prepetition services, the payment of which is subject to limitations contained in the United States Bankruptcy Code, 11 U.S.C. § 101, et seq.

8. As of the Petition Date, the Firm was not a party to an agreement for indemnification with certain of the Debtors.

9. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on  7/27 , 2012

ny-1050237

[AFFIANT]

JOHN SCANLON

Sworn to and subscribed before me
this 27th day of July, 2012.

_____
Notary Public

JODI J CHRISTENSEN
Notary Public–Minnesota
My Comm. Expires Jan. 31, 2015

ny-1050237

*In re Residential Capital, LLC*, et al.
Chapter 11 Case No. 12-12020 (MG)

## RETENTION QUESTIONNAIRE[1]

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY RESIDENTIAL CAPITAL, LLC, et al. (the "Debtors")

**THIS QUESTIONNAIRE WILL BE FILED WITH THE COURT ON YOUR BEHALF. PLEASE REMIT IT TO THE FOLLOWING ADDRESS:**

>Morrison & Foerster LLP
>1290 Avenue of the Americas
>New York, New York 10104
>Attn: Norman S. Rosenbaum and Jordan A. Wishnew

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1. Name and address of firm:

    LogiSolve LLC

    600 Inwood Ave North

    Suite 275

    St. Paul MN 55128

2. Date of original retention: 9/30/2011

3. Brief description of legal and other services to be provided:

    Work relating to the evaluation, management, and as appropriate the sale/ liquidation of assets owned by ResCap and its various subsidiaries in Canada, the United Kingdom, the United States and Europe.

4. Arrangements for compensation (hourly, contingent, etc.)

    (a) Average hourly rate (if applicable): $285

---

[1] All amounts are either owing in U.S. Dollars or have been converted to U.S. Dollars based upon the applicable exchange rate in effect on the Petition Date.

1

ny-1050235

    (b) Estimated average monthly compensation (based on prepetition retention if firm was employed prepetition):

        $12,000

5. Prepetition claims against any of the Debtors held by the firm:

    Amount of claim:   $0

    Date claim arose:   not applicable

    Source of claim:   not applicable

6. Prepetition claims against any of the Debtors held individually by any member, associate, or professional employee of the firm:

    Name:   not applicable

    Status:   not applicable

    Amount of Claim:   $0

    Date claim arose:   not applicable

    Source of Claim:   not applicable

7. Stock of any of the Debtors currently held by the firm:

    Kind of shares:   not applicable

    No. of shares:   not applicable

8. Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

    Name:   not applicable

    Status:   not applicable

    Kind of shares:   not applicable

    No. of shares:   not applicable

9. Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates with respect to the matters on which the above-named firm is to be employed.

_____not applicable_____

10. Amount of any retainer received from the Debtors held by the firm:

(a) As of May 14, 2012: _____$0_____

(b) Balance remaining after application to invoices due and owing prior to May 14, 2012:

_____$0_____

Name: _J. M. L._____

Title: _PARTNER_____

ny-1050235

3