**Evidentiary Hearing Date: August 16, 2012 at 8:30 a.m. (ET)**

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Larren M. Nashelsky
Gary S. Lee
Todd M. Goren

*Counsel for the Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, <u>et al</u>., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**NOTICE OF EVIDENTIARY HEARING ON DEBTORS' MOTION FOR INTERIM
AND FINAL ORDERS UNDER BANKRUPTCY CODE SECTIONS 105(a) AND 363
AUTHORIZING THE DEBTORS TO CONTINUE TO PERFORM UNDER THE ALLY
BANK SERVICING AGREEMENT IN THE ORDINARY COURSE OF BUSINESS**

  **PLEASE TAKE NOTICE** that, on May 14, 2012, Debtors' and Debtors in Possession

(the "<u>Debtors</u>") filed their Motion for Interim and Final Orders under Bankruptcy Code Sections

105(a) and 363 Authorizing the Debtors to Continue to Perform under the Ally Bank Servicing

Agreement in the Ordinary Course of Business (the "<u>Motion</u>") [Docket No. 47].

  **PLEASE TAKE FURTHER NOTICE** that an evidentiary hearing on the Motion will

be held before the Honorable Martin Glenn, United States Bankruptcy Judge, at the United States

Bankruptcy Court for the Southern District of New York, Courtroom 501, One Bowling Green,

1

ny-1052575

New York, New York 10004 (the "Bankruptcy Court") on **August 16, 2012 at 8:30 a.m. (prevailing Eastern Time)**, or as soon thereafter as counsel may be heard.

**PLEASE TAKE FURTHER NOTICE** that, if necessary, the evidentiary hearing will continue on **August 17, 2012 at 8:30 a.m. (prevailing Eastern Time)**, or as soon thereafter as counsel may be heard.

Dated: August 1, 2012
New York, New York

/s/ Larren M. Nashelsky
Larren M. Nashelsky
Gary S. Lee
Todd M. Goren
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel for the Debtors and Debtors in Possession*