**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----

| | ) | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, <u>et</u> <u>al</u>., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

## ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE*

Upon the motion of Diane A. Bettino, dated August 1, 2012, for admission to practice *pro hac vice* to represent Residential Capital, LLC, *et al*. in the above-captioned case, and upon the movant's certification that the movant is a member in good standing of the bars of the States of New Jersey and Pennsylvania and the bars of the United States District Courts for the District of New Jersey and the Eastern District of Pennsylvania,

IT IS HEREBY ORDERED that Diane A. Bettino is admitted to practice, *pro hac vice*, in the above-captioned case in the United States Bankruptcy Court for the Southern District of New York to represent Residential Capital, LLC, *et al*., provided that the filing fee has been paid.

Dated: New York, New York
       **August 2, 2012**

                                                    /s/ Martin Glenn
                                                  The Honorable Martin Glenn
                                                  United States Bankruptcy Judge
                                                  Southern District of New York