**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | ) | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE*** 

Upon the motion of Maria T. Guerin, dated August 1, 2012, for admission to practice *pro hac vice* to represent Residential Capital, LLC, *et al.* in the above-captioned cases, and upon the movant's certification that the movant is a member in good standing of the bars of the States of New York, Virginia and Pennsylvania and the bar of the United States District Court for the Eastern District of Pennsylvania,

IT IS HEREBY ORDERED that Maria T. Guerin is admitted to practice, *pro hac vice*, in the above-captioned cases in the United States Bankruptcy Court for the Southern District of New York to represent Residential Capital, LLC, *et al.*, provided that the filing fee has been paid.

Dated: New York, New York
   **August 2, 2012**

                                           /s/ Martin Glenn
                                           The Honorable Martin Glenn
                                           United States Bankruptcy Judge
                                           Southern District of New York

ny-1052153