LOEB & LOEB LLP
Walter H. Curchack
Vadim J. Rubinstein
Debra W. Minoff
345 Park Avenue
New York, NY  10154
Telephone: 212.407.4000
Facsimile:  212.407.4990

*Attorneys for Wilmington Trust, N.A., as Indenture Trustee*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------X
In re:                                                  :
                                                        :  Chapter 11
RESIDENTIAL CAPITAL, LLC, et al.,                       :
                                                        :  Case No. 12-12020 (MG)
                    Debtors.                            :
                                                        :  Jointly Administered
                                                        :
                                                        :
                                                        :
---------------------------------------------------------X

**AMENDED NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF DOCUMENTS**

PLEASE TAKE NOTICE that the undersigned appears in the above-captioned case on behalf of Wilmington Trust, National Association, as successor indenture trustee ("Wilmington Trust") under that certain indenture dated as of June 24, 2005, pursuant to which Residential Capital, LLC, as issuer (the "Issuer" and, together with its debtor affiliates, the "Debtors"), issued those certain $1,250,000,000 6.5% Seniors Notes due 2012, $1,750,000,000 6.5% Seniors Notes due 2013, $750,000,000 6.875% Notes due 2015, €750,000,000 5.125% Senior Notes due 2012, £400,000,000 6.375% Senior Notes due 2013, and £400,000,000 7.875% Senior Notes due 2014 (collectively, the "Senior Unsecured Notes").  Pursuant to 11 U.S.C. § 1109(b) and Rules 2002, 3017, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure, request is hereby

NY1134510.3
000000-03333

made that the parties identified below be added to the Master Service List and that copies of all notices and pleadings given or filed in the above-captioned case be given and served upon the persons listed below at the following address:

>Walter H. Curchack, Esq.
>Vadim J. Rubinstein, Esq.
>Debra W. Minoff, Esq.
>Loeb & Loeb LLP
>345 Park Avenue
>New York, NY  10154
>Telephone: 212.407.4000
>Facsimile:  212.407.4990
>Email:      wcurchack@loeb.com
>            vrubinstein@loeb.com
>            dminoff@loeb.com

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes, without limitation, any notice, order, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral and whether transmitted or conveyed by mail, e-mail, facsimile, telephone, telegraph, telex, or otherwise filed or made with regard to the above-captioned case and proceedings therein.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and Request for Service of Documents shall not be deemed or construed to be a consent or waiver by Wilmington Trust: (1) to the personal jurisdiction of the bankruptcy court; (2) to have final orders in non-core matters entered only after de novo review by a District Court Judge; (3) of the right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (4) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (5) of any other rights, claims, actions, setoffs, or recoupments to which Wilmington Trust is or may be entitled to under any

2

agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Wilmington Trust expressly reserves.

Dated:  New York, New York
July 31, 2012

                         LOEB & LOEB LLP

                By: /s/ Walter H. Curchack
                    Walter H. Curchack (WHC 3177)
                    Vadim J. Rubinstein (VJR 5896)
                    Debra W. Minoff
                    345 Park Avenue
                    New York, NY  10154
                    Telephone: 212.407.4000
                    Facsimile: 212.407.4990

                    *Counsel for Wilmington Trust, N.A., as Indenture Trustee for the $1,250,000,000 6.5% Seniors Notes due 2012, $1,750,000,000 6.5% Seniors Notes due 2013, $750,000,000 6.875% Notes due 2015, €750,000,000 5.125% Senior Notes Due 2012, £400,000,000 6.375% Senior Notes due 2013, and £400,000,000 7.875% Senior Notes due 2014*