Hearing Date and Time: August 9, 2012 at 11:00 a.m. (prevailing Eastern Time)

KRAMER LEVIN NAFTALIS & FRANKEL LLP
Kenneth H. Eckstein
Douglas H. Mannal
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000

*Counsel for the Official Committee
of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| Residential Capital, LLC, et al., | : | Case No. 12-12020 (MG) |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | |

**RESERVATION OF RIGHTS OF THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS WITH RESPECT TO THE DEBTORS' APPLICATION
TO RETAIN KPMG LLP AS TAX COMPLIANCE PROFESIONALS
AND INFORMATION TECHNOLOGY ADVISORS**

TO THE HONORABLE MARTIN GLENN,
UNITED STATES BANKRUPTCY JUDGE:

The Official Committee of Unsecured Creditors (the "**Committee**") of the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**") hereby files this reservation of rights (the "**Reservation of Rights**") with respect to the Debtors' application to retain KPMG LLP ("**KPMG**") as tax compliance professionals and information technology advisors (the "**Retention Application**"). The Committee respectfully submits as follows:

**RESERVATION OF RIGHTS**

1.  The Committee has reviewed the Retention Application and is in discussions with the Debtors and counsel to KPMG regarding the Committee's request for certain additional information about the scope of KPMG's concurrent representation of the

- 2 -

Debtors and AFI. Accordingly, the Committee reserves all of its rights with regard to the Retention Application.

Dated: New York, New York
       August 2, 2012

                                 KRAMER LEVIN NAFTALIS & FRANKEL LLP

                                 /s/ Douglas H. Mannal
                                 Kenneth H. Eckstein
                                 Douglas H. Mannal
                                 1177 Avenue of the Americas
                                 New York, New York 10036
                                 Telephone: (212) 715-9100
                                 Facsimile: (212) 715-8000
                                 *Counsel for the Official Committee*
                                 *of Unsecured Creditors*