# EXHIBIT "B"

Visit Us on our Website: www.ticortitle.com



# TICOR TITLE COMPANY™
## OF CALIFORNIA

2815 Townsgate Road, Suite 100 • Westlake Village, CA  91361
805 446-6000 • FAX 805 446-0030

## PRELIMINARY REPORT

Title Officer:  Cathy A. Hook
Escrow Officer: Mary Stubblefield                            Title No.:
Escrow No.:  ‾ ‾                          Locate No.:              ‾ ‾ ‾ ‾ ‾ ‾ʻɡ

TO:    Ticor Title Escrow - Westlake
       2815 Townsgate Road #100
       Westlake Village, CA  91361

       ATTN: Mary Stubblefield 805446-6000
       YOUR REFERENCE:                              SHORT TERM RATE:  Yes

**PROPERTY ADDRESS:**  23904 Lakeside Road, Santa Clarita, California

**EFFECTIVE DATE: September 2, 2005, 07:30 A.M.**

The form of Policy or Policies of title insurance contemplated by this report is:

   ALTA Loan Policy (10/17/92) with ALTA Endorsement-Form 1 Coverage

1.    THE ESTATE OR INTEREST IN THE LAND HEREINAFTER DESCRIBED OR REFERRED TO COVERED BY
      THIS REPORT IS:

      A Fee

2.    TITLE TO SAID ESTATE OR INTEREST AT THE DATE HEREOF IS VESTED IN:

      **Todd J. Kleinfeld and Lisa M. Kleinfeld, husband and wife, as joint tenants**

3.    THE LAND REFERRED TO IN THIS REPORT IS DESCRIBED AS FOLLOWS:

      SEE EXHIBIT "A" ATTACHED HERETO AND MADE A PART HEREOF

                                                    KR\AC  09/06/2005

1

Locate No. C:~ ~~~

## LEGAL DESCRIPTION

### EXHIBIT "A"

THE LAND REFERRED TO HEREIN BELOW IS SITUATED IN THE CITY OF SANTA CLARITA, AREA OF VALENCIA, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AND IS DESCRIBED AS FOLLOWS:

LOT 18 OF TRACT NO. 52985, IN THE VALENCIA (AREA), IN THE COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 1245, PAGES 87 TO 95, INCLUSIVE OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

EXCEPT THEREFROM, ALL OIL, OIL RIGHTS, MINERALS, MINERAL RIGHTS, NATURAL GAS RIGHTS AND OTHER HYDROCARBONS BY WHATSOEVER NAME KNOWN, GEOTHERMAL STEAM AND ALL PRODUCTS DERIVED DESCRIBED, TOGETHER WITH THE PERPETUAL RIGHT OF DRILLING, MINING, EXPLORING AND OPERATING THEREFOR AND STORING IN AND REMOVING THE SAME FROM SAID PROPERTY OR ANY OTHER PROPERTY, INCLUDING THE RIGHT TO WHIPSTOCK OR DIRECTIONALLY DRILL AND MINE FROM PROPERTIES OTHER THAN THOSE HEREINABOVE DESCRIBED, OIL OR GAS WELLS, TUNNELS AND SHAFTS INTO, THROUGH OR ACROSS THE SUBSURFACE OF THE PROPERTY HEREINAFTER DESCRIBED, AND TO BOTTOM SUCH WHIPSTOCKED OR DIRECTIONALLY DRILLED WELLS, TUNNELS AND SHAFTS UNDER OR BENEATH OR BEYOND THE EXTERIOR LIMITS THEREOF, AND TO REDRILL, RETUNNEL, EQUIP, MAINTAIN, REPAIR, DEEPEN AND OPERATE ANY SUCH WELLS, OR MINES WITHOUT, HOWEVER, THE RIGHT TO DRILL, MINE, STORE, OR EXPLORE OR OPERATE THROUGH THE SURFACE OR THE UPPER FIVE HUNDRED FEET (500') OF THE SUBSURFACE OF THE PROPERTY HEREINABOVE DESCRIBED, AS RESERVED BY NEWHALL LAND AND FARMING COMPANY, (A CALIFORNIA LIMITED PARTNERSHIP), A LIMITED PARTNERSHIP IN DEED RECORDED AUGUST 31, 1999, AS INSTRUMENT NO. 99-1646220, OFFICIAL RECORDS.

