# EXHIBIT "C"

# RESIDENTIAL BROKER PRICE OPINION

REO # _____

PROPERTY ADDRESS:  23904 LAKESIDE RD  
SANTA CLARITA, CA 91355

This BPO is the ☐ Initial ☒ 2nd Opinion ☐ Updated ☒ Exterior Only     DATE: 7/21/2012

SALES REPRESENTATIVE: _____

FIRM NAME:  Oak Tree Realty  
PHONE NO:  661-295-2400 x1001 661-510-0071c

CLIENT NAME:  PHH  
COMPLETED BY:  Sedam, Douglas  
FAX NO:

## I. GENERAL MARKET CONDITIONS

Current market condition:  ☐ Depressed ☒ Slow ☐ Stable ☐ Improving ☐ Excellent  
Employment conditions:  ☐ Declining ☒ Stable ☐ Increasing  
Market price of this type property has:  
☒ Decreased _____ 10 % in past _____ 12 months  
☐ Increased _____ % in past _____ months  
☐ Remained Stable  

Estimated percentage of owners vs. tenants in neighborhood: 90 % owner occupant _____ 10 % tenant  
There is a ☐ Normal Supply ☐ Over Supply ☒ Shortage of comparable listings in the neighborhood  
Approximate number of comparable units for sale in neighborhood:  
No. of competing listings in neighborhood that are REO or Corporate _____ 8  
Owned: _____ 1  
No. of boarded or blocked-up homes: _____ 0

## II. SUBJECT MARKETABILITY

Range of values in the neighborhood is $: _____ 729,000.00 to $ _____ 999,000.00  
Subject is an : ☐ Over improvement ☐ Under improvement ☒ Appropriate improvement for the neighborhood  
Normal marketing time in the area is: _186_ days  
Are all types of financing available for the property? ☐ Yes ☒ No  If no, explain: No FHA.  
Has the property been on the market the past 12 months? ☐ Yes ☒ No  If yes, $  
To the best of your knowledge, why did it not sell?  
Unit type: ☒ single family detached ☐ condo ☐ co-op ☐ mobile home  
☐ single family attached ☐ townhouse ☐ modular  
If condo or other association exists Fees $ 180.00 ☒ monthly ☐ annually Current? ☒ Yes ☐ No  Fee Delinquent $ _____  
The fee includes ☒ Insurance ☒ Landscape ☒ Pool ☒ Tennis Other _____  
Association contact: Name: N/A _____ Phone No: N/A

## III. COMPETITIVE CLOSED SALES

| ITEM | SUBJECT | COMPARABLE NUMBER 1 | | COMPARABLE NUMBER 2 | | COMPARABLE NUMBER 3 | |
|---|---|---|---|---|---|---|---|
| Address: | 23904 LAKESIDE RD | 23930 Windward Lane | | 23944 Windward Lane | | 27040 Island Road | |
| Proximity to subject: | | 2 blocks | REO/Corp ☐ | 2 blocks | REO/Corp ☐ | 1 block | REO/Corp ☐ |
| Sale Price: | $ | $ 705,000.00 | | $ 700,000.00 | | $ 775,000.00 | |
| Data Sources | Assessor | MLS | | MLS | | MLS | |
| Price/Gross Living Area | 226.1 | 242.76 | | 215.05 | | 210.82 | |
| Sale Date/Days on Mkt. | | 07/27/2011 | 288 | 05/31/2012 | 4 | 12/02/2011 | 32 |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-)Adj | DESCRIPTION | +(-)Adj | DESCRIPTION | +(-)Adj |
| Sales/Financing Concessions | | FHA | (5,000.00) | | 0.00 | | 0.00 |
| Location | Good | Good | | Good | | Good | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site (Lot size ) | 0.11 | 0.09 | | 0.13 | | 0.15 | |
| View | Good | Good | | Good | | Good | |
| Design and Appeal | Good | Good | | Good | | Good | |
| Quality of Construction | Good | Good | | Good | | Good | |
| Age | 10 | 11 | | 11 | | 9 | |
| Condition | Good | Good | | Good | | Good | |
| Above Grade | Total 10 Bdrms 4 Baths 4 | Total 10 Bdrms 4 Baths 4 | | Total 9 Bdrms 4 Baths 3 | | Total 10 Bdrms 5 Baths 3 | |
| Room Count | | | .00 | | 2,500.00 | | (2,500.00) |
| Gross Living Area | 3317 Sq.Ft. | 2904 Sq.Ft. | 28,084.00 | 3255 Sq.Ft. | 4,216.00 | 3676 Sq.Ft. | (24,412.00) |
| Basement & Finished | None | None | | | | | |
| Rooms Below Grade | | | | None | | None | |
| Functional Utility | Good | Good | | Good | | Good | |
| Heating/Cooling | Central HVAC | Central HVAC | | Central HVAC | | Central HVAC | |
| Energy Efficient Items | Windows, Insulation, Appliances, etc. | Windows, appliances | | Windows, appliances | | Windows, appliances | |
| Garage/Carport | 2CarAtt | 2CarAtt | | 2CarAtt | | 2CarAtt | |
| Porches, Patio, Deck | Porch/ Patio/ Fireplace | Porch/ Patio/ Fireplace | | Porch/ Patio/ Fireplace | | Porch/ Patio/ Fireplace | |
| Fireplace(s), etc. | | | | | | | |
| Fence, Pool, Etc. | Fence | Fence | | Fence | | Fence | |
| Other | Gated community. | | | | | | |
| NET Adj (total) | | ☐ + ☐ - | 23,084.00 | ☐ + ☐ - | 6,716.00 | ☐ + ☐ - | (26,912.00) |
| Adjusted Sales Price of Comparables | | | 728,084.00 | | 706,716.00 | | 748,088.00 |

