MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Larren M. Nashelsky
Gary S. Lee
Norman S. Rosenbaum

*Counsel for the Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------- )
  In re:                                             ) Case No. 12-12020 (MG)
                                                      )
  RESIDENTIAL CAPITAL, LLC, <u>et al</u>.,            ) Chapter 11
                                                      )
                            Debtors. ) Jointly Administered
------------------------------------------------------------- )

**NOTICE OF ADJOURNMENT**

    **PLEASE TAKE NOTICE** that the continued hearing on the *Motion of Deborah Bollinger and Bryan Bubnick for Relief from Automatic Stay as to GMAC Mortgage, LLC and Residential Capital, LLC* [Docket No. 677] (the "<u>Motion</u>"), has been adjourned from August 14, 2012 to **August 29, 2012 at 10:00 a.m. ET**, to be heard before the Honorable Martin Glenn, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004.

    **PLEASE TAKE FURTHER NOTICE** that the Debtors shall have until August 22, 2012 at 4:00 p.m. ET to file an objection to the Motion. Any reply by Ms. Bollinger and Mr. Bubnick shall be filed by August 27, 2012 at 12:00 p.m. ET.

i

ny-1052816

Dated: August 3, 2012

  /s/ Norman S. Rosenbaum
Larren M. Nashelsky
Gary S. Lee
Norman S. Rosenbaum
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel to the Debtors and
Debtors in Possession*

ny-1052816