**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: <br><br> **RESIDENTIAL CAPITAL, LLC.,** *et al.*, <br><br><br> **Debtors.** | Chapter 11 <br><br> Case No. 12-12020 (MG) <br><br> **(Jointly Administered)** |

## REQUEST FOR SPECIAL NOTICE

**PLEASE TAKE NOTICE** that Oracle America, Inc. hereby requests that notice of any and all proceedings in the above captioned case be given to its attorneys, and such notice should be addressed as follows:

**Amish R. Doshi, Esq.**
**Magnozzi & Kye, LLP**
23 Green Street, Suite 302
Huntington, NY 11743
Tel: (631) 923-2858
E-Mail: **adoshi@magnozzikye.com**

| | |
|---|---|
| Dated: August 3, 2012 <br>        Huntington, New York | **Respectfully Submitted,** <br><br> By:        /s/ Amish R. Doshi       <br>            Amish R. Doshi, Esq. <br> *Of Counsel* <br> **Magnozzi & Kye, LLP** <br> 23 Green Street, Suite 302 <br> Huntington, New York 11743 <br> Telephone:     (631) 923-2858 <br> E-Mail:       adoshi@magnozzikye.com <br><br> **Attorneys for Oracle America, Inc**. |