**Hearing Date and Time: August 14, 2012 at 10:00 a.m. (prevailing Eastern Time)**

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:     (212) 468-8000
Facsimile:      (212) 468-7900
Larren M. Nashelsky
Gary S. Lee
Norman S. Rosenbaum

*Counsel for the Debtors and*
*Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**NOTICE OF HEARING ON MOTIONS TO LIFT THE STAY**

PLEASE TAKE NOTICE that an omnibus hearing (the "Hearing") has been scheduled for **August 14, 2012 at 10:00 a.m. (prevailing Eastern Time)** before the Honorable Martin Glenn, United States Bankruptcy Judge, in Courtroom 501 at the Bankruptcy Court, One Bowling Green, New York, New York 10004.

PLEASE TAKE FURTHER NOTICE that, as the date hereof, the following motions for relief from the automatic stay not previously noticed for hearing will be heard at the Hearing (collectively, the "Motions"):

(a) Motion [of Corla Jackson] for Relief from Stay [Docket No. 264]

(b) Mary Gardner's Motion for Relief from Stay [Docket No. 462]

(c) Motion to Proceed to Trial / Relief of Automatic Stay / Injunction and Objection to Proof of Claim / Motion to Produce Original Note/Allonge Assignment/All loan Documents/All Original Policies/and Original

      Appraisals by Option One Mortgage [Docket No. 856]

  (d)  Motion [of Kenneth Taggart] for Leave to File Motion Pursuant Stay Relief Oral Argument & Hearing Requested [Docket No. 882]

    PLEASE TAKE FURTHER NOTICE that any objections to the Motions must be in writing, conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and the Notice, Case Management, and Administrative Procedures approved by the Bankruptcy Court [Docket No. 141], be filed electronically by registered users of the Bankruptcy Court's electronic case filing system, and be served, so as to be received no later than **August 7, 2012 at 4:00 p.m. (prevailing Eastern Time)**, upon (a) the Office of the United States Trustee for the Southern District of New York; (b) counsel to the Debtors, Morrison & Foerster LLP, 1290 Avenue of the Americas, New York, NY 10004 (Attn:  Larren M. Nashelsky, Esq., Gary S. Lee, Esq. and Lorenzo Marinuzzi, Esq.); (c) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, NY 10004 (Attn: Tracy Hope Davis, Linda A. Riffkin and Brian S. Masumoto); (d) the Office of the United States Attorney General, U.S. Department of Justice, 950 Pennsylvania Avenue NW, Washington, DC 20530-0001 (Attn: US Attorney General, Eric H. Holder, Jr.); (e) Office of the New York State Attorney General, The Capitol, Albany, NY 12224-0341 (Attn: Nancy Lord, Esq. and Neal Mann, Esq.); (f) Office of the U.S. Attorney for the Southern District of New York, One St. Andrews Plaza, New York, NY 10007 (Attn: Joseph N. Cordaro, Esq.); (g) counsel for Ally Financial Inc., Kirkland & Ellis LLP, 153 East 53rd Street, New York, NY 10022 (Attn: Richard M. Cieri); (h) counsel to Barclays Bank PLC, as administrative agent for the DIP lenders, Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036 (Attn: Ken Ziman & Jonathan H. Hofer); (i) counsel for the official committee of unsecured creditors, Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, NY 10036 (Attn: Kenneth Eckstein & Greg Horowitz); (j) counsel for Nationstar Mortgage LLC, Sidley Austin LLP, One South Dearborn, Chicago, Illinois 60603 (Attn:

Jessica C.K. Boelter); (k) Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 (if by overnight mail, to 2970 Market Street, Mail Stop 5-Q30.133, Philadelphia, PA 19104-5016); and (l) Securities and Exchange Commission, New York Regional Office, 3 World Financial Center, Suite 400, New York, NY 10281-1022 (Attn: George S. Canellos, Regional Director).  Additionally, objections shall be served, so as to be received no later than **August 7, 2012 at 4:00 p.m. (prevailing Eastern Time)**, upon the party that filed the relevant relief from stay motion, as follows:

(a) Motion [of Corla Jackson] for Relief from Stay [Docket No. 264]
- Corla Jackson
  13230 Tom Gaston Road
  Mobile, AL 36695

(b) Mary Gardner's Motion for Relief from Stay [Docket No. 462]
- Richardson Legal Center, LLC
  P.O. Box 6
  Highland Home, AL 36041
  Attn:  Arlene M. Richardson, Esq.

(c) Motion to Proceed to Trial / Relief of Automatic Stay / Injunction and Objection to Proof of Claim / Motion to Produce Original Note/Allonge Assignment/All loan Documents/All Original Policies/and Original Appraisals by Option One Mortgage [Docket No. 856]
- Corla Jackson
  13230 Tom Gaston Road
  Mobile, AL 36695

(d) Motion [of Kenneth Taggart] for Leave to File Motion Pursuant Stay Relief Oral Argument & Hearing Requested [Docket No. 882]
- Kenneth Taggart
  45 Heron Road
  Holland, PA 18966

PLEASE TAKE FURTHER NOTICE that any replies to any Objection must be in writing, conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and the Notice, Case Management, and Administrative Procedures approved by the Bankruptcy Court [Docket No. 141], be filed electronically by registered users of the Bankruptcy Court's electronic case filing system, and be served, so as to

be received no later than **August 10, 2012 at 12:00 p.m. (prevailing Eastern Time)**, upon the parties identified above.

PLEASE TAKE FURTHER NOTICE that if no objections to the Motions are timely filed and served, the Bankruptcy Court may enter an order granting the relief requested in the Motions without further notice or opportunity to be heard afforded to any party.

Dated: August 3, 2012
New York, New York

/s/ Larren M. Nashelsky
Larren M. Nashelsky
Gary S. Lee
Norman S. Rosenbaum
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel for the Debtors and Debtors in Possession*