**CHADBOURNE & PARKE LLP**
Howard Seife
David M. LeMay
N. Theodore Zink, Jr.
30 Rockefeller Plaza
New York, New York 10112
Telephone:  (212) 408-5100
Facsimile:  (212) 541-5369

*Proposed Counsel to the Examiner*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| RESIDENTIAL CAPITAL, LLC, et al., | : | Case No. 12-12020 (MG) |
| | : | |
| Debtors. | : | Jointly Administered |

**NOTICE OF FILING OF EXAMINER'S WORK PLAN**

**PLEASE TAKE NOTICE THAT** on August 6, 2012, Arthur J. Gonzalez, the Court-appointed Examiner (the "Examiner") of Residential Capital, LLC and its affiliated debtors, by and through his undersigned counsel, filed the Examiner's Work Plan [Docket 1010].

Dated: New York, New York
August 6, 2012

**CHADBOURNE & PARKE LLP**

By: */s/ Howard Seife*
Howard Seife
David M. LeMay
N. Theodore Zink, Jr.
30 Rockefeller Plaza
New York, New York 10112
Telephone:  (212) 408-5100
Facsimile:  (212) 541-5369

*Proposed Counsel to the Examiner*

CPAM: 4869115.3