Paul N. Papas II, *pro se*
4727 E Bell Rd.
Ste 45-350
Phoenix, AZ 85032
602-493-2016



RECEIVED
AUG - 6 2012
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RESIDENTIAL CAPITAL, LLC<br>a/k/a RESIDENTIAL CAPITAL CORPORATION<br>1177 Avenue of the Americas<br>New York, New York 10036<br>Debtor | Chapter 11<br>Case No. 12-12020-mg<br>Joint Administration Pending |

## WITHDRAWAL OF MOTION TO CONVERT DEBTOR TO CHAPTER 7 BANKRUPTCY

Claimant, Paul N. Papas II, *Pro Se* relies upon and incorporates by reference his previous filings which can be found at docket number 157, 464, 669, 696, 825, 872, filed Proof of Claim dated June 26, 2012, this Notice of Withdrawal of his Motion To Convert Debtor To Chapter 7 Bankruptcy dated July 17, 2012 and docketed at 880 without prejudice to be renewed after he reviews and evaluates the evidence presented the 341 Creditors Meeting.

EVEN with the benefit of the Creditors Meeting, the exact value of the bankruptcy estate is not known. The business affairs of the Debtor are not sufficiently known to enable a Creditor to make an informed judgment about the Debtor's plan of reorganization.

Dated July 31, 2012

_____
Paul N. Papas II, *pro se*

## Affidavit in Support

I, Paul N. Papas II, state and depose the above information is true based upon personal observation, knowledge and belief under the pains and penalties of perjury dated this 31st day of July 2012.

_____
Paul N. Papas II

## Certificate Of Service

I have served a copy of this upon; United States Trustee, Tracey Hope Davis, 33 Whitehall Street, 21st Floor, NY, NY 10004; Attorney Larren M. Nashelsky, MORRISON & FOERSTER, LLP, 1290 Avenue of the Americas, NY, NY, 10104 and Attorney Wendy Allison Nova, 210 Second Street NE, Minneapolis, MN 55413. by email and/or by Regular Mail as well as those on the July 12, 2012 notice list.
Dated July 31, 2012

_____
Paul N. Papas II