UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: <br><br> RESIDENTIAL CAPITAL, LLC, *et al*., <br><br> Debtors. | Chapter 11 <br><br> Case No. 12-12020 (MG) <br><br> Jointly Administered |

**SUPPLEMENTAL DECLARATION OF TOM A. ROBINSON IN SUPPORT OF THE APPLICATION OF THE DEBTORS FOR ENTRY OF AN ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF DELOITTE & TOUCHE LLP AS INDEPENDENT AUDITOR OF AND ATTEST SERVICE PROVIDER TO THE DEBTORS AND DEBTORS IN POSSESSION *NUNC PRO TUNC* TO MAY 14, 2012**

Pursuant to Rule 2014(a) of the Federal Rules of Bankruptcy Procedure, Tom A. Robinson, under penalty of perjury, declares as follows:

1. I am a partner of the firm of Deloitte & Touche LLP ("**Deloitte & Touche**"), which has an office at 200 Renaissance Center, Suite 3900, Detroit, Michigan. I am duly authorized to make and submit this supplemental declaration (the "**Declaration**") on behalf of Deloitte & Touche in accordance with section 327(a) of title 11 of the United States Code and Rule 2014(a) of the Federal Rules of Bankruptcy Procedures in further support of the application of the above-caption debtors (the "**Debtors**"), dated July 25, 2012, for entry of an order authorizing the employment and retention of Deloitte & Touche as independent auditor of and attest service provider to the Debtors (the "**Application**"), *nunc pro tunc* to May 14, 2012.

2. The statements set forth in this Declaration are based upon my personal knowledge, upon information and belief, and upon client matter records kept in the ordinary course of business that were reviewed by me or other personnel of Deloitte & Touche or its affiliates.

3.  As set forth in paragraph 10(f) of my declaration submitted with the Application (the "**Original Declaration**"), I disclosed that Deloitte & Touche currently acts as the independent auditor of the parent of the Debtors, Ally Financial Inc. ("**Ally**") and its affiliates. I, along with other members of the team providing the services described in the Original Declaration, provide these audit services to Ally. Deloitte & Touche and its affiliates provide other professional services for Ally and certain non-debtor affiliates thereof in matters unrelated to these Cases (as defined in the Original Declaration).

4.  In particular, Deloitte & Touche, its affiliates and the DTT Member Firms (as defined in the Original Declaration) have provided (and anticipate continuing to provide) services to Ally and its affiliates, including in the following areas:

   a.  Audit – An integrated audit of Ally's consolidated financial statements, reviews of interim financial statements and audit services in connection with statutory and regulatory filings. Services in this category include services pertaining to comfort letters for securities issuances and consent to the incorporation of audit reports in filings with the Securities and Exchange Commission.

   b.  Audit Related – Attest services related to servicing and compliance, agreed-upon procedures relating to securitizations and financial asset sales, audits of nonconsolidated entities, internal control reviews, consultation concerning financial accounting and reporting standards, audits in connection with acquisitions and divestitures, employee benefit plan audits and audits of actuarial estimates.

   c.  Tax – Tax compliance, tax planning and tax advice services, including preparation of tax returns and claims for refunds and tax payment-planning services. Tax planning and advice also includes assistance with tax audits and appeals and tax advice related to specific transactions.

5.  Deloitte & Touche has been the independent auditor of Ally for a number of years and has been the independent auditor of the Debtors since 2010. Concurrently providing audit services to both a parent entity and its wholly-owned subsidiaries does not impair Deloitte & Touche's independence, including its objectivity, with respect to the performance of services for

Ally or the Debtors. The services to be performed for the Debtors described in the Original Declaration do not specifically relate to the restructuring efforts of the Debtors and, I understand from the Debtors, that such services would likely have been performed whether or not the Cases had been commenced.

6. Certain DTT Member Firms, as was described in paragraph 10(e) of the Original Declaration, have provided, currently provide or may in the future provide services to certain of the Debtors' non-Debtor affiliates. These DTT Member Firms are not providing services to the Debtors.

7. The Servicing Compliance services described in paragraph 11 of the Application are recurring services provided in the ordinary course of the Debtors' business as delineated in the respective applicable Engagement Letters specified therein. So far as I am aware from the Debtors, such services are not related to the various consent orders and related orders and agreements specified in the Proposed Order (Exhibit 1 to the Application). For example, the compliance audit of GMAC Mortgage and Residential Funding as it relates to the Department of Housing and Urban Development's Consolidated Audit Guide for Audits of HUD Programs (the "**Consolidated Audit Guide**") is performed annually for the Debtors in accordance with the guidance prescribed in the Consolidated Audit Guide and as required by Department of Housing and Urban Development.

8. As was set forth in paragraph 6 of the Original Declaration, Deloitte & Touche undertook a search to determine whether it and/or its affiliates, including Deloitte Tax LLP, Deloitte Consulting LLP and Deloitte Financial Advisory Services LLP and their affiliates, is or has been employed by or has other relationships with any of the Debtors or their affiliates or the other parties in interest as described in more detail in the Original Declaration.

Dated: August 7, 2012

By: /s/ Tom A. Robinson
Tom A. Robinson
Partner
Deloitte & Touche LLP