UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
|  | ) |  |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Chapter 11 |
|  | ) |  |
| Debtors. | ) | Jointly Administered |
|  | ) |  |

### AFFIDAVIT OF DISINTERESTEDNESS

STATE OF GEORGIA    )
                    ) ss:
COUNTY OF GWINNETT  )

**A. Michelle Canter**, being duly sworn, upon his/her oath, deposes and says:

1. I am a **Partner** of **LotsteinLegal PLLC**, located at **4720 Peachtree Industrial Boulevard, Suite 106, Norcross, GA 30071** (the "Firm").

2. The above-captioned debtors and debtors-in-possession (each a "Debtor" and collectively the "Debtors") have requested that the Firm provide legal services to the Debtors, and the Firm has consented to provide such services.

3. The Firm may have performed services in the past, may currently perform services, and may perform services in the future, in matters unrelated to the above-captioned cases (the "Chapter 11 Cases"), for persons that are parties-in-interest in the Debtors' Chapter 11 Cases. The Firm does not perform services for any such person in connection with these Chapter 11 Cases, or have any relationship with any such person, their attorneys, or accountants that would be adverse to the Debtors or their estates.

4. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be employed by the Debtors, claimants, and parties in interest in these Chapter 11 Cases,

5.   Neither I nor **partner or principal** of, or professional employed by, the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principal and regular employees of the Firm.

6.   Neither I nor **partner or principal** of, or professional employed by, the Firm, insofar as I have been able to ascertain, holds, or represents any interest adverse to the Debtors or their estates with respect to the matter(s) upon which this Firm is to be employed.

7.   The Debtors owe the Firm **$0.00** for prepetition services, the payment of which is subject to limitations contained in the United States Bankruptcy Code, 11 U.S.C. § 101, et seq.

8.   As of the Petition Date, the Firm **was not** party to an agreement for indemnification with certain of the Debtors.

9.   The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 30, 2012.

Anna Jones
NOTARY PUBLIC
Gwinnett County, GEORGIA
My Comm. Expires
08/28/2016

Sworn to and subscribed before me this 30th day of July, 2012.

_____
Notary Public

A. Michelle Canter
LotsteinLegal PLLC

ny-1050237

*In re Residential Capital, LLC*, et al.
Chapter 11 Case No. 12-12020 (MG)

# RETENTION QUESTIONNAIRE[1]

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY RESIDENTIAL CAPITAL, LLC, et al. (the "Debtors")

THIS QUESTIONNAIRE WILL BE FILED WITH THE COURT ON YOUR BEHALF. PLEASE REMIT IT TO THE FOLLOWING ADDRESS:

>Morrison & Foerster LLP
>1290 Avenue of the Americas
>New York, New York 10104
>Attn: Norman S. Rosenbaum and Jordan A. Wishnew

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1. Name and address of firm:

   A. Michelle Canter

   LotsteinLegal PLLC

   4720 Peachtree Industrial Blvd. Ste 106

   Norcross, GA 30071

2. Date of original retention: 06/26/2012

3. Brief description of legal services to be provided:

   Mortgage operations.

4. Arrangements for compensation (hourly, contingent, etc.)

   (a) Average hourly rate (if applicable): Hourly

   (b) Estimated average monthly compensation (based on prepetition retention if firm was employed prepetition): N/A

---

[1] All amounts are either owing in U.S. Dollars or have been converted to U.S. Dollars based upon the applicable exchange rate in effect on the Petition Date.

1

ny-1050235

5. Prepetition claims against any of the Debtors held by the firm:

   Amount of claim: $0.00

   Date claim arose: N/A

   Source of claim: N/A

6. Prepetition claims against any of the Debtors held individually by any member, associate, or professional employee of the firm:

   N/A

7. Stock of any of the Debtors currently held by the firm:

   Kind of shares: N/A

   No. of shares: N/A

8. Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

   N/A

9. Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates with respect to the matters on which the above-named firm is to be employed.

   None.

10. Amount of any retainer received from the Debtors held by the firm:

    (a) As of May 14, 2012: $0.00

    (b) Balance remaining after application to invoices due and owing prior to May 14, 2012: $0.00

Name: /s/ A. Michelle Canter

A. Michelle Canter
LotsteinLegal PLLC

Title: Partner

2

ny-1050235