UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020(MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Chapter 11 |
| | ) | |
| Debtors | ) | Jointly Administered |

**AFFIDAVIT OF DISINTERESTEDNESS**

STATE OF ILLINOIS  )
                   ) SS.
COUNTY OF COOK     )

THOMAS J. CUNNINGHAM, being duly sworn, upon his oath, deposes and says:

1. I am a partner of Locke Lord LLP located at 111 South Wacker Drive, Chicago, Illinois 60606 (the "Firm").

2. The above-captioned debtors and debtors-in-possession (each a "Debtor" and collectively the "Debtors") have requested that the Firm provide legal services to the Debtors, and the Firm has consented to provide such services.

3. The Firm may have performed services in the past, may currently perform service, and may perform services in the future, in matters unrelated to the above-captioned cases (the "Chapter 11 Cases"), for persons that are parties-in-interest in the Debtors' Chapter 11 Cases. The Firm does not perform services for any such person in connection with these Chapter 11 Cases, or have any relationship with any such person, their attorneys, or accountants that would be adverse to the Debtors or their estates.

4. As part of its customary practice, the Firm is retained in cases, proceedings and transactions involving many different parties, some of whom may represent or be employed by the Debtors, claimants, and parties in interest in these Chapter 11 Cases.

1906805v.1

5.Neither I nor any other partner, associate, or professional employed by, the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principal and regular employees of the Firm.

6.Neither I nor any other partner, associate, or professional employed by, the Firm, insofar as I have been able to ascertain, holds, or represents any interest adverse to the Debtors or their estates with respect to the matter(s) upon which this Firm is to be employed.

7.The Debtors owe the Firm $114,639.40 (costs $1,058.98) for prepetition services, the payment of which is subject to limitations contained in the United States Bankruptcy Code, 11 U.S.C. § 101, *et seq.*

8.As of the Petition Date, the Firm was not party to an agreement for indemnification with certain of the Debtors.

9.The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 25, 2012.

Thomas J. Cunningham

SUBSCRIBED AND SWORN to before me
this 25th day of July, 2012.

Tiffany Brianne Till
Notary Public

OFFICIAL SEAL
TIFFANY BRIANNE TILL
Notary Public - State of Illinois
My Commission Expires Oct 3, 2012

1906805v.1

*In re Residential Capital, LLC, et al.*
Chapter 11 Case No. 12-12020 (MG)

## RETENTION QUESTIONNAIRE[1]

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY RESIDENTIAL CAPITAL, LLC, et al. (the "Debtors")

THIS QUESTIONNAIRE WILL BE FILED WITH THE COURT ON YOUR BEHALF. PLEASE REMIT IT TO THE FOLLOWING ADDRESS:

> Morrison & Foerster LLP
> 1290 Avenue of the Americas
> New York, New York  10104
> Attn:  Norman S. Rosenbaum and Jordan A. Wishnew

All questions **must** be answered. Please use "none," "not applicable," or "N/A" as appropriate. If more space is needed, please complete on a separate page and attach.

1. Name and address of firm:

    Locke Lord LLP
    111 South Wacker Drive
    Chicago, Illinois  60606

2. Date of original retention:

    August 26, 2003

3. Brief description of legal services to be provided:

    Litigation services ranging from national class actions to contested foreclosures, and including servicing related litigation and compliance advice as well as handling responses to governmental inquiries and investigations, responding to administrative actions and the like.

4. Arrangements for compensation (hourly, contingent, etc.)

    (a) Average hourly rate (if applicable): $332.08

    (b) Estimated average monthly compensation (based on prepetition retention if firm was employed prepetition): $125,000.00

---

[1] All amounts are either owing in U.S. Dollars or have been converted to U.S. Dollars based upon the applicable exchange rate in effect on the Petition Date.

1906856v.2

5. Prepetition claims against any of the Debtors held by the firm:

   Amount of claim: $115,698.38

   Date claim arose: May 1, 2012 – May 14, 2012

   Source of claim: Legal services provided in approximately 60 matters

6. Prepetition claims against any of the Debtors held individually by any member, associate, or professional employee of the firm:

   Name: None

   Status: None

   Amount of claim: None

   Date claim arose: None

   Source of claim: None

7. Stock of any of the Debtors currently held by the firm:

   Kind of shares:    None

   No. of shares:     None

8. Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

   No member, associate or professional employee of the Firm has reported owning any stock of any of the Debtors.

   Name: n/a

   Status: n/a

   Kind of shares: n/a

   No. of shares: n/a

9. Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates with respect to the matters on which the above-named firm is to be employed.

   None.

10. Amount of any retainer received from the Debtors held by the firm:

(a) As of May 14, 2012: $390,305.77

(b) Balance remaining after application to invoices due and owing prior to May 14, 2012: $272,176.19

_____
Name:    Thomas J. Cunningham
Title     Partner

3

1906856v.2