**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------    )
                                                          )
In re:                                                    )    Case No. 12-12020 (MG)
                                                          )
RESIDENTIAL CAPITAL, LLC, et al.,                         )    Chapter 11
                                                          )
                                    Debtors.              )    Jointly Administered
                                                          )
-------------------------------------------------------    )

## AFFIDAVIT OF DISINTERESTEDNESS

STATE OF NEW YORK        )
                         ) ss:
COUNTY OF WESTCHESTER)

**MARK R. KNUCKLES**, being duly sworn, upon his oath, deposes and says:

1.      I am a managing member of Knuckles, Komosinski & Elliott, LLP,

located at 565 Taxter Road, Suite 590, Elmsford, NY 10523 (the "Firm").

2.      The above-captioned debtors and debtors-in-possession (each a "Debtor"

and collectively the "Debtors") have requested that the Firm provide legal services to the

Debtors, and the Firm has consented to provide such services.

3.      The Firm may have performed services in the past, may currently perform

services, and may perform services in the future, in matters unrelated to the above-captioned

cases (the "Chapter 11 Cases"), for persons that are parties-in-interest in the Debtors' Chapter 11

Cases. The Firm does not perform services for any such person in connection with these

Chapter 11 Cases, or have any relationship with any such person, their attorneys, or accountants

that would be adverse to the Debtors or their estates.

4.      As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be employed by the Debtors, claimants, and parties in interest in these Chapter 11 Cases,

5.      Neither I, nor any professional employed by the Firm, have agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principal and regular employees of the Firm.

6.      Neither I, nor any professional employed by the Firm, insofar as I have been able to ascertain, holds, or represents any interest adverse to the Debtors or their estates with respect to the matter(s) upon which this Firm is to be employed.

7.      The Debtors owe the Firm **$21,714.74** for prepetition services, the payment of which is subject to limitations contained in the United States Bankruptcy Code, 11 U.S.C. § 101, et seq.

8.      As of the Petition Date, the Firm **was not** party to an agreement for indemnification with certain of the Debtors.

9.      The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing

is true and correct.

Executed on August 1, 2012

_____

**MARK R. KNUCKLES**

Sworn to and subscribed before me

this 1ST day of August, 2012

_____
Notary Public

Gretchen A. McAlpin
Notary Public, State of New York
No. 01MC6027695
Qualified in Westchester County
Commission Expires July 12, 20 15

ny-1050237

*In re Residential Capital, LLC*, et al.
Chapter 11 Case No. 12-12020 (MG)

## RETENTION QUESTIONNAIRE[1]

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY RESIDENTIAL CAPITAL, LLC, et al. (the "Debtors")

THIS QUESTIONNAIRE WILL BE FILED WITH THE COURT ON YOUR BEHALF. PLEASE REMIT IT TO THE FOLLOWING ADDRESS:

> Morrison & Foerster LLP
> 1290 Avenue of the Americas
> New York, New York 10104
> Attn: Norman S. Rosenbaum and Jordan A. Wishnew

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1.    Name and address of firm:

Knuckles, Komosinski & Elliot, LLP

565 Taxter Road, Suite 590

Elmsford, NY 10523

2.    Date of original retention: On or about October 1, 2008

3.    Brief description of legal services to be provided:

Represent GMAC in creditor's rights and lender liability litigation.

4.    Arrangements for compensation (hourly, contingent, etc.)

(a) Average hourly rate (if applicable): $250.00.

(b) Estimated average monthly compensation (based on prepetition retention if firm was employed prepetition):

Approximately $30,000.00.

---

[1]    All amounts are either owing in U.S. Dollars or have been converted to U.S. Dollars based upon the applicable exchange rate in effect on the Petition Date.

ny-1050235

5.      Prepetition claims against any of the Debtors held by the firm:

Amount of claim:$21,714.74

Date claim arose: Multiple files worked between 11/2011 and 04/2012.

Source of claim: Legal fees in representing GMAC.

6.      Prepetition claims against any of the Debtors held individually by any member, associate, or professional employee of the firm:

Name:  None

Status:  n/a

Amount of Claim: n/a

Date claim arose: n/a

Source of Claim: n/a

7.      Stock of any of the Debtors currently held by the firm:

Kind of shares: None

No. of shares: n/a

8.      Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

Name: None

Status: n/a

Kind of shares: n/a

No. of shares: n/a

9.      Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates with respect to the matters on which the above-named firm is to be employed.

None

2

ny-1050235

10.    Amount of any retainer received from the Debtors held by the firm:

(a) As of May 14, 2012:  None

(b) Balance remaining after application to invoices due and owing
prior to May 14, 2012:

n/a

Name: Mark R. Knuckles

Title: Managing Member

3