UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | Case No. 12-12020 (MG) |
|---|---|
| RESIDENTIAL CAPITAL, LLC, et al., <br> v. <br>          Debtors. | Chapter 11 <br><br> Jointly Administered |

**AFFIDAVIT OF DISINTERESTEDNESS**

STATE OF MINNESOTA  )
                               )ss.
COUNTY OF HENNEPIN  )

Ellen B. Silverman, being duly sworn, upon her oath, deposes and says:

1. I am an attorney of Hinshaw & Culbertson LLP, located at 333 South Seventh Street, Suite 2000, Minneapolis, Minnesota 55402 (the "Firm").

2. The above-captioned debtors and debtors-in-possession (each a "Debtor" and collectively the "Debtors,") have requested that the Firm provide legal services to the Debtors, and the Firm has consented to provide such services.

3. The Firm may have performed services in the past, may currently perform services, and may perform services in the future, in matters unrelated to the above-captioned cases (the "Chapter 11 Cases"), for persons that are parties-in-interest in the Debtors' Chapter 11 Cases. The Firm does not perform services for any such person in connection with these Chapter 11 Cases, or have any relationship with any such person, their attorneys, or accountants that would be adverse to the Debtors or their estates.

121462171v1 2729

4. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be employed by the Debtors, claimants, and parties in interest in these Chapter 11 Cases.

5. Neither I nor any principal, partner, director, officer, etc. of, or professional employed by, the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principal and regular employees of the Firm.

6. Neither I nor any principal, partner, director, officer, etc. of, or professional employed by, the Firm, insofar as I have been able to ascertain, holds, or represents any interest adverse to the Debtors or their estates with respect to the matter(s) upon which this Firm is to be employed.

7. The Debtors owe the Firm [$94,584.14] for prepetition services, the payment of which is subject to limitations contained in the United States Bankruptcy Code, 11 U.S.C. § 101, et seq.

8. As of the Petition Date, the Firm was not party to an agreement for indemnification with certain of the Debtors.

9. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

121462171v1 2729

Executed on August 2, 2012

                                                                           Ellen B. Silverman

Sworn to and subscribed before me
this 2nd day of August, 2012

_____
Notary Public

JENNIFER B. MCCONNELL
NOTARY PUBLIC-MINNESOTA
My Commission Expires Jan. 31, 2015

121462171v1 2729

*In re Residential Capital, LLC, et al.*
Chapter 11 Case No. 12-12020 (MG)

# RETENTION QUESTIONNAIRE[1]

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY RESIDENTIAL CAPITAL, LLC, et al. (the "Debtors").

THIS QUESTIONNAIRE WILL BE FILED WITH THE COURT ON YOUR BEHALF. PLEASE REMIT IT TO THE FOLLOWING ADDRESS

> Morrison & Foerster LLP
> 1290 Avenue of the Americas
> New York, New York 10104
> Attn: Norman S. Rosenbaum and Jordan A. Wishnew

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1. Name and address of firm:

   Hinshaw & Culbertson LLP
   222 North LaSalle Street, Suite 300
   Chicago, Illinois 60601-1081

2. Date of original retention: 2003

3. Brief description of legal services to be provided:

   Mortgage foreclosure related litigation for various cases across the country, including defense of counterclaims and independent claims brought in connection with foreclosure and eviction actions.

4. Arrangements for compensation (hourly, contingent, etc.)

   (a) Average hourly rate (if applicable): Varies by office - $235 - $300.

---

[1] All amounts are either owing in U.S. Dollars or have been converted to U.S. Dollars based upon the applicable exchange rate in effect on the Petition Date.

(b)   Estimated average monthly compensation (based on prepetition retention if firm was employed prepetition): TOTAL FEES $20,000 - $50,000

5. Prepetition claims against any of the Debtors held by the firm:

   Amount of claim:   $94,584.14

   Date claim arose:   Various since late 2010

   Source of claim:   Mortgage foreclosure related litigation for GMAC Mortgage

6. Prepetition claims against any of the Debtors held individually by any member, associate, or professional employee of the firm:

   Name:   Maura K. McKelvey, Partner

   Richard B. Polony, Partner

   Ellen B. Silverman, Partner

   H. Keith Thomerson, Partner

   Amount of Claim:   See attached

   Date claim arose:   See attached

   Source of Claim:   See attached

7. Stock of any of the Debtors currently held by the firm: NONE KNOWN AT THIS TIME

   Kind of shares: _____

   No. of shares: _____

8. Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm: NONE KNOWN AT THIS TIME

   Name: _____

   Status: _____

   Kind of shares: _____

   No. of shares: _____

2

9. Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates with respect to the matters on which the above-named firm is to be employed: <u>NONE KNOWN AT THIS TIME</u>

10. Amount of any retainer received from the Debtors held by the firm:

    (a) As of May 14, 2012: <u>- 0 -</u>

    (b) Balance remaining after application to invoices due and owing prior to May 14, 2012: <u>- 0 -</u>

Name: <u>Ellen B. Silverman</u>

Title: <u>Partner</u>

121462170v1 2729