QUARLES & BRADY LLP
One Renaissance Square
Two North Central Avenue
Phoenix, Arizona 85004-2391
Telephone: (602) 229-5436
Facsimile: (602) 229-5690
John Maston O'Neal, Esq. (AZ Bar No. 015945)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| RESIDENTIAL CAPITAL, LLC, et al., | Case No. 12-12020-MG |
| Debtors. | Jointly Administered |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, John Maston O'Neal, request admission, *pro hac vice*, before the Honorable Martin Glenn, to represent OneWest Bank, a secured creditor in the above-referenced cases.

***I certify that I am a member in good standing*** of the bar in the State of Arizona and the bar of the United States District Court for the District of Arizona.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: August 7, 2012
       Phoenix, Arizona

/s/ John Maston O'Neal
John Maston O'Neal

QUARLES & BRADY LLP
One Renaissance Square
Two North Central Avenue
Phoenix, AZ  85004-2391
Telephone: (602) 229-5708
Facsimile: (602) 229-5690
Email: john.oneal@quarles.com

Attorneys for OneWest Bank

QB\136701.00059\17698435.1