MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:    (212) 468-8000
Facsimile:    (212) 468-7900
Gary S. Lee
Jamie A. Levitt
Lorenzo Marinuzzi
Jordan A. Wishnew

*Counsel for the Debtors and*
*Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------
                                                                  )
 In re:                                                           )    Case No. 12-12020 (MG)
                                                                  )
 RESIDENTIAL CAPITAL, LLC, et al.,         )    Chapter 11
                                                                  )
                        Debtors.                       )    Jointly Administered
---------------------------------------------------------------   )

**DEBTORS' EXHIBIT LIST FOR HEARING**
**ON DEBTORS' KEIP/KERP MOTION**

| EXHIBIT | DESCRIPTION |
|---|---|
| 1 | Mercer Analysis of the KEIP and the KERP, **filed as Exhibit 1 to the Declaration of John Dempsey in Support of Debtors' Motion for an Order Pursuant to Sections 105(a), 363(b)(1) and 503(c)(3) of the Bankruptcy Code Authorizing (I) Implementation of (A) a Key Employee Retention Plan for Certain Non-Insiders and (B) a Key Employee Incentive Plan for Certain Insiders and (II) Payment of Any Obligations Arising Thereunder as Administrative Expenses ("KEIP/KERP Motion") [Dkt. No. 812]** |
| 2 | Spreadsheet containing the following information for employees: (1) 2012 Base, (2) Estimated Incentive (AIP & Equity), (3) Deferred Payments, (4) Deferred Payment Due Date, (5) Grant Year, (6) KEIP/KERP Amount, and (7) Job Rationale, **filed as Exhibit 1 to Supplemental Declaration of Anne Janiczek in Further Support of the KEIP/KERP Motion [Dkt. No. 1005]** |
| 3 | Sample Business Continuity Incentive Program ("BCIP") letter, **filed as Exhibit 1 to the Declaration of John E. Mack in Support of the KEIP/KERP Motion [Dkt. No. 1005]** |

ny-1053577                                                         1

|  |  |
|---|---|
| Dated:  August 7, 2012<br>New York, New York | */s/* Gary S. Lee<br>Gary S. Lee<br>Jamie A. Levitt<br>Lorenzo Marinuzzi<br>Jordan A. Wishnew<br><br>MORRISON & FOERSTER LLP<br>1290 Avenue of the Americas<br>New York, New York 10104<br>Telephone: (212) 468-8000<br>Facsimile: (212) 468-7900<br><br>Counsel for the Debtors and<br>Debtors in Possession |

ny-1053577