UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x
                                          :
In re                                     :        **Chapter 11**
                                          :
**RESIDENTIAL CAPITAL, LLC, et al.,** [1]  :        **Case No. 12-12020 (MG)**
                                          :
                                          :
                                          :        **(Jointly Administered)**
              **Debtors.**                :
----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

I, Melissa Loomis, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors.

A.  On July 26, 2012, at my direction and under my supervision, employees of KCC caused the following documents to be served via Overnight Mail on the Special Service List attached hereto as **Exhibit A**, via Electronic Mail on the Monthly Service List attached hereto as **Exhibit B**, and on the additional parties as indicated below:

1.  Final Order Under Sections 105(a), 363, 364, 503(b), 1107(a), and 1108 of the Bankruptcy Code Authorizing the Debtors to (I) Process and Where Applicable Fund Prepetition Mortgage Loan Commitments, (II) Continue Brokerage, Origination and Sale Activities Related to Loan Securitization, (III) Continue to Perform, and Incur Postpetition Secured Indebtedness, Under the Mortgage Loan Purchase and Sale Agreement with Ally Bank and Related Agreements, (IV) Pay Certain Prepetition Amounts Due to Critical Origination Vendors, and (V) Continue Honoring Mortgage Loan Repurchase Obligations Arising in Connection with Loan Sales and Servicing, Each in the Ordinary Course of Business [Docket No. 898] and via First Class Mail on the Critical Vendors Service List and the Government Agencies Service List attached hereto as **Exhibit C**:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Residential Capital, LLC (0738); ditech, LLC (7228); DOA Holding Properties, LLC (4257); DOA Properties IX (Lots-Other), LLC (3274), EPRE LLC (7974); Equity Investment I, LLC (2797); ETS of Virginia, Inc. (1445); ETS of Washington, Inc. (0665); Executive Trustee Services, LLC (8943); GMAC Model Home Finance I, LLC (8469); GMAC Mortgage USA Corporation (6930); GMAC Mortgage, LLC (4840); GMAC Residential Holding Company, LLC (2190); GMAC RH Settlement Services, LLC (6156); GMACM Borrower LLC (4887); GMACM REO LLC (2043); GMACR Mortgage Products, LLC (6369); GMAC-RFC Holding Company, LLC (3763); HFN REO Sub II, LLC (N/A); Home Connects Lending Services, LLC (9412); Homecomings Financial Real Estate Holdings, LLC (6869); Homecomings Financial, LLC (9458); Ladue Associates, Inc. (3048); Passive Asset Transactions, LLC (4130); PATI A, LLC (2729); PATI B, LLC (2937); PATI Real Estate Holdings, LLC (5201); RAHI A, LLC (3321); RAHI B, LLC (3553); RAHI Real Estate Holdings, LLC (5287); RCSFJV204, LLC (2722); Residential Accredit Loans, Inc. (8240); Residential Asset Mortgage Products, Inc. (5181); Residential Asset Securities Corporation (2653); Residential Consumer Services of Alabama, LLC (5449); Residential Consumer Services of Ohio, LLC (4796); Residential Consumer Services of Texas, LLC (0515); Residential Consumer Services, LLC (2167); Residential Funding Company, LLC (1336); Residential Funding Mortgage Exchange, LLC (4247); Residential Funding Mortgage Securities I, Inc. (6294); Residential Funding Mortgage Securities II, Inc. (8858); Residential Funding Real Estate Holdings, LLC (6505); Residential Mortgage Real Estate Holdings, LLC (7180); RFC Asset Holdings II, LLC (4034); RFC Asset Management, LLC (4678); RFC Borrower LLC (5558); RFC Constructing Funding, LLC (5730); RFC REO LLC (2407); RFC SFJV-2002, LLC (4670); RFC-GSAP Servicer Advance, LLC (0289)

1. Order Under Bankruptcy Code Sections 105(a) and 362 Granting Limited Relief from the Automatic Stay to Permit the Issuance of a Decision by the Maine Supreme Court in the Maine Action [Docket No. 899], via First Class Mail on Counsel to the Main Plaintiffs attached hereto as **Exhibit D**, and via Electronic Mail on Counsel to the Main Plaintiffs attached hereto as **Exhibit E**:

2. Order Authorizing Employment and Retention of Fortace LLC as Consultant to the Debtors Nunc Pro Tunc to May 21, 2012 [Docket No. 900] and via First Class Mail on the Service List attached hereto as **Exhibit F**:

3. Order Authorizing Employment and Retention of Towers Watson Delaware Inc. as Human Resources Consultant to the Debtors Nunc Pro Tunc to June 25, 2012 [Docket No. 901] and via First Class Mail on the Service List attached hereto as **Exhibit G**:

4. Order Under Sections 327(a) and 328(a) of the Bankruptcy Code, Bankruptcy Rule 2014(a) and Local Rule 2014-1 Authorizing the Employment and Retention of FTI Consulting, Inc. as Financial Advisor Nunc Pro Tunc to May 14, 2012 [Docket No. 902] and via First Class Mail on the Service List attached hereto as **Exhibit H**:

5. Consent Order Pursuant to 11 U.S.C. § 362(d) Modifying the Automatic Stay Imposed by 11 U.S.C. § 362(a) [Docket No. 903], via First Class Mail on Counsel to Community South Bank attached hereto as **Exhibit I** and via Electonic Mail on Counsel to Community South Bank attached hereto as **Exhibit J**:

6. Stipulation and Order Modifying Automatic Stay to Effect Termination Notice [Docket No. 904] ], via First Class Mail on Counsel to Shellpoint Partners attached hereto as **Exhibit K** and via Electonic Mail on Counsel to Shellpoint Partners attached hereto as **Exhibit L**:

7. :

8. Order Under Section 327(e) of the Bankruptcy Code, Bankruptcy Rule 2012(a) and Local Rule 2014-1 Authorizing the Employment and Retention of Severson & Werson PC as Special California Litigation Counsel to the Debtors, Nunc Pro Tunc to May 14, 2012 [Docket No. 905] and via First Class Mail on the Service List attached hereto as **Exhibit M**:

9. Order Under Section 327(e) of the Bankruptcy Code, Bankruptcy Rule 2014(a) and Local Rule 2014-1 Authorizing the Employment and Retention of Carpenter Lipps & Leland LLP as Special Litigation Counsel to the Debtors, Nunc Pro Tunc to May 14, 2012 [Docket No. 907] and via First Class Mail on the Service List attached hereto as **Exhibit N**:

10. Order Under Bankruptcy Code Sections 327(a) and 328(a) Authorizing Employment and Retention of Centerview Parters LLC as Debtors' Investment Banker Nunc Pro Tunc to the Petition Date [Docket No. 920] and via First Class Mail on the Service List attached hereto as **Exhibit O**:

11. Notice of Status Conference Regarding (I) Debtors' Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of RMBS Trust Settlement Agreements, and (II) Order Under 11 U.S.C. §§ 105, 363(b) and 365 (I) Authorizing and Approving Sale Procedures, Including Payment of Break-Up Fees; (II) Scheduling Bid Deadline, Auction (if Necessary) and Sale Hearing; (III) Establishing Assumption and Assignment Procedures Including Procedures for Fixing Cure Amounts; and (IV) Establishing Notice Procedures and Approving Forms of Notice [Docket No. 922], via

Overnight Mail on the Hearing Parties List attached hereto as **Exhibit P** and via Electronic Mail on the Hearing Parties List attached hereto as **Exhibit Q**:

12. Notice Regarding Telephonic Participation in the Conference Scheduled for July 30, 2012 at 3:00 P.M. (ET) [Docket No. 923], via Overnight Mail on the Hearing Parties List attached hereto as **Exhibit P** and via Electronic Mail on the Hearing Parties List attached hereto as **Exhibit Q**:

