# EXHIBIT "C"

# RESIDENTIAL BROKER PRICE OPINION

Loan # _____
REO # _____    This BPO is the ☐ Initial ☐ 2nd Opinion ☐ Updated ☒ Exterior Only    DATE: 7/19/2012
PROPERTY ADDRESS: 2 HILL DALE AVE    SALES REPRESENTATIVE: _____
MILLER PLACE, NY 11764    CLIENT NAME: PHH
FIRM NAME: ICON PROPERTIES    COMPLETED BY: Fernandez, Rachel
PHONE NO: 6317164000 / 6318397511    FAX NO: _____

## I. GENERAL MARKET CONDITIONS
Current market condition: ☐ Depressed ☐ Slow ☒ Stable ☐ Improving ☐ Excellent
Employment conditions: ☐ Declining ☒ Stable ☐ Increasing
Market price of this type property has: ☐ Decreased _____ % in past _____ months
☐ Increased _____ % in past _____ months
☒ Remained Stable
Estimated percentage of owners vs. tenants in neighborhood: 90 % owner occupant 10 % tenant
There is a ☒ Normal Supply ☐ Over Supply ☐ Shortage of comparable listings in the neighborhood
Approximate number of comparable units for sale in neighborhood: 6
No. of competing listings in neighborhood that are REO or Corporate Owned: 0
No. of boarded or blocked-up homes: 6

## II. SUBJECT MARKETABILITY
Range of values in the neighborhood is $: 275,000.00 to $ 289,999.00
Subject is an: ☐ Over improvement ☒ Under improvement ☐ Appropriate improvement for the neighborhood
Normal marketing time in the area is: 55 days
Are all types of financing available for the property? ☒ Yes ☐ No If no, explain: _____
Has the property been on the market the past 12 months? ☐ Yes ☒ No If yes, $_____
To the best of your knowledge, why did it not sell? _____
Unit type: ☒ single family detached ☐ condo ☐ co-op ☐ mobile home
☐ single family attached ☐ townhouse ☐ modular
If condo or other association exists Fees $ 0.00 ☐ monthly ☒ annually Current? ☒ Yes ☐ No Fee Delinquent $_____
The fee includes ☐ Insurance ☐ Landscape ☐ Pool ☐ Tennis Other _____
Association contact: Name: _____ Phone No: _____

## III. COMPETITIVE CLOSED SALES

| ITEM | SUBJECT | COMPARABLE NUMBER 1 | | COMPARABLE NUMBER 2 | | COMPARABLE NUMBER 3 | |
|---|---|---|---|---|---|---|---|
| Address: | 2 HILL DALE AVE | 15 Winfield Dr | | 43 Rolling Rd | | 17 Mary St | |
| Proximity to subject: | | 3 miles | REO/Corp ☐ | 6 blocks | REO/Corp ☐ | 2 miles | REO/Corp ☐ |
| Sale Price: | $ | $ 310000 | | $ 325000 | | $ 300000 | |
| Data Sources | Assessor | MLS | | MLS | | MLS | |
| Price/Gross Living Area | 132 | 97.65 | | 102 | | 90.18 | |
| Sale Date/Days on Mkt. | 0 | 06/10/2012 | 90 | 06/29/2012 | 85 | 07/09/2012 | 64 |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-)Adj | DESCRIPTION | +(-)Adj | DESCRIPTION | +(-)Adj |
| Sales/Financing Concessions | | | | | | | |
| Location | Average | Fair | | Fair | | Fair | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site (Lot size) | 0.48 | 0.50 | | 0.40 | | 0.47 | |
| View | Average | Average | | Average | | Average | |
| Design and Appeal | Average | Average | | Average | | Average | |
| Quality of Construction | Average | Average | | Average | | Average | |
| Age | 62 | 49 | | 42 | | NaN | |
| Condition | Average | Average | | Average | | Average | |
| Above Grade | Total Bdms Baths | Total Bdms Baths | | Total Bdms Baths | | Total Bdms Baths | |
| Room Count | 7  4  3 | 7  5  2 | .00 | 7  3  2 | .00 | 6  3  1.5 | .00 |
| Gross Living Area | 2500 Sq. Ft. | 2000 Sq. Ft. | | 1950 Sq. Ft. | | 1800 Sq. Ft. | |
| Basement & Finished Rooms Below Grade | None | None | | None | | None | |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | HW | HW | | HW | | HW | |
| Energy Efficient Items | No | No | | No | | No | |
| Garage/Carport | 2CarAtt | 2CarAtt | | 2CarAtt | | 2CarAtt | |
| Porches, Patio, Deck | | | | | | | |
| Fireplace(s), etc. | | | | | | | |
| Fence, Pool, Etc. | | | | | | | |
| Other | | | | | | | |
| NET Adj (total) | | ☐+ ☐- | 0.00 | ☐+ ☐- | 0.00 | ☐+ ☐- | 0.00 |
| Adjusted Sales Price of Comparables | | | 310,000.00 | | 325,000.00 | | 300,000.00 |

