# EXHIBIT "C"

# SingleSource

# Exterior BPO

| Property Address: | 3597 West 127th Street, CLEVELAND, OH 44111 | | | | |
|---|---|---|---|---|---|
| Borrower | REINALDO RODRIGUEZ | Inspection Date | 6/25/2012 | Effective Date | 6/26/2012 |
| APN | | Loan # | | Order ID | |
| Company | Brian Thomas Osborne | Name | | Brian Osborne | |
| Phone | 440-241-0743 | Fax | | Email | bto0365@yahoo.com |
| Address | 12517 Cooley Ave Cleveland OH 44111 | Distance from the Subject | | | .25 Miles |

## I. General Conditions

| Property Type | SFR |
|---|---|
| Occupancy | Unknown |
| # Of Units | 1 |
| Data Source | County Records |
| Property Condition | Good |
| HOA | No |
| HOA Fees | $0 |
| HOA Assoc. Name | |
| Phone | |
| Fees Include | |
| Monthly Rental Value | $600 |



### Condition Comments
The property is in good condition and does not need any repairs. The property conforms to the neighborhood and has some curb appeal. The roof, windows, entry doors, and siding all appear to be in good condition.

### Repairs

| Category | Cost | | Category | Cost |
|---|---|---|---|---|
| Exterior Paint | $ | | Foundation | $ |
| Siding / Trim Repair | $ | | Fencing | $ |
| Exterior Doors | $ | | Landscaping | $ |
| Windows | $ | | Pool | $ |
| Garage | $ | | Other | $ |
| Roof / Gutters | $ | | Other | $ |
| Fire Damage | $ | | Other | $ |
| Total Estimated Exterior Repairs | | $0 | | |

### Subject Repair Comments
No repairs needed for the subject.

## II. Subject Sales and Listing History

| Currently Listed? | No | By: | | | |
|---|---|---|---|---|---|
| List Date | Orig List Price | Current List Price | | MLS# | // |
| | $ | $ | | | |

### Prior History (36 Month)

| Date Listed | Date Sold | List Price | Sale Price | Notes |
|---|---|---|---|---|
| 08/09/09 | | $66,500 | $ | Expired (01/31/11) |
| 05/25/06 | | $91,900 | $ | Expired (03/31/07) |
| 11/19/05 | | $96,000 | $ | Expired (03/19/06) |

### III. Neighborhood Market Data

| Location | Urban | Local Economy is | Stable | Housing Supply is | In Balance |
|---|---|---|---|---|---|
| Number of Lisiting is | | Stable | Normal Marketing Time | | 3-6 Months |
| Total # of Active Listings in the subject's specific MLS district | | | | | 25 |
| Total # of Sales in the subject's specific MLS district in the past 12 months | | | | | 29 |
| # of REO Sales in the subject's specific MLS district in the past 12 months | | | | | 21 |
| # of Boarded Properties on Subject Street | | | | | 0 |
| # of Rentals on the market in the subject's specific MLS district | | | | | 9 |
| Predominant Occupancy | | | | | Owner |
| Market for this type of property | | Remained Stable | | | |
| Range of Value is this area: | | Low: $11,000 | | High: $70,000 | |
| Pride of Ownership | | Good | | | |

**Neighborhood Comments**

The subject is located in REO driven area that is economically challenged area with a high unemployment rate and the neighborhood values are stable. The local schools and city services do not rank among the top 25 in the state. The subject is located close to public transportation, schools, public parks, and shopping.

### IV. Marketing Strategy

| Value | | 90-120 Day Value | Repaired Value | 30 Day Value |
|---|---|---|---|---|
| | Suggested List Price | $32,900 | $32,900 | $22,900 |
| | Probable Sales Price | $27,900 | $27,900 | $17,900 |

**Comments Regarding Pricing Strategy**

The neighborhood prices are stable (over the last 6 months the prices have remained consistent) but 89% of all sales are REO sales. I priced the subject in line with comp 2 the closest available sold comp my price also fall in the middle of the adjusted sold comps.

**Unique Property Conditions**

*The attached Broker Price Opinion (BPO) has been completed outside of The Uniform Standards of Professional Appraisal Practice (USPAP). The BPO is an evaluation tool and is not considered an appraisal of the market value of the property - it is an opinion of the probable sales price. SingleSource completes BPO requests for property listing, REO analysis, loan due diligence, modifications, etc to aid our servicing customers. SingleSource BPO reports are not eligible or appropriate for loan origination purposes.*