QUARLES & BRADY LLP
One Renaissance Square
Two North Central Avenue
Phoenix, Arizona 85004-2391
Telephone: (602) 229-5200
Facsimile: (602) 229-5690
John Mason O'Neal, Esq. (*pro hac vice admission pending*)
john.oneal@quarles.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| RESIDENTIAL CAPITAL, LLC, et al., | Case No. 12-12020-MG |
| Debtors. | Jointly Administered |

## AFFIDAVIT OF SERVICE

LILLIAN OGDEN, being first duly sworn, upon her oath deposes and says:

1. I am over the age of twenty-one years and a resident of the State of Arizona.

2. In my capacity as Executive Legal Secretary at Quarles & Brady LLP, attorneys for ONEWEST BANK, a secured creditor in the above-captioned Chapter 11 cases of RESIDENTIAL CAPITAL, LLC, et al., I caused true and correct copies of the "Motion For Admission To Practice, *Pro Hac Vice* of John Mason O'Neal" [Docket No. 1046] to be served on August 7, 2012 via electronic mail and on August 8, 2012 via U.S. first-class mail, postage prepaid, on all parties listed on the Special Service List attached hereto as Exhibit "A".

Dated: August 8, 2012
         Phoenix, Arizona

                                                            /s/ Lillian Ogden
                                                            Lillian Ogden

QB\136701.00059\17701440.1

-2-

STATE OF ARIZONA        )
                       )ss.
County of Maricopa      )

       SUBSCRIBED AND SWORN to before me this 8th day of August, 2012.


       /s/ Sybil Taylor Aytch
       Notary Public

My commission expires:

March 31, 2014