MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:    (212) 468-8000
Facsimile:    (212) 468-7900
Gary S. Lee
Lorenzo Marinuzzi

*Counsel for the Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**SECOND AMENDED[1] PROPOSED AGENDA FOR MATTERS
SCHEDULED TO BE HEARD ON AUGUST 9, 2012 AT 11:00 A.M. (ET)**

Location of Hearing:  United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, Courtroom 501, One Bowling Green, New York, NY 10004-1408

**I.      CONTESTED MATTERS**

**1.**     Application Pursuant to Sections 328 and 1103 of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 2014 for an Order to Retain and Employ AlixPartners LLP as Financial Advisors to the Official Committee of Unsecured Creditors of the Debtors, *Nunc Pro Tunc*, to May 21, 2012 [Docket No. 530]

**Related Documents:**

**a.**     Supplemental Declaration of Harvey R. Kelly of AlixPartners, LLP as Financial Advisor to the Official Committee of Unsecured Creditors of Residential Capital, LLC [Docket No. 874]

---

[1] Amended items appear in **bold**.

ny-1052780

      **b.**      **Supplemental Declaration of Alan D. Holtz of AlixPartners, LLP as Financial Advisor to the Official Committee of Unsecured Creditors of Residential Capital, LLC, et al. [Docket No. 1060]**

      **Responses**:

      **a.**      Omnibus Objection of the United States Trustee to Applications for Separate Orders Authorizing the Employment and Retention of (i) Morrison & Foerster LLP as Bankruptcy Counsel; (ii) Centerview Partners LLC as Investment Banker; (iii) Carpenter Lipps & Leland LLP as Special Litigation Counsel; (iv) Dorsey & Whitney LLP as Special Securitization and Investigatory Counsel; (v) Orrick, Herrington & Sutcliffe LLP as Special Securitization Transactional and Litigation Counsel; (vi) Mercer (US) Inc. as Compensation Consultant; (vii) Rubenstein Associates, Inc. as Corporate Communications Consultant; (viii) FTI Consulting, Inc. as Financial Advisor; (ix) Curtis, Mallet-Prevost, Colt & Mosle LLP as Conflicts Counsel; (x) Moelis & Company LLC as Investment Banker; (xi) AlixPartners LLP as Financial Advisor; and (xii) Professionals Used in the Ordinary Course of Business [Docket No. 703]

      **Status:**    This hearing on this matter will be going forward.

**2.**    Debtors' Application Pursuant to 11 U.S.C. § 327(a) and Fed. R. Bankr. P. 2014 for Authorization to Employ and Retain KPMG LLP as Tax Compliance Professionals and Information Technology Advisors *Nunc Pro Tunc* to the Petition Date [Docket No. 910]

      **Related Documents**:

      **a.**      Supplemental Declaration of James W. McAveeney in Support of Debtors' Application to Retain and Employ KPMG LLP as Tax Compliance Professionals and Information Technology Advisors *Nunc Pro Tunc* to the Petition Date [Docket No. 1045]

      **Responses**:

      **a.**      Reservation of Rights of the Official Committee of Unsecured Creditors with Respect to the Debtors' Application to Retain KPMG LLP as Tax Compliance Professionals and Information Technology Advisors [Docket No. 995]

      **Status**:    The hearing on this matter will be going forward.

**3.**    Debtors' Application Under Section 327(e) and 328 of the Bankruptcy Code, Bankruptcy Rule 2014(a) and Local Rule 2014-1 for Authorization (I) to Employ and Retain Bradley Arant Boult Cummings LLC as Special Litigation and Compliance Counsel to the Debtors, *Nunc Pro Tunc* to May 14, 2012, and (II) to Approve Alternative Billing Arrangement [Docket No. 721]

      **Related Documents**:

      **a.**    Supplemental Declaration of Robert R. Maddox in Support of Debtors' Application Under Section 327(e) and 328 of the Bankruptcy Code, Bankruptcy Rule 2014(a) and Local Rule 2014-1 for Authorization (I) to Employ and Retain Bradley Arant Boult Cummings LLC as Special Litigation and Compliance Counsel to the Debtors, *Nunc Pro Tunc* to May 14, 2012, and (II) to Approve Alternative Billing Arrangement [Docket No. 866]

      **b.**    Second Supplemental Declaration of Robert R. Maddox in Support of Debtors' Application Under Section 327(e) and 328 of the Bankruptcy Code, Bankruptcy Rule 2014(a) and Local Rule 2014-1 for Authorization (I) to Employ and Retain Bradley Arant Boult Cummings LLC as Special Litigation and Compliance Counsel to the Debtors, *Nunc Pro Tunc* to May 14, 2012, and (II) to Approve Alternative Billing Arrangement [Docket No. 1008]

      **Responses**:

      **a.**    Limited Objection of Patrick Hopper to Debtors' Motion to Employ and Retain Bradley Arant Boult Cummings LLP as Special Litigation and Compliance Counsel to the Debtors [Docket No. 809]

      **b.**    Declaration in Support of Limited Objection of Patrick Hopper to Debtors' Motion to Employ and Retain Bradley Arant Boult Cummings LLP as Special Litigation and Compliance Counsel to the Debtors [Docket No. 940]

      **c.**    Limited Objection of the Official Committee of Unsecured Creditors With Respect to the Debtors' Application to Retain Bradley Arant Boult Cummings LLP [Docket No. 967]

      **Replies**:

      **a.**    Debtors' Reply to Objections to Debtors' Application to Retain and Employ Bradley Arant Boult Cummings LLC as Special Counsel [Docket No. 1007]

      **Status**:    The hearing on this matter will be going forward.

## II.    UNCONTESTED MATTERS

**1.**    Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Deloitte & Touche LLP as Independent Auditor and Attest Service Provider to the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No. 911]

ny-1052780        3

**Related Documents**:

a. Supplemental Declaration of Tom A. Robinson in Support of the Application of the Debtors for Entry of an Order Authorizing the Employment and Retention of Deloitte & Touche LLP as Independent Auditor of and Attest Provider to the Debtors and Debtors in Possession *Nunc Pro Tunc* to May 14, 2012 [Docket No. 1017]

**Responses**: None.

**Status**: The hearing on this matter will be going forward.

Dated: August 8, 2012
New York, New York

/s/ Gary S. Lee
Gary S. Lee
Lorenzo Marinuzzi
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel for the Debtors and Debtors in Possession*