DUANE MORRIS LLP
1540 Broadway
New York, NY 10036
Tel: (212) 692.1000
Fax: (212) 692.1020
James J. Vincequerra, Esq.
*Counsel for Green Planet Servicing, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------)
                                                               )
In re:                                                         )    Case No. 12-12020 (MG)
                                                               )
RESIDENTIAL CAPITAL, LLC, et al.,                              )    Chapter 11
                                                               )
              Debtors.                                         )    Jointly Administered
---------------------------------------------------------------)

### MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

I, Scott H. Marder, Esq., request admission *pro hac vice* before the Honorable Martin Glenn to represent Green Planet Servicing, LLC party-in-interest in the above referenced, jointly administered cases.

I certify that I am a member in good standing of the bars of Maryland and Florida and am admitted to practice law in all state courts of those states and am admitted to practice in the United States District Courts for the District of Maryland and the Southern District of Florida and the United States Court of Appeals for the Fourth Circuit.

I am submitting the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: August 8, 2012

By:  _____

Scott H. Marder, Esq.
Duane Morris LLP
111 South Calvert Street  Suite 2000
Baltimore, MD 21202-6114
*Counsel for Green Planet Servicing, LLC*

DM1\3468790.1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------)
                                                                )
In re:                                                          )   Case No. 12-12020 (MG)
                                                                )
RESIDENTIAL CAPITAL, LLC, et al.,                               )   Chapter 11
                                                                )
                       Debtors.                                 )   Jointly Administered
                                                                )
----------------------------------------------------------------)

### ORDER GRANTING ADMISSION TO PRACTICE PRO HAC VICE

Upon the motion of Scott H. Marder, Esq. to be admitted *pro hac vice* to represent Green Planet Servicing, LLC a party-in-interest in the above-referenced, jointly administered cases, and upon the movant's certification that he is a member in good standing of the bar of States of Maryland and Florida and is admitted to practice law in all state courts of those states and am admitted to practice in the United States District Courts for the District of Maryland and the Southern District of Florida and the United States Court of Appeals for the Fourth Circuit it is hereby;

**ORDERED**, that Scott H. Marder, Esq. is admitted to practice *pro hac vice* in the above referenced cases to represent Green Planet Servicing, LLC, in the United States Bankruptcy Court for the Southern District of New York, subject to the payment of the filing fee of $200.00.

Dated: August ____, 2012
New York, NY

                                                                                                                                         _____

                                                                                                                                         HONORABLE MARTIN GLENN
                                                                                                                                        UNITED STATES CHIEF BANKRUPTCY JUDGE