GMAC Mortgage    Rafael Malave
P.O. Box 780    1060 Post Avenue
Waterloo, IA 50704-0780    Staten Island, NY 10302

July 28, 2012

Dear Shelly Caughron,

Re: Account Number 0656784663

Your records are wrong regarding personalize assistance. We submitted 6 - 7 modification applications & all documentation requested. Every time turned down. GMAC decision to allow our property to fall in disrepair & underwater due to you guys making stupid decisions in trying to receive some mortgage payment in giving a helping hand to homeowners & keeping your investors happy. No You allow dumb attorneys to use the legal system to foreclose a property that takes approximately 2 - 3 years or more. By then GMAC loses and attorneys always get paid. Not to mention the property being sold at 25cents on the $1.00. Now GMAC is in bankruptcy for being fools. We owners have no regard or respect for Financial Institutes. The Judge should penalize GMAC by reducing principle on Foreclose Homes & give it back to homeowners. Now at taxpayers expense we pay double. God have mercy & hope for the best. A lesson has been learned for financial stupidity. Thank you for nothing.

Yours Truly,

Rafael Malave


cc: Bankruptcy Court - Vito Genna (Clerk of The Court for GMAC)
    Honorable Judge
    GMAC Senior Financial Office



RECEIVED
AUG - 8 2012
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK