**ORIGINAL**

RECEIVED

AUG - 8 2012

U.S. BANKRUPTCY COURT
SO. DIST OF NEW YORK

1 | **RONALD W. BEALS, Chief Counsel**
**LINDA COHEN HARREL, Deputy Chief Counsel**
2 | **CAROL QUAN, Assistant Chief Counsel**
**JERALD M. MONTOYA, Assistant Chief Counsel**
3 | **LISA A. BRAHAM, Assistant Chief Counsel**
**STEVEN J. DADAIAN, Assistant Chief Counsel**
4 | 100 South Main Street, Suite 1300
Los Angeles, California 90012-3702
5 | Telephone: (213) 687-6000
Facsimile: (213) 687-8300
6 | **ALEXANDER PRIETO, Deputy Attorney,** Bar Number 260901
Attorneys for Moving Party, The People of the State of California,
7 | acting by and through the Department of Transportation

8

9

10

11
UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

12 | In re:

13 | RESIDENTIAL CAPITAL, LLC, *et al.*,

14 |

15 |

16 | Debtors.

17 |

18 |

19 |

20 |

| | |
|---|---|
| In re:<br><br>RESIDENTIAL CAPITAL, LLC, *et al.*,<br><br><br>Debtors. | Chapter 11<br><br>Case No. 12-12020 (MG)<br><br>(Jointly Administered) |

24

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

25

26    I, Alexander Prieto, request admission, ***pro hac vice***, before the Honorable Martin

27  Glenn, to represent The People of the State of California, by and through its Department of

28  Transportation in the above-referenced cases.

1       *I certify that I am a member in good standing* of the bar in the State of California.

2   Attached as Exhibit 1 is a Certificate of Good Standing with the State of California Bar

3   Association.

4       I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

5

6   Dated:  August 6, 2012

7

8                 RONALD W. BEALS, LINDA COHEN HARREL,
                 CAROL QUAN, JERALD M. MONTOYA,

9                  LISA A. BRAHAM, STEVEN J. DADAIAN

10

11                  By

12                        Alexander Prieto
                 Attorney for the People of the State of California,

13                  acting by and through the Department of

14                  Transportation

15

16

17   *Mailing Address*:
    State of California Department of Transportation

18   100 South Main Street, 13th Floor
    Los Angeles, CA 90012

19   *E-mail address*: alexander_prieto@dot.ca.gov

20   *Telephone number*: (213 ) 687- 6000

21

22

23

24

25

26

27

28

# THE STATE BAR
# OF CALIFORNIA

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA  94105-1617

TELEPHONE: 888-800-3400

# CERTIFICATE OF STANDING

July 24, 2012

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, ALEXANDER PRIETO, #260901 was admitted to the practice of law in this state by the Supreme Court of California on December 5, 2008; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Louise Turner
Custodian of Membership Records

## DECLARATION OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action. My business address is 100 South Main Street, Suite 1300, Los Angeles, California 90012-3702. On August 6, 2012, I served (a) true copy(ies) of the following document(s), on the interested party(ies) to the said action:

1) **MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE***

2) **ORDER GRANTING ADMISSION OF ALEXANDER P0RIETO TO PRACTICE *PRO HAC VICE***

THE HONORABLE MARTIN GLENN
UNITED STATES BANKRUPTCY JUDGE
Southern District of New York
One Bowling Green
New York, NY 10004-1408

(Courtesy copy with CD of )
PROPOSED ORDER

### [PLEASE SEE ATTACHED SERVICE LIST]

By the following means:

|X|   **BY MAIL:** I am readily familiar with this office's practice of collection and processing correspondence and legal documents for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day in a sealed envelope with postage thereon fully prepaid at Los Angeles, in the ordinary course of business.

| |   OVERNIGHT MAIL: By placing a true copy thereof, enclosed in a sealed envelope, to be delivered by hand to the addressee(s) shown above.

| |   BY FACSIMILE: By transmitting a true copy(ies) thereof by facsimile transmission from facsimile number (213) 897-2426 to the interested party(ies) to said action at the facsimile number(s) shown above.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 6, 2012, at Los Angeles, California.

_____
Tina Macam
Declarant

-3-
MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

## DECLARATION OF SERVICE

I am employed in the County of Los Angeles, State of California.  I am over the age of eighteen years and not a party to the within action.  My business address is 100 South Main Street, Suite 1300, Los Angeles, California 90012-3702.  On August 6, 2012, I served (a) true copy(ies) of the following document(s), on the interested party(ies) to the said action:

1) **MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE***

2) **ORDER GRANTING ADMISSION OF ALEXANDER P0RIETO TO PRACTICE *PRO HAC VICE***

### [PLEASE SEE ATTACHED SERVICE LIST]

By the following means:

|X|   **BY MAIL**: I am readily familiar with this office's practice of collection and processing correspondence and legal documents for mailing.  Under that practice it would be deposited with U.S. Postal Service on that same day in a sealed envelope with postage thereon fully prepaid at Los Angeles, in the ordinary course of business.

| |   OVERNIGHT MAIL: By placing a true copy thereof, enclosed in a sealed envelope, to be delivered by hand to the addressee(s) shown above.

| |   BY FACSIMILE: By transmitting a true copy(ies) thereof by facsimile transmission from facsimile number (213) 897-2426 to the interested party(ies) to said action at the facsimile number(s) shown above.

| |   PERSONAL SERVICE: By causing a true copy thereof, enclosed in a sealed envelope, to be delivered by hand to the addressee(s) shown above.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 6, 2012, at Los Angeles, California.

