UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>RESIDENTIAL CAPITAL, LLC, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 12-12020 (MG)<br><br>(Jointly Administered) |

**ORDER GRANTING ADMISSION OF**
**<u>ALEXANDER PRIETO TO PRACTICE, *PRO HAC VICE*</u>**

Upon the motion of Alexander Prieto, Esq. to be admitted, ***pro hac vice***, to represent the People of the State of California, by and through its Department of Transportation, (the "Client") in the above referenced cases, and upon the movant's certification that the movant is a member in good standing of the bar in the State of California, it is hereby

**ORDERED** that Alexander Prieto, Esq., is admitted to practice, ***pro hac vice***, in the above referenced case adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: August 9, 2012
         New York, New York

                                          _____/s/Martin Glenn_____
                                          THE HONORABLE MARTIN GLENN

UNITED STATES BANKRUPTCY JUDGE document(s), THE PEOPLE OF THE STATE OF CALIFORNIA, BY AND THROUGH THE DEPARTMENT OF TRANSPORTATION, OPPOSITION TO DEBTOR'S REQUEST FOR ORDER INSTRUCTING PROBABLE JUST COMPENSATION TO BE RELEASED TO DEBTOR, on the interested party(ies) to the said action:

[PLEASE SEE SERVICE LIST]

By the following means:

|X|    **BY MAIL**: I am readily familiar with this office's practice of collection and processing correspondence and legal documents for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day in a sealed envelope with postage thereon fully prepaid at Los Angeles, in the ordinary course of business.

| |    **OVERNIGHT MAIL**: By placing a true copy thereof, enclosed in a sealed envelope, to be delivered by hand to the addressee(s) shown above.

| |    **BY FACSIMILE**: By transmitting a true copy(ies) thereof by facsimile transmission from facsimile number (213) 897-2426 to the interested party(ies) to said action at the facsimile number(s) shown above.

| |    **PERSONAL SERVICE**: By causing a true copy thereof, enclosed in a sealed envelope, to be delivered by hand to the addressee(s) shown above.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March _____, 2012, at Los Angeles, California.

_____
Maria Miguel
Declarant

## SERVICE LIST

Re:   Melissa Mosich Miller
      No. 1:10-bk-19870-MT
      Parcel: 79508-1

| | |
|---|---|
| Attention: Mr. David B. Cosgrove<br>Rutan and Tucker<br>611 Anton Boulevard, 14th Floor<br>Costa Mesa, CA 92626-1931 | Attorneys for Defendants,<br>MELISSA MOSICH MILLER and<br>SCOTT MILLER |
| Attention: Ms. Andrea Sheridan Ordin<br>        Ms. Karen A. Lichtenberg<br>        Talin Halabi<br>Los Angeles County Counsel<br>648 Kenneth Hahn Hall of Admin<br>500 West Temple Street<br>Los Angeles, CA 90012-2713 | Attorneys for Defendant,<br>LOS ANGELES COUNTY TAX<br>COLLECTOR |
| Attention: Trenton J. Hill<br>        Mr. Samuel E. Endicott<br>Jones, Bell, Abbott, Fleming and Fitzgerald<br>601 South Figueroa Street, 27th Floor<br>Los Angeles, CA 90017-5759 | Attorneys for Judgment Creditor,<br>JONES, BELL, ABBOTT, FLEMING<br>AND FITZGERALD |
| Attention: Mr. Kevin Hahn<br>Malcolm ♦ Cisneros<br>2112 Business Center Drive, 2nd Floor<br>Irvine, CA 92612 | Attorneys for Defendant,<br>CHASE HOME FINANCE |
| Attention: Jacqueline L. James<br>Levene, Neale, Bender, Yoo and Brill<br>10250 Constellation Boulevard, Suite 1700<br>Los Angeles, CA 90067 | Attorneys for<br>MILLER BANKRUPTCY |
| Attention: Ms. Katherine Bunker<br>United States Trustee<br>21051 Warner Center Lane Ste 115<br>Woodland Hills, CA 91367 | Attorney for<br>U.S. Trustee |