MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Gary S. Lee
Lorenzo Marinuzzi
Norman S. Rosenbaum

*Counsel for the Debtors and*
*Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**NOTICE OF CANCELLATION OF EVIDENTIARY HEARING**
**SCHEDULED FOR AUGUST 16, 2012 AND AUGUST 17, 2012**

**PLEASE TAKE NOTICE** that the evidentiary hearing scheduled for August 16, 2012 and August 17, 2012 at 8:30 A.M. (prevailing Eastern Time) on the *Debtors' Motion for Interim and Final Orders under Bankruptcy Code Sections 105(a) and 363 Authorizing the Debtors to Continue to Perform under the Ally Bank Servicing Agreement in the Ordinary Course of Business* [Docket No. 47] is hereby cancelled.

Dated:   August 9, 2012
         New York, New York

                                                /s/ Gary S. Lee
                                                Gary S. Lee
                                                Lorenzo Marinuzzi
                                                Norman S. Rosenbaum
                                                MORRISON & FOERSTER LLP
                                                1290 Avenue of the Americas
                                                New York, New York 10104
                                                Telephone: (212) 468-8000
                                                Facsimile: (212) 468-7900

                                                *Counsel for the Debtors and*
                                                *Debtors in Possession*

ny-1053860