UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re:

RESIDENTIAL CAPITAL, LLC, et al.,        Case No. 12-12020 (MG)
                                          Chapter 11
Debtors.                                  Jointly Administered

---

## NOTICE OF APPEARANCE AND REQUEST FOR
## SERVICE OF ALL NOTICES, PAPERS AND OTHER DOCUMENTS

**To:** CLERK OF THE COURT AND ALL ATTORNEYS OF RECORD

**PLEASE TAKE NOTICE** that Garry M. Graber, of the law firm of Hodgson Russ LLP, hereby appears in the above-captioned case as counsel for Manufacturers and Traders Trust Company pursuant to 11 U.S.C. §1109(b) and Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure. Request is hereby made for copies of all notices given or required to be given in this case and all papers served in the above-captioned case be given to and served upon him as follows:

> Garry M. Graber, Esq.
> NY Bar No.: 1344159
> Hodgson Russ LLP
> 140 Pearl Street, Suite 100
> Buffalo, New York  14202
> Telephone:  (716) 856-4000
> Facsimile:  (716) 849-0349
> Email:  ggraber@hodgsonruss.com

**PLEASE TAKE FURTHER NOTICE** that request is also made that the address identified herein be added to all Service Lists maintained by the Court or otherwise for pleadings, notices and all documents filed and served in this case and any other related or ancillary proceedings.

Dated: Buffalo, New York
      August 9, 2012

                        **HODGSON RUSS LLP**

                By:   */s/ Garry M. Graber*
                      Garry M. Graber, Esq.

              NY Bar No.: 1344159
              Hodgson Russ LLP
              140 Pearl Street, Suite 100
              Buffalo, New York 14202
              Telephone: (716) 856-4000
              Facsimile: (716) 849-0349
              Email: ggraber@hodgsonruss.com