AFFIDAVIT OF SERVICE

STATE OF NEW YORK         )
COUNTY OF WESTCHESTER     )

    Catherine Galiano, duly sworn says: I am not a party to this action, am more than 18 years of age and reside in East Meadow, NY:

    On August 9, 2012, I served a true copy of the annexed Notice of Appearance with Request for Copies of all Orders, Notices, and Pleadings pursuant to Bankruptcy Rules 2002(g) and 9010(b) in this action by mailing same in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the US Postal Service within the State of New York, addressed to the last known address of the addresses as indicated below:

TO:

Anthony Princi, Counsel for Debtor
Gary S. Lee, Counsel for Debtor
Larren M. Nashelsky, Counsel for Debtor
Morrison & Foerster
1290 Avenue of the Americas
New York, NY 10104

Steven J. Reisman, Counsel for Debtor
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY 10178

U.S. Trustee
United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004

Claims and Noticing Agent
Kurtzman Carson Consultants
2335 Alaska Ave
El Segundo, CA 90245

Steven S. Sparling, Counsel for Official Committee of Unsecured Creditors
Kramer Levin Naftalis & Frankel, LLP
919 Third Avenue
New York, NY 10022

David Siener
103 Orchard Avenue
Buffalo, NY 14270

Debra Weinstein Minoff
Loeb & Loeb LLP
Attorneys for Wilmington Trust, National Association
345 Park Avenue
New York, NY 10154
(212) 407-4000

MERS
3200 Park Center Drive, Suite 150
Costa Mesa, CA 92626

Sworn to before me on
August 9, 2012                                          /s/ Catherine Galiano
                                                        Catherine Galiano

_____
Notary Public
Michael T. Rozea
Notary Public-State of New York
No. 02RO6233613
Qualified in Nassau County
My Commission Expires January 3, 2015