# EXHIBIT "A"

| A. U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT ESTIMATED SETTLEMENT STATEMENT | B. TYPE OF LOAN | | OMB No. 2502-0265 |
|---|---|---|---|
| Date of Printing: 08/31/05    Time of Printing: 12:16:03 | 1. [ ] FHA    2. [ ] FmHA    3. [X] Conv. Unins | | |
| Fidelity National Title Insurance Company | 4. [ ] VA    5. [ ] Conv. Ins | | |
| | 6. ESCROW NUMBER: 33020952-JF | 7. | LOAN NUMBER: 121925907 |
| | 8. MORTGAGE INSURANCE NUMBER: | | |

NOTE: THIS FORM IS FURNISHED TO GIVE YOU A STATEMENT OF THE ACTUAL SETTLEMENT COSTS. AMOUNTS PAID TO AND BY THE SETTLEMENT AGENT ARE SHOWN. ITEMS MARKED "(P.O.C.)" WERE PAID OUTSIDE OF THE CLOSING: THEY ARE SHOWN HERE FOR INFORMATIONAL PURPOSES AND ARE NOT INCLUDED IN THE TOTALS.

| D. NAME OF BORROWER: Mayra Hernandez 8234 E Desert Cove Scottsdale, AZ 85260 | E. NAME OF SELLER: | F. NAME OF LENDER: IndyMac Bank FSB 1707 Market Place Blvd Irving, TX 75063 |
|---|---|---|
| G. PROPERTY LOCATION: 8234 E Desert Cove Scottsdale, AZ 85260 | H. SETTLEMENT AGENT: Fidelity National Title Insurance Company    PLACE OF SETTLEMENT: 1255 W. Baseline Rd., #190 Mesa, AZ 85202 | I. SETTLEMENT DATE: 09/02/2005 |

| J. SUMMARY OF BORROWER'S TRANSACTIONS | | K. SUMMARY OF SELLER'S TRANSACTIONS | |
|---|---|---|---|
| 100. GROSS AMOUNT DUE FROM BORROWER | | 400. GROSS AMOUNT DUE TO SELLER | |
| 101. Contract Sales Price | | 401. Contract Sales Price | |
| 102. Personal Property | | 402. Personal Property | |
| 103. Settlement charges to borrower (line 1400) | 4,285.20 | 403. | |
| 104. Payoff To HomeComings Financial | 101,846.28 | 404. | |
| 105. Payoff To Citi Mortgage | 543,151.88 | 405. | |
| Adjustments: Items Paid by Seller in Advance | | Adjustments: Items Paid by Seller in Advance | |
| 106. City/Town Taxes | | 406. City/Town Taxes | |
| 107. County Taxes | | 407. County Taxes | |
| 108. Assessments | | 408. Assessments | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| 113. | | 413. | |
| 114. | | 414. | |
| 115. | | 415. | |
| 116. | | 416. | |
| 117. | | 417. | |
| 118. | | 418. | |
| 120. GROSS AMOUNT DUE FROM BORROWER | 649,283.36 | 420. GROSS AMOUNT DUE TO SELLER | 0.00 |
| 200. AMOUNTS PAID BY OR IN BEHALF OF BORROWER | | 500. REDUCTIONS IN AMOUNT DUE TO SELLER | |
| 201. Deposit or earnest money | | 501. Excess deposit (see inst.) | |
| 202. Principal Amount of New Loan(s) | 640,000.00 | 502. Settlement charges to seller (line 1400) | |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. | |
| 205. | | 505. | |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| Adjustments: Items Unpaid by Seller | | Adjustments: Items Unpaid by Seller | |
| 210. City/Town taxes | | 510. City/Town Taxes | |
| 211. County Taxes | | 511. County Taxes | |
| 212. Assessments | | 512. Assessments | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| 220. TOTAL PAID BY/FOR BORROWER | 640,000.00 | 520. TOTAL REDUCTIONS IN AMOUNT DUE SELLER | 0.00 |
| 300. CASH AT SETTLEMENT FROM/TO BORROWER | | 600. CASH AT SETTLEMENT FROM/TO SELLER | |
| 301. Gross amount due from borrower (line 120) | 649,283.36 | 601. Gross amount due to seller (line 420) | 0.00 |
| 302. Less amounts paid by/for borrower (line 220) | 640,000.00 | 602. Less reduction in amount due seller (In 520) | 0.00 |
| 303. CASH (XX FROM) ( TO) BORROWER | 9,283.36 | 603. CASH ( FROM) ( TO) SELLER | 0.00 |

