QUARLES & BRADY LLP
One Renaissance Square
Two North Central Avenue
Phoenix, Arizona 85004-2391
Telephone: (602) 229-5200
Facsimile: (602) 229-5690
Lori L. Winkelman, Esq. (admitted *pro hac vice*)
lori.winkelman@quarles.com
Walter J. Ashbrook, Esq. (admitted *pro hac vice*)
walter.ashbrook@quarles.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| RESIDENTIAL CAPITAL, LLC, <u>et al.</u>, | Case No. 12-12020-MG |
| Debtors. | Jointly Administered |

## AFFIDAVIT OF SERVICE

LILLIAN OGDEN, being first duly sworn, upon her oath deposes and says:

1. I am over the age of twenty-one years and a resident of the State of Arizona.

2. In my capacity as Executive Legal Secretary at Quarles & Brady LLP, attorneys for ONEWEST BANK, a secured creditor in the above-captioned Chapter 11 cases of RESIDENTIAL CAPITAL, LLC, <u>et al.</u>, I caused true and correct copies of the "<u>Reply in Support of Motion by OneWest Bank for Order Pursuant to Bankruptcy Rule 2004 Authorizing Rule 2004 Examination of Homecomings Financial, LLC and Requiring Production of Documents</u>" [Docket No. 1074] to be served on August 9, 2012 via electronic mail

QB\136701.00059\17726963.1

-2-

and U.S. first-class mail, postage prepaid, on all parties listed on the Special Service List attached hereto as Exhibit "A".

Dated: August 9, 2012
      Phoenix, Arizona

                                        /s/ Lillian Ogden
                                        Lillian Ogden

STATE OF ARIZONA    )
                          )ss.
County of Maricopa    )

      SUBSCRIBED AND SWORN to before me this 9th day of August, 2012.

                                        /s/ Sybil Taylor Aytch
                                        Notary Public

My commission expires:

March 31, 2014