**Status Conference Date: August 16, 2012 at 11:00 a.m. (ET)**

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Gary S. Lee
Norman S. Rosenbaum
Lorenzo Marinuzzi

*Counsel for the Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**NOTICE OF STATUS CONFERENCE REGARDING DEBTORS'
MOTION FOR INTERIM AND FINAL ORDERS UNDER BANKRUPTCY
CODE SECTIONS 105(a) AND 363 AUTHORIZING THE DEBTORS TO
CONTINUE TO PERFORM UNDER THE ALLY BANK SERVICING
AGREEMENTS IN THE ORDINARY COURSE OF BUSINESS**

**PLEASE TAKE NOTICE** that the Court will hold a status conference regarding the *Debtors' Motion for Interim and Final Orders Under Bankruptcy Code Sections 105(a) and 363 Authorizing the Debtors to Continue to Perform Under The Ally Bank Servicing Agreements in the Ordinary Course of Business* [Docket No. 47] (the "Motion") on **August 16, 2012 at 11:00 a.m. (prevailing Eastern Time)** before the Honorable Martin Glenn, at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004-1408, Room 501.

ny-1053848

**PLEASE TAKE FURTHER NOTICE THAT** copies of the Motion may be obtained at no charge by visiting the Debtors' restructuring website at http://www.kccllc.net/rescap or for a fee via PACER at http://www.nysb.uscourts.gov.

Dated: August 10, 2012
      New York, New York

    /s/ Gary S. Lee
    Gary S. Lee
    Norman S. Rosenbaum
    Lorenzo Marinuzzi
    MORRISON & FOERSTER LLP
    1290 Avenue of the Americas
    New York, New York 10104
    Telephone: (212) 468-8000
    Facsimile: (212) 468-7900

    *Counsel for the Debtors and Debtors in Possession*