# Exhibit A

Case 12-12020-mg Doc 1084-1 Filed 08/10/12 Entered 08/10/12 11:51:22 Exhibit A - Scheduling Report (Ulbrich v. GMAC) Pg 2 of 4

Case 0:11-cv-62424-RNS Document 42 Entered on FLSD Docket 03/09/2012 Page 1 of 3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-62424-Civ-SCOLA

CHRISTINA ULBRICH,

    Plaintiff,

vs.

GMAC MORTGAGE, LLC, *et al.*,

    Defendants.

_____/

## SCHEDULING ORDER

THIS MATTER is set for trial during the two-week trial period beginning on **March 25, 2013**. Calendar call will be held at 9:00 a.m. on **March 19, 2013** at the Wilkie D. Ferguson, Jr. United States Courthouse, 400 N. Miami Avenue, Courtroom 12-3, Miami, Florida. A pretrial conference will be held immediately following calendar call only if requested by the parties in advance.

1. The parties shall comply with the following schedule:

| Date | Deadline |
|---|---|
| April 13, 2012 | Deadline to join additional parties or to amend pleadings. |
| June 7, 2012 | Deadline to file Joint Interim Status Report. |
| September 5, 2012 | Deadline to file Proposed Order Scheduling Mediation, setting forth the name of the mediator, and the date, time, and location of the mediation. |
| November 14, 2012 | Deadline to complete all fact discovery<br><br>Deadline to submit Joint Notice Indicating Whether The Parties Consent To Jurisdiction Before The Designated Magistrate Judge For Purposes Of Final Disposition.<br><br>Deadline to disclose the identity of expert witnesses, and to exchange expert witness summaries/reports pursuant to Federal Rule of Civil Procedure 26(a)(2). Rebuttal disclosures are permitted, and shall conform to the deadline set forth in Federal Rule of Civil Procedure 26(a)(2)(C)(ii). |
| November 29, 2012 | Deadline for the filing of all dispositive motions. |
| December 4, 2012 | Deadline to complete mediation. |

| January 14, 2013 | Deadline to complete all expert discovery. |
|---|---|
| January 18, 2013 | Deadline for the filing of pretrial motions, including motions *in limine* and *Daubert* motions |
| March 15, 2013 | Deadline to file Joint Pretrial Stipulation pursuant to Local Rule 16.1(e) and pretrial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(3).<br><br>Deadline to file proposed jury instructions (if the matter is set for a jury trial) or proposed findings of fact and conclusions of law (if the matter is set for a bench trial) pursuant to Local Rule 16.1(k). |

2. <u>Interim Joint Status Report</u>. The parties are required to submit an interim joint status report addressing the following issues:

   a) Have all defendants been served? If not, state the reasons.
   b) Have all defendants responded to the complaint? If not, state the reasons.
   c) If this is a class action, has a motion for class certification been filed? If so, what is its status?
   d) Have the parties agreed on and selected a mediator? Have the parties agreed upon a place, date, and time for mediation?
   e) Have the parties engaged in informal settlement negotiations? If not, explain the reasons for the failure to do so. If yes, state the status of such negotiations (*e.g.*, ongoing, impasse, etc.) and the relative prospects for resolution through informal means.
   f) Describe the status of discovery conducted to date, and identify whether the parties reasonably believe that they will be able to complete discovery by the Court's deadline. If not, explain the reasons.
   g) Identify any other issues that the Court should be aware of that may affect the resolution of this matter or the schedule as currently set.
   h) For Fort Lauderdale/West Palm division cases, the parties shall indicate whether they prefer to try the case in Miami or Fort Lauderdale/West Palm.

3. <u>Jury Instructions</u>. The parties shall submit their proposed jury instructions jointly, though they need not agree on each proposed instruction. Where the parties do agree on a proposed instruction, that instruction shall be set out in regular typeface. Instructions proposed only by a

Case 12-12020-mg Doc 1084-1 Filed 08/10/12 Entered 08/10/12 11:51:22 Exhibit A - Scheduling Report (Ulbrich v. GMAC) Pg 4 of 4

Case 0:11-cv-62424-RNS Document 42 Entered on FLSD Docket 03/09/2012 Page 3 of 3

plaintiff shall be underlined. Instructions proposed only by a defendant shall be bold-faced. Every instruction must be supported by a citation of authority. The parties shall use as a guide the Eleventh Circuit Pattern Jury Instructions for Civil Cases, including the directions to counsel, or the applicable state pattern jury instructions. The parties shall jointly file their proposed jury instructions via CM/ECF, and shall also submit their proposed jury instructions to the Court via e-mail at scola@flsd.uscourts.gov in MS Word format (.doc).

4. <u>Trial Exhibits</u>. All trial exhibits must be pre-marked. Plaintiff's exhibits shall be marked numerically with the letter "P" as a prefix. Defendant's exhibits shall be marked alphabetically with the letter "D" as a prefix. A list setting out all exhibits must be submitted at the time of trial. This list must indicate the pre-marked identification label (*e.g.*, P-1, or D-A) and must also include a brief description of the exhibit.

5. <u>Deposition Designations</u>. Any party intending to use deposition testimony as substantive evidence must designate by line and page reference those portions in writing. The designations must be served on opposing counsel and filed with the Court fourteen days before the deadline to file the joint pretrial stipulation. The adverse party must serve and file any objections and any cross-designations within seven days. The initial party shall then have seven days to serve and file objections to the cross-designations.

6. <u>Voir Dire Questions</u>. The Court will require each prospective juror to complete a brief written questionnaire prior to the commencement of questioning in the courtroom. Any party may file, no more than five proposed, case-specific questions to be included in the questionnaire. The proposed questions must be filed with the Court at the time of the filing of the joint pretrial stipulation, and shall also be submitted to the Court via e-mail at scola@flsd.uscourts.gov in MS Word format (.doc).

7. <u>Settlement Notification</u>. If this matter is settled, counsel are directed to inform the Court promptly via telephone (305-523-5140) and/or e-mail (scola@flsd.uscourts.gov).

**DONE and ORDERED** in chambers, at Miami, Florida, on March 9, 2012.

_____
**ROBERT N. SCOLA, JR.**
**UNITED STATES DISTRICT JUDGE**

Copies to:
*Designated U.S. Magistrate Judge*
*Counsel of record*