# Exhibit B

CM/ECF - Live Database - flsd                                         Page 1 of 11
12-12020-mg    Doc 1084-2    Filed 08/10/12    Entered 08/10/12 11:51:22    Exhibit B -
Docket Report (Ulbrich v. GMAC)    Pg 2 of 12

BSS,MEDIATION,REF_DISCOV

# U.S. District Court
## Southern District of Florida (Ft. Lauderdale)
### CIVIL DOCKET FOR CASE #: 0:11-cv-62424-RNS

| | |
|---|---|
| Ulbrich v. GMAC Mortgage, LLC et al | Date Filed: 11/14/2011 |
| Assigned to: Judge Robert N. Scola, Jr | Jury Demand: Plaintiff |
| Referred to: Magistrate Judge Barry S. Seltzer | Nature of Suit: 190 Contract: Other |
| Cause: 28:1332 Diversity-Breach of Contract | Jurisdiction: Diversity |

**Plaintiff**

| | | |
|---|---|---|
| **Christina Ulbrich**<br>*as an individual and as a representative*<br>*of the classes* | represented by | **E. Michelle Drake**<br>Nichols Kaster, PLLP<br>80 S. 8th Street<br>Suite 4600<br>Minneapolis, MN 55402<br>612-256-3200<br>Email: drake@nka.com<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Kai Richter**<br>Nichols Kaster, PLLP<br>80 S. 8th Street<br>Suite 4600<br>Minneapolis, MN 55402<br>612-256-3200<br>Email: krichter@nka.com<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Robert L. Schug**<br>Nichols Kaster, LLP<br>One Embarcadero Center<br>Suite 720<br>San Francisco, CA 94111<br>415-277-7235<br>Email: rschug@nka.com<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Erika Deutsch Rotbart**<br>Deutsch Rotbart & Associates PA<br>4755 Technology Way<br>Suite 106 |

Boca Raton, FL 33431
561-361-8010
Fax: 561-361-8086
Email: edrotbart@dralawfirm.com
*ATTORNEY TO BE NOTICED*

**Timothy Clayton Selander**
Nichols Kaster & Anderson PLLP
80 S 8th Street
4600 IDS Center
Minneapolis, MN 55402
612-256-3205
Fax: 612-215-6870
Email: selander@nka.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

| | | |
|---|---|---|
| **GMAC Mortgage, LLC**<br>*formerly known as*<br>GMAC Mortgage Corporation | represented by | **Henry F. Reichner**<br>Reed, Smith, LLP<br>1650 Market Street<br>2500 One Liberty Place<br>Philadelphia, PA 19103<br>215-851-8100<br>Email: docketingecf@reedsmith.com<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

**Joe Nguyen**
Reed Smith, LLP
1650 Market Street
2500 One Liberty Place
Philadelphia, PA 19103
215-851-8266
Email: docketingecf@reedsmith.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jennifer Lynn Cohen**
Akerman Senterfitt
Suntrust International Center
1 SE 3rd Avenue
28th Floor
Miami, FL 33131-1714
305-374-5600X4440
Fax: 374-5095
Email: jennifer.glasser@akerman.com

CM/ECF - Live Database - flsd                                                    Page 3 of 11
12-12020-mg    Doc 1084-2    Filed 08/10/12    Entered 08/10/12 11:51:22    Exhibit B -
Docket Report (Ulbrich v. GMAC)    Pg 4 of 12

*ATTORNEY TO BE NOTICED*

**Defendant**

**Balboa Insurance Services, Inc.**          represented by   **Katherine L. Halliday**
BuckleySandler, LLP
1250 24th Street, NW
Suite 700
Washington, DC 20037
202-349-8000
Email: khalliday@buckleysandler.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robyn C. Quattrone**
Buckley Sandler, LLP
1250 24th Street, NW
Suite 700
Washington, DC 20037
202-349-8035
Email: rquattrone@buckleysandler.com

*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brian W. Toth**
Holland & Knight
701 Brickell Avenue
Suite 3000
Miami, FL 33131
305-374-8500
Email: brian.toth@hklaw.com
*ATTORNEY TO BE NOTICED*

