# Exhibit C

12-12020-mg Doc 1084-3 Filed 08/10/12 Entered 08/10/12 11:51:22 Exhibit C -
Docket Report (Cronk v. GMAC) Pg 2 of 4
Case: 2:11-cv-05161-SD As of: 08/05/2012 12:54 PM EDT 1 of 3

SPECIAL,SUSPENSE

# United States District Court
# Eastern District of Pennsylvania (Philadelphia)
# CIVIL DOCKET FOR CASE #: 2:11−cv−05161−SD

CRONK v. GMAC MORTGAGE, LLC  
Assigned to: HONORABLE STEWART DALZELL  
related Case:  2:11−cv−06813−SD  
Cause: 15:1601 Truth in Lending  

Date Filed: 08/12/2011  
Date Terminated: 05/18/2012  
Jury Demand: Plaintiff  
Nature of Suit: 890 Other Statutory Actions  
Jurisdiction: Federal Question  

**Plaintiff**

**ELIZABETH CRONK**  
*INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED*

represented by **SHANON J. CARSON**  
BERGER &MONTAGUE PC  
1622 LOCUST ST  
PHILADELPHIA, PA 19103  
215−875−4656  
Fax: 215−875−4674  
Email: scarson@bm.net  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**KENDALL SCOTT ZYLSTRA**  
FARUQI &FARUQI  
101 GREENWOOD AVE STE 600  
JENKINTOWN, PA 19046  
215−277−5770  
Email: kzylstra@faruqilaw.com  
*ATTORNEY TO BE NOTICED*

**PATRICK F. MADDEN**  
BERGER MONTAGUE PC  
1624 LOCUST STREET  
PHILADELPHIA, PA 19103  
215−875−3035  
Email: pmadden@bm.net  
*ATTORNEY TO BE NOTICED*

**RICHARD D. SCHWARTZ**  
FARUQI &FARUQI LLP  
101 GREENWOOD AVE STE 600  
JENKINTOWN, PA 19046  
215−277−5770  
Email: rschwartz@faruqilaw.com  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**GMAC MORTGAGE, LLC**

represented by **HENRY F. REICHNER**  
REED SMITH LLP  
1650 MARKET ST  
2500 ONE LIBERTY PL  
PHILADELPHIA, PA 19103  
215−851−8100  
Email: hreichner@reedsmith.com  
*ATTORNEY TO BE NOTICED*

**JOE NGUYEN**  
REED SMITH LLP  
2500 ONE LIBERTY PLACE

1650 MARKET STREET  
PHILADELPHIA, PA 19103  
215–851–8100  
Email: jnguyen@reedsmith.com  
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/12/2011 | 1 | COMPLAINT against GMAC MORTGAGE, LLC ( Filing fee $ 350 receipt number 048000.), filed by ELIZABETH CRONK.(rt) (Entered: 08/15/2011) |
| 08/12/2011 | | Summons Issued as to GMAC MORTGAGE, LLC. One Forwarded To: Counsel on August 15, 2011 (rt) (Entered: 08/15/2011) |
| 08/12/2011 | | DEMAND for Trial by Jury by ELIZABETH CRONK. (rt) (Entered: 08/15/2011) |
| 08/15/2011 | 2 | NOTICE of Appearance by RICHARD D. SCHWARTZ on behalf of ELIZABETH CRONK with Certificate of Service(SCHWARTZ, RICHARD) (Entered: 08/15/2011) |
| 08/15/2011 | 3 | NOTICE of Appearance by KENDALL SCOTT ZYLSTRA on behalf of ELIZABETH CRONK with Certificate of Service(ZYLSTRA, KENDALL) (Entered: 08/15/2011) |
| 09/01/2011 | 4 | AFFIDAVIT of Service by Tom Fredericks re: served summons upon Lois Brown, GMAC Mortgage LLC by hand on 8/24/2011 (CARSON, SHANON) (Entered: 09/01/2011) |
| 09/08/2011 | 5 | NOTICE of Appearance by HENRY F. REICHNER on behalf of GMAC MORTGAGE, LLC with Certificate of Service(REICHNER, HENRY) (Entered: 09/08/2011) |
| 09/08/2011 | 6 | Stipulation Extending Time to Answer the complaint. GMAC MORTGAGE, LLC answer due 10/7/2011, with Clerk's approval. (amas) (Entered: 09/08/2011) |
| 09/13/2011 | 7 | Disclosure Statement Form pursuant to FRCP 7.1 including Ally Financial Inc. f/k/a GMAC Inc. with Certificate of Service by GMAC MORTGAGE, LLC.(REICHNER, HENRY) (Entered: 09/13/2011) |
| 09/27/2011 | 8 | APPLICATION FOR PRO HAC VICE ADMISSION OF BRETT CEBULASH, SPONSORS STATEMENT, CERTIFICATE OF SERVICE by ELIZABETH CRONK. (PPE050364–$40) (rf, ) (Entered: 09/28/2011) |
| 09/27/2011 | 9 | APPLICATION FOR PRO HAC VICE ADMISSION OF KEVIN LANDAU, SPONSORS STATEMENT, CERTIFICATE OF SERVICE by ELIZABETH CRONK. (PPE050364–$40) (rf, ) (Entered: 09/28/2011) |
| 10/07/2011 | 10 | MOTION to Dismiss *Plaintiff's Complaint* filed by GMAC MORTGAGE, LLC.Brief and Certificate of Service. (Attachments: # 1 Brief, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Text of Proposed Order, # 11 Certificate of Service)(NGUYEN, JOE) (Entered: 10/07/2011) |
| 10/18/2011 | 11 | STIPULATION AND ORDER THAT PLAINTIFFS OPPOSITION TO DEFENDANTS MOTION TO DISMISS IS DUE 11/22/11. DEFENDANTS REPLY IS DUE 12/22/11. SIGNED BY HONORABLE STEWART DALZELL ON 10/18/11. 10/19/11 ENTERED AND COPIES EMAILED(rf, ) (Entered: 10/19/2011) |
| 10/18/2011 | | Set/Reset Deadlines as to 10 MOTION to Dismiss *Plaintiff's Complaint*. RESPONSES DUE BY 11/22/2011. REPLIES DUE BY 12/22/2011. (rf, ) (Entered: 10/19/2011) |
| 11/22/2011 | 12 | RESPONSE in Opposition re 10 MOTION to Dismiss *Plaintiff's Complaint* filed by ELIZABETH CRONK. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Text of Proposed Order, # 4 Certificate of Service)(MADDEN, PATRICK) (Entered: 11/22/2011) |

