# Exhibit D

# United States District Court
# Eastern District of Pennsylvania (Philadelphia)
# CIVIL DOCKET FOR CASE #: 2:11−cv−06813−SD

| | |
|---|---|
| THROM v. GMAC MORTGAGE, LLC<br>Assigned to: HONORABLE STEWART DALZELL<br> related Case: 2:11−cv−05161−SD<br>Cause: 15:1601 Truth in Lending | Date Filed: 10/31/2011<br>Date Terminated: 05/18/2012<br>Jury Demand: Plaintiff<br>Nature of Suit: 890 Other Statutory Actions<br>Jurisdiction: Federal Question |

**Plaintiff**

**DENNIS A. THROM**
*INDIVIDUALLY AND ON BEHALF OF
ALL OTHERS SIMILARLY SITUATED*

represented by **PATRICK F. MADDEN**
BERGER MONTAGUE PC
1624 LOCUST STREET
PHILADELPHIA, PA 19103
215−875−3035
Email: pmadden@bm.net
*LEAD ATTORNEY
ATTORNEY TO BE NOTICED*

**SHANON J. CARSON**
BERGER &MONTAGUE PC
1622 LOCUST ST
PHILADELPHIA, PA 19103
215−875−4656
Fax: 215−875−4674
Email: scarson@bm.net
*LEAD ATTORNEY
ATTORNEY TO BE NOTICED*

**KENDALL SCOTT ZYLSTRA**
FARUQI &FARUQI
101 GREENWOOD AVE STE 600
JENKINTOWN, PA 19046
215−277−5770
Email: kzylstra@faruqilaw.com
*ATTORNEY TO BE NOTICED*

**RICHARD D. SCHWARTZ**
FARUQI &FARUQI LLP
101 GREENWOOD AVE STE 600
JENKINTOWN, PA 19046
215−277−5770
Email: rschwartz@faruqilaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**GMAC MORTGAGE, LLC**

represented by **HENRY F. REICHNER**
REED SMITH LLP
1650 MARKET ST
2500 ONE LIBERTY PL
PHILADELPHIA, PA 19103
215−851−8100
Email: hreichner@reedsmith.com
*ATTORNEY TO BE NOTICED*

**JOE NGUYEN**
REED SMITH LLP

12-12020-mg  Doc 1084-4  Filed 08/10/12  Entered 08/10/12 11:51:22  Exhibit D -
Docket Report (Throm v. GMAC)  Pg 3 of 4
Case: 2:11-cv-06813-SD  As of: 08/05/2012 12:51 PM EDT  2 of 3

