# Exhibit E

COMPLEX−CSMGMT, ECF

## U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:12−cv−03412−AJN

Rothstein v. GMAC Mortgage, LLC et al
Assigned to: Judge Alison J. Nathan
Cause: 18:1961 Racketeering (RICO) Act

Date Filed: 04/30/2012
Jury Demand: Plaintiff
Nature of Suit: 470 Racketeer/Corrupt
Organization
Jurisdiction: Federal Question

**Plaintiff**

**Landon Rothstein**
*Individually and on behalf of all others similarly situated*

represented by **Mark Allen Strauss**
Kirby McInerney LLP
825 Third Avenue
16th Floor
New York, NY 10022
(212) 371−6600
Fax: (212) 751−2540
Email: mstrauss@kmllp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Edward Michael Varga**
Kirby McInerney LLP
825 Third Avenue
16th Floor
New York, NY 10022
(212) 371−6600 x699−1180
Fax: (212) 751−2540
Email: evarga@kmllp.com
*ATTORNEY TO BE NOTICED*

**John Brandon Walker**
Kirby McInerney LLP
825 Third Avenue
16th Floor
New York, NY 10022
(212) 371−6600
Fax: (212) 669−1194
Email: bwalker@kmllp.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**GMAC Mortgage, LLC**
*formerly known as*
GMAC Mortgage Corporation

**Defendant**

**GMAC Insurance Marketing, Inc.**
*TERMINATED: 07/02/2012*
*doing business as*
GMAC Agency Marketing
*TERMINATED: 07/02/2012*

represented by **Jeffrey H. Daichman**
Kane Kessler, P.C.
1350 Avenue of the Americas, 26th fl.
New York, NY 10019
(212) 51−6222
Fax: (212) 245−3009
Email: jdaichman@kanekessler.com

**Sarah Hawa Bawany Yousuf**
Balber, Pickard, Battistoni, Maldonado,

&Van Der Tuin
1370 Avenue of the Americas
New York, NY 10019
(212)–246–2400
Fax: (212)–765–4212
Email: syousuf@kanekessler.com

**Defendant**

**Balboa Insurance Company**          represented by **Matthew Phineas Previn**
Buckley Sandler LLP
1133 Ave of the Americas, Ste 3100
New York, NY 10036
(212) 600–2310
Fax: (212) 600–2405
Email: mprevin@buckleysandler.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Katherine Leigh Halliday**
BuckleySandler LLP
1250 24th Street NW
Suite 700
Washington, DC 20037
202–461–2996
Fax: 202–349–8080
Email: khalliday@buckleysandler.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robyn C Quattrone**
BuckleySandler LLP
1250 24th Street NW
Suite 700
Washington, DC 20037
202–349–8035
Fax: 202–349–8080
Email: rquattrone@buckleysandler.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**MeritPlan insurance Company**          represented by **Matthew Phineas Previn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**John Does 1–20**

| Date Filed | # | Docket Text |
|---|---|---|
| 04/30/2012 | 1 | COMPLAINT against Balboa Insurance Company, GMAC Insurance Marketing, Inc., GMAC Mortgage, LLC, John Does 1–20, MeritPlan insurance Company. (Filing Fee $ 350.00, Receipt Number 6812)Document filed by Landon Rothstein.(ama) (Entered: 05/01/2012) |
| 04/30/2012 |  | SUMMONS ISSUED as to Balboa Insurance Company, GMAC Insurance Marketing, Inc., GMAC Mortgage, LLC, John Does 1–20, MeritPlan insurance Company. (ama) (Entered: 05/01/2012) |
| 04/30/2012 |  | Magistrate Judge Andrew J. Peck is so designated. (ama) (Entered: 05/01/2012) |

