**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| RESIDENTIAL CAPITAL, LLC, et al., | Case No. 12-12020-MG |
| Debtors. | Jointly Administered |

**ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE***

Upon the motion of John Maston O'Neal, to be admitted, *pro hac vice*, to represent OneWest Bank, (the "Client""), a secured creditor in the above-referenced cases, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Arizona and the bar of the United States District Court for the District of Arizona, it is hereby

ORDERED, that John Maston O'Neal, Esq., is admitted to practice, *pro hac vice* in the above-referenced cases to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: **August 10, 2012**
New York, New York

/s/Martin Glenn
MARTIN GLENN
United States Bankruptcy Judge

QB\136701.00059\17698703.1