UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------)
                                                          )
In re:                                                    )    Case No. 12-12020 (MG)
                                                          )
RESIDENTIAL CAPITAL, LLC, et al.,                         )    Chapter 11
                                                          )
            Debtors.                                      )    Jointly Administered
                                                          )
----------------------------------------------------------)

### ORDER GRANTING ADMISSION TO PRACTICE PRO HAC VICE

Upon the motion of Scott H. Marder, Esq. to be admitted *pro hac vice* to represent Green Planet Servicing, LLC a party-in-interest in the above-referenced, jointly administered cases, and upon the movant's certification that he is a member in good standing of the bar of States of Maryland and Florida and is admitted to practice law in all state courts of those states and am admitted to practice in the United States District Courts for the District of Maryland and the Southern District of Florida and the United States Court of Appeals for the Fourth Circuit it is hereby;

**ORDERED**, that Scott H. Marder, Esq. is admitted to practice *pro hac vice* in the above referenced cases to represent Green Planet Servicing, LLC, in the United States Bankruptcy Court for the Southern District of New York, subject to the payment of the filing fee of $200.00.

Dated: August 10, 2012
New York, NY

/s/Martin Glenn
UNITED STATES BANKRUPTCY JUDGE

2

DM1\3468790.1