**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
In re                                                   :        Chapter 11
:
**RESIDENTIAL CAPITAL, LLC, et al.,** [1]               :        Case No. 12-12020 (MG)
:
:        **(Jointly Administered)**
:
**Debtors.**                                            :
---------------------------------------------------------------x

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Melissa Loomis, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors.

A. On June 29, 2012, at my direction and under my supervision, employees of KCC caused the following document to be served 1) via Overnight mail on the service list attached hereto as **Exhibit A** for subsequent distribution to beneficial holders of the securities listed on the attached **Exhibit B**; and 2) via First Class mail to the parties on the service list attached hereto as **Exhibit C**; and 3) via Email to the parties on the service list attached hereto as **Exhibit D**:

1. Notice of Public Auction and Sale Hearing to Sell Certain of Debtors' Assets Pursuant to Asset Purchase Agreements with Nationstar Mortgage LLC and Berkshire Hathaway Inc. and Related Relief and Dates [Docket No. 539]

Dated: August 10, 2012

                                                  */s/ Melissa Loomis*
                                                 Melissa Loomis

State of California

County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 10th of August, 2012, by Melissa Loomis, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: __*/s/ Lydia Pastor Nino*_____

My Commission Expires: __*11/18/2015*__

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Residential Capital, LLC (0738); ditech, LLC (7228); DOA Holding Properties, LLC (4257); DOA Properties IX (Lots-Other), LLC (3274); EPRE LLC (7974); Equity Investment I, LLC (2797); ETS of Virginia, Inc. (1445); ETS of Washington, Inc. (0665); Executive Trustee Services, LLC (8943); GMAC Model Home Finance I, LLC (8469); GMAC Mortgage USA Corporation (6930); GMAC Mortgage, LLC (4840); GMAC Residential Holding Company, LLC (2190); GMAC RH Settlement Services, LLC (6156); GMACM Borrower LLC (4887); GMACM REO LLC (2043); GMACR Mortgage Products, LLC (6369); GMAC-RFC Holding Company, LLC (3763); HFN REO Sub II, LLC (N/A); Home Connects Lending Services, LLC (9412); Homecomings Financial Real Estate Holdings, LLC (6869); Homecomings Financial, LLC (9458); Ladue Associates, Inc. (3048); Passive Asset Transactions, LLC (4130); PATI A, LLC (2729); PATI B, LLC (2937); PATI Real Estate Holdings, LLC (5201); RAHI A, LLC (3321); RAHI B, LLC (3553); RAHI Real Estate Holdings, LLC (5287); RCSFJV204, LLC (2722); Residential Accredit Loans, Inc. (8240); Residential Asset Mortgage Products, Inc. (5181); Residential Asset Securities Corporation (2653); Residential Consumer Services of Alabama, LLC (5449); Residential Consumer Services of Ohio, LLC (4796); Residential Consumer Services of Texas, LLC (0515); Residential Consumer Services, LLC (2167); Residential Funding Company, LLC (1336); Residential Funding Mortgage Exchange, LLC (4247); Residential Funding Mortgage Securities I, Inc. (6294); Residential Funding Mortgage Securities II, Inc. (8858); Residential Funding Real Estate Holdings, LLC (6505); Residential Mortgage Real Estate Holdings, LLC (7180); RFC Asset Holdings II, LLC (4034); RFC Asset Management, LLC (4678); RFC Borrower LLC (5558); RFC Constructing Funding, LLC (5730); RFC REO LLC (2407); RFC SFJV-2002, LLC (4670); RFC-GSAP Servicer Advance, LLC (0289).

# Exhibit A

| Name | NoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Broadridge | Receiving Dept | 51 Mercedes Way | | Edgewood | NY | 11717 |
| Mediant Communications | Stephanie Fitzhenry | 109 North 5th St | | Saddle Brook | NJ | 07663 |
| The Bank of New York Mellon | Beth Stiffler | 525 William Penn Pl | Rm 300 | Pittsburgh | PA | 15259 |
| The Depository Trust Co | Horace Daley | 55 Water St | 25th Fl | New York | NY | 10004 |

In re: Residential Capital, LLC, et al.
Case No. 12-12020 (MG)

