**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>RESIDENTIAL CAPITAL, LLC, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 12-12020(MG)<br><br>Jointly Administered |

**ORDER PURSUANT TO FED. R. BANKR. P. 9006 AND LOCAL BANKRUPTCY RULES 9006-1 SHORTENING THE TIME FOR NOTICE OF, AND SCHEDULING A HEARING TO CONSIDER, THE MOTION OF THE EXAMINER FOR ENTRY OF AN ORDER (I) GRANTING AUTHORITY TO ISSUE SUBPOENAS FOR THE PRODUCTION OF DOCUMENTS AND AUTHORIZING THE EXAMINATION OF PERSONS AND ENTITIES, (II) ESTABLISHING PROCEDURES FOR RESPONDING TO THOSE SUBPOENAS, (III) APPROVING ESTABLISHMENT OF DOCUMENT DEPOSITORY AND PROCEDURES TO GOVERN USE, AND (IV) APPROVING PROTECTIVE ORDER**

Upon the request of Arthur J. Gonzalez, the Court-appointed Examiner (the "Examiner") for Residential Capital, LLC and its affiliated debtors (collectively, the "Debtors") in the above-captioned cases (the "Chapter 11 Cases") for the entry of an order pursuant to Fed. R. Bankr. P. 9006(c) and Local Bankruptcy Rule 9006-1(b) shortening the time for notice of, and scheduling a hearing to consider, the Motion of the Examiner For Entry of an Order (I) Granting Authority to Issue Subpoenas for the Production of Documents and Authorizing the Examination of Persons and Entities, (II) Establishing Procedures for Responding to Those Subpoenas, (III) Approving Establishment of Document Depository and Procedures to Govern Use, and (IV) Approving Protective Order (the "Examiner Discovery Motion"); and the Court having determined that the relief requested is appropriate; and after due deliberation and sufficient cause appearing therefor, it is hereby

---

[1] The names of the Debtors in these cases and their respective tax identification numbers are identified on Exhibit 1 to the Declaration of James Whitlinger, Chief Financial Officer of Residential Capital, LLC, in Support of Chapter 11 Petitions and First Day Pleadings, filed with the Court on May 14, 2012. Additional subsidiaries and affiliates of the Debtors may file Chapter 11 petitions on a rolling basis. As used herein, the term "Debtors" includes any such entities.

**ORDERED, ADJUDGED, AND DECREED THAT:**

1. The Examiner's request is granted as set forth herein.

2. The Examiner Discovery Motion will be considered at a hearing to be held on **August 16, 2012 at 11:00 a.m. (ET)** before the Honorable Martin Glenn, United States Bankruptcy Judge, at the United States Bankruptcy Court, Alexander Hamilton Custom House, Courtroom 501, One Bowling Green, New York, NY 10004. The hearing on the Examiner Discovery Motion may be adjourned from time to time without further notice other than an announcement of the adjourned date or dates in open court. Notice of such adjourned date(s) will be available on the electronic case filing docket.

3. The Examiner shall serve a copy of this Order as promptly as practicable on the day of entry thereof by fax, e-mail, or overnight mail, on the Notice Parties (as defined below).

4. Any objections ("Objections") to the approval of the Examiner Discovery Motion shall be filed and served so that they are received no later than **10:00 a.m. (ET) on August 15, 2012** by the following parties (the "Notice Parties"):

   (a) counsel to the Examiner, Chadbourne & Parke LLP, 30 Rockefeller Plaza, New York, New York 10112 (Attn: Howard Seife and David M. LeMay);

   (b) counsel to the Debtors, Morrison & Foerster LLP, 1290 Avenue of the Americas, New York, New York 10404 (Attn: Larren M. Nashelsky, Gary S. Lee and Norman S. Rosenbaum);

   (c) counsel to the Creditors' Committee, Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, NY 10036, (Attn: Kenneth H. Eckstein and Douglas H. Mannal);

   (d) the Office of the United States Trustee, 33 Whitehall Street, 21st Floor, New York, NY 10004 (Attn: Brian S. Masumoto);

      (e)      the parties identified on the Monthly Service List (as defined in the Case Management Order);

      (f)      counsel to Cerberus Capital Management L.P.; and

      (g)      any other committee appointed in the cases.

Objections not timely filed and served in the manner set forth above shall not be considered and shall be overruled.

5.      This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: August 13, 2012
       New York, NY

                                                      **/s/Martin Glenn**
                                                      MARTIN GLENN
                                     United States Bankruptcy Judge