# EXHIBIT "B"

**LSI TITLE COMPANY**
3220 EL CAMINO REAL, IRVINE, CALIFORNIA 92602
(714) 247-7000 • (800) 323-0165

**TRANSMITTAL**

TO:                                                    DATE:  APRIL 20, 2012

AZTEC FORECLOSURE CORP.
3300 N. CENTRAL AVE, SUITE 2200
PHOENIX, AZ  85012

ATTN:

REF. NO.:  12-518695
ORDER NO.:

PLEASE FIND ENCLOSED HEREWITH ITEMS CHECKED BELOW:

___      CERTIFIED COPY

___      OWNERS POLICY

___      ALTA POLICY

___      CORRECTED GUARANTEE, POLICY AND/OR ENDORSEMENT

___      ENDORSEMENT

___      PRELIMINARY REPORT

___      SUPPLEMENTAL REPORT

_X_      **TRUSTEE'S SALE GUARANTEE**

ROBERT FITZGERALD, TITLE OFFICER

8

**LSI TITLE COMPANY**
3220 EL CAMINO REAL, IRVINE, CALIFORNIA 92602
(714) 247-7000 • (800) 323-0165

**TRUSTEE'S SALE GUARANTEE**

**SCHEDULE A**

| | |
|---|---|
| REF NO.: | 12-518695 |
| ORDER NO.: | 120138368 |
| PREMIUM: | $510.00 |
| LIABILITY: | $210,437.06 |
| DATED: | APRIL 10, 2012 @ 8:00 A.M. |

1.  NAME(S) OF ASSURED:

    TRUSTEE:      AZTEC FORECLOSURE CORP.

    BENEFICIARY:   PHH MORTGAGE SERVICES

2.  THE ESTATE OR INTEREST IN THE LAND HEREINAFTER DESCRIBED, OR REFERRED TO, AND COVERED BY THIS GUARANTEE IS:

    A FEE

3.  TITLE TO THE ESTATE OR INTEREST AT THE DATE HEREOF IS VESTED IN:

    DIRK M. LOUGH AND CYNTHIA L. LOUGH, HUSBAND AND WIFE AS JOINT TENANTS

4.  THE LAND REFERRED TO IN THIS GUARANTEE IS SITUATED IN THE CITY OF CLOVIS, COUNTY OF FRESNO, STATE OF CALIFORNIA, AND IS DESCRIBED AS FOLLOWS:

    SEE EXHIBIT "A"

1

ORDER NO: 120138368

## EXHIBIT A

## LEGAL DESCRIPTION

**REF. NO. 12-518695**

LOT 17 OF TRACT NO. 3610, BRENTWOOD ESTATES NO. 3, IN THE CITY OF CLOVIS, COUNTY OF FRESNO, STATE OF CALIFORNIA, ACCORDING TO THE MAP THEREOF RECORDED IN BOOK 42 AT PAGES 51, 52 AND 53 OF PLATS, FRESNO COUNTY RECORDS.

ORDER NO: 120138368

## SCHEDULE A (CONTINUED)
## EXCEPTIONS

1.   PROPERTY TAXES, WHICH ARE A LIEN NOT YET DUE AND PAYABLE, INCLUDING ANY ASSESSMENTS COLLECTED WITH TAXES TO BE LEVIED FOR THE FISCAL YEAR 2012-2013.

2.   PROPERTY TAXES, INCLUDING ANY PERSONAL PROPERTY TAXES AND ANY ASSESSMENTS COLLECTED WITH TAXES, FOR THE FISCAL YEAR 2011-2012, ASSESSOR'S PARCEL NUMBER 495-194-17.

|  |  |  |
|---|---|---|
| TOTAL AMOUNT | : | $1,677.04 |
| 1ST INSTALLMENT | : | $838.52 (PAID) |
| 2ND INSTALLMENT | : | $838.52 (PAID) |
| LAND | : | $20,600.00 |
| IMPROVEMENT | : | $121,900.00 |
| CODE AREA | : | 001-036 |
| EXEMPTION | : | (NOT SET OUT) |

3.   THE FACT THAT SAID PROPERTY LIES WITHIN THE BOUNDARIES OF FRESNO METROPOLITAN FLOOD CONTROL DISTRICT AND MAY BE ASSESSED FOR DRAINAGE FEES AND/OR REQUIREMENTS TO CONSTRUCT PLANNED LOCAL DRAINAGE FACILITIES AS DISCLOSED BY FMFCD RESOLUTION NO. 1816, RECORDED JULY 31, 1995, AS INSTRUMENT NO. 95092128, OF OFFICIAL RECORDS.

4.   THE LIEN OF SUPPLEMENTAL TAXES, IF ANY, ASSESSED PURSUANT TO THE PROVISIONS OF CHAPTER 3.5 (COMMENCING WITH SECTION 75) OF THE REVENUE AND TAXATION CODE OF THE STATE OF CALIFORNIA.

