# EXHIBIT "C"

# RESIDENTIAL BROKER PRICE OPINION

REO #: 0027359686   This BPO is the ☐ Initial ☐ 2nd Opinion ☐ Updated ☒ Exterior Only   DATE: 7/16/2012

PROPERTY ADDRESS: 1225 E PONTIAC AVE CLOVIS, CA 93612   SALES REPRESENTATIVE:
CLIENT NAME: PHH
FIRM NAME: Midstate Realty   COMPLETED BY: Cissel, Christopher
PHONE NO: (559) 824-9452   FAX NO:

## I. GENERAL MARKET CONDITIONS

Current market condition: ☐ Depressed ☒ Slow ☐ Stable ☐ Improving ☐ Excellent
Employment conditions: ☒ Declining ☐ Stable ☐ Increasing
Market price of this type property has: ☐ Decreased ____ % in past ____ months
☐ Increased ____ % in past ____ months
☒ Remained Stable

Estimated percentage of owners vs. tenants in neighborhood: 60 % owner occupant  40 % tenant
There is a ☒ Normal Supply ☐ Over Supply ☐ Shortage of comparable listings in the neighborhood
Approximate number of comparable units for sale in neighborhood: 4
No. of competing listings in neighborhood that are REO or Corporate Owned: 2
No. of boarded or blocked-up homes: 0

## II. SUBJECT MARKETABILITY

Range of values in the neighborhood is $: 89,000.00 to $ 152,900.00
Subject is an: ☐ Over improvement ☐ Under improvement ☒ Appropriate improvement for the neighborhood
Normal marketing time in the area is: 90 days
Are all types of financing available for the property? ☒ Yes ☐ No If no, explain:
Has the property been on the market the past 12 months? ☒ Yes ☐ No If yes, $ 129,950.00
To the best of your knowledge, why did it not sell? Subject is pending with an accepted offer awaiting lender approval for short sale.
Unit type: ☒ single family detached ☐ condo ☐ co-op ☐ mobile home
☐ single family attached ☐ townhouse ☐ modular
If condo or other association exists Fees $ 0.00  ☐ monthly ☒ annually  Current? ☒ Yes ☐ No  Fee Delinquent $ ____
The fee includes: ☐ Insurance ☐ Landscape ☐ Pool ☐ Tennis Other None
Association contact: Name: None   Phone No: None

