# EXHIBIT "C"

# RESIDENTIAL BROKER PRICE OPINION

REO # _____    This BPO is the ☐ Initial ☐ 2nd Opinion ☐ Updated ☒ Exterior Only    DATE: 7/17/2012

PROPERTY ADDRESS: 68 HAMMOCK LN    SALES REPRESENTATIVE: _____
STATEN ISLAND, NY 10312    CLIENT NAME: PHH
FIRM NAME: Coldwell Banker DiTommaso Realty.    COMPLETED BY: Fine, Robert
PHONE NO: C# 646-872-7700, 718-667-8000    FAX NO: _____

## I. GENERAL MARKET CONDITIONS

- Current market condition: ☐ Depressed ☒ Slow ☐ Stable ☐ Improving ☐ Excellent
- Employment conditions: ☐ Declining ☒ Stable ☐ Increasing
- Market price of this type property has:
  - ☐ Decreased \_\_\_ % in past \_\_\_ months
  - ☐ Increased \_\_\_ % in past \_\_\_ months
  - ☒ Remained Stable

Estimated percentage of owners vs. tenants in neighborhood: 87 % owner occupant   13 % tenant
There is a ☐ Normal Supply ☒ Over Supply ☐ Shortage of comparable listings in the neighborhood
Approximate number of comparable units for sale in neighborhood: 11
No. of competing listings in neighborhood that are REO or Corporate Owned: 0
No. of boarded or blocked-up homes: 1

## II. SUBJECT MARKETABILITY

Range of values in the neighborhood is $: 239,000.00 to $ 344,900.00
Subject is an: ☐ Over improvement ☐ Under improvement ☒ Appropriate improvement for the neighborhood
Normal marketing time in the area is: 109 days
Are all types of financing available for the property? ☒ Yes ☐ No If no, explain: \_\_\_
Has the property been on the market the past 12 months? ☐ Yes ☒ No If yes, $ \_\_\_
To the best of your knowledge, why did it not sell? \_\_\_
Unit type: ☐ single family detached ☒ condo ☐ co-op ☐ mobile home
         ☐ single family attached ☐ townhouse ☐ modular
If condo or other association exists Fees $ 250.00 ☒ monthly ☐ annually Current? ☒ Yes ☐ No Fee Delinquent $ \_\_\_
The fee includes ☐ Insurance ☐ Landscape ☒ Pool ☒ Tennis Other: Water, outside maintenance
Association contact: Name: T W Finnerty    Phone No: 718-980-3657

## III. COMPETITIVE CLOSED SALES

| ITEM | SUBJECT | COMPARABLE NUMBER 1 | | COMPARABLE NUMBER 2 | | COMPARABLE NUMBER 3 | |
|---|---|---|---|---|---|---|---|
| Address: | 68 HAMMOCK LN | 93 Rolling Hill Grn | | 36 Hickory Cir | | 70 Hammock Ln | |
| Proximity to subject: | | 5 blocks    REO/Corp ☐ | | 5 blocks    REO/Corp ☐ | | 1 block    REO/Corp ☐ | |
| Sale Price: | $ | $ 305,000.00 | | $ 325,000.00 | | $ 326,500.00 | |
| Data Sources | MLS | MLS | | MLS | | MLS | |
| Price/Gross Living Area | 176.53 | 161.37 | | 171.95 | | 168.03 | |
| Sale Date/Days on Mkt. | | 05/25/2012 | 51 | 12/20/2011 | 198 | 08/30/2011 | 201 |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-)Adj | DESCRIPTION | +(-)Adj | DESCRIPTION | +(-)Adj |
| Sales/Financing Concessions | | | | | | | |
| Location | Average | Average | | Average | | Average | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site (Lot size) | 0 | 0 | | 0 | | 0 | |
| View | Average | Average | | Average | | Average | |
| Design and Appeal | Average | Average | | Average | | Average | |
| Quality of Construction | Average | Average | | Average | | Average | |
| Age | 33 | 33 | | 32 | | 33 | |
| Condition | Average | Fair | | Average | | Average | |
| Above Grade Room Count | Total 7 Bdms 3 Baths 1.5 | Total 7 Bdms 3 Baths 1.5 | .00 | Total 7 Bdms 3 Baths 1.5 | .00 | Total 6 Bdms 3 Baths 1.5 | .00 |
| Gross Living Area | 1943 Sq. Ft. | 1890 Sq. Ft. | | 1890 Sq. Ft. | | 1943 Sq. Ft. | |
| Basement & Finished Rooms Below Grade | 100% Finished | None | | None | | 100% Finished | |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | GasFA/CAc | Gas Fa / C Ac | | Gas Fa / C Ac | | Gas Fa / C Ac | |
| Energy Efficient Items | No | No | | No | | No | |
| Garage/Carport | 1CarAtt | CarPort | | CarPort | | 1CarAtt | |
| Porches, Patio, Deck Fireplace(s), etc. | Porch/ | | | Deck/ | | Porch/ Deck/ | |
| Fence, Pool, Etc. | | Fence | | | | | |
| Other | | | | Shed | | | |
| NET Adj (total) | | ☐+ ☐− | 0.00 | ☐+ ☐− | 0.00 | ☐+ ☐− | 0.00 |
| Adjusted Sales Price of Comparables | | | 305,000.00 | | 325,000.00 | | 326,500.00 |

