MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:   (212) 468-8000
Facsimile:   (212) 468-7900
Gary S. Lee
Norman S. Rosenbaum
Lorenzo Marinuzzi

*Counsel for the Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**AMENDED[1] PROPOSED AGENDA FOR MATTERS SCHEDULED
TO BE HEARD ON AUGUST 14, 2012 AT 10:00 A.M. (EST)**

Location of Hearing:  United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, Courtroom 501, One Bowling Green, New York, NY 10004-1408

**I.     WITHDRAWN MATTERS**

**1.**     Motion to Convert Chapter 11 Case to Chapter 7 by Paul N. Papas [Docket No. 880]

   **Related Documents**:

   **a.**     Notice of Hearing on Motion of Paul N. Papas II to Convert Debtor to Chapter 7 Bankruptcy [Docket No. 952]

   **b.**     Withdrawal of Motion to Convert Debtor to Chapter 7 Bankruptcy [Docket No. 1015]

---

[1] Amended items appear in **bold**.

ny-1052899

**Responses**:

a.     Debtors' Objection to Motion of Paul N. Papas II to Convert Debtor to Chapter 7 Bankruptcy [Docket No. 1009]

**Status**:     This matter has been withdrawn.

2.     Motion [of Alan Irving Moss] for Order Dissolving the Automatic Stay [Docket No. 877]

**Related Documents**:

a.     Memorandum of Law In Support of Notice of Motion and Motion for Order Dissolving the Automatic Stay [Docket No. 878]

**Responses**:

a.     Debtors' Omnibus Objection to Motions for Relief from the Automatic Stay Filed by Alan Moss [Docket Nos. 877 and 878], Kenneth Taggart [Docket No. 882] and Hedeya Haroutunian [Docket No. 894] [Docket No. 1022]

**Status:**     **This matter has been withdrawn**.

II.     **RESOLVED MATTERS**

1.     Motion of Vermont Housing Finance Agency for an Order, Pursuant to 11 U.S.C. § 362(d), and Fed. R. Bankr. P. 4001, Granting Relief from the Automatic Stay [Docket No. 760]

**Related Documents**:

a.     Amended Notice of Hearing [Docket No. 762]

**Responses:**  None.

**Status:**     This matter has been resolved. No hearing is required.

2.     Application of the Examiner for Order Authorizing the Retention and Employment of Chadbourne & Parke LLP as Counsel to the Examiner *Nunc Pro Tunc* to July 11, 2012 [Docket No. 800]

**Related Documents**:

a.     Certificate of No Objection Under 28 U.S.C. § 1746 Regarding the Retention of Chadbourne & Parke LLP as Counsel to the Examiner [Docket No. 948]

|      |                                                                                                                                                                                           |
|------|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| **b.** | **Order Authorizing the Employment and Retention of Chadbourne & Parke LLP as Counsel to the Examiner *Nunc Pro Tunc* to July 11, 2012 [Docket No. 1073]** |

**Responses**:  None.

**Status**:    **The order has been entered.  No hearing is required.**

**3.**  Motion of Hitoshi & Wakana Inoue for Order Pursuant to Section 362(d) of the Bankruptcy Code Modifying the Automatic Stay to Permit Movants to Proceed to Trial Before California Superior Court and to Extend Time to Object to Discharge of Debt [Docket No. 801]

**Related Documents:**  None.

**Responses**:

**a.**  Debtors' Limited Objection to Motion of Hitoshi & Wakana Inoue for Order Pursuant to Section 362(d) of the Bankruptcy Code Modifying the Automatic Stay to Permit Movants to Proceed to Trial Before California Superior Court and to Extend Time to Objection to Discharge of Debt [Docket No. 1065]

**Status:**    **This matter has been resolved.  No hearing is required.**

**4.**  Motion of Hedeya Haroutunian for Relief from the Automatic Stay Under 11 U.S.C. § 362 [Docket No. 894]

**Related Documents**:  None.

**Responses**:

**a.**  Debtors' Omnibus Objection to Motions for Relief from the Automatic Stay Filed by Alan Moss [Docket Nos. 877 and 878], Kenneth Taggart [Docket No. 882] and Hedeya Haroutunian [Docket No. 894] [Docket No. 1022]

**Status**:    **This matter has been resolved.  No hearing is required.**

### III.    ADJOURNED MATTERS

**1.**  Motion of Deborah Bollinger and Bryan Bubnick for Relief from Automatic Stay as to GMAC Mortgage, LLC and Residential Capital, LLC [Docket No. 677]

