BEFORE THE FOURTH DISTRICT COURT OF APPEALS
FOR THE STATE OF WISCONSIN

---

| | |
|---|---|
| RESIDENTIAL FUNDING COMPANY, LLC fka, RESIDENTIAL FUNDING CORPORATION, Respondent | Appeal No. 2011AP000879 |
| | Case Classification Codes: 30404, 30303, 30201, 30106, 30107 |
| v. | |
| WENDY ALISON NORA Appellant | |

---

NOTICE OF BANKRUPTCY FILINGS BY RESPONDENT
RESIDENTIAL FUNDING COMPANY, LLC

---

PLEASE TAKE NOTICE that the Plaintiff-Respondent, RESIDENTIAL FUNDING COMPANY, LLC filed for Chapter 11 Bankruptcy relief in the United States Bankruptcy Court for the Southern District of New York on May 14, 2012 in Case No. 12-12019.

Defendant-Appellant is seeking clarification of the impact on these proceedings concerning her appellate rights. The Court is advised to proceed with caution because the automatic stay may be in effect as this appeal attempts to terminate a foreclosure proceeding by reversal thereof.

Dated at Minneapolis, Minnesota this 26th day of July, 2012.

*/s/ Wendy Alison Nora*
_____
Wendy Alison Nora
210 Second Street NE
Minneapolis, Minnesota 55413
(612) 333-4144
FAX (612) 886-2444
WI BAR #1017043
accesslegalservices@gmail.com