

OFFICE OF THE CLERK
# WISCONSIN COURT OF APPEALS
110 EAST MAIN STREET, SUITE 215
P.O. BOX 1688
MADISON, WISCONSIN 53701-1688
Telephone (608) 266-1880
Facsimile (608) 267-0640
Web Site: www.wicourts.gov

## DISTRICT IV

August 9, 2012

To:

Wendy A. Nora
Access Legal Services
210 Second Street NE
Minneapolis, MN 55413

State of Wisconsin
DWD, Workmen's Comp Unit
201 E. Washington Ave., Rm. E-300
Madison, WI 53703

David M. Potteiger
Bass & Moglowsky, S.C.
501 W. Northshore Drive, Suite 300
Milwaukee, WI 53217

Wyndemere Condominium Unit Owners
Association, Inc.
c/o Lake City Management
2817 Fish Hatchery Rd., #4
Fitchburg, WI 53713

You are hereby notified that the Court has entered the following order:

2011AP879        Residential Funding Company LLC v. Wendy Alison Nora

Before Blanchard, J.

Appellant Wendy Alison Nora informs us that the respondent has filed for bankruptcy in the Southern District of New York. Nora states that this appeal may be subject to an automatic stay. We request input from the respondent as to its position on whether this appeal is subject to an automatic stay.

Therefore,

IT IS ORDERED that, by September 7, 2012, respondent Residential Funding Company, LLC, shall file a response, as outlined above.

*Diane M. Fremgen*
*Clerk of Court of Appeals*