Plaintiff/petitioner: __JULIO PICHARDO__     bankruptcy case number __12-12020 DOC# 1026__

Defendant/respondent: __GMAC DOES 1 TO 10__

# PROOF OF SERVICE SUMMONS

At the time of service I was a citizen of the United States, at least 18 years of age.
I served proof of service to person authorized to receive it described herein.

DATE OF HEARING: AUGUST 29TH AT 10:00 AM

PLACE OF HEARING: AT NEW YORK SOUTHERN DISTRICT BANKRUPTCY COURT
ONE BOWLING GREEN NEW YORK, N.Y. 10004-1408

JUDGE GLENN    COURT 501   CASE 12-12020 — DOC# 1026

Hearing held for: relief from automatic stay

AUG 13 2012

By mail acknowledgment: I mailed documents via confirmation of mailing to defendant to:
2710 N. GATEWAY OAKS DR. STE 150  SACRAMENTO CA, 95833

Person served: CSC - BECKY DEGEORGE - person authorized service of process

Date mail sent: August 9th 2012

Served on behalf of: GMAC MORTGAGE DOES 1 TO 10

Served by confirmation of mailings by: ROCIO PICHARDO
            Address: 1201 E. Sudene Ave Fullerton Ca, 92831

I declare under penalty of perjury under the laws of the united state of America that the foregoing is true and correct
Name of person who served papers: ROCIO PICHARDO            SIGNATURE __Rocio Pichardo__