# EXHIBIT "C"

# RESIDENTIAL BROKER PRICE OPINION

Loan # _____
REO # _____                                  This BPO is the  ☐ Initial ☐ 2nd Opinion ☐ Updated ☒ Exterior Only         DATE: 7/12/2012
PROPERTY ADDRESS: 240 COUNTY RD 513              SALES REPRESENTATIVE:
                  FRENCHTOWN, NJ 08825           CLIENT NAME: PHH
FIRM NAME: Next RE Inc                           COMPLETED BY: Barton, Dante
PHONE NO: (215)995-4103                          FAX NO:

## I. GENERAL MARKET CONDITIONS

Current market condition:          ☐ Depressed ☒ Slow ☐ Stable ☐ Improving ☐ Excellent
Employment conditions:             ☐ Declining ☒ Stable ☐ Increasing
Market price of this type property has:   ☒ Decreased      5   %   in past   12   months
                                          ☐ Increased          %   in past        months
                                          ☐ Remained Stable
Estimated percentage of owners vs. tenants in neighborhood:   85 % owner occupant   15 % tenant
There is a  ☐ Normal Supply ☐ Over Supply ☒ Shortage  of comparable listings in the neighborhood
Approximate number of comparable units for sale in neighborhood:   3
No. of competing listings in neighborhood that are REO or Corporate Owned:   1
No. of boarded or blocked-up homes:   0

## II. SUBJECT MARKETABILITY

Range of values in the neighborhood is $:   290,000.00  to $  450,000.00
Subject is an:  ☐ Over Improvement ☐ Under Improvement ☒ Appropriate improvement for the neighborhood
Normal marketing time in the area is:   187  days
Are all types of financing available for the property? ☒ Yes ☐ No  If no, explain:
Has the property been on the market the past 12 months? ☐ Yes ☒ No  If yes, $ 0.00
To the best of your knowledge, why did it not sell?
Unit type:   ☐ single family detached ☐ condo   ☐ co-op   ☐ mobile home
             ☒ single family attached ☐ townhouse ☐ modular
If condo or other association exists Fees $ 0.00   ☐ monthly ☒ annually   Current? ☒ Yes ☐ No   Fee Delinquent $
The fee includes   ☐ Insurance ☐ Landscape ☐ Pool ☐ Tennis  Other  N/A
Association contact: Name:  N/A                              Phone No:  N/A

## III. COMPETITIVE CLOSED SALES

| ITEM | SUBJECT | COMPARABLE NUMBER 1 | | COMPARABLE NUMBER 2 | | COMPARABLE NUMBER 3 | |
|---|---|---|---|---|---|---|---|
| Address: | 240 COUNTY RD 513 | 1 Indian Creek Rd | | 361 County Rd 513 | | 16 Bunnvale Rd | |
| Proximity to subject: | | 2 miles | REO/Corp ☐ | 1 mile | REO/Corp ☐ | 1 mile | REO/Corp ☐ |
| Sale Price: | $ | $ | 390,000.00 | $ | 450,000.00 | $ | 450,000.00 |
| Data Sources | MLS | MLS | | MLS | | MLS | |
| Price/Gross Living Area | 177.96 | 162.5 | | 166.42 | | 166.42 | |
| Sale Date/Days on Mkt. | | 01/27/2012 | 191 | 02/22/2012 | 211 | 02/09/2012 | 201 |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-)Adj | DESCRIPTION | +(-)Adj | DESCRIPTION | +(-)Adj |
| Sales/Financing Concessions | | None | | None | | None | |
| Location | Average | Average | | Average | | Average | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site (Lot size) | 1.51 | 3.36 | | 6.37 | | 6.37 | |
| View | Average | Average | | Average | | Average | |
| Design and Appeal | Average | Average | | Average | | Average | |
| Quality of Construction | Average | Average | | Average | | Average | |
| Age | 52 | 14 | | 10 | | 10 | |
| Condition | Average | Average | | Average | | Average | |
| Above Grade | Total Bdms Baths | Total Bdms Baths | | Total Bdms Baths | | Total Bdms Baths | |
| Room Count | 9  4  2 | 10.5  4  2.5 | .00 | 10  4  3 | .00 | 10  4  3 | .00 |
| Gross Living Area | 2360 Sq. Ft. | 2400 Sq. Ft. | | 2704 Sq. Ft. | | 2704 Sq. Ft. | |
| Basement & Finished Rooms Below Grade | Unfinished | Unfinished | | Unfinished | | Unfinished | |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | Gas Heat, Central Air | Gas heat, Central Air | | Gas heat, Central Air | | Gas Heat, Central Air | |
| Energy Efficient Items | Unknown | Unknown | | Unknown | | Unknown | |
| Garage/Carport | 2CarDet | 2CarAtt | | 2CarAtt | | 2CarAtt | |
| Porches, Patio, Deck Fireplace(s), etc. | Porch/ | Deck/ Fireplace | | Porch/ Patio/ Deck/ Fireplace | | Porch/ Patio/ Deck/ Fireplace | |
| Fence, Pool, Etc. | | | | | | | |
| Other | | | | | | | |
| NET Adj (total) | | ☐+ ☐- | 0.00 | ☐+ ☐- | 0.00 | ☐+ ☐- | 0.00 |
| Adjusted Sales Price of Comparables | | | 390,000.00 | | 450,000.00 | | 450,000.00 |

