# UNITED STATES ~~DISTRICT~~ BANKRUPTCY COURT

## SOURTHERN DISTRICT OF NEW YORK

**Civil Case# 12 – cv 12020**

Residential Capital, LLC, et al
Debtor
   v.

*U.S. Trustee* -United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004
(212) 510-0500

*Claims and Noticing Agent*
**Kurtzman Carson Consultants**
2335 Alaska Ave
El Segundo, CA 90245

## Withdrawal of Motion filed 7/23/12 for:
## Motion for Leave to file Motion Pursuant Stay & Relief
## Oral Argument & Hearing Requested

Plaintiff, Taggart, hereby withdraws the foregoing Motion without prejudice on the motion filed July 23, 2012 on the two cases pending in Federal Court

The relief from stay is being withdrawn against Debtor, GMAC Mortgage, LLC, pending in Federal Court (case cv -12-4077) & against Montgomery County Pennsylvania, with GMAC Mortgage LLC as a third party defendant filed in Federal Court (cv-12-0415).

Kenneth Taggart, Pro Se

*[signature]*

August 13, 2012

# Certificate of Service

<u>Case #</u> **Civil Case#  12 – cv 12020**          **Residential Mortgage Capital, et al**

The undersigned certifies that on August 14, 2012, he caused a copy of :

## Withdrawal of Motion filed 7/23/12 for:
### Motion for Leave to file Motion Pursuant Stay & Relief
### Oral Argument & Hearing Requested

to be delivered to The United States Bankruptcy Court for The Southern District of New York via United States Post Office. Additionally, the undersigned certifies that he caused a true and correct copy of the foregoing Notice to be sent via to United States Post Office on August 14, 2012 to the following parties :

Counsel for Debtors  (copy also e-mailed to this party)
Morrison  & Foster,LLP, Larren M Nashelsky, Gary Lee, Lorenzo Marinuzzi
1290 Avenue of the Americas
New York, NY. 10104

Office of the United States Trustee for the Southern District of New York
33 Whitehall St, 21st Floor, Tracy Hope Davis, Linda Riffkin, Brian S Masumoto
New York, NY. 10104

Counsel for Ally Financial
Kirkland & Ellis, LLP, Richard Ceieri, Ray Schrock, Stephan Hessler
Citigroup Center,
601 Lexington Ave.
New York, NY. 10022

Counsel for Administrative Agent for Debtors,
Skaddam, Arps, Slate, Meagher, & Flon, LLP
Kenneth Ziman and Johnathan Hofer
4 Times Square
New York, NY. 10036

Counsel for United States of America, Ginnnie Mae, US Dept of Justice,
Glenn Gillett
1100 "L" St NW , Room 10018
Washington, D.C. 20005

Page 1 of 2

## Certificate of Service

<u>Case #</u> **Civil Case# 12 – cv 12020**        **Residential Mortgage Capital, et al**

U.S Attorney for Southern District of New York
Joseph Cordero – Civil Division
86 Chambers St, 3rd Floor
New York, NY. 10007.

Counsel for Fannie Mae
Winston & Strawn, LLP
David Neier, Deseiree M Ripo, Alan Moskowitz
200 Park Ave
New York, NY. 10166

Counsel for Freddie Mac
McKool Smith
Paul DMoak
600 Travis St, suite 7000,
Houston, TX 77002

Kenneth J Taggart
Pro se

August __/2012