# Certificate of Service

**Case #** Civil Case# 12 – cv 12020         Residential Mortgage Capital, et al

The undersigned certifies that on August 14, 2012, he caused a copy of :

## Motion to Void Pleadings & Sanctions due to violation of Bankruptcy Code

to be delivered to The United States Bankruptcy Court for The Southern District of New York via United States Post Office. Additionally, the undersigned certifies that he caused a true and correct copy of the foregoing Notice to be sent via to United States Post Office on August 14, 2012 to the following parties :

Counsel for Debtors  (copy also e-mailed to this party)
Morrison & Foster, LLP, Larren M Nashelsky, Gary Lee, Lorenzo Marinuzzi
1290 Avenue of the Americas
New York, NY. 10104

Office of the United States Trustee for the Southern District of New York
33 Whitehall St, 21st Floor, Tracy Hope Davis, Linda Riffkin, Brian S Masumoto
New York, NY. 10104

Counsel for Ally Financial
Kirkland & Ellis, LLP, Richard Ceieri, Ray Schrock, Stephan Hessler
Citigroup Center,
601 Lexington Ave.
New York, NY. 10022

Counsel for Administrative Agent for Debtors,
Skaddam, Arps, Slate, Meagher, & Flon, LLP
Kenneth Ziman and Johnathan Hofer
4 Times Square
New York, NY. 10036

Counsel for United States of America, Ginnnie Mae, US Dept of Justice,
Glenn Gillett
1100 "L" St NW , Room 10018
Washington, D.C. 20005

# Certificate of Service

<u>Case #</u> **Civil Case# 12 – cv 12020**        **Residential Mortgage Capital, et al**

U.S Attorney for Southern District of New York
Joseph Cordero – Civil Division
86 Chambers St, 3rd Floor
New York, NY. 10007.

Counsel for Fannie Mae
Winston & Strawn, LLP
David Neier, Deseiree M Ripo, Alan Moskowitz
200 Park Ave
New York, NY. 10166

Counsel for Freddie Mac
McKool Smith
Paul DMoak
600 Travis St, suite 7000,
Houston, TX 77002

Kenneth J Taggart
Pro se

August 14 2012