MAIN STREET VALUATIONS

## ORDER INFORMATION

| Order Date | Inspection Date | Complete Date | Client | Client Contact | Info Source | Client Loan No. | MSV Order No. |
|---|---|---|---|---|---|---|---|
| 7/9/2009 | 7/11/2009 | 7/12/2009 | RBS Global Banking and Markets | | Estimated | | 160145 |
| Borrower | Address | | City | | State | Zip | Assessor Parcel No. |
| | 93 OLD BROOK ROAD | | DIX HILLS, NY | | NY | 11746 | 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 |
| Inspection Type | Broker Name | | Broker Company | | Broker Phone | License Number | Expiration Date |
| Exterior | Mark Anderson | | Re/max Best Island | | 6319264111 | 31CA0936383 | 09/18/2009 |

## PROPERTY INFORMATION

| Property Vacant | Secured | Land Value | View | Market Rent (Mnth) | HOA Fees | Guest House SF | Guest House Bsmt SF |
|---|---|---|---|---|---|---|---|
| No | Yes | 150,000 | Equal | 2,500 | per unassigned | 0 | 0 |
| Currently Listed | List in Last 12 Mo. | Original List Price | Current List Price | DOM | Listing Broker | Listing Company | Listing Phone |
| No | No | | | 0 | | | |
| Sold in Last 12 Mo. | Original List Price | Final List Price | DOM | Sale Price | Sale Date | Listing Broker | Listing Phone |
| No | | | 0 | | | | |

## NEIGHBORHOOD INFORMATION

| Population Density | Crime/Vandal Risk | Neighborhood Trend | Home values are | Decreasing | Environmental Issues | Owner Occupied % | Pride of Ownership |
|---|---|---|---|---|---|---|---|
| Suburban | Low | Stable | at a rate of | 0.500 | No | 1.000 | Excellent |
| Competing Listings | Value Range | | Supply | Demand | Predominant Buyer | # of Border or Blocked up homes | Approximate # of comps in neighborhood for sale |
| 234 | 319,000 to 2,490,000 | | Stable | Stable | Move-up buyer | 0 | 1 |

## REPAIR DETAILS

| Repairs Total | Repairs Recommended | Days to Complete | | Resale Problem | | | |
|---|---|---|---|---|---|---|---|
| | No | to | | No | | | |

## INTERIOR

| Painting | Structural | Appliances | Utilities | Carpet/Floors | Other | Cleaning/Trash Removal | |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

## EXTERIOR

| Painting | Structural | Landscaping | Roof | Windows | Other | | |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

