UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: ) | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., ) | Chapter 11 |
| Debtors. ) | Jointly Administered |

### AFFIDAVIT OF DISINTERESTEDNESS

STATE OF SOUTH CAROLINA  )
                         ) ss:
COUNTY OF RICHLAND       )

I, A. Parker Barnes III, being duly sworn, upon his/her oath, deposes and says:

1. I am an attorney with the law firm of Haynsworth Sinkler Boyd, P.A., 1201 Main Street, 22nd Floor (29201-3226), Post Office Box 11889 (29211-1889), Columbia, South Carolina(the "Firm").

2. The above-captioned debtors and debtors-in-possession (each a "Debtor" and collectively the "Debtors") have requested that the Firm provide legal services to the Debtors, and the Firm consented to provide such services.

3. The Firm may have performed services in the past, may currently perform services, and may perform services in the future, in matters unrelated to the above-captioned cases (the "Chapter 11 Cases"), for persons that are parties-in-interest in the Debtors' Chapter 11 Cases. The Firm does not perform services for any such person in connection with these Chapter 11 Cases, and I am informed and believe that the Firm does not have any relationship with any such person, their attorneys, or accountants that would be adverse to the Debtors or their estates.

4. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be employed by the Debtors, claimants, and parties in interest in these Chapter 11 Cases.

5. Neither I nor any shareholder of, or professional employed by, the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principal and regular employees of the Firm.

6. Neither I nor any shareholder of, or professional employed by, the Firm, insofar as I have been able to ascertain, holds, or represents any interest adverse to the Debtors or their estates with respect to the matter(s) upon which this Firm is to be employed.

7. The Debtors owe the Firm $868.00 for prepetition services, the payment of which is subject to limitations contained in the United States Bankruptcy Code, 11 U.S.C. § 101, et seq.

8. As of the Petition Date, I am informed and believe that the Firm was not a party to an agreement for indemnification with certain of the Debtors.

9. At any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.

[continued on next page]

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 1, 2012

_____
A. Parker Barnes III

Sworn to and subscribed before me
this 1st day of August, 2012

_____
Notary Public for the State of South Carolina

My commission expires: 1-13-2020

[NOTARY SEAL]

*In re Residential Capital, LLC*, et al.
Chapter 11 Case No. 12-12020 (MG)

RETENTION QUESTIONNAIRE[1]

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY RESIDENTIAL CAPITAL, LLC, et al. (the "<u>Debtors</u>")

<u>THIS QUESTIONNAIRE WILL BE FILED WITH THE COURT ON YOUR BEHALF. PLEASE REMIT IT TO THE FOLLOWING ADDRESS</u>:

> Morrison & Foerster LLP
> 1290 Avenue of the Americas
> New York, New York 10104
> Attn: Norman S. Rosenbaum and Jordan A. Wishnew

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1. Name and address of firm:

   **Haynsworth Sinkler Boyd, P.A.**
   **1201 Main Street, 22nd Floor (29201-3226)**
   **PO Box 11889 (29211-1889)**
   **Columbia, South Carolina**

2. Date of original retention: **November 1, 2010**

3. Brief description of legal services to be provided:

   **Defend counterclaims in contested foreclosure case and prosecute foreclosure claim.**

4. Arrangements for compensation (hourly, contingent, etc.)

   (a) Average hourly rate (if applicable): **$295**

   (b) Estimated average monthly compensation (based on prepetition retention if firm was employed prepetition):

   **The Firm incurred post petition fees for the months of June and July, 2012, in the amount of $3,513.00, for which it has not been compensated. The Firm does not expect to incur any additional fees and costs after**

---

[1] All amounts are either owing in U.S. Dollars or have been converted to U.S. Dollars based upon the applicable exchange rate in effect on the Petition Date.

1

ny-1050235
Columbia: 1689278 v.2

**August 5, 2012, as the matter for which the Firm was engaged has been concluded.**

5. Prepetition claims against any of the Debtors held by the firm:

   Amount of claim: **$868.00**

   Date claim arose: **March 1, 2012, through May 13, 2012**

   Source of claim: **Services Rendered**

6. Prepetition claims against any of the Debtors held individually by any member, associate, or professional employee of the firm:

   Name: **None known**

   Status: _____

   Amount of Claim: _____

   Date claim arose: _____

   Source of Claim: _____

   _____

   _____

   _____

7. Stock of any of the Debtors currently held by the firm:

   Kind of shares: **None**

   No. of shares: _____

8. Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

   Name: **None known**

   Status: _____

   _____

   Kind of shares: _____

2

No. of shares: _____

9. Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates with respect to the matters on which the above-named firm is to be employed.

   **None known**

   _____

   _____

10. Amount of any retainer received from the Debtors held by the firm:

    (a) As of May 14, 2012: **The Firm did not receive a retainer from Debtors**

    (b) Balance remaining after application to invoices due and owing prior to May 14, 2012: **None.**

    _____
    Name: **A. Parker Barnes III**
    Title: **Attorney**

3

ny-1050235
Columbia: 1689278 v.2