**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

## AFFIDAVIT OF DISINTERESTEDNESS

STATE OF UTAH     )
                  ) ss:
COUNTY OF SALT LAKE  )

**Thomas T. Billings**, being duly sworn, upon his/her oath, deposes and says:

1. I am a **Shareholder** of **Van Cott, Bagley, Cornwall & McCarthy**, located at **36 S. State Street, Suite 1900, Salt Lake City, Utah 84111** (the "Firm").

2. The above-captioned debtors and debtors-in-possession (each a "Debtor" and collectively the "Debtors") have requested that the Firm provide legal services to the Debtors, and the Firm has consented to provide such services.

3. The Firm may have performed services in the past, may currently perform services, and may perform services in the future, in matters unrelated to the above-captioned cases (the "Chapter 11 Cases"), for persons that are parties-in-interest in the Debtors' Chapter 11 Cases. The Firm does not perform services for any such person in connection with these Chapter 11 Cases, or have any relationship with any such person, their attorneys, or accountants that would be adverse to the Debtors or their estates.

ny-1050237

4.      As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be employed by the Debtors, claimants, and parties in interest in these Chapter 11 Cases,

5.      Neither I nor **any Shareholder** of, or professional employed by, the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principal and regular employees of the Firm.

6.      Neither I nor **any Shareholder** of, or professional employed by, the Firm, insofar as I have been able to ascertain, holds, or represents any interest adverse to the Debtors or their estates with respect to the matter(s) upon which this Firm is to be employed.

7.      The Debtors owe the Firm **$3,821.00** for prepetition services, the payment of which is subject to limitations contained in the United States Bankruptcy Code, 11 U.S.C. § 101, et seq.

8.      As of the Petition Date, the Firm **was not** party to an agreement for indemnification with certain of the Debtors.

9.      The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 31, 2012

_____
**Thomas T. Billings**

Sworn to and subscribed before me
this 31st day of July, 2012

_____
Notary Public

Melissa Thurgood
NOTARY PUBLIC · STATE OF UTAH
My Comm. Exp. 08/23/2014
Commission # 583778

4836-3998-4144, v. 1

ny-1050237

*In re Residential Capital, LLC*, et al.
Chapter 11 Case No. 12-12020 (MG)

RETENTION QUESTIONNAIRE[1]

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY RESIDENTIAL CAPITAL, LLC, et al. (the "Debtors")

<u>THIS QUESTIONNAIRE WILL BE FILED WITH THE COURT ON YOUR BEHALF. PLEASE REMIT IT TO THE FOLLOWING ADDRESS</u>:

> Morrison & Foerster LLP
> 1290 Avenue of the Americas
> New York, New York 10104
> Attn: Norman S. Rosenbaum and Jordan A. Wishnew

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1. Name and address of firm:

   **Van Cott, Bagley, Cornwall & McCarthy**

   **36 S. State Street, Suite 1900**

   **Salt Lake City, Utah 84111**

2. Date of original retention: July 27, 2011

3. Brief description of legal services to be provided:

   **Corporate Treasury; Litigation; Mortgage Operations**

4. Arrangements for compensation (hourly, contingent, etc.)

   (a) Average hourly rate (if applicable): **$300**

   (b) Estimated average monthly compensation (based on prepetition retention if firm was employed prepetition):

   $4,305.69

5. Prepetition claims against any of the Debtors held by the firm:

---

[1] All amounts are either owing in U.S. Dollars or have been converted to U.S. Dollars based upon the applicable exchange rate in effect on the Petition Date.

1

ny-1050235

Amount of claim: $3,821.00

| Date claim arose: | |
|---|---|
| 7/27/2011 | $1,494.00 |
| 11/23/2011 | $422.00 |
| 12/12/2011 | $1,080.00 |
| 2/8/2012 | $825.00 |

Source of claim: **Legal Services**

6. Prepetition claims against any of the Debtors held individually by any member, associate, or professional employee of the firm:

Name: **None**

Status: _____

Amount of Claim: _____

Date claim arose: _____

Source of Claim: _____

_____

_____

_____

7. Stock of any of the Debtors currently held by the firm:

Kind of shares: **None**

No. of shares: _____

8. Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

Name: **None**

Status: _____

_____

Kind of shares: _____

No. of shares: _____

2

ny-1050235

9. Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates with respect to the matters on which the above-named firm is to be employed.

   **None**

   _____

   _____

10. Amount of any retainer received from the Debtors held by the firm:

    (a) As of May 14, 2012: **None**

    (b) Balance remaining after application to invoices due and owing prior to May 14, 2012:

    **None**

    Name: Thomas T. Billings
    Title: Shareholder

4843-9482-7792, v. 1

ny-1050235

3