# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

## AFFIDAVIT OF DISINTERESTEDNESS

|  |  |
|---|---|
| COMMONWEALTH OF VIRGINIA | ) |
|  | ) ss: |
| CITY OF VIRGINIA BEACH | ) |

John Lynch, being duly sworn, upon his/her oath, deposes and says:

1. I am a Partner of Troutman Sanders LLP, located at 222 Central Park Ave., Suite 2000, Virginia Beach, VA 23462 (the "Firm").

2. The above-captioned debtors and debtors-in-possession (each a "Debtor" and collectively the "Debtors") have requested that the Firm provide legal services to the Debtors, and the Firm has consented to provide such services.

3. The Firm may have performed services in the past, may currently perform services, and may perform services in the future, in matters unrelated to the above-captioned cases (the "Chapter 11 Cases"), for persons that are parties-in-interest in the Debtors' Chapter 11 Cases. The Firm does not perform services for any such person in connection with these Chapter 11 Cases, or have any relationship with any such person, their attorneys, or accountants that would be adverse to the Debtors or their estates.

4. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be employed by the Debtors, claimants, and parties in interest in these Chapter 11 Cases,

5. Neither I nor any principal, partner, director, officer, etc. of, or professional employed by, the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principal and regular employees of the Firm.

6. Neither I nor any principal, partner, director, officer, etc. of, or professional employed by, the Firm, insofar as I have been able to ascertain, holds, or represents any interest adverse to the Debtors or their estates with respect to the matter(s) upon which this Firm is to be employed.

7. The Debtors owe the Firm $34,266.06 for prepetition services, the payment of which is subject to limitations contained in the United States Bankruptcy Code, 11 U.S.C. § 101, et seq.

8. As of the Petition Date, the Firm was not party to an agreement for indemnification with certain of the Debtors.

9. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.

20068103v1

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 7, 2012

_____
John Lynch

Sworn to and subscribed before me this 7th day of August, 2012

_____
Karen L Russell
Notary Public

Commissioned as Karen L. Kreutter

Exp: 11/30/2013
Reg #: 366909

[Notary Seal: KAREN L. KREUTTER, NOTARY, ID # 366909, COMMONWEALTH OF VIRGINIA, PUBLIC]

20068103v1

*In re Residential Capital, LLC*, et al.
Chapter 11 Case No. 12-12020 (MG)

RETENTION QUESTIONNAIRE[1]

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY RESIDENTIAL CAPITAL, LLC, et al. (the "Debtors")

THIS QUESTIONNAIRE WILL BE FILED WITH THE COURT ON YOUR BEHALF. PLEASE REMIT IT TO THE FOLLOWING ADDRESS:

> Morrison & Foerster LLP
> 1290 Avenue of the Americas
> New York, New York 10104
> Attn: Norman S. Rosenbaum and Jordan A. Wishnew

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1. Name and address of firm:

    Troutman Sanders LLP

    600 Peachtree Street, NE Suite 5200

    Atlanta, GA 30308-2216

2. Date of original retention: October 2006

3. Brief description of legal services to be provided:

    Defense of individual and class action complaints

    primarily related to loan origination and servicing claims

    in NY, NJ, MD, VA, GA, and WV; advise on

    compliance issues related to federal and state laws

---

[1] All amounts are either owing in U.S. Dollars or have been converted to U.S. Dollars based upon the applicable exchange rate in effect on the Petition Date.

1

4. Arrangements for compensation (hourly, contingent, etc.)

   (a) Average hourly rate (if applicable): $350

   (b) Estimated average monthly compensation (based on prepetition retention if firm was employed prepetition):

   $150,000

5. Prepetition claims against any of the Debtors held by the firm:

   Amount of claim: $34,266.06

   Date claim arose: Prior fees and costs invoiced in ordinary course

   Source of claim: Legal representation of GMAC Mortgage and RFC

6. Prepetition claims against any of the Debtors held individually by any member, associate, or professional employee of the firm:

   Name: N/A

   Status:

   Amount of Claim:

   Date claim arose:

   Source of Claim:

7. Stock of any of the Debtors currently held by the firm:

   Kind of shares: N/A

   No. of shares:

2

20068019v1

8. Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

   Name: _____N/A_____

   Status: _____

   _____

   Kind of shares: _____

   No. of shares: _____

9. Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates with respect to the matters on which the above-named firm is to be employed.

   _____N/A_____

   _____

   _____

10. Amount of any retainer received from the Debtors held by the firm:

    (a) As of May 14, 2012: _____None_____

    (b) Balance remaining after application to invoices due and owing prior to May 14, 2012:

    _____

    Name: _John Lynch_____

    Title: _Partner_____

20068019v1