UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>RESIDENTIAL CAPITAL, LLC, <u>et al.</u>,<br><br>               Debtors. | )<br>) Case No. 12-12020 (MG)<br>)<br>) Chapter 11<br>)<br>) Jointly Administered<br>) |

<u>AFFIDAVIT OF DISINTERESTEDNESS</u>

STATE OF MINNESOTA    )
                                ) ss:
COUNTY OF HENNEPIN    )

D. Charles Macdonald, being duly sworn, upon his oath, deposes and says:

    1.    I am a partner of Faegre Banker Daniels LLP, with offices located at 2200 Wells Fargo Center, 90 South 7th Street, Minneapolis, MN 55402, and 801 Grand Avenue, Suite 3100, Des Moines, Iowa 50309, among others (the "<u>Firm</u>").

    2.    The above-captioned debtors and debtors-in-possession (each a "<u>Debtor</u>" and collectively the "<u>Debtors,</u>") have requested that the Firm provide legal services to the Debtors, and the Firm has consented to provide such services.

    3.    The Firm may have performed services in the past, may currently perform services, and may perform services in the future, in matters unrelated to the above-captioned cases (the "<u>Chapter 11 Cases</u>"), for persons that are parties-in-interest in the Debtors' Chapter 11 Cases. The Firm does not perform services for any such person in connection with these Chapter

11 Cases, or have any relationship with any such person, their attorneys, or accountants that would be adverse to the Debtors or their estates.

4. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be employed by the Debtors, claimants, and parties in interest in these Chapter 11 Cases.

5. Neither I nor any partner of, or professional employed by, the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principal and regular employees of the Firm.

6. Neither I nor any partner of, or professional employed by, the Firm, insofar as I have been able to ascertain, holds, or represents any interest adverse to the Debtors or their estates with respect to the matters upon which this Firm is to be employed.

7. The Debtors owe the Firm $10,057.62 for prepetition services, the payment of which is subject to limitations contained in the United States Bankruptcy Code, 11 U.S.C. § 101, et. seq.

8. As of the Petition Date, the Firm was not party to an agreement for indemnification with certain of the Debtors.

9. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

_____

Sworn to and subscribed before me
this 6th day of August, 2012.

_____
Notary Public



*In re Residential Capital, LLC, et al.*
*Chapter 11 Case No. 12-12020 (MG)*

RETENTION QUESTIONNAIRE[1]

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY RESIDENTIAL CAPITAL, LLC, et al. (the "Debtors")

THIS QUESTIONNAIRE WILL BE FILED WITH THE COURT ON YOUR BEHALF. PLEASE REMIT IT TO THE FOLLOWING ADDRESS:

Morrison & Foerster LLP
1290 Avenue of the Americas
New York, New York 10104
Attn: Norman S. Rosenbaum and Jordan A. Wishnew

All questions must be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1. **Name and address of firm:**
   Faegre Baker Daniels LLP
   2200 Wells Fargo Center
   90 South Seventh Street
   Minneapolis, Minnesota 55402
   and

   801 Grand Avenue, Suite 3100
   Des Moines, Iowa 50309

2. **Date of original retention:**
   No later than January 1, 2000

3. **Brief description of legal services to be provided:**
   Litigate contested foreclosures in which borrower has plead affirmative defenses and/or brought counterclaims against Debtors; represent Debtors as member of post-effective date creditors committee and resolve Debtors' claims in bankruptcy cases.

4. **Arrangements for compensation (hourly, contingent, etc.)** Hourly
   **(a) Average hourly rate (if applicable):** $370

   **(b) Estimated average monthly compensation (based on prepetition retention if firm was employed prepetition):** $7,500.00

5. Prepetition claims against any of the Debtors held by the firm:

   Amount of claim: $10,057.62
   Date claim arose: After January 1, 2012
   Source of claim: legal services

6. Prepetition claims against any of the Debtors held individually by any member, associate, or professional employee of the firm:   None

   Name: N/A
   Status: N/A
   Amount of Claim: N/A
   Date claim arose: N/A
   Source of Claim: N/A

7. Stock of any of the Debtors currently held by the firm:

   Kind of shares: N/A
   No. of shares: N/A

8. Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:   None

   Name: N/A
   Status: N/A
   Kind of shares: N/A
   No. of shares: N/A

9. Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates with respect to the matters on which the above-named firm is to be employed. N/A

10. Amount of retainer currently held: $75,000.00

    Name: _____
    Michael R. Stewart
    Title:  Partner, Faegre Baker Daniels LLP

---

[1] All amounts are either owing in U.S. Dollars or have been converted to U.S. Dollars based upon the applicable exchange rate in effect on the Petition Date.

fb.us.8877326.03