# EXHIBIT "B"

ABSTRACTOR WORK SHEET

COUNTY: Allen, IN
NAME: Gina L. Braur
ADDRESS: 1908 W. Till Rd

ORDER: 
DATE: 2-17-10
CERT DATE: 2-3-10
JDMTS: (YES) NO

GRANTOR: Thomas W Spencer - Lillian E Spencer, Trustees
GRANTEE: Gina L. Best
SOURCE OF TITLE: Trustee's Deed
DATED: 6-8-99
RECORDED: 6-11-99  ReRec 8-19-99
BK/PG/INST: 990042355  ReRec 990059981

MORTGAGE  AMT: 59040.   DATED: 6-20-03
RECORDED: 7-2-03    BK/PG/INST: 203065851
MORTGAGOR: Gina L. Graur formerly known as Gina L. Best
MORTGAGEE: Cendant Mortgage Corp
OPEN END: N   ASSIGNED: Cendant Mortgage Corp
INST: 203120952    REC: 11-26-03

MORTGAGE  AMT: ___   DATED: ___
RECORDED: ___   BK/PG/INST: ___
MORTGAGOR: ___
MORTGAGEE: ___
OPEN END: ___   ASSIGNED: ___
INST: ___   REC: ___

MORTGAGE  AMT: ___   DATED: ___
RECORDED: ___   BK/PG/INST: ___
MORTGAGOR: ___
MORTGAGEE: ___
OPEN END: ___   ASSIGNED: ___
INST: ___   REC: ___

MORTGAGE  AMT: ___   DATED: ___
RECORDED: ___   BK/PG/INST: ___
MORTGAGOR: ___
MORTGAGEE: ___
OPEN END: ___   ASSIGNED: ___
INST: ___   REC: ___

TAX INFORMATION
ASSESSED NAME: Best, Gina L    2008 PAY 2009
PARCEL: 02-07-03-179-013.000-023    TAXING UNIT: Washington
BRIEF LEGAL: W 105' of E 475 ft W 11.1A S½ SE¼ NW¼ Sec 3
LAND VALUE: 41080    IMPROVEMENTS: 41,500    EXEMPTIONS: 59025
HALF YEAR AMOUNT: 280.76    MAY (paid) unpaid    NOV (paid) unpaid
OTHER: Drain 0703190   5.  pd

DEEDS ORDER _____

Current Owner  Thomas W Spencer - Lillian E Spencer as Trustee

Grantor  Thomas W Spencer - Lillian E Spencer

Date  12-31-97  Recorded Date  1-9-98

Book _____ Page _____ Instrument  98 000 1671

Current Owner  Thomas W. Spencer - Lillian Spencer  (hw)

Grantor  Frieda Boroff

Date  3-18-80  Recorded Date  3-19-80

Book _____ Page _____ Instrument  80-6069

Current Owner _____

Grantor _____

Date _____ Recorded Date _____

Book _____ Page _____ Instrument _____

Current Owner _____

Grantor _____

Date _____ Recorded Date _____

Book _____ Page _____ Instrument _____

Current Owner _____

Grantor _____

Date _____ Recorded Date _____

Book _____ Page _____ Instrument _____

Current Owner _____

Grantor _____

Date _____ Recorded Date _____

Book _____ Page _____ Instrument _____

No Jdmts found Gina Best
Gina Brant

ORDER _____

JUDGMENT

1. PLTF: State of Indiana                STL
   DEFT: Robert P + Gina L. Grant
   DATE: 2-12-10          NUMBER: 02D01-1002-M1-6134
   JDMT: $523.32    War# 07622415
   ATTY:

2. PLTF: Bank of New York
   DEFT: Gina L. Grant
   DATE: filed 2-13-08    NUMBER: 02D01-0802-MF-77
   JDMT: Pending Foreclosure    3120 Broadway, FW
   ATTY: Dennis V. Ferguson

3. PLTF: Wells Fargo Bank NA
   DEFT: Robert P Grant, Gina L. Grant
   DATE: 10-5-07          NUMBER: 02D01-0707-MF-162
   JDMT: for pltf 59656.52    1516 Bayer Ave FW
   ATTY: John B Flatt

4. PLTF: Wells Fargo Bank Minnesota
   DEFT: Robert P Grant Gina L. Grant
   DATE: 2-23-05          NUMBER: 02C01-0411-MF-1101
   JDMT: for pltf 87375.11    727 W Oakdale, FW
   ATTY: Michael Ghosh

ORDER _____

JUDGMENT

1. PLTF: Bank of New York
   DEFT: Robert P Grant, Gina L. Grant
   DATE: 1-14-05          NUMBER: 02C01-0411-MF-1100
   JDMT: for pltf 77705.78        1230 W. Oakdale, FW
   ATTY: Brian P. Howey

2. PLTF: Southwest Capital Investments
   DEFT: Robert Grant, Gina Grant
   DATE: 10-12-07         NUMBER: 02D01-0703-MF-90
   JDMT: for pltf 71348.62        7018 Maysville Rd, FW
   ATTY: Stephen K Andrews

3. PLTF: JP Morgan Chase Bank
   DEFT: Gina Grant
   DATE: 1-26-06          NUMBER: 02D01-0508-MF-310
   JDMT: In Rem Lot 50 Williams  70235.46
   ATTY: Phillip A Norman

4. PLTF: MERS/ Homecomings Financial Network N/H/A
   DEFT: Robert Grant, Gina Grant
   DATE: 6-6-05           NUMBER: 02D01-0411-MF-430
   JDMT: for pltf 44367.79        2502 New Haven, FW
   ATTY: Dennis V. Ferguson

ORDER _____

JUDGMENT
1. PLTF: J. Morgan Chase Bank
   DEFT: Robert Grant, Gina Grant
   DATE: 2-28-05      NUMBER: 02D01-0411-MF-425
   JDMT: for plff 41164.37      1428 Grant Ave. FW
   ATTY: Wendy A Kitchel

2. PLTF: Bank of New York Trust Co
   DEFT: Gina Grant
   DATE: 4-12-07      NUMBER: 02D01-0701-MF-73
   JDMT: In Rem lot 56 Fleming Kuhnes  32225.98
   ATTY: Dennis V. Ferguson

3. PLTF: _____
   DEFT: _____
   DATE: _____  NUMBER: _____
   JDMT: _____
   ATTY: _____

4. PLTF: _____
   DEFT: _____
   DATE: _____  NUMBER: _____
   JDMT: _____
   ATTY: _____