# EXHIBIT "C"

| PROPERTY ADDRESS | LOAN #: | | BROKER PRICE OPINION |
|---|---|---|---|
| 1908 W. TILL ROAD, FORT WAYNE, IN 46818 | | | This BPO will have a significant impact on the marketing of this property. Every effort should be made to provide accurate and detailed information in your evaluation. Comments are always welcomed and are usually necessary to describe the property and market. |
| FIRM NAME: Coldwell Banker Roth Wehrly Grab | COMPLETED BY: Duane Wilder | | |
| FANNIE MAE SALES REP: | DATE: 08/01/2011 | PHONE #: (858) 456-7604 | |

| Unit Type: | ☒ SFR | ☐ Condo | ☐ Townhouse | ☐ PUD | ☐ Multi-Family | 1 (# of units) | ☐ Modular | ☐ Land |

If Condo or PUD--HOA Fees are  NA  / month. The fee includes: ___
If Condo or PUD--Property Mgmt. (Company/Name): ___  Prop. Mgmt. Phone: ___
Current Occupancy:  ☒ Occupied   ☐ Vacant   ☐ Unknown

### I. GENERAL MARKET CONDITIONS

Current market conditions:   ☐ Depressed   ☐ Slow   ☒ Stable   ☐ Improving   ☐ Excellent
Employment conditions:   ☐ Declining   ☒ Stable   ☐ Increasing
Market price of this type property has:   ☐ Increased   ☒ Decreased   5.0000 % in the past   12 months   ☐ Remained Stable
Estimated percentages of owners vs. tenants in neighborhood:   80 % of owner occupant   20 % tenant.
There is a(n)   ☒ normal supply   ☐ over supply   ☐ shortage   of comparable listings in the area.
Approximate number of comparable units for sale in neighborhood: 5
Number of listings in area that are REO or Corp. owned: 7      Number of boarded or blocked up homes: 1
Comments: ___

### II. SUBJECT MARKETABILITY

Range of values in the neighborhood is   $29,900   to   $64,900      Location: Suburban
The subject is an   ☐ over improvement   ☐ under improvement   ☒ appropriate improvement   for the area.
Estimated marketing time is   100 days. Marketability of subject property is:   ☐ Excellent   ☒ Good   ☐ Fair   ☐ Poor
Comments:  House needs repairs but garage much worse. The roof and vyl siding will help

### III. MARKETING STRATEGY

Most likely buyer:   ☐ Owner occupant   ☒ Investor
Potential financing:   ☐ Fannie Mae   ☒ Cash   ☐ Outside Lender   ☐ FHA   ☐ VA
Recommended repairs and an estimate of cost by item:     Describe any structural damage:
1. gutters     $450     3. landscp     $1,200
2. garage rebuild     $2,000     4. misc repairs expected     $1,500

### COMPETITIVE CONTRACT OFFERINGS OR LISTINGS

| ITEM | SUBJECT | COMPARABLE NO. 1 | COMPARABLE NO. 2 | COMPARABLE NO.3 |
|---|---|---|---|---|
| Address | 1908 W. TILL ROAD, FORT WAY | 2630 Lincolndale ave | 2524 hunter rd | 3627 Ludwig |
| Proximity to Subject | | 3.1 | 4.2 | 2.3 |
| Current List Price | NA | $64,900 | $54,900 | $29,900 |
| Original List Price | | $64,900 | $54,900 | $29,900 |
| Value Adjustments | Description | Description | Description | Description |
| Sales or Finc. Conces | | Average | Average | Average |
| Date of Sale/D.O.M. | 0 | 108 | 38 | 38 |
| Location | Good | Average | Average | Average |
| Lot Size | 1.6 | 1.79ac | 1.12ac | 0.52ac |
| Design/style | Ranch | Contemporary | Ranch | Ranch |
| Construction type | Frame | Frame | Frame | Frame |
| Year Built | 1945 | 1952 | 1948 | 1952 |
| Condition | Average | Average | Average | Average |
| Above Grade Room Count | Total 4 / Beds 2 / Baths 1/0 | Total 5 / Beds 3 / Baths 1/ | Total 5 / Beds 2 / Baths 1/ | Total 6 / Beds 3 / Baths 1/ |
| Gross Living | 788 Sq.Ft. | 960 Sq.Ft. | 1096 Sq.Ft. | 1144 Sq.Ft. |
| Functional Utility | Average | Average | Average | Average |
| Heating/Cooling | Average | Average | Average | Average |
| Garage/Carport | 1 car, detached / None | 2 car, attached/None | 2 car, attached/None | None/None |
| Porch, Patio, Pools | Open, None, None | None, Slab, None | Open, Slab, None | None, Deck, None |
| Special Energy Efficient Items | Average | Average | Average | Average |
| Fireplace(s) | None | None | 1 | None |
| Other (e.g. kitchen equip., remodeling) | UNK | UNK | UNK | UNK |

