UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

### AFFIDAVIT OF DISINTERESTEDNESS

STATE OF [CALIFORNIA]       )
                            ) ss:
COUNTY OF [SAN DIEGO]       )

**David E. McAllister**, being duly sworn, upon his/her oath, deposes and says:

1. I am a **Partner** of **Pite Duncan, LLP**, located at **4375 Jutland Drive, San Diego, CA 92117** (the "Firm").

2. The above-captioned debtors and debtors-in-possession (each a "Debtor" and collectively the "Debtors") have requested that the Firm provide legal services to the Debtors, and the Firm has consented to provide such services.

3. The Firm may have performed services in the past, may currently perform services, and may perform services in the future, in matters unrelated to the above-captioned cases (the "Chapter 11 Cases"), for persons that are parties-in-interest in the Debtors' Chapter 11 Cases. The Firm does not perform services for any such person in connection with these Chapter 11 Cases, or have any relationship with any such person, their attorneys, or accountants that would be adverse to the Debtors or their estates.

ny-1050237

4. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be employed by the Debtors, claimants, and parties in interest in these Chapter 11 Cases,

5. Neither I nor **any principal or partner** of, or professional employed by, the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principal and regular employees of the Firm.

6. Neither I nor **any principal or partner** of, or professional employed by, the Firm, insofar as I have been able to ascertain, holds, or represents any interest adverse to the Debtors or their estates with respect to the matter(s) upon which this Firm is to be employed.

7. The Debtors owe the Firm **$15,617.23** for prepetition services related to hourly matters in which the firm was retained by the Debtors' legal department, the payment of which is subject to limitations contained in the United States Bankruptcy Code, 11 U.S.C. § 101, et seq.

8. As of the Petition Date, the Firm **was not** party to an agreement for indemnification with certain of the Debtors in regard to any particular matter. However, there is a Master Services Agreement between the firm and certain debtors which contains indemnification provisions, none of which have been exercised. The Firm is unaware of any potential matters.

9. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.

ny-1050237

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 3, 2012

_____
**David E. McAllister**

Sworn to and subscribed before me
this 3 day of August, 2012

_____
Notary Public

ANDREA WHITNEY
Commission No. 1814711
NOTARY PUBLIC - CALIFORNIA
SAN DIEGO COUNTY
My Comm. Expires October 22, 2012

ny-1050237

*In re Residential Capital, LLC*, et al.
Chapter 11 Case No. 12-12020 (MG)

RETENTION QUESTIONNAIRE[1]

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY RESIDENTIAL CAPITAL, LLC, et al. (the "Debtors")

THIS QUESTIONNAIRE WILL BE FILED WITH THE COURT ON YOUR BEHALF. PLEASE REMIT IT TO THE FOLLOWING ADDRESS:

>Morrison & Foerster LLP
>1290 Avenue of the Americas
>New York, New York 10104
>Attn: Norman S. Rosenbaum and Jordan A. Wishnew

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1. Name and address of firm:

   Pite Duncan, LLP

   4375 Jutland Drive

   San Diego, CA 92117

2. Date of original retention: December 1, 1999

3. Brief description of legal services to be provided:

   Wrongful foreclosure defense; title litigation; FDCPA and

   RESPA issues; Defense of Adversary Proceedings

4. Arrangements for compensation (hourly, contingent, etc.)

   (a) Average hourly rate (if applicable): $195 per hour

   (b) Estimated average monthly compensation (based on prepetition retention if firm was employed prepetition):

   $15,000 per month*

---

[1] All amounts are either owing in U.S. Dollars or have been converted to U.S. Dollars based upon the applicable exchange rate in effect on the Petition Date.

1

ny-1050235

5. Prepetition claims against any of the Debtors held by the firm:

   Amount of claim: $15,617.23

   Date claim arose: 2011-2012

   Source of claim: Legal Services

6. Prepetition claims against any of the Debtors held individually by any member, associate, or professional employee of the firm:

   Name: None

   Status: N/A

   Amount of Claim: N/A

   Date claim arose: N/A

   Source of Claim: N/A

7. Stock of any of the Debtors currently held by the firm:

   Kind of shares: None

   No. of shares: N/A

8. Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

   Name: None

   Status: N/A

   Kind of shares: N/A

   No. of shares: N/A

9. Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates with respect to the matters on which the above-named firm is to be employed.

   None

10. Amount of any retainer received from the Debtors held by the firm:

    (a) As of May 14, 2012: None

2

ny-1050235

(b) Balance remaining after application to invoices due and owing prior to May 14, 2012: N/A

*[signature]*

Name: David E. McAllister

Title: Partner

\*Pursuant to information received from Debtors' counsel, the average monthly income and pre-petition claims listed herein are related solely to hourly matters in which the Firm was retained by the Debtors' legal department. These figures do not include the routine flat fee matters handled by the Firm which relate to mortgage default business operations of Debtors.

3

ny-1050235