David W. Pease
BURR, PEASE & KURTZ
810 N Street
Anchorage, AK  99501-3293
Telephone:     (907) 276-6100
Fax No.:          (907) 258-2530

## IN THE UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF NEW YORK

| In re:<br><br>RESIDENTIAL CAPITAL, LLC, et al.,,<br><br>Debtors. | Case No. 12-12020 (MG)<br><br>Chapter 11<br><br>Jointly Administered |
|---|---|

### AFFIDAVIT OF DISINTERESTEDNESS

STATE OF ALASKA                )
                                                 ) ss.
THIRD JUDICIAL DISTRICT  )

DAVID W. PEASE, being duly sworn, upon his oath, deposes and says:

1. I am an attorney with Burr, Pease & Kurtz, located at 810 N Street, Suite 300, Anchorage, Alaska, 99501 (the "Firm").

2. The above-captioned debtors and debtors-in-possession (each a "Debtor" and collectively the "Debtors") have requested that the Firm provide legal services to the Debtors, and the Firm has consented to provide such services.

3. The Firm may have performed services in the past, may currently perform services, and may perform services in the future, in matters unrelated to the above-captioned cases (the "Chapter 11 Cases"), for persons that are parties-in-interest in the Debtors' Chapter 11

BURR, PEASE
& KURTZ
A PROFESSIONAL CORPORATION
810 N STREET, SUITE 300
ANCHORAGE, AK 99501
(907) 276-6100

Affidavit of Disinterestedness
Residential Capital LLC Bankruptcy, Case No. 12-12020 (MG)
Page 1 of 3

4797-1/ # 116363

Cases. The Firm does not perform services for any such person in connection with these Chapter 11 Cases, or have any relationship with any such person, their attorneys, or accountants that would be adverse to the Debtors or their estates.

4. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be employed by the Debtors, claimants, and parties in interest in these Chapter 11 Cases.

5. Neither I nor any principal of, or professional employed by, the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principal and regular employees of the Firm.

6. Neither I nor any principal of, or professional employed by, the Firm insofar as I have been able to ascertain, holds, or represents any interest adverse to the Debtors or their estates with respect to the matter(s) upon which this Firm is to be employed.

7. The Debtors owe the Firm $1,940.30 for prepetition services, the payment of which is subject to limitations contained in the United States Bankruptcy Code, 11 U.S.C. § 101, et seq.

8. As of the Petition Date, the Firm was not party to an agreement for indemnification with certain of the Debtors.

9. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.

BURR, PEASE & KURTZ
A PROFESSIONAL CORPORATION
810 N STREET, SUITE 300
ANCHORAGE, AK 99501
(907) 276-6100

Affidavit of Disinterestedness
Residential Capital LLC Bankruptcy, Case No. 12-12020 (MG)
Page 2 of 3

4797-1/ # 116363

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

*David Pease*

SUBSCRIBED AND SWORN to before me this 7 day of August, 2012.

*Wilma L. French*
NOTARY PUBLIC FOR ALASKA
My commission expires: 10-30-2012

BURR, PEASE
& KURTZ
A PROFESSIONAL CORPORATION
810 N STREET, SUITE 300
ANCHORAGE, AK 99501
(907) 276-6100

Affidavit of Disinterestedness
Residential Capital LLC Bankruptcy, Case No. 12-12020 (MG)
Page 3 of 3

4797-1/ # 116363

*In re Residential Capital, LLC*, et al.
Chapter 11 Case No. 12-12020 (MG)

## RETENTION QUESTIONNAIRE

1. Name and address of firm:

    Burr, Pease & Kurtz

    810 N Street, Suite 300

    Anchorage, AK 99501

2. Date of original retention: January 19, 2011

3. Brief description of legal services to be provided:

    Burr, Pease & Kurtz was retained by GMAC Mortgage LLC to defend a law suit brought by Mr. Hendricks alleging in part fraud and bad faith when GMAC foreclosed on Mr. Hendricks' house and placed it up for sale. Mr. Hendricks has not made a payment on his GMAC mortgage for at least 5 years.

4. Arrangements for compensation (hourly, contingent, etc.)

    (a) Average hourly rate: Attorney Pease $220; Attorney Page $230; paralegal $100.

    (b) Estimated average monthly compensation (based on prepetition retention if firm was employed prepetition):

    $1,340.

5. Prepetition claims against any of the Debtors held by the firm:

4797-1/ # 116366

    Amount of claim: $1,940.30

    Date claim arose: From 4/03/12 to date of petition

    Source of claim: Legal services to defend GMAC Mortgage LLC.

6. Prepetition claims against any of the Debtors held individually by any member, associate, or professional employee of the firm: Zero.

7. Stock of any of the Debtors currently held by the firm:
None.

8. Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:
None known.

9. Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates with respect to the matters on which the above-named firm is to be employed.
None.

10. Amount of any retainer received from the Debtors held by the firm:
We do not have a retainer.

                         BURR, PEASE & KURTZ

                         By _____
                             David W. Pease, Shareholder

4797-1/ # 116366