UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

## AFFIDAVIT OF DISINTERESTEDNESS

STATE OF [ Louisiana ]   )
                         ) ss:
COUNTY OF [ Orleans ]    )

**John A. Thomas, Jr.** upon his/her oath, deposes and says:

1. I am the **Executive Director of Administration** of **McGlinchey Stafford PLLC**, located at **601 Poydras Street, 12th Floor, New Orleans, LA 70130** (the "Firm").

2. The above-captioned debtors and debtors-in-possession (each a "Debtor" and collectively the "Debtors") have requested that the Firm provide legal services to the Debtors, and the Firm has consented to provide such services.

3. The Firm may have performed services in the past, may currently perform services, and may perform services in the future, in matters unrelated to the above-captioned cases (the "Chapter 11 Cases"), for persons that are parties-in-interest in the Debtors' Chapter 11 Cases. The Firm does not perform services for any such person in connection with these Chapter 11 Cases, or have any relationship with any such person, their attorneys, or accountants that would be adverse to the Debtors or their estates.

ny-1050237

4. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be employed by the Debtors, claimants, and parties in interest in these Chapter 11 Cases,

5. Neither I nor **any member** of, or professional employed by, the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principal and regular employees of the Firm.

6. Neither I nor **any member** of, or professional employed by, the Firm, insofar as I have been able to ascertain, holds, or represents any interest adverse to the Debtors or their estates with respect to the matter(s) upon which this Firm is to be employed.

7. The Debtors owe the Firm **$ 6,830.50** for prepetition services, the payment of which is subject to limitations contained in the United States Bankruptcy Code, 11 U.S.C. § 101, et seq.

8. As of the Petition Date, the Firm **was not** party to an agreement for indemnification with certain of the Debtors.

9. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on __August 2____, 2012

John A. Thomas, Jr.

ny-1050237

Sworn to and subscribed before me
this __2nd__ day of __August_____, 2012

_____*Benita C. Kelly*_____
Notary Public

BENITA C. KELLY
Notary Public
State of Louisiana
Orleans Parish
Notary ID # 92103
My Commission is for Life

ny-1050237

*In re Residential Capital, LLC*, et al.
Chapter 11 Case No. 12-12020 (MG)

RETENTION QUESTIONNAIRE[1]

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY RESIDENTIAL CAPITAL, LLC, et al. (the "Debtors")

THIS QUESTIONNAIRE WILL BE FILED WITH THE COURT ON YOUR BEHALF. PLEASE REMIT IT TO THE FOLLOWING ADDRESS:

> Morrison & Foerster LLP
> 1290 Avenue of the Americas
> New York, New York 10104
> Attn: Norman S. Rosenbaum and Jordan A. Wishnew

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1. Name and address of firm:

   McGlinchey Stafford PLLC

   601 Poydras Street, 12th Floor

   New Orleans, LA 70130

2. Date of original retention:    March 4, 1999

3. Brief description of legal services to be provided:

   McGlinchey Stafford currently represents Debtors in lawsuits brought under RESPA, TILA, HOEPA, FDCPA, FRCA, CROA, and other federal and state statutes. We also defend Debtors in defensive foreclosure actions.

---

[1] All amounts are either owing in U.S. Dollars or have been converted to U.S. Dollars based upon the applicable exchange rate in effect on the Petition Date.

1

ny-1050235

4. Arrangements for compensation (hourly, contingent, etc.)

   (a) Average hourly rate (if applicable): $300

   (b) Estimated average monthly compensation (based on prepetition retention if firm was employed prepetition):

   $7,000

5. Prepetition claims against any of the Debtors held by the firm:

   Amount of claim: $6,830.50

   Date claim arose: February 1, 2012

   Source of claim: Fees for legal services

6. Prepetition claims against any of the Debtors held individually by any member, associate, or professional employee of the firm:

   Name: N/A

   Status: N/A

   Amount of Claim: N/A

   Date claim arose: N/A

   Source of Claim: N/A

7. Stock of any of the Debtors currently held by the firm:

   Kind of shares: N/A

   No. of shares: N/A

ny-1050235

2

8. Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

   Name: _____N/A_____

   Status: _____N/A_____

   Kind of shares: _____N/A_____

   No. of shares: _____N/A_____

9. Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates with respect to the matters on which the above-named firm is to be employed.

   _____None_____

10. Amount of any retainer received from the Debtors held by the firm:

    (a) As of May 14, 2012: _____None_____

    (b) Balance remaining after application to invoices due and owing prior to May 14, 2012:

    _____None_____

    Name: __John A. Thomas. Jr.__

    Title: __Executive Director of Administration__

3

ny-1050235