**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, *et al.*, | Chapter 11 |
| Debtors. | Jointly Administered |

### AFFIDAVIT OF SERVICE

I, Michael Birnbaum, depose and say that I am employed by Kasowitz, Benson, Torres & Friedman LLP ("Kasowitz"), attorneys for Federal Housing Finance Agency, as Conservator for the Federal Home Loan Mortgage Corporation.

On August 10, 2012, at my direction and under my supervision, employees of Kasowitz caused the following document to be served via first-class mail on the parties listed on **Exhibit A**, and via electronic mail on the parties listed on **Exhibit B**:

Federal Housing Finance Agency's Reply in Further Support of Its Motion Pursuant to Orders of the Honorable Denise L. Cote Seeking Limited Discovery from the Debtors and, if Necessary to that Purpose, Relief from the Automatic Stay [Docket No. 1086]

DATED:    August 14, 2012
              New York, New York

_____
Michael Birnbaum

Sworn to before me this
14 day of August, 2012

_____
Notary Public
THOMAS AMBURGY
NOTARY PUBLIC-STATE OF NEW YORK
No. 02AM6207319
Qualified in New York County
My Commission Expires June 08, 20 13

**EXHIBIT A**

AIG Asset Management, US LLC.
80 Pine St.
New York, NY 10038
Attn: Russell Lipman

Allstate Life Insurance Company
3075 Sanders Rd., Ste. G5A
Northbrook, IL 60062
Attn: Peter A. McElvain

Ally Bank
440 S. Church St.
# 1100
Charlotte, NC 28202
Attn: Tom Houghton

Ally Financial Inc.
440 S. Church St.
# 1100
Charlotte, NC 28202
Attn: Jeffrey Brown, Corporate Treasurer

Alston & Bird LLP
One Atlantic Center
1201 West Peachtree St.
Atlanta, GA 30309-3424
Attn: John C. Weitnauer, Esq.

Alston & Bird LLP
90 Park Ave.
New York, NY 10016
Attn: Martin G. Bunin, Esq.
        William Hao, Esq.

Alston & Bird LLP
Bank of America Plaza, Ste. 4000
101 S. Tryon St.
Charlotte, NC 28280-4000
Attn: William B. Macurda

Bankruptcy & Collections Division
Assistant Attorney General
P.O. Box 12548
Austin, TX 78711-2548
Attn: John Mark Stern

Bank of New York Mellon
525 William Penn Place
Pittsburgh, PA 15259-0001
Attn: Sarah Stout
        Jennifer J. Provenzano

Barclays Bank, PLC.
745 7th Ave., 27th Fl.
New York, NY 10019
Attn: Alicia Borys
        Patrick Kerner

Barclays Bank, PLC.
1301 Sixth Ave.
New York, NY 10019
Attn: Joe Tricamo
     May Wong

Barnes & Thornburg LLP
1000 North West St., Ste. 1200
Wilmington, DE 19801
Attn: David M. Powlen

Barry B. Eskanos, JD MPA
Ami B. Eskanos
3122 Pine Tree Dr.
Miami Beach, FL 33140

Bernstein Litowitz Berger & Grossmann LLP
12481 High Bluff Dr., Ste. 300
San Diego, CA 92130
Attn: David R. Stickney
     Jonathan D. Uslaner
     Matthew P. Jubenville

Bernstein Litowitz Berger & Grossmann LLP
1285 Avenue of the Americas
New York, NY 10019
Attn: Jai K. Chandrasekhar

BMMZ Holding LLC
c/o Ally Financial Inc.
200 Renaissance Center
Mail Code 482-B12-B96
Detroit, MI 48265-2000
Attn: Courtney Lowman

Brian Kessler, *et al.*
c/o Walters Bender Strohbehn & Vaughan, P.C.
2500 City Center Square
1100 Main, Suite 2500
Kansas City, MO 64105

Cadwalader Wickersham & Taft LLP
One World Financial Center
New York, NY 10281
Attn: Gregory M. Petrick
     Ingrid Bagby

Cadwalader Wickersham & Taft LLP
700 Sixth St., NW
Washington, DC 20001
Attn: Mark C. Ellenberg, Esq.

Cohen Milstein Sellers & Toll PLLC
88 Pine St., 14th Fl.
New York, NY 10005
Attn: Joel P. Laitman
     Christopher Lometti
     Michael B. Eisenkraft
     Daniel B. Rehns
     Kenneth M. Rehns

Cole Schotz Meisel Forman & Leonard PA
301 Commerce St., Ste. 1700
Fort Worth, TX 76102
Attn: Michael D. Warner
      Emily S. Chou

Commonwealth of Pennsylvania, Department of
Labor and Industry
Reading Bankruptcy & Compliance Unit
625 Cherry St., Rm. 203
Reading, PA 19602-1152
Attn: Joseph Kots

Crowe & Dunlevy PC
20 N. Broadway Ave., Ste. 1800
Oklahoma City, OK 73102
Attn: William H. Hoch

Curtis Mallet-Prevost Colt & Mosle LLP
101 Park Ave.
New York, NY 10178-0061
Attn: Maryann Gallagher, Esq.

Curtis Mallet-Prevost Colt & Mosle LLP
101 Park Ave.
New York, NY 10178-0061
Attn: Michael A Cohen, Esq.

Curtis Mallet-Prevost Colt & Mosle LLP
101 Park Ave.
New York, NY 10178-0061
Attn: Steven J. Reisman, Esq.

Dechert LLP
1095 Avenue of the Americas
New York, NY 10036-6797
Attn: Glenn E. Siegel
      Hector Gonzalez
      Brian E. Greer
      Mauricio A. Espana

David P. Stich, Esq.
521 Fifth Ave., 17th Fl.
New York, NY 10175

Deutsche Bank
Corporate Trust Department
1761 E. St. Andrew Place
Santa Ana, CA 92705-4934
Attn: Rosa Mendez

Deutsche Bank Trust Company Americas
Harborside Financial Center
100 Plaza One MS: JCY03-0699
Jersey City, NJ 07311-3901
Attn: Brendan Meyer

3

Diem T. Nguyen
16478 Beach Blvd., No. 331
Westminister, CA 92683

Duane Morris LLP
1540 Broadway
New York, NY 10036
Attn: Gerald S. Catalanello, Esq.
        James J. Vincequerra, Esq.

Zuckerman Spaeder LLP
1185 Avenue of the Americas, 31st Floor
New York, NY 10036
Attn: Graeme W. Bush
        Nelson C. Cohen
        Laura E. Neish

Fein Such & Crane LLP
28 East Main St., Ste. 1800
Rochester, NY 14614
Attn: Mark K. Broyles, Esq.

FIDC
Counsel - Legal Division
3501 Fairfax Dr., Rm. VS-D-7076
Arlington, VA 22226-3500
Attn: Dennis J. Early

Financial Guaranty Insurance Company
125 Park Ave.
New York, NY 10017
Attn: John Dubel

Foley & Mansfield PLLP
250 Marquette Ave., Ste. 1200
Minneapolis, MN 55401
Attn: Thomas J. Lallier

Zuckerman Spaeder LLP
1800 M. Street, N.W., Suite 1000
Washington, DC 20036
Attn: Graeme W. Bush
        Nelson C. Cohen
        Laura E. Neish

Freeborn & Peters LLP
311 S Wacker Dr., Ste. 3000
Chicago, IL 60606-6677
Attn: Devon J. Eggert, Esq.

