UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

RESIDENTIAL CAPITAL, LLC, *et al.*

Debtors.

Case No. 12-12020 (MG)

Jointly Administered

# ORDER DENYING MOTION OF ONE WEST BANK FOR ORDER PURSUANT TO RULE 2004 AUTHORIZING EXAMINATION OF DEBTORS

Pending before the Court is the *Motion of OneWest Bank ("OneWest") for Order Pursuant to Bankruptcy Rule 2004 Authorizing Rule 2004 Examination of Homecomings Financial LLC and Requiring Production of Documents* (the "Motion"). (ECF Doc. # 763). The Motion was argued at a hearing held on August 14, 2012. For the foregoing reasons stated on the record during the hearing, the Motion is **DENIED** except to the extent that Debtors' counsel was directed to produce certain documents to counsel for One West.

**IT IS SO ORDERED.**

Dated:   August 14, 2012
         New York, New York

*Martin Glenn*
MARTIN GLENN
United States Bankruptcy Judge