UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------ x
In re:                                                       :   Chapter 11
                                                             :
Residential Capital, LLC, et al.,[1]                         :   Case No. 12-12020 (MG)
                                                             :
                    Debtors.                                 :   Jointly Administered
------------------------------------------------------------ x
```

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that Michael G. Cutini of Schulte Roth & Zabel LLP, with offices located at 919 Third Avenue, New York, New York 10022, hereby appears in the above-captioned proceeding as counsel for Cerberus Capital Management, L.P. ("Cerberus"). Pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules") and Section 1109(b) of Title 11 of the United States Code, Cerberus hereby requests that all notices given or required to be given and all papers served or required to be served be given to and served upon the undersigned at the address, telephone number and e-mail address indicated below.

PLEASE TAKE FURTHER NOTICE that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints and demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in the these cases.

---

[1] The names of the Debtors in these cases and their respective tax identification numbers are identified on Exhibit 1 to the Affidavit of James Whitlinger, Chief Financial Officer of Residential Capital, LLC, in Support of Chapter 11 Petitions and First Day Pleadings, filed with the Court on May 14, 2012. Additional subsidiaries and affiliates of the Debtors may file Chapter 11 petitions on a rolling basis. As used herein, the term "Debtors" includes any such entities.

PLEASE TAKE FURTHER NOTICE that this notice and any subsequent appearance, pleading, claim or suit is not and shall not be construed as a waiver of any of Cerberus's jurisdictional, substantive or procedural rights and remedies in connection with the above-captioned proceeding, all of which are hereby expressly reserved.

I hereby certify that I am admitted to practice before this Court.

Dated: New York, New York
       August 14, 2012

                                      SCHULTE ROTH & ZABEL LLP

                            By:   /s/ Michael G. Cutini
                                  Michael G. Cutini
                                  919 Third Avenue
                                  New York, New York  10022
                                  Telephone:   (212) 756-2000
                                  Facsimile:   (212) 593-5955
                                  michael.cutini@srz.com

                                  *Attorneys for Cerberus Capital Management, L.P.*