# EXHIBIT "D"

# Broker Price Opinion

**USRES — US Real Estate Services**
25391 Commercentre Dr. 2nd Floor Lake Forest, CA 92630
Corporate (949) 598-9920  Fax (949) 598-9910  E-Mail bpo@usres.com

BPO Id: 761916
CURRENT TAXES: 2487
BPO Type:
Property Inspected: 06-28-12

| Property Address | City, State, Zip, County | |
|---|---|---|
| 1917E CONCORD ST | ORLANDO, FL, 32803, ORANGE | |

| U.S. Real Estate Contact | Broker Firm and Contact | Telephone # |
|---|---|---|
| Julie La Scalza | MILLENIUM REALTY GROUP INC. / ADOLFO DELEON | (321) 662-2955 |

| Style | SqFt | # Rooms | # Units | Bed | Bath | Bsmt | Gar. | Lot Size | Age | Vacant | Prop Type | Condition |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ONE STORY | 785 | 4 | 1 | 2 | 1 | N | 1CA | 5520 | 65 | VAC. | SFR | GOOD |

If Style is "Mobile Home", is it attached? ☐ Yes ☐ No

**Property Description/Condition**    Mortgagor's Name: DEREK GAY

SINGLE STORY HOME WITH A ONE CAR GARAGE VERY WELL MAINTAIN FROM THE EXTERIOR VIEW. NO VISIABLE EXTERIOR DAMAGE.

| Comparable Sales | Sale Dt | SqFt | # Rms | Bed | Bath | Proximity | Bsmt | Gar. | Lot Size | Age | DOM | LP@Sale | Sale $ | Owner* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 27 N GLENWOOD AVE. | 1-26-12 | 786 | 4 | 2 | 1 | 1MILE | N | 1CA | 7191 | 72 | 77 | $115,000 | $80,000 | OWNOCC |
| 2120 STANLEY ST. | 4-17-12 | 928 | 4 | 2 | 1 | 1MILE | N | 1CA | 7820 | 62 | 137 | $110,000 | $107,531 | SSALE |
| 108 S GLENWOOD AVE. | 1-9-12 | 868 | 4 | 2 | 1 | 1MILE | N | 1CP | 6918 | 59 | 167 | $129,000 | $126,300 | OWNOCC |

| | Condition | Location | Indicate if comparables are superior, inferior, or similar to subject. If Superior/Inferior, explain why |
|---|---|---|---|
| Comp 1 | AVE. | EQUAL | COMP IS INFERIOR BECAUSE IT DOESN'T HAVE A POOL. |
| Comp 2 | GOOD | EQUAL | COMP IS INFERIOR BECAUSE IT DOESN'T HAVE A POOL. |
| Comp 3 | GOOD | SUPERIOR | COMP IS INFERIOR BECAUSE IT DOESN'T HAVE A POOL. |

Indicate home most comparable to subject: ○ 1  ⊗ 2  ○ 3

| Comparable Listings | Style | SqFt | # Rms | Bed | Bath | Proximity | Bsmt | Gar. | Lot Size | Age | DOM | Orig LP $ | Cur LP $ | Owner* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1900 GARVIN ST. | 1 STORY | 666 | 4 | 2 | 1 | 1MILE | N | N | 6083 | 82 | 84 | $99,900 | $94,900 | OWNOCC |
| 1012 N FERNCREEK A | 1 STORY | 925 | 4 | 2 | 1 | 1MILE | N | 1CP | 6053 | 59 | 55 | $138,000 | $138,000 | OWNOCC |
| 1908 VALENCIA RD. | 1 STORY | 831 | 4 | 2 | 1 | 1MILE | N | 1CA | 6795 | 62 | 83 | $159,000 | $155,000 | OWNOCC |

| | Condition | Location | Indicate if comparables are superior, inferior, or similar to subject. If Superior/Inferior, explain why |
|---|---|---|---|
| Comp 1 | GOOD | EQUAL | COMP IS INFERIOR BECAUSE IT DOESN'T HAVE A POOL. |
| Comp 2 | GOOD | SUPERIOR | COMP IS INFERIOR BECAUSE IT DOESN'T HAVE A POOL. |
| Comp 3 | GOOD | SUPERIOR | COMP IS INFERIOR BECAUSE IT DOESN'T HAVE A POOL. |

Indicate home most comparable to subject: ○ 1  ⊗ 2  ○ 3
Indicate home(s) that were personally inspected: ☐ 1  ☒ 2  ☐ 3
Comments: ALL THE COMPS APPEAR TO BE WELL MAINTAIN FROM TH

* Please indicate owner type: REO (i.e. FNMA, HUD, VA...), Owner Occupant, Investor, Relo.

## Neighborhood Data

| | Increasing | Stable | Decreasing |
|---|---|---|---|
| Housing Supply | ☐ | ☒ | ☐ |
| Property Values | ☐ | ☒ | ☐ |
| Number of Listings | ☐ | ☒ | ☐ |

Pride of Ownership: ☐ Excellent ☒ Good ☐ Average ☐ Fair ☐ Poor
Any new construction nearby: ☐ Yes ☒ No  Type: Res.☐ Com.☐
Price Range: Low: $80,000  High: $153,000
Number of Houses in direct competition with subject: 4
Number of Listings in immediate area: 4
Price Range: Low: $94,900  High: $205,000
Average marketing time of comparable listings 74, of comparable sales: 127

Describe any negative neighborhood factors that would detract from subject:
THE CITY WAS REPAVING THE SIDE WALK WRIGHT IN FRONT OF THE SUBJECT PROPERTY.

**Rental Market**   Lease Potential THIS PROPERTY CAN BE LEAST FOR $1000.00
**Market Value**   Marketing time being defined as: from date of listing to date of Contract

Are Repairs Needed? ☐ Yes ☒ No   If Yes, Estimated cost:    Estimated days to repair from:   to:
Subject As-Is-High $126,300   Subject As-Is-Low $80,000   Subject As-Is-Value $104,600   Subject Repaired $104,600

1. Occupancy: ☐ Owner ☐ Rental ☒ Vacant   Currently listed for sale: ☐ Yes ☒ No
   If subject is Vacant, is it SECURED? ☒ Yes ☐ No   How much: ___ How Long: ___ Days
   Listing Agent:
2. If fair or poor explain:

3. Area Description: ☐ Urban ☒ Suburban ☐ Rural
4. Will Resale be a Problem? ☐ Yes ☒ No   Comments:
NONE

Broker's Signature: Broker/Agent Signature on file.   Telephone: (949) 598-9920   Date: 6-28-12

Auditor Notes:
THE COMPS UTILIZED ARE THE NEAREST, MOST RECENT AND SIMILAR AVAILABLE CURRENTLY.

The above information was obtained from sources deemed to be reliable, but is not guaranteed, and is submitted subject to errors and omissions. USRES and Agents, make no warranties, either expressed or implied, as to the completeness and/or accuracy of any information contained herein. This is an opinion of value only.

rpBPO_H/BpoPdf.rav