August 14, 2012

Kenneth Taggart
45 Heron Rd
Holland, Pa 18966

United States Bankruptcy Court
Southern District of New York
The Honorable Judge Glenn
One Boling Green
New York, NY 1004-1408

Re: Notice of Withdraw regarding case filed in Federal court on July 18, 2012, case # 2:2012cv04077

To the Honorable Judge Glenn,

    Pursuant to the hearing in court today, all claims on the case filed July 18, 2012 in Federal District Court in Philadelphia will be withdrawn as soon as possible. Since I cannot electronically file the withdrawal, I will file it in person tomorrow with The District Court for The Eastern District of Philadelphia. I have also included a copy of the notice that will be mailed to the bankruptcy court as well.

    Thank you for your patience and understanding with Pro Se litigants. If there is anything that needs to be conveyed to me regarding this matter or any other, please do not hesitate to contact me.

Yours Truly,

Kenneth Taggart

RECEIVED AUG 15 2012 U.S. BANKRUPTCY COURT, SDNY

# UNITED STATES DISTRICT BANKRUPTCY COURT

# SOUTHERN DISTRICT OF NEW YORK

Residential Capital, LLC, et al　　　　　Civil Case#  12 – cv 12020
Debtor
　　　　v.

*U.S. Trustee* -United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004
(212) 510-0500

*Claims and Noticing Agent*
**Kurtzman Carson Consultants**
2335 Alaska Ave
El Segundo, CA 90245

## Notice to Court By Kenneth Taggart

   Kenneth Taggart hereby notifies the court that it will file a notice to withdraw all claims against GMAC Mortgage, LLC tomorrow on August 15, 2012 on case # cv -12-4077 filed in Federal Court. Notice to be sent to GMAC Mortgage, LLC as well.

Kenneth Taggart, Pro Se

*[signature]*

August 14, 2012

# UNITED STATES DISTRICT BANKRUPTCY COURT

# SOUTHERN DISTRICT OF NEW YORK

Residential Capital, LLC, et al     Civil Case#  12 – cv 12020
Debtor
    v.

*U.S. Trustee* -United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004
(212) 510-0500

*Claims and Noticing Agent*
**Kurtzman Carson Consultants**
2335 Alaska Ave
El Segundo, CA 90245

## Notice to Court By Kenneth Taggart

    Kenneth Taggart hereby notifies the court that it will file a notice to withdraw all claims against GMAC Mortgage, LLC tomorrow on August 15, 2012 on case # cv -12-4077 filed in Federal Court. Notice to be sent to GMAC Mortgage, LLC as well.

Kenneth Taggart, Pro Se

*[signature]*

August 14, 2012