**LOWENSTEIN SANDLER PC**
1251 Avenue of the Americas, 18th Floor
New York, New York  10020
(212) 262-6700  (Telephone)
(212) 262-7402  (Facsimile)
Michael S. Etkin, Esq. (ME 0570)
Ira M. Levee, Esq. (IL9958)
          and
65 Livingston Avenue
Roseland, New Jersey  07068
(973) 597-2500 (Telephone)
(973) 597-2481 (Facsimile)

*Bankruptcy Counsel for Plaintiffs and the Putative Class*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| RESIDENTIAL CAPITAL, LLC, *et al.*, | Case No. 12-12020 (MG) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE OF APPEARANCE, REQUEST FOR SERVICE**
**OF PAPERS, AND REQUEST FOR MATRIX ENTRY**

**PLEASE TAKE NOTICE** that **Michael S. Etkin, Esq.,** and **Ira M. Levee, Esq.**, and the law firm of **Lowenstein Sandler PC,** hereby enter their appearance as bankruptcy counsel for, and **Edward W. Ciolko, Esq., Donna Siegal Moffa, Esq.,** and **Terence S. Ziegler, Esq.,** and the law firm of **Kessler Topaz Meltzer & Check, LLP,** hereby enter their appearance as lead counsel for plaintiffs, Donna Moore, Frenchola Holden and Keith McMillon ("Plaintiffs"), and the class of persons and entities (the "Putative Class") represented in the proposed national class action entitled *Donna Moore, Frenchola Holden and Keith McMillon, individually and on*

27215/2
08/15/2012 21324844.1

*behalf of all others similarly situated v. GMAC Mortgage, LLC, GMAC Bank and Cap Re of Vermont, Inc.,* filed in the United States District Court for the Eastern District of Pennsylvania, Case No. 07-cv-04296 (PD), and request that copies of all pleadings and other papers (however designated) filed in this case, as well as notices given or required to be given in this case, be given and served upon the undersigned at the addresses listed below.

In addition, it is respectfully requested that, pursuant to Rule 2002(g) of the Federal Rules of Bankruptcy Procedure, the following be added to the Court's Mailing Matrix:

Michael S. Etkin (ME 0570)
Ira M. Levee (IL 9958)
Lowenstein Sandler PC
1251 Avenue of the Americas, 18th Floor
New York, New York 10020
(212) 262-6700  (Telephone)
(212) 262-7402  (Facsimile)
and
65 Livingston Avenue
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2481 (Facsimile)
metkin@lowenstein.com
ilevee@lowenstein.com

Edward W. Ciolko
Donna Siegel Moffa
Terence S. Ziegler
Kessler Topaz Meltzer & Check, LLP
280 King of Prussia Road
Radnor, Pennsylvania 19087
(610) 667-7706 (Telephone)
(610) 667-7056 (Facsimile)
eciolko@ktmc.com
dmoffa@ktmc.com
tziegler@ktmc.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, the foregoing request includes, without limitation, all orders and notices, including but not limited to applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, schedules of assets and liabilities, statements of

affairs, operating reports and plans, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, telecopier or otherwise. This Notice of Appearance shall not constitute a submission by Plaintiffs or the Putative Class to the jurisdiction of the Bankruptcy Court.

**FURTHER**, if any limited service lists are used in these proceedings, the undersigned request inclusion thereon.

Dated: August 15, 2012

/s/ Ira M. Levee
**LOWENSTEIN SANDLER PC**
Michael S. Etkin, Esq. (ME 0570)
Ira M. Levee, Esq. (IL9958)
1251 Avenue of the Americas, 18th Floor
New York, New York 10020
(212) 262-6700 (Telephone)
(212) 262-7402 (Facsimile)

and

65 Livingston Avenue
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2481 (Facsimile)

*Bankruptcy Counsel for Plaintiffs and the Putative Class*

Edward W. Ciolko
Donna Siegel Moffa
Terence S. Ziegler
Kessler Topaz Meltzer & Check, LLP
280 King of Prussia Road
Radnor, Pennsylvania 19087
(610) 667-7706 (Telephone)
(610) 667-7056 (Facsimile)

*Counsel for Plaintiffs and the Putative Class*