**SCHULTE ROTH & ZABEL LLP**
Adam C. Harris
Howard O. Godnick
919 Third Avenue
New York, New York 10022
Telephone: (212) 756-2000
Facsimile: (212) 593-5955

*Counsel to Cerberus Capital Management, L.P.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------- x
: 
In re                                                                   : Chapter 11
                                                                        : 
Residential Capital, LLC, et al.,[1]                                    : Case No. 12-12020 (MG)
                                                                        : 
                                      Debtors.        : Jointly Administered
                                                                        : 
---------------------------------------------------------------------- x

## AFFIDAVIT OF SERVICE

      EVAN SCOTT MELLUZZO, being duly sworn, deposes and says:

      1.     I am employed by the law firm of Schulte Roth & Zabel LLP, am not a party to this action, and am over the age of eighteen.

      2.     On August 15, 2012, I served true and correct copies of the Notice of Appearance and Request for Service of Papers by Adam C. Harris on behalf of Cerberus Capital Management, L.P., Notice of Appearance and Request for Service of Papers by Howard O. Godnick on behalf of Cerberus Capital Management, L.P., Notice of Appearance and Request

---

[1] The names of the Debtors in these cases and their respective tax identification numbers are identified on Exhibit 1 to the Affidavit of James Whitlinger, Chief Financial Officer of Residential Capital, LLC, in Support of Chapter 11 Petitions and First Day Pleadings, filed with the Court on May 14, 2012. Additional subsidiaries and affiliates of the Debtors may file Chapter 11 petitions on a rolling basis. As used herein, the term "Debtors" includes any such entities.

for Service of Papers by Michael G. Cutini on behalf of Cerberus Capital Management, L.P, and Notice of Appearance and Request for Service of Papers by Marguerite E. Gardiner on behalf of Cerberus Capital Management, L.P. upon the parties listed in Exhibit A by the means referenced therein.

3.    I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment under penalty of perjury.

/s/ Evan Scott Melluzzo_____
EVAN SCOTT MELLUZZO

Sworn to before me this
15th day of August, 2012

Sean Lustig_____
Notary Public

SEAN LUSTIG
Notary Public, State of New York
No. 10LU6226883
Qualified in Nassau County
Certificate Filed in New York County
Commission Expires Aug. 16, 2014

## EXHIBIT A

**VIA ELECTRONIC MAIL and FIRST CLASS MAIL**

**Counsel to the Debtors**
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104
Attn: Larren Nashelskly, Esq.
Gary S. Lee, Esq.
Lorenzo Marinuzzi, Esq.
Phone: (212) 468-8000
Facsimile: (212) 468-7900
Email: LNashelskly@mofo.com
Glee@mofo.com
LMarinuzzi@mofo.com

**VIA ELECTRONIC MAIL ONLY**

**Notice Agent**
Kurtzman Carson Consultants, LLC
2335 Alaska Avenue
El Segundo, CA 90245
RescapInfo@kccllc.com