UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK - NEW YORK

In Re:                                                      Case No. 12-12020-MG

RESIDENTIAL CAPITAL, LLC,                                   Chapter 11

       Debtor(s).                                           Honorable Martin Glenn
_____/

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF NOTICES

TO:  Clerk of the Court                       Larren M. Nashelsky
       US Bankruptcy Court                  Morrison & Foerster, LLP
       One Bowling Green, Room 534     1290 Ave. of the Americas
       New York, NY  10004                  New York   NY  10104

                                               Kurtzman Carson Consultants, LLC
                                               2335 Alaska Avenue
                                               El Segundo, CA  90245

     PLEASE ENTER THE APPEARANCE of BILL SCHUETTE, Attorney General, and Juandisha M. Harris, Assistant Attorney General, as attorneys for the State of Michigan, Department of Treasury, in the above-entitled cause; this appearance is entered as required by FR Bankr P 9010(b) and does not constitute a general appearance.

     Pursuant to FR Bankr P 2002(g), the undersigned requests that copies of all notices required to be mailed to all creditors be served on the undersigned.

                                                    BILL SCHUETTE
                                                    Attorney General


                                                    */s/ Juandisha M. Harris* JH
                                                    Juandisha M. Harris   (P62978)
                                                    Assistant Attorney General
                                                    Cadillac Place, Ste. 10-200
                                                    3030 W. Grand Blvd.
                                                    Detroit, MI  48202
                                                    Telephone:  (313) 456-0140
                                                    E-Mail:  harrisj12@michigan.gov

Dated: August 14, 2012