UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK - NEW YORK

In Re:                                              Case No. 12-12020-MG

RESIDENTIAL CAPITAL, LLC,                           Chapter 11

        Debtor(s).                              Honorable Martin Glenn
_____/

## PROOF OF SERVICE

The undersigned certifies that on August 14, 2012, a copy of the Notice of Appearance, was/were served upon the following parties either electronically or by depositing said copies in the U.S. mail, postage prepaid:

Larren M. Nashelsky                    Kurtzman Carson Consultants, LLC
Morrison & Foerster, LLP               2335 Alaska Avenue
1290 Ave. of the Americas              El Segundo, CA  90245
New York, NY  10104

                                                                            */s/ Patricia A. Klein*
                                                                            Patricia A. Klein
                                                                            Legal Secretary
                                                                            Juandisha M. Harris  (P62978)
                                                                            Cadillac Place, Ste. 10-200
                                                                            3030 W. Grand Blvd.
                                                                             Detroit, MI  48202
                                                                             Telephone:  (313) 456-0140
                                                                             E-mail:  harrisj12@michigan.gov

Dated: August 14, 2012