Shapiro, DiCaro & Barak, LLC  
Shari S. Barak, Esq.  
Suite N109  
Melville, NY 11747  
Tel: (631) 844-9611  
Fax: (631) 844-9525

Hearing Date: September 11, 2012 at 10:00 am  
Objection Deadline: September 4, 2012

*Attorneys for* PHH Mortgage Services

UNITED STATES BANKRUPTCY COURT  
SOUTHERN DISTRICT OF NEW YORK  
―――――――――――――――――――――x

In re:

RESIDENTIAL CAPITAL, LLC, *et al.*

Debtors.

―――――――――――――――――――――x

Chapter 11

Case No. 12-12020 (MG)

(Jointly Administered)  
Case No. 12-12032

### ORDER PURSUANT TO 11 U.S.C. § 362(d) MODIFYING THE AUTOMATIC STAY IMPOSED BY 11 U.S.C. § 362(A)

**UPON** the Motion, dated August 11, 2012 (the "Motion"), of PHH Mortgage Services (the "Movant"), seeking an Order: (i) pursuant to Bankruptcy Rule 4001 and 11 U.D.C. 362(d) seeking relief from the Automatic Stay (ii) waiving the fourteen (14) day stay invoked pursuant to F.R.B.P 4001(a)(3); and (iii) granting Movant such other and further relief as is just and proper under the circumstances of this case and due and proper notice of the Motion having been made on all necessary parties; and the Court having held a hearing (the "Hearing") on September 11, 2012 at 10:00 a.m. and there being no opposition to the Motion; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefore, it is hereby

**ORDERED** that the Motion is granted as provided herein; and it is further

**ORDERED** that the Automatic Stay imposed in this case by section 362(a) of the Bankruptcy Code is vacated under section 362(d) of the Bankruptcy Code so as to allow Movant, its successors and/or assigns, to commence and/or continue with foreclosure with respect to the Property located at 184 Dahlia Drive, Mastic Beach, New York; and it is further

**ORDERED** that the stay invoked pursuant to F.R.B.P. 4001(a)(3) is waived and this order is effective upon the signing of this order.

Dated:        ,2012

        , New York

_____
Hon. Martin Glenn
United States Bankruptcy Judge
