# EXHIBIT "C"

# RESIDENTIAL BROKER PRICE OPINION

Loan # _____
REO # _____
This BPO is the ☐ Initial ☐ 2nd Opinion ☐ Updated ☒ Exterior Only          DATE: 7/3/2012 1

| | | | |
|---|---|---|---|
| PROPERTY ADDRESS: | 184 DAHLIA DRIVE | SALES REPRESENTATIVE: | |
| | MASTIC BEACH, NY 11951 | CLIENT NAME: | PHH |
| FIRM NAME: | American Way Real Estate | COMPLETED BY: | GUZZETTA, DAVID |
| PHONE NO: | 6313313100 | FAX NO: | |

## I. GENERAL MARKET CONDITIONS

Current market condition: ☐ Depressed ☒ Slow ☐ Stable ☐ Improving ☐ Excellent
Employment conditions: ☒ Declining ☐ Stable ☐ Increasing
Market price of this type property has: ☒ Decreased    1    % in past    6    months
                                       ☐ Increased       %   in past       months
                                       ☐ Remained Stable
Estimated percentage of owners vs. tenants in neighborhood:   65  % owner occupant   35  % tenant
There is a ☐ Normal Supply ☒ Over Supply ☐ Shortage of comparable listings in the neighborhood
Approximate number of comparable units for sale in neighborhood:   15
No. of competing listings in neighborhood that are REO or Corporate Owned:   33
No. of boarded or blocked-up homes:   33

## II. SUBJECT MARKETABILITY

Range of values in the neighborhood is $:   50,000.00   to $   99,000.00
Subject is an: ☐ Over improvement ☐ Under improvement ☒ Appropriate improvement for the neighborhood
Normal marketing time in the area is: 120 days
Are all types of financing available for the property? ☒ Yes ☐ No  If no, explain: _____
Has the property been on the market the past 12 months? ☐ Yes ☒ No  If yes, $_____
To the best of your knowledge, why did it not sell? _____
Unit type: ☒ single family detached ☐ condo ☐ co-op ☐ mobile home
           ☐ single family attached ☐ townhouse ☐ modular
If condo or other association exists Fees $ 0.00   ☒ monthly ☐ annually  Current? ☒ Yes ☐ No   Fee Delinquent $_____
The fee includes  ☐ Insurance ☐ Landscape ☐ Pool ☐ Tennis  Other _____
Association contact: Name: _____  Phone No: _____

## III. COMPETITIVE CLOSED SALES

| ITEM | SUBJECT | COMPARABLE NUMBER 1 | | COMPARABLE NUMBER 2 | | COMPARABLE NUMBER 3 | |
|---|---|---|---|---|---|---|---|
| Address: | 184 DAHLIA DRIVE | 218 Monroe Dr | | 154 Whittier Dr | | 183 Maywood Dr | |
| Proximity to subject: | | 4 blocks | REO/Corp ☐ | 1 block | REO/Corp ☐ | 1 mile | REO/Corp ☐ |
| Sale Price: | $ | $ | $ 55,000.00 | $ | 55,000.00 | $ | 68,000.00 |
| Data Sources | Assessor | MLS | | MLS | | MLS | |
| Price/Gross Living Area | 70.4 | 55 | | 55 | | 64.76 | |
| Sale Date/Days on Mkt. | | 2/23/2012 | 33 | 05/14/2012 | 200 | 03/20/2012 | 27 |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-)Adj | DESCRIPTION | +(-)Adj | DESCRIPTION | +(-)Adj |
| Sales/Financing Concessions | | 0 | | 0 | | 0 | |
| Location | Average | Average | | Average | | Average | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site (Lot size) | 0.37 | 0.33 | | 0.39 | | 0.37 | |
| View | Average | Average | | Average | | Average | |
| Design and Appeal | Average | Average | | Average | | Average | |
| Quality of Construction | Average | Average | | Average | | Average | |
| Age | 65 | 70 | | 60 | | 59 | |
| Condition | Average | Average | | Average | | Average | |
| Above Grade Room Count | Total 4 / Bdms 2 / Baths 1 | Total 5 / Bdms 2 / Baths 1 | .00 | Total 6 / Bdms 3 / Baths 1 | (2,000.00) | Total 5 / Bdms 2 / Baths 1 | .00 |
| Gross Living Area | 980 Sq. Ft. | 1000 Sq. Ft. | | 1000 Sq. Ft. | | 1050 Sq. Ft. | |
| Basement & Finished Rooms Below Grade | None | None | | None | | None | |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | oil | oil | | oil | | oil | |
| Energy Efficient Items | 0 | 0 | | 0 | | 0 | |
| Garage/Carport | 2CarAtt | 2CarAtt | | 2CarAtt | | 2CarAtt | |
| Porches, Patio, Deck Fireplace(s), etc. | Porch/ Patio/ Deck/ Fireplace | Porch/ Patio/ Deck/ | | Porch/ Patio/ Deck/ | | Porch/ Patio/ Deck/ | |
| Fence, Pool, Etc. | Fence | Fence | | Fence | | Fence | |
| Other | 0 | 0 | | 0 | | 0 | |
| NET Adj (total) | | ☐+ ☐- | 0.00 | ☐+ ☐- | (2,000.00) | ☐+ ☐- | 0.00 |
| Adjusted Sales Price of Comparables | | | 55,000.00 | | 53,000.00 | | 68,000.00 |

Page 1 of 2

© 2004 - 2012 Quandis, All Rights Reserved. http://www.quandis.com