# EXHIBIT "B"



ATTORNEYS TITLE AGENCY
LIMITED LIABILITY COMPANY

Trott #: 389200F01

File No: 63-11197715-PRD

**Commonly Known As:** 33 N Church St, Ortonville

## FORECLOSURE SEARCH

### Schedule 1

1. Search Date: **November 02, 2011, at 8:00 a.m.**

2. Customer:

    **MERS, Inc.**

3. **Fee Simple** interest in the land described is held by:

    **Terry Barckholtz also known as Terry S. Barckholtz and Heidi Brown also known as Heidi Barckholtz**

4. Mortgage to be foreclosed:

    **Mortgage in the original amount of $170,400.00, and the terms, conditions and provisions contained therein, executed by Terry S. Barckholtz and Heidi Barckholtz, husband and wife to MERS, Inc. dated 11/15/2005 and recorded 12/7/2005 in Liber 36732, Page 696.   Said lien modified by Loan Modification Agreement dated 4/13/2010 and recorded 6/29/2010 in   Liber 42172, Page 670.**

5. The land referred to in this search is situated in the Village of Ortonville, County of Oakland, State of Michigan, as follows:

    Lot 36 except the North part measured 46.75 feet on the East lot line and 54.70 feet on the West Lot line, and part of Lot 37 beginning at the Southeast corner of Lot 37; thence North 83 degrees 40 minutes 40 seconds West 25.37 feet; thence North 05 degrees 30 minutes 30 seconds East 51.75 feet; thence Easterly 23.75 feet; thence South 03 degrees 41 minutes 40 seconds West 54.70 feet to the point of beginning of Assessor's Replat of the Original Plat of the Village of Ortonville, according to the Plat thereof recorded in Liber 35 of Plats, Page 25 of Oakland County Records.

ATTORNEYS TITLE AGENCY, LLC
31440 Northwestern Hwy, Suite 150
Farmington Hills, MI 48334
Ph:(248) 594-3839 Fax:(248) 205-4108

# FORECLOSURE SEARCH

## Schedule 2

1. **The following documents are required to properly complete a foreclosure of the described Mortgage against the searched land:**

   a. Complete proper proceedings foreclosing the mortgage shown in Schedule 1 Item 4.

   b. Foreclosure deed satisfactory to the Company creating the interest in the described land must be signed, delivered and recorded.

   c. Affidavit satisfactory to the Company affirming that the Affiant fully complied with the Federal Tax Lien Act of 1996 (Public Law 89-719) and on the date specified in the affidavit given written Notice of Sale in the specified manner to the Secretary of the Treasury or his or her delegate as required for the discharge or divestment of a Federal Tax Lien in a Nonjudicial Sale.

   d. Affidavit satisfactory to the Company affirming that the Affiant did not foreclose the mortgage shown in Schedule 1 Item 4 in a manner that caused the land to be sold in violation of any of the following:
      1. The Soldiers' and Sailors' Relief Act of 1940 and amendments thereto;
      2. The Military Reservist Act of 1991 (Sec. 800 to 810 Military and Veterans Code);
      3. Sections 3185 or 3285 of the Michigan Revised Judicature Act of 1961 being MCL 600.3185 and MCL 600.3285, for mortgages entered on or subsequent to May 21, 2008.

   e. Submit evidence satisfactory to the Company that any borrower entitled to notice under MCLA 600.3204(4), has been served as required and that all the provisions of MCLA 600.3205a have been complied with, if applicable.

   f. You must advise the Company in writing the name of anyone not referred to in this search who will get an interest in the land or who will make a loan on the land.

   g. Additional documents satisfactory to the Company to create the interest in the described land which must be signed, delivered and recorded:

   h. Pay real property taxes and assessments that are due and payable unless shown as paid.

2. **Real property taxes and assessments levied against the searched land:**

    a.  PAYMENT OF TAXES:                Tax Parcel No.: 03-07-452-016

    2010 County Taxes in the amount of $865.47 are Paid

    2011 Village Taxes in the amount of $373.12 are Due

    2011 Township Taxes in the amount of $ 898.42 are Due

    Special Assessments:

    - 2011 State Equalized Value: $46,640.00
    - 2011 Taxable Value: $46,640.00

    The amounts shown as due do not include collection fees, penalties or interest.

3. **We have discovered the following evidence of the bankruptcy of a mortgagor or vestee of the searched land:**

    a.  None

# FORECLOSURE SEARCH

## Schedule 3

1. The following matters are recorded liens and ownership interests against the searched Land which will not be eliminated by a foreclosure of the described Mortgage.

    a. Mortgage in the original amount of $32,900.00, and the terms, conditions, and provisions contained therein, executed by Terry S. Barckholtz and Heidi Barckholtz, husband and wife to Republic Bank DBA Home Banc Mortgage Corporation dated March 16, 2006, recorded April 3, 2006 in Liber 37342 Page 364. Said mortgage is now held by Residential Funding Corporation by Assignment of Mortgage dated March 16, 2006, recorded July 5, 2006 in Liber 37793 Page 668.

2. The following matters are recorded liens and ownership interests against the searched Land which will be eliminated by a foreclosure of the described Mortgage.

    a. None

3. The following matters are recorded Liens and Ownership Interests against the searched land, which upon sale to an independent purchaser, will be insured against on a policy of Title Insurance provided its requirements for issue are properly met.

    a. None

## Terms and Conditions

1. This document is a Search only. It is not an opinion of law or title and should not be relied upon as such. In addition, it runs only to the named customer and should not be relied upon for any purpose by any person or entity other than the named customer and/or its duly appointed representatives and agents.

2. Should the named customer suffer any direct or indirect loss by reason of any inaccuracy in the information contained herein, the liability of the undersigned shall be limited to amount of said loss or $10,000.00, whichever is less.

**ATTORNEYS TITLE AGENCY, LLC**
31440 Northwestern Hwy, Suite 150
Farmington Hills, MI  48334
Ph:(248) 594-3839 Fax:(248) 205-4108