# EXHIBIT "C"

# RESIDENTIAL BROKER PRICE OPINION

Loan #:
REO #:   This BPO is the ☐ Initial ☐ 2nd Opinion ☐ Updated ☒ Exterior Only   DATE: 3/23/2012
PROPERTY ADDRESS: 33 N CHURCH STREET   SALES REPRESENTATIVE:
ORTONVILLE, MI 48462   CLIENT NAME: PHH
FIRM NAME: Century Real Estate   COMPLETED BY: Blake, Michaella
PHONE NO: 248-895-9577, 248-508-1932   FAX NO:

## I. GENERAL MARKET CONDITIONS

Current market condition: ☒ Depressed ☐ Slow ☐ Stable ☐ Improving ☐ Excellent
Employment conditions: ☒ Declining ☐ Stable ☐ Increasing
Market price of this type property has: ☒ Decreased  2 %  in past  6  months
☐ Increased  %  in past  months
☐ Remained Stable
Estimated percentage of owners vs. tenants in neighborhood: 90 % owner occupant  10 % tenant
There is a ☐ Normal Supply ☐ Over Supply ☒ Shortage of comparable listings in the neighborhood
Approximate number of comparable units for sale in neighborhood: 7
No. of competing listings in neighborhood that are REO or Corporate Owned: 5
No. of boarded or blocked-up homes: 0

## II. SUBJECT MARKETABILITY

Range of values in the neighborhood is $: 65,000.00 to $ 264,900.00
Subject is an: ☐ Over improvement ☐ Under improvement ☒ Appropriate improvement for the neighborhood
Normal marketing time in the area is: 122.71 days
Are all types of financing available for the property? ☒ Yes ☐ No If no, explain:
Has the property been on the market the past 12 months? ☒ Yes ☐ No If yes, $ 65,000.00
To the best of your knowledge, why did it not sell? depressed market
Unit type: ☒ single family detached ☐ condo ☐ co-op ☐ mobile home
☐ single family attached ☐ townhouse ☐ modular
If condo or other association exists Fees $ 0.00 ☐ monthly ☒ annually Current? ☒ Yes ☐ No  Fee Delinquent $
The fee includes: ☐ Insurance ☐ Landscape ☐ Pool ☐ Tennis Other
Association contact: Name:  Phone No:

