MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:    (212) 468-8000
Facsimile:    (212) 468-7900
Gary S. Lee
Todd M. Goren

*Counsel for the Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**AMENDED[1] PROPOSED AGENDA FOR MATTERS SCHEDULED
TO BE HEARD ON AUGUST 16, 2012 AT 11:00 A.M. (EST)**

Location of Hearing:  United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, Courtroom 501, One Bowling Green, New York, NY 10004-1408

### I.    **STATUS CONFERENCE**

**1.**    Debtors' Motion For Interim And Final Orders Under Bankruptcy Code Sections 105(a) And 363 Authorizing The Debtors To Continue To Perform Under The Ally Bank Servicing Agreements In The Ordinary Course Of Business [Docket No. 47]

**Related Documents**:

**a.**    Interim Order Pursuant to Sections 105(a) and 363 of the Bankruptcy Code Authorizing the Debtors to Continue to Perform Under the Ally Bank Servicing Agreement in the Ordinary Course of Business [Docket No. 90]

**b.**    Declaration of Matthew Detwiler In Support of Debtors' Ally Servicing Motion [Docket No. 366]

---

[1] Amended items appear in **bold**.

ny-1054285

    **c.**    Notice of Filing of Amended Proposed Final Order Pursuant to Sections 105(a) and 363 of the Bankruptcy Code Authorizing the Debtors to Continue to Perform Under the Ally Bank Servicing Agreements in the Ordinary Course of Business [Docket No. 398]

    **d.**    Declaration of Thomas Marano, Chief Executive Officer of Residential Capital, LLC, in Further Support of Debtors' Ally Servicing Motion [Docket No. 793]

**Responses**:

    **a.**    Reservation of Rights to Debtors' Motions for Continued Servicing and Origination [Docket No. 218]

    **b.**    Limited Objection And Reservation Of Rights Of The Official Committee Of Unsecured Creditors To The Debtors' (I) Origination Motion And (II) Ally Servicing Motion [Docket No. 303]

    **c.**    Ally Financial Inc.'s and Ally Bank's Reply to Creditors' Committee's Limited Objection to (A) The Debtors' Motion Authorizing the Debtors to Continue to Perform Under the Ally Bank Servicing Agreement in the Ordinary Course of Business and (B) The Debtors' Origination Motion [Docket No. 385]

**Replies**:

    **a.**    Debtors' Reply to the Limited Objection and Reservation of Rights of the Official Committee of Unsecured Creditors to the Debtors' (I) Origination Motion and (II) Ally Servicing Motion [Docket No. 367]

**Status**:    The status conference on this matter will be going forward.

**II.**    **CONTESTED MATTERS**

**1.**    Motion of the Examiner for Entry of an Order (I) Granting Authority to Issue Subpoenas for the Production of Documents and Authorizing the Examination of Persons and Entities, (II) Establishing Procedures for Responding to Those Subpoenas, (III) Approving Establishment of Document Depository and Procedures to Govern Use, and (IV) Approving Protective Order [Docket No. 1093]

**Related Documents**

    **a.**    Order Pursuant to Fed. R. Bankr. P. 9006 and Local Bankruptcy Rules 9006-1 Shortening the Time for Notice of, and Scheduling a Final Hearing to Consider, the Motion of the Examiner for Entry of an Order (I) Granting Authority to Issue Subpoenas for the Production of Documents and Authorizing the Examination of Persons and Entities, (II) Establishing Procedures for Responding to those Subpoenas, (III) Approving

       Establishment of Document Depository and Procedures to Govern Use, and (IV) Approving Protective Order [Docket No. 1098]

**Responses**:

a.     **Limited Objection of Cerberus Capital Management, L.P. To Motion of The Examiner For Entry of An Order (I) Granting Authority To Issue Subpoenas For The Production of Documents And Authorizing The Examination of Persons And Entities, (II) Establishing Procedures For Responding to Those Subpoenas, (III) Approving Establishment of Document Depository And Procedures to Govern Use, And (IV) Approving Protective Order [Docket No. 1158]**

b.     **Limited Objection of Ally Financial Inc. to Motion of the Examiner for Entry of an Order (I) Granting Authority to Issue Subpoenas for the Production of Documents and Authorizing the Examination of Persons and Entities, (II) Establishing Procedures for Responding to Those Subpoenas, (III) Approving Establishment of Document Depository and Procedures to Govern Use, and (IV) Approving Protective Order [Docket No. 1160]**

c.     **Statement of Debtors With Respect to the Motion of The Examiner For Entry of An Order (I) Granting Authority To Issue Subpoenas For The Production of Documents And Authorizing The Examination of Persons And Entities, (II) Establishing Procedures For Responding to Those Subpoenas, (III) Approving Establishment of Document Depository And Procedures to Govern Use, And (IV) Approving Protective Order [Docket No. 1172]**

**Replies**:

a. **Examiner's Reply to the Limited Objections of Cerberus Capital Management, L.P. and Ally Financial Inc. To Motion of the Examiner for Entry of an Order (I) Granting Authority to Issue Subpoenas for the Production of Documents and Authorizing Examination of Persons and Entities, (II) Establishing Procedures for Responding to Those Subpoenas, (III) Approving Establishment of Document Depository and Procedures to Govern Use, and (IV) Approving Protective Order [Docket No. 1170]**

**Status**: The hearing on this matter will be going forward.

Dated: August 15, 2012
New York, New York

/s/ Gary S. Lee
Gary S. Lee
Todd M. Goren
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel for the Debtors and Debtors in Possession*

ny-1054285         4