PREET BHARARA
United States Attorney for the
Southern District of New York
By:  JOSEPH N. CORDARO
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone: (212) 637-2745
Facsimile: (212) 637-2686
E-mail: joseph.cordaro@usdoj.gov

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| RESIDENTIAL CAPITAL, LLC, *et al.*, | Case No. 12-12020 (MG) |
| Debtors. | Jointly Administered |

**CERTIFICATE OF SERVICE**

      I, Joseph N. Cordaro, Assistant United States Attorney for the Southern District of New York, hereby certify that on August 15, 2012, in addition to service via ECF, I caused true copies of the *Statement of the United States of America Concerning Motions for Orders Authorizing the Debtors to Continue to Perform Under the Ally Bank Servicing Agreements* [Docket # 1165] to be served on the parties indicated below:

      **By Electronic Mail and First Class Mail**

      Tracy Hope Davis, Esq.
      Brian Masumoto, Esq.
      Linda Riffkin, Esq.
      Office of the United States Trustee
      33 Whitehall Street, 21st Floor
      New York, NY 10004
      Email: tracy.davis2@usdoj.gov, brian.masumoto@usdoj.gov, linda.riffkin@usdoj.gov


      Office of the New York State Attorney General
      The Capitol
      Albany, NY 12224-0341
      Attn:   Nancy Lord, Esq.
               Neal Mann, Esq.
      Email: Nancy.Lord@OAG.State.NY.US, Neal.Mann@OAG.State.NY.US

Residential Capital, LLC
1177 Avenue of the Americas
New York, NY 10036
Attn: Tammy Hamzehpour
Email: Tammy.Hamzehpour@gmacrescap.com


Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104
` Attn:   Larren Nashelskly, Esq.
        Gary S. Lee, Esq.
        Lorenzo Marinuzzi, Esq.
Email: LNashelskly@mofo.com, Glee@mofo.com, LMarinuzzi@mofo.com


Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
Attn:   Ken Eckstein
        Doug Mannal
Email: keckstein@kramerlevin.com, dmannal@kramerlevin.com


Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112
Email: hseife@chadbourne.com, dlemay@chadbourne.com


Citibank N.A.
390 Greenwich Street, 6th Floor
New York, NY 10013
Attn: Bobbie Theivakumaran
Email: bobbie.theivakumaran@citi.com


Fannie Mae
3900 Wisconsin Avenue NW
Mail Stop 8H-504
Washington DC 20016
Attn: Vice President, Credit Management, John S. Forlines
Email: john_s_forlines@fanniemae.com

Kirkland & Ellis
601 Lexington Avenue
New York, NY 10022
Attn:   Ray C. Schrock
        Richard M. Cieri
Email: richard.cieri@kirkland.com, stephen.hessler@kirkland.com,
       projectrodeo@kirkland.com, william.b.solomon@ally.com,
       timothy.devine@ally.com


Deutsche Bank Trust Company Americas
25 DeForest Avenue
Summit, NJ 07901
Attn: Kevin Vargas
Email: kevin.vargas@db.com


U.S. Bank National Association
50 South 16th Street, Suite 2000
Philadelphia, PA 19102
Attn: George Rayzis
Email: george.rayzis@usbank.com


U.S. Bank National Association
60 Livingston Avenue
EP-MN-WS1D
St. Paul, MN 55107
Attn: Irina Palchuk
Email: irina.palchuk@usbank.com


Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178
Attn:   James S. Carr
        Eric R. Wilson
Email: kdwbankruptcydepartment@kelleydrye.com


Skadden Arps Slate Meagher & Flom LLP
Four Times Square
New York, NY 10036
Attn:   Jonathan H. Hofer
        Ken Ziman
Email: jhofer@skadden.com, kziman@skadden.com

Sidley Austin LLP
One Dearborn
Chicago, IL 60603
Attn:   Larry J. Nyhan
        Jessica C.K. Boelter
Email: lnyhan@sidley.com, jboelter@sidley.com, bmyrick@sidley.com


Securities and Exchange Commission, New York Regional Office
3 World Financial Center, Suite 400
New York, NY 10281-1022
Attn: George S. Canellos, Regional Director
Email: newyork@sec.gov, secbankruptcy@sec.gov


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346
Email: marie.l.cerchero@irs.gov


The Bank of New York Mellon
Asset Backed Securities Group
101 Barclay Street 4W
New York, NY 10286
Email: glenn.siegel@dechert.com


Wells Fargo Bank, N.A.
P.O. Box 98
Columbia, MD 21046
Attn:   Corporate Trust Services,
        GMACM Home Equity Notes 2004 Viable Funding Trust
Email: patrick.g.bassett@wellsfargo.com

**By First Class Mail**

Nationstar Mortgage LLC
350 Highland Drive
Lewisville, TX 75067
Attn: General Counsel

Dated: New York, New York
August 15, 2012

                                         */s/ Joseph N. Cordaro*
                                         JOSEPH N. CORDARO
                                         Assistant United States Attorney