Shapiro, DiCaro & Barak, LLC
Shari S. Barak, Esq.
Suite N109
Melville, NY 11747
Tel: (631) 844-9611
Fax: (631) 844-9525

Hearing Date: September 11, 2012 at 10:00 am
Objection Deadline: September 4, 2012

*Attorneys for* PHH Mortgage Corporation

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
_____x

In re:

RESIDENTIAL CAPITAL, LLC, *et al.*

Debtors.
_____x

Chapter 11

Case No. 12-12020 (MG)

(Jointly Administered)
Case No. 12-12042

## ORDER PURSUANT TO 11 U.S.C. § 362(d) MODIFYING THE AUTOMATIC STAY IMPOSED BY 11 U.S.C. § 362(A)

UPON the Motion, dated July 18th, 2012 (the "Motion"), of PHH Mortgage Corporation (the "Movant"), seeking an Order: (i) pursuant to Bankruptcy Rule 4001 and 11 U.D.C. 362(d) seeking relief from the Automatic Stay (ii) waiving the fourteen (14) day stay invoked pursuant to F.R.B.P 4001(a)(3); and (iii) granting Movant such other and further relief as is just and proper under the circumstances of this case and due and proper notice of the Motion having been made on all necessary parties; and the Court having held a hearing (the "Hearing") on September 11, 2012 at 10:00 a.m. and there being no opposition to the Motion; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefore, it is hereby

**ORDERED** that the Motion is granted as provided herein; and it is further

**ORDERED** that the Automatic Stay imposed in this case by section 362(a) of the Bankruptcy Code is vacated under section 362(d) of the Bankruptcy Code so as to allow Movant, its successors and/or assigns, to commence and/or continue with foreclosure proceedings with respect to the Property located at 1700 North River Road, West Lafayette, Indiana; and it is further

**ORDERED** that the stay invoked pursuant to F.R.B.P. 4001(a)(3) is waived and this order is effective upon the signing of this order.

Dated:          ,2012

, New York

_____
Hon. Martin Glenn
United States Bankruptcy Judge