# EXHIBIT "B"



# Update

Search From: 07/05/11                                Effective Date: 09/19/2011 08:

Name: Mcalister, Louie D.
1700 North River Road, West Lafayette, IN 47906
Jurisdiction: Tippecanoe County

## Purpose of Search

Pre-Closing

## Copy Options

Judgments & Liens - Full copies of Judgments and Dockets
MAPS - Plat Map (Platted Property) and / or  Tax Map (Acreage)
Foreclosures (Not Subject Property) - Docket and Legal description or Judgment
Easements & Restrictions - First 5 pages and signature page
Foreclosure - Complaint (NO Exhibits), Docket and Judgment - Subject Property Only
Deeds/Conveyances -  Land Contracts - All
Probate Docs at ROD/Recorders - Letters of Authority, Death Cert, Cert of Trust, POA referenced in Deeds
Homeowner Association - recorded 1st page
Mortgages/DOT and Assignments - All pages

## Instructions

need an update please, effective date needs to be 9/13/2011.  Thanks

## Provided Legal Description

No Legal Information Provided

## Abstractor Notes

Easements and restrictions found (this search period): No
Judgments and Liens found (10 year search): YES

## Deeds

No Changes Found.

## Mortgage Information

No Changes Found.

PLEASE BE ADVISED that your acceptance of this report constitutes your informed agreement to the following terms and conditions:  This report is a compilation of information obtained from public records maintained by government officials.  A.S.K. Services, Inc. makes no representation or warranty as to the accuracy or completeness of such records. A.S.K. Services, Inc. shall not be liable for any such inaccuracy or for any mis-indexing or failure in any information retrieval system that causes pertinent records not to be found.  A.S.K. Services, Inc. shall not be liable for failure to find public records indexed under names you did not request, even if such records are determined to apply to the person, entity, or property you intended to search, or for public records located in offices or indexes for which you did not request a search.  A.S.K. Services, Inc. makes no representation or warranty in this report as to any instruments evidencing interest in oil, gas and/or mineral rights, or any rights incidental or pertinent thereto.

A.S.K. Services, Inc. makes no representation or warranty as to title to, or lack of interest, in any property, and makes no warranty, express or implied, including any warranty of merchantability or fitness for a particular purpose, with respect to the information contained in this report.  A.S.K. Services, Inc. is not licensed to practice law and does not render legal advice.  You are solely responsible for interpreting the information set forth in this report and its adequacy for your business purposes.

A.S.K. Services, Inc. shall not be liable for any incidental or consequential damages, and in any event A.S.K. Services, Inc.'s liability with respect to this report and any related transaction shall be limited to the amount of the service fee charged by A.S.K. Services, Inc. for the preparation and delivery of this report.



# Update

Search From: 07/05/11                                          Effective Date: 09/19/2011 08:

Name: Mcalister, Louie D.
1700 North River Road, West Lafayette, IN 47906
Jurisdiction: Tippecanoe County

## Additional Documents

Document Type ASSIGNMENT OF MORTGAGE
Parties:
Assignor Mers, as nominee for PHH Mortgage Corp.
Assignee PHH Mortgage Corporation
Dated: 08/04/2011  Recorded Date: 08/09/2011
Instrument: 201111013413

PLEASE BE ADVISED that your acceptance of this report constitutes your informed agreement to the following terms and conditions: This report is a compilation of information obtained from public records maintained by government officials. A.S.K. Services, Inc. makes no representation or warranty as to the accuracy or completeness of such records. A.S.K. Services, Inc. shall not be liable for any such inaccuracy or for any mis-indexing or failure in any information retrieval system that causes pertinent records not to be found. A.S.K. Services, Inc. shall not be liable for failure to find public records indexed under names you did not request, even if such records are determined to apply to the person, entity, or property you intended to search, or for public records located in offices or indexes for which you did not request a search. A.S.K. Services, Inc. makes no representation or warranty in this report as to any instruments evidencing interest in oil, gas and/or mineral rights, or any rights incidental or pertinent thereto.

