# EXHIBIT "C"

# RESIDENTIAL BROKER PRICE OPINION

Loan # _
REO # _                                     This BPO is the ☐ Initial ☐ 2nd Opinion ☐ Updated ☒ Exterior Only          DATE:   5/22/2012
PROPERTY ADDRESS:   1700 N RIVER RD                    SALES REPRESENTATIVE:
                    W LAFAYETTE,   IN  47906           CLIENT NAME:           PHH
FIRM NAME:          Manchell Enterprises               COMPLETED BY:          Parish, Dawn
PHONE NO:           (317)270-3004                      FAX NO:

## I.  GENERAL MARKET CONDITIONS

Current market condition:     ☐ Depressed ☐ Slow ☒ Stable ☐ Improving ☐ Excellent
Employment conditions:        ☐ Declining ☒ Stable ☐ Increasing
Market price of this type property has:  ☐ Decreased _____ %   in past _____ months
                                         ☐ Increased  _____ %   in past _____ months
                                         ☒ Remained Stable

Estimated percentage of owners vs. tenants in neighborhood:   80  % owner occupant   20  % tenant
There is a ☒ Normal Supply ☐ Over Supply ☐ Shortage  of comparable listings in the neighborhood
Approximate number of comparable units for sale in neighborhood:          3
No. of compeling listings in neighborhood that are REO or Corporate
Owned:                                                                    3
No. of boarded or blocked-up homes:                                       1

## II.  SUBJECT MARKETABILITY

Range of values in the neighborhood is $:   97,900.00  to $   129,900.00
Subject is an :  ☐ Over improvement ☐ Under improvement ☒ Appropriate improvement for the neighborhood
Normal marketing time in the area is:   81  days
Are all types of financing available for the property? ☒ Yes ☐ No  If no, explain:
Has the property been on the market the past 12 months? ☐ Yes ☒ No  If yes, $
To the best of your knowledge, why did it not sell?
Unit type:  ☒ single family detached ☐ condo     ☐ co-op    ☐ mobile home
            ☐ single family attached ☐ townhouse  ☐ modular
If condo or other association exists Fees $   0.00   ☐ monthly ☒ annually  Current? ☒ Yes ☐ No      Fee Delinquent $
The fee includes  ☐ Insurance ☐ Landscape ☐ Pool ☐ Tennis Other:
Association contact: Name:                                         Phone No:

