# EXHIBIT "B"

**FIRST FINANCIAL TITLE AGENCY OF MO., INC.**
4216 Greensboro
St. Charles, MO 63304
314-498-0083

File No.: **12-13153mo**
Client File No.: **08-002914**

Effective Date: February 28, 2012

Company requesting Letter Report: **Shapiro & Weisman**

Property Address: **1031 Wylin Ct.
Ferguson, MO 63135**

Attn.: Laurie Leonard

We have made a search of the records of St. Louis County, Missouri, on the following described property:

> Lot 8 of Rosier Ridge, a subdivision in St. Louis County, Missouri, according to the plat thereof recorded in Plat Book 66 Page 22 of the St. Louis County records.

THE GRANTEE in last recorded deed is:

> Virginia C. Mosley

SUBJECT TO:

> Deed of trust executed by Virginia C. Mosley, a single person to Michele Lee Cooper, trustee for Bremen Financial Corporation, dated November 19, 1999 and recorded November 30, 1999 in Book 12367, Page 703, Document No. 896, to secure $18,685.01 and any other amounts payable under the terms thereof.

> Deed of trust executed by Virginia C. Mosley, a single person to Frank W. Gluck, trustee for Vantage Credit Union, dated February 18, 2003 and recorded February 27, 2003 in Book 14619, Page 638, Document No. 1588, to secure $79,500.00 and any other amounts payable under the terms thereof.

> A.) Assignment of the above deed of trust from Vantage Credit Union to PHH Mortgage Services, according to instrument recorded April 9, 2003 in Book 14750, Page 34, Document No. 1583.

B.) S&W Foreclosure Corporation has been appointed successor trustee in deed of trust recorded in Book 14619, Page 638, according to instrument recorded October 5, 2007 in Book 17693, Page 3433, Document No. 736.

C.) Loan modification agreement filed under deed of trust recorded in Book 14619, Page 638, according to instrument recorded Janudy 31, 2008 in Book 17780, Page 3363, Document No. 360.

Deed of trust executed by Virginia C. Mosley, an unmarried woman to Milsap & Singer, P.C., trustee for Mortgage Electronic Registration Systems, Inc. (Homecomings Financial Network, Inc.), dated March 24, 2004 and recorded April 8, 2004 in Book 15753, Page 2650, Document No. 991, to secure $21,300.00 and any other amounts payable under the terms thereof.

A.) Affidavit of lost assignment filed by Citimortgage, Inc. under deed of trust recorded in Book 15753, Page 2650, according to instrument recorded July 17, 2009 in Book 18491, Page 237, Document No. 835.

GENERAL TAXES:

Taxes for 2011 were paid in the amount of $1,423.16 on December 5, 2011.
Parcel ID# **12H120127**

JUDGMENTS:

NONE

LIENS:

Notice of lien filed by The Metropolitan St. Louis Sewer District, according to instrument recorded November 18, 2009 in Book 18668, Page 709, in the amount of $684.91, plus any penalties and interest.

MECHANICS' LIENS:

NONE

U.S. TAX LIENS:

NONE

REQUEST FOR NOTICE OF SALE:

NONE

BANKRUPTCIES:

    Case number 08-49826 filed by Virginia C. Mosley on December 9, 2008 with a status of awaiting closing.

This search is not a certificate of title and does not show change of ownership caused by death or court proceedings. As this report is furnished for a nominal fee, the Company assumes no liability beyond the amount paid for this report.

                                          **FIRST FINANCIAL TITLE AGENCY OF MO., INC.**

                                          By: _____
                                                 Authorized Signatory