# EXHIBIT "C"

# RESIDENTIAL BROKER PRICE OPINION

Loan #: 
REO #: 
This BPO is the ☐ Initial ☐ 2nd Opinion ☐ Updated ☒ Exterior Only    DATE: 5/14/2012
PROPERTY ADDRESS: 1031 WYLIN CRT    SALES REPRESENTATIVE:
FERGUSON, MO 63135    CLIENT NAME: PHH
FIRM NAME: American Realty Group    COMPLETED BY: LoPiccolo, Steve
PHONE NO: 314-406-2595    FAX NO:

## I. GENERAL MARKET CONDITIONS

Current market condition: ☐ Depressed ☒ Slow ☐ Stable ☐ Improving ☐ Excellent
Employment conditions: ☒ Declining ☐ Stable ☐ Increasing
Market price of this type property has: ☒ Decreased  1  %  in past  6  months
☐ Increased  %  in past  months
☐ Remained Stable
Estimated percentage of owners vs. tenants in neighborhood:  65 % owner occupant  35 % tenant
There is a ☒ Normal Supply ☐ Over Supply ☐ Shortage of comparable listings in the neighborhood
Approximate number of comparable units for sale in neighborhood:  10
No. of competing listings in neighborhood that are REO or Corporate Owned:  12
No. of boarded or blocked-up homes:  2

## II. SUBJECT MARKETABILITY

Range of values in the neighborhood is $: 19,900.00 to $ 39,900.00
Subject is an: ☐ Over improvement ☐ Under improvement ☒ Appropriate improvement for the neighborhood
Normal marketing time in the area is: 112 days
Are all types of financing available for the property? ☒ Yes ☐ No  If no, explain:
Has the property been on the market the past 12 months? ☐ Yes ☒ No  If yes, $
To the best of your knowledge, why did it not sell?
Unit type: ☒ single family detached ☐ condo ☐ co-op ☐ mobile home
☐ single family attached ☐ townhouse ☐ modular
If condo or other association exists Fees $ 0.00  ☐ monthly ☒ annually  Current? ☒ Yes ☐ No  Fee Delinquent $
The fee includes ☐ Insurance ☐ Landscape ☐ Pool ☐ Tennis  Other
Association contact: Name:  Phone No:

## III. COMPETITIVE CLOSED SALES

| ITEM | SUBJECT | COMPARABLE NUMBER 1 | | COMPARABLE NUMBER 2 | | COMPARABLE NUMBER 3 | |
|---|---|---|---|---|---|---|---|
| Address: | 1031 WYLIN CRT | 106 Lawrence Ave | | 346 Royce Dr | | 5149 Wallingford Dr | |
| Proximity to subject: | | 1 mile | REO/Corp ☐ | 1 mile | REO/Corp ☒ | 1 mile | REO/Corp ☒ |
| Sale Price: | $ | $ | 37,500.00 | $ | 32,000.00 | $ | 27,000.00 |
| Data Sources | MLS | MLS | | MLS | | MLS | |
| Price/Gross Living Area | 26.44 | 27.41 | | 24.24 | | 27.83 | |
| Sale Date/Days on Mkt. | | 03/01/2012 | 189 | 02/27/2012 | 75 | 04/12/2012 | 52 |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-)Adj | DESCRIPTION | +(-)Adj | DESCRIPTION | +(-)Adj |
| Sales/Financing Concessions | | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 |
| Location | Average | Average | 0.00 | Average | 0.00 | Average | 0.00 |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | 0.00 | Fee Simple | 0.00 | Fee Simple | 0.00 |
| Site (Lot size) | 0.17 | 0.135 | 0.00 | 0.179 | 0.00 | 0.170 | 0.00 |
| View | Average | Average | 0.00 | Average | 0.00 | Average | 0.00 |
| Design and Appeal | Average | Average | 0.00 | Average | 0.00 | Average | 0.00 |
| Quality of Construction | Average | Average | 0.00 | Average | 0.00 | Average | 0.00 |
| Age | 56 | 83 | 2,000.00 | 54 | 0.00 | 55 | 0.00 |
| Condition | Average | Average | 0.00 | Average | 0.00 | Average | 0.00 |
| Above Grade | Total / Bdms / Baths | Total / Bdms / Baths | | Total / Bdms / Baths | | Total / Bdms / Baths | |
| Room Count | 6 / 3 / 2 | 7 / 3 / 2 | .00 | 7 / 3 / 1 | 1,000.00 | 5 / 3 / 1 | 1,000.00 |
| Gross Living Area | 1210 Sq. Ft. | 1368 Sq. Ft. | (1,500.00) | 1320 Sq. Ft. | (1,000.00) | 970 Sq. Ft. | 2,500.00 |
| Basement & Finished Rooms Below Grade | Unfinished | Unfinished | 0.00 | Unfinished | 0.00 | Unfinished | 0.00 |
| Functional Utility | Average | Average | 0.00 | Average | 0.00 | Average | 0.00 |
| Heating/Cooling | central/central | central/central | 0.00 | central/central | 0.00 | central/central | 0.00 |
| Energy Efficient Items | none known | none | 0.00 | none | 0.00 | none | 0.00 |
| Garage/Carport | None | 1CarDet | (1,500.00) | 1CarAtt | (1,500.00) | 1CarAtt | (1,500.00) |
| Porches, Patio, Deck Fireplace(s), etc. | Porch/ Patio/ | Porch/ Patio/ Fireplace | 0.00 | Porch/ Patio/ | 0.00 | Porch/ Patio/ | 0.00 |
| Fence, Pool, Etc. | Fence | Fence | 0.00 | Fence | 0.00 | Fence | 0.00 |
| Other | | none | 0.00 | none | 0.00 | | 0.00 |
| NET Adj (total) | | ☐+ ☐- | (1,000.00) | ☐+ ☐- | (1,500.00) | ☐+ ☐- | 2,000.00 |
| Adjusted Sales Price of Comparables | | | 36,500.00 | | 30,500.00 | | 29,000.00 |

