# EXHIBIT "B"

New House Title, L.L.C.
Title Summary Report
CENDANT

Date of Report:        September 07, 2011

Title Company:         New House Title, L.L.C.

FDLG File number:      F11016963

Client Loan Number:

Certified Through:     08/15/2011

Current Owner:         ALFREDO D. CASTRO

Deceased Owner:        No Deceased Owner Found

Death Certificate Needed:    (No Deceased Owner Found)

Original Mortgagor:    ALFREDO D. CASTRO

Property address:      631 20TH STREET SW
                       VERO BEACH, FL  32962

Mortgage Address Confirmed:   631 20TH STREET SW
                              VERO BEACH, FL  32962

Legal Description:     LOT 19, BLOCK 67 OF VERO BEACH HIGHLANDS UNIT TWO,
                       ACCORDING TO THE PLAT THEREOF AS RECORDED IN PLAT BOOK 5,
                       PAGE 77 (NOTE: ALL IN A RESUBDIVISION OF PORTIONS OF BLOCKS
                       65 THROUGH 69, VERO BEACH HIGHLANDS, UNIT 2, A SUBDIVISION,
                       ACCORDING TO THE OFFICIAL PLAT THEREOF, RECORDED IN PLAT
                       BOOK 6, PAGE 70) OF THE PUBLIC RECORDS OF INDIAN RIVER
                       COUNTY, FLORIDA.

Lien Position: 1

Mobile Home: **NO MOBILE HOME FOUND**

FILE_NUMBER: F11016963

Serial: 18420441
DOC_ID: M012302



Prior/Open Liens/Title Claims (Non-Defendants): **NO PRIOR LIENS FOUND**

Subject Deed of Trust/Mortgage

    Mortgage date        08/13/2004
    Amount               $149900.000
    Beneficiary:         COLDWELL BANKER MORTGAGE
    Date Recorded     08/18/2004
    Book                 1772
    Page                 2124

Subordinate Loans/Liens/Defendants in Foreclosure: **IF NOT LISTED BELOW, NO SUBORDINATE LIENS FOUND**

    THE UNKNOWN SPOUSE OF ALFREDO D. CASTRO, by virtue of homestead rights, possession, or any right of redemption

    MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INCORPORATED, AS NOMINEE FOR GMAC MORTGAGE, LLC, by virtue of a Mortgage recorded in Official Records Book 1952 Page 465

    GMAC MORTGAGE, LLC, by virtue of any lien filed pursuant to the Declaration of Covenants and Restrictions and any amendments thereto

    CHASE BANK USA, NATIONAL ASSOCIATION, by virtue of a Final Judgment recorded in Official Records Book 2484 Page 800

    CITIBANK (SOUTH DAKOTA), NA, by virtue of a Final Judgment recorded in Official Records Book 2485 Page 816

Is an assignment needed:  **NO ASSIGNMENT NEEDED**

## NEW HOUSE TITLE, L.L.C.

Property Tax Information

Date: September 07, 2011
File Number: F11016963
Loan Number:
Property Address: 631 20TH STREET SW, VERO BEACH, FL  32962
Folio Number: 868230

Tax Information:

    Taxes Paid Through:  2010


    Taxes Paid Date: 11/23/2010
    Taxes Paid Amount: $955.10
    Tax Payoff good through
    Tax Deed Payoff Amount $0.00
    Tax Sale Date:
    Special Notes:


    Payable/Remit To:
    Charles Sembler
    INDIAN RIVER COUNTY TAX COLLECTOR
    925 14th Lane
    Vero Beach, FL  32960
    772-567-8000 1343

Delinquent Tax payments must be in Certified Funds (Cashiers Checks).

Be advised that the tax figures quoted above are subject to change due to various reasons. This figure represents the amounts and due date we were provided from the taxing authority. To ensure accuracy, we would request that you contact the taxing authority to confirm the amounts owed and the due date. The above is the contact information we have for the taxing authority. Unless you instruct us to the contrary, we will not be doing an additional tax search for this loan during the pendency of the foreclosure action. If you wish us to conduct an additional tax search please send us a written request to perform this function.