# EXHIBIT "C"

# RESIDENTIAL BROKER PRICE OPINION

Loan #: 
REO #: 
This BPO is the: ☐ Initial ☐ 2nd Opinion ☒ Updated ☐ Exterior Only
DATE: 7/1/2012 4

PROPERTY ADDRESS: 631 20TH ST SW, VERO BEACH, FL 32962
SALES REPRESENTATIVE: 
CLIENT NAME: PHH
FIRM NAME: Coldwell Banker Ed Schlitt Realtors
COMPLETED BY: Ouellet, Jim
PHONE NO: 772-321-6566
FAX NO: 

## I. GENERAL MARKET CONDITIONS

Current market condition: ☐ Depressed ☒ Slow ☐ Stable ☐ Improving ☐ Excellent
Employment conditions: ☐ Declining ☒ Stable ☐ Increasing
Market price of this type property has:
  ☐ Decreased ____ % in past ____ months
  ☐ Increased ____ % in past ____ months
  ☒ Remained Stable

Estimated percentage of owners vs. tenants in neighborhood: 95 % owner occupant   5 % tenant
There is a ☒ Normal Supply ☐ Over Supply ☐ Shortage of comparable listings in the neighborhood
Approximate number of comparable units for sale in neighborhood: 7
No. of competing listings in neighborhood that are REO or Corporate Owned: 4
No. of boarded or blocked-up homes: 0

## II. SUBJECT MARKETABILITY

Range of values in the neighborhood is $: 75,000.00 to $ 90,000.00
Subject is an: ☐ Over improvement ☐ Under Improvement ☒ Appropriate improvement for the neighborhood
Normal marketing time in the area is: 90 days
Are all types of financing available for the property? ☒ Yes ☐ No If no, explain: 
Has the property been on the market the past 12 months? ☐ Yes ☒ No If yes, $ 
To the best of your knowledge, why did it not sell?
Unit type: ☒ single family detached ☐ condo ☐ co-op ☐ mobile home
          ☐ single family attached ☐ townhouse ☐ modular
If condo or other association exists Fees $ 0.00   ☒ monthly ☐ annually   Current? ☒ Yes ☐ No   Fee Delinquent $ 
The fee includes   ☐ Insurance ☐ Landscape ☐ Pool ☐ Tennis  Other N/A
Association contact: Name: N/A   Phone No: N/A

## III. COMPETITIVE CLOSED SALES

| ITEM | SUBJECT | COMPARABLE NUMBER 1 | | COMPARABLE NUMBER 2 | | COMPARABLE NUMBER 3 | |
|---|---|---|---|---|---|---|---|
| Address: | 631 20TH ST SW | 745 18th Street Sw | | 840 25th Street Sw | | 470 15th Street Sw | |
| Proximity to subject: | | 3 blocks | REO/Corp ☒ | 7 blocks | REO/Corp ☒ | 7 blocks | REO/Corp ☒ |
| Sale Price: | $ | $ | 82,500.00 | $ | 79,000.00 | $ | 69,000.00 |
| Data Sources | TaxRecords | MLS | | MLS | | MLS | |
| Price/Gross Living Area | 61.91 | 59.48 | | 57.24 | | 46.77 | |
| Sale Date/Days on Mkt. | | 04/19/2012 | 51 | 04/23/2012 | 91 | 05/01/2012 | 83 |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-)Adj | DESCRIPTION | +(-)Adj | DESCRIPTION | +(-)Adj |
| Sales/Financing Concessions | | Unknown | | Unknown | | Unknown | |
| Location | Average | Average | | Average | | Average | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site (Lot size) | 0.17 | 0.23 | | 0.23 | | 0.18 | |
| View | Average | Average | | Average | | Average | |
| Design and Appeal | Average | Average | | Average | | Average | |
| Quality of Construction | Average | Average | | Average | | Average | |
| Age | 11 | 9 | | 10 | | 7 | |
| Condition | Average | Average | | Average | | Average | |
| Above Grade Room Count | Total 8 / Bdms 3 / Baths 2 | Total 8 / Bdms 3 / Baths 2 | .00 | Total 8 / Bdms 3 / Baths 2 | .00 | Total 8 / Bdms 3 / Baths 2 | .00 |
| Gross Living Area | 1389 Sq. Ft. | 1387 Sq. Ft. | | 1380 Sq. Ft. | | 1475 Sq. Ft. | |
| Basement & Finished Rooms Below Grade | None | None | | None | | None | |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | Central HVAC Unit | Central HVAC Unit | | Central HVAC Unit | | Central HVAC Unit | |
| Energy Efficient Items | Central HVAC Unit | Central HVAC Unit | | Central HVAC Unit | | Central HVAC Unit | |
| Garage/Carport | 2CarAtt | 2CarAtt | | 1CarAtt | 5,000.00 | 1CarAtt | 5,000.00 |
| Porches, Patio, Deck Fireplace(s), etc. | Porch/ | Porch/ | | Porch/ | | Porch/ | |
| Fence, Pool, Etc. | | | | | | | |
| Other | None | None | | None | | None | |
| NET Adj (total) | | ☐+ ☐- | 0.00 | ☐+ ☐- | 5,000.00 | ☐+ ☐- | 5,000.00 |
| Adjusted Sales Price of Comparables | | | 82,500.00 | | 84,000.00 | | 74,000.00 |

Page 1 of 2

© 2004 - 2012 Quandis, All Rights Reserved. http://www.quandis.com

Loan #
REO #

## IV. MARKETING STRATEGY

☒ As-Is  ☐ Minimal Lender Required Repairs  ☐ Repaired          Most Likely Buyer:  ☒ Owner Occupant  ☐ Investor

## I. REPAIRS

Itemize ALL repairs needed to bring property from the present "as is" condition to average marketable condition for the neighborhood
Check those repairs you recommend that we perform for most successful marketing of the property.

