IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In Re: | § | CASE NO. 12-12020 |
| | § | |
| RESIDENTIAL CAPITAL, LLC. | § | |
| | § | |
| DEBTORS | § | CHAPTER 11 |

### TRAVIS COUNTY'S NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICE AND OTHER DOCUMENTS

Notice is hereby given that Kay D. Brock, Assistant Travis County Attorney, will appear as counsel for Tina Morton, Travis County Tax Assessor-Collector in the above-entitled case and requests that service of notices and other documents be made upon this attorney of record.

Respectfully submitted,

DAVID ESCAMILLA
Travis County Attorney
P.O. Box 1748
Austin, TX 78767
(512) 854-9513 Telephone
(512) 854-4808 Telecopier

By: /s/ Kay Brock
KAY D. BROCK
Assistant County Attorney
Texas Bar No. 11625100
kay.brock@co.travis.tx.us

276045-1

## CERTIFICATE OF SERVICE

I, Kay D. Brock, Assistant County Attorney, hereby certify that a true and correct copy of **Travis County's Notice of Appearance and Request for Service of Notice and Other Documents** has been sent to all interested parties registered for electronic service with the U. S. Bankruptcy Clerk's Office on or about the time this document was electronically filed with the Clerk on this 15th day of **August, 2012** and mailed by United States First Class Mail to any party listed below that is not registered.

_____
Kay Brock

**DEBTORS**
Residential Capital, LLC.
1177 Avenue of the Americas
New York, NY 10036
(served via U.S First Class Mail)

**DEBTORS' ATTORNEY**
Larren M. Nashelsky
1290 Avenue of the Americas
New York, NY 10104
(served electronically)

**TRUSTEE**
The Office of the U.S Trustee
33 Whitehall Street
New York, NY 10004
(served electronically)

276045-1