**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

| | |
|---|---|
| IN RE: | CASE NO. 12-12020-MG-11 |
| RESIDENTIAL CAPITAL, LLC, | CHAPTER 11 |
|     Debtor. | |

------------------------------------------------------------x

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Thomas A. Conrad, to be admitted, *pro hac vice*, to represent PETRA FINANCE, LLC (the "Client"), an unsecured creditor, in the above-referenced ☒ case ☐ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Florida and, if applicable, the bar of the U.S. District Court for the Southern District of Florida, it is hereby

**ORDERED,** that Thomas A. Conrad, Esq. is admitted to practice, *pro hac vice*, in the above-referenced ☒ case ☐ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided the filing fee has been paid.

Dated:   **August 17, 2012**

      New York, New York

                                                      */s/ Martin Glenn*
                                           UNITED STATES BANKRUPTCY JUDGE