Shapiro, DiCaro & Barak, LLC
Shari S. Barak, Esq.
Suite N109
Melville, NY 11747
Tel: (631) 844-9611
Fax: (631) 844-9525

*Attorneys for* PHH Mortgage Corporation

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
_____x

In re:

RESIDENTIAL CAPITAL, LLC, *et al.*

          Debtors.

_____x

Chapter 11

Case No. 12-12020 (MG)

(Jointly Administered)

## CERTIFICATE OF SERVICE

Shari S. Barak, being duly sworn, deposes and says:

1. I am not a party to the action. I am over the age of eighteen years. I am duly admitted to the bar of the State of New York in good standing.

2. On August 15, 2012, at my direction, employees of Shapiro, DiCaro & Barak, LLC caused to be served via Priority Mail to the parties listed on the Special Service List attached hereto as **Exhibit A** and via Electronic Case Filing on all parties listed on the General Service List attached here to as **Exhibit B**, copies of the following documents: Notice of Motion, Affirmation in Support, Proposed Order and Exhibits.

Dated:    August 15, 2012

                                        Shapiro, DiCaro & Barak, LLC
                                        By: Shari S. Barak
                                        105 Maxess Road, Suite N109
                                        Melville, NY 11747
                                        (631)844-9611