# EXHIBIT "B"

Residential Capital, LLC, et al.
Case No. 12-12020 (MG)
General Service List

| NAME | NOTICE NAME | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| AIG Asset Management US LLC | Attn Russell Lipman | 80 Pine St | | New York | NY | 10038 | |
| Aldridge Connors LLP | Bankruptcy Department | Fifteen Piedmont Center | 3575 Piedmont Rd NE Ste 500 | Atlanta | GA | 30305 | |
| Allstate Life Insurance Company | Attn Peter A McElvain | 3075 Sanders Rd Ste G5A | | Northbrook | IL | 60062 | |
| Ally Bank | Tom Houghton | 440 S Church St | # 1100 | Charlotte | NC | 28202 | |
| Ally Financial Inc | Jeffrey Brown Corporate Treasurer | 440 S Church St | # 1100 | Charlotte | NC | 28202 | |
| Alston & Bird LLP | John C Weitnauer Esq | One Atlantic Center | 1201 West Peachtree St | Atlanta | GA | 30309-3424 | |
| Alston & Bird LLP | Martin G Bunin Esq & William Hao Esq | 90 Park Ave | | New York | NY | 10016 | |
| Alston & Bird LLP | William B Macurda | Bank of America Plaza Ste 4000 | 101 S Tryon St | Charlotte | NC | 28280-4000 | |
| Assistant Attorney General | John Mark Stern bankruptcy & Collections Division | PO Box 12548 | | Austin | TX | 78711-2548 | |
| Attorney General of the State of New York, Eric T Schneiderman | Victoria L Safran | Nassau Regional Office | 200 Old Country Rd Ste 240 | Mineola | NY | 11501 | |
| Bank of New York Mellon | Sarah Stout & Jennifer J Provenzano | 525 William Penn Place | | Pittsburgh | PA | 15259-0001 | |
| Barclays Bank PLC | Alicia Borys & Patrick Kerner | 745 7th Ave 27th Fl | | New York | NY | 10019 | |
| Barclays Bank PLC | Joe Tricarno & May Wong | 1301 Sixth Ave | | New York | NY | 10019 | |
| Barnes & Thornburg LLP | David M Powlen | 1000 North West St Ste 1200 | | Wilmington | DE | 19801 | |
| Barry B Eskanos JD MPA & Ami B Eskanos | | 3122 Pine Tree Dr | | Miami Beach | FL | 33140 | |
| Bernstein Litowitz Berger & Grossmann LLP | David R Stickney & Jonathan D Uslaner & Matthew P Jubenville | 12481 High Bluff Dr Ste 300 | | San Diego | CA | 92130 | |
| Bernstein Litowitz Berger & Grossmann LLP | Jai K Chandrasekhar | 1285 Avenue of the Americas | | New York | NY | 10019 | |
| BMMZ Holding LLC | | 200 Renaissance Center | Mail Code 482-B12-B96 | Detroit | MI | 48265-2000 | |
| Brian Kessler, et al | c/o Ally Financial Inc, Attn Courtney Lowman c/o Walters Bender Strohbehn & Vaughan, P.C. | 2500 City Center Square, 1100 Main, Suite 2500 | | Kansas City | MO | 64105 | |
| Cadwalader Wickersham & Taft LLP | Gregory M Petrick & Ingrid Bagby | One World Financial Center | | New York | NY | 10281 | |
| Cadwalader Wickersham & Taft LLP | Mark C Ellenberg Esq | 700 Sixth St NW | | Washington | DC | 20001 | |
| Carter Ledyard & Milburn LLP | Aaron R Cahn & Leonardo Trivigno | 2 Wall St | | New York | NY | 10005 | |
| Cohen Milstein Sellers & Toll PLLC | Joel P Laitman, Christopher Lometti, Michael B Eisenkraft, Daniel B Rehns & Kenneth M Rehns | 88 Pine St 14th Fl | | New York | NY | 10005 | |
| Cole Schotz Meisel Forman & Leonard PA | Michael D Warner & Emily S Chou | 301 Commerce St Ste 1700 | | Fort Worth | TX | 76102 | |
| Commonwealth of Pennsylvania, Department of Labor and Industry | | | | | | | |
| Crowe & Dunlevy PC | Joseph Kots | Reading Bankruptcy & Compliance Unit | 625 Cherry St Rm 203 | Reading | PA | 19602-1152 | |
| Curtis Mallet-Prevost Colt & Mosle LLP | William H. Hoch | 20 N. Broadway Ave., Ste. 1800 | | Oklahoma City | OK | 73102 | |
| Curtis Mallet-Prevost Colt & Mosle LLP | Maryann Gallagher Esq | 101 Park Ave | | New York | NY | 10178-0061 | |
| Curtis Mallet-Prevost Colt & Mosle LLP | Michael A Cohen Esq | 101 Park Ave | | New York | NY | 10178-0061 | |
| Curtis Mallet-Prevost Colt & Mosle LLP | Steven J Reisman Esq | 101 Park Ave | | New York | NY | 10178-0061 | |
| David P Stich Esq | | 521 Fifth Ave 17th Fl | | New York | NY | 10175 | |
| Dechert LLP | Glenn E Siegel, Hector Gonzalez, Brian E Greer & Mauricio A Espana | 1095 Avenue of the Americas | | New York | NY | 10036-6797 | |
| Deutsche Bank | Rosa Mendez | Corporate Trust Department | 1761 E. St. Andrew Place | Santa Ana | CA | 92705-4934 | |
| Deutsche Bank Trust Company Americas | Attn Brendan Meyer | Harborside Financial Center | 100 Plaza One MS: JCY03-0699 | Jersey City | NJ | 07311-3901 | |
| Diem T Nguyen | | 16478 Beach Blvd No 331 | | Westminister | CA | 92683 | |
| Duane Morris LLP | Gerald S Catalanello Esq & james J Bincequerra Esq | 1540 Broadway | | New York | NY | 10036 | |
| Fannie Mae | | 950 East Paces Ferry Road | Suite 1900 | Atlanta | GA | 30326 | |
| Fedelina Roybal-DeAguero 2008 Trust | Catherine Lasher | 42265 Little Lake Rd | | Medocino | CA | 94560 | |

