# EXHIBIT "A"

12-12020-mg    Doc 1201-1    Filed 08/17/12    Entered 08/17/12 10:51:19    Exhibit
Special Service List    Pg 2 of 3

Residential Capital, LLC, et al.
Case No. 12-12020 (MG)
Special Service List

| NAME | NOTICE NAME | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| Chadbourne & Parke LLP | Attn Howard Seife & David M LeMay | 30 Rockefeller Plaza | | New York | NY | 10112 |
| Citibank NA | Attn Bobbie Theivakumaran | 390 Greenwich St 6th Fl | | New York | NY | 10013 |
| Deutsche Bank Trust Company Americas | c/o Kelvin Vargas | 25 De Forest Ave | | Summit | NJ | 07901 |
| Fannie Mae | Attn Peter McGonigle | 1835 Market St Ste 2300 | | Philadelphia | PA | 19103 |
| Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | Philadelphia | PA | 19101-7346 |
| Internal Revenue Service | Centralized Insolvency Operation | 2970 Market St | | Philadelphia | PA | 19104 |
| Internal Revenue Service | Insolvency Section | 31 Hopkins Plz Rm 1150 | | Baltimore | MD | 21201 |
| Kelley Drye & Warren LLP | James S Carr & Eric R Wilson | 101 Park Ave | | New York | NY | 10178 |
| Kirkland & Ellis | Richard M Cieri | 601 Lexington Ave | | New York | NY | 10022 |
| Kirkland & Ellis LLP | Attn Ray C Schrock & Stephen E Hessler | 601 Lexington Ave | | New York | NY | 10022-4611 |
| Kramer Levin Naftalis & Frankel LLP | Kenneth H Eckstein, Thomas Moers Mayer & Douglas H Mannal | 1177 Avenue of the Americas | | New York | NY | 10036 |
| Morrison & Foerster LLP | Attn Tammy Hamzehpour | 1290 Avenue of the Americas | | New York | NY | 10104 |
| Morrison & Foerster LLP | Larren M Nashelsky, Gary S Lee & Lorenzo Marinuzzi | 1290 Avenue of the Americas | | New York | NY | 10104 |
| Nationstar Mortgage LLC | Attn: General Counsel | 350 Highland Drive | | Lewisville | TX | 75067 |
| Office of the NY State Attorney General | Nancy Lord & Enid M Stuart | The Capitol | | Albany | NY | 12224-0341 |
| Office of the US Attorney for the Southern District of NY | United States Attorney Preet Bharara | One St Andrews Plaza | | New York | NY | 10007 |
| Securities & Exchange Commission | Secretary of the Treasury | 100 F St NE | | Washington | DC | 20549 |
| Securities & Exchange Commission NY Regional Office | George S Canellos Regional Director | 3 World Financial Center Ste 400 | | New York | NY | 10281-1022 |
| Sidley Austin LLP | Larry J Nyhan & Jessica CK Boelter | One Dearborn | | Chicago | IL | 60603 |
| Skadden Arps Slate Meagher & Flom LLP | Jonathan H. Hofer | Four Times Square | | New York | NY | 10036 |
| Skadden Arps Slate Meagher & Flom LLP | Ken Ziman | Four Times Square | | New York | NY | 10036 |
| Skadden Arps Slate Meagher & Flom LLP | Sarah M Ward | Four Times Square | | New York | NY | 10036 |
| Skadden Arps Slate Meagher & Flom LLP | Suzanne D T Lovett | Four Times Square | | New York | NY | 10036 |
| The Bank of New York Mellon | Asset-Backed Securities Group | 101 Barclay St 4W | | New York | NY | 10286 |
| U.S. Bank National Association | Attn: George Rayzis | 50 South 16 th Street | Suite 2000 | Philadelphia | PA | 19102 |
| U.S. Bank National Association | Attn: Irina Palchuk | 60 Livingston Avenue | EP-MN-WS1D | St. Paul | MN | 55107 |
| U.S. Department of Justice | US Attorney General, Eric H. Holder, Jr. | 950 Pennsylvania Ave NW | | Washington | DC | 20530-0001 |

Residential Capital, LLC, et al.
Case No. 12-12020 (MG)
Special Service List

| NAME | NOTICE NAME | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| United States Attorney's Office for the Southern District of New York civil Division | Attn Joseph Cordaro | 86 Chambers St 3rd Fl | | New York | NY | 10007 |
| US Trustee for the Southern District of NY | Tracy Hope Davis, Linda A. Riffkin and Brian S. Masumoto | 33 Whitehall St 21st Fl, Region 2 | | New York | NY | 10004 |
| Wells Fargo Bank NA | Attn Corporate Trust Services - GMACM Home Equity Notes 2004 Variable Funding Trust | PO Box 98 | | Columbia | MD | 21046 |