Michael D. Jankowski (WI Bar No. 1012353)
Reinhart Boerner Van Deuren, s.c.
1000 North Water Street, Suite 1700
Milwaukee, WI 53202
Telephone: (414) 298-8234
Facsimile: (414) 298-8097

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------

| | |
|---|---|
| In re | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, *et al.*, | Chapter 11 |
| Debtors. | Jointly Administered |

-----------------------------------------------------------------

## MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

I, Michael D. Jankowski, request admission, *pro hac vice*, before this Court to represent CIBM Bank, a creditor in the above-referenced cases.

I certify that I am a member in good standing of the bar of the State of Wisconsin and the bar of the United States District Court for the Eastern District of Wisconsin.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated:  Milwaukee, Wisconsin
        August 17, 2012

/s/ Michael Jankowski
Michael Jankowski (WI Bar No. 1012353)
Reinhart Boerner Van Deuren, s.c.
1000 North Water Street, Suite 2100
P.O. Box 2965
Milwaukee, WI 53201-2965
(414) 298-8234
mjankows@reinhartlaw.com

Counsel for CIBM Bank

Reinhart\8913895

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

In re                                                                   Case No. 12-12020 (MG)

RESIDENTIAL CAPITAL, LLC, *et al.*,                 Chapter 11

                Debtors.                                 Jointly Administered

---

### ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE*

Upon the motion of Michael D. Jankowski to be admitted *pro hac vice* to represent CIBM Bank, a creditor in the above-referenced cases, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Wisconsin and the bar of the United States District Court for the Eastern District of Wisconsin, it is hereby:

**ORDERED**, that Michael D. Jankowski, Esq., is admitted to practice, *pro hac vice* in the above-referenced cases to represent CIBM Bank in the United States Bankruptcy Court for the Southern District of New York, subject to the payment of the filing fee of $200.00.

Dated: August ___, 2012
New York, NY

                                                                                _____
                                                                                 HONORABLE MARTIN GLENN
                                                                                 UNITED STATES BANKRUPTCY JUDGE

Reinhart\8913895