IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

IN RE:                                        §
                                              §
RESIDENTIAL CAPITAL, LLC, ET AL.,             §        CASE NO.  12-12020
                                              §
                                              §
                                              §
DEBTORS                                       §        CHAPTER 11

## ALDINE INDEPENDENT SCHOOL DISTRICT'S NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES AND PLEADINGS

ALDINE INDEPENDENT SCHOOL DISTRICT,  hereby gives notice of its appearance in this case by and through the undersigned counsel as a secured creditor in the above-referenced proceedings.

ALDINE INDEPENDENT SCHOOL DISTRICT respectfully requests that it be served with copies of all notices to parties-in-interest filed by Debtor(s), the Trustee, or any other interested parties in this case, including all adversary proceedings, pursuant to 11 U.S.C. Sec 1109(b), if applicable, and in accordance with Bankruptcy Rules 2002, 3017(a), 9010(b) and 9013 of the Federal Rules of Bankruptcy Procedure.

ALDINE INDEPENDENT SCHOOL DISTRICT, requests that Debtor(s) forward to it, through its counsel of record, copies of all applications, motions, complaints, and any other pleadings filed by Debtor(s) in the above referenced case.

ALDINE INDEPENDENT SCHOOL DISTRICT additionally requests that the Debtor and the Clerk of the Court place the name and address of the undersigned attorney on any mailing matrix to be prepared or existing in the above-numbered case, and on any list of creditors to be prepared or existing in the above-numbered bankruptcy case.

RECEIVED
AUG 17 2012
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

Respectfully submitted,

ALDINE INDEPENDENT SCHOOL DISTRICT

/s/ Courteney F. Harris

Courteney F. Harris
Texas State Bar No. 24043716
Admissions No.  580934
Pamela H. Walters
Texas State Bar No.  00791875
Admissions No.  18493
14910 Aldine-Westfield Road
Houston, Texas  77032
(281) 985-6319; FAX (281) 985-6321
EMAIL: bnkatty@aldine.k12.tx.us
Attorneys for Aldine Independent School District

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing NOTICE OF APPEARANCE AND REQUEST FOR SERVICE was served upon counsel for the Debtor(s), Larren M. Nashelsky - Morrison & Foerster LLP, and the Chapter 11 Trustee, U.S. Trustee, electronically by the Clerk of the Court or by mailing same by first class mail, postage prepaid and properly addressed, on August 1, 2012.

/s/ Courteney F. Harris

Courteney F. Harris