## NEW YORK SOUTHERN DISTRICT BANKRUPTCY COURT
## ONE BOWLING GREEN
## NEW YORK. N.Y. 10004-1408

8/10/2012

## MOTION RELIEF PETITION FROM GMAC AUTO STAY TO CONTINUE CA. CIVIL CASE FOR CAUSED PERSONAL INJURY WITH CAUSES OF ACTION

CASE: 12-12020 GMAC - DOC# 1026
JUDGE GLENN - HEARING ON 8/29/2012  10:am
DEFENDANT NOTIFIED VIA CERTIFIED MAIL -          proof of service filed on case.

1- GMAC CAUSED HARM TO ME BY KNOWINGLY USING ABUSIVE MEANS TO VACATE ME FROM OUR HOME CUASING PERSONAL INJURY & HARM.
2- MANY TIMES GMAC WAS TOLD OF HOW THESE ACTIONS WERE AFFECTING ME.
3- DURING AND AFTER MODIFICATION INCLUDING RECENTLY, GMAC THREATENED ME MY WIFE & TWO KIDS TO PUT ME OUT OF MY HOME.
4- CRYING I ASKED WHY & WHERE WAS I GOING TO GO. GAMC SAID THAT WAS MY PROBLEM.
5- AS I SAW GMAC INSISTANCE ON VACATING US FROM OUR HOME, I PROCEEDED TO INFORM GMAC I HAD ALL RECIEPT FOR EACH MORTGAGE PAYMENT & WOULD MAKE THEM AVAILABLE SHOWING NO PAYMENT WAS EVER MISSED, THEY DECLINED THEM.
6- PROOF OF PAYMENTS WERE SENT TO GMAC TO NO AVAIL.
7- GMAC CALLS NEVER CEASED DEMANDING PAYMENTS ALREADY MADE.
8- WITHOUT MOTIVE GMAC PROCEEDED TO ADVISE ME OF SHORT SALE OF HOME.
9- GMAC INSITED IN GROSSLY EXAGERATING AMOUNT OWED THOUGH ALL PAYMENT MADE.
10- GMAC INFORMED ME HOME WOULD SOON GO INTO FORECLOSURE.
11- GMAC INFORMED ME BY LETTER LOAN WAS IN DEFAULT BUT NO EVIDENCE OF SUCH.
12- WITHOUT RECORSE MY CONDITION KEPT DETERIORATING, WITH SEVERE DEPRESSION, STRESS, HIGH BLOOD PRESSURE.
13- DOCTORS WERE ASKING WHAT WAS CAUSING SUCH DETERIORATING CONDITION.
14- EVEN UNDER THREAT OF LEGAL ACTION GMAC WOULD NOT DESIST.
15- ONLY NOW WITH ACTION HAS GMAC'S CALLS HAVE STOPPED. TOO LITTLE TOO LATE.
16- I ASKED GMAC TO CURE CONDITION CAUSED TO NO AVAIL
17- DUE TO DEPRESSION MARITAL PROBLEMS AROSE. SEXUAL DISFUNCTION FOR WHICH I AM & WILL BE TREATED.
18- I ASK TO BE GIVEN THE OPORTUNITY TO SHOW GMAC ACTIONS HAVE BEEN DETREMENTAL PROVOQUING MY CONDITION.
20- PERSONAL INJURY WAS CAUSED BY CAUSING NUMEROUS HOPITALIZATION THAT KEPT ME AWAY FROM MY FAMILY.
21- THIS SHOULD NOT BE DONE TO A HUMAN BEING.
22- I HEARD OF OTHER CASES ON TV BUT NONE LIKE THIS.
23- I ASK TO BE GIVEN THE OPPORTUNITY TO PRESENT MY CASE IN SUPERIOR COURT IN CA.
24- NOW GMAC IS TRYING TO BLANKET THEMSELVES WITH STAY AVOIDING CASE LIABILITY.
25- CONFERENCE HEARING IS SET FOR NOVEMBER 5TH WITH JUDGE MOSS.
26- I REQUEST CASE CONTINUANCE BE GRANTED ON MOTION FOR RELIEF FROM AUTOMATIC STAY ON ALL 4 COURSES OF ACTIONS.

JULIO PICHARDO – PETITIONER

*Julio Pichardo*

RECEIVED AUG 17 2012

*NEW YORK SOUTHERN DISTRICT BANKRUPTCY COURT*
*ONE BOWLING GREEN*
*NEW YORK, N.Y. 10004-1408*

*JUDGE GLENN; PLEASE GRANT MY INITIAL REQUEST FOR FEE WAIVER AS I AM NOT ABLE TO COVER COSTS AS I AM ON A $954.00 A MONTH OF SOCIAL SECURITY.*
*PLEASE NOTE I SENT WAIVER GRANTED TO SHOW I DON'T HAVE THE FINANCIAL MEANS.*

*ENCLOSED PLEASE FIND GMAC ABUSIVE MEANS INFLICTING HARM WITHOUT MOTIVE.*
*PLEASE ALLOW ME TO PRESENT GMAC'S IRREPARABLE HARM DONE TO ME AT COURT.*

*THANK YOU FOR YOUR PATIENCE.*

*SORRY FOR THE INCOVENIENCE*

*JULIO PICHARDO*         *[signature: Julio Pichardo]*
*PETITIONER*



RECEIVED
AUG 17 2012
U.S. BANKRUPTCY COURT
SO. DIST OF NEW YORK