GERALD M. SHAPIRO
LICENSED IN ILLINOIS & FLORIDA
DAVID S. KREISMAN
LICENSED IN ILLINOIS

SHARI SELTZER BARAK
MANAGING ATTORNEY

JOSE ARIAS, JR.
JOHN D. DELLO-IACONO
MATTHEW D. HINDIN
ELOY A. PERAL

Law Offices of
## Shapiro, DiCaro & Barak, LLC
105 Maxess Road
Suite N109
Melville, New York 11747
(631) 844-9611
FAX(631) 844-9525

ROCHESTER OFFICE

JOHN A. DICARO
MANAGING ATTORNEY

250 MILE CROSSING BLVD.
SUITE ONE
ROCHESTER, NY 14624
(585) 247-9000
FAX(585) 247-7380

ALEXANDER M. BUDD
CRAIG D. CARSON
FRANK M. CASSARA
MICHAEL J. CHATWIN
ELIZABETH A. CLARKE
BRIDGET M. DEHMLER
JILLIAN K. FARRAR
SCOTT R. FERRARO
FRANCES M. KABAT
GARY M. KANELLIS
ROBERT S. MARKEL
ELLIS M. OSTER
AUSTIN T. SHUFELT

RALPH J. ESPOSITO
Of Counsel

August 16, 2012

United States Bankruptcy Court
Southern District of New York
Alexander Hamilton Custom House
One Bowling Green
New York, NY 10004

36-3543128

In Re:   Residential Capital, LLC
         Case No.: 12-12020 (MG)    Chapter 11
         Docket # 1102
         Our file: 12-019190

Dear Madam/Sir:

This will confirm that the motion for relief from stay brought on behalf of PHH Mortgage Services in the above captioned bankruptcy case, has been withdrawn.
Should you have any questions concerning the foregoing, please do not hesitate to contact the undersigned.

Very truly yours,

SHAPIRO, DICARO & BARAK, LLC

by: _____
    Shari S. Barak, Esq.