**MCKEEVER LAW OFFICES PLLC**
Heather Boone McKeever, Esq.
P.O. Box 1181
Isle of Palms, South Carolina 29451
foreclosurefraud@insightbb.com
Telephone:  843-323-1174
Facsimile:  859-327-3277

RECEIVED AUG 17 2012 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

### MOTION FOR ADMISSION TO PRACTICE PRO HAC VICE

I, Heather Boone McKeever, request admission *Pro Hac Vice,* before the Hon. Martin Glenn to represent scheduled creditor, Shane M. Haffey, in the above-referenced cases.

I certify that I am a member in good standing of the bar of the Commonwealth of Kentucky and am admitted to practice in the U.S. District Court for the Eastern and Western Districts of Kentucky, the 6th Circuit Court of Appeals and the United States Supreme Court.

Dated:  August 16, 2012

/s/Heather Boone McKeever
Heather Boone McKeever