| | Tier | 2012 Base | Estimated Incentive (AIP & Equity) | Deferred Pmts | Deferred Pmt Due Date | Grant Year | KEIP/KERP "Target" Amount |
|---|---|---|---|---|---|---|---|
| 1 | I | $186,000 | $130,000 | $93,703 | 2012 - 2015 | 2011, 2012 | **$111,000** |
| 2 | I | $400,000 | $800,000 | $571,765 | 2013 - 2015 | 2012 | **$350,000** |
| 3 | I | $310,800 | $200,000 | $401,709 | 2012 - 2015 | 2008 - 2012 | **$164,000** |
| 4 | I | $450,000 | $800,000 | $1,184,515 | 2012 - 2015 | 2008 - 2012 | **$495,000** |
| 5 | I | $280,800 | $339,000 | $308,695 | 2011 - 2015 | 2008 - 2012 | **$205,000** |
| 6 | I | $294,000 | $633,500 | $1,431,647 | 2012 - 2015 | 2008 - 2012 | **$343,000** |

| | Tier | 2012 Base | Estimated Incentive (AIP & Equity) | Deferred Pmts | Deferred Pmt Due Date | Grant Year | KEIP/KERP "Target" Amount |
|---|---|---|---|---|---|---|---|
| 7 | I | $292,800 | $606,000 | $824,981 | 2011 - 2015 | 2008 - 2012 | $246,500 |
| 8 | I | $406,510 | $402,000 | $997,126 | 2012 - 2015 | 2008 - 2012 | $259,500 |
| 9 | I | $253,000 | $214,000 | $229,155 | 2011 - 2015 | 2009 - 2012 | $163,500 |
| 10 | I | $250,000 | $300,000 | $232,617 | 2012 - 2015 | 2011, 2012 | $192,500 |
| 11 | I | $390,000 | $399,000 | $446,677 | 2011 - 2015 | 2008 - 2012 | $246,500 |
| 12 | I | $225,026 | $319,497 | $393,303 | 2013 - 2015 | 2009 - 2012 | $191,000 |
| 13 | I | $450,025 | $838,798 | $2,078,195 | 2012 - 2015 | 2008 - 2012 | $275,500 |

| | Tier | 2012 Base | Estimated Incentive (AIP & Equity) | Deferred Pmts | Deferred Pmt Due Date | Grant Year | KEIP/KERP "Target" Amount |
|---|---|---|---|---|---|---|---|
| 14 | I | $254,000 | $646,000 | $1,424,426 | 2012 - 2015 | 2008 - 2012 | **$292,000** |
| 15 | I | $193,750 | $95,000 | $39,706 | 2013 - 2015 | 2012 | **$101,500** |
| 16 | I | $312,511 | $95,000 | $189,417 | 2011 - 2015 | 2008 - 2012 | **$166,500** |
| 17 | I | $300,000 | $700,000 | $819,436 | 2011 - 2015 | 2009 - 2012 | **$300,000** |
| 18 | II | $200,007 | $493,500 | $526,296 | 2011 -2015 | 2008 - 2012 | **$150,000** |
| 19 | II | $195,012 | $87,488 | $73,877 | 2012 - 2015 | 2011, 2012 | **$99,000** |
| 20 | II | $189,382 | $205,000 | $204,220 | 2011 -2015 | 2008 - 2012 | **$138,000** |
| 21 | II | $193,201 | $302,564 | $259,280 | 2011 -2015 | 2008 - 2012 | **$150,000** |
| 22 | II | $270,000 | $271,350 | $274,489 | 2011 -2015 | 2010 - 2012 | **$189,500** |

| | Tier | 2012 Base | Estimated Incentive (AIP & Equity) | Deferred Pmts | Deferred Pmt Due Date | Grant Year | KEIP/KERP "Target" Amount |
|---|---|---|---|---|---|---|---|
| 23 | II | $120,000 | $10,001 | | | | $46,000 |
| 24 | II | $300,000 | $250,000 | | | | $192,500 |
| 25 | II | $170,000 | $20,200 | | | | $38,040 |
| 26 | II | $173,400 | $25,000 | | | | $69,500 |
| 27 | II | $215,004 | $328,850 | $454,227 | 2011 -2015 | 2008 - 2012 | $139,000 |
| 28 | II | $200,000 | $47,775 | | | | $87,000 |
| 29 | II | $225,000 | $300,000 | $158,824 | 2013 - 2015 | 2012 | $210,000 |

