## ASSIGNMENT OF MORTGAGE

KNOW ALL MEN BY THESE PRESENTS, that Bank of the Bluegrass & Trust Company, a Kentucky corporation, whose address is 101 E. High Street, Lexington, Kentucky 40507, hereby grants, for good and valuable consideration, the receipt of which is hereby acknowledged, does hereby sell, transfer, assign, set over and deliver unto **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.**, P.O. Box 2026, Flint, Michigan 48501-2026 (Assignee), its successors and assigns forever, that certain mortgage from **Heather M. Haffey and Shane M. Haffey**, wife and husband, to Bank of the Bluegrass & Trust Company, 101 E. High Street, Lexington, Kentucky 40507, dated May 14, 2007, of record in Mortgage Book _____, Page _____, in the Fayette County Clerk's Office, on 3250 Delong Road, Lexington, Fayette County, Kentucky 40515 and the Promissory Note described in and secured by the Mortgage.

TO HAVE AND TO HOLD the same unto said Assignee, its successors and assigns forever.

IN WITNESS THEREOF said Bank of the Bluegrass & Trust Company has executed this Assignment of Note and Mortgage, by its duly authorized officer, this May 14, 2007.

MERS #:   1000375060174555727

PHONE #:   1 (888) 679-6377

BANK OF THE BLUEGRASS & TRUST COMPANY

By: _[signature]_
Its: VP

STATE OF KENTUCKY)
                 )
COUNTY OF FAYETTE)

The foregoing Assignment of Mortgage was acknowledged, subscribed and sworn to before me this 14th day of May, 2007, by Robert B. Jones, as Vice President of BANK OF THE BLUEGRASS & TRUST COMPANY, a Kentucky corporation, on behalf of the corporation.

My Commission Expires:   11-24-09

_[signature]_ Sharon Redman
Notary Public, Kentucky, State-at-Large

This instrument prepared by

_[signature]_
Joseph E. Mainous, Jr. of
Mainous & Grant
201 West Vine Street
Lexington, KY 40507
(859) 231-8004

**EXHIBIT C**

BOTB 041