12-12020-mg    Doc 1227-5    Filed 08/17/12    Entered 08/21/12 11:57:25    Exhibit
Assignment of Mortgage    Pg 1 of 2
Case: 5:09-cv-00362-JBC    Doc #: 1-4    Filed: 09/12/09    Page: 1 of 2 - Page ID#: 25

RECORD AND RETURN TO:
GMAC MORTGAGE LLC
ATTN HELEN KAYLE
RECORD SERVICES
3451 HAMMOND AVE
WATERLOO IA 50702

GMAC # 0601745572/HAFFEY
MERS #100037506017455727
MERS PHONE 1-888-679-6377

This Space Reserved for Recording Information

## ASSIGNMENT OF MORTGAGE

For value received, **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC.** at 1595 SPRING HILL RD STE 310, VIENNA VA 22182, hereby sells, assigns, and transfers to **DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE**, 1761 EAST ST. ANDREW PLACE, SANTA ANA CA, its successors and assigns all its right, title and interest to a certain Mortgage described as follows:

**EXECUTION DATE:** 5/14/2007
**ORIGINAL BORROWER:** HEATHER M. HAFFEY AND SHANE M. HAFFEY, WIFE AND HUSBAND
**ORIGINAL LENDER:** BANK OF THE BLUEGRASS AND TRUST COMPANY
**COUNTY:** FAYETTE
**STATE:** KENTUCKY
**RECORDING DATE:** 5/25/2007
**DOC/INST NUMBER:** 200705250199
**BOOK:** 6084
**PAGE:** 140
**PROPERTY ADDRESS:** 3250 DELONG ROAD, LEXINGTON KY 40515

September 25, 2009

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC.

*Patricia Kelleher*
PATRICIA KELLEHER, LIMITED SIGNING OFFICER

State of Iowa
County of Black Hawk

On this September 25, 2009, before me, a Notary Public in and for the above county and state, personally appeared PATRICIA KELLEHER, who being by me known to be the LIMITED SIGNING OFFICER of said company that the seal affixed to the said instrument is the seal of said company by authority of its board of directors, and they acknowledged the execution of said instrument to be the voluntary act and deed of said company, by it voluntarily executed.

*Sally Nelson*
SALLY NELSON
Notary in and for said County and State
My Commission expires: 4/20/2011

SALLY NELSON
Notarial Seal - Iowa
Commission # 222056
My Commission Expires 4-20-11

Prepared by: HELEN KAYLE *Helen Kayle*
GMAC MORTGAGE LLC, 3451 HAMMOND AVE, WATERLOO IA 50702

EXHIBIT E

Return to D & S

I, Donald W Blevins Jr, County Court Clerk of Fayette County, Kentucky, hereby certify that the foregoing instrument has been duly recorded in my office.

By: _____
        DOUG BRADLEY

200910070077

October 7, 2009                    10:26:48    AM

Fees            $13.00       Tax           $.00

Total Paid                $13.00

THIS IS THE LAST PAGE OF THE DOCUMENT

2    Pages

23    -    24