# Evidene Exhibts (A)

① Stay Order Violations

② Fraud under Rule 59,(b)

*Corla Jackson*
Corla Jackson
13230 Tom Gaston Rd
Mobile, AL. 36695
(251) 554-1785

FILED
U.S. BANKRUPTCY COURT
2012 AUG 14  P 1:35
S.D.N.Y.

GMAC Mortgage Violated
Stay Order Violation
Committing Fraud IN Black + White

Evidence 8/14/2012

---

Stay Order
Violations

Discharged Jan 19, 2010

Gmac Mortgage.
They Came Back +
Fabricated Documents
A Sold Jackson Home
Illegally Against Law