Jackson Real
Original Note with
Real Allonge Attached

28.50
360.00
—————
388.50
10.00
—————
398.50
2.00
—————
400.50

WHEN RECORDED MAIL TO:
OPTION ONE MORTGAGE CORPORATION
P.O. BOX 57096
IRVINE, CA 92619-7096
ATTN: RECORDS MANAGEMENT

2004042906  Book-5605  Page-1910
Total Number of Pages: 11

Heritage Title, LLC    $240,000.00

Loan Number: 651003367
Servicing Number: 001347464-8

[Space Above This Line For Recording Data]

# MORTGAGE

THIS MORTGAGE ("Security Instrument") is given on    May 26, 2004    . The grantor is
CORLA JACKSON, A SINGLE WOMAN

("Borrower"). This Security Instrument is given to
    Option One Mortgage Corporation, a California Corporation

which is organized and existing under the laws of CALIFORNIA    , and whose address is
    3 Ada, Irvine, CA  92618
("Lender"). Borrower owes Lender the principal sum of
TWO HUNDRED FORTY THOUSAND
    . . . AND NO/100THs    Dollars (U.S. $240,000.00    ).
This debt is evidenced by Borrower's note dated the same date as this Security Instrument ("Note"), which provides for monthly payments, with the full debts, if not paid earlier, due and payable on  July 01, 2034    .
This Security Instrument secures to Lender: (a) the repayment of the debt evidenced by the Note, with interest, and all renewals, extensions and modifications of the Note; (b) the payment of all other sums, with interest, advanced under paragraph 7 to protect the security of this Security Instrument; and (c) the performance of Borrower's covenants and agreements under this Security Instrument and the Note. For this purpose, Borrower does hereby mortgage, grant and convey to Lender and Lender's successors and assigns, with power of sale, the following described property located in
    Mobile    County, Alabama:
02-35-06-23-0-000-002.010
SEE LEGAL DESCRIPTION ATTACHED HERETO AND MADE A PART THEREOF.

State of Alabama - Mobile County
I certify this instrument was filed on:
Thu, Jun-10-2004 @ 2:13:56PM
RECORDING FEE        28.50
SURCHARGE           10.00
S. R. FEE            2.00
MORTGAGE TAX       360.00
TOTAL AMOUNT      $400.50

2004042906
Don Davis, Judge of Probate

which has the address of  13230  TOM GASTON RD, MOBILE
                                                                            [Street, City],
Alabama    36695-8658    ("Property Address");
    [Zip Code]

TO HAVE AND TO HOLD this property unto Lender and Lender's successors and assigns, forever, together with all the improvements now or hereafter erected on the property, and all easements, appurtenances, and fixtures now or hereafter a part of the property. All replacements and additions shall also be covered by this Security Instrument. All of the foregoing is referred to in this Security Instrument as the "Property."

ALABAMA - Single Family
Page 1 of 7

C.J.

ALD10011.wp (11-30-01)

04/20/2005 _09:10   19497972610   WELLS   PAGE 60/82

#2

Loan Number: 651003367   Servicing Number: 001347464-8   Date: 05/26/04

# ALLONGE TO NOTE
## (INVESTOR)

This allonge makes reference to the following Note:

Borrowers: CORLA JACKSON
Loan #: 651003367
Property Address: 13230 TOM GASTON RD, MOBILE, AL 36695-8658
Loan Amount: $240,000.00

Note Date: 05/26/04

Therefore, in reference to the captioned note, the following applies:

Pay to the order of:                                    Without Recourse

Option One Mortgage Corporation
A California Corporation

By: _[signature]_
Jeanette Partenoud
Assistant Secretary

USD3050.wp (03-14-03)

B18W (Form 18W) (08/07)

# United States Bankruptcy Court

Southern District of Alabama

Case No. 05-13142

Chapter 13

In re Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Corla Reeves Jackson
13230 Tom Gaston Road
Mobile, AL 36695

Social Security / Individual Taxpayer ID No.:
xxx-xx-9711

Employer Tax ID / Other nos.:

## DISCHARGE OF DEBTOR AFTER COMPLETION OF CHAPTER 13 PLAN

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 1328(a) of title 11, United States Code, (the Bankruptcy Code).

BY THE COURT

Dated: 1/20/10

MARGARET A. MAHONEY
United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

025690                                    1 2 1 0 7 0 2 5 7 1 5 0 1 8