GMAC Made Up

Fake Allonge + Assignment

Evidence
Attached

12-12020-mg    Doc 1229-3    Filed 08/14/12    Entered 08/21/12 12:54:54    Exhibit GMAC
Made up Fake Allonge to Note - Assignment of Mortgage filed by Corl    Pg 2 of 42
Case 1:12-cv-00111-KD-B    Document 6-5    Filed 03/08/12    Page 21 of 21

## ALLONGE TO NOTE
### (INVESTOR)

This allonge makes reference to the following Note:

Borrowers: CORLA JACKSON
Loan #:
Property Address: 13230 TOM GASTON RD, MOBILE, AL 36695-8658
Loan Amount: $340,000.00

Note Date: 04/26/04

Therefore, in reference to the captioned note, the following applies:

Pay to the order of:

Without Recourse

Option One Mortgage Corporation
A California Corporation

By:

Jeanette Perxenoud

Assistant Secretary

Page 1 of 1

USD1050.wp (03-14-03)

12-12020-mg    Doc 1229-3    Filed 08/14/12    Entered 08/21/12 12:54:54    Exhibit GMAC
Made up Fake Allonge to Note - Assignment of Mortgage filed by Corl    Pg 3 of 42
Case 1:12-cv-00111-KD-B    Document 6-5    Filed 03/08/12    Page 17 of 21

2008050095 Book~6409 Page~1483
Total Number of Pages: 1

LOAN NUMBER:

STATE OF ALABAMA                    )

COUNTY OF MOBILE                    )

ASSIGNMENT OF MORTGAGE

FOR VALUE RECEIVED, the undersigned OPTION ONE MORTGAGE CORPORATION (the "Assignor"), does hereby transfer, assign, set over and convey unto GMAC MORTGAGE, LLC (the "Assignee"), its successors, transferees, and assigns forever, all right, title and interest of said Assignor in and to that certain Mortgage executed by CORLA JACKSON, A SINGLE WOMAN, to OPTION ONE MORTGAGE CORPORATION dated the 26th day of May, 2004, and filed for record in Book 5605, Page 1910, in the Probate Office of Mobile County, Alabama, covering property described in said Mortgage, together with the note and indebtedness secured by the Mortgage, and all interest of the undersigned in and to the property described in said Mortgage.

It is expressly understood and agreed that the within transfer and assignment of the said Mortgage is without warranty, representation or recourse of any kind whatsoever.

IN WITNESS WHEREOF, said Assignor has hereunto set its signature this 19th day of June , 2008.

OPTION ONE MORTGAGE CORPORATION

By: _____

Its: Brian D. McConnell
      Assistant Secretary

STATE OF CALIFORNIA)

COUNTY OF ORANGE )

I, R.A. Salazar, a Notary Public in and for the said County and State, do hereby certify that Brian D McConnell, whose name as Assistant Secretary of OPTION ONE MORTGAGE CORPORATION, is signed to the foregoing instrument, and who is known to me, acknowledged before me on this day that, being informed of the contents of this instrument, he/she, as such officer, and with full authority, executed the same voluntarily for and as the act of said corporation.

Given under my hand and official seal this 19th day of June, 2008.

_____
Notary Public

R. A. SALAZAR
Commission # 1769905
Notary Public - California
Orange County
My Comm. Expires Aug 2, 2011

My Commission Expires: 08/02/2011

This instrument prepared by:
Colleen McCullough
Sirote & Permutt, P.C.
P. O. Box 55727
Birmingham, AL 35255

State of Alabama Mobile County
I certify this instrument was filed on
July 11, 2008 7 23:13 PM
S.R. FEE                    $2.00
RECORDING FEES             $3.50
TOTAL AMOUNT               $5.50

2008050095
Don Davis, Judge of Probate

Mobile County Probate Records Search                                    Page 1 of 1

Indexed Thru: 3/11/2012

1 Records Found, Click Here For New Search

| Receipt # | Date | Grantor | Grantee | Document Type | Book | Page | UCC# | Legal Description |
|-----------|------|---------|---------|---------------|------|------|------|-------------------|
| 2008050095 PDF TIFF | 07/11/2008 | OPTION ONE MORTGAGE CORPORATIO | GMAC MORTGAGE LLC | ASSIGNMENT OF MORTGAGE/COLLATERAL ASSIGNMENT AND TRANSFER OF NOTE | 6409 | 1483 | | MORTGAGE BOOK 5605 PAGE 1910 |

New Search

3.50
2.00
/5.50

2008050095    Book-6409    Page-1483
Total Number of Pages: 1

LOAN NUMBER:        0835002124

STATE OF ALABAMA                    )

COUNTY OF MOBILE                    )

## ASSIGNMENT OF MORTGAGE

FOR VALUE RECEIVED, the undersigned OPTION ONE MORTGAGE CORPORATION (the "Assignor"), does hereby transfer, assign, set over and convey unto GMAC MORTGAGE, LLC (the "Assignee"), its successors, transferees, and assigns forever, all right, title and interest of said Assignor in and to that certain Mortgage executed by CORLA JACKSON, A SINGLE WOMAN, to OPTION ONE MORTGAGE CORPORATION dated the 26th day of May, 2004, and filed for record in Book 5605, Page 1910, in the Probate Office of Mobile County, Alabama, covering property described in said Mortgage, together with the note and indebtedness secured by the Mortgage, and all interest of the undersigned in and to the property described in said Mortgage.

It is expressly understood and agreed that the within transfer and assignment of the said Mortgage is without warranty, representation or recourse of any kind whatsoever.

IN WITNESS WHEREOF, said Assignor has hereunto set its signature this 19th day of June , 2008.

OPTION ONE MORTGAGE CORPORATION

By: _____

Its:        **Brian D. McConnell**
            **Assistant Secretary**

STATE OF CALIFORNIA)

COUNTY OF ORANGE )

I, R.A. Salazar, a Notary Public in and for the said County and State, do hereby certify that Brian D. McConnell, whose name as Assistant Secretary of OPTION ONE MORTGAGE CORPORATION, is signed to the foregoing instrument, and who is known to me, acknowledged before me on this day that, being informed of the contents of this instrument, he/she, as such officer, and with full authority, executed the same voluntarily for and as the act of said corporation.

Given under my hand and official seal this 19th day of June, 2008.

_____
Notary Public

My Commission Expires:08/02/2011

R. A. SALAZAR
Commission # 1759905
Notary Public - California
Orange County
My Comm Expires Aug 2, 2011

This instrument prepared by:
Colleen McCullough
Sirote & Permutt, P.C.
P. O. Box 55727
Birmingham, AL. 35255

State of Alabama-Mobile County
I certify this instrument was filed on:
July 11, 2008 @    2:23:13 PM
S.R. FEE                        $2.00
RECORDING FEES                  $3.50
                                --------
TOTAL AMOUNT                    $5.50
2008050095
Don Davis, Judge of Probate

CERTIFIED TRUE COPY
Probate Court of Mobile Co., AL
Don Davis, Judge

Signature _____
            Joe McEarchern Jr., Chief Clerk

Date  15 March 2012
(Not valid unless in red ink with raised seal of court)

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

IN RE:

CORLA R JACKSON                                    CASE NUMBER: 05-13142

   Debtors

### ORDER DISALLOWING CLAIM

This matter came before the Court on the Debtor's Objection to ECF Claim #1 filed by

GMAC MORTGAGE CORPORATION. Notice of the Motion was given pursuant to Local

Order. No responses were filed. Based upon the statements made in the Motion and upon the

lack of objections, it appears to the Court that the objection is due to be granted..

It is **ORDERED** that the Debtor's Objection to ECF Claim #1 filed by GMAC

MORTGAGE CORPORATION is **SUSTAINED** and the claim is **DISALLOWED** in its

entirety

Dated:   September 18, 2009


MARGARET A. MAHONEY
U.S. BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

IN RE:
CORLA R JACKSON                                    CASE NUMBER: 05-13142
      Debtors

### OBJECTION TO CLAIM
### NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

**THE COURT WILL CONSIDER THIS MOTION, OBJECTION, OR OTHER MATTER WITHOUT FURTHER NOTICE OR HEARING UNLESS A PARTY IN INTEREST FILES A WRITTEN OBJECTION WITHIN 30 DAYS FROM THE DATE OF SERVICE OF THIS PAPER. IF YOU OBJECT TO THE RELIEF REQUESTED IN THIS PAPER, YOU MUST FILE YOUR WRITTEN OBJECTION STATING THE SPECIFIC GROUND OR GROUNDS ON WHICH YOUR OBJECTIONS IS BASED WITH THE CLERK OF THE COURT AT 201 ST LOUIS STREET, MOBILE, ALABAMA 36602, AND SERVE A COPY ON THE MOVANT'S ATTORNEY, BARRY A FRIEDMAN, ATTORNEY AT LAW, POST OFFICE BOX 2394, MOBILE, ALABAMA 36652.**

**IF YOU FILE AND SERVE A WRITTEN OBJECTION STATING THE SPECIFIC GROUND OR GROUNDS ON WHICH YOUR OBJECTION IS BASED WITHIN THE TIME PERMITTED, THE COURT WILL SCHEDULE A HEARING AND YOU WILL BE NOTIFIED. IF YOU DO NOT FILE A PROPER WRITTEN OBJECTION WITHIN THE TIME PERMITTED, THE COURT WILL CONSIDER THAT YOU DO NOT OPPOSE THE GRANTING OF THE RELIEF REQUESTED IN THE PAPER, AND WILL PROCEED TO CONSIDER THE PAPER WITHOUT FURTHER NOTICE OR HEARING, AND MAY GRANT THE RELIEF REQUESTED.**

Comes now the Debtor(s), CORLA R JACKSON, by and through her attorney of record, Barry A Friedman, and make this motion, and shows the Court as follows:

Said Debtor(s) object to ECF Claim Number 1 heretofore filed by GMAC MORTGAGE CORPORATION in the amount of $238,946.35 on the following grounds:

1.     **ARREARS NO LONGER OWED**

WHEREFORE, Debtors pray that said claim be disallowed; and for such other relief as is just in the premises.

\S\ BARRY A FRIEDMAN
BARRY A FRIEDMAN
Attorney for Debtors
257 St Anthony Street
Post Office Box 2394
Mobile, Alabama  36652
Telephone: 251-439-7400

### CERTIFICATE OF SERVICE

I, the undersigned authority, hereby certify that I have on this __15TH__ day of July, 2009, served a copy of the foregoing on Trustee, J C McAleer, III, Post Office Box 1884, Mobile, Alabama 36633; and on GMAC Mortgage Corporation, c/o John M Hunter, Post Office Drawer 2025, Mobile, Alabama 36652, by depositing same in the United States mail, properly addressed and postage prepaid and/or electronically.

\s\ BARRY A FRIEDMAN
BARRY A FRIEDMAN

## UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF ALABAMA

IN RE:

CORLA R JACKSON                                      CASE NUMBER: 05-13142

Debtors

### ORDER DISALLOWING CLAIM

This matter came before the Court on the Debtor's Objection to ECF Claim #7 filed by

GMAC MORTGAGE CORPORATION. Notice of the Motion was given pursuant to Local

Order. No responses were filed. Based upon the statements made in the Motion and upon the

lack of objections, it appears to the Court that the objection is due to be granted..

