**Hearing Date:  September 11, 2012 at 10:00 a.m. (Prevailing Eastern Time)**

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:    (212) 468-8000
Facsimile:    (212) 468-7900
Gary S. Lee
Norman S. Rosenbaum
Lorenzo Marinuzzi

*Counsel for the Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------------------- )
In re:                                                                        )    Case No. 12-12020 (MG)
                                                                              )
RESIDENTIAL CAPITAL, LLC, <u>et</u> <u>al</u>.,                               )    Chapter 11
                                                                              )
                                                    Debtors.                  )    Jointly Administered
----------------------------------------------------------------------------- )

### NOTICE OF ADJOURNMENT OF HEARING ON
### LIFT STAY MOTIONS TO SEPTEMBER 11, 2012 AT 10:00 A.M.

**PLEASE TAKE NOTICE** that the following matters previously scheduled to be heard on August 29, 2012 at 10:00 a.m. (Prevailing Eastern Time) have been adjourned to **September 11, 2012 at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing") and will be heard before the Honorable Martin Glenn, at the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), Alexander Hamilton Custom House, One Bowling Green, Room 501, New York, New York 10004:

a) Motion of Gerard Wiener for Relief from Automatic Stay as to GMAC Mortgage, LLC [Docket No. 813];

b) Notice of Motion for Relief from Stay (269 Streamwater Court, Blacklick, Ohio) [Docket No. 896]; and

ny-1055176

c) Notice of Motion for Relief from Stay (3355 Sunhaven Oval, Parma, OH) [Docket No. 897].

Dated: August 22, 2012
      New York, New York

Respectfully submitted,

/s/ Norman S. Rosenbaum
Gary S. Lee
Norman S. Rosenbaum
Lorenzo Marinuzzi
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel for the Debtors and Debtors in Possession*