**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
ONE BOWLING GREEN
NEW YORK, N.Y. 10004-1408**



AUG 2 2 2012

U.S BANKRUPTCY COURT
SO DIST OF NY

**AUGUST 29TH MOTION HEARING FOR JULIO PICHARDO FOR RELIEF FROM AUTOMATIC STAY CASE# 12-12020 (MG)**

**CHAPTER 11 DOC # 1185**

**CERTIFIED COPY OF SERVICE TO PARTIES BELOW PER 8/16/12 FILING OF DOC. 1185 SENT TO:
NEW YORK SOUTHERN DISTRICT BANKRUPTCY COURT.**

**RE: HEARING NOTIFICATION TO PERSONS OR PARTIES OF INTEREST ON CASE#12-12020. PER FILED DOC #1185.**

**PROOF OF SERVICE ENCLOSED OF NOTIFICATION TO GMAC DATED AUGUST 9TH 2012 FOR AUGUST 29$^{TH.}$ 10:AM HEARING AT JUDGE MARTIN GLENN FILED AND DULY SERVED TO: GMAC PARTY OF SERVICE FOR GMAC: BECKY DEGEORGE AT 2710 N. GATEWAY OAKS STE. 150 SACRAMENTO CA, 95833**

**CERTIFIED SERVICE COPY SENT TO:     FAXED TO: 310 751-1878
CLARISSA CU KCC
2335 ALASKA AVE EL SEGUNDO CA, 90245
TEL 310.776-7378
FAXIMILE 310.751-1878**

CC: ERICA RICHARDS    tel 212 376 4770
FAX 212 468 7900

**CERTIFIED COPY SENT TO:     FAXED TO: 212 468-7900
MORRISON & FOERSTER LLP
1290 AVE OF THE AMERICAS NEW YORK, N.Y. 10104.
TEL 212 468-8000
FACSIMILE 212 468-7900
GARY LEE NORMAN S. ROSENBUAM
LORENZO MARINUZZI**

Julio Pichardo

Plaintiff/petitioner:

Defendant/respondent:    GMAC DOES 1 TO 10

# PROOF OF SERVICE SUMMONS

At the time of service I was a citizen of the United States, at least 18 years of age.
I served proof of service to person authorized to receive it described herein.

DATE OF HEARING:   AUGUST 29TH AT 10:00 AM

PLACE OF HEARING:  AT NEW YORK SOUTHERN DISTRICT BANKRUPTCY COURT
ONE BOWLING GREEN NEW YORK, N.Y. 10004-1408

JUDGE GLENN    COURT 501  CASE 12-12020 –  DOC# 1026

Hearing held for: relief from automatic stay

By mail acknowledgment: I mailed documents via confirmation of mailing to defendant to:
2710 N. GATEWAY OAKS DR. STE 150 SACRAMENTO CA, 95833

Person served: CSC - BECKY DEGEORGE - person authorized service of process

Date mail sent: August 9th 2012

Served on behalf of: GMAC MORTGAGE DOES 1 TO 10

Served by confirmation of mailings by: ROCIO PICHARDO
                        Address: 1201 E. Sudene Ave Fullerton Ca, 92831

RECEIVED AUG 22 2012

I declare under penalty of perjury under the laws of the united state of America that the foregoing is true and correct
Name of person who served papers: ROCIO PICHARDO           SIGNATURE  Rocio Pichardo

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

| | |
|---|---|
| Postage | $0.45 |
| Certified Fee | $2.95 |
| Return Receipt Fee (Endorsement Required) | $0.00 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ $3.40 |

Postmark Here — FULLERTON CA 92834 — 08/09/2012

Sent to: GMAC / BECKY DEGEORGE
Street, Apt. No. or PO Box No: 2710 N. GATEWAY OAKS STE 150
City, State, ZIP+4: Sacramento CA 95822

# GMAC Mortgage

3451 Hammond Ave
P.O. Box 780
Waterloo, IA 50704-0780

07/15/09

AUG 22 2012

ROCIO PICHARDO
JULIO PICHARDO
1201 EAST SUDENE AVENUE

FULLERTON          CA 92831-4711

RE:    Account Number        0359019299
       Property Address       1201 EAST SUDENE AVENUE

                              FULLERTON         CA 92831-4711

Dear   ROCIO PICHARDO
       JULIO PICHARDO

The financial information submitted by you for consideration of a has been reviewed. We are unable to approve your request for the following reason(s):

[ X ]  The financial information provided shows you have insufficient income to support your request. We recommend you consider selling your property. If the value of your property has declined and would not result in a full payoff of the mortgage please contact our office when an offer is received so we can review for a possible short sale.

