UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: ) | Case No. 12-12020 (MG) |
| ) | |
| RESIDENTIAL CAPITAL, LLC, et al., ) | Chapter 11 |
| ) | |
| Debtors. ) | Jointly Administered |
| ) | |

### ORDER GRANTING ADMISSION TO PRACTICE PRO HAC VICE

Upon Motion of Heather Boone McKeever, for admission *Pro Hac Vice,* before the Hon. Martin Glenn to represent scheduled creditor, Shane M. Haffey, in the above-referenced cases and the attorney having certified that she is a member in good standing of the bar of the Commonwealth of Kentucky and am admitted to practice in the U.S. District Court for the Eastern and Western Districts of Kentucky, the 6th Circuit Court of Appeals and the United States Supreme Court.

**IT IS ORDERED** that Heather Boone McKeever, Esq. is admitted to practice Pro Hac Vice, in the above referenced case to represent her client(s) in the above referenced case for the United States District Court for the Southern District of New York, provided the filing fee ha been paid.

Dated: August 23, 2012
New York, New York

/s/Martin Glenn
UNITED STATES BANKRUPTCY JUDGE