**CHADBOURNE & PARKE LLP**
Howard Seife
David M. LeMay
30 Rockefeller Plaza
New York, New York 10112
Telephone:  (212) 408-5100
Facsimile:  (212) 541-5369

*Counsel for the Examiner*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| RESIDENTIAL CAPITAL, LLC, <u>et al.</u>,[1] | Case No. 12-12020(MG) |
| Debtors. | Jointly Administered |

**CERTIFICATE OF NO OBJECTION UNDER 28 U.S.C. § 1746 REGARDING**
**THE RETENTION OF MESIROW FINANCIAL CONSULTING, LLC**
<u>**AS FINANCIAL ADVISOR TO THE EXAMINER**</u>

TO THE HONORABLE MARTIN GLENN,
UNITED STATES BANKRUPTCY JUDGE:

      Pursuant to 28 U.S.C. § 1746, and in accordance with this Court's case management

procedures set forth in the Order Under Bankruptcy Code Sections 102(1), 105(A) and 105(D),

Bankruptcy Rules 1015(C), 2002(M) and 9007 and Local Bankruptcy Rule 2002-2 Establishing

Certain Notice, Case Management and Administrative Procedures [Docket No. 141] (the "<u>Case</u>

<u>Management Order</u>"), the undersigned herby certifies as follows:

      1.      On August 13, 2012, Arthur J. Gonzalez, the Court-appointed Examiner for

Residential Capital, LLC and its affiliated debtors (the "<u>Examiner</u>"), through his counsel, filed

---

[1] The names of the Debtors in these cases and their respective tax identification numbers are identified on Exhibit 1 to the Declaration of James Whitlinger, Chief Financial Officer of Residential Capital, LLC, in Support of Chapter 11 Petitions and First Day Pleadings, filed with the Court on May 14, 2012. Additional subsidiaries and affiliates of the Debtors may file Chapter 11 petitions on a rolling basis. As used herein, the term "Debtors" includes any such entities.

the Application of the Examiner for Order Authorizing the Retention and Employment of Mesirow Financial Consulting, LLC as Financial Advisor to the Examiner *Nunc Pro Tunc* to July 24, 2012 [Doc. No. 1106] (the "<u>Application</u>") in the above captioned bankruptcy proceedings.

2.      In accordance with the Case Management Order, **August 22, 2012 at 4:00 p.m. (Prevailing Eastern Time)** was established as the deadline for the parties to object or file a response to the Application (the "<u>Objection Deadline</u>").  The Case Management Order provides that pleadings may be granted without a hearing, provided that no objections have been filed prior to the relevant objection deadline and the attorney for the movant complies with the relevant procedural and notice requirements.

3.      The Objection Deadline has now passed and, to the best of my knowledge, no objections or other responsive pleadings to the Application have been filed with the Court on the docket of the above captioned proceedings in accordance with the procedures set forth in the Case Management Order nor has any objection or other responsive pleading with respect to the Application been served on counsel for the Examiner.

4.      Accordingly, for the reasons set forth in the Application, the Examiner respectfully requests that the proposed Order granting the Application, annexed hereto as Exhibit A and unmodified since the filing of the Application, be entered in accordance with the procedures set forth in the Case Management Order.

I declare that the foregoing is true and correct

Dated: August 23, 2012
       New York, NY

### CHADBOURNE & PARKE LLP

By:  */s/ David M. LeMay*
     Howard Seife
     David M. LeMay
     30 Rockefeller Plaza
     New York, New York 10112
     Telephone:  (212) 408-5100
     Facsimile:   (212) 541-5369

     *Counsel for the Examiner*

3