**CHADBOURNE & PARKE LLP**
Howard Seife
David M. LeMay
N. Theodore Zink, Jr.
30 Rockefeller Plaza
New York, New York 10112
Telephone:  (212) 408-5100
Facsimile:   (212) 541-5369

*Counsel to the Examiner*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| RESIDENTIAL CAPITAL, LLC, et al., | : | Case No. 12-12020 (MG) |
| | : | |
| Debtors. | : | Jointly Administered |

**SUPPLEMENT TO WORK PLAN OF**
**ARTHUR J. GONZALEZ, EXAMINER**

TO THE HONORABLE MARTIN GLENN,
UNITED STATES BANKRUPTCY JUDGE:

      Arthur J. Gonzalez, the Court-appointed Examiner (the "Examiner") in the above-captioned cases, by his undersigned counsel, hereby submits this Supplement to his Work Plan previously filed with this Court on August 6, 2012 [Docket No. 1010] (the "Work Plan").

      1.     Subsequent to the filing of the Work Plan, the Examiner received informal inquiries concerning the component parts of the estimated aggregate fees and expenses for the Examination[1] set forth in paragraph 28 of the Work Plan.  In order to address those inquiries, the Examiner hereby supplements paragraph 28 of the Work Plan to state that the aggregate fee and expense range of $29 to $36 million set forth therein comprises the following component ranges:

---

[1] Capitalized terms used herein and not otherwise defined shall have the meanings ascribed to them in the Work Plan.

CPAM: 4912216.1

(i) for the Examiner, $300,000 to $500,000, (ii) for the Examiner's counsel, $16.7 million to $19 million, and (iii) for the Examiner's financial advisor, $12 million to $16.5 million.

Dated: New York, New York
       August 23, 2012

                                  **CHADBOURNE & PARKE LLP**

By: */s/ David M. LeMay*
     Howard Seife
     David M. LeMay
     N. Theodore Zink, Jr.
     30 Rockefeller Plaza
     New York, New York 10112
     Telephone: (212) 408-5100
     Facsimile: (212) 541-5369

*Counsel to the Examiner*

2