Hearing Date:   September 11, 2012 at 10:00 a.m. (ET)
Objection Deadline:  September 4, 2012 at 4:00 p.m. (ET)

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:    (212) 468-8000
Facsimile:     (212) 468-7900
Gary S. Lee
Lorenzo Marinuzzi
Jennifer L. Marines

*Counsel for the Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------------------- )
                                                                            )
In re:                                                                      )   Case No. 12-12020 (MG)
                                                                            )
RESIDENTIAL CAPITAL, LLC, et al.,                                           )   Chapter 11
                                                                            )
                              Debtors.                                      )   Jointly Administered
                                                                            )
--------------------------------------------------------------------------- )

**NOTICE OF DEBTORS' MOTION FOR AN ORDER PURSUANT TO
SECTION 365(d)(4) OF THE BANKRUPTCY CODE EXTENDING
THE TIME WITHIN WHICH UNEXPIRED LEASES OF
NONRESIDENTIAL PROPERTY MAY BE ASSUMED OR REJECTED**

**PLEASE TAKE NOTICE** that on August 23, 2012, the Debtors and Debtors in possession in the above-captioned cases (collectively, the "Debtors") filed the attached *Debtors' Motion for an Order Pursuant to Section 365(d)(4) of the Bankruptcy Code Extending the Time Within Which Unexpired Leases of Nonresidential Property May Be Assumed or Rejected* (the "Motion") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"). A hearing to consider the Motion is scheduled for **September 11, 2012 at 10:00 a.m. (ET)** before the Honorable Martin Glenn, United States Bankruptcy Judge, in Courtroom 501 at the Bankruptcy Court, One Bowling Green, New York, New York 10004.

**PLEASE TAKE FURTHER NOTICE** that any objection to the Motion must be in writing, conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and the Notice, Case Management, and Administrative Procedures approved by the Bankruptcy Court [Docket No. 141], be filed electronically by registered users of the Bankruptcy Court's electronic case filing system, and be served, so as to be received no later than **September 4, 2012 at 4:00 p.m. (ET)**, upon (a) counsel for the Debtors, Morrison & Foerster LLP, 1290 Avenue of the Americas, New York, NY 10104 (Attn: Lorenzo Marinuzzi); (b) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, NY 10004 (Attn: Brian S. Masumoto); (c) the Office of the United States Attorney General, U.S. Department of Justice, 950 Pennsylvania Avenue NW, Washington, DC 20530-0001 (Attn: Eric H. Holder, Jr., US Attorney General); (d) Office of the New York State Attorney General, The Capitol, Albany, NY 12224-0341 (Attn: Nancy Lord, Esq. and Enid N. Stuart, Esq.); (e) Office of the U.S. Attorney for the Southern District of New York, One St. Andrews Plaza, New York, NY 10007 (Attn: Joseph N. Cordaro, Esq.); (f) counsel for Ally Financial Inc., Kirkland & Ellis LLP, 601 Lexington Avenue, New York, NY 10022 (Attn: Richard M. Cieri); (g) counsel to Barclays Bank PLC, as administrative agent for the DIP lenders, Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, NY 10036 (Attn: Ken Ziman and Jonathan H. Hofer); (h) counsel for the committee of unsecured creditors, Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, NY 10036 (Attn: Kenneth Eckstein and Greg Horowitz); (i) counsel for Nationstar Mortgage LLC, Sidley Austin LLP, One South Dearborn, Chicago, IL 60603 (Attn: Jessica C.K. Boelter); (j) Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 (if by overnight mail, to 2970 Market Street, Mail Stop 5-Q30.133,

Philadelphia, PA 19104-5016); and (k) Securities and Exchange Commission, New York Regional Office, 3 World Financial Center, Suite 400, New York, NY 10281-1022 (Attn: George S. Canellos, Regional Director).

**PLEASE TAKE FURTHER NOTICE** that if an objection to the Motion is not timely filed and served, the Bankruptcy Court may enter an order granting the relief requested in the Motion without further notice or opportunity to be heard afforded to any party.

Dated:  August 23, 2012
       New York, New York

/s/ Gary S. Lee
Gary S. Lee
Lorenzo Marinuzzi
Jennifer L. Marines

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel for the Debtors and
Debtors in Possession*

**Hearing Date:  September 11, 2012 at 10:00 a.m. (ET)**
**Objection Deadline: September 4, 2012 at 4:00 p.m. (ET)**

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:    (212) 468-8000
Facsimile:    (212) 468-7900
Gary S. Lee
Lorenzo Marinuzzi
Jennifer L. Marines

*Counsel for the Debtors and*
*Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: ) | |
| ) | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., ) | |
| ) | Chapter 11 |
| Debtors. ) | |
| ) | Jointly Administered |
| ) | |

