# EXHIBIT 1

## Appendix

# **Appendix**

1.     Hearing Transcript at 98:9-20, <u>In re Residential Capital, LLC</u>, Ch. 11 Case No. 12-12020 (MG) (Bankr. S.D.N.Y. Aug. 14, 2012).

                                                                                1

```
 1
 2   UNITED STATES BANKRUPTCY COURT
 3   SOUTHERN DISTRICT OF NEW YORK
 4   Case No. 12-12020-mg
 5   - - - - - - - - - - - - - - - - - - - - -x
 6   In the Matter of:
 7
 8   RESIDENTIAL CAPITAL, LLC, et al.,
 9
10              Debtors.
11
12   - - - - - - - - - - - - - - - - - - - - -x
13
14              United States Bankruptcy Court
15              One Bowling Green
16              New York, New York
17
18              August 14, 2012
19              10:04 AM
20
21   B E F O R E:
22   HON. MARTIN GLENN
23   U.S. BANKRUPTCY JUDGE
24
25
```

12-12020-mg    Doc 1255-1    Filed 08/24/12    Entered 08/24/12 15:06:20    Exhibit 1
    Pg 4 of 4

1  no burden associated with producing it.  With respect to the
2  e-mails, I definitely will not -- I'm not authorizing any
3  examination beyond what I'm ordering produced.  It is clear to
4  the Court that the burden of searching e-mail records, given
5  the dates of the issues -- the refinancing occurred in
6  September 2, 2005 -- would require searching archives, backup
7  tapes and many other records, so I'm definitely not going to
8  order or permit a 2004 examination.
9           ==2004 is principally designed to allowed parties-in-==
10  ==interest to identify assets of a debtor to see whether there's==
11  ==anything that should be recovered for the debtor.  It's not==
12  ==intended for use for obtaining pre-complaint or pre-claim==
13  ==discovery, as it appears to be used here.  Hopefully, by==
14  ==providing the information that you have available it will==
15  ==enlighten OneWest Bank as to what its situation is.  If it==
16  ==believes it can -- that that's sufficient to file a proof of==
17  ==claim, it'll do so.  If a proof of claim is filed and it==
18  ==becomes a contested matter if the debtor subsequently objects,==
19  ==the Federal Rules of Civil Procedure on discovery will apply to==
20  ==it.==
21          So that'll be the Court's determination.  So the
22  motion is denied, except as I've otherwise indicated.
23          MR. ROSENBAUM:  Thank you, Your Honor.
24          THE COURT:  All right.
25          MR. O'NEAL:  Thank you, Judge.