UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>Residential Capital, LLC, *et al.*<br><br>Debtors. | Chapter 11<br><br>Case No. 12-12020 (MG)<br><br>Jointly Administered |

## DECLARATION OF KATHY D. PATRICK

1. My name is Kathy D. Patrick. I am a member of the Bar of the State of Texas and a partner in the law firm of Gibbs & Bruns, LLP. I am counsel for the Steering Committee Group of RMBS Holders in the above captioned matter. I have personal knowledge of the facts stated in this affirmation, and they are all true and correct. I make this declaration in support of the Objection of the Steering Committee Group of RMBS Holders to the Triaxx Entities' Motion for Authority to Issue Rule 2004 Subpoena.

2. When they formed the Steering Committee Group, the members of the group agreed that neither they—nor any institution that joined the group later—would be privy to the individual holdings or pricing information of the other members. In the more than two years since the Steering Committee Group was formed, this practice has been observed consistently. Because the holdings and pricing information of each institution is extremely sensitive and proprietary, the knowledge of the nineteen different institutions that comprise the Steering Committee Group is limited to the collective voting totals for the Trusts.

3. I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 23, 2012.

_____
KATHY D. PATRICK