GIBBS & BRUNS LLP
Kathy D. Patrick, Esq. (*pro hac vice*)
Scott A. Humphries, Esq. (*pro hac vice*)
1100 Louisiana, Suite 5300
Houston, TX 77002
Telephone: (713) 650-8805
Facsimile: (713) 750-0903

-AND-

ROPES & GRAY LLP
Keith H. Wofford, Esq. (KW-2225)
D. Ross Martin, Esq. (DM-2947)
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090

*Attorneys for the Steering Committee Group of RMBS Holders*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>Residential Capital, LLC, *et al.*<br><br>Debtors. | Chapter 11<br><br>Case No. 12-12020 (MG)<br><br>Jointly Administered |

**AFFIDAVIT OF SERVICE**

COMMONWEALTH OF MASSACHUSETTS    )
                                 :ss.:
COUNTY OF SUFFOLK                )

    MEIR C. WEINBERG, being duly sworn, deposes and says:

    1.    I am employed by the law firm of Ropes & Gray LLP. I am over 18 years of age and I reside in Boston, Massachusetts. I am not a party to this action.

31711930_1

2. On Friday, August 24, 2012, I caused true and correct copies of the following documents, which were filed by Ropes & Gray, LLP on Friday, August 24, 2012, to be served upon the parties on the service list attached hereto as <u>Exhibit A</u> via the methods specified therein:

- Objection of the Steering Committee Group of RMBS Holders to the Triaxx Entities' Motion for Authority to Issue Bankruptcy Rule 2004 Subpoenas [Docket No. 1254]
- Declaration of Kathy D. Patrick [Docket No. 1256]

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Dated: August 24, 2012

_____
Meir C. Weinberg

31711930_1

# EXHIBIT A

**Via Electronic Mail:**

Miller & Wrubel P.C.
Attn: John G. Moon
Attn: Claire L. Huene
570 Lexington Avenue
New York, New York 10022
E-mail: jmoon@mw-law.com
E-mail: chuene@mw-law.com

**Via US Mail:**

US Trustee for the Southern District of New York
Attn: Tracy Hope Davis
Attn: Linda A. Riffkin
Attn: Brian S. Masumoto
33 Whitehall St., 21st Fl, Region 2
New York, NY 10004

Internal Revenue Service
Centralized Insolvency Operation
2970 Market St.
Philadelphia, PA 19104

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
Insolvency Section
31 Hopkins Plz Rm 1150
Baltimore, MD 21201

Nationstar Mortgage LLC
Attn: General Counsel
350 Highland Drive
Lewisville, TX 75067

Office of the NY State Attorney General
Attn: Nancy Lord
Attn: Enid M Stuart
The Capitol
Albany, NY 12224-0341

31711930_1

The Bank of New York Mellon
Asset-Backed Securities Group
101 Barclay St 4W
New York, NY 10286

Wells Fargo Bank NA
Attn: Corporate Trust Services - GMACM Home Equity Notes 2004 Variable Funding Trust
P.O. Box 98
Columbia, MD 21046

**Via US Mail and Electronic Mail:**

Chadbourne & Parke LLP
Attn: Howard Seife
Attn: David M LeMay
30 Rockefeller Plaza
New York, NY 10112
E-mail: hseife@chadbourne.com
E-mail: dlemay@chadbourne.com

Citibank NA
Attn: Bobbie Theivakumaran
390 Greenwich St. 6th Fl
New York, NY 10013
E-mail: bobbie.theivakumaran@citi.com

Deutsche Bank Trust Company Americas
c/o Kelvin Vargas
25 De Forest Ave.
Summit, NJ 07901
E-mail: kelvin.vargas@db.com

Fannie Mae
Attn: Peter McGonigle
1835 Market St., Ste 2300
Philadelphia, PA 19103
E-mail: peter_mcgonigle@fanniemae.com

Kelley Drye & Warren LLP
Attn: James S. Carr
Attn: Eric R. Wilson
101 Park Ave.
New York, NY 10178
E-mail: kdwbankruptcydepartment@kelleydrye.com

Kirkland & Ellis LLP
Attn: Ray C. Schrock
Attn: Stephen E. Hessler
Attn: Richard M Cieri
601 Lexington Ave
New York, NY 10022-4611
E-mail: ray.schrock@kirkland.com
E-mail: richard.cieri@kirkland.com
E-mail: stephen.hessler@kirkland.com
E-mail: projectrodeo@kirkland.com
E-mail: William.b.Solomon@ally.com
E-mail: Timothy.Devine@ally.com
E-mail: john.bellaver@ally.com

Kramer Levin Naftallis & Frankel LLP
Attn: Kenneth H Eckstein
Attn: Thomas Moers Mayer
Attn: Douglas H Mannal
1177 Avenue of the Americas
New York, NY 10036
E-mail: keckstein@kramerlevin.com
E-mail: tmayer@kramerlevin.com
E-mail: dmannal@kramerlevin.com

Morrison & Foerster LLP
Attn: Tammy Hamzehpour
Attn: Larren M Nashelsky
Attn: Gary S Lee
Attn: Lorenzo Marinuzzi
1290 Avenue of the Americas
New York, NY 10104
E-mail: Tammy.Hamzehpour@gmacrescap.com
E-mail: diane.citron@ally.com
E-mail: lnashelsky@mofo.com
E-mail: glee@mofo.com
E-mail: lmarinuzzi@mofo.com

Office of the US Attorney for the Southern District of NY
Attn: United States Attorney Preet Bharara
One St. Andrews Plaza
New York, NY 10007
E-mail: Nancy.Lord@OAG.State.NY.US
E-mail: enid.stuart@OAG.State.NY.US

31711930_1

Securities & Exchange Commission NY Regional Office
Attn: George S Canellos, Regional Director
3 World Financial Center, Ste 400
New York, NY 10281-1022
E-mail: secbankruptcy@sec.gov;newyork@sec.gov

Securities & Exchange Commission
Secretary of the Treasury
100 F St NE
Washington, DC 20549
E-mail: secbankruptcy@sec.gov

Sidley Austin LLP
Attn: Larry J Nyhan
Attn: Jessica CK Boelter
One Dearborn
Chicago, IL 60603
E-mail: lnyhan@sidley.com
E-mail: jboelter@sidley.com
E-mail: bmyrick@sidley.com

Skadden Arps Slate Meagher & Flom LLP
Attn: Jonathan H. Hofer
Attn: Sarah M. Ward
Attn: Ken Ziman
Attn: Suzanne D.T. Lovett
Four Times Square
New York, NY 10036
E-mail: jhofer@skadden.com
E-mail: nikolay.kodes@skadden.com
E-mail: ken.ziman@skadden.com
E-mail: sarah.ward@skadden.com
E-mail: suzanne.lovett@skadden.com

U.S. Bank National Association
Attn: George Rayzis
50 South 16th Street, Suite 2000
Philadelphia, PA 19102
E-mail: george.rayzis@usbank.com

U.S. Bank National Association
Attn: Irina Palchuk
60 Livingston Avenue, EP-MN-WS1D
St. Paul, MN 55107
E-mail: irina.palchuk@usbank.com

31711930_1

U.S. Department of Justice
Attn: US Attorney General, Eric H. Holder, Jr.
950 Pennsylvania Ave. NW
Washington, DC 20530-0001
E-mail: AskDOJ@usdoj.gov

United States Attorney's Office for the Southern District of New York Civil Division
Attn: Joseph Cordaro
86 Chambers St., 3rd Fl
New York, NY 10007
E-mail: joseph.cordaro@usdoj.com