**SEWARD & KISSEL LLP**
Ronald L. Cohen (RC-3897)
Kalyan Das (KD-9079)
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 574-1200
Facsimile: (212) 480-8421

Attorneys for U.S. Bank National
Association, as Master Servicer

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>Residential Capital, LLC, *et al.*<br><br>Debtors. | Chapter 11<br><br>Case No. 12-12020 (MG)<br><br>(Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that U.S. Bank National Association ("U.S. Bank"), by and through its undersigned counsel, hereby appears in the above-captioned chapter 11 cases (the "Cases") pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules"), solely in its capacity as master servicer for approximately 12 securitization trusts, as a party-in-interest with respect to the above-captioned debtors (the "Debtors").[1]

PLEASE TAKE FURTHER NOTICE that U.S. Bank, as a party-in-interest, requests, pursuant to Bankruptcy Rules 2002, 9007 and 9010 and Sections 102(1), 342 and

---

[1] The securitization trusts for which U.S. Bank serves as master servicer do not include any of the trusts for which U.S. Bank acts as securitization trustee.

1109(b) of Chapter 11, Title 11 of the United States Code (the "Bankruptcy Code"), that all notices given or required to be given in these Cases and all papers served or required to be served in these Cases, including but not limited to all notices filed and served in all adversary proceedings in such cases, be given to and served upon the undersigned at the following office addresses, telephone numbers and e-mail addresses:

> David A. Jason
> VP | Default Group Account Manager
> U.S. Bank Global Corporate Trust Services
> 190 S. LaSalle St | Chicago, IL 60603 | MK-IL-SL8
> Tel: (312) 332-6574
> E-mail: david.jason@usbank.com
>
> Ronald L. Cohen, Esq.
> Kalyan Das, Esq.
> Seward & Kissel LLP
> One Battery Park Plaza
> New York, New York  10004
> Tel.: (212) 574-1200
> Fax: (212) 480-8421
> E-mail: binder@sewkis.com

PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telefax, facsimile transmission, e-mail or otherwise, which affect the Debtors or property of the Debtors.

This Notice of Appearance and Request for Service of Papers shall not be deemed to be a waiver of U.S. Bank's right (1) to have final orders in non-core matters entered only after

2

*de novo* review by a District Court Judge, (2) to trial by jury in any proceeding so triable in these Cases or any case, controversy or proceeding related to these Cases, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal or (4) to any other rights, claims, actions, setoffs or recoupments to which U.S. Bank is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments U.S. Bank expressly reserves.

Dated: New York, New York
       August 24, 2012

                    SEWARD & KISSEL LLP

                    By: /s/ Ronald L. Cohen
                    Ronald L. Cohen (RC-3897)
                    Kalyan Das (KD-9079)
                    One Battery Park Plaza
                    New York, New York 10004
                    Tel.: (212) 574-1200
                    Fax: (212) 480-8421
                    Email: cohen@sewkis.com
                              das@sewkis.com

                    Attorneys for U.S. Bank National
                    Association, as Master Servicer

SK 03687 0119 1315558
8/24/12 02:40 PM