# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------
In re:                                                    )    Case No. : 12-12020 (MG)
                                                          )
RESIDENTIAL CAPITAL, LLC, et al.,                         )    Chapter 11
                                                          )    Jointly Administered
                                                          )
                        Debtors.                          )
                                                          )
                                                          )
-------------------------------------------------------------------

ORDER GRANTING MOTION FOR AN ORDER APPOINTING
OFFICIAL COMMITTEE OF BORROWERS
<u>PURSUANT TO SECTION 1102(a)(2) OF THE BANKRUPTCY CODE</u>

Upon the motion (the "Motion") of certain individuals (the "Movants")[1], pursuant to section 1102(a)(2) of the Bankruptcy Code for the appointment of an Official Committee of Borrowers in these chapter 11 cases; and the Court finding that (a) it has jurisdiction over this matter pursuant to 28 U.S.C. § 1334; (b) this is a core proceeding pursuant 28 U.S.C. §157(b)(2); and (c) notice of the Motion was due and proper under the circumstances; and having considered the written objections of the Debtors and the Official Committee of Unsecured Creditors, the statement of the Office of the United States Trustee (the "US Trustee"), the argument of counsel and the record of these chapter 11 cases; and finding that the appointment of an Official Borrowers Committee is necessary to assure adequate representation of borrowers in these chapter 11 cases; after due deliberation and sufficient

---

[1] The Movants are: Nathaniel Arnold; Luis Fitzgerald-Fernandez; Alan Israel & Jill C. Habib; Peter Webb; Ariel Barel; Jean-Marc Bensaid; Diane Boyter; Conrad Burnett; Stephen & Francesca Grello; Francine Modderno; Florence Mason; Jimmy Morris; Phillip Weissburg; Audrey & Griggs Wimbley; Patrick Farrell; Melissa Lallo; Caley Coleff; Terry Slovak; Amelia Colvin; Yvonne Hartshorn; Roxanne Harbert; William A. Marshall, Sr.; Joanna L. Belanger; David A. Belanger; Kristin Burak; Linda Clark; Shannon Mcintyre; John Lebron; Timothy Dixon; Jeffrey Ginn; and Val M. Steele

cause appearing therefor; it is hereby

ORDERED that, the Motion is GRANTED; and it is further

ORDERED that the US Trustee is hereby directed to appoint an Official Borrowers Committee; and it is further

ORDERED that the Court will convene a status conference regarding the appointment of the Borrowers Committee on _____ at _____ a.m.; and it is further

ORDERED that this Court retains jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.


Dated:
New York, New York


                                                  MARTIN GLENN
                                                  Unites States Bankruptcy Judge