# EXHIBIT B

12-12020-mg    Doc 1264-2    Filed 08/24/12    Entered 08/24/12 18:22:01    Exhibit
Pg 2 of 16

Docket #0495  Date Filed: 6/11/2012

JUN 11 2012
U.S. BANKRUPTCY COURT
SO. DIST. OF NEW YORK

June 2, 2012

Enclosed notice received.  Have NO idea what this supposedly is about.

I do have a mortgage with GMAC, located at 45-656 Portoal Avenue Palm Desert, Calif. 92260.

I have paid all monthly fees directly through my Bank of Ameirca bank account located on El Paseo, in Palm Desert, CA. and as far as I am aware there has never been any reason to have anything regarding Bankruptcy sent to me.

I am a single widow, totally alone and will be leaving Calif. shortly to return back to Bloomington, IN for the spring-summer months.  I only receive mail at either of two PO Boxes.  NO mail is EVER forwarded to me from one area to the other.

I drive an RV across the country and should be back in Indiana around the last week in June.

Someone needs to do a lot more than sending out total coded numbers and letters which have absolutely NO meaning. All my tax records are with my CPA in Bloomington, IN, James Johnson.  1211 North College Ave., Bloomington, IN 47404.

I do not own or have access to a computer and cannot make long distance calls from either phone.  I merely wanted you to have in your records that I have tried to respond to whatever all the "gibborish" is about!

My phone number requires that someone talk before I will pikk it up.  If it keeps ringing I will already have left.

*Lerae Britain Moeller* (signature)

Lerae Britain Moeller
PO Box 3775,
Palm Desert, CA 92261
760-341-7036

PO Box 5775
Bloomingotn, IN 47407
812-333-1979    (Between June-
     mid december eyarly)

Leaving CA June 20th

We have a Nation filled w/ illiterates — How dare you return my letter w/ address clearly printed — Even GMAC Rep. 1st said sh- had NO Address Only

Idiots function "on line" or w/ Computers!

June 8, 2012

It is little wonder that so many vets are suiciding.

Why would you stick your address on mail that cannot be delivered directly to your offices?  All that was sent out is a bunch of "gobblydgook" that has almost NO meaning at all.

I don't own or have access to computers, had to sit and wait over 5 minutes for some illiterats phone clerk who insisted that they had no REAL address.

Since my letter was returned, am sending it out to address she gave to me.  I know NOTHING about whatever this supposedly is about.  You have NO DEBTOR NAMES anywhere on the lists you sent out!

Send any and all info. directly to me at Indiana address as no one will respond to anything sent to Calif. after June 20th

Lerae B Moeller
PO Box 5775
Bloomington, IN 47407
812-333-1979 (AFTER June 25th)



RECEIVED
JUN 11 2012
U.S. BANKRUPTCY COURT
SO. DIST. OF NEW YORK

12-12020-mg   Doc 1264-2   Filed 08/24/12   Entered 08/24/12 18:22:01   Exhibit
12-12020-mg   Doc 1067   Filed 08/08/12 Pg 4 of 16   Entered 08/08/12 17:22:20   Main Document
                                      Pg 1 of 1

Docket #1067  Date Filed: 8/8/2012

GMAC Mortgage
P.O. Box 780
Waterloo, IA 50704-0780

Rafael Malave
1060 Post Avenue
Staten Island, NY 10302

July 28, 2012

Dear Shelly Caughron,

Re: Account Number ●●●●●4663

Your records are wrong regarding personalize assistance. We submitted 6 - 7 modification applications & all documentation requested. Every time turned down. GMAC decision to allow our property to fall in disrepair & underwater due to you guys making stupid decisions in trying to receive some mortgage payment in giving a helping hand to homeowners & keeping your investors happy. No You allow dumb attorneys to use the legal system to foreclose a property that takes approximately 2 - 3 years or more. By then GMAC loses and attorneys always get paid. Not to mention the property being sold at 25cents on the $1.00. Now GMAC is in bankruptcy for being fools. We owners have no regard or respect for Financial Institutes. The Judge should penalize GMAC by reducing principle on Foreclose Homes & give it back to homeowners. Now at taxpayers expense we pay double. God have mercy & hope for the best. A lesson has been learned for financial stupidity. Thank you for nothing.

Yours Truly,

Rafael Malave

cc: ~~Bankruptcy Court~~ Vito Genna (Clerk of The Court for GMAC)
    Honorable Judge
    GMAC Senior Financial Office



RECEIVED
AUG - 8 2012
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

1212020120808000000000023

June 8, 2012

Residential Capital, LLC
GMAC Reps.
(ResCap) 1/888/926/3479
Chapter 11 Case No 12-12020 (MG)



RECEIVED JUN 14 2012 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK

Several months ago we applied for the "HAMP" or whatever loan modification program that was available and was denied. We applied again a few months ago and the application is being reviewed. We refinanced our mortgage a few years ago and later found out that our mortgage was sold to GMAC... Prime mortgage in Greenville SC has closed since we paid more than what was required for the closing cost because it wasn't monies out of our pockets and was never Refunded for their GREED practices. We recently received a notice that GMAC was also filing for chapter 11 protection... GREED, GREED. We don't understand how large corporation can restructure their debts but fail to offer home owner relief throu[gh]

1212020120620000000000009

modification program. We've never missed a payment and is never more than a week pass the grace period. I was employed at the time we applied for our Re-Finance and now only receiving "SSDI" with a loss of 1,000 a month in income. This information has been relayed to GMAC but only fall on deaf ears. We would like to know our options concerning this matter.

