# EXHIBIT C

# **MARC DANN**

Marc Dann brings a lifelong commitment to standing up for ordinary people to his law practice

Marc Dann has spent hundreds of hours in courtrooms across the nation representing and fighting for the thousands of clients who turned to him for help and guidance during his career as an attorney in private practice.

It was his concern for the problems that beset the men and women who sought his representation as their lawyer—problems caused by job loss, a failing economy, drug abuse, domestic violence, and lack of health care–that motivated Marc to enter public service, first as a member of the Liberty Local Schools Board of Education, then as a member of the Ohio Senate and later as Ohio Attorney General.

- Marc Dann has continued the fight in his law practice by choosing to represent:
- Working men and women mistreated and underpaid in the work place and the labor unions that represent them.
- Whistleblowers who seek to root out government corruption under the Federal False Claims Act.
- Families in Transition and Parents Seeking Custody of their Children
- Those facing challenges in the criminal justice system
- Victims of Environmental Pollution
- Victims of Corporate crimes involving consumer and securities fraud

Marc Dann has a record of Success on Behalf of his clients.

Some of the precedent setting legal battles Marc Dann has won include:

- An Ohio Supreme Court Decision making it easier for non-custodial parents to increase visitation for their children.
- A Sixth Circuit Decision declaring Public Pensions to be held in trust for the benefit of both spouses.
- A Sixth Circuit Decision opening the door to hold Wall Street Investment Banks liable for failing to comply with Federal Plant Closing Laws.
- Obtaining the first injunction preventing a subprime lender from foreclosing on Ohio Homeowners.
- Negotiating the largest Securities Fraud Settlement in Ohio Public Pension Fund History

A native of Cleveland, Ohio, Marc Dann is a 1984 graduate of the University of Michigan, where he earned a bachelor's degree in history. He graduated from the Case Western Reserve University School of Law in 1987 and, after devoting the initial stages of his career to public service, entered private practice in Northeast Ohio in 1991.

## STATEMENT OF QUALIFICATIONS
## MATTHEW D. WEIDNER, ESQ.

Attorney Matthew D. Weidner is a consumer-rights attorney with his primary office location in St. Petersburg, Florida. His practice is limited to foreclosure defense, bankruptcy cases and consumer rights litigation throughout central Florida. Mr. Weidner represents both Plaintiffs and Defendants in pursuit of consumer rights cases and brings extensive trial and appellate court experience as well as experience prosecuting and defending cases in Federal courts.

In addition to his experience representing individual clients in cases, Mr. Weidner is a nationally-recognized advocate for consumers and has worked to assist legislators in staff to craft legislation that would address the issues the State of Florida faces in foreclosure cases, traveling to Tallahassee in the preceding years to meet with legislators and advance the cause both for consumers generally and in the interests of supporting the judicial branch as a whole.

Mr. Weidner was an attorney at the Jacksonville-based firm, Weidner, Bowden & Weidner, P.A. where his scope of practice included administrative law, civil litigation and real estate litigation and where he represented individual property owners and homeowner's associations in foreclosure and other real property matters. Mr. Weidner was admitted to the Florida Bar in 1999 and is admitted to practice in the Federal Court, Middle District of Florida and the Federal 11th Circuit Court of Appeals in Atlanta, Georgia. Mr. Weidner has been practicing real estate law and civil litigation since 1999 and has represented clients in foreclosure, consumer and commercial finance transactions and civil litigation since that time.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:                                          Case No. 12-12020-mg

RESIDENTIAL CAPITAL, LLC, et al.,               Chapter 11

                Debtors.        Joint Administration Pending

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

### STATEMENT OF HEATHER BOONE MCKEEVER, ESQ. IN SUPPORT OF THE MOTION FOR OFFICIAL BORROWER COMMITTEE AND APPOINTMENT AS A MEMBER OF THE COMMITTEE.

Comes undersigned counsel and files her Statement in Support of the Motion for the Official Borrower Committee, based on the following:

1. I am a regular practicing attorney who litigates exclusively in the area of lender liability and mortgage fraud.

2. I have the full permission and support on behalf of my clients to participate in this Motion and their support for my firm to serve as a potential creditor committee member on behalf of borrowers.

3. I am currently counsel for the Plaintiffs in multiple class and consolidated actions against GMAC Mortgage LLC, Residential Capital LLC, and other Petitioners to the above-referenced Chapter 11. The cases as of this date include the following:

A. *Allorgi v. GMAC Mortgage LLC. and MERS* Class action for securitization fraud and forgery and slander of title. Original lender liquidated in bankruptcy. Beaufort County, South Carolina Court of Common Pleas. Robo signers are employees and the actual attorneys representing GMAC.

Potential damages 100+ million.

B. *Moody v. Deutsche Bank, GMAC Mortgage LLC, RALI and MERS.* Class action for violation of Kentucky's recording statutes, securitization and document fraud; including the 2012, newly invented, "Corrected Assignment of Mortgage. LPS/docx robo signers.

Fayette County Kentucky, Circuit Court.

Potential damages 100+ million.

