Martin G. Bunin
William Hao
Alston & Bird LLP
90 Park Avenue
New York, NY 10016
(212) 210-9400

*Counsel to Wells Fargo Bank, N.A.,*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x

| | |
|---|---|
| IN RE: | Chapter 11 |
| | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, *et al.*, | Jointly Administered |
| Debtors. | |

---------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                    )   ss.:
COUNTY OF NEW YORK   )

Leslie Salcedo, being duly sworn, hereby deposes and says:

1.   I am over 18 years of age and am not a party to the above-captioned proceedings. I am employed by Alston & Bird, LLP, having offices at 90 Park Avenue, New York, New York 10016.

2.   On August 23, 2012, I caused a true and correct copy of the Pre-Auction Objections of the RMBS Trustees to the Debtors' Sale Motion and the Joinder of Wells Fargo Bank, N.A. as Master Servicer for Residential Mortgage Backed Securities Trusts to the "Pre-Auction Objections of the RMBS Trustees to the Debtors' Sale Moton", to be

served upon the parties listed on the attached Service List in Exhibit A and in the manner indicated.

                                                                  /s/ Leslie Salcedo
                                                                  Leslie Salcedo

Sworn to before me this
27th day of August, 2012.

/s/ Louis P. Costanzo
Louis P. Costanzo
Notary Public, State of New York
No. 01CO5013639
Qualified in New York County
Commission Expires July 15, 2015

**Exhibit A**

<u>**Via First Class Mail**</u>

| | | |
|---|---|---|
| **Chadbourne & Parke LLP**<br>Attn Howard Seife & David M LeMay<br>30 Rockefeller Plaza<br>New York, NY 10112 | **Citibank NA**<br>Attn Bobbie Theivakumaran<br>390 Greenwich St 6th Fl<br>New York, NY 10013 | **Deutsche Bank Trust Company Americas**<br>c/o Kelvin Vargas<br>25 De Forest Ave<br>Summit, NJ 07901 |
| **Fannie Mae**<br>Attn Peter McGonigle<br>1835 Market St Ste 2300<br>Philadelphia, PA 19103 | **Internal Revenue Service**<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | **Internal Revenue Service**<br>Centralized Insolvency Operation<br>2970 Market St<br>Philadelphia, PA 19104 |
| **Internal Revenue Service**<br>Insolvency Section<br>31 Hopkins Plz Rm 1150<br>Baltimore, MD 21201 | **Kelley Drye & Warren LLP**<br>James S Carr & Eric R Wilson<br>101 Park Ave<br>New York, NY 10178 | **Kirkland & Ellis**<br>Richard M Cieri<br>601 Lexington Ave<br>New York, NY 10022 |
| **Kirkland & Ellis LLP**<br>Attn Ray C Schrock & Stephen E Hessler<br>601 Lexington Ave<br>New York, NY 10022-4611 | **Kramer Levin Naftallis & Frankel LLP**<br>Kenneth H Eckstein, Thomas Moers Mayer & Douglas H Mannal<br>1177 Avenue of the Americas<br>New York, NY 10036 | **Morrison & Foerster LLP**<br>Attn Tammy Hamzehpour<br>1290 Avenue of the Americas<br>New York, NY 10104 |
| **Morrison & Foerster LLP**<br>Larren M Nashelsky, Gary S Lee & Lorenzo Marinuzzi<br>1290 Avenue of the Americas<br>New York, NY 10104 | **Nationstar Mortgage LLC**<br>Attn: General Counsel<br>350 Highland Drive<br>Lewisville, TX 75067 | **Office of the NY State Attorney General**<br>Nancy Lord & Enid M Stuart<br>The Capitol<br>Albany, NY 12224-0341 |
| **Office of the US Attorney for the Southern District of NY**<br>United States Attorney Preet Bharara<br>One St Andrews Plaza<br>New York, NY 10007 | **Securities & Exchange Commission**<br>Secretary of the Treasury<br>100 F St NE<br>Washington, DC 20549 | **Securities & Exchange Commission NY Regional Office**<br>George S Canellos Regional Director<br>3 World Financial Center Ste 400<br>New York, NY 10281-1022 |
| **Sidley Austin LLP**<br>Larry J Nyhan & Jessica CK Boelter<br>One Dearborn<br>Chicago, IL 60603 | **Skadden Arps Slate Meagher & Flom LLP**<br>Jonathan H. Hofer<br>Four Times Square<br>New York, NY 10036 | **Skadden Arps Slate Meagher & Flom LLP**<br>Ken Ziman<br>Four Times Square<br>New York, NY 10036 |
| **Skadden Arps Slate Meagher & Flom LLP**<br>Sarah M Ward<br>Four Times Square<br>New York, NY 10036 | **Skadden Arps Slate Meagher & Flom LLP**<br>Suzanne D T Lovett<br>Four Times Square<br>New York, NY 10036 | **The Bank of New York Mellon**<br>Asset-Backed Securities Group<br>101 Barclay St 4W<br>New York, NY 10286 |
| **U.S. Bank National Association**<br>Attn: George Rayzis<br>50 South 16 th Street<br>Suite 2000<br>Philadelphia, PA 19102 | **U.S. Bank National Association**<br>Attn: Irina Palchuk<br>60 Livingston Avenue<br>EP-MN-WS1D<br>St. Paul, MN 55107 | **U.S. Department of Justice**<br>US Attorney General, Eric H. Holder, Jr.<br>950 Pennsylvania Ave NW<br>Washington, DC 20530-0001 |

