# Severson & Werson
A Professional Corporation

Joe H. Tuffaha
Attorney at Law
Direct Line: (949) 225-3755
jht@severson.com

The Atrium
19100 Von Karman Ave., Suite 700
Irvine, CA 92612
Telephone: (949) 442-7110
Facsimile: (949) 442-7118

July 30, 2012



AUG 24 2012

U.S. BANKRUPTCY COURT
SD DIST OF NEW YORK

**VIA FIRST CLASS MAIL**

Amid T. Bahadori
Bryan M. Thomas
BAHADORI & THOMAS, LLP
2 Park Plaza, Suite 450
Irvine, CA 92612

Re:   *Julio Pichardo v. GMAC Mortgage, LLC*
      Orange County Superior Court Case No. 30-2012-00581642-CU-CL-CJC

Dear Messrs. Bahadori and Thomas:

We are writing to inform you that Residential Capital and certain of its direct and indirect affiliates (the "Debtors"), including Defendant GMAC Mortgage, LLC ("Defendant"), filed petitions for relief under Chapter 11 of the United States Bankruptcy Code on May 14, 2012 (the "Petition Date") in the United States Bankruptcy Court (the "Bankruptcy Court") for the Southern District of New York (Case No. 12-12020(MG)). As a result, as of the Petition Date, the automatic stay under section 362(a) of the United States Bankruptcy Code went into and remains in effect as to the Debtors.

On July 13, 2012, the Bankruptcy Court entered a final supplemental order granting, among other things, the Debtors' Motion for Limited Relief from the automatic stay to permit certain foreclosure and eviction proceedings, borrower bankruptcy cases and title disputes to proceed (the "Final Supplemental Order"). Paragraphs 14, 15, 16 and 17 of the Final Supplemental Order identify the categories of defenses, claims and counter-claims for which the automatic stay has been modified (the "Permitted Claims"). A copy of the Final Supplemental Order is enclosed.

We understand that on July 6, 2012, you filed the above-captioned lawsuit against Defendant (the "Lawsuit"). Based upon a review of the current status of the Lawsuit, the following claims (Violation of the Fair Debt Collection Practices Act, Negligent Misrepresentation, Violation of California Business & Professions Code section 17200 and 17500) are not Permitted Claims because they are outside of the scope of the relief covered in the Final Supplemental Order (the "Stayed Claims"). The continued prosecution of the Stayed Claims would violate the automatic stay, 11 U.S.C. § 362(a)(1), which expressly precludes "the commencement or continuation . . . of a judicial, administrative, or other action or proceeding

San Francisco ~ Orange County ~ Walnut Creek

19000.0000/2291219.1


Severson
Werson
A Professional Corporation

Amid T. Bahadori
Bryan M. Thomas
July 30, 2012
Page 2

against the debtor that was or could have been commenced before the commencement of the case under this title, or to recover a claim against the debtor that arose before the commencement of the case under this title." Accordingly, the continued prosecution of the Stayed Claims is prohibited.

The remaining claims asserted in your Lawsuit constitute Permitted Claims under the Final Supplemental Order and you may continue to prosecute these claims in accordance with the terms of that order.

Please note that all actions taken in violation of the automatic stay are void and parties may be held in contempt of court for violating the stay. *Bartel v. Eastern Airlines*, 1998 U.S. App. LEXIS 71, at *5 (2d Cir. 1998) (acknowledging bankruptcy court's power to impose civil contempt sanctions where a party is aware of the automatic stay and willfully ignores it); *Fidelity Mortgage Investors v. Camelia Buildiers, Inc.*, 550 F.2d 47 (2d Cir. 1976).

Defendant expressly reserves all rights and remedies with respect to your Lawsuit.

Should you have any questions, feel free to contact the undersigned.

