MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:    (212) 468-8000
Facsimile:    (212) 468-7900
Gary S. Lee
Lorenzo Marinuzzi

*Counsel for the Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------------

|  |  |  |
|---|---|---|
| In re: | ) ) | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, <u>et al</u>., | ) ) | Chapter 11 |
| Debtors. | ) ) ) | Jointly Administered |

---------------------------------------------------------------------------

**CERTIFICATE OF NO OBJECTIONS REGARDING DEBTORS' APPLICATION FOR ORDER (I) ESTABLISHING DEADLINE FOR FILING PROOFS OF CLAIM AND (II) APPROVING THE FORM AND MANNER OF NOTICE THEREOF**

1. The undersigned hereby certifies that, as of the date hereof, he is not aware of any answer, objection or other responsive pleading to the relief sought in the following application, filed by the Debtors on August 6, 2012 (the "<u>Application</u>"):

> Application for Order (I) Establishing Deadline for Filing Proofs of Claim and (II) Approving the Form and Manner of Notice Thereof [Docket No. 1014].

2. The undersigned further declares that he has caused a review of the Court's docket in these cases and has not been advised that any answer, objection or other responsive pleading to the Application appears thereon. The deadline for filing objections to the Application has passed.

ny-1056002

3.	In accordance with the Order Under Bankruptcy Code Sections 102(1), 105(a) and 105(d), Bankruptcy Rules 1015(c), 2002(m) and 9007 and Local Bankruptcy Rule 2002-2 Establishing Certain Notice, Case Management and Administrative Procedures entered on May 23, 2012 [Docket No. 151] (the "Case Management Procedures"), the undersigned submits this Certificate of No Objections pursuant to 28 U.S.C. § 1746.

4.	Accordingly, for the reasons set forth in the Application, the Debtors respectfully request that the proposed revised Order granting the Application (the "Revised Order"), annexed hereto as Exhibit 1,[1] be entered in accordance with the procedures set forth in the Case Management Procedures.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
August 27, 2012

/s/ Gary S. Lee
MORRISON & FOERSTER LLP
Gary S. Lee
Lorenzo Marinuzzi
1290 Avenue of the Americas
New York, NY 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel for the Debtors
and Debtors in Possession*

---

[1] Attached to the Application was a proposed order approving the relief requested in the Application (the "Proposed Order"). The Debtors' have amended the Proposed Order. An electronic comparison of the Proposed Order to the Revised Order is attached hereto as Exhibit 2.

ny-1056002         2