MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:    (212) 468-8000
Facsimile:    (212) 468-7900
Gary S. Lee
Lorenzo Marinuzzi
Norman S. Rosenbaum

*Counsel for the Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**PROPOSED AGENDA FOR MATTERS SCHEDULED
TO BE HEARD ON AUGUST 29, 2012 AT 10:00 A.M. (EST)**

Location of Hearing:  United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, Courtroom 501, One Bowling Green, New York, NY 10004-1408

**I.    ADJOURNED MATTERS**

**1.**    Motion of Deborah Bollinger and Bryan Bubnick for Relief from Automatic Stay as to GMAC Mortgage, LLC and Residential Capital, LLC [Docket No. 677]

**Related Documents**:

**a.**    Memorandum of Law in Support of Motion of Deborah Bollinger and Bryan Bubnick for Relief from Automatic Stay as to GMAC Mortgage, LLC and Residential Capital, LLC [Docket No. 678]

**b.**    Declaration of Robert L. Schug in Support of Motion of Deborah Bollinger and Bryan Bubnick for Relief from Automatic Stay as to GMAC Mortgage, LLC and Residential Capital, LLC [Docket No. 679]

ny-1054957

    **c.**    Notice of Hearing on Motion of Deborah Bollinger and Bryan Bubnick for Relief from Automatic Stay as to GMAC Mortgage, LLC and Residential Capital, LLC [Docket No. 680]

    **d.**    Notice of Adjournment of Hearing on Lift Stay Motions to August 14, 2012 at 10:00 a.m. [Docket No. 824]

    **e.**    Notice of Adjournment of Hearing on Motion of Deborah Bollinger and Bryan Bubnick for Relief from Automatic Stay as to GMAC Mortgage, LLC [Docket No. 1217]

    **Responses**:    None.

    **Status**:    This hearing on this matter has been adjourned to September 11, 2012.

**2.**    Motion of Gerard Wiener for Relief from Automatic Stay as to GMAC Mortgage, LLC [Docket No. 813]

    **Related Documents**:

    **a.**    Additional Exhibits to Motion of Gerard Wiener for Relief from Automatic Stay as to GMAC Mortgage, LLC [Docket No. 814]

    **b.**    Notice of Hearing on Motion of Gerard Wiener for Relief from Automatic Stay as to GMAC Mortgage, LLC [Docket No. 815]

    **c.**    Notice of Adjournment of Hearing on Lift Stay Motions to September 11, 2012 at 10:00 A.M. [Docket No. 1232]

    **Responses**:    None.

    **Status**:    This hearing on this matter has been adjourned to September 11, 2012.

**3.**    Notice of Motion for Relief from Stay (filed by GMAC Mortgage, LLC (269 Streamwater Court, Blacklick, Ohio)) [Docket No. 896]

    **Related Documents**:

    **a.**    Notice of Adjournment of Hearing on Lift Stay Motions to September 11, 2012 at 10:00 A.M. [Docket No. 1232]

    **Responses**:    None.

    **Status**:    This hearing on this matter has been adjourned to September 11, 2012.

**4.**    Notice of Motion for Relief from Stay (filed by GMAC Mortgage, LLC (3355 Sunhaven Oval, Parma, OH) [Docket No. 897]

**Related Documents**:

a. Notice of Adjournment of Hearing on Lift Stay Motions to September 11, 2012 at 10:00 A.M. [Docket No. 1232]

**Responses**: None.

**Status**: This hearing on this matter has been adjourned to September 11, 2012.

II. **UNCONTESTED/SETTLED MATTERS**

1. Debtors' Application for Order (I) Establishing Deadline for Filing Proofs of Claim and (II) Approving Manner the Form and Manner of Notice Thereof [Docket No. 1014]

   **Related Documents**:

   a. Certificate of No Objections Regarding Debtors' Application for Order (I) Establishing Deadline for Filing Proofs of Claim and (II) Approving Manner the Form and Manner of Notice Thereof [Docket No. 1274]

   **Responses**: None.

   **Status**: A certificate of no objection has been filed. The Court may determine that no hearing is required.

2. Application of the Examiner for Order Authorizing the Retention and Employment of Mesirow Financial Consulting, LLC as Financial Advisor to the Examiner *Nunc Pro Tunc* to July 24, 2012 [Docket No. 1106]

   **Related Documents**:

   a. Certificate of No Objection Under 28 U.S.C. Section 1746 Regarding the Retention of Mesirow Financial Consulting, LLC as Financial Advisor the Examiner [Docket No. 1238]

   **Responses**: None.

   **Status**: A certificate of no objection has been filed. The Court may determine that no hearing is required.

III. **CONTESTED MATTERS**

1. Motion for Relief from Stay re: Letter from Julio Pichardo regarding Relief from the Automatic Stay as this Involves Personal Injury [Docket No. 1026]

**Related Documents**:

a. Notice of Hearing on Motion of Julio Pichardo for Relief from the Automatic Stay [Docket No. 1185]

b. Amended Motion for Relief from Stay re: Letter from Julio Pichardo regarding Relief from the Automatic Stay as this Involves Personal Injury [Docket No. 1212]

c. Letter from Joe H. Tuffaha, Attorney At Law of Severson & Werson, to Amid T. Bahadori and Bryan M. Thomas of Bahadori & Thomas, LLP, regarding Julio Pichardo v. GMAC Mortgage, LLC, Orange County Superior Court Case [Docket No. 1273]

**Responses**:

a. Debtors' Objection to Motion for Relief from the Automatic Stay Filed by Julio Pichardo (Docket Nos. 1026 and 1212) [Docket No. 1233]

**Status**:    The hearing on this matter will be going forward.

2. Debtors' Motion Pursuant to 11 U.S.C. Sections 105, 363 and 365 to (A) Establish Procedures for the Sale or Disposal of *De Minimis* Assets; and (B) Authorize the Debtors to (I) Pay Related Fees and Expenses and (II) Assume, Assign or Reject Related Executory Contracts and Unexpired Leases [Docket No. 1094]

   **Related Documents**:

   a. Declaration of William Tyson in Support of the Debtors' Motion Pursuant to 11 U.S.C. Sections 105, 363 and 365 to (A) Establish Procedures for the Sale or Disposal of De Minimis Assets; and (B) Authorize the Debtors to (I) Pay Related Fees and Expenses and (II) Assume, Assign or Reject Related Executory Contracts and Unexpired Leases [Docket No. 1094]

   **Responses**:

   a. Statement on Proposed Order Granting Debtors' Motion for Sale of Mortgage Loans as "De Minimis Sales" Under 11 U.S.C. Section 363, filed by Wendy Alison Nora [Docket No. 1239]

   **Replies**:

   a. Debtors' Omnibus Reply to Responses to the Debtors' Motion Pursuant to 11 U.S.C. Sections 105, 363 and 365 to (A) Establish Procedures for the Sale or Disposal of De Minimis Assets; and (B) Authorize the Debtors to (I) Pay Related Fees and Expenses and (II) Assume, Assign or Reject Related Executory Contracts and Unexpired Leases [Docket No. 1268]

**Status**:   The hearing on this matter will be going forward.

Dated:  August 27, 2012
        New York, New York

                                        /s/ Gary S. Lee
                                        Gary S. Lee
Lorenzo Marinuzzi
Norman S. Rosenbaum
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel for the Debtors and
Debtors in Possession*