UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

_____

|  | |
|---|---|
| | Case No.: 12-12020 |
| | (Chapter 11) |
| In Re: | |
| | Assigned to: |
| RESIDENTIAL CAPITAL, LLC, et al. | Hon. Martin Glenn |
| | Bankruptcy Judge |
| Debtors | |

_____

## MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

I, Phillip R. Robinson, request admission *Pro Hoc Vice*, before the Hon. Martin Glenn to represent creditor, Kevin J. Matthews (Proof of Claim No. 392), in the above-references cases.

I certify that I am a member in good standing of the bar of the State of Maryland and am also admitted to practice in the U.S. District Court for Maryland, U.S. District Court for the District of Columbia, the Fourth Circuit Court of Appeals, and the Eleventh Circuit Court of Appeals.

DATED:      August 28, 2012
            Frederick, Maryland              Respectfully Submitted,


                                             */s Phillip R. Robinson*

                                             Phillip R. Robinson, Esq.
                                             Legg Law Firm LLC
                                             5500 Buckeystown Pike
                                             Frederick, MD  21703
                                             probinson@legglaw.com
                                             Telephone (301) 620-1016
                                             Fax (301) 620-1018

## CERTIFICATE OF SERVICE

I hereby certify that on this day, the 28th day of August 2012, that electronic copies of the **MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*** and proposed order thereto were sent electronically to each of the parties identified on the Monthly Service List as of August 1, 2012 (Doc. 986) at the email addresses provided and also to the Debtors' claims and noticing agent, KurtzmanCarson Consultants, LLC.

I further certify that paper copies of the same papers identified above were mailed on this 28th day of August 2012 by pre-paid, first class mail to each of the parties identified on Exhibit 1 to the Court's Case Management Procedures (Doc. 141) as required to receive paper copies.

*/s Phillip R. Robinson*

_____

**Phillip R. Robinson**