UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In Re:

RESIDENTIAL CAPITAL, LLC, et al.

Debtors

Case No.: 12-12020

(Chapter 11)

Assigned to:
Hon. Martin Glenn
Bankruptcy Judge

**ORDER GRANTING ADMISSION TO PRACTICE *PRO HOC VICE***

Upon Motion of Phillip R. Robinson, for admission *Pro Hoc Vice*, before the Hon. Martin Glenn to represent creditor, Kevin J. Matthews (Claim No. 392), in the above-referenced cases and the attorney having certified that he is a member in good standing of the bar of the State of Maryland and also admitted to practice in U.S. District Court for Maryland, U.S. District Court for the District of Columbia, the Fourth Circuit Court of Appeals, and the Eleventh Circuit Court of Appeals,

IT IS HEREBY ORDERED that Phillip R. Robinson, Esq. is admitted to practice *Pro Hoc Vice*, in the above case to represent his client(s) in the above referenced case for the United States District Court for the Southern District of new York, provided the filing fee has been paid to the Clerk of the Court.

Dated: August _____, 2012

New York, New York

_____
The Honorable Martin Glenn
United States Bankruptcy Judge