MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:   (212) 468-8000
Facsimile:   (212) 468-7900
Gary S. Lee
Lorenzo Marinuzzi
Norman S. Rosenbaum

*Counsel for the Debtors and*
*Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------------------
|                                          )
In re:                                     )   Case No. 12-12020 (MG)
|                                          )
RESIDENTIAL CAPITAL, LLC, <u>et</u> <u>al</u>.,  )   Chapter 11
|                                          )
                            Debtors.       )   Jointly Administered
|                                          )
---------------------------------------------------------------------------------  )

**AMENDED[1] PROPOSED AGENDA FOR MATTERS SCHEDULED**
**TO BE HEARD ON AUGUST 29, 2012 AT 10:00 A.M. (EST)**

Location of Hearing:   United States Bankruptcy Court for the Southern District of New York,
Alexander Hamilton U.S. Custom House, Courtroom 501, One Bowling Green, New York, NY
10004-1408

**I.        ADJOURNED MATTERS**

**1.**     Motion of Deborah Bollinger and Bryan Bubnick for Relief from Automatic Stay as to
           GMAC Mortgage, LLC and Residential Capital, LLC [Docket No. 677]

           **Related Documents**:

           **a.**      Memorandum of Law in Support of Motion of Deborah Bollinger and
                       Bryan Bubnick for Relief from Automatic Stay as to GMAC Mortgage,
                       LLC and Residential Capital, LLC [Docket No. 678]

           **b.**      Declaration of Robert L. Schug in Support of Motion of Deborah Bollinger
                       and Bryan Bubnick for Relief from Automatic Stay as to GMAC
                       Mortgage, LLC and Residential Capital, LLC [Docket No. 679]

---
[1] Amended items appear in **bold**.

ny-1054957

     **c.**     Notice of Hearing on Motion of Deborah Bollinger and Bryan Bubnick for Relief from Automatic Stay as to GMAC Mortgage, LLC and Residential Capital, LLC [Docket No. 680]

     **d.**     Notice of Adjournment of Hearing on Lift Stay Motions to August 14, 2012 at 10:00 a.m. [Docket No. 824]

     **e.**     Notice of Adjournment of Hearing on Motion of Deborah Bollinger and Bryan Bubnick for Relief from Automatic Stay as to GMAC Mortgage, LLC [Docket No. 1217]

**Responses**:     None.

**Status**:     This hearing on this matter has been adjourned to September 11, 2012.

**2.**     Motion of Gerard Wiener for Relief from Automatic Stay as to GMAC Mortgage, LLC [Docket No. 813]

**Related Documents**:

     **a.**     Additional Exhibits to Motion of Gerard Wiener for Relief from Automatic Stay as to GMAC Mortgage, LLC [Docket No. 814]

     **b.**     Notice of Hearing on Motion of Gerard Wiener for Relief from Automatic Stay as to GMAC Mortgage, LLC [Docket No. 815]

     **c.**     Notice of Adjournment of Hearing on Lift Stay Motions to September 11, 2012 at 10:00 A.M. [Docket No. 1232]

**Responses**:     None.

**Status**:     This hearing on this matter has been adjourned to September 11, 2012.

**3.**     Notice of Motion for Relief from Stay (filed by GMAC Mortgage, LLC (269 Streamwater Court, Blacklick, Ohio)) [Docket No. 896]

**Related Documents**:

     **a.**     Notice of Adjournment of Hearing on Lift Stay Motions to September 11, 2012 at 10:00 A.M. [Docket No. 1232]

**Responses**:     None.

**Status**:     This hearing on this matter has been adjourned to September 11, 2012.

**4.**     Notice of Motion for Relief from Stay (filed by GMAC Mortgage, LLC (3355 Sunhaven Oval, Parma, OH) [Docket No. 897]

**Related Documents**:

a.        Notice of Adjournment of Hearing on Lift Stay Motions to September 11, 2012 at 10:00 A.M. [Docket No. 1232]

**Responses**:      None.

**Status**:   This hearing on this matter has been adjourned to September 11, 2012.

**II.**     **TELEPHONIC STATUS CONFERENCE – GMAC MORTGAGE, LLC. v. SILMON (CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA (BIRMINGHAM DIVISION), CASE NO.: CV-2009-902322**

**1.**     **GMAC Mortgage, LLC's Notice of Bankruptcy Filing and Supplemental Servicing Order (Filed on August 2, 2012)**

