Casey B. Howard
LOCKE LORD LLP
Three World Financial Center
New York, New York 10281
(212) 812-8342
fax: (212) 812-8372
choward@lockelord.com
*Counsel for Locke Lord LLP*

**UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

In re:

RESIDENTIAL CAPITAL, LLC, et al.,

Debtors.

Chapter 11

Case No. 12-12020 (MG)

**NOTICE OF APPEARANCE AND REQUEST FOR
NOTICES AND SERVICE OF ALL OTHER PAPERS**

**PLEASE TAKE NOTICE** that undersigned counsel hereby enters its appearance on behalf of Locke Lord LLP in the above-referenced case pursuant to the United States Bankruptcy Code and Federal Rule of Bankruptcy Procedure 9010.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Federal Rules of Bankruptcy Procedure 2002, 3017, 9007, and 9010, undersigned counsel hereby requests that all notices given or required to be given in the above-captioned case including, but not limited to, all papers filed and served in all adversary proceedings in this case and all notices mailed only to statutory committees or their authorized agents or to creditors and equity security holders who file with the court a request that all notices be mailed to them, be given to and served at the following addresses, telephone and fax numbers:

1

>Casey B. Howard
>LOCKE LORD LLP
>3 World Financial Center
>New York, New York 10281-2101
>Phone: (212) 812-8342
>Fax: (212) 812-8372
>choward@lockelord.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only notices and papers referred to in the Federal Rule of Bankruptcy Procedure 2002, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand-delivery, telephone, fax transmission, or otherwise filed in or made with regard to this case and any proceeding commenced herein.

**PLEASE TAKE FURTHER NOTICE** that the foregoing simply constitutes a demand and request for service and does not constitute a consent to the jurisdiction of the Bankruptcy Court or a waiver of the right to a jury trial.

Dated:  August 28, 2012
         New York, New York

>Respectfully Submitted,
>
>By: _/s/ Casey B. Howard_____
>    Casey B. Howard
>    LOCKE LORD LLP
>    3 World Financial Center
>    New York, New York 10281-2101
>    Phone: (212) 812-8342
>    Fax: (212) 812-8372
>    choward@lockelord.com
>    *Counsel for Locke Lord LLP*

# CERTIFICATE OF SERVICE

    I certify that, on August 28, 2012, a true and correct copy of the foregoing Notice of Appearance and Request for Notices and Service of All Other Papers was served via ECF upon all parties who receive service via ECF.

                                            */s/  Casey B. Howard*
                                            Casey B. Howard

NYC 94308