**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) ) Chapter 11 |
| RESIDENTIAL CAPITAL, LLC, *et al.*, | ) ) Case No. 12-12020 (mg) |
| Debtors. | ) ) (Jointly Administered) ) |

## MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

I, THOMAS J. CUNNINGHAM, hereby request admission, *pro hac vice*, before the Honorable Martin Glenn to represent LOCKE LORD LLP in the above-referenced cases.

I hereby certify that I am a member in good standing of the bar in the State of Illinois and that I have been admitted to practice in the United States District Court for the Northern District of Illinois.

I have submitted the filing fee of $200 with this motion for *pro hac vice* admission.

Dated: August 28, 2012
New York, New York                     */s/ Thomas J. Cunningham*

                                                Thomas J. Cunningham
                                                LOCKE LORD LLP
                                                111 South Wacker Drive
                                                Chicago, Illinois 60606
                                                Phone: 312-443-0731
                                                Email: tcunningham@lockelord.com