# Exhibit 2

# Docket Entries from

# *O'Sullivan v. Matthews*, Balt. City. Cir. Ct., Md., Case No. 24-O-12000286

Circuit Court of Maryland

[Go Back]

**Case Information**

Court System: **Circuit Court for Baltimore City - Civil System**
Case Number: **24O12000286**
Title: **Laura H G O'Sullivan vs Kevin Jerron Matthews**
Case Type: **Foreclosure**   Filing Date: **02/10/2012**
Case Status: **Open/Active**

**Plaintiff/Petitioner Information**

*(Each Plaintiff/Petitioner is displayed below)*
Party Type: **Plaintiff**   Party No.: **1**
Name: **O'Sullivan, Laura H G**
Address: **312 Marshall Avenue**
City:    **Laurel**   State: **MD**   Zip Code: **20707**

*Attorney(s) for the Plaintiff/Petitioner*

Name:            **Brady, Esq, Erin M**
Appearance Date: **02/17/2012**
Practice Name:   **McCabe, Weisberg & Conway, LLC**
Address:         **312 Marshall Avenue**
                 **Suite 800**
City:            **Laurel**   State: **MD**   Zip Code: **20707**

**Defendant/Respondent Information**

*(Each Defendant/Respondent is displayed below)*
Party Type: **Defendant**   Party No.: **1**
Name: **Matthews (Counter-Plaintiff), Kevin Jerron**
Address: **3216 East Northern Parkway**
City:    **Baltimore**   State: **MD**   Zip Code: **21214**
Address: **C/O Phillip R Bobinson Esq.**
City:    **Frederick**   State: **MD**   Zip Code: **21703**

*Attorney(s) for the Defendant/Respondent*

Name:            **Robinson, Esq, Phillip**
Appearance Date: **03/16/2012**
Practice Name:   **Legg Law Firm LLC**
Address:         **5500 Buckeystown Pike**
City:            **Frederick**   State: **MD**   Zip Code: **21703**

Party Type: **Defendant**   Party No.: **3**
Name: **Ward, Carrie**
Address: **4520 East West Highway, Suite 200**
City:    **Bethesda**   State: **MD**   Zip Code: **20814**

*Attorney(s) for the Defendant/Respondent*

Name:  Schraub, Esq, J Jonathan
Appearance Date: 07/27/2012
Practice Name:
Address:  1481 Chain Bridge Road
          Suite 200
City:  McLean  State: VA  Zip Code: 22101

Party Type: Defendant  Party No.: 2
Business or Organization Name: GMAC Mortgage LLC
Address: 7 St. Paul Street, Suite 1660
City:  Baltimore  State: MD  Zip Code: 21202

*Attorney(s) for the Defendant/Respondent*

Name:  Frechtel, Esq, Eric A
Appearance Date: 04/25/2012
Practice Name:  Bradley Arant Boult Cummings LLP
Address:  1615 L Street, N.W.
          Suite 1350
City:  Washington  State: DC  Zip Code: 20036

Party Type: Defendant  Party No.: 4
Name: Stephan, Jeffrey
Address: 42 Lenape Drive
City:  Sellersville  State: PA  Zip Code: 18960-1568

*Attorney(s) for the Defendant/Respondent*

Name:  Simanowith, Esq, Mark A
Appearance Date: 05/23/2012
Practice Name:  Saul Ewing LLP
Address:  500 East Pratt Street
          8th Floor
City:  Baltimore  State: MD  Zip Code: 21201

**Court Scheduling Information**

Event Type: Motion Hearing (Civil)  Notice Date: 07/20/2012
Event Date: 07/30/2012  Event Time: 10:30 AM
Result:       Result Date:

Event Type: Motion Hearing (Civil)  Notice Date: 07/30/2012
Event Date: 08/06/2012  Event Time: 10:30 AM
Result:       Result Date:

**Related Persons Information**

*(Each Related person is displayed below)*
Party Type: Property Address  Party No.: 1
Business or Organization Name: 3216 E Northern Pkwy 21214 $176,680.51

Party Type: Trustee  Party No.: 1
Name: Curran, Deborah K

*Attorney(s) for the Related Persons*

Case Information                                      http://casesearch.courts.state.md.us/inquiry/inquiryDetail.jis?caseId=24O...

