UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In Re:

RESIDENTIAL CAPITAL, LLC, et al.

      Debtors

Case No.: 12-12020

(Chapter 11)

Assigned to:
Hon. Martin Glenn
Bankruptcy Judge

### ORDER GRANTING MOTION FOR RELIEF FROM STAY

Upon the Motion for Relief from Stay by Kevin J. Matthews, and any opposition thereto, if any, the Court does hereby find just cause pursuant to 11 U.S.C.A. § 362(d)(1) to lift the automatic stay to permit Movant's counterclaims to proceed in the Circuit Court for Baltimore City, Maryland: (i) to determine the liability of GMAC only and not to pursue any collection efforts whatsoever against GMAC without permission of this Court; and (ii) to pursue all claims and collection efforts as to the non-debtor parties presently named in the counter complaint (i.e. Stephan and Ward) and those other non-debtor parties which may be added to a future amended counter complaint.

Dated: September _____, 2012

New York, New York

                                            The Honorable Martin Glenn
                                            United States Bankruptcy Judge