**EXHIBIT 3**

**<u>Haims Declaration</u>**

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Gary S. Lee
Joel C. Haims

*Counsel for the Debtors and*
*Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**DECLARATION OF JOEL C. HAIMS**

I, Joel C. Haims, hereby declare:

1.      I am an attorney admitted to practice before the Courts of the State of New York

and the U.S. District Court for the Southern District of New York and a partner with Morrison &

Foerster LLP, counsel to the Debtors and Debtors in Possession.  I submit this declaration in

connection with the Debtors Supplemental Brief in Support of Its Objections to Motion of the

Federal Housing Finance Agency for Relief from the Automatic Stay.

2.      Attached as Exhibit A is a true and correct copy of the subpoena, dated August

16, 2012, issued to Homecomings Financial, LLC by the Federal Housing Finance Agency.

1

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed on August 28, 2012 in New York, New York.

Joel C. Haims

2

# Exhibit A

AO 88B  (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Delaware

| | |
|---|---|
| _____SEE ATTACHMENT A_____ <br> *Plaintiff* <br><br> v. <br><br> _____ <br> *Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.
SEE ATTACHMENT
A

(If the action is pending in another district, state where:
Southern District of New York)

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:  Homecomings Financial, LLC
c/o Corporation Service Company, 2711 Centerville Rd., Suite 400, Wilmington, DE 19808

☒ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:

| Place:    SEE ATTACHMENT B | Date and Time: <br> September 7, 2012 at 9:00 a.m. |
|---|---|
| | |

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date:    ___August 16, 2012___

|  *CLERK OF COURT* | OR | |
|---|---|---|
| | | SEE ATTACHMENT C |
| _____ | | _____ |
| *Signature of Clerk or Deputy Clerk* | | *Attorney's signature* |

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*    Federal Housing
Finance Agency _____ , who issues or requests this subpoena, are:
SEE ATTACHMENT C

2504730v1
8/16/2012 10:53 PM

AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. _____

# PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

_____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action(Page 3)

## Federal Rule of Civil Procedure 45 (c), (d), and (e) (Effective 12/1/07)

**(c) Protecting a Person Subject to a Subpoena.**

**(1)** *Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The issuing court must enforce this duty and impose an appropriate sanction — which may include lost earnings and reasonable attorney's fees — on a party or attorney who fails to comply.

**(2)** *Command to Produce Materials or Permit Inspection.*

**(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.

**(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing or sampling any or all of the materials or to inspecting the premises — or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:

**(i)** At any time, on notice to the commanded person, the serving party may move the issuing court for an order compelling production or inspection.

**(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

**(3)** *Quashing or Modifying a Subpoena.*

**(A)** *When Required.* On timely motion, the issuing court must quash or modify a subpoena that:

**(i)** fails to allow a reasonable time to comply;

**(ii)** requires a person who is neither a party nor a party's officer to travel more than 100 miles from where that person resides, is employed, or regularly transacts business in person — except that, subject to Rule 45(c)(3)(B)(iii), the person may be commanded to attend a trial by traveling from any such place within the state where the trial is held;

**(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or

**(iv)** subjects a person to undue burden.

**(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the issuing court may, on motion, quash or modify the subpoena if it requires:

**(i)** disclosing a trade secret or other confidential research, development, or commercial information;

**(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party; or

**(iii)** a person who is neither a party nor a party's officer to incur substantial expense to travel more than 100 miles to attend trial.

**(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(c)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:

**(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and

**(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(d) Duties in Responding to a Subpoena.**

**(1)** *Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:

**(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.

**(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.

**(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.

**(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

**(2)** *Claiming Privilege or Protection.*

**(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:

**(i)** expressly make the claim; and

**(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.

**(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the

information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information to the court under seal for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

(e) **Contempt.** The issuing court may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena. A nonparty's failure to obey must be excused if the subpoena purports to require the nonparty to attend or produce at a place outside the limits of Rule 45(c)(3)(A)(ii).

## ATTACHMENT A TO SUBPOENA

Federal Housing Finance Agency, etc., v. UBS Americas, Inc., et al.,
Case No. 11 Civ. 5201 (DLC)

Federal Housing Finance Agency, etc., v. JP Morgan Chase & Co., et al.
Case No. 11 Civ. 6188 (DLC)

Federal Housing Finance Agency, etc., v. HSBC North America Holdings, Inc., et al.
Case No. 11 Civ. 6189 (DLC)

Federal Housing Finance Agency, etc., v. Barclays Bank PLC, et al.
Case No. 11 Civ. 6190 (DLC)

Federal Housing Finance Agency, etc., v. Deutsche Bank AG, et al.
Case No. 11 Civ. 6192 (DLC)

Federal Housing Finance Agency, etc., v. First Horizon National Corp., et al.
Case No. 11 Civ. 6193 (DLC)

Federal Housing Finance Agency, etc., v. Bank of America Corp., et al.
Case No. 11 Civ. 6195 (DLC)

Federal Housing Finance Agency, etc., v. Citigroup Inc., et al.
Case No. 11 Civ. 6196 (DLC)

Federal Housing Finance Agency, etc., v. Goldman, Sachs & Co., et al.
Case No. 11 Civ. 6198 (DLC)

Federal Housing Finance Agency, etc., v. Credit Suisse Holdings (USA), Inc., et al.
Case No. 11 Civ. 6200 (DLC)

Federal Housing Finance Agency, etc., v. Nomura Holding America, Inc., et al.
Case No. 11 Civ. 6201(DLC)

Federal Housing Finance Agency, etc., v. Merrill Lynch & Co., Inc., et al.
Case No. 11 Civ. 6202 (DLC)

Federal Housing Finance Agency, etc., v. General Electric Company, et al.
Case No. 11 Civ. 7048 (DLC)

Federal Housing Finance Agency, etc., v. Ally Financial Inc., et al.
Case No. 11 Civ. 7010 (DLC)

Federal Housing Finance Agency, etc., v. Morgan Stanley, et al.
Case No. 11 Civ. 6739 (DLC)

Federal Housing Finance Agency, etc., v. SG Americas, Inc., et al.
Case No. 11 Civ. 6203 (DLC)

## ATTACHMENT B TO SUBPOENA

Produce documents regarding the Securitizations relating to:

