# **EXHIBIT G**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                           :
RESIDENTIAL CAPITAL, LLC, et al.,          :
                                           :    12 Civ. 5116 (DLC)
              Debtors-Plaintiffs,          :
                                           :         ORDER
         -v-                               :
                                           :
FEDERAL HOUSING FINANCE AGENCY,            :    Also filed in
                                           :    11 Civ. 5201 (DLC)
              Defendant.                   :
                                           :
------------------------------------------X

DENISE COTE, District Judge:

    Plaintiffs Residential Capital, LLC and related debtor entities (collectively, "ResCap") have moved pursuant to 11 U.S.C. § 105 to enjoin the defendant from pursuing litigation against ResCap's non-debtor corporate affiliates, including Ally Financial, Ally Securities and GMACM Group (the "Ally Defendants"). In the alternative, ResCap seeks a judicial order bringing the Ally Defendants within the coverage of the Bankruptcy Code's Automatic Stay. See 11 U.S.C. § 360(a). For the reasons stated on the record during a conference with the parties on July 17, 2012, it is hereby

ORDERED that the motion is denied. The Clerk of Court is directed to close this case.

SO ORDERED:

Dated: New York, New York
July 17, 2012

_____
DENISE COTE
United States District Judge

2