UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
_____X

IN RE:

                                                      CH: 11

RESIDENTIAL CAPITAL, LLC, et al.        Case No:..12-12020

                    Debtor.
_____X

                            AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
COUNTY OF WESTCHESTER

       Christian Del Toro, being duly sworn says: I am not a party to this action, am more than 18 years of age and reside in Bronx, NY:

       On August 28, 2012, I served a true copy of the annexed Motion for Relief and Supporting Documents in this action by mailing same in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the US Postal Service within the State of New York, addressed to the last known address of the addresses as indicated below:

TO:

Anthony Princi, Counsel for Debtor
Gary S. Lee, Counsel for Debtor
Larren M. Nashelsky, Counsel for Debtor
Morrison & Foerster, LLP
1290 Avenue of the Americas
New York, NY 10104

Steven J. Reisman
Curtis, Mallet-Prevost, Colt & Mosle, LLP
101 Park Avenue
New York, NY 10178

U.S. Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004

Kurtzman Carson Consultants
Claims and Noticing Agent
2335 Alaska Ave.
El Segundo, CA 90245

Steven S. Sparling, Counsel for Official Committee of Unsecured Creditors
Kramer, Levin, Naftalis & Frankel, LLP
919 Third Avenue
New York, NY 10022

Debra Weinstein Minoff
Loeb & Loeb LLP
Attorneys for Wilmington Trust, National Association
345 Park Avenue
New York, NY 10154
(212) 407-4000

Tuesday, August 28, 2012

_____
Christian Del Toro

Sworn to before me on this 26 day of August, 2012

_____
Notary Public
Phillip Mahony
Notary Public-State of New York
No. 02MA6265989
Qualified in Queens County
My Commission Expires July 23, 2016