Wendy Alison Nora
ACCESS LEGAL SERVICES
210 Second Street NE
Minneapolis, Minnesota 55413
Telephone: (612) 333-4144
Facsimile: (612) 886-2444

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X

In re

Residential Capital, LLC *et al.,*                                      Chapter 11

                                                                        Case No. 12-12020 (MG)
.                                      Debtors.                          Administratively Consolidated


------------------------------------------------------------------X

NOTICE OF APPEAL FROM ORDER ENTERED ON AUGUST 15, 2012
[DOCKET NO. 1159]

_____

Wendy Alison Nora appeals from the Order Denying the Objection of Wendy Alison

Nora *Motion for Reconsideration of Final Supplemental Order Under Bankruptcy Code Sections*

*105(a), 362, 363, 502, 1107(a) and 1108 and Bankruptcy Rule 9019 (I) Authorizing the Debtors*

*to Continue Implementing Loss Mitigation Programs; (II) Approving Procedures for*

*Compromise and Settlement of Certain Claims, Litigations and Causes of Action, (III) Granting*

*Limited Stay Relief to Permit Foreclosures and Eviction Proceedings and Directing the Debtors*

*to Pay Securitization Trustee Fees and Expense and Authorizing the Continuation of the*

*Operations of Debtors' Racketeering  Enterprise* (the "Reconsideration Motion"). (ECF Doc. #

916) entered on August 15, 2012.

Dated: August 29,  2012 at Minneapolis, Minnesota.

ACCESS LEGAL SERVICES

*/s/ Wendy Alison Nora*
Wendy Alison Nora
210 Second Street NE
Minneapolis, Minnesota 55413
Telephone (612) 333-4144
Facsimile (612) 886-2444
accesslegalservices@gmail.com