UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
In re                                                        :    CERTIFICATE OF SERVICE
                                                             :
RESIDENTIAL CAPITAL, LLC, et al.,                            :    Chapter 11 Case No.
                                                             :
                              Debtors.                       :    12-12020 (MG)
                                                             :
                                                             :    (Jointly Administered)
                                                             :
------------------------------------------------------------X

       I, Richard V. Conza, an attorney admitted to practice in the State of New York and the Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

       On the 29th day of August 2012, the Notice of Appearance and Request for Service of Papers was served by email and by First Class Mail, as indicated, upon:

### BY EMAIL

hseife@chadbourne.com; dlemay@chadbourne.com;
bobbie.theivakumaran@citi.com; kelvin.vargas@db.com;
peter_mcgonigle@fanniemae.com; kdwbankruptcydepartment@kelleydrye.com;
richard.cieri@kirkland.com; ray.schrock@kirkland.com;
richard.cieri@kirkland.com; stephen.hessler@kirkland.com;
projectrodeo@kirkland.com; William.b.Solomon@ally.com;
Timothy.Devine@ally.com; john.bellaver@ally.com;
keckstein@kramerlevin.com; tmayer@kramerlevin.com;
dmannal@kramerlevin.com; Tammy.Hamzehpour@gmacrescap.com;
diane.citron@ally.com; lnashelsky@mofo.com; glee@mofo.com;
lmarinuzzi@mofo.com; Nancy.Lord@OAG.State.NY.US;
enid.stuart@OAG.State.NY.US; secbankruptcy@sec.gov;
secbankruptcy@sec.gov; newyork@sec.gov; lnyhan@sidley.com;
jboelter@sidley.com; bmyrick@sidley.com jhofer@skadden.com;
nikolay.kodes@skadden.com; ken.ziman@skadden.com;
sarah.ward@skadden.com; suzanne.lovett@skadden.com;
george.rayzis@usbank.com; irina.palchuk@usbank.com;
AskDOJ@usdoj.gov; joseph.cordaro@usdoj.com; Tracy.Davis2@usdoj.gov;
Linda.Riffkin@usdoj.gov; Brian.Masumoto@usdoj.gov

## BY FIRST CLASS MAIL

**Chadbourne & Parke LLP**
Attn Howard Seife & David M LeMay
30 Rockefeller Plaza
New York, NY 10112

**Citibank NA**
Attn Bobbie Theivakumaran
390 Greenwich St 6th Fl
New York, NY 10013

**Deutsche Bank Trust Company Americas**
c/o Kelvin Vargas
25 De Forest Ave
Summit, NJ 07901

**Fannie Mae**
Attn Peter McGonigle
1835 Market St Ste 2300
Philadelphia, PA 19103

**Internal Revenue Service**
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

**Internal Revenue Service**
Centralized Insolvency Operation
2970 Market St
Philadelphia, PA 19104

**Internal Revenue Service**
Insolvency Section
31 Hopkins Plz Rm 1150
Baltimore, MD 21201

**Kelley Drye & Warren LLP**
James S Carr & Eric R Wilson
101 Park Ave
New York, NY 10178

**Kirkland & Ellis**
Richard M Cieri
601 Lexington Ave
New York, NY 10022

**Kirkland & Ellis LLP**
Attn Ray C Schrock & Stephen E Hessler
601 Lexington Ave
New York, NY 10022-4611

**Kramer Levin Naftallis & Frankel LLP**
Kenneth H Eckstein, Thomas Moers Mayer & Douglas H Mannal
1177 Avenue of the Americas
New York, NY 10036

**Morrison & Foerster LLP**
Attn Tammy Hamzehpour
1290 Avenue of the Americas
New York, NY 10104

**Morrison & Foerster LLP**
Larren M Nashelsky, Gary S Lee & Lorenzo Marinuzzi
1290 Avenue of the Americas
New York, NY 10104

**Nationstar Mortgage LLC**
Attn: General Counsel
350 Highland Drive
Lewisville, TX 75067

**Office of the NY State Attorney General**
Nancy Lord & Enid M Stuart
The Capitol
Albany, NY 12224-0341

**Office of the US Attorney for the Southern District of NY**
United States Attorney Preet Bharara
One St Andrews Plaza
New York, NY 10007

**Securities & Exchange Commission**
Secretary of the Treasury
100 F St NE
Washington, DC 20549

**Securities & Exchange Commission NY Regional Office**
George S Canellos Regional Director
3 World Financial Center Ste 400
New York, NY 10281-1022

**Sidley Austin LLP**
Larry J Nyhan & Jessica CK Boelter
One Dearborn
Chicago, IL 60603

**Skadden Arps Slate Meagher & Flom LLP**
Jonathan H. Hofer
Four Times Square
New York, NY 10036

**Skadden Arps Slate Meagher & Flom LLP**
Ken Ziman
Four Times Square
New York, NY 10036

**Skadden Arps Slate Meagher & Flom LLP**
Sarah M Ward
Four Times Square
New York, NY 10036

**Skadden Arps Slate Meagher & Flom LLP**
Suzanne D T Lovett
Four Times Square
New York, NY 10036

**The Bank of New York Mellon**
Asset-Backed Securities Group
101 Barclay St 4W
New York, NY 10286

**U.S. Bank National Association**
Attn: George Rayzis
50 South 16 th Street
Suite 2000
Philadelphia, PA 19102

**U.S. Bank National Association**
Attn: Irina Palchuk
60 Livingston Avenue
EP-MN-WS1D
St. Paul, MN 55107

**U.S. Department of Justice**
US Attorney General, Eric H. Holder, Jr.
950 Pennsylvania Ave NW
Washington, DC 20530-0001

**United States Attorney's Office for the
Southern District of New York Civil Division**
Attn Joseph Cordaro
86 Chambers St 3rd Fl
New York, NY 10007

**US Trustee for the Southern District of NY**
Tracy Hope Davis, Linda A. Riffkin and Brian S. Masumoto
33 Whitehall St 21st Fl, Region 2
New York, NY 10004

**Wells Fargo Bank NA**
Attn Corporate Trust Services - GMACM Home Equity Notes 2004 Variable
Funding Trust
PO Box 98
Columbia, MD 21046

Dated:  New York, New York
        August 30, 2012

_____
Richard V. Conza