**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, <u>et al.</u>, | Chapter 11 |
| Debtors. | Jointly Administered |

## CERTIFICATE OF SERVICE

BRYANT YU hereby certifies the following under the penalties of perjury:

I am over the age of 18 years, not a party to this action and employed by Cravath, Swaine & Moore LLP (attorneys for Credit Suisse Securities (USA) LLC), located at 825 Eighth Avenue, New York, New York 10019.

On the 28th day of August, 2012, I served the

- **NON-ALLY UNDERWRITER DEFENDANTS' MOTION IN SUPPORT OF LOAN FILE DISCOVERY FROM THE DEBTORS AND, IF NECESSARY TO THAT PURPOSE, RELIEF FROM THE AUTOMATIC STAY (WITH EXHIBITS A TO I) [ECF DOCKET NO. 1293]**

upon the entities listed in Exhibit A attached hereto, by depositing true, traditional paper copies of the above-listed document in properly addressed, postage prepaid, FIRST CLASS MAIL wrappers in a depository under the exclusive care and custody of the United States Postal Service located within the State, City and County of New York.

FURTHERMORE, on the 28th day of August, 2012, I served true copies of the above-listed document (in electronic PDF format) by electronic mail upon the entities listed in Exhibit B attached hereto.

1

Dated this 30th day of August, 2012, at New York, New York.

_____
Bryant Yu

**EXHIBIT A – FIRST CLASS MAIL**

Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112
Attn: Howard Seife & David M. LeMay

Citibank NA
390 Greenwich St., 6th Fl.
New York, NY 10013
Attn: Bobbie Theivakumaran

Deutsche Bank Trust Company Americas
c/o Kelvin Vargas
25 DeForest Ave.
Summit, NJ 07901

Fannie Mae
1835 Market St., Ste. 2300
Philadelphia, PA 19103
Attn: Peter McGonigle

Internal Revenue Service
Centralized Insolvency Operation
2970 Market St.
Philadelphia, PA 19104

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
Insolvency Section
31 Hopkins Plz., Rm. 1150
Baltimore, MD 21201

James S. Carr
Eric R. Wilson
Kelley Drye & Warren LLP
101 Park Ave.
New York, NY 10178

Kirkland & Ellis LLP
601 Lexington Ave.
New York, NY 10022-4611
Attn: Ray C. Schrock & Stephen E. Hessler

Richard M. Cieri
Kirkland & Ellis
601 Lexington Ave.
New York, NY 10022

Kenneth H. Eckstein
Thomas Moers Mayer
Douglas H. Mannal
Kramer Levin Naftallis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104
Attn: Tammy Hamzehpour

Larren M. Nashelsk
Gary S. Lee
Lorenzo Marinuzzi
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104

Nationstar Mortgage LLC
350 Highland Drive
Lewisville, TX 75067
Attn: General Counsel

Nancy Lord
Enid M. Stuart
Office of the NY State Attorney General
The Capitol
Albany, NY 12224-0341

3

United States Attorney Preet Bharara
Office of the US Attorney for the
Southern District of NY
One St. Andrews Plaza
New York, NY 10007

George S. Canellos
Securities & Exchange Commission
NY Regional Office, Regional Director
3 World Financial Center, Ste. 400
New York, NY 10281-1022

Secretary of the Treasury
Securities & Exchange Commission
100 F St., NE
Washington, DC 20549

Larry J. Nyhan
Jessica C.K. Boelter
Sidley Austin LLP
One Dearborn
Chicago, IL 60603

Jonathan H. Hofer
Skadden Arps Slate Meagher & Flom LLP
Four Times Square
New York, NY 10036

Ken Ziman
Skadden Arps Slate Meagher & Flom LLP
Four Times Square
New York, NY 10036

Sarah M. Ward
Skadden Arps Slate Meagher & Flom LLP
Four Times Square
New York, NY 10036

Suzanne D.T. Lovett
Skadden Arps Slate Meagher & Flom LLP
Four Times Square
New York, NY 10036

Asset-Backed Securities Group
The Bank of New York Mellon
101 Barclay St., 4W
New York, NY 10286

U.S. Bank National Association
50 South 16th Street, Suite 2000
Philadelphia, PA 19102
Attn: George Rayzis

U.S. Bank National Association
60 Livingston Avenue, EP-MN-WS1D
St. Paul, MN 55107
Attn: Irina Palchuk

US Attorney General, Eric H. Holder, Jr.
U.S. Department of Justice
950 Pennsylvania Ave NW
Washington, DC 20530-0001

