**SEWARD & KISSEL LLP**
Ronald L. Cohen
Arlene R. Alves
Laurie R. Binder
One Battery Park Plaza
New York, New York  10004
Telephone:  (212) 574-1200
Facsimile:   (212) 480-8421

*Attorneys for U.S. Bank National Association*
*as Master Servicer of Certain Mortgage Backed*
*Securities Trusts*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: <br><br> RESIDENTIAL CAPITAL, LLC., et al., <br><br> Debtors. | Case No. 12-12020 (MG) <br><br> Chapter 11 <br><br> (Jointly Administered) |

**Certificate of Service**

       I, Laurie R. Binder, an attorney duly admitted, hereby certify that on August 23, 2012 I caused a copy of the Joinder of U.S. Bank National Association as Master Servicer for Residential Mortgage Backed Securities Trusts to The Pre-Auction Objections of The RMBS Trustees to The Debtors' Sale Motion to be served by either First Class Mail, postage pre-paid or e-mail as indicated upon the parties listed on the annexed Service List.

                                                    /S/ Laurie R. Binder
                                                      Laurie R.Binder

# SERVICE LIST

Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104
Attn.: Larren M. Nashelsy, Esq.
     Todd M. Goren, Esq.
     Alexander Steinberg Barrage, Esq.

Office of the United States Trustee
For the Southern District of New York
33 Whitehall Street, 21 st Floor
New York, NY 10004
Attn.: Tracy Hope Davis, Esq.
     Linda A. Riffkin, Esq.
     Brian Masumoto, Esq.

Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036
Attn.: Ken Ziman, Esq.
     Jonathan H. Hofer, Esq.

Sidley Austin LLP
One South Dearborn
Chicago, IL 60603
Attn.: Jessica C.K. Boelter, Esq.

White & Case LLP
1155 Avenue of the Americas
New York, NY 10036
Attn: Gerald Uzzi, Esq.
     Harrison Denmman, Esq.

Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022
Attn.: Frederic Sosnick, Esq.
     Susan A. Fennessey, Esq.

Alston & Bird LLP
90 Park Avenue
New York, NY 10016
Attn.: Martin G. Bunin, Esq.
 William Hao, Esq.


Kirkland & Ellis LLP
153 East 53rd Street
New York, NY 10022
Attn.: Richard M. Cieri, Esq.
 Ray C. Schrock, Esq.
 Stephen E. Hessler, Esq.


Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
Attn.: Kenneth Eckstein, Esq.
 Greg Horowitz, Esq.


Kelly Drye & Warren LLP
101 Park Avenue
New York, NY 10178
Attn.: Eric R. Wilson, Esq.
 Benjamin D. Feder, Esq.


Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022
Attn.: Richard M. Cieri, esq.
 Ray C Schrock, Esq.
 Stephen E. Hessler, Esq.

