Wendy Alison Nora  ORDER ENTERED: August 29, 2012
ACCESS LEGAL SERVICES
210 Second Street NE
Minneapolis, Minnesota 55413
Telephone: (612) 333-4144
Facsimile: (612) 886-2444

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------X

In re

Residential Capital, LLC *et al.*,                Chapter 11
                                                  Case No. 12-12020 (MG)
.                           Debtors.              Administratively Consolidated

------------------------------------------------------------------X

**UNSWORN DECLARATION OF SERVICE OF AMENDED**
**STATEMENT ACKNOWLEDGING DEBTORS' RESPONSE OF AUGUST 27, 2012**
**AND ACCEPTING  THEIR PROMISE TO PROVIDE HER WITH NOTICE OF ANY**
**ATTEMPT TO SELL HER HOME UNDER THE "DEMINIMUS SALES" ORDER**
**SOUGHT UNDER 11 USC SEC. 363 AND FURTHER ACKNOWLEDGING DEBTORS'**
**ADMISSION THAT THE PROPERTY SCHEDULED AS AN ASSET OF THE ESTATE**
**OF RESIDENTIAL FUNDING COMPANY, LLC (Case No. 12-12019) IS NOT**
**PROPERTY OF THE ESTATE BUT IS HER HOME AND HER PROPERTY**
**(JUDICIAL AND PROMISSORY ESTOPPEL APPLY)**
**[DOCKET NO. 1311]**

_____

Wendy Alison Nora declares under penalty of perjury that she served all parties and their counsel of record in these proceedings by CM/ECF on August 31, 2012.

Dated at Minneapolis, Minnesota this 31st day of August, 2012.

*/s/ Wendy Alison Nora*
_____
Wendy Alison Nora
ACCESS LEGAL SERVICES
210 Second Street NE
Minneapolis, Minnesota 55413
Telephone: (612) 333-4144
Facsimile: (612) 886-2444
accesslegalservices@gmail.com