HEARING DATE: SEPTEMBER 27, 2012 AT 10:00 A.M.
OBJECTION DEADLINE: SEPTEMBER 20, 2012 AT 4:00 P.M.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

CLEARY GOTTLIEB STEEN & HAMILTON LLP
Thomas J. Moloney (TJM-9775)
Sean A. O'Neal (SAO-4067)
One Liberty Plaza
New York, NY 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

*Special Counsel for Wilmington Trust, National Association, as Indenture Trustee for the Senior Unsecured Notes Issued by Residential Capital, LLC*

---------------------------------------------X
:
**In re**                                     :
:                    **Chapter 11 Case No.**
**RESIDENTIAL CAPITAL, LLC, et al.,**         :
:                    **12-12020 (MG)**
**Debtors.**                  :
:                    **(Jointly Administered)**
:
---------------------------------------------X

**NOTICE OF ADJOURNMENT OF HEARING ON WILMINGTON TRUST, NATIONAL ASSOCIATION'S MOTION TO MODIFY THE REVISED JOINT OMNIBUS SCHEDULING ORDER AND PROVISION FOR OTHER RELIEF REGARDING (I) DEBTORS' MOTION PURSUANT TO FED. R. BANKR. P. 9019 FOR APPROVAL OF RMBS TRUST SETTLEMENT AGREEMENT, AND (II) THE RMBS TRUSTEES' LIMITED OBJECTION TO THE SALE MOTION**

**PLEASE TAKE NOTICE** that the hearing on Wilmington Trust, National Association's (the "Trustee") Motion to Modify the Revised Joint Omnibus Scheduling Order and Provision for Other Relief Regarding (I) Debtors' Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of RMBS Trust Settlement Agreement, and (II) the RMBS Trustees' Limited Objection to the Sale Motion (Doc. 1300) (the "Motion"), has been adjourned to **September 27,**

**2012 at 10:00 A.M. Prevailing Eastern Time** by agreement of the Trustee and the Debtors in light of pending discussions. The deadline for filing and service of responses to the Motion is **September 20, 2012 at 4:00 P.M. Prevailing Eastern Time**.

Date:  September 2, 2012

                                          Respectfully submitted,

                                          CLEARY GOTTLIEB STEEN & HAMILTON LLP

                                          By:  /s/ Sean A. O'Neal_____
                                          Thomas J. Moloney (TJM-9775)
                                          Sean A. O'Neal (SA0-4067)
                                          A Member of the Firm
                                          One Liberty Plaza
                                          New York, NY 10006
                                          *(212) 225-2000*

                                          *Special Counsel for Wilmington Trust, National Association, as Indenture Trustee for the Senior Unsecured Notes issued by Residential Capital, LLC*