AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, NY 10036-6745
Tel. (212) 872-1000
Fax (212) 872-1002
Fred S. Hodara
Robert A. Johnson
Christopher W. Carty

*Attorneys for Aurelius Capital Management, LP*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, *et al.*, | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that the undersigned appear pursuant to rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and section 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq.* (the "Bankruptcy Code"), in the above-captioned cases on behalf of Aurelius Capital Management, LP and its managed fund entities ("Aurelius"), and request that all notices given or required to be given and all papers served in these cases be delivered to and served upon the parties identified below:

> AKIN GUMP STRAUSS HAUER & FELD LLP
> One Bryant Park
> New York, NY 10036-6745
> Attn:   Fred S. Hodara
>            Robert A. Johnson
>            Christopher W. Carty
> Telephone:  (212) 872-1000
> Facsimile:  (212) 872-1002
> Email:  rajohnson@akingump.com
>             ccarty@akingump.com

103662671 v1

PLEASE TAKE FURTHER NOTICE that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile, electronic mail, or otherwise, in these cases.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance, and any subsequent appearance, pleading, claim, or suit, is not intended, nor shall be deemed, to waive Aurelius's (i) right to have final orders in non-core matters entered only after *de novo* review by a United States District Court Judge; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court Judge in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which Aurelius is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.

Dated:  New York, New York
        September 4, 2012

Respectfully submitted,

**AKIN GUMP STRAUSS HAUER & FELD LLP**

By: _____/s/_____
Fred S. Hodara
Robert A. Johnson
Christopher W. Carty
One Bryant Park
New York, NY 10036
Tel. (212) 872-1000
Fax (212) 872-1002

*Attorneys for Aurelius Capital Management, LP*

103662671 v1