Hearing Date:  September 27, 2012 at 10:00 a.m. (Prevailing Eastern Time)

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:   (212) 468-8000
Facsimile:    (212) 468-7900
Gary S. Lee
Norman S. Rosenbaum
Lorenzo Marinuzzi

*Counsel for the Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, <u>et al</u>., | Chapter 11 |
| Debtors. | Jointly Administered |

**NOTICE OF ADJOURNMENT OF HEARING ON
<u>LIFT STAY MOTIONS TO SEPTEMBER 27, 2012 AT 10:00 A.M.</u>**

**PLEASE TAKE NOTICE** that the following matters previously scheduled to be heard on September 11, 2012 at 10:00 a.m. (Prevailing Eastern Time) have been adjourned to **September 27, 2012 at 10:00 a.m. (Prevailing Eastern Time)** (the "**Hearing**") and will be heard before the Honorable Martin Glenn, at the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**"), Alexander Hamilton Custom House, One Bowling Green, Room 501, New York, New York 10004:

    a)  Motion of Deborah Bollinger and Bryan Bubnick for Relief from Automatic Stay as to GMAC Mortgage, LLC and Residential Capital, LLC [Docket No. 677]

    b)  Motion of Gerard Wiener for Relief from Automatic Stay as to GMAC Mortgage, LLC [Docket No. 813];

    c)  Notice of Motion for Relief from Stay (3355 Sunhaven Oval, Parma, OH) [Docket No. 897];

ny-1056828

d) Motion of Citibank, N.A., as Trustee, Seeking an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(a) and Federal Bankruptcy Rule 4001 (in regards to property located at 23904 Lakeside Road, Santa Clarita, CA) [Docket No. 996];

e) Motion of HSBC Bank USA, N.A. Seeking Relief from the Automatic Stay (in regards to property located at 103 Orchard Avenue, Hamburg, NY) [Docket No. 1072];

f) Motion of PHH Mortgage Corporation Seeking an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(a) and Federal Bankruptcy Rule 4001 (in regards to property located at 68 Hammock Lane, Staten Island, NY) [Docket No. 1105];

g) Motion of PNC Bank, N.A. Seeking an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(a) and Federal Bankruptcy Rule 4001 (in regards to property located at 240 Country Road 513 a.k.a. 1 Bush Farm Lane, Frenchtown, NJ) [Docket No. 1111];

h) Motion of Residential Credit Solutions, Inc. Seeking an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(a) and Federal Bankruptcy Rule 4001 (in regards to property located at 93 Old Brook Road, Dix Hills, NY) [Docket No. 1116];

i) Motion of PHH Mortgage Corporation Seeking an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(a) and Federal Bankruptcy Rule 4001 (in regards to property located at 1908 West Till Road, Fort Wayne, IN) [Docket No. 1130];

j) Motion of PHH Mortgage Corporation Seeking an Order Granting Relief from the Automatic Stay (in regards to property located at 1700 North River Road, West Lafayette, IN) [Docket No. 1180];

k) Motion of PHH Mortgage Corporation Seeking an Order Granting Relief from the Automatic Stay (in regards to property located at 1031 Wylin Court, Ferguson, MO) [Docket No. 1181]; and

l) Motion of PNC Mortgage for Termination of the Automatic Stay (in regards to property located at 623 9th Street, Clarkston, WA) [Docket No. 1213].

Dated: September 4, 2012  
      New York, New York

Respectfully submitted,

/s/ Norman S. Rosenbaum  
Gary S. Lee  
Norman S. Rosenbaum  
Lorenzo Marinuzzi  
MORRISON & FOERSTER LLP  
1290 Avenue of the Americas  
New York, New York 10104  
Telephone: (212) 468-8000  
Facsimile: (212) 468-7900

*Counsel for the Debtors and Debtors in Possession*