Hearing Date: September 27, 2012 at 10:00 a.m. (ET)
Objection Deadline: September 20, 2012 at 4:00 p.m. (ET)

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Gary S. Lee
Lorenzo Marinuzzi
Norman S. Rosenbaum

*Counsel for the Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**NOTICE OF HEARING ON MOTION OF PATRICK HOPPER FOR
RECONSIDERATION OF ORDER AUTHORIZING EMPLOYMENT AND
RETENTION OF BRADLEY ARANT BOULT CUMMINGS LLP AS SPECIAL
LITIGATION AND COMPLIANCE COUNSEL TO THE DEBTORS**

**PLEASE TAKE NOTICE** that, on August 20, 2012, Patrick J. Hopper filed a Motion to Reconsider the Court's August 10, 2012 Granting Order Docket 1077 (the "Motion") [Docket No. 1228].

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Motion will be held before the Honorable Martin Glenn, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, Courtroom 501, One Bowling Green, New York, New York 10004 (the "Bankruptcy Court") on

1

ny-1056690

**September 27, 2012 at 10:00 a.m.** (**prevailing Eastern Time**), or as soon thereafter as counsel may be heard.

**PLEASE TAKE FURTHER NOTICE** that any objections to the Motion must be filed and served in accordance with the *Order Under Bankruptcy Code Sections 102(1), 105(a) And 105(d), Bankruptcy Rules 1015(c), 2002(m) And 9007 And Local Bankruptcy Rule 2002-2 Establishing Certain Notice, Case Management And Administrative Procedures* [Docket No. 141] no later than **September 20, 2012 at 4:00 p.m.** (prevailing Eastern Time); and

**PLEASE TAKE FURTHER NOTICE** that if no objections to the Motion are timely filed and served, then the relief requested in the Motion may be granted without a hearing in accordance with the Case Management Procedures.

Dated:  September 4, 2012
        New York, New York

/s/ Lorenzo Marinuzzi
Gary S. Lee
Lorenzo Marinuzzi
Norman S. Rosenbaum
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel for the Debtors and Debtors in Possession*

2

ny-1056690