## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In Re:

Residential Capital, LLC, et al.,

                     Debtors.

Case No. 1:12-bk-12020-MG

Chapter 11
(Jointly Administered)

### MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Brett A. Mearkle, request admission, *pro hac vice*, before the Honorable Martin Glenn, to represent Warren J. McKenzie, Jr. and Marie Smith McKenzie, creditors in the above-referenced case.

*I certify that I am a member in good standing* of the bar in the State of Florida and the bar of the U.S. District Court for the Middle District of Florida.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: August 28, 2012
Jacksonville, Florida

LAW OFFICE OF BRETT A. MEARKLE, P.A.

Brett A. Mearkle
Florida Bar No. 644706
8777 San Jose Blvd., Suite 801
Jacksonville, FL 32217
(904) 352-1342
(904) 352-1814 facsimile
bmearkle@mearklelaw.com

SEP – 4 2012