# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

In Re:

Residential Capital, LLC, et al.,

Debtors.

Case No. 1:12-bk-12020-MG

Chapter 11

(Jointly Administered)

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Brett A. Mearkle, to be admitted, *pro hac vice*, to represent Warren J. McKenzie, Jr. and Marie Smith McKenzie, (the "Clients") creditors in the above-referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Florida and the bar of the U.S. District Court for the Middle District of Florida, it is hereby

**ORDERED**, that Brett A. Mearkle, Esq., is admitted to practice, *pro hac vice*, in the above referenced case to represent the Clients, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: **September 5, 2012**

New York, New York

_/s/Martin Glenn_
Martin Glenn
United States Bankruptcy Judge