UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
In re                                              :     CERTIFICATE OF SERVICE
                                                   :
RESIDENTIAL CAPITAL, LLC, et al.,                  :     Chapter 11 Case No.
                                                   :
                                Debtors.           :     12-12020 (MG)
                                                   :
                                                   :     (Jointly Administered)
------------------------------------------------------------X

       I, Richard V. Conza, an attorney admitted to practice in the State of New York and the Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

       1. On the 2nd day of September 2012, the Notice of Adjournment of Hearing on Wilmington Trust, National Association's Motion to Modify the Revised Joint Omnibus Scheduling Order and Provision for Other Relief Regarding (I) Debtors' Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of RMBS Trust Settlement Agreement, and (II) the RMBS Trustees' Limited Objection to the Sale Motion was served by email upon:

**BY EMAIL**

    ecfmail@aclawllp.com, tom.houghton@ally.com, jeff.brown@gmacfs.com,
    william.b.solomon@ally.com, kit.weitnauer@alston.com,
    marty.bunin@alston.com, william.hao@alston.com, bill.macurda@alston.com,
    john.stern@texasattorneygeneral.gov, Sarah.Stout@BNYMellon.com,
    Jennifer.Provenzano@BNYMellon.com, Michael.Spataro@BNYMellon.com,
    Mageshwaran.Ramasamy@BNYMellon.com, alicia.borys@barclays.com,
    patrick.kerner@barclays.com, xrausloanops5@barclays.com,
    david.powlen@btlaw.com, bbeskanos@aol.com, davids@blblgaw.com,
    jonathanu@blbglaw.com, matthewj@blbglaw.com, jai@blbglaw.com,
    courtney.lowman@ally.com, jhaake@wbsvlaw.com, gregory.petrick@cwt.com,
    ingrid.bagby@cwt.com, mark.ellenberg@cwt.com, bankruptcy@clm.com,
    jlaitman@cohenmilstein.com, clometti@cohenmilstein.com,
    meisenkraft@cohenmilstein.com, drehns@cohenmilstein.com,
    krehns@cohenmilstein.com, mwarner@coleschotz.com, echou@coleschotz.com,

ra-li-ucts-bankrupt@state.pa.us, will.hoch@crowedunlevy.com,
mgallagher@curtis.com, macohen@curtis.com, sreisman@curtis.com,
glenn.siegel@dechert.com, hector.gonzalez@dechert.com,
brian.greer@dechert.com, mauricio.espana@dechert.com, rosa.mendez@db.com,
Brendan.meyer@db.com, diem.home@gmail.com,
gcatalanello@duanemorris.com, jvincequerra@duanemorris.com,
catherine_lasher@fanniemae.com, broylesmk@rgcattys.com, dearly@fdic.gov,
tlallier@foleymansfield.com, kenton_hambrick@freddiemac.com,
deggert@freebornpeters.com, tfawkes@freebornpeters.com,
jberkowitz@gibbonslaw.com, kgiannelli@gibbonslaw.com,
kpatrick@gibbsbruns.com, shumphries@gibbsbruns.com,
kpatrick@gibbsbruns.com, theodore.w.tozer@hud.gov, gjarvis@gelaw.com,
mpmorris@gelaw.com, delman@gelaw.com, ayala.hassell@hp.com,
rnorton@hunton.com, rrich2@hunton.com, bankruptcy2@ironmountain.com,
ceblack@jonesday.com, cball@jonesday.com, rlwynne@jonesday.com,
lemiller@jonesday.com, aglenn@kasowitz.com, mstein@kasowitz.com,
dfliman@kasowitz.com, namamoo@kasowitz.com, ecf@kaalaw.com,
thadwilson@kslaw.com, ajowers@kslaw.com, pferdinands@kslaw.com,
tklestadt@klestadt.com, jcorneau@klestadt.com, rescapinfo@kccllc.com,
sheehan@txschoollaw.com, austin.bankruptcy@publicans.com,
dallas.bankruptcy@publicans.com, houston_bankruptcy@lgbs.com,
wcurchack@loeb.com, vrubinstein@loeb.com, dminoff@loeb.com,
abehlmann@lowenstein.com, abehlmann@lowenstein.com,
metkin@lowenstein.com, ilevee@lowenstein.com, metkin@lowenstein.com,
ilevee@lowenstein.com, susanp@taxcollector.com, dprather@iglou.com,
pmoak@McKoolSmith.com, mcarney@mckoolsmith.com,
pmoak@McKoolSmith.com, jgarrity@morganlewis.com,
mkraut@morganlewis.com, pfleming@morganlewis.com,
lberkoff@moritthock.com, jmoldovan@morrisoncohen.com,
bankruptcy@morrisoncohen.com, seth.goldman@mto.com,
Thomas.walper@mto.com, cmomjian@attorneygeneral.gov,
dwdykhouse@pbwt.com, bguiney@pbwt.com,
Paul_Papas@mylegalhelpusa.com, ebcalvo@pbfcm.com,
ana.damonte@pillsburylaw.com, dflanigan@polsinelli.com,
jnagi@polsinelli.com, igoldstein@proskauer.com, srutsky@proskauer.com,
jzajac@proskauer.com, danbrockett@quinnemanuel.com,
daveburnett@quinnemanuel.com, jeremyandersen@quinnemanuel.com,
susheelkirpalani@quinnemanuel.com, scottshelley@quinnemanuel.com,
mrollin@rplaw.com, cwood@rgrdlaw.com, stevep@rgrdlaw.com,
romero@mromerolawfirm.com, Ross.martin@ropesgray.com,
keith.wofford@ropesgray.com, Ross.martin@ropesgray.com,
dsasser@siwpc.com, dhall@siwpc.com, jglucksman@scarincihollenbeck.com,
bbressler@schnader.com, rbarkasy@schnader.com, bdeutsch@schnader.com,
bateman@sewkis.com, cohen@sewkis.com, das@sewkis.com,
taconrad@sblawfirm.com, fsosnick@shearman.com, sfennessey@shearman.com,
amuller@stinson.com, whazeltine@sha-llc.com, tal@talcottfranklin.com,

