WHITE & CASE LLP
1155 Avenue of the Americas
New York, New York 10036-2787
Telephone: (212) 819-8200
Facsimile: (212) 354-8113

and

MILBANK, TWEED, HADLEY & MCCLOY LLP
1 Chase Manhattan Plaza
New York, New York 10005
Telephone: (212) 530-5000
Facsimile: (212) 530-5219

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re ) | Chapter 11 |
| ) | |
| RESIDENTIAL CAPITAL, LLC, et al., ) | Case No. 12-12020 (MG) |
| ) | |
| Debtors. ) | (Jointly Administered) |
| ) | |

**CERTIFICATE OF SERVICE**

Kevin O'Neill, being duly sworn, deposes and says:

I am not a party to this action. I am over the age of eighteen years and reside in New York, New York. I am duly admitted to the bar of the State of New York in good standing.

On September 4, 2012, at my direction and under my supervision, employees of White & Case LLP caused true and correct copies of the following document to be served via regular U.S. mail and via Electronic Mail on all parties listed in the attached **Exhibit A** on behalf of the Ad Hoc Group of Junior Secured Noteholders:

Limited Objection of Ad Hoc Group of Junior Secured Noteholders to Debtors' Motion for the Entry of an Order Extending Their Exclusive Periods to File a Chapter 11 Plan [ECF No. 1338].

Dated: September 5, 2012                          /s/ Kevin O'Neill
                                                   Kevin O'Neill

# Exhibit A

Residential Capital, LLC, et al.
Case No. 12-12020 (MG)
General Service List

| NAME | NOTICE NAME | ADDRESS1 | ADDRESS2 | CITY | ST | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|
| AIG Asset Management US LLC | Attn Russell Lipman | 80 Pine St | | New York | NY | 10038 | | 212-770-0948 | 212-770-8528 | |
| Aldine Independent School District | Courtney F Harris, Pamela H Walters | 14910 Aldine Westfield Rd | | Houston | TX | 77032 | | 281-985-6319 | 281-985-6321 | bnkatty@aldine.k12.tx.us |
| Aldridge Connors LLP | Bankruptcy Department | Fifteen Piedmont Center | 3575 Piedmont Rd NE Ste 500 | Atlanta | GA | 30305 | | 404-994-7400 | 888-246-7307 | ecfmail@aclawllp.com |
| Allstate Life Insurance Company | Attn Peter A McElvain | 3075 Sanders Rd Ste G5A | | Northbrook | IL | 60062 | | 847-402-1477 | 847-402-6639 | |
| Ally Bank | Tom Houghton | 440 S Church St | # 1100 | Charlotte | NC | 28202 | | 704-444-4825 | | tom.houghton@ally.com |
| Ally Financial Inc | Jeffrey Brown Corporate Treasurer | 440 S Church St | # 1100 | Charlotte | NC | 28202 | | 704-540-6133 | | jeff.brown@gmacfs.com; william.b.solomon@ally.com |
| Alston & Bird LLP | John C Weitnauer Esq | One Atlantic Center | 1201 West Peachtree St | Atlanta | GA | 30309-3424 | | 404-881-7000 | 404-253-8298 | kit.weitnauer@alston.com |
| Alston & Bird LLP | Martin G Bunin Esq & William Hao Esq | 90 Park Ave | | New York | NY | 10016 | | 212-210-9400 | 212-210-9444 | marty.bunin@alston.com;william.hao@alston.com |
| Alston & Bird LLP | William B Macurda | Bank of America Plaza Ste 4000 | 101 S Tryon St | Charlotte | NC | 28280-4000 | | 704-444-1000 | 704-444-1755 | bill.macurda@alston.com |
| Assistant Attorney General | John Mark Stern bankruptcy & Collections Division | PO Box 12548 | | Austin | TX | 78711-2548 | | 512-475-4868 | | john.stern@texasattorneygeneral.gov |
| Attorney General of the State of Michigan Bill Schuette | Juandisha M Harris Asst Attorney General | Cadillac Place Ste 10-200 | 3030 W Grand Blvd | Detroit | MI | 48202 | | 313-456-0140 | | harrisj12@michigan.gov |
| Attorney General of the State of New York, Eric T Schneiderman | Victoria L Safran | Nassau Regional Office | 200 Old Country Rd Ste 240 | Mineola | NY | 11501 | | 516-248-3302 | | |
| Bank of New York Mellon | Sarah Stout & Jennifer J Provenzano | 525 William Penn Place | | Pittsburgh | PA | 15259-0001 | | 412-234-7536 | | Sarah.Stout@BNYMellon.com; Jennifer.Provenzano@BNYMellon.com; Michael.Spataro@BNYMellon.com; Mageshwaran.Ramasamy@BNYMellon.com |
| Barclays Bank PLC | Alicia Borys & Patrick Kerner | 745 7th Ave 27th Fl | | New York | NY | 10019 | | 212-526-4291;212-526-1447 | 212-526-5115 | alicia.borys@barclays.com;patrick.kerner@barclays.com |
| Barclays Bank PLC | Joe Tricamo & May Wong | 1301 Sixth Ave | | New York | NY | 10019 | | 212-320-7564; 212-320-7890 | | xrausloanops5@barclays.com |
| Barnes & Thornburg LLP | David M Powlen | 1000 North West St Ste 1200 | | Wilmington | DE | 19801 | | 302-888-4536 | 302-888-0246 | david.powlen@btlaw.com |
| Barry B Eskanos JD MPA & Ami B Eskanos | | 3122 Pine Tree Dr | | Miami Beach | FL | 33140 | | 305-613-6894 | 305-735-3437 | bbeskanos@aol.com |
| Bernstein Litowitz Berger & Grossmann LLP | David R Stickney & Jonathan D Uslaner & Matthew P Jubenville | 12481 High Bluff Dr Ste 300 | | San Diego | CA | 92130 | | 858-793-0700 | 858-793-0323 | davids@blbglaw.com; jonathanu@blbglaw.com; matthewj@blbglaw.com |
| Bernstein Litowitz Berger & Grossmann LLP | Jai K Chandrasekhar | 1285 Avenue of the Americas | | New York | NY | 10019 | | 212-554-1400 | 212-554-1444 | jai@blbglaw.com |
| BMMZ Holding LLC | c/o Ally Financial Inc, Attn Courtney Lowman | 200 Renaissance Center | Mail Code 482-B12-B96 | Detroit | MI | 48265-2000 | | 313-656-6711 | | courtney.lowman@ally.com |
| Brian Kessler, et al | c/o Walters Bender Strohbehn & Vaughan, P.C. | 2500 City Center Square, 1100 Main, Suite 2500 | | Kansas City | MO | 64105 | | 816-421-6620 | 816-421-4747 | jhaake@wbsvlaw.com |
| Cadwalader Wickersham & Taft LLP | Gregory M Petrick & Ingrid Bagby | One World Financial Center | | New York | NY | 10281 | | 212-504-6000 | 212-504-6666 | gregory.petrick@cwt.com;ingrid.bagby@cwt.com |
| Cadwalader Wickersham & Taft LLP | Mark C Ellenberg Esq | 700 Sixth St NW | | Washington | DC | 20001 | | 202-862-2200 | 202-862-2400 | mark.ellenberg@cwt.com |
| Carter Ledyard & Milburn LLP | Aaron R Cahn & Leonardo Trivigno | 2 Wall St | | New York | NY | 10005 | | 212-732-3200 | 212-732-3232 | bankruptcy@clm.com |
| Chadbourne & Parke LLP | Attn Howard Seife & David M LeMay & Robert J Gayda & Marc B Roitman | 30 Rockefeller Plaza | | New York | NY | 10112 | | 212-408-5100 | 212-541-5369 | hseife@chadbourne.com;dlemay@chadbourne.com; rgayda@chadbourne.com; mroitman@chadbourne.com |
| Citibank NA | Attn Bobbie Theivakumaran | 390 Greenwich St 6th Fl | | New York | NY | 10013 | | 212-723-6753 | 646-291-3799 | bobbie.theivakumaran@citi.com |
| Cleary Gottlieb Steen & Hamilton LLP | Sean A O Neal and Thomas J Moloney | One Liberty Plaza | | New York | NY | 10006 | | 212-225-2000 | 212-225-225-3999 | maofiling@cgsh.comn |
| Cohen Milstein Sellers & Toll PLLC | Joel P Laitman, Christopher Lometti, Michael B Eisenkraft, Daniel B Rehns & Kenneth M Rehns | 88 Pine St 14th Fl | | New York | NY | 10005 | | 212-838-7797 | 212-838-7745 | jlaitman@cohenmilstein.com;clometti@cohenmilstein.com;meisenkraft@cohenmilstein.com;drehns@cohenmilstein.com;krehns@cohenmilstein.com |

