UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
:
In re                                                          :    Chapter 11
                                                               :
RESIDENTIAL CAPITAL, LLC, et al.,[1]                           :    Case No. 12-12020 (MG)
                                                               :
                                                               :    (Jointly Administered)
            Debtors.                                           :
---------------------------------------------------------------x

### SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Clarissa D. Cu, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors.

A.  On or before August 30, 2012, at my direction and under my supervision, employees of KCC caused the following document to be served via First Class Mail upon the service list attached hereto as **Exhibit A**:

1. [Customized] Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto [Docket No. 924]

Dated: September 5, 2012

_____
Clarissa D. Cu

State of California

County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 5th of September, 2012, by Clarissa D. Cu, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

LYDIA PASTOR NINO
Commission # 1960751
Notary Public - California
Los Angeles County
My Comm. Expires Nov 18, 2015

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Residential Capital, LLC (0738); ditech, LLC (7228); DOA Holding Properties, LLC (4257); DOA Properties IX (Lots-Other), LLC (3274), EPRE LLC (7974); Equity Investment I, LLC (2797); ETS of Virginia, Inc. (1445); ETS of Washington, Inc. (0665); Executive Trustee Services, LLC (8943); GMAC Model Home Finance I, LLC (8469); GMAC Mortgage USA Corporation (6930); GMAC Mortgage, LLC (4840); GMAC Residential Holding Company, LLC (2190); GMAC RH Settlement Services, LLC (6156); GMACM Borrower LLC (4887); GMACM REO LLC (2043); GMACR Mortgage Products, LLC (6369); GMAC-RFC Holding Company, LLC (3763); HFN REO Sub II, LLC (N/A); Home Connects Lending Services, LLC (9412); Homecomings Financial Real Estate Holdings, LLC (6869); Homecomings Financial, LLC (9458); Ladue Associates, Inc. (3048); Passive Asset Transactions, LLC (4130); PATI A, LLC (2729); PATI B, LLC (2937); PATI Real Estate Holdings, LLC (5201); RAHI A, LLC (3321); RAHI B, LLC (3553); RAHI Real Estate Holdings, LLC (5287); RCSFJV204, LLC (2722); Residential Accredit Loans, Inc. (8240); Residential Asset Mortgage Products, Inc. (5181); Residential Asset Securities Corporation (2653); Residential Consumer Services of Alabama, LLC (5449); Residential Consumer Services of Ohio, LLC (4796); Residential Consumer Services of Texas, LLC (0515); Residential Consumer Services, LLC (2167); Residential Funding Company, LLC (1336); Residential Funding Mortgage Exchange, LLC (4247); Residential Funding Mortgage Securities I, Inc. (6294); Residential Funding Mortgage Securities II, Inc. (8858); Residential Funding Real Estate Holdings, LLC (6505); Residential Mortgage Real Estate Holdings, LLC (7180); RFC Asset Holdings II, LLC (4034); RFC Asset Management, LLC (4678); RFC Borrower LLC (5558); RFC Constructing Funding, LLC (5730); RFC REO LLC (2407); RFC SFJV-2002, LLC (4670); RFC-GSAP Servicer Advance, LLC (0289)

