UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

In re                                                                                    Chapter 11

RESIDENTIAL CAPITAL, LLC, *et al.*,                            Case No. 12-12020 (MG)

                    Debtors.                                       Jointly Administered
----------------------------------------------------------X

## NOTICE OF APPEARANCE AND
## DEMAND FOR NOTICES AND PAPERS

PLEASE TAKE NOTICE that EverBank, hereby enters its appearance by and through its counsel, Akerman Senterfitt LLP, and such counsel hereby request that copies of all notices and pleadings given or filed in the above-captioned case and any other case(s) consolidated herewith be given and served upon the parties listed below at the following addresses:

| | |
|---|---|
| Susan F. Balaschak, Esq. (SB 1901) | Andrea S. Hartley, Esq. |
| Hadi Khatib, Esq. (HK 1183) | Akerman Senterfitt LLP |
| Akerman Senterfitt LLP | One Southeast Third Avenue |
| 335 Madison Avenue, Suite 2600 | 25th Floor |
| New York, NY 10017 | Miami, FL 33131 |
| Tel.: (212) 880-3800 | Tel: (305) 374-5600 |
| Fax: (212) 880-8965 | Fax: (305) 374-5095 |
| susan.balaschak@akerman.com | andrea.hartley@akerman.com |
| hadi.khatib@akerman.com | |

PLEASE TAKE FURTHER notice that the foregoing demand includes not only the notices and papers, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed

{25090763;1}

or made with regard to the referenced cases and proceedings herein. Please add the attorneys of record to such mailing matrix as may be used for all purposes in this case.

Dated: September 5, 2012
      New York, New York

*Susan Balaschak*
Susan F. Balaschak, Esq. (SB 1901)
Hadi Khatib, Esq. (HK 1183)
AKERMAN SENTERFITT LLP
335 Madison Ave., Suite 2600
New York, NY 10017
Tel.: (212) 880-3800
Fax: (212) 880-8965
susan.balaschak@akerman.com
hadi.khatib@akerman.com

AKERMAN SENTERFITT LLP
One Southeast Third Avenue
25th Floor
Miami, FL 33131
Tel: (305) 374-5600
Fax: (305) 374-5095
andrea.hartley@akerman.com

*Attorneys for EverBank*

{25090763;1}      2