**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>Residential Capital, LLC *et al.*<br><br>Debtors | Chapter 11<br><br>Case No. 12-12020 (MG)<br><br>Jointly Administered |

### **DECLARATION OF JOSEPH A CONNOR III**

1. My name is Joseph A Connor III. I am over 18 years of age. I am the Plaintiff in Case No. 11-2-00098-6, now pending in Superior Court of Ferry County, WA. I have personal knowledge of the facts stated in this Declaration, and they are all true and correct.

2. Re: Page 10, paragraph 5(b) of the instant Motions, Karen Balsano first came into my life in 2010 when GMAC Mortgage, LLC was trying to foreclose on my home in Malo, WA in breach of an agreement between myself and GMAC. In the name of a company in Burbank, CA called Executive Trustee Services, LLC (ETS), she signed off of on numerous delinquent notices, the Notice of Default, the foreclosure notices and all foreclosure related correspondence from both ETS and another company named LSI Title Agency, Inc, for whom she appeared as an "agent". As I said in my Motion, Karen Balsano was the public face of these two companies from my perspective. She was impossible to reach on the phone, but she was generating all

1

notices and correspondence to me from ETS and LSI. Hers was the sole signature on all documents sent to me from both concerns. To me, she was directing all facets of the foreclosure action in the name of ETS and LSI.

3. Re: Page 11, paragraph 5(c), I received via e-mail on 24 May 2011, the final version of Beneficiary's instructions to the Trustee of my Note and Deed of Trust, from Devra Featheringill, attorney for Defendants GMAC et al. In this document, the Trustee was instructed to reconvey to me the estate it held under said Deed of Trust. That document and an e-mail from MS Featheringill are included with my Motion as Exhibit 10. These are true copies of both the e-mail from Ms Featheringill and the attached Beneficiary' Instructions to Reconvey.

4. I declare under penalty of perjury that the foregoing is true and correct.

Executed on 29 August 2012.

JOSEPH A CONNOR III