Joseph A Connor III
PO Box 1474
Cobb, CA 95426
Tel: 707-809-7093
e-mail: jaconnor3@netzero.net

Pro se Movant

Hearing Date & Time: 10 October, 10am
Return Date: 10 October 2012
Objection Deadline: 28 September 2012



UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| RESIDENTIAL CAPITAL, LLC, (ResCap) *et al.* | Case No. 12-12020 (MG) |
| Debtors | Jointly Administered |

### NOTICE OF MOTIONS (I) SEEKING A DECLARATORY RULING AS TO POSSIBLE VIOLATIONS OF THE AUTOMATC STAY; (II) TO SEVER DEFENDANTS PROTECTED BY AUTOMATIC STAY

**PLEASE TAKE NOTICE** that Joseph A Connor III ("Movant") will move this court for rulings on two separate motions arising out of litigation now pending in Superior Court of Ferry County, WA—case no. 11-2-00098-6.

1. Motion I seeks a Declaratory Ruling as to possible violations of the Automatic Stay in bankruptcy.

2. Motion II asks this court to sever claims of the Plaintiff (Connor), in his Ferry County litigation, against defendants who are either debtors in the chapter 11 case before this court, or who may be protected by the Automatic Stay, from his claims against defendants who are not

1

so protected.

These motions will be heard before the Honorable Martin Glenn, US Bankruptcy Judge for the Southern District of New York, One Bowling Green, New York, NY 10004 on 10 October at 10 am.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to actions herein requested shall be in writing, shall state with particularity the grounds for the objection, shall be filed with the Clerk of the Bankruptcy Court and served upon the Movant seven (7) days prior to the return date and upon any other person whose interests would be affected if the objection is sustained.

Dated: 29 August 2012

_____
Joseph A Connor III
Pro se Movant

Joseph A Connor III
PO Box 1474
Cobb, CA 95426
Tel: 707-809-7093
e-mail: jaconnor3@netzero.net

Hearing Date: 10 October 2012, 10am
Return Date: 10 October 2012
Objection Deadline: 28 September 2012

2