Joseph A Connor III
PO Box 1474
Cobb, CA 95426
Tel: 707-809-7093
e-mail: jaconnor3@netzero.net

Pro se

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In Re:                                                          Case no. 12-12020 (MG)

RESIDENTIAL CAPITAL, LLC, *et al.*

                                                                Chapter 11

          Debtors

### CERTIFICATE OF SERVICE

I hereby certify that on 29 August 2012, I caused to be served true and correct copies of the Notice of Motion and Motions of Joseph A Connor III (I) seeking a Declaratory Ruling as to Possible Violations of the Automatic Stay; (II) to Sever Defendants Protected by by Automatic Stay, and (III) to Dismiss Plaintiff's Second Claim in Litigation Pending in Superior Court of Ferry County, WA, and the exhibits thereto, and Movant's Declaration, to be served by First Class US Mail, Postage Prepaid, on all parties listed below:

William Fig                                                     Judson Brown/Stephen Hessler
1000 SW Broadway                                                Kirkland & Ellis LLP
Suite 1400                                                      665 15th Street NW
Portland, Oregon 97205                                          Suite 1200
                                                                Washington, D.C. 20005

1

William A Hazeltine
Sullivan Hazeltine Allinson LLC
901 North Market Street
Suite 1300
Wilmington, Delaware  19801

Larren M Nashelsky
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, New York  10104

Dated: 29 August 2012

_____
Caitlin Nelson