# EXHIBIT 2



**Message Center**

Print Message | Close

| From | : | "William G. Fig" <wfig@sussmanshank.com> |
| --- | --- | --- |
| To | : | <jaconnor3@netzero.net> |
| Cc | : | "William G. Fig" <wfig@sussmanshank.com> |
| Subject | : | GMACM |
| Date | : | Wed, May 16, 2012 01:00 PM |

Mr. Connor:

Have you withdrawn your default motion? I have seen no written verification of this. Please confirm.

Also, if you are now stating that you will not accept service of pleadings via email, I need a physical address to be able to Fed Ex documents.

Lastly, on Monday, GMAC Mortgage, LLC filed for Chapter 11 bankruptcy protection. Your claims against it are now stayed.

**William G. Fig**
Partner
Sussman Shank LLP
1000 SW Broadway, Suite 1400 | Portland, OR 97205
Email | Bio | Web
P: 503.227.1111 | D: 503.243.1656
F: 503.248.0130

Important Notice to E-Mail Recipients: This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any unauthorized review, use, or distribution is prohibited and may be unlawful.

Attachment
I