# EXHIBIT 3

FILED CLERKS OFFICE
FERRY COUNTY

JUN 04 2012
8:20 AM
JEAN BOOHER

IN THE SUPERIOR COURT OF FERRY COUNTY, STATE OF WASHINGTON

IN RE:

CONNOR, JOSEPH A III                       Case No. 11-2-00098-6
    Plaintiff

V.                                                      SUGGESTION OF
                                                         BANKRUPTCY NOTICE
GMAC MORTGAGE LLC (AKA Residential
Capital LLC) et al
    Defendants

                                                           Judge: A Nielson

---

### SUGGESTION OF BANKRUPTCY

THE PLAINTIFF, Joseph A Connor III, in the above action, notifies the Court:

1. Defendant GMAC Mortgage, LLC and its subsidiaries have filed a petition for relief under Title 11, US Code, in the US Bankruptcy Court of the Southern District of New York, Manhattan.

2. Relief was ordered on 14 May 2012. The instant Court was notified of this by both the Plaintiff and the Defendants' attorney on 18 May 2012 prior to any findings on matters

-Suggestion of Bankruptcy Notice                                Joseph A Connor III
                                                                                 PO Box 1474
                                                                                 Cobb, CA 95426
                                                                                 707-809-7093
                                                                                 Pro se Plaintiff

41

then before this Court.

3. The Case No. is 12-12020. Debtors/Defendants are Debtors-in-Possession. The Debtor's estate is jointly administered.

4. Plaintiff Connor will submit no further filings to the Court nor participate in any further Court proceedings, in accord with US Code, Title 11, 362(a)(1), unless the Court orders otherwise and such orders comply with applicable State and Federal law.

WHEREFORE, the Plaintiff suggests that this action has been stayed by the operation of 11 USC, 362.

Dated: 30 May 2012

_____
Joseph A Connor III, Pro se Plaintiff

CERTIFICATE OF SERVICE

I CERTIFY under penalty of perjury under the laws of the State of Washington that a copy of the foregoing SUGGESTION OF BANKRUPTCY was delivered by 1st Class US Mail, Postage Prepaid, to:

William G Fig
1000 SW Broadway, Suite 1400
Portland Oregon 97205

Dated: 30 May 2012

_____
Caitlin Nelson

-Suggestion of Bankruptcy Notice

Joseph A Connor III
PO Box 1474
Cobb, CA 95426
707-809-7093
Pro se Plaintiff