# EXHIBIT 7

12-12020-mg    Doc 1359-10    Filed 09/04/12    Entered 09/06/12 12:22:56    Exhibit 7
Pg 1 of 5

# SUSSMAN SHANK LLP
## ATTORNEYS AT LAW



**William G. Fig**
Attorney • Admitted in Oregon & Washington

*direct line:* 503.243.1656
billf@sussmanshank.com

1000 SW Broadway • Suite 1400
Portland, Oregon 97205-3089

503.227.1111 or 800.352.7078
*fax:* 503.248.0130
www.sussmanshank.com

August 9, 2012

Joseph A. Connor, III
PO Box 1474
Cobb, CA 95426

    Re:    Connor v. GMACM, et al
           Our File No. 20809-059

Dear Mr. Connor:

Enclosed is a Supplemental Order that I will present to the court on August 31, 2012. I could probably convince my clients not to proceed with the entry of the judgment referenced in the Order if you would agree to dismiss your case with prejudice.

                            Very truly yours,

                            SUSSMAN SHANK LLP

                            William G. Fig

WGF:wgf
c:    Client (via email)
F:\CLIENTS\20809\059\L-WGF CONNOR2.DOC

|  |  |
|---|---|
| | The Honorable Allen Nielson |
| | Noted For Presentment: August 31, 2012 |
| | Hearing Time: 10:00 a.m. |
| | Ferry County |

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON

FOR THE COUNTY OF FERRY

| | |
|---|---|
| JOSEPH A. CONNOR, III, | Case No. 11-2-00098-6 |
| Plaintiffs, | (PROPOSED) SUPPLEMENTAL ORDER RE PLAINTIFF'S MOTIONS FOR SANCTIONS |
| v. | |
| GMAC MORTGAGE, LLC, et. al. | |
| Defendants. | |

On or about June 8, 2012, defendants' Motion for Summary Judgment to dismiss plaintiff's Second Claim for Relief and Motion for Sanctions came before the court. The court granted defendants' motions and requested that defendants submit proof to substantiate an amount of sanctions. On or about June 15, 2012, per the court's instruction, defendants' counsel filed an attorney fee affidavit with the court evidencing that defendants incurred $3,423.50 in costs and fees incurred in dealing with plaintiff's erroneously filed Second Claim for Relief.

The court, finding that the affidavit and attached exhibits filed by defendants properly and adequately evidences the amount of time spent by defendants in responding to plaintiff's Second Claim for Relief, and the court further finding that the amount of time spent by defendants' counsel related to plaintiff's Second Claim for

SUPPLEMENTAL ORDER RE SECOND MOTION FOR
SANCTIONS - Page 1

SUSSMAN SHANK LLP
ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400
PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111
FACSIMILE (503) 248-0130

1  Relief was reasonable and necessary and that the charges for the time were also
2  reasonable and necessary, the court hereby
3      **ORDERS, ADJUDGES, AND DECREES** as follows:
4      (1) Defendants are awarded sanctions against plaintiff in the amount of
5  $3,423.50, which reflects defendants' reasonable costs incurred in responding to
6  plaintiff's Second Claim for Relief.
7      (2) Judgment shall be entered against plaintiff and in favor of defendants in the
8  amount of $4,923.50, the total amount of the two sanction awards against plaintiff.
9      Dated this ___ day of August, 2012.

10
11
                                                        Superior Court Judge
12  Presented In Open Court By:
13  SUSSMAN SHANK LLP
14  By _____
      William G. Fig, WSBA 33943
15        billf@sussmanshank.com
      Attorneys for Defendants
16
F:\CLIENTS\20809\059\PLEADINGS\P- ORDER RE SANCTIONS.DOC
17
18
19
20
21
22
23
24
25
26

**SUPPLEMENTAL ORDER RE SECOND MOTION FOR SANCTIONS - Page 2**

SUSSMAN SHANK LLP
ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400
PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111
FACSIMILE (503) 248-0130

## CERTIFICATE OF SERVICE

THE UNDERSIGNED certifies:

1. My name is Karen D. Muir. I am a citizen of Washington County, state of Oregon, over the age of eighteen (18) years and not a party to this action.

2. On August 9, 2012, I caused to be delivered via first-class U.S. Mail, postage prepaid, and email a copy of: **(PROPOSED) SUPPLEMENTAL ORDER RE PLAINTIFF'S MOTIONS FOR SANCTIONS** to the interested parties of record, addressed as follows:

Joseph A. Connor III
PO Box 1474
Cobb, CA 95426
Email: jaconnor3@netzero.net

I SWEAR UNDER PENALTY OF PERJURY that the foregoing is true and correct to the best of my knowledge, information, and belief.

_[signature]_
Karen D. Muir, Legal Assistant

SUPPLEMENTAL ORDER RE SECOND MOTION FOR
SANCTIONS - Page 3

SUSSMAN SHANK LLP
ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400
PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111
FACSIMILE (503) 248-0130