# EXHIBIT 9

12-12020-mg Doc 1359-12 Filed 09/04/12 Entered 09/06/12 12:22:56 Exhibit 9
Pg 1 of 13

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON

FOR THE COUNTY OF FERRY

| | |
|---|---|
| JOSEPH A. CONNOR, III,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GMAC MORTGAGE, LLC, et. al.<br><br>　　　　Defendants. | Case No. 11-2-00098-6<br><br>DEFENDANTS' AFFIDAVIT IN SUPPORT OF SANCTIONS AMOUNT RE PLAINTIFF'S SECOND CLAIM FOR RELIEF |

STATE OF OREGON     )
                    ) ss.
County of Multnomah )

The undersigned attorney represents to the court under penalty of perjury of the laws of the state of Washington that the following facts offered in support of an award of sanctions against plaintiff are true:

1.　On June 8, 2012, the court entered an Order awarding defendants sanctions under CR 11 against plaintiff, based on his assertion and subsequent refusal to dismiss his Second Claim for Relief. At that hearing, the court instructed defendants to provide support for an appropriate amount of sanctions to be awarded against plaintiff.

2.　I am the primary attorney responsible for this matter. I have reviewed the billing for this matter and identified the time entries relating to addressing and

AFFIDAVIT - Page 1

SUSSMAN SHANK LLP
ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400
PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111
FACSIMILE (503) 248-0130

1  responding to plaintiff's Second Claim for Relief. These entries total $3,363.50. The
2  entries and number of hours and services rendered in the matter relating to plaintiff's
3  Second Claim for Relief are set forth in Exhibit 1 attached hereto and summarized as
4  follows:

| Name | Position | Hourly Rate | Number of Hours | Fees |
|---|---|---|---|---|
| William G. Fig | Attorney | $250.00 | 11.9 | $2,975.00 |
| Laurie R. Hager | Attorney | 250.00 | 1.5 | 375.00 |
| Michelle W. Bodenheimer, PLS | Paralegal | 135.00 | .1 | 13.50 |
| | | | TOTAL | $3,363.50 |

10  3.  The following charges are reasonable and necessary and are not included
11  in the hourly rates set forth above or in the Cost Bill filed herewith:
12  Court Call - $60.00
13  4.  Based on the above, plaintiff is entitled to an award of reasonable and
14  necessary attorneys' fees and costs in the sum of $3,423.50.

William G. Fig, WSBA 33943
Attorneys for Defendants

SUBSCRIBED AND SWORN TO before me this 15th day of June 2012.

Notary Public for Oregon
My Commission Expires: 10-1-14

F:\CLIENTS\20809\059\PLEADINGS\P- FEE AFFIDAVIT.DOC

AFFIDAVIT - Page 2

SUSSMAN SHANK LLP
ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400
PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111
FACSIMILE (503) 248-0130

June 11, 2012

GMAC MORTGAGE LLC  
1100 Virginia Drive  
Ft. Washington, PA  19304

20809- 059 WGF

STATEMENT FOR PERIOD THROUGH 6/11/12

LEGAL SERVICES REGARDING:   Joseph A. Connor III  
                            GMAC # 725655

| Date | Code | Hours | Amount |
|---|---|---|---|
| 2/28/12 | L110 A106 WGF | .20 | $50.00 |
| 2/28/12 | L110 A106 WGF | .30 | $75.00 |
| 2/28/12 | L210 A104 WGF | .20 | $50.00 |
| 2/29/12 | L110 A106 WGF | .20 | $50.00 |
| 3/01/12 | L120 A106 WGF | .20 | $50.00 |
| 3/06/12 | L210 A103 WGF | .30 | $75.00 |
| 3/13/12 | L110 A107 WGF | .20 | $50.00 |
| 3/14/12 | L110 A106 WGF | .20 | $50.00 |
| 3/14/12 | L110 A107 WGF | .40 | $100.00 |
| 3/14/12 | L110 A106 WGF | .20 | $50.00 |
| 3/15/12 | L110 A107 WGF | .20 | $50.00 |

