# EXHIBIT 10



# NETZERO
## Message Center

Print Message | Close

| | | |
|---|---|---|
| From | : | "Devra Featheringill" <Dfeatheringill@bwmlegal.com> |
| To | : | <jaconnor3@netzero.net> |
| Subject | : | Instructions |
| Date | : | Tue, May 24, 2011 10:50 AM |
| Attachment(s) | : | 2 file(s)/document(s) | Total File Size: 98K |

Hi Joe,

Here are the Instructions and the Full Reconveyance.

**Devra Featheringill | Attorney**

**Bishop, White, Marshall & Weibel, P.S.**
**720 Olive Way, Suite 1201, Seattle, WA 98101**
**Telephone (206)622-5306 | Ext.5970 | Fax (206)622-0354**
**Email:DFeatheringill@bwmlegal.com**
**www.bwmlegal.com**

Notice: This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege.

##  Files & Documents  Help



Full Reconveya
nce.rtf (59KB)          Full Reconveya
nce ... (39KB)

⚠ Attachments Scanned - No Virus Detected (Learn More)

## REQUEST FOR FULL RECONVEYANCE AND
## INDEMNITY FOR DEED OF TRUST

1.  The undersigned, GMAC Mortgage, LLC, is the holder of the Note secured by the certain Deed of Trust, which is more particularly described below.  Said Note, together with all other indebtedness secured by said Deed of Trust, has been fully paid or satisfied.  LSI Title Agency, Inc. (hereinafter called the "Trustee" or "Successor Trustee"), is directed to cancel said Note and the Deed of Trust and to reconvey, without warranty, all the estate now held by you under said Deed of Trust to Joseph A Connor III.

2.  In consideration of the issuance by Trustee or Successor Trustee of its Deed of Reconveyance or Full Reconveyance of the below-described Deed of Trust, without surrender to it of the original copy of said Note and/or Deed of Trust for cancellation and retention, the undersigned company does hereby indemnify and hold harmless the Trustee or Successor Trustee from any and all claims, demands, liability, loss, damage or expense arising from, asserted or alleged, by reason of the issuance of such Deed of Reconveyance or Full Reconveyance, without having possession of the original Note and/or Deed of Trust.

3.  The Note and Deed of Trust that are the subject of this Request for Full Reconveyance and Indemnity Agreement are described as follows:

Note dated June 26, 2009, secured by Deed of Trust executed on June 26, 2009, and recorded on July 31, 2009 Instrument No. 274987 of the Official Records/Auditor's Records of Ferry County, State of Washington.

Dated: _____

                                        LENDER:
                                        GMAC Mortgage LLC

                                        _____
                                        Name: _____
                                        Title:_____

THE STATE OF _____        §

                               §

COUNTY OF _____       §

Before me, the undersigned authority, on this day appeared _____, _____ of GMAC Mortgage, LLC, known to me to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that she executed the same for the purposes and consideration, and in the capacity therein expressed.

Given under my hand and seal of office this ___ day of _____, 2011