# EXHIBIT 11

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON

FOR THE COUNTY OF FERRY

| | |
|---|---|
| JOSEPH A. CONNOR, III, | Case No. 11-2-00098-6 |
| Plaintiffs, | NOTICE OF APPEARANCE OF MERS |
| v. | |
| GMAC MORTGAGE, LLC, et. al. | |
| Defendants. | |

TO:   Plaintiff

AND THE: Clerk of Court

PLEASE TAKE NOTICE that William G. Fig of Sussman Shank LLP hereby appears in the above-entitled action, as attorney for defendant Mortgage Electronic Registration Service, Inc. ("MERS"), without waiving the questions of, or defenses related to:

1. Lack of Jurisdiction Over the Subject Matter;
2. Lack of Jurisdiction Over the Person;
3. Improper Venue;
4. Insufficiency of Process;
5. Insufficiency of Service of Process;
6. Failure to State a Claim Upon Which Relief May be Granted; and
7. Failure to Join a Party under CR 19.

///

///

NOTICE OF APPEARANCE - Page 1

SUSSMAN SHANK LLP
ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400
PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111
FACSIMILE (503) 248-0130

1  Counsel believes he has already appeared for MERS via defendants' Motions for
2  Summary Judgment. Nonetheless, PLEASE ALSO TAKE NOTICE that all further
3  papers and pleadings directed to defendant MERS, <u>except original process</u>, should be
4  served upon the undersigned at the address shown below.
5  Dated this 11th day of May, 2012.
6  SUSSMAN SHANK LLP
7
8  By _____
   William G. Fig, WSBA 33943
9  billf@sussmanshank.com
   Attorneys for Defendants
10
11  F:\CLIENTS\20809\059\PLEADINGS\P- NOTICE OF APPERANCE 3.DOC

23  attachment 5(a)
24  attachment 5(a)

NOTICE OF APPEARANCE - Page 2

SUSSMAN SHANK LLP
ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400
PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111
FACSIMILE (503) 248-0130