# EXHIBIT 12

Ferry County, WA    Dianna Galvin, Auditor    0279594
Pgsvt
COLUMBIA TITLE    02/09/2012 01:57 PM

When Recorded Return To:

LIEN RELEASE
GMAC MORTGAGE, LLC
3451 HAMMOND AVENUE
PO BOX 780
WATERLOO, IA 50704-0780

**Deed of Reconveyance**

GMAC MORTGAGE, LLC #:0602414004 "CONNOR"  Ferry, Washington PIF:
MERS #: 100045200000816967  SIS #: 1-888-679-6377

WHEREAS FIRST AMERICAN TITLE INSURANCE COMPANY is the present Trustee of record under the following described Deed of Trust:

Trustor: JOSEPH A. CONNOR
Beneficiary: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS")
Original Beneficiary: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC (MERS)
Original Trustee: FERRY COUNTY PROFESSIONAL SERVICES, INC.
Dated: 08/26/2008  Recorded: 07/31/2009 as Instrument No.: 274967 in the Records of the County Recorder of Ferry, State of Washington.
Property Address: 17646 HIGHWAY 21 N, MALO, WA 99150

AND WHEREAS, the above said Deed of Trust has been paid in full;

NOW THEREFORE, the present Trustee having received from the present owner of the beneficial interest under said Deed of Trust and the obligations secured thereby a written request to reconvey by reason of the obligations secured by said Deed of Trust,
DOES HEREBY RECONVEY, without warranty, to the person or persons legally entitled thereto, the estate, title and interest now held by it under said Deed of Trust, describing the land therein as more fully described in said Deed of Trust.

By FIRST AMERICAN TITLE INSURANCE COMPANY as Trustee
On __1/31/12__

RONALD E. ROONEY, AUTHORIZED SIGNATORY

STATE OF South Carolina
COUNTY OF Lexington

The foregoing instrument was acknowledged before me, a Notary Public, on __1-31-12__ by Ronald E. Rooney, Authorized Signatory of First American Title Insurance Company on behalf of the corporation.

WITNESS my hand and official seal.

Joan M Dunkelberg
Notary Expires: 12/2/2021

JOAN M DUNKELBERG
Notary Public
South Carolina
My Commission Expires 12/02/2021

(This area for notarial seal)

*DP*DP1GMAC*01/24/2012 11:17:13 AM* GMAC01GMAC00000000000000003487214* WAFERRY* 0602414004 WASTATE_TRUST_REL *DP1GMAC*