# EXHIBIT 13



Ferry County, WA
Pg 1
COLUMBIA TITLE
Dianne Galvan,
Auditor
0279593
02/09/2012 01:34 PM

When Recorded Return To:

LIEN RELEASE
GMAC MORTGAGE, LLC
3451 HAMMOND AVENUE
PO BOX 780
WATERLOO, IA  50704-0780

## APPOINTMENT OF SUCCESSOR TRUSTEE

GMAC MORTGAGE, LLC #:0602414004 "CONNOR"  Ferry, Washington PIF:
MERS #: 100048200000816087  SIS #: 1-888-679-6377

WHEREAS, the undersigned is the present Beneficiary under the Deed of Trust Described as follows:

Original Trustor : JOSEPH A. CONNOR
Original Beneficiary : MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC (MERS)
Dated: 06/26/2009 Recorded: 07/31/2009  as Instrument No.: 274987 in the County of Ferry State of Washington

 Property Address: 17648 HIGHWAY 21 N, MALO, WA  99150

AND WHEREAS, the undersigned, who is the present Beneficiary under said Deed of Trust, desires to appoint a
successor Trustee under said Deed of Trust in the place and stead of present Trustee thereunder;

Now therefore, the undersigned hereby appoints FIRST AMERICAN TITLE INSURANCE COMPANY whose address
is 450 EAST BOUNDARY STREET, CHAPIN, SC  29036 as Successor Trustee under said Deed of Trust, to have all
the powers of said original Trustee, effective immediately.

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS")
On  1-24-12

By:
Jody Delfs, Assistant Secretary

STATE OF Iowa
COUNTY OF Black Hawk

On  1-24-12         , before me, B. ARNDT, a Notary Public in and for Black Hawk in the State of Iowa, personally
appeared Jody Delfs, Assistant Secretary, personally known to me (or proved to me on the basis of satisfactory
evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me
that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the
instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal,

B. ARNDT
Notary Expires: 03/04/2014  #766996

B. ARNDT
COMMISSION NO. 766996
MY COMMISSION EXPIRES
March 04, 2014

(This area for notarial seal)

"DP"DP1GMAC"01/24/2012 11:17:13 AM" GMAC01GMAC00000000000003467214" WAFERRY" 0602414004 WASTATE_TRUST_SUB "DP1GMAC"