UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
In re:                                                                  Chapter 11

GMAC Mortgage LLC,                                         Case No.: 12-12020-mg

                Debtor.
--------------------------------------------------------X

**NOTICE OF WITHDRAWAL OF MOTION FOR RELIEF FROM STAY [DOCKET NO. 896]**

      Creditor, Third Federal Savings & Loan, hereby gives Notice that it withdraws its Motion for Relief from Stay [DOCKET NO. 896] filed on July 25, 2012.

Dated:  September 6, 2012

                                      **WELTMAN, WEINBERG & REIS CO., L.P.A.**
                                      Attorney for Third Federal Savings & Loan

                                      By:    /s/ Geoffrey J. Peters
                                              GEOFFREY J. PETERS  (GP-4633)
                                      175 S. Third Street, Suite 900
                                      Columbus, OH  43215
                                      (614) 857-4324

STATE OF OHIO           )
COUNTY OF FRANKLIN   )      ss.:

        Kristen Morgan, being duly sworn, deposes and says: deponent is not a party to the action, is over 18 years of age and resides at Columbus, Ohio.

        On September 6, 2012 deponent served the within

**NOTICE OF WITHDRAWAL OF MOTION FOR RELIEF FROM STAY**

upon the following parties, at the addresses designated by said parties for that purpose, by depositing a true copy of same, enclosed in a post-paid properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of Ohio:

Anthony Princi, Counsel for Debtor
Gary S. Lee, Counsel for Debtor
Larren M. Nashelsky, Counsel for Debtor
Morrison & Foerster, LLP
1290 Avenue of the Americas
New York, NY 10104

Steven J. Reisman, Counsel for Debtor
Curtis, Mallet-Prevost, Colt & Mosle, LLP
101 Park Avenue
New York, NY 10178

U.S. Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004

Kurtzman Carson Consultants
Claims and Noticing Agent
2335 Alaska Ave.
El Segundo, CA 90245

Steven S. Sparling, Counsel for Official Committee of Unsecured Creditors
Kramer, Levin, Naftalis & Frankel, LLP
919 Third Avenue
New York, NY 100022

Theodore J. Klotz, II
269 Streamwater Court
Blacklick, OH 43004

Daniela D. Klotz
269 Streamwater Court
Blacklick, OH 43004

Top 50 Creditors – See Attached Mailing Matrix

                                            /s/ Kristen Morgan
                                            KRISTEN MORGAN

Sworn to before me this
5th day of September, 2012
/s/ Annette Rains
Notary Public
Annette Rains
Notary Public, State of Ohio
No. 26482
Qualified in Franklin County
Commission Expires   05/27/17

Office of the United States Trustee
74 Chapel St.
Albany, NY  12207

Warren Greher
1161 Little Britain Rd., Ste B
New Windsor, NY 12553

Jeffrey L. Sapir
399, Knollwood Rd., Ste 102
White Plains, NY 10603

John Pastena
16 River Glen Rd.
Wallkill, NY 12589