**Ronald Rowland, Esq.**
**RECEIVABLE MANAGEMENT SERVICES**
307 International Circle, Ste. 270
Hunt Valley, MD 21030
Telephone: (410) 773-4002
Facsimile: (410) 773-4057
Agent for EMC Corporation



UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YOR

| | |
|---|---|
| In re: | Case No. 12-12020-(MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors | Jointly Administered |

## REQUEST FOR ALL NOTICES

**PLEASE TAKE NOTICE** that creditor EMC CORPORATION, by its agent, Ronald Rowland requests notice of all matters which must be noticed to any creditor, any committee, or any other party in interest pursuant to, without limitation, Rules 2002, 3017, 4001, 6004, 9007, 9013, F.R.B.P., or otherwise, and copies of all other papers filed or served upon any party in interest, whether sent by the Court, the Debtors, the United States Trustee, any committee or any interested party in this case; and further requests that such notices be sent as set forth below; and further requests that the following address be added to the Court's Master Mailing List and to the mailing list of each party in interest:

**Ronald Rowland, Esq.**
**Agent for EMC Corporation**
**c/o Receivable Management Services**
**307 International Circle, Ste. 270**
**Hunt Valley, MD 21030**

Ronald Rowland, Esq.
Vice President, Legal Services
Maryland Bar No. 10774
District of Columbia Bar No. 437661
Receivable Management Services
Agent for Creditor, EMC Corporation

**Dated: August 31, 2012**

# CERTIFICATE OF SERVICE

I, Ronald Rowland, Agent for EMC Corporation, certify that on August 31, 2012, a copy of the foregoing Request for All Notices was sent via first class United States mail, proper postage prepaid, to the parties listed below:

Morrison & Foerster LLP
Attn.: Larren M. Nashelsky, Esq.
Attn.: Gary S. Lee, Esq.
Attn.: Todd M. Goren, Esq.
1290 Avenue of the Americfas
New York, NY 10104

Morrison & Foerster LLP
Attn.: Alexandra Steinberg Barrage, Esq
2000 Pennsylvania Av
Washington, DC 20006

Office of the United States Trustee
Attn.: Tracy Hope Davis
33 Whitehall St., 21st Fl., Region 2
New York, NY 10004-2111

ResCap
c/o KCC
2335 Alaska Av
El Segundo, CA 90245

_____
Ronald Rowland, Agent for EMC Corporation