AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, NY 10036-6745
Tel. (212) 872-1000
Fax (212) 872-1002
Fred S. Hodara
Robert A. Johnson
Christopher W. Carty

*Attorneys for Aurelius Capital Management, LP*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re ) | Case No. 12-12020 (MG) |
| ) | |
| RESIDENTIAL CAPITAL, LLC, *et al.*, ) | Chapter 11 |
| ) | |
| Debtors. ) | Jointly Administered |
| ) | |

**CERTIFICATE OF SERVICE**

ROBERT ALAN JOHNSON declares the following pursuant to 18 U.S.C. § 1746:

I am a partner in the law firm Akin Gump Strauss Hauer & Feld LLP ("Akin Gump") and a member of the bar of this Court. On September 4, at my direction, employees of Akin Gump caused the following document:

> Limited Objection of Aurelius Capital Management, LP to
> Debtors' Motion to Extend Exclusivity

to be served in accordance with the Case Management Procedures (ECF Doc. # 141) governing these cases, as follows: (1) by email to all parties identified on the Special Service List filed by the Debtors on August 1, 2012 (ECF Doc. # 986); (2) by first-class mail to all parties identified on the General Service List filed by the Debtors on August 1, 2012 (ECF Doc. # 986); and (3) by fax to the Office of the United States Trustee.

103668183 v1

I certify under penalty of perjury that the foregoing is true and correct. Executed on September 6, 2012.

/s/
_____
Robert A. Johnson

103668183 v1