APN: 2811-072-029

2

**AT THE DATE HEREOF, ITEMS TO BE CONSIDERED AND EXCEPTIONS TO COVERAGE IN ADDITION TO THE PRINTED EXCEPTIONS AND EXCLUSIONS IN SAID POLICY FORM WOULD BE AS FOLLOWS:**

A.   **Property taxes**, which are a lien not yet due and payable, including any assessments collected with taxes to be levied for the fiscal year 2005-2006.

B.   Property taxes for the fiscal year shown below are PAID.  For proration purposes the amounts are:

| | |
|---|---|
| APN: | 2811-072-029 |
| Fiscal year | 2004-2005 |
| 1st Installment: | $3,846.52  PAID |
| 2nd Installment: | $3,846.50  PAID |
| Exemption: | $7,000.00 |
| Land: | $265,000.00 |
| Improvements: | $390,000.00 |
| Code Area: | 0012475 |

C.   **The lien of supplemental taxes**, if any, assessed pursuant to the provisions of Chapter 3.5 (Commencing with Section 75) of the Revenue and Taxation code of the State of California.

1.   **Water rights, claims or title to water**, whether or not disclosed by the public records.

2.   A) Covenants, conditions and restrictions, if any, appearing in the public records, deleting therefrom any restrictions indicating any preference, limitation or discrimination based on race, color, religion, sex, handicap, familial status or national origin.

B) Easements or servitudes appearing in the public record.

C) Leases, grants, exceptions or reservations of minerals or mineral rights appearing in the public record.

D) Loss or damage by reason of any violation, variation, encroachment or adverse circumstances affecting the title that would have been disclosed by an accurate survey.

E) Any matters, including homeowner's assessments, related to the creation and establishment of a planned unit development appearing in the public records.

F) Homeowners Association Assessments, if any payable to: Bridgeport Community Association

3

ITEMS: (continued)                                        Title No. ( ·
                                                   Locate No. CA            ı · ·

3.   **A deed of trust** to secure an indebtedness in the amount shown below, and any other obligations
     secured thereby

     Amount:          $641,250.00
     Dated:           December 7, 2004
     Trustor:         Todd J. Kleinfeld and Lisa M. Kleinfeld, husband and wife, as joint tenants
     Trustee:         First American Title
     Beneficiary:     Mortgage Electronic Registration Systems, Inc., as nominee for Merrill Lynch
                      Credit Corporation, a Delaware Corporation
     Loan No.:
     Recorded:        December 14, 2004, Instrument No. 04-3215747, of Official Records

4.   **A deed of trust** to secure an indebtedness in the amount shown below, and any other obligations
     secured thereby

     Amount:          $85,500.00
     Dated:           January 19, 2005
     Trustor:         Todd J. Kleinfeld, a married person
                      Lisa M. Kleinfeld, a married person
     Trustee:         First American Title
     Beneficiary:     Merrill Lynch Credit Corporation
     Loan No.:
     Recorded:        January 26, 2005, Instrument No. 05-0186594, of Official Records

To avoid delays at the time of closing, if the above deed of trust is an Equity Line/Line of Credit, it
will be necessary that all checks, passbooks, credit cards together with instructions to close the
account be submitted prior to the close of escrow.

In order to expedite compliance with the above, please do the following:

(a)          Request that the account be frozen
(b)          Obtain a statement from the lender that no advances have been made after the
             issuance of the demand for payoff
(c)          Upon delivery of the payoff check obtain a full reconveyance
(d)          In that said deed of trust, under a design line agreement, may secure more than
             one note, make inquiry when requesting the demand as to the existence of more
             than one note.

4

CLTA Preliminary Report Form (11/17/04)