Page 1 of 2

© 2004 - 2012 Quandis, All Rights Reserved. http://www.quandis.com

## IV. MARKETING STRATEGY

☒ As-Is   ☐ Minimal Lender Required Repairs   ☐ Repaired        Most Likely Buyer: ☒ Owner Occupant   ☐ Investor

## I. REPAIRS

Itemize ALL repairs needed to bring property from the present "as is" condition to average marketable condition for the neighborhood
Check those repairs you recommend that we perform for most successful marketing of the property.

☐ _____ $ _____    ☐ _____ $ _____
☐ _____ $ _____    ☐ _____ $ _____
☐ _____ $ _____    ☐ _____ $ _____
☐ _____ $ _____    ☐ _____ $ _____
☐ _____ $ _____    ☐ _____ $ _____

GRAND TOTAL FOR ALL REPAIRS: $   0.00

## VI. COMPETITIVE LISTINGS

| ITEM | SUBJECT | COMPARABLE NUMBER 1 | +(-)Adj | COMPARABLE NUMBER 2 | +(-)Adj | COMPARABLE NUMBER 3 | +(-)Adj |
|---|---|---|---|---|---|---|---|
| Address: | 23904 LAKESIDE RD | 26806 Fairlain Drive | | 24621 Garland Drive | | 24607 Garland Drive | |
| Proximity to subject: | | 1 mile  REO/Corp ☒ | | 1 mile  REO/Corp ☐ | | 1 mile  REO/Corp ☐ | |
| List Price: | $ | $ 750,000.00 | | $ 750,000.00 | | $ 799,000.00 | |
| Price/Gross Living Area | 226.1 | 230.98 | | 230.98 | | 222.99 | |
| Data Sources | Assessor | MLS | | MLS | | MLS | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-)Adj | DESCRIPTION | +(-)Adj | DESCRIPTION | +(-)Adj |
| Sales/Financing Concessions | | | | | | | |
| Days on Market | | 121 | | 305 | | 137 | |
| Location | Good | Good | | Good | | Good | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site (Lot size ) | 0.11 | 0.13 | | 0.13 | | 0.41 | (3,000.00) |
| View | Good | Good | | Good | | Good | |
| Design and Appeal | Good | Good | | Good | | Good | |
| Quality of Construction | Good | Good | | Good | | Good | |
| Age | 10 | 12 | | 13 | | 13 | |
| Condition | Good | Good | | Good | | Good | |
| Above Grade Room Count | Total 10  Bdms 4  Baths 4 | Total 10  Bdms 4  Baths .00 | | Total 9  Bdms 4  Baths 3 | (5,000.00) | Total 11  Bdms 5  Baths 4 | (5,000.00) |
| Gross Living Area | 3317  Sq.Ft. | 3247  Sq.Ft. | 4,760.00 | 3247  Sq.Ft. | 4,760.00 | 3583  Sq.Ft. | (18,088.00) |
| Basement & Finished Rooms Below Grade | None | None | | None | | None | |
| Functional Utility | Good | Good | | Good | | Good | |
| Heating/Cooling | Central HVAC | Central HVAC | | Central HVAC | | Central HVAC | |
| Energy Efficient Items | Windows, Insultation, Appliances, etc. | Windows, appliances | | Windows, appliances | | Windows, appliances | |
| Garage/Carport | 2CarAtt | 2CarAtt | | 2CarAtt | | 2CarAtt | |
| Porches, Patio, Deck Fireplace(s), etc. | Porch/ Patio/ Fireplace | Porch/ Patio/ Fireplace | | Porch/ Patio/ Fireplace | | Porch/ Patio/ Fireplace | |
| Fence, Pool, Etc. | Fence | Fence | | Fence | | Fence | |
| Other | Gated community. | | | | | | |
| NET Adj (total) | | ☐+ ☐- | 4,760.00 | ☐+ ☐- | 7,260.00 | ☐+ ☐- | (26,088.00) |
| Adjusted Sales Price of Comparables | | | 754,760.00 | | 757,260.00 | | 772,912.00 |

## VII. THE MARKET VALUE (The value must fall within the indicated value of the Competitive Closed Sales )

| | Market Value | Suggested List Price |
|---|---|---|
| AS IS | $ 725,000.00 | $ 750,000.00 |
| REPAIRED | $ 725,000.00 | $ 750,000.00 |

## VIII. COMMENTS   (Include specific positives/negatives, special concerns, encroachments, easements, water rights, environmental concerns, flood zones, etc.)

SC: Gated community, lakefront location.NC: None.

© 2004 - 2012 Quandis, All Rights Reserved. http://www.quandis.com