Dated:  August 7, 2012

_____/s/ Melissa Loomis_____
Melissa Loomis

State of California

County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 7th of August, 2012, by Melissa Loomis, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature:  ___/s/ Lydia Pastor Nino_____
My Commission Expires:  ___11/18/2015____

# **Exhibit A**

**Exhibit A**
**Special Service List**

| Party Description | Name | Notice Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Proposed Counsel to the Examiner, Arthur J Gonzalez | Chadbourne & Parke LLP | Attn Howard Seife & David M LeMay | 30 Rockefeller Plaza | | New York | NY | 10112 |
| Secured lender under the Mortgage Servicing Rights Facility | Citibank NA | Attn Bobbie Theivakumaran | 390 Greenwich St 6th Fl | | New York | NY | 10013 |
| Indenture Trustee to Unsecured Notes / Top 50 Creditor | Deutsche Bank Trust Company Americas | c/o Kelvin Vargas | 25 De Forest Ave | | Summit | NJ | 07901 |
| Prepetition Lender - Fannie EAF | Fannie Mae | Attn Peter McGonigle | 1835 Market St Ste 2300 | | Philadelphia | PA | 19103 |
| Internal Revenue Service | Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | Philadelphia | PA | 19101-7346 |
| Internal Revenue Service | Internal Revenue Service | Insolvency Section | 31 Hopkins Plz Rm 1150 | | Baltimore | MD | 21201 |
| Counsel to US Bank National Association as Indenture Trustee to the Debtors' Prepetition Junior Secured Notes | Kelley Drye & Warren LLP | James S Carr & Eric R Wilson | 101 Park Ave | | New York | NY | 10178 |
| Counsel to the Equity Security Holders (Ally Financial and Ally Bank) | Kirkland & Ellis | Richard M Cieri | 601 Lexington Ave | | New York | NY | 10022 |
| Counsel to the Ally Financial Inc. & Ally Bank | Kirkland & Ellis LLP | Attn Ray C Schrock & Stephen E Hessler | 601 Lexington Ave | | New York | NY | 10022-4611 |
| Counsel to the Official Committee of Unsecured Creditors | Kramer Levin Naftallis & Frankel LLP | Kenneth H Eckstein, Thomas Moers Mayer & Douglas H Mannal | 117 Avenue of the Americas | | New York | NY | 10036 |
| Residential Capital LLC | Morris & Foerster LLP | Attn Tammy Hamzehpour | 1290 Avenue of the Americas | | New York | NY | 10104 |
| Stalking Horse Bidder, Nationstar Mortgage | Nationstar Mortgage LLC | Attn: General Counsel | 350 Highland Drive | | Lewisville | TX | 75067 |
| Office of the New York Attorney General | Office of the NY State Attorney General | Nancy Lord & Neal Mann | The Capitol | | Albany | NY | 12224-0341 |
| Office of the United States Attorney for the Southern District of New York | Office of the US Attorney for the Southern District of NY | United States Attorney Preet Bharara | One St Andrews Plaza | | New York | NY | 10007 |
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | Secretary of the Treasury | 100 F St NE | | Washington | DC | 20549 |
| Securities and Exchange Commission - New York Regional Office | Securities & Exchange Commission NY Regional Office | George S Canellos Regional Director | 3 World Financial Center Ste 400 | | New York | NY | 10281-1022 |
| Counsel to Nationstar | Sidley Austin LLP | Larry J Nyhan & Jessica CK Boelter | One Dearborn | | Chicago | IL | 60603 |
| Counsel to the administrative agent for the Debtors' proposed providers of debtor in possession financing | Skadden Arps Slate Meagher & Flom LLP | Jonathan H. Hofer | Four Times Square | | New York | NY | 10036 |
| Counsel to Barclays Bank PLC | Skadden Arps Slate Meagher & Flom LLP | Ken Ziman | Four Times Square | | New York | NY | 10036 |
| Counsel to the administrative agent for the Debtors' proposed providers of debtor in possession financing | Skadden Arps Slate Meagher & Flom LLP | Sarah M Ward | Four Times Square | | New York | NY | 10036 |
| Counsel to Barclays Bank PLC | Skadden Arps Slate Meagher & Flom LLP | Suzanne D T Lovett | Four Times Square | | New York | NY | 10036 |

**Exhibit A**
**Special Service List**

| Party Description | Name | Notice Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Indenture Trustee under the Pre-Petition GSAP Facility | The Bank of New York Mellon | Asset-Backed Securities Group | 101 Barclay St 4W | | New York | NY | 10286 |
| Indenture Trustee to the Debtors' Prepetition Junior Secured Notes | U.S. Bank National Association | Attn: George Rayzis | 50 South 16 th Street | Suite 2000 | Philadelphia | PA | 19102 |
| Indenture Trustee to the Debtors' Prepetition Junior Secured Notes | U.S. Bank National Association | Attn: Irina Palchuk | 60 Livingston Avenue | EP-MN-WS1D | St. Paul | MN | 55107 |
| Office of the United States Attorney General | U.S. Department of Justice | US Attorney General, Eric H. Holder, Jr. | 950 Pennsylvania Ave NW | | Washington | DC | 20530-0001 |
| Counsel to the United State of America | United States Attorney's Office for the Southern District of New York civil Division | Attn Joseph Cordaro | 86 Chambers St 3rd Fl | | New York | NY | 10007 |
| Office of the United States Trustee for the Southern District of New York | US Trustee for the Southern District of NY | Tracy Hope Davis, Linda A. Riffkin and Brian S. Masumoto | 33 Whitehall St 21st Fl, Region 2 | | New York | NY | 10004 |
| GMEN Indenture Trustee at Corporate Trust Office | Wells Fargo Bank NA | Attn Corporate Trust Services - GMACM Home Equity Notes 2004 Variable Funding Trust | PO Box 98 | | Columbia | MD | 21046 |