Page 1 of 2

© 2004 - 2012 Quandis, All Rights Reserved. http://www.quandis.com

Loan # 
REO #

## IV. MARKETING STRATEGY

☒ As-Is   ☐ Minimal Lender Required Repairs   ☐ Repaired       Most Likely Buyer:   ☒ Owner Occupant   ☐ Investor

## I. REPAIRS

Itemize ALL repairs needed to bring property from the present "as is" condition to average marketable condition for the neighborhood
Check those repairs you recommend that we perform for most successful marketing of the property.

| ☐ | No | $ 0.00 | ☐ | No | $ 0.00 |
| ☐ | No | $ 0.00 | ☐ | No | $ 0.00 |
| ☐ | No | $ 0.00 | ☐ | No | $ 0.00 |
| ☐ | No | $ 0.00 | ☐ | No | $ 0.00 |
| ☐ | No | $ 0.00 | ☐ | No | $ 0.00 |

**GRAND TOTAL FOR ALL REPAIRS: $ 0.00**

### VI. COMPETITIVE LISTINGS

| ITEM | SUBJECT | COMPARABLE NUMBER 1 | | COMPARABLE NUMBER 2 | | COMPARABLE NUMBER 3 | |
|---|---|---|---|---|---|---|---|
| Address: | 2 HILL DALE AVE | 35 Cedar Dr | | 15 Hilltop Dr | | 424 Miller Place Rd | |
| Proximity to subject: | | 2 miles | REO/Corp ☐ | 1 mile | REO/Corp ☐ | 2 miles | REO/Corp ☐ |
| List Price: | $ | $ | 329000 | $ | 339,000.00 | $ | 339,000.00 |
| Price/Gross Living Area | 132 | 111.19 | | 173.84 | | 173.84 | |
| Data Sources | Assessor | MLS | | MLS | | MLS | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-)Adj | DESCRIPTION | +(-)Adj | DESCRIPTION | +(-)Adj |
| Sales/Financing Concessions | | | | | | | |
| Days on Market | 0 | 163 | | 145 | | 85 | |
| Location | Average | Fair | | Fair | | Fair | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site (Lot size) | 0.48 | 0.50 | | 0.49 | | 0.45 | |
| View | Average | Average | | Average | | Average | |
| Design and Appeal | Average | Average | | Average | | Average | |
| Quality of Construction | Average | Average | | Average | | Average | |
| Age | 62 | 62 | | 77 | | 27 | |
| Condition | Average | Average | | Average | | Average | |
| Above Grade | Total / Bdms / Baths | Total / Bdms / Baths | | Total / Bdms / Baths | | Total / Bdms / Baths | |
| Room Count | 7 / 4 / 3 | 8 / 3 / 2 | .00 | 8 / 3 / 2 | .00 | 8 / 3 / 2 | .00 |
| Gross Living Area | 2500 Sq. Ft. | 2000 Sq. Ft. | | 1950 Sq. Ft. | | 1950 Sq. Ft. | |
| Basement & Finished Rooms Below Grade | None | None | | None | | None | |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | HW | HW | | HW | | HW | |
| Energy Efficient Items | No | No | | No | | No | |
| Garage/Carport | 2CarAtt | 2CarAtt | | 2CarAtt | | 2CarAtt | |
| Porches, Patio, Deck Fireplace(s), etc. | | | | | | | |
| Fence, Pool, Etc. | | | | | | | |
| Other | | | | | | | |
| NET Adj (total) | | ☐+ ☐- | 0.00 | ☐+ ☐- | 0.00 | ☐+ ☐- | 0.00 |
| Adjusted Sales Price of Comparables | | | 329,000.00 | | 339,000.00 | | 339,000.00 |

**VII.    THE MARKET VALUE** (The value must fall within the indicated value of the Competitive Closed Sales)

|  | Market Value | Suggested List Price |
|---|---|---|
| AS IS | $ 330,000.00 | $ 330,000.00 |
| REPAIRED | $ 330,000.00 | $ 330,000.00 |

**VIII. COMMENTS**    (Include specific positives/negatives, special concerns, encroachments, easements, water rights, environmental concerns, flood zones, etc.)

SC: The Property was well kept and well maintain there were no major issues that were visible. Should Have little to no cost to repair also according to your revisions, I live in this area and the home is on a busy area/ road. the properties you were getting by other bpo companies were closer to the water therefore higher values for the home. This house has been revised in price but we have taken into consideration your comps, but they do affect value for some are in private neighborhoods as well as by water since the subject property is about 1.5 miles away from water and other comps were less than .5 miles away.NC: There are no negative comments to be made about the surrounding area.

© 2004 - 2012 Quandis, All Rights Reserved. http://www.quandis.com