_____
Tina Macam
Declarant

In Re:  RESIDENTIAL CAPITAL, LLC, et al.
US Bankruptcy Court, SDNY Case No. 12-12020 (MG)
Chapter 11

| |
|---|
| AIG Asset Management US LLC<br>Attn Russell Lipman<br>80 Pine St<br>New York, NY10038<br>212-770-0948<br>212-770-8528<br>Member of Official Committee of Unsecured Creditors |
| Allstate Life Insurance Company<br>Attn Peter A McElvain<br>3075 Sanders Rd Ste G5A<br>Northbrook, IL 60062<br>847-402-1477<br>847-402-6639<br>Member of Official Committee of Unsecured Creditors |
| Ally Bank-Tom Houghton<br>440 S Church St-# 1100<br>Charlotte,NC 28202<br>704-444-4825<br>tom.houghton@ally.com-Ally Bank |
| Ally Financial Inc<br>Jeffrey Brown Corporate Treasurer<br>440 S Church St-# 1100<br>Charlotte,NC 28202<br>704-540-6133<br>jeff.brown@gmacfs.com; william.b.solomon@ally.com<br>Secured Lender under the Secured Revolver and Line of Credit |
| Alston & Bird LLP<br>John C Weitnauer Esq<br>One Atlantic Center<br>1201 West Peachtree St<br>Atlanta,GA 30309-3424<br>404-881-7000<br>404-253-8298<br>kit.weitnauer@alston.com<br>Counsel to Wells Fargo Bank, N.A. in its capacity as trustee, indenture trustee or master servicer of certain RMBS trusts |

In Re:  RESIDENTIAL CAPITAL, LLC, et al.
US Bankruptcy Court, SDNY Case No. 12-12020 (MG)
Chapter 11

---

Alston & Bird LLP
Martin G Bunin Esq & William Hao Esq
90 Park Ave
New York, NY 10016
212-210-9400
212-210-9444
marty.bunin@alston.com;william.hao@alston.com
Counsel to Wells Fargo Bank, N.A. in its capacity as trustee, indenture trustee or master servicer of certain RMBS trusts

---

Alston & Bird LLP
William B Macurda
Bank of America Plaza Ste 4000
101 S Tryon St
Charlotte, NC 28280-4000
704-444-1000
704-444-1755
bill.macurda@alston.com
Counsel to Wells Fargo Bank, N.A. in its capacity as trustee, indenture trustee or master servicer of certain RMBS trusts

---

Assistant Attorney General-
John Mark Stern bankruptcy & Collections Division-
PO Box 1254
Austin, TX 78711-2548
512-475-4868
john.stern@texasattorneygeneral.gov
Counsel to the Texas Comptroller of Public Accounts

---

Bank of New York Mellon
Sarah Stout & Jennifer J Provenzano
525 William Penn Place
Pittsburgh, PA 15259-0001
412-234-7536
Sarah.Stout@BNYMellon.com
 Jennifer.Provenzano@BNYMellon.com; Michael.Spataro@BNYMellon.com;
Mageshwaran.Ramasamy@BNYMellon.com-Securitization/HELOC Trustee

In Re:  RESIDENTIAL CAPITAL, LLC, et al.
US Bankruptcy Court, SDNY Case No. 12-12020 (MG)
Chapter 11

| |
|---|
| Barclays Bank PLC<br>Alicia Borys & Patrick Kerner<br>745 7th Ave 27th Fl<br>New York, NY 10019<br>212-526-4291;212-526-1447<br>212-526-5115<br>alicia.borys@barclays.com;patrick.kerner@barclays.com<br>Barclays Bank PLC, as administrative agent under the Pre-Petition GSAP Facility |
| Barclays Bank PLC<br>Joe Tricamo & May Wong<br>1301 Sixth Ave<br>New York, NY 10019<br>212-320-7564; 212-320-7890<br>xrausloanops5@barclays.com<br>Barclays Bank PLC, as administrative agent under the Pre-Petition GSAP Facility |
| Barnes & Thornburg LLP<br>David M Powlen<br>1000 North West St Ste 1200<br>Wilmington, DE 19801<br>302-888-4536, 302-888-0246<br>david.powlen@btlaw.com<br>Counsel to USAA Federal Savings Bank |
| Barry B Eskanos JD MPA & Ami B Eskanos<br>3122 Pine Tree Dr<br>Miami Beach, FL 33140<br>305-613-6894<br>305-735-3437-<br>bbeskanos@aol.com<br>Creditor |
| Bernstein Litowitz Berger & Grossmann LLP<br>David R Stickney & Jonathan D Uslaner & Matthew P Jubenville<br>12481 High Bluff Dr Ste 300<br>San Diego, CA 92130<br>858-793-0700, 858-793-0323<br>-davids@blblgaw.com; jonathanu@blblgaw.com; matthewj@blblgaw.com-<br>Counsel to Cambridge Place Investments Management Inc. |

In Re:  RESIDENTIAL CAPITAL, LLC, et al.
US Bankruptcy Court, SDNY Case No. 12-12020 (MG)
Chapter 11

| |
|---|
| Bernstein Litowitz Berger & Grossmann LLP-Jai K Chandrasekhar<br>1285 Avenue of the Americas<br>New York, NY10019<br>212-554-1400, 212-554-1444<br>jai@blbglaw.com<br>Counsel to Cambridge Place Investments Management Inc. |
| BMMZ Holding LLC-c/o Ally Financial Inc, Attn Courtney Lowman<br>200 Renaissance Center<br>Mail Code 482-B12-B96<br>Detroit, MI 48265-2000<br>313-656-6711<br>courtney.lowman@ally.com<br>Buyer under the Pre-Petition Ally Repo Facility |
| Brian Kessler, et al-c/o Walters Bender Strohbehn & Vaughan, P.C.<br>2500 City Center Square,<br>1100 Main, Suite 2500<br>Kansas City, MO64105<br>816-421-6620<br>816-421-4747<br>jhaake@wbsvlaw.com<br>Top 50 Creditors |
| Cadwalader Wickersham & Taft LLP<br>Gregory M Petrick & Ingrid Bagby<br>One World Financial Center<br>New York, NY 10281<br>212-504-6000<br>212-504-6666<br>gregory.petrick@cwt.com;ingrid.bagby@cwt.com<br>Counsel to MBIA Insurance Corporation |
| Cadwalader Wickersham & Taft LLP-Mark C Ellenberg Esq-<br>700 Sixth St NW<br>Washington, DC 20001<br>202-862-2200, 202-862-2400<br>mark.ellenberg@cwt.com<br>Counsel to MBIA Insurance Corporation |

n Re: RESIDENTIAL CAPITAL, LLC, et al.
US Bankruptcy Court, SDNY Case No. 12-12020 (MG)
Chapter 11