Escrow: 33020952-JF

| L. SETTLEMENT STATEMENT | PAID FROM BORROWER'S FUNDS AT SETTLEMENT | PAID FROM SELLER'S FUNDS AT SETTLEMENT |
|---|---|---|
| 700. TOTAL SALES/BROKER'S COMMISSION based on price $ | | |
| Division of Commission (line 700) as follows: | | |
| 701. | | |
| 702. | | |
| 703. | | |
| 704. | | |
| 800. ITEMS PAYABLE IN CONNECTION WITH LOAN | | |
| 801. Loan Origination Fee | | |
| 802. Loan Discount | | |
| 803. Appraisal Fee to Borst Appraisals | 200.00 | |
| 804. Credit Report | | |
| 805. Lender's Inspection Fee | | |
| 806. Mortgage Insurance Application Fee | | |
| 807. Tax Service Fee IndyMasc Bank FSB | 75.00 | |
| 808. Loan Processing Fee Maricopa Mortgage | 495.00 | |
| 809. Broker Appraisal Fee Maricopa Mortgage   application | 100.00 | |
| 810. Funding Fee IndyMasc Bank FSB | 650.00  75.00 | |
| 811. Yield Spread Premium Poc $7200 to Maricopa Mortgage by IndyMac | | |
| 812. Flood Certification Fee to First American Flood Data Services | 12.00 | |
| 813. | | |
| 814. | | |
| 900. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE | | |
| 901. Int at $113.33 per day fr 09/02/05 to 09/01/05 to IndyMasc Bank FSB | (113.33) | |
| 902. Mortgage Insurance Premium | | |
| 903. Hazard Insurance Premium to | | |
| 904. Flood Insurance Premium to | | |
| 905. | | |
| 1000. RESERVES DEPOSITED WITH LENDER | | |
| 1001. Insurance Impounds for 8 months @ $128.17 per month to IndyMasc Bank FSB | 1,025.36 | |
| 1002. Mortgage Insurance  months @ $  per month | | |
| 1003. City Property Taxes  months @ $  per month | | |
| 1004. Tax Impounds for 2 months @ $162.66 per month to IndyMasc Bank FSB | 325.32 | |
| 1005. Annual Assessments  months @ $  per month | | |
| 1006. | | |
| 1007. | | |
| 1008. Aggregate Adjustment to IndyMasc Bank FSB | (290.88) | |
| 1100. ESCROW AND TITLE CHARGES | | |
| 1101. Settlement or Closing Fee | | |
| 1102. Abstract or Title Search | | |
| 1103. Title Examination | | |
| 1104. Title Insurance Binder | | |
| 1105. Document Preparation | | |
| 1106. Notary Fees | | |
| 1107. Attorney Fees | | |
| 1108. Title Insurance     Fidelity National Title Insurance Company | 1,255.78 | |
| 1109. Lender's coverage - ALTA Loan Policy (10-17-92) Extended Coverage $640,000.00 @ $1,255.78 | | |
| 1110. Owner's coverage $0.00 @ $0.00 | | |
| 1111. Sub Escrow Fee | | |
| 1112. | | |
| 1113. | | |
| 1114. | | |
| 1115. | | |
| 1116. | | |
| 1200. GOVERNMENT RECORDING AND TRANSFER CHARGES | | |
| 1201. Recording Fees: Deed $ 0.00  Mortgage $50.00  Reconveyance(s) $0.00 | 50.00 | |
| 1202. City/County Tax/Stamps: Deed $  Mortgage $ | | |
| 1203. State Tax/stamps:  Deed $ 0.00  Mortgage $ | | |
| 1204. | | |
| 1205. | | |
| 1300. ADDITIONAL SETTLEMENT CHARGES | | |
| 1301. Survey | | |
| 1302. Pest Inspection to | | |
| 1303. Maricopa County Treasurer for taxes 1st 1/2 2005 Taxes | 1,075.95 | |
| 1304. | | |
| 1305. | | |
| 1306. | | |
| 1307. | | |
| 1308. | | |
| 1309. | | |
| 1310. | | |
| 1311. | | |
| 1400. TOTAL SETTLEMENT CHARGES (enter on lines 103, Section J and 502, Section K) | 4,285.20 | 0.00 |

Wednesday, August 31, 2005, 12:13

Escrow: 33020952-JF

## ATTACHMENT TO RESPA

|  | BUYER | SELLER |
|---|---|---|
| **PAYOFF CHARGES FOR HomeComings Financial** | | |
| Principal Balance | 101,266.22 | |
| Interest Fr. 08/15/05 To 09/07/05 | 580.06 | |
| **PAYOFF CHARGES FOR Citi Mortgage** | | |
| Principal Balance | 542,645.63 | |
| Interest Fr. 09/01/05 To 09/07/05 | 506.25 | |

**CHARGES FROM 800 SECTION**
The Lender is paying a Yield Spread Premium in the amount of $7,200.00 to Maricopa Mortgage, through this escrow.

**CHARGES FROM 800 SECTION**
The Lender is paying a Yield Spread Premium in the amount of $7,200.00 to Maricopa Mortgage, through this escrow.

### ADDENDUM TO HUD

GF #: 33020952-JF

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.

I hereby authorize the Settlement agent to make expenditures and disbursements as shown above and approve same for payment.

BORROWER'S:

_(signature)_
Mayra Hernandez

SELLER'S:

I have caused or will cause the funds to be disbursed in accordance with the HUD-1 Statement which I have prepared.

_(signature)_                                          8-30-05
Settlement Agent                                       Date

WARNING: It is a crime to knowingly make false statements to the United States on this or any similar form. Penalties upon conviction can include a fine or imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010.