**William Newton Shepherd**
Holland & Knight LLP
222 Lakeview Avenue
Suite 1000
West Palm Beach, FL 33401-3208
561-650-8338
Fax: 561-650-8399
Email: william.shepherd@hklaw.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/14/2011 | 1 | COMPLAINT against Balboa Insurance Services, Inc., GMAC Mortgage LLC. Filing fee $ 350.00 receipt number 113C-4229964, filed by Christina Ulbrich. |

CM/ECF - Live Database - flsd                                   Page 4 of 11
12-12020-mg    Doc 1084-2    Filed 08/10/12    Entered 08/10/12 11:51:22    Exhibit B -
Docket Report (Ulbrich v. GMAC)    Pg 5 of 12

|  |  | (Attachments: # 1 Civil Cover Sheet, # 2 Summon(s), # 3 Exhibit 1, # 4 Exhibit 2, # 5 Exhibit 3, # 6 Exhibit 4, # 7 Exhibit 5, # 8 Exhibit 6, # 9 Exhibit 7, # 10 Exhibit 8, # 11 Exhibit 9, # 12 Exhibit 10, # 13 Exhibit 11, # 14 Exhibit 12, # 15 Exhibit 13, # 16 Exhibit 14, # 17 Exhibit 15, # 18 Exhibit 16, # 19 Exhibit 17, # 20 Exhibit 18)(Selander, Timothy) (Entered: 11/14/2011) |
|---|---|---|
| 11/14/2011 | 2 | Judge Assignment to Judge William J. Zloch and Magistrate Judge Robin S. Rosenbaum (bb) (Entered: 11/14/2011) |
| 11/14/2011 | 3 | Summons Issued as to Balboa Insurance Services, Inc., GMAC Mortgage, LLC. (bb) (Entered: 11/14/2011) |
| 11/21/2011 | 4 | ORDER REASSIGNING CASE to Judge Robert N. Scola, Jr for all further proceedings, Judge William J. Zloch no longer assigned to case. Signed by Judge William J. Zloch on 11/21/2011. (mb) (Entered: 11/22/2011) |
| 11/29/2011 | 5 | ORDER Requiring Joint Scheduling Report, ORDER REFERRING CASE to Magistrate Judge Robin S. Rosenbaum for Discovery Matters. Signed by Judge Robert N. Scola, Jr on 11/28/2011. (rss) (Entered: 11/29/2011) |
| 12/05/2011 | 6 | SUMMONS (Affidavit) Returned Executed on 1 Complaint,, by Christina Ulbrich. GMAC Mortgage, LLC served on 11/18/2011, answer due 12/9/2011. (Selander, Timothy) (Entered: 12/05/2011) |
| 12/05/2011 | 7 | SUMMONS (Affidavit) Returned Executed on 1 Complaint,, by Christina Ulbrich. Balboa Insurance Services, Inc. served on 11/21/2011, answer due 12/12/2011. (Selander, Timothy) (Entered: 12/05/2011) |
| 12/08/2011 | 8 | Plaintiff's MOTION for Appearance Ad Hoc of Attorney Kai H. Richter *Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing* by Christina Ulbrich. (Attachments: # 1 Exhibit Exhibit 1, # 2 Text of Proposed Order Order Granting Motion to Appear Pro Hac Vice, Consent to Designation and Request to Electronically Receive Notices of Electronic Filing)(Rotbart, Erika) (Entered: 12/08/2011) |
| 12/08/2011 | 9 | Plaintiff's MOTION for Appearance Ad Hoc of Attorney E. Michelle Drake *Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing* by Christina Ulbrich. (Attachments: # 1 Exhibit Exhibit 1, # 2 Text of Proposed Order Order Granting Motion to Appear Pro Hac Vice, Consent to Designation and Request to Electronically Receive Notices of Electronic Filing)(Rotbart, Erika) (Entered: 12/08/2011) |
| 12/09/2011 | 10 | Clerks Notice to Filer re 9 Plaintiff's MOTION for Appearance Ad Hoc of Attorney E. Michelle Drake *Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing*, 8 Plaintiff's MOTION for Appearance Ad Hoc of Attorney Kai H. Richter *Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing*. **Motion for Limited Appearance Requires a Fee**; CORRECTIVE ACTION REQUIRED - The Filer must file a Notice of Striking, then file the original Motion to Make a Limited Appearance along with the applicable filing fee in the conventional paper format as required in the CM/ECF Administrative Procedures. (ral) (Entered: 12/09/2011) |