| | | |
|---|---|---|
| 12/22/2011 | 13 | RESPONSE in Support re 10 MOTION to Dismiss *Plaintiff's Complaint* filed by GMAC MORTGAGE, LLC. (Attachments: # 1 Certificate of Service)(NGUYEN, JOE) (Entered: 12/22/2011) |
| 02/27/2012 | 14 | Proposed Case Management Plan *(Joint Rule 26(f) Report)* by ELIZABETH CRONK. (Attachments: # 1 Exhibit A – Proposed Pretrial Order No. 1)(MADDEN, PATRICK) (Entered: 02/27/2012) |
| 03/15/2012 | 15 | MOTION to Stay *Discovery* filed by GMAC MORTGAGE, LLC.Memorandum of Law and Certificate of Service. (Attachments: # 1 Memorandum of Law, # 2 Exhibit A, # 3 Certificate Pursuant to Local Rule 26.1(f), # 4 Text of Proposed Order, # 5 Certificate of Service)(NGUYEN, JOE) (Entered: 03/15/2012) |
| 04/02/2012 | 16 | RESPONSE in Opposition re 15 MOTION to Stay *Discovery* filed by ELIZABETH CRONK. (Attachments: # 1 Exhibit A)(MADDEN, PATRICK) (Entered: 04/02/2012) |
| 05/17/2012 | 17 | NOTICE by GMAC MORTGAGE, LLC NOTICE OF BANKRUPTCY AND EFFECT OF AUTOMATIC STAY. (REICHNER, HENRY) (FILED IN ERROR; ATTY HAS RE–FILED AT PAPER #18) Modified on 5/17/2012 (md). (Entered: 05/17/2012) |
| 05/17/2012 | 18 | SUGGESTION OF BANKRUPTCY by GMAC MORTGAGE, LLC under Chapter Number 11 of the Bankruptcy Code in the Bankruptcy Court for the District of Southern District of New York filed under case number 12–12020 . (REICHNER, HENRY) (Entered: 05/17/2012) |
| 05/18/2012 | 19 | ORDER THAT GMACS MOTION TO DISMISS CRONKS COMPLAINT (DOC. 10) IS DENIED WITHOUT PREJUDICE TO ITS REASSERTION SHOULD THE AUTOMATIC STAY BE LIFTED; GMACS MOTION TO STAY DISCOVERY (DOC. 15) IS DENIED WITHOUT PREJUDICE TO ITS REASSERTION SHOULD THE AUTOMATIC STAY BE LIFTED; THE CLERK OF COURT SHALL TRANSFER THIS CASE FROM OUR ACTIVE DOCKET TO OUR CIVIL SUSPENSE DOCKET UNTIL SUCH TIME AS THE AUTOMATIC STAY IS LIFTED.. SIGNED BY HONORABLE STEWART DALZELL ON 5/18/12. 5/21/12 ENTERED AND COPIES EMAILED.(rf, ) (Entered: 05/21/2012) |