2500 ONE LIBERTY PLACE  
1650 MARKET STREET  
PHILADELPHIA, PA 19103  
215–851–8100  
Email: jnguyen@reedsmith.com  
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/31/2011 | 1 | COMPLAINT against GMAC MORTGAGE, LLC ( Filing fee $ 350 receipt number 052369.), filed by DENNIS A. THROM.(tj, ) (Entered: 11/01/2011) |
| 10/31/2011 | | Summons Issued as to GMAC MORTGAGE, LLC. Forwarded To: Counsel on 11/1/11 (tj, ) (Entered: 11/01/2011) |
| 10/31/2011 | | DEMAND for Trial by Jury by DENNIS A. THROM. (tj, ) (Entered: 11/01/2011) |
| 11/07/2011 | 2 | WAIVER OF SERVICE Returned Executed by DENNIS A. THROM. GMAC MORTGAGE, LLC waiver sent on 11/7/2011, answer due 1/6/2012. (MADDEN, PATRICK) (Entered: 11/07/2011) |
| 12/30/2011 | 3 | NOTICE of Appearance by RICHARD D. SCHWARTZ on behalf of DENNIS A. THROM with Certificate of Service(SCHWARTZ, RICHARD) (Entered: 12/30/2011) |
| 12/30/2011 | 4 | NOTICE of Appearance by KENDALL SCOTT ZYLSTRA on behalf of DENNIS A. THROM with Certificate of Service(ZYLSTRA, KENDALL) (Entered: 12/30/2011) |
| 01/06/2012 | 5 | MOTION to Dismiss *of Defendant GMAC Mortgage, LLC* filed by GMAC MORTGAGE, LLC.Brief and Certificate of Service. (Attachments: # 1 Brief, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Exhibit I, # 11 Exhibit J, # 12 Text of Proposed Order, # 13 Certificate of Service)(REICHNER, HENRY) (Entered: 01/06/2012) |
| 01/18/2012 | 6 | STIPULATION AND ORDER THAT PLAINTIFF'S RESPONSE OR OPPOSITION TO DEFT'S MOTION TO DISMISS SHALL BE DUE BY 2/3/2012, ETC.. SIGNED BY HONORABLE STEWART DALZELL ON 1/17/2012. 1/18/2012 ENTERED AND COPIES E–MAILED.(tomg, ) (Entered: 01/18/2012) |
| 02/03/2012 | 7 | RESPONSE in Opposition re 5 MOTION to Dismiss *of Defendant GMAC Mortgage, LLC* filed by DENNIS A. THROM. (Attachments: # 1 Affidavit Index of Exhibits, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit 12, # 14 Affidavit Certificate of Service)(CARSON, SHANON) (Entered: 02/03/2012) |
| 02/08/2012 | 8 | NOTICE of Appearance by JOE NGUYEN on behalf of GMAC MORTGAGE, LLC with Certificate of Service(NGUYEN, JOE) (Entered: 02/08/2012) |
| 02/17/2012 | 9 | RESPONSE in Support re 5 MOTION to Dismiss *of Defendant GMAC Mortgage, LLC* filed by GMAC MORTGAGE, LLC. (Attachments: # 1 Exhibit K, # 2 Certificate of Service)(NGUYEN, JOE) (Entered: 02/17/2012) |
| 03/16/2012 | 10 | MOTION to Stay *Discovery* filed by GMAC MORTGAGE, LLC.Memorandum of Law and Certificate of Service. (Attachments: # 1 Memorandum of Law, # 2 Exhibit A, # 3 Certificate Pursuant to Local Rule 26.1(f), # 4 Text of Proposed Order, # 5 Certificate of Service)(NGUYEN, JOE) (Entered: 03/16/2012) |
| 03/27/2012 | 11 | Proposed Case Management Plan *Joint Rule 26(f) Report* by DENNIS A. THROM. (Attachments: # 1 Exhibit A – Proposed Pretrial Order No. 1)(MADDEN, PATRICK) (Entered: 03/27/2012) |
| 04/02/2012 | 12 | RESPONSE in Opposition re 10 MOTION to Stay *Discovery* filed by DENNIS A. THROM. (Attachments: # 1 Exhibit A)(MADDEN, PATRICK) (Entered: 04/02/2012) |

| | | |
|---|---|---|
| 05/17/2012 | 13 | SUGGESTION OF BANKRUPTCY by GMAC MORTGAGE, LLC under Chapter Number 11 of the Bankruptcy Code in the Bankruptcy Court for the District of Southern District of New York filed under case number 12–12020 . (REICHNER, HENRY) (Entered: 05/17/2012) |
| 05/18/2012 | 14 | ORDER THAT GMAC'S MOTION TO DISMISS THROM'S COMPLAINT (DOC. NO. 5) IS DENIED WITHOUT PREJUDICE, ETC. GMAC'S MOITON TO STAY DISCOVERY (DOC. NO. 10) IS DENIED WITHOUT PREJUDICE, ETC. tHE CLERK OF COURT SHALL TRANSFER THIS CASE FROM OUR ACTIVE DOCKET TO OUR CIVIL SUSPENSE DOCKET UNTIL SUCH TIME AS TH EAUTOMATIC STAY IS LIFTED. SIGNED BY HONORABLE STEWART DALZELL ON 5/18/2012. 5/18/2012 ENTERED AND COPIES E–MAILED.(amas) (Entered: 05/18/2012) |