| | | |
|---|---|---|
| 04/30/2012 | | Case Designated ECF. (ama) (Entered: 05/01/2012) |
| 04/30/2012 | 2 | STANDING ORDER IN RE PILOT PROJECT REGARDING CASE MANAGEMENT TECHNIQUES FOR COMPLEX CIVIL CASES IN THE SOUTHERN DISTRICT OF NEW YORK (See M–10–468 Order filed November 1, 2011). This case is hereby designated for inclusion in the Pilot Project Regarding Case Management Techniques for Complex Civil Cases in the Southern District of New York (the Pilot Project), unless the judge to whom this case is assigned determines otherwise. This case is designated for inclusion in the Pilot Project because it is a class action, an MDL action, or is in one of the following Nature of Suit categories: 160, 245, 315, 355, 365, 385, 410, 830, 840, 850, 893, or 950. The presiding judge in a case that does not otherwise qualify for inclusion in the Pilot Project may nevertheless designate the case for inclusion in the Pilot Project by issuing an order directing that the case be included in the Pilot Project. The description of the Pilot Project, including procedures to be followed, is attached to this Order. (Signed by Judge Loretta A. Preska on 10/31/2011) (ama) (Entered: 05/01/2012) |
| 05/03/2012 | 3 | NOTICE OF CHANGE OF ADDRESS by John Brandon Walker on behalf of Landon Rothstein. New Address: Kirby McInerney LLP, 825 Third Avenue, 16th Floor, New York, NY, US 10022, (212) 371–6600. (Walker, John) (Entered: 05/03/2012) |
| 06/05/2012 | 4 | SUMMONS RETURNED EXECUTED. GMAC Insurance Marketing, Inc. served on 5/23/2012, answer due 6/13/2012. Service was accepted by Bridget Spann. Document filed by Landon Rothstein. (Attachments: # 1 Affidavit)(Walker, John) (Entered: 06/05/2012) |
| 06/05/2012 | 5 | SUMMONS RETURNED EXECUTED. MeritPlan insurance Company served on 5/23/2012, answer due 6/13/2012. Service was accepted by Amber Carrouth. Document filed by Landon Rothstein. (Attachments: # 1 Affidavit)(Walker, John) (Entered: 06/05/2012) |
| 06/05/2012 | 6 | SUMMONS RETURNED EXECUTED. Balboa Insurance Company served on 5/24/2012, answer due 6/14/2012. Service was accepted by Denise Soscia. Document filed by Landon Rothstein. (Attachments: # 1 Affidavit)(Walker, John) (Entered: 06/05/2012) |
| 06/05/2012 | 7 | NOTICE OF APPEARANCE by Sarah Hawa Bawany Yousuf on behalf of GMAC Insurance Marketing, Inc. (Yousuf, Sarah) (Entered: 06/05/2012) |
| 06/05/2012 | 8 | NOTICE OF APPEARANCE by Jeffrey H. Daichman on behalf of GMAC Insurance Marketing, Inc. (Daichman, Jeffrey) (Entered: 06/05/2012) |
| 06/05/2012 | 9 | NOTICE OF APPEARANCE by Matthew Phineas Previn on behalf of Balboa Insurance Company, MeritPlan insurance Company (Previn, Matthew) (Entered: 06/05/2012) |
| 06/05/2012 | 10 | **FILING ERROR – NOT ALL CORPORATE PARENTS/OTHER AFFILIATES WERE ADDED** – RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Corporate Parent BA Insurance Group, Inc. for Balboa Insurance Company, MeritPlan insurance Company. Document filed by Balboa Insurance Company, MeritPlan insurance Company.(Previn, Matthew) Modified on 6/6/2012 (lb). (Entered: 06/05/2012) |
| 06/05/2012 | 11 | ORDER FOR INITIAL PRETRIAL CONFERENCE: Initial Conference set for 8/3/2012 at 02:15 PM at the United States District Court for the Southern District of New York, 500 Pearl Street, New York, NY before Judge Alison J. Nathan. (Signed by Judge Alison J. Nathan on 6/5/2012) (laq) Modified on 6/7/2012 (laq). (Entered: 06/06/2012) |
| 06/05/2012 | 12 | STIPULATION AND ORDER CONCERNING THE RESPONSE OF DEFENDANT GMAC INSURANCE MARKETING TO THE COMPLAINT: the time for Defendant GMAC Insurance Marketing to answer, move, or otherwise respond to the complaint in this action is hereby extended from June 13, 2012 until such time as the Court directs at the Initial Case Management Conference. ENDORSEMENT: EXTENSION GRANTED UNTIL 7/13/2012. IF THE PARTIES NEED A FURTHER EXTENSION, THEY MAY REQUEST IT AND |