Page 1 of 1

# **<u>Exhibit B</u>**

**Exhibit B**

| Issuer | Description | CUSIP | ISIN |
|---|---|---|---|
| Residential Capital | 6.875% Notes due 6/30/15 | 76113BAE9 | US76113BAE92 |
| Residential Capital | 8.50% Notes due 4/17/2013 | 76113BAR0 | US76113BAR06 |
| Residential Capital | 6.5% Notes due 6/1/2012 | 76114EAC6 | US76114EAC66 |
| Residential Capital | 9.625% Notes due 5/15/2015 | 76114EAH5 | US76114EAH53 |
| Residential Capital | 6.375% Notes due 5/17/2013 | N/A | XS0254759920 |
| Residential Capital | 7.125% Notes due 5/17/2012 | N/A | XS0254758872 |
| Residential Capital | 7.875% Notes due 7/1/2014 | N/A | XS0307841469 |

# **Exhibit C**

Exhibit C

| Name | NoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| American Enterprise Investment Services | Rebecca Strand | 2178 AMP Financial Center | | | Minneapolis | MN | 55474 | |
| Barclays Bank Inc LE | Giovanna Laurella | 70 Hudson St | 7th Fl | | Jersey City | NJ | 07302-0000 | |
| BNY Mellon | Maria Sasinoski | 525 William Penn Pl | Rm 300 | | Pittsburgh | PA | 15259 | |
| Brown Brothers Harriman & Co | Dorota Malkiewicz | 525 Washington Blvd | New Port Towers | | Jersey City | NJ | 07302-0000 | |
| Charles Schwab & Co Inc | Debbie Jung | 2423 E Lincoln Dr | PHX PEAK 02 K130 | | Phoenix | AZ | 85016 | |
| Citibank NA | Sandra Hernandez | 3800 Citibank Center B3 12 | | | Tampa | FL | 33610 | |
| Citibank/The Citigroup Private Bank | Stephanie Luckey | 333 W 34th St | 3rd Fl | | New York | NY | 10001 | |
| Citigroup Global Markets Inc | Patricia Haller | 111 Wall St | 6th Fl | | New York | NY | 10005 | |
| Citigroup Global Markets Inc Salomon | Brian Cotton | 111 Wall St | 6th Fl | | New York | NY | 10005 | |
| Comerica Bank | Gloria Imhoff | 411 West Lafayette | Mail Code 3530 | | Detroit | MI | 48226 | |
| Credit Suisse Securities USA LLC | Adam Miranda | 1 Madison Ave | 2nd Fl | | New York | NY | 10010 | |
| David Lerner Associates, Inc. | Larry Kampf | 477 Jerico Turnpike | | | Syosset | NY | 11791-9006 | |
| Deutsche Bank Securities Inc | Ira Kovins | Harborside Financial Center | 100 Plaza One 2nd Fl | Corporate Actions Dept | Jersey City | NJ | 07311-0000 | |
| Edward D Jones & Co | Nick Hummell | 12555 Manchester Rd | CADD Dept | | St Louis | MO | 63131 | |
| ETrade Clearing LLC | Matt Freifeld | 1981 Marcus Ave | Ste 100 | | Lake Success | NY | 11042 | |
| First Clearing LLC | Finessa Rosson | One North Jefferson | | | St Louis | MO | 63103 | |
| First Southwest Co | Misty Thacker | 325 N St Paul | Ste 800 | | Dallas | TX | 75201 | |
| Goldman Sachs & Co | Gloria Lio | 30 Hudson St | | | Jersey City | NJ | 07302-4699 | |
| Interactive Broker Retail Equity Clearing | Ken Hayden | 2 Pickwick Plz | 2nd Fl | | Greenwich | CT | 06830-0000 | |
| J P Morgan Clearing Corp | Eric Oszustowicz | 3 Chase Metrotech Center | | | Brooklyn | NY | 11245-0001 | |
| Janney Montgomery Scott LLC | Michael Tse | 1801 Market St | 9th Fl | | Philadelphia | PA | 19103 | |
| JJB Hilliard WL Lyons Inc | Richard Gelles | 500 W Jackson St | Ste 700 | | Louisville | KY | 40202 | |
| JPMorgan Chase Bank NA | Reorg Dept | 14201 Dallas Parkway | | | Dallas | TX | 75254 | |
| JPMorgan Chase Bank/Correspondence C | Sanjay Ghuliani | Paradigm B Wing Fl 6 | Mindspace Malad W | | Mumbai | | 400 064 10000 | INDIA |
| Keybank NA/FBO Treasurer of State of Ohio | Scott MacDonald | 4900 Tiedman Rd | Mail Code OH-01-49-310 | | Brooklyn | OH | 44144 | |
| Kurtzman Carson Consultants | David Hartie | 599 Lexington Ave | 39th Fl | | New York | NY | 10022 | |
| LPL Financial Corporation | Martha Strahan | 2810 Coliseum Centre Dr | 2nd Fl | | Charlotte | NC | 28217 | |
| Manufacturers and Traders Trust Co | Stephen Schmidt | 1 M & T Plaza | 8th Fl | | Buffalo | NY | 14203 | |
| Merrill Lynch Pierce Fenner & Smith | Corp Actions Notifications Jax | Corporate Action Dept | 4804 Deer Lake Drive East | 4th Fl Bldg 3 | Jacksonville | FL | 32246 | |
| Morgan Stanley & Co Inc | Michelle Ford | 1300 Thames Street | 7th Fl | | Baltimore | MD | 21231 | |
| Morgan Stanley Smith Barney | Suzanne Mundle | Harborside Financial Center | 230 Plaza Three 6th Fl | | Jersey City | NJ | 07311 | |
| Morgan Stanley Trust Natl Association | Jonathan Goldman | 919 N Market St | | | Wilmington | DE | 19801 | |
| National Financial Services | Lou Trezza | 200 Liberty St | | | New York | NY | 10281 | |
| Northern Trust Co | Stella Castaneda | 801 S Canal St | Attn  Capital Structures  C1N | | Chicago | IL | 60607 | |
| Oppenheimer & Co Inc | Oscar Mazario | 125 Broad St | 15th Fl | | New York | NY | 10004 | |
| Optionsxpress Inc | Richard Trinh | 311 W Monroe St | Ste 1000 | | Chicago | IL | 60606 | |
| Pershing LLC Securities Corporation | Al Hernandez | 1 Pershing Plaza | | | Jersey City | NJ | 07399-0000 | |
| Raymond James & Associates Inc | Tracey Goodwin | 880 Carillion Pkwy | | | St Petersburg | FL | 33733 | |
| RBC Capital Markets Corporation | Tara Olmanson | 510 Marquette Ave South | | | Minneapolis | MN | 55402 | |
| Ridge Clearing & Outsourcing Solutions | Matt Freifeld | 1981 Marcus Ave | Ste 100 | | Lake Success | NY | 11042 | |
| Scottrade Inc | Terri Losche | 12855 Flushing Meadows Dr | | | St Louis | MO | 63131 | |
| SSB IBT BGI | Trina Estremera | Corp Actions JAB5E | 1776 Heritage Dr | | North Quincy | MA | 02171-0000 | |
| SSB SPDRs | Joseph J Callahan | Global Corp Action Dept. JAB5W | PO Box 1631 | | Boston | MA | 02105-1631 | |
| State Street Bank & Trust Co | Myriam Piervil | Corp Actions JAB5E | 1776 Heritage Dr | | North Quincy | MA | 02171-0000 | |