5.   LIENS, ENCUMBRANCES, AND ANY OTHER MATTERS RECORDED PRIOR TO THE LIEN OF THE FORECLOSING DEED OF TRUST NOT OTHERWISE SUBORDINATE, EXCEPT FOR MORTGAGES, DEEDS OF TRUST, GOVERNMENTAL LIENS, TAX LIENS, JUDGMENT LIENS, HOMEOWNERS' ASSESSMENT LIENS AND NOTICES OF ACTION.

6.   A DEED OF TRUST TO SECURE AN INDEBTEDNESS IN THE AMOUNT SHOWN BELOW, AND ANY OTHER OBLIGATIONS SECURED THEREBY

|  |  |  |
|---|---|---|
| AMOUNT | : | $229,300.00 |
| DATED | : | APRIL 1, 2004 |
| TRUSTOR | : | DIRK M LOUGH AND CYNTHIA L LOUGH, HUSBAND AND WIFE |
| TRUSTEE | : | FIRST AMERICAN TITLE |
| BENEFICIARY | : | MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., A SEPARATE CORPORATION THAT IS ACTING SOLELY AS A NOMINEE FOR LENDER AND LENDER'S SUCCESSORS AND ASSIGNS |
| LENDER | : | PHH MORTGAGE SERVICES, A CORPORATION |
| RECORDED | : | APRIL 2, 2004, AS DOCUMENT NO. 2004-0071900, OF OFFICIAL RECORDS |

NOTE: PLEASE BE ADVISED THAT THIS COMPANY FINDS NO RECORDED SUBSTITUTION OF TRUSTEE, AFFECTING THE DEED OF TRUST THAT IS THE SUBJECT OF THIS GUARANTEE, EMPOWERING THE ASSURED HEREIN TO ACT IN THE PROCEEDINGS INITIATED BY THE RECORDATION OF SAID DOCUMENT.

ORDER NO: 120138368



7.  A DEED OF TRUST TO SECURE AN INDEBTEDNESS IN THE AMOUNT SHOWN BELOW,
    AND ANY OTHER OBLIGATIONS SECURED THEREBY

| | | |
|---|---|---|
| AMOUNT | : | $49,100.00 |
| DATED | : | SEPTEMBER 14, 2006 |
| TRUSTOR | : | DIRK M LOUGH AND CYNTHIA L LOUGH, HUSBAND AND WIFE AS JOINT TENANTS |
| TRUSTEE | : | EXECUTIVE TRUSTEE SERVICES, INC. |
| BENEFICIARY | : | MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., A SEPARATE CORPORATION THAT IS ACTING SOLELY AS A NOMINEE FOR LENDER AND LENDER'S SUCCESSORS AND ASSIGNS |
| LENDER | : | GMAC MORTGAGE CORPORATION DBA DITECH.COM |
| RECORDED | : | OCTOBER 17, 2006, AS DOCUMENT NO. 2006-0221722, OF OFFICIAL RECORDS |

8.  THE EFFECT OF AN INSTRUMENT ENTITLED "NOTICE OF AN INDEPENDENT SOLAR
    ENERGY PRODUCER CONTRACT" EXECUTED BY SUNRUN INC., UPON THE TERMS,
    CONDITIONS AND COVENANTS THEREIN PROVIDED, RECORDED APRIL 29, 2011, AS
    DOCUMENT NO. 2011-0058664, OFFICIAL RECORDS.

9.  THE LATEST TAX ROLL INFORMATION OBTAINED FROM THE COUNTY TAX ASSESSOR
    SHOWS THE SITUS ADDRESS ON SAID LAND AS 1225 PONTIAC, CLOVIS, CA AND THE
    PARCEL NO./PROPERTY ID NO. AS 495-194-17.

10. ANY BANKRUPTCY PROCEEDING THAT IS NOT DISCLOSED BY THE ACTS THAT
    WOULD AFFORD NOTICE AS TO SAID LAND, PURSUANT TO TITLE 11 U.S.C. 549 (C) OF
    THE BANKRUPTCY REFORM ACT OF 1978, AS AMENDED.