## III. COMPETITIVE CLOSED SALES

| ITEM | SUBJECT | COMPARABLE NUMBER 1 | | COMPARABLE NUMBER 2 | | COMPARABLE NUMBER 3 | |
|---|---|---|---|---|---|---|---|
| Address: | 1225 E PONTIAC AVE | 1175 Pontiac Ave | | 3511 Sunnyside Ave | | 1275 Griffith Ave | |
| Proximity to subject: | | 1 block | REO/Corp ☒ | 2 blocks | REO/Corp ☒ | 1 block | REO/Corp ☒ |
| Sale Price: | $ | $ 85,000.00 | | $ 119,500.00 | | $ 135,000.00 | |
| Data Sources | TaxRecords | MLS | | MLS | | MLS | |
| Price/Gross Living Area | 89.27 | 58.41 | | 82.13 | | 92.78 | |
| Sale Date/Days on Mkt. | 119 | 06/19/2012 | 1 | 05/30/2012 | 14 | 02/23/2012 | 1 |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-)Adj | DESCRIPTION | +(-)Adj | DESCRIPTION | +(-)Adj |
| Sales/Financing Concessions | | Cash / None | 0.00 | Conv / None | 0.00 | FHA / None | 0.00 |
| Location | Average | Average | 0.00 | Average | 0.00 | Average | 0.00 |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | 0.00 | Fee Simple | 0.00 | Fee Simple | 0.00 |
| Site (Lot size) | 0.15 | 0.149 | 0.00 | 0.149 | 0.00 | 0.149 | 0.00 |
| View | Average | Average | 0.00 | Average | 0.00 | Average | 0.00 |
| Design and Appeal | Average | Average | 0.00 | Average | 0.00 | Average | 0.00 |
| Quality of Construction | Average | Average | 0.00 | Average | 0.00 | Average | 0.00 |
| Age | 26 | 26 | 0.00 | 26 | 0.00 | 26 | 0.00 |
| Condition | Average | Fair | 20,000.00 | Average | 0.00 | Good | (20,000.00) |
| Above Grade | Total Bdms Baths | Total Bdms Baths | | Total Bdms Baths | | Total Bdms Baths | |
| Room Count | 7  3  2 | 7  3  2 | .00 | 7  3  2 | .00 | 7  3  2 | .00 |
| Gross Living Area | 1455  Sq. Ft. | 1455  Sq. Ft. | 0.00 | 1455  Sq. Ft. | 0.00 | 1455  Sq. Ft. | 0.00 |
| Basement & Finished Rooms Below Grade | None | None | 0.00 | None | 0.00 | None | 0.00 |
| Functional Utility | Average | Average | 0.00 | Average | 0.00 | Average | 0.00 |
| Heating/Cooling | Central heat and cool. HVAC. | Central | 0.00 | Central | 0.00 | Central | 0.00 |
| Energy Efficient Items | Solar | None | 5,000.00 | None | 5,000.00 | None | 5,000.00 |
| Garage/Carport | 2CarAtt | 2CarAtt | 0.00 | 2CarAtt | 0.00 | 2CarAtt | 0.00 |
| Porches, Patio, Deck Fireplace(s), etc. | Porch/ Patio/ Fireplace | Porch/ Patio/ Fireplace | 0.00 | Porch/ Patio/ Fireplace | 0.00 | Porch/ Patio/ Fireplace | 0.00 |
| Fence, Pool, Etc. | Pool/ Fence | Fence | 5,000.00 | Fence | 5,000.00 | Fence | 5,000.00 |
| Other | None | None | 0.00 | None | 0.00 | None | 0.00 |
| NET Adj (total) | | ☐+ ☐- | 30,000.00 | ☐+ ☐- | 10,000.00 | ☐+ ☐- | (10,000.00) |
| Adjusted Sales Price of Comparables | | | 115,000.00 | | 129,500.00 | | 125,000.00 |

Page 1 of 2

© 2004 - 2012 Quandis, All Rights Reserved. http://www.quandis.com

### IV. MARKETING STRATEGY

☒ As-Is    ☐ Minimal Lender Required Repairs    ☐ Repaired        Most Likely Buyer:    ☒ Owner Occupant    ☐ Investor

### I. REPAIRS

Itemize ALL repairs needed to bring property from the present "as is" condition to average marketable condition for the neighborhood
Check those repairs you recommend that we perform for most successful marketing of the property.

| ☐ | $ | ☐ | $ |
| ☐ | $ | ☐ | $ |
| ☐ | $ | ☐ | $ |
| ☐ | $ | ☐ | $ |
| ☐ | $ | ☐ | $ |