Page 1 of 2

© 2004 - 2012 Quandis, All Rights Reserved. http://www.quandis.com

REO #

## IV. MARKETING STRATEGY

☒ As-Is  ☐ Minimal Lender Required Repairs  ☐ Repaired        Most Likely Buyer:  ☒ Owner Occupant  ☐ Investor

## I. REPAIRS

Itemize ALL repairs needed to bring property from the present "as is" condition to average marketable condition for the neighborhood
Check those repairs you recommend that we perform for most successful marketing of the property.

| ☐ | _____ | $ _____ | ☐ | _____ | $ _____ |
| ☐ | _____ | $ _____ | ☐ | _____ | $ _____ |
| ☐ | _____ | $ _____ | ☐ | _____ | $ _____ |
| ☐ | _____ | $ _____ | ☐ | _____ | $ _____ |

**GRAND TOTAL FOR ALL REPAIRS: $ 0.00**

## VI. COMPETITIVE LISTINGS

| ITEM | SUBJECT | COMPARABLE NUMBER 1 | | COMPARABLE NUMBER 2 | | COMPARABLE NUMBER 3 | |
|---|---|---|---|---|---|---|---|
| Address: | 68 HAMMOCK LN | 389 Rolling Hill Grn | | 40 Rolling Hill Grn | | 175 Russek Dr | |
| Proximity to subject: | | 5 blocks | REO/Corp ☐ | 5 blocks | REO/Corp ☐ | 1 block | REO/Corp ☐ |
| List Price: | $ | $ | 319,900.00 | $ | 339,000.00 | $ | 344,900.00 |
| Price/Gross Living Area | 176.53 | 164.81 | | 179.36 | | 191.08 | |
| Data Sources | MLS | MLS | | MLS | | MLS | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-)Adj | DESCRIPTION | +(-)Adj | DESCRIPTION | +(-)Adj |
| Sales/Financing Concessions | | | | | | | |
| Days on Market | | 7 | | 107 | | 175 | |
| Location | Average | Average | | Average | | Average | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site (Lot size) | 0 | 0 | | 0 | | 0 | |
| View | Average | Average | | Average | | Average | |
| Design and Appeal | Average | Average | | Average | | Average | |
| Quality of Construction | Average | Average | | Average | | Average | |
| Age | 33 | 32 | | 32 | | 32 | |
| Condition | Average | Average | | Average | | Average | |
| Above Grade Room Count | Total 7 / Bdms 3 / Baths 1.5 | Total 7 / Bdms 3 / Baths 1.5 | .00 | Total 7 / Bdms 3 / Baths 2.5 | .00 | Total 6 / Bdms 3 / Baths 1.5 | .00 |
| Gross Living Area | 1943 Sq. Ft. | 1941 Sq. Ft. | | 1890 Sq. Ft. | | 1805 Sq. Ft. | |
| Basement & Finished Rooms Below Grade | 100% Finished | None | | None | | None | |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | GasFA/CAc | Gas Fa / C Ac | | Gas Fa / C Ac | | Gas Fa / C Ac | |
| Energy Efficient Items | No | No | | No | | No | |
| Garage/Carport | 1CarAtt | None | | None | | None | |
| Porches, Patio, Deck Fireplace(s), etc. | Porch/ | Deck/ | | | | Patio/ | |
| Fence, Pool, Etc. | | Fence | | Fence | | Fence | |
| Other | | | | | | | |
| NET Adj (total) | | ☐+☐- | 0.00 | ☐+☐- | 0.00 | ☐+☐- | 0.00 |
| Adjusted Sales Price of Comparables | | | 319,900.00 | | 339,000.00 | | 344,900.00 |

## VII. THE MARKET VALUE (The value must fall within the indicated value of the Competitive Closed Sales)

|  | Market Value | Suggested List Price |
|---|---|---|
| AS IS | $ 326,000.00 | $ 343,000.00 |
| REPAIRED | $ 326,000.00 | $ 343,000.00 |

## VIII. COMMENTS    (Include specific positives/negatives, special concerns, encroachments, easements, water rights, environmental concerns, flood zones, etc.)

SC: The Subject property is a 33 year old single family attached condo unit. This property has a garage and a full basement. The exterior and front landscaping appear to be in Good condition with no deferred maintenance. This unit is one of 96 that use the community pool and tennis courts. The Subject conforms to the neighborhood. The neighborhood is a quiet well maintained community of many long time residents. There are nearby schools, public parks, beaches, and athletic fields. There is shopping, neighborhood services, and public transportation. NC: There is a lack of parking in this neighborhood. Otherwise it is a quiet well maintained community of many long time residents. There are nearby schools, public parks, beaches, and athletic fields. There is shopping, neighborhood services, and public transportation.

© 2004 - 2012 Quandis, All Rights Reserved. http://www.quandis.com