**Related Documents**:

**a.**  Memorandum of Law in Support of Motion of Deborah Bollinger and Bryan Bubnick for Relief from Automatic Stay as to GMAC Mortgage, LLC and Residential Capital, LLC [Docket No. 678]

    **b.**    Declaration of Robert L. Schug in Support of Motion of Deborah Bollinger and Bryan Bubnick for Relief from Automatic Stay as to GMAC Mortgage, LLC and Residential Capital, LLC [Docket No. 679]

    **c.**    Notice of Hearing on Motion of Deborah Bollinger and Bryan Bubnick for Relief from Automatic Stay as to GMAC Mortgage, LLC and Residential Capital, LLC [Docket No. 680]

    **d.**    Notice of Adjournment of Hearing on Lift Stay Motions to August 14, 2012 at 10:00 a.m. [Docket No. 824]

**Responses**:  None.

**Status**:  This hearing on this matter has been adjourned to August 29, 2012.

**2.**    Motion of Gerard Wiener for Relief from Automatic Stay as to GMAC Mortgage, LLC [Docket No. 813]

**Related Documents**:

    **a.**    Additional Documents to Motion of Gerard Wiener for Relief from Automatic Stay as to GMAC Mortgage, LLC [Docket No. 814]

    **b.**    Notice of Hearing on Motion of Gerard Wiener for Relief from Automatic Stay as to GMAC Mortgage, LLC [Docket No. 813]; to be Held on August 14, 2012 at 10:00 a.m. [Docket No. 815]

**Responses**:  None.

**Status**:  The hearing on this matter has been adjourned to August 29, 2012.

**IV.**    **ADJOURNED ADVERSARY PROCEEDING MATTERS – GREEN PLANET SERVICING, LLC. V. GMAC MORTGAGE, LLC (ADV. PROC. NO. 12-01739)**

**1.**    Complaint Seeking Declaratory Judgment [Docket No. 1]

**Related Documents**:

    **a.**    Summons and Notice of Pretrial Conference [Docket No. 2]

    **b.**    Stipulation and Order Between Green Planet Servicing, LLC and GMAC Mortgage, LLC [Docket No. 3]

**Responses**:  None.

**Status**:  The pretrial conference on this matter has been adjourned to September 11, 2012.

### V. CONTESTED MATTERS

1. Kenneth Taggart's Motion for Leave to File Motion Pursuant Stay & Relief (and Clarification from Bankruptcy Court [Docket No. 263]

    **Related Documents**:

    a. Notice of Adjournment [Docket No. 811]

    b. Notice of Adjournment of Hearing on Lift Stay Motions to August 14, 2012 at 10:00 a.m. [Docket No. 824]

    **Responses**:

    a. Debtors' Omnibus Objection to Motions for Relief from the Automatic Stay Scheduled for Hearing on July 10, 2012 [Docket No. 682]

    b. Debtors' Supplement in Further Opposition to Motion of Kenneth Taggart for Leave to File Motion Pursuant Stay & Relief (And Clarification from Bankruptcy Court) [Docket No. 968]

    c. Debtors' Memorandum of Law Regarding Counterclaims Asserted by Kenneth Taggart in State Court Foreclosure Proceedings [Docket No. 969]

    **Status**: This hearing on this matter will be going forward.

2. Motion [of Kenneth Taggart] for Leave to File Motion Pursuant Stay and Relief and Oral Argument and Hearing Requested [Docket No. 882]

    **Related Documents**: None.

    **Responses**:

    a. Debtors' Omnibus Objection to Motions for Relief from the Automatic Stay Filed by Alan Moss [Docket Nos. 877 and 878], Kenneth Taggart [Docket No. 882] and Hedeya Haroutunian [Docket No. 894] [Docket No. 1022]

    **Status**: This hearing on this matter will be going forward.

3. Amended Motion [of Corla Jackson] for Relief from Stay [Docket No. 856]

    **Related Documents**:

    a. Motion [of Corla Jackson] for Relief from Stay [Docket No. 264]

    b. Notice of Hearing on Motions to Lift the Stay [Docket No. 515]

    c. Notice of Adjournment of Hearing [Docket No. 811]

        **d.**      Notice of Adjournment of Hearing on Lift Stay Motions to August 14, 2012 at 10:00 a.m. [Docket No. 824]

        **e.**      Notice of Hearing on Motions to Lift the Stay [Docket No. 1001]

    **Responses Received**:

        **a.**      Debtors' Omnibus Objection to Motions for Relief from the Automatic Stay Scheduled for Hearing on July 10, 2012 [Docket No. 682]