Page 1 of 2

© 2004 - 2012 Quandis, All Rights Reserved. http://www.quandis.com

Loan # _____
REO # _____

## IV. MARKETING STRATEGY

☒ As-Is   ☐ Minimal Lender Required Repairs   ☐ Repaired        Most Likely Buyer:   ☒ Owner Occupant   ☐ Investor

## I. REPAIRS

Itemize ALL repairs needed to bring property from the present "as is" condition to average marketable condition for the neighborhood
Check those repairs you recommend that we perform for most successful marketing of the property.

☐ _____ $ _____      ☐ _____ $ _____
☐ _____ $ _____      ☐ _____ $ _____
☐ _____ $ _____      ☐ _____ $ _____
☐ _____ $ _____      ☐ _____ $ _____
☐ _____ $ _____      ☐ _____ $ _____

**GRAND TOTAL FOR ALL REPAIRS:** $ 0.00

## VI. COMPETITIVE LISTINGS

| ITEM | SUBJECT | COMPARABLE NUMBER 1 | | COMPARABLE NUMBER 2 | | COMPARABLE NUMBER 3 | |
|---|---|---|---|---|---|---|---|
| Address: | 240 COUNTY RD 513 | 179 Ridge Rd | | 616 Harrison St | | 255 Ridge Rd | |
| Proximity to subject: | | 2 miles | REO/Corp ☐ | 2 miles | REO/Corp ☐ | 2 miles | REO/Corp ☐ |
| List Price: | $ 0.00 | $ | 389,000.00 | $ | 398,000.00 | $ | 424,000.00 |
| Price/Gross Living Area | 177.96 | 155.6 | | 142.14 | | 156.39 | |
| Data Sources | MLS | MLS | | MLS | | MLS | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-)Adj | DESCRIPTION | +(-)Adj | DESCRIPTION | +(-)Adj |
| Sales/Financing Concessions | | None | | None | | None | |
| Days on Market | | 233 | | 292 | | 196 | |
| Location | Average | Average | | Average | | Average | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site (Lot size) | 1.51 | 3 | | 0.16 | | 3.13 | |
| View | Average | Average | | Average | | Average | |
| Design and Appeal | Average | Average | | Average | | Average | |
| Quality of Construction | Average | Average | | Average | | Average | |
| Age | 52 | 7 | | 73 | | 47 | |
| Condition | Average | Average | | Average | | Average | |
| Above Grade Room Count | Total 9 / Bdms 4 / Baths 2 | Total 10.5 / Bdms 4 / Baths 2.5 | .00 | Total 10 / Bdms 4 / Baths 2 | .00 | Total 9.5 / Bdms 3 / Baths 1.5 | .00 |
| Gross Living Area | 2360 Sq. Ft. | 2500 Sq. Ft. | | 2800 Sq. Ft. | | 2711 Sq. Ft. | |
| Basement & Finished Rooms Below Grade | Unfinished | 100% Finished | | Unfinished | | Unfinished | |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | Gas Heat, Central Air | Gas Heat, Central Air | | Gas Heat, No AC | | Gas Heat, Central Air | |
| Energy Efficient Items | Unknown | Unknown | | Unknown | | Unknown | |
| Garage/Carport | 2CarDet | 2CarAtt | | 2CarDet | | 2CarDet | |
| Porches, Patio, Deck Fireplace(s), etc. | Porch/ | Porch/ Patio/ Deck/ Fireplace | | Porch/ Patio/ Fireplace | | Fireplace | |
| Fence, Pool, Etc. | | | | | | | |
| Other | | | | | | | |
| NET Adj (total) | | ☐+ ☐- | 0.00 | ☐+ ☐- | 0.00 | ☐+ ☐- | 0.00 |
| Adjusted Sales Price of Comparables | | | 389,000.00 | | 398,000.00 | | 424,000.00 |

## VII.   THE MARKET VALUE (The value must fall within the indicated value of the Competitive Closed Sales)

|  | Market Value | Suggested List Price |
|---|---|---|
| AS IS | $ 420,000.00 | $ 420,000.00 |
| REPAIRED | $ 420,000.00 | $ 420,000.00 |

## VIII. COMMENTS   (Include specific positives/negatives, special concerns, encroachments, easements, water rights, environmental concerns, flood zones, etc.)

SC: I could not find a mailbox with the numbers 240. Also, there's a empty lot where 240 County Rd should be (photo included). There's a potential that the subject property address could be wrong. Due to lack of comps similar to subject in gla, lot size and age, it was necessary to use comparables located 2 plus miles away however this does not affect the value, all comparables are considered to be the best available. NC: None, area in general is good.

© 2004 - 2012 Quandis, All Rights Reserved. http://www.quandis.com