## COMPARABLE INFORMATION

| Property Info | Subject | Sold Comp 1 | Sold Comp 2 | Sold Comp 3 | Listed Comp 1 | Listed Comp 2 | Listed Comp 3 |
|---|---|---|---|---|---|---|---|
| Address | 93 OLD BROOK ROAD | 18 Perri Pl | 53 Stonehurst Ln | 2 Melissa Ct | 23 Estates Pl | 7 Old Brook Rd | 92 Old Brook Rd |
| Address2 | | | | | | | |
| City | DIX HILLS, NY | Dix Hills | Dix Hills | Dix Hills | Dix Hills | Dix Hills | Dix Hills |
| County | | Suffolk | Suffolk | Suffolk | Suffolk | Suffolk | Suffolk |
| State | NY | NY | NY | NY | NY | NY | NY |
| Zip | 11746 | 11746 | 11746 | 11746 | 11746 | 11746 | 11746 |
| Proximity | | 0.90 miles | 1.72 miles | 2.51 miles | 3.23 miles | 5.49 miles | 0.06 miles |
| Current List Price | | $729,000 | $699,000 | $719,000 | $679,000 | $719,000 | $729,000 |
| Original List Price | | $729,000 | $739,000 | $749,000 | $899,000 | $739,000 | $749,000 |
| Sale Price | | $670,000 | $682,500 | $699,000 | | | |
| Sale Date | | 5/6/2009 | 1/28/2009 | 6/1/2009 | | | |
| Concessions | | | | | | | |
| DOM | 0 | 1 | 97 | 34 | 670 | 110 | 160 |
| NumUnits | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Property Type | SFD | SFD | SFD | SFD | SFD | SFD | SFD |
| Property Style | Colonial | Colonial | Ranch/Rambler | Colonial | Ranch/Rambler | Colonial | Colonial |
| Condition | Excellent | Excellent | Excellent | Excellent | Excellent | Excellent | Excellent |
| Year Built | 1968 | 1982 | 1980 | 1972 | 1957 | 1969 | 1969 |
| Lot Size (in acres) | 0.92 acres | 0.46 acres | 0.37 acres | 0.38 acres | 0.99 acres | 1.01 acres | 0.84 acres |
| Sq ft above grade | 3200 sq. ft. | 3200 sq. ft. | 3400 sq. ft. | 3300 sq. ft. | 3200 sq. ft. | 3200 sq. ft. | 3200 sq. ft. |
| Total Rooms | 8 | 8 | 10 | 9 | 9 | 9 | 8 |
| Bedrooms | 4 | 4 | 4 | 5 | 5 | 5 | 4 |
| Full Baths | 3 | 2 | 3 | 2 | 2 | 2 | 2 |
| Half Baths | 0 | 1 | 0 | 1 | 0 | 1 | 1 |
| Basement | Full | Full | Full | Full | Full | Full | Full |
| % Basement Finished | 100.00% | 0.00% | 100.00% | 0.00% | 0.00% | 100.00% | 0.25% |
| Garage/Carport | Attached 2 Car Garage | Attached 2 Car Garage | Attached 2 Car Garage | Attached 2 Car Garage | Attached 2 Car Garage | Attached 2 Car Garage | Attached 2 Car Garage |
| Pool/Spa/Fireplace | Fireplace | Fireplace | Fireplace,IG Pool | Porch | IG Pool,Gazebo,Fplc | | IG Pool, Fplc |
| Price per sq. ft. | | $209 | $201 | $212 | $281 | $231 | $234 |
| MLS | | *1046749 | 2109876 | 2166600 | 2066287 | 2166908 | 2152541 |

| Sold Comp 1 Comments |
|---|
| Remarks: Distress Sale. Owner Started Renovations, Then Ran Out Of Funds,Exterior Is Completed. Interior Is In Need Of Renovation. Directions: Please View Map Quest. |

| Sold Comp 2 Comments |
|---|
| Remarks: Tax Grievance Granted. New Assesment 4950 Down Approx 20% From 6150 Equating To Approx $14,300 Based On Current Tax Rate.Taxes W/ Star Approx $13,300 Magnificent Totally Redone Center Hall Imperial Gardens Ranch, Beautiful Curb Appeal, Ceramic Tile, Gleaming Hardwood Floors, Beautiful Landscaped Private Back Yard W/Igp, Large Rooms, Huge Finished Basement, Directions: Commack Road To Imperial Gate To Stonehurst Property Description: Magnificent Totally Redone Center Hall Imperial Gardens Ranch,Large Rooms, Huge Finished Basement, Ceramic Tile, Gleaming Hardwood Floors,Beautiful Curb Appeal, Prof Landscaped Private Back Yard W/Igp,Awning.Tax Grievance Granted. New Assesment 4950 Down Approx 20% From 6150 Equating To Approx $14,300 Based On Current Tax Rate.Taxes W/ Star Approx $13,300 |

| Sold Comp 3 Comments |
|---|
| Remarks: No Showings Til Saturday 3/21! No Offer Deemed Accepted Til Contracts Fully Executed! Taxes With Star $12,519.00! Signal Hill Elementary, West Hollow Middle, Hse! Directions: Half Hollow Road To Fox To Melissa Property Description: Spectacular! Completely Updated, 5 Bedrm, 2.5 Bath Colonial On Cul De Sac, Highly Desirable Sd#5! Gourmet E-I Kitchen W/Granite Ctcrs, Cherry Cabinets. New Baths!Formal Liv & Din Rm. Gorgeous New Hardwood Flrs, Tile Floors & Wood Doors. Updated Heating System, Cac, Roof! New Custom Garage Doors! Shy 1/2 Acre Pro. Landscaped Property W/Igs, Great For Entertaining! More! |