NVS / FNMA 1/2001      - 1 -

11VS40399

## COMPETITIVE CLOSED SALES

Broker should report the days from list to close for each sale under Date of Sale.

| ITEM | SUBJECT | COMPARABLE NO. 1 | | COMPARABLE NO. 2 | | COMPARABLE NO.3 | |
|---|---|---|---|---|---|---|---|
| Address | 1908 W. TILL ROAD, FOR | 2315 w Wallen rd | | 4114 Harris rd | | 811 Goshen Ave | |
| Proximity to Subject | | .8 | | 3.7 | | 5.8 | |
| Sales Price | | $6,825 | | $40,000 | | $31,850 | |
| Price/Gross Liv. Area | | $8 | | $40 | | $34 | |
| Value Adjustments | Description | Description | +(-)Adjustment | Description | +(-)Adjustment | Description | +(-)Adjustment |
| Sales or Finc. Conces | | | | | | | |
| Date of Sale/D.O.M. | NA/ 0 | 03/14/11 37 | | 06/03/11 19 | | 07/15/11 40 | |
| Location | Good | Average | $7,500 | Good | | Good | |
| Lot Size | 1.6 | 0.5ac | $5,000 | 0.52ac | | 0.86ac | |
| Design/style | Ranch | Ranch | | Ranch | | Ranch | |
| Construction type | Frame | Frame | | Frame | | Other | |
| Year Built | 1945 | 1930 | $2,500 | 1954 | | 1910 | |
| Condition | Average | Fair | $10,000 | Average | | Fair | $10,000 |
| Above Grade Room Count | Total 4 Beds 2 Baths 1/0   788 Sq.Ft. | Total 4 Beds 2 Baths 1/0   852 Sq.Ft. | | Total 6 Beds 3 Baths 1/   1000 Sq.Ft. | $-2,120 | Total 6 Beds 3 Baths 1/   912 Sq.Ft. | $-1,240 |
| Basement & Finished Rooms Below Grade | Full/Unfinished | Partial/Unfinished | $2,500 | Crawl-Space | | Partial/Unfinished | $2,500 |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | Average | Average | | Average | | Average | |
| Garage/Carport | 1 car, detached / None | None/None | $1,250 | 1 car, detached/Non | | 2 car, detached/None | $-1,250 |
| Porch, Patio, Pools | Open, None, None | None, None, None | | Open, Deck, None | | None, Slab, None | |
| Special Energy Efficient Items | Average | Average | | Average | | Average | |
| Fireplace(s) | None | None | | None | | None | |
| Other (e.g. kitchen equip., remodeling) | UNK | UNK | | UNK | | UNK | |
| Net Adj. (total) | | | $ 28750 | | $ -2120 | | $ 10010 |
| Indicated Value of Subject | | | $ $35,575 | | $ $37,880 | | $ $41,860 |

### VI. COMMENTS on Sales Comparison and Reconciliation

subject needs work and is quite small and only 2 bedrooms. The siding and roof appear newer but gutters sagging etc. garage door poor as well as siding work needed, landscp has been neglected and some trees trimming needed. Large lot with old shed in rear. The house appears vacant with driveway overgrown with grass and may have been vacant for quite a while.

subject is a bit obsolete now for area. Most houses in area are much newer with newer subdiv throughout area. The newer houses dwarf subject in size and values. The area has had large increase in expansion in last few years but new construction had slowed a lot recently. The houses next to subject are mostly similar aged and style but newer subdivs are expected in future. subject needs some gutter work, roof appears ok, garage needs a lot of repairs, landscp work needed, large 1.6 acre lot appears to have an old shed in rear. Housing demand for this type of house will be a bit slow. Only 2 bedroom 1 bath.

THE VALUE FOR THE SUBJECT PROPERTY BASED ON 90 DAYS TO SELL AND CLOSE IS:

| OPINION OF VALUE | | |
|---|---|---|
| | AS IS | REPAIRED |
| Probable Final | $41,000 | $41,000 |
| Suggested List | $42,900 | $42,900 |

Check one block below:
☐ Both the interior and exterior were inspected.
☒ Only the exterior was inspected.

CLIENT LOAN NUMBER:
GINA L GRANT

11VS40399