Freeborn & Peters LLP
311 S Wacker Dr., Ste. 3000
Chicago, IL 60606-6677
Attn: Thomas R. Fawkes, Esq.

Gibbons PC
One Pennsylvania Plaza 37th Fl.
New York, NY 10119-3701
Attn: Jeffrey S. Berkowitz, Esq.

Gibbons PC
One Gateway Center 9th Fl.
Newark, NJ 07102-5310
Attn: Karen A. Giannelli, Esq.

Gibbs & Bruns LLP
1100 Louisiana, Ste. 5300
Houston, TX 77002
Attn: Kathy D. Patrick, Esq.
     Scott A. Humphries, Esq.

Gibbs & Bruns L.L.P.
1100 Louisiana
Suite 5300
Houston, TX 77002
Attn: Kathy D. Patrick

Ginnie Mae
550 12 St. SW
3rd Floor
Washington, DC 20024
Attn: Ted Tozer

Grant & Eisenhofer PA
485 Lexington Ave., 29th Fl.
New York, NY 10017
Attn: Georffrey C. Jarvis
    Matthew P. Morris
    Deborah A. Elman

HP Enterprise Services LLC
5400 Legacy Dr.
Plano, TX 75024
Attn: Ayala Hassell, Esq.

IBM Corporation
1360 Rene Levesque W., Ste. 400
Montreal, QC.,  H3G 2W6, Canada
Attn: Shawn Konig

Jones Day
901 Lakeside Ave.
Cleveland, OH 44114
Attn: Carle E. Black

Jones Day
222 East 41st Street
New York, NY 10017
Attn: Corinne Ball
    Richard L. Wynne
    Lance E. Miller

Wollmuth, Maher, & Deutsch LLP
500 Fifth Ave., 12th Fl.
New York, NY 10110
Attn: Paul R. DeFilippo
      Steven S. Fitzgerald

Kilpatrick & Associates PC
903 North Opdyke Rd., Ste. C
Auburn Hills, MI 48326
Attn: Richardo I. Kilpatrick

King & Spalding LLP
1180 Peachtree Street N.E.
Atlanta, GA 30309
Attn: W. Austin Jowers
      Paul K. Ferdinands
      Thaddeus D. Wilson

Klestadt & Winters LLP
570 Seventh Ave., 17th Fl.
New York, NY 10018
Attn: Tracy L. Klestadt
      Joseph C. Corneau

Alison M. Tearnen Schepper
Kurtzman Carson Consultants
599 Lexington Avenue, 39th Fl.
New York, NY 10022

Law Offices of Christopher Green
Two Union Square, Suite 4285
601 Union Street
Seattle, WA 98101
Attn: Christopher E. Green

Law Offices of Robert E. Luna PC
4411 N. Central Expressway
Dallas, TX 75205
Attn: Andrea Sheehan

Linebarger, Goggan, Blair, & Sampson LLP
P.O. Box 17428
Austin, TX 78760
Attn: Diana W. Sanders

Linebarger, Goggan, Blair, & Sampson LLP
2323 Bryan St., Ste. 1600
Dallas, TX 75201
Attn: Elzabeth Weller

Linebarger, Goggan, Blair, & Sampson LLP
P.O. Box 3064
Houston, TX 77253-3064
Attn: John P. Dillman, Esq.

Lowenstein Sandler PC
1251 Avenue of the Americas, 18th Fl.
New York, NY 10020
Attn: Andrew Behlmann

Lowenstein Sandler PC
65 Livingston Ave.
Roseland, NJ 07068
Attn: Andrew Behlmann

Lowenstein Sandler PC
1251 Avenue of the Americas, 18th Fl.
New York, NY 10020
Attn: Michael S. Etkin
        Ira M. Levee

Lowenstein Sandler PC
65 Livingston Ave.
Roseland, NJ 07068
Attn: Michael S. Etkin
        Ira M. Levee

M&TCC
1 M&T Plaza, 7th Floor
Buffalo, NY 14203

Manatee County Tax Collector
4333 US 301 North
Ellenton, FL 34222
Attn: Susan D. Profant
        Ken Burton Jr.

Mathis, Riggs & Prather PSC
500 Main St., Ste. 5
Shelbyville, KY 40065
Attn: Donald T. Prather

MBIA Insurance Corporation
113 King St.
Armonk, NY 10504
Attn: Mitchell Sonkin

McKool Smith PC
600 Travis St., Suite 7000
Houston, TX 77002
Attn: Paul D. Moak

McKool Smith PC
One Bryant Park, 47th Fl.
New York, NY 10036
Attn: Michael R. Carney

Wollmuth, Maher, & Deutsch LLP
One Gateway Center, 9th Fl.
Newark, NJ 07102-
Attn: James N. Lawlor

Morgan, Lewis, & Bockius LLP
101 Park Ave.
New York, NY 10178-0600
Attn: James L. Garrity Jr.

Morgan, Lewis, & Bockius LLP
101 Park Ave.
New York, NY 10178-0600
Attn: Michael S. Kraut

Morgan, Lewis, & Bockius LLP
101 Park Ave.
New York, NY 10178-0600
Attn: Patrick D. Fleming

Moritt, Hock, & Hamroff LLP
400 Garden City Plaza
Garden City, NY 11530
Attn: Leslie Ann Berkoff

Morrison Cohen LLP
909 Third Ave.
New York, NY 10022
Attn: Joseph T. Moldovan, Esq.

Munger, Tolles, & Olson LLP
355 S. Grand Ave.
Los Angeles, CA 90071
Attn: Seth Goldman

Munger, Tolles, & Olson LLP
355 S. Grand Ave.
Los Angeles, CA 90071
Attn: Thomas B. Walper

Office of Attorney General
Senior Deputy Attorney General
21 S. 12th Street, 3rd Floor
Philadelphia, PA 19107-3603
Attn: Carol E. Momjian

Patterson, Belknap, Webb, & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036-6710
Attn: David W. Dykhouse
      Brian P. Guiney

Mylegalhelpusa.com
4727 E. Bell Rd., Ste. 45-350
Phoenix, AZ 85032
Attn: Paul N. Papas II

Perdue, Brandon, Fielder, Collins, & Mott LLP
c/o Elizabeth Banda Calvo
P.O. Box 13430
Arlington, TX 76094-0430

Pillsbury, Winthrop, Shaw, Pittman LLP
50 Fremont St.
P.O. Box 7880
San Francisco, CA 94120-7880
Attn: Ana N. Damonte, Esq.

Polsinelli Shughart PC
805 Third Ave., Ste. 2020
New York, NY 10022
Attn: Daniel J. Flanigan
        Jason A. Nagi

Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
Attn: Irena M. Goldstein

Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
Attn: Scott K. Rutsky
        Jared D. Zajac

Quinn, Emanuel, Urquhart, & Sullivan LLP
51 Madison Ave., 22nd Fl.
New York, NY 10010
Attn: Daniel L. Brockett
        David D Burnett

Quinn, Emanuel, Urquhart, & Sullivan LLP
51 Madison Ave., 22nd Fl.
New York, NY 10010
Attn: Susheel Kirpalani
        Scott C. Shelley

Reilly Pozner LLP
1900 16th St., Ste. 1700
Denver, CO  80202
Attn: Michael A. Rollin

Robbins, Gellar, Rudman, & Dowd LLP
One Montgomery Steet, Ste. 1800
Post Montgomery Center
San Francisco, CA 94104
Attn: Christopher M. Wood

Robbins, Gellar, Rudman, & Dowd LLP
655 West Broadway, Ste. 1900
San Diego, CA 92101
Attn: Steven W. Pepich

Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036-8704
Attn: D. Ross Martin, Esq.
        Keith H. Wofford, Esq.