## III. COMPETITIVE CLOSED SALES

| ITEM | SUBJECT | COMPARABLE NUMBER 1 | | COMPARABLE NUMBER 2 | | COMPARABLE NUMBER 3 | |
|---|---|---|---|---|---|---|---|
| Address: | 33 N CHURCH STREET | 328 N. Church St. | | 410 TIMBERWOOD TRL | | 1636 INNER | |
| Proximity to subject: | | 3 blocks | REO/Corp ☒ | 6 blocks | REO/Corp ☒ | 3 miles | REO/Corp ☒ |
| Sale Price: | $ | $ | $ 51,092.00 | $ | 105,600.00 | $ | 74,900.00 |
| Data Sources | MLS | MLS | | MLS | | MLS | |
| Price/Gross Living Area | 34.38 | 25.34 | | 70.3 | | 36.93 | |
| Sale Date/Days on Mkt. | 374 | 12/08/2011 | 205 | 08/17/2011 | 50 | 10/24/2011 | 59 |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-)Adj | DESCRIPTION | +(-)Adj | DESCRIPTION | +(-)Adj |
| Sales/Financing Concessions | | yes | (7,800.00) | | | yes | (4,260.00) |
| Location | Average | Average | | Average | | Average | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site (Lot size) | 0.3 | 0.28 | | 0.34 | | 0.47 | |
| View | Average | Average | | Average | | Average | |
| Design and Appeal | Average | Average | | Average | | Average | |
| Quality of Construction | Average | Average | | Average | | Average | |
| Age | 13 | 75 | | 21 | | 39 | |
| Condition | Average | Average | | Average | | Average | |
| Above Grade Room Count | Total 8 / Bdms 4 / Baths 3 | Total 7 / Bdms 5 / Baths 2 | .00 | Total 6 / Bdms 3 / Baths 2.1 | .00 | Total 6 / Bdms 3 / Baths 2 | .00 |
| Gross Living Area | 2094 Sq. Ft. | 2016 Sq. Ft. | | 1502 Sq. Ft. | | 2028 Sq. Ft. | |
| Basement & Finished Rooms Below Grade | Unfinished | Unfinished | | Unfinished | | None | |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | GAS/FORCED AIR/CENTRAL | GAS/FORCED AIR/CENTRAL | | GAS/FORCED AIR/CENTRAL | | GAS/FORCED AIR/CENTRAL AIR | |
| Energy Efficient Items | none | none | | none | | none | |
| Garage/Carport | 2CarDet | 1CarDet | | 2CarAtt | | 2CarAtt | |
| Porches, Patio, Deck Fireplace(s), etc. | Porch/ Deck/ Fireplace | Porch/ Deck/ | | Porch/ Deck/ | | Porch/ Deck/ Fireplace | |
| Fence, Pool, Etc. | Fence | | | | | | |
| Other | | | | | | | |
| NET Adj (total) | | ☐+ ☐- | (7,800.00) | ☐+ ☐- | 0.00 | ☐+ ☐- | (4,260.00) |
| Adjusted Sales Price of Comparables | | | 43,292.00 | | 105,600.00 | | 70,640.00 |

Page 1 of 2

© 2004 - 2012 Quandis, All Rights Reserved. http://www.quandis.com

Loan #
REO #

## IV. MARKETING STRATEGY

☒ As-Is   ☐ Minimal Lender Required Repairs   ☐ Repaired         Most Likely Buyer:   ☒ Owner Occupant   ☐ Investor

## I. REPAIRS

Itemize ALL repairs needed to bring property from the present "as is" condition to average marketable condition for the neighborhood
Check those repairs you recommend that we perform for most successful marketing of the property.

| ☐ n/a | $ 0.00 | ☐ n/a | $ 0.00 |
|---|---|---|---|
| ☐ n/a | $ 0.00 | ☐ n/a | $ 0.00 |
| ☐ n/a | $ 0.00 | ☐ n/a | $ 0.00 |
| ☐ n/a | $ 0.00 | ☐ n/a | $ 0.00 |
| ☐ n/a | $ 0.00 | ☐ n/a | $ 0.00 |