A.S.K. Services, Inc. makes no representation or warranty as to title to, or lack of interest, in any property, and makes no warranty, express or implied, including any warranty of merchantability or fitness for a particular purpose, with respect to the information contained in this report. A.S.K. Services, Inc. is not licensed to practice law and does not render legal advice. You are solely responsible for interpreting the information set forth in this report and its adequacy for your business purposes.

A.S.K. Services, Inc. shall not be liable for any incidental or consequential damages, and in any event A.S.K. Services, Inc.'s liability with respect to this report and any related transaction shall be limited to the amount of the service fee charged by A.S.K. Services, Inc. for the preparation and delivery of this report.



## Update - Tax Sheet

Search From: 07/05/11

Effective Date: 09/19/2011

Name: Mcalister, Louie D.
1700 North River Road, West Lafayette, IN 47906
Jurisdiction: Tippecanoe County

State Tax ID: 79-07-17-177-004.000-023

County ID: 134-05800-0110
Address: 1700 N. River Rd., West Lafayette, IN 47906
Municipality: West Lafayette
Taxpayer: Mcalister, Louie D. & Hee Suk
Taxes for the year 2010     payable in 2011
Land Value $31,400.00     Improvements $80,400.00

| Amount | Type |
|--------|------|

- None Found -

1st Inst. Due 05/10/11     Amount $910.95     Penalty $0.00     Status: Paid
2nd Inst. Due 11/10/11     Amount $910.95     Penalty $0.00     Status: Billed
Prior Delinquent Taxes? No     Eligible for Tax Sale? No

Special Assessments Included In The Current Year Tax Bills

| Frequency | Due Date | Amount | Penalty | Status | Description |
|-----------|----------|--------|---------|--------|-------------|

- None Found -



# Update

Search From: 07/05/11                              Effective Date: 09/19/2011 08:

```
Name: Mcalister, Louie D.
1700 North River Road, West Lafayette, IN 47906
Jurisdiction: Tippecanoe County
```

## Name Searches

Names listed below were searched for judgments and liens:
*=wildcard. Indicates truncated name was searched.
Cochran, Hee*
Mcalister, Hee*
Mcalister, Lou*
Mcalister, Suki*

## Judgment / Involuntary Liens

Case Number 79D02-1107-PL-00020        Case Type Civil Case
Plaintiff Lafayette Bank & Trust
Defendant Mcalister, Hee Suk, Etal
File Date 07/27/11        Case Status Pending, case open
Judgment Type Real Estate

Case Number 79D01-1109-MF-00089        Case Type Foreclosure
Plaintiff PHH Mortgage Corporation
Defendant Mcalsiter, Louie, Etal
File Date 09/13/11        Case Status Pending, case open
Judgment Type Real Estate

PLEASE BE ADVISED that your acceptance of this report constitutes your informed agreement to the following terms and conditions:  This report is a compilation of information obtained from public records maintained by government officials. A.S.K. Services, Inc. makes no representation or warranty as to the accuracy or completeness of such records. A.S.K. Services, Inc. shall not be liable for any such inaccuracy or for any mis-indexing or failure in any information retrieval system that causes pertinent records not to be found. A.S.K. Services, Inc. shall not be liable for failure to find public records indexed under names you did not request, even if such records are determined to apply to the person, entity, or property you intended to search, or for public records located in offices or indexes for which you did not request a search. A.S.K. Services, Inc. makes no representation or warranty in this report as to any instruments evidencing interest in oil, gas and/or mineral rights, or any rights incidental or pertinent thereto.

A.S.K. Services, Inc. makes no representation or warranty as to title to, or lack of interest, in any property, and makes no warranty, express or implied, including any warranty of merchantability or fitness for a particular purpose, with respect to the information contained in this report. A.S.K. Services, Inc. is not licensed to practice law and does not render legal advice. You are solely responsible for interpreting the information set forth in this report and its adequacy for your business purposes.

A.S.K. Services, Inc. shall not be liable for any incidental or consequential damages, and in any event A.S.K. Services, Inc.'s liability with respect to this report and any related transaction shall be limited to the amount of the service fee charged by A.S.K. Services, Inc. for the preparation and delivery of this report.