## III. COMPETITIVE CLOSED SALES

| ITEM | SUBJECT | COMPARABLE NUMBER 1 | | COMPARABLE NUMBER 2 | | COMPARABLE NUMBER 3 | |
|---|---|---|---|---|---|---|---|
| Address:  1700 N RIVER RD | | 525 MERIDIAN ST | | 324 OVERLOOK DR | | 2440 SR 26 W | |
| Proximity to subject: | | 1 mile | REO/Corp☐ | 1 mile | REO/Corp☐ | 4 miles | REO/Corp☐ |
| Sale Price: | $ | $ | $ 150,000.00 | $ | 125,000.00 | $ | 123,500.00 |
| Data Sources | Assessor | MLS | | MLS | | MLS | |
| Price/Gross Living Area | 94.58 | 115.03 | | 82.67 | | 78.76 | |
| Sale Date/Days on Mkt. | | 01/24/2012 | 1 | 02/10/2012 | 97 | 12/29/2011 | 59 |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-)Adj | DESCRIPTION | +(-)Adj | DESCRIPTION | +(-)Adj |
| Sales/Financing Concessions | | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 |
| Location | Average | Average | 0.00 | Average | 0.00 | Average | 0.00 |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | 0.00 | Fee Simple | 0.00 | Fee Simple | 0.00 |
| Site (Lot size ) | 1.47 | 0.74 | 0.00 | 0.70 | 0.00 | 1.145 | 0.00 |
| View | Average | Average | 0.00 | Average | 0.00 | Average | 0.00 |
| Design and Appeal | Average | Average | 0.00 | Average | 0.00 | Average | 0.00 |
| Quality of Construction | Average | Average | 0.00 | Average | 0.00 | Average | 0.00 |
| Age | 62 | 92 | 0.00 | 51 | 0.00 | 50 | 0.00 |
| Condition | Average | Good | (15,000.00) | Average | 0.00 | Average | 0.00 |
| Above Grade | Total Bdms Baths | Total Bdms Baths | | Total Bdms Baths | | Total Bdms Baths | |
| Room Count | 5  3  2 | 8  4  2 | (1,000.00) | 7  3  2 | .00 | 8  3  2 | .00 |
| Gross Living Area | 1200 Sq. Ft. | 1304 Sq. Ft. | (2,750.00) | 1512 Sq. Ft. | (5,750.00) | 1568 Sq. Ft. | (6,250.00) |
| Basement & Finished Rooms Below Grade | Unfinished | Unfinished | 0.00 | None | 0.00 | 50% Finished | (9,500.00) |
| Functional Utility | Average | Average | 0.00 | Average | 0.00 | Average | 0.00 |
| Heating/Cooling | CENTRAL | CENTRAL | 0.00 | CENTRAL | 0.00 | CENTRAL | 0.00 |
| Energy Efficient Items | UNKNOWN | UNKNOWN | 0.00 | UNKNOWN | 0.00 | UNKNOWN | 0.00 |
| Garage/Carport | 1CarAtt | 2CarDet | (1,000.00) | 2CarAtt | (1,000.00) | 2CarAtt | (1,000.00) |
| Porches, Patio, Deck Fireplace(s), etc. | Porch/ Patio/ Deck/ | Porch/ Patio/ Deck/ | 0.00 | Porch/ Patio/ Deck/ | 0.00 | Porch/ Patio/ Deck/ | 0.00 |
| Fence, Pool, Etc. | | | 0.00 | | 0.00 | | 0.00 |
| Other | | | | | | | |
| NET Adj (total) | | ☐+ ☐- | (19,750.00) | ☐+ ☐- | (6,750.00) | ☐+ ☐- | (16,750.00) |
| Adjusted Sales Price of Comparables | | | 130,250.00 | | 118,250.00 | | 106,750.00 |

Page 1 of 2

© 2004 - 2012 Quandis, All Rights Reserved. http://www.quandis.com

Loan # _____
REO # _____

## IV. MARKETING STRATEGY

☒ As-Is  ☐ Minimal Lender Required Repairs  ☐ Repaired    Most Likely Buyer: ☒ Owner Occupant  ☐ Investor

## I. REPAIRS

Itemize ALL repairs needed to bring property from the present "as is" condition to average marketable condition for the neighborhood
Check those repairs you recommend that we perform for most successful marketing of the property.

☐ _____ $ _____    ☐ _____ $ _____
☐ _____ $ _____    ☐ _____ $ _____
☐ _____ $ _____    ☐ _____ $ _____
☐ _____ $ _____    ☐ _____ $ _____
☐ _____ $ _____    ☐ _____ $ _____