Page 1 of 2

© 2004 - 2012 Quandis, All Rights Reserved. http://www.quandis.com

Loan #
REO #

## IV. MARKETING STRATEGY

☒ As-Is    ☐ Minimal Lender Required Repairs    ☐ Repaired    Most Likely Buyer:    ☒ Owner Occupant    ☐ Investor

## I. REPAIRS

Itemize ALL repairs needed to bring property from the present "as is" condition to average marketable condition for the neighborhood
Check those repairs you recommend that we perform for most successful marketing of the property.

| ☐ | _____ | $ _____ | ☐ | _____ | $ _____ |
| ☐ | _____ | $ _____ | ☐ | _____ | $ _____ |
| ☐ | _____ | $ _____ | ☐ | _____ | $ _____ |
| ☐ | _____ | $ _____ | ☐ | _____ | $ _____ |
| ☐ | _____ | $ _____ | ☐ | _____ | $ _____ |

**GRAND TOTAL FOR ALL REPAIRS: $ 0.00**

## VI. COMPETITIVE LISTINGS

| ITEM | SUBJECT | COMPARABLE NUMBER 1 | | COMPARABLE NUMBER 2 | | COMPARABLE NUMBER 3 | |
|---|---|---|---|---|---|---|---|
| Address: | 1031 WYLIN CRT | 5509 Donbar | | 5535 Winchelsea Dr | | 21 Mintert Manor Dr | |
| Proximity to subject: | | 7 blocks | REO/Corp ☐ | 7 blocks | REO/Corp ☒ | 3 blocks | REO/Corp ☒ |
| List Price: | $ | $ | 30,000.00 | $ | 30,000.00 | $ | 36,000.00 |
| Price/Gross Living Area | 26.44 | 28.14 | | 19.53 | | 25.06 | |
| Data Sources | MLS | MLS | | MLS | | MLS | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-)Adj | DESCRIPTION | +(-)Adj | DESCRIPTION | +(-)Adj |
| Sales/Financing Concessions | | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 |
| Days on Market | | 34 | | 26 | | 27 | |
| Location | Average | Average | 0.00 | Average | 0.00 | Average | 0.00 |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | 0.00 | Fee Simple | 0.00 | Fee Simple | 0.00 |
| Site (Lot size) | 0.17 | 0.220 | 0.00 | 0.170 | 0.00 | 0.270 | 0.00 |
| View | Average | Average | 0.00 | Average | 0.00 | Average | 0.00 |
| Design and Appeal | Average | Average | 0.00 | Average | 0.00 | Average | 0.00 |
| Quality of Construction | Average | Average | 0.00 | Fair | 3,000.00 | Average | 0.00 |
| Age | 56 | 51 | 0.00 | 56 | 0.00 | 51 | 0.00 |
| Condition | Average | Average | 0.00 | Average | 0.00 | Average | 0.00 |
| Above Grade | Total Bdms Baths | Total Bdms Baths | | Total Bdms Baths | | Total Bdms Baths | |
| Room Count | 6  3  2 | 5  3  1.5 | 500.00 | 7  4  2 | .00 | 6  3  2 | .00 |
| Gross Living Area | 1210 Sq.Ft. | 1066 Sq.Ft. | 1,500.00 | 1536 Sq.Ft. | (3,000.00) | 1436 Sq.Ft. | (2,000.00) |
| Basement & Finished Rooms Below Grade | Unfinished | Unfinished | 0.00 | None | 5,000.00 | 70% Finished | 0.00 |
| Functional Utility | Average | Average | 0.00 | Average | 0.00 | Average | 0.00 |
| Heating/Cooling | central/central | central/central | 0.00 | central/central | 0.00 | central/central | 0.00 |
| Energy Efficient Items | none known | none | 0.00 | none | 0.00 | none | 0.00 |
| Garage/Carport | None | CarPort | (500.00) | CarPort | (500.00) | 1CarAtt | (1,500.00) |
| Porches, Patio, Deck Fireplace(s), etc. | Porch/ Patio/ | Porch/ Patio/ | 0.00 | Porch/ Patio/ | 0.00 | Porch/ Patio/ | 0.00 |
| Fence, Pool, Etc. | Fence | Fence | 0.00 | Fence | 0.00 | Fence | 0.00 |
| Other | | none | 0.00 | none | 0.00 | none | 0.00 |
| NET Adj (total) | | ☐+ ☐- | 1,500.00 | ☐+ ☐- | 4,500.00 | ☐+ ☐- | (3,500.00) |
| Adjusted Sales Price of Comparables | | | 31,500.00 | | 34,500.00 | | 32,500.00 |

## VII. THE MARKET VALUE (The value must fall within the indicated value of the Competitive Closed Sales)

|  | Market Value | Suggested List Price |
|---|---|---|
| AS IS | $ 30,000.00 | $ 32,000.00 |
| REPAIRED | $ 30,000.00 | $ 32,000.00 |

## VIII. COMMENTS    (Include specific positives/negatives, special concerns, encroachments, easements, water rights, environmental concerns, flood zones, etc.)

SC: Subject is a detached all brick 1 story 3/2 with 1210sf, a full basement, and off street parking. At time of exterior inspection no repairs were noted, home is in average condition. NC: Subject is located in an reo/short sale driven market. Over 90% of sales and listings in the area are reo/short.

© 2004 - 2012 Quandis, All Rights Reserved. http://www.quandis.com