☐ _____ $_____    ☐ _____ $_____
☐ _____ $_____    ☐ _____ $_____
☐ _____ $_____    ☐ _____ $_____
☐ _____ $_____    ☐ _____ $_____
☐ _____ $_____    ☐ _____ $_____

**GRAND TOTAL FOR ALL REPAIRS: $  0.00**

## VI. COMPETITIVE LISTINGS

| ITEM | SUBJECT | COMPARABLE NUMBER 1 | | COMPARABLE NUMBER 2 | | COMPARABLE NUMBER 3 | |
|---|---|---|---|---|---|---|---|
| Address: | 631 20TH ST SW | 775 21st Street Sw | | 681 24th Street Sw | | 2176 16th Avenue Sw | |
| Proximity to subject: | | 3 blocks | REO/Corp ☐ | 5 blocks | REO/Corp ☐ | 1 mile | REO/Corp ☐ |
| List Price: | $ | $ | 89,000.00 | $ | 84,900.00 | $ | 79,000.00 |
| Price/Gross Living Area | 61.91 | 65.63 | | 58.79 | | 63.7 | |
| Data Sources | TaxRecords | MLS | | MLS | | MLS | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-)Adj | DESCRIPTION | +(-)Adj | DESCRIPTION | +(-)Adj |
| Sales/Financing Concessions | | Unknown | | Unknown | | Unknown | |
| Days on Market | | 132 | | 116 | | 105 | |
| Location | Average | Average | | Average | | Average | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site (Lot size ) | 0.17 | 0.17 | | 0.23 | | 0.24 | |
| View | Average | Average | | Average | | Average | |
| Design and Appeal | Average | Average | | Average | | Average | |
| Quality of Construction | Average | Average | | Average | | Average | |
| Age | 11 | 6 | | 7 | | 15 | |
| Condition | Average | Average | | Average | | Average | |
| Above Grade Room Count | Total 8 / Bdms 3 / Baths 2 | Total 8 / Bdms 3 / Baths 2 | .00 | Total 8 / Bdms 3 / Baths 2 | .00 | Total 8 / Bdms 3 / Baths 2 | .00 |
| Gross Living Area | 1389 Sq. Ft. | 1356 Sq. Ft. | | 1444 Sq. Ft. | | 1240 Sq. Ft. | |
| Basement & Finished Rooms Below Grade | None | None | | None | | None | |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | Central HVAC Unit | Central HVAC Unit | | Central HVAC Unit | | Central HVAC Unit | |
| Energy Efficient Items | Central HVAC Unit | Central HVAC Unit | | Central HVAC Unit | | Central HVAC Unit | |
| Garage/Carport | 2CarAtt | 2CarAtt | | 2CarAtt | | 1CarAtt | 5,000.00 |
| Porches, Patio, Deck Fireplace(s), etc. | Porch/ | Porch/ | | Porch/ | | Porch/ | |
| Fence, Pool, Etc. | | | | | | | |
| Other | None | None | | None | | None | |
| NET Adj (total) | | ☐+ ☐- | 0.00 | ☐+ ☐- | 0.00 | ☐+ ☐- | 5,000.00 |
| Adjusted Sales Price of Comparables | | | 89,000.00 | | 84,900.00 | | 84,000.00 |

**VII.   THE MARKET VALUE** (The value must fall within the indicated value of the Competitive Closed Sales )

|  | Market Value | Suggested List Price |
|---|---|---|
| AS IS | $ 76,800.00 | $ 86,000.00 |
| REPAIRED | $ 76,800.00 | $ 86,000.00 |

**VIII. COMMENTS**   (Include specific positives/negatives, special concerns, encroachments, easements, water rights, environmental concerns, flood zones, etc.)

SC: The subject exterior is maintained in average condition. Built within the last 10 years, the subject shows no visible evidence of any exterior structural deferred maintenance. Lawn care and landscaping maintenance are average for this time of year. The market values within the subject neighborhood have been stable the last 3 to 4 months. However, the overall market values have declined for the calendar year 2011 by 6%. The number of single-family unit sales, within the subject area, declined for the month of May by 2% over the previous May in 2011. Over 97% of the real estate activity in subject market area has been short sale and REO transactions, with the remaining 5%, Arms-Length, Fair Market value within the last 24 months.NC: There are no negative factors or economic/functional obsolescence that would detract from the marketability of the subject or it value.

© 2004 - 2012 Quandis, All Rights Reserved. http://www.quandis.com