Residential Capital, LLC, et al
Case No. 12-12020 (MG)
General Service List

| NAME | NOTICE NAME | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| Fein Such & Crane LLP | Mark K Broyles Esq | 28 East Main St Ste 1800 | | Rochester | NY | 14614 | |
| FDIC | Dennis J Early | Counsel - Legal Division | 3501 Fairfax Dr Rm VS-D-7076 | Arlington | VA | 22226-3500 | |
| Financial Guaranty Insurance Company | Attn John Dubel | 125 Park Ave | | New York | NY | 10017 | |
| Foley & Mansfield PLLP | Thomas J Lallier | 250 Marquette Ave Ste 1200 | | Minneapolis | MN | 55401 | |
| Freddie Mac | Kenton W Hambrick Associate General Counsel | MS202 | 8200 Jones Branch Dr | McLean | VA | 22102 | |
| Freeborn & Peters LLP | Devon J Eggert Esq | 311 S Wacker Dr Ste 3000 | | Chicago | IL | 60606-6677 | |
| Freeborn & Peters LLP | Thomas R Fawkes Esq | 311 S Wacker Dr Ste 3000 | | Chicago | IL | 60606-6677 | |
| Gibbons PC | Attn Jeffrey S Berkowitz Esq | One Pennsylvania Plaza 37th Fl | | New York | NY | 10119-3701 | |
| Gibbons PC | Attn Karen A Giannelli Esq | One Gateway Center 9th Fl | | Newark | NJ | 07102-5310 | |
| Gibbs & Bruns LLP | Kathy D Patrick Esq & Scott A Humphries Esq | 1100 Louisiana Ste 5300 | Suite 5300 | Houston | TX | 77002 | |
| Gibbs & Bruns, L.L.P. | Kathy D. Patrick | 1100 Louisiana | | Houston | TX | 77002 | |
| Ginnie Mae | Ted Tozer | 550 12 St. SW | 3rd Floor | Washington | DC | 20024 | |
| Grant & Eisenhofer PA | Geoffrey C Jarvis Matthew P Morris & Deborah A Elman | 485 Lexington Ave 29th Fl | | New York | NY | 10017 | |
| HP Enterprise Services LLC | Ayala Hassell Esq | 5400 Legacy Dr | | Plano | TX | 75024 | |
| Hunton & Williams LLP | Richard P Norton & Robert A Rich | 200 Park Avenue 53rd Fl | | New York | NY | 10166 | |
| IBM Corporation | Attn Shawn Konig | 1360 Rene Levesque W Ste 400 | | Montreal | QC | H3G 2W6 | Canada |
| Iron Mountain Information Management Inc | Joseph Corrigan | 745 Atlantic Ave | | Boston | MA | 02111- | |
| Jones Day | Carie E Black | 901 Lakeside Ave | | Cleveland | OH | 44114 | |
| Jones Day | Corinne Ball, Richard L Wynne & Lance E Miller | 222 East 41st Street | | New York | NY | 10017 | |
| Kasowitz, Benson, Torres & Friedman LLP | Andrew K Glenn, Matthew B Stein, Daniel A Fliman & Nii Amar Amamoo | 1633 Broadway | | New York | NY | 10019 | |
| Kilpatrick & Associates PC | Richardo I Kilpatrick | 903 North Opdyke Rd Ste C | | Auburn Hills | MI | 48326 | |
| King & Spalding LLP | W. Austin Jowers & Paul K. Ferdinands & Thaddeus D. Wilson | 1180 Peachtree Street N.E. | | Atlanta | GA | 30309 | |
| Klestadt & Winters LLP | Attn Tracy L Klestadt & Joseph C Comeau | 570 Seventh Ave 17th Fl | | New York | NY | 10018 | |
| Kurtzman Carson Consultants | Alison M. Tearnen Schepper | | | | | | |
| Law Offices of Christopher Green | Christopher E. Green | Two Union Square Suite 4285 | 601 Union Street | Seattle | WA | 98101 | |
| Law Offices of Robert E Luna PC | Andrea Sheehan | 4411 N Central Expressway | | Dallas | TX | 75205 | |
| Linebarger Goggan Blair & Sampson LLP | Diana W Sanders | Po Box 17428 | | Austin | TX | 78760 | |
| Linebarger Goggan Blair & Sampson LLP | Elzabeth Weller | 2323 Bryan St Ste 1600 | | Dallas | TX | 75201 | |
| Linebarger Goggan Blair & Sampson LLP | John P Dillman Esq | PO Box 3064 | | Houston | TX | 77253-3064 | |
| Loeb & Loeb LLP | Walter H Curchack, Vadim J Rubinstein & Debra W Minoff | 345 Park Ave | | New York | NY | 10154 | |
| Lowenstein Sandler PC | Andrew Behlmann | 1251 Avenue of the Americas 18th Fl | | New York | NY | 10020 | |
| Lowenstein Sandler PC | Andrew Behlmann | 65 Livingston Ave | | Roseland | NJ | 07068 | |
| Lowenstein Sandler PC | Michael S Etkin & Ira M Levee | 1251 Avenue of the Americas 18th Fl | | New York | NY | 10020 | |