| | Tier | 2012 Base | Estimated Incentive (AIP & Equity) | Deferred Pmts | Deferred Pmt Due Date | Grant Year | KEIP/KERP "Target" Amount |
|---|---|---|---|---|---|---|---|
| 30 | II | $125,000 | $30,001 | | | | **$51,000** |
| 31 | II | $200,000 | $48,750 | | | | **$87,500** |
| 32 | II | $335,000 | $126,897 | $997,813 | 2012 - 2015 | 2011, 2012 | **$251,250** |
| 33 | II | $235,404 | $477,752 | $853,419 | 2011 - 2015 | 2008 - 2012 | **$209,500** |
| 34 | II | $135,389 | $98,096 | $58,019 | 2012 - 2014 | 2011, 2012 | **$82,000** |
| 35 | II | $140,000 | $65,000 | | | | **$41,000** |
| 36 | II | $130,350 | $28,500 | | | | **$83,000** |
| 37 | II | $130,000 | $28,500 | | | | **$82,500** |
| 38 | II | $174,600 | $62,500 | | | | **$83,000** |
| 39 | II | $172,010 | $131,000 | $91,640 | 2012 - 2015 | 2011, 2012 | **$106,500** |

| | Tier | 2012 Base | Estimated Incentive (AIP & Equity) | Deferred Pmts | Deferred Pmt Due Date | Grant Year | KEIP/KERP "Target" Amount |
|---|---|---|---|---|---|---|---|
| 40 | II | $157,504 | $70,000 | $43,514 | 2012 - 2014 | 2011 | **$115,000** |
| 41 | II | $157,009 | $57,991 | | | | **$75,500** |
| 42 | II | $282,000 | $379,000 | $285,853 | 2011 - 2015 | 2008 - 2012 | **$177,500** |
| 43 | II | $164,250 | $25,750 | | | | **$38,000** |
| 44 | II | $145,000 | $38,000 | | | | **$64,500** |
| 45 | II | $180,000 | $130,725 | $76,657 | 2012 - 2015 | 2011, 2012 | **$106,000** |
| 46 | II | $170,000 | $62,000 | | | | **$107,000** |
| 47 | II | $165,000 | $35,000 | | | | **$64,000** |
| 48 | II | $158,746 | $143,588 | $142,070 | 2011 - 2015 | 2010 - 2012 | **$106,000** |
| 49 | II | $161,806 | $33,194 | | | | **$39,000** |

| | Tier | 2012 Base | Estimated Incentive (AIP & Equity) | Deferred Pmts | Deferred Pmt Due Date | Grant Year | KEIP/KERP "Target" Amount |
|---|---|---|---|---|---|---|---|
| 50 | II | $160,897 | $119,155 | $87,993 | 2012 - 2015 | 2011, 2012 | **$98,500** |
| 51 | II | $206,250 | $123,276 | $89,299 | 2012 - 2015 | 2011, 2012 | **$115,500** |
| 52 | II | $229,000 | $279,000 | $258,280 | 2011 - 2015 | 2008 - 2012 | **$180,000** |
| 53 | II | $267,000 | $31,075 | $76,746 | 2011 - 2014 | 2008 - 2011 | **$80,500** |
| 54 | II | $165,000 | $45,000 | | | | **$73,500** |
| 55 | II | $153,000 | $112,000 | $100,107 | 2012 - 2015 | 2011, 2012 | **$53,000** |
| 56 | II | $120,000 | $32,500 | | | | **$44,000** |
| 57 | II | $135,380 | $88,355 | $58,019 | 2012 - 2014 | 2011 | **$44,747** |
| 58 | II | $83,200 | $40,000 | | | | **$24,640** |
| 59 | II | $115,005 | $28,000 | | | | **$43,000** |
| 60 | II | $236,999 | $345,001 | $270,097 | 2012 - 2015 | 2011, 2012 | **$177,500** |