It is **ORDERED** that the Debtor's Objection to ECF Claim #7 filed by GMAC

MORTGAGE CORPORATION is **SUSTAINED** and the claim is **DISALLOWED** in its

entirety

Dated:   September 18, 2009


*Margaret a. Mahoney*
MARGARET A. MAHONEY
U.S. BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

IN RE:
CORLA R JACKSON                                    CASE NUMBER: 05-13142
Debtors

### OBJECTION TO CLAIM
### NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

**THE COURT WILL CONSIDER THIS MOTION, OBJECTION, OR OTHER MATTER WITHOUT FURTHER NOTICE OR HEARING UNLESS A PARTY IN INTEREST FILES A WRITTEN OBJECTION WITHIN 30 DAYS FROM THE DATE OF SERVICE OF THIS PAPER.  IF YOU OBJECT TO THE RELIEF REQUESTED IN THIS PAPER, YOU MUST FILE YOUR <u>WRITTEN</u> OBJECTION STATING THE SPECIFIC GROUNG OR GROUNDS ON WHICH YOUR OBJECTIONS IS BASED WITH THE CLERK OF THE COURT AT 201 ST LOUIS STREET, MOBILE, ALABAMA 36602, AND SERVE A COPY ON THE MOVANT'S ATTORNEY, BARRY A FRIEDMAN, ATTORNEY AT LAW, POST OFFICE BOX 2394, MOBILE, ALABAMA 36652.**

**IF YOU FILE AND SERVE A WRITTEN OBJECTION STATING THE SPECIFIC GROUND OR GROUNDS ON WHICH YOUR OBJECTION IS BASED WITHIN THE TIME PERMITTED, THE COURT WILL SCHEDULE A HEARING AND YOU WILL BE NOTIFIED.  IF YOU DO NOT FILE A PROPER WRITTEN OBJECTION WITHIN THE TIME PERMITTED, THE COURT WILL CONSIDER THAT YOU DO NOT OPPOSE THE GRANTING OF THE RELIEF REQUESTED IN THE PAPER, AND WILL PROCEED TO CONSIDER THE PAPER WITHOUT FURTHER NOTICE OR HEARING, AND MAY GRANT THE RELIEF REQUESTED.**

Comes now the Debtor(s), CORLA R JACKSON, by and through her attorney of record, Barry A Friedman, and make this motion, and shows the Court as follows:

Said Debtor(s) object to ECF Claim Number 7 heretofore filed by GMAC MORTGAGE CORPORATION in the amount of $14,809.60 on the following grounds:

2.   **ARREARS NO LONGER OWED**

WHEREFORE, Debtors pray that said claim be disallowed; and for such other relief as is just in the premises.

\S\ BARRY A FRIEDMAN
BARRY A FRIEDMAN
Attorney for Debtors
257 St Anthony Street
Post Office Box 2394
Mobile, Alabama  36652
Telephone: 251-439-7400

### CERTIFICATE OF SERVICE

I, the undersigned authority, hereby certify that I have on this __15TH__ day of July,  2009,  served a copy of the foregoing on Trustee, J C McAleer, III, Post Office Box 1884, Mobile,  Alabama 36633; and on GMAC Mortgage Corporation, c/o John M Hunter, Post Office Drawer 2025, Mobile, Alabama 36652,  by depositing same in the United States mail, properly addressed and postage prepaid and/or electronically.

\s\ BARRY A FRIEDMAN
BARRY A FRIEDMAN

CHAPTER 13 TRUSTEE
U.S. BANKRUPTCY COURT

2007 FEB 26  A II: 43

IN TRUSTEE'S OFFICE
JOHN C. MCALEER III
TRUSTEE

CASE #: 05-13142
Carla Jackson

Objection To Claims

GMAC Mortgage: Claim #7
Claim #12

Water Damage
Policy's Enclosed   Evidence + Mold Report
from Records. GMAC Mortgage Was
To Be Paid In Full
House Was Destroyed
In Hurricane Ivan + Katrin.

Toxic Mold

2/26/05  Carla Jackson

## IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

CORLA JACKSON,                           )
      Plaintiff,                       )
v.                                       )    CIVIL ACTION NO. 12-00111-KD-B
                            )
GMAC MORTGAGE, LLC,                      )
      Defendant.                       )

### ORDER

    This matter is before the Court on Defendant GMAC Mortgage, LLC's[1] Suggestion of Bankruptcy (Doc. 22), which indicates that said entity has filed a Chapter 11 bankruptcy in the Southern District of New York.

    The Court's review of the docket of the U.S. Bankruptcy Court for the Southern District of New York indicates that Defendant GMAC Mortgage, LLC filed a Chapter 11 Voluntary Petition for Bankruptcy on May 14, 2012 (Case #12-12032), which was then consolidated (to be jointly administered) with bankruptcy case #12-12020 filed by Residential Capital, LLC.  Pursuant to 11 U.S.C. § 362, this filing operates as an automatic stay of this action against Defendant GMAC Mortgage, LLC.  Accordingly, it is **ORDERED** that all proceedings in this action against Defendant Mortgage, LLC are hereby **STAYED** pending further Order of this Court.  It is further **ORDERED** that the parties shall jointly file a Status Report, to advise the Court as to the status of the bankruptcy proceedings and this litigation, on or before **November 30, 2012.**

    **DONE** and **ORDERED** this the **31st** day of **May 2012.**

                    /s/ Kristi K. DuBose
                    **KRISTI K. DuBOSE**
                    **UNITED STATES DISTRICT JUDGE**

---

1 *Pro se* Plaintiff incorrectly named the Defendant as "GMAC Mortgage Corporation" in her pleadings.

1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ALABAMA

IN RE:

CORLA REEVES JACKSON,                          Case No.: 05-13142-MAM-13

        Debtor(s).

**ORDER**

This matter came before the Court on the motion of GMAC Mortgage Corporation

("GMAC") for relief from the automatic stay as it pertains to certain real property commonly known

as 13230 Tom Gaston Road, Mobile, AL 36695 ("Real Property"). Appearances were as noted in

the record. Based upon the evidence presented:

It is ORDERED that GMAC's Motion for Relief from Stay is CONDITIONALLY DENIED

upon the following terms and conditions:

1.    The sum of $16,730.24 ($16,080.24 post petition arrearage (07/05-02/06 @ $1,920.64 = $15,365.12; 07/05-01/06 late charges @ 102.16 = $715.12), $500.00 attorney's fees, and $150.00 court costs) having been repaid in open court in one lump sum of $1,920.64; the remaining balance of $14,809.60 shall be repaid through the Debtor's Chapter 13 plan.

2.    GMAC is granted leave to file a proof of claim in the amount of $14,809.60.

3.    Beginning with the March, 2006 payment, Debtor shall continue to make timely monthly direct payments to GMAC in accordance with the Court's order confirming the Debtor's Chapter 13 Plan and the agreements between the Debtor and GMAC.

4.    The Debtor shall otherwise comply with all terms and provisions of the Court's order confirming the Debtor's Chapter 13 Plan and the agreements between the Debtor and GMAC.

5.    If the Debtor fails to comply with the conditions stated herein, GMAC shall notify the debtor by sending the Debtor a notice of default. Should the Debtor fail to cure any and all of the default within ten days from the date of the letter, the automatic stay of 11 U.S.C. §362 shall automatically TERMINATE as it pertains to the Real Property and GMAC shall be free to enforce any and all of its right, title, and interest in and to the Real Property in accordance with loan documentation between the parties and applicable law. GMAC shall send said notice and Debtor may cure said default on two (2) separate occasions only. Upon the third default of the Debtor to timely remit the regular or arrearage payments referenced above, then the automatic stay 11 U.S.C. §362 , shall automatically TERMINATE and GMAC is authorized to immediately exercise all its rights under its mortgage without further order of this court. Debtor shall be responsible for attorney fees incurred for noncompliance with this Order including any fee for notices required pursuant to any order of this Court.

Dated:    March 1, 2006

*Margaret A. Mahoney*
MARGARET A. MAHONEY
U.S. BANKRUPTCY JUDGE

027891

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

IN RE:                          )
                                )
                                )
                                )
Jackson, Corla Reeves,          )       CASE NO: 11-01545-WSS
                                )       CHAPTER 13
                                )
                                )
                                )
                                )

### AFFIDAVIT

STATE OF _Pennsylvania_

COUNTY OF _Montgomery_

  Before me, the undersigned Notary Public for said County and said State, personally appeared _Evelle Arrington_ who, after being duly sworn, testified as follows:

  1. My name is _Evelle Arrington_. I am an individual over the age of 19 years, and I have personal knowledge of the matters stated herein.

  2. I am an employee of GMAC Mortgage LLC. As an employee of GMAC Mortgage LLC, I am fully authorized to make this Affidavit on behalf of GMAC Mortgage LLC.

  3. In my position, I am a custodian of and have direct access to the pertinent business records of GMAC Mortgage LLC with regard to the loan of Debtor Corla Jackson.

DOCSBHM\1824714\1\

4.      These business records are kept and maintained in the ordinary and normal course of the business of GMAC Mortgage LLC.  These business records were kept and maintained at the time of the transaction, occurrence or events referred to therein or were made within a reasonable time thereafter, and said business records are kept under my care, supervision, and/or control.

5.      I am competent to testify to the facts and matters set forth in this Affidavit, which are based upon my own personal knowledge and/or my review of said business records of GMAC Mortgage LLC.

6.      On or about May 26, 2004, Jackson entered into and executed that certain Note, in favor of Option One Mortgage Corporation, a California Corporation.  A true and correct copy of the Note is attached as "Exhibit A" and referred to hereinafter as the "Note."

7.      Option One Mortgage Corporation, a California Corporation executed an Allonge to Note.  The Allonge contains an endorsement in blank signed by Option One Mortgage Corporation, A California Corporation.  A true and correct copy of the Allonge is attached as "Exhibit B" and referred to hereinafter as the "Allonge."

8.      On or about May 26, 2004, Jackson entered into and executed that certain Mortgage, securing the Note, in favor of Option One Mortgage Corporation, a California Corporation.  A true and correct copy of the Mortgage is attached as "Exhibit C" and referred to hereinafter as the "Mortgage."

9.      GMAC Mortgage LLC is currently the holder of the Note and is therefore entitled to the money secured by the mortgage.

10.     Wells Fargo is currently acting as custodian of the original Note, but GMAC Mortgage LLC has access to the Note.

11.    Further affiant sayeth not.

GMAC Mortgage LLC

By: _Evette Arrington_
_BK Specialist_

STATE OF _Pennsylvania_    *
COUNTY OF _Montgomery_    *

Before me, a Notary Public in and for said County, in said State, personally appeared _Evette Arrington_, _Bankruptcy Specialist_ of GMAC Mortgage LLC, who being sworn, does depose and say: That he/she has personal knowledge of the facts set forth in the foregoing Affidavit, and that the same are true and correct to the best of his/her knowledge and belief.

Subscribed and sworn to before me on this the ___6___ day of _Dec_, 2011, by said Affiant.

_J. J. Castagna_
Notary Public
My Commission Expires:    _2-25-14_

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
John J. Castagna, Notary Public
Upper Dublin Twp., Montgomery County
My Commission Expires Feb. 25, 2014
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES

*Option One Mortgage Loan only* (handwritten margin note)

Loan Number: 651003367          Servicing Number: 001347464-8          Date: 05/26/04

# INSTRUCTIONS TO CLOSING AGENT

BORROWER: CORLA  JACKSON                      MONTHLY PAYMENT:
DOCUMENT DATE: 05/26/04                        P & I:    $1,702.83
DISBURSEMENT DATE: 06/01/04                    TAX:      $73.32
BRANCH: Atlanta House                          INS.:     $144.49      ✗
PROPERTY ADDRESS: 13230  TOM GASTON RD         FLOOD:    $0.00
MOBILE, AL  36695-8658                         MISC:     $0.00
COUNTY: Mobile                                 TOTAL:    $1,920.64

TO:   HERITAGE TITLE                           TITLE CO:  STEWART TITLE COMPANY
      2521 HILLCREST RD STE C                             5760 I-55 NORTH SUITE 200
      MOBILE, AL 36695                                    JACKSON, MS 39211
      CLOSING AGENT                                       CLOSING AGENT
      Phone: (251) 776-1661                               Phone: (601) 977-9776
      Fax:    (251) 662-3336                              Fax:   (601) 977-9790
      E-Mail:paigetitle@yahoo.com

CLOSING AGENT NO./: JACKSON                    TITLE ORDER NO.: 999010283

SALES PRICE:                     INTEREST RATE: 7.650%     FIRST PAYMENT DATE: August 01, 2004
LOAN AMOUNT: $240,000.00         LOAN TERM: 360            LAST PAYMENT DATE: July 01, 2034

## TITLE INSURANCE REQUIREMENTS

---

ALTA POLICY** must contain endorsements: 6.1, 8.1 (OR EQUIV)    CLTA 116 (OR EQUIV)

EAGLE TITLE POLICY **All Inclusive/Comprehensive (If Applicable)
  with liability in the amount of $240,000.00        on property described herein.

     Date and Time of Title Policy must be exactly as reflected on the Deed of Trust/Mortgage/Security Deed.

** Please issue ALTA Short Form Policy when available. For Second Mortgage Loans, Lender will accept CLTA or
standard ALTA Policy in lieu of an Extended Coverage ALTA Policy.