[  ]  The financial information provided shows that your income is sufficient to cover your mortgage obligation.

[  ]  You do not have sufficient income to support your monthly expenses; however, some of your expenses could be reduced. We recommend you contact your other creditors to lower their monthly payments before workout solutions can be considered on your mortgage.

03/20/2012    6:43PM (GMT-04:(

# GMAC Mortgage

3451 Hammond Ave
P.O. Box 780
Waterloo, IA 50704 0780

07/10/09

047910-000719

ROCIO PICHARDO
JULIO PICHARDO
1201 EAST SUDENE AVENUE

FULLERTON CA 92831-4711

RE:   Account Number          0359019299
      Property Address        1201 EAST SUDENE AVENUE

                              FULLERTON CA 92831-4711

Dear ROCIO PICHARDO
     JULIO PICHARDO

Disclosure: If you are already working with the Loss Mitigation department on a special forbearance or other foreclosure prevention alternatives, this letter does not apply to you. However, you may want to take advantage of the Homeownership Counseling information contained within this letter.

Your account is in default under the terms of the mortgage. The mortgage payments of $             3216.70 for the months of 06/01/09 through 07/01/09, are past due. If you have already mailed these payments, please accept our thanks.

Due to the unresolved delinquency on your account, you may be experiencing temporary or permanent financial problems that led to the default. Your account could soon be referred to foreclosure if the default is not resolved. We would like to discuss possible loss mitigation options, which may be available to you to resolve the delinquency and avoid foreclosure. A brief description of these options follows.

If you have experienced a temporary loss of income or increase in expenses and now have sufficient income to make increased payments, we may be able to work out a REPAYMENT PLAN.

LOAN MODIFICATION: A loan modification capitalizes delinquent payments into the unpaid principal balance. This may be completed if you are unable to make temporary increased monthly payments, yet can still afford your mortgage payments.

03/20/2012    6:43PM (GMT-04:

# GMAC Mortgage

3451 Hammond Ave
P.O. Box 780
Waterloo, IA 50704 0780

07/06/09

ROCIO PICHARDO
JULIO PICHARDO
1201 EAST SUDENE AVENUE

FULLERTON       CA 92831-4711


RE:    Account Number        0359019299
       Property Address      1201 EAST SUDENE AVENUE

                             FULLERTON       CA 92831-4711

Dear    ROCIO PICHARDO
        JULIO PICHARDO

The financial information submitted by you for consideration of a x has been reviewed. We are unable to approve your request for the following reason(s):

[ ]  The financial information provided shows you have insufficient income to support your request. We recommend you consider selling your property. If the value of your property has declined and would not result in a full payoff of the mortgage please contact our office when an offer is received so we can review for a possible short sale.

[ ]  The financial information provided shows that your income is sufficient to cover your mortgage obligation.

[ ]  You do not have sufficient income to support your monthly expenses; however, some of your expenses could be reduced. We recommend you contact your other creditors to lower their monthly payments before workout solutions can be considered on your mortgage.

GMAC Mortgage
3451 Hammond Ave
PO Box 780
Waterloo, IA 50704-0780

**GMAC Mortgage**

April 21, 2009

ROCIO PICHARDO
JULIO PICHARDO
1201 EAST SUDENE AVENUE
FULLERTON, CA 92831-4711

RE:   Account Number      0359019299
      Property Address    1201 EAST SUDENE AVENUE
                          FULLERTON, CA 92831

Dear ROCIO PICHARDO JULIO PICHARDO

Thank you for contacting our offices to discuss your loan. In our current economy we understand and sympathize with families like yours where you are experiencing unfortunate financial difficulties. It is our commitment to you that we will work with you towards identifying possible options which may provide a solution to your situation.

Enclosed is our Financial Analysis Form. This document was designed to help us determine the best possible solution to meet your specific needs. Please complete and return these forms and the requested documentation to our office within 10 days. You may qualify for programs including the Obama administration's Making Home Affordable Refinance and Modification plan. To learn more about this program and eligibility requirements visit www.financialstability.gov.

At times like these we feel it is important for you to seek financial advice from a trusted source experienced with situations like yours. We therefore, would recommend you call **1.800.CALL.FHA** to find a HUD-certified housing counseling agency to discuss your needs. If possible, we appreciate you continuing to make your monthly payment until you are notified of possible options. For many customers, a home is their biggest and most important investment. To help solidify your financial ability to protect this investment, we ask you to review other monthly expenses to determine if any costs can be reduced or eliminated. Reducing cost related to non-necessities can free additional funds, and may increase the available options for assistance.