**DEBTORS' MOTION FOR AN ORDER PURSUANT TO**
**SECTION 365(d)(4) OF THE BANKRUPTCY CODE EXTENDING**
**THE TIME WITHIN WHICH UNEXPIRED LEASES OF**
**NONRESIDENTIAL PROPERTY MAY BE ASSUMED OR REJECTED**

TO THE HONORABLE MARTIN GLENN,
UNITED STATES BANKRUPTCY JUDGE:

The debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors")[1] hereby submit this motion (the "Motion")[2] for entry of an order, in substantially the form attached hereto as Exhibit 1, pursuant to section 365(d)(4) of title 11 of the United States Code (the "Bankruptcy Code"), extending the deadline for the Debtors to assume or reject

---

[1] The names of the Debtors in these cases and their respective tax identification numbers are identified on Exhibit 1 to the *Affidavit of James Whitlinger, Chief Financial Officer of Residential Capital, LLC, in Support of Chapter 11 Petitions and First Day Motions* (the "Whitlinger Affidavit") [Docket No. 6].

[2] Creditors and parties-in-interest with questions or concerns regarding the Debtors' Chapter 11 cases may refer to http://www.kccllc.net/rescap for additional information.

unexpired leases for nonresidential real property. In support of this Motion, the Debtors respectfully state as follows:

## BACKGROUND

1.  On May 14, 2012 (the "Petition Date"), each of the Debtors filed a voluntary petition in this Court for relief under Chapter 11 of the Bankruptcy Code. The Debtors are managing and operating their businesses as debtors in possession pursuant to Bankruptcy Code sections 1107(a) and 1108. No trustee has been appointed in these Chapter 11 cases.

2.  On May 16, 2012, the Office of the United States Trustee (the "U.S. Trustee") appointed the nine-member statutory creditors' committee (the "Committee").

3.  On June 20, 2012, the Court directed that an examiner be appointed [Docket No. 454], and on July 3, 2012, the Court approved Arthur J. Gonzalez as the examiner [Docket No. 674].

4.  The Debtors are a leading residential real estate finance company indirectly owned by Ally Financial Inc., which is not a Debtor. The Debtors and their non-debtor affiliates operate the fifth largest mortgage loan servicing business and the tenth largest residential mortgage loan origination business in the United States. A more detailed description of the Debtors, including their business operations, their capital and debt structure, and the events leading to the filing of these bankruptcy cases, is set forth in the Whitlinger Affidavit.

## JURISDICTION AND VENUE

5.  This Court has subject matter jurisdiction over this Motion pursuant to 28 U.S.C. § 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A). The Court can exercise its subject matter jurisdiction pursuant to 28 U.S.C. § 157(b)(1). Venue of these proceedings is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

## RELIEF REQUESTED

6.     As of the date hereof, the Debtors are party to more than 54 unexpired leases or subleases of nonresidential real property (collectively, the "Unexpired Leases").[3]

7.     Pursuant to section 365(d)(4)(A) of the Bankruptcy Code, the initial deadline for the Debtors to assume or reject the Unexpired Leases will expire on September 11, 2012 (the "Original Deadline").  By this Motion, the Debtors seek an Order pursuant to section 365(d)(4)(B)(i) of the Bankruptcy Code extending the time for the Debtors to assume or reject the Unexpired Leases for a period of ninety (90) days through and including December 10, 2012 (the "Extension Date"), without prejudice to the right of the Debtors to seek further extensions upon the consent of the affected lessors.

## BASIS FOR RELIEF REQUESTED

8.     Section 365(d)(4) of the Bankruptcy Code provides, in relevant part:

> (A) Subject to subparagraph (B), an unexpired lease of nonresidential real property under which the debtor is the lessee shall be deemed rejected, and the trustee shall immediately surrender that nonresidential real property to the lessor, if the trustee does not assume or reject the unexpired lease by the earlier of — (i) the date that is 120 days after the date of the order for relief; or (ii) the date of the entry of an order confirming a plan.
>
> (B) (i) The court may extend the period determined under subparagraph (A), prior to the expiration of the 120-day period, for 90 days on the motion of the trustee or lessor for cause.

11 U.S.C. §365(d)(4).

---

[3] A schedule of the Unexpired Leases is annexed hereto as Exhibit 2 and incorporated herein by reference.  As of the date of this Motion, the Debtors believe that each of the Unexpired Leases remains in effect and has not expired or terminated according to their respective terms.  Moreover, the relief requested applies to all of the Debtors leases of non-residential property, regardless of whether such lease is included on Exhibit 2.