Thank you

Patricia S Pringle
Patricia S. Pringle
(864) 269-5265
sewpringle1364@att.net
(864) 906-5304 alternative
loan # ████████9440
property location 104 Freestone St
Greenville SC 29605

This is our primary and only residence.

07-12-2012

United States Bankruptcy Court

For case number 12-12020 (MG)

FILED
U.S. BANKRUPTCY COURT

2012 JUL 13  A 11: 18

S.D. OF N.Y.

Honorable Judge Glenn,

Please accept this letter as a plea for justice. GMAC is the mortgage lender for a property that I acquired in 2006. $315,000.00 was the price, of which $292,000.00 was financed. GMAC Mortgage, LLC filed for protection against its creditors, and my mortgage is in foreclosure. I beg your authority to order GMAC to give my mortgage (████6281) the same treatment or advantage that is given to GMAC itself.

At your office convenience, I can be reached by cell at (917) 513-9129 or at home at (732) 494-3513, or at this address:

Jean Milliance

7 Lucille Court

Edison NJ, 08820

Respectfully;

Jean Milliance

12120201207160000000000015

June 20, 2012



Pinnacle Capital Mortgage
Mortgage management/corporate
3010 Lava Ridge Court
Roseville, CA 95661

## RE: RECENT BANKRUPTCY

I have two loans that were refinanced (from Wells Fargo) by Pinnacle Mortgage and then sold to GMAC. I expected a sale....but.....GMAC went into bankruptcy (chapter 11) soon after. Now I am informed that Fannie Mae now owns my trust deed.....and....I was also told that Fanny Mae and GMAC are the same thing – basically the servicer??? Who holds my trust deed???. Plese send me a copy of the last assignment of the following properties.

1 - 708 SW Maplecrest Court, Portland, Oregon 97219
Pinnacle Loan Number: ▓▓▓▓6592 (assigned and placed on closing docs by WFG title)
GMAC Loan Number: ▓▓▓▓5525 (noted on payment statements)
WFC title number ▓▓6422
Loan closed 11-6-2011 and sold to GMAC shortly after.

2 - 740 SE Marion, Portland, Oregon 97202
Pinnacle Loan Number: ▓▓▓▓4299
GMAC Loan Number: ▓▓▓▓8264
WFG title number: ▓▓▓3299
Loan closed June 5-15-2012 sold to GMAC very shortly after.

I received a letter on that says GMAC is in Chapter 11 bankruptcy dated May 14, 2012.
The statements are from GMAC with an addressed envelope. Since this is only a chapter 11, there is possibly that there is not a legal need to assign to Fanny Mae but I am not an attorney???.

Please note that as a Trustee or court appointed manager Fanny Mae (ie, the bankruptcy trustee) is obligated to protect my assets and to act legally. I want my interests protected within this legal process, meaning I want verification of the trust deed assignment and server.

Please assign and record correctly my two trust deed obligations and send me a copy. I am and will continue to be faithful in sending consistent monthly payments to server.

Who owns my trust deed for property 1.
Who is the servicer for property 1.
Record of recording of trust deed and/or assignment

Who owns the trust deed for property 2
Who is the servicer for trust deed property 2.
Record of recording of trust deed and/or assignment


1212020120713000000000006

Thanks,

Marceen Bloom
740 SE Marion #c
Portland, Oregon
97202

cc:
GMAC Mortgage
Attn; customer care
P.O. Box 780
Waterloo, IA 50704-0780

Fannie Mae
3900 Wisconsin Ave
NW Washington, DC
20016

Bankruptcy court/United States
Clerk of the bankruptcy court
One Bowling Greeen
New York, N York
10004

ResCap
CEO of GMAC
One Meridian Crossings
Minneapolis, MN 55423

6/25/2012

TO: Honorable Judge Glenn
1 Bowling Green
Ny, Ny. 10004

From: Valerie Ann Greene
153 S. Laurel Drive
Margate, FL, 33063

RECEIVED
JUN 29 2012
U.S. BANKRUPTCY COURT, SDNY

Your Honor:

I am writing you today as a victim of GMAC Mortgage because of their unlawful, unscrupulous, and unjust business practices. I will abbreviate the long, tortuous and unsuccessful 2 year effort to save my home from foreclosure. Just ask them how many loans they have modified, and you will understand.