C. *Foster v. GMAC, RESCAP, RALI, MERS, et al.* Nationwide class action, securitization and document fraud. Civil conspiracy, RICO claims. Lead Plaintiffs with claims against GMAC's "star" robo signer, Jeffry Stephan.

United States District Court for the Western District of Kentucky.

Potential damages 100+ million.

D. *Haffey v. GMAC Mortgage LLC, RALI, RESCAP, Deutsche Bank, MERS.* Consolidated cases involving securitization, and document fraud, challenging the legitimacy of MERS recorded mortgages in the state of Kentucky, the application of UCC Article 3, (negotiability) to GMAC/Deutsche presented Promissory Notes and fraud in relation to the Petitioners participation as a Plaintiff to any foreclosure in the state of Kentucky. Expert witness, Hon. Lynn Szymoniak's testimony is part of the file for the ongoing Justice Department investigation. Robo signer, GMAC's Pat Kelleher.

United States District Court for the Eastern District of Kentucky.

6th Circuit Court of Appeals. (cases currently held in abeyance.)

Potential damages 5+ million, plus a Declaratory Judgment that all MERS mortgages are void in the state of Kentucky, that GMAC as a servicer will never have standing

2

to foreclose in the state of Kentucky and tax fraud in relation to GMAC/Deutsche MBS classification as a REMIC.

4. The cases also contain claims against the Debtor(s) in their capacity as a shareholder in Mortgage Electronic Registration Systems, Inc. (MERS.)

5. The class action claims also name as a Defendant, the entity Deutsche Bank, as the alleged Trustee of various Mortgage Backed Securities. In all cases involving Deutsche Bank, at least one of the Debtor(s) served as either a Mortgage Servicer, or was in privity with Deutsche.

6. In the cases aforementioned, there are causes of action against the Debtor(s) and Deutsche Bank for securities fraud in relation to their joint activities as IRS classified REMICs.

7. As potential creditors of the Petitioners, and due to the nature of the Petitioners and other co-Defendants contractual agreements, there is an inherent conflict between the Petitioners and Deutsche Bank, MERS and other co-defendants/petitioner creditors to the class actions

8. In the cases aforementioned, there is a cause of action against the Debtor(s) and co-defendants for common law and statutory fraud, forgery and civil conspiracy to commit fraud.

9. In the cases aforementioned, employees and agents of the Debtors have been sued or will be named as Defendants in their corporate and individual capacities for fraud and forgery. The agents include, but are not limited to individuals who drafted, executed and notarized mortgage and foreclosure documents on behalf of the Debtors, GMAC executives who participated and condoned the practices, and the attorneys and law firms

3

who acted in concert with the Debtor(s) to commit fraud, forgery and commit fraud on the Courts.

10. The law firms and potential GMAC co-defendants in question, include the Petitioners national counsel and its registered lobbying firm, Bradley, Arant, Boult, Cummings, based in Birmingham, Alabama.

11. As of the date of this Affidavit, Bradley Arant, Boult Cummings has failed to notify the Court or file a Notice of Automatic stay in the cases for which it is involved with the undersigned.

12. There is a conflict of interest for Bradley Arant Boult Cummings and the foreclosure mills currently representing the debtors in relation to the cases and in any Court wherein they are potential co-defendants of the Debtor(s).

13. There is an ongoing whistle blower *Qui Tam* fraud case against the Debtor(s) by the Justice Department in the states of South and North Carolina, United States ex rel. Szymoniak v. GMAC/RESCAP, (USDC.S.C.) and United States ex rel. Szymoniak v. GMAC/RESCAP, (USDC.W.D.N.C.)

14. The above-referenced, *Qui Tam* relator, Hon. Lynn Szymoniak serves as the Plaintiffs' document fraud Expert Witness in the class actions and consolidated cases.

15. In April 2012, undersigned counsel was interviewed and met in person, with the United States Attorney, in Charleston, South Carolina who is prosecuting the Szymoniak case. The meeting was called in relation to the evidence and the prosecution of the *Qui Tam* case against the Debtor(s) and a separate second potential action against the law firms representing the debtor(s) and the other *Qui Tam* Defendants.

4

16. The Affidavits of Hon. Lynn Szymoniak offered in the cases, evidencing the Debtors, their agents and their attorneys' participation in document fraud and forgery, are in the possession of the United States Attorney and upon information and belief are evidence in the Justice Departments *Qui Tam* prosecution against the Debtor(s).

17. Base on the foregoing, I request on behalf of my clients, myself, and my firm, that the Court appoint an Official Borrower Committee and that the Trustee and the Court approve appointment of undersigned Plaintiffs' counsel as a member of the Committee.

18. Further, I sayeth not.

Dated:   June 21, 2012                    Respectfully submitted,


                                          */s/ Heather Boone McKeever*
                                          Heather Boone McKeever
                                          MCKEEVER LAW OFFICES PLLC
                                          P.O. Box 1181
                                          Isle of Palms, South Carolina 29451
                                          (843) 323-1174
                                          foreclosurefraud@insightbb.com
                                          ATTORNEY FOR NAMED CLASS
                                          ACTION PLAINTIFFS
                                          AND THE CLASS MEMBERS