| | | |
|---|---|---|
| **United States Attorney's Office for the Southern District of New York civil Division**<br>Attn Joseph Cordaro<br>86 Chambers St 3rd Fl<br>New York, NY 10007 | **US Trustee for the Southern District of NY**<br>Tracy Hope Davis, Linda A. Riffkin and Brian S. Masumoto<br>33 Whitehall St 21st Fl, Region 2<br>New York, NY 10004 | **Wells Fargo Bank NA**<br>Attn Corporate Trust Services - GMACM Home Equity Notes 2004 Variable Funding Trust<br>PO Box 98<br>Columbia, MD 21046 |
| **Munger Tolles & Olson LLP**<br>Attn: Seth Goldman<br>Thomas B. Walper<br>355 S Grand Avenue<br>Los Angeles, CA 90071 | **Secretary of State, Division of Corporation**<br>99 Washington Avenue, Ste 600<br>One Commerce Plz<br>Albany, NY 12231 | **Financial Guaranty Insurance Company**<br>Attn: John Dubel<br>125 Park Avenue<br>New York, NY 10017 |
| **MBIA Insurance Corporation**<br>Attn: Michael Sonkin<br>113 King Str<br>Armonk, NY 10504 | **Allstate Life Insurance Company**<br>Attn: Peter A. McElvain<br>3075 Sanders Rd Ste G5A<br>Northbrook, IL 60062 | **AIG Asset Management US LLC**<br>Attn: Russeell Lipman<br>80 Pine Street<br>New York, NY 10038 |
| **IBM Corporation**<br>Attn: Shawn Kong<br>1360 Rene Levesque W Ste 400<br>Montreal QC H3G 2W6<br>Canada | **State of Michigan**<br>Attn: Bill Schuette<br>Cadillac Place, Ste 10-200<br>300 W. Grand Blvd.<br>Detroit, MI 48202 | **Law Offices of Christopher Green**<br>Attn: Christopher E. Green<br>Two Union Square Suite 4285<br>601 Union Street<br>Seattle, WA 98101 |
| **Shaffeman & Feldman LLP**<br>Attn: Joel M. Shafferman Esq.<br>286 Madison Avenue, Ste 802<br>New York, NY 10017 | **Wilmington Trust NA**<br>Attn: Julie J. Becker Vice President<br>50 South Sixth Street Ste 1290<br>Minneapolis, MN 55402 | **Travis County Attorney**<br>Attn: Kay D. Brock<br>PO Box 1748<br>Austin, TX 78767 |
| **Attorney General of the State of New York**<br>**Eric T. Schneiderman**<br>Attn: Victoria L. Safran<br>Nassau Regional Office<br>200 Olf County Rd Ste 240 | **David P. Stick Esq.**<br>521 Fifth Avenue, 17th Fl<br>New York, NY 10175 | **Fedelina Roybal-DeAguero 2008 Trust**<br>42265 Little Lake Rd<br>Medocino, CA 94560 |
| **M&TCC**<br>1 M&T Plaza, 7th Floor<br>Buffalo, NY 14203 | **Rowen L. Drenne as Representive for the Plantiffs Brian Kessler et al**<br>3725 N. Indiana<br>Kansas City, MO 64117 | **Secretary of State**<br>123 William St<br>New York, NY 10038 |