Sincerely,

Joe H. Tuffaha

JHT/jsw
Enclosure

**NEW YORK SOUTHERN DISTRICT BANKRUPTCY COURT**
**ONE BOWLING GREEN**
**NEW YORK N.Y. 10004**

8/23/2012

**ATT: JUDGE GLENN**

IN RESPONSE TO GMAC TO DENY MOTION; PLEASE NOTE THAT THE FACT THAT GMAC CLAIMS THAT THERE IS NO RECORD OF THEIR ACTION; DOCUMENTS SENT OVERNIGHT RECEIVED BY THE COURTS ON THE 22ND SHOWS DIFFERENT. MY ATOURNEY HAS THE REMAINDER OF FILE. ENCLOSED PLEASE FIND GMAC'S RESPONSE ADVICING PROSECUING PORTION OF CASE.
WITH RESPECTS TO GMAC VIEWS; THEY CANNOT ASSERT STAY IN ORDER TO THUMB THEIR NOSE TO THE COURT AND ANYONE, IN VIOLATION OF THE LAW.

NOTHING IS FURTHER FROM THE TRUTH THAN GMAC'S ATTEMPT TO PUT A FAMILY OUT ON THE STREET WITHOUT CAUSE. EVEN PRIVACY LAWS CANNOT BE VIOLATED TO OBTAIN A UNLAWFUL RESULT OF DISPLACING A FAMILY OUT OF THEIR HOME.

GMAC IS & WAS WILLING TO LIE TO THE COURT CONCERNING THESE VIOLATIONS.

EVEN AFTER I PROVIDED PROOF OF CERTIFIED PAYMENT SENT & RECEIVED, GMAC CONTINUED TO DRIVE A TRAIN THROUGH MY LIFE & THE LIFE OF MY FAMILY.
IT'S NOT JUST UNLAWFUL COLLECTION PRACTICES, IT'S THE HARM CAUSED BY ANY MEANS. NOTHING CAN EXCUSE THIS FACT. I AM CERTAIN YOU JUDGE GLENN WILL NOT ALLOW THIS. THERE IS NO REASON. IT'S AGAINST THE LAW TO THROW SOMEONE OUT OF THEIR HOME TO ENGROSE THEIR NETWORTH THEN CLAIMING A STAY.
GMAC NEVER THOUGH OF RESOURCES OR TIME CONSUPMED TO PERPETRATE THIS EVIL.
FIRST GMAC WILL TRY TO HYDE ACTIONS SAYING IT NEVER HAPPENED, THEN THEY MAY TRY TO ATTRIBUTE ALL THESE DOCUMENTS SENT TO THEIR AUTOMATED SYSTEM.
I PERSONALLY CALLED MANY TIMES TO TALK TO GMAC LOAN SERVICING, LOAN RESOLUTION, CUSTOMER SERVICE & MANAGERS IN AN ATTEMPT TO CORRECT THESE ABUSIVE BLAINT VIOLATIONS. THERE IS NO DOUBT GMAC HAS BROKEN THE LAW, & WANT TO COVER IT UP WITH A STAY. IS LIKE APPLYING FOR LICENSE TO DRIVE IN ORDER TO RUN SOMEONE OVER. NOTHING SHOULD PREVENT GMAC FROM ACCEPTING RESPONSIBILITY FOR THEIR ACTIONS.

THIS IS ALL A LIE (SEE SEVERAL DOCS SENT TO COURT RECEIVED 8/22/2012 SHOWS THIS. ALTHOUGH MY ATOURNEY HAS THE REST OF THE FILE, I WAS ABLE TO FIND NUMEROUS GMAC SENT DOCUMENTS. GMAC TOUGHT I WOULD TAKE IT QUIETLY. BUT I COULD NOT.

PLEASE NOTE CA. ATOURTNEY GENERAL & CA. REVIEW BOARD HAVE BEEN REVEWING THIS CASE & ARE PENDING ACTION. IT'S A LIE THAT THERE IS NO ONE OVERSEEING ALL THESE VIOLATIONS. THANK YOU FOR YOUR PATIENCE ON SUCH AN IMPORTANT MATTER.
THANK YOU.
JULIO PICHARDO      *[signature]*