       **Related Documents:**    **None.**

       **Responses:**    **None.**

       **Status:**    **A status call on this matter will be going forward.**

**III.**    **UNCONTESTED/SETTLED MATTERS**

**1.**     Debtors' Application for Order (I) Establishing Deadline for Filing Proofs of Claim and (II) Approving Manner the Form and Manner of Notice Thereof [Docket No. 1014]

       **Related Documents**:

       a.        Certificate of No Objections Regarding Debtors' Application for Order (I) Establishing Deadline for Filing Proofs of Claim and (II) Approving Manner the Form and Manner of Notice Thereof [Docket No. 1274]

       **Responses**:     None.

       **Status**:   A certificate of no objection has been filed.  The Court may determine that no hearing is required.

**2.**     Application of the Examiner for Order Authorizing the Retention and Employment of Mesirow Financial Consulting, LLC as Financial Advisor to the Examiner *Nunc Pro Tunc* to July 24, 2012 [Docket No. 1106]

       **Related Documents**:

       a.        Certificate of No Objection Under 28 U.S.C. Section 1746 Regarding the Retention of Mesirow Financial Consulting, LLC as Financial Advisor the Examiner [Docket No. 1238]

**Responses**:      None.

**Status**:      A certificate of no objection has been filed.  The Court may determine that
no hearing is required.

## IV.    **CONTESTED MATTERS**

**1.**      Motion for Relief from Stay re:  Letter from Julio Pichardo regarding Relief from the
Automatic Stay as this Involves Personal Injury [Docket No. 1026]

**Related Documents**:

a.      Notice of Hearing on Motion of Julio Pichardo for Relief from the
Automatic Stay [Docket No. 1185]

b.      Amended Motion for Relief from Stay re:  Letter from Julio Pichardo
regarding Relief from the Automatic Stay as this Involves Personal Injury
[Docket No. 1212]

c.      Letter from Joe H. Tuffaha, Attorney At Law of Severson & Werson, to
Amid T. Bahadori and Bryan M. Thomas of Bahadori & Thomas, LLP,
regarding Julio Pichardo v. GMAC Mortgage, LLC, Orange County
Superior Court Case [Docket No. 1273]

**Responses**:

a.      Debtors' Objection to Motion for Relief from the Automatic Stay Filed by
Julio Pichardo (Docket Nos. 1026 and 1212) [Docket No. 1233]

**Status**:      The hearing on this matter will be going forward.

**2.**      Debtors' Motion Pursuant to 11 U.S.C. Sections 105, 363 and 365 to (A) Establish
Procedures for the Sale or Disposal of *De Minimis* Assets; and (B) Authorize the
Debtors to (I) Pay Related Fees and Expenses and (II) Assume, Assign or Reject
Related Executory Contracts and Unexpired Leases [Docket No. 1094]

**Related Documents**:

a.      Declaration of William Tyson in Support of the Debtors' Motion Pursuant
to 11 U.S.C. Sections 105, 363 and 365 to (A) Establish Procedures for the
Sale or Disposal of De Minimis Assets; and (B) Authorize the Debtors to
(I) Pay Related Fees and Expenses and (II) Assume, Assign or Reject
Related Executory Contracts and Unexpired Leases [Docket No. 1094]

**Responses**:

a.       Statement on Proposed Order Granting Debtors' Motion for Sale of
         Mortgage Loans as "De Minimis Sales" Under 11 U.S.C. Section 363, filed
         by Wendy Alison Nora [Docket No. 1239]

**Replies**:

a.       Debtors' Omnibus Reply to Responses to the Debtors' Motion Pursuant to
         11 U.S.C. Sections 105, 363 and 365 to (A) Establish Procedures for the
         Sale or Disposal of De Minimis Assets; and (B) Authorize the Debtors to
         (I) Pay Related Fees and Expenses and (II) Assume, Assign or Reject
         Related Executory Contracts and Unexpired Leases [Docket No. 1268]

**Status**:   The hearing on this matter will be going forward.

Dated:  August 28, 2012
        New York, New York

                                        /s/ Gary S. Lee
                                        Gary S. Lee
                                        Lorenzo Marinuzzi
                                        Norman S. Rosenbaum
                                        MORRISON & FOERSTER LLP
                                        1290 Avenue of the Americas
                                        New York, New York 10104
                                        Telephone: (212) 468-8000
                                        Facsimile: (212) 468-7900

                                        *Counsel for the Debtors and*
                                        *Debtors in Possession*