**12-12020-mg    Doc 1291-2    Filed 08/28/12    Entered 08/28/12 16:01:40    Exhibit 2:
State Foreclosure Docket Entries    Pg 4 of 11**

| | |
|---|---|
| Name: | Brady, Esq, Erin M |
| Practice Name: | McCabe, Weisberg & Conway, LLC |
| Address: | 312 Marshall Avenue |
| | Suite 800 |
| City: | Laurel    State: MD    Zip Code: 20707 |

Party Type: **Trustee**    Party No.: **3**
Name: **Theologou, Diana C**

*Attorney(s) for the Related Persons*

| | |
|---|---|
| Name: | Brady, Esq, Erin M |
| Practice Name: | McCabe, Weisberg & Conway, LLC |
| Address: | 312 Marshall Avenue |
| | Suite 800 |
| City: | Laurel    State: MD    Zip Code: 20707 |

Party Type: **Trustee**    Party No.: **4**
Name: **Latta, Laura L**

*Attorney(s) for the Related Persons*

| | |
|---|---|
| Name: | Brady, Esq, Erin M |
| Practice Name: | McCabe, Weisberg & Conway, LLC |
| Address: | 312 Marshall Avenue |
| | Suite 800 |
| City: | Laurel    State: MD    Zip Code: 20707 |

Party Type: **Trustee**    Party No.: **5**
Name: **Elefant, Jonathan**

*Attorney(s) for the Related Persons*

| | |
|---|---|
| Name: | Brady, Esq, Erin M |
| Practice Name: | McCabe, Weisberg & Conway, LLC |
| Address: | 312 Marshall Avenue |
| | Suite 800 |
| City: | Laurel    State: MD    Zip Code: 20707 |

Party Type: **Trustee**    Party No.: **6**
Name: **Peightel, Anne L**

*Attorney(s) for the Related Persons*

| | |
|---|---|
| Name: | Brady, Esq, Erin M |
| Practice Name: | McCabe, Weisberg & Conway, LLC |
| Address: | 312 Marshall Avenue |
| | Suite 800 |
| City: | Laurel    State: MD    Zip Code: 20707 |

Party Type: **Trustee**    Party No.: **7**
Name: **O'Sullivan, Laura H G**

*Attorney(s) for the Related Persons*

Name:            Brady, Esq, Erin M
Practice Name:   McCabe, Weisberg & Conway, LLC
Address:         312 Marshall Avenue
                 Suite 800
City:            Laurel   State: MD   Zip Code: 20707

Party Type: Trustee   Party No.: 2
Name: Brady, Erin M

*Attorney(s) for the Related Persons*

Name:            Brady, Esq, Erin M
Practice Name:   McCabe, Weisberg & Conway, LLC
Address:         312 Marshall Avenue
                 Suite 800
City:            Laurel   State: MD   Zip Code: 20707

**Document Tracking**

   *(Each Document listed. Documents are listed in Document No./Sequence No. order)*

Doc No./Seq No.: 1/0
File Date:       02/10/2012   Close Date:   Decision:
Party Type:      Plaintiff    Party No.: 1
Document Name:   Order to Docket Suit
                 DEED OF TRUST AND NOTE

Doc No./Seq No.: 1/1
File Date:       03/19/2012   Close Date:   Decision:
Party Type:      Defendant    Party No.: 1
Document Name:   Counter Complaint & Jury Demand
                 With Request For A Jury Trial.

Doc No./Seq No.: 1/2
File Date:       03/16/2012   Close Date:   Decision:
Party Type:      Defendant    Party No.: 1
Document Name:   Line-Request For Summons

Doc No./Seq No.: 2/0
File Date:       02/10/2012   Close Date: 02/17/2012   Decision:
Party Type:      Plaintiff    Party No.: 1
Document Name:   Preliminary Loss Mitigation Analysis

Doc No./Seq No.: 3/0
File Date:       02/10/2012   Close Date:   Decision:
Party Type:      Plaintiff    Party No.: 1
Document Name:   Statement of Mortgage Debt $176,680.51