(1) Federal Housing Finance Agency, etc., v. UBS Americas, Inc., et al.,

(2) Federal Housing Finance Agency, etc., v. JP Morgan Chase & Co., et al.,

(3) Federal Housing Finance Agency, etc., v. HSBC North America Holdings, Inc., et al.,

(4) Federal Housing Finance Agency, etc., v. Barclays Bank PLC, et al.,

(5) Federal Housing Finance Agency, etc., v. Deutsche Bank AG, et al.,

(6) Federal Housing Finance Agency, etc., v. First Horizon National Corp., et al.,

(7) Federal Housing Finance Agency, etc., v. Bank of America Corp., et al.,

(8) Federal Housing Finance Agency, etc., v. Citigroup Inc., et al.,

(9) Federal Housing Finance Agency, etc., v. Goldman, Sachs & Co., et al.,

(10) Federal Housing Finance Agency, etc., v. Credit Suisse Holdings (USA), Inc., et al.,

(11) Federal Housing Finance Agency, etc., v. Nomura Holding America, Inc., et al., or

(12) Federal Housing Finance Agency, etc., v. Merrill Lynch & Co., Inc., et al.,

     to:

         Quinn Emanuel Urquhart & Sullivan, LLP
         51 Madison Avenue, 22nd Floor
         New York, NY 10010

Produce documents regarding the Securitizations relating to:

(1) Federal Housing Finance Agency, etc., v. General Electric Company, et al.,

(2) Federal Housing Finance Agency, etc., v. Ally Financial Inc., et al.,

(3) Federal Housing Finance Agency, etc., v. Morgan Stanley, et al., or

(4) Federal Housing Finance Agency, etc., v. SG Americas, Inc., et al.,

     to:

         Kasowitz, Benson, Torres & Friedman LLP
         1633 Broadway
         New York, NY 10019

## ATTACHMENT C TO SUBPOENA

*Philippe Selndy by MS*

Philippe Z. Selendy
(philippeselendy@quinnemanuel.com)
QUINN EMANUEL URQUHART &
    SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
(212) 849-7000

*Attorneys for Plaintiff Federal Housing Finance
Agency in FHFA v. UBS Americas, Inc., FHFA
v. JPMorgan Chase & Co., FHFA v. Deutsche
Bank AG, FHFA v. Citigroup Inc., and FHFA v.
Goldman, Sachs & Co.*

*Christine Chung by MS*

Christine H. Chung
(christinechung@quinnemanuel.com)
QUINN EMANUEL URQUHART &
    SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010

*Attorneys for Plaintiff Federal Housing Finance
Agency in FHFA v. First Horizon National
Corp., FHFA v. Bank of America Corp., and
FHFA v. Credit Suisse Holdings (USA), Inc.*

*Mhdac A Ha*

Marc E. Kasowitz (mkasowitz@kasowitz.com )
Hector Torres (htorres@kasowitz.com)
Christopher P. Johnson
(cjohnson@kasowitz.com)
Michael Hanin (mhanin@kasowitz.com )
Kanchana Wangkeo Leung
(kleung@kasowitz.com)
KASOWITZ, BENSON, TORRES &
    FRIEDMAN LLP
1633 Broadway
New York, New York 10019

*Attorneys for Plaintiff Federal Housing Finance
Agency in FHFA v. Ally Financial Inc., FHFA
v. General Electric Company, FHFA v. Morgan
Stanley, and FHFA v. SG Americas, Inc.*

*Manisha Sheth by MS*

Manisha M. Sheth
(manishasheth@quinnemanuel.com)
QUINN EMANUEL URQUHART &
    SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010

*Attorneys for Plaintiff Federal Housing Finance
Agency in FHFA v. UBS Americas, Inc., FHFA
v. JPMorgan Chase & Co., FHFA v. Barclays
Bank PLC, FHFA v. Citigroup Inc., and FHFA
v. Merrill Lynch & Co., Inc.*

*Richard Schirtzer by MS*

Richard A. Schirtzer
(richardschirtzer@quinnemanuel.com)
Adam Abensohn
(adamabensohn@quinnemanuel.com)
QUINN EMANUEL URQUHART &
    SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010

*Attorneys for Plaintiff Federal Housing Finance
Agency in FHFA v. HSBC North America
Holdings, Inc. and FHFA v. Nomura Holding
America, Inc.*

Dated: August 16, 2012

## Schedule A

## Definitions

1.    "Communications" means any transmittal and/or receipt of information, whether such was oral or written, and whether such was by chance, prearranged, formal or informal, and specifically includes, but is not limited to, conversations in person, telephone conversations, electronic mail (including instant messages and text messages), voicemail, letters, memoranda, statements, media releases, magazine and newspaper articles, and video and audio transmissions.

2.    "Depositor" means the depositor of each Securitization, as identified in the attached Exhibits 3 and 4, as well as its officers, directors, agents, servants, employees, affiliates, accountants, consultants, attorneys, business units, divisions, and all other persons acting or purporting to act on its behalf.

3.    "Documents" is meant in the broadest possible sense and includes, but is not limited to, any writings and includes the following items, whether printed or recorded or reproduced by any other mechanical process or written or produced by hand, including drafts: agreements; communications; correspondence; electronic mail; text messages; telegrams; memoranda; summaries, records or reports of telephone conversations, personal conversations, interviews, meetings, conferences, investigations or negotiations; opinions or reports of consultants; diaries; graphs; reports; notebooks; charts; plans; drawings; sketches; maps; photographs; film; brochures; pamphlets; advertisements; circulars; press releases; letters; faxes; any marginal comments appearing in any documents; tape recordings; electronic transmissions; computer printouts and all other writings. Documents shall not be limited in any way as to the form of storage (such as paper, microfiche, magnetic tape, magnetic disk, CD-ROM, DVD,

optical disk, or other electronic-storage device). A draft or non-identical copy of a document is a separate document within the meaning of this term.

4.    "Identify," with respect to a business transaction, means to give the date of the transaction, the full legal names of the parties to the transaction, and the business purpose of the transaction.

5.    "Loan Files" means all files and related documents concerning the origination, underwriting, processing, closing, and servicing of any of the Mortgage Loans.