United States Attorney's Office for the Southern District of New York, Civil Division
86 Chambers St., 3rd Fl.
New York, NY 10007
Attn: Joseph Cordaro

Tracy Hope Davis
Linda A. Riffkin
Brian S. Masumoto
US Trustee for the Southern District of NY
33 Whitehall St., 21st Fl., Region 2
New York, NY 10004

GMACM Home Equity Notes 2004
Variable Funding Trust
Wells Fargo Bank NA
PO Box 98
Columbia, MD 21046
Attn: Corporate Trust Services

AIG Asset Management US LLC
80 Pine St.
New York, NY 10038
Attn: Russell Lipman

Allstate Life Insurance Company
3075 Sanders Rd., Ste. G5A
Northbrook, IL 60062
Attn: Peter A. McElvain

Eric T. Schneiderman
Victoria L. Safran
Attorney General of the State of New York
Nassau Regional Office
200 Old Country Rd., Ste. 240
Mineola, NY 11501

David P. Stich, Esq.
521 Fifth Ave., 17th Fl.
New York, NY 10175

Fedelina Roybal-DeAguero 2008 Trust
42265 Little Lake Rd.
Medocino, CA 94560

Financial Guaranty Insurance Company
125 Park Ave
New York, NY 10017
Attn: John Dubel

IBM Corporation,
1360 Rene Levesque W, Ste. 400
Montreal, QC H3G 2W6
Attn: Shawn Konig

Christopher E. Green
Law Offices of Christopher Green
Two Union Square, Suite 4285
601 Union Street
Seattle, WA 98101

M&TCC
1 M&T Plaza, 7th Floor
Buffalo, NY 14203

MBIA Insurance Corporation
113 King St.
Armonk, NY 10504
Attn: Mitchell Sonkin

Rowen L Drenne as Representative for the Plaintiffs Brian Kessler et al.
3725 N. Indiana
Kansas City, MO 64117

Secretary of State
123 William St.
New York, NY 10038-3804

Secretary of State
Division of Corporations
99 Washington Ave., Ste. 600
One Commerce Plz.
Albany, NY 12231-0001

Joel M. Shafferman, Esq.
Shafferman & Feldman LLP
286 Madison Ave, Ste. 502
New York, NY 10017

Julie J. Becker, Vice President
Wilmington Trust NA
50 South Sixth St., Ste. 1290
Minneapolis, MN 55402-1544

5

## EXHIBIT B – ELECTRONIC MAIL

Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112
Attn: Howard Seife & David M. LeMay
hseife@chadbourne.com
dlemay@chadbourne.com

Citibank NA
390 Greenwich St., 6th Fl.
New York, NY 10013
Attn: Bobbie Theivakumaran
bobbie.theivakumaran@citi.com

Deutsche Bank Trust Company Americas
c/o Kelvin Vargas
25 DeForest Ave.
Summit, NJ 07901
kelvin.vargas@db.com

Fannie Mae
1835 Market St., Ste. 2300
Philadelphia, PA 19103
Attn: Peter McGonigle
peter_mcgonigle@fanniemae.com

James S. Carr
Eric R. Wilson
Kelley Drye & Warren LLP
101 Park Ave.
New York, NY 10178
kdwbankruptcydepartment@kelleydrye.com

Kirkland & Ellis LLP
601 Lexington Ave.
New York, NY 10022-4611
Attn: Ray C. Schrock & Stephen E. Hessler
ray.schrock@kirkland.com
richard.cieri@kirkland.com
stephen.hessler@kirkland.com
projectrodeo@kirkland.com
William.b.Solomon@ally.com
Timothy.Devine@ally.com
john.bellaver@ally.com

Richard M. Cieri
Kirkland & Ellis
601 Lexington Ave.
New York, NY 10022
richard.cieri@kirkland.com

Kenneth H. Eckstein
Thomas Moers Mayer
Douglas H. Mannal
Kramer Levin Naftallis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
keckstein@kramerlevin.com
tmayer@kramerlevin.com
dmannal@kramerlevin.com

Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104
Attn: Tammy Hamzehpour
Tammy.Hamzehpour@gmacrescap.com
diane.citron@ally.com

Larren M. Nashelsk
Gary S. Lee
Lorenzo Marinuzzi
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104
lnashelsky@mofo.com
glee@mofo.com
lmarinuzzi@mofo.com