## E-mail Service Lists:

'hseife@chadbourne.com'; 'dlemay@chadbourne.com'; 'bobbie.theivakumaran@citi.com'; 'kelvin.vargas@db.com'; 'peter_mcgonigle@fanniemae.com'; 'kdwbankruptcydepartment@kelleydrye.com'; 'richard.cieri@kirkland.com'; 'ray.schrock@kirkland.com'; 'richard.cieri@kirkland.com'; 'stephen.hessler@kirkland.com'; 'projectrodeo@kirkland.com'; 'william.b.solomon@ally.com'; 'timothy.devine@ally.com'; 'john.bellaver@ally.com'; 'keckstein@kramerlevin.com'; 'tmayer@kramerlevin.com'; 'dmannal@kramerlevin.com'; 'tammy.hamzehpour@gmacrescap.com'; 'diane.citron@ally.com'; 'lnashelsky@mofo.com'; 'glee@mofo.com'; 'lmarinuzzi@mofo.com'; 'nancy.lord@oag.state.ny.us'; 'enid.stuart@oag.state.ny.us'; 'secbankruptcy@sec.gov'; 'secbankruptcy@sec.gov'; 'newyork@sec.gov'; 'lnyhan@sidley.com'; 'jboelter@sidley.com'; 'bmyrick@sidley.com'; 'jhofer@skadden.com'; 'nikolay.kodes@skadden.com'; 'ken.ziman@skadden.com'; 'sarah.ward@skadden.com'; 'suzanne.lovett@skadden.com'; 'george.rayzis@usbank.com'; 'irina.palchuk@usbank.com'; 'askdoj@usdoj.gov'; 'joseph.cordaro@usdoj.com'; 'tracy.davis2@usdoj.gov'; 'linda.riffkin@usdoj.gov'; 'brian.masumoto@usdoj.gov'; 'jhaake@wbsvlaw.com'; 'abehlmann@lowenstein.com'; 'abehlmann@lowenstein.com'; 'accesslegalservices@gmail.com'; 'adam.harris@srz.com'; 'aglenn@kasowitz.com'; 'mstein@kasowitz.com'; 'dfliman@kasowitz.com'; 'namamoo@kasowitz.com'; 'alicia.borys@barclays.com'; 'patrick.kerner@barclays.com'; 'amuller@stinson.com'; 'ana.damonte@pillsburylaw.com'; 'austin.bankruptcy@publicans.com'; 'ayala.hassell@hp.com'; 'bankruptcy@clm.com'; 'bankruptcy2@ironmountain.com'; Bateman, Gregg; 'bbeskanos@aol.com'; 'bbressler@schnader.com'; 'rbarkasy@schnader.com'; 'bdeutsch@schnader.com'; 'bnkatty@aldine.k.12.tx.us'; 'brendan.meyer@db.com'; 'broylesmk@rgcattys.com'; 'catherine_lasher@fanniemae.com'; 'cball@jonesday.com'; 'rlwynne@jonesday.com'; 'lemiller@jonesday.com'; 'ceblack@jonesday.com'; 'cmomjian@attorneygeneral.gov'; Cohen, Ronald; Das, Kalyan; 'courtney.lowman@ally.com'; 'cwood@rgrdlaw.com'; 'dallas.bankruptcy@publicans.com'; 'danbrockett@quinnemanuel.com'; 'daveburnett@quinnemanuel.com'; 'jeremyandersen@quinnemanuel.com'; 'david.powlen@btlaw.com'; 'david.tillem@wilsonelser.com'; 'davids@blblgaw.com'; 'jonathanu@blblgaw.com'; 'matthewj@blblgaw.com'; 'dearly@fdic.gov'; 'deggert@freebornpeters.com'; 'derek@talcottfranklin.com'; 'dflanigan@polsinelli.com'; 'jnagi@polsinelli.com'; 'dhall@siwpc.com'; 'diem.home@gmail.com'; 'dneier@winston.com'; 'dneier@winston.com'; 'cschreiber@winston.com'; 'almoskowitz@winston.com'; 'dprather@iglou.com'; 'dsasser@siwpc.com'; 'dwdykhouse@pbwt.com'; 'bguiney@pbwt.com'; 'ebcalvo@pbfcm.com'; 'ecf@kaalaw.com'; 'ecfmail@aclawllp.com'; 'eciolko@ktmc.com'; 'dmoffa@ktmc.com'; 'tziegler@ktmc.com'; 'fsosnick@shearman.com'; 'sfennessey@shearman.com'; 'gbush@zuckerman.com'; 'ncohen@zuckerman.com'; 'lneish@zuckerman.com'; 'gbush@zuckerman.com'; 'ncohen@zuckerman.com'; 'lneish@zuckerman.com'; 'gcatalanello@duanemorris.com'; 'jvincequerra@duanemorris.com'; 'ggraber@hodgsonruss.com'; 'gjarvis@gelaw.com'; 'mpmorris@gelaw.com'; 'delman@gelaw.com'; 'glenn.gillett@usdoj.gov'; 