derek@talcottfranklin.com, jmiller@tcfbank.com, jteitelbaum@tblawllp.com,
robert.major@bnymellon.com, susan.khokher@tdsecurities.com,
kathryn.thorpe@tdsecurities.com, Adam.Parkin@tdsecurities.com,
Christopher.stevens@tdsecurities.com, mamta.scott@usbank.com,
michelle.moeller@usbank.com, tanveer.ashraf@usbank.com,
Glenn.Gillett@usdoj.gov, mvaughan@wbsvlaw.com, dskeens@wbsvlaw.com,
kelly.j.rentz@wellsfargo.com, Nichlaus.M.Ross@wellsfargo.com,
Sharon.Squillario@wellsfargo.com, mary.l.sohlberg@wellsfargo.com,
kristi.garcia@wellsfargo.com, accesslegalservices@gmail.com,
guzzi@whitecase.com, jwilliams@wilmingtontrust.com,
rmaney@wilmingtontrust.com, david.tillem@wilsonelser.com,
dneier@winston.com, dneier@winston.com, cschreiber@winston.com,
almoskowitz@winston.com, jlawlor@wmd-law.com, pdefilippo@wmd-law.com,
sfitzgerald@wmd-law.com, gbush@zuckerman.com, ncohen@zuckerman.com,
lneish@zuckerman.com, gbush@zuckerman.com, ncohen@zuckerman.com,
lneish@zuckerman.com hseife@chadbourne.com, dlemay@chadbourne.com,
bobbie.theivakumaran@citi.com, kelvin.vargas@db.com,
peter_mcgonigle@fanniemae.com, kdwbankruptcydepartment@kelleydrye.com,
richard.cieri@kirkland.com, ray.schrock@kirkland.com,
richard.cieri@kirkland.com, stephen.hessler@kirkland.com,
projectrodeo@kirkland.com, William.b.Solomon@ally.com,
Timothy.Devine@ally.com, john.bellaver@ally.com,
keckstein@kramerlevin.com, tmayer@kramerlevin.com,
dmannal@kramerlevin.com, Tammy.Hamzehpour@gmacrescap.com,
diane.citron@ally.com, lnashelsky@mofo.com, glee@mofo.com,
lmarinuzzi@mofo.com, Nancy.Lord@OAG.State.NY.US,
enid.stuart@OAG.State.NY.US, secbankruptcy@sec.gov,
secbankruptcy@sec.gov, newyork@sec.gov, lnyhan@sidley.com,
jboelter@sidley.com, bmyrick@sidley.com jhofer@skadden.com,
nikolay.kodes@skadden.com, ken.ziman@skadden.com,
sarah.ward@skadden.com, suzanne.lovett@skadden.com,
george.rayzis@usbank.com, irina.palchuk@usbank.com, AskDOJ@usdoj.gov,
joseph.cordaro@usdoj.com, Tracy.Davis2@usdoj.gov, Linda.Riffkin@usdoj.gov,
Brian.Masumoto@usdoj.gov

2. On the 4th day of September 2012, the Notice of Adjournment of Hearing on

Wilmington Trust, National Association's Motion to Modify the Revised Joint Omnibus

Scheduling Order and Provision for Other Relief Regarding (I) Debtors' Motion Pursuant to Fed.