Residential Capital, LLC, et al.
Case No. 12-12020 (MG)
General Service List

| NAME | NOTICE NAME | ADDRESS1 | ADDRESS2 | CITY | ST | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|
| Cole Schotz Meisel Forman & Leonard PA | Michael D Warner & Emily S Chou | 301 Commerce St Ste 1700 | | Fort Worth | TX | 76102 | | 817-810-5250 | 817-810-5255 | mwarner@coleschotz.com;echou@coleschotz.com |
| Commonwealth of Pennsylvania, Department of Labor and Industry | Joseph Kots | Reading Bankruptcy & Compliance Unit | 625 Cherry St Rm 203 | Reading | PA | 19602-1152 | | 610-378-4511 | 610-378-4459 | ra-li-ucts-bankrupt@state.pa.us |
| Crowe & Dunlevy PC | William H. Hoch | 20 N. Broadway Ave., Ste. 1800 | | Oklahoma City | OK | 73102 | | 405-235-7700 | 405-239-6651 | will.hoch@crowedunlevy.com |
| Curtis Mallet-Prevost Colt & Mosle LLP | Maryann Gallagher Esq | 101 Park Ave | | New York | NY | 10178-0061 | | 212-696-8881 | 212-697-1559 | mgallagher@curtis.com |
| Curtis Mallet-Prevost Colt & Mosle LLP | Michael A Cohen Esq | 101 Park Ave | | New York | NY | 10178-0061 | | 212-696-6900 | 212-697-1559 | macohen@curtis.com |
| Curtis Mallet-Prevost Colt & Mosle LLP | Steven J Reisman Esq | 101 Park Ave | | New York | NY | 10178-0061 | | 212-969-6065 | 212-697-1559 | sreisman@curtis.com |
| David P Stich Esq | | 521 Fifth Ave 17th Fl | | New York | NY | 10175 | | 646-554-4421 | | |
| Dechert LLP | Glenn E Siegel, Hector Gonzalez, Brian E Greer & Mauricio A Espana | 1095 Avenue of the Americas | | New York | NY | 10036-6797 | | 212-698-3500 | 212-698-3599 | glenn.siegel@dechert.com;hector.gonzalez@dechert.com;brian.greer@dechert.com;mauricio.espana@dechert.com |
| Deutsche Bank | Rosa Mendez | Corporate Trust Department | 1761 E. St. Andrew Place | Santa Ana | CA | 92705-4934 | | 714-247-6309 | 714-855-1556 | rosa.mendez@db.com |
| Deutsche Bank Trust Company Americas | Attn Brendan Meyer | Harborside Financial Center | 100 Plaza One MS: JCY03-0699 | Jersey City | NJ | 07311-3901 | | 201-593-8545 | 646-502-4546 | Brendan.meyer@db.com |
| Deutsche Bank Trust Company Americas | c/o Kelvin Vargas | 25 De Forest Ave | | Summit | NJ | 07901 | | 201-593-2456 | | kelvin.vargas@db.com |
| Diem T Nguyen | | 16478 Beach Blvd No 331 | | Westminister | CA | 92683 | | 714-742-5371 | | diem.home@gmail.com |
| Duane Morris LLP | Gerald S Catalanello Esq & james J Bincequerra Esq | 1540 Broadway | | New York | NY | 10036 | | 212-692-1000 | 212-692-1020 | gcatalanello@duanemorris.com;jvincequerra@duanemorris.com |
| Fannie Mae | Attn Peter McGonigle | 1835 Market St Ste 2300 | | Philadelphia | PA | 19103 | | 215-575-1578 | 240-699-2178 | peter_mcgonigle@fanniemae.com |
| Fannie Mae | Catherine Lasher | 950 East Paces Ferry Road | Suite 1900 | Atlanta | GA | 30326 | | 404-398-6901 | | catherine_lasher@fanniemae.com |
| Fedelina Roybal-DeAguero 2008 Trust | | 42265 Little Lake Rd | | Medocino | CA | 94560 | | | | |
| Fein Such & Crane LLP | Mark K Broyles Esq | 28 East Main St Ste 1800 | | Rochester | NY | 14614 | | 585-232-7400 | 585-325-3119 | broylesmk@rgcattys.com |
| FIDC | Dennis J Early | Counsel - Legal Division | 3501 Fairfax Dr Rm VS-D-7076 | Arlington | VA | 22226-3500 | | 703-562-2739 | | dearly@fdic.gov |
| Financial Guaranty Insurance Company | Attn John Dubel | 125 Park Ave | | New York | NY | 10017 | | 212-312-3399 | | |
| Foley & Mansfield PLLP | Thomas J Lallier | 250 Marquette Ave Ste 1200 | | Minneapolis | MN | 55401 | | 612-338-8788 | 612-338-8690 | tlallier@foleymansfield.com |
| Freddie Mac | Kenton W Hambrick Associate General Counsel | M/S202 | 8200 Jones Branch Dr | McLean | VA | 22102 | | 703-903-2473 | 703-903-3692 | kenton_hambrick@freddiemac.com |
| Freeborn & Peters LLP | Devon J Eggert Esq | 311 S Wacker Dr Ste 3000 | | Chicago | IL | 60606-6677 | | 312-360-6000 | 312-360-6520 | deggert@freebornpeters.com |
| Freeborn & Peters LLP | Thomas R Fawkes Esq | 311 S Wacker Dr Ste 3000 | | Chicago | IL | 60606-6677 | | 312-360-6000 | 312-360-6520 | tfawkes@freebornpeters.com |
| Gibbons PC | Attn Jeffrey S Berkowitz Esq | One Pennsylvania Plaza 37th Fl | | New York | NY | 10119-3701 | | 212-613-2000 | 212-290-2018 | jberkowitz@gibbonslaw.com |
| Gibbons PC | Attn Karen A Giannelli Esq | One Gateway Center 9th Fl | | Newark | NJ | 07102-5310 | | 973-596-4500 | 973-596-0545 | kgiannelli@gibbonslaw.com |
| Gibbs & Bruns LLP | Kathy D Patrick Esq & Scott A Humphries Esq | 1100 Louisiana Ste 5300 | | Houston | TX | 77002 | | 713-650-8805 | 713-750-0903 | kpatrick@gibbsbruns.com;shumphries@gibbsbruns.com |
| Gibbs & Bruns, L.L.P. | Kathy D. Patrick | 1100 Louisiana | Suite 5300 | Houston | TX | 77002 | | | | kpatrick@gibbsbruns.com |
| Ginnie Mae | Ted Tozer | 550 12 St. SW | 3rd Floor | Washington | DC | 20024 | | 202-485-5010 | | theodore.w.tozer@hud.gov |
| Grant & Eisenhofer PA | Geoffrey C Jarvis Matthew P Morris & Deborah A Elman | 485 Lexington Ave 29th Fl | | New York | NY | 10017 | | 646-722-8500 | 646-722-8501 | gjarvis@gelaw.com;mpmorris@gelaw.com;delman@gelaw.com |
| Hodgson Russ LLP | Garry M Graber Esq | 140 Pearl St Ste 100 | | Buffalo | NY | 14202 | | 716-856-4000 | 716-849-0349 | ggraber@hodgsonruss.com |
| HP Enterprise Services LLC | Ayala Hassell Esq | 5400 Legacy Dr | | Plano | TX | 75024 | | 972-605-5507 | 972-605-5616 | ayala.hassell@hp.com |
| Hunton & Williams LLP | Richard P Norton & Robert A Rich | 200 Park Avenue 53rd Fl | | New York | NY | 10166 | | 212-309-1000 | | rnorton@hunton.com;rrich2@hunton.com |
| IBM Corporation | Attn Shawn Konig | 1360 Rene Levesque W Ste 400 | | Montreal | QC | H3G 2W6 | Canada | | | |
| Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | Philadelphia | PA | 19101-7346 | | 800-973-0424 | 267-941-1015 | |
| Internal Revenue Service | Centralized Insolvency Operation | 2970 Market St | | Philadelphia | PA | 19104 | | | 267-941-1015 | |
| Internal Revenue Service | Insolvency Section | 31 Hopkins Plz Rm 1150 | | Baltimore | MD | 21201 | | 800-913-9358 | | |
| Iron Mountain Information Management Inc | Joseph Corrigan | 745 Atlantic Ave | | Boston | MA | 02111- | | 617-535-4744 | 617-451-0409 | bankruptcy2@ironmountain.com |