# EXHIBIT A

Exhibit A
Contract Counterparties

| Name | Notice Name | Address 1 | Address 2 | Address 3 | City | ST | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Aaron I. Katsman, P.C. | Attn Director/Officer | 70 E SUNRISE HWY STE 608 | | | VALLEY STREAM | NY | 11581-1233 | |
| ABM Industries Inc | Attn Director/Officer | 551 5th Ave # 300 | | | New York | NY | 10176 | |
| Accudata Systems, Inc. | Attn Director/Officer | 7906 N Sam Houston Pkwy West | Suite 300 | | Houston | TX | 77064 | |
| AccuSoft Corporation | Attn Director/Officer | 225 Cedar Hill Street | | | Marlborough | MA | 01752 | |
| ACHIEVE GLOBAL INC | Attn Director/Officer | 170 Election Rd Ste 200 | | | Draper | UT | 84020-6420 | |
| Ajilon LLC dba Ajilon Consulting | Attn Director/Officer | DEPT CH 10682 | | | PALATINE | IL | 60055-0682 | |
| Amalgamated Bank | Attn Director/Officer | 275 7th Avenue | | | New York | NY | 10001 | |
| Ambac Assurance Corporation | Attn Director/Officer | One State Street Plaza | | | New York | NY | 10004 | |
| Aurora | Attn Director/Officer | 10350 PARK MEADOWS DR | | | LITTLETON | CO | 80124 | |
| Aurora Loan Services LLC | Attn Director/Officer | 10350 PARK MEADOWS DR | | | LITTLETON | CO | 80124 | |
| Baker Donelson Bearman PC | Attn Director/Officer | CALDWELL & BERKOWITZ | 3414 PEACHTREE RD | | ATLANTA | GA | 30326 | |
| Balboa Communications, Inc. | Attn Director/Officer | 1126 Skyline Dr | | | Laguna Beach | CA | 92653 | |
| Bamberger, Foreman, Oswald & Hahn, LLC | Attn Director/Officer | 20 N.W. 4th St 7th Fl | Hulman Building | | Evansville | IN | 47708 | |
| Banc Of America Mortgage Capital | Attn: Master Servicing | 101 E. Main Street | Suite 400 | P.O. Box 35140 | Louisville | KY | 40232 | |
| Banco Popular North America | Attn Director/Officer | 9600 W Bryn Mawr Ave | | | Rosemont | IL | 60018 | |
| Bank of America Mortgage | Attn Director/Officer | 100 N Tryon Street | | | Charlotte | NC | 28255 | |
| Bank One - FB | Attn Director/Officer | 1744 E Southern Ave | | | Tempe | AZ | 85282 | |
| BankUnited, N.A. | Attn Director/Officer | 7815 NW 148th St | | | Miami Lakes | FL | 33016-1554 | |
| Bass, Berry & Sims PLC | Attn Director/Officer | 150 Third Avenue South, Suite 2800 | | | Nashville | TN | 37201 | |
| Bay Financial Savings Bank, FSB | Attn Director/Officer | C/O Bay Cities Bank | 4301 West Boy Scout Blvd, Suite 150 | | Tampa | FL | 33607 | |
| Bay Financial Savings Bank, FSB | Attn Director/Officer | 4301 W BOY SCOUT BLVD STE 150 | | | TAMPA | FL | 33607-5716 | |
| Beacon Application Services | Attn Director/Officer | 959 Concord Street | Stuite 250 | | Framingham | MA | 01701-4682 | |
| Bellsouth Telecommunications, Inc | Attn Director/Officer | 675 West Peachtree Street NE | | | Atlanta | GA | 30375 | |
| Benchmark Qa, Inc. | Attn Director/Officer | 3800 American Blvd W Ste 1580 | | | Bloomington | MN | 55431 | |
| BenNevis Inc | Attn Director/Officer | 1405 Knob Hill Lane | | | Excelsior | MN | 55331 | |
| Bindview Corporation | Attn Director/Officer | 5151 San Felipe St #2500 | | | Houston | TX | 77056-3639 | |
| Bindview Corporation | Attn Director/Officer | 2325 Dulles Corner Blvd | Suite 500 | | Herndon | VA | 20171 | |
| Blue Pumpkin Software | Attn Director/Officer | 884 Hermosa Court | Suite 100 | | Sunnyvale | CA | 94085 | |
| Bluebonnet Savings Bank | Attn Director/Officer | PO BOX 851437 | | | RICHARDSON | TX | 75085-1437 | |
| BORLAND SOFTWARE CORPORATION | Attn Director/Officer | 100 Enterprise Way | | | Scotts Valley | CA | 95066-3249 | |
| BOTTOMLINE TECHNOLOGIES | Attn Director/Officer | 325 Corporate Drive | | | Portsmouth | NH | 03801 | |
| Bowe Bell + Howell Company | Attn Director/Officer | 760 S Wolf Road | | | Wheeling | IL | 60090-6232 | |
| Broadwing Communications, LLC | Attn Director/Officer | 350 E Cermak Rd | | | Chicago | IL | 60616 | |
| BSD Group, Inc | Attn Director/Officer | 11001 W 120th Ave #400 | | | Broomfield | CO | 80021 | |