Exhibit  1  
Page  1  of  9

| GMAC MORTGAGE LLC | | 6/11/12 | 20809 | PAGE 2 |
|---|---|---|---|---|
| 3/16/12 | | L110 A107 WGF | .20 | $50.00 |
| 3/20/12 | | L310 A107 WGF | .20 | $50.00 |
| 3/20/12 | Review email from client regarding Connor release | L310 A106 WGF | .10 | $25.00 |
| 3/22/12 | | L110 A107 WGF | .10 | $25.00 |
| 3/23/12 | | L310 A103 WGF | .70 | $175.00 |
| 3/23/12 | | L310 A103 WGF | 1.30 | $325.00 |
| 3/23/12 | Analyze settlement documents from prior case | L110 A104 WGF | .40 | $100.00 |
| 3/27/12 | Emails to/from plaintiff regarding lis pendens and client's position why improper | L110 A107 WGF | .30 | $75.00 |
| 3/28/12 | Emails to/from plaintiff regarding lis pendens and various other settlement-related issues | L210 A107 WGF | .30 | $75.00 |
| 3/28/12 | | L120 A106 WGF | .20 | $50.00 |
| 3/30/12 | | L310 A103 WGF | .30 | $75.00 |
| 3/30/12 | | L310 A106 WGF | .10 | $25.00 |
| 3/30/12 | | L110 A104 MWB | .10 | $13.50 |
| 4/06/12 | | L110 A104 MWB | .20 | N/C |
| 4/09/12 | | L310 A106 WGF | .20 | $50.00 |
| 4/09/12 | | L310 A103 WGF | .30 | $75.00 |

Exhibit 1
Page 2 of 9

| GMAC MORTGAGE LLC | | 6/11/12 | 20809 | PAGE 3 |
|---|---|---|---|---|
| 4/11/12 | | L310 A106 WGF | .20 | $50.00 |
| 4/11/12 | | L310 A103 WGF | .30 | $75.00 |
| 4/11/12 | Prepare summary judgment motion against plaintiff's second claim for relief | L240 A103 WGF | 2.30 | $575.00 |
| 4/11/12 | | L210 A104 WGF | .40 | $100.00 |
| 4/11/12 | | L210 A103 WGF | .90 | $225.00 |
| 4/11/12 | | L210 A106 WGF | .20 | $50.00 |
| 4/12/12 | | L310 A104 WGF | .10 | $25.00 |
| 4/12/12 | | L120 A106 WGF | .70 | $175.00 |
| 4/12/12 | | L210 A103 WGF | .40 | $100.00 |
| 4/12/12 | Revise motions for summary judgment and sanctions to include additional information sent by client, to add additional motion regarding new defendant, and to prepare for client's review | L240 A103 WGF | .70 | $175.00 |
| 4/13/12 | | L110 A104 MWB | .20 | $27.00 |
| 4/16/12 | | L310 A107 WGF | .10 | $25.00 |

Exhibit 1
Page 3 of 9

| GMAC MORTG | | 6/11/12 | 20809 | PAGE 4 |
|---|---|---|---|---|
| 4/16/12 | | L310 A106 WGF | .10 | $25.00 |
| 4/16/12 | Review email and email attachments received from client regarding background of settlement of 2010 action | L110 A106 WGF | .20 | $50.00 |
| 4/16/12 | | L310 A103 WGF | .20 | $50.00 |
| 4/17/12 | Email to/from client regarding declaration in support of motion for summary judgment | L240 A107 WGF | .20 | $50.00 |
| 4/17/12 | Revise and supplement client's declaration in support of motion for summary judgment per client's request | L240 A103 WGF | .20 | $50.00 |
| 4/17/12 | Emails to/from plaintiff regarding issues with second claim for relief and issues with motion for lis pendens | L210 A107 WGF | .60 | $150.00 |
| 4/17/12 | Emails to/from client regarding emails to/from plaintiff regarding issues with second claim for relief and issues with motion for lis pendens | L120 A106 WGF | .20 | $50.00 |
| 4/18/12 | Prepare declaration of William Fig in support of client's response to lis pendens motion and motions for sanctions | L210 A103 WGF | .40 | $100.00 |
| 4/18/12 | | L210 A103 WGF | .90 | $225.00 |
| 4/18/12 | Revise and supplement summary judgment motion to dismiss second claim for relief | L240 A103 WGF | .30 | $75.00 |
| 4/18/12 | Research local rules regarding filing of motions and responses thereto and requesting hearings on motions | L210 A102 WGF | .30 | $75.00 |
| 4/19/12 | Emails to/from client regarding status of declaration in support of clients' motion for summary judgment | L240 A106 WGF | .20 | $50.00 |
| 4/19/12 | Finalize clients' motion for summary judgment and sanctions regarding second claim for relief | L240 A104 WGF | .40 | $100.00 |