# **Exhibit B**

**Exhibit B**
**Monthly Service List**
**Served via Electronic Mail**

| Party Description | Name | Notice Name | Email |
|---|---|---|---|
| PennyMac Loan Services, LLC | Aldridge Connors LLP | Bankruptcy Department | ecfmail@aclawllp.com |
| Ally Bank | Ally Bank | Tom Houghton | tom.houghton@ally.com |
| Secured Lender under the Secured Revolver and Line of Credit | Ally Financial Inc | Jeffrey Brown Corporate Treasurer | jeff.brown@gmacfs.com<br>william.b.solomon@ally.com |
| Counsel to Wells Fargo Bank, N.A. in its capacity as trustee, indenture trustee or master servicer of certain RMBS trusts | Alston & Bird LLP | John C Weitnauer Esq | kit.weitnauer@alston.com |
| Counsel to Wells Fargo Bank, N.A. in its capacity as trustee, indenture trustee or master servicer of certain RMBS trusts | Alston & Bird LLP | Martin G Bunin Esq & William Hao Esq | marty.bunin@alston.com<br>william.hao@alston.com |
| Counsel to Wells Fargo Bank, N.A. in its capacity as trustee, indenture trustee or master servicer of certain RMBS trusts | Alston & Bird LLP | William B Macurda | bill.macurda@alston.com |
| Counsel to the Texas Comptroller of Public Accounts | Assistant Attorney General | John Mark Stern bankruptcy & Collections Division | john.stern@texasattorneygeneral.gov |
| Securitization/HELOC Trustee | Bank of New York Mellon | Sarah Stout & Jennifer J Provenzano | Sarah.Stout@BNYMellon.com<br>Jennifer.Provenzano@BNYMellon.com<br>Michael.Spataro@BNYMellon.com<br>Mageshwaran.Ramasamy@BNYMellon.com |
| Barclays Bank PLC, as administrative agent under the Pre-Petition GSAP Facility | Barclays Bank PLC | Alicia Borys & Patrick Kerner | alicia.borys@barclays.com<br>patrick.kerner@barclays.com |
| Barclays Bank PLC, as administrative agent under the Pre-Petition GSAP Facility | Barclays Bank PLC | Joe Tricamo & May Wong | xrausloanops5@barclays.com |
| Counsel to USAA Federal Savings Bank | Barnes & Thornburg LLP | David M Powlen | david.powlen@btlaw.com |
| Creditor | Barry B Eskanos JD MPA & Ami B Eskanos | | bbeskanos@aol.com |
| Counsel to Cambridge Place Investments Management Inc. | Bernstein Litowitz Berger & Grossmann LLP | David R Stickney & Jonathan D Uslaner & Matthew P Jubenville | davids@blblgaw.com<br>jonathanu@blblgaw.com<br>matthewj@blblgaw.com |
| Counsel to Cambridge Place Investments Management Inc. | Bernstein Litowitz Berger & Grossmann LLP | Jai K Chandrasekhar | jai@blblgaw.com |
| Buyer under the Pre-Petition Ally Repo Facility | BMMZ Holding LLC | c/o Ally Financial Inc, Attn Courtney Lowman | courtney.lowman@ally.com |
| Top 50 Creditors | Brian Kessler, et al | c/o Walters Bender Strohbehn & Vaughan, P.C. | jhaake@wbsvlaw.com |
| Counsel to MBIA Insurance Corporation | Cadwalader Wickersham & Taft LLP | Gregory M Petrick & Ingrid Bagby | gregory.petrick@cwt.com<br>ingrid.bagby@cwt.com |
| Counsel to MBIA Insurance Corporation | Cadwalader Wickersham & Taft LLP | Mark C Ellenberg Esq | mark.ellenberg@cwt.com |
| Counsel to  an Ad Hoc Consortium of RMBS holders | Carter Ledyard & Milburn LLP | Aaron R Cahn & Leonardo Trivigno | bankruptcy@clm.com |
| Proposed Counsel to the Examiner, Arthur J Gonzalez | Chadbourne & Parke LLP | Attn Howard Seife & David M LeMay | hseife@chadbourne.com<br>dlemay@chadbourne.com |
| Secured lender under the Mortgage Servicing Rights Facility | Citibank NA | Attn Bobbie Theivakumaran | bobbie.theivakumaran@citi.com |
| Counsel to Lead Plaintiff | Cohen Milstein Sellers & Toll PLLC | Joel P Laitman, Christopher Lometti, Michael B Eisenkraft, Daniel B Rehns & Kenneth M Rehns | jlaitman@cohenmilstein.com<br>clometti@cohenmilstein.com<br>meisenkraft@cohenmilstein.com<br>drehns@cohenmilstein.com<br>krehns@cohenmilstein.com |
| Counsel to HP Enterprise Services LLC | Cole Schotz Meisel Forman & Leonard PA | Michael D Warner & Emily S Chou | mwarner@coleschotz.com<br>echou@coleschotz.com |
| Commonwealth of Pennsylvania, Department of Labor and Industry, Office of Unemployment Compensation Tax Services (UCTS) | Commonwealth of Pennsylvania, Department of Labor and Industry | Joseph Kots | ra-li-ucts-bankrupt@state.pa.us |
| Counsel to MidFirst Bank | Crowe & Dunlevy PC | William H. Hoch | will.hoch@crowedunlevy.com |
| Proposed Conflicts Counsel for the Debtors | Curtis Mallet-Prevost Colt & Mosle LLP | Maryann Gallagher Esq | mgallagher@curtis.com |
| Proposed Conflicts Counsel for the Debtors | Curtis Mallet-Prevost Colt & Mosle LLP | Michael A Cohen Esq | macohen@curtis.com |
| Proposed Conflicts Counsel for the Debtors | Curtis Mallet-Prevost Colt & Mosle LLP | Steven J Reisman Esq | sreisman@curtis.com |
| Counsel to Bank of New York Mellon Trust Company NA | Dechert LLP | Glenn E Siegel, Hector Gonzalez, Brian E Greer & Mauricio A Espana | glenn.siegel@dechert.com<br>hector.gonzalez@dechert.com<br>brian.greer@dechert.com<br>mauricio.espana@dechert.com |
| Securitization Trustee | Deutsche Bank | Rosa Mendez | rosa.mendez@db.com |
| Member of Official Committee of Unsecured Creditors | Deutsche Bank Trust Company Americas | Attn Brendan Meyer | Brendan.meyer@db.com |

**Exhibit B**
**Monthly Service List**
**Served via Electronic Mail**

| Party Description | Name | Notice Name | Email |
|---|---|---|---|
| Indenture Trustee to Unsecured Notes / Top 50 Creditor | Deutsche Bank Trust Company Americas | c/o Kelvin Vargas | kelvin.vargas@db.com |
| Interested Party, Diem T Nguyen | Diem T Nguyen | | diem.home@gmail.com |
| Counsel to Green Planet Servicing LLC | Duane Morris LLP | Gerald S Catalanello Esq & james J Bincequerra Esq | gcatalanello@duanemorris.com jvincequerra@duanemorris.com |
| Prepetition Lender - Fannie EAF | Fannie Mae | Attn Peter McGonigle | peter_mcgonigle@fanniemae.com |
| GSE - Fannie Mae | Fannie Mae | Catherine Lasher | catherine_lasher@fanniemae.com |
| Counsel to Bank of America NA, Aurora Loan Services & Residential Capital LLC | Fein Such & Crane LLP | Mark K Broyles Esq | broylesmk@rgcattys.com |
| Counsel to the FDIC | FDIC | Dennis J Early | dearly@fdic.gov |
| Counsel to TCF National Bank | Foley & Mansfield PLLP | Thomas J Lallier | tlallier@foleymansfield.com |
| Counsel to Freddie Mac | Freddie Mac | Kenton W Hambrick Associate General Counsel | kenton_hambrick@freddiemac.com |
| Counsel to Mercer (US) Inc. | Freeborn & Peters LLP | Devon J Eggert Esq | deggert@freebornpeters.com |
| Counsel to Mercer (US) Inc. | Freeborn & Peters LLP | Thomas R Fawkes Esq | tfawkes@freebornpeters.com |
| Counsel to Wells Fargo Bank, NA | Gibbons PC | Attn Jeffrey S Berkowitz Esq | jberkowitz@gibbonslaw.com |
| Counsel to Wells Fargo Bank, NA | Gibbons PC | Attn Karen A Giannelli Esq | kgiannelli@gibbonslaw.com |
| Counsel to Ad Hoc RMBS Holder Group | Gibbs & Bruns LLP | Kathy D Patrick Esq & Scott A Humphries Esq | kpatrick@gibbsbruns.com shumphries@gibbsbruns.com |
| Counsel for the Institutional Investors | Gibbs & Bruns, L.L.P. | Kathy D. Patrick | kpatrick@gibbsbruns.com |
| GSE - Ginnie Mae | Ginnie Mae | Ted Tozer | theodore.w.tozer@hud.gov |
| Counsel to Stichting Pensioenfunds ABP, huntington Bancshares Inc, John Hancock Life Insurance Company (U.S.A.), John Hancock Life Insurance Company (U.S.A.) Separate Account 6A & John Hancock Life Insurance Company (U.S.A.) Separate Account 131 | Grant & Eisenhofer PA | Georffrey C Jarvis Matthew P Morris & Deborah A Elman | gjarvis@gelaw.com mpmorris@gelaw.com delman@gelaw.com |
| Counsel to HP Enterprise Services LLC | HP Enterprise Services LLC | Ayala Hassell Esq | ayala.hassell@hp.com |
| Counsel to Newport Management Corporation | Hunton & Williams LLP | Richard P Norton & Robert A Rich | rnorton@hunton.com rrich2@hunton.com |
| Counsel to Financial Guaranty Insurance Company | Jones Day | Carle E Black | ceblack@jonesday.com |
| Counsel to Financial Guaranty Insurance Company | Jones Day | Corinne Ball, Richard L Wynne & Lance E Miller | cball@jonesday.com rlwynne@jonesday.com lemiller@jonesday.com |
| Counsel to the Federal Housing Finance Agency as Conservator of the Federal National Mortgage Association ("Fannie Mae") and the Federal Home Loan Mortgage Corporation | Kasowitz, Benson, Torres & Friedman LLP | Andrew K Glenn, Matthew B Stein, Daniel A Fliman & Nii Amar Amamoo | aglenn@kasowitz.com mstein@kasowitz.com dfliman@kasowitz.com namamoo@kasowitz.com |
| Counsel to US Bank National Association as Indenture Trustee to the Debtors' Prepetition Junior Secured Notes | Kelley Drye & Warren LLP | James S Carr & Eric R Wilson | kdwbankruptcydepartment@kelleydrye.com |
| Counsel to Oakland County Treasurer | Kilpatrick & Associates PC | Richardo I Kilpatrick | ecf@kaalaw.com |
| Counsel to Lone Star U.S. Acquisitions, LLC | King & Spalding LLP | W. Austin Jowers & Paul K. Ferdinands & Thaddeus D. Wilson | thadwilson@kslaw.com ajowers@kslaw.com pferdinands@kslaw.com |
| Counsel to the Equity Security Holders (Ally Financial and Ally Bank) | Kirkland & Ellis | Richard M Cieri | richard.cieri@kirkland.com |
| Counsel to the Ally Financial Inc. & Ally Bank | Kirkland & Ellis LLP | Attn Ray C Schrock & Stephen E Hessler | ray.schrock@kirkland.com richard.cieri@kirkland.com stephen.hessler@kirkland.com projectrodeo@kirkland.com William.b.Solomon@ally.com Timothy.Devine@ally.com john.bellaver@ally.com |
| Counsel to Tracy L Klestadt, in his Capacity as Chapter 7 Trustee of Alliance Mortgage Investments, Inc. and Alliance Bancorp | Klestadt & Winters LLP | Attn Tracy L Klestadt & Joseph C Corneau | tklestadt@klestadt.com jcorneau@klestadt.com |
| Counsel to the Official Committee of Unsecured Creditors | Kramer Levin Naftallis & Frankel LLP | Kenneth H Eckstein, Thomas Moers Mayer & Douglas H Mannal | keckstein@kramerlevin.com tmayer@kramerlevin.com dmannal@kramerlevin.com |
| Counsel to Carrollton-Farmers Branch Independent School District and Lewisville Independent School District | Law Offices of Robert E Luna PC | Andrea Sheehan | sheehan@txschoollaw.com |
| Counsel to City of McAllen, South Texas ISD, South Texas College & Cameron County | Linebarger Goggan Blair & Sampson LLP | Diana W Sanders | austin.bankruptcy@publicans.com |