| |
|---|
| Cohen Milstein Sellers & Toll PLLC<br>Joel P Laitman, Christopher Lometti, Michael B Eisenkraft, Daniel B Rehns & Kenneth M Rehns<br>88 Pine St 14th Fl<br>New York, NY 10005<br>212-838-7797, 212-838-7745-<br>jlaitman@cohenmilstein.com;clometti@cohenmilstein.com;meisenkraft@cohenmilstein.com;dre hns@cohenmilstein.com;krehns@cohenmilstein.com<br>Counsel to Lead Plaintiff |
| Cole Schotz Meisel Forman & Leonard PA-Michael D Warner & Emily S Chou<br>301 Commerce St Ste 1700<br>Fort Worth, TX 76102<br>817-810-5250<br>817-810-5255<br>mwarner@coleschotz.com;echou@coleschotz.com<br>Counsel to HP Enterprise Services LLC |
| Commonwealth of Pennsylvania, Department of Labor and Industry<br>Joseph Kots-Reading Bankruptcy & Compliance Unit<br>625 Cherry St Rm 203<br>Reading, PA 19602-1152<br>610-378-4511, 610-378-4459<br>ra-li-ucts-bankrupt@state.pa.us<br>Commonwealth of Pennsylvania, Department of Labor and Industry, Office of Unemployment Compensation Tax Services (UCTS) |
| Crowe & Dunlevy PC<br>William H. Hoch<br>20 N. Broadway Ave., Ste. 1800<br>Oklahoma City, OK 73102<br>405-235-7700<br>405-239-6651<br>will.hoch@crowedunlevy.com<br>Counsel to MidFirst Bank |
| Curtis Mallet-Prevost Colt & Mosle LLP<br>Maryann Gallagher Esq<br>101 Park Ave<br>New York, NY10178-0061<br>212-696-8881<br>212-697-1559<br>-mgallagher@curtis.com-<br>Proposed Conflicts Counsel for the Debtors |

In Re:  RESIDENTIAL CAPITAL, LLC, et al.
US Bankruptcy Court, SDNY Case No. 12-12020 (MG)
Chapter 11

| |
|---|
| Curtis Mallet-Prevost Colt & Mosle LLP<br>Michael A Cohen Esq<br>101 Park Ave<br>New York, NY 10178-0061<br>212-696-6900<br>212-697-1559<br>macohen@curtis.com<br>Proposed Conflicts Counsel for the Debtors |
| Curtis Mallet-Prevost Colt & Mosle LLP<br>Steven J Reisman Esq<br>101 Park Ave<br>New York, NY 10178-0061<br>212-969-6065, 212-697-1559<br>sreisman@curtis.com<br>Proposed Conflicts Counsel for the Debtors |
| David P Stich Esq<br>521 Fifth Ave 17th Fl<br>New York, NY10175<br>646-554-4421<br>Counsel to NYCTL 2011-A Trust |
| Dechert LLP<br>Glenn E Siegel, Hector Gonzalez, Brian E Greer & Mauricio A Espana<br>1095 Avenue of the Americas<br>New York, NY10036-6797<br>212-698-3500, 212-698-3599-<br>glenn.siegel@dechert.com;hector.gonzalez@dechert.com;brian.greer@dechert.com;mauricio.espana@dechert.com<br>Counsel to Bank of New York Mellon Trust Company NA |
| Deutsche Bank-Rosa Mendez-Corporate Trust Department<br>1761 E. St. Andrew Place-<br>Santa Ana, CA 92705-4934<br>714-247-6309, 714-855-1556<br>rosa.mendez@db.com<br>Securitization Trustee |

In Re: RESIDENTIAL CAPITAL, LLC, et al.
US Bankruptcy Court, SDNY Case No. 12-12020 (MG)
Chapter 11

| |
|---|
| Deutsche Bank Trust Company Americas<br>Attn Brendan Meyer<br>Harborside Financial Center-<br>100 Plaza One MS: JCY03-0699<br>Jersey City, NJ 07311-3901<br>201-593-8545, 646-502-4546<br>Brendan.meyer@db.com<br>Member of Official Committee of Unsecured Creditors |
| Diem T Nguyen<br>16478 Beach Blvd No 331<br>Westminister, CA 92683<br>714-742-5371<br>diem.home@gmail.com<br>Interested Party, Diem T Nguyen |
| Duane Morris LLP<br>Gerald S Catalanello Esq & james J Bincequerra Esq<br>1540 Broadway<br>New York, NY 10036<br>212-692-1000<br>212-692-1020<br>gcatalanello@duanemorris.com;jvincequerra@duanemorris.com<br>Counsel to Green Planet Servicing LLC |
| Fannie Mae<br>Catherine Lashe<br>950 East Paces Ferry Road, Suite 1900<br>Atlanta, GA 30326<br>404-398-6901<br>catherine_lasher@fanniemae.com<br>GSE - Fannie Mae |
| Fein Such & Crane LLP<br>Mark K Broyles Esq<br>28 East Main St Ste 1800<br>Rochester, NY 14614<br>585-232-7400<br>585-325-3119<br>broylesmk@rgcattys.com<br>Counsel to Bank of America NA, Aurora Loan Services & Residential Capital LLC |

In Re:  RESIDENTIAL CAPITAL, LLC, et al.
US Bankruptcy Court, SDNY Case No. 12-12020 (MG)
Chapter 11

---

FIDC
Dennis J Early
Counsel - Legal Division
3501 Fairfax Dr Rm VS-D-7076
Arlington, VA 22226-3500
703-562-2739
dearly@fdic.gov
Counsel to the FDIC

---

Financial Guaranty Insurance Company
Attn John Dubel
125 Park Ave
New York, NY 10017
212-312-3399
Member of Official Committee of Unsecured Creditors

---

Foley & Mansfield PLLP
Thomas J Lallier
250 Marquette Ave Ste 1200
Minneapolis, MN 55401
612-338-8788, 612-338-8690
tlallier@foleymansfield.com
Counsel to TCF National Bank

---

Freddie Mac
Kenton W Hambrick Associate General Counsel
M/S202
8200 Jones Branch Dr
McLean, VA 22102
703-903-2473, 703-903-3692
kenton_hambrick@freddiemac.com
Counsel to Freddie Mac

---

Freeborn & Peters LLP
Devon J Eggert Esq
311 S Wacker Dr Ste 3000
Chicago, IL 60606-6677
312-360-6000
312-360-6520
deggert@freebornpeters.com
Counsel to Mercer (US) Inc.

In Re:  RESIDENTIAL CAPITAL, LLC, et al.
US Bankruptcy Court, SDNY Case No. 12-12020 (MG)
Chapter 11

---

Freeborn & Peters LLP
Thomas R Fawkes Esq
311 S Wacker Dr Ste 3000
Chicago, IL 60606-6677
312-360-6000
312-360-6520
tfawkes@freebornpeters.com
Counsel to Mercer (US) Inc.