CM/ECF - Live Database - flsd                                    Page 5 of 11
12-12020-mg    Doc 1084-2    Filed 08/10/12    Entered 08/10/12 11:51:22    Exhibit B -
Docket Report (Ulbrich v. GMAC)    Pg 6 of 12

| | | |
|---|---|---|
| 12/09/2011 | 11 | Agreed MOTION for Extension of Time to Respond re 1 Complaint,, ( Responses due by 12/27/2011), Agreed MOTION for Extension of Time to File Answer RE: Complaints re 1 Complaint,, by GMAC Mortgage, LLC. (Attachments: # 1 Text of Proposed Order)(Cohen, Jennifer) (Entered: 12/09/2011) |
| 12/12/2011 | 12 | NOTICE of Striking 9 Plaintiff's MOTION for Appearance Ad Hoc of Attorney E. Michelle Drake *Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing* filed by Christina Ulbrich, 8 Plaintiff's MOTION for Appearance Ad Hoc of Attorney Kai H. Richter *Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing* filed by Christina Ulbrich by Christina Ulbrich (Rotbart, Erika) (Entered: 12/12/2011) |
| 12/14/2011 | 13 | Paperless ORDER granting 11 Defendants' Agreed Motion for Extension of Time to Respond to Complaint. The Defendants must respond to the Complaint on or before January 13, 2012. Signed by Judge Robert N. Scola, Jr on 12/14/2011. (rss) (Entered: 12/14/2011) |
| 12/14/2011 | 14 | MOTION For E. Michelle Drake to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing. Filing Fee $ 75.00. Receipt # 30174. (ksa) (Entered: 12/19/2011) |
| 12/14/2011 | 15 | MOTION for Kai H. Richter to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing. Filing Fee $ 75.00. Receipt # 30173. (ksa) (Entered: 12/19/2011) |
| 12/21/2011 | 16 | NOTICE of Attorney Appearance by Brian W. Toth on behalf of Balboa Insurance Services, Inc. (Toth, Brian) (Entered: 12/21/2011) |
| 12/21/2011 | 17 | NOTICE of Attorney Appearance by William Newton Shepherd on behalf of Balboa Insurance Services, Inc. (Shepherd, William) (Entered: 12/21/2011) |
| 12/22/2011 | 18 | ORDER granting 14 Motion to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing; granting 15 Motion to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing. Signed by Judge Robert N. Scola, Jr on 12/21/2011. (rss) (Entered: 12/22/2011) |
| 12/22/2011 | 19 | Application to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Joe Nguyen. Filing Fee $ 75.00. Receipt # 30595. (ksa) (Entered: 12/22/2011) |
| 12/22/2011 | 20 | Application to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Henry F. Reichner. Filing Fee $ 75.00. Receipt # 30596. (ksa) (Entered: 12/22/2011) |
| 12/22/2011 | 21 | ORDER granting 19 Motion to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing; granting 20 Motion to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing. Signed by Judge Robert N. Scola, Jr on 12/22/2011. (rss) (Entered: 12/22/2011) |
| 01/05/2012 | 22 | MOTION to Appear Pro Hac Vice, Consent to Designation, and Request to |

CM/ECF - Live Database - flsd                                    Page 6 of 11
12-12020-mg    Doc 1084-2    Filed 08/10/12    Entered 08/10/12 11:51:22    Exhibit B -
Docket Report (Ulbrich v. GMAC)    Pg 7 of 12