| | | |
|---|---|---|
| | | THE COURT WILL CONSIDER THAT REQUEST.(GMAC Insurance Marketing, Inc. answer due 7/13/2012.) (Signed by Judge Alison J. Nathan on 6/5/2012) (laq) Modified on 6/7/2012 (laq). (Entered: 06/06/2012) |
| 06/06/2012 | 13 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Corporate Parent GMAC Insurance Management Corporation for GMAC Insurance Marketing, Inc.. Document filed by GMAC Insurance Marketing, Inc..(Yousuf, Sarah) (Entered: 06/06/2012) |
| 06/06/2012 | | ***NOTE TO ATTORNEY TO RE−FILE DOCUMENT − DEFICIENT DOCKET ENTRY ERROR. Note to Attorney Matthew Phineas Previn to RE−FILE Document 10 Rule 7.1 Corporate Disclosure Statement,. ERROR(S): Not All Corporate Parents were added. Please re−file this document and when prompted: Are there any corporate parents or other affiliates?, select the YES radio button and enter the Corporate Parent(s) or Affiliate(s). (lb) (Entered: 06/06/2012) |
| 06/06/2012 | 14 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Corporate Parent BA Insurance Group, Inc., Corporate Parent Balboa Insurance Company, Corporate Parent Bank Of America Corporation, Corporate Parent NB Holdings Corporation for MeritPlan insurance Company; Corporate Parent BA Insurance Group, Inc., Corporate Parent Bank Of America Corporation, Corporate Parent NB Holdings Corporation for Balboa Insurance Company. Document filed by Balboa Insurance Company, MeritPlan insurance Company.(Previn, Matthew) (Entered: 06/06/2012) |
| 06/12/2012 | 15 | STIPULATION AND ORDER CONCERNING THE RESPONSES OF DEFENDANTS BALBOA INSURANCE COMPANY AND MERITPLAN INSURANCE COMPANY TO THE COMPLAINT:IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel that the time for Defendants Balboa Insurance Company and Meritplan Insurance Company to answer, move, or otherwise respond to the complaint in this action is hereby extended from June 13, 2012 until such time as the Court directs at the Initial Case Management Conference. This is the first proposed extension of Balboa Insurance Company and Meritplan Insurance Company's time to respond to the complaint. (Signed by Judge Alison J. Nathan on 6/12/2012) (js) (Entered: 06/13/2012) |
| 06/28/2012 | 16 | NOTICE OF CHANGE OF ADDRESS by Matthew Phineas Previn on behalf of Balboa Insurance Company, MeritPlan insurance Company. New Address: BuckleySandler LLP, 1133 Avenue of the Americas, Suite 3100, New York, New York, United States 10036, (212) 600−2310. (Previn, Matthew) (Entered: 06/28/2012) |
| 06/29/2012 | 17 | DOCUMENT REFERRED TO JUDGE FOR APPROVAL − NOTICE OF VOLUNTARY DISMISSAL Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff(s) and or their counsel(s), hereby give notice that the above−captioned action is voluntarily dismissed, WITHOUT prejudice against the defendant(s) GMAC Insurance Marketing, Inc.. Document filed by Landon Rothstein. (Walker, John) Modified on 7/2/2012 (dt). (Entered: 06/29/2012) |
| 06/29/2012 | 18 | MOTION for Katherine L. Halliday to Appear Pro Hac Vice. Document filed by Balboa Insurance Company.(pgu) (pgu). (Entered: 07/02/2012) |
| 06/29/2012 | 19 | MOTION for Robyn C. Quattrone to Appear Pro Hac Vice. Document filed by Balboa Insurance Company.(pgu) (pgu). (Entered: 07/02/2012) |
| 07/02/2012 | | ***NOTE TO ATTORNEY − DOCUMENT REFERRED TO JUDGE FOR APPROVAL. Note to Attorney John Walker Document 17 Notice of Voluntary Dismissal, was referred to Judge Alison J. Nathan for approval. (dt) (Entered: 07/02/2012) |
| 07/02/2012 | 20 | PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANT GMAC INSURANCE MARKETING, INC. d/b/a GMAC AGENCY MARKETING WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(i): PLEASE TAKE NOTICE that Plaintiff Landon Rothstein ("Plaintiff'), pursuant to Federal Rule of Civil Procedure 41(a)(l)(A)(i), hereby voluntarily dismisses all |

| | | |
|---|---|---|
| | | claims in this action without prejudice as to Defendant GMAC Insurance Marketing, Inc. d/b/a GMAC Agency Marketing ("GMAC Insurance"). Defendant GMAC Insurance has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, the claims against GMAC Insurance may be dismissed without prejudice and without an Order of the Court. (Signed by Judge Alison J. Nathan on 7/2/2012) (djc) (Entered: 07/03/2012) |
| 07/06/2012 | | CASHIERS OFFICE REMARK on 19 Motion to Appear Pro Hac Vice, 18 Motion to Appear Pro Hac Vice in the amount of $400.00, paid on 06/29/2012, Receipt Number 1042383, 1042384. (jd) (Entered: 07/06/2012) |
| 07/06/2012 | 21 | ORDER FOR ADMISSION PRO HAC VICE granting 19 Motion for Robyn C Quattrone to Appear Pro Hac Vice. (Signed by Judge Alison J. Nathan on 7/6/2012) (cd) (Entered: 07/09/2012) |
| 07/06/2012 | 22 | ORDER FOR ADMISSION PRO HAC VICE granting 18 Motion for Katherine L Halliday to Appear Pro Hac Vice. (Signed by Judge Alison J. Nathan on 7/6/2012) (cd) (Entered: 07/09/2012) |
| 07/23/2012 | 23 | STIPULATION AND ORDER REGARDING ADJOURNMENT OF INITIAL PRETRIAL CONFERENCE AND SETTING SCHEDULE FOR FILING OF AMENDED COMPLAINT: Plaintiff shall file an amended complaint by September 28, 2012. Defendants shall answer, move, or otherwise respond to the amended complaint within thirty (30) days after it is filed. The initial pretrial conference, currently scheduled for August 3, 2012, is hereby adjourned to November 2, 2012, at 11:00 pm. Pursuant to Section I.A. of the Pilot Project, the parties shall file an Initial Report no later than 7 days before the initial pretrial conference. Additional relief as set forth in this Order. ( Amended Pleadings due by 9/28/2012., Initial Conference set for 11/2/2012 at 11:00 AM before Judge Alison J. Nathan.) (Signed by Judge Alison J. Nathan on 7/23/2012) (pl) (Entered: 07/23/2012) |