In re: Residential Capital, LLC, et al.
Case No. 12-12020 (MG)

Page 1 of 2

**Exhibit C**

| Name | NoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| State Street Bank and Trust Co | Sandra Polizio | Corp Actions JAB5E | 1776 Heritage Dr | | North Quincy | MA | 02171-0000 | |
| Stifel Nicolaus & Co Inc | Chris Wiegand | 501 N Broadway | 7th Fl | | St. Louis | MO | 63102 | |
| Suntrust Bank | Ophelia Harris | PO Box 105504 | Center 3141 | | Atlanta | GA | 30348-5504 | |
| TD Ameritrade Clearing Inc | Mandi Foster | 1005 Ameritrade Pl | | | Bellevue | NE | 68005 | |
| The Bank of New York Mellon/Dbag Lon | Donna Steinman | One Wall St | | | New York | NY | 10286 | |
| Timber Hill LLC | Maria Tardio | 1 Pickwick Plaza | | | Greenwich | CT | 06830-0000 | |
| UBS Financial Services LLC | Jane Flood | 1200 Harbor Blvd | | | Weehawken | NJ | 07086-0000 | |
| UBS Securities LLC | John Malloy | 480 Washington Blvd | | | Jersey City | NJ | 07310-0000 | |
| UMB Bank National Association | Corporate Actions | 928 Grand Blvd | | | Kansas City | MO | 64106 | |
| US Bank NA | Tim Randall | MK WI S302 | 1555 N Rivercenter Dr | | Milwaukee | WI | 53212 | |
| Vanguard Marketing Corporation | Kevin Scully | 100 Vanguard Blvd | | | Malvern | PA | 19355 | |
| Wells Fargo Bank, National Association | Kevin St. Louis | 733 Marquette Ave | MAC N9306 057 5th Fl | | Minneapolis | MN | 55402 | |
| Wilmington TrustCo | Carolyn Nelson | Rodney Square N | 1199 N Market St | | Wilmington | DE | 19801 | |