**END OF EXCEPTIONS**

ORDER NO: 120138368

## INFORMATION FOR TRUSTEE

RELATIVE TO THE DEED OF TRUST SHOWN AS EXCEPTION NUMBER 6 IN SCHEDULE A:

1.      THE TRUSTEE MUST OBSERVE THE REQUIREMENTS OF SECTION 2924b OF THE CIVIL CODE AS TO THE 'NOTICES' TO BE SENT TO THE TRUSTOR(S). IF ADDRESS(ES) OF THE TRUSTOR(S) ARE NOT SHOWN IN SAID DEED OF TRUST, OR IF NO NOTICE HAS BEEN REQUESTED BY THE TRUSTORS IN SAID DEED OF TRUST, THIS CODE SECTION STATES THE PROCEDURE TO BE FOLLOWED AS TO 'NOTICES' IN SUCH CASES. THE NAME(S) OF THE TRUSTOR(S) AND THE ADDRESS(ES), IF ANY, SHOWN IN SAID DEED OF TRUST ARE:

DIRK M LOUGH
1225 EAST PONTIAC AVENUE
CLOVIS, CA 93612

CYNTHIA L LOUGH
1225 EAST PONTIAC AVENUE
CLOVIS, CA 93612

2.      THE NAMES AND ADDRESSES OF PERSONS WHO HAVE RECORDED REQUESTS, AS PROVIDED BY SECTION 2924B (A) AND (D) OF THE CALIFORNIA CIVIL CODE, FOR A COPY OF NOTICE OF DEFAULT AND FOR A COPY OF NOTICE OF SALE ARE:

NONE

3.      THE NAMES AND ADDRESSES OF ADDITIONAL PERSONS WHO, AS PROVIDED BY SECTION 2924B (C) (1) AND (2) OF THE CALIFORNIA CIVIL CODE, ARE ENTITLED TO RECEIVE A COPY OF NOTICE OF DEFAULT AND A COPY OF NOTICE OF SALE ARE:

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.
P.O. BOX 2026
FLINT, MI 48501-2026
(REFERS TO ITEM(S) 7)

GMAC MORTGAGE CORPORATION DBA DITECH.COM
C/O MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.
P.O. BOX 2026
FLINT, MI 48501-2026
(REFERS TO ITEM(S) 7)

GMAC MORTGAGE CORPORATION DBA DITECH.COM
3200 PARK CENTER DR. SUITE 150
COSTA MESA, CA 92626
(REFERS TO ITEM(S) 7)

4.      THE ADDRESSES OF THE INTERNAL REVENUE SERVICE WHICH, AS PROVIDED BY SECTION 2924B (C) (4) OF THE CALIFORNIA CIVIL CODE, ARE ENTITLED TO RECEIVE A COPY OF NOTICE OF SALE ARE:

NONE

ORDER NO: 120138368

5.    THE NAMES AND ADDRESSES OF STATE TAXING AGENCIES WHICH, AS PROVIDED BY SECTION 2924B (C) (3) OF THE CALIFORNIA CIVIL CODE, ARE ENTITLED TO RECEIVE A COPY OF NOTICE OF SALE ARE:

       NONE

6.    THE NAME(S) AND ADDRESS(ES) OF THE PERSON(S) DISCLOSED BY THE RECORDS EXAMINED, OTHER THAN THOSE TO WHOM 'NOTICE' IS REQUIRED BY SECTION 2924b OF THE CIVIL CODE, WHO MIGHT BE INTERESTED IN RECEIVING A COPY OF ANY RECORDED 'NOTICE OF DEFAULT' OR A COPY OF ANY RECORDED 'NOTICE OF SALE' ARE:

       SUNRUN INC.
       45 FREMONT ST., 32ND FLOOR
       SAN FRANCISCO, CA 94105
       (REFERS TO ITEM(S) 8)

7.    THE NAME AND ADDRESS OF ANY ASSOCIATION AS DEFINED IN SECTION 1351(A) OF THE CALIFORNIA CIVIL CODE WHICH, AS PROVIDED BY SECTION 2924B (F) OF THE CALIFORNIA CIVIL CODE, IS ENTITLED TO RECEIVE A COPY OF ANY TRUSTEE'S DEED UPON SALE CONCERNING A SEPARATE INTEREST GOVERNED BY THE ASSOCIATION IS:

       NONE

8.    CITY IN WHICH SAID LAND IS LOCATED:  CLOVIS

       IF NOT IN A CITY, JUDICIAL DISTRICT IN WHICH SAID LAND IS LOCATED:

9.    LEGAL PUBLICATION:

       FRESNO BUSINESS JOURNAL (CA)

10.   ATTENTION IS CALLED TO THE SERVICEMEMBERS CIVIL RELIEF ACT (PUBLIC LAW 108-189, 50 USC APPX. SECTIONS 501 ET SEQ.) AND ANY AMENDMENTS THERETO AND THE MILITARY RESERVIST RELIEF ACT OF 1991 (CALIFORNIA MILITARY AND VETERANS CODE SECTIONS 800 ET SEQ.), AND ANY AMENDMENTS THERETO, EACH OF WHICH CONTAIN RESTRICTIONS AGAINST THE SALE OF LAND UNDER A DEED OF TRUST IF THE OWNER IS ENTITLED TO THE BENEFITS OF THOSE ACTS.