**GRAND TOTAL FOR ALL REPAIRS: $ 0.00**

### VI. COMPETITIVE LISTINGS

| ITEM | SUBJECT | COMPARABLE NUMBER 1 | | COMPARABLE NUMBER 2 | | COMPARABLE NUMBER 3 | |
|---|---|---|---|---|---|---|---|
| Address: | 1225 E PONTIAC AVE | 3867 N Ezie Ave | | 1324 Lansing Ave | | 1354 Garland Ave | |
| Proximity to subject: | | 5 blocks | REO/Corp ☒ | 1 block | REO/Corp ☒ | 3 blocks | REO/Corp ☒ |
| List Price: | $ 129,950.00 | $ | 89,500.00 | $ | 120,000.00 | $ | 152,600.00 |
| Price/Gross Living Area | 89.27 | 63.65 | | 82.47 | | 104.87 | |
| Data Sources | TaxRecords | MLS | | MLS | | MLS | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-)Adj | DESCRIPTION | +(-)Adj | DESCRIPTION | +(-)Adj |
| Sales/Financing Concessions | | None | 0.00 | None | 0.00 | None | 0.00 |
| Days on Market | 119 | 87 | | 350 | | 12 | |
| Location | Average | Average | 0.00 | Average | 0.00 | Average | 0.00 |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | 0.00 | Fee Simple | 0.00 | Fee Simple | 0.00 |
| Site (Lot size) | 0.15 | 0.127 | 0.00 | 0.149 | 0.00 | 0.149 | 0.00 |
| View | Average | Average | 0.00 | Average | 0.00 | Average | 0.00 |
| Design and Appeal | Average | Average | 0.00 | Average | 0.00 | Average | 0.00 |
| Quality of Construction | Average | Average | 0.00 | Average | 0.00 | Average | 0.00 |
| Age | 26 | 36 | 0.00 | 26 | 0.00 | 26 | 0.00 |
| Condition | Average | Fair | 20,000.00 | Average | 0.00 | Good | (20,000.00) |
| Above Grade | Total/Bdms/Baths | Total/Bdms/Baths | | Total/Bdms/Baths | | Total/Bdms/Baths | |
| Room Count | 7/3/2 | 8/4/2 | (5,000.00) | 7/3/2 | .00 | 7/3/2 | .00 |
| Gross Living Area | 1455 Sq. Ft. | 1406 Sq. Ft. | 0.00 | 1455 Sq. Ft. | 0.00 | 1455 Sq. Ft. | 0.00 |
| Basement & Finished Rooms Below Grade | None | None | 0.00 | None | 0.00 | None | 0.00 |
| Functional Utility | Average | Average | 0.00 | Average | 0.00 | Average | 0.00 |
| Heating/Cooling | Central heat and cool. HVAC. | Central | 0.00 | Central | 0.00 | Central | 0.00 |
| Energy Efficient Items | Solar | None | 5,000.00 | None | 5,000.00 | None | 5,000.00 |
| Garage/Carport | 2CarAtt | 2CarAtt | 0.00 | 2CarAtt | 0.00 | 2CarAtt | 0.00 |
| Porches, Patio, Deck Fireplace(s), etc. | Porch/ Patio/ Fireplace | Porch/ Patio/ Fireplace | 0.00 | Porch/ Patio/ Fireplace | 0.00 | Porch/ Patio/ Fireplace | 0.00 |
| Fence, Pool, Etc. | Pool/ Fence | Fence | 5,000.00 | Fence | 5,000.00 | Fence | 5,000.00 |
| Other | None | None | 0.00 | None | 0.00 | None | 0.00 |
| NET Adj (total) | | ☐+ ☐- | 25,000.00 | ☐+ ☐- | 10,000.00 | ☐+ ☐- | (10,000.00) |
| Adjusted Sales Price of Comparables | | | 114,500.00 | | 130,000.00 | | 142,600.00 |

### VII. THE MARKET VALUE (The value must fall within the indicated value of the Competitive Closed Sales)

|  | Market Value | Suggested List Price |
|---|---|---|
| AS IS | $ 125,000.00 | $ 129,900.00 |
| REPAIRED | $ 125,000.00 | $ 129,900.00 |

### VIII. COMMENTS
(Include specific positives/negatives, special concerns, encroachments, easements, water rights, environmental concerns, flood zones, etc.)

SC: Subject is an entry level tract home of average quality, located in an area of similar housing. Exterior is stucco siding with a comp roof. The trim, siding, and roof are in average condition. Landscape is mature, manicured, and well maintained. Property is equipped with solar panels on roof. NC: Clovis market has slowed. Home sales in the first time market ($150,000 or less) are very strong as is the investor market under $60000. Most probable buyer will be a first time buyer, using FHA financing with minimal funds for down. Due to the lack of lender required repairs needed for FHA financing, recommend marketing in AS IS condition, and pricing aggressively, or offering attractive terms on financing.

© 2004 - 2012 Quandis, All Rights Reserved. http://www.quandis.com