    **Status**:    This hearing on this matter will be going forward.

**4.**    Motion of Christina Ulbrich for Relief from Automatic Stay as to GMAC Mortgage, LLC [Docket No. 667]

    **Related Documents**:

        **a.**      Memorandum of Law in Support of Motion of Christina Ulbrich for Relief from Automatic Stay as to GMAC Mortgage, LLC [Docket No. 668]

        **b.**      Declaration of Kai H. Richter in Support of Motion of Christina Ulbrich for Relief from Automatic Stay as to GMAC Mortgage, LLC [Docket No. 670]

        **c.**      Notice of Hearing on Motion of Christina Ulbrich for Relief from the Automatic Stay as to GMAC Mortgage, LLC [Docket No. 671]

        **d.**      Notice of Adjournment of Hearing on Lift Stay Motions to August 14, 2012 at 10:00 a.m. [Docket No. 824]

        **e.**      Reply Declaration of Kai H. Richter in Support of Motion of Christina Ulbrich for Relief from Automatic Stay as to GMAC Mortgage, LLC [Docket No. 1084]

    **Responses:**

        **a.**      Debtors' Objection to Motion of Christina Ulbrich for Relief from the Automatic Stay as to GMAC Mortgage, LLC [Docket No. 1025]

    **Replies**:

        **a.**      Reply Memorandum in Support of Motion of Christina Ulbrich for Relief from Stay as to GMAC Mortgage, LLC [Docket No. 1082]

    **Status**:    This hearing on this matter will be going forward.

**5.**    Mary Gardner's Amended Motion to Lift the Automatic Stay [Docket No. 871]

**Related Documents**:

a. Mary Gardner's Motion for Relief from Stay [Docket No. 462]

b. Notice of Hearing on Motions to Lift the Stay [Docket No. 515]

**Responses**:

a. Debtors' Omnibus Objection to Motions for Relief from the Automatic Stay Scheduled for Hearing on July 10, 2012 [Docket No. 682]

**Status**: **The hearing on this matter will be going forward. The parties are attempting to negotiate a stipulated consent order.**

6. Motion of the Federal Housing Finance Agency Pursuant to the July 11, 2012 Order of the Honorable Denise L. Cote Seeking Limited Discovery from the Debtors and, if Necessary to that Purpose, Relief from the Automatic Stay [Docket No. 810]

**Related Documents**:

a. Declaration of Kanchana Wangkeo Leung in Support of Motion of the Federal Housing Finance Agency Pursuant to the July 11, 2012 Order of the Honorable Denise L. Cote Seeking Limited Discovery from the Debtors and, if Necessary to that Purpose, Relief from the Automatic Stay [Docket No. 808]

b. Supplement to July 17, 2012 Motion of the Federal Housing Finance Agency Pursuant to the July 11, 2012 Order of the Honorable Denise L. Cote Seeking Limited Discovery from the Debtors and, if Necessary to that Purpose, Relief from the Automatic Stay [Docket No. 859]

c. Notice of Hearing on (I) Motion of the Federal Housing Finance Agency Pursuant to the July 11, 2012 Order of the Honorable Denise L. Cote Seeking Limited Discovery from the Debtors and, if Necessary to that Purpose, Relief from the Automatic Stay and (II) Supplement to July 17, 2012 Motion of the Federal Housing Finance Agency Pursuant to the July 11, 2012 Order of the Honorable Denise L. Cote Seeking Limited Discovery from the Debtors and, if Necessary to that Purpose, Relief from the Automatic Stay [Docket No. 861]

d. Declaration of Jeffrey A. Lipps [in Support of Debtors' Objection to Motion of the Federal Housing Finance Agency for Relief from the Automatic Stay] [Docket No. 1023]

e. Declaration of John G. Mongelluzzo [in Support of Debtors' Objection to Motion of the Federal Housing Finance Agency for Relief from the Automatic Stay] [Docket No. 1023]

**Responses**:

a. Debtors' Objection to Motion of the Federal Housing Finance Agency for Relief From the Automatic Stay [Docket No. 1023]

**Replies**:

a. Federal Housing Finance Agency's Reply in Further Support of its Motion Pursuant to Orders of the Honorable Denise L. Cote Seeking Limited Discovery from the Debtors And, If Necessary to that Purpose, Relief from the Automatic Stay [Docket No. 1086]