| Listed Comp 1 Comments |
|---|
| Remarks: REO properties are exempt from Rule 703.41, but Listing Broker must acknowledge that they have received qualified offer. Bring All Offers! Contracts Are Off. (Basic Star $721.18) No Co's For Extension. All Offers In Writing, Must Be Cash - Stop Foreclosure! House Being Sold As Is. Commissions Offered Hereunder Subject To Closing Of Title. L/A Rita Bender 631-944-8814. Directions: Half Hollow To Westcliff Or Carmen To Estates Place. Property Description: Sprawling Brick Ranch - Flat Useable Acre - Country Club Yard, Igp, Cabana, Deck, Front Porch, Paladium Windows, Hdwd Floors, Updated Roof, Cac. Great Curb Appeal...Short Sale...All Offers Must Be Cash...House Being Sold As Is Condition... |

| Listed Comp 2 Comments |
|---|
| Remarks: Commissions Offered Hereunder Subject To Closing Of Title.Wonderful Lg Colonial On Fabulous Flat Acre.Vaulted Ceilings,Open Floor Plan,Lg Rooms,Great Finished Basement,Great Closets.Sd#5. Directions: Lie Ex 51-Svce Rd To Carls Straight To Old Brook Property Description: Wonderful Lg Colonial On Fabulous Flat Acre.Vaulted Ceilings,Open Floor Plan,Lg Rooms,Great Finished Basement,Great Closets,Sd#5. Personal Property Exclusion: |

| Listed Comp 3 Comments |
|---|
| Remarks: Inground Pool On Quite Cul-De-Sac!Den/Fpl-Sklights-Central Air-Fin Basement-Low Taxes!School Dist # 5! Directions: Lie Exit 51 To R/Carlls Straight Path-L/Otsego-R/Old Brook Rd. Property Description: 3/4 Acre + Of Flat Property W Inground Pool On Quite Cul-De-Sac!Den/Fpl-Sklights-Central Air-Fin Basement-Low Taxes!School Dist # 5! |

### BROKER COMMENTS

| Subject Comments |
|---|
| There is only 1 REO For Sale in Dix Hills that is the reason for Regular Resale Listings 2 and 3 which are both on the same block as subject property but are in Diamond Condition. |

| Neighborhood Comments |
|---|
| Highly Desireable Neighborhood and School District. 234 Available homes For Sale. From 600k and up most of the homes are Overpriced. Example would be Listed Comp #1 674 days on the market! Given the subject property will be an REO Sale it will sell very quickly as it will be priced correctly. |

| Condition/Repair |
|---|
| Subject property is in excellent condition from exterior inspection but not as nice as the other 2 homes For sale on The Block. |

### PRICE OPINION

| Typical Market Time | REO Value | Fair Market Value | FMV List Price | Repair Estimate | REO Repaired Price | FMV Repaired Sale Price | Repaired FMV List Price |
|---|---|---|---|---|---|---|---|
| 0-60 | $670,000 | $700,000 | $710,000 | | $670,000 | $700,000 | $710,000 |

### Main Street QC Review

| EG 7/12/09 Value of property was determined by current market and the declining home prices. The comps bracket the value of the subject and List comp1 is the best match to the subject. |
|---|

By completing this report, the Broker certifies that they have completed a site inspection of the subject property and that subject photos were taken at the time of inspection.

DISCLOSURE: This is a comparative market analysis, not an appraisal, and should not be used for lending purposes. Therefore, it is not intended to be an appraisal of the market value of the property and as such does not comply with USPAP standards. If an appraisal is desired, the services of a licensed or certified appraiser should be obtained.