Ropes & Gray LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199
Attn: D. Ross Martin

Rowen L Drenne as Representative for the Plaintiffs
Brian Kessler, *et al.*
3725 N. Indiana
Kansas City, MO 64117

Samuel I. White PC
5040 Corporate Woods Dr., Ste. 120
Virginia Beach, VA 23462
Attn: D. Carol Sasser, Esq.

Samuel I. White PC
5040 Corporate Woods Dr., Ste. 120
Virginia Beach, VA 23462
Attn: Donna J. Hall, Esq.

Scarinci & Hollenbeck LLC
1100 Valley Brook Ave.
P.O. Box 790
Lyndhurst, NJ 07071-0790
Attn: Joel R. Gluckman, Esq.

Schnader, Harrison, Segal, & Lewis LLP
1600 Market St., Ste. 3600
Philadelphia, PA 19103-7286
Attn: Barry Bressler
        Richard A. Barkasy

Schnader, Harrison, Segal, & Lewis LLP
140 Broadway Ste. 3100
New York, NY 10005-1101
Attn: Benjamin P. Deutsch, Esq.

Secretary of State
123 William St.
New York, NY 10038-3804

Secretary of State, Division of Corporations
One Commerce Plz.
99 Washington Ave., Ste. 600
Albany, NY 12231-0001

Seward & Kissell LLP
One Battery Park Plaza
New York, NY 10004
Attn: Greg S. Bateman

Seward & Kissell LLP
One Battery Park Plaza
New York, NY 10004
Attn: Ronald L. Cohen
        Kalyan Das

Shafferman & Feldman LLP
286 Madison Ave., Ste. 502
New York, NY 10017
Attn: Joel M. Shafferman, Esq.

Shapiro, Blasi, Wasserman, & Gora PA
7000 Glades Rd., Ste. 400
Boca Raton, FL 33434
Attn: Thomas A. Conrad, Esq.

Shearman & Sterling LLP
599 Lexington Ave.
New York, NY 10022
Attn: Fredric Sosnick
        Susan A. Fennessey

Stinson Morrison Hecker LLP
1201 Walnut, Ste. 2900
Kansas City, MO 64106
Attn: Andrew W. Muller

Sullivan Hazeltine Allinson LLC
901 N Market St., Ste. 1300
Wilmington, DE 19801
Attn: William A. Hazeltine, Esq.

Talcott Franklin PC
208 N. Market Street, Suite 200
Dallas, TX 75202
Attn: Talcott J. Franklin

TCF National Bank
Senior Vice President & Senior Counsel
Janella J. Miller
200 Lake St.
Wayzata, MN 55391

The Bank of New York Mellon
Attn: Robert H. Major, Vice President
6525 West Campus Oval
New Albany, OH 43054

The Canada Trust Company
79 Wellington Street, West, 8th Floor
P.O. Box 1, Toronto-Dominion Centre
Toronto, ON.  M5K 1A2, Canada
Attn: Susan Khokher

U.S. Bank National Association
190 S. LaSalle Street
Chicago, IL 60603
Attn: Mamta K. Scott

U.S. Bank National Association
60 Livingston Ave.
St. Paul, MN 55107
Attn: Michelle Moeller

U.S. Bank National Association
Tanver Ashraf, Corporate Trust Services
West Side Flats, EP-Mn-WS3D
60 Livingston Ave.
St. Paul, MN 55107

U.S. Department of Justice
Civil Division
1100 L Street NW., Room 10018
Washington, DC 20005
Attn: Glenn D. Gillette

Walters, Bender, Stohbehn, & Vaughan PC
2500 City Center Square
1100 Main St.
Kansas City, MO 64105
Attn: J. Michael Vaughan
        David M. Skeens

Wells Fargo Bank, N.A.
Corporate Trust Services
9062 Old Annapolis Road
Columbia, MD 21045
Attn: Kelly Rentz

Wells Fargo Law Department
Kristi Garcia, Esq., Senior Counsel
MAC T7405-010
4101 Wiseman Blvd.
San Antonio, TX 78251

Wendy Alison Nora
210 Second St. NE
Minneapolis, MN 55413

12

White & Case LLP
1155 Avenue of the Americas
New York, NY 10036-2787
Attn: Gerard Uzzi

Wilmington Trust
1100 N. Market St.
Wilmington, DE 19801
Attn: Jennifer Williams

Wilmington Trust, N.A.
Julie J. Becker, Vice President
50 South Sixth St., Ste. 1290
Minneapolis, MN 55402-1544

Wilson, Elser, Moskowitz, Edelman, & Dicker LLP
3 Gannett Dr.
White Plains, NY 10604-3407
Attn: David L. Tillem

Winston & Strawn LLP
200 Park Avenue
New York, NY 10166
Attn: David Neier

Winston & Strawn LLP
200 Park Avenue
New York, NY 10166-4193
Attn: David Neier
        Carey D. Schreiber
        Alan Moskowitz

Citibank NA
Attn: Bobbie Theivakumaran
390 Greenwich St., 6th Fl.
New York, NY 10013

Deutsche Bank Trust Company Americas
c/o Kelvin Vargas
25 De Forest Ave.
Summit, NJ 07901

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
Centralized Insolvency Operation
2970 Market St.
Philadelphia, PA 19104

13

Internal Revenue Service
Insolvency Section
31 Hopkins Plz., Rm. 1150
Baltimore, MD 21201

Kelley Drye & Warren LLP
James S. Carr & Eric R. Wilson
101 Park Ave.
New York, NY 10178

Kirkland & Ellis
Richard M. Cieri
601 Lexington Ave.
New York, NY 10022

Kirkland & Ellis LLP
Attn: Ray C. Schrock & Stephen E. Hessler
601 Lexington Ave.
New York, NY 10022-4611

Kramer Levin Naftallis & Frankel LLP
Kenneth H. Eckstein, Thomas Moers Mayer &
Douglas H. Mannal
1177 Avenue of the Americas
New York, NY 10036

Morrison & Foerster LLP
Attn: Tammy Hamzehpour
1290 Avenue of the Americas
New York, NY 10104

Morrison & Foerster LLP
Larren M. Nashelsky, Gary S. Lee & Lorenzo
Marinuzzi
1290 Avenue of the Americas
New York, NY 10104

Nationstar Mortgage LLC
Attn: General Counsel
350 Highland Drive
Lewisville, TX 75067

Office of the NY State Attorney General
Nancy Lord & Neal Mann
The Capitol
Albany, NY 12224-0341

Office of the US Attorney for the Southern
District of NY
United States Attorney Preet Bharara
One St. Andrews Plaza
New York, NY 10007

Securities & Exchange Commission
Secretary of the Treasury
100 F St. NE
Washington, DC 20549

Securities & Exchange Commission NY
Regional Office
George S. Canellos Regional Director
3 World Financial Center Ste. 400
New York, NY 10281-1022

Sidley Austin LLP
Larry J. Nyhan & Jessica CK Boelter
One Dearborn
Chicago, IL 60603

Skadden Arps Slate Meagher & Flom LLP
Jonathan H. Hofer
Four Times Square
New York, NY 10036