**GRAND TOTAL FOR ALL REPAIRS: $ 0.00**

| VI. COMPETITIVE LISTINGS | | | | | | | |
|---|---|---|---|---|---|---|---|
| ITEM | SUBJECT | COMPARABLE NUMBER 1 | | COMPARABLE NUMBER 2 | | COMPARABLE NUMBER 3 | |
| Address: | 33 N CHURCH STREET | 916 BALD EAGLE LAKE RD | | 840 MILL | | 430 TIMBERWOOD TRL | |
| Proximity to subject: | | 3 miles | REO/Corp ☐ | 6 blocks | REO/Corp ☐ | 6 blocks | REO/Corp ☒ |
| List Price: | $ 65,000.00 | $ | 93,900.00 | $ | 87,000.00 | $ | 100,000.00 |
| Price/Gross Living Area | 34.38 | 61.77 | | 54.51 | | 52.77 | |
| Data Sources | MLS | MLS | | MLS | | MLS | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-)Adj | DESCRIPTION | +(-)Adj | DESCRIPTION | +(-)Adj |
| Sales/Financing Concessions | | | | | | | |
| Days on Market | 374 | 180 | | 17 | | 22 | |
| Location | Average | Average | | Average | | Average | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site (Lot size) | 0.3 | 0.5 | | 0.66 | | 0.36 | |
| View | Average | Average | | Average | | Average | |
| Design and Appeal | Average | Average | | Average | | Average | |
| Quality of Construction | Average | Average | | Average | | Average | |
| Age | 13 | 26 | | 22 | | 18 | |
| Condition | Average | Average | | Average | | Average | |
| Above Grade | Total Bdms Baths | Total Bdms Baths | | Total Bdms Baths | | Total Bdms Baths | |
| Room Count | 8  4  3 | 6  3  1.1 | .00 | 6  3  1.1 | .00 | 7  4  2.1 | .00 |
| Gross Living Area | 2094 Sq.Ft. | 1520 Sq.Ft. | | 1596 Sq.Ft. | | 1895 Sq.Ft. | |
| Basement & Finished Rooms Below Grade | Unfinished | None | | Unfinished | | None | |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | GAS/FORCED AIR/CENTRAL | GAS/FORCED AIR/CENTRAL AIR | | GAS/FORCED AIR/CENTRAL AIR | | GAS/FORCED AIR/CENTRAL | |
| Energy Efficient Items | none | none | | none | | none | |
| Garage/Carport | 2CarDet | 3CarDet | | 2CarAtt | | 2CarAtt | |
| Porches, Patio, Deck Fireplace(s), etc. | Porch/ Deck/ Fireplace | Porch/ Patio/ Deck/ Fireplace | | Porch/ Deck/ | | Porch/ Deck/ Fireplace | |
| Fence, Pool, Etc. | Fence | Pool/ Fence | | | | | |
| Other | | | | | | | |
| NET Adj (total) | | ☐+ ☐- | 0.00 | ☐+ ☐- | 0.00 | ☐+ ☐- | 0.00 |
| Adjusted Sales Price of Comparables | | | 93,900.00 | | 87,000.00 | | 100,000.00 |

**VII.   THE MARKET VALUE** (The value must fall within the indicated value of the Competitive Closed Sales)

|  | Market Value | Suggested List Price |
|---|---|---|
| AS IS | $ 70,000.00 | $ 72,000.00 |
| REPAIRED | $ 70,000.00 | $ 72,000.00 |

**VIII. COMMENTS**   (Include specific positives/negatives, special concerns, encroachments, easements, water rights, environmental concerns, flood zones, etc.)

SC: Subject property is in average condition with no noted needed repairs. It is located in a small rural town there are mostly three bedroom homes of various age. Had to search up to five miles for comparable comps. Agent Only Remarks: OLD WORLD APPEAL & NEW WORLD AMENITIES WITH NEWER UPDATES; WINDOWS, ELECTRIC, PARTIAL TEAR OFF ROOF, FURNACE, KITCHEN, REVERSE OSMOSIS SYSTEM. RELAX IN THE MASTER SUITE, UPSTAIRS LANDING FOR COMPUTER ROOM, FANTASTIC DECKING FOR THOSE LAZY SUMMER DAYS. HOME NEEDS SOME TLC THOUGH WORTH IT. CLOSE TO SCHOOLS, PARKS, & VILLAGE FUN YEAR ROUND. NEEDS NEW SEPTIC & BUYER MUST FINANCE FHA 203K OR CASH. BATVE. Listing History: Status Price Date CCS $65,000 2/27/2012 XTND $65,000 2/27/2012 CCS $65,000 7/12/2011 ACTV $65,000 6/27/2011 CHGP $65,000 6/17/2011 ACTV $75,000 6/13/2011 CHGP $75,000 6/3/2011 BMK $75,000 6/3/2011 CCS $85,000 5/20/2011 ACTV $85,000 5/9/2011 CHGP $85,000 4/29/2011 ACTV $90,000 4/24/2011 CHGP $90,000 4/14/2011 ACTV $105,000 3/28/2011 NEW $105,000 3/14/2011HC: none noted

© 2004 - 2012 Quandis, All Rights Reserved. http://www.quandis.com