**GRAND TOTAL FOR ALL REPAIRS: $  0.00**

## VI. COMPETITIVE LISTINGS

| ITEM | SUBJECT | COMPARABLE NUMBER 1 | | COMPARABLE NUMBER 2 | | COMPARABLE NUMBER 3 | |
|---|---|---|---|---|---|---|---|
| Address: | 1700 N RIVER RD | 3000 N RIVER RD | | 2630 N RIVER RD | | 2706 SOLDIERS HOME RD | |
| Proximity to subject: | | 1 mile | REO/Corp ☐ | 1 mile | REO/Corp ☐ | 1 mile | REO/Corp ☐ |
| List Price: | $ | $ | 129,900.00 | $ | 97,500.00 | $ | 99,000.00 |
| Price/Gross Living Area | 94.58 | 97.44 | | 89.94 | | 66.08 | |
| Data Sources | Assessor | MLS | | MLS | | MLS | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | (+-)Adj | DESCRIPTION | (+-)Adj | DESCRIPTION | (+-)Adj |
| Sales/Financing Concessions | | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 |
| Days on Market | | 50 | | 64 | | 40 | |
| Location | Average | Average | 0.00 | Average | 0.00 | Average | 0.00 |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | 0.00 | Fee Simple | 0.00 | Fee Simple | 0.00 |
| Site (Lot size ) | 1.47 | 2.62 | (2,750.00) | 1.72 | (500.00) | 0.51 | 1,900.00 |
| View | Average | Average | 0.00 | Average | 0.00 | Average | 0.00 |
| Design and Appeal | Average | Average | 0.00 | Average | 0.00 | Average | 0.00 |
| Quality of Construction | Average | Average | 0.00 | Average | 0.00 | Average | 0.00 |
| Age | 62 | 55 | 0.00 | 57 | 0.00 | 52 | 0.00 |
| Condition | Average | Average | 0.00 | Average | 0.00 | Average | 0.00 |
| Above Grade Room Count | Total 5  Bdms 3  Baths 2 | Total 7  Bdms 2  Baths 1 | 2,000.00 | Total 9  Bdms 4  Baths 2 | (1,000.00) | Total 7  Bdms 3  Baths 2 | .00 |
| Gross Living Area | 1200 Sq. Ft. | 1333 Sq. Ft. | (1,750.00) | 1084 Sq. Ft. | 1,250.00 | 1498 Sq. Ft. | (3,250.00) |
| Basement & Finished Rooms Below Grade | Unfinished | Unfinished | 0.00 | 70% Finished | (5,500.00) | Unfinished | 0.00 |
| Functional Utility | Average | Average | 0.00 | Average | 0.00 | Average | 0.00 |
| Heating/Cooling | CENTRAL | CENTRAL | 0.00 | CENTRAL | 0.00 | CENTRAL | 0.00 |
| Energy Efficient Items | UNKNOWN | UNKNOWN | 0.00 | UNKNOWN | 0.00 | UNKNOWN | 0.00 |
| Garage/Carport | 1CarAtt | 2CarAtt | 0.00 | None | 1,500.00 | 2CarAtt | (1,000.00) |
| Porches, Patio, Deck Fireplace(s), etc. | Porch/ Patio/ Deck/ | Porch/ Patio/ Deck/ | 0.00 | Porch/ Patio/ Deck/ | 0.00 | Porch/ Patio/ Deck/ | 0.00 |
| Fence, Pool, Etc. | | | 0.00 | | 0.00 | | 0.00 |
| Other | | | | | | | |
| NET Adj (total) | | ☐ + ☐ - | (2,500.00) | ☐ + ☐ - | (4,250.00) | ☐ + ☐ - | (2,350.00) |
| Adjusted Sales Price of Comparables | | | 127,400.00 | | 93,250.00 | | 96,650.00 |

## VII. THE MARKET VALUE (The value must fall within the indicated value of the Competitive Closed Sales )

|  | Market Value | Suggested List Price |
|---|---|---|
| AS IS | $ 110,000.00 | $ 113,500.00 |
| REPAIRED | $ 110,000.00 | $ 113,500.00 |

## VIII. COMMENTS (Include specific positives/negatives, special concerns, encroachments, easements, water rights, environmental concerns, flood zones, etc.)

SC: VIEW OF SUBJECT WAS LIMITED. LOCATED ON A BUSY STATE ROAD THAT LEADS FROM INTERSTATE TO CAMPUS. HOME SITS UP A HILL ON A LONG LANE. OCCUPANT WAS ON FRONT PORCH AT THE TIME OF INSPECTION THEREFORE PICS WERE LIMITED.NC: DIFFERING STYLES OF HOMES, AGES, VALUES. SOME CUSTOM BUILT HOMES IN EXCESS VALUE OF $400,000. SUBJECT IS LOCATED JUST OUT OF FLOOD PLAIN, HOWEVER ACCESS TO HOME CAN BE LIMITED DUE TO FLOODING STATE ROAD DURING HEAVY RAINS.

© 2004 - 2012 Quandis, All Rights Reserved. http://www.quandis.com