Residential Capital, LLC, et al.
Case No. 12-12020 (MG)
General Service List

| NAME | NOTICE NAME | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| Lowenstein Sandler PC | Michael S Etkin & Ira M Levee | 65 Livingston Ave | | Roseland | NJ | 07068 | |
| M&TCC | | 1 M&T Plaza, 7th Floor | | Buffalo | NY | 14203 | |
| Manatee County Tax Collector | Susan D Profant & Ken Burton Jr | 4333 US 301 North | | Ellenton | FL | 34222 | |
| Mathis, Riggs & Prather PSC | Donald T Prather | 500 Main St Ste 5 | | Shelbyville | KY | 40065 | |
| MBIA Insurance Corporation | Attn Mitchell Sonkin | 113 King St | | Armonk | NY | 10504 | |
| McKool Smith | Attn: Paul D. Moak | 600 Travis St., Suite 7000 | | Houston | TX | 77002 | |
| McKool Smith PC | Michael R Carney | One Bryant Park 47th Fl | | New York | NY | 10036 | |
| McKool Smith PC | Paul D Moak | 600 Travis St., Suite 7000 | | Houston | TX | 77002 | |
| Morgan Lewis & Bockius LLP | James L Garrity Jr | 101 Park Ave | | New York | NY | 10178-0600 | |
| Morgan Lewis & Bockius LLP | Michael S Kraut | 101 Park Ave | | New York | NY | 10178-0600 | |
| Morgan Lewis & Bockius LLP | Patrick D Fleming | 101 Park Ave | | New York | NY | 10178-0600 | |
| Moritt Hock & Hamroff LLP | Leslie Ann Berkoff | 400 Garden City Plaza | | Garden City | NY | 11530 | |
| Morrison Cohen LLP | Joseph T Moldovan Esq | 909 Third Ave | | New York | NY | 10022 | |
| Munger Tolles & Olson LLP | Seth Goldman | 355 S Grand Ave | | Los Angeles | CA | 90071 | |
| Munger Tolles & Olson LLP | Thomas B Walper | 355 S Grand Ave | | Los Angeles | CA | 90071 | |
| Office of Attorney General | Carol E. Momjian | Senior Deputy Attorney General | 21 S. 12th Street, 3rd Floor | Philadelphia | PA | 19107-3603 | |
| Patterson Belknap Webb & Tyler LLP | David W Dykhouse & Brian P Guiney | 1133 Avenue of the Americas | | New York | NY | 10036-6710 | |
| Paul N Papas II | Mylegalhelpusa.com | 4727 E Bell Rd Ste 45-350 | | Phoenix | AZ | 85032 | |
| Perdue Brandon Fielder Collins & Mott LLP | c/o Elizabeth Banda Calvo | PO Box 13430 | | Arlington | TX | 76094-0430 | |
| Pillsbury Winthrop Shaw Pittman LLP | Attn Ana N Darmonte Esq | 50 Fremont St | PO Box 7880 | San Francisco | CA | 94120-7880 | |
| Polsinelli Shughart PC | Daniel J Flanigan & Jason A Nagi | 805 Third Ave Ste 2020 | | New York | NY | 10022 | |
| Proskauer Rose LLP | Irena M Goldstein | Eleven Times Square | | New York | NY | 10036 | |
| Proskauer Rose LLP | Scott K Rutsky & Jared D Zajac | Eleven Times Square | | New York | NY | 10036 | |
| Quinn Emanuel Urquhart & Sullivan LLP | Daniel L Brockett & David D Burnett | 51 Madison Ave 22nd Fl | | New York | NY | 10010 | |
| Quinn Emanuel Urquhart & Sullivan LLP | Susheel Kirpalani & Scott C Shelley | 51 Madison Ave 22nd Fl | | New York | NY | 10010 | |
| Reilly Pozner LLP | Michael A Rollin | 1900 16th St Ste 1700 | | Denver | CO | 80202 | |
| Robbins Geller Rudman & Dowd LLP | Christopher M Wood | One Montgomery Steet Ste 1800 | Post Montgomery Center | San Francisco | CA | 94104 | |
| Robbins Geller Rudman & Dowd LLP | Steven W Pepich | 655 West Broadway Ste 1900 | | San Diego | CA | 92101 | |
| Romero Law Firm | Martha E Romero | BMR Professional Building | 6516 Bright Ave | Whittier | CA | 90601 | |
| Ropes & Gray LLP | D Ross Martin Esq & Keith H Wofford Esq | 1211 Avenue of the Americas | | New York | NY | 10036-8704 | |