| | Tier | 2012 Base | Estimated Incentive (AIP & Equity) | Deferred Pmts | Deferred Pmt Due Date | Grant Year | KEIP/KERP "Target" Amount |
|---|---|---|---|---|---|---|---|
| 61 | II | $150,000 | $107,201 | $58,019 | 2012 - 2014 | 2011 | **$49,250** |
| 62 | II | $130,515 | $30,000 | | | | **$32,103** |
| 63 | II | $209,000 | $291,650 | $353,105 | 2011 - 2015 | 2010 - 2012 | **$156,500** |
| 64 | II | $165,000 | $45,000 | | | | **$73,500** |
| 65 | II | $240,000 | $205,000 | $224,543 | 2011 - 2015 | 2010 - 2012 | **$156,000** |
| 66 | II | $200,340 | $223,918 | $255,993 | 2011 - 2015 | 2009 - 2012 | **$84,852** |
| 67 | II | $150,000 | $79,970 | $49,316 | 2012 - 2014 | 2011 | **$45,994** |
| 68 | II | $160,500 | $179,500 | $141,029 | 2012 - 2015 | 2011, 2012 | **$119,000** |
| 69 | II | $145,895 | $50,000 | | | | **$39,179** |
| 70 | II | $165,600 | $84,000 | | | | **$49,920** |
| 71 | II | $150,521 | $164,479 | $137,058 | 2012 -2015 | 2011, 2012 | **$63,000** |
| 72 | II | $150,000 | $110,399 | $58,019 | 2012 - 2014 | 2011 | **$49,947** |
| 73 | II | $150,001 | $85,000 | | | | **$82,500** |

|   | Tier | 2012 Base | Estimated Incentive (AIP & Equity) | Deferred Pmts | Deferred Pmt Due Date | Grant Year | KEIP/KERP "Target" Amount |
|---|---|---|---|---|---|---|---|
| 74 | II | $215,000 | $335,000 | $347,936 | 2012 - 2015 | 2010 - 2012 | **$161,000** |
| 75 | II | $154,556 | $110,608 | $100,134 | 2012 - 2015 | 2011, 2012 | **$53,033** |
| 76 | II | $121,836 | $104,141 | $58,019 | 2012 - 2014 | 2011 | **$45,195** |
| 77 | II | $224,001 | $280,999 | $349,444 | 2011 - 2015 | 2010 - 2012 | **$168,000** |
| 78 | II | $123,827 | $88,839 | $49,316 | 2012 -2014 | 2011 | **$42,533** |
| 79 | II | $200,000 | $72,000 | $94,336 | 2012 - 2015 | 2011, 2012 | **$54,400** |
| 80 | II | $165,000 | $165,000 | $52,412 | 2013 - 2015 | 2012 | **$115,500** |
| 81 | II | $145,000 | $47,000 |  |  |  | **$67,500** |
| 82 | II | $165,000 | $165,000 | $52,412 | 2013 - 2015 | 2012 | **$115,500** |
| 83 | II | $135,260 | $40,000 |  |  |  | **$40,000** |
| 84 | II | $123,264 | $22,500 |  |  |  | **$25,000** |

|  | Tier | 2012 Base | Estimated Incentive (AIP & Equity) | Deferred Pmts | Deferred Pmt Due Date | Grant Year | KEIP/KERP "Target" Amount |
|---|---|---|---|---|---|---|---|
| 85 | II | $135,251 | $50,000 | | | | **$40,000** |
| 86 | III | $105,000 | $13,999 | | | | **$35,490** |
| 87 | III | $120,175 | $30,044 | | | | **$30,500** |
| 88 | III | $184,997 | $223,003 | $153,122 | 2012 - 2015 | 2011, 2012 | **$143,000** |
| 89 | III | $133,900 | $32,000 | | | | **$33,500** |
| 90 | III | $150,000 | $27,500 | | | | **$62,500** |
| 91 | III | $62,562 | $10,000 | | | | **$25,500** |
| 92 | III | $110,002 | $14,998 | | | | **$44,000** |
| 93 | III | $150,000 | $133,825 | $45,078 | 2013 - 2015 | 2012 | **$99,500** |
| 94 | III | $94,998 | $22,000 | | | | **$41,000** |

| | Tier | 2012 Base | Estimated Incentive (AIP & Equity) | Deferred Pmts | Deferred Pmt Due Date | Grant Year | KEIP/KERP "Target" Amount |
|---|---|---|---|---|---|---|---|
| 95 | III | $112,461 | $32,539 | | | | **$51,000** |
| 96 | III | $150,000 | $150,000 | $47,647 | 2013 - 2015 | 2012 | **$105,500** |
| 97 | III | $96,501 | $25,000 | | | | **$43,000** |
| 98 | III | $103,681 | $25,000 | | | | **$26,000** |
| 99 | III | $121,187 | $25,000 | | | | **$27,000** |
| 100 | III | $106,010 | $25,000 | | | | **$26,000** |
| 101 | III | $98,903 | $25,000 | | | | **$43,500** |
| 102 | III | $80,000 | $26,000 | | | | **$21,500** |
| 103 | III | $88,650 | $25,000 | | | | **$35,000** |
| 104 | III | $146,216 | $30,001 | | | | **$17,622** |
| 105 | III | $138,000 | $20,000 | | | | **$14,000** |