---

LIABILITY SUBJECT ONLY TO: (Gen. & Spec. taxes) Fiscal Year: COUNTY/PARISH: All 2003 Paid
CITY:                                    SCHOOL:
CITY/SCHOOL:                             SPECIAL DISTRICT:
TOWN/TOWNSHIP/BOROUGH/PLANTATION:
VILLAGE:                                 SURFACE WATER MANAGEMENT:

Funds may be used for account of the vestees or mortgagors, and you will record all instruments when you comply with the
following:

1.  Issue said form of Policy showing name of insured to read
        Option One Mortgage Corporation, a California Corporation, Its
                    Successors and/or Assigns

2.  Issue said form of Policy showing title vested as shown below.
    Title must be vested in individuals only
    CORLA JACKSON, A  SINGLE WOMAN

3.  Issue said form of Policy free from encumbrances except items
    NONE

    of Preliminary Title Report or Title Commitment dated   05/03/04

4.  Survey exception, if applicable, MUST be removed from the title policy.  If survey is required to remove the survey exception
    and issue the title policy as requested, contact the Lender prior to disbursement of funds.

5.  VERIFICATION that vesting on Grant/Warranty Deed matches Deed of Trust/Mortgage/Security Deed.

6.  All liens, judgements, delinquent or outstanding personal and/or property taxes must be paid in full and released or a partial
    reconveyance issued releasing our subject property. INDEMNIFICATIONS are NOT ACCEPTABLE. - PROOF OF PAYOFF
    IS REQUIRED.

7.  This loan MUST record in        ☒ First Lien Position        ☐ Second Lien Position.

8.  Forward original title policy in duplicate directly to lender within 90 days of closing (see page 5)

5/26/04 3:41 PM

OMB No. 2502-0265

**A. U.S. Department of Housing and Urban Development**

| B. Type of Loan | |
|---|---|
| 1. [ ] FHA | 2. [ ] FmHA | 3. [ ] Conv. Unins. |
| 4. [ ] VA | 5. [ ] Conv. Ins. | [X] Other. |

6. File Number

401502

7. Loan Number

6511003367

8. Mortgage Ins. Case No.

## Settlement Statement

This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(POC)" were paid outside the closing; they are shown here for information purposes and are not included in the totals.

Name of Borrower:

Name of Seller:

Name of Lender: Option One Mortgage Corporation, 1600 Parkwood Circle SE, Atlanta, GA
3033-21-47

Property Location: 13230 Tom Gaston Rd, Mobile, AL 36695-8958

Settlement Agent: Heritage Title, LLC (226) 368-7162    Title: 63-1253722

Place of Settlement:

Settlement Date: 5/26/2004    Proration Date: 6/1/2004

| J. Summary of Borrower's Transaction | | K. Summary of Seller's Transaction | |
|---|---|---|---|
| **100. Gross amount due from borrower:** | | **400. Gross amount due to seller:** | |
| 101. Contract sales price | | 401. Contract sales price | |
| 102. Personal property | | 402. Personal property | |
| 103. Settlement charges to borrower (line 1400) | 234,795.18 | 403. | |
| 104. Pay off of Varicicn Lien | 5,000.00 | 404. | |
| 105. Pay off of Varicicn Lien | 5,000.00 | 405. | |
| | | **Adjustments for items paid by seller in advance** | |
| 106. City/town taxes | | 406. City/town taxes | |
| 107. County taxes | | 407. County taxes | |
| 108. Assessments | | 408. Assessments | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| **120. Gross amount due from borrower:** | 244,795.18 | **420. Gross amount due to seller:** | 0.00 |
| **200. Amounts paid by or in behalf of borrower:** | | **500. Reductions in amount due to seller:** | |
| 201. Deposit of earnest money | | 501. Excess deposit (see instructions) | |
| 202. Principal amount of (new loan(s)) | 240,000.00 | 502. Settlement charges to seller (line 1400) | |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff of first mortgage loan | |
| 205. | | 505. Payoff of second mortgage loan | |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| | | | |
| **220. Lender Credit to Borrower** | 4,800.00 | | |
| | | | |
| **303. CASH (OPTION [X]TO BORROWER)** | | **603. CASH (OPTION [X]TO SELLER** | |
| Gross amount due from borrower (line 120) | 244,795.18 | 601. Gross amount due to seller (line 420) | 0.00 |
| Less amount paid by/for borrower (line 220) | 244,800.00 | 602. Less total reduction in amount due seller(line 520) | 0.00 |
| **CASH (OPTION [X]TO BORROWER** | 33.82 | **603. CASH (OPTION [X]TO SELLER** | 0.00 |
| Total paid by/for borrower | 244,800.00 | 603. Total reduction in amount due seller | 0.00 |

SUBSTITUTE FORM 1099 SELLER STATEMENT - The information contained in Blocks E, F, G, H and I and the numbered lines 401 (or, if line 401 is unlabeled, lines 403 and 404), 406, 407 and 412 (applicable part of buyer's real estate tax reportable to the IRS) is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction will be imposed on you if this item is required to be reported and the IRS determines that it has not been reported.

| | | | Paid From Borrower's Funds at Settlement | Paid From Seller's Funds at Settlement |
|---|---|---|---|---|
| 700. | Total sales/broker commission | | | |
| | Division of commission (line 700) as follows: | | | |
| 701. | $ | | | |
| 702. | $ | | | |
| 703. | Commission paid at settlement | | | |
| 704. | | | | |
| **800.** | **Items Payable in Connection with Loan** | | | |
| 801. | Loan origination fee | | | |
| 802. | Loan discount | | | |
| 803. | Appraisal fee | to Colorado Federal Savings Bank | POC$ 300.00 | |
| 804. | Credit report | | | |
| 805. | Lender's inspection fee | | | |
| 806. | Mortgage insurance application fee | | | |
| 807. | Assumption fee | | | |
| 808. | Processing fee | to Colorado Federal Savings Bank | 375.00 | |
| 809. | Application Fee | | | |
| 810. | Administration Fee | | | |
| 811. | Tax Service Fee | to Fidelity National Tax Service | 70.00 | |
| 812. | Flood Certification Fee | to First American Flood Data Services | 12.00 | |
| 813. | Broker Fee | to Colorado Federal Savings Bank | 3,120.00 | |
| 814. | Funding Fee | to Option One Mortgage Corporation | 50.00 | |
| 815. | Underwriting Fee | to Option One Mortgage Corporation | 695.00 | |
| **900.** | **Items Required by Lender to be Paid in Advance** | | | |
| 901. | Interest from 01/2004 to 7/1/2004 at $51.0000/day for 30 days. | | 1,530.00 | |
| 902. | Mortgage insurance premium for | | | |
| 903. | Hazard insurance premium for 1 yr. to Farmers Insurance POC$ 1733.62 | | | |
| 904. | | | | |
| **1000.** | **Reserves Deposited with Lender** | | | |
| 1001. | Hazard Insurance 4 mo. @ $144.4600 per mo. | | 577.90 | |
| 1002. | Mortgage Insurance | | | |
| 1003. | City property taxes | | | |
| 1004. | County property taxes 11 mo.@ $73.3200 per mo. | | 806.52 | |
| 1005. | Annual assessments (maint.) | | | |
| 1006. | | | | |
| 1007. | | | | |
| 1008. | Aggregate Accounting Adjustment to Corla Jackson | | (613.34) | |
| **1100.** | **Title Charges** | | | |
| 1101. | Settlement or closing fee to Heritage Title, LLC | | 350.00 | |
| 1102. | Abstract or title search to Heritage Title, LLC | | 100.00 | |
| 1103. | Title examination | | | |
| 1104. | Title insurance binder | | | |
| 1105. | Document preparation | | | |
| 1106. | Notary fees | | | |
| 1107. | Attorney's fees to | | | |
| | includes above items no.: | | | |
| 1108. | Title insurance to Heritage Title, LLC | | 705.00 | |
| | includes above items no.: | | | |
| 1109. | Lender's coverage $240,000.00 $175.00 | | | |
| 1110. | Owner's coverage $240,000.00 $530.00 | | | |
| 1111. | | | | |
| 1112. | Endorsement Fee | | | |
| 1113. | Courier Fee to Heritage Title, LLC | | 30.00 | |
| **1200.** | **Government Recording and Transfer Charges** | | | |
| 1201. | Recording fees: Mortgage 3454.00 | | 454.00 | |
| 1202. | City/county tax/stamps: | | | |
| 1203. | State tax/stamps: | | | |
| 1204. | | | | |
| 1205. | | | | |
| 1206. | | | | |
| **1300.** | **Additional Settlement Charges** | | | |
| 1301. | Survey | | | |
| 1302. | Pest Inspection | | | |
| 1303. | Pay of Mortage to Southwest Bank | | 44,834.60 | |
| 1304. | Payoff Mortgage to Hibernia Bank | | 151,388.15 | |
| 1305. | Pay on Account to NCO Financial | | 281.00 | |
| 1400. | Total settlement charges (entered on lines 103, section J and 502, section K) | | 234,786.18 | |

CERTIFICATION: I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of HUD-1 Settlement Statement.

Corla Jackson

*Corla Jackson* (signature)   5/26/04

To the best of my knowledge, the HUD-1 Settlement Statement which I have prepared is a true and accurate account of the funds which were received and have been or will be disbursed by the undersigned as part of the settlement of this transaction.

↑↑ ↑↑
PAID IN FULL

CJ000205

Superintendent of Public Works
**Theodore H. Lawson**

Assistant Superintendent of Public Works
**Richard H. Crist, P.L.S.**

Equipment Services Manager
**Robert J. Gordon**



Superintendent of Building Maintenance
**George E. Oaks**

Director of Inspection Services
**Ted Montgomery**

Director, Public Safety Communications
**Eric M. Linsley**

# MOBILE COUNTY PUBLIC WORKS
### Director of Public Works / County Engineer
### Joe W. Ruffer, P.E.

September 30, 2008

Ms. Corla Jackson,
13230 Tom Gaston Rd.
Mobile, AL 36695

Ref: 13230 Tom Gaston Rd.

Dear Ms. Jackson,

Mobile County Inspection Services has assisted you on all your requests for your insurance claim. We have provided you with a copy of your file, but feel free to copy the file to others as needed.
For any further assistance on this residence please have your **Insurance Adjustor** or your **Attorney** contact me.

Sincerely,

Ted Montgomery, CFM Director/Floodplain Administrator
Mobile County Inspection Services
251-574-3507

TEM/erm

cc: Commissioner Mike Dean; Joe Ruffer, P.E. Director of Public Works/County Engineer

Equifax Personal Solutions: Credit Reports, Credit Scores, Protection    file:///E:/viewPopUpDetail.ehtml.nmcreditreport...

12-12020-mg    Doc 1229-3    Filed 08/14/12    Entered 08/21/12 12:54:54    Exhibit GMAC
Made up Fake Allonge to Note - Assignment of Mortgage filed by Corl    Pg 20 of 42



# AMERICAN HOME MORTGA

X | close this window

| | |
|---|---|
| Company/Account Name: | AMERICAN HOME MORTGA |
| Company Address/Phone: | PO Box 631730<br>Irving, TX 750630002<br>(877) 304-3100 |
| Account Number: | 647001347XXXX |
| Date Opened: | 06/2004 |
| Last Activity: | 12/2004 |
| First Delinquency: | N/A |
| Type: | Mortgage |
| Rate/Status: | PAYS AS AGREED |
| High Credit: | $240,000 |
| Terms: | N/A |
| Balance: | $0 |
| Past Due: | n/a |
| Most Recent Date Reported: | 01/2005 |
| Comments on Account: | |

2 Differen Loans + option one
Original Note
That Was
Paid In
Full
Attached



Prepared for: CORLA REEVES JACKSON
Date: **April 17, 2012**
Report number: **1259-9264-63**

---

**Personal statements you've asked us to include**  You've given us the following statement to include every time a company asks us for your credit report:

"FILE FROZEN DUE TO STATE LEGISLATION."

## Your accounts in good standing
These items may stay on your credit report for as long as they are open.  Once an account is closed or paid off it may continue to appear on your report for up to ten years.