If you have any questions completing these financial analysis forms please contact our office at 1-866-262-5363, Monday-Friday from 8:00AM-5:00PM, Central Time.

Customer Care
Loan Servicing

Enclosures

Account Number  0359019299
Page Two

[ ]  We previously requested additional information from you which has not been received; therefore, we are unable to continue our review for workout solutions.

[ ]  Denied by Investor

[X]  Modification

At times like these we feel it is important for you to seek financial advice from a trusted source experienced with situations like yours. Therefore, we recommend you call 1.800.CALL.FHA to find a HUD-Certified housing counseling agency to discuss your needs.

If you have any questions regarding the above decision, please contact our office at 800-850-4622, between the hours of 7:00 a.m. and 9:00 p.m. Monday through Thursday Central Standard time, 7:00 a.m. to 6:00 p.m. Central Standard time Friday, and 8:00 a.m. to 12:00 p.m. Central Standard time on Saturday.

Loss Mitigation Department
Loan Servicing

Notice: Federal law requires that we advise you that this notice is from a debt collector attempting to collect on a debt and any information obtained will be used for that purpose.

If you are currently involved in a bankruptcy proceeding or have been discharged of your personal liability for the repayment of this debt, this notice is being provided for informational purposes only, it is not an attempt to hold you personally responsible for the debt and any rights we may chose to pursue will be exercised against the property only.

5:90

03/20/2012    6:43PM   (GMT-04:0

*NEW YORK SOUTHERN DISTRICT BANKRUPTCY COURT*
*ONE BOWLING GREEN*
*NEW YORK N.Y. 10004*

*8/20/2012*

*ATT: JUDGE GLENN; ENCLOSED PLEASE FIND SOME DOCUMENTS SHOWING GMAC IRREGULARITIES IN WHICH DEFAULT, SHORT SALE & FORECLOSURE IS NOTIFIED.*
*UPON CONTACTING GMAC. I REQUESTED THEY DESIST & STOP AS I NEVER MISSED A PAYMENT IN LOAN HISTORY.*
*PLEASE NOTE MY REPRESENTATIVE IN CA. HAS ADDITIONAL RECENT DOCUMENTS WHICH SHOW GMAC ABUSIVE BEHAVIOR CALLING FOR UNDUE PAYMENTS EXAGERATING AMOUNTS DUE, WITH PERSISTANT CALL HARRASMENT CALL AT DIFFERENT TIME OF DAYS.*
*IN ADDITION MY ATOURNEY IS NOT AVAILABLE FOR ADDITIONAL DETAILS BUT HERE YOU SEE WHAT GMAC IS DENYING DOING FOR SEVERAL YEARS TO ME.*
*EVEN TWO DAYS AGO, THEIR REPRESETNATIVE COMMUNICATED GMAC HAS NOT DONE WHAT CAN BE SEEN HERE CLEARLY. SUCH ABUSIVE BEHAVIOR SHOULD NOT BE TOLERATED BY ANYONE.*

*I WAS INFORMED BY GMAC COUNSEL THAT YOU WOULD NOT CONSIDER THIS TO BE GROUNDS FOR TEMPORARY LIFTING AUTO STAY AS I WOULD ONLY BE ASKING YOU TO HAVE PITTY. THIS IS NOT ABOUT PITTY, THIS IS ABOUT WHAT HARM THEY CAUSED ME FOR SEVERAL YEARS TO PRESENT.*
*IT IS UNBEREABLE NOT TO BE ABLE TO SIT TO EAT WITH YOUR FAMILY EXPEVTING MORE CALLS DISRUPTING YOUR LUNCH DINNER OR BREAKFAST WITH THE ANOYING CALLS TELLING YOU HAVE TO MOVE OR SELL YOUR HOME.*
*PLEASE NOTE I INFORMED GMAC COUNSEL TO REQUIRE GMAC PROVIDE HIM/HER THESE DOCUMENTS IN THEIR ENTIRITY AS I SENT THESE CERTIFIED MAIL TO NO AVAIL. GAMC SAID IT NEVER HAPPENED. TO NOW ALL THEY SAY IS WE HAVE NO RECORD OF IT. WELL HERE THEY ARE. MY ATOURNEY HAS THE REST. FOR NOW THIS IS ALL I HAVE WITH PC. PROBLEMS.*
*THE ATTOURNEY GENERAL IS LOOKING INTO IRREGULARITIES.*
*THANK YOU*
*JULIO PICHARDO* _[signature]_