9. Under section 365(d)(4) of the Bankruptcy Code, this Court may extend the Original Deadline for an additional 90-days for "cause." See 11 U.S.C. § 365(d)(4)(B)(i). The term "cause" is not defined in the Bankruptcy Code, nor does the Bankruptcy Code establish formal criteria for evaluating a request for an extension of the initial 120-day period to assume or to reject unexpired nonresidential real property leases. Although the decision to extend the initial 120-day period is generally within the sound discretion of the court, in determining whether cause exists, courts have relied on several factors, including:

(a) whether the debtor is paying for use of the property;
(b) whether the debtor's continued occupation could damage the lessor beyond compensation available under the Bankruptcy Code;
(c) whether the leases are important assets of the estate;
(d) whether the decision to assume or reject the leases would be central to any plan of reorganization;
(e) the complexity of the case;
(f) the number of leases at issue; and
(g) the debtor's need for additional time to complete an intelligent appraisal of each lease's value to a plan of reorganization.

See South Street Seaport Ltd. P'ship v. Burger v. Burger Boys, Inc. (In re Burger Boys, Inc.), 94 F.3d 755, 761 (2d Cir. 1996) (citing Theatre Holding Corp. v. Mauro, 681 F.2d 102, 105-06 (2d Cir. 1982) and noting that the list of factors "is by no means exhaustive"); In re Wedtech Corp., 72 B.R. 464, 471-72 (Bankr. S.D.N.Y. 1987).

10. Here, cause exists to extend the deadline by which the Debtors must assume or reject the Unexpired Leases. As noted above, the original 120-day deadline to assume or reject the Unexpired Leases will, unless further extended, expire on September 11, 2012. Pursuant to the express language of Bankruptcy Code section 365(d)(4), the Debtors' failure to assume or reject the Unexpired Leases by September 11, 2012, absent further extension, will result in the Unexpired Leases being deemed rejected. The Debtors believe that extending the time to assume

4

or reject the Unexpired Leases for a 90 day period through and including December 10, 2012 is essential.

11. As is customary in complex Chapter 11 cases of this magnitude, since the Petition Date, the Debtors and their professionals have focused their attention on a multitude of pressing matters, including, among others, obtaining Court approval of the Debtors' postpetition financing facility, responding to and litigating various contested matters, preparing and filing schedules of assets and liabilities and statements of financial affairs, and marketing the Debtors' assets to achieve a sale that is expected to generate nearly $4 billion of value for the Debtors' estates. These efforts, in conjunction with continuing business operations in the ordinary course, have required significant time commitments from the Debtors and their professionals. Thus, the Debtors believe that the relief requested by this Motion is necessary to provide the Debtors sufficient time to properly evaluate the Unexpired Leases without distraction.

12. Although the Debtors have conducted an initial analysis of the Unexpired Leases and filed a preliminary list of Unexpired Leases to be assumed and assigned,[4] the Debtors wish to avoid making premature decisions to assume or reject any of the Unexpired Leases. The Debtors submit that their ability to assume or to reject the Unexpired Leases will have an impact on any potential bidder's valuation of the Debtors' assets, and accordingly, the Debtors believe that assumption or rejection at this time is premature and would be detrimental to their sale process. An extension of the deadline to assume or to reject the Unexpired Leases will allow any successful buyer to participate in the decision regarding the treatment of the Unexpired Leases, thus potentially enhancing the bidding process, and the value to be realized by the Debtors'

---

[4] On July 26, 2012, the Debtors filed the *Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Property and (III) Cure Amounts Related Thereto* [Docket No. 924].

5
ny-1055006

estates. With at least 54 leases to evaluate, absent an extension of time, the Debtors might inadvertently reject some or all of the Unexpired Leases, resulting in a diminished return on the sale of their assets, as well as increased claims.

13. Pending the Debtors' election to assume or reject each of the Unexpired Leases, the Debtors will continue to perform all of their obligations arising under the Unexpired Leases from and after the Petition Date in a timely fashion, including paying all postpetition rent due, as required by section 365(d)(3) of the Bankruptcy Code. Thus, the extension of time requested in this Motion should not prejudice the Lessors under the Unexpired Leases.

14. For all of these reasons, the Debtors submit that cause exists for an extension of the time to assume or reject the Unexpired Leases of an additional 90 days, through and including December 10, 2012.

15. Courts in this District have granted similar requests for relief. See, e.g., In re Grubb & Ellis Co., Case No. 12-10685 (Bankr. S.D.N.Y. June 13, 2012) (granting 90-day extension, pursuant to section 365(d)(4) of the Bankruptcy Code); In re Hostess Brands, Inc., Case No. 12-22052 (Bankr. S.D.N.Y. Apr. 20, 2012) (same); In re Great Atl. & Pac. Co., Case No. 10-24549 (Bankr. S.D.N.Y. Mar. 24, 2011) (same); In re Borders Group, Inc., Case No. 11-10614 (Bankr. S.D.N.Y. Mar. 15, 2011) (same); In re Mesa Air Group, Inc., Case No. 10-10018 (Bankr. S.D.N.Y. Apr. 15, 2010) (same); In re Extended Stay Inc., Case No. 09-13764 (Bankr. S.D.N.Y. Oct. 8, 2009) (same).