In 2007, my husband's construction company, Pinnacle Concrete Placement Inc. (he was a successful concrete contractor for new housing, Incorporated in Michigan in 1988), fell victim to banks and mortgage companies unscrupulous lending practices. The housing market dove off a cliff in Michigan, shortly followed by the rest of the country. He went out of business. Our Michigan house fell into foreclosure.

We bought the home in Florida in 2001. We moved to Florida in 2007 in an effort to save our home. It went into foreclosure in 2009. I employed the "help" of Fannie Mae help center (Fannie Mae was the originator of my loan), an attorney, and

Florida Senator Bill Nelson, all to no avail. GMAC lied to the representative from Fannie Mae about the court date that determined the foreclosure, and I was never notified of the court date by mail. I went to Broward County Court to stop the foreclosure, and the Judge ordered mediation. We went to Mediation and they refused to discuss anything. It was determined an impasse.

Over the 2 years it was in foreclosure, I filled out literally countless "Help" forms for GMAC. They were intent on taking my home. I have a stack of documents as thick as a phonebook I sent to GMAC. They were running out the clock.

I tryed to modify the loan right up to the day they put my house on the auction block in May 2011, yet they sent me a 1099 for the amount of the loan, stating that the property had been abandoned, it had not!

I can't understand why nobody cares. Nobody cares that GMAC was given 2.4 Billion dollars by the taxpayers to help people like me, and they did nothing. All I needed was a loan modification and they refused. They took my "American dream" illegally. Nobody cares.

Your Honor, I have been irreputably harmed by GMAC. My health, emotional health and my financial health have suffered greatly by them. I pray that you consider me and people like me in your decision. Are they going to get away with fleecing America?

I Respectfully ask That you grant me justice. I have proof of everything written in This letter.

Thank you,
Sincerely
Valerie Ann Greene
153 S. Laurel Drive
Margate, Florida
33063

6-21-2012

Docket #0521  Date Filed: 6/26/2012

MR. Vito GENNA
CLERK OF United STATES
BANKRUPTCY COURT
FOR The Southern
District OF NEW YORK
ONE Bowling GREEN
NEW YORK, NEW YORK 1004

RECEIVED JUN 26 2012 U.S. BANKRUPTCY COURT SO. DIST. OF NEW YORK

Re GMAC Mortgage LLC IN RE
Residential Capitol LLC
Chapter 11 Case # 12-12020 (MG)
LOAN # ▓▓▓▓▓▓4303   10622 TARLETON
HOUSTON TEX 77024

PLEASE SEND ME A PROOF OF
CLAIM FORM by MAIL. GMAC
IS MY SEVICING Mortgage AGENT
The INVESTOR IS U.S Bank National
ASSOCIATION AS TRUSTEE For RASC
2005 KS6 We have no Proof
FROM ANY FIRM THAT OUR ORIGINAL
LOAN EVER TRANSFERRED To Them. The
original LENDER WAS HOME LOAN Corporation
dBA Expanded Mortgage Credit we
CAN Find NO EVIDENCE That this
Company Exist NOW.
    ATTached is a copy of a letter
from Federal RESERVE System Washington
DC TO My SENATOR HONORABLE John

12120201206270000000000012

CORNYN ANSWERING my complaint letter to Him. He is the only politician to respond to my complaint against GMAC Mortgage I want to point out that GMAC Mortgage lied to the Federal Reserve of Chicago concerning the facts of our mortgage.

We charge that GMAC Motgage caused us to loose our Equity in our house. Their actions by them & their attornies lowered the sales price. Detail to follow in the completion of the proof of chain form we will complete

Sincerely,

Bonnie S. Brelsford

Donald Anthony Brelsford

10622 Tarleton Dr
Houston Texas 77024

Docket #0463  Date Filed: 6/14/2012

June 8, 2012

Residential Capital, LLC
GMAC Reps
(ResCap) ███████ 3479
Chapter 11 Case No 12-12020 (MG)

RECEIVED JUN 14 2012 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK

Several months ago we applied for the "HAMP" or whatever loan modification program that was available and was denied. We applied again a few months ago and the application is being reviewed. We refinanced our mortgage a few years ago and later found out that our mortgage was sold to GMAC... Prime mortgage in Greenville SC has closed since. We paid more than what was required for the closing cost because it wasn't monies out of our pockets and was never Refunded for their GREED practices. We recently received a notice that GMAC was also filing for chapter 11 protection... GREED, GREED. We don't understand how large corporation can restructure their debts but fail to offer home owner relief throu[gh]

modification program, we've never missed a payment and is never more than a week pass the grace period. I was employed at the time we applied for our Re-finance and now only receiving "SSDI" with a loss of 1,000 a month in income. This information has been relayed to GMAC but only fall on death ears we would like to know our options concerning this matter

Thank you
Patricia S. Pringle
Patricia S. Pringle
(864) 269-5265
jewpringle1364@att.net
(864) 906-5304 alternative
loan # ███████7440
property location 104 Freestone St
Greenville SC 29605

This is our primary and only residence