**Via E- Mail** hseife@chadbourne.com; dlemay@chadbourne.com; bobbie.theivakumaran@citi.com; kelvin.vargas@db.com; peter_mcgonigle@fanniemae.com; kdwbankruptcydepartment@kelleydrye.com; richard.cieri@kirkland.com; ray.schrock@kirkland.com; richard.cieri@kirkland.com; stephen.hessler@kirkland.com; projectrodeo@kirkland.com; William.b.Solomon@ally.com; Timothy.Devine@ally.com; john.bellaver@ally.com; keckstein@kramerlevin.com; tmayer@kramerlevin.com; dmannal@kramerlevin.com; Tammy.Hamzehpour@gmacrescap.com; diane.citron@ally.com; lnashelsky@mofo.com; glee@mofo.com; lmarinuzzi@mofo.com; Nancy.Lord@OAG.State.NY.US; enid.stuart@OAG.State.NY.US secbankruptcy@sec.gov; secbankruptcy@sec.gov; newyork@sec.gov; lnyhan@sidley.com; jboelter@sidley.com; bmyrick@sidley.com; jhofer@skadden.com; nikolay.kodes@skadden.com; ken.ziman@skadden.com; sarah.ward@skadden.com; suzanne.lovett@skadden.com; george.rayzis@usbank.com; irina.palchuk@usbank.com; AskDOJ@usdoj.gov; joseph.cordaro@usdoj.com; Tracy.Davis2@usdoj.gov; Linda.Riffkin@usdoj.gov; Brian.Masumoto@usdoj.gov; jhaake@wbsvlaw.com; abehlmann@lowenstein.com; abehlmann@lowenstein.com; accesslegalservices@gmail.com;

adam.harris@srz.com; aglenn@kasowitz.com; mstein@kasowitz.com; dfliman@kasowitz.com; namamoo@kasowitz.com; alicia.borys@barclays.com; patrick.kerner@barclays.com; amuller@stinson.com; ana.damonte@pillsburylaw.com; austin.bankruptcy@publicans.com; ayala.hassell@hp.com; bankruptcy@clm.com; bankruptcy2@ironmountain.com; bateman@sewkis.com; bbeskanos@aol.com; bbressler@schnader.com; rbarkasy@schnader.com; bdeutsch@schnader.com; bill.macurda@alston.com; bnkatty@aldine.k.12.tx.us; Brendan.meyer@db.com; broylesmk@rgcattys.com; catherine_lasher@fanniemae.com; cball@jonesday.com; rlwynne@jonesday.com; lemiller@jonesday.com; ceblack@jonesday.com; cmomjian@attorneygeneral.gov; cohen@sewkis.com; das@sewkis.com; courtney.lowman@ally.com; cwood@rgrdlaw.com; dallas.bankruptcy@publicans.com; danbrockett@quinnemanuel.com; daveburnett@quinnemanuel.com; jeremyandersen@quinnemanuel.com; david.powlen@btlaw.com; david.tillem@wilsonelser.com; davids@blblgaw.com; jonathanu@blblglaw.com; matthewj@blblglaw.com; dearly@fdic.gov; deggert@freebornpeters.com; derek@talcottfranklin.com; dflanigan@polsinelli.com; jnagi@polsinelli.com; dhall@siwpc.com; diem.home@gmail.com; dneier@winston.com; dneier@winston.com; cschreiber@winston.com; almoskowitz@winston.com; dprather@iglou.com; dsasser@siwpc.com; dwdykhouse@pbwt.com; bguiney@pbwt.com; ebcalvo@pbfcm.com; ecf@kaalaw.com; ecfmail@aclawllp.com; eciolko@ktmc.com; dmoffa@ktmc.com; tziegler@ktmc.com fsosnick@shearman.com; sfennessey@shearman.com; gbush@zuckerman.com; ncohen@zuckerman.com; lneish@zuckerman.com; gbush@zuckerman.com; ncohen@zuckerman.com; lneish@zuckerman.com; gcatalanello@duanemorris.com; jvincequerra@duanemorris.com; ggraber@hodgsonruss.com; gjarvis@gelaw.com; mpmorris@gelaw.com; delman@gelaw.com; Glenn.Gillett@usdoj.gov; glenn.siegel@dechert.com; hector.gonzalez@dechert.com; brian.greer@dechert.com; mauricio.espana@dechert.com; gregory.petrick@cwt.com; ingrid.bagby@cwt.com; guzzi@whitecase.com; houston_bankruptcy@lgbs.com; howard.godnick@srz.com; igoldstein@proskauer.com; jai@blblglaw.com; jberkowitz@gibbonslaw.com; jeff.brown@gmacfs.com; william.b.solomon@ally.com; jgarrity@morganlewis.com; jglucksman@scarincihollenbeck.com; jlaitman@cohenmilstein.com; clometti@cohenmilstein.com; meisenkraft@cohenmilstein.com; drehns@cohenmilstein.com; krehns@cohenmilstein.com; jlawlor@wmd-law.com; jmiller@tcfbank.com; jmoldovan@morrisoncohen.com; bankruptcy@morrisoncohen.com; john.stern@texasattorneygeneral.gov; jteitelbaum@tblawllp.com; jwilliams@wilmingtontrust.com; rmaney@wilmingtontrust.com; kelly.j.rentz@wellsfargo.com; Nichlaus.M.Ross@wellsfargo.com; Sharon.Squillario@wellsfargo.com; mary.l.sohlberg@wellsfargo.com; kenton_hambrick@freddiemac.com; kgiannelli@gibbonslaw.com; kit.weitnauer@alston.com; kpatrick@gibbsbruns.com; kpatrick@gibbsbruns.com; shumphries@gibbsbruns.com; kristi.garcia@wellsfargo.com; lberkoff@moritthock.com; macohen@curtis.com; mamta.scott@usbank.com; marguerite.gardiner@srz.com; mark.ellenberg@cwt.com; marty.bunin@alston.com; william.hao@alston.com; mcarney@mckoolsmith.com; metkin@lowenstein.com; ilevee@lowenstein.com; metkin@lowenstein.com; ilevee@lowenstein.com; metkin@lowenstein.com; ilevee@lowenstein.com; metkin@lowenstein.com; ilevee@lowenstein.com; mgallagher@curtis.com; michael.cutini@srz.com;