Doc No./Seq No.: 4/0
File Date:       02/10/2012   Close Date:   Decision:
Party Type:      Plaintiff    Party No.: 1
Document Name:   Affidavit - Non-Military

Doc No./Seq No.: 5/0
File Date:       02/10/2012   Close Date:   Decision:
Party Type:      Plaintiff    Party No.: 1

| | |
|---|---|
| Document Name: | Deed of Appointment of Substitute Trustees |

| | |
|---|---|
| Doc No./Seq No.: | 6/0 |
| File Date: | 02/10/2012   Close Date:   Decision: |
| Party Type: | Plaintiff   Party No.: 1 |
| Document Name: | Affidavit of Ownership (GMAC Mortgage LLC) |

| | |
|---|---|
| Doc No./Seq No.: | 7/0 |
| File Date: | 02/10/2012   Close Date:   Decision: |
| Party Type: | Plaintiff   Party No.: 1 |
| Document Name: | Affidavit Of Mailing Of notice Of Intent To Foreclose Pursuant To Real Prop. Art. 7-105.1(c) and Prop. Art. 7-105.1(d)(ii)(2) |

| | |
|---|---|
| Doc No./Seq No.: | 8/0 |
| File Date: | 02/10/2012   Close Date: 02/17/2012   Decision: |
| Party Type: | Plaintiff   Party No.: 1 |
| Document Name: | Assignment Of Deed Of Trust |

| | |
|---|---|
| Doc No./Seq No.: | 9/0 |
| File Date: | 03/01/2012   Close Date: 03/02/2012   Decision: |
| Document Name: | Line to File Foreclosure Documents |

| | |
|---|---|
| Doc No./Seq No.: | 10/0 |
| File Date: | 03/02/2012   Close Date:   Decision: |
| Document Name: | Affidavit of Mailing Notice to Occupants of Forclosure Action |

| | |
|---|---|
| Doc No./Seq No.: | 11/0 |
| File Date: | 03/01/2012   Close Date:   Decision: |
| Document Name: | Affidavit of Service |
| | Suitable age/suitably served on Jody Williams on 2/21/12 at 7:10 p.m. (3216 East Northern Parkway) |

| | |
|---|---|
| Doc No./Seq No.: | 12/0 |
| File Date: | 03/01/2012   Close Date:   Decision: |
| Document Name: | Affidavit of Service |
| | Served on Erica Evans on 2/22/12 at 12:08 p.m. (520 West Fayette Street). |

| | |
|---|---|
| Doc No./Seq No.: | 13/0 |
| File Date: | 03/16/2012   Close Date: 03/21/2012   Decision: |
| Party Type: | Defendant   Party No.: 1 |
| Document Name: | Line-Entry of Appearance |

| | |
|---|---|
| Doc No./Seq No.: | 14/0 |
| File Date: | 03/23/2012   Close Date: 03/26/2012   Decision: |
| Party Type: | Plaintiff   Party No.: 1 |
| Document Name: | Final Loss Mitigation Analysis |

| | |
|---|---|
| Doc No./Seq No.: | 15/0 |
| File Date: | 04/20/2012   Close Date:   Decision: |
| Party Type: | Defendant   Party No.: 1 |
| Document Name: | Motion/Request for Foreclosure Mediation |
| | Filed by Attorney: Phillip Robinson Esq LENDER: ERIN M BRADY ESQ |

| Doc No./Seq No.: | 16/0 |
|---|---|
| File Date: | 04/24/2012  Close Date: 05/08/2012  Decision: **Granted** |
| Document Name: | Consent Motion to Extend Time For the Carrie Ward to File Responsive Pleadings |

| Doc No./Seq No.: | 16/1 |
|---|---|
| File Date: | 05/08/2012  Close Date:   Decision: |
| Document Name: | ORDERED THAT COUNTER-DEFENDANT CARRIE WARD SHALL FILE HER RESPONSIVE PLEADINGS TO COUNTER-PLAINTIFF KEVIN J. MATTHEWS COUNTER-COMPLAINT ON OR BEFORE JUNE 15, 2012. (PIERSON, J) |