6.    "Mortgage Loans" means any and all mortgage loans included in each Securitization.

7.    "Mortgaged Property" means the real property or cooperative dwelling, including all improvements thereon, that served as security for each of the Mortgage Loans.

8.    The words "referring," "relating to," or "concerning" mean describing, discussing, constituting, containing, considering, embodying, evaluating, mentioning, memorializing, supporting, collaborating, demonstrating, providing, showing, refuting, disputing, rebutting, controverting, contradicting, and made in connection with or by reason of or arising therefrom. The words "refer" or "relate to" mean the same as "referring" or "relating to."

9.    "Securitization" or "Securitizations" means any of the securitizations listed in the attached Exhibits 1 and 2.

10.    "Sponsor" means the sponsor of each Securitization, as identified in the attached Exhibits 3 and 4, as well as its officers, directors, agents, servants, employees, affiliates, accountants, consultants, attorneys, business units, divisions, and all other persons acting or purporting to act on its behalf.

11.    "Trustee" means the entity acting on behalf of the trust for each Securitization, as well as its officers, directors, agents, servants, employees, affiliates, accountants, consultants, attorneys, business units, divisions, and all other persons acting or purporting to act on its behalf.

12.    "Underwriter" means the underwriter of each Securitization, as identified in the attached Exhibits 3 and 4, as well as its officers, directors, agents, servants, employees, affiliates, accountants, consultants, attorneys, business units, divisions, and all other persons acting or purporting to act on its behalf.

13.    "You" and "Your" means Homecomings Financial, LLC, as well as its officers, directors, agents, servants, employees, affiliates, accountants, consultants, attorneys, business units, divisions, successors, and all other persons acting or purporting to act on its behalf.

### Instructions

1.    In responding to this Subpoena, You are required produce all responsive documents that are in Your possession, custody, or control or in the possession, custody, or control of Your agents, employees, or other representatives. A document shall be deemed to be within Your control if You have the right to secure the document or a copy of the document from another person having possession or custody of the document.

2.    In construing the requests, the singular includes the plural and vice versa, except as the context may otherwise require; any request propounded in the present tense shall also be read as if propounded in the past tense and vice versa; reference to any gender includes the other gender; the words "any" and "or" shall be construed as either conjunctive or disjunctive in such manner as will broaden as widely as possible the scope of any request; the word "all" means "any and all"; the word "any" means "any and all"; the word "including" means "including but

not limited to." Any ambiguity in a request shall be construed to bring within the scope of the request all responses that otherwise could be construed to be outside of its scope.

3.      The requests shall be deemed to be continuing so as to require supplemental productions as You obtain additional documents between the time of the initial production hereunder and the time of trial in these actions.

4.      Each requested document shall be produced in its entirety, without abbreviation or redaction, and shall include all attachments, appendices, exhibits, lists, schedules or other documents at any time affixed thereto. If a document responsive to any request cannot be produced in full, it shall be produced to the extent possible with an explanation stating why production of the remainder is not possible.

5.      You must produce responsive documents as they have been kept in the usual course of business or shall organize or label them to correspond to the enumerated requests of this Subpoena. If, after exercising due diligence to secure them, You cannot provide some or any of the requested documents, so state and provide all documents to the extent possible, specifying the reason for Your inability to produce the remainder of the documents, and stating whatever information or knowledge You have concerning each document not produced.

6.      If any document is withheld under any claim of privilege, including without limitation, attorney-client privilege and attorney work product, You should provide the following information with respect to such document: (a) the date of the document; (b) the name of its author(s) or preparer(s); (c) the name of each person who was sent or furnished with the document or a copy thereof; (d) the title or description of the document sufficient to identify it without revealing the information for which privilege is claimed; (e) the claim of privilege under

which it is withheld; and (f) a description of the subject matter of the document in sufficient
detail to support Your contention that the document is privileged.

7.      If any requested document or other document potentially relevant to this action is
subject to destruction under any document retention or destruction program, the document(s)
should be exempted from any scheduled destruction and should not be destroyed until the
conclusion of this action or unless otherwise permitted by the Court.

8.      If an objection is made to any request, state Your objection and the ground or
grounds with particularity in Your written response.  If an objection is made only to part of the
request, identify that part in Your written response and state Your objection and the ground(s)
therefore.

9.      Unless otherwise specified, the time period covered by these requests is from
January 1, 2005 to the present, and shall encompass all documents and information relating in
whole or in part to such period.

10.      Terms not specifically defined shall be given their ordinary meanings as You
understand them to be used in the trade or pursuant to ordinary usage.

## REQUESTS

**REQUEST NO. 1:**

All documents referring or relating to the Mortgage Loans, including without limitation
the Loan Files for the Mortgage Loans.

**REQUEST NO. 2:**

All underwriting or re-underwriting guidelines, manuals, or matrices applicable to any of
the Mortgage Loans, including without limitation all changes, amendments, or updates to those
guidelines, manuals, or matrices.

**REQUEST NO. 3:**

All documents referring or relating to compliance or lack of compliance with any of the

underwriting or re-underwriting guidelines, manuals, or matrices applicable to any of the

Mortgage Loans.

**REQUEST NO. 4:**

All documents referring or relating to the use of any third-party sources in the

underwriting or re-underwriting of the Mortgage Loans, including without limitation the use of

salary.com, salaryexpert.com, bls.gov, MERS, and others.

**REQUEST NO. 5:**

All documents referring or relating to the policies, procedures, or practices for

originating, acquiring, underwriting, or re-underwriting any of the Mortgage Loans, including

without limitation documents concerning any deviations from or exceptions to those policies,

procedures, or practices and any compensating factors used to justify any deviations from or

exceptions to those policies, procedures, or practices.

**REQUEST NO. 6:**

All documents referring or relating to any audits, analyses, due diligence, investigations,

reports, inquiries, or other reviews performed in connection with any of the Mortgage Loans,

including without limitation any routine quality control audits, compliance audits, or fraud

reviews or any investigations or audits prompted by internal or external complaints or pending or

threatened litigation.

**REQUEST NO. 7:**

All documents referring or relating to fraud in the origination of any of the Mortgage

Loans, including without limitation any policies or procedures for detecting fraud and any

reports or allegations of fraud or misrepresentations by borrowers, brokers, loan officers, loan

processors, appraisers, or others.