Nancy Lord
Enid M. Stuart
Office of the NY State Attorney General
The Capitol
Albany, NY 12224-0341
Nancy.Lord@OAG.State.NY.US
enid.stuart@OAG.State.NY.US

George S. Canellos
Securities & Exchange Commission
NY Regional Office, Regional Director
3 World Financial Center, Ste. 400
New York, NY 10281-1022
secbankruptcy@sec.gov
newyork@sec.gov

Secretary of the Treasury
Securities & Exchange Commission
100 F St., NE
Washington, DC 20549
secbankruptcy@sec.gov

Larry J. Nyhan
Jessica C.K. Boelter
Sidley Austin LLP
One Dearborn
Chicago, IL 60603
lnyhan@sidley.com
jboelter@sidley.com
bmyrick@sidley.com

Jonathan H. Hofer
Skadden Arps Slate Meagher & Flom LLP
Four Times Square
New York, NY 10036
jhofer@skadden.com
nikolay.kodes@skadden.com

Ken Ziman
Skadden Arps Slate Meagher & Flom LLP
Four Times Square
New York, NY 10036
ken.ziman@skadden.com

Sarah M. Ward
Skadden Arps Slate Meagher & Flom LLP
Four Times Square
New York, NY 10036
sarah.ward@skadden.com

Suzanne D.T. Lovett
Skadden Arps Slate Meagher & Flom LLP
Four Times Square
New York, NY 10036
suzanne.lovett@skadden.com

U.S. Bank National Association
50 South 16th Street, Suite 2000
Philadelphia, PA 19102
Attn: George Rayzis
george.rayzis@usbank.com

U.S. Bank National Association
60 Livingston Avenue, EP-MN-WS1D
St. Paul, MN 55107
Attn: Irina Palchuk
irina.palchuk@usbank.com

US Attorney General, Eric H. Holder, Jr.
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530-0001
AskDOJ@usdoj.gov

7

United States Attorney's Office for the
Southern District of New York, Civil
Division
86 Chambers St., 3rd Fl.
New York, NY 10007
Attn: Joseph Cordaro
joseph.cordaro@usdoj.com

Tracy Hope Davis
Linda A. Riffkin
Brian S. Masumoto
US Trustee for the Southern District of NY
33 Whitehall St., 21st Fl., Region 2
New York, NY 10004
Tracy.Davis2@usdoj.gov
Linda.Riffkin@usdoj.gov
Brian.Masumoto@usdoj.gov

Aldridge Connors LLP
Bankruptcy Department
Fifteen Piedmont Center
3575 Piedmont Rd., NE, Ste. 500
Atlanta, GA 30305
ecfmail@aclawllp.com

Tom Houghton
Ally Bank
440 S. Church St., # 1100
Charlotte, NC 28202
tom.houghton@ally.com

Jeffrey Brown, Corporate Treasurer
Ally Financial Inc.
440 S. Church St, #1100
Charlotte, NC 28202
jeff.brown@gmacfs.com
william.b.solomon@ally.com

John C. Weitnauer, Esq.
Alston & Bird LLP
One Atlantic Center
1201 West Peachtree St.
Atlanta, GA 30309-3424
kit.weitnauer@alston.com

Martin G. Bunin, Esq
William Hao, Esq.
Alston & Bird LLP
90 Park Ave.
New York, NY 10016
marty.bunin@alston.com
william.hao@alston.com

William B. Macurda
Alston & Bird LLP
Bank of America Plaza, Ste. 4000
101 S. Tryon St.
Charlotte, NC 28280-4000
bill.macurda@alston.com

John Mark Stern
Assistant Attorney General
Bankruptcy & Collections Division
PO Box 12548
Austin, TX 78711-2548
john.stern@texasattorneygeneral.gov

Sarah Stout
Jennifer J Provenzano
Bank of New York Mellon
525 William Penn Place
Pittsburgh, PA 15259-0001
Sarah.Stout@BNYMellon.com
Jennifer.Provenzano@BNYMellon.com
Michael.Spataro@BNYMellon.com
Mageshwaran.Ramasamy@BNYMellon.com

Alicia Borys
Patrick Kerner
Barclays Bank PLC
745 7th Ave., 27th Fl.
NewYork, NY 10019
alicia.borys@barclays.com
patrick.kerner@barclays.com

8

Joe Tricamo
May Wong
Barclays Bank PLC
1301 Sixth Ave.
New York, NY 10019
xrausloanops5@barclays.com