'glenn.siegel@dechert.com'; 'hector.gonzalez@dechert.com'; 'brian.greer@dechert.com'; 'mauricio.espana@dechert.com'; 'gregory.petrick@cwt.com'; 'ingrid.bagby@cwt.com'; 'guzzi@whitecase.com'; 'houston_bankruptcy@lgbs.com'; 'howard.godnick@srz.com'; 'igoldstein@proskauer.com'; 'jai@blblgaw.com'; 'jberkowitz@gibbonslaw.com'; 'jeff.brown@gmacfs.com'; 'william.b.solomon@ally.com'; 'jgarrity@morganlewis.com'; 'jglucksman@scarincihollenbeck.com'; 'jlaitman@cohenmilstein.com'; 'clometti@cohenmilstein.com'; 'meisenkraft@cohenmilstein.com'; 'drehns@cohenmilstein.com'; 'krehns@cohenmilstein.com'; 'jlawlor@wmd-law.com'; 'jmiller@tcfbank.com'; 'jmoldovan@morrisoncohen.com'; 'bankruptcy@morrisoncohen.com'; 'john.stern@texasattorneygeneral.gov'; 'jteitelbaum@tblawllp.com'; 'jwilliams@wilmingtontrust.com'; 'rmaney@wilmingtontrust.com'; 'kelly.j.rentz@wellsfargo.com'; 'nichlaus.m.ross@wellsfargo.com'; 'sharon.squillario@wellsfargo.com'; 'mary.l.sohlberg@wellsfargo.com'; 'kenton_hambrick@freddiemac.com'; 'kgiannelli@gibbonslaw.com'; 'kpatrick@gibbsbruns.com'; 'kpatrick@gibbsbruns.com'; 'shumphries@gibbsbruns.com'; 'kristi.garcia@wellsfargo.com'; 'lberkoff@moritthock.com'; 'macohen@curtis.com'; 'mamta.scott@usbank.com'; 'marguerite.gardiner@srz.com'; 'mark.ellenberg@cwt.com'; 'mcarney@mckoolsmith.com'; 'metkin@lowenstein.com'; 'ilevee@lowenstein.com'; 'metkin@lowenstein.com'; 'ilevee@lowenstein.com'; 'metkin@lowenstein.com'; 'ilevee@lowenstein.com'; 'metkin@lowenstein.com'; 'ilevee@lowenstein.com'; 'mgallagher@curtis.com'; 'michael.cutini@srz.com'; 'michelle.moeller@usbank.com'; 'mkraut@morganlewis.com'; 'mrollin@rplaw.com'; 'mvaughan@wbsvlaw.com'; 'dskeens@wbsvlaw.com'; 'mwarner@coleschotz.com'; 'echou@coleschotz.com'; 'paul_papas@mylegalhelpusa.com'; 'pdefilippo@wmd-law.com'; 'sfitzgerald@wmd-law.com'; 'pfleming@morganlewis.com'; 'pmoak@mckoolsmith.com'; 'pmoak@mckoolsmith.com'; 'ra-li-ucts-bankrupt@state.pa.us'; 'rescapinfo@kccllc.com'; 'rnorton@hunton.com'; 'rrich2@hunton.com'; 'robert.major@bnymellon.com'; 'romero@mromerolawfirm.com'; 'rosa.mendez@db.com'; 'ross.martin@ropesgray.com'; 'ross.martin@ropesgray.com'; 'keith.wofford@ropesgray.com'; 'sarah.stout@bnymellon.com'; 'jennifer.provenzano@bnymellon.com'; 'michael.spataro@bnymellon.com'; 'mageshwaran.ramasamy@bnymellon.com'; 'sdnyecf@dor.mo.gov'; 'sheehan@txschoollaw.com'; 'sreisman@curtis.com'; 'srutsky@proskauer.com'; 'jzajac@proskauer.com'; 'stevep@rgrdlaw.com'; 'susan.khokher@tdsecurities.com'; 'kathryn.thorpe@tdsecurities.com'; 'adam.parkin@tdsecurities.com'; 'christopher.stevens@tdsecurities.com'; 'susanp@taxcollector.com'; 'susheelkirpalani@quinnemanuel.com'; 'scottshelley@quinnemanuel.com'; 'taconrad@sblawfirm.com'; 'tal@talcottfranklin.com'; 'tanveer.ashraf@usbank.com'; 'tfawkes@freebornpeters.com'; 'thadwilson@kslaw.com'; 'ajowers@kslaw.com'; 'pferdinands@kslaw.com'; 'theodore.w.tozer@hud.gov'; 'tklestadt@klestadt.com'; 'jcorneau@klestadt.com'; 'tlallier@foleymansfield.com'; 'tom.houghton@ally.com'; 'wcurchack@loeb.com'; 'vrubinstein@loeb.com'; 'dminoff@loeb.com'; 'whazeltine@sha-llc.com'; 'will.hoch@crowedunlevy.com'; 'xrausloanops5@barclays.com'

SK 03687 0119 1315331