R. Bankr. P. 9019 for Approval of RMBS Trust Settlement Agreement, and (II) the RMBS

Trustees' Limited Objection to the Sale Motion was served by First Class Mail upon:

3

**Chadbourne & Parke LLP**
Attn Howard Seife & David M LeMay
30 Rockefeller Plaza
New York, NY 10112

**Citibank NA**
Attn Bobbie Theivakumaran
390 Greenwich St 6th Fl
New York, NY 10013

**Deutsche Bank Trust Company Americas**
c/o Kelvin Vargas
25 De Forest Ave
Summit, NJ 07901

**Fannie Mae**
Attn Peter McGonigle
1835 Market St Ste 2300
Philadelphia, PA 19103

**Internal Revenue Service**
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

**Internal Revenue Service**
Centralized Insolvency Operation
2970 Market St
Philadelphia, PA 19104

**Internal Revenue Service**
Insolvency Section
31 Hopkins Plz Rm 1150
Baltimore, MD 21201

**Kelley Drye & Warren LLP**
James S Carr & Eric R Wilson
101 Park Ave
New York, NY 10178

**Kirkland & Ellis**
Richard M Cieri
601 Lexington Ave
New York, NY 10022

**Kirkland & Ellis LLP**
Attn Ray C Schrock & Stephen E Hessler
601 Lexington Ave
New York, NY 10022-4611

**Kramer Levin Naftallis & Frankel LLP**
Kenneth H Eckstein, Thomas Moers Mayer & Douglas H Mannal
1177 Avenue of the Americas
New York, NY 10036

**Morrison & Foerster LLP**
Attn Tammy Hamzehpour
1290 Avenue of the Americas
New York, NY 10104

**Morrison & Foerster LLP**
Larren M Nashelsky, Gary S Lee & Lorenzo Marinuzzi
1290 Avenue of the Americas
New York, NY 10104

**Nationstar Mortgage LLC**
Attn: General Counsel
350 Highland Drive
Lewisville, TX 75067

**Office of the NY State Attorney General**
Nancy Lord & Enid M Stuart
The Capitol
Albany, NY 12224-0341

**Office of the US Attorney for the Southern District of NY**
United States Attorney Preet Bharara
One St Andrews Plaza
New York, NY 10007

**Securities & Exchange Commission**
Secretary of the Treasury
100 F St NE
Washington, DC 20549

**Securities & Exchange Commission NY Regional Office**
George S Canellos Regional Director
3 World Financial Center Ste 400
New York, NY 10281-1022

**Sidley Austin LLP**
Larry J Nyhan & Jessica CK Boelter
One Dearborn
Chicago, IL 60603

**Skadden Arps Slate Meagher & Flom LLP**
Jonathan H. Hofer
Four Times Square
New York, NY 10036

**Skadden Arps Slate Meagher & Flom LLP**
Ken Ziman
Four Times Square
New York, NY 10036

**Skadden Arps Slate Meagher & Flom LLP**
Sarah M Ward
Four Times Square
New York, NY 10036

**Skadden Arps Slate Meagher & Flom LLP**
Suzanne D T Lovett
Four Times Square
New York, NY 10036

**The Bank of New York Mellon**
Asset-Backed Securities Group
101 Barclay St 4W
New York, NY 10286

**U.S. Bank National Association**
Attn: George Rayzis
50 South 16 th Street
Suite 2000
Philadelphia, PA 19102

**U.S. Bank National Association**
Attn: Irina Palchuk
60 Livingston Avenue
EP-MN-WS1D
St. Paul, MN 55107

**U.S. Department of Justice**
US Attorney General, Eric H. Holder, Jr.
950 Pennsylvania Ave NW
Washington, DC 20530-0001

**United States Attorney's Office for the
Southern District of New York Civil Division**
Attn Joseph Cordaro
86 Chambers St 3rd Fl
New York, NY 10007

**US Trustee for the Southern District of NY**
Tracy Hope Davis, Linda A. Riffkin and Brian S. Masumoto
33 Whitehall St 21st Fl, Region 2
New York, NY 10004

**Wells Fargo Bank NA**
Attn Corporate Trust Services - GMACM Home Equity Notes 2004 Variable Funding Trust
PO Box 98
Columbia, MD 21046

Dated:   New York, New York
         September 5, 2012

_____
Richard V. Conza