Residential Capital, LLC, et al.
Case No. 12-12020 (MG)
General Service List

| NAME | NOTICE NAME | ADDRESS1 | ADDRESS2 | CITY | ST | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|
| Jones Day | Carle E Black | 901 Lakeside Ave | | Cleveland | OH | 44114 | | 216-586-3939 | 216-579-0212 | ceblack@jonesday.com |
| Jones Day | Corinne Ball, Richard L Wynne & Lance E Miller | 222 East 41st Street | | New York | NY | 10017 | | 212-326-3939 | 212-755-7306 | cball@jonesday.com;rlwynne@jonesday.com;lemiller@jonesday.com |
| Kasowitz, Benson, Torres & Friedman LLP | Andrew K Glenn, Matthew B Stein, Daniel A Fliman & Nii Amar Amamoo | 1633 Broadway | | New York | NY | 10019 | | 212-506-1700 | 212-506-1800 | aglenn@kasowitz.com;mstein@kasowitz.com;dfliman@kasowitz.com;namamoo@kasowitz.com |
| Kelley Drye & Warren LLP | James S Carr & Eric R Wilson | 101 Park Ave | | New York | NY | 10178 | | 212-808-7800 | 212-808-7987 | kdwbankruptcydepartment@kelleydrye.com |
| Kessler Topaz Meltzer & Check LLP | Edward W. Ciolko Donna Siegel Moffa | 280 King of Prussia Rd | | Radnor | PA | 19087 | | 610-667-7706 | 610-667-7056 | eciolko@ktmc.com; dmoffa@ktmc.com |
| Kilpatrick & Associates PC | Richardo I Kilpatrick | 903 North Opdyke Rd Ste C | | Auburn Hills | MI | 48326 | | 248-377-0700 | | ecf@kaalaw.com |
| King & Spalding LLP | W. Austin Jowers & Paul K. Ferdinands & Thaddeus D. Wilson | 1180 Peachtree Street N.E. | | Atlanta | GA | 30309 | | 404-572-4600 | 404-572-5100 | thadwilson@kslaw.com; ajowers@kslaw.com; pferdinands@kslaw.com |
| Kirkland & Ellis | Richard M Cieri | 601 Lexington Ave | | New York | NY | 10022 | | 212-446-4770 | 212-446-4900 | richard.cieri@kirkland.com |
| Kirkland & Ellis LLP | Attn Ray C Schrock & Stephen E Hessler | 601 Lexington Ave | | New York | NY | 10022-4611 | | 212-446-4800 | 212-446-4900 | ray.schrock@kirkland.com;richard.cieri@kirkland.com;stephen.hessler@kirkland.com;projectrodeo@kirkland.com;William.b.Solomon@ally.com;Timothy.Devine@ally.com;john.bellaver@ally.com |
| Klestadt & Winters LLP | Attn Tracy L Klestadt & Joseph C Corneau | 570 Seventh Ave 17th Fl | | New York | NY | 10018 | | 212-972-3000 | 212-972-2245 | tklestadt@klestadt.com;jcorneau@klestadt.com |
| Kramer Levin Naftallis & Frankel LLP | Kenneth H Eckstein, Thomas Moers Mayer & Douglas H Mannal | 1177 Avenue of the Americas | | New York | NY | 10036 | | 212-715-9100 | 212-715-8000 | keckstein@kramerlevin.com;tmayer@kramerlevin.com;dmannal@kramerlevin.com |
| Kurtzman Carson Consultants | Alison M. Tearnen Schepper | 2335 Alaska Ave | | El Segundo | CA | 90245 | | | | rescapinfo@kccllc.com |
| Law Offices of Christopher Green | Christopher E. Green | Two Union Square Suite 4285 | 601 Union Street | Seattle | WA | 98101 | | 206-686-4558 | 206-686-2558 | |
| Law Offices of Robert E Luna PC | Andrea Sheehan | 4411 N Central Expressway | | Dallas | TX | 75205 | | 214-521-8000 | 214-521-1738 | sheehan@txschoollaw.com |
| Linebarger Goggan Blair & Sampson LLP | Diana W Sanders | Po Box 17428 | | Austin | TX | 78760 | | 512-447-6675 | 512-443-5114 | austin.bankruptcy@publicans.com |
| Linebarger Goggan Blair & Sampson LLP | Elzabeth Weller | 2323 Bryan St Ste 1600 | | Dallas | TX | 75201 | | 214-880-0089 | 469-221-5002 | dallas.bankruptcy@publicans.com |
| Linebarger Goggan Blair & Sampson LLP | John P Dillman Esq | PO Box 3064 | | Houston | TX | 77253-3064 | | 713-844-3478 | 713-844-3503 | houston_bankruptcy@lgbs.com |
| Locke Lord LLP | Casey B Howard | 3 World Financial Center | | New York | NY | 10281-2101 | | 212-812-8342 | 212-812-8372 | choward@lockelord.com |
| Loeb & Loeb LLP | Walter H Curchack, Vadim J Rubinstein & Debra W Minoff | 345 Park Ave | | New York | NY | 10154 | | 212-407-4000 | 212-407-4990 | wcurchack@loeb.com;vrubinstein@loeb.com;dminoff@loeb.com |
| Lowenstein Sandler PC | Andrew Behlmann | 1251 Avenue of the Americas 18th Fl | | New York | NY | 10020 | | 212-262-6700 | 212-262-7402 | abehlmann@lowenstein.com |
| Lowenstein Sandler PC | Andrew Behlmann | 65 Livingston Ave | | Roseland | NJ | 07068 | | 973-597-2500 | 973-597-2481 | abehlmann@lowenstein.com |
| Lowenstein Sandler PC | Michael S Etkin & Ira M Levee | 1251 Avenue of the Americas 18th Fl | | New York | NY | 10020 | | 212-262-6700 | 212-262-7402 | metkin@lowenstein.com;ilevee@lowenstein.com |
| Lowenstein Sandler PC | Michael S Etkin & Ira M Levee | 65 Livingston Ave | | Roseland | NJ | 07068 | | 973-597-2500 | 973-597-2481 | metkin@lowenstein.com;ilevee@lowenstein.com |

Residential Capital, LLC, et al.
Case No. 12-12020 (MG)
General Service List

| NAME | NOTICE NAME | ADDRESS1 | ADDRESS2 | CITY | ST | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|