| Business Objectives | Attn Director/Officer | C/O SAP | 3410 Hillview Ave | | Palo Alto | CA | 94304 | |
| BUSINESS OBJECTS AMERICAS | Attn Director/Officer | 9399 W Higgins Rd Ste 800 | | | Rosemont | IL | 60018 | |
| C.M.A. Mortgage, Inc. | Attn Director/Officer | 212 Jh Walker Dr | | | Pendleton | IN | 46064 | |
| California Housing Finance Agency | Attn Director/Officer | 500 Capitol Mall, Ste 1400 | | | Sacramento | CA | 95814 | |
| Cape Cod Bank & Trust | Attn Director/Officer | 10 Main Street | | | Wellfleet | MA | 02667 | |
| Captaris | Attn Director/Officer | 6025 S Quebec St Ste 260 | | | Englewood | CO | 80111 | |
| Captiva Software Corporation | Attn Director/Officer | C/O EMC Corporation | 176 South Street | | Hopkinton | MA | 01748 | |
| Carrington Securities, LP | Attn Director/Officer | C/O Carrington Capital Management, LLC | Seven Greenwich Office Park | 599 West Putnam Ave | Greenwich | CT | 06830 | |
| Carrington, Coleman, Sloman & Blumenthal LLP | Attn Director/Officer | 901 Main Street | Suite 5500 | | Dallas | TX | 75202 | |
| CBT Systems USA Ltd | Attn Director/Officer | 900 Chesapeake Dr | | | Redwood City | CA | 94063-4727 | |
| Centrax Services Inc | Attn Director/Officer | 1820 Preston Park Blvd Ste 2500 | | | Plano | TX | 75093 | |
| Charter One Bank | Attn Director/Officer | Charter One Financial Inc | 1215 Superior Avenue | | Cleveland | OH | 44114 | |
| Chicago Title Insurance Company (mo) | Attn Director/Officer | 601 Riverside Avenue | | | Jacksonville | FL | 32204 | |
| ChoicePoint, Inc. | Attn Director/Officer | 1000 Alderman Drive | Alpharetta | | Alpharetta | GA | 30005 | |
| Citigroup Global Markets - FB | Attn Director/Officer | 6707 Democracy Blvd #905 | | | Bethesda | MD | 20817-1129 | |
| Citimortgage, Inc. | Attn Director/Officer | 105 Decker Ct | | | Irving | TX | 75062 | |
| Citizens Federal Bank, a Federal Savings Bank | Attn Director/Officer | One Citizens Drive | | | Riverside | RI | 02915 | |
| Clunk, John D. Attorney At Law | Attn Director/Officer | 4500 Courthouse Boulevard # 400 | | | Stow | OH | 44224-6835 | |
| Coastal Mortgage Services Inc | Attn Director/Officer | 11230 Carmel Commons Blvd | | | Charlotte | NC | 28226-3920 | |
| Cogent Economics, Inc. | Attn Director/Officer | Cogent QC Systems | 160 Spear St Ste 1640 | | San Francisco | CA | 94105 | |
| Community Financial Services FCU | Attn Director/Officer | PO BOX 392 | | | ROSELLE | NJ | 07203-0392 | |
| COMM-WORKS LLC | Attn Director/Officer | 1405 Xenium Lane N | Suite 120 | | Minneapolis | MN | 55441 | |
| Compaq Computer Corporation | Attn Director/Officer | 4 Gatehall Drive | | | Parsippany | NJ | 07054 | |
| Connect Computer Company | Attn Director/Officer | 1101 W 80th Street | | | Bloomington | MN | 55420-1030 | |
| Connectivity Technologies, Inc. | Attn Director/Officer | 1111 Digital Drive, Suite 150 | | | Richardson | TX | 75081 | |
| Contour Software, Inc. | Attn Director/Officer | 700 W Hamilton Avenue, Third Floor | | | Campbell | CA | 95008 | |
| Copernicus Marketing Consulting & Research | Attn Director/Officer | 200 Clarendon Street, 23rd Floor | | | Boston | MA | 02116 | |
| Creative Solutions International, Inc. | Attn Director/Officer | 800 Delaware Ave | Suite 410 | | Wilmington | DE | 19801 | |
| Credit Northeast Inc | Attn Director/Officer | 400 Reservoir Ave Suite 2h | | | Providence | RI | 02907 | |
| Cue, Inc. | Attn Director/Officer | 520 Nicollet Mall Ste 500 | | | Minneapolis | MN | 55402 | |
| Cutshall Partners | Attn Director/Officer | 3575 Woodland Trl | | | St. Paul | MN | 55123 | |
| Data Link Systems, LLC | Attn Director/Officer | Fiserve Inc, Attn Jeffrey Perzan Esq | 3575 Moreau Court # 2 | (Data-Link Systems, LLC d/b/a MortgageServ) | South Bend | IN | 46628 | |
| Datamirror Corporation | Attn Director/Officer | 3100 Steeles Avenue East | Suite 1100 | | Markham | ON | L3R 8T3 | |
| Diamond Sierra Software | Attn Director/Officer | 11946 Boyette Road | | | Riverview | FL | 33569-5601 | |