Exhibit 1
Page 4 of 9

| GMAC MORTGAGE LLC | | 6/11/12 | 20809 | PAGE 5 |
|---|---|---|---|---|
| 4/19/12 | | L240 A106 WGF | .20 | $50.00 |
| 4/19/12 | | L310 A108 WGF | .30 | $75.00 |
| 4/19/12 | | L310 A107 WGF | .40 | $100.00 |
| 4/20/12 | Review lengthy email from plaintiff regarding dismissal of case and refiling of case in San Francisco and prepare response thereto | L110 A107 WGF | .30 | $75.00 |
| 4/20/12 | | L120 A106 WGF | .30 | $75.00 |
| 4/20/12 | | L160 A107 WGF | .20 | $50.00 |
| 4/20/12 | | L120 A102 WGF | .40 | $100.00 |
| 4/20/12 | Review Ferry County local rules regarding summary judgment motions | L240 A102 WGF | .20 | $50.00 |
| 4/23/12 | | L110 A104 MWB | .10 | $13.50 |
| 4/25/12 | | L210 A107 WGF | .30 | $75.00 |
| 4/27/12 | | L210 A109 WGF | .80 | $200.00 |
| 4/27/12 | | L210 A101 WGF | .30 | $75.00 |
| 4/27/12 | | L210 A104 WGF | .30 | $75.00 |
| 4/27/12 | | L210 A106 WGF | .20 | $50.00 |

Exhibit 1
Page 5 of 9

| GMAC MORTGAGE LLC | | 6/11/12 | 20809 | PAGE 6 |
|---|---|---|---|---|
| 4/30/12 | | L110 A107 WGF | .10 | $25.00 |
| 5/07/12 | Emails to/from plaintiff regarding dismissal of second claim for relief, request for sanctions, and steps necessary to prepare for trial | L110 A107 WGF | .40 | $100.00 |
| 5/08/12 | | L110 A107 WGF | .20 | $50.00 |
| 5/09/12 | | L210 A104 WGF | .30 | $75.00 |
| 5/09/12 | | L210 A107 WGF | .20 | $50.00 |
| 5/09/12 | | L210 A102 WGF | .30 | $75.00 |
| 5/10/12 | | L210 A104 WGF | .30 | $75.00 |
| 5/10/12 | | L210 A104 WGF | .60 | $150.00 |
| 5/10/12 | | L210 A107 WGF | .30 | $75.00 |
| 5/11/12 | | L210 A103 WGF | .60 | $150.00 |
| 5/11/12 | | L210 A103 WGF | .30 | $75.00 |
| 5/11/12 | | L210 A107 WGF | .60 | $150.00 |
| 5/11/12 | Revise stipulated order and judgment to address plaintiff's concerns | L210 A103 WGF | .20 | $50.00 |
| 5/11/12 | | L210 A102 WGF | .20 | $50.00 |
| 5/11/12 | | L210 A103 WGF | .20 | $50.00 |

Exhibit 1
Page 6 of 9

| | | | | | |
|---|---|---|---|---|---|
| GMAC MORTGAGE LLC | | 6/11/12 | 20809 | PAGE | 7 |

| Date | Description | Code | Hours | Amount |
|---|---|---|---|---|
| 5/11/12 | | L210 A103 WGF | .20 | $50.00 |
| 5/16/12 | Emails to/from plaintiff regarding various pending motions and case status | L110 A107 WGF | .30 | $75.00 |
| 5/16/12 | | L210 A103 WGF | .60 | $150.00 |
| 5/16/12 | | L210 A103 WGF | .30 | $75.00 |
| 5/16/12 | | L210 A108 WGF | .10 | $25.00 |
| 5/17/12 | | L210 A107 WGF | .10 | $25.00 |
| 5/18/12 | | L210 A101 WGF | .20 | $50.00 |
| 5/18/12 | | L210 A109 WGF | .40 | $100.00 |
| 5/18/12 | Determine further necessary action to protect client's interest given pending hearing on motion for summary judgment and sanctions | L110 A104 MWB | .10 | $13.50 |
| 5/22/12 | | L240 A104 WGF | .30 | $75.00 |
| 5/22/12 | | L210 A103 WGF | .20 | $50.00 |
| 5/29/12 | | L240 A107 WGF | .20 | $50.00 |
| 5/29/12 | Email to plaintiff regarding motion regarding service on Balsano, witdrawal of motion and other motions still pending | L240 A107 WGF | .20 | $50.00 |
| 5/30/12 | | L120 A107 WGF | .10 | $25.00 |
| 6/01/12 | Follow up on status of motion hearing and arrange for court call for hearing | L240 A104 WGF | .20 | $50.00 |
| 6/01/12 | Review suggestion of bankruptcy filed by plaintiff | L210 A104 WGF | .10 | $25.00 |