**Exhibit B**
**Monthly Service List**
**Served via Electronic Mail**

| Party Description | Name | Notice Name | Email |
|---|---|---|---|
| Counsel to Dallas County | Linebarger Goggan Blair & Sampson LLP | Elzabeth Weller | dallas.bankruptcy@publicans.com |
| Counsel to Texas Taxing Authorities - Katy ISD, Matagorda County, Cypress-Fairbanks ISD, Tyler County, Cleveland ISD, Fort Bend County, Montgomery County, Harris County, Galveston County, Orange County | Linebarger Goggan Blair & Sampson LLP | John P Dillman Esq | houston_bankruptcy@lgbs.com |
| Counsel to The Union Central Life Insurance Company, Ameritas Life Insurance Corp. and Acacia Life Insurance Company ; and Cambridge Place Investments Management Inc. | Lowenstein Sandler PC | Andrew Behlmann | abehlmann@lowenstein.com |
| Counsel to The Union Central Life Insurance Company, Ameritas Life Insurance Corp. and Acacia Life Insurance Company ; and Cambridge Place Investments Management Inc. | Lowenstein Sandler PC | Andrew Behlmann | abehlmann@lowenstein.com |
| Counsel to Lead Plaintiff; o The Union Central Life Insurance Company, Ameritas Life Insurance Corp. and Acacia Life Insurance Company ; and Cambridge Place Investments Management Inc. | Lowenstein Sandler PC | Michael S Etkin & Ira M Levee | metkin@lowenstein.com ilevee@lowenstein.com |
| Counsel to Lead Plaintiff; o The Union Central Life Insurance Company, Ameritas Life Insurance Corp. and Acacia Life Insurance Company ; and Cambridge Place Investments Management Inc. | Lowenstein Sandler PC | Michael S Etkin & Ira M Levee | metkin@lowenstein.com ilevee@lowenstein.com |
| Counsel to Manatee County Tax Collector | Manatee County Tax Collector | Susan D Profant & Ken Burton Jr | susanp@taxcollector.com |
| Counsel to Donald T Prather, Trustee | Mathis, Riggs & Prather PSC | Donald T Prather | dprather@iglou.com |
| Counsel to GSE - Freddie Mac | McKool Smith | Attn: Paul D. Moak | pmoak@McKoolSmith.com |
| Counsel to Freddie Mac | McKool Smith PC | Michael R Carney | mcarney@mckoolsmith.com |
| Counsel to Freddie Mac | McKool Smith PC | Paul D Moak | pmoak@McKoolSmith.com |
| Counsel to Deutsche Bank Trust Company Americas and Deutsche Bank National Trust Company, as trustees of certain mortgage backed securities trust | Morgan Lewis & Bockius LLP | James L Garrity Jr | jgarrity@morganlewis.com |
| Counsel to Deutsche Bank Trust Company Americas and Deutsche Bank National Trust Company, as trustees of certain mortgage backed securities trust | Morgan Lewis & Bockius LLP | Michael S Kraut | mkraut@morganlewis.com |
| Counsel to Deutsche Bank Trust Company Americas and Deutsche Bank National Trust Company, as trustees of certain mortgage backed securities trust | Morgan Lewis & Bockius LLP | Patrick D Fleming | pfleming@morganlewis.com |
| Counsel to Cal-Western Reconveyance Corporation | Moritt Hock & Hamroff LLP | Leslie Ann Berkoff | lberkoff@moritthock.com |
| Residential Capital LLC | Morrison & Foerster LLP | Attn Tammy Hamzehpour | Tammy.Hamzehpour@gmacrescap.com diane.citron@ally.com |
| Counsel to the Independent Directors of the Residential Capital, LLC | Morrison Cohen LLP | Joseph T Moldovan Esq | jmoldovan@morrisoncohen.com bankruptcy@morrisoncohen.com |
| Counsel to Berkshire Hathaway Inc | Munger Tolles & Olson LLP | Seth Goldman | seth.goldman@mto.com |
| Counsel to Berkshire Hathaway Inc | Munger Tolles & Olson LLP | Thomas B Walper | Thomas.walper@mto.com |
| Counsel to Commonwealth of Pennsylvania, Department of Revenue, Bureau of Compliance | Office of Attorney General | Carol E. Momjian | cmomjian@attorneygeneral.gov |
| Office of the New York Attorney General | Office of the NY State Attorney General | Nancy Lord & Enid M Stuart | Nancy.Lord@OAG.State.NY.US enid.stuart@OAG.State.NY.US |
| Counsel to Ambac Assurance Corporation | Patterson Belknap Webb & Tyler LLP | David W Dykhouse & Brian P Guiney | dwdykhouse@pbwt.com bguiney@pbwt.com |
| Counsel to Paul N Papas II | Paul N Papas II | Mylegalhelpusa.com | Paul_Papas@mylegalhelpusa.com |
| Counsel to Johnson County et al, Richardson ISD | Perdue Brandon Fielder Collins & Mott LLP | c/o Elizabeth Banda Calvo | ebcalvo@pbfcm.com |
| Counsel to 2255 Partners LP | Pillsbury Winthrop Shaw Pittman LLP | Attn Ana N Damonte Esq | ana.damonte@pillsburylaw.com |
| Counsel to Representative Plaintiffs and the Putative Class | Polsinelli Shughart PC | Daniel J Flanigan & Jason A Nagi | dflanigan@polsinelli.com jnagi@polsinelli.com |
| Counsel to Assured Guaranty Municipal Corp | Proskauer Rose LLP | Irena M Goldstein | igoldstein@proskauer.com |