---

Gibbons PC
Attn Jeffrey S Berkowitz Esq
One Pennsylvania Plaza 37th Fl
New York, NY 10119-3701
212-613-2000, 212-290-2018
jberkowitz@gibbonslaw.com
Counsel to Wells Fargo Bank, NA

---

Gibbons PC
Attn Karen A Giannelli Esq
One Gateway Center 9th Fl
Newark, NJ 07102-5310
973-596-4500, 973-596-0545
kgiannelli@gibbonslaw.com
Counsel to Wells Fargo Bank, NA

---

Gibbs & Bruns LLP
Kathy D Patrick Esq & Scott A Humphries Esq
1100 Louisiana Ste 5300
Houston, TX 77002
713-650-8805, 713-750-0903
kpatrick@gibbsbruns.com;shumphries@gibbsbruns.com
Counsel to Ad Hoc RMBS Holder Group

---

Gibbs & Bruns, L.L.P.
Kathy D. Patrick
1100 Louisiana, Suite 5300
Houston. TX 77002
----kpatrick@gibbsbruns.com
Counsel for the Institutional Investors

In Re:  RESIDENTIAL CAPITAL, LLC, et al.
US Bankruptcy Court, SDNY Case No. 12-12020 (MG)
Chapter 11

| |
|---|
| Ginnie Mae<br>Ted Tozer<br>550 12 St. SW, 3rd Floor<br>Washington, DC 20024<br> 202-485-5010<br>theodore.w.tozer@hud.gov<br>GSE – Ginnie Mae |
| Grant & Eisenhofer PA<br>Georffrey C Jarvis Matthew P Morris & Deborah A Elman<br>485 Lexington Ave 29th Fl<br>New York, NY 10017<br>646-722-8500<br>646-722-8501<br>gjarvis@gelaw.com;mpmorris@gelaw.com;delman@gelaw.com<br>Counsel to Stichting Pensioenfunds ABP, huntington Bancshares Inc, John Hancock Life<br>Insurance Company (U.S.A.), John Hancock Life Insurance Company (U.S.A.) Separate<br>Account 6A & John Hancock Life Insurance Company (U.S.A.) Separate Account 131 |
| HP Enterprise Services LLC<br>Ayala Hassell Esq<br>5400 Legacy Dr<br>Plano, TX 75024<br>972-605-5507<br>972-605-5616<br>ayala.hassell@hp.com<br>Counsel to HP Enterprise Services LLC |
| IBM Corporation<br>Attn Shawn Konig<br>1360 Rene Levesque W Ste 400<br>Montreal,QC-H3G 2W6<br>Canada<br>Counsel to IBM Corporation |
| Jones Day-Carle E Black<br>901 Lakeside Ave<br>Cleveland, OH 44114<br>216-586-3939, 216-579-0212<br>ceblack@jonesday.com<br>Counsel to Financial Guaranty Insurance Company |

In Re:  RESIDENTIAL CAPITAL, LLC, et al.
        US Bankruptcy Court, SDNY Case No. 12-12020 (MG)
        Chapter 11

---

Jones Day
Corinne Ball, Richard L Wynne & Lance E Mill
222 East 41st Street
New York, NY 10017
212-326-3939
212-755-7306
cball@jonesday.com;rlwynne@jonesday.com;lemiller@jonesday.com
Counsel to Financial Guaranty Insurance Company

---

Kasowitz, Benson, Torres & Friedman LLP
Andrew K Glenn, Matthew B Stein, Daniel A Fliman & Nii Amar Amamoo
1633 Broadway
New York, NY 10019
212-506-1700, 212-506-1800aglenn@kasowitz.com;mstein@kasowitz.com;dfliman@kasowitz.com;namamoo@kasowitz.com
Counsel to the Federal Housing Finance Agency as Conservator of the Federal National
Mortgage Association ("Fannie Mae") and the Federal Home Loan Mortgage Corporation

---

Kilpatrick & Associates PC
Richardo I Kilpatrick
903 North Opdyke Rd Ste C
Auburn Hills, MI 48326
248-377-0700
ecf@kaalaw.com
Counsel to Oakland County Treasurer

---

King & Spalding LLP
W. Austin Jowers & Paul K. Ferdinands & Thaddeus D. Wilson
1180 Peachtree Street N.E.
Atlanta, GA 30309
404-572-4600
404-572-5100
thadwilson@kslaw.com; ajowers@kslaw.com; pferdinands@kslaw.com
Counsel to Lone Star U.S. Acquisitions, LLC

---

Klestadt & Winters LLP
Attn Tracy L Klestadt & Joseph C Corneau
570 Seventh Ave 17th Fl
New York, NY 10018
212-972-3000, 212-972-2245
tklestadt@klestadt.com;jcorneau@klestadt.com
Counsel to Tracy L Klestadt, in his Capacity as Chapter 7 Trustee of Alliance Mortgage
Investments, Inc. and Alliance Bancorp

In Re:  RESIDENTIAL CAPITAL, LLC, et al.
US Bankruptcy Court, SDNY Case No. 12-12020 (MG)
Chapter 11

| |
|---|
| Kurtzman Carson Consultants<br>Alison M. Tearnen Schepper<br>rescapinfo@kccllc.com<br>Claims and Noticing Agent |
| Law Offices of Christopher Green<br>Christopher E. Green<br>Two Union Square Suite 4285<br>601 Union Street<br>Seattle, WA 98101<br>206-686-4558<br>206-686-2558<br>Counsel to Interested Party, Mary Perkins White |
| Law Offices of Robert E Luna PC<br>Andrea Sheehan<br>4411 N Central Expressway<br>Dallas, TX75205<br>214-521-8000<br>214-521-1738<br>sheehan@txschoollaw.com<br>Counsel to Carrollton-Farmers Branch Independent School District and Lewisville Independent School District |
| Linebarger Goggan Blair & Sampson LLP<br>Diana W Sander<br>Po Box 17428<br>Austin, TX 78760<br>512-447-6675<br>512-443-5114<br>austin.bankruptcy@publicans.com<br>Counsel to City of McAllen, Sourth Texas ISD, South Texas College & Cameron County |
| Linebarger Goggan Blair & Sampson LLP<br>Elzabeth Weller<br>2323 Bryan St Ste 1600<br>Dallas, TX 75201<br>214-880-0089<br>469-221-5002<br>dallas.bankruptcy@publicans.com<br>Counsel to Dallas County |

In Re:  RESIDENTIAL CAPITAL, LLC, et al.
US Bankruptcy Court, SDNY Case No. 12-12020 (MG)
Chapter 11

---

Linebarger Goggan Blair & Sampson LLP
John P Dillman Esq
PO Box 3064
Houston, TX 77253-3064
713-844-3478
713-844-3503
houston_bankruptcy@lgbs.com-Counsel to Texas Taxing Authorities - Katy ISD, Matagorda
County, Cypress-Fairbanks ISD, Tyler County, Cleveland ISD, Fort Bend County, Montgomery
County, Harris County, Galveston County, Orange County

---

Lowenstein Sandler PC-Andrew Behlmann
1251 Avenue of the Americas 18th Fl
New York, NY 10020
212-262-6700
212-262-7402
abehlmann@lowenstein.com
Counsel to The Union Central Life Insurance Company, Ameritas Life Insurance Corp. and
Acacia Life Insurance Company ; and Cambridge Place Investments Management Inc.