| | | Electronically Receive Notices of Electronic Filing for Katherine L. Halliday. Filing Fee $ 75.00. Receipt # 31263. (ksa) (Entered: 01/05/2012) |
|---|---|---|
| 01/05/2012 | 23 | MOTION to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Robyn C. Quattrone. Filing Fee $ 75.00. Receipt # 31262. (ksa) (Entered: 01/05/2012) |
| 01/09/2012 | 24 | ORDER granting 22 Motion to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing; granting 23 Motion to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing. Signed by Judge Robert N. Scola, Jr on 1/9/2012. (rss) (Entered: 01/09/2012) |
| 01/13/2012 | 25 | Defendant's MOTION TO DISMISS 1 Complaint,, FOR FAILURE TO STATE A CLAIM by Balboa Insurance Services, Inc.. Responses due by 1/30/2012 (Toth, Brian) (Entered: 01/13/2012) |
| 01/13/2012 | 26 | Corporate Disclosure Statement by Balboa Insurance Services, Inc. identifying Corporate Parent BA Insurance Group, Inc. for Balboa Insurance Services, Inc. (Toth, Brian) (Entered: 01/13/2012) |
| 01/13/2012 | 27 | Defendant's MOTION to Dismiss 1 Complaint,, *to Compel Arbitration and for a Stay or, in the Alternative, to Dismiss the Complaint and Otherwise Strike the Jury Demand* by GMAC Mortgage, LLC. Responses due by 1/30/2012 (Attachments: # 1 Exhibit 1)(Cohen, Jennifer) Modified by converting to correct event type (Motion to Compel) on 1/17/2012 (ral). Added MOTION to Stay, MOTION to Dismiss, MOTION to Strike on 1/17/2012 (ral). (Entered: 01/13/2012) |
| 01/13/2012 | 28 | Corporate Disclosure Statement by GMAC Mortgage, LLC identifying Corporate Parent GMAC Mortgage, LLC, Corporate Parent Ally Financial Inc. f/k/a GMAC Inc. for GMAC Mortgage, LLC (Cohen, Jennifer) (Entered: 01/13/2012) |
| 01/17/2012 | 29 | Clerks Notice to Filer re 27 Motion to Compel MOTION to Stay MOTION to Dismiss MOTION to Strike. **Wrong Event Selected**; ERROR - The Filer selected the wrong event. The correction was made by the Clerk. It is not necessary to refile this document.**Motion with Multiple Reliefs Filed as One Relief**; ERROR - The Filer selected only one relief event and failed to select the additional corresponding events for each relief requested in the motion. The docket entry was corrected by the Clerk. It is not necessary to refile this document but future filings must comply with the instructions in the CM/ECF Attorney User's Manual. (ral) (Entered: 01/17/2012) |
| 01/24/2012 | 30 | Joint MOTION for Extension of Time to File Response/Reply as to 25 Defendant's MOTION TO DISMISS 1 Complaint,, FOR FAILURE TO STATE A CLAIM , 27 Motion to Compel MOTION to Stay MOTION to Dismiss MOTION to Strike by Christina Ulbrich. (Attachments: # 1 Text of Proposed Order)(Selander, Timothy) (Entered: 01/24/2012) |
| 01/26/2012 | 31 | Paperless ORDER granting 30 Joint Motion for Extension of Briefing Deadlines regarding the Defendants' Motions to Dismiss, To Compel Arbitration and/or Strike Jury Demand. The Plaintiff's response to the |

CM/ECF - Live Database - flsd                                    Page 7 of 11
12-12020-mg    Doc 1084-2    Filed 08/10/12    Entered 08/10/12 11:51:22    Exhibit B -
Docket Report (Ulbrich v. GMAC)    Pg 8 of 12