# **Exhibit D**

**Exhibit D**

| Company | Email |
|---|---|
| Bank of America DTC #2251 | tss.corporate.actions@bankofamerica.com |
| Barclays #229 | caeventcreations@barclays.com |
| Barclays #230 | nyvoluntary@barclays.com |
| Bloomberg | release@bloomberg.net |
| BNY Mellon #954 | Beth.Stiffler@bnymellon.com |
| Citibank DTC #908 | Gts.caec.tpa@citi.com |
| Clearstream International SA | CA_BOND@clearstream.com |
| Clearstream International SA | Carolyn.trebus@citi.com |
| Credit Suisse Securities (USA) LLC | list.amnycactionfixed@credit-suisse.com |
| Credit Suisse Securities (USA) LLC | raequel.packenham@credit-suisse.com |
| Credit Suisse Securities (USA) LLC | emily.connors@credit-suisse.com |
| Credit Suisse Securities (USA) LLC | elliott.peck@credit-suisse.com |
| Deutsche Bank Securities Inc | jaxca.notifications@db.com |
| Deutsche Bank Securities Inc | salil.mulgund@db.com |
| Deutsche Bank Securities Inc | shridhar.rao@db.com |
| Deutsche Bank Securities Inc | gary.bunce@db.com |
| Deutsche Bank Securities Inc | ream.saadah@db.com |
| Deutsche Bank Securities Inc | asuannouncements.americas@db.com |
| Euroclear Bank S.A./N.V. | drit@euroclear.com |
| Foliofn Investments | proxyservices@folioinvesting.com |
| Goldman Sachs & Co | GS-as-ny-proxy@ny.email.gs.com |
| JPMorgan Chase Bank | JPMorganInformation.Services@JPMChase.com |
| Mediant Communications | documents@mediantonline.com |
| Morgan Stanley | usproxies@morganstanley.com |
| Morgan Stanley | proxy.balt@morganstanley.com |
| Morgan Stanley | cavsdom@morganstanley.com |
| Morgan Stanley | Raquel.Del.Monte@morganstanley.com |
| Northern Trust Company | cs_notifications@ntrs.com |
| PNC Bank #2616 | caspr@pnc.com |
| Royal Bank of Canada | donald.garcia@rbc.com |
| SIS SegaInterSettle AG | corpactionsoverseas.group@sisclear.com |
| SIS SegaInterSettle AG | CABO.group@sisclear.com |
| Southwest Securities | aclark@swst.com |
| Southwest Securities | proxy@swst.com |
| State Street Bank and Trust Company | rjray@statestreet.com |
| State Street Bank and Trust Company | scpolizio@statestreet.com |
| State Street Bank and Trust Company | jkkyan@statestreet.com |
| State Street Bank and Trust Company | USCAResearch@statestreet.com |
| The Bank of New York Mellon | pgheventcreation@bnymellon.com |
| The Bank of New York Mellon | justin.whitehouse@bnymellon.com |
| The Bank of New York Mellon | brian.marnell@bnymellon.com |
| The Canadian Depository | sies-canfo@cds.ca |
| The Depository Trust Co | gcabusiness.support@dtcc.com |
| The Depository Trust Co | cscotto@dtcc.com |
| The Depository Trust Co | lensnotices@dtcc.com |
| The Depository Trust Co | mandatoryreorgannouncements@dtcc.com |
| UBS Securities LLC | OL-EVENTMANAGEMENT@ubs.com |
| UBS Securities LLC | thomas.torrillo@ubs.com |

In re: Residential Capital, LLC, et al.
Case No. 12-12020 (MG)    Page 1 of 1