11.   ATTENTION IS CALLED TO THE FEDERAL TAX LIEN ACT OF 1966 (PUBLIC LAW 89-719, 26 USC SECTIONS 6321 ET SEQ.) AND ANY AMENDMENTS THERETO, WHICH, AMONG OTHER THINGS, PROVIDES FOR THE GIVING OF WRITTEN NOTICE OF SALE IN A SPECIFIED MANNER TO THE SECRETARY OF TREASURY OR HIS OR HER DELEGATE AS A REQUIREMENT FOR THE DISCHARGE OR DIVESTMENT OF A FEDERAL TAX LIEN IN A NONJUDICIAL SALE, AND ESTABLISHES WITH RESPECT TO THAT LIEN A RIGHT IN THE UNITED STATES TO REDEEM THE PROPERTY WITHIN A PERIOD OF 120 DAYS FROM THE DATE OF THE SALE.

ORDER NO: 120138368

12.    ATTENTION IS CALLED TO SB 1137 (CALIFORNIA CIVIL CODE SECTION 2923.5) AND ANY AMENDMENTS THERETO, WHICH, AMONG OTHER THINGS REQUIRES THE MORTGAGEE, TRUSTEE, BENEFICIARY OR AUTHORIZED AGENT, TO CONTACT HOMEOWNERS TO EXPLORE RESTRUCTURING OPTIONS BEFORE INITIATING THE NONJUDICIAL FORECLOSURE PROCESS. THE STATUTE BECAME OPERATIVE ON SEPTEMBER 6, 2008 AND APPLIES TO LOANS MADE FROM JANUARY 1, 2003 TO DECEMBER 31, 2007, SECURED BY DEEDS OF TRUST ON OWNER-OCCUPIED RESIDENTIAL PROPERTY. A SPECIAL DECLARATION MUST BE ATTACHED TO OR MADE A PART OF A NOTICE OF DEFAULT RECORDED ON OR AFTER SEPTEMBER 8, 2008. IF A NOTICE OF DEFAULT WAS RECORDED PRIOR TO SEPTEMBER 8, 2008, A NOTICE OF SALE MUST ALSO INCLUDE THE SPECIAL DECLARATION WHICH CONFIRMS THAT THE MORTGAGEE, TRUSTEE, BENEFICIARY, OR AUTHORIZED AGENT, HAS COMPLIED WITH THE DUE DILIGENCE REQUIREMENTS IN CONTACTING THE BORROWER OR THAT THE BORROWER HAS SURRENDERED THE PROPERTY.

13.    ATTENTION IS CALLED TO ABX2 7 OR THE CALIFORNIA FORECLOSURE PREVENTION ACT AND CODIFIED AS CALIFORNIA CIVIL CODE SECTION 2523.52 ET SEQ., AND ANY AMENDMENTS THERETO, WHICH AMONG OTHER THINGS PROVIDES SPECIFIED BORROWERS AN ADDITIONAL 90 DAYS IN THE NON-JUDICIAL HOME FORECLOSURE PROCESS, UNLESS THE MORTGAGE LOAN SERVICER RESPONSIBLE FOR SERVICING THE BORROWER'S LOAN ESTABLISHED THAT IT HAS IMPLEMENTED A COMPREHENSIVE LOAN MODIFICATION PROGRAM, AS DESCRIBED IN CIVIL CODE SECTION 2523.53, AND THE SERVICER OBTAINS AN ORDER, AS SPECIFIED, FROM THE COMMISSIONER OF CORPORATIONS, FINANCIAL INSTITUTIONS, OR REAL ESTATE. THE ORDER FROM THE COMMISSIONER OF CORPORATIONS, FINANCIAL INSTITUTIONS, OR REAL ESTATE EXEMPTS A MORTGAGE LOAN SERVICER FROM THE REQUIREMENT IN CIVIL CODE SECTION 2523.52(A) THAT A BORROWER BE PROVIDED AN ADDITIONAL 90 DAYS IN THE NON-JUDICIAL HOME FORECLOSURE PROCESS.

14.    ATTENTION IS CALLED TO THE FEDERAL DEBT COLLECTION PROCEDURES ACT (28 USC 3001-3308) AND THE PROVISIONS OF 28 USC 2410 (ACTIONS AFFECTING PROPERTY ON WHICH UNITED STATES HAS LIEN) WHICH, AMONG OTHER THINGS PROVIDES FOR WRITTEN NOTICE TO BE GIVEN TO THE UNITED STATES, AND PROVIDES FOR THE DISCHARGE OF THE PROPERTY FROM THE MORTGAGE OR OTHER LIEN HELD BY THE UNITED STATES, AND PROVIDES THAT THE UNITED STATES SHALL HAVE ONE YEAR FROM THE DATE OF SALE WITHIN WHICH TO REDEEM.