**Status:** The preliminary hearing on this matter will be going forward.

7. Motion of OneWest Bank for Order Pursuant to Bankruptcy Rule 2004 Authorizing Rule 2004 Examination of Homecomings Financial, LLC and Requiring Production of Documents [Docket No. 763]

**Related Documents:** None.

**Responses**:

a. Debtors' Objection to Motion of OneWest Bank for Order Pursuant to Bankruptcy Rule 2004 Authorizing Rule 2004 Examination of Homecomings Financial, LLC and Requiring Production of Documents [Docket No. 1024]

**Replies**:

a. Reply in Support of Motion of OneWest Bank for Order Pursuant to Bankruptcy Rule 2004 Authorizing Rule 2004 Examination of Homecomings Financial, LLC and Requiring Production of Documents [Docket No. 1074]

**Status:** The hearing on this matter will be going forward.

8. Motion [of Wendy Alison Nora] for Reconsideration of Final Supplemental Order Under Bankruptcy Code Sections 105(a), 362, 363, 502, 1107(a) and 1108 and Bankruptcy Rule 9019 (I) Authorizing the Debtors to Continue Implementing Loss Mitigation Programs; (II) Approving Procedures for Compromise and Settlement of Certain Claims, Litigations and Causes of Action, (III) Granting Limited Stay Relief to Permit Foreclosure and Eviction Proceedings, Borrower Bankruptcy Cases, and Title Disputes to Proceed; and (IV) Authorizing and Directing the Debtors to Pay Securitization Trustee Fees and Expenses [Docket No. 774] Authorizing the Continuation of the Operations of Debtors' Racketeering Enterprise [Docket No. 916]

**Related Documents**:

    **a.**    Affirmation of Robert N. Michaelson [Docket No. 956]

**Responses**:

    **a.**    Debtors' Objection to Motion for Reconsideration of Final Supplemental Servicing Order [Docket No. 1020]

**Status**:    The hearing on this matter will be going forward.

## VI. STATUS CONFERENCE

**1.** Motion of Green Planet Servicing, LLC for Entry of an Order: (A) Modifying the Automatic Stay to Effectuate Pre-Petition Termination of Servicing Agreement; or (B) Alternatively, Granting Relief from the Automatic Stay to Allow Post-Petition Termination of Servicing Agreement; and (C) Granting Related Relief [Docket No. 652]

**Related Documents**:

    **a.**    Notice of Hearing on Motion of Green Planet Servicing, LLC for Entry of an Order: (A) Modifying the Automatic Stay to Effectuate Pre-Petition Termination of Servicing Agreement; or (B) Alternatively, Granting Relief from the Automatic Stay to Allow Post-Petition Termination of Servicing Agreement; and (C) Granting Related Relief [Docket No. 767]

**Responses**: Response date to be determined.

**Status**:    Parties will report on status of efforts to resolve the motion on consent.

## VII. UNCONTESTED MATTERS

**1.** Motion by the People of the State of New York for Order Determining Exemption from the Automatic Stay as to GMAC Mortgage LLC Pursuant to 11 U.S.C. § 362(b)(4) [Docket No. 885]

**Related Documents**:

    **a.**    Declaration of Victoria L. Safran in Support of Motion by the People of the State of New York for Order Determining Exemption from the Automatic Stay as to GMAC Mortgage LLC Pursuant to 11 U.S.C. § 362(b)(4) [Docket No. 886]

    **b.**    Memorandum of Law by the People of the State of New York in Support of an Order Determining Exemption from the Automatic Stay as to GMAC Mortgage LLC Pursuant to 11 U.S.C. § 362(b)(4) [Docket No. 887]

      **c.**    Notice of Hearing on Motion by the People of the State of New York for Order Determining Exemption from the Automatic Stay as to GMAC Mortgage LLC Pursuant to 11 U.S.C. § 362(b)(4) [Docket No. 888]

    **Responses**:  None.

    **Status**:    The hearing on this matter will be going forward.  The parties are attempting to negotiate a stipulated consent order.

Dated:  August 13, 2012
       New York, New York

                      /s/ Gary S. Lee
                      Gary S. Lee
                      Norman S. Rosenbaum
                      Lorenzo Marinuzzi
                      MORRISON & FOERSTER LLP
                      1290 Avenue of the Americas
                      New York, New York 10104
                      Telephone: (212) 468-8000
                      Facsimile: (212) 468-7900

                      *Counsel for the Debtors and Debtors in Possession*