Skadden Arps Slate Meagher & Flom LLP
Sarah M. Ward
Four Times Square
New York, NY 10036

Skadden Arps Slate Meagher & Flom LLP
Ken Ziman
Four Times Square
New York, NY 10036

Skadden Arps Slate Meagher & Flom LLP
Suzanne D. T. Lovett
Four Times Square
New York, NY 10036

The Bank of New York Mellon
Asset-Backed Securities Group
101 Barclay St. 4W
New York, NY 10286

U.S. Bank National Association
Attn: George Rayzis
50 South 16th Street
Suite 2000
Philadelphia, PA 19102

U.S. Bank National Association
Attn: Irina Palchuk
60 Livingston Avenue
EP-MN-WS1D
St. Paul, MN 55107

U.S. Department of Justice
US Attorney General, Eric H. Holder, Jr.
950 Pennsylvania Ave NW
Washington, DC 20530-0001

United States Attorney's Office for the Southern
District of New York Civil Division
Attn Joseph Cordaro
86 Chambers St. 3rd Fl.
New York, NY 10007

US Trustee for the Southern District of NY
Tracy Hope Davis, Linda A. Riffkin and Brian S.
Masumoto
33 Whitehall St., 21st Fl., Region 2
New York, NY 10004

Wells Fargo Bank NA
Attn Corporate Trust Services - GMACM Home
Equity Notes 2004 Variable Funding Trust
P.O. Box 98
Columbia, MD 21046

Skadden, Arps, Slate, Meagher & Flom LLP
4 Times Square
New York, NY 10036
Attn: Jay Kasner, Esq., Scott Musoff, Esq., George
Zimmerman, Esq., Robert Fumerton, Esq., Bryan
Levine, Esq., Alexander Drylewski, Esq.,

Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017-3954
Attn: Thomas C. Rice, Esq., David J. Woll, Esq.,
Alan C. Turner, Esq.,

Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004-2498
Attn: Penny Shane, Esq., Sharon Nelles, Esq.,
Jonathan Sedlak, Esq., David Castleman, Esq.

Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
Attn: James P. Rouhandeh, Esq., Brian Weinstein,
Esq., Daniel Schwartz, Esq., Nicholas George, Esq.,
Jane Morril, Esq.

Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
Attn: Richard W. Clary, Esq., Michael T Reynolds,
Lauren A. Moskowitz, Esq.

Mayer Brown LLP
1675 Broadway
New York, NY 10019-5820

Lazare Potter & Giacovas LLP
950 Third Avenue
New York, NY 10022
Attn: David E. Potter, Esq.

Carpenter Lipps & Leland LLP
280 Plaza, Suite 1300
280 North High Street
Columbus, OH 43215
Attn: Jeffrey A. Lipps, Esq., Jennifer A. L. Battle,
Esq.

Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Attn: Brad S. Karp, Esq.,
Susanna M. Buergel, Esq.,
Caitlin E. Grusauskas, Esq.

Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004-2498
Theodore Edelman, Esq. Richard H. Klapper, Esq.
Michael T. Tomaino, Jr., Esq. Jordan T. Razza, Esq.
Rudy Kleysteuber, Esq. Jeffrey T. Scott, Esq. David
H. Braff, Esq. Brian T. Frawley, Esq. Joshua Fritsch,
Esq.

Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022
Attn: Matthew Solum, Esq.

Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654
Attn: Robert J. Kopecky, Esq.,
Devon M. Largio, Esq.

Kirkland & Ellis LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005-5793
Attn: Jeffrey S. Powell, Esq.,
Patrick M. Bryan, Esq.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn: Greg A. Danilow, Esq.,
Vernon S. Broderick, Esq.,
Seth Goodchild, Esq.,
Michael J. Firestone, Esq.

Romero Law Firm
Martha E. Romero
BMR Professional Building
6516 Bright Avenue
Whittier, CA 90601

Teitelbaum & Baskin LLP
Jay Teitelbaum, Esq.
1 Barker Avenue, Third Floor
White Plains, NY 10601

Loeb & Loeb LLP
Walter H. Curchack
Vadim J. Rubinstein
Debra W. Minoff
345 Park Avenue
New York, NY 10154

Joseph Corrigan
Iron Mountain Information Management Inc.
745 Atlantic Avenue
Boston, MA 02111

Aldridge Connors LLP
Bankruptcy Department
Fifteen Piedmont Center
3575 Piedmont Rd. NE Ste 500
Atlanta, GA 30305

Attorney General of the State of New York, Eric T.
Schneiderman
Attn: Victoria L. Safran
Nassau Regional Office
200 Old Country Rd. Ste 240
Mineola, NY 11501

Carter Ledyard & Milburn LLP
2 Wall St.
New York, NY 10005
Attn: Aaron R. Cahn
        Leonardo Trivigno

Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112
Attn: Howard Seife
        David M. LeMay
        Robert J. Gayda
        Marc B. Roitman

Fedelina Roybal-DeAguero 2008 Trust
42265 Little Lake Rd
Medocino, CA 94560

Hunton & Williams LLP
200 Park Avenue 53rd Fl
New York, NY 10166
Attn: Richard P. Norton
        Robert A. Rich

Talcott Franklin P.C.
208 N. Market Street, Suite 200
Dallas, TX 75202
Attn: Derek S. Witte

**EXHIBIT B**

Kirkland & Ellis LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005-5793
Attn: Jeffrey S. Powell, Esq., Patrick M. Bryan, Esq.
jeff.powell@kirkland.com
patrick.bryan@kirkland.com

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn: Greg A. Danilow, Esq., Vernon S. Broderick, Esq., Seth Goodchild, Esq., Michael J. Firestone, Esq.
greg.danilow@weil.com
vernon.broderick@weil.com
seth.goodchild@weil.com
michael.firestone@weil.com

Ally Bank
440 S. Church St.
# 1100
Charlotte, NC 28202
Attn: Tom Houghton
tom.houghton@ally.com

Ally Financial Inc.
440 S. Church St.
# 1100
Charlotte, NC 28202
Attn: Jeffrey Brown, Corporate Treasurer
jeff.brown@gmacfs.com
william.b.solomon@ally.com

Alston & Bird LLP
One Atlantic Center
1201 West Peachtree St.
Atlanta, GA 30309-3424
Attn: John C. Weitnauer, Esq.
kit.weitnauer@alston.com

Alston & Bird LLP
90 Park Ave.
New York, NY 10016
Attn: Martin G. Bunin, Esq.
        William Hao, Esq.
marty.bunin@alston.com
william.hao@alston.com

Alston & Bird LLP
Bank of America Plaza, Ste. 4000
101 S. Tryon St.
Charlotte, NC 28280-4000
Attn: William B. Macurda
bill.macurda@alston.com

Bankruptcy & Collections Division
Assistant Attorney General
P.O. Box 12548
Austin, TX 78711-2548
Attn: John Mark Stern
john.stern@texasattorneygeneral.gov

Bank of New York Mellon
525 William Penn Place
Pittsburgh, PA 15259-0001
Attn: Sarah Stout
        Jennifer J. Provenzano
Sarah.Stout@BNYMellon.com
Jennifer.Provenzano@BNYMellon.com
Michael.Spataro@BNYMellon.com
Mageshwaran.Ramasamy@BNYMellon.com

Barclays Bank, PLC.
745 7th Ave., 27th Fl.
New York, NY 10019
Attn: Alicia Borys
        Patrick Kerner
alicia.borys@barclays.com
patrick.kerner@barclays.com