Residential Capital, LLC. et al.
Case No. 12-12020 (MG)
General Service List

| NAME | NOTICE NAME | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| Ropes & Gray LLP | D. Ross Martin | Prudential Tower | 800 Boylston Street | Boston | MA | 02199 | |
| Rowen L Drenne as Representative for the Plaintiffs Brian Kessler et al | | 3725 N Indiana | | Kansas City | MO | 64117 | |
| Samuel I White PC | D Carol Sasser Esq | 5040 Corporate Woods Dr Ste 120 | | Virginia Beach | VA | 23462 | |
| Samuel I White PC | Donna J Hall Esq | 5040 Corporate Woods Dr Ste 120 | | Virginia Beach | VA | 23462 | |
| Scarinci & Hollenbeck LLC | Joel R Gluckman Esq | 1100 Valley Brook Ave | PO Box 790 | Lyndhurst | NJ | 07071-0790 | |
| Schnader Harrison Segal & Lewis LLP | Barry Bressler & Richard A Barkasy | 1600 Market St Ste 3600 | | Philadelphia | PA | 19103-7286 | |
| Schnader Harrison Segal & Lewis LLP | Benjamin P Deutsch Esq | 140 Broadway Ste 3100 | | New York | NY | 10005-1101 | |
| Secretary of State | | 123 William St | | New York | NY | 10038-3804 | |
| Secretary of State, Division of Corporations | 99 Washington Ave Ste 600 | One Commerce Plz | | Albany | NY | 12231-0001 | |
| Seward & Kissell LLP | Greg S Bateman | One Battery Park Plaza | | New York | NY | 10004 | |
| Seward & Kissell LLP | Ronald L Cohen & Kalyan Das | One Battery Park Plaza | | New York | NY | 10004 | |
| Shafferman & Feldman LLP | Joel M Shafferman Esq | 286 Madison Ave Ste 502 | | New York | NY | 10017 | |
| Shapiro Blasi Wasserman & Gora PA | Thomas A Conrad Esq | 7000 Glades Rd Ste 400 | | Boca Raton | FL | 33434 | |
| Shearman & Sterling LLP | Fredric Sosnick & Susan A Fennessey | 599 Lexington Ave | | New York | NY | 10022 | |
| Stinson Morrison Hecker LLP | Andrew W. Muller | 1201 Walnut, Ste. 2900 | | Kansas City | MO | 64106 | |
| Sullivan Hazeltine Allinson LLC | William A Hazeltine Esq | 901 N Market St Ste 1300 | | Wilmington | DE | 19801 | |
| Talcott Franklin P.C. | Attn: Talcott J. Franklin | 208 N. Market Street, Suite 200 | | Dallas | TX | 75202 | |
| Talcott Franklin P.C. | Derek S Witte | 208 N. Market Street, Suite 200 | | Dallas | TX | 75202 | |
| TCF National Bank | Janella J Miller Senior Vice President & Senior Counsel | 200 Lake St | | Wayzata | MN | 55391 | |
| Teitelbaum & Baskin LLP | Jay Teitelbaum Esq | 1 Barker Ave Third Fl | | White Plains | NY | 10601 | |
| The Bank of New York Mellon | Attn Robert H Major Vice President | 6525 West Campus Oval | | New Albany | OH | 43054 | |