|  | Tier | 2012 Base | Estimated Incentive (AIP & Equity) | Deferred Pmts | Deferred Pmt Due Date | Grant Year | KEIP/KERP "Target" Amount |
|---|---|---|---|---|---|---|---|
| 106 | III | $92,701 | $15,000 |  |  |  | $10,770 |
| 107 | III | $125,000 | $65,750 |  |  |  | $107,500 |
| 108 | III | $66,000 | $11,000 |  |  |  | $27,500 |
| 109 | III | $59,014 | $6,000 |  |  |  | $12,750 |
| 110 | III | $110,250 | $22,500 |  |  |  | $46,500 |
| 111 | III | $101,001 | $15,000 |  |  |  | $41,000 |
| 112 | III | $145,000 | $21,600 |  |  |  | $58,500 |
| 113 | III | $75,348 | $10,250 |  |  |  | $25,000 |
| 114 | III | $98,333 | $18,050 |  |  |  | $41,000 |
| 115 | III | $86,401 | $21,375 |  |  |  | $38,000 |
| 116 | III | $49,723 | $5,250 |  |  |  | $8,500 |
| 117 | III | $142,800 | $21,000 |  |  |  | $57,500 |

|  | Tier | 2012 Base | Estimated Incentive (AIP & Equity) | Deferred Pmts | Deferred Pmt Due Date | Grant Year | KEIP/KERP "Target" Amount |
|---|---|---|---|---|---|---|---|
| 118 | III | $133,269 | $19,500 | | | | **$53,500** |
| 119 | III | $92,003 | $17,500 | | | | **$36,750** |
| 120 | III | $96,900 | $6,170 | | | | **$36,500** |
| 121 | III | $110,250 | $20,625 | | | | **$46,000** |
| 122 | III | $66,005 | $10,000 | | | | **$14,500** |
| 123 | III | $149,995 | $90,680 | $31,911 | 2012 - 2014 | 2011 | **$84,500** |
| 124 | III | $115,000 | $15,000 | | | | **$33,000** |
| 125 | III | $100,000 | $6,500 | | | | **$33,000** |
| 126 | III | $87,000 | $2,999 | | | | **$18,000** |
| 127 | III | $120,247 | $9,753 | | | | **$45,500** |
| 128 | III | $113,494 | $32,000 | | | | **$29,099** |
| 129 | III | $145,007 | $65,000 | | | | **$74,000** |

|  | Tier | 2012 Base | Estimated Incentive (AIP & Equity) | Deferred Pmts | Deferred Pmt Due Date | Grant Year | KEIP/KERP "Target" Amount |
|---|---|---|---|---|---|---|---|
| 130 | III | $152,187 | $35,000 |  |  |  | $66,000 |
| 131 | III | $150,261 | $9,999 |  |  |  | $32,052 |
| 132 | III | $126,408 | $40,000 |  |  |  | $58,500 |
| 133 | III | $137,659 | $115,106 | $83,659 | 2012 - 2015 | 2011, 2012 | $88,500 |
| 134 | III | $146,253 | $34,997 |  |  |  | $36,250 |
| 135 | III | $119,810 | $18,190 |  |  |  | $48,300 |
| 136 | III | $120,000 | $9,000 |  |  |  | $25,800 |
| 137 | III | $110,250 | $22,751 |  |  |  | $26,600 |
| 138 | III | $100,046 | $9,954 |  |  |  | $22,000 |
| 139 | III | $160,000 | $33,000 |  |  |  | $62,500 |
| 140 | III | $129,790 | $26,000 |  |  |  | $31,158 |