### Payment history legend

| | | | |
|---|---|---|---|
| **OK** | Current/Terms of agreement met | **VS** | Voluntarily surrendered |
| **30** | Account 30 days past due | **R** | Repossession |
| **60** | Account 60 days past due | **PBC** | Paid by creditor |
| **90** | Account 90 days past due | **IC** | Insurance claim |
| **120** | Account 120 days past due | **G** | Claim filed with government |
| **150** | Account 150 days past due | **D** | Defaulted on contract |
| **180** | Account 180 days past due | **C** | Collection |
| **CRD** | Creditor received deed | **CO** | Charge off |
| **FS** | Foreclosure proceedings started | **CLS** | Closed |
| **F** | Foreclosed | **ND** | No data for this time period |

■ Credit items

| | | | | |
|---|---|---|---|---|
| **OPTION ONE MORTGAGE** | **Date opened** | **Type** | **Credit limit or** | **Recent balance** |
| 11104 MENAUL BLVD NE | Jun 2004 | Mortgage | **original amount** | Not reported |
| ALBUQUERQUE NM 87112 | **First reported** | **Terms** | $240,000 | |
| **No phone number available** | Aug 2004 | 30 Years | **High balance** | |
| **Partial account number** | **Date of status** | **Monthly** | Not reported | |
| 647001347... | Jan 2005 | **payment** | | |
| **Address identification number** | | Not reported | | |
| 0379406707 | | | | |

**Responsibility**
Individual
**Status**
Paid,Closed/Never late.
This account is scheduled to continue on record until Jan 2015.
This item was updated from our processing of your dispute in Apr 2012.

**Payment history**
2005 2004
JAN DEC NOV OCT SEP AUG

| CLS | OK | ND | ND | ND | OK |
|---|---|---|---|---|---|

*[Handwritten annotations:]*

Jackson Home War Satisfied + they New this an Alabama + they Lied...

They Robbed Jackson
All of This WAS Stalled By Judges + Lawyer's Involved To Date
Damages From No Roof Contaminated Rain Water Debri In Wall St Though out Entire Dwelling
Notice Jackson Home WAS
Destroyed + Secured By Policy's
Jackson First Pmt WAS (Aug 2004)
Home Disaster WAS (Sep 2004)    0156014025
Jackson Did Not get A Roof Until (2006)
Home WAS Totally Toxic Mold By (2006)

Jackson Loan WAS Secured By Several Policy's
Through Option One Mortgage And Farmers Ins
Fire Ins. Exchange...

Jackson Roof Shifted + Buckled From
Hurrican Ivan Destroy Water Home From
The Devils Hish Wind's In (Sept 2004)





**OPTION ONE**

**M O R T G A G E**

an H&R BLOCK company

**H&R BLOCK**

018416/FL-RE-PI-

CORLA JACKSON
13230 TOM GASTON RD
MOBILE  AL  36695-8658

| | |
|---|---|
| Statement Date | 06/14/04 |

| | |
|---|---|
| Payment Due Date | 08/01/04 |
| Current Payment | $ 1,920.64 |
| Past Due Payment(s) | $ .00 |
| Unpaid Late Charges | $ .00 |
| Other Charges | $ .00 |
| Total Amount Due | $ 1,920.64 |
| After 08/16/04 Add Late Charge Of | $ 102.17 |
| Total Payment After 08/18/04 | $ 2,022.81 |

**Account Information**

| Item Description | Amount |
|---|---|
| **Balances** | |
| Principal Balance | $ 240,000.00 |
| Escrow Balance | $ 871.14 |
| Unpaid Late Charges | $ .00 |
| **Payment Factors** | |
| Int Rate - First Mtg | 7.650% |
| Principal & Interest | $ 1,702.83 |
| Escrow Payment | $ 217.81 |
| Other | $ .00 |
| Total Payment Amount | $ 1,920.64 |
| **Year to Date** | |
| Interest | $ 1,428.00 |
| Taxes | $ .00 |

| | |
|---|---|
| Loan Number | 0013474848 |
| Property Address | 13230 TOM GASTON RD |
| | MOBILE  AL  36695 |
| Home Phone | 251-865-4440 |
| Work Phone | 702-524-3135 |

## Activity Since Last Statement

| Date | Description | Principal | Interest | Escrow | Misc. | Late/Other Charges | Total |
|---|---|---|---|---|---|---|---|
| 06/03 06/03 | NEW LOAN SET UP PREDIST PMT | $240,000.00- | $1,428.00 | $871.14 | | | $2,299.14 |

Payments received after the statement date may not appear on this statement.

## WELCOME TO OPTION ONE

Option One Mortgage Corporation is pleased to welcome you as a customer. We are happy to have helped facilitate the financing of your home loan. For your convenience, we will send you a billing statement every month which includes a payment stub and an envelope that you can use to mail in your payments.

Please verify the information on the billing statement, particularly your property and mailing addresses. You can use the back of the payment stub to indicate any corrections or changes needed.



To access your account information online, you must first register as a new user. During the registration process, you will be asked to choose a user name and password. You will then use the user name and password you created to log in.

New Loan Verification Line: 888.323.4390
Online account access: www.optiononeonline.com

DETACH AND SEND LOWER PORTION WITH PAYMENT

# PRO-LAB/SSPTM INC.

1675 North Commerce Parkway
Weston, Florida 33326
Toll Free: 800-427-0550

**Test Address:**

JACKSON-TOM GASTON #2, ,

**Client:**

|  |  |
|---|---|
| **Mold Analysis Report** | |
| Direct Microscopic Examination | |
| Analysis Method SSPTM SOP 6210 | |
| Report Number: | 092106-0416 |
| Received Date: | 9/21/2006 |
| Analysis Date: | 9/22/2006 |
| Report Date: | 9/22/2006 |

John D. Shane Ph.D., QA Manager

**Comments:**
Algae present

PIONEER PARTNERS L L C - DAPHNE
PO BOX 1261
DAPHNE, AL 36526

Phone:  (251) 533-5858
Fax:    (251) 625-4295
Email:  rich@certifiedmoldtreatment.com

| Report Number: | 092106-0416 | Collection Location: | NO INFO |
|---|---|---|---|
| Date Collected: | | Sample Submitted: | BULK |
| Analyst ID: | 20 | | |

The following fungal descriptions are pertinent to samples collected. General characterization of mold is made with respect to their most common impact to human health. Many genera of molds have species with varying characteristics.

| Spore Name | Description |
|---|---|
| PENICILLIUM/ASPERGILLUS | THIS SPECIES IS CONSIDERED COMMON TO INDOOR ENVIRONMENTS. IT IS WIDESPREAD IN THE SOIL AND ON PLANTS AND IS ALSO CONSIDERED A COMMON CONTAMINANT OF FOOD. IT HAS A MUSTY ODOR. IT IS COMMONLY BEING IMPLICATED IN PULMONARY DISEASE IN IMMUNOCOMPROMISED HOSTS. IT HAS ALSO BEEN REPORTED TO CAUSE SKIN INFECTIONS. MANY SPECIES PRODUCE MYCOTOXINS, WHICH MAY BE ASSOCIATED WITH DISEASE IN HUMANS AND OTHER ANIMALS. TOXIN PRODUCTION IS DEPENDENT ON THE STRAIN, OR ON THE FOOD SOURCE ON WHICH IT GROWS. SOME OF THESE TOXINS HAVE BEEN FOUND TO BE CARCINOGENIC IN ANIMAL SPECIES. SEVERAL TOXINS ARE CONSIDERED POTENTIAL HUMAN CARCINOGENS. |

rev 1.0

# PRO-LAB/SSPTM INC.

1675 North Commerce Parkway
Weston, Florida 33326
Toll Free: 800-427-0550

**Test Address:**

JACKSON-TOM GASTON #2, ,

**Client:**

PIONEER PARTNERS L L C - DAPHNE
PO BOX 1261
DAPHNE, AL 36526

**Phone:** (251) 533-5858
**Fax:** (251) 625-4295
**Email:** rich@certifiedmoldtreatment.com

**Mold Analysis Report**
Direct Microscopic Examination
Analysis Method SSPTM SOP 8210
Report Number: 092106-0416
Received Date: 9/21/2006
Analysis Date: 9/22/2006
Report Date: 9/22/2006

John D. Shane Ph.D., QA Manager

**Comments:**
Algae n present

| Report Number: | 092106-0416 | Collection Location: | NO INFO |
|---|---|---|---|
| Date Collected: | | Sample Submitted: | BULK |
| Analyst ID: | 20 | | |

**Report Summary:**  Pro-Lab Number: 092106-0416  Sample Submitted: BULK
Unusual Mold Condition(s) Exists: Yes

The sample in this report indicates the presence of mold spores for this specific location only. The Environmental Protection Agency (EPA) recommends that any indoor mold growth be addressed and that all water or moisture sources be eliminated.

The mold identified in this report is often associated with excess moisture and can be a problem in indoor environments at high levels. Since mold requires water to grow, it is important to prevent moisture problems in buildings. The presence of mold, water damage or musty odors should be addressed immediately. In all instances, any source(s) of water must be stopped and the extent of water damage determined. Mold can grow on virtually any organic surface, as long as moisture and oxygen are present. When excessive moisture accumulates in buildings or on building materials, mold growth will often occur, particularly if the moisture problem remains undiscovered or unaddressed. Building materials, such as drywall are made of cellulose and are highly absorbent, perfect surfaces for mold growth when wet. Moisture problems may include roof leaks, plumbing leaks, landscaping or gutters that direct water into or under the building, and unvented combustion appliances such as gas stoves. Water damaged building materials supporting mold growth should be cleaned or replaced as quickly as possible in order to ensure a healthy environment. Specific methods of assessing and remediating mold contamination should be based on the extent of visible contamination and the cause of damage.

The most common symptoms of mold exposure are runny nose, eye irritation, cough, congestion, and aggravation of asthma. Individuals with persistent health problems that appear to be related to mold or other types of air quality contaminant exposure should see their physicians for a referral to professionals who are trained in occupational/environmental medicine or related specialties and are knowledgeable about these types of exposures. Decisions about removing individuals from an affected area must be based on the results of such medical evaluation. Since mold is naturally present in outdoor environments and we share the same air between the indoors and the outdoor, it is impossible to eliminate all mold and their spores from the indoor environment.

The detection limit of fungal analysis using optical microscopy is one fungal spore or one fungal structure. The quantitative limits vary from analysis to analysis and from processing procedure to processing procedure. Contact us to determine your quantitation limits.

**FOR MORE INFORMATION, PLEASE CALL PRO-LAB™ AT 1-800-427-0550**          **END OF REPORT**

Currently there are no Federal regulations for evaluating potential health effects of fungal contamination and remediation. This information is subject to change as more information regarding fungal contaminants becomes available. For more information visit: http://www.epa.gov/iaq/molds/index.html or www.nyc.gov/html/doh/html/epi/moldrpt.htm This document was designed to follow currently known industry guidelines for the interpretation of microbial sampling, analysis, and remediation. Since interpretation of mold analysis reports is a scientific work in progress, it may as such be changed at any time without notice. The client is solely responsible for the use or interpretation. PRO-LAB/SSPTM Inc. makes no express or implied warranties as to health of a property from only the samples sent to their laboratory for analysis. The Client is hereby notified that due to the subjective nature of fungal analysis and the mold growth process, laboratory samples can and do change over time relative to the originally sampled material. PRO-LAB/SSPTM Inc. reserves the right to properly dispose of all samples after the testing of such samples are sufficiently completed or after a 7 day period, whichever is greater. PRO-LAB/SSPTM Inc. participates in the AIHA EMPAT program. LAB ID #165230

rev 1.0                                                                                          Page   2

**Multiple Injuries**    **#50**    **E.D. Physician Record**



```
53176690 396009
JACKSON ,CORLA
06/25/1961 46 B F 03/13/08
018996        BENJAMIN, REGINA M.   MD
E/R
```

**Diagnostic Considerations:** circle potential diagnoses

Smoke inhalation    Ft Burns contusion

**X-ray:** (Read by: ___ E.P. ___ Rad.)

1— CXR ___ nl    2— Thigh/Knee/Leg ___ nl
3— LFA ___ nl    4— Pelvis ___ nl
5— RFA ___ nl    6— ___ ___ nl

Reviewed / discussed with Radiologist:

**Treatment / Course:**

**Medications / Orders**    **Response**

___ O2    1L Neplock
___ Tetanus:  TT / dT / TIG
___ Pain meds:    Morphine IV
___ Immobilization: static    dynamic    2+ Gtav IV
    Applied by: ___ E.P. ___ other
___ compression dressing    ___ crutches
___ NPO    ABA neb q ?
other procedures / meds:
    IVS 1000 ml

Repeat exam at: N30: 2 wheezes improved
Findings:

**Medical Decis. Making:**

**Labs:**    **Other data reviewed:**

Recheck Neo: Still Wheeze

___ CBC: ___ nl ___ nl except:    ETOH    Drug screen
Hct ___ Hgb ___ Plts ___    PT, PTT, INR ___ T & G x: ___ units RBC
WBC ___    **Procedure:**
Neut % ___ Lymph % ___    ( ___ see addendum)    ABA repeated
Monos % ___ Eos % ___    **Course:** same / better / worse
Baso % ___    **Critical Care:** ___ minutes / hour(s)    S8 lume did Q5m IV
BMP: ___ nl ___ nl except:    ABG: on ___ RA / O2: ___ % / L    **Clinical impression:**
CMP: ___ nl ___ nl except:    pH: ___ PO2 ___
NA ___ K ___ Glu ___ Cl ___    PCO2 ___ HCO3 ___    (1) Smoke inhalation    (4) Contusion
CO2 ___ Anion gap ___ BUN ___    Buttock
Creat ___ B/C Ratio ___ Calcium ___    P. Ox ___ %: on ___ RA / O2: ___ % / L    (2) 5cm laceration (5) forearm    (5) 1° Burn
Alk Phase ___ SGPT (ALT) ___    ___ nl / hypoxia    (3) 4 cm laceration (6) forearm    BILE
SGOT (AST) ___ T. Bili ___ T. Prot ___
Albumin ___ Globulin ___ A/G Ratio ___    EKG    Nl study    **Consultation:**
U/A: ___ dip neg ___ dip neg except:    ___ NSR ___ nl intervals    Consulted Dr. ___ (time) ___
    ___ nl QRS ___ nl ST-T waves    Suggests: admit / discharge / will see: ___ / Transfer to ___
Micro neg ___ neg except ___    **Compared to:**    Case discussed with: patient / family / other:
    ___ unchanged / changed    **Disposition:**
Qual hCG: Blood Urine Neg / Pos    Read by: ___ E.P.    ___ Transfer to: ___ Accepting Physician: ___ EMTALA form completed
    send quantitative    Cardiac monitor: ___ NSR    ___ Admit: ___ IP / ___ OP ICU / Tele / Med-Surg

**Wound Repair:**    Admitting physician ___ Covering Physician ___
Orders written in ED ___

| Location | Length / Depth | Repair |
|---|---|---|

(1) RFA    3 cm    SHOG    Dermabond / staples
superfic / SQ / M    # of 3-0 Vicryl    Discharged. Condition: ✓ improved ___ unchanged    the PMS-5 d
    running sutures    # of 3-0 nylon    Instructions given: written—refer to: ___ WMH form ___ RTW form ___ school excuse
(2) LFA    4 cm    Skin: Simple    # of ___ -0    ___ off work / school or ___ lmtd work / school / gym thru ___
superfic / SQ / M    # of ___ -0    Discharge Rx: albuterol 5d Pred Voutab
    running sutures

**Comments:**    Discharged. Condition: ___
___ sensat intact ___ pass intact (2) LFA Subq Simple running    Certified Emergency? Yes No
Level of contamination: ___ clean / min / mod / severe Skins Matthes    **Sig:** ___ SPO ___ date 3/13/08 Attend / Resid. / PA / NP
Anesthesia: local / digital block ___ mL of Plaid ___ epi / HCO3    ___ date 3/13/08 Attend / Resid. / PA / NP
___ prep    Suture removal instruct: 10 days    See: ___ Addendum ___ Attending note
___ Explored: ___ no F.B. ___ no tendon inj. / F.B. identified / tendon injury ___    Copies to: ___    dictated
___ Irrigat. ___ débrided ___ undermined ___ revised ___ F.B. removed    chart completed
(for above: min = 1, mod = 2, extensive = 3)

Copyright © 2008, EvolveMed, ERG    Photocopying without permission is prohibited    AAEM Templates

Smoke inhalation Ft Burns contusion
5cm deep laceration
Burns covered and dressed.
1° Burns
1° Burns
4 cm dp lac

## Multiple Injuries

**PROVIDENCE HOSPITAL EMERGENCY DEPARTMENT, MOBILE, AL (334) 633-10**

53176690 396009
JACKSON , CORLA
06/25/1961  46 B F 03/13/08
018996    BENJAMIN, REGINA M.  MD
E/R

*Check (✓) for normals, circle positives, slash negatives, note findings*

Date: 3/13/08  E.P. time: _____  Age: _____  Wt: _____  Sex: M/F
P: 111  BP: 106/70  RR: 18  Temp: 99.1

**Chief Complaint:** Multiple Injuries    House Fire –
                                            fell

Referred by: self / clinic / PMD / EMS    Arrived by: EMS / walk-in / wheelchair _____
Historian: patient / family / friend / EMS    Hx limited by: Altered LOC / acuity / intoxication

### HPI:

**Onset:** undetermined
**Occurred:** 0530 time _____ date _____
_____ mins / hrs / days PTA

**Modifying factors:** __ none
witnessed / unwitnessed
Ambulatory at scene: yes / no
Contributing factors: ETOH / drugs /
seizure / syncope / suicide attempt
Other: _____

**Location:**
(home) work
Other: _____

**Activity during injury:** __ unknown
Putting fire out
fell 8 ft off ladder

**Assoc. sxs:** __ none
no complaints / "just stiff and sore"
wounds / bony deformity / swelling
Pain: head / face / neck / chest / abd /
back / pelvis / RUE / LUE / RLE / LLE
LOC: unknown / dazed / + LOC
Duration: __ sec / mins / hrs
Remembers: incident / coming to hospital
GCS: 15 /15

**Mechanism of injury:** __ unknown
fell

**Location (anatomic):**
Burns legs, smoke inhalation
loc

**Injury description (quality):**
deformity / dislocation / sprain / strain /
contusion / abrasion / puncture / stab / abrasion /
GSW / F. B. / burn

**Prior Rx:** __ none
EMS: spinal immobilization
Other: _____

**Pain:** __ none / at rest / ō wt bearing / ō use

**Pain quality:** sharp / dull / aching / throbbing

Pt was trying to put
fire out — she
has smoke inhalation
burns to legs – lac's
to gums, injury to hip

Last ate: _____

### Past, Family, Social History:

Reviewed: __ RN note __ Old Records __ NH records __ EMS note
**PMH:** __ none __ unknown
peptic ulcer / GI bleed  HTN
arthritis / CAD / IDDM / NIDDM
thrombophlebitis / clotting probs
GSW / MVA

**Meds:** __ none reviewed RN note
ASA / NSAIDs / Coumadin / Plavix
insulin / steroids
antihistamines / narcotics / sedatives

**Allergies:** reviewed RN note
Diphtheria tetanus current __ no
__ yes; year _____

**Surgical hx:** (none) __ unknown
Prior trauma:
Other: _____

**Family hx:** (none) __ unknown __ N/A
DM / CAD
clotting probs

**Social hx:** __ unknown
Tobacco: current __ no __ yes
quit _____ years ago; hx of _____ pack years
ETOH: yes drinks / wk
Recent? _____
Drugs: _____
Occupation: _____
Home situation: ☐ lives alone ☐ w/spouse
☐ w/family ☐ N.H. ☐ w/BF
☐ CBRF

### Physical Exam:

__ Exam limited by: urgency of condition / pt. uncooperative
**Gen:** Anxious: no / mild / mod / severe  Distress: no / mild / mod / severe
VS nl    Orthostat. VS: O– :

**Nutritional status:** nl / obese    **Hydration:** nl / dehydrated
**Longboard / cervical immob.** / ED / EMS / IV / intubation / splint

**Constit:** weak / faint / fever / chills / diaphoresis
**Eyes:** F.B. sensat. / vision probs
**ENT:** ear, nose or throat c/o's / hearing probs / hoarseness
**C/V:** chest discomfort / palpitations
**Resp:** SOB / breathing probs / cough / wheezing
**GI:** N/V
**GU:** urinary probs / kidney probs / genitalia pain   LMP: _____ nl / abnl
**MS:** other painful areas: nl p
**Skin:** skin probs
**Neuro:** numbness / tingling / focal deficits / paralysis / dizzy / change in behavior /
incontinence / seizures
**Psych:** psych probs / anxiety / depression
**Hemat / Lymph:** bruising / bleeding
**Endo:** polyuria / polydipsia
**Immun / Allerg:** HIV / AIDS / splenectomy

All systems reviewed: __ negative __ negative except as marked

**Neuro / Neck (MSK):**
__ head ō trauma, skin nl
__ neck ō tend, ROM full
**Skin / Nail:**
__ nl appearance ō cyanosis
__ pink, nl capillary refill
__ hydrated, warm & dry

**Eyes:**
__ nl, conj. nl
__ PERRL, EOM's full
__ cornea, chambers, discs nl
**Neuro:**
__ alert & oriented × 3
__ major sensory nl
__ motor intact, symmetrical
__ nl gait, cerebellar function
__ cranial nerves intact

**ENT:**
__ nose nl
__ ext. ears, canals, TM's nl
__ nasal, teeth, oropharynx nl
**Psych:**
__ affect, mood nl
__ judgment, memory nl

**CV:**
__ nl rate, rhythm
__ heart sounds nl
__ pulses = neck & all 4 ext.
**(R)__ (L) upper ext.**
(mark nl as R, L or B):
__ ROM full ō pain
__ stable:
__ nl strength and tone nl

**Resp, Chest:**
__ no resp distress
__ breath sounds nl, clear, equal
__ chest inspect., palpat. nl
**(R)__ (L) lower ext.**
(mark nl as R, L or B):
__ appearance nl, nontender
__ ROM full ō pain
__ stable;
__ nl strength and tone nl

**Spine / pelvis / ribs (MSK):**
__ thorac., lumbar inspect., palpat. nl
__ pelvis stable, inspect., palpat. nl

**GI / Abdomen / Flank:**
__ nl appearance, BS nl
__ soft, nontender
__ flank nl appearance, nontender
__ rectal nl appearance, heme neg.

**MSK:**
__ gait nl
__ toes, nails nl

**Glasgow Coma Score:** 15
Eyes open: 4-spontaneous 3-to command
2-to pain 1-none
Verbal: 5-nl 4-confused 3-inappropriate
2-incoherent sounds 1-none
Motor: 6-normal 5-localizes pain
4-withdraws 3-incoordinate (flex.)
2-decerebrate (ext.) 1-none

(L) hip / buttock tender – large lac
to buttock

Copyright © 2008, EvolveMed, E2G    Photocopying without permission is prohibited    E.D. PHYSICIAN RECORD    AAEM Template

# 𝕸𝖔𝖑𝖉 𝕽𝖊𝖕𝖔𝖗𝖙𝖊𝖗

Home

About

## News, Vol. 1, No. 3

Prev | Next | Volume 1, Number 3

Search

### The Final Solution: Mold-Contaminated House Burned to Ground

In February of this year, the Associated Press reported a Eugene, Oregon, couple's plan to burn their house to the ground, letting the fire department use it for a training exercise. It became contaminated while Mark and Mary Jane O'Hara were having it remodeled. They and their children were made sick as a result (headaches, respiratory problems, rapid weight loss, swollen and painful joints, chronic fatigue, profuse nosebleeds and severely inflamed sinuses). After the house is demolished, they plan to rebuild on the same 8-acre plot of land.

The O'Haras are seeking $3.5 million in damages in a lawsuit that will probably be brought to trial this summer. They allege that their architect (Michael Cockram of Eugene) failed to control the quality of work by the general contractor, Stangland Construction, which failed to keep the inside of the house dry during remodeling. These issues are being contested.

The family tried to decontaminate their personal belongings, but had to discard many of them.

### Melinda Ballard & Family win Large Settlement against Farmers Insurance

It was a lawsuit that made legal history. The Dripping Springs, Texas, family whose house was lost to mold last year was awarded $32 million by a jury in the first part of June, 2001. Farmers Insurance Exchange, they found, failed to adequately and swiftly cover repairs for a water leak. As a result, the mold Stachybotrys overran their 22-room house and severely damaged the parents' health and that of their child.