## NOTICE

16. Notice of this Motion has been provided by facsimile, electronic transmission, overnight delivery, or hand delivery to the following parties, or in lieu thereof, to their counsel: (a) the Office of the United States Trustee for the Southern District of New York; (b) the Office

of the United States Attorney General; (c) the Office of the New York Attorney General; (d) the Office of the United States Attorney for the Southern District of New York; (e) the Internal Revenue Service; (f) the Securities and Exchange Commission; (g) each of the Debtors' prepetition lenders, or their agents, if applicable; (h) each of the indenture trustees for the Debtors' outstanding notes issuances; (i) Ally Financial Inc.; (j) Barclays Bank PLC, as administrative agent for the lenders under the debtor in possession financing facility; (k) Nationstar Mortgage LLC and its counsel; (l) the Committee; (m) counterparties to the Unexpired Leases; and (n) all parties requesting notice pursuant to Bankruptcy Rule 2002.  The Debtors submit that, in view of the facts and circumstances, such notice is sufficient and no other or further notice need be provided.

## NO PRIOR REQUEST

17. No prior application for the relief requested herein has been made to this or any other Court.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

**WHEREFORE,** the Debtors respectfully request that the Court enter the proposed order, attached hereto as <u>Exhibit 1</u>, extending the Debtors time to assume or reject the Unexpired Leases through and including December 10, 2012 and granting the Debtors such other and further relief as may be just and proper.

DATED:   New York, New York
         August 23, 2012

>   */s/*   Gary S. Lee
>   Gary S. Lee
>   Lorenzo Marinuzzi
>   Jennifer L. Marines
>
>   MORRISON & FOERSTER LLP
>   1290 Avenue of the Americas
>   New York, New York 10104
>   Telephone: (212) 468-8000
>   Facsimile: (212) 468-7900
>
>   *Counsel for the Debtors and*
>   *Debtors in Possession*

**EXHIBIT 1**

**PROPOSED ORDER**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: ) | |
| ) | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, <u>et al</u>., ) | |
| ) | Chapter 11 |
| Debtors. ) | |
| ) | Jointly Administered |

**ORDER PURSUANT TO SECTION 365(d)(4)
OF THE BANKRUPTCY CODE EXTENDING THE
TIME WITHIN WHICH UNEXPIRED LEASES OF
NONRESIDENTIAL REAL PROPERTY MAY BE ASSUMED OR REJECTED**

Upon the motion (the "<u>Motion</u>")[1] of the above-caption debtors (the "<u>Debtors</u>") for entry of an Order pursuant to section 365(d)(4) of title 11 of the United States Code (the "<u>Bankruptcy Code</u>"), extending the deadline to assume or reject unexpired leases for real property, and upon the hearing held on September 11, 2012; and it appearing that the relief requested in the Motion is in the best interest of the Debtors' estates, their creditors, and other parties in interest; it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and it appearing that this proceeding is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); it appearing that venue of this proceeding is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that notice of this Motion was appropriate and that no further notice need be given; and after due deliberation and sufficient cause appearing therefore, it is hereby ORDERED:

   1.   The Motion is approved in its entirety.

   2.   The Debtors' deadline to assume or reject unexpired leases for real property shall be extended through and including December 10, 2012, without prejudice for additional extensions in accordance with section 365(d)(4)(B)(ii) of the Bankruptcy Code.

---

[1] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Motion.

3. Notwithstanding anything herein to the contrary, this Order shall not modify or affect the terms and provisions of, nor the rights and obligations under, (a) the Board of Governors of the Federal Reserve System Consent Order, dated April 13, 2011, by and among AFI, Ally Bank, ResCap, GMAC Mortgage, LLC, the Board of Governors of the Federal Reserve System, and the Federal Deposit Insurance Corporation, (b) the consent judgment entered April 5, 2012 by the District Court for the District of Columbia, dated February 9, 2012, (c) the Order of Assessment of a Civil Money Penalty Issued Upon Consent Pursuant to the Federal Deposit Insurance Act, as amended, dated February 10, 2012, and (d) all related agreements with AFI and Ally Bank and their respective subsidiaries and affiliates.

4. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: New York, New York

_____, 2012

THE HONORABLE MARTIN GLENN
UNITED STATES BANKRUPTCY JUDGE

**EXHIBIT 2**

Real Property Lease Schedule

| Owner/Lessee | Lease Number/Lease Description | Street Address of Real Property | Lease Counterparty Address | Address 1 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| GMAC Mortgage, LLC | Occupancy Agreement between Advantage Office Suites Princess, LLC and Lessee dated 11-17-2011 | 17470 Pacesetter Way, Scottsdale, AZ  85255 | Advantage Office Suites Princess, LLC | 17470 Pacesetter Way | Scottsdale | AZ | 85255 |
| GMAC Mortgage, LLC | Office Service Agreement between Regus Management Group LLC and Lessee dated 10-6-2009, Renewal Agreements dated 11-1-2010, 2-1-2011, 8-1-2011, 2-1-2012 | 60 East Rio Salado Pkwy, 9th Floor, Tempe, AZ  85281 | Regus Management Group LLC | 60 E. Rio Salado Parkway 9th Floor, Suite 900 | Tempe | AZ | 85281 |
| Residential Funding Company, LLC | Lease between 2255 Partners, L.P. and Lessee dated October 15, 1999, Amendments dated 2-20-2007, 3-1-2012 | 2255 N. Ontario Street #400, Burbank, CA  91504 | 2255 Partners L.P. c/o The Worthe Real Estate Group, Inc. | 100 Wilshire Blvd. Suite 1600 | Santa Monica | CA | 90401 |
| GMAC Mortgage LLC | Lease between The Irvine Company LLC, as successor to Maguire Properties – Pacific Arts Plaza, LLC and Lessee dated 8-1-2005, Amendments dated 4-2-2006, 11-1-2006, 12-20-2006, 2-17-2011, 3-8-2011, 4-7-2011, 7-5-2011, 9-9-2011 | 3200 Park Center Drive, Costa Mesa, CA  92626 | The Irvine Company LLC | 3200 Park Center Drive Suite 1150 | Costa Mesa | CA | 92626 |
| GMAC Mortgage, LLC | Sublease between Zonich Inc. and Lessee dated 5-1-2012 | 2448 Junipero Serra Boulevard, Daly City, CA  94015 | Zonich Inc. | 2448 Junipero Serra Boulevard | Daly City | CA | 94015 |
| GMAC Mortgage, LLC | Office Service Agreement between Regus Management Group LLC and Lessee dated 2-22-2012 | 655 North Central Avenue, 17th Fl., Glendale, CA  91203 | Regus Management Group, Attn: Nayra Akopyan, Center Manager | 655 North Central Avenue, 17th Floor | Glendale | CA | 91203 |
| GMAC Mortgage, LLC | Office Service Agreement between Regus Management Group LLC and Lessee dated 2-8-2012 | 11601 Wilshire Blvd., 5th Fl., Los Angeles, CA  90025 | Regus Management Group LLC | 11601 Wilshire Blvd., 5th Fl | Los Angeles | CA | 90025 |
| Homecomings Financial, LLC | Lease between RNM Lakeville, LLC and HomeComings Financial Network, Inc. dated 12-12-2003, Amendment dated 7-13-2006, Sublease between Lessee and Amy's Kitchen, Inc. dated 1-22-2009, Amendment dated 1-1-2012; Sublease between Homecoming Financial, LLC and Clover Stornetta Farms, Inc. dated 1-10-2012 | 1650 Corporate Circle, Suites 100, 150 and 200, Petaluma, CA  94954 | PVP Holdings JV, LLC | 280 Park Avenue, 36th Floor | New York | NY | 10017 |
| GMAC Mortgage, LLC | Office Service Agreement between Regus Management Group LLC and Lessee dated 1-11-2012 | 1215 K Street, 17th Floor, Offices 1720 and 1721, Sacramento , CA  95814 | Regus Management Group LLC Attn: Nishant Kohli | 1215 K Street, Suite 1700 | Sacramento | CA | 95814 |