michelle.moeller@usbank.com; mkraut@morganlewis.com; mrollin@rplaw.com; mvaughan@wbsvlaw.com; dskeens@wbsvlaw.com; mwarner@coleschotz.com; echou@coleschotz.com; Paul_Papas@mylegalhelpusa.com; pdefilippo@wmd-law.com; sfitzgerald@wmd-law.com; pfleming@morganlewis.com; pmoak@McKoolSmith.com; pmoak@McKoolSmith.com; ra-li-ucts-bankrupt@state.pa.us; rescapinfo@kccllc.com; rnorton@hunton.com; rrich2@hunton.com; robert.major@bnymellon.com; romero@mromerolawfirm.com; rosa.mendez@db.com; Ross.martin@ropesgray.com; Ross.martin@ropesgray.com; keith.wofford@ropesgray.com; Sarah.Stout@BNYMellon.com; Jennifer.Provenzano@BNYMellon.com; Michael.Spataro@BNYMellon.com; Mageshwaran.Ramasamy@BNYMellon.com; sdnyecf@dor.mo.gov; sheehan@txschoollaw.com; sreisman@curtis.com; srutsky@proskauer.com; jzajac@proskauer.com; stevep@rgrdlaw.com; susan.khokher@tdsecurities.com; kathryn.thorpe@tdsecurities.com; Adam.Parkin@tdsecurities.com; Christopher.stevens@tdsecurities.com; susanp@taxcollector.com; susheelkirpalani@quinnemanuel.com; scottshelley@quinnemanuel.com; taconrad@sblawfirm.com; tal@talcottfranklin.com; tanveer.ashraf@usbank.com; tfawkes@freebornpeters.com; thadwilson@kslaw.com; ajowers@kslaw.com; pferdinands@kslaw.com; theodore.w.tozer@hud.gov; tklestadt@klestadt.com; jcorneau@klestadt.com; tlallier@foleymansfield.com; tom.houghton@ally.com; wcurchack@loeb.com; vrubinstein@loeb.com; dminoff@loeb.com; whazeltine@sha-llc.com; will.hoch@crowedunlevy.com; xrausloanops5@barclays.com;