| Doc No./Seq No.: | 16/2 |
|---|---|
| File Date: | 05/08/2012  Close Date:   Decision: |
| Document Name: | Copies Mailed |

| Doc No./Seq No.: | 17/0 |
|---|---|
| File Date: | 04/24/2012  Close Date:   Decision: |
| Document Name: | CARRIE WARD'S MOTION TO SEVER COUNTERPLAINTIFF'S COUNTERCLAIM FROM THE MAIN ACTION |

| Doc No./Seq No.: | 17/1 |
|---|---|
| File Date: | 05/11/2012  Close Date:   Decision: |
| Party Type: | Defendant  Party No.: 1 |
| Document Name: | Opposition To Counter Defendant Carrie Ward's Motion To Sever Counter Plaintiff' COUNTER CLAIM FROM THE MAIN ACTION & REQUEST FOR HEARING |

| Doc No./Seq No.: | 18/0 |
|---|---|
| File Date: | 04/26/2012  Close Date:   Decision: |
| Party Type: | Defendant  Party No.: 2 |
| Document Name: | GMAC Mortgage LLC Motion to Dismiss (Pull Date 05/16/12) Filed by Attorney: Erin M Brady Esq |

| Doc No./Seq No.: | 18/1 |
|---|---|
| File Date: | 04/25/2012  Close Date:   Decision: |
| Party Type: | Defendant  Party No.: 2 |
| Document Name: | Request for Hearing on Selected Motion |

| Doc No./Seq No.: | 19/0 |
|---|---|
| File Date: | 05/14/2012  Close Date: 07/30/2012  Decision: **Granted** |
| Party Type: | Defendant  Party No.: 1 |
| Document Name: | MOTION TO EXTEND TIME FOR COUNTER PLAINTIFF KEVIN MATTHEWS TO FILE HIS RESPONSE TO COUNTER DEFENDANT GMAC MORTGAGE LLC'S MOTION TO DISMISS. |

| Doc No./Seq No.: | 19/1 |
|---|---|
| File Date: | 05/29/2012  Close Date:   Decision: |
| Party Type: | Defendant  Party No.: 2 |
| Document Name: | Response/Opposition to Motion GMAC'S RESPONSE TO COUNTER-PLAINTIFF'S MOTION TO EXTEND TIME TO FILE ARESPONSE TO MOTION TO DISMISS AND SUGGESTION OF BANKRUPTCY. |

| Doc No./Seq No.: | 19/2 |
|---|---|
| File Date: | 07/30/2012  Close Date:   Decision: |

| | |
|---|---|
| Document Name: | Order of Court |
| | ORDERED THAT THE MOTION BE, AND HEREBY IS, GRANTED, AND DEFENDANT/COUNTER-PLAINTIFF SHALL HAVE 30 DAYS FROM THE DATE OF THIS ORDER WITHING WHICH TO FILE A RESPONSE. JUDGE MARTIN P WELCH |

| | |
|---|---|
| Doc No./Seq No.: | 19/3 |
| File Date: | 07/31/2012    Close Date:    Decision: |
| Party Type: | Defendant    Party No.: 2 |
| Document Name: | Copies Mailed |
| | Filed by Attorney: Erin M Brady Esq,Mark A Simanowith Esq,J Jonathan Schraub Esq,Eric A Frechtel Esq,Phillip Robinson Esq |

| | |
|---|---|
| Doc No./Seq No.: | 20/0 |
| File Date: | 05/25/2012    Close Date: 07/31/2012    Decision: Granted |
| Party Type: | Defendant    Party No.: 4 |
| Document Name: | Counter Defendant Jeffrey Stephan's Motion to Dismiss (Pull Date 06/22/12) |

| | |
|---|---|
| Doc No./Seq No.: | 20/1 |
| File Date: | 05/23/2012    Close Date:    Decision: |
| Party Type: | Defendant    Party No.: 4 |
| Document Name: | Memorandum in Support of Motion |
| | Memorandum In Support Of Counter Defendant Jeffrey Stephan's Motion to Dismiss. |

| | |
|---|---|
| Doc No./Seq No.: | 20/2 |
| File Date: | 05/23/2012    Close Date:    Decision: |
| Party Type: | Defendant    Party No.: 4 |
| Document Name: | Request for Hearing on Selected Motion |
| | Counter Defendant Jeffrey Stephan's Request For Hearing. |