**REQUEST NO. 8:**

All documents referring or relating to the appraisal or valuation of each Mortgaged

Property, including without limitation the policies and procedures for conducting or obtaining

appraisals, all communications with appraisers, and any documents concerning the accuracy of

appraisals or valuations.

**REQUEST NO. 9:**

All documents referring or relating to any repurchase requests for any of the Mortgage

Loans, including without limitation any responses to such requests and any analysis performed in

connection with such requests and responses.

**REQUEST NO. 10:**

All communications with the Sponsor, Depositor, Underwriter, or Trustee of any of the

Securitizations referring or relating to the Mortgage Loans.

**REQUEST NO. 11:**

Documents sufficient to identify all business transactions involving the sale of mortgage

loans by You to any Sponsor, Depositor, or Underwriter of the Securitizations between January

1, 2005 and December 31, 2008.

**REQUEST NO. 12:**

All documents referring or relating to the compensation or other incentive structure for

any of Your employees involved in the origination, underwriting, or re-underwriting of the

Mortgage Loans, including without limitation all documents concerning any relationship

between compensation and loan volume.

**REQUEST NO. 13:**

All documents referencing the volume of mortgage loans You originated, acquired, or

sold between January 1, 2005 and December 31, 2008, including without limitation documents

showing the actual volume of loans originated, acquired, or sold and any minimum volume

requirements.

**REQUEST NO. 14:**

All communications with any regulatory or law enforcement agency, any U.S. Attorney,

or any state attorney general referring or relating to Your origination of mortgage loans,

including without limitation any documents produced or made available in response to any

subpoena from the Financial Crisis Inquiry Commission or the U.S. Senate Permanent

Subcommittee on Investigations.

**REQUEST NO. 15:**

All document productions, discovery responses, deposition transcripts, and witness

statements produced in any civil litigation that refer or relate to the Securitizations, the Mortgage

Loans, or Your origination, underwriting, or re-underwriting of mortgage loans between January

1, 2005 and December 31, 2008.

**REQUEST NO. 16:**

Your document retention policies in effect from January 1, 2005 to the present.

**Exhibit 1**

Produce all documents regarding the Securitizations listed below to:

      Quinn Emanuel Urquhart & Sullivan, LLP
      51 Madison Avenue, 22nd Floor
      New York, NY 10010

FHFA believes that You may have originated loans for the following securitizations:

| Short Case Caption | Full Securitization Name | Abbreviation | CUSIPs |
|---|---|---|---|
| FHFA v. Barclays Bank PLC | Securitized Asset Backed Receivables LLC Trust, C-Bass Mortgage Loan Asset-Backed Certificates, Series 2006-CB1 | CBASS 2006-CB1 | 81375WHF6 |
| FHFA v. Barclays Bank PLC | Securitized Asset Backed Receivables LLC Trust, C-Bass Mortgage Loan Asset-Backed Certificates, Series 2007-CB2 | CBASS 2007-CB2 | 1248MBAF2 |
| FHFA v. Credit Suisse Holdings (USA) Inc. | Adjustable Rate Mortgage Trust Adjustable Rate Mortgage-Backed Pass-Through Certificates, Series 2005-10 | ARMT 2005-10 | 007036TK2 |
| FHFA v. Credit Suisse Holdings (USA) Inc. | Adjustable Rate Mortgage Trust Adjustable Rate Mortgage-Backed Pass-Through Certificates, Series 2005-12 | ARMT 2005-12 | 2254W0MK8 |
| FHFA v. Credit Suisse Holdings (USA) Inc. | Adjustable Rate Mortgage Trust Adjustable Rate Mortgage-Backed Pass-Through Certificates, Series 2006-1 | ARMT 2006-1 | 225470B77 |
| FHFA v. Credit Suisse Holdings (USA) Inc. | CSFB Mortgage-Backed Trust Mortgage-Backed Pass-Through Certificates, Series 2005-11 | CSFB 2005-11 | 2254W0PC3, 2254W0NF8 |
| FHFA v. Credit Suisse Holdings (USA) Inc. | CSFB Mortgage-Backed Trust Mortgage-Backed Pass-Through Certificates, Series 2005-12 | CSFB 2005-12 | 225470RW5, 225470RT2, 225470RV7 |
| FHFA v. Credit Suisse Holdings (USA) Inc. | CSMC Mortgage-Backed Trust Mortgage-Backed Pass-Through Certificates, Series 2006-1 | CSMC 2006-1 | 225470WC3, 225470WD1 |
| FHFA v. Credit Suisse Holdings (USA) Inc. | Home Equity Asset Trust Home Equity Pass-Through Certificates, Series 2005-7 | HEAT 2005-7 | 437084NT9 |
| FHFA v. Credit Suisse Holdings (USA) Inc. | Home Equity Asset Trust Home Equity Pass-Through Certificates, Series 2005-8 | HEAT 2005-8 | 437084PS9 |
| FHFA v. Credit Suisse Holdings (USA) Inc. | Home Equity Asset Trust Home Equity Pass-Through Certificates, Series 2005-9 | HEAT 2005-9 | 437084QR0 |
| FHFA v. Credit Suisse Holdings (USA) Inc. | Home Equity Asset Trust Home Equity Pass-Through Certificates, Series 2006-3 | HEAT 2006-3 | 437084UK0 |
| FHFA v. Credit Suisse Holdings (USA) Inc. | Home Equity Asset Trust Home Equity Pass-Through Certificates, Series 2006-5 | HEAT 2006-5 | 437096AA8 |