David M. Powlen
Barnes & Thornburg LLP
1000 North West St., Ste. 1200
Wilmington, DE 19801
david.powlen@btlaw.com

Barry B. Eskanos, JD, MPA
Ami B Eskanos
3122 Pine Tree Dr.
Miami Beach, FL 33140
bbeskanos@aol.com

David R. Stickney
Jonathan D. Uslaner
Matthew P. Jubenville
Bernstein Litowitz Berger & Grossmann LLP
12481 High Bluff Dr., Ste. 300
San Diego, CA 92130
davids@blblgaw.com
jonathanu@blbglaw.com
matthewj@blbglaw.com

Jai K. Chandrasekhar
Bernstein Litowitz Berger & Grossmann LLP
1285 Avenue of the Americas
New York, NY 10019
jai@blbglaw.com

BMMZ Holding LLC
c/o Ally Financial Inc.
200 Renaissance Center, Mail Code 482-B12-B96
Detroit, MI 48265-2000
Attn: Courtney Lowman
courtney.lowman@ally.com

Brian Kessler, et al.
c/o Walters Bender Strohbehn & Vaughan, P.C.
2500 City Center Square
1100 Main, Suite 2500
Kansas City, MO 64105
jhaake@wbsvlaw.com

Gregory M. Petrick
Ingrid Bagby
Cadwalader Wickersham & Taft LLP
One World Financial Center
New York, NY 10281
gregory.petrick@cwt.com
ingrid.bagby@cwt.com

Mark C. Ellenberg, Esq.
Cadwalader Wickersham & Taft LLP
700 Sixth St., NW
Washington, DC 20001
mark.ellenberg@cwt.com

Aaron R. Cahn
Leonardo Trivigno
Carter Ledyard & Milburn LLP
2 Wall St.
New York, NY 10005
bankruptcy@clm.com

Joel P. Laitman
Christopher Lometti
Michael B. Eisenkraft
Daniel B. Rehns
Kenneth M. Rehns
Cohen Milstein Sellers & Toll PLLC
88 Pine St., 14th Fl.
New York, NY 10005
jlaitman@cohenmilstein.com
clometti@cohenmilstein.com
meisenkraft@cohenmilstein.com
drehns@cohenmilstein.com
krehns@cohenmilstein.com

Michael D. Warner
Emily S. Chou
Cole Schotz Meisel Forman & Leonard PA
301 Commerce St., Ste. 1700
Fort Worth, TX 76102
mwarner@coleschotz.com
echou@coleschotz.com

Joseph Kots
Commonwealth of Pennsylvania
Department of Labor and Industry
Reading Bankruptcy & Compliance Unit
625 Cherry St., Rm. 203
Reading, PA 19602-1152
ra-li-ucts-bankrupt@state.pa.us

William H. Hoch
Crowe & Dunlevy PC
20 N. Broadway Ave., Ste. 1800
Oklahoma City, OK 73102
will.hoch@crowedunlevy.com

Maryann Gallagher, Esq.
Curtis Mallet-Prevost Colt & Mosle LLP
101 Park Ave.
New York, NY 10178-0061
mgallagher@curtis.com

Michael A. Cohen, Esq.
Curtis Mallet-Prevost Colt & Mosle LLP
101 Park Ave,
New York, NY 10178-0061
macohen@curtis.com

Steven J. Reisman, Esq.
Curtis Mallet-Prevost Colt & Mosle LLP
101 Park Ave.
New York, NY 10178-0061
sreisman@curtis.com

Glenn E Siegel
Hector Gonzalez
Brian E Greer
Mauricio A. Espana
Dechert LLP
1095 Avenue of the Americas
New York, NY 10036-6797
glenn.siegel@dechert.com
hector.gonzalez@dechert.com
brian.greer@dechert.com
mauricio.espana@dechert.com

Deutsche Bank Trust Company Americas
Harborside Financial Center
100 Plaza One, MS: JCY03-0699
Jersey City, NJ 07311-3901
Attn:  Brendan Meyer
Brendan.meyer@db.com

Rosa Mendez
Deutsche Bank, Corporate Trust Department
1761 E. St. Andrew Place
Santa Ana, CA 92705-4934
rosa.mendez@db.com

Diem T. Nguyen
16478 Beach Blvd., No. 331
 Westminister, CA 92683
diem.home@gmail.com

Gerald S. Catalanello, Esq.
James J. Bincequerra, Esq.
Duane Morris LLP
1540 Broadway
New York, NY 10036
gcatalanello@duanemorris.com
jvincequerra@duanemorris.com