| M&TCC | | 1 M&T Plaza, 7th Floor | | Buffalo | NY | 14203 | | | | |
| Magnozzi & Kye LLP | Amish R Doshi Esq | 23 Green St Ste 302 | | Huntington | NY | 11743 | | 631-923-2858 | | adoshi@magnozzikye.com |
| Manatee County Tax Collector | Susan D Profant & Ken Burton Jr | 4333 US 301 North | | Ellenton | FL | 34222 | | 941-741-4832 | 941-721-2008 | susanp@taxcollector.com |
| Mathis, Riggs & Prather PSC | Donald T Prather | 500 Main St Ste 5 | | Shelbyville | KY | 40065 | | 502-633-5220 | 502-633-0667 | dprather@iglou.com |
| MBIA Insurance Corporation | Attn Mitchell Sonkin | 113 King St | | Armonk | NY | 10504 | | 914-765-3640 | 914-765-3646 | |
| McKool Smith | Attn: Paul D. Moak | 600 Travis St., Suite 7000 | | Houston | TX | 77002 | | 713-485-7302 | 713-485-7344 | pmoak@McKoolSmith.com |
| McKool Smith PC | Michael R Carney | One Bryant Park 47th Fl | | New York | NY | 10036 | | 212-402-9400 | 212-402-9444 | mcarney@mckoolsmith.com |
| McKool Smith PC | Paul D Moak | 600 Travis St., Suite 7000 | | Houston | TX | 77002 | | 713-485-7300 | 713-485-7344 | pmoak@McKoolSmith.com |
| Missouri Department of Revenue | Attn Steven A Ginther Esq | Bankruptcy Unit | PO Box 475 | Jefferson City | MO | 65105-0475 | | 573-751-5531 | 573-751-7232 | sdnyecf@dor.mo.gov |
| Morgan Lewis & Bockius LLP | James L Garrity Jr | 101 Park Ave | | New York | NY | 10178-0600 | | 212-309-6000 | 212-309-6001 | jgarrity@morganlewis.com |
| Morgan Lewis & Bockius LLP | Michael S Kraut | 101 Park Ave | | New York | NY | 10178-0600 | | 212-309-6000 | 212-309-6001 | mkraut@morganlewis.com |
| Morgan Lewis & Bockius LLP | Patrick D Fleming | 101 Park Ave | | New York | NY | 10178-0600 | | 212-309-6000 | 212-309-6001 | pfleming@morganlewis.com |
| Moritt Hock & Hamroff LLP | Leslie Ann Berkoff | 400 Garden City Plaza | | Garden City | NY | 11530 | | 516-873-2000 | 516-873-2010 | lberkoff@morittock.com |
| Morrison & Foerster LLP | Attn Tammy Hamzehpour | 1290 Avenue of the Americas | | New York | NY | 10104 | | | | Tammy.Hamzehpour@gmacrescap.com;diane.citron@ally.com |
| Morrison & Foerster LLP | Larren M Nashelsky, Gary S Lee & Lorenzo Marinuzzi | 1290 Avenue of the Americas | | New York | NY | 10104 | | 212-468-8000 | 212-468-7900 | lnashelsky@mofo.com;glee@mofo.com;lmarinuzzi@mofo.com |
| Morrison Cohen LLP | Joseph T Moldovan Esq | 909 Third Ave | | New York | NY | 10022 | | 212-735-8600 | 212-735-8708 | jmoldovan@morrisoncohen.com;bankruptcy@morrisoncohen.com |
| Munger Tolles & Olson LLP | Seth Goldman | 355 S Grand Ave | | Los Angeles | CA | 90071 | | 213-683-9100 | | seth.goldman@mto.com |
| Munger Tolles & Olson LLP | Thomas B Walper | 355 S Grand Ave | | Los Angeles | CA | 90071 | | 213-683-9100 | | Thomas.walper@mto.com |
| Nationstar Mortgage LLC | Attn: General Counsel | 350 Highland Drive | | Lewisville | TX | 75067 | | 469-549-2000 | 972-315-8637 | |
| Office of Attorney General | Carol E. Momjian | Senior Deputy Attorney General | 21 S. 12th Street, 3rd Floor | Philadelphia | PA | 19107-3603 | | 215-560-2128 | 215-560-2202 | cmomjian@attorneygeneral.gov |
| Office of the NY State Attorney General | Nancy Lord & Enid M Stuart | The Capitol | | Albany | NY | 12224-0341 | | 518-474-5481 | | Nancy.Lord@OAG.State.NY.US;enid.stuart@OAG.State.NY.US |
| Office of the US Attorney for the Southern District of NY | United States Attorney Preet Bharara | One St Andrews Plaza | | New York | NY | 10007 | | 212-637-2200 | 212-637-2685;914-993-1980;212-637-2745 | |
| Patterson Belknap Webb & Tyler LLP | David W Dykhouse & Brian P Guiney | 1133 Avenue of the Americas | | New York | NY | 10036-6710 | | 212-336-2000 | 212-336-2222 | dwdykhouse@pbwt.com;bguiney@pbwt.com |
| Paul N Papas II | Mylegalhelpusa.com | 4727 E Bell Rd Ste 45-350 | | Phoenix | AZ | 85032 | | 602-493-2016 | | Paul_Papas@mylegalhelpusa.com |
| Perdue Brandon Fielder Collins & Mott LLP | c/o Elizabeth Banda Calvo | PO Box 13430 | | Arlington | TX | 76094-0430 | | 817-461-3344 | 817-860-6509 | ebcalvo@pbfcm.com |
| Pillsbury Winthrop Shaw Pittman LLP | Attn Ana N Damonte Esq | 50 Fremont St | PO Box 7880 | San Francisco | CA | 94120-7880 | | 415-983-1000 | 415-983-1200 | ana.damonte@pillsburylaw.com |
| Polsinelli Shughart PC | Daniel J Flanigan & Jason A Nagi | 805 Third Ave Ste 2020 | | New York | NY | 10022 | | 212-684-0199 | 212-759-8290 | dflanigan@polsinelli.com;jnagi@polsinelli.com |
| Proskauer Rose LLP | Irena M Goldstein | Eleven Times Square | | New York | NY | 10036 | | 212-969-3000 | 212-969-2900 | igoldstein@proskauer.com |
| Proskauer Rose LLP | Scott K Rutsky & Jared D Zajac | Eleven Times Square | | New York | NY | 10036 | | 212-969-3000 | 212-969-2900 | srutsky@proskauer.com;jzajac@proskauer.com |