In re Residential Capital, LLC,
Case No. 12-12020 (MG)

Exhibit A
Contract Counterparties

| Name | Notice Name | Address 1 | Address 2 | Address 3 | City | ST | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Docucorp International | Attn Director/Officer | 5400 LBJ Freeway | Suite 300 | | Dallas | TX | 75240 | |
| DYNAMIC SOLUTIONS GROUP | Attn Director/Officer | 11975 Portland Ave | | | Burnsville | MN | 55337 | |
| Dynex Capital, Inc | Attn Director/Officer | 4991 Lake Brook Drive, Suite 100 | | | Glen Allen | VA | 23060 | |
| DynTek Services Inc. | Attn Director/Officer | 4440 Von Karman, Suite 200 | | | Newport Beach | CA | 92660 | |
| Eivia | Attn Director/Officer | 7831 Glenroy Road | Suite 450 | | Bloomington | MN | 55439 | |
| EMC Mortgage LLC | Attn Director/Officer | 2780 Lake Vista Drive | | | Lewisville | TX | 75067-3884 | |
| Encore Bank, N.A. | Attn Director/Officer | 9 GREENWAY PLZ STE 1000 | | | HOUSTON | TX | 77046 | |
| Equiliti Communication | Attn Director/Officer | C/O Spanlink | 605 Hwy 169 N | Suite 900 | Plymouth | MN | 55441 | |
| Esmartloan | Attn Director/Officer | C/O Capital One | 12800 Foster Street | | Overland Park | KS | 66213 | |
| Excelis, Inc. | Attn Director/Officer | 8435 North Stemmons Freeway | | | Dallas | TX | 75247 | |
| Execu-Sys, Ltd. | Attn Director/Officer | 1411 Broadway, Suite 1220 | | | New York | NY | 10018 | |
| Family Lending Services Inc | Attn Director/Officer | Standard Pacific Mortgage | 15360 Barranca Parkway | | Irvine | CA | 92618 | |
| Family Life Insurance Company | Attn Director/Officer | 13455 Noel Road # 1000 | | | Dallas | TX | 75240-6814 | |
| Fannie Mae | Attn Director/Officer | 1835 MARKET STREET | SUITE 2300 | | PHILADELPHIA | PA | 19103 | |
| Farr, Burke, Gambacorta & Wright PC (inc) | Attn Director/Officer | PO BOX 669 | | | MOUNT LAUREL | NJ | 08054 | |
| FBCS Inc | Attn Director/Officer | 2200 DYBERRY RD STE 120 | DEPT PP 7456 | | HATBORO | PA | 19040 | |
| Federated Investors | Attn Director/Officer | Federated Investors Tower | 1001 Liberty Avenue | | Pittsburgh | PA | 15222-3779 | |
| Ficom Corporation | Attn Director/Officer | 2280 Mirco Pl | | | Escondido | CA | 92029 | |
| Fidelity National Agency Sales | Attn Director/Officer | 25 Northpointe Parkway # 100 | | | Buffalo | NY | 14228 | |
| Fidelity National Default Solutions | Attn Director/Officer | 15661 Red 15661 Red Hill Avenue | Ste 201 | | Tustin | CA | 92780 | |
| Fidelity National Foreclosure & Bankruptcy Solutions | Attn Director/Officer | 10151 Deerwood Park Boulevard # 200 | | | Jacksonville | FL | 32256-0566 | |
| Fidelity National Real Estate Solutions, LLC | Attn Director/Officer | 2510 Red Hill Avenue | | | Santa Ana | CA | 92705 | |
| First Citizens Bank | Attn Director/Officer | 4300 Six Forks Road | | | Raleigh | NC | 27609 | |
| First Consulting Group | Attn Director/Officer | C/O CSC | 2100 East Grand Ave | | El Segundo | CA | 90245 | |
| First Guaranty Mortgage Corporation | Attn Director/Officer | 8180 Greensboro Dr, Ste 500 | | | McLean | VA | 22102 | |
| First Indiana | Attn Director/Officer | First Indiana Corp | 135 N Pennsylvania St | | Indianapolis | IN | 46204 | |
| First Internet Bank of Indiana | Attn Director/Officer | 9200 KEYSTONE CROSSING STE 800 | | | INDIANAPOLIS | IN | 46240 | |
| First Interstate Bank of California | Attn Director/Officer | 1200 West 7th Street | | | Los Angeles | CA | 90017 | |
| First West Mortgage Bankers Ltd. | Attn Director/Officer | 1728 Sunrise Highway | | | Merrick | NY | 11566 | |
| Fiserv Solutions, Inc. | Attn Director/Officer | Fiserve Inc, Attn Jeffrey Perzan Esq | 3575 Moreau Court # 2 | (Data-Link Systems, LLC d/b/a MortgageServ) | South Bend | IN | 46628 | |
| ForSaleByOwner.com, Inc. | Attn Director/Officer | 435 N. Michigan Ave., Ste 1617 | | | Chicago | IL | 60611-4066 | |
| Fortis Investment Management | Attn Director/Officer | C/O BNP | 200 Park Avenue | 11th Floor | New York | NY | 10166 | |
| Fortune Personnel Consultants of Fort Washington | Attn Director/Officer | Noble Plaza | 801 Old York Road | Suite 309 | Jenkintown | PA | 19046 | |