Exhibit 1
Page 7 of 9

| GMAC MORTGAGE LLC | | 6/11/12 | 20809 | PAGE 8 |
|---|---|---|---|---|
| 6/01/12 Prepare letter to plaintiff regarding suggestion of bankruptcy and remaining defendants' intent to continue with motion hearing | L210 A103 WGF | .20 | | $50.00 |
| 6/01/12 Prepare form of proposed order regarding clients' summary judgment motion and motion for sanctions | L240 A103 WGF | .40 | | $100.00 |
| 6/01/12 | L190 A104 MWB | .10 | | $13.50 |
| 6/06/12 Analyze issues and strategize oral argument for summary judgment and sanctions hearing | L240 A101 LRH | .30 | | $81.00 (75 handwritten) |

*2713 50* (handwritten)

| TIMEKEEPER | TIME | RATE | VALUE |
|---|---|---|---|
| WILLIAM G. FIG | 30.90 | 250.00 | 7,725.00 |
| LAURIE R. HAGER | .30 | 250.00 | 81.00 |
| MICHELLE W. BODENHEIMER | .20 | .00 | .00 |
| MICHELLE W. BODENHEIMER | .60 | 135.00 | 81.00 |

TOTAL FEES                                                                   $7,887.00

COSTS AND EXPENSES
   5/03/12 United Parcel Service            $62.73
   5/04/12 Courtcall                        $60.00
   5/24/12 United Parcel Service            $31.62
   5/25/12 Courtcall                        $60.00
   6/11/12 Duplicating Expenses             $74.80
   6/11/12 Long Distance Telephone           $1.59

   TOTAL COSTS AND EXPENSES                                            $290.74

TOTAL FEES AND COSTS                                                          $8,177.74

Exhibit 1
Page 8 of 9

June 14, 2012

GMAC MORTGAGE LLC                                                      20809- 059 WGF
1100 Virginia Drive
Ft. Washington, PA  19304

STATEMENT FOR PERIOD THROUGH  6/14/12

LEGAL SERVICES REGARDING:  Joseph A. Connor III
                           GMAC # 725655

| Date | Description | Code | Timekeeper | Hours | Amount |
|---|---|---|---|---|---|
| 6/06/12 | Analyze issues and strategize oral argument for summary judgment and sanctions hearing | L240 A101 | LRH | .30 | $81.00 |
| 6/07/12 | Emails to/from plaintiff regarding plaintiff's improper service of document regarding June 8 hearing | L240 A107 | WGF | .20 | $50.00 |
| 6/07/12 | Brief review of pleading filed by plaintiff regarding June 8 hearing and GMACM's bankruptcy | L210 A104 | WGF | .20 | $50.00 |
| 6/08/12 | Telephone conversation with client regarding hearing on motion to dismiss second claim for relief | L240 A106 | WGF | .10 | $25.00 |
| 6/08/12 | Appear for motions for summary judgment and sanctions by telephone and prepare for same | L240 A109 | LRH | 1.20 | $324.00 |
| 6/11/12 | Emails to/from LSI regarding case status | L190 A106 | WGF | .20 | $50.00 |
| 6/11/12 | Analyze billings to identify time spent addressing second claim for relief | L200 A104 | WGF | .40 | $50.00 |

| TIMEKEEPER | TIME | RATE | VALUE |
|---|---|---|---|
| WILLIAM G. FIG | 1.10 | 250.00 | 275  225.00 |
| LAURIE R. HAGER | 1.50 | 250.00 | 405.00 |

                                                                    650
                                                                    375
                TOTAL FEES                                          $680.00

COSTS AND EXPENSES                                                  $3,363.50
  6/13/12 Courtcall                                  *$60.00
  6/14/12 Duplicating Expenses                        $25.60
  6/14/12 Long Distance Telephone                       $.53
  6/14/12 CourtTrax                                   $58.00

                                                            Exhibit 1
                                                            Page 9 of 9

## CERTIFICATE OF SERVICE

THE UNDERSIGNED certifies:

1. My name is Karen D. Muir. I am a citizen of Washington County, state of Oregon, over the age of eighteen (18) years and not a party to this action.

2. On June 15, 2012, I caused to be delivered via **FIRST CLASS MAIL** a copy of **DEFENDANTS' AFFIDAVIT IN SUPPORT OF SANCTIONS AMOUNT RE PLAINTIFF'S SECOND CLAIM FOR RELIEF** to the interested parties of record, addressed as follows:

Joseph A. Connor III
PO Box 1474
Cobb, CA 95426

I SWEAR UNDER PENALTY OF PERJURY that the foregoing is true and correct to the best of my knowledge, information, and belief.

_____
Karen D. Muir, Legal Assistant

F:\CLIENTS\20809\059\CERTMASTER.DOC

Page 1 - CERTIFICATE OF SERVICE