**Exhibit B**
**Monthly Service List**
**Served via Electronic Mail**

| Party Description | Name | Notice Name | Email |
|---|---|---|---|
| Counsel to Dallas CPT Fee Owner LP | Proskauer Rose LLP | Scott K Rutsky & Jared D Zajac | srutsky@proskauer.com<br>jzajac@proskauer.com |
| Counsel to The Prudential Insurance Companu of America, The Gibraltar Life Insurance Company, Ltd., Park Place Commerce Investments, LLC, Prudential Retirement Insurance and Annuity Company, Prudential Annuities Life Insurance Corporation, Pruco Life Insurance Company of New Jersey, Commerce Street Investments, LLC, Institutional Core Bond Fund of the Prudential Trust Company Master Commingled Investment Fund for Tax Exempt Trusts, Institutional Core Plus Bond Fund of the Prudential Trust Company Master Commingled Investment Fund for Tax Exempt Trusts, Pru Alpha Fixed Income Opportunity Master Fund I, L.P., Pruco Life Insurance Company, Prudential Annuities Life Assurance Corporation, Prudential Investment Portfolios 2, Prudential Core Short-Term Bond Fund, Prudential Total Return Bond Fund, Inc., Prudential Trust Company, as Trustee for Prudential Merged Retirement Plan, The Prudential Investment Portfolios, Inc., Asset Allocation Fund, The Prudential Life Insurance Company, Ltd., and The Prudential Series Fund, Diversified Bond Portfolio | Quinn Emanuel Urquhart & Sullivan LLP | Daniel L Brockett & David D Burnett | danbrockett@quinnemanuel.com<br>daveburnett@quinnemanuel.com<br>jeremyandersen@quinnemanuel.com |
| Counsel to AIG Asset Management (US) LLC | Quinn Emanuel Urquhart & Sullivan LLP | Susheel Kirpalani & Scott C Shelley | susheelkirpalani@quinnemanuel.com<br>scottshelley@quinnemanuel.com |
| Counsel to Lehman Brothers Holdings Inc | Reilly Pozner LLP | Michael A Rollin | mrollin@rplaw.com |
| Counsel to The Union Central Life Insurance Company, Ameritas Life Insurance Corp. and Acacia Life Insurance Company | Robbins Gellar Rudman & Dowd LLP | Christopher M Wood | cwood@rgrdlaw.com |
| Counsel to The Union Central Life Insurance Company, Ameritas Life Insurance Corp. and Acacia Life Insurance Company | Robbins Gellar Rudman & Dowd LLP | Steven W Pepich | stevep@rgrdlaw.com |
| Counsel to Ad Hoc RMBS Holder Group | Ropes & Gray LLP | D Ross Martin Esq & Keith H Wofford Esq | Ross.martin@ropesgray.com<br>keith.wofford@ropesgray.com |
| Counsel for the Institutional Investors | Ropes & Gray LLP | D. Ross Martin | Ross.martin@ropesgray.com |
| Counsel to Samuel I White PC | Samuel I White PC | D Carol Sasser Esq | dsasser@siwpc.com |
| Counsel to Samuel I White PC | Samuel I White PC | Donna J Hall Esq | dhall@siwpc.com |
| Counsel to the City of Union City, New Jersey; and Counsel to Township of Wall | Scarinci & Hollenbeck LLC | Joel R Gluckman Esq | jglucksman@scarincihollenbeck.com |
| Counsel to Liberty Property Limited Partnership | Schnader Harrison Segal & Lewis LLP | Barry Bressler & Richard A Barkasy | bbressler@schnader.com<br>rbarkasy@schnader.com |
| Counsel to Liberty Property Limited Partnership | Schnader Harrison Segal & Lewis LLP | Benjamin P Deutsch Esq | bdeutsch@schnader.com |
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | Secretary of the Treasury | secbankruptcy@sec.gov |
| Securities and Exchange Commission - New York Regional Office | Securities & Exchange Commission NY Regional Office | George S Canellos Regional Director | secbankruptcy@sec.gov<br>newyork@sec.gov |
| Wells Fargo Bank, N.A., as collateral agent for the Prepetition Junior Secured Notes, as collateral agent for the Prepetition Ally Revolver, and as collateral control agent under the Intercreditor Agreement, dated as June 6, 2008 | Seward & Kissell LLP | Greg S Bateman | bateman@sewkis.com |
| Counsel to US Bank National Association as Securitization Trustee | Seward & Kissell LLP | Ronald L Cohen & Kalyan Das | cohen@sewkis.com<br>das@sewkis.com |
| Counsel to Petra Finance LLC | Shapiro Blasi Wasserman & Gora PA | Thomas A Conrad Esq | taconrad@sblawfirm.com |
| Counsel to Citibank NA | Shearman & Sterling LLP | Fredric Sosnick & Susan A Fennessey | fsosnick@shearman.com<br>sfennessey@shearman.com |