---

Lowenstein Sandler PC
Andrew Behlmann
65 Livingston Ave
Roseland, NJ 07068
973-597-2500, 973-597-2481
abehlmann@lowenstein.com
Counsel to The Union Central Life Insurance Company, Ameritas Life Insurance Corp. and
Acacia Life Insurance Company ; and Cambridge Place Investments Management Inc.

---

Lowenstein Sandler PC-Michael S Etkin & Ira M Levee
1251 Avenue of the Americas 18th Fl
New York, NY 10020
212-262-6700, 212-262-7402
metkin@lowenstein.com;ilevee@lowenstein.com
Counsel to Lead Plaintiff; o The Union Central Life Insurance Company, Ameritas Life
Insurance Corp. and Acacia Life Insurance Company ; and Cambridge Place Investments
Management Inc.

In Re:  RESIDENTIAL CAPITAL, LLC, et al.
US Bankruptcy Court, SDNY Case No. 12-12020 (MG)
Chapter 11

---

Lowenstein Sandler PC
Michael S Etkin & Ira M Levee
65 Livingston Ave
Roseland,NJ07068
973-597-2500
973-597-2481
metkin@lowenstein.com;ilevee@lowenstein.com
Counsel to Lead Plaintiff; o The Union Central Life Insurance Company, Ameritas Life
Insurance Corp. and Acacia Life Insurance Company ; and Cambridge Place Investments
Management Inc.

---

M&TCC
1 M&T Plaza, 7th Floor
Buffalo, NY 14203
Securitization Trustee

---

Manatee County Tax Collector
Susan D Profant & Ken Burton Jr
4333 US 301 North
Ellenton, FL-34222
941-741-4832
941-721-2008
susanp@taxcollector.com
Counsel to Manatee County Tax Collector

---

Mathis, Riggs & Prather PSC
Donald T Prather
500 Main St Ste 5
Shelbyville,KY 40065
502-633-5220, 502-633-0667
dprather@iglou.com
Counsel to Donald T Prather, Trustee

---

MBIA Insurance Corporation
Attn Mitchell Sonkin
113 King St
Armonk. NY 10504
914-765-3640
914-765-3646
Member of Official Committee of Unsecured Creditors

In Re: RESIDENTIAL CAPITAL, LLC, et al.
        US Bankruptcy Court, SDNY Case No. 12-12020 (MG)
        Chapter 11

| |
|---|
| McKool Smith<br>Attn: Paul D. Moak<br>600 Travis St., Suite 7000<br>Houston,TX 77002<br>713-485-7302<br>713-485-7344<br>pmoak@McKoolSmith.com<br>Counsel to GSE - Freddie Mac |
| McKool Smith PC<br>Michael R Carney<br>One Bryant Park 47th Fl<br>New York, NY 10036<br>212-402-9400,212-402-9444<br>mcarney@mckoolsmith.com<br>Counsel to Freddie Mac |
| McKool Smith PC<br>Paul D Moak<br>600 Travis St., Suite 7000<br>Houston, TX 77002<br>713-485-7300<br>713-485-7344<br>pmoak@McKoolSmith.com<br>Counsel to Freddie Mac |
| Morgan Lewis & Bockius LLP<br>James L Garrity Jr<br>101 Park Ave<br>New York, NY 10178-0600<br>212-309-6000, 212-309-6001<br>jgarrity@morganlewis.com<br>Counsel to Deutsche Bank Trust Company Americas and Deutsche Bank National Trust<br>Company, as trustees of certain mortgage backed securities trust |
| Morgan Lewis & Bockius LLP<br>Michael S Kraut<br>101 Park Ave<br>New York, NY 10178-0600<br>212-309-6000<br>212-309-6001<br>mkraut@morganlewis.com<br>Counsel to Deutsche Bank Trust Company Americas and Deutsche Bank National Trust<br>Company, as trustees of certain mortgage backed securities trust |

In Re:  RESIDENTIAL CAPITAL, LLC, et al.
       US Bankruptcy Court, SDNY Case No. 12-12020 (MG)
       Chapter 11

| |
|---|
| Morgan Lewis & Bockius LLP<br>Patrick D Fleming<br>101 Park Ave<br>New York, NY 10178-0600<br>212-309-6000<br>212-309-6001<br>pfleming@morganlewis.com<br>Counsel to Deutsche Bank Trust Company Americas and Deutsche Bank National Trust Company, as trustees of certain mortgage backed securities trust |
| Moritt Hock & Hamroff LLP<br>Leslie Ann Berkoff<br>400 Garden City Plaza<br>Garden City, NY 11530<br>516-873-2000<br>516-873-2010<br>lberkoff@moritthock.com<br>Counsel to Cal-Western Reconveyance Corporation |
| Morrison Cohen LLP<br>Joseph T Moldovan Esq<br>909 Third Ave<br>New York, NY 10022<br>212-735-8600, 212-735-8708<br>jmoldovan@morrisoncohen.com;bankruptcy@morrisoncohen.com<br>Counsel to the Independent Directors of the Residential Capital, LLC |
| Munger Tolles & Olson LLP<br>Seth Goldman<br>355 S Grand Ave<br>Los Angeles, CA 90071<br>213-683-9100<br>seth.goldman@mto.com<br>Counsel to Berkshire Hathaway Inc |
| Munger Tolles & Olson LLP<br>Thomas B Walper<br>355 S Grand Ave<br>Los Angeles, CA 90071<br>213-683-9100<br>Thomas.walper@mto.com<br>Counsel to Berkshire Hathaway Inc |