| | | |
|---|---|---|
| | | Defendants' motions must be filed on or before February 13, 2012. The Defendants' replies to the response briefs must be filed on or before March 1, 2012. Signed by Judge Robert N. Scola, Jr on 1/26/2012. (rss) (Entered: 01/26/2012) |
| 02/07/2012 | 32 | Joint MOTION for Extension of Time to File Response/Reply as to 25 Defendant's MOTION TO DISMISS 1 Complaint,, FOR FAILURE TO STATE A CLAIM , 27 Motion to Compel MOTION to Stay MOTION to Dismiss MOTION to Strike by Christina Ulbrich. (Attachments: # 1 Text of Proposed Order)(Selander, Timothy) (Entered: 02/07/2012) |
| 02/08/2012 | 33 | Paperless ORDER granting 32 Joint Motion for Extension of Briefing Deadlines in Connection with Defendants' Motions to Dismiss, To Compel Arbitration and/or Strike Jury Demand. The Plaintiff's response must be filed on or before February 20, 2012, and the Defendants' reply must be filed on or before March 9, 2012. Signed by Judge Robert N. Scola, Jr on 2/8/2012. (rss) (Entered: 02/08/2012) |
| 02/16/2012 | 34 | SCHEDULING REPORT - **Rule 16.1** by Christina Ulbrich (Selander, Timothy) (Entered: 02/16/2012) |
| 02/17/2012 | 35 | NOTICE OF RECUSAL. Magistrate Judge Robin S. Rosenbaum recused. Case reassigned to Magistrate Judge Barry S. Seltzer. Signed by Magistrate Judge Robin S. Rosenbaum on 2/17/2012. (mb) (Entered: 02/17/2012) |
| 02/20/2012 | 36 | RESPONSE in Opposition re 27 Motion to Compel MOTION to Stay MOTION to Dismiss MOTION to Strike -*Plaintiff's Memorandum of Law in Opposition to the Motion of Defendant GMAC Mortgage, LLC to Compel Arbitration and for a Stay, or in the Alternative, to Dismiss the Complaint and Otherwise Stike the Jury Demand (ECF No. 27)* filed by Christina Ulbrich. (Attachments: # 1 Request for Oral Argument, # 2 Text of Proposed Order) (Selander, Timothy) (Entered: 02/20/2012) |
| 02/20/2012 | 37 | RESPONSE in Opposition re 25 Defendant's MOTION TO DISMISS 1 Complaint,, FOR FAILURE TO STATE A CLAIM -*Plaintiff's Memorandum of Law in Opposition to Motion to Dismiss Filed by Defendant Balboa Insurance Services, Inc. (ECF No. 25)* filed by Christina Ulbrich. (Attachments: # 1 Request for Oral Argument, # 2 Text of Proposed Order) (Selander, Timothy) (Entered: 02/20/2012) |
| 02/20/2012 | 38 | AFFIDAVIT signed by : Christina Ulbrich. re 37 Response in Opposition to Motion, 36 Response in Opposition to Motion, -*Declaration of Christina Ulbrich* by Christina Ulbrich (Attachments: # 1 Exhibit 1 - GMAC Webpage Printout)(Selander, Timothy) (Entered: 02/20/2012) |
| 02/20/2012 | 39 | AFFIDAVIT signed by : Kai Richter. re 37 Response in Opposition to Motion, 36 Response in Opposition to Motion, -*Declaration of Kai Richter* by Christina Ulbrich (Attachments: # 1 Exhibit 1 - Standstill Agreement, # 2 Exhibit 2 - Order Denying Motion to Dismiss (Skansgaard v. Bank of Am., N.A.), # 3 Exhibit 3 - Excerpt from HUD Handbook 4350.4)(Selander, Timothy) (Entered: 02/20/2012) |
| 03/09/2012 | 40 | REPLY to Response to Motion re 25 Defendant's MOTION TO DISMISS 1 |

CM/ECF - Live Database - flsd                                                    Page 8 of 11
12-12020-mg    Doc 1084-2    Filed 08/10/12    Entered 08/10/12 11:51:22    Exhibit B -
Docket Report (Ulbrich v. GMAC)    Pg 9 of 12