Barclays Bank, PLC.
1301 Sixth Ave.
New York, NY 10019
Attn: Joe Tricamo
        May Wong
xrausloanops5@barclays.com

Barnes & Thornburg LLP
1000 North West St., Ste. 1200
Wilmington, DE 19801
Attn: David M. Powlen
david.powlen@btlaw.com

Barry B. Eskanos, JD MPA
Ami B. Eskanos
3122 Pine Tree Dr.
Miami Beach, FL 33140
bbeskanos@aol.com

Bernstein Litowitz Berger & Grossmann LLP
12481 High Bluff Dr., Ste. 300
San Diego, CA 92130
Attn: David R. Stickney
        Jonathan D. Uslaner
        Matthew P. Jubenville
davids@blbglaw.com
jonathanu@blbglaw.com
matthewj@blbglaw.com

Bernstein Litowitz Berger & Grossmann LLP
1285 Avenue of the Americas
New York, NY 10019
Attn: Jai K. Chandrasekhar
jai@blbglaw.com

BMMZ Holding LLC
c/o Ally Financial Inc.
200 Renaissance Center
Mail Code 482-B12-B96
Detroit, MI 48265-2000
Attn: Courtney Lowman
courtney.lowman@ally.com

Brian Kessler, *et al.*
c/o Walters Bender Strohbehn & Vaughan, P.C.
2500 City Center Square
1100 Main, Suite 2500
Kansas City, MO 64105
jhaake@wbsvlaw.com

Cadwalader Wickersham & Taft LLP
One World Financial Center
New York, NY 10281
Attn: Gregory M. Petrick
        Ingrid Bagby
gregory.petrick@cwt.com
ingrid.bagby@cwt.com

Cohen Milstein Sellers & Toll PLLC
88 Pine St., 14th Fl.
New York, NY 10005
Attn: Joel P. Laitman
        Christopher Lometti
        Michael B. Eisenkraft
        Daniel B. Rehns
        Kenneth M. Rehns
jlaitman@cohenmilstein.com; clometti@cohenmilstein.com;
meisenkraft@cohenmilstein.com;
drehns@cohenmilstein.com; krehns@cohenmilstein.com

Cadwalader Wickersham & Taft LLP
700 Sixth St., NW
Washington, DC 20001
Attn: Mark C. Ellenberg, Esq.
mark.ellenberg@cwt.com

Cole Schotz Meisel Forman & Leonard PA
301 Commerce St., Ste. 1700
Fort Worth, TX 76102
Attn: Michael D. Warner
     Emily S. Chou
mwarner@coleschotz.com
echou@coleschotz.com

Commonwealth of Pennsylvania, Department of
Labor and Industry
Reading Bankruptcy & Compliance Unit
625 Cherry St., Rm. 203
Reading, PA 19602-1152
Attn: Joseph Kots
ra-li-ucts-bankrupt@state.pa.us

Crowe & Dunlevy PC
20 N. Broadway Ave., Ste. 1800
Oklahoma City, OK 73102
Attn: William H. Hoch
will.hoch@crowedunlevy.com

Curtis Mallet-Prevost Colt & Mosle LLP
101 Park Ave.
New York, NY 10178-0061
Attn: Maryann Gallagher, Esq.
mgallagher@curtis.com

Curtis Mallet-Prevost Colt & Mosle LLP
101 Park Ave.
New York, NY 10178-0061
Attn: Michael A Cohen, Esq.
macohen@curtis.com

Curtis Mallet-Prevost Colt & Mosle LLP
101 Park Ave.
New York, NY 10178-0061
Attn: Steven J. Reisman, Esq.
sreisman@curtis.com

Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022
Attn: Matthew Solum, Esq.
matthew.solum@kirkland.com

Dechert LLP
1095 Avenue of the Americas
New York, NY 10036-6797
Attn: Glenn E. Siegel
     Hector Gonzalez
     Brian E. Greer
     Mauricio A. Espana
glenn.siegel@dechert.com; hector.gonzalez@dechert.com;
brian.greer@dechert.com; mauricio.espana@dechert.com

Deutsche Bank
Corporate Trust Department
1761 E. St. Andrew Place
Santa Ana, CA 92705-4934
Attn: Rosa Mendez
rosa.mendez@db.com

Deutsche Bank Trust Company Americas
Harborside Financial Center
100 Plaza One MS: JCY03-0699
Jersey City, NJ 07311-3901
Attn: Brendan Meyer
Brendan.meyer@db.com

Diem T. Nguyen
16478 Beach Blvd., No. 331
Westminister, CA 92683
diem.home@gmail.com

Duane Morris LLP
1540 Broadway
New York, NY 10036
Attn: Gerald S. Catalanello, Esq.
        James J. Vincequerra, Esq.
gcatalanello@duanemorris.com
jvincequerra@duanemorris.com

Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654
Attn: Robert J. Kopecky, Esq., Devon M. Largio,
Esq.
robert.kopecky@kirkland.com
devon.largio@kirkland.com

Fein Such & Crane LLP
28 East Main St., Ste. 1800
Rochester, NY 14614
Attn: Mark K. Broyles, Esq.
broylesmk@rgcattys.com

FIDC
Counsel - Legal Division
3501 Fairfax Dr., Rm. VS-D-7076
Arlington, VA 22226-3500
Attn: Dennis J. Early
dearly@fdic.gov

Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Attn: Brad S. Karp, Esq., Susanna M. Buergel, Esq.,
Caitlin E. Grusauskas, Esq.
bkarp@paulweiss.com
sbuergel@paulweiss.com
cgrusauskas@paulweiss.com

Zuckerman Spaeder LLP
1800 M. Street, N.W., Suite 1000
Washington, DC 20036

1185 Avenue of the Americas, 31st Floor
New York, NY 10036
Attn: Graeme W. Bush
        Nelson C. Cohen
        Laura E. Neish
gbush@zuckerman.com
ncohen@zuckerman.com
lneish@zuckerman.com

Foley & Mansfield PLLP
250 Marquette Ave., Ste. 1200
Minneapolis, MN 55401
Attn: Thomas J. Lallier
tlallier@foleymansfield.com

Freeborn & Peters LLP
311 S Wacker Dr., Ste. 3000
Chicago, IL 60606-6677
Attn: Devon J. Eggert, Esq.
deggert@freebornpeters.com

Freeborn & Peters LLP
311 S Wacker Dr., Ste. 3000
Chicago, IL 60606-6677
Attn: Thomas R. Fawkes, Esq.
tfawkes@freebornpeters.com

Gibbons PC
One Pennsylvania Plaza 37th Fl.
New York, NY 10119-3701
Attn: Jeffrey S. Berkowitz, Esq.
jberkowitz@gibbonslaw.com

Gibbons PC
One Gateway Center 9th Fl.
Newark, NJ 07102-5310
Attn: Karen A. Giannelli, Esq.
kgiannelli@gibbonslaw.com

Gibbs & Bruns LLP
1100 Louisiana, Ste. 5300
Houston, TX 77002
Attn: Kathy D. Patrick, Esq.
        Scott A. Humphries, Esq.
kpatrick@gibbsbruns.com
shumphries@gibbsbruns.com

Gibbs & Bruns L.L.P.
1100 Louisiana
Suite 5300
Houston, TX 77002
Attn: Kathy D. Patrick
kpatrick@gibbsbruns.com