| The Canada Trust Company | Susan Khokher | 79 Wellington Street, West, 8th Floor | PO Box 1, Toronto-Dominion Centre | Toronto | ON | M5K 1A2 | Canada |
| U.S. Bank National Association | Attn: Mamta K Scott | 190 S. LaSalle Street | | Chicago | IL | 60603 | |
| U.S. Bank National Association | Michelle Moeller | 60 Livingston Ave. | | St. Paul | MN | 55107 | |
| U.S. Bank National Association | Tanver Ashraf, Corporate Trust Services | West Side Flats, EP-Mn-WS3D | 60 Livingston Ave. | St. Paul | MN | 55107 | |
| U.S. Department of Justice | Attn: Glenn D. Gillette | Civil Division | 1100 L Street NW, Room 10018 | Washington | DC | 20005 | |
| Walters Bender Stohbehn & Vaughan PC | J Michael Vaughan & David M Skeens | 2500 City Center Square | 1100 Main St | Kansas City | MO | 64105 | |
| Wells Fargo Bank, N.A. | Kelly Rentz | Corporate Trust Services | 9062 Old Annapolis Road | Columbia | MD | 21045 | |
| Wells Fargo Law Department | Kristi Garcia Esq Senior Counsel | MAC T7405-010 | 4101 Wiseman Blvd | San Antonio | TX | 78251 | |
| Wendy Alison Nora | | 210 Second St NE | | Minneapolis | MN | 55413 | |
| White & Case LLP | Attn: Gerard Uzzi | 1155 Avenue of the Americas | | New York | NY | 10036-2787 | |
| Wilmington Trust | Jennifer Williams | 1100 N. Market St. | | Wilmington | DE | 19801 | |
| Wilmington Trust NA | Julie J Becker Vice President | 50 South Sixth St Ste 1290 | | Minneapolis | MN | 55402-1544 | |
| Wilson Elser Moskowitz Edelman & Dicker LLP | Attn David L Tillem | 3 Gannett Dr | | White Plains | NY | 10604-3407 | |
| Winston & Strawn LLP | Attn: David Neier | 200 Park Avenue | | New York | NY | 10166 | |
| Winston & Strawn LLP | David Neier, Carey D Schreiber & Alan Moskowitz | 200 Park Avenue | | New York | NY | 10166-4193 | |
| Wollmuth Maher & Deutsch LLP | Attn James N Lawlor | One Gateway Center 9th Fl | | Newark | NJ | 07102- | |
| Wollmuth Maher & Deutsch LLP | Attn Paul R DeFilippo & Steven S Fitzgerald | 500 Fifth Ave 12th Fl | | New York | NY | 10110 | |

Residential Capital, LLC, et al.
Case No. 12-12020 (MG)
General Service List

| NAME | NOTICE NAME | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| Zuckerman Spaeder LLP | Graeme W. Bush & Nelson C. Cohen & Laura E. Neish | 1185 Avenue of the Americas, 31st Floor | | New York | NY | 10036 | |
| Zuckerman Spaeder LLP | Graeme W. Bush & Nelson C. Cohen & Laura E. Neish | 1800 M Street, N.W., Suite 1000 | | Washington | DC | 20036 | |