| | Tier | 2012 Base | Estimated Incentive (AIP & Equity) | Deferred Pmts | Deferred Pmt Due Date | Grant Year | KEIP/KERP "Target" Amount |
|---|---|---|---|---|---|---|---|
| 141 | III | $113,301 | $18,000 | | | | **$46,000** |
| 142 | III | $113,973 | $11,794 | | | | **$25,153** |
| 143 | III | $154,611 | $33,389 | | | | **$65,800** |
| 144 | III | $116,688 | $25,312 | | | | **$49,700** |
| 145 | III | $122,142 | $32,058 | | | | **$53,970** |
| 146 | III | $89,739 | $4,261 | | | | **$18,800** |
| 147 | III | $152,515 | $30,485 | | | | **$36,600** |
| 148 | III | $130,000 | $11,000 | | | | **$49,500** |
| 149 | III | $170,804 | $129,196 | $109,338 | 2011 - 2015 | 2010 - 2012 | **$105,000** |
| 150 | III | $165,000 | $15,000 | | | | **$63,000** |
| 151 | III | $123,326 | $31,774 | $29,010 | 2012 - 2014 | 2011 | **$54,500** |
| 152 | III | $177,000 | $3,000 | | | | **$63,000** |
| 153 | III | $170,334 | $115,453 | $74,399 | 2013 - 2015 | 2011, 2012 | **$100,500** |
| 154 | III | $145,000 | $25,000 | | | | **$59,500** |
| 155 | III | $165,679 | $15,821 | | | | **$64,000** |
| 156 | III | $165,600 | $46,879 | | | | **$74,500** |
| 157 | III | $150,000 | $3,000 | | | | **$53,500** |

|  | Tier | 2012 Base | Estimated Incentive (AIP & Equity) | Deferred Pmts | Deferred Pmt Due Date | Grant Year | KEIP/KERP "Target" Amount |
|---|---|---|---|---|---|---|---|
| 158 | III | $140,000 | $35,000 |  |  |  | $49,500 |
| 159 | III | $125,403 | $19,597 |  |  |  | $51,000 |
| 160 | III | $222,495 | $124,000 | $108,568 | 2011 - 2015 | 2010 - 2012 | $103,500 |
| 161 | III | $141,750 | $20,250 |  |  |  | $57,000 |
| 162 | III | $150,000 | $3,000 |  |  |  | $54,000 |
| 163 | III | $60,632 | $12,368 |  |  |  | $25,500 |
| 164 | III | $130,469 | $21,000 |  |  |  | $53,014 |
| 165 | III | $82,396 | $11,704 |  |  |  | $33,000 |
| 166 | III | $125,000 | $30,000 |  |  |  | $54,500 |
| 167 | III | $185,000 | $40,000 |  |  |  | $66,500 |
| 168 | III | $112,097 | $45,000 |  |  |  | $50,500 |
| 169 | III | $109,998 | $20,000 |  |  |  | $26,000 |
| 170 | III | $102,019 | $22,679 |  |  |  | $44,000 |

| | Tier | 2012 Base | Estimated Incentive (AIP & Equity) | Deferred Pmts | Deferred Pmt Due Date | Grant Year | KEIP/KERP "Target" Amount |
|---|---|---|---|---|---|---|---|
| 171 | III | $125,000 | $15,550 | | | | $28,110 |
| 172 | III | $138,850 | $41,000 | | | | $54,500 |
| 173 | III | $150,000 | $26,000 | | | | $62,000 |
| 174 | III | $145,126 | $37,500 | | | | $36,525 |
| 175 | III | $114,401 | $20,000 | | | | $40,500 |
| 176 | III | $114,400 | $19,000 | | | | $40,500 |
| 177 | III | $82,400 | $8,581 | | | | $18,500 |
| 178 | III | $75,000 | $26,000 | | | | $20,500 |
| 179 | III | $65,000 | $26,000 | | | | $18,500 |
| 180 | III | $77,000 | $26,000 | | | | $21,000 |
| 181 | IV | $46,726 | $9,509 | | | | $5,624 |
| 182 | IV | $45,401 | $19,382 | | | | $6,478 |

| | Tier | 2012 Base | Estimated Incentive (AIP & Equity) | Deferred Pmts | Deferred Pmt Due Date | Grant Year | KEIP/KERP "Target" Amount |
|---|---|---|---|---|---|---|---|
| 183 | IV | $48,200 | $19,511 | | | | $6,771 |
| 184 | IV | $46,726 | $12,540 | | | | $5,927 |
| 185 | IV | $40,600 | $15,111 | | | | $5,571 |
| 186 | IV | $46,700 | $14,405 | | | | $6,111 |
| 187 | IV | $46,700 | $20,499 | | | | $6,720 |
| 188 | IV | $44,198 | $11,619 | | | | $5,582 |
| 189 | IV | $43,501 | $8,695 | | | | $5,220 |