The award was broken down as follows:

- $6.2 million in actual damages. The house will have to be decontaminated, leveled, and rebuilt.
- $12 million in punitive damages.
- $5 million for mental anguish.
- $8.9 million in lawyers' fees.

The award may be reduced by Judge John Dietz when he officially enters the judgment on June 25. Also: Farmers may appeal. And political pressure may ultimately release insurers from the necessity of covering conditions that may



# FARMERS

## PROTECTOR PLUS

FIRE INSURANCE EXCHANGE, LOS ANGELES, CALIFORNIA

### DECLARATIONS
### HOMEOWNERS
Replaces all prior Declarations, if any

**TRANSACTION TYPE:**   P/S INCLUDES CHANGES EFFECTIVE: 01/05/2005
The Policy Period is effective (not prior to time applied for) at described residence premises.

| POLICY NUMBER | POLICY PERIOD | | STANDARD TIME | POLICY EDITION |
|---|---|---|---|---|
| | FROM: | TO: | | |
| 92649-56-20 | 01-17-2005 | 05-11-2005 | 12:00 NOON | 04 |

ISSUING OFFICE
P.O. BOX 1527
AURORA, IL 60507

This policy will continue for successive policy periods, if: (1) we elect to continue this insurance, and (2) if you pay the renewal premium for each successive policy period as required by our premiums, rules and forms then in effect.

**INSURED'S NAME & MAILING ADDRESS:**

CORLA JACKSON

13230 TOM GASTON RD
MOBILE, AL
36695-8658

**LOCATION OR DESCRIPTION OF RESIDENCE PREMISES:**
(Same as mailing address unless otherwise stated.)

### DESCRIPTION OF PROPERTY

| YEAR OF CONSTRUCTION | CONSTRUCTION TYPE | ROOF TYPE | | OCCUPANCY |
|---|---|---|---|---|
| 2000 | BRICK/JOISTED MASONRY | ASPHALT COMPOSITION | 001 | OWNER |

### COVERAGES -   We provide insurance only for those coverages indicated by a specific limit or other notation.

| SECTION I: PROPERTY | | | | SECTION II: LIABILITY | | ANNUAL PREMIUM |
|---|---|---|---|---|---|---|
| A. DWELLING ON RESIDENCE PREMISES | B. SEPARATE STRUCTURES | PERSONAL PROPERTY | LOSS OF USE | LIABILITY Each Occurrence | MEDICAL PAY Each Person | |
| $250,000 | $25,000 | $187,500 | $125,000 | $300,000 | $1,000 | $1,723.82 |

### ENDORSEMENTS

| ENDORSEMENT NUMBER | EDITION NUMBER | DESCRIPTION |
|---|---|---|
| E4040 | 1ED | ENDORSEMENT AMENDING SECTION II - EXCLUSION |
| E6018 | 2ED | AMENDING DEBRIS REMOVAL COVERAGE AND POLLUTION EXCLUSION |
| E6008 | 2ED | AMENDING PERSONAL INJURY - PROTECTOR PLUS |
| E4207 | 1ED | EXCLUSION AMENDING SECTION II - LIABILITY |
| E6044 | 3ED | BUILDING ORDINANCE OR LAW COVERAGE ENDORSEMENT |
| E6047 | 2ED | EXTENDED REPLACEMENT COST |
| E6311 | 1ED | HURRICANE PERCENT DEDUCTIBLE |
| H6104 | 2ED | AMENDING SECTION I LOSSES NOT INSURED - WATER DAMAGE |
| H6106 | 1ED | SPECIAL LIMITS ON SPORTS CARDS |
| J6180 | 1ED | ENDORSEMENT AMENDING THE LOSS SETTLEMENT PROVISION |
| | | IMPORTANT NOTICE - ADDITIONAL ENDORSEMENTS SHOWN ON BACK |

### DISCOUNTS

NEW HOME AND NON SMOKER DISCOUNTS HAVE BEEN APPLIED TO YOUR POLICY.

### DEDUCTIBLES

$1,000   Deductible is applicable to covered losses under Coverage A, B, C.
THE FOLLOWING DEDUCTIBLE(S) APPLIES TO THE PERILS NAMED:
2% OF COV A HURRICANE DEDUCTIBLE APPLIES.

### POLICY ACTIVITY

| | |
|---|---|
| $    0.01 | Previous Balance DUE |
| | Premium |
| | Fees |
| | Payments or Credits |
| $    0.01 | Total DUE |
| | MORTGAGEE PAYS |

ANY "TOTAL" BALANCE OR CREDIT $7.00 OR LESS WILL BE APPLIED TO YOUR NEXT BILLING. BALANCES OVER $7.00 ARE DUE UPON RECEIPT.

This Declarations page is part of your policy. It supersedes and controls anything to the contrary. It is otherwise subject to all other terms of the policy.

Countersignature

AGENT:   Patt Branyon
AGENT PHONE:   (251) 633-5800   AGENT NUMBER:   50 06 321

*Anthony R Jackson*
Authorized Representative

54-5279 1ST EDITION 10-97   92649-56-20   *(Continued on the Reverse Side)*   01-19-2005   H.M

| Additional Premises Section II - Purpose of use is residential, unless stated otherwise. | Outboard Motor over 25 horsepower (Singly or Combined) - Section II |
|---|---|
| | MOTOR A: |
| | MOTOR B: |

**MESSAGES**

ASK YOUR FARMERS AGENT ABOUT MORTGAGE PROTECTION.

MORTGAGEE PAYS PREMIUM.

IN THE EVENT OF A LOSS, AT ANY TIME, CALL US AT 1-800-HELPPOINT (1-800-435-7764)

**MORTGAGEE OR OTHER INTEREST:**

**LOAN NUMBER:**
OPTION ONE MORTGAGE CORPORATION
ISAOA
PO BOX 949
ORANGE, CA
92856-6949

**MORTGAGEE'S
BILLING ADDRESS:**

OPTION ONE MTG CORP

PO BOX 949
ORANGE, CA
92856-6949

**ADDITIONAL MORTGAGEE OR OTHER INTEREST(S):**

**LOAN NUMBER:**


**LOAN NUMBER:**


**LOAN NUMBER:**


**ADDITIONAL ENDORSEMENTS**

J6180      1ED      ENDORSEMENT AMENDING THE LOSS SETTLEMENT PROVISION

54-5270, 1ST EDITION 10-97                              C-98                    C52781AO



# FARMERS
## 75 YEARS SERVING AMERICA

# PROTECTOR PLUS POLICY

**Name:** Corla Jackson

**Policy Number:** 926495620

*Additional Coverage*

| | | |
|---|---|---|
| Dwelling Coverage: | $250,000 | **Extended Replacement:** $312,500 |
| Contents Coverage: | $187,500 | *Debris war concluded / on this policy + Hazard Pollutants AD...* |

| | |
|---|---|
| Cash, coins, etc. | $100 |
| Property Away | $18,750 |
| Securities | $500 |
| Watercraft (Motor & Trailer) | $1,000 |
| THEFT of Jewelry | $1,000/item   $2,500 total limit |
| THEFT of Silverware | $2,500 |
| THEFT of Firearms | $1,000 |
| THEFT of Imported Rugs | $2,500 |
| Business Property | $200 |
| Sportcards | $250 |
| Computers | $5,000 |

| | | | | |
|---|---|---|---|---|
| Deductible: | $1000  2%H | | | |
| Separate Structures: | $25,000 | Tree Debris Removal | $15 | Y/N |
| Liability: | $300,000 | Identity Fraud Expense | $25 | Y/N |
| Medical Payments: | $1,000 | Home Warranty | $456 | Y/N |
| Loss of Use | $125,000 | Umbrella | $154 | Y/N |

*FILED MAY 15 2... 3417 USDC-S*

**Flood / Rising Water Insurance:**

Premium: $295     Accept / Reject Initial ___

| **Discounts:** | | **Other Products and Services:** |
|---|---|---|
| Non-Smoker | | Roth IRA / 401K / Tax Deferred Savings |
| Age 50+ | | Mutual Funds / Life Insurance of all types |
| New Home / Renovation | | Follow Up Dates: _____ |
| Auto / Home | | |
| Auto / Home / Life | | |

**X-Dates/Follow Up Dates:** _____    **Boats / Recreation Vehicles / Motorcycles / ATV's**

Follow Up Dates: _____

**Claims Procedures:** Covered

**Client Signature:** *Corla Jackson*     **Date:** 5/11/04




"They did more than stand behind us.
They stood beside us."

Home    My Account    Payment Options    Home Retention    Support Center    Insurance Services    REO    About Us    Contact Us    Site Map

Disaster Insurance

*Disaster Insurance pays the monthly mortgage payment if the primary residence is made unlivable for more than 48 hours due to a disaster, including fire, flood, earthquake, hurricane, tornado, or hailstorm.*

**Assurant Specialty Property – First Protector**
Disasters happen. First Protector pays your mortgage payment for up to two years when your home becomes temporarily unlivable due to a disaster. Plus it pays your homeowners insurance deductible up to $500 on any claim over the deductible amount. It even pays your mortgage balance if the land your home is built on is judged permanently uninhabitable due to a disaster.

For additional information, please call Assurant Specialty Property toll-free at 1-800-349-9756, Please refer to offer #277031E3 or visit Assurant's website.



These optional programs offered by AHMSI Insurance Agency, Inc. are: Not a Deposit; Not FDIC Insured; Not Insured by any Government Agency; Not Guaranteed by American Home Mortgage Servicing, Inc. or any of its affiliates.

For details of terms, conditions, and limitations, please see plan documents.

© 2008 American Home Mortgage Servicing, Inc. All rights reserved.

## Interest Rates on Mortgage Loans

**Floating Rate at Application**
The rate on a Fremont Bank mortgage loan application is not "locked in" at the time of application. Unless specified otherwise in a written rate lock confirmation, the interest rate, points, and/or origination fee for your loan will be set at the time your loan documents are prepared for signature, and therefore, may be higher or lower than the rate, points, and/or origination fee at the time of application.

The interest rate for your pending loan will continue to fluctuate until the date that the Bank is ready to prepare your loan documents for signing. When Fremont Bank is ready to prepare your loan documents for signing, you will be contacted by a representative and only then will the interest rate for your loan be established. Once the rate is established, failure by the borrower to close the loan will result in cancellation of the rate lock and forfeiture of the application fee.

**Rate Lock Agreement**
For certain loan programs, you may request that the rate on your loan application be "locked in". If rates subsequently go up, you will not pay the higher rate; however, if rates drop, you will not benefit. Ask for a copy of the agreement, or speak with your loan officer for more information.

**Interim Interest**
Interim Interest (sometimes referred to as Odd Days Interest) is calculated on the loan balance from the date the loan proceeds are disbursed to the first day of the following month. Regularly scheduled payments pay interest for full months. At Fremont Bank's option, this interest payment may be made at the time of loan closing or billed at or after loan closing. Any billed interim interest will be due on the tenth day of the following month with no grace period.

**How We Calculate Interest**
The interest accrual method is calculated based on a 30-day month and a 360 day year.

## Insurance

**Property Insurance**
We require fire and hazard insurance coverage with an insurance carrier acceptable to the Bank in an amount at least equal to the lesser of:

- the loan amount (as long as it equals the minimum amount required under the terms of coverage to fully compensate for damage or loss to the dwelling on a replacement cost basis), or

- 100% replacement value of the improvements, with no deduction for depreciation.

- The lender cannot require hazard insurance coverage on your property in excess of the replacement value of the improvements.

A guaranteed Replacement Cost Endorsement is required whenever available. A Lender's Loss Payable Endorsement (Form 438-BFU) in favor of the Bank must be attached to the policy. In order to utilize your current policy, we require an endorsement to the policy changing the mortgagee clause to read as follows:

Fremont Bank, its successors or assignees
PO Box 7295
Fremont CA 94537-7295

Refinance - For refinance loans, existing policies must have a minimum of three months remaining on the term from the date of closing or the next year's premium must be paid at or before closing.

Purchase - For purchase money loans, at least one full year's premium must be paid in advance.