| GMAC Mortgage, LLC | Memo of Understanding between National Default Servicing, LLC and Lessee, dated 9-16-2009 | 9635 Granite Ridge Drive, San Diego, CA  92123 | National Default Servicing LLC | 9635 Granite Ridge Drive | San Diego | CA | 92123 |
| GMAC Mortgage, LLC | License Agreement between Barrister Executive Suites, Inc. and Lessee dated 8-10-2011 | 7676 Hazard Center Drive, Suite 500-33A and B, San Diego, CA  92108 | Barrister Executive Suites, Inc. | 7676 Hazard Center Drive, Suite 500 | San Diego | CA | 92108 |
| GMAC Mortgage, LLC | Sublease between PBC San Jose, LLC and Lessee dated 4-6-2011, Extensions and Amendments dated 10-25-2011, 4-6-2012 | 111 N. Market Street Suite 300, Offices #8 and 9, San Jose, CA  95113-1116 | PBC San Jose, LLC | 111 N. Market Street Suite 300 | San Jose | CA | 95113-1112 |
| GMAC Mortgage, LLC | Sublease between PBC San Jose, LLC and Debto, dated 9-8-2011 | 111 N. Market Street Suite 300, Office #10, San Jose, CA  95113-1116 | PBC San Jose, LLC | 111 N. Market Street Suite 300 | San Jose | CA | 95113-1112 |
| GMAC Mortgage, LLC | Lease between Studio e Valencia, a division of eSuites, Inc. and Lessee dated 3-12-2012 | 28005 N. Smyth Drive, Valencia, CA  91355 | Studio e Valencia, a division of e Suites, Inc. | 28005 N. Smyth Drive | Valencia | CA | 91355 |
| GMAC Mortgage, LLC | Client Services Agreement between PBC Walnut Creek, LLC and Lessee dated 4-1-2010, Amendment dated 9-1-2011 | 1990 North California Blvd., 8th Floor #830, Office 228, Walnut Creek, CA  94596-7261 | PBC Walnut Creek, LLC | 1990 North California Blvd Suite 830 | Walnut Creek | CA | 94596 |
| GMAC Mortgage LLC | Office Service Agreement between Regus Management Group LLC and Lessee dated 3-31-2011, Renewal Agreement dated 2-23-2012 | 1224 Mill Street, Office 215, East Berlin, CT  06023 | Regus Management Group LLC | 1224 Mill Street, Building B, Ste 224 | East Berlin | CT | 06023 |
| GMAC Mortgage LLC | Sublease between Performance Realty International LLC and Lessee dated 4-16-2012 | 990 North State Road 434, Altamonte Springs, FL  32714 | Performance Realty International LLC | 990 North State Road 434 | Altamonte Springs | FL | 32714 |
| GMAC Mortgage, LLC | Office Service Agreement between Regus Management Group LLC and Lessee dated 2-1-2011, Renewal Agreement dated 12-1-2 | 1560 Sawgrass Corporate Parkway, Suite 401, Fort Lauderdale (Sunrise), FL  33323 | Regus Management Group LLC | 1560 Sawgrass Corporate Pkwy, 4th Floor | Sawgrass | FL | 33323 |
| GMAC Mortgage, LLC | Office Service Agreement between Regus Management Group LLC and Lessee dated 2-1-2011, Renewal Agreement dated 12-1-2011 | 1560 Sawgrass Corporate Parkway, Suite 494, Fort Lauderdale (Sunrise), FL  33323 | Regus Management Group LLC | 1560 Sawgrass Corporate Pkwy, 4th Floor | Fort Lauderdale | FL | 33323 |
| GMAC Mortgage, LLC | Sublease between Performance Realty International LLC and Lessee dated 4-16-2012 | 100 West 5th Avenue, Mt. Dora, FL  32757 | Performance Realty International LLC | 990 North State Road 434 | Altamonte Springs | FL | 32714 |
| GMAC Mortgage, LLC | Sublease between The Office Annex, Inc. and Lessee dated 5-17-2011 with Addendum | 111 Second Avenue NE Suite 532, St. Petersburg, FL 33701 | The Office Annex, Inc. | 111 Second Ave. NE, Suite 919 | St. Petersburg | FL | 33701 |