| | |
|---|---|
| Doc No./Seq No.: | 20/3 |
| File Date: | 06/11/2012    Close Date:    Decision: |
| Party Type: | Defendant    Party No.: 1 |
| Document Name: | DEFENDANT/COUNTER PLAINTIFF'S OPPOSITION TO COUNTER FDEFENDANT JEFFREY STEPHAN'S MOTION TO DISMISS |
| | Filed by Attorney: Phillip Robinson Esq |

| | |
|---|---|
| Doc No./Seq No.: | 20/4 |
| File Date: | 07/06/2012    Close Date:    Decision: |
| Document Name: | REPLY MEMORANDUM IN FURTHER SUPPORT OF COUNTER DEFENDANT JEFFREY STEPHAN'S MOTION TO DISMISS |

| | |
|---|---|
| Doc No./Seq No.: | 20/5 |
| File Date: | 07/31/2012    Close Date:    Decision: |
| Document Name: | Order of Court |
| | UPON CONSIDERATION OF DEFENDANT/COUNTER-PLAINTIFF'S ORAL MOTION TO EXTEND TIME TO RESPN TO COUNTER-DEFENDANT STEPHAN'S MOTION TO DISMISS (PAPER NO. 20000)) ORDERED THAT THE MOTION BE, AND HEREBY IS, GRANTED, AND DEFENDANT/COUNTER-PLAINTIFF SHALL HAVE 30 DAYS FROM THE DATE OF THIS ORDER WITHIN WHICH TO FILE A RESPONSE FOR THE ISSUES NOT ADDRESSED IN THE PREVIOUSLY SUBMITTED REPLY (THOSE ISSUES NOT PERTAINING TO COURT'S PERSONAL JURISDICTION OVER COUNTER-DEFENDANT STEPHAN) JUDGE MARTIN P WELCH |

| | |
|---|---|
| Doc No./Seq No.: | 20/6 |
| File Date: | 08/01/2012    Close Date:    Decision: |

| Party Type: | Defendant  Party No.: 4 |
|---|---|
| Document Name: | Copies Mailed |
| | Filed by DEF004-Stephan, DEF003-Ward, DEF001-Matthews (Counter-Plaintiff) Filed by Attorney: Erin M Brady Esq,Mark A Simanowith Esq,J Jonathan Schraub Esq,Eric A Frechtel Esq,Phillip Robinson Esq |

| Doc No./Seq No.: | 21/0 |
|---|---|
| File Date: | 06/14/2012  Close Date: 07/30/2012  Decision: **Granted** |
| Document Name: | CARRIE WARD'S MOTION TO DISMISS |
| | PULL DATE 7/5/12 |

| Doc No./Seq No.: | 21/1 |
|---|---|
| File Date: | 06/14/2012  Close Date:  Decision: |
| Document Name: | MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF CARRIE WARDS MOTION TO DISMISS |

| Doc No./Seq No.: | 21/2 |
|---|---|
| File Date: | 07/30/2012  Close Date:  Decision: |
| Document Name: | Order of Court |
| | UPON CONSIDERATION OF DEFENDANT/COUNTER-PLEAINTIFF'S ORAL MOTION TO EXTEND TIME TO RESPON TO COUNTER-DEFENDANT WARD'S MOTION TO DISMISS (PAPER NO. 21000) ORDERED THAT THE MOTION BE, AND HEREBY IS, GRANTED, AND DEFENDANT/COUNTER-PLAINTIFF SHALL HAVE 30 DAYS FROM THE DATE OF THIS ORDER WITHIN WHICH TO FILE A RESPONSE. JUDGE MARTIN P WELCH |

| Doc No./Seq No.: | 21/3 |
|---|---|
| File Date: | 08/01/2012  Close Date:  Decision: |
| Party Type: | Defendant  Party No.: 4 |
| Document Name: | Copies Mailed |
| | Filed by DEF004-Stephan, DEF003-Ward, DEF002-GMAC Mortgage LLC, DEF001-Matthews (Counter-Plaintiff) Filed by Attorney: Erin M Brady Esq,Mark A Simanowith Esq,J Jonathan Schraub Esq,Eric A Frechtel Esq,Phillip Robinson Esq |