| Short Case Caption | Full Securitization Name | Abbreviation | CUSIPs |
|---|---|---|---|
| FHFA v. Credit Suisse Holdings (USA) Inc. | Home Equity Asset Trust Home Equity Pass-Through Certificates, Series 2006-6 | HEAT 2006-6 | 437097AA6 |
| FHFA v. Credit Suisse Holdings (USA) Inc. | Home Equity Asset Trust Home Equity Pass-Through Certificates, Series 2006-7 | HEAT 2006-7 | 43709NAA1 |
| FHFA v. Credit Suisse Holdings (USA) Inc. | Home Equity Mortgage Trust Home Equity Mortgage Pass-Through Certificates, Series 2006-6 | HEMT 2006-6 | 43709YAA7 |
| FHFA v. Deutsche Bank AG | ACE Securities Corp. Home Equity Loan Trust Asset-Backed Pass-Through Certificates, Series 2005-ASAP1 | ACE 2005-ASAP1 | 004421SY0 |
| FHFA v. Deutsche Bank AG | ACE Securities Corp. Home Equity Loan Trust Asset-Backed Pass-Through Certificates, Series 2006-ASAP1 | ACE 2006-ASAP1 | 004421VS9 |
| FHFA v. Deutsche Bank AG | ACE Securities Corp. Home Equity Loan Trust Asset-Backed Pass-Through Certificates, Series 2006-ASAP2 | ACE 2006-ASAP2 | 004421XB4 |
| FHFA v. Deutsche Bank AG | ACE Securities Corp. Home Equity Loan Trust Asset-Backed Pass-Through Certificates, Series 2006-ASAP3 | ACE 2006-ASAP3 | 00442VAA5 |
| FHFA v. Deutsche Bank AG | ACE Securities Corp. Home Equity Loan Trust Asset-Backed Pass-Through Certificates, Series 2006-ASAP4 | ACE 2006-ASAP4 | 00441UAA8 |
| FHFA v. Deutsche Bank AG | ACE Securities Corp. Home Equity Loan Trust Asset-Backed Pass-Through Certificates, Series 2006-ASAP5 | ACE 2006-ASAP5 | 004422AA9, 004422AB7 |
| FHFA v. Deutsche Bank AG | ACE Securities Corp. Home Equity Loan Trust Asset-Backed Pass-Through Certificates, Series 2006-ASAP | ACE 2006-ASAP6 | 00443KAA8, 00443KAB6 |
| FHFA v. Deutsche Bank AG | ACE Securities Corp. Home Equity Loan Trust Asset-Backed Pass-Through Certificates, Series 2006-HE2 | ACE 2006-HE2 | 004421YR8 |
| FHFA v. Deutsche Bank AG | ACE Securities Corp. Home Equity Loan Trust Asset-Backed Pass-Through Certificates, Series 2006-HE3 | ACE 2006-HE3 | 00441TAA1 |
| FHFA v. Deutsche Bank AG | ACE Securities Corp. Home Equity Loan Trust Asset-Backed Pass-Through Certificates, Series 2006-HE4 | ACE 2006-HE4 | 00442BAA9 |
| FHFA v. Deutsche Bank AG | ACE Securities Corp. Home Equity Loan Trust Asset-Backed Pass-Through Certificates, Series 2007-ASAP1 | ACE 2007-ASAP1 | 00442JAA2 |
| FHFA v. Deutsche Bank AG | ACE Securities Corp. Home Equity Loan Trust Asset-Backed Pass-Through Certificates, Series 2007-ASAP2 | ACE 2007-ASAP2 | 00442UAA7 |
| FHFA v. Deutsche Bank AG | ACE Securities Corp. Home Equity Loan Trust Asset-Backed Pass-Through Certificates, Series 2007-ASL1 | ACE 2007-ASL1 | 00443MAA4 |
| FHFA v. Deutsche Bank AG | ACE Securities Corp. Home Equity Loan Trust Asset-Backed Pass-Through Certificates, Series 2007-HE4 | ACE 2007-HE4 | 00442LAA7 |
| FHFA v. Deutsche Bank AG | ACE Securities Corp. Home Equity Loan Trust Asset-Backed Pass-Through Certificates, Series 2007-HE5 | ACE 2007-HE5 | 000797AA8 |
| FHFA v. Deutsche Bank AG | ACE Securities Corp. Home Equity Loan Trust Asset-Backed Pass-Through Certificates, Series 2007-SL1 | ACE 2007-SL1 | 00442FAA0 |
| FHFA v. First Horizon Nat'l Corp. | First Horizon Alternative Mortgage Securities Trust 2005-AA10 | FHAMS 2005-AA10 | 32051GA54 |
| FHFA v. First Horizon Nat'l Corp. | First Horizon Alternative Mortgage Securities Trust 2005-AA11 | FHAMS 2005-AA11 | 32051GH40 |