Catherine Lasher
Fannie Mae
950 East Paces Ferry Road, Suite 1900
Atlanta, GA 30326
catherine_lasher@fanniemae.com

10

Mark K. Broyles, Esq.
Fein Such & Crane LLP
28 East Main St., Ste. 1800
Rochester, NY 14614
broylesmk@rgcattys.com

Dennis J. Early, Counsel - Legal Division
FDIC
3501 Fairfax Dr., Rm. VS-D-7076
Arlington, VA 22226-3500
dearly@fdic.gov

Thomas J. Lallier
Foley & Mansfield PLLP
250 Marquette Ave., Ste. 1200
Minneapolis, MN 55401
tlallier@foleymansfield.com

Kenton W. Hambrick, Associate General Counsel
Freddie Mac
8200 Jones Branch Dr., M/S 202
McLean, VA 22102
kenton_hambrick@freddiemac.com

Devon J. Eggert, Esq.
Freeborn & Peters LLP
311 S. Wacker Dr., Ste. 3000
Chicago, IL 60606-6677
deggert@freebornpeters.com

Thomas R. Fawkes, Esq.
Freeborn & Peters LLP
311 S. Wacker Dr., Ste. 3000
Chicago, IL 60606-6677
tfawkes@freebornpeters.com

Gibbons PC
One Pennsylvania Plaza, 37th Fl.
New York, NY 10119-3701
Attn: Jeffrey S. Berkowitz, Esq.
jberkowitz@gibbonslaw.com

Gibbons PC
One Gateway Center, 9th Fl.
Newark, NJ 07102-5310
Attn: Karen A. Giannelli Esq.
kgiannelli@gibbonslaw.com

Kathy D. Patrick, Esq.
Scott A. Humphries, Esq.
Gibbs & Bruns LLP
1100 Louisiana, Ste. 5300
Houston, TX 77002
kpatrick@gibbsbruns.com
shumphries@gibbsbruns.com

Ted Tozer
Ginnie Mae
550 12 St., SW, 3rd Floor
Washington, DC 20024
theodore.w.tozer@hud.gov

Geoffrey C. Jarvis
Matthew P. Morris
Deborah A. Elman
Grant & Eisenhofer, PA
485 Lexington Ave., 29th Fl.
New York, NY 10017
gjarvis@gelaw.com
mpmorris@gelaw.com
delman@gelaw.com

Ayala Hassell, Esq.
HP Enterprise Services, LLC
5400 Legacy Dr.
Plano, TX 75024
ayala.hassell@hp.com

Richard P. Norton
Robert A. Rich
Hunton & Williams LLP
200 Park Avenue, 53rd Fl.
New York, NY 10166
rnorton@hunton.com
rrich2@hunton.com

Joseph Corrigan
Iron Mountain Information Management Inc.
745 Atlantic Ave., 10th Fl.
Boston, MA 02111
bankruptcy2@ironmountain.com

Carle E. Black
Jones Day
 901 Lakeside Ave.
Cleveland, OH 44114
ceblack@jonesday.com

Corinne Ball
Richard L. Wynne
Lance E. Miller
Jones Day
222 East 41st Street
New York, NY 10017
cball@jonesday.com
rlwynne@jonesday.com
lemiller@jonesday.com

Andrew K. Glenn
Matthew B. Stein
Daniel A. Fliman
Nii Amar Amamoo
Kasowitz, Benson, Torres & Friedman LLP,
1633 Broadway
New York, NY 10019
aglenn@kasowitz.com
mstein@kasowitz.com
dfliman@kasowitz.com
namamoo@kasowitz.com

Richardo I. Kilpatrick
Kilpatrick & Associates PC
903 North Opdyke Rd. Ste. C
Auburn Hills, MI 48326
ecf@kaalaw.com

W. Austin Jowers
Paul K. Ferdinands
Thaddeus D. Wilson
King & Spalding LLP
1180 Peachtree Street , N.E.
Atlanta, GA 30309
thadwilson@kslaw.com
ajowers@kslaw.com
pferdinands@kslaw.com

Klestadt & Winters LLP
570 Seventh Ave., 17th Fl.
New York, NY 10018
Attn: Tracy L. Klestadt & Joseph C. Corneau
tklestadt@klestadt.com
jcorneau@klestadt.com

Alison M. Tearnen Schepper
Kurtzman Carson Consultants
rescapinfo@kccllc.com

Andrea Sheehan
Law Offices of Robert E. Luna PC
4411 N. Central Expressway
Dallas, TX 75205
sheehan@txschoollaw.com