Residential Capital, LLC, et al.
Case No. 12-12020 (MG)
General Service List

| NAME | NOTICE NAME | ADDRESS1 | ADDRESS2 | CITY | ST | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|
| Quinn Emanuel Urquhart & Sullivan LLP | Daniel L Brockett & David D Burnett | 51 Madison Ave 22nd Fl | | New York | NY | 10010 | | 212-849-7000 | 212-849-7100 | danbrockett@quinnemanuel.com;daveburnett@quinnemanuel.com;jeremyandersen@quinnemanuel.com |
| Quinn Emanuel Urquhart & Sullivan LLP | Susheel Kirpalani & Scott C Shelley | 51 Madison Ave 22nd Fl | | New York | NY | 10010 | | 212-849-7000 | 212-849-7100 | susheelkirpalani@quinnemanuel.com;scottshelley@quinnemanuel.com |
| Reilly Pozner LLP | Michael A Rollin | 1900 16th St Ste 1700 | | Denver | CO | 80202 | | 303-893-6100 | 303-893-6110 | mrollin@rplaw.com |
| Robbins Gellar Rudman & Dowd LLP | Christopher M Wood | One Montgomery Steet Ste 1800 | Post Montgomery Center | San Francisco | CA | 94104 | | 415-288-4545 | 415-288-4534 | cwood@rgrdlaw.com |
| Robbins Gellar Rudman & Dowd LLP | Steven W Pepich | 655 West Broadway Ste 1900 | | San Diego | CA | 92101 | | 619-231-1058 | 619-231-7423 | stevep@rgrdlaw.com |
| Robert E Brown PC | | 44 Wall St 12th Fl | | New York | NY | 10005 | | 212-766-9779 | | rbrown@robertbrownlaw.com |
| Romero Law Firm | Martha E Romero | BMR Professional Building | 6516 Bright Ave | Whittier | CA | 90601 | | 562-907-6800 | 562-907-6820 | romero@mromerolawfirm.com |
| Ropes & Gray LLP | D Ross Martin Esq & Keith H Wofford Esq | 1211 Avenue of the Americas | | New York | NY | 10036-8704 | | 212-596-9000 | 212-596-9090 | Ross.martin@ropesgray.com;keith.wofford@ropesgray.com |
| Ropes & Gray LLP | D. Ross Martin | Prudential Tower | 800 Boylston Street | Boston | MA | 02199 | | | | Ross.martin@ropesgray.com |
| Rowen L Drenne as Representative for the Plaintiffs Brian Kessler et al | | 3725 N Indiana | | Kansas City | MO | 64117 | | 816-726-4615 | 816-523-3530 | |
| Samuel I White PC | D Carol Sasser Esq | 5040 Corporate Woods Dr Ste 120 | | Virginia Beach | VA | 23462 | | 757-490-9284 | 757-497-2802 | dsasser@siwpc.com |
| Samuel I White PC | Donna J Hall Esq | 5040 Corporate Woods Dr Ste 120 | | Virginia Beach | VA | 23462 | | 757-457-1485 | 757-497-1193 | dhall@siwpc.com |
| Scarinci & Hollenbeck LLC | Joel R Gluckman Esq | 1100 Valley Brook Ave | PO Box 790 | Lyndhurst | NJ | 07071-0790 | | 201-896-4100 | | jglucksman@scarincihollenbeck.com |
| Schnader Harrison Segal & Lewis LLP | Barry Bressler & Richard A Barkasy | 1600 Market St Ste 3600 | | Philadelphia | PA | 19103-7286 | | 215-751-2050 | 215-751-2205 | bbressler@schnader.com;rbarkasy@schnader.com |
| Schnader Harrison Segal & Lewis LLP | Benjamin P Deutsch Esq | 140 Broadway Ste 3100 | | New York | NY | 10005-1101 | | 212-973-8000 | 212-972-8798 | bdeutsch@schnader.com |
| Schulte Roth & Zabel LLP | Adam C Harris | 919 Third Ave | | New York | NY | 10022 | | 212-756-2000 | 212-593-5955 | adam.harris@srz.com |
| Schulte Roth & Zabel LLP | Howard O Godnick | 919 Third Ave | | New York | NY | 10022 | | 212-756-2000 | 212-593-5955 | howard.godnick@srz.com |
| Schulte Roth & Zabel LLP | Marguerite Gardiner | 919 Third Ave | | New York | NY | 10022 | | 212-756-2000 | 212-593-5955 | marguerite.gardiner@srz.com |
| Schulte Roth & Zabel LLP | Michael G Cutini | 919 Third Ave | | New York | NY | 10022 | | 212-756-2000 | 212-593-5955 | michael.cutini@srz.com |
| Secretary of State | | 123 William St | | New York | NY | 10038-3804 | | 212-417-5800 | 212-417-2383 | |
| Secretary of State, Division of Corporations | 99 Washington Ave Ste 600 | One Commerce Plz | | Albany | NY | 12231-0001 | | 518-473-2492 | 518-474-1418 | |
| Securities & Exchange Commission | Secretary of the Treasury | 100 F St NE | | Washington | DC | 20549 | | 202-942-8088 | 202-772-9317or 202-772-9318 | secbankruptcy@sec.gov |
| Securities & Exchange Commission NY Regional Office | George S Canellos Regional Director | 3 World Financial Center Ste 400 | | New York | NY | 10281-1022 | | 212-336-1100 | 212-336-1320 | secbankruptcy@sec.gov;newyork@sec.gov |
| Seward & Kissell LLP | Greg S Bateman | One Battery Park Plaza | | New York | NY | 10004 | | 212-574-1436 | 212-480-8421 | bateman@sewkis.com |