| Fourth Generation | Attn Director/Officer | 380 Jackson Street | | | St. Paul | MN | 55101-3883 | |
| FPA Corporation | Attn Director/Officer | 3500 Gateway Drive | | | Pompano Beach | FL | 33069 | |
| Franklin Bank, SSB | Attn Director/Officer | 1301 North Mechanic | | | El Campo | TX | 77437 | |
| Freddie Mac | Attn Director/Officer | 8200 Jones Branch Drive | | | McLean | VA | 22102-3110 | |
| Gallagher Financial Systems, Inc. | Attn Director/Officer | C/O WiPro | 18001 Old Cutler Road | Suite 651 | Palmetto Bay | FL | 33157 | |
| GBM Properties, LLC Aevos | Attn Director/Officer | 10775 Double R Blvd | | | Reno | NV | 89521 | |
| Germantown Savings Bank | Attn Director/Officer | 420 Montgomery Street | | | San Francisco | CA | 94104 | |
| Global Crossing Telecommunications Inc | Attn Director/Officer | 30300 Telegraph Road | Suite 350 | | Bingham Farms, | MI | 48025 | |
| Goldman - Wells Fargo | Attn Director/Officer | 800 Walnut | | | Des Moines | IA | 50309 | |
| Good Technology, Inc | Attn Director/Officer | 430 N. Mary Avenue, Suite 200 | | | Sunnyvale | CA | 94085 | |
| Hanover Capital Mortgage Holdings, Inc. | Attn Director/Officer | 100 METROPLEX DR STE 310 | | | EDISON | NJ | 08817 | |
| Hanover Capital Partners Ltd | Attn Director/Officer | 911 Outer Road | | | Orlando | FL | 32814 | |
| Hase Schannen Research Associates, Inc. | Attn Director/Officer | 200 American Metro Boulevard | Suite 122 | | Hamilton | NJ | 08619 | |
| Headway | Attn Director/Officer | One Bank of America Plaza | 421 Fayetteville Street, Suite 1020 | | Raleigh | NC | 27601 | |
| Hoffman Communications | Attn Director/Officer | 525 Jonquil Ln N | | | Minneapolis | MN | 55441 | |
| Hollstadt & Associates Inc | Attn Director/Officer | 1333 Northland Drive, Suite 220 | | | Mendota Heights | MN | 55120 | |
| HomeView Lending, Inc. | Attn Director/Officer | 21281 Forest Meadow Dr | | | Lake Forest | CA | 92630 | |
| Honor State Bank | Attn Director/Officer | 2254 Henry Street | | | Honor | MI | 49640 | |
| HSM Electronic Protection Services, Inc. | Attn Director/Officer | C/O Stanley Convergent | 55 Shuman Boulevard | Suite 900 | Naperville | IL | 60563 | |
| Hudson Global Resources Management Inc | Attn Director/Officer | PO BOX 347193 | | | PITTSBURGH | PA | 15251-4193 | |
| iComply Incorporated | Attn Director/Officer | C/O Accelus | 1100 Thirteenth Street, NW | | Washington | DC | 20005 | |
| ILOG, INC | Attn Director/Officer | C/O IBM | 1 New Orchard Road | | Armonk | NY | 10504-1722 | |
| Impac Companies | Attn Director/Officer | 19500 Jamboree Road | | | Irviine | CA | 92612 | |
| Impac Funding Corporation | Attn Director/Officer | 19500 Jamboree Road | | | Irviine | CA | 92612 | |
| Impact Solutions Inc | Attn Director/Officer | 3810 McKnight East Drive | | | Pittsburgh | PA | 15237 | |
| Inetium Inc | Attn Director/Officer | C/O Avtex | 3500 American Boulevard West | Suite 300 | Bloomington | MN | 55431 | |
| Ingenio, Inc. | Attn Director/Officer | C/O AT&T | 182 Howard St | Ste 826 | San Francisco | CA | 94105 | |
| Intellisync Corporation | Attn Director/Officer | C/O Nokia | 200 South Matilda Avenue | W Washington Ave | Sunnyvale | CA | 94086 | |
| Interim Technology | Attn Director/Officer | 5601 Green Valley Dr | | | Bloomington | MN | 55437 | |
| International Business Machines Corporations | Attn Director/Officer | PO BOX 534151 | | | ATLANTA | GA | 30353 | |
| International Management Systems Corp | Attn Director/Officer | 7755 Center Avenue, Suite 1100 | | | Huntington Beach | CA | 92647 | |
| Internet Security Systems Inc | Attn Director/Officer | C/O IBM | 1 New Orchard Road | | Armonk | NY | 10504-1722 | |
| IPC Information Systems Inc | Attn Director/Officer | Harborside Financial Center | 3 Second Street Plaza 10, 15th Floor | | Jersey City | NJ | 07311 | |
| IronPort Systems, Inc. | Attn Director/Officer | 950 ELM AVENUE | | | SAN BRUNO | CA | 94066 | |
| Irwin Home Equity Corp | Attn Director/Officer | 2400 Camino Ramon | Suite 375 | | Columbus | IN | 47201 | |