**Exhibit B**
**Monthly Service List**
**Served via Electronic Mail**

| Party Description | Name | Notice Name | Email |
|---|---|---|---|
| Counsel to Nationstar | Sidley Austin LLP | Larry J Nyhan & Jessica CK Boelter | lnyhan@sidley.com jboelter@sidley.com bmyrick@sidley.com |
| Counsel to the administrative agent for the Debtors' proposed providers of debtor in possession financing | Skadden Arps Slate Meagher & Flom LLP | Jonathan H. Hofer | jhofer@skadden.com nikolay.kodes@skadden.com |
| Counsel to Barclays Bank PLC | Skadden Arps Slate Meagher & Flom LLP | Ken Ziman | ken.ziman@skadden.com |
| Counsel to the administrative agent for the Debtors' proposed providers of debtor in possession financing | Skadden Arps Slate Meagher & Flom LLP | Sarah M Ward | sarah.ward@skadden.com |
| Counsel to Barclays Bank PLC | Skadden Arps Slate Meagher & Flom LLP | Suzanne D T Lovett | suzanne.lovett@skadden.com |
| Counsel to Bank of the West | Stinson Morrison Hecker LLP | Andrew W. Muller | amuller@stinson.com |
| Counsel to Mortgage Electronic Registration Systems Inc and MERSCOPR Inc ("MERS") | Sullivan Hazeltine Allinson LLC | William A Hazeltine Esq | whazeltine@sha-llc.com |
| Counsel for Institutional Investors & an Ad Hoc Consortium of RMBS holders | Talcott Franklin P.C. | Attn: Talcott J. Franklin | tal@talcottfranklin.com |
| Counsel to an Ad Hoc Consortium of RMBS holders | Talcott Franklin P.C. | Derek S Witte | derek@talcottfranklin.com |
| Counsel to TCF National Bank | TCF National Bank | janella J Miller Senior Vice President & Senior Counsel | jmiller@tcfbank.com |
| Member of Official Committee of Unsecured Creditors | The Bank of New York Mellon | Attn Robert H Major Vice President | robert.major@bnymellon.com |
| Securitization Trustee | The Canada Trust Company | Susan Khokher | susan.khokher@tdsecurities.com kathryn.thorpe@tdsecurities.com Adam.Parkin@tdsecurities.com Christopher.stevens@tdsecurities.com |
| Indenture Trustee to the Debtors' Prepitition Junior Secured Notes | U.S. Bank National Association | Attn: George Rayzis | george.rayzis@usbank.com |
| Indenture Trustee to the Debtors' Prepitition Junior Secured Notes | U.S. Bank National Association | Attn: Irina Palchuk | irina.palchuk@usbank.com |
| Member of Official Committee of Unsecured Creditors | U.S. Bank National Association | Attn: Mamta K Scott | mamta.scott@usbank.com |
| Securitization/HELOC Trustee | U.S. Bank National Association | Michelle Moeller | michelle.moeller@usbank.com |
| Securitization/HELOC Trustee | U.S. Bank National Association | Tanver Ashraf, Corporate Trust Services | tanveer.ashraf@usbank.com |
| Counsel to GSE - Ginnie Mae | U.S. Department of Justice | Attn: Glenn D. Gillette | Glenn.Gillett@usdoj.gov |
| Office of the United States Attorney General | U.S. Department of Justice | US Attorney General, Eric H. Holder, Jr. | AskDOJ@usdoj.gov |
| Counsel to the United State of America | United States Attorney's Office for the Southern District of New York civil Division | Attn Joseph Cordaro | joseph.cordaro@usdoj.gov |
| Office of the United States Trustee for the Southern District of New York | US Trustee for the Southern District of NY | Tracy Hope Davis, Linda A. Riffkin and Brian S. Masumoto | Tracy.Davis2@usdoj.gov Linda.Riffkin@usdoj.gov Brian.Masumoto@usdoj.gov |
| Counsel to Representative Plaintiffs and the Putative Class | Walters Bender Stohbehn & Vaughan PC | J Michael Vaughan & David M Skeens | mvaughan@wbsvlaw.com dskeens@wbsvlaw.com |
| Securitization/HELOC Trustee | Wells Fargo Bank, N.A. | Kelly Rentz | kelly.j.rentz@wellsfargo.com Nichlaus.M.Ross@wellsfargo.com Sharon.Squillario@wellsfargo.com mary.l.sohlberg@wellsfargo.com |
| Counsel to Wells Fargo Bank, NA | Wells Fargo Law Department | Kristi Garcia Esq Senior Counsel | kristi.garcia@wellsfargo.com |
| Claimant, Counsel to Prospective Claimant Ray Elliott & Claimant Paul Papas | Wendy Alison Nora | | accesslegalservices@gmail.com |
| Counsel to Wells Fargo as collateral agent for the Prepetition Junior Secured Notes | White & Case LLP | Attn: Gerard Uzzi | guzzi@whitecase.com |
| Securitization Trustee | Wilmington Trust | Jennifer Williams | jwilliams@wilmingtontrust.com rmaney@wilmingtontrust.com |
| Counsel to the County of Putnam, Department of Finance | Wilson Elser Moskowitz Edelman & Dicker LLP | Attn David L Tillem | david.tillem@wilsonelser.com |
| Counsel to GSE - Fannie Mae | Winston & Strawn LLP | Attn: David Neier | dneier@winston.com |
| Counsel to Federal National Mortgage Association | Winston & Strawn LLP | David Neier, Carey D Schreiber & Alan Moskowitz | dneier@winston.com cschreiber@winston.com almoskowitz@winston.com |
| Counsel to The Western and Southern Life Insurance Company et al | Wollmuth Maher & Deutsch LLP | Attn James N Lawlor | jlawlor@wmd-law.com |

**Exhibit B**
**Monthly Service List**
**Served via Electronic Mail**

| Party Description | Name | Notice Name | Email |
|---|---|---|---|
| Counsel to The Western and Southern Life Insurance Company et al | Wollmuth Maher & Deutsch LLP | Attn Paul R DeFilippo & Steven S Fitzgerald | pdefilippo@wmd-law.com sfitzgerald@wmd-law.com |
| Counsel to National Credit Union Administration Board, as Liquidating Agent of U.S. Central Federal Credit Union, Western Corporate Federal Credit Union, Members United Corporate Federal Credit Union, Southwest Corporate Federal Credit Union and Constitution Corporate Federal Credit Union | Zuckerman Spaeder LLP | Graeme W. Bush & Nelson C. Cohen & Laura E. Neish | gbush@zuckerman.com ncohen@zuckerman.com lneish@zuckerman.com |
| Counsel to National Credit Union Administration Board, as Liquidating Agent of U.S. Central Federal Credit Union, Western Corporate Federal Credit Union, Members United Corporate Federal Credit Union, Southwest Corporate Federal Credit Union and Constitution Corporate Federal Credit Union | Zuckerman Spaeder LLP | Graeme W. Bush & Nelson C. Cohen & Laura E. Neish | gbush@zuckerman.com ncohen@zuckerman.com lneish@zuckerman.com |

# **Exhibit C**

**Exhibit C**
**Critical Vendors**
**Served via First Class Mail**

| Name | Notice Name | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Aaron I Katsman PC | | 65 ROOSEVELT AVENUE SUITE 103 | | VALLEY STREAM | NY | 11581 | |
| Accrenture Credit Services | | 8215 Forest Point Boulevard Ste 100 | | CHARLOTTE | NC | 28273 | |
| ACS COMMERCIAL SOLUTIONS Imaging | | 2828 North Haskell Avenue | | Dallas | TX | 75204 | |
| Aegis PeopleSupport Inc | AEGIS USA INC TREASURY | 8201 RIDGEPOINT DR | | IRVING | TX | 75063 | |
| Andrew Davidson & Co Inc | | 520 Broadway 8th Fl | | New York | NY | 10012 | |
| Andrew Davidson & Co Inc | | 65 BLEECKER ST 5th Fl | | NEW YORK | NY | 10012 | |
| Associated Software Consultants | | 7251 ENGLE RD SUITE 400 | | MIDDLEBURG HTS | OH | 44130 | |
| Axway Inc | ATTN Legal Dept | 6811 E Mayo Blvd Ste 400 | | Phoenix | AZ | 85054 | |
| Bloomberg Finance LP | | 8400 NORMANDALE LAKE BLVD Ste 250 | | BLOOMINGTON | MN | 55437-1085 | |
| Candealca Inc TradeWeb | | 152 King St East 3rd Fl | | Toronto | ON | M5A1J4 | Canada |
| CARLISLE & GALLAGHER CONSULTING GRP | | PO BOX 32155 | | CHARLOTTE | NC | 28232-2155 | |
| CHOICEPOINT PUBLIC RECORDS INC | | 1000 Alderman Drive | | Alpharetta | GA | 30005 | |
| Clayton Services LLC | | 2 Corporate Drive | | Shelton | CT | 6484 | |
| Clear Capital | | 10875 PIONEER TRAIL | | TRUCKEE | CA | 96161 | |
| Cogent Economics Inc | | 414 UNION STREET Ste 100 | | NASHVILLE | TN | 37219 | |
| Cogent Economics Inc | | 74 New Montgomery St Ste 325 | | San Francisco | CA | 94105 | |
| Compliance Coach Inc | | 4370 LA JOLLA VILLAGE DR Ste 400 | | SAN DIEGO | CA | 92122 | |
| Courthouse Direct | | 20810 Durand Oak Crt | | Cypress | TX | 77433 | |
| Dialogue Marketing | | 3252 University Drive Suite 165 | | Auburn Hills | MI | 48326 | |
| Digital RiskLLC | | 13455 Noel Rd 16th Fl | | Dallas | TX | 75240 | |
| eLynx Ltd | | Two Crowne Point Ct Ste 370 | | Cincinnati | OH | 45241 | |
| Essent Solutions LLC | | 201 King of Prussia Rd Ste 501 | | Radnor | PA | 19087 | |