In Re:  RESIDENTIAL CAPITAL, LLC, et al.
US Bankruptcy Court, SDNY Case No. 12-12020 (MG)
Chapter 11

| |
|---|
| Office of Attorney General<br>Carol E. Momjian, Senior Deputy Attorney General<br>21 S. 12th Street, 3rd Floor<br>Philadelphia, PA 19107-3603<br>215-560-2128,215-560-2202<br>cmomjian@attorneygeneral.gov<br>Counsel to Commonwealth of Pennsylvania, Department of Revenue, Bureau of Compliance |
| Patterson Belknap Webb & Tyler LLP<br>David W Dykhouse & Brian P Guiney<br>1133 Avenue of the Americas<br>New York, NY 10036-6710<br>212-336-2000<br>212-336-2222<br>dwdykhouse@pbwt.com;bguiney@pbwt.com<br>Counsel to Ambac Assurance Corporation |
| Paul N Papas II<br>Mylegalhelpusa.com-<br>4727 E Bell Rd Ste 45-350<br>Phoenix, AZ 85032<br>602-493-2016<br>Paul_Papas@mylegalhelpusa.com<br>Counsel to Paul N Papas II |
| Perdue Brandon Fielder Collins & Mott LLP<br>c/o Elizabeth Banda Calvo<br>PO Box 13430<br>Arlington,TX 76094-0430<br>817-461-3344<br>817-860-6509<br>ebcalvo@pbfcm.com<br>Counsel to Johnson County et al, Richardson ISD |
| Pillsbury Winthrop Shaw Pittman LLP<br>Attn Ana N Damonte Esq<br>50 Fremont St<br>PO Box 7880<br>San Francisco, CA 94120-7880<br>415-983-1000<br>415-983-1200<br>ana.damonte@pillsburylaw.com<br>Counsel to 2255 Partners LP |
| Polsinelli Shughart PC |

In Re:  RESIDENTIAL CAPITAL, LLC, et al.
US Bankruptcy Court, SDNY Case No. 12-12020 (MG)
Chapter 11

| |
|---|
| Daniel J Flanigan & Jason A Nagi<br>805 Third Ave Ste 2020<br>New York, NY 10022<br>212-684-0199<br>212-759-8290<br>dflanigan@polsinelli.com;jnagi@polsinelli.com<br>Counsel to Representative Plaintiffs and the Putative Class |
| Proskauer Rose LLP<br>Irena M Goldstein<br>Eleven Times Square<br>New York, NY 10036<br>212-969-3000<br>212-969-2900<br>igoldstein@proskauer.com<br>Counsel to Assured Guaranty Municipal Corp |
| Proskauer Rose LLP<br>Scott K Rutsky & Jared D Zajac<br>Eleven Times Square<br>New York, NY 10036<br>212-969-3000<br>212-969-2900<br>srutsky@proskauer.com;jzajac@proskauer.com<br>Counsel to Dallas CPT Fee Owner LP |
| Quinn Emanuel Urquhart & Sullivan LLP<br>Daniel L Brockett & David D Burnett<br>51 Madison Ave 22nd Fl<br>New York, NY 10010<br>212-849-7000,212-849-7100<br>danbrockett@quinnemanuel.com;daveburnett@quinnemanuel.com<br>Counsel to The Prudential Insurance Companu of America, The Gibraltar Life Insurance Company, Ltd., Park Place Commerce Investments, LLC, Prudential Retirement Insurance and Annuity Company, Prudential Annuities Life Insurance Corporation, Pruco Life Insurance Company of New Jersey, Commerce Street Investments, LLC, Institutional Core Bond Fund of the Prudential Trust Company Master Commingled Investment Fund for Tax Exempt Trusts, Institutional Core Plus Bond Fund of the Prudential Trust Company Master Commingled Investment Fund for Tax Exempt Trusts, Pru Alpha Fixed Income Opportunity Master Fund I, L.P., Pruco Life Insurance Company, Prudential Annuities Life Assurance Corporation, Prudential Investment Portfolios 2, Prudential Core Short-Term Bond Fund, Prudential Total Return Bond Fund, Inc., Prudential Trust Company, as Trustee for Prudential Merged Retirement Plan, The Prudential Investment Portfolios, Inc., Asset Allocation Fund, The Prudential Life Insurance Company, Ltd., and The Prudential Series Fund, Diversified Bond Portfolio |

In Re:  RESIDENTIAL CAPITAL, LLC, et al.
US Bankruptcy Court, SDNY Case No. 12-12020 (MG)
Chapter 11

Quinn Emanuel Urquhart & Sullivan LLP-Susheel Kirpalani & Scott C Shelley
51 Madison Ave 22nd Fl
New York, NY 10010
212-849-70
212-849-7100
susheelkirpalani@quinnemanuel.com;scottsshelley@quinnemanuel.com
Counsel to AIG Asset Management (US) LLC

Reilly Pozner LLP
Michael A Rollin
1900 16th St Ste 1700
Denver, CO 80202
303-893-6100
303-893-6110
mrollin@rplaw.com
Counsel to Lehman Brothers Holdings Inc

Robbins Gellar Rudman & Dowd LLP
Christopher M Wood
One Montgomery Steet Ste 1800
Post Montgomery Center
San Francisco, CA 94104
415-288-4545
415-288-4534
cwood@rgrdlaw.com
Counsel to The Union Central Life Insurance Company, Ameritas Life Insurance Corp. and
Acacia Life Insurance Company

Robbins Gellar Rudman & Dowd LLP
Steven W Pepich
655 West Broadway Ste 1900
San Diego, CA 92101
619-231-1058
619-231-7423
stevep@rgrdlaw.com
Counsel to The Union Central Life Insurance Company, Ameritas Life Insurance Corp. and
Acacia Life Insurance Company

Ropes & Gray LLP
D Ross Martin Esq & Keith H Wofford Esq
1211 Avenue of the Americas
New York, NY 10036-8704
212-596-9000,212-596-9090
Ross.martin@ropesgray.com;keith.wofford@ropesgray.com
Counsel to Ad Hoc RMBS Holder Group

In Re: RESIDENTIAL CAPITAL, LLC, et al.
US Bankruptcy Court, SDNY Case No. 12-12020 (MG)
Chapter 11

---

Ropes & Gray LLP
D. Ross Martin
Prudential Tower
800 Boylston Street
Boston, MA 02199
----Ross.martin@ropesgray.com
Counsel for the Institutional Investors