|  |  | Complaint,, FOR FAILURE TO STATE A CLAIM filed by Balboa Insurance Services, Inc.. (Attachments: # 1 Decl. Cahen)(Toth, Brian) (Entered: 03/09/2012) |
|---|---|---|
| 03/09/2012 | 41 | REPLY to Response to Motion re 27 Motion to Compel MOTION to Stay MOTION to Dismiss MOTION to Strike filed by GMAC Mortgage, LLC. (Attachments: # 1 Exhibit 1)(Cohen, Jennifer) Modified on 3/12/2012 (ls). (Entered: 03/09/2012) |
| 03/09/2012 | 42 | SCHEDULING ORDER: Jury Trial set for 3/25/2013 before Judge Robert N. Scola Jr. Calendar Call set for 3/19/2013 09:00 AM in Miami Division before Judge Robert N. Scola Jr. Amended Pleadings due by 4/13/2012. Expert Discovery due by 1/14/2013. Fact Discovery due by 11/14/2012. Joinder of Parties due by 4/13/2012. Miscellaneous Deadline 9/5/2012. In Limine Motions due by 1/18/2013. Dispositive Motions due by 11/29/2012. Pretrial Stipulation due by 3/15/2013. Status Report due by 6/7/2012. Signed by Judge Robert N. Scola, Jr on 3/9/2012. (rss) (Entered: 03/09/2012) |
| 03/12/2012 | 43 | ORDER REFERRING CASE to Mediation. Mediation Deadline 12/4/2012. Signed by Judge Robert N. Scola, Jr. on 3/12/2012. (rss) (Entered: 03/12/2012) |
| 03/14/2012 | 44 | MOTION to Stay *Motion for Stay of Discovery Pending a Ruling on its Motion to Compel Arbitration and for Stay or, in the Alternative, to Dismiss the Complaint and Otherwise Strike the Jury Demand* by GMAC Mortgage, LLC. Responses due by 4/2/2012 (Cohen, Jennifer) (Entered: 03/14/2012) |
| 03/14/2012 | 45 | MOTION to Stay *Discovery Pending a Ruling on its Motion to Compel Arbitration and for Stay or, in the Alternative,* by GMAC Mortgage, LLC. Responses due by 4/2/2012 (Cohen, Jennifer). Added MOTION to Dismiss 1 Complaint, MOTION to Strike Jury Demand on 3/15/2012 (ls). (Entered: 03/14/2012) |
| 03/15/2012 | 46 | Clerks Notice to Filer re 44 MOTION to Stay *Motion for Stay of Discovery Pending a Ruling on its Motion to Compel Arbitration and for Stay or, in the Alternative, to Dismiss the Complaint and Otherwise Strike the Jury Demand.* **Document Unreadable/Missing Page(s)**; CORRECTIVE ACTION REQUIRED - Filer must file a Notice of Striking, then refile a legible copy of the document. (ls) (Entered: 03/15/2012) |
| 03/15/2012 | 47 | Clerks Notice to Filer re 45 MOTION to Stay *Motion for Stay of Discovery Pending a Ruling on its Motion to Compel Arbitration and for Stay or, in the Alternative, to Dismiss the Complaint and Otherwise Strike the Jury Demand.* **Motion with Multiple Reliefs Filed as One Relief**; ERROR - The Filer selected only one relief event and failed to select the additional corresponding events for each relief requested in the motion. The docket entry was corrected by the Clerk. It is not necessary to refile this document but future filings must comply with the instructions in the CM/ECF Attorney User's Manual. (ls) (Entered: 03/15/2012) |
| 03/15/2012 | 48 | NOTICE of Striking 44 MOTION to Stay *Motion for Stay of Discovery Pending a Ruling on its Motion to Compel Arbitration and for Stay or, in the Alternative, to Dismiss the Complaint and Otherwise Strike the Jury Demand* filed by GMAC Mortgage, LLC by GMAC Mortgage, LLC (Cohen, Jennifer) |

CM/ECF - Live Database - flsd                                    Page 9 of 11
12-12020-mg    Doc 1084-2    Filed 08/10/12    Entered 08/10/12 11:51:22    Exhibit B -
Docket Report (Ulbrich v. GMAC)    Pg 10 of 12