Grant & Eisenhofer PA
485 Lexington Ave., 29th Fl.
New York, NY 10017
Attn: Georffrey C. Jarvis
        Matthew P. Morris
        Deborah A. Elman
gjarvis@gelaw.com
mpmorris@gelaw.com
delman@gelaw.com

Ginnie Mae
550 12 St. SW
3rd Floor
Washington, DC 20024
Attn: Ted Tozer
theodore.w.tozer@hud.gov

Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004-2498
Theodore Edelman, Esq., Richard H. Klapper, Esq., Michael T. Tomaino, Jr., Esq., Jordan T. Razza, Esq., Rudy Kleysteuber, Esq., Jeffrey T. Scott, Esq., David H. Braff, Esq., Brian T. Frawley, Esq., Joshua Fritsch, Esq.
edelmant@sullcrom.com; klapperr@sullcrom.com; tomainom@sullcrom.com; razzaj@sullcrom.com; kleysteuberr@sullcrom.com; scottj@sullcrom.com; braffd@sullcrom.com; frawleyb@sullcrom.com; fritschj@sullcrom.com

HP Enterprise Services LLC
5400 Legacy Dr.
Plano, TX 75024
Attn: Ayala Hassell, Esq.
ayala.hassell@hp.com

Jones Day
222 East 41st Street
New York, NY 10017
Attn: Corinne Ball
        Richard L. Wynne
        Lance E. Miller
cball@jonesday.com
rlwynne@jonesday.com
lemiller@jonesday.com

Jones Day
901 Lakeside Ave.
Cleveland, OH 44114
Attn: Carle E. Black
ceblack@jonesday.com

Wollmuth, Maher, & Deutsch LLP
500 Fifth Ave., 12th Fl.
New York, NY 10110
Attn: Paul R. DeFilippo
        Steven S. Fitzgerald
pdefilippo@wmd-law.com
sfitzgerald@wmd-law.com

Kilpatrick & Associates PC
903 North Opdyke Rd., Ste. C
Auburn Hills, MI 48326
Attn: Richardo I. Kilpatrick
ecf@kaalaw.com

King & Spalding LLP
1180 Peachtree Street N.E.
Atlanta, GA 30309
Attn: W. Austin Jowers
        Paul K. Ferdinands
        Thaddeus D. Wilson
thadwilson@kslaw.com
ajowers@kslaw.com
pferdinands@kslaw.com

Klestadt & Winters LLP
570 Seventh Ave., 17th Fl.
New York, NY 10018
Attn: Tracy L. Klestadt
        Joseph C. Corneau
tklestadt@klestadt.com
jcorneau@klestadt.com

Alison M. Tearnen Schepper
Kurtzman Carson Consultants
599 Lexington Avenue, 39th Fl.
New York, NY 10022
rescapinfo@kccllc.com

Lazare Potter & Giacovas LLP
950 Third Avenue
New York, NY 10022
Attn: David E. Potter, Esq.
dpotter@lpgllp.com

Law Offices of Robert E. Luna PC
4411 N. Central Expressway
Dallas, TX 75205
Attn: Andrea Sheehan
sheehan@txschoollaw.com

Linebarger, Goggan, Blair, & Sampson LLP
P.O. Box 17428
Austin, TX 78760
Attn: Diana W. Sanders
austin.bankruptcy@publicans.com

Linebarger, Goggan, Blair, & Sampson LLP
2323 Bryan St., Ste. 1600
Dallas, TX 75201
Attn: Elzabeth Weller
dallas.bankruptcy@publicans.com

Linebarger, Goggan, Blair, & Sampson LLP
P.O. Box 3064
Houston, TX 77253-3064
Attn: John P. Dillman, Esq.
houston_bankruptcy@lgbs.com

Lowenstein Sandler PC
1251 Avenue of the Americas, 18th Fl.
New York, NY 10020
Attn: Andrew Behlmann

65 Livingston Ave.
Roseland, NJ 07068
Attn: Andrew Behlmann
abehlmann@lowenstein.com

Lowenstein Sandler PC
1251 Avenue of the Americas, 18th Fl.
New York, NY 10020
Attn: Michael S. Etkin
        Ira M. Levee

65 Livingston Ave.
Roseland, NJ 07068
Attn: Michael S. Etkin
        Ira M. Levee
metkin@lowenstein.com
ilevee@lowenstein.com

Carpenter Lipps & Leland LLP
280 Plaza, Suite 1300
280 North High Street
Columbus, OH 43215
Attn: Jeffrey A. Lipps, Esq., Jennifer A. L. Battle,
Esq.
lipps@carpenterlipps.com
battle@carpenterlipps.com

Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
Attn: Richard W. Clary, Esq., Michael T Reynolds, Lauren A.
Moskowitz, Esq.
rclary@cravath.com
mreynolds@cravath.com
lmoskowitz@cravath.com

Mayer Brown LLP
1675 Broadway
New York, NY 10019-5820
RMBS-Lit@mayerbrown.com

Manatee County Tax Collector
4333 US 301 North
Ellenton, FL 34222
Attn: Susan D. Profant
        Ken Burton Jr.
susanp@taxcollector.com

Mathis, Riggs & Prather PSC
500 Main St., Ste. 5
Shelbyville, KY 40065
Attn: Donald T. Prather
dprather@iglou.com

Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004-2498
Attn: Penny Shane, Esq., Sharon Nelles, Esq.,
Jonathan Sedlak, Esq., David Castleman, Esq.
shanep@sullcrom.com; nelless@sullcrom.com;
sedlakj@sullcrom.com; castlemand@sullcrom.com

McKool Smith PC
600 Travis St., Suite 7000
Houston, TX 77002
Attn: Paul D. Moak
pmoak@McKoolSmith.com

McKool Smith PC
One Bryant Park, 47th Fl.
New York, NY 10036
Attn: Michael R. Carney
mcarney@mckoolsmith.com

Wollmuth, Maher, & Deutsch LLP
One Gateway Center, 9th Fl.
Newark, NJ 07102-
Attn: James N. Lawlor
jlawlor@wmd-law.com

Morgan, Lewis, & Bockius LLP
101 Park Ave.
New York, NY 10178-0600
Attn: James L. Garrity Jr.
jgarrity@morganlewis.com

Morgan, Lewis, & Bockius LLP
101 Park Ave.
New York, NY 10178-0600
Attn: Michael S. Kraut
mkraut@morganlewis.com

Morgan, Lewis, & Bockius LLP
101 Park Ave.
New York, NY 10178-0600
Attn: Patrick D. Fleming
pfleming@morganlewis.com

Moritt, Hock, & Hamroff LLP
400 Garden City Plaza
Garden City, NY 11530
Attn: Leslie Ann Berkoff
lberkoff@moritthock.com

Morrison Cohen LLP
909 Third Ave.
New York, NY 10022
Attn: Joseph T. Moldovan, Esq.
jmoldovan@morrisoncohen.com
bankruptcy@morrisoncohen.com

Munger, Tolles, & Olson LLP
355 S. Grand Ave.
Los Angeles, CA 90071
Attn: Seth Goldman
seth.goldman@mto.com

Munger, Tolles, & Olson LLP
355 S. Grand Ave.
Los Angeles, CA 90071
Attn: Thomas B. Walper
Thomas.walper@mto.com

Office of Attorney General
Senior Deputy Attorney General
21 S. 12th Street, 3rd Floor
Philadelphia, PA 19107-3603
Attn: Carol E. Momjian
cmomjian@attorneygeneral.gov