**Flood Insurance**
The Flood Disaster Protection Act of 1973 requires lenders under the jurisdiction of Federal entities (FDIC for Fremont Bank) to require that loans secured by improved real property have flood insurance coverage when the properties are in a Special Flood Hazard Area as defined by the Federal Emergency Management Agency (FEMA).

Fremont Bank will be making a determination during the underwriting process as to whether or not your property is located in a Special Flood Hazard Area, and if flood insurance will be required.

Flood insurance may be required at a later time if there are changes to the area designated as Special Flood Hazard Areas. If flood insurance becomes necessary, you will be notified in writing.

**Private Mortgage Insurance**
Private Mortgage Insurance (sometimes referred to as PMI or MI) is required on first mortgage loans where the loan to value ratio exceeds 80%. For owner-occupied loans, the PMI will be dropped by federal law when your loan reaches a loan-to-value ratio of 78% based on the value at the time your loan was approved. If certain requirements are met, you may be able to drop the PMI sooner. Please call Customer Service for more information.

## Impounds (Escrow Account)

Establishment of an impound (escrow) account for payment of such obligations as property taxes and/or insurance premiums, will not be required as a condition to loan approval and funding unless the loan-to-value ratio of your first mortgage is 90% or more. Different requirements may apply to second mortgage loans or loans secured by non-owner occupied property or two-to-four unit dwellings.

Additionally, Fremont Bank will require Private Mortgage Insurance for loans with loan-to-value ratios exceeding specified percentages (for example, 80% for loans secured by first liens on single family, owner occupied property). Depending on the type of loan and the Bank's requirements, Private Mortgage Insurance (PMI) premiums may be included in the monthly payments or paid when due.

Even if your mortgage loan does not fall into one of the categories of loans for which an impound account will be required, you may, at your option, choose to have an impound account established. An impound account is a convenient way to pay property taxes and insurance premiums in monthly installments. If you elect not to have an impound account established for your loan, Fremont Bank will consider your loan in default if you fail to pay two consecutive tax installments on the property prior to the delinquency date for such payments, or fail to pay insurance premiums when due.

When taxes and insurance become due if your loan has an impound account, the Bank will automatically pay these obligations from the impound account funds. Interest will be paid on any impound account you establish. Ask about the current interest rate on impound account balances. Other terms governing impound accounts are set forth in the deed of trust and in federal and state law.

## HAZARD INSURANCE REQUIREMENTS & AUTHORIZATION

Your Security Deed/Deed of Trust/Mortgage requires that you maintain a collectable fire insurance policy that meets with our standards. To assist you in understanding our minimum fire insurance requirements, the following information is provided.

1. **POLICY** - The original policy is required: Certified or Duplicate Copies are not acceptable, except as noted. For condominiums or customers covered under a master or blanket policy, a certified copy of the entire policy is acceptable, providing the certification has an original signature of an authorized agent. Each loan in a condominium must have an original certificate of insurance on that unit. On second mortgage loans, an original endorsement to show as second lienholder is required and a copy of the existing policy.

2. **COMPANY RATING** - All companies must be licensed to do business in the state in which the property is located and have a rating of B+ /Class III or better as listed by A. M. Best or have a rating of A or better as listed by Demotech.

3. **REINSURANCE** - Reinsurance endorsements must state that any change of carrier during the life of the policy is subject to written notification and approval of lender.

4. **NAME AND ADDRESS** - Name(s) of insured or additional insured shall be the same as on the loan records. Property address or legal description must be complete.

5. **AMOUNT OF COVERAGE** - Coverage should be equal to the loan amount, (First Mortgage Loans), combined loan amount (Second Mortgage Loans) or full replacement value of the improvements as stated on the Real Estate Appraisal, whichever is less.

6. **TYPE OF COVERAGE** - One to four residential units must have fire, extended coverage, and Special Form. The policy cannot limit or exclude from coverage (in whole or in part) windstorm, hurricane, hail damages, or any other perils that are normally included under an extended coverage endorsement. If these limitations are included, a separate policy or endorsement from another insurer that provides adequate coverage must be obtained to cover the limitations or exclusions.

7. **LENDERS LOSS PAYABLE ENDORSEMENT (438BFU) MUST BE INCLUDED IN FAVOR OF:**

> Option One Mortgage Corporation, Its Successors and/or Assigns
> P. O. BOX 949, ORANGE, CALIFORNIA  92856

8. **DEDUCTIBLE** - Maximum deductible clause should be the lesser of $1,000 or 1% of the policy face amount. When a policy provides for a separate wind loss deductible, that deductible may be the higher of $2,000 or 2% of the face amount of the policy.

9. **TERM OF POLICY:**
   - **MUST BE A MINIMUM OF ONE YEAR ON PURCHASES.**
   - **ALL ONE YEAR POLICIES MUST BE PREPAID EVEN IF A BINDER IS SUBMITTED.**
   - **ALL REFINANCE LOANS REQUIRE 60 DAYS REMAINING FROM DATE OF DISBURSEMENT OR A NEW ONE YEAR POLICY IS REQUIRED.**

10. **EFFECTIVE DATE** of policy must be the same as or prior to the date of disbursement of funds for a new loan, or the expiration date of the existing policy for an existing loan.

11. **SUBSTITUTION FEE** of $5.00 is required if a new or renewal policy is submitted less than 30 days prior to the expiration date of the existing policy, if our Corporation holds the policy.

12. **SIGNED AGENT AUTHORIZATION** is required on policies for all new loans. A policy submitted on an existing loan only needs an authorization if there is a change of agents.

13. **FLOOD INSURANCE** - If the subject property is located in an area identified by the Federal Emergency Management Agency (FEMA) as a Special Flood Hazard Area (SFHA), an original flood insurance policy must be developed and maintained in force in the form and amount as required by the regulation. Coverage should be equal to the loan amount (First Mortgage Loans), combined loan amount (Second Mortgage Loans), full replacement value of the improvements as stated on the Real Estate Appraisal or a maximum of $250,000 ($35,000 maximum in an emergency status community), whichever is less. Allowable deductible is $1,000.00. A receipted invoice will be required for the initial premium of that policy.

14. **FAILURE TO PROVIDE COVERAGE** - If a policy does not meet all of our written requirements or if a notice of cancellation is received, it will be necessary for lender to immediately secure coverage to protect our interest, at the borrower's expense. LENDER WILL NOT RELEASE FUNDS ON ANY LOAN UNTIL WE ARE IN RECEIPT OF A POLICY/BINDER WHICH MEETS OUR REQUIREMENTS.

15. **POSSESSION OF POLICY:** Original insurance policy to be held by lender. We require an original insurance policy. On second mortgage loans, an original endorsement to show

> Option One Mortgage Corporation, Its Successors and/or Assigns     as second

lienholder is required and a copy of the existing policy.

16. **BINDERS** - Lender will accept a Binder provided it meets the above requirements; term is not less than 30 days and not more than 90 days; and a full years insurance premium is paid through Loan Closing/Escrow.

All insurance policies must be in our Branch office (for Funding states), or in the closing agent's office (for closing states) prior to disbursement of loan funds.

It is understood that in order to comply with new laws and regulations, the Corporation may solely elect to change or add to the above requirements from time to time without prior written notification.

You may, of course, obtain a policy from almost any insurance agent or broker. In this event, please be sure that the policy and insurance company meet with our requirements. We shall immediately return any policy which does not meet with our requirements or is not from the agency you have designated below (unless accompanied by new authorization signed by you).

You hereby voluntarily choose the following insurance agency:

_____

(Name of Insurance Agency)

and authorize Lender to accept a fire insurance policy from them for this loan. You understand that the choice of this insurance agency was not made a condition precedent to, and in no way affects, the granting of this loan.

Your signature hereto indicates your understanding and acceptance, and that you have received a copy of these requirements. Executed this _____ day of _____ 5/26/04 Date _____, 20_____.

CORLA  JACKSON _____    Date _____

_____    Date _____
Date

# Attention: Corla Jackson
## Complete and Return

**Record Date: 06/10/2004**
**Loan Amount: $ 240000**

*********AUTO**5-DIGIT 36695

Lender: Option One Mortgage Corp
Corla Jackson                          60    21
13230 Tom Gaston Rd
Mobile AL 36695-8658

Dear Corla,

You are entitled to participate in our low cost Mortgage Protection & Disability Income Program which can protect your $ 240000 loan in case of an unexpected tragedy.

**Without a plan, your family would still have monthly mortgage payments.**

## Corla, your benefits may include:

- **DEATH** - Pays off your $ 240000 loan in the event of your death.
- **DISABILITY*** - This coverage pays your monthly mortgage payments if you become disabled and cannot work.
- **CRITICAL ILLNESS*** - Can pay a portion of your death benefit if you're diagnosed with a critical illness.
- **UNEMPLOYMENT*** - This coverage pays your premiums in case of job loss.
- **LEVEL PREMIUM*** - Payments do not increase
- **MONEY BACK OPTION*** - This option returns all of your premium payments if benefits are not used.

For complete details with no cost or obligation, please complete and return the form below using the enclosed postage-paid envelope.

TEAR HERE                                                                            TEAR HE

# GMAC Mortgage

PO Box 4025
Coraopolis, PA 15108-6942

## CANCELLATION NOTICE

Notification Date:      06/06/2012

0001590-0004677 GMACP 001 1      939871

001683 - 004955
CORLA JACKSON
13230 TOM GASTON RD
MOBILE, AL 36695-8658

RE:  Loan Number:              5901-0000-0835002124
     Property Location:        13230 TOM GASTON RD
                               MOBILE AL  36695
     Master Policy Number:     6043-0002
     Certificate Number:       M-7200201
     Cancellation Reason:      LOAN PAID IN FULL

Dear Customer:

The lender-placed insurance we obtained on your property was cancelled on 06/01/2012 for the reason stated above. If the effective date of the cancellation is later than the effective date of the lender-placed coverage you will receive only a partial credit of the insurance costs we previously charged to you which will be applied to your escrow account.

To receive a credit for the remaining portion of the costs for the lender-placed insurance, please send us documentation, preferably a copy of your homeowner's policy, that shows you had insurance in effect for the period 05/11/2012 through 06/01/2012.

If you have any questions, please call, toll-free, (800) 256-9962, Monday through Friday, 4 a.m. to 8 p.m. PST. Calls to our Insurance Department may be monitored for quality assurance.

Thank you,

Insurance Department
GMAC Mortgage, LLC

# Johnson & Freedman, LLC

ATTORNEYS AND COUNSELORS AT LAW
1587 Northeast Expressway
Atlanta, GA 30329
(770) 234-9181
FAX (770) 234-9192

June 29, 2012

**VIA CERTIFIED MAIL**
**91 7108 2133 3938 1862 3763**
**Copy Via Regular Mail**

Corla Jackson
and/ or Tenant(s) or Current Occupant(s)
13230 Tom Gaston Road
Mobile, AL 36695

Re:   **Notice of Demand for Possession and Pursuant to Protecting Tenants at Foreclosure Act of 2009**

| | |
|---|---|
| **File Number:** | JF-14-000933 |
| **Loan Number:** | 0835002124 |
| **Mortgagor:** | Corla Jackson |
| **Property Address:** | 13230 Tom Gaston Road, Mobile, AL 36695 |

Dear Corla Jackson and/or Tenant(s) or Current Occupant(s):

Please be advised that a foreclosure sale of the above-referenced Alabama property 13230 Tom Gaston Road, Mobile, AL 36695 was conducted and the Property was purchased by our client. Your attention is directed to Ala. Code § 6-5-251. In accordance with that statute, our client hereby makes written demand upon you to deliver and quit possession of the Property within ten (10) days from the date of your receipt of this letter and unless possession is delivered within ten (10) days from your receipt of this letter, you will forfeit any right of redemption that you may have.

You are hereby further notified that unless the Protecting Tenants at Foreclosure Act of 2009 (the "Act") applies as outlined below, possession of the Property is hereby demanded within ten (10) days from your receipt of this letter by the purchaser at the foreclosure sale, or their successor or assign. If the Act does not apply and possession is not relinquished in accordance herewith, then eviction proceedings will be filed in the appropriate court.