Real Property Lease Schedule

| Owner/Lessee | Lease Number/Lease Description | Street Address of Real Property | Lease Counterparty Address | Address 1 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| GMAC Mortgage, LLC | Full Time Office Agreement between Solutions Office Suites, LLC and Lessee dated 3-6-2012 | 511 W Bay Street, Suite 350, Tampa, FL 33606 | Solutions Office Suites, Michelle Maxner, Center Manager | 511 W Bay Street, Suite 350 | Tampa | FL | 33606 |
| GMAC Mortgage, LLC | Lease between Performance Realty International LLC and Lessee dated 4-16-2012 | 1977 Dundee Drive, Winter Park, FL 32792 | Performance Realty International LLC | 990 North State Road 434 | Altamonte Springs | FL | 32714 |
| GMAC Mortgage, LLC | Office Service Agreement between Regus Management Group LLC and Lessee dated 1-16-2009, Renewal Agreements dated 2-1-2010, 2-1-2012 | Two Ravinia, Suite 5001, Atlanta, GA 30346 | HQ-Atlanta Ravinia | Two Ravinia, Sutie 500 | Atlanta | GA | 30346 |
| GMAC Mortgage, LLC | Office Service Agreement between Regus Management Group LLC and Lessee dated 12-2-2011 with Addendum | 1170 Peachtree Street NE, Suite 1200-1239, Atlanta, GA 30309 | Regus Management Group LLC | 1170 Peachtree Street NE, Suite 1200 | Atlanta | GA | 30309 |
| GMAC Mortgage, LLC | Lease between McBride Realty, Inc. and Lessee dated 4-16-2012 | 4426 Washington Road, Evans, GA 30809 | McBride Realty, Inc. | 4426 Washington Road | Evans | GA | 30809 |
| GMAC Mortgage, LLC | Parking Lease between Menard, Inc. and Lessee dated 2-24-2012 | Parking parcel adjacent to 1051 E. San Marnan Drive, Waterloo, IA 50702 | Menard, Inc., Attn: Alex Bushey, Sales and Leasing Representative | 5101 Menard Drive | Waterloo | IA | 50702 |
| Residential Funding Corporation | Lease between Center Township, Marion Cty. Indiana and Lessee dated 7-1-2005 | 300 East Fall Creek, Suite 124, Indianapolis, IN 46205 | Center Township, Marion Cty. Indiana | 300 East Fall Creek Parkway Suite 600 | Indianapolis | IN | 46205 |
| GMAC Mortgage, LLC | Sublease between Group Boston Real Estate LLC and Lessee dated 4-16-2012 | 53 Hereford Street, Boston, MA 02115 | Group Boston Real Estate LLC | 53 Hereford Street | Boston | MA | 02115 |
| GMAC Mortgage, LLC | License Agreement between Hopkinton Executive Suites, LLC and Lessee dated 7-20-2011 | 34 Hayden Rowe Street, Suite 162, Hopkinton, MA 01748 | Hopkinton Executive Suites, LLC | 34 Hayden Rowe Street, Suite 100 | Hopkinton | MA | 01748 |
| GMAC Mortgage, LLC | License Agreement between Newtown Executive Office, Inc. and Lessee dated 4-25-2012 | 233 Needham Street, Office #78, Newton, MA 02464 | Newtown Executive Office, Inc. | 233 Needham Street, Office Suite 300 | Newton | MA | 02464 |
| GMAC Mortgage, LLC | Sublease between Timothy Guy Smith P.C. and Lessee dated 5-1-2012 | 2480 Route 97, Suite 7, Glenwood, MD 21738 | Timothy Guy Smith P.C. | 2480 Route 97, Suite 7 | Glenwood | MD | 21738 |
| GMAC-RFC Homecomings Financial | Memo of Understanding between Homeowners Alliance and Lessee dated 11-1-2006 | 24516 Harper Avenue, St. Clair Shores, MI 48081 | Homeowners Alliance | 24516 Harper Avenue | St. Clair Shores | MI | 48081 |
| Residential Funding Company, LLC | Lease between Teachers Insurance and Annuity Association of America and Lessee dated 7-7-2004, Amendments dated 11-3-2004, 11-8-2004, 11-8-2004, 4-7-2005, 12-15-2005, 7-14-2006, 1-22-2007, 6-20-2008, 6-30-2008, 10-1-2010 | 8400 Normandale Lake Boulevard, Bloomington, MN 55437 | Teachers Insurance and Annuity Association of America c/o Northmarq RES | 8400 Normandale Lake Boulevard #320 | Bloomington | MN | 55437 |
| GMAC Mortgage, LLC | Lease between Euclid Plaza Associates, L.L.C. and Lessee dated 11-1-2010, Amendment dated 10-2011 | 625 N. Euclid, Suite 515, St. Louis, MO 63108 | Red Brick Management, LLC | 393 N. Euclid, Suite 300 | St. Louis | MO | 63108 |
| GMAC Mortgage, LLC | Lease between Realty World – Graham/Grubbs & Associates and Lessee dated 10-1-2011 | 112 W. Boulevard, Laurinburg, NC 28352 | Realty World - Graham/Grubbs and Associates | 112 W. Boulevard | Laurinburg | NC | 28352 |
| GMAC Mortgage, LLC | Office Service Agreement between Regus Management Group LLC and Lessee dated 7-13-2009 with Addendum | 33 Wood Avenue South, Office 633, Iselin, NJ 08830 | Regus Management Group LLC | 33 Wood Avenue South | Iselin | NJ | 08830 |
| GMAC Mortgage, LLC | Lease between Advanced Exec Virtual Office Suites and Lessee dated 10-2-2008 | 10775 Double R Boulevard, Reno, NV 89521 | GBM Properties, LLC Aevos | 10587 Double R Boulevard | Reno | NV | 89521 |
| GMAC Mortgage, LLC | Sublease between Real Estate Vision, LLC and Lessee dated 3-1-2012 | 2004 Route 17M, Goshen, NY 10924 | Real Estate Vision, LLC d/b/a Keller Williams Realty, Attn Debbie Hogan | 2004 Route 17M | Goshen | NY | 10924 |
| GMAC Mortgage, LLC | Service Agreement between Totus, Inc. and Lessee dated 4-26-2012 | 105 Maxess, Office #106, Melville, NY 11747 | Totus, Inc. | 105 Maxess, Office #124S | Melville | NY | 11747 |
| GMAC Mortgage LLC | Office Service Agreement between Regus Management Group LLC and Lessee dated 10-28-2011 | 4449 Easton Way 2nd Floor, Offices 2106 & 2094, Columbus, OH 43219 | Regus Management Group LLC | 4449 Easton Way, 2nd Floor | Columbus | OH | 43219 |
| GMAC Mortgage, LLC | Lease between Liberty Property Limited Partnership and Lessee dated 1-31-2006 | 1100 Virginia Drive, Fort Washington, PA 19034-3200 | Liberty Property Limited Partnership | 5 Walnut Grove Drive | Horsham | PA | 19044 |
| GMAC Mortgage, LLC | Sublease between DeVry Inc. and Lessee dated 1-10-2012, Extension Option dated 5-3-2012 | 1140 Virginia Drive, Fort Washington, PA 19034--3200 | Devry Inc. | 2400 N. Dallas Parkway, Suite 300 | Plano | TX | 75093 |
| GMAC Mortgage, LLC | Lease between Avenel Realty Company, Inc. and Lessee dated 5-21-2011 | 1307 Avenel Boulevard, Apt. 1307 , North Wales, PA 19454 | Avenel Realty Company dba Avenel at Montgomery Square | 1100 Avenel Boulevard | North Wales | PA | 19454 |
| GMAC Mortgage LLC | Office Service Agreement between Regus Management Group LLC and Lessee dated 7-27-2011, Renewal Agreements dated 11-1-2011, 5-1-2012 | 1320 Main Street Suite 300, Office 341, Columbia, SC 29201 | Regus Management Group, LLC | 1320 Main Street, Suite 300 | Columbia | SC | 29201 |