| Doc No./Seq No.: | 22/0 |
|---|---|
| File Date: | 06/26/2012  Close Date: 07/30/2012  Decision: **Granted** |
| Party Type: | Defendant  Party No.: 1 |
| Document Name: | MOTION FOR DIRECTION CONCERNING THE AUTOMATIC STAY AS TO COUNTER DEFENDANTS |
| | CARRIE WARD AND JEFFREY STEPHAN AND POTENTIAL OTHER PARTIES BY AMENDMNET & REQUEST FOR A HEARING AS TO THOSE COUNTER DEFENDANTS ONLY (PULL DATE 7/17/12 Filed by Attorney: Phillip Robinson Esq |

| Doc No./Seq No.: | 22/1 |
|---|---|
| File Date: | 07/13/2012  Close Date:  Decision: |
| Party Type: | Defendant  Party No.: 4 |
| Document Name: | COUNTER DEFENDANT JEFFREY STEPHAN'S RESPONSE TO COUNTER PLAINTIFF'S MOTION FOR |
| | DIRECTION CONCERNING THE AUTOMATIC STAY AS TO COUNTER DEFENDANTS CARRIE WARD AND JEFFREY STEPHAN AND POTENTIAL OTHER PARTIES BY AMENDMENT Filed by Attorney: Mark A Simanowith Esq |

| Doc No./Seq No.: | 22/2 |
|---|---|
| File Date: | 07/30/2012  Close Date:  Decision: |
| Document Name: | Order of Court |

**ORDERED THAT THE COUNTER-DEFENDANTS HAVE A RIGHT TO PROCEED WITH THEIR MOTIONS TO DISMISS AND MOTION TO SEVER. JUDGE MARTIN P WELCH**

| | |
|---|---|
| Doc No./Seq No.: | 22/3 |
| File Date: | 07/31/2012    Close Date:    Decision: |
| Party Type: | Defendant    Party No.: 4 |
| Document Name: | Copies Mailed |

Filed by Attorney: Erin M Brady Esq, Mark A Simanowith Esq, J Jonathan Schraub Esq, Eric A Frechtel Esq, Phillip Robinson Esq

| | |
|---|---|
| Doc No./Seq No.: | 23/0 |
| File Date: | 06/27/2012    Close Date:    Decision: |
| Document Name: | Motion For Extension For Counter Plaintiff To Respond to Defendants GMAC's & |

| | |
|---|---|
| Doc No./Seq No.: | 24/0 |
| File Date: | 07/20/2012    Close Date: 07/20/2012    Decision: |
| Document Name: | Notice Motion Hearing Sent |

Event: MOTN Block Date: 07/30/12 Facility: 228
PARTIES :
Robinson, Phillip 5500 Buckeystown Pike , Frederick, MD, 21703
Frechtel, Eric 1615 L Street,N.W. Suite 1350, Washington, DC, 20036
Ward, Carrie 4520 East West Highway, Suite 200 , Bethesda, MD, 20814
Simanowith, Mark 500 East Pratt Street 8th Floor, Baltimore, MD, 21201
Brady, Erin 312 Marshall Avenue Suite 800, Laurel, MD, 20707

| | |
|---|---|
| Doc No./Seq No.: | 25/0 |
| File Date: | 07/19/2012    Close Date: 07/23/2012    Decision: |
| Document Name: | Foreclosure Mediation Extended (Beyond 30 days to 10/9/12) |

| | |
|---|---|
| Doc No./Seq No.: | 26/0 |
| File Date: | 07/25/2012    Close Date: 07/26/2012    Decision: |
| Party Type: | Plaintiff    Party No.: 1 |
| Document Name: | Order Lifting Bankruptcy Stay (12-12020) |

| | |
|---|---|
| Doc No./Seq No.: | 27/0 |
| File Date: | 07/27/2012    Close Date: 07/27/2012    Decision: |
| Document Name: | Foreclosure Mediation Extended |