| Short Case Caption | Full Securitization Name | Abbreviation | CUSIPs |
|---|---|---|---|
| FHFA v. First Horizon Nat'l Corp. | First Horizon Alternative Mortgage Securities Trust 2005-AA12 | FHAMS 2005-AA12 | 32051GQ81 |
| FHFA v. First Horizon Nat'l Corp. | First Horizon Alternative Mortgage Securities Trust 2005-AA9 | FHAMS 2005-AA9 | 32051GXE0, 32051GXE0 |
| FHFA v. First Horizon Nat'l Corp. | First Horizon Alternative Mortgage Securities Trust 2006-AA1 | FHAMS 2006-AA1 | 32051GV28 |
| FHFA v. Goldman Sachs & Co. | Accredited Mortgage Loan Trust 2005-4, Asset-Backed Notes, Series 2005-4 | ACCR 2005-4 | 004375EE7 |
| FHFA v. Goldman Sachs & Co. | GSAA Home Equity Trust 2005-14, Asset-Backed Certificates, Series 2005-14 | GSAA 2005-14 | 362341ZS1, 362341B32 |
| FHFA v. Goldman Sachs & Co. | GSAA Home Equity Trust 2007-6, Asset-Backed Certificates, Series 2007-6 | GSAA 2007-6 | 36245RAD1 |
| FHFA v. Goldman Sachs & Co. | GSAMP Trust 2006-HE8, Mortgage Pass-Through Certificates, Series 2006-HE8 | GSAMP 2006-HE8 | 3622M8AA4 |
| FHFA v. Goldman Sachs & Co. | GSAMP Trust 2007-HE1, Mortgage Pass-Through Certificates, Series 2007-HE1 | GSAMP 2007-HE1 | 3622MDAA3 |
| FHFA v. JPMorgan Chase & Co. | Aegis Asset Backed Securities Trust Mortgage Pass-Through Certificates, Series 2005-5 | AABST 2005-5 | 00764MHD2 |
| FHFA v. JPMorgan Chase & Co. | Bear Stearns Asset Backed Securities I Trust 2006-HE2, Asset-Backed Certificates, Series 2006-HE2 | BSABS 2006-HE2 | 07387UEL1 |
| FHFA v. JPMorgan Chase & Co. | Bear Stearns Asset Backed Securities I Trust 2006-HE4, Asset-Backed Certificates, Series 2006-HE4 | BSABS 2006-HE4 | 07388AAD6 |
| FHFA v. JPMorgan Chase & Co. | Bear Stearns Asset Backed Securities I Trust 2006-HE5, Asset-Backed Certificates, Series 2006-HE5 | BSABS 2006-HE5 | 07388CAD2 |
| FHFA v. JPMorgan Chase & Co. | Bear Stearns Asset Backed Securities I Trust 2007-HE2, Asset-Backed Certificates, Series 2007-HE2 | BSABS 2007-HE2 | 07389YAF8, 07389YAE1 |
| FHFA v. JPMorgan Chase & Co. | Bear Stearns Asset Backed Securities I Trust 2007-HE4, Asset-Backed Certificates, Series 2007-HE4 | BSABS 2007-HE4 | 07386RAE9 |
| FHFA v. JPMorgan Chase & Co. | Bear Stearns Mortgage Funding Trust 2006-SL5, Mortgage-Backed Certificates, Series 2006-SL5 | BSMF 2006-SL5 | 07401HAB8 |
| FHFA v. JPMorgan Chase & Co. | Bear Stearns Mortgage Funding Trust 2006-SL6, Mortgage-Backed Certificates, Series 2006-SL6 | BSMF 2006-SL6 | 07400LAT1 |
| FHFA v. JPMorgan Chase & Co. | Bear Stearns Mortgage Funding Trust 2007-SL1, Mortgage-Backed Certificates, Series 2007-SL1 | BSMF 2007-SL1 | 07401PAB0 |
| FHFA v. JPMorgan Chase & Co. | Bear Stearns Mortgage Funding Trust 2007-SL2, Mortgage-Backed Certificates, Series 2007-SL2 | BSMF 2007-SL2 | 07401RAB6 |
| FHFA v. JPMorgan Chase & Co. | People's Choice Home Loan Securities Trust Series 2005-4, Mortgage-Backed Notes Series 2005-4 | PCHLT 2005-4 | 71085PDF7 |
| FHFA v. Merrill Lynch & Co. | Fieldstone Mortgage Investment Trust Mortgage-Backed Notes, Series 2006-3 | FMIC 2006-3 | 316599AA7 |
| FHFA v. Merrill Lynch & Co. | Merrill Lynch Mortgage Investors Trust Mortgage Pass-Through Certificates, SERIES 2006-AF2 | MLMI 2006-AF2 | 59023NAA6 |

| Short Case Caption | Full Securitization Name | Abbreviation | CUSIPs |
|---|---|---|---|
| FHFA v. Merrill Lynch & Co. | Merrill Lynch Mortgage Investors Trust Mortgage Loan Asset-Backed Certificates, Series 2006-HE6 | MLMI 2006-HE6 | 59023XAA4 |
| FHFA v. Merrill Lynch & Co. | Merrill Lynch Mortgage Investors Trust Mortgage Loan Asset Backed Certificates, Series 2007-HE1 | MLMI 2007-HE1 | 59024EAA5 |
| FHFA v. Merrill Lynch & Co. | Specialty Underwriting and Residential Finance Trust Mortgage Loan Asset-Backed Certificates, Series 2005-AB3 | SURF 2005-AB3 | 84751PJD2 |
| FHFA v. Merrill Lynch & Co. | Specialty Underwriting and Residential Finance Trust Mortgage Loan Asset-Backed Certificates, Series 2005-BC3 | SURF 2005-BC3 | 84751PGU7 |
| FHFA v. Nomura Holding Am. Inc. | Nomura Asset Acceptance Corporation, Mortgage Pass-Through Certificates, Series 2005-AR6 | NAA 2005-AR6 | 65535VRJ9 |
| FHFA v. Nomura Holding Am. Inc. | Nomura Home Equity Loan, Inc., Asset-Backed Certificates, Series 2007-1 | NHELI 2007-1 | 65537KAA8 |
| FHFA v. Nomura Holding Am. Inc. | Nomura Home Equity Loan, Inc., Asset-Backed Certificates, Series 2007-2 | NHELI 2007-2 | 65537MAA4 |

**Exhibit 2**

Produce all documents regarding the Securitizations listed below to:

       Kasowitz, Benson, Torres & Friedman LLP
       1633 Broadway
       New York, NY 10019

FHFA has specific information indicating that You originated loans for the following securitizations:

| Short Case Caption | Full Securitization Name | Abbreviation | CUSIPs |
|---|---|---|---|
| FHFA v. Ally Financial, Inc., et al. | RALI Series 2005-QO4 Trust, Mortgage Asset-Backed Pass-Through Certificates, Series 2005-QO4 | RALI 2005-QO4 | 761118NL8 |
| FHFA v. Ally Financial, Inc., et al. | RALI Series 2006-QO4 Trust, Mortgage Asset-Backed Pass-Through Certificates, Series 2006-QO4 | RALI 2006-QO4 | 75114GAA7 75114GAB5 92911DAA4 |
| FHFA v. Ally Financial, Inc., et al. | RALI Series 2006-QO5 Trust, Mortgage Asset-Backed Pass-Through Certificates, Series 2006-QO5 | RALI 2006-QO5 | 75114HAA5 |
| FHFA v. Ally Financial, Inc., et al. | RALI Series 2006-QO8 Trust, Mortgage Asset-Backed Pass-Through Certificates, Series 2006-QO8 | RALI 2006-QO8 | 75115FAT7 |
| FHFA v. Ally Financial, Inc., et al. | RALI Series 2006-QO9 Trust, Mortgage Asset-Backed Pass-Through Certificates, Series 2006-QO9 | RALI 2006-QO9 | 75115HAB2 |
| FHFA v. Ally Financial, Inc., et al. | RALI Series 2007-QH5 Trust, Mortgage Asset-Backed Pass-Through Certificates, Series 2007-QH5 | RALI 2007-QH5 | 75116EAD4 |
| FHFA v. Ally Financial, Inc., et al. | RAMP Series 2005-RS9 Trust, Mortgage Asset-Backed Pass-Through Certificates, Series 2005-RS9 | RAMP 2005-RS9 | 76112BL99 |
| FHFA v. Ally Financial, Inc., et al. | RAMP Series 2006-RS1 Trust, Mortgage Asset-Backed Pass-Through Certificates, Series 2006-RS1 | RAMP 2006-RS1 | 76112BU24 |
| FHFA v. Ally Financial, Inc., et al. | RASC Series 2005-KS10 Trust, Home Equity Mortgage Asset-Backed Pass-Through Certificates, Series 2005-KS10 | RASC 2005-KS10 | 75405WAD4 |
| FHFA v. Ally Financial, Inc., et al. | RASC Series 2005-KS11 Trust, Home Equity Mortgage Asset-Backed Pass-Through Certificates, Series 2005-KS11 | RASC 2005-KS11 | 76110W7C4 |
| FHFA v. Ally Financial, Inc., et al. | RASC Series 2006-KS3 Trust, Home Equity Mortgage Asset-Backed Pass-Through Certificates, Series 2006-KS3 | RASC 2006-KS3 | 76113ABK6 |