Diana W. Sanders
Linebarger Goggan Blair & Sampson LLP
PO Box 17428
Austin, TX 78760
austin.bankruptcy@publicans.com

Elzabeth Weller
Linebarger Goggan Blair & Sampson LLP
2323 Bryan St., Ste. 1600
Dallas, TX 75201
dallas.bankruptcy@publicans.com

John P. Dillman, Esq.  
Linebarger Goggan Blair & Sampson LLP  
PO Box 3064  
Houston, TX 77253-3064  
houston_bankruptcy@lgbs.com

Walter H. Curchack  
Vadim J. Rubinstein  
Debra W. Minoff  
Loeb & Loeb LLP  
345 Park Ave  
New York, NY 10154  
wcurchak@loeb.com  
vrubinstein@loeb.com  
dminoff@loeb.com

Andrew Behlmann  
Lowenstein Sandler PC  
1251 Avenue of the Americas, 18th Fl.  
New York, NY 10020  
abehlmann@lowenstein.com

Andrew Behlmann  
Lowenstein Sandler PC  
65 Livingston Ave.  
Roseland, NJ 07068  
abehlmann@lowenstein.com

Michael S. Etkin  
Ira M. Levee  
Lowenstein Sandler PC  
1251 Avenue of the Americas, 18th Fl.  
New York, NY 10020  
metkin@lowenstein.com  
ilevee@lowenstein.com

Michael S. Etkin  
Ira M. Levee  
Lowenstein Sandler PC  
65 Livingston Ave.  
Roseland, NJ 07068  
metkin@lowenstein.com  
ilevee@lowenstein.com

Susan D. Profant  
Ken Burton Jr.  
Manatee County Tax Collector  
4333 US 301 North  
Ellenton, FL 34222  
susanp@taxcollector.com

Donald T. Prather  
Mathis, Riggs & Prather PSC  
500 Main St., Ste. 5  
Shelbyville, KY 40065  
dprather@iglou.com

Michael R. Carney  
McKool Smith PC  
One Bryant Park, 47th Fl.  
New York, NY 10036  
mcarney@mckoolsmith.com

Paul D. Moak  
McKool Smith PC  
600 Travis St., Suite 7000  
Houston, TX 77002  
pmoak@McKoolSmith.com

James L. Garrity, Jr.  
Morgan Lewis & Bockius LLP  
101 Park Ave.  
New York, NY 10178-0600  
jgarrity@morganlewis.com

Michael S. Kraut  
Morgan Lewis & Bockius LLP  
101 Park Ave.  
New York, NY 10178-0600  
mkraut@morganlewis.com

Patrick D. Fleming  
Morgan Lewis & Bockius LLP  
101 Park Ave.  
New York, NY 10178-0600  
pfleming@morganlewis.com

Leslie Ann Berkoff
Moritt Hock & Hamroff LLP
400 Garden City Plaza
Garden City, NY 11530
lberkoff@moritthock.com

Joseph T. Moldovan, Esq.
Morrison Cohen LLP
909 Third Ave.
New York, NY 10022
jmoldovan@morrisoncohen.com
bankruptcy@morrisoncohen.com

Seth Goldman
Munger Tolles & Olson LLP
355 S. Grand Ave.
Los Angeles, CA 90071
seth.goldman@mto.com

Thomas B. Walper
Munger Tolles & Olson LLP
355 S. Grand Ave.
Los Angeles, CA 90071
Thomas.walper@mto.com

Carol E. Momjian
Office of Attorney General, Senior Deputy Attorney General
21 S. 12th Street, 3rd Floor
Philadelphia, PA 19107-3603
cmomjian@attorneygeneral.gov

David W. Dykhouse
Brian P. Guiney
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036-6710
dwdykhouse@pbwt.com
bguiney@pbwt.com

Paul N. Papas II
Mylegalhelpusa.com
4727 E. Bell Rd., Ste 045-350
Phoenix, AZ 85032
Paul_Papas@mylegalhelpusa.com

Perdue Brandon Fielder Collins & Mott LLP
c/o Elizabeth Banda Calvo
PO Box 13430
Arlington, TX 76094-0430
ebcalvo@pbfcm.com

Pillsbury Winthrop Shaw Pittman LLP,
50 Fremont St.
PO Box 7880
San Francisco, CA 94120-7880
Attn: Ana N. Damonte, Esq.
ana.damonte@pillsburylaw.com