Residential Capital, LLC, et al.
Case No. 12-12020 (MG)
General Service List

| NAME | NOTICE NAME | ADDRESS1 | ADDRESS2 | CITY | ST | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|
| Seward & Kissell LLP | Ronald L Cohen & Kalyan Das | One Battery Park Plaza | | New York | NY | 10004 | | 212-574-1200 | 212-480-8421 | cohen@sewkis.com;das@sewkis.com; binder@sewkis.com |
| Shafferman & Feldman LLP | Joel M Shafferman Esq | 286 Madison Ave Ste 502 | | New York | NY | 10017 | | 212-509-1802 | | |
| Shapiro Blasi Wasserman & Gora PA | Thomas A Conrad Esq | 7000 Glades Rd Ste 400 | | Boca Raton | FL | 33434 | | 516-477-7800 | 516-477-7722 | taconrad@sblawfirm.com |
| Shearman & Sterling LLP | Fredric Sosnick & Susan A Fennessey | 599 Lexington Ave | | New York | NY | 10022 | | 212-848-4000 | 646-848-7179 | fsosnick@shearman.com;sfennessey@shearman.com |
| Sidley Austin LLP | Larry J Nyhan & Jessica CK Boelter | One Dearborn | | Chicago | IL | 60603 | | 312-853-7710 | 312-853-7036 | lnyhan@sidley.com;jboelter@sidley.com;bmyrick@sidley.com |
| Skadden Arps Slate Meagher & Flom LLP | Jonathan H. Hofer | Four Times Square | | New York | NY | 10036 | | 212-735-3849 | 917-777-3849 | jhofer@skadden.com;nikolay.kodes@skadden.com |
| Skadden Arps Slate Meagher & Flom LLP | Ken Ziman | Four Times Square | | New York | NY | 10036 | | 212-735-3000 | 917-777-3310 | ken.ziman@skadden.com |
| Skadden Arps Slate Meagher & Flom LLP | Sarah M Ward | Four Times Square | | New York | NY | 10036 | | 212-735-2126 | 917-777-2126 | sarah.ward@skadden.com |
| Skadden Arps Slate Meagher & Flom LLP | Suzanne D T Lovett | Four Times Square | | New York | NY | 10036 | | 212-735-3000 | 917-777-2689 | suzanne.lovett@skadden.com |
| Stinson Morrison Hecker LLP | Andrew W. Muller | 1201 Walnut, Ste. 2900 | | Kansas City | MO | 64106 | | 816-842-8600 | 816-691-3495 | amuller@stinson.com |
| Sullivan Hazeltine Allinson LLC | William A Hazeltine Esq | 901 N Market St Ste 1300 | | Wilmington | DE | 19801 | | 302-428-8191 | 302-428-8195 | whazeltine@sha-llc.com |
| Talcott Franklin P.C. | Attn: Talcott J. Franklin | 208 N. Market Street, Suite 200 | | Dallas | TX | 75202 | | 214-736-8730 | | tal@talcottfranklin.com |
| Talcott Franklin P.C. | Derek S Witte | 208 N. Market Street, Suite 200 | | Dallas | TX | 75202 | | 214-736-8730 | 877-577-1356 | derek@talcottfranklin.com |
| TCF National Bank | Janella J Miller Senior Vice President & Senior Counsel | 200 Lake St | | Wayzata | MN | 55391 | | 952-745-2716 | | jmiller@tcfbank.com |
| Teitelbaum & Baskin LLP | Jay Teitelbaum Esq | 1 Barker Ave Third Fl | | White Plains | NY | 10601 | | 914-437-7670 | 914-437-7672 | jteitelbaum@tblawllp.com |
| The Bank of New York Mellon | Asset-Backed Securities Group | 101 Barclay St 4W | | New York | NY | 10286 | | | | |
| The Bank of New York Mellon | Attn Robert H Major Vice President | 6525 West Campus Oval | | New Albany | OH | 43054 | | 614-775-5278 | 614-775-5636 | robert.major@bnymellon.com |
| The Canada Trust Company | Susan Khokher | 79 Wellington Street, West, 8th Floor | PO Box 1, Toronto-Dominion Centre | Toronto | ON | M5K 1A2 | Canada | 416-308-3825 | 416-983-2044 | susan.khokher@tdsecurities.com;kathryn.thorpe@tdsecurities.com; Adam.Parkin@tdsecurities.com; Christopher.stevens@tdsecurities.com; |
| Travis County Attorney | Kay D Brock Assistant Travis County Atty | PO Box 1748 | | Austin | TX | 78767 | | 512-854-9513 | 512-854-4808 | kay.brock@co.travis.tx.us |
| U.S. Bank National Association | Attn: George Rayzis | 50 South 16th Street | Suite 2000 | Philadelphia | PA | 19102 | | 215-761-9317 | | george.rayzis@usbank.com |
| U.S. Bank National Association | Attn: Irina Palchuk | 60 Livingston Avenue | EP-MN-WS1D | St. Paul | MN | 55107 | | 651-495-3404 | 651-495-8100 | irina.palchuk@usbank.com |
| U.S. Bank National Association | Attn: Mamta K Scott & David A Jason | 190 S. LaSalle Street | | Chicago | IL | 60603 | | 312-332-6578 | | mamta.scott@usbank.com; david.jason@usbank.com |
| U.S. Bank National Association | Michelle Moeller | 60 Livingston Ave. | | St. Paul | MN | 55107 | | 651-495-3839 | 866-869-1624 | michelle.moeller@usbank.com |
| U.S. Bank National Association | Tanveer Ashraf, Corporate Trust Services | West Side Flats, EP-Mn-WS3D | 60 Livingston Ave. | St. Paul | MN | 55107 | | 651-495-3882 | 866-831-7910 | tanveer.ashraf@usbank.com |
| U.S. Department of Justice | Attn: Glenn D. Gillette | Civil Division | 1100 L Street NW, Room 10018 | Washington | DC | 20005 | | | | Glenn.Gillett@usdoj.gov |
| U.S. Department of Justice | US Attorney General, Eric H. Holder, Jr. | 950 Pennsylvania Ave NW | | Washington | DC | 20530-0001 | | 202-514-2063 | 202-307-6777 | AskDOJ@usdoj.gov |
| United States Attorney's Office for the Southern District of New York civil Division | Attn Joseph Cordaro | 86 Chambers St 3rd Fl | | New York | NY | 10007 | | | | joseph.cordaro@usdoj.gov |
| US Trustee for the Southern District of NY | Tracy Hope Davis, Linda A. Riffkin and Brian S. Masumoto | 33 Whitehall St 21st Fl, Region 2 | | New York | NY | 10004 | | 212-510-0500 | 212-668-2255 | Tracy.Davis2@usdoj.gov; Linda.Riffkin@usdoj.gov; Brian.Masumoto@usdoj.gov |
| Walters Bender Stohbehn & Vaughan PC | J Michael Vaughan & David M Skeens | 2500 City Center Square | 1100 Main St | Kansas City | MO | 64105 | | 816-421-6620 | 816-421-4747 | mvaughan@wbsvlaw.com;dskeens@wbsvlaw.com |
| Wells Fargo Bank NA | Attn Corporate Trust Services - GMACM Home Equity Notes 2004 Variable Funding Trust | PO Box 98 | | Columbia | MD | 21046 | | | | |
| Wells Fargo Bank, N.A. | Kelly Rentz | Corporate Trust Services | 9062 Old Annapolis Road | Columbia | MD | 21045 | | 410-884-2208 | 410-715-2380 | kelly.j.rentz@wellsfargo.com; Nichlaus.M.Ross@wellsfargo.com; Sharon.Squillario@wellsfargo.com ;mary.l.sohlberg@wellsfargo.com |