Exhibit A
Contract Counterparties

| Name | Notice Name | Address 1 | Address 2 | Address 3 | City | ST | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Itemfield Inc | Attn Director/Officer | C/O Informatica | 100 Cardinal Way | | Redwood City | CA | 94063 | |
| Joseph T. Conahan | Attn Director/Officer | 311 Cherry Street | | | Philadelphia | PA | 19106 | |
| K&G Recruiting, LLC | Attn Director/Officer | C/O Asset Recruiting | 1400 Abbey Ct | | Alpharetta | GA | 30004 | |
| Kana Software Inc. | Attn Director/Officer | 840 W CALIFORNIA AVE STE 100 | | | SUNNYVALE | CA | 94086-4828 | |
| Keith & Weber PC | Attn Director/Officer | 222 Sidney Baker | Suite 400 | | South Kerrville | TX | 78028 | |
| Key Leads, Inc. | Attn Director/Officer | 3150 Meridian Way S | | | Palm Beach Gardens | FL | 33410 | |
| Kibbey-Apple Attorneys | Attn Director/Officer | 7906 DERONIA AVE | | | LOUISVILLE | KY | 40222-4826 | |
| Kidder Peabody Mortgage Capital Corporation | Attn Director/Officer | C/O UBS | 1285 Avenue of the Americas | | New York | NY | 10019 | |
| Kintana Inc | Attn Director/Officer | C/O HP | 3000 Hanover Street | | Palo Alto | CA | 94304-1185 | |
| Kleimann Communication Group, Inc. | Attn Director/Officer | 12600 Saint James Rd | | | Rockville | MD | 20850 | |
| KMC Telecom, Inc. | Attn Director/Officer | 1545 US Highway 206 | Suite 300 | | Bedminster | NJ | 07921 | |
| Knight-Ridder Business Information Services | Attn Director/Officer | C/O Thomson Reuters | 3 Times Square | | New York | NY | 10036 | |
| Lanier Worldwide, Inc. | Attn Director/Officer | C/O Ricoh | 5 Dedrick Place | | West Caldwell | NJ | 07006 | |
| Law Offices of Alan Weinreb, PLLC | Attn Director/Officer | 6800 Jericho Turnpike | Suite 207W | | Syosset | NY | 11791 | |
| Lead Generations, Inc. | Attn Director/Officer | 5620 COSTA MARITIMA | | | San Clemente | CA | 92673-7115 | |
| Lehman Capital | Attn Director/Officer | C/O Barclays Capital | 745 Seventh Ave. | | New York | NY | 10019 | |
| Lenstar Inc. | Attn Director/Officer | C/O Fair Isaac | 901 Marquette Avenue | Suite 3200 | Minneapolis | MN | 55402 | |
| LEVEL 3 COMMUNICATIONS LLC | Attn Director/Officer | 1025 Eldorado Boulevard | | | Broomfield | CO | 80021 | |
| Local 38 & Associates Credit Union | Attn Director/Officer | 2613 State Route 45 | | | Milton | PA | 17847 | |
| Lres Corporation | Attn Director/Officer | 765 The City Dr S | Suite 300 | | Orange | CA | 92868 | |
| LSI Title Company | Attn Director/Officer | 5 Peters Canyon Road | | | Irvine | CA | 92606 | |
| Lucent Technologies | Attn Director/Officer | C/O Alcatel Lucent | 600-700 Mountain Avenue | | Murray Hill | NJ | 07974 | |
| Macrovision Corp | Attn Director/Officer | C/O Rovi Corp | 2830 De La Cruz Boulevard | | Santa Clara | CA | 95050 | |
| MadSkills, Inc. | Attn Director/Officer | 10481 Yonge Street | | | Richmond Hill | Ontario | L4C 3C6 | Canada |
| MarketWatch, Inc. | Attn Director/Officer | PO BOX 6368 | | | NEW YORK | NY | 10261-6368 | |
| McDermott & Justice Reporting | Attn Director/Officer | 325 Chestnut St | | | Philadelphia | PA | 19106 | |
| McLeodUSA Telecommunications Services, Inc. | Attn Director/Officer | 1 Martha's Way | | | Hiawatha | IA | 52233 | |
| Mellon Bank, N.A. | Attn Director/Officer | C/O BNY Mellon | One Wall Street | | New York | NY | 10286 | |
| Mellon Bank, N.A. | Attn Director/Officer | C/O BNY Mellon | One Wall Street | | New York | NY | 10286 | |
| Menard, Inc. | Attn: Alex Bushey, Sales and Leasing Representative | 5101 Menard Drive | | | Eau Claire | WI | 54703 | |
| Mercury Interactive Corp | Attn Director/Officer | C/O HP | 3000 Hanover Street | | Palo Alto | CA | 94304-1185 | |
| Merkle Data Technologies | Attn Director/Officer | 7001 Columbia Gateway Drive | | | Columbia | MD | 21046 | |
| MERS | Attn Director/Officer | 1818 Library St Ste 300 | | | Reston | VA | 20190 | |
| Mertech Data Systems Inc | Attn Director/Officer | 18503 Pines Blvd. Suite 312 | | | Pembroke Pines | FL | 33029 | |
| Metropolitan Mechanical Contractors | Attn Director/Officer | 7450 Flying Cloud Drive | | | Eden Prairie | MN | 5534 | |
| Microage Infosystems Services, Inc. | Attn Director/Officer | 8160 South Hardy Drive | | | Tempe | AZ | 85284 | |
| Miles, Bauer, Bergstrom & Winters, LLP | Attn Director/Officer | 1231 E DYER RD STE 100 | | | SANTA ANA | CA | 92705-5643 | |
| Milestone Consulting Group Inc | Attn Director/Officer | 12555 Orange Drive, Suite #4065 | | | Fort Lauderdale | FL | 33330 | |
| Millsap & Singer PC | Attn Director/Officer | 612 Spirit Dr. | | | St. Louis | MO | 63005 | |
| Mintel International Group | Attn Director/Officer | 34249 EAGLE WAY | | | CHICAGO | IL | 60678-1342 | |
| Mirapoint, Inc. | Attn Director/Officer | 2655 Campus Drive, Suite 250 | | | San Mateo, | CA | 94403 | |
| MLS, Inc. dba Country Living Homes | Attn Director/Officer | 2504 Anderson Highway | | | Powhatan | VA | 23139 | |
| Moria Development Inc | Attn Director/Officer | 3215 W RAY RD STE 1 | | | CHANDLER | AZ | 85226-2425 | |
| Mortgage Asset Research Institute | Attn Director/Officer | C/O LexisNexis | 9443 Springboro Pike | | Dayton | OH | 45342 | |
| Mortgageflex Systems Inc | Attn Director/Officer | Mortgageflex Systems Inc | 1200 Riverplace Blvd Suite 650 | | Jacksonville | FL | 32207 | |
| MortgageHub.com, Inc. | Attn Director/Officer | 3550 Engineering Drive Suite 200 | | | Norcross | GA | 30092 | |
| MortgageIT - FB | Attn Director/Officer | 120 West 45th Street | | | New York | NY | 10036 | |
| MQ Software Inc. | Attn Director/Officer | 1660 Highway 100 S | | | Saint Louis Park | MN | 55416 | |
| National Bank Of Commerce | Attn Director/Officer | C/O SunTrust | 999 S Shady Grove Rd | | Memphis | TN | 38120 | |
| National Search Group, Inc. | Attn Director/Officer | 865 Copper Landing Rd #118 | | | Cherry Hill | NJ | 08002 | |
| NETIQ Corporation | Attn Director/Officer | 14042 COLLECTION CENTER DR | | | CHICAGO | IL | 60693 | |
| NextiraOne | Attn Director/Officer | C/O Black Box | 1000 Park Dr | | Lawrence | PA | 15055 | |
| NGSSoftware US | Attn Director/Officer | C/O NCC Group Inc | 1236 Mission St | Suite 1020 | San Francisco | CA | 94105 | |
| Niko Consulting Group, Inc. | Attn Director/Officer | 157 Gunpowder View Cir | | | Granite Falls | NC | 28630 | |
| NIKU Corporation | Attn Director/Officer | 350 Convention Way | | | Redwood City | CA | 94063 | |
| NSTN, Inc | Attn Director/Officer | 9550 Skillman, Ste 200 | | | Dallas | TX | 75243 | |
| Nuance Software Inc | Attn Director/Officer | 1 Wayside Rd | | | Burlington | MA | 01803 | |
| Offermatica Corporation | Attn Director/Officer | C/O Omniture | 250 Brannan St | | San Francisco | CA | 94107 | |
| Officetiger Global Real Estate Services Inc | Attn Director/Officer | 1 Glenlake Pkwy Ne Ne 1400 | | | Atlanta | GA | 30328 | |
| Old Republic | Attn Director/Officer | 307 North Michigan Avenue | | | Chicago | IL | 60601 | |
| Old Republic | Attn Director/Officer | 307 North Michigan Avenue | | | Chicago | IL | 60601 | |
| Omen Technology Inc | Attn Director/Officer | 10255 Northwest Old Cornelius Pass Road | | | Portland | OR | 97231 | |
| ONLINE RESOURCES CORPORATION | Attn Director/Officer | 4795 Meadow Wood Lane | | | Chantilly | VA | 20151 | |
| Ontos Inc | Attn Director/Officer | 200 Brickstone Square | | | Andover | MA | 01810 | |
| Opinion Research Corporation | Attn Director/Officer | 90 Canal St | Suite 600 | | Boston | MA | 02114 | |
| Opp Technology Law | Attn Director/Officer | 6406 Polaris Ln N | | | Maple Grove | MN | 55311 | |
| Orion Consulting Inc. | Attn Director/Officer | 115 Route 46 West | Suite 13/14 | | Mountain Lakes | NJ | 07046 | |
| OS Group d/b/a Covalent Technologies | Attn Director/Officer | PO Box 2739 | | | Conway | NH | 03818 | |