**Exhibit C**
**Critical Vendors**
**Served via First Class Mail**

| Name | Notice Name | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Experian Information Solutions Inc | Data Access | 475 Anton Boulevard | | Costa Mesa | CA | 92626 | |
| FIRST AMERICAN CORELOGIC INC | | 5601 E La Palma Avenue | | Anaheim | CA | 92807 | |
| First American Title Insurance Co | | 1 First American Way | | Santa Ana | CA | 92707 | |
| FIS Flood Services LP | | 1521 North Cooper St Ste 400 | | Arlington | TX | 76011 | |
| GALLUP INCORPORATED | | 8500 Normandale Lake Blvd Suite 850 | | Minneapolis | MN | 55347 | |
| GENPACT INTERNATIONAL | | 42 OLD RIDGE RD | | DANBURY | CT | 6810 | |
| Genworth Financ Svcs Inc Blitzdocs | | 6601 Six Forks Road | | Raleigh | NC | 27615 | |
| Grey Advertising Grey Advertising NY | | PO BOX 7247-9299 | | PHILADELPHIA | PA | 19170-9299 | |
| I Mortgage Services LLC | | 2570 BOYCE PLAZA RD BOYCE PLAZA III | SUITE 210 | PITTSBURGH | PA | 15241 | |
| Icon Advisors | | 6913 K Ave Ste 315 | | Plano | TX | 75074-2549 | |
| Indecomm Holding Incorporated | | 200 MIDDLESEX ESSEX TUNPK Ste 102 | | ISELIN | NJ | 8830 | |
| Intex Solutions Inc | | 110 A STREET | | NEEDHAM | MA | 02494-2807 | |
| Kroll Factual Data Inc | | 9023 Columbine Rd | | EDEN PRAIRIE | MN | 55347-4182 | |
| Lender Live | | 710 S Ash Street #200 | | Glendale | CO | 80246 | |
| LogicEase Solutions Inc | | 1350 BAYSHORE HIGHWAY SUITE LL33 | | BURLINGAME | CA | 94010-1823 | |
| LSI Appraisal | | 2550 RED HILL AVENUE | | Santa Ana | CA | 92705 | |
| LSI Title | | PAYMENT PROCESSING CENTRE | | ASHBURN | VA | 21046 | |
| LSI TITLE AGENCY INC | ATTN ACCOUNTING DEPARTMENT | P O BOX 809382 | | CHICAGO | IL | 60680-9382 | |
| LSI TITLE AGENCY INC | | 700 CHERRINGTON PKWY | | CORAOPOLIS | PA | 15108 | |
| Metropolitan Industries Inc | | 5965 PEACHTREE CORNERS EAST Ste C2 | | NORCROSS | GA | 30071 | |
| MGIC Investor Services Corporation | | 270 East Kilbourn Avenue | | Milwaukee | WI | 53202 | |
| PCV Murcor | | 740 CORPORATE CENTER Dr Ste 200 | | POMONA | CA | 91768 | |

**Exhibit C**
**Critical Vendors**
**Served via First Class Mail**

| Name | Notice Name | Address 1 | Address 2 | City | State | Zip | Country |
|------|-------------|-----------|-----------|------|-------|-----|---------|
| Polypaths LLC | | ONE ROCKEFELLER PLAZA | | NEW YORK | NY | 10020 | |
| PSA Equity | | 485 E HALF DAY RD #500 | | BUFFALO GROVE | IL | 60089 | |
| QUANTITATIVE RISK MANAGEMENT I | | 181 West Madison St 41st Fl | | Chicago | IL | 60602 | |
| QuantumDirect Inc | | 8702 Cameron Road Suite 200 | | Austin | TX | 78754 | |
| Radian Services LLC | | 1601 MARKET ST | | PHILADELPHIA | PA | 19103 | |
| Rapid Reporting Verification Co LP | | 46628 Bryant Irvin | | Fort Worth | TX | 76132 | |
| Red Bell Real Estate LLC | | 1415 South Main Street | | Salt Lake City | UT | 84115 | |
| RISK MANAGEMENT SOLUTIONS INC | | RiskExec | 250 Harry Lane Blvd | Knoxville | TN | 37923 | |
| RMIC Corporation | | 190 Oak Plaza Blvd | | Winston Salem | NC | 27105 | |
| Smith Travel Research | ATTN General Counsel | 735 East Main Street | | Hendersonville | TN | 37075 | |
| StreetLinks National Appraisal Svcs | ATTN CFO and Counsel | 2114 CENTRAL ST STE 600 | | KANSAS CITY | MO | 64108 | |
| StreetLinks National Appraisal Svcs | | 7551 South Shelby St | | indianapolis | IN | 46227 | |
| TALX Corporation | | 11432 Lackland Road | | St Louis | MO | 63146 | |
| Telerate | REUTERS AMERICA LLC | GENERAL POST OFFICE PO BOX 26803 | | NEW YORK | NY | 10087-6803 | |
| The First American Corporation | | 1 First American Way | | Santa Ana | CA | 92707 | |
| Trans Union Settlement Solutions Inc | | PO BOX 99506 | | CHICAGO | IL | 60693-9506 | |
| Triad Guaranty Insurance Corp | | 101 South Stratford Road | | Winston Salem | NC | 27104 | |
| United Guaranty Services Inc | | 230 N Elm Street | | Greensboro | NC | 27401 | |
| United Guaranty Services Inc | | PO Box 21367 | | Greensboro | NC | 27420-1367 | |
| VALUATION INSIGHT PARTNERS finCAD | | 13450 102 ND AVE STE 1750 | | SURREY | BC | V3T5X3 | Canada |
| Various VA Appraisers | Alvin R Young | 4605 Pembroke Lake Circle Unit 204 | | Virginia Beach | VA | 23455 | |
| Various VA Appraisers | CHARLES ANTHONY | PO Box 31335 | | Myrtle Beach | SC | 29588 | |
| Various VA Appraisers | DAVID WESTFALL | 713 S B ST | | PHOENIX | OR | 97535 | |

**Exhibit C**
**Critical Vendors**
**Served via First Class Mail**

| Name | Notice Name | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Various VA Appraisers | GARY KRAEGER | 26159 S WIND LAKE RD 1 | | WIND LAKE | WI | 53185 | |
| Various VA Appraisers | HARRY GAHM | 36 LINCOLN AVE | | CLEMENTON | NJ | 8021 | |
| Various VA Appraisers | JAMES CURZI JR | 9 CARRIAGE DR | | WEST HAVEN | CT | 6516 | |
| Various VA Appraisers | JEREMY MASON | 4314 EVANSTON BLVD | | N CHARLESTON | SC | 29418 | |
| Various VA Appraisers | KARL ALBRECHT | N2897 CTH 11 | | BANGOR | WI | 53185 | |
| Various VA Appraisers | STEPHEN SHELTON | 526 FREDERICA ST | | OWENSBORO | KY | 42301 | |
| Various VA Appraisers | TIMOTHY STONE | 2835 STONES DAIRY ROAD | | BASSETT | VA | 24055 | |
| VERINT AMERICAS INC | | 330 South Service Road | | Melville | NY | 11747 | |
| VERINT AMERICAS INC | | PO BOX 905642 | | Charlotte | NC | 28290-5642 | |
| Veros Software | | 2333 N Broadway Ste 350 | | Santa Ana | CA | 92706 | |
| VMP Mortgage Solutions Inc | ATTN Contract mgmt Dept | 18050 15 Mile Road | | Fraser | MI | 48026-1605 | |
| VMP Mortgage Solutions Inc | ATTN Corp Legal Dept | Wolters Kluwer Financial Services | 6815 Saukview Dr | St Cloud | MN | 56303-0811 | |
| Western Portfolio Analytics&Trading | | dba Westpat LLC | 3355 Clerendon Road | Beverly Hills | CA | 90210 | |