---

Rowen L Drenne as Representative for the Plaintiffs Brian Kessler et al
3725 N Indiana
Kansas City, MO-64117
816-726-4615
816-523-3530
Member of Official Committee of Unsecured Creditors

---

Samuel I White PC
D Carol Sasser Esq
5040 Corporate Woods Dr Ste 120
Virginia Beach, VA 23462
757-490-9284, 757-497-2802
dsasser@siwpc.com
Counsel to Samuel I White PC

---

Samuel I White PC
Donna J Hall Esq
5040 Corporate Woods Dr Ste 120
Virginia Beach, VA 23462
757-457-1485, 757-497-1193
dhall@siwpc.com
Counsel to Samuel I White PC

---

Scarinci & Hollenbeck LLC
Joel R Gluckman Esq
1100 Valley Brook Ave
PO Box 790
Lyndhurst, NJ 07071-0790
201-896-4100
jglucksman@scarincihollenbeck.com
Counsel to the City of Union City, New Jersey; and Counsel to Township of Wall

---

In Re:  RESIDENTIAL CAPITAL, LLC, et al.
US Bankruptcy Court, SDNY Case No. 12-12020 (MG)
Chapter 11

| |
|---|
| Schnader Harrison Segal & Lewis LLP<br>Barry Bressler & Richard A Barkasy<br>1600 Market St Ste 3600<br>Philadelphia, PA 19103-7286<br>215-751-2050<br>215-751-2205<br>bbressler@schnader.com;rbarkasy@schnader.com<br>Counsel to Liberty Property Limited Parternship |
| Schnader Harrison Segal & Lewis LLP<br>Benjamin P Deutsch Esq<br>140 Broadway Ste 3100<br>New York, NY 10005-1101<br>212-973-8000<br>212-972-8798<br>bdeutsch@schnader.com<br>Counsel to Liberty Property Limited Parternship |
| Secretary of State<br>123 William St<br>New York, NY 10038-3804<br>212-417-5800<br>212-417-2383<br>Secretary of the State |
| Secretary of State, Division of Corporations<br>99 Washington Ave, Ste 600<br>One Commerce Plz<br>Albany, NY 12231-0001<br>518-473-2492<br>518-474-141<br>Secretary of the State - Division of Corporations |
| Seward & Kissell LLP<br>Greg S Bateman<br>One Battery Park Plaza<br>New York, NY 10004<br>212-574-1436<br>212-480-8421<br>bateman@sewkis.com<br>Wells Fargo Bank, N.A., as collateral agent for the Prepetition Junior Secured Notes, as collateral agent for the Prepetition Ally Revolver, and as collateral control agent under the Intercreditor Agreement, dated as June 6, 2008 |
| Seward & Kissell LLP |

In Re: RESIDENTIAL CAPITAL, LLC, et al.
US Bankruptcy Court, SDNY Case No. 12-12020 (MG)
Chapter 11

| |
|---|
| Ronald L Cohen & Kalyan Das<br>One Battery Park Plaza<br>New York, NY-10004<br>212-574-1200, 212-480-8421<br>cohen@sewkis.com;das@sewkis.com<br>Counsel to US Bank National Association as Securitization Trustee |
| Shafferman & Feldman LLP<br>Joel M Shafferman Esq<br>286 Madison Ave Ste 502<br>New York, NY 10017<br>212-509-1802<br>Counsel to NYCTL 2011-A Trust |
| Shapiro Blasi Wasserman & Gora PA<br>Thomas A Conrad Esq<br>7000 Glades Rd Ste 400<br>Boca Raton, FL 33434<br>516-477-7800<br>516-477-7722<br>taconrad@sblawfirm.com<br>Counsel to Petra Finance LLC |
| Shearman & Sterling LLP<br>Fredric Sosnick & Susan A Fennessey<br>599 Lexington Ave<br>New York, NY 10022<br>212-848-4000, 646-848-7179<br>fsosnick@shearman.com;sfennessey@shearman.com<br>Counsel to Citibank NA |
| Stinson Morrison Hecker LLP<br>Andrew W. Muller<br>1201 Walnut, Ste. 2900<br>Kansas City, MO 64106<br>816-842-8600<br>816-691-3495<br>amuller@stinson.com<br>Counsel to Bank of the West |

In Re:  RESIDENTIAL CAPITAL, LLC, et al.
          US Bankruptcy Court, SDNY Case No. 12-12020 (MG)
          Chapter 11

| |
|---|
| Sullivan Hazeltine Allinson LLC<br>William A Hazeltine Esq<br>901 N Market St Ste 1300<br>Wilmington, DE 19801<br>302-428-8191<br>302-428-8195<br>whazeltine@sha-llc.com<br>Counsel to Mortgage Electronic Registration Systems Inc and MERSCOPR Inc ("MERS") |
| Talcott Franklin P.C.<br>Attn: Talcott J. Franklin<br>208 N. Market Street, Suite 200<br>Dallas, TX 75202<br>214-736-8730<br>--tal@talcottfranklin.com<br>Counsel for Institutional Investors |
| TCF National Bank<br>Janella J Miller Senior Vice President & Senior Counsel<br>200 Lake St<br>Wayzata, MN 55391<br>952-745-2716<br>jmiller@tcfbank.com<br>Counsel to TCF National Bank |
| The Bank of New York Mellon<br>Attn Robert H Major Vice President<br>6525 West Campus Oval<br>New Albany, OH-43054<br>614-775-5278,614-775-5636<br>robert.major@bnymellon.com<br>Member of Official Committee of Unsecured Creditors |
| The Canada Trust Company-Susan Khokher<br>79 Wellington Street, West, 8th Floor<br>PO Box 1, Toronto-Dominion Centre<br>Toronto, ON-M5K 1A2<br>Canada<br>416-308-3825, 416-983-2044<br>susan.khokher@tdsecurities.com;kathryn.thorpe@tdsecurities.com;<br>Adam.Parkin@tdsecurities.com; Christopher.stevens@tdsecurities.com;<br>Securitization Trustee |