|            |    |                                                                                                                                                                                                                                                                                                                                                           |
|------------|----|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |    | (Entered: 03/15/2012)                                                                                                                                                                                                                                                                                                                                     |
| 04/02/2012 | 49 | RESPONSE in Opposition re 45 MOTION to Stay *Discovery Pending a Ruling on its Motion to Compel Arbitration and for Stay or, in the Alternative,* MOTION to Dismiss 1 Complaint MOTION to Strike Jury Demand filed by Christina Ulbrich. (Attachments: # 1 Declaration of Kai Richter, # 2 Exhibit 1 - Email Correspondence (3.13.12), # 3 Text of Proposed Order)(Selander, Timothy) Modified Text on 4/3/2012 (ls). (Entered: 04/02/2012) |
| 04/04/2012 | 50 | Notice of Supplemental Authority by Christina Ulbrich (Attachments: # 1 Exhibit 1 - Order (McNeary-Calloway v. JP Morgan Chase Bank, N.A. et al.)) (Selander, Timothy) (Entered: 04/04/2012)                                                                                                                                                                |
| 04/12/2012 | 51 | RESPONSE in Support re 45 MOTION to Stay *Discovery Pending a Ruling on its Motion to Compel Arbitration and for Stay or, in the Alternative,* MOTION to Dismiss 1 Complaint MOTION to Strike Jury Demand *Reply Brief of Defendant, GMAC Mortgage, LLC in Further Support of its Motion for Stay of Discovery* filed by GMAC Mortgage, LLC. (Cohen, Jennifer) (Entered: 04/12/2012) |
| 04/12/2012 | 52 | REPLY to Response to Motion re 45 MOTION to Stay *Discovery Pending a Ruling on its Motion to Compel Arbitration and for Stay or, in the Alternative,* MOTION to Dismiss 1 Complaint MOTION to Strike Jury Demand filed by GMAC Mortgage, LLC. (ls)(See Image at DE # 51 ) (Entered: 04/13/2012) |
| 04/13/2012 | 53 | Clerks Notice to Filer re 51 Response in Support of Motion,. **Wrong Event Selected**; ERROR - The Filer selected the wrong event. The document was re-docketed by the Clerk, see [de#52]. It is not necessary to refile this document. (ls) (Entered: 04/13/2012) |
| 04/13/2012 | 54 | Notice of Supplemental Authority by Christina Ulbrich (Attachments: # 1 Exhibit 1 - Order (Gustafson v. BAC Home Loans Servicing, LP, et al.)) (Selander, Timothy) (Entered: 04/13/2012)                                                                                                                                                                    |
| 04/13/2012 | 55 | NOTICE by GMAC Mortgage, LLC re 52 Reply to Response to Motion, *of Filing Exhibit A* (Attachments: # 1 Exhibit A)(Cohen, Jennifer) (Entered: 04/13/2012)                                                                                                                                                                                                   |
| 04/16/2012 | 56 | Clerks Notice to Filer re 55 Notice (Other). **Document not filed in Text Searchable Format**; ERROR - The document was not filed in Text Searchable Format. All future filings must be submitted in Text Searchable format as instructed in the CM/ECF Administrative Procedure 3G(5) -Page 10-. It is not necessary to refile this document. (ls) (Entered: 04/16/2012) |
| 05/11/2012 | 57 | NOTICE of Mediator Selection: Jonathan B. Marks selected.(Selander, Timothy) (Entered: 05/11/2012)                                                                                                                                                                                                                                                         |
| 05/17/2012 | 58 | SUGGESTION OF BANKRUPTCY *Notice of Bankruptcy and Effect of Automatic Stay* by GMAC Mortgage, LLC (Cohen, Jennifer) (Entered: 05/17/2012)                                                                                                                                                                                                                  |
| 05/18/2012 | 59 | ORDER staying case as to Defendant GMAC upon notice of bankruptcy. Remaining parties shall file a notice indicating whether this matter should be stayed in its entirety or should proceed against the remaining Defendant. *See* |

CM/ECF - Live Database - flsd                                    Page 10 of 11
12-12020-mg    Doc 1084-2    Filed 08/10/12    Entered 08/10/12 11:51:22    Exhibit B -
Docket Report (Ulbrich v. GMAC)    Pg 11 of 12