Patterson, Belknap, Webb, & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036-6710
Attn: David W. Dykhouse
      Brian P. Guiney
dwdykhouse@pbwt.com
bguiney@pbwt.com

Mylegalhelpusa.com
4727 E. Bell Rd., Ste. 45-350
Phoenix, AZ 85032
Attn: Paul N. Papas II
Paul_Papas@mylegalhelpusa.com

Perdue, Brandon, Fielder, Collins, & Mott LLP
c/o Elizabeth Banda Calvo
P.O. Box 13430
Arlington, TX 76094-0430
ebcalvo@pbfcm.com

Pillsbury, Winthrop, Shaw, Pittman LLP
50 Fremont St.
P.O. Box 7880
San Francisco, CA 94120-7880
Attn: Ana N. Damonte, Esq.
ana.damonte@pillsburylaw.com

Polsinelli Shughart PC
805 Third Ave., Ste. 2020
New York, NY 10022
Attn: Daniel J. Flanigan
      Jason A. Nagi
dflanigan@polsinelli.com
jnagi@polsinelli.com

Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
Attn: Irena M. Goldstein
igoldstein@proskauer.com

Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
Attn: Scott K. Rutsky
      Jared D. Zajac
srutsky@proskauer.com
jzajac@proskauer.com

Quinn, Emanuel, Urquhart, & Sullivan LLP
51 Madison Ave., 22nd Fl.
New York, NY 10010
Attn: Daniel L. Brockett
      David D Burnett
danbrockett@quinnemanuel.com
daveburnett@quinnemanuel.com

Quinn, Emanuel, Urquhart, & Sullivan LLP
51 Madison Ave., 22nd Fl.
New York, NY 10010
Attn: Susheel Kirpalani
      Scott C. Shelley
susheelkirpalani@quinnemanuel.com
scottshelley@quinnemanuel.com

Reilly Pozner LLP
1900 16th St., Ste. 1700
Denver, CO 80202
Attn: Michael A. Rollin
mrollin@rplaw.com

Robbins, Gellar, Rudman, & Dowd LLP
One Montgomery Steet, Ste. 1800
Post Montgomery Center
San Francisco, CA 94104
Attn: Christopher M. Wood
cwood@rgrdlaw.com

Robbins, Gellar, Rudman, & Dowd LLP
655 West Broadway, Ste. 1900
San Diego, CA 92101
Attn: Steven W. Pepich
stevep@rgrdlaw.com

Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036-8704
Attn: D. Ross Martin, Esq.
          Keith H. Wofford, Esq.

Prudential Tower
800 Boylston Street
Boston, MA 02199
Attn: D. Ross Martin
Ross.martin@ropesgray.com
keith.wofford@ropesgray.com

Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
Attn: James P. Rouhandeh, Esq., Brian Weinstein, Esq., Daniel
Schwartz, Esq., Nicholas George, Esq., Jane Morril, Esq.
rouhandeh@davispolk.com; brian.weinstein@davispolk.com;
daniel.schwartz@davispolk.com;
nicholas.george@davispolk.com; jane.morril@davispolk.com

Skadden, Arps, Slate, Meagher & Flom LLP
4 Times Square
New York, NY 10036
Attn: Jay Kasner, Esq., Scott Musoff, Esq., George
Zimmerman, Esq., Robert Fumerton, Esq., Bryan Levine,
Esq., Alexander Drylewski, Esq.
jay.kasner@skadden.com; scott.musoff@skadden.com;
george.zimmerman@skadden.com;
robert.fumerton@skadden.com; bryan.levine@skadden.com;
alexander.drylewski@skadden.com

Samuel I. White PC
5040 Corporate Woods Dr., Ste. 120
Virginia Beach, VA 23462
Attn: D. Carol Sasser, Esq.
dsasser@siwpc.com

Samuel I. White PC
5040 Corporate Woods Dr., Ste. 120
Virginia Beach, VA 23462
Attn: Donna J. Hall, Esq.
dhall@siwpc.com

Scarinci & Hollenbeck LLC
1100 Valley Brook Ave.
P.O. Box 790
Lyndhurst, NJ 07071-0790
Attn: Joel R. Gluckman, Esq.
jglucksman@scarincihollenbeck.com

Schnader, Harrison, Segal, & Lewis LLP
1600 Market St., Ste. 3600
Philadelphia, PA 19103-7286
Attn: Barry Bressler
          Richard A. Barkasy
bbressler@schnader.com
rbarkasy@schnader.com

Schnader, Harrison, Segal, & Lewis LLP
140 Broadway Ste. 3100
New York, NY 10005-1101
Attn: Benjamin P. Deutsch, Esq.
bdeutsch@schnader.com

Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017-3954
Attn: Thomas C. Rice, Esq., David J. Woll, Esq.,
Alan C. Turner, Esq.
trice@stblaw.com
dwoll@stblaw.com
aturner@stblaw.com

United States Attorney's Office for the Southern
District of New York Civil Division
Attn Joseph Cordaro
86 Chambers St. 3rd Fl.
New York, NY 10007
joseph.cordaro@usdoj.com

Seward & Kissell LLP
One Battery Park Plaza
New York, NY 10004
Attn: Greg S. Bateman
bateman@sewkis.com

Seward & Kissell LLP
One Battery Park Plaza
New York, NY 10004
Attn: Ronald L. Cohen
       Kalyan Das
cohen@sewkis.com
das@sewkis.com

U.S. Bank National Association
Attn: George Rayzis
50 South 16th Street
Suite 2000
Philadelphia, PA 19102
george.rayzis@usbank.com

Shapiro, Blasi, Wasserman, & Gora PA
7000 Glades Rd., Ste. 400
Boca Raton, FL 33434
Attn: Thomas A. Conrad, Esq.
taconrad@sblawfirm.com

Shearman & Sterling LLP
599 Lexington Ave.
New York, NY 10022
Attn: Fredric Sosnick
       Susan A. Fennessey
fsosnick@shearman.com
sfennessey@shearman.com

Stinson Morrison Hecker LLP
1201 Walnut, Ste. 2900
Kansas City, MO 64106
Attn: Andrew W. Muller
amuller@stinson.com

Sullivan Hazeltine Allinson LLC
901 N Market St., Ste. 1300
Wilmington, DE 19801
Attn: William A. Hazeltine, Esq.
whazeltine@sha-llc.com

Talcott Franklin PC
208 N. Market Street, Suite 200
Dallas, TX 75202
Attn: Talcott J. Franklin
tal@talcottfranklin.com

TCF National Bank
Senior Vice President & Senior Counsel
Janella J. Miller
200 Lake St.
Wayzata, MN 55391
jmiller@tcfbank.com

The Bank of New York Mellon
Attn: Robert H. Major, Vice President
6525 West Campus Oval
New Albany, OH 43054
robert.major@bnymellon.com

The Canada Trust Company
79 Wellington Street, West, 8th Floor
P.O. Box 1, Toronto-Dominion Centre
Toronto, ON.  M5K 1A2, Canada
Attn: Susan Khokher
susan.khokher@tdsecurities.com;
kathryn.thorpe@tdsecurities.com;
Adam.Parkin@tdsecurities.com;
Christopher.stevens@tdsecurities.com

U.S. Bank National Association
190 S. LaSalle Street
Chicago, IL 60603
Attn: Mamta K. Scott
mamta.scott@usbank.com

U.S. Bank National Association
60 Livingston Ave.
St. Paul, MN 55107
Attn: Michelle Moeller
michelle.moeller@usbank.com