Pursuant to the Act, if you are a bona fide tenant who entered into a bona fide lease of the Property before the notice of foreclosure, and if the foreclosure sale occurred on or after May 20, 2009, then you must vacate the Property at the end of the remaining current term of your lease, or within ninety (90) days of the effective date of this notice, whichever occurs later. Our client will consider your lease or rental agreement to be bona fide if all of the following conditions exist: (1) you can provide a copy of the lease or rental agreement, or you can provide proof of the lease or rental agreement as explained in the paragraph below; (2) you are not the mortgagor or a child, spouse or parent of the mortgagor; (3) your lease or rental agreement was the result of an arm's length transaction; and (4) your lease or rental agreement requires receipt of rent that (i) is not substantially less than fair market rent for the Property (or if there is more than one unit in the Property, then this requirement would apply to each unit's rent applicable to you), or (ii) the Property's rent (or the subject unit's rent) is reduced or subsidized due to any federal, state or local subsidy.

If you believe that you are a bona fide tenant, please provide the following information within ten (10) days from your receipt of this letter: (i) a copy of the lease or rental agreement, or if you do not have a written lease or rental agreement, then a written explanation of the terms of the lease or rental agreement under which you occupy the Property, including but not limited to the date you entered into the lease or rental agreement, the names of all parties who entered into such agreement, the term of such agreement, the monthly rental amount, the utilities to be paid by the landlord, if any, and whether you receive any assistance under the Section 8 Housing Program of the Department of Housing and Urban Development ("HUD") or any similar governmental program; (ii) proof of your last payment and rental deposit; (iii) a list of any conditions at the Property that require repair; and (iv) whether you are the previous mortgagor or a child, spouse or parent of the previous mortgagor.

If you are a Servicemember on "active duty" or "active service", or a dependent of such a Servicemember, you may be entitled to certain legal rights and protections, including protection from eviction, pursuant to the Servicemembers Civil Relief Act (50 USC App. §§501-596), as amended, (the "SCRA") and, possibly, certain related state statutes. Eligible service can include:

1. Active Duty (as defined in section 101(d)(1) of title 10, United States Code) with the Army, Navy, Air Force, Marine Corps, or Coast Guard; 2. Active Service with the National Guard; 3. Active Service as a commissioned officer of the National Oceanic and Atmospheric Administration; 4. Active Service as a commissioned officer of the Public Health Service; or 5. Active Service with the forces of a nation with which the United States is allied in the prosecution of a war or military action. Eligible service also includes any period during which a servicemember is absent from duty on account of sickness, wounds, leave, or other lawful cause.

If you are such a servicemember, or a dependent of such a servicemember, you should contact Angela McFarland at (404) 417-3252 to discuss your status under the SCRA.

If the Property has already been vacated or if you desire to consensually surrender possession, please sign your name under the "POSSESSION GRANTED" clause below. You should then return the signed original of this letter, along with your keys to the Property, to our attention at the address referenced above and you should retain a copy for your records.

PLEASE GOVERN YOURSELF ACCORDINGLY.

Sincerely,

*Angela McFarland*

Prommis Solutions, LLC Paralegal on
behalf of **Johnson & Freedman, LLC**

**POSSESSION GRANTED:**

_____    _____

Loan Number: 651003367          Servicing Number: 001347464-8          Date: 05/26/04

# INSTRUCTIONS TO CLOSING AGENT

| | |
|---|---|
| BORROWER: CORLA JACKSON | MONTHLY PAYMENT: |
| DOCUMENT DATE: 05/26/04 | P & I: $1,702.83 |
| DISBURSEMENT DATE: 06/01/04 | TAX: $73.32 |
| BRANCH: Atlanta House | INS.: $144.49 |
| PROPERTY ADDRESS: 13230 TOM GASTON RD | FLOOD: $0.00 |
| MOBILE, AL 36695-8658 | MISC: $0.00 |
| COUNTY: Mobile | TOTAL: $1,920.64 |

TO:   HERITAGE TITLE                                   TITLE CO: STEWART TITLE COMPANY
      2521 HILLCREST RD STE C                                    5760 I-55 NORTH SUITE 200
      MOBILE, AL 36695                                           JACKSON, MS 39211
      CLOSING AGENT                                              CLOSING AGENT
      Phone: (251) 776-1661                                      Phone: (601) 977-9776
      Fax:   (251) 662-3336                                      Fax:   (601) 977-9790
      E-Mail:paigetitle@yahoo.com

CLOSING AGENT NO./: JACKSON                           TITLE ORDER NO.: 999010283

| | | |
|---|---|---|
| SALES PRICE: | INTEREST RATE: 7.650% | FIRST PAYMENT DATE: August 01, 2004 |
| LOAN AMOUNT: $240,000.00 | LOAN TERM: 360 | LAST PAYMENT DATE: July 01, 2034 |

## TITLE INSURANCE REQUIREMENTS

ALTA POLICY** must contain endorsements: 6.1, 8.1 (OR EQUIV)    CLTA 116 (OR EQUIV)

EAGLE TITLE POLICY **All Inclusive/Comprehensive (If Applicable)
   with liability in the amount of $ 240,000.00          on property described herein.

   **Date** and **Time** of Title Policy must be exactly as reflected on the Deed of Trust/Mortgage/Security Deed.

** Please issue ALTA Short Form Policy when available. For Second Mortgage Loans, Lender will accept CLTA or
   standard ALTA Policy in lieu of an Extended Coverage ALTA Policy.

LIABILITY SUBJECT ONLY TO: (Gen. & Spec. taxes) Fiscal Year; COUNTY/PARISH: All 2003 Paid
CITY:                                          SCHOOL:
CITY/SCHOOL:                                   SPECIAL DISTRICT:
TOWN/TOWNSHIP/BOROUGH/PLANTATION:
VILLAGE:                                       SURFACE WATER MANAGEMENT:

Funds may be used for account of the vestees or mortgagors, and you will record all instruments when you comply with the
following:

1.   Issue said form of Policy showing name of insured to read
         Option One Mortgage Corporation, a California Corporation, Its
                        Successors and/or Assigns

2.   Issue said form of Policy showing title vested as shown below.
         Title must be vested in individuals only.
         CORLA JACKSON, A SINGLE WOMAN

3.   Issue said form of Policy free from encumbrances except items
         NONE

     of Preliminary Title Report or Title Commitment dated   05/03/04

4.   Survey exception, if applicable, MUST be removed from the title policy. If survey is required to remove the survey exception
     and issue the title policy as requested, contact the Lender prior to disbursement of funds.

5.   VERIFICATION that vesting on Grant/Warranty Deed matches Deed of Trust/Mortgage/Security Deed.

6.   All liens, judgements, delinquent or outstanding personal and/or property taxes must be paid in full and released or a partial
     reconveyance issued releasing our subject property. INDEMNIFICATIONS are NOT ACCEPTABLE. - PROOF OF PAYOFF
     IS REQUIRED.

7.   This loan MUST record in          [X] First Lien Position          [ ] Second Lien Position.

8.   Forward original title policy in duplicate directly to lender within 90 days of closing (see page 5)

Colleen McCullough
ATTORNEY AT LAW
(205) 930-5200



**Sirote**

Sirote & Permutt, PC

April 27, 2012

Corla Jackson
13230 Tom Gaston Road
Mobile, Alabama  36695

RE:    NOTICE OF ACCELERATION OF PROMISSORY NOTE AND MORTGAGE
       Loan No. 0835002124

YOU ARE HEREBY NOTIFIED that the terms of the Promissory Note and Mortgage for the above referenced loan dated the 26th day of May, 2004, are in default.  By virtue of default in the terms of said Note and Mortgage, GMAC Mortgage, LLC, hereby accelerates to maturity the entire remaining unpaid balance of the debt, including attorney's fees, accrued interest, and other lawful charges.  The amount due and payable as of the date of this letter is $ 401,033.7.  This payoff amount will change on a daily basis.  If you wish to pay off your mortgage, please call our office at (205) 930-5200 to obtain an updated figure.  Additionally, if you are interested in foreclosure alternatives, please contact your servicer, GMAC Mortgage, LLC at 1-800-850-4622.

We are at this time commencing foreclosure under the terms of the Mortgage, and enclosed is a copy of the foreclosure notice.  Please note that the foreclosure sale is scheduled for June 1, 2012.  For further information regarding this matter, please call (205) 930-5200.

We are aware that you were represented by an attorney in your bankruptcy case.  However, we are unsure if this attorney or any other attorney is representing you in relation to this foreclosure action.  We have courtesy copied your bankruptcy attorney with this letter so that he or she is aware of the contents.  If you are represented by an attorney, please contact us immediately, and we will direct all future correspondence and matters relating to this foreclosure to your attorney.

If you have received a discharge of this debt in bankruptcy or are currently in a bankruptcy case, this notice is not intended as an attempt to collect a debt.  Our client has a security interest in the property and will only exercise its rights as against the property.

We will assume this debt to be valid unless it is disputed within thirty days after you receive this letter.  If you do dispute this debt or any portion thereof, we will obtain and mail you a verification of the debt or a copy of any judgment if you send us a written request within this thirty-day period.  Also, upon written request within this thirty-day period, we will provide you with the name and address of the original creditor, if different from the current creditor.  This communication is an attempt to collect a debt and any information obtained will be used for that purpose.

*LAW OFFICES AND MEDIATION CENTERS*

2311 HIGHLAND AVENUE SOUTH    BIRMINGHAM, ALABAMA 35205
POST OFFICE BOX 55727    BIRMINGHAM, ALABAMA 35255-5727
URL  |  *http://www.sirote.com*




**B i r m i n g h a m**  |  H u n t s v i l l e  |  M o b i l e


PUBLICATION DATES:        May 2, 2012, May 9, 2012 and May 16, 2012
NEWSPAPER:                The Call News

<u>MORTGAGE FORECLOSURE SALE</u>

Default having been made in the payment of the indebtedness secured by that certain mortgage

executed by Corla Jackson, a single woman, to Option One Mortgage Corporation, A California

Corporation, on the 26th day of May, 2004, said mortgage recorded in the Office of the Judge of

Probate of Mobile County, Alabama, in Book 5605, Page 1910; said mortgage having

subsequently been transferred and assigned to GMAC Mortgage, LLC, by instrument recorded in

Book 6409, Page 1483, in the aforesaid Probate Office; the undersigned GMAC Mortgage, LLC,

as Mortgagee/Transferee, under and by virtue of the power of sale contained in said mortgage,

will sell at public outcry to the highest bidder for cash, in front of the main entrance of the

Courthouse at Mobile, Mobile County, Alabama, on June 1, 2012, during the legal hours of sale,

all of its right, title, and interest in and to the following described real estate, situated in Mobile

County, Alabama, to-wit:

> Lot 1, Copeland Island Estates as recorded in Map Book 81, Page
> 94 in the Office of the Judge of Probate, Mobile County, Alabama

THIS PROPERTY WILL BE SOLD ON AN "AS IS, WHERE IS" BASIS, SUBJECT TO ANY
EASEMENTS, ENCUMBRANCES, AND EXCEPTIONS REFLECTED IN THE MORTGAGE
AND THOSE CONTAINED IN THE RECORDS OF THE OFFICE OF THE JUDGE OF
PROBATE OF THE COUNTY WHERE THE ABOVE-DESCRIBED PROPERTY IS
SITUATED. THIS PROPERTY WILL BE SOLD WITHOUT WARRANTY OR RECOURSE,
EXPRESSED OR IMPLIED AS TO TITLE, USE AND/OR ENJOYMENT AND WILL BE
SOLD SUBJECT TO THE RIGHT OF REDEMPTION OF ALL PARTIES ENTITLED
THERETO.
        This sale is made for the purpose of paying the indebtedness secured by said
mortgage, as well as the expenses of foreclosure.

        The Mortgagee/Transferee reserves the right to bid for and purchase the real
estate and to credit its purchase price against the expenses of sale and the indebtedness secured
by the real estate.

        This sale is subject to postponement or cancellation.

FOR:    GMAC Mortgage, LLC

BY:    _____
        Cynthia W. Williams on behalf of
        Colleen McCullough
        FOR THE FIRM

CM/ch

cc:    GMAC Mortgage, LLC
        Barry A Friedman, Esq.

*LAW OFFICES AND MEDIATION CENTERS*

2311 HIGHLAND AVENUE SOUTH    BIRMINGHAM, ALABAMA 35205

POST OFFICE BOX 55727    BIRMINGHAM, ALABAMA 35255-5727

URL  |  *http://www.sirote.com*



Birmingham  |  Huntsville  |  Mobile