Real Property Lease Schedule

| Owner/Lessee | Lease Number/Lease Description | Street Address of Real Property | Lease Counterparty Address | Address 1 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| GMAC Mortgage, LLC | Office Service Agreement between Regus Management Group LLC and Lessee dated 6-13-2011 with Addendum | 725 Cool Springs, Suite 600, Franklin, TN 37067 | Regus Management Group, LLC | 725 Cool Springs Boulevard, Suite 600 | Franklin | TN | 37067 |
| GMAC Mortgage, LLC | Sublease between Norfolk Homes of Nashville, Inc. and Lessee dated 2-17-2012 | 277 Mallory Station Road, Suite 106, Franklin, TN 37067 | Norfolk Homes of Nashville, Inc. | 227 Mallory Station Road, Suite 106 | Franklin | TN | 37067 |
| GMAC Mortgage, LLC | Office Services Agreement between New Towne Center Inc. and Lessee dated 10-19-2010 | 915 East McLemore Avenue, Suite 205, Memphis, TN 38106 | New Towne Center Inc. | 915 East McLemore Avenue Suite 201 | Memphis | TN | 38106 |
| GMAC Mortgage, LLC | Master Service Agreement between Preferred Office Network, LLC and Lessee dated 2-1-2012 | 9442 Capital of Texas Highway North, Plaza One, Suite 500, Austin, TX 78759 | Preferred Office Network, LLC, c/o Jennifer Creed | 4555 Mansell Road, Suite 300 | Alpharetta | GA | 30022 |
| Residential Funding Corporation | Lease between Brandywine Cityplace LP and Lessee dated 12-17-1993, Amendments dated 8-3-1994, 6-12-1996, 6-19-1997, 12-31-1999, 6-13-2003, 9-14-2004, 7-26-2006; Change of ownership notice 5-22-2007 to Dallas CPT Fee Owner, L.P. | 2711 North Haskell Avenue, Dallas, TX 75204 | Dallas CPT Fee Owner, L.P. | 2711 North Haskell Avenue, Suite 450 | Dallas | TX | 75204 |
| GMAC Mortgage, LLC | Lease between BREOF Convergence LP and Lessee dated 7-30-2002, Amendments dated 3-23-2004, 11-4-2005, 8-25-2011 | 2501 S State Hwy 121 Suite 300 Denton, Lewisville, TX 75067 | Digital Lewisville, LLC | 2323 Bryan Street, Suite 1800 | Dallas | TX | 75201 |
| GMAC Mortgage, LLC | Lease between MLS, Inc. and Lessee dated 12-11-2011 | 2504 Anderson Highway, Powhatan, VA 23139 | MLS, Inc. dba Country Living Homes | 2504 Anderson Highway | Powhatan | VA | 23139 |
| ETS of Virginia, Inc. | Service Agreement between BusinesSuites (Texas) Ltd and Lessee dated 9-13-2011 | 3900 Westerre Parkway Suite 300, Office 328, 330, 332, Richmond, VA 23233 | Business Suites (Texas) LTD | 3900 Westerre Parkway Suite 300 | Richmond | VA | 23233 |
| ETS of Washington, Inc. | Office Service Agreement between Regus Management Group LLC and Lessee dated 8-1-2011 | 800 Bellevue Way, Office 420, Bellevue, WA 98004 | Regus Management Group LLC | 800 Bellevue Way, Ste 400 | Bellevue | WA | 98004 |
| GMAC Mortgage LLC | Office Service Agreement between Regus Management Group LLC and Lessee dated 2-14-2011, Renewal Agreements dated 10-4-2011, 2-23-2012 | 800 Bellevue Way, Office 429 and 430, Bellevue, WA 98004 | Regus Management Group LLC | 800 Bellevue Way, Ste 400 | Bellevue | WA | 98004 |