THE MEDIATOR FILES THE FOLLOWING REPORT OF THE MEDIATION PROCEEDING: BY AGREEMENT OF THE PARTIES, THE TIME FOR MEDIATION WAS EXTENDED BEYOND 30 DAYS TO 10/9/12

FORECLOSURE MEDIATION DATE: 7/19/12

MEDIATOR: MARY R CRAIG

| | |
|---|---|
| Doc No./Seq No.: | 28/0 |
| File Date: | 07/30/2012    Close Date: 07/30/2012    Decision: |
| Document Name: | Notice Motion Hearing Sent |

Event: MOTN Block Date: 08/06/12 Facility: 228
PARTIES :
Robinson, Phillip 5500 Buckeystown Pike , Frederick, MD, 21703
Frechtel, Eric 1615 L Street,N.W. Suite 1350, Washington, DC, 20036
Ward, Carrie 4520 East West Highway, Suite 200 , Bethesda, MD, 20814
Simanowith, Mark 500 East Pratt Street 8th Floor, Baltimore, MD, 21201
Brady, Erin 312 Marshall Avenue Suite 800, Laurel, MD, 20707

| | |
|---|---|
| Doc No./Seq No.: | 29/0 |
| File Date: | 07/27/2012   Close Date:   Decision: |
| Document Name: | Attorney Appearance Filed |

| | |
|---|---|
| Doc No./Seq No.: | 30/0 |
| File Date: | 08/01/2012   Close Date:   Decision: |
| Party Type: | Defendant   Party No.: 1 |
| Document Name: | Defendant/Counter Plaintiff Kevin J Matthews' Supplemental Memorandum Of Law In OPPOSITION TO COUNTER DEFENDANT JEFFERY STEPHAN'S MOTION TO DISMISS (DOC. 20) |

| | |
|---|---|
| Doc No./Seq No.: | 30/1 |
| File Date: | 08/02/2012   Close Date:   Decision: |
| Party Type: | Defendant   Party No.: 4 |
| Document Name: | Counder Defendant Jeffrey Stephan's Reply Memorandum To Defendant/Counter PLAINTIFF KEVIN J MATTHEW'S SUPPLEMENTAL MEMORANDUM OF LAW IN OPPOSITION TO COUNTER DEFENDANT JEFFREY STEPHAN'S MOTION TO DISMISS |

| | |
|---|---|
| Doc No./Seq No.: | 31/0 |
| File Date: | 07/31/2012   Close Date:   Decision: |
| Party Type: | Plaintiff   Party No.: 1 |
| Document Name: | Amended Order to Docket Suit |

| | |
|---|---|
| Doc No./Seq No.: | 32/0 |
| File Date: | 08/07/2012   Close Date:   Decision: |
| Document Name: | ORDERED THAT THIRD-PARTY DEFENDANT'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION IS HEREBY DENIED WITH PREJUDICE. THE OTHER ISSUES RAISED BY THIRD-PARTY DEFENDANT STEPHAN ARE TO BE ADDRESSED, ALONG WITH THOSE OF THE OTHER THIRD-PARTY AND COUNTER DEFENDANTS. (WELCH, J) |

| | |
|---|---|
| Doc No./Seq No.: | 33/0 |
| File Date: | 08/10/2012   Close Date:   Decision: |
| Party Type: | Defendant   Party No.: 1 |
| Document Name: | Defendant/Counter Plaintiff's Motion to Dismiss And Strike Plaintiffs' Amended ORDER TO DOCKET AND ORIGINAL ORDER TO DOCKET |

| | |
|---|---|
| Doc No./Seq No.: | 33/1 |
| File Date: | 08/24/2012   Close Date:   Decision: |
| Party Type: | Plaintiff   Party No.: 1 |
| Document Name: | SUBSTITUTE TRUSTEES RESPONSE TO DEFENDANT'S MOTION TO DISMISS AND STRIKE PLAINTIFFS AMENDED ORDER TO DOCKET AND ORIGINAL ORDER TO DOCKET Filed by Attorney: Erin M Brady Esq |

*This is an electronic case record. Full case information cannot be made available either because of legal restrictions on access to case records found in Maryland rules 16-1001 through 16-1011, or because of the practical difficulties inherent in reducing a case record into an electronic format.*