| Short Case Caption | Full Securitization Name | Abbreviation | CUSIPs |
|---|---|---|---|
| FHFA v. Ally Financial, Inc., et al. | RASC Series 2006-KS9 Trust, Home Equity Mortgage Asset-Backed Pass-Through Certificates, Series 2006-KS9 | RASC 2006-KS9 | 75406YAE7 |
| FHFA v. Ally Financial, Inc., et al. | RASC Series 2007-KS2 Trust, Home Equity Mortgage Asset-Backed Pass-Through Certificates, Series 2007-KS2 | RASC 2007-KS2 | 74924WAE7 |
| FHFA v. Ally Financial, Inc., et al. | RASC Series 2007-KS3 Trust, Home Equity Mortgage Asset-Backed Pass-Through Certificates, Series 2007-KS3 | RASC 2007-KS3 | 74924YAE3 |

12-12020-mg    Doc 1295-3    Filed 08/28/12    Entered 08/28/12 16:48:53    Exhibit 3:
Haims Declaration    Pg 26 of 29

## Exhibit 3

| Securitization Abbreviation | Sponsor | Depositor | Underwriters |
|---|---|---|---|
| CBASS 2006-CB1 | Credit-Based Asset Servicing and Securitization LLC | Securitized Asset Backed Receivables LLC | 1. Barclays Capital Inc.<br>2. Lehman Brothers Inc.<br>3. Rabo Securities USA, Inc.<br>4. UBS Securities LLC |
| CBASS 2007-CB2 | Credit-Based Asset Servicing and Securitization LLC | Securitized Asset Backed Receivables LLC | 1. Barclays Capital Inc.<br>2. Citigroup Global Markets Inc.<br>3. Credit Suisse Securities (USA) LLC<br>4. HSBC Securities (USA) Inc. |
| ARMT 2005-10;<br>ARMT 2005-12;<br>CSFB 2005-11;<br>CSFB 2005-12;<br>HEAT 2005-7;<br>HEAT 2005-8;<br>HEAT 2005-9 | DLJ Mortgage Capital, Inc. | Credit Suisse First Boston Mortgage Securities Corp. | Credit Suisse First Boston LLC |
| ARMT 2006-1;<br>CSMC 2006-1;<br>HEAT 2006-3;<br>HEAT 2006-5;<br>HEAT 2006-6;<br>HEAT 2006-7;<br>HEMT 2006-6 | DLJ Mortgage Capital, Inc. | Credit Suisse First Boston Mortgage Acceptance Corp. | Credit Suisse Securities (USA) LLC |
| ACE 2005-ASAP1;<br>ACE 2006-ASAP1;<br>ACE 2006-ASAP2;<br>ACE 2006-ASAP3;<br>ACE 2006-ASAP4;<br>ACE 2006-ASAP5S;<br>ACE 2006-ASAP6;<br>ACE 2006-HE2;<br>ACE 2006-HE3;<br>ACE 2006-HE4;<br>ACE 2007-ASAP1;<br>ACE 2007-ASAP2;<br>ACE 2007-ASL1;<br>ACE 2007-HE4;<br>ACE 2007-HE5;<br>ACE 2007-SL1 | DB Structured Products, Inc. | ACE Securities Corp. | Deutsche Bank Securities, Inc. |
| FHAMS 2005-AA10 | First Horizon Home Loan Corp. | First Horizon Asset Securities, Inc. | 1. FTN Financial Securities Corp.<br>2. Goldman Sachs & Co. |
| FHAMS 2005-AA11 | First Horizon Home Loan Corp. | First Horizon Asset Securities, Inc. | 1. UBS Securities, LLC<br>2. Lehman Brothers<br>3. FTN Financial Securities Corp. |