Daniel J Flanigan
Jason A Nagi
Polsinelli Shughart PC
805 Third Ave., Ste. 2020
New York, NY 10022
dflanigan@polsinelli.com
jnagi@polsinelli.com

Irena M Goldstein
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
igoldstein@proskauer.com

Scott K Rutsky
Jared D Zajac,
Proskauer Rose LLP
Eleven Times Square,
New York, NY 10036
srutsky@proskauer.com
jzajac@proskauer.com

Daniel L. Brockett
David D. Burnett
Quinn Emanuel Urquhart & Sullivan LLP
51 Madison Ave., 22nd Fl.
New York, NY 10010
danbrockett@quinnemanuel.com
daveburnett@quinnemanuel.com
jeremyandersen@quinnemanuel.com

14

Susheel Kirpalani  
Scott C. Shelley  
Quinn Emanuel Urquhart & Sullivan LLP  
51 Madison Ave., 22nd Fl.  
New York, NY 10010  
susheelkirpalani@quinnemanuel.com  
scottshelley@quinnemanuel.com  

Michael A. Rollin  
Reilly Pozner LLP  
1900 16th St., Ste. 1700  
Denver, CO 80202  
mrollin@rplaw.com  

Christopher M. Wood  
Robbins Gellar Rudman & Dowd LLP, ,  
One Montgomery Steet, Ste. 1800  
Post Montgomery Center  
San Francisco, CA 94104  
cwood@rgrdlaw.com  

Steven W. Pepich  
Robbins Gellar Rudman & Dowd LLP  
655 West Broadway, Ste. 1900  
San Diego, CA 92101  
stevep@rgrdlaw.com  

Martha E. Romero  
Romero Law Firm  
BMR Professional Building  
6516 Bright Ave.  
Whittier, CA 90601  
romero@mromerolawfirm.com  

D. Ross Martin, Esq.  
Keith H. Wofford, Esq.  
Ropes & Gray LLP  
1211 Avenue of the Americas  
New York, NY 10036-8704  
Ross.martin@ropesgray.com  
keith.wofford@ropesgray.com  

D. Carol Sasser Esq.  
Samuel I. White PC  
5040 Corporate Woods Dr., Ste. 120  
Virginia Beach, VA 23462  
dsasser@siwpc.com  

Donna J. Hall, Esq.  
Samuel I. White PC  
5040 Corporate Woods Dr., Ste. 120  
Virginia Beach, VA 23462  
dhall@siwpc.com  

Joel R. Gluckman, Esq.  
Scarinci & Hollenbeck LLC  
1100 Valley Brook Ave.  
PO Box 790  
Lyndhurst, NJ 07071-0790  
jglucksman@scarincihollenbeck.com  

Barry Bressler  
Richard A Barkasy  
Schnader Harrison Segal & Lewis LLP  
1600 Market St., Ste. 3600  
Philadelphia, PA 19103-7286  
bbressler@schnader.com  
rbarkasy@schnader.com  

Benjamin P. Deutsch, Esq.  
Schnader Harrison Segal & Lewis LLP  
140 Broadway, Ste. 3100  
New York, NY 10005-1101  
bdeutsch@schnader.com  

Greg S. Bateman  
Seward & Kissell LLP  
One Battery Park Plaza  
New York, NY 10004  
bateman@sewkis.com  

Ronald L. Cohen  
Kalyan Das  
Seward & Kissell LLP  
One Battery Park Plaza  
New York, NY 10004  
cohen@sewkis.com  
das@sewkis.com  

15

Thomas A. Conrad, Esq.,
Shapiro Blasi Wasserman & Gora PA
7000 Glades Rd., Ste. 400
Boca Raton, FL 33434
taconrad@sblawfirm.com

Fredric Sosnick
Susan A. Fennessey
Shearman & Sterling LLP
599 Lexington Ave.
New York, NY 10022
fsosnick@shearman.com
sfennessey@shearman.com

Andrew W. Muller
Stinson Morrison Hecker LLP
1201 Walnut, Ste. 2900
Kansas City, MO 64106
amuller@stinson.com

William A. Hazeltine, Esq.
Sullivan Hazeltine Allinson LLC
901 N. Market St., Ste. 1300
Wilmington, DE 19801
whazeltine@sha-llc.com

Talcott Franklin P.C.
208 N. Market Street, Suite 200
Dallas, TX 75202
Attn: Talcott J. Franklin
tal@talcottfranklin.com