Residential Capital, LLC, et al.
Case No. 12-12020 (MG)
General Service List

| NAME | NOTICE NAME | ADDRESS1 | ADDRESS2 | CITY | ST | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|
| Wells Fargo Law Department | Kristi Garcia Esq Senior Counsel | MAC T7405-010 | 4101 Wiseman Blvd | San Antonio | TX | 78251 | | 210-543-5747 | 210-543-3015 | kristi.garcia@wellsfargo.com |
| Wendy Alison Nora | | 210 Second St NE | | Minneapolis | MN | 55413 | | 612-333-4144 | 612-886-2444 | accesslegalservices@gmail.com |
| White & Case LLP | Attn: Gerard Uzzi | 1155 Avenue of the Americas | | New York | NY | 10036-2787 | | 212-819-8479 | 212-354-8113 | guzzi@whitecase.com |
| Wilmington Trust | Jennifer Williams | 1100 N. Market St. | | Wilmington | DE | 19801 | | 302-636-6489 | 302-636-4140 | jwilliams@wilmingtontrust.com;rmaney@wilmingtontrust.com |
| Wilmington Trust NA | Julie J Becker Vice President | 50 South Sixth St Ste 1290 | | Minneapolis | MN | 55402-1544 | | 612-217-5628 | 612-217-5651 | |
| Wilson Elser Moskowitz Edelman & Dicker LLP | Attn David L Tillem | 3 Gannett Dr | | White Plains | NY | 10604-3407 | | 914-323-7000 ext 7104 | 914-323-7001 | david.tillem@wilsonelser.com |
| Winston & Strawn LLP | Attn: David Neier | 200 Park Avenue | | New York | NY | 10166 | | 212-294-5318 | 212-294-4700 | dneier@winston.com |
| Winston & Strawn LLP | David Neier, Carey D Schreiber & Alan Moskowitz | 200 Park Avenue | | New York | NY | 10166-4193 | | 212-294-6700 | 212-294-4700 | dneier@winston.com;cschreiber@winston.com;almoskowitz@winston.com |
| Wollmuth Maher & Deutsch LLP | Attn James N Lawlor | One Gateway Center 9th Fl | | Newark | NJ | 07102- | | 973-733-9200 | 973-733-9292 | jlawlor@wmd-law.com |
| Wollmuth Maher & Deutsch LLP | Attn Paul R DeFilippo & Steven S Fitzgerald | 500 Fifth Ave 12th Fl | | New York | NY | 10110 | | 212-382-3300 | 212-382-0050 | pdefilippo@wmd-law.com;sfitzgerald@wmd-law.com |
| Zuckerman Spaeder LLP | Graeme W. Bush & Nelson C. Cohen & Laura E. Neish | 1185 Avenue of the Americas, 31st Floor | | New York | NY | 10036 | | 212-704-9600 | 212-704-4256 | gbush@zuckerman.com; ncohen@zuckerman.com; lneish@zuckerman.com |
| Zuckerman Spaeder LLP | Graeme W. Bush & Nelson C. Cohen & Laura E. Neish | 1800 M Street, N.W., Suite 1000 | | Washington | DC | 20036 | | 202-778-1800 | 202-822-8106 | gbush@zuckerman.com; ncohen@zuckerman.com; lneish@zuckerman.com |
| Chadbourne & Parke LLP | Attn Howard Seife & David M LeMay & Robert J Gayda & Marc B Roitman | 30 Rockefeller Plaza | | New York | NY | 10112 | | 212-408-5100 | 212-541-5369 | hseife@chadbourne.com;dlemay@chadbourne.com; rgayda@chadbourne.com; mroitman@chadbourne.com |
| Citibank NA | Attn Bobbie Theivakumaran | 390 Greenwich St 6th Fl | | New York | NY | 10013 | | 212-723-6753 | 646-291-3799 | bobbie.theivakumaran@citi.com |
| Deutsche Bank Trust Company Americas | c/o Kelvin Vargas | 25 De Forest Ave | | Summit | NJ | 07901 | | 201-593-2456 | | kelvin.vargas@db.com |
| Fannie Mae | Attn Peter McGonigle | 1835 Market St Ste 2300 | | Philadelphia | PA | 19103 | | 215-575-1578 | 240-699-2178 | peter_mcgonigle@fanniemae.com |
| Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | Philadelphia | PA | 19101-7346 | | 800-973-0424 | 267-941-1015 | |
| Internal Revenue Service | Centralized Insolvency Operation | 2970 Market St | | Philadelphia | PA | 19104 | | | 267-941-1015 | |
| Internal Revenue Service | Insolvency Section | 31 Hopkins Plz Rm 1150 | | Baltimore | MD | 21201 | | 800-913-9358 | | |
| Kelley Drye & Warren LLP | James S Carr & Eric R Wilson | 101 Park Ave | | New York | NY | 10178 | | 212-808-7800 | 212-808-7987 | kdwbankruptcydepartment@kelleydrye.com |
| Kirkland & Ellis | Richard M Cieri | 601 Lexington Ave | | New York | NY | 10022 | | 212-446-4770 | 212-446-4900 | richard.cieri@kirkland.com |
| Kirkland & Ellis LLP | Attn Ray C Schrock & Stephen E Hessler | 601 Lexington Ave | | New York | NY | 10022-4611 | | 212-446-4800 | 212-446-4900 | ray.schrock@kirkland.com;richard.cieri@kirkland.com;stephen.hessler@kirkland.com;projectrodeo@kirkland.com;William.b.Solomon@ally.com;Timothy.Devine@ally.com;john.bellaver@ally.com |
| Kramer Levin Naftallis & Frankel LLP | Kenneth H Eckstein, Thomas Moers Mayer & Douglas H Mannal | 1177 Avenue of the Americas | | New York | NY | 10036 | | 212-715-9100 | 212-715-8000 | keckstein@kramerlevin.com;tmayer@kramerlevin.com;dmannal@kramerlevin.com |
| Kurtzman Carson Consultants | Alison M. Tearnen Schepper | 2335 Alaska Ave | | El Segundo | CA | 90245 | | | | rescapinfo@kccllc.com |
| Morrison & Foerster LLP | Attn Tammy Hamzehpour | 1290 Avenue of the Americas | | New York | NY | 10104 | | | | Tammy.Hamzehpour@gmacrescap.com;diane.citron@ally.com |
| Morrison & Foerster LLP | Larren M Nashelsky, Gary S Lee & Lorenzo Marinuzzi | 1290 Avenue of the Americas | | New York | NY | 10104 | | 212-468-8000 | 212-468-7900 | lnashelsky@mofo.com;glee@mofo.com;lmarinuzzi@mofo.com |
| Nationstar Mortgage LLC | Attn: General Counsel | 350 Highland Drive | | Lewisville | TX | 75067 | | 469-549-2000 | 972-315-8637 | |
| Office of the NY State Attorney General | Nancy Lord & Enid M Stuart | The Capitol | | Albany | NY | 12224-0341 | | 518-474-5481 | | Nancy.Lord@OAG.State.NY.US;enid.stuart@OAG.State.NY.US |