Exhibit A
Contract Counterparties

| Name | Notice Name | Address 1 | Address 2 | Address 3 | City | ST | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Ounce Labs, Inc | Attn Director/Officer | 550 KING ST # 2A | | | LITTLETON | MA | 01460-6245 | |
| Overture Services, Inc. | Attn Director/Officer | C/O Yahoo | 701 First Ave | | Sunnyvale | CA | 94089 | |
| Pacific Document Services, Inc. | Attn Director/Officer | 9030 Brentwood Blvd | Suite H | | Brentwood | CA | 94513 | |
| Pacific NetSoft, Inc. DBA Clarity Consultants | Attn Director/Officer | 910 E. Hamilton Ave | Suite 400 | | Campbell | CA | 95008 | |
| Pacioli Companies Inc | Attn Director/Officer | 222 South 9th St | Suite 700 | | Minneapolis | MN | 55402 | |
| Pagemart Wireless | Attn Director/Officer | 3333 Lee Pkwy | Ste 100 | | Dallas | TX | 75219 | |
| Pareo, Inc | Attn Director/Officer | 759 BRISTOL PIKE | | | BENSALEM | PA | 19020 | |
| PCI Services, Inc. | Attn Director/Officer | 701 Koehler Avenue | Suite 8 | | Ronkonkoma | NY | 11779 | |
| Peelle Management Corporation | Attn Director/Officer | 4690 LONGLEY LANE SUITE 8 | | | Reno | NV | 89502 | |
| Peloton Real Estate Management, LLC | Attn Director/Officer | 8333 DOUGLAS AVE STE 1600 | | | DALLAS | TX | 75225-5882 | |
| PGP Corporation | Attn Director/Officer | 200 Jefferson Drive | | | Menlo Park | CA | 94025 | |
| Pinkerton Computer Consultants, Inc. | Attn Director/Officer | 8003 Franklin Farms Dr | | | Richmond | VA | 23229 | |
| Platinum Capital Group, Inc | Attn Director/Officer | 63 Beaverbrook Rd | Suite 301 | | Lincoln Park | NJ | 07035 | |
| Pointsec Mobile Technologies, inc. | Attn Director/Officer | 1333 N California Blvd | | | Walnut Creek | CA | 94596 | |
| Powerlan USA, Inc. | Attn Director/Officer | 39 Simon St | | | Nashua | NH | 03060 | |
| PRG-Schultz USA, Inc. | Attn Director/Officer | 600 S Galleria Pkwy | | | NW Atlanta | GA | 30339 | |
| Proclarity Corporation | Attn Director/Officer | C/O Microsoft | One Microsoft Way | | Redmond | WA | 98052-7329 | |
| Protocol Services, Inc. | Attn Director/Officer | DEPT #0466 | PO BOX 850001 | | ORLANDO | FL | 32885-0466 | |
| Prudential Resourses Management | Attn Director/Officer | Prudential Plaza 802 | | | Newark | NJ | 07102 | |
| Quaker City Bank | Attn Director/Officer | 401 E Whittier Blvd | | | La Habra | CA | 90631 | |
| Qualitec Professional Services San Antonio, LP | Attn Director/Officer | 1717 N Loop 1604 E | | | San Antonio | TX | 78232 | |
| Quality Systems Integrators | Attn Director/Officer | PO Box 91 | | | Eagle | PA | 19480 | |
| QuantumDirect, Inc. | Attn Director/Officer | PO Box 140825 | | | Austin | TX | 78714 | |
| QWEST | Attn Director/Officer | 1801 California St | Ste. 900 | | Denver | CO | 80202 | |
| Rapid Application Deployment | Attn Director/Officer | 5775 Wayzata Blvd | Ste.800 | | Minneapolis | MN | 55416 | |
| Refinery, Inc. | Attn Director/Officer | C/O G2 Worldwide | 200 Fifth Ave | | New York | NY | 10010 | |
| Reisenfeld & Associates | Attn Director/Officer | 3962 Red Bank Rd | | | Cincinnati | OH | 45227 | |
| Republic Bank | Attn Director/Officer | 9037 US Highway 19 | | | Port Richey | FL | 34668 | |
| Residential Funding Company, LLC | Attn Director/Officer | 8400 Normandale Lake Blvd | | | Minneapolis | MN | 55437 | |
| Rider Bennett Law Firm Inc | Attn Director/Officer | 33 S 6th St | | | Minneapolis | MN | 55402 | |
| Rochester Community Savings Bank - FB | Attn Director/Officer | 10561 Telegraph Road | C/O Charter One Mortgage Company | | Glen Allen | VA | 23059 | |
| Rsa Security Inc | Attn Director/Officer | 174 Middlesex Tpke | | | Bedford | MA | 01730 | |
| Safenet Consulting Inc | Attn Director/Officer | 5810 Baker Rd | | | Minnetonka | MN | 55345 | |
| Saleslink Corporation | Attn Director/Officer | 2380 Windsor Oaks Ave | | | Lutz | FL | 33549 | |
| Salomon Analytics | Attn Director/Officer | 338 Greenwich St | | | New York | NY | 10013 | |
| San Diego Housing Commision | Attn Director/Officer | 1122 Broadway | Suite 300 | | San Diego | CA | 92101 | |
| Sander Scheid Ingebretsen Miller & Parish, PC | Attn Director/Officer | 1660 17th St | Suite 450 | | Denver | CO | 80202 | |
| Saxon Mortgage Funding Corporation | Attn Director/Officer | 4708 MERCANTILE DR N | | | FORT WORTH | TX | 76137 | |
| ScriptLogic Corporation | Attn Director/Officer | 6000 Broken Sound Pkwy NW | | | Boca Raton | FL | 33487 | |
| Security Services Technologies, Inc. | Attn Director/Officer | 8187 Commerce Drive | | | Loves Park | IL | 61111 | |
| Security Title Agency | Attn Director/Officer | 3636 N CENTRAL AVE STE 140 | | | PHOENIX | AZ | 85012 | |
| Service Quality Measurement Group Inc. | Attn Director/Officer | 4611 23rd Street | | | Vernon | BC | V1T 4K7 | Canada |
| Sgf Software Company | Attn Director/Officer | 2751 Hennepin Ave South #115 | | | Minneapolis | MN | 55408 | |
| Sgs Borealis Inc | Attn Director/Officer | 124 2nd St | | | Stillwater | MN | 55082 | |
| Shapiro And Nordmeyer | Attn Director/Officer | 12550 West Frontage Rd | Suite 200 | | Burnsville | MN | 55337 | |
| SHARED SOLUTIONS AND SERVICES INC | Attn Director/Officer | 1405 S Belt Line Rd Ste 100 | | | Coppell | TX | 75019 | |
| Sherwood Mortgage Group | Attn Director/Officer | 276 W Main St | | | Northborough | MA | 01532 | |
| Sierra Fire & Communications | Attn Director/Officer | 11048 N 23rd Dr | Ste 100 | | Phoenix | AZ | 85029 | |
| Siminou & Associates, P.C. | Attn Director/Officer | 460 Park Ave S | Suite 1100 | | New York | NY | 10016 | |
| Simplified Communications Group Inc. | Attn Director/Officer | 250 The Esplanade | Suite 210 | | Toronto | ON | M5A 1J2 | Canada |
| Soft Link Solutions, Inc | Attn Director/Officer | 255 Sunset Key | | | Secaucus | NJ | 07094 | |
| Software House International | Attn Director/Officer | 33 Knightsbridge Rd | | | Piscataway | NJ | 08854 | |
| Spectera Inc | Attn Director/Officer | 6220 Old Dobbin Lane | Suite 200 | | Columbia | MD | 21045 | |
| speechvantage, Inc. | Attn Director/Officer | 3220 TILLMAN DR, STE 301 | | | BENSALEM | PA | 19020 | |
| Spherion Pacific Enterprises LLC - Technology Group | Attn Director/Officer | 80 South 8th Street | Suite 3570 | | Minneapolis | MN | 55402 | |
| Spi Dynamics, Inc. | Attn Director/Officer | C/O HP | 3000 Hanover Street | | Palo Alto | CA | 94304-1185 | |
| Stawiarski & Associates, PC | Attn Director/Officer | 6782 South Potomac St | | | Centennial | CO | 80112 | |
| Stratacom Printed Communication Solutions, Inc. | Attn Director/Officer | 27271 LAS RAMBLAS STE 200 | | | MISSION VIEJO | CA | 92691-8042 | |
| Strohl Systems Group, Inc. | Attn Director/Officer | C/O SunGard | 680 East Swedesford Rd | | Wayne | PA | 19087 | |
| Super Solutions Corporation | Attn Director/Officer | 6050 West 92nd Ave | #500 | | Westminster | CO | 80031 | |
| Susan A.M. Ellstrom | Attn Director/Officer | 950 N 5th St | | | Coeur D'Alene | ID | 83814 | |
| Synergy Direct | Attn Director/Officer | 130 E. Alton Ave. | | | Santa Ana | CA | 92707 | |
| Tech Central Inc | Attn Director/Officer | 2950 Metro Dr | Suite 114 | | Bloomington | MN | 55425 | |
| Tele-Interpreters On-Call | Attn Director/Officer | PO BOX 202572 | | | DALLAS | TX | 75320-2572 | |
| Teleran Technologies L.P. | Attn Director/Officer | 333A Route 46 west | | | Fairfield | NJ | 07004 | |
| The Adager Corporation | Attn Director/Officer | PO Box 3000 | | | Sun Valley | ID | 83353-300 | |
| The Planning Solutions Group | Attn Director/Officer | 8161 Maple Lawn Blvd | | | Fulton | MD | 20759 | |
| The Talus Group Inc | Attn Director/Officer | 19675 Near Mountain Blvd | | | Minneapolis | MN | 55331 | |
| The Wackenhut Corporation | Attn Director/Officer | C/O G4S Americas | 1395 University Boulevard | | Jupiter | FL | 33458 | |