**Exhibit C**
**GSEs**
**Served via First Class Mail**

| Name | Notice Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Essent Guaranty | Jeff R Cashmer | 💸 King of Prussia Rd | | Radnor | PA | 19087 |
| FHA | Carol J Galante | 451 7th Street SW | | Washington | DC | 20410 |
| Genworth | Jean Bradley | 6620 W Broad St | | Richmond | VA | 23230 |
| Mortgage Guaranty Insurance Corp | Patrick Sinks | 250 E Kilbourn Ave | | Milwaukee | WI | 53202 |
| PMI | Evie Fass | 3003 Oak Road | | Walnut Creek | CA | 94597 |
| Radian Guaranty | Gary Egkan | 1601 Market Street | | Philadelphia | PA | 19103 |
| RMIC | | 101 N Cherry Street Ste 101 | | Winston-Salem | NC | 27101 |
| Triad | Christine Patterson | 101 South Stratford Road | | Winston Salem | NC | 27104 |
| United Guaranty Corporation | Bev Sheehy | 230 N Elm Street | | Greensboro | NC | 27401 |
| US Department of Agriculture | Joaquin Tremols Acting Director | Single Family Housing Loan Div Rural Dev | 1400 Independence Ave SW | Washington | DC | 20250 |
| US Dept of Housing & Urban Dev | Helen Kanovsky | 451 7th Street SW | Room 10110 | Washington | DC | 20510 |
| VA | R Colin Deaso | 1800 G Street NW | | Washington | DC | 20006 |

# **<u>Exhibit D</u>**

**Exhibit D**
**Maine Plaintiffs**
**Served via First Class Mail**

| Name | Notice Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Storch Amini & Munves PC | Bijan Amini & Avery Samet & Thomas M Monahan | 2 Grand Central Tower | 140 East 45th St 25th Fl | New York | NY | 10017 |

# **Exhibit E**

**Exhibit E**
**Maine Plaintiffs**
**Served via Electronic Mail**

| Name | Notice Name | Email |
|------|-------------|-------|
| Storch Amini & Munves PC | Avery Samet | asamet@samlegal.com |
| Storch Amini & Munves PC | Bijan Amini | bamini@samlegal.com |
| Storch Amini & Munves PC | Thomas M Monahan | tmonahan@samlegal.com |

# **Exhibit F**

**Exhibit F**

**Fortace LLC**

**Served via First Class Mail**

| Name | Notice Name | Address 1 | City | State | Zip |
|------|-------------|-----------|------|-------|-----|
| Fortace LLC | Frank Sillman | 444 S Flower St Ste 1750 | Los Angeles | CA | 90071 |

# **Exhibit G**

**Exhibit G**
**Towers Watson Delaware Inc**
**Served via First Class Mail**

| Name | Notice Name | Address 1 | Address 2 | City | State | Zip |
|------|-------------|-----------|-----------|------|-------|-----|
| Towers Watson Delaware Inc | Philip Logan Ullom | 28411 Northwestern Highway | One Northwestern Plaza Ste 500. | Southfield | MI | 48034 |

# **Exhibit H**

**Exhibit H**

**FTI Consulting Inc**

**Served via First Class Mail**

| Name | Notice Name | Address 1 | City | State | Zip |
|------|-------------|-----------|------|-------|-----|
| FTI Consulting Inc | William J Nolan | 214 N Tryon St Ste 1900 | Charlotte | NC | 28202 |

# Exhibit I

**Exhibit I**
**Counsel to Community South Bank**
**Served via First Class Mail**

| Name | Notice Name | Address 1 | Address 2 | City | State | Zip |
|------|-------------|-----------|-----------|------|-------|-----|
| Counsel to Community South Bank | Tracy L Klestadt & Brendan M Scott | Klestadt & Winter LLP | 570 Seventh Ave 17th Fl | New York | NY | 10018 |

# **Exhibit J**

**Exhibit J**

**Counsel to Community South Bank**

**Served via Electronic Mail**

| Name | Notice Name | Email |
|---|---|---|
| Counsel to Community South Bank | Tracy L Klestadt & Brendan M Scott | bscott@klestadt.com |

# **Exhibit K**

**Exhibit K**
**Counsel to Shellpoint Partners**
**Served via First Class Mail**

| Name | Notice Name | Address 1 | Address 2 | City | State | Zip |
|------|-------------|-----------|-----------|------|-------|-----|
| Counsel to Shellpoint Partners | Alan D Halperin & Debra J Cohen | Halperin Battaglia Raicht LLP | 555 Madison Ave 9th Fl | New York | NY | 10022-3301 |

# **Exhibit L**

**Exhibit L**
**Counsel to Shellpoint Partners**
**Served via Electronic Mail**

| Name | Notice Name | Email |
|------|-------------|-------|
| Halperin Battaglia Raicht LLP | Alan D Halperin | ahalperin@halperinlaw.net |
| Halperin Battaglia Raicht LLP | Debra J Cohen | dcohen@halperinlaw.com |

# Exhibit M

**Exhibit M**
**Severson Werson PC**
**Served via First Class Mail**

| Name | Notice Name | Address 1 | City | State | Zip |
|---|---|---|---|---|---|
| Severson & Werson PC | Mary Kate Sullivan | One Embarcadero Center Ste 2600 | San Francisco | CA | 94111 |

# Exhibit N

**Exhibit N**

**Carpenter Lipps & Leland LLP**

**Served via First Class Mail**

| Name | Notice Name | Address 1 | Address 2 | City | State | Zip |
|------|-------------|-----------|-----------|------|-------|-----|
| Carpenter Lipps & Leland LLP | Jeffrey A Lipps | 280 Plaza Ste 1300 | 280 N High St | Columbus | OH | 43215 |

# **Exhibit O**

**Exhibit O**
**Centerview Partners LLC**
**Served via First Class Mail**

| Name | Notice Name | Address 1 | City | State | Zip |
|------|-------------|-----------|------|-------|-----|
| Centerview Partners LLC | Marc D Puntus | 31 West 52nd St | New York | NY | 10019 |

# **Exhibit P**

**Exhibit P**
**Hearing Parties**
**Served via Overnight Mail**

| Name | Notice Name | Address 1 | City | State | Zip |
|------|-------------|-----------|------|-------|-----|
| Alston & Bird LLP | Martin Bunin William Hao C Freeman | 90 Park Ave | New York | NY | 10016 |
| Miller & Wrubel PC | John G Moon C Jacob & C Huene | 570 Lexington Ave | New York | NY | 10022 |
| Morgan Lewis & Bockius | James Garrity Jr & John Goodchild | 101 Park Ave | New York | NY | 10178-0600 |
| Seward & Kissel LLP | Ronald L Cohen & Arlene R Alves | One Battery Park Plaza | New York | NY | 10004 |

# **<u>Exhibit Q</u>**

**Exhibit Q**
**Hearing Parties**
**Served via Electronic Mail**

| Name | Notice Name | Email |
|------|-------------|-------|
| Alston & Bird LLP | Martin G Bunin, William Hao & Craig E Freeman | rty.bunin@alston.com<br>william.hao@alston.com<br>craig.freeman@alston.com |
| Miller & Wrubel PC | John G Moon & C Jacob & C Huene | chuene@mw-law.com<br>jmoon@mw-law.com<br>cjacob@mw-law.com |
| Morgan Lewis & Bockius | James L Garrity Jr & John C Goodchild | jgarrity@morganlewis.com<br>jgoodchild@morganlewis.com |
| Seward & Kissel LLP | Ronald L Cohen & Arlene R Alves | cohen@sewkis.com<br>alves@sewkis.com |