In Re:  RESIDENTIAL CAPITAL, LLC, et al.
         US Bankruptcy Court, SDNY Case No. 12-12020 (MG)
         Chapter 11

| |
|---|
| U.S. Bank National Association<br>Attn: Mamta K Scott<br>190 S. LaSalle Street<br>Chicago, IL 60603<br>312-332-6578<br>mamta.scott@usbank.com<br>Member of Official Committee of Unsecured Creditors |
| U.S. Bank National Association<br>Michelle Moeller<br>60 Livingston Ave.<br>St. Paul, MN 55107<br>651-495-3839<br>866-869-1624<br>michelle.moeller@usbank.com<br>Securitization/HELOC Trustee |
| U.S. Bank National Association<br>Tanver Ashraf, Corporate Trust Services<br>West Side Flats, EP-Mn-WS3D<br>60 Livingston Ave.<br>St. Paul, MN 55107<br>651-495-3882<br>866-831-7910<br>tanveer.ashraf@usbank.com<br>ecuritization/HELOC Trustee |
| U.S. Department of Justice<br>Attn: Glenn D. Gillette<br>Civil Division<br>1100 L Street NW, Room 10018<br>Washington, DC 20005<br>Glenn.Gillett@usdoj.gov<br>Counsel to GSE - Ginnie Mae |
| Walters Bender Stohbehn & Vaughan PC<br>J Michael Vaughan & David M Skeens<br>2500 City Center Square<br>1100 Main St<br>Kansas City, MO 64105<br>816-421-6620<br>816-421-4747<br>mvaughan@wbsvlaw.com;dskeens@wbsvlaw.com<br>Counsel to Representative Plaintiffs and the Putative Class |

In Re: RESIDENTIAL CAPITAL, LLC, et al.
US Bankruptcy Court, SDNY Case No. 12-12020 (MG)
Chapter 11

| |
|---|
| Wells Fargo Bank, N.A<br>Kelly Rentz-Corporate Trust Services<br>9062 Old Annapolis Road<br>Columbia, MD 21045<br>410-884-2208<br>410-715-2380<br>kelly.j.rentz@wellsfargo.com; Nichlaus.M.Ross@wellsfargo.com;<br>Sharon.Squillario@wellsfargo.com mary.l.sohlberg@wellsfargo.com<br>Securitization/HELOC Trustee |
| Wells Fargo Law Department<br>Kristi Garcia Esq Senior Counsel<br>MAC T7405-010<br>4101 Wiseman Blvd<br>San Antonio, TX 78251<br>210-543-5747, 210-543-3015<br>kristi.garcia@wellsfargo.com<br>Counsel to Wells Fargo Bank, NA |
| Wendy Alison Nora<br>210 Second St NE<br>Minneapolis, MN 55413<br>612-333-4144<br>612-886-2444<br>accesslegalservices@gmail.com<br>Claimant, Counsel to Prospective Claimant Ray Elliott & Claimant Paul Papas |
| White & Case LLP<br>Attn: Gerard Uzzi<br>1155 Avenue of the Americas<br>New York, NY 10036-2787<br>212-819-8479<br>212-354-8113<br>-guzzi@whitecase.com<br>Counsel to Wells Fargo as collateral agent for the Prepetition Junior Secured Notes |
| Wilmington Trust<br>Jennifer Williams<br>1100 N. Market St.<br>Wilmington, DE 19801<br>302-636-6489<br>302-636-4140<br>jwilliams@wilmingtontrust.com;rmaney@wilmingtontrust.com<br>Securitization Trustee |

In Re:  RESIDENTIAL CAPITAL, LLC, et al.
US Bankruptcy Court, SDNY Case No. 12-12020 (MG)
Chapter 11

| |
|---|
| Wilmington Trust NA<br>Julie J Becker Vice President<br>50 South Sixth St Ste 1290<br>Minneapolis, MN 55402-1544<br>612-217-5628<br>612-217-5651<br>Member of Official Committee of Unsecured Creditors |
| Wilson Elser Moskowitz Edelman & Dicker LLP<br>Attn David L Tillem<br>3 Gannett Dr<br>White Plains, NY 10604-3407<br>914-323-7000 ext 7104<br>914-323-7001<br>david.tillem@wilsonelser.com<br>Counsel to the County of Putnam, Department of Finance |
| Winston & Strawn LLP<br>Attn: David Neier<br>200 Park Avenue<br>New York, NY 10166<br>212-294-5318<br>212-294-4700<br>dneier@winston.com<br>Counsel to GSE - Fannie Mae |
| Winston & Strawn LLP<br>David Neier, Carey D Schreiber & Alan Moskowitz<br>200 Park Avenue<br>New York, NY 10166-4193<br>212-294-6700<br>212-294-4700<br>dneier@winston.com;cschreiber@winston.com;almoskowitz@winston.com<br>Counsel to Federal National Mortgage Association |
| Wollmuth Maher & Deutsch LLP<br>Attn James N Lawlor<br>One Gateway Center 9th Fl<br>Newark, NJ 07102<br>973-733-9200<br>973-733-9292<br>jlawlor@wmd-law.com<br>Counsel to The Western and Southern Life Insurance Company et al |

In Re:  RESIDENTIAL CAPITAL, LLC, et al.
US Bankruptcy Court, SDNY Case No. 12-12020 (MG)
Chapter 11

Wollmuth Maher & Deutsch LLP
Attn Paul R DeFilippo & Steven S Fitzgerald
500 Fifth Ave 12th Fl
New York, NY 10110
212-382-3300
212-382-0050
pdefilippo@wmd-law.com;sfitzgerald@wmd-law.com
Counsel to The Western and Southern Life Insurance Company et al

Zuckerman Spaeder LLP
Graeme W. Bush & Nelson C. Cohen & Laura E. Neish
1185 Avenue of the Americas, 31st Floor
New York, NY 10036
212-704-9600
212-704-4256
gbush@zuckerman.com; ncohen@zuckerman.com; lneish@zuckerman.com
Counsel to National Credit Union Administration Board, as Liquidating Agent of U.S. Central
Federal Credit Union, Western Corporate Federal Credit Union, Members United Corporate
Federal Credit Union, Southwest Corporate Federal Credit Union and Constitution Corporate
Federal Credit Union

Zuckerman Spaeder LLP
Graeme W. Bush & Nelson C. Cohen & Laura E. Neish
1800 M Street, N.W., Suite 1000
Washington, DC 20036
202-778-1800
202-822-8106
gbush@zuckerman.com; ncohen@zuckerman.com; lneish@zuckerman.com
Counsel to National Credit Union Administration Board, as Liquidating Agent of U.S. Central
Federal Credit Union, Western Corporate Federal Credit Union, Members United Corporate
Federal Credit Union, Southwest Corporate Federal Credit Union and Constitution Corporate
Federal Credit Union