| | | |
|---|---|---|
| | | *order for details.* Signed by Judge Robert N. Scola, Jr. on 5/18/2012. (rss) (Entered: 05/18/2012) |
| 05/23/2012 | 60 | NOTICE by Christina Ulbrich -*Joint Notice as to Whether This Matter Should Proceed Against Balboa Insurance Services, Inc.* (Selander, Timothy) (Entered: 05/23/2012) |
| 05/29/2012 | 61 | MOTION for Robert L. Schug to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing. Filing Fee $ 75.00. Receipt # 39506. (ksa) (Entered: 05/30/2012) |
| 05/31/2012 | 62 | Joint MOTION for Protective Order by Balboa Insurance Services, Inc., Christina Ulbrich. (Attachments: # 1 Text of Proposed Order)(Toth, Brian) (Entered: 05/31/2012) |
| 06/01/2012 | 63 | ORDER granting 61 Motion to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing. Signed by Judge Robert N. Scola, Jr on 5/31/2012. (ls) (Entered: 06/01/2012) |
| 06/01/2012 | 64 | PAPERLESS ORDER granting 62 the parties' Joint Motion for Stipulated Protective Order. The Court will enter the Stipulated Protective Order separately. Signed by Ch. Magistrate Judge Barry S. Seltzer on 6/1/2012. (kas) (Entered: 06/01/2012) |
| 06/01/2012 | 65 | STIPULATED PROTECTIVE ORDER. Signed by Ch. Magistrate Judge Barry S. Seltzer on 6/1/2012. (kas) (Entered: 06/01/2012) |
| 06/07/2012 | 66 | STATUS REPORT *(Joint Interim)* by Balboa Insurance Services, Inc., Christina Ulbrich (Toth, Brian) (Entered: 06/07/2012) |
| 07/13/2012 | 67 | Courtesy Copy of Notice of Serving Previously Filed Related Cases sent before the United States Judicial Panel on Multidistrict Litigation. (gp) (Entered: 07/16/2012) |
| 07/17/2012 | 68 | Notice of Recent Supplemental Authority by Balboa Insurance Services, Inc. (Attachments: # 1 Exhibit 1)(Toth, Brian) Modified Text on 7/18/2012 (ls). (Entered: 07/17/2012) |
| 08/03/2012 | 69 | MOTION to Compel *Responses to Interrogatories and Requests for Production of Documents* by Christina Ulbrich. Responses due by 8/20/2012 (Attachments: # 1 Declaration of Robert Schug in Support, # 2 Exhibit A - Balboa's Responses to Plaintiff's 1st Set of Interrogatories, # 3 Exhibit B - Balboa's Responses to Plaintiff's 1st Set of RFPD, # 4 Exhibit C - Correspondence (Halliday to Counsel - 4.25.12), # 5 Exhibit D - Correspondence (Schug to Halliday - 6.13.12), # 6 Exhibit E - Correspondence (Schug to Halliday - 7.12.12), # 7 Exhibit F - To Be Filed Under Seal) (Selander, Timothy) (Entered: 08/03/2012) |
| 08/06/2012 | 70 | Unopposed MOTION for Extension of Time to File Response/Reply as to 69 MOTION to Compel *Responses to Interrogatories and Requests for Production of Documents* by Balboa Insurance Services, Inc.. (Attachments: # 1 Text of Proposed Order)(Toth, Brian). Added MOTION for Enlargement of Page Limit for Response on 8/6/2012 (ar2). (Entered: 08/06/2012) |

CM/ECF - Live Database - flsd                                                  Page 11 of 11
12-12020-mg    Doc 1084-2    Filed 08/10/12    Entered 08/10/12 11:51:22    Exhibit B -
                Docket Report (Ulbrich v. GMAC)    Pg 12 of 12

| | | |
|---|---|---|
| 08/06/2012 | | SYSTEM ENTRY - Docket Entry 71 [motion] restricted/sealed until further notice. (mb) (Entered: 08/06/2012) |
| 08/06/2012 | | SYSTEM ENTRY - Docket Entry 72 [misc] restricted/sealed until further notice. (mb) (Entered: 08/06/2012) |
| 08/06/2012 | 73 | Clerks Notice to Filer re 70 Unopposed MOTION for Extension of Time to File Response/Reply as to 69 MOTION to Compel *Responses to Interrogatories and Requests for Production of Documents* . **Motion with Multiple Reliefs Filed as One Relief**; ERROR - The Filer selected only one relief event and failed to select the additional corresponding events for each relief requested in the motion. The docket entry was corrected by the Clerk. It is not necessary to refile this document but future filings must comply with the instructions in the CM/ECF Attorney User's Manual. (ar2) (Entered: 08/06/2012) |
| 08/07/2012 | 74 | ORDER granting 70 Defendant Balboa Insurance Services, Inc.'s Unopposed Motion for Extension of Time to Respond to Plaintiff's Motion to Compel. Defendant Balboa shall have until and including August 20, 2012, to file its response to Plaintiff's Motion to Compel; granting 70 Defendant Balboa Insurance Services, Inc.'s Unopposed Motion for Enlargement of Page Limitation. Defendant Balboa response may not exceed 12 pages. Signed by Ch. Magistrate Judge Barry S. Seltzer on 8/7/2012. (kas) (Entered: 08/07/2012) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 08/10/2012 10:16:55 | | |
| **PACER Login:** | nk0131 | **Client Code:** | 11339-01 |
| **Description:** | Docket Report | **Search Criteria:** | 0:11-cv-62424-RNS |
| **Billable Pages:** | 9 | **Cost:** | 0.90 |