U.S. Bank National Association
Tanver Ashraf, Corporate Trust Services
West Side Flats, EP-Mn-WS3D
60 Livingston Ave.
St. Paul, MN 55107
tanveer.ashraf@usbank.com

U.S. Department of Justice
Civil Division
1100 L Street NW., Room 10018
Washington, DC 20005
Attn: Glenn D. Gillette
Glenn.Gillett@usdoj.gov

Walters, Bender, Stohbehn, & Vaughan PC
2500 City Center Square
1100 Main St.
Kansas City, MO 64105
Attn: J. Michael Vaughan
        David M. Skeens
mvaughan@wbsvlaw.com
dskeens@wbsvlaw.com

Wells Fargo Bank, N.A.
Corporate Trust Services
9062 Old Annapolis Road
Columbia, MD 21045
Attn: Kelly Rentz
kelly.j.rentz@wellsfargo.com
Nichlaus.M.Ross@wellsfargo.com
Sharon.Squillario@wellsfargo.com
mary.l.sohlberg@wellsfargo.com

Wells Fargo Law Department
Kristi Garcia, Esq., Senior Counsel
MAC T7405-010
4101 Wiseman Blvd.
San Antonio, TX 78251
kristi.garcia@wellsfargo.com

Wendy Alison Nora
210 Second St. NE
Minneapolis, MN 55413
accesslegalservices@gmail.com

White & Case LLP
1155 Avenue of the Americas
New York, NY 10036-2787
Attn: Gerard Uzzi
guzzi@whitecase.com

Wilmington Trust
1100 N. Market St.
Wilmington, DE 19801
Attn: Jennifer Williams
jwilliams@wilmingtontrust.com
rmaney@wilmingtontrust.com

U.S. Bank National Association
Attn: Irina Palchuk
60 Livingston Avenue
EP-MN-WS1D
St. Paul, MN 55107
irina.palchuk@usbank.com

Wilson, Elser, Moskowitz, Edelman, & Dicker LLP
3 Gannett Dr.
White Plains, NY 10604-3407
Attn: David L. Tillem
david.tillem@wilsonelser.com

Winston & Strawn LLP
200 Park Avenue
New York, NY 10166
Attn: David Neier
dneier@winston.com

Winston & Strawn LLP
200 Park Avenue
New York, NY 10166-4193
Attn: Carey D. Schreiber
       Alan Moskowitz
cschreiber@winston.com
almoskowitz@winston.com

Citibank NA
Attn: Bobbie Theivakumaran
390 Greenwich St., 6th Fl.
New York, NY 10013
bobbie.theivakumaran@citi.com

Deutsche Bank Trust Company Americas
c/o Kelvin Vargas
25 De Forest Ave.
Summit, NJ 07901
kelvin.vargas@db.com

Skadden Arps Slate Meagher & Flom LLP
Suzanne D. T. Lovett
Four Times Square
New York, NY 10036
suzanne.lovett@skadden.com

Skadden Arps Slate Meagher & Flom LLP
Sarah M. Ward
Four Times Square
New York, NY 10036
sarah.ward@skadden.com

Skadden Arps Slate Meagher & Flom LLP
Ken Ziman
Four Times Square
New York, NY 10036
ken.ziman@skadden.com

Kelley Drye & Warren LLP
James S. Carr & Eric R. Wilson
101 Park Ave.
New York, NY 10178
kdwbankruptcydepartment@kelleydrye.com

Kirkland & Ellis LLP
Attn: Ray C. Schrock & Stephen E. Hessler
601 Lexington Ave.
New York, NY 10022-4611
ray.schrock@kirkland.com
stephen.hessler@kirkland.com
projectrodeo@kirkland.com
William.b.Solomon@ally.com
Timothy.Devine@ally.com
john.bellaver@ally.com

Kirkland & Ellis
Richard M. Cieri
601 Lexington Ave.
New York, NY 10022
richard.cieri@kirkland.com

Kramer Levin Naftallis & Frankel LLP
Kenneth H. Eckstein, Thomas Moers Mayer &
Douglas H. Mannal
1177 Avenue of the Americas
New York, NY 10036
keckstein@kramerlevin.com
tmayer@kramerlevin.com
dmannal@kramerlevin.com

Morrison & Foerster LLP
Attn: Tammy Hamzehpour
1290 Avenue of the Americas
New York, NY 10104
Tammy.Hamzehpour@gmacrescap.com
diane.citron@ally.com

Morrison & Foerster LLP
Larren M. Nashelsky, Gary S. Lee & Lorenzo
Marinuzzi
1290 Avenue of the Americas
New York, NY 10104
lnashelsky@mofo.com
glee@mofo.com
lmarinuzzi@mofo.com

Sidley Austin LLP
Larry J. Nyhan & Jessica CK Boelter
One Dearborn
Chicago, IL 60603
lnyhan@sidley.com
jboelter@sidley.com
bmyrick@sidley.com

Office of the NY State Attorney General
Nancy Lord & Neal Mann
The Capitol
Albany, NY 12224-0341
Nancy.Lord@OAG.State.NY.US
Neal.Mann@OAG.State.NY.US

Skadden Arps Slate Meagher & Flom LLP
Jonathan H. Hofer
Four Times Square
New York, NY 10036
jhofer@skadden.com
nikolay.kodes@skadden.com

Securities & Exchange Commission
Secretary of the Treasury
100 F St. NE
Washington, DC 20549
secbankruptcy@sec.gov

Securities & Exchange Commission NY
Regional Office
George S. Canellos Regional Director
3 World Financial Center Ste. 400
New York, NY 10281-1022
secbankruptcy@sec.gov
newyork@sec.gov

Romero Law Firm
Martha E. Romero
BMR Professional Building
6516 Bright Avenue
Whittier, CA 90601
romero@mromerolawfirm.com

Teitelbaum & Baskin LLP
Jay Teitelbaum, Esq.
1 Barker Avenue, Third Floor
White Plains, NY 10601
jteitelbaum@tblawllp.com

Loeb & Loeb LLP
Walter H. Curchack
Vadim J. Rubinstein
Debra W. Minoff
345 Park Avenue
New York, NY 10154
wcurchack@loeb.com
vrubinstein@loeb.com
dminoff@loeb.com

Joseph Corrigan
Iron Mountain Information Management Inc.
745 Atlantic Avenue
Boston, MA 02111
Bankruptcy2@ironmountain.com

Aldridge Connors LLP
Bankruptcy Department
Fifteen Piedmont Center
3575 Piedmont Rd. NE Ste 500
Atlanta, GA 30305
ecfmail@aclawllp.com

Carter Ledyard & Milburn LLP
2 Wall St.
New York, NY 10005
Attn: Aaron R. Cahn
        Leonardo Trivigno
bankruptcy@clm.com

Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112
Attn: Howard Seife
        David M. LeMay
        Robert J. Gayda
        Marc B. Roitman
hseife@chadbourne.com
dlemay@chadbourne.com
rgayda@chadbourne.com
mroitman@chadbourne.com

Hunton & Williams LLP
200 Park Avenue 53rd Fl
New York, NY 10166
Attn: Richard P. Norton
        Robert A. Rich
rnorton@hunton.com
rrich2@hunton.com

Talcott Franklin P.C.
208 N. Market Street, Suite 200
Dallas, TX 75202
Attn: Derek S. Witte
derek@talcottfranklin.com