| Securitization Abbreviation | Sponsor | Depositor | Underwriters |
|---|---|---|---|
| FHAMS 2005-AA12 | First Horizon Home Loan Corp. | First Horizon Asset Securities, Inc. | 1. Bear, Stearns & Co. Inc.<br>2. FTN Financial Securities Corp. |
| FHAMS 2005-AA9 | First Horizon Home Loan Corp. | First Horizon Asset Securities, Inc. | 1. Merrill Lynch, Pierce, Fenner & Smith, Inc.;<br>2. Citigroup Global Markets Inc.<br>3. FTN Financial Securities Corp. |
| FHAMS 2006-AA1 | First Horizon Home Loan Corp. | First Horizon Asset Securities, Inc. | 1. Credit Suisse Securities (USA) LLC<br>2. FTN Financial Securities Corp. |
| ACCR 2005-4 | Accredited Home Lenders, Inc. | Accredited Mortgage Loan REIT Trust | 1. Goldman, Sachs & Co.<br>2. Lehman Brothers Inc.<br>3. Credit Suisse First Boston LLC |
| GSAA 2005-14;<br>GSAA 2007-6;<br>GSAMP 2006-HE8;<br>GSAMP 2007-HE1; | Goldman Sachs Mortgage Company | GS Mortgage Securities Corp. | Goldman, Sachs & Co. |
| HASC 2005-I1 | HSBC Bank USA, N.A. | HSI Asset Securitization Corp. | 1. HSBC Securities (USA) Inc.<br>2. Blaylock & Co., Inc.<br>3. H&R Financial Advisors, Inc. |
| HASC 2006-HE1 | HSBC Bank USA, N.A. | HSI Asset Securitization Corp. | 1. HSBC Securities (USA) Inc.<br>2. Blaylock & Co., Inc.<br>3. Countrywide Securities Corp. |
| HASC 2007-HE2 | HSBC Bank USA, N.A. | HSI Asset Securitization Corp. | 1. HSBC Securities (USA) Inc.<br>2. Blaylock & Co., Inc.<br>3. Utendahl Capital Partners, L.P. |
| AABST 2005-5 | Aegis Mortgage Corp. | Aegis Asset Backed Securities Corp. | 1. Bear, Stearns & Co. Inc.<br>2. Credit Suisse First Boston LLC<br>3. Lehman Brothers Inc.<br>4. UBS Securities LLC |
| BSABS 2006-HE2;<br>BSABS 2006-HE5;<br>BSABS 2007-HE2;<br>BSABS 2007-HE4;<br>BSMF 2006-SL5;<br>BSMF 2006-SL6;<br>BSMF 2007-SL1;<br>BSMF 2007-SL2 | EMC Mortgage LLC (f/k/a EMC Mortgage Corporation) | Bear Stearns Asset Backed Securities LLC | Bear, Stearns & Co. Inc. |
| BSABS 2006-HE4 | EMC Mortgage LLC (f/k/a EMC Mortgage Corporation) | Bear Stearns Asset Backed Securities LLC | 1. Bear, Stearns & Co. Inc.<br>2. SG Americas Securities, LLC |
| PCHLT 2005-4 | People's Choice Funding, Inc. | People's Choice Home Loan Securities Corp. | 1. Bear Stearns & Co., Inc.<br>2. Lehman Brothers Inc.<br>3. Credit Suisse First Boston LLC<br>4. UBS Securities LLC |
| FMIC 2006-3 | Fieldstone Investment Corporation | Fieldstone Mortgage Investment Corporation | 1. Merrill Lynch, Pierce, Fenner & Smith, Inc.;<br>2. Lehman Brothers Inc. |

| Securitization Abbreviation | Sponsor | Depositor | Underwriters |
|---|---|---|---|
| | | | 3. Bear, Stearns & Co. Inc.<br>4. Credit Suisse Securities (USA) LLC |
| MLMI 2006-AF2;<br>MLMI 2006-HE6;<br>MLMI 2007-HE1;<br>SURF 2005-AB3;<br>SURF 2005-BC3 | Merrill Lynch Mortgage Lending, Inc. | Merrill Lynch Mortgage Investors, Inc. | Merrill Lynch, Pierce, Fenner & Smith, Inc. |
| NAA 2005-AR6 | Nomura Credit & Capital, Inc. | Nomura Asset Acceptance Corporation | Nomura Securities International, Inc. |
| NHELI 2007-1 | Nomura Credit & Capital, Inc. | Nomura Home Equity Loan, Inc. | 1. RBS Securities Inc. (f/k/a Greenwich Capital Markets, Inc.)<br>2. Bear, Stearns & Co. Inc. |
| NHELI 2007-2 | Nomura Credit & Capital, Inc. | Nomura Home Equity Loan, Inc. | 1. RBS Securities Inc. (f/k/a Greenwich Capital Markets, Inc.)<br>2. Citigroup Global Markets Inc.<br>3. UBS Securities LLC |

Exhibit 4

| Securitization Abbreviation | Sponsor | Depositor | Underwriters |
|---|---|---|---|
| RALI 2005-QO4 | Residential Funding Co., LLC | Residential Accredit Loans, Inc. | RBS Greenwich Capital |
| RALI 2006-QO4 | Residential Funding Co., LLC | Residential Accredit Loans, Inc. | RBS Greenwich Capital |
| RALI 2006-QO5 | Residential Funding Co., LLC | Residential Accredit Loans, Inc. | UBS Securities, LLC |
| RALI 2006-QO8 | Residential Funding Co., LLC | Residential Accredit Loans, Inc. | Lehman Brothers |
| RALI 2006-QO9 | Residential Funding Co., LLC | Residential Accredit Loans, Inc. | Lehman Brothers |
| RALI 2007-QH5 | Residential Funding Co., LLC | Residential Accredit Loans, Inc. | 1. Goldman Sachs & Co.<br>2. GMAC RFC Securities |
| RAMP 2005-RS9 | Residential Funding Corp. | Residential Asset Mortgage Products, Inc. | 1. Bear Stearns & Co., Inc.<br>2. GMAC RFC Securities<br>3. Credit Suisse First Boston, LLC<br>4. RBS Greenwich Capital |
| RAMP 2006-RS1 | Residential Funding Corp. | Residential Asset Mortgage Products, Inc. | 1. Bank of America Securities, LLC<br>2. GMAC RFC Securities<br>3. Credit Suisse Securities (USA), LLC<br>4. RBS Greenwich Capital |
| RASC 2005-KS10 | Residential Funding Co., LLC | Residential Asset Securities Corp. | 1. JP Morgan Securities, LLC<br>2. Bank of America Securities, LLC<br>3. GMAC RFC Securities |
| RASC 2005-KS11 | Residential Funding Co., LLC | Residential Asset Securities Corp. | 1. Credit Suisse First Boston, LLC<br>2. RBS Greenwich Capital<br>3. GMAC RFC Securities |
| RASC 2006-KS3 | Residential Funding Co., LLC | Residential Asset Securities Corp. | Citigroup Global Markets, Inc. |
| RASC 2006-KS9 | Residential Funding Co., LLC | Residential Asset Securities Corp. | Barclays Capital, Inc. |
| RASC 2007-KS2 | Residential Funding Co., LLC | Residential Asset Securities Corp. | JP Morgan Securities, LLC |
| RASC 2007-KS3 | Residential Funding Co., LLC | Residential Asset Securities Corp. | 1. JP Morgan Securities, LLC<br>2. Bank of America Securities, LLC<br>3. GMAC RFC Securities |