Derek S. Witte
Talcott Franklin P.C.
208 N. Market Street, Suite 200
Dallas,TX 75202
derek@talcottfranklin.com

Janella J. Miller, Senior Vice President
& Senior Counsel
TCF National Bank
200 Lake St.
Wayzata, MN 55391
jmiller@tcfbank.com

Teitelbaum & Baskin LLP
1 Barker Ave., Third Fl.
White Plains, NY 10601
jteitelbaum@tblawllp.com

The Bank of New York Mellon
6525 West Campus Oval
New Albany, OH 43054
Attn: Robert H. Major, Vice President
robert.major@bnymellon.com

Susan Khokher
The Canada Trust Company
79 Wellington Street, West, 8th Floor
PO Box 1
Toronto-Dominion Centre
Toronto, ON M5K 1A2
susan.khokher@tdsecurities.com
kathryn.thorpe@tdsecurities.com
Adam.Parkin@tdsecurities.com
Christopher.stevens@tdsecurities.com

U.S. Bank National Association
190 S. LaSalle Street
Chicago, IL 60603
Attn: Mamta K Scott
mamta.scott@usbank.com

Michelle Moeller
U.S. Bank National Association
60 Livingston Ave.
St. Paul, MN 55107
michelle.moeller@usbank.com

Tanver Ashraf, Corporate Trust Services
U.S. Bank National Association
West Side Flats, EP-Mn-WS3D
60 Livingston Ave.
St. Paul, MN 55107
tanveer.ashraf@usbank.com

U.S. Department of Justice
1100 L Street, NW, Room 10018
Washington, DC 20005
Attn: Glenn D. Gillette, Civil Division
Glenn.Gillett@usdoj.gov

16

J. Michael Vaughan
David M. Skeens
Walters Bender Stohbehn & Vaughan PC
2500 City Center Square
1100 Main St.
Kansas City, MO 64105
mvaughan@wbsvlaw.com
dskeens@wbsvlaw.com

Kelly Rentz, Corporate Trust Services
Wells Fargo Bank, N.A.
9062 Old Annapolis Road
Columbia, MD 21045
kelly.j.rentz@wellsfargo.com
Nichlaus.M.Ross@wellsfargo.com
Sharon.Squillario@wellsfargo.com
mary.l.sohlberg@wellsfargo.com

Kristi Garcia, Esq., Senior Counsel
Wells Fargo Law Department
MAC T7405-010
4101 Wiseman Blvd.
San Antonio, TX 78251
kristi.garcia@wellsfargo.com

Wendy Alison Nora
210 Second St., NE
Minneapolis, MN 55413
accesslegalservices@gmail.com

White & Case LLP
1155 Avenue of the Americas
New York, NY 10036-2787
Attn: Gerard Uzzi
guzzi@whitecase.com

Jennifer Williams
Wilmington Trust
1100 N. Market St.
Wilmington, DE 19801
jwilliams@wilmingtontrust.com
rmaney@wilmingtontrust.com

Wilson Elser Moskowitz Edelman & Dicker LLP
3 Gannett Dr.
White Plains, NY 10604-3407
Attn: David L Tillem
david.tillem@wilsonelser.com

Winston & Strawn LLP
200 Park Avenue
New York, NY 10166
Attn: David Neier
dneier@winston.com

David Neier
Carey D. Schreiber
Alan Moskowitz
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166-4193
dneier@winston.com
cschreiber@winston.com
almoskowitz@winston.com

Wollmuth Maher & Deutsch LLP
One Gateway Center, 9th Fl.
Newark, NJ 07102
Attn: James N. Lawlor
jlawlor@wmd-law.com

Wollmuth Maher & Deutsch LLP
500 Fifth Ave., 12th Fl.
New York, NY 10110
Attn: Paul R DeFilippo & Steven S. Fitzgerald
pdefilippo@wmd-law.com,
sfitzgerald@wmd-law.com

Graeme W. Bush
Nelson C. Cohen
Laura E. Neish
Zuckerman Spaeder LLP
1185 Avenue of the Americas, 31st
Floor
New York, NY 10036
gbush@zuckerman.com
ncohen@zuckerman.com
lneish@zuckerman.com

Graeme W. Bush
Nelson C. Cohen
Laura E. Neish
Zuckerman Spaeder LLP
1800 M Street, N.W., Suite 1000
Washington, DC 20036
gbush@zuckerman.com
ncohen@zuckerman.com
lneish@zuckerman.com