Residential Capital, LLC, et al.
Case No. 12-12020 (MG)
General Service List

| NAME | NOTICE NAME | ADDRESS1 | ADDRESS2 | CITY | ST | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|
| Office of the US Attorney for the Southern District of NY | United States Attorney Preet Bharara | One St Andrews Plaza | | New York | NY | 10007 | | 212-637-2200 | 212-637-2685;914-993-1980;212-637-2745 | |
| Securities & Exchange Commission | Secretary of the Treasury | 100 F St NE | | Washington | DC | 20549 | | 202-942-8088 | 202-772-9317or 202-772-9318 | secbankruptcy@sec.gov |
| Securities & Exchange Commission NY Regional Office | George S Canellos Regional Director | 3 World Financial Center Ste 400 | | New York | NY | 10281-1022 | | 212-336-1100 | 212-336-1320 | secbankruptcy@sec.gov;newyork@sec.gov |
| Sidley Austin LLP | Larry J Nyhan & Jessica CK Boelter | One Dearborn | | Chicago | IL | 60603 | | 312-853-7710 | 312-853-7036 | lnyhan@sidley.com;jboelter@sidley.com;bmyrick@sidley.com |
| Skadden Arps Slate Meagher & Flom LLP | Jonathan H. Hofer | Four Times Square | | New York | NY | 10036 | | 212-735-3849 | 917-777-3849 | jhofer@skadden.com;nikolay.kodes@skadden.com |
| Skadden Arps Slate Meagher & Flom LLP | Ken Ziman | Four Times Square | | New York | NY | 10036 | | 212-735-3000 | 917-777-3310 | ken.ziman@skadden.com |
| Skadden Arps Slate Meagher & Flom LLP | Sarah M Ward | Four Times Square | | New York | NY | 10036 | | 212-735-2126 | 917-777-2126 | sarah.ward@skadden.com |
| Skadden Arps Slate Meagher & Flom LLP | Suzanne D T Lovett | Four Times Square | | New York | NY | 10036 | | 212-735-3000 | 917-777-2689 | suzanne.lovett@skadden.com |
| The Bank of New York Mellon | Asset-Backed Securities Group | 101 Barclay St 4W | | New York | NY | 10286 | | | | |
| U.S. Bank National Association | Attn: George Rayzis | 50 South 16 th Street | Suite 2000 | Philadelphia | PA | 19102 | | 215-761-9317 | | george.rayzis@usbank.com |
| U.S. Bank National Association | Attn: Irina Palchuk | 60 Livingston Avenue | EP-MN-WS1D | St. Paul | MN | 55107 | | 651-495-3404 | 651-495-8100 | irina.palchuk@usbank.com |
| U.S. Department of Justice | US Attorney General, Eric H. Holder, Jr. | 950 Pennsylvania Ave NW | | Washington | DC | 20530-0001 | | 202-514-2063 | 202-307-6777 | AskDOJ@usdoj.gov |
| United States Attorney's Office for the Southern District of New York civil Division | Attn Joseph Cordaro | 86 Chambers St 3rd Fl | | New York | NY | 10007 | | | | joseph.cordaro@usdoj.gov |
| US Trustee for the Southern District of NY | Tracy Hope Davis, Linda A. Riffkin and Brian S. Masumoto | 33 Whitehall St 21st Fl, Region 2 | | New York | NY | 10004 | | 212-510-0500 | 212-668-2255 | Tracy.Davis2@usdoj.gov; Linda.Riffkin@usdoj.gov; Brian.Masumoto@usdoj.gov |
| Wells Fargo Bank NA | Attn Corporate Trust Services - GMACM Home Equity Notes 2004 Variable Funding Trust | PO Box 98 | | Columbia | MD | 21046 | | | | |