**Exhibit A**
**Contract Counterparties**

| Name | Notice Name | Address 1 | Address 2 | Address 3 | City | ST | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Think Twice, Inc. | Attn Director/Officer | 49 Ironship Plaza | | | San Francisco | CA | 94111 | |
| THOMSON REUTERS | Attn Director/Officer | GPO BOX 10410 | | | NEWARK | NJ | 07193-0410 | |
| THOMSON REUTERS | Attn Director/Officer | GPO BOX 10410 | | | NEWARK | NJ | 07193-0410 | |
| Tidal Software | Attn Director/Officer | C/O Cisco Systems Corporate | 170 West Tasman Dr | | San Jose | CA | 95134 | |
| Time Trade Systems, Inc | Attn Director/Officer | 3 Highwood Drive | | | Tewksbury | MA | 01876 | |
| Tivoli Systems Inc | Attn Director/Officer | C/O IBM | 1 New Orchard Road | Armonk | New York | NY | 10504 | |
| Tonic Software Inc | Attn Director/Officer | 5800 Granite Pkwy | Ste 300 | | Plano | TX | 75024 | |
| Touchpoint, Inc. | Attn Director/Officer | 10199 Southside Blvd | | | Jacksonville | FL | 32256 | |
| TRANSLATIONS.COM INC | Attn Director/Officer | 1230 Columbia St | Suite 900 | | San Diego | CA | 92101 | |
| TransUnion Settlement Solutions, Inc | Attn Director/Officer | PO BOX 99506 | | | CHICAGO | IL | 60693-9506 | |
| Tumbleweed Communications Corp. | Attn Director/Officer | 1600 Seaport Blvd | Suite 400 | South Bldg | Redwood City | CA | 94063 | |
| US Bank, N.A. | Attn Director/Officer | 60 Livingston Ave. | | | St. Paul | MN | 55107 | |
| US Mortgage | Attn Director/Officer | 201 Old Country Rd | Suite 140 | | Melville | NY | 11747 | |
| USA Mobility | Attn Director/Officer | 6850 Versar Center | Suite 420 | | Springfield | VA | 22151 | |
| Viola Networks Inc. | Attn Director/Officer | C/O Fluke Networks | 800 Turnpike St Ste 300 | | North Andover | MA | 01845 | |
| Vizioncore | Attn Director/Officer | C/O Quest | 5 Polaris Way | | Aliso Viejo | CA | 92656 | |
| Washington Mutual Bank, FA | Attn Director/Officer | 11120 W Parkland Ave | | | Milwaukee | WI | 53224 | |
| Webmethods, Inc | Attn Director/Officer | C/O Software AG | 22570 Markey Ct | | Dulles | VA | 20164 | |
| Wells Fargo Bank, N.A. | Attn Director/Officer | 420 Montgomery St | | | San Francisco | CA | 94163 | |
| Williams & Williams Company | Attn Director/Officer | 4445 Wilson S.W. | | | Grandville | MI | 49418 | |
| Williams Mullen PC | Attn Director/Officer | 4721 Emperor Blvd | Ste 250 | | Durham | NC | 27703 | |
| X.P. Doc Services | Attn Director/Officer | 2430 North Glassell Street | Unit L | | Orange | CA | 92865 | |
| Xerox Corporation | Attn Director/Officer | 45 Glover Avenue | | | Norwalk | CT | 06856-4505 | |
| Xtremesoft Inc | Attn Director/Officer | 800 W Cummings Park #1750 | | | Woburn | MA | 01801 | |