UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

_____X

IN RE:

                                CH: 11

RESIDENTIAL CAPITAL, LLC, et al.        Case No:.12-12020

               Debtor.

_____X

AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
COUNTY OF WESTCHESTER

        Christian Del Toro, being duly sworn says: I am not a party to this action, am more than 18 years of age and reside in Bronx, NY:

        On September 6, 2012, I served a true copy of the annexed Motion for Relief of Union Savings Bank and Supporting Documents in this action by mailing same in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the US Postal Service within the State of New York, addressed to the individuals listed on the special service list and the other individuals in attached Exhibit "A" and all other parties noticed via ECF

Thursday, September 6, 2012

                                           Christian Del Toro

Sworn to before me on this _6_ day of
September, 2012

Notary Public
Phillip Mahony
Notary Public-State of New York
No. 02MA6265989
Qualified in Queens County
My Commission Expires July 23, 2016

# EXHIBIT A

12-12020-mg    Doc 1343    Filed 09/04/12    Entered 09/04/12 19:36:47    Main Document

Residential Capital, LLC, et al.

Case No. 12-12020 (MG)

**Monthly Service List**

| DESCRIPTION | ADDRESS | PHONE | FAX | EMAIL |
|---|---|---|---|---|
| Counsel to the Examiner, Arthur J Gonzalez | Chadbourne & Parke LLP, Attn Howard Seife & David M LeMay & Robert J Gayda & Marc B Roitman, 30 Rockefeller Plaza, New York, NY 10112 | 212-408-5100 | 212-541-5369 | hseife@chadbourne.com; dlemay@chadbourne.com; rgayda@chadbourne.com; mroitman@chadbourne.com |
| Secured lender under the Mortgage Servicing Rights Facility | Citibank NA, Attn Bobbie Theivakumaran, 390 Greenwich St 6th Fl, New York, NY 10013 | 212-723-6753 | 646-291-3799 | bobbie.theivakumaran@citi.com |
| Indenture Trustee to Unsecured Notes / Top 50 Creditor | Deutsche Bank Trust Company Americas, c/o Kelvin Vargas, 25 De Forest Ave, Summit, NJ 07901 | 201-593-2456 | | kelvin.vargas@db.com |
| Prepetition Lender - Fannie EAF | Fannie Mae, Attn Peter McGonigle, 1835 Market St Ste 2300, Philadelphia, PA 19103 | 215-575-1578 | 240-699-2178 | peter_mcgonigle@fanniemae.com |
| Internal Revenue Service | Internal Revenue Service, Centralized Insolvency Operation, 2970 Market St, Philadelphia, PA 19104 | | 267-941-1015 | |
| Internal Revenue Service | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 | 800-973-0424 | 267-941-1015 | |
| Internal Revenue Service | Internal Revenue Service, Insolvency Section, 31 Hopkins Plz Rm 1150, Baltimore, MD 21201 | 800-913-9358 | | |
| Counsel to US Bank National Association as Indenture Trustee to the Debtors' Prepetition Junior Secured Notes | Kelley Drye & Warren LLP, James S Carr & Eric R Wilson, 101 Park Ave, New York, NY 10178 | 212-808-7800 | 212-808-7987 | kdwbankruptcydepartment@kelleyd rye.com |
| Counsel to the Ally Financial Inc. & Ally Bank | Kirkland & Ellis LLP, Attn Ray C Schrock & Stephen E Hessler, 601 Lexington Ave, New York, NY 10022-4611 | 212-446-4800 | 212-446-4900 | ray.schrock@kirkland.com;richard.ci eri@kirkland.com;stephen.hessler@ kirkland.com;project rodeo@kirkland .com;William.b.Solomon@ally.com; Timothy.Devine@ally.com;john.bell aver@ally.com |
| Counsel to the Equity Security Holders (Ally Financial and Ally Bank) | Kirkland & Ellis, Richard M Cieri, 601 Lexington Ave, New York, NY 10022 | 212-446-4770 | 212-446-4900 | richard.cieri@kirkland.com |
| Counsel to the Official Committee of Unsecured Creditors | Kramer Levin Naftallis & Frankel LLP, Kenneth H Eckstein, Thomas Moers Mayer & Douglas H Mannal, 1177 Avenue of the Americas, New York, NY 10036 | 212-715-9100 | 212-715-8000 | keckstein@kramerlevin.com;tmayer @kramerlevin.com;dmannal@kram erlevin.com |

**SPECIAL SERVICE LIST**

1 of 18

12-12020-mg    Doc 1343    Filed 09/04/12    Entered 09/04/12 19:36:47    Main Document

### Residential Capital, LLC, et al.

Case No. 12-12020 (MG)

**Monthly Service List**

| DESCRIPTION | ADDRESS | PHONE | FAX | EMAIL |
|---|---|---|---|---|
| Claims and Noticing Agent | Kurtzman Carson Consultants, Alison M. Tearnen Schepper, 2335 Alaska Ave, El Segundo, CA 90245 | | | rescapinfo@kccllc.com |
| Residential Capital LLC | Morrison & Foerster LLP, Attn Tammy Hamzehpour, 1290 Avenue of the Americas, New York, NY 10104 | | | Tammy.Hamzehpour@gmacrescap.com;diane.citron@ally.com |
| Counsel to the Debtors | Morrison & Foerster LLP, Larren M Nashelsky, Gary S Lee & Lorenzo Marinuzzi, 1290 Avenue of the Americas, New York, NY 10104 | 212-468-8000 | 212-468-7900 | lnashelsky@mofo.com;glee@mofo.com;lmarinuzzi@mofo.com |
| Stalking Horse Bidder, Nationstar Mortgage | Nationstar Mortgage LLC, Attn: General Counsel, 350 Highland Drive, Lewisville, TX 75067 | 469-549-2000 | 972-315-8637 | |
| Office of the New York Attorney General | Office of the NY State Attorney General, Nancy Lord & Enid M Stuart, The Capitol, Albany, NY 12224-0341 | 518-474-5481 | | Nancy.Lord@OAG.State.NY.US;enid.stuart@OAG.State.NY.US |
| Office of the United States Attorney for the Southern District of New York | Office of the US Attorney for the Southern District of NY, United States Attorney Preet Bharara, One St Andrews Plaza, New York, NY 10007 | 212-637-2200 | 212-637-2745 | |
| Securities and Exchange Commission - New York Regional Office | Securities & Exchange Commission NY Regional Office, George S Canellos Regional Director, 3 World Financial Center Ste 400, New York, NY 10281-1022 | 212-336-1100 | 212-336-1320 | secbankruptcy@sec.gov;newyork@sec.gov |
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission, Secretary of the Treasury, 100 F St NE, Washington, DC 20549 | 202-942-8088 | 202-772-9317; 202-772-9318 | secbankruptcy@sec.gov |
| Counsel to Nationstar | Sidley Austin LLP, Larry J Nyhan & Jessica CK Boelter, One Dearborn, Chicago, IL 60603 | 312-853-7710 | 312-853-7036 | lnyhan@sidley.com;jboelter@sidley.com;bmyrick@sidley.com |
| Counsel to the administrative agent for the Debtors' proposed providers of debtor in possession financing | Skadden Arps Slate Meagher & Flom LLP, Jonathan H. Hofer, Four Times Square, New York, NY 10036 | 212-735-3849 | 917-777-3849 | jhofer@skadden.com;nikolay.kodes@skadden.com |
| Counsel to Barclays Bank PLC | Skadden Arps Slate Meagher & Flom LLP, Ken Ziman, Four Times Square, New York, NY 10036 | 212-735-3000 | 917-777-3310 | ken.ziman@skadden.com |

**SPECIAL SERVICE LIST**

2 of 18

As of September 4, 2012

12-12020-mg    Doc 1343    Filed 09/04/12    Entered 09/04/12 19:36:47    Main Document

Residential Capital, LLC, et al.

Case No. 12-12020 (MG)

**Monthly Service List**

As of September 4, 2012

| DESCRIPTION | ADDRESS | PHONE | FAX | EMAIL |
|---|---|---|---|---|
| Counsel to the administrative agent for the Debtors' proposed providers of debtor in possession financing | Skadden Arps Slate Meagher & Flom LLP, Sarah M Ward, Four Times Square, New York, NY 10036 | 212-735-2126 | 917-777-2126 | sarah.ward@skadden.com |
| Counsel to Barclays Bank PLC | Skadden Arps Slate Meagher & Flom LLP, Suzanne D T Lovett, Four Times Square, New York, NY 10036 | 212-735-3000 | 917-777-2689 | suzanne.lovett@skadden.com |
| Indenture Trustee under the Pre-Petition GSAP Facility | The Bank of New York Mellon, Asset-Backed Securities Group, 101 Barclay St 4W, New York, NY 10286 | | | |
| Indenture Trustee to the Debtors' Prepetition Junior Secured Notes | U.S. Bank National Association, Attn: George Rayzis, 50 South 16 th Street,  Suite 2000 , Philadelphia, PA 19102 | 215-761-9317 | | george.rayzis@usbank.com |
| Indenture Trustee to the Debtors' Prepetition Junior Secured Notes | U.S. Bank National Association, Attn: Irina Palchuk, 60 Livingston Avenue , EP-MN-WS1D, St. Paul, MN 55107 | 651-495-3404 | 651-495-8100 | irina.palchuk@usbank.com |
| Office of the United States Attorney General | U.S. Department of Justice, US Attorney General, Eric H. Holder, Jr., 950 Pennsylvania Ave NW, Washington, DC 20530-0001 | 202-514-2063 | 202-307-6777 | AskDOJ@usdoj.gov |
| Counsel to the United State of America | United States Attorney's Office for the Southern District of New York civil Division, Attn Joseph Cordaro, 86 Chambers St 3rd Fl, New York, NY 10007 | | | joseph.cordaro@usdoj.gov |
| Office of the United States Trustee for the Southern District of New York | US Trustee for the Southern District of NY, Tracy Hope Davis, Linda A. Riffkin and Brian S. Masumoto, 33 Whitehall St 21st Fl, Region 2, New York, NY 10004 | 212-510-0500 | 212-668-2255 | Tracy.Davis2@usdoj.gov; Linda.Riffkin@usdoj.gov; Brian.Masumoto@usdoj.gov |
| GMEN Indenture Trustee at Corporate Trust Office | Wells Fargo Bank NA, Attn Corporate Trust Services - GMACM Home Equity Notes 2004 Variable Funding Trust, PO Box 98, Columbia, MD 21046 | | | |

**SPECIAL SERVICE LIST**

3 of 18

Martha A. Richner
25390 Nobottom Rd
Olmsted Falls, OH  44138-1556

Martha A. Richner
13137 Tradewinds Dr.
Strongsville, OH  44136-8046

William C. Richner
25390 Nobottom Rd
Olmsted Falls, OH  44138-1556

William C. Richner
13137 Tradewinds Dr.
Strongsville, OH  44136-8046

Darrell D. Sparks
890 S Troy St
Cincinnati, OH  45246

Deborah Sparks
890 S Troy St
Cincinnati, OH  45246

# EXHIBIT B

12-12020-mg    Doc 1343    Filed 09/04/12    Entered 09/04/12 19:36:47    Main Document

Residential Capital, LLC, et al.

Case No. 12-12020 (MG)

**Monthly Service List**

As of September 4, 2012

| DESCRIPTION | ADDRESS | PHONE | FAX | EMAIL |
|---|---|---|---|---|
| Member of Official Committee of Unsecured Creditors | AIG Asset Management US LLC, Attn Russell Lipman, 80 Pine St, New York, NY 10038 | 212-770-0948 | 212-770-8528 | |
| Counsel to Aurelius Capital Management LP | AKIN GUMP STRAUSS HAUER & FELD LLP, Fred S. Hodara, Robert A Johnson, & Christopher W. Carty, One Bryant Park, New York, NY 10036-6745 | 212-872-1000 | 212-872-1002 | rajohnson@akingump.com; ccarty@akingump.com; |
| Attorneys for the Aldine Independent School District | Aldine Independent School District, Courtney F Harris, Pamela H Walters, 14910 Aldine Westfield Rd, Houston, TX 77032 | 281-985-6319 | 281-985-6321 | bnkatty@aldine.k12.tx.us |
| PennyMac Loan Services, LLC | Aldridge Connors LLP, Bankruptcy Department, Fifteen Piedmont Center, 3575 Piedmont Rd NE Ste 500, Atlanta, GA 30305 | 404-994-7400 | 888-246-7307 | ecfmail@aclawllp.com |
| Member of Official Committee of Unsecured Creditors | Allstate Life Insurance Company, Attn Peter A McElvain, 3075 Sanders Rd Ste G5A, Northbrook, IL 60062 | 847-402-1477 | 847-402-6639 | |
| Ally Bank | Ally Bank, Tom Houghton, 440 S Church St, # 1100, Charlotte, NC 28202 | 704-444-4825 | | tom.houghton@ally.com |
| Secured Lender under the Secured Revolver and Line of Credit | Ally Financial Inc, Jeffrey Brown Corporate Treasurer, 440 S Church St, # 1100, Charlotte, NC 28202 | 704-540-6133 | | jeff.brown@gmacfs.com; william.b.solomon@ally.com |
| Counsel to Wells Fargo Bank, N.A. in its capacity as trustee, indenture trustee or master servicer of certain RMBS trusts | Alston & Bird LLP, John C Weitnauer Esq, One Atlantic Center, 1201 West Peachtree St, Atlanta, GA 30309-3424 | 404-881-7000 | 404-253-8298 | kit.weitnauer@alston.com |
| Counsel to Wells Fargo Bank, N.A. in its capacity as trustee, indenture trustee or master servicer of certain RMBS trusts | Alston & Bird LLP, Martin G Bunin Esq & William Hao Esq, 90 Park Ave, New York, NY 10016 | 212-210-9400 | 212-210-9444 | marty.bunin@alston.com;william.hao@alston.com |
| Counsel to Wells Fargo Bank, N.A. in its capacity as trustee, indenture trustee or master servicer of certain RMBS trusts | Alston & Bird LLP, William B Macurda, Bank of America Plaza Ste 4000, 101 S Tryon St, Charlotte, NC 28280-4000 | 704-444-1000 | 704-444-1755 | bill.macurda@alston.com |
| Counsel to the Texas Comptroller of Public Accounts | Assistant Attorney General, John Mark Stern bankruptcy & Collections Division, PO Box 12548, Austin, TX 78711-2548 | 512-475-4868 | | john.stern@texasattorneygeneral.gov |
| Attorney General for the State of Michigan | Attorney General of the State of Michigan Bill Schuette, Juandisha M Harris Asst Attorney General, Cadillac Place Ste 10-200, 3030 W Grand Blvd, Detroit, MI 48202 | 313-456-0140 | | harrisj12@michigan.gov |
| Counsel to the People of the State of New York, Eric T Schneiderman | Attorney General of the State of New York, Eric T Schneiderman, Victoria L Safran, Nassau Regional Office, 200 Old Country Rd Ste 240, Mineola, NY 11501 | 516-248-3302 | | |

**GENERAL SERVICE LIST**

4 of 18

Please visit www.kccllc.net/rescap for the most current version of this service list

12-12020-mg    Doc 1343    Filed 09/04/12    Entered 09/04/12 19:36:47    Main Document
Residential Capital, LLC, et al.
Case No. 12-12020 (MG)
Monthly Service List

| DESCRIPTION | ADDRESS | PHONE | FAX | EMAIL |
|---|---|---|---|---|
| Securitization/HELOC Trustee | Bank of New York Mellon, Sarah Stout & Jennifer J Provenzano, 525 William Penn Place, Pittsburgh, PA 15259-0001 | 412-234-7536 | | Sarah.Stout@BNYMellon.com; Jennifer.Provenzano@BNYMellon.com; Michael.Spataro@BNYMellon.com; Mageshwaran.Ramasamy@BNYMellon.com |
| Barclays Bank PLC, as administrative agent under the Pre-Petition GSAP Facility | Barclays Bank PLC, Alicia Borys & Patrick Kerner, 745 7th Ave 27th Fl, New York, NY 10019 | 212-526-4291;212-526-1447 | 212-526-5115 | alicia.borys@barclays.com;patrick.kerner@barclays.com |
| Barclays Bank PLC, as administrative agent under the Pre-Petition GSAP Facility | Barclays Bank PLC, Joe Tricamo & May Wong, 1301 Sixth Ave, New York, NY 10019 | 212-320-7564, 212-320-7890 | | xrausloanops5@barclays.com |
| Counsel to USAA Federal Savings Bank | Barnes & Thornburg LLP, David M Powlen, 1000 North West St Ste 1200, Wilmington, DE 19801 | 302-888-4536 | 302-888-0246 | david.powlen@btlaw.com |
| Creditor | Barry B Eskanos JD MPA & Ami B Eskanos, 3122 Pine Tree Dr, Miami Beach, FL 33140 | 305-613-6894 | 305-735-3437 | bbeskanos@aol.com |
| Counsel to Cambridge Place Investments Management Inc. | Bernstein Litowitz Berger & Grossmann LLP, David R Stickney & Jonathan D Uslaner & Matthew P Jubenville, 12481 High Bluff Dr Ste 300, San Diego, CA 92130 | 858-793-0700 | 858-793-0323 | davids@blbglaw.com; jonathanu@blbglaw.com; matthewj@blbglaw.com |
| Counsel to Cambridge Place Investments Management Inc. | Bernstein Litowitz Berger & Grossmann LLP, Jai K Chandrasekhar, 1285 Avenue of the Americas, New York, NY 10019 | 212-554-1400 | 212-554-1444 | jai@blbglaw.com |
| Buyer under the Pre-Petition Ally Repo Facility | BMMZ Holding LLC, c/o Ally Financial Inc, Attn Courtney Lowman, 200 Renaissance Center, Mail Code 482-B12-B96, Detroit, MI 48265-2000 | 313-656-6711 | | courtney.lowman@ally.com |
| Top 50 Creditors | Brian Kessler, et al, c/o Walters Bender Strohbehn & Vaughan, P.C., 2500 City Center Square, 1100 Main, Suite 2500, Kansas City, MO 64105 | 816-421-6620 | 816-421-4747 | jhaake@wbsvlaw.com |
| Counsel to MBIA Insurance Corporation | Cadwalader Wickersham & Taft LLP, Gregory M Petrick & Ingrid Bagby, One World Financial Center , New York, NY 10281 | 212-504-6000 | 212-504-6666 | gregory.petrick@cwt.com;ingrid.bagby@cwt.com |
| Counsel to MBIA Insurance Corporation | Cadwalader Wickersham & Taft LLP, Mark C Ellenberg Esq, 700 Sixth St NW, Washington, DC 20001 | 202-862-2200 | 202-862-2400 | mark.ellenberg@cwt.com |
| Counsel to an Ad Hoc Consortium of RMBS holders | Carter Ledyard & Milburn LLP, Aaron R Cahn & Leonardo Trivigno, 2 Wall St, New York, NY 10005 | 212-732-3200 | 212-732-3232 | bankruptcy@clm.com |

**GENERAL SERVICE LIST**

As of September 4, 2012

12-12020-mg    Doc 1343    Filed 09/04/12    Entered 09/04/12 19:36:47    Main Document

**Residential Capital, LLC, et al.**
**Case No. 12-12020 (MG)**
**Monthly Service List**

| DESCRIPTION | ADDRESS | PHONE | FAX | EMAIL |
|---|---|---|---|---|
| Counsel to the Examiner, Arthur J Gonzalez | Chadbourne & Parke LLP, Attn Howard Seife & David M LeMay & Robert J Gayda & Marc B Roitman, 30 Rockefeller Plaza, New York, NY 10112 | 212-408-5100 | 212-541-5369 | hseife@chadbourne.com;dlemay @chadbourne.com; rgayda@chadbourne.com; mroitman@chadbourne.com |
| Secured lender under the Mortgage Servicing Rights Facility | Citibank NA, Attn Bobbie Theivakumaran, 390 Greenwich St 6th Fl, New York, NY 10013 | 212-723-6753 | 646-291-3799 | bobbie.theivakumaran@citi.com |
| Special Counsel to Wilmington Trust National Association as Indenture Trustee for Various Series of Unsecured Notes | Cleary Gottlieb Steen & Hamilton LLP, Sean A O Neal and Thomas J Moloney, One Liberty Plaza, New York, NY 10006 | | | maofiling@cgsh.comn |
| Counsel to Lead Plaintiff | Cohen Milstein Sellers & Toll PLLC, Joel P Laitman, Christopher Lometti, Michael B Eisenkraft, Daniel B Rehns & Kenneth M Rehns, 88 Pine St 14th Fl, New York, NY 10005 | 212-225-2000 | 212-225-3999 | jlaitman@cohenmilstein.com;clom etti@cohenmilstein.com;meisenkr afti@cohenmilstein.com;drehns@c ohenmilstein.com;krehns@cohen milstein.com |
| Counsel to HP Enterprise Services LLC | Cole Schotz Meisel Forman & Leonard PA, Michael D Warner & Emily S Chou, 301 Commerce St Ste 1700, Fort Worth, TX 76102 | 817-810-5250 | 817-810-5255 | mwarner@coleschotz.com;echou @coleschotz.com |
| Commonwealth of Pennsylvania, Department of Labor and Industry, Office of Unemployment Compensation Tax Services (UCTS) | Commonwealth of Pennsylvania, Department of Labor and Industry, Joseph Kots, Reading Bankruptcy & Compliance Unit, 625 Cherry St Rm 203, Reading, PA 19602-1152 | 610-378-4511 | 610-378-4459 | ra-li-ucts-bankrupt@state.pa.us |
| Counsel to MidFirst Bank | Crowe & Dunlevy PC, William H. Hoch, 20 N. Broadway Ave., Ste. 1800, Oklahoma City, OK 73102 | 405-235-7700 | 405-239-6651 | will.hoch@crowedunlevy.com |
| Proposed Conflicts Counsel for the Debtors | Curtis Mallet-Prevost Colt & Mosle LLP, Maryann Gallagher Esq, 101 Park Ave, New York, NY 10178-0061 | 212-696-8881 | 212-697-1559 | mgallagher@curtis.com |
| Proposed Conflicts Counsel for the Debtors | Curtis Mallet-Prevost Colt & Mosle LLP, Michael A Cohen Esq, 101 Park Ave, New York, NY 10178-0061 | 212-696-6900 | 212-697-1559 | macohen@curtis.com |
| Proposed Conflicts Counsel for the Debtors | Curtis Mallet-Prevost Colt & Mosle LLP, Steven J Reisman Esq, 101 Park Ave, New York, NY 10178-0061 | 212-969-6065 | 212-697-1559 | sreisman@curtis.com |
| Counsel to NYCTL 2011-A Trust | David P Stich Esq, . 521 Fifth Ave 17th Fl, New York, NY 10175 | 646-554-4421 | | |
| Counsel to Bank of New York Mellon Trust Company NA | Dechert LLP, Glenn E Siegel, Hector Gonzalez, Brian E Greer & Mauricio A Espana, 1095 Avenue of the Americas, New York, NY 10036-6797 | 212-698-3500 | 212-698-3599 | glenn.siegel@dechert.com;hector. gonzalez@dechert.com;brian.gree r@dechert.com;mauricio.espana@ dechert.com |

**GENERAL SERVICE LIST**    6 of 18

As of September 4, 2012

12-12020-mg    Doc 1343    Filed 09/04/12    Entered 09/04/12 19:36:47    Main Document

Residential Capital, LLC, et al.

Case No. 12-12020 (MG)

**Monthly Service List**

| DESCRIPTION | ADDRESS | PHONE | FAX | EMAIL |
|---|---|---|---|---|
| Member of Official Committee of Unsecured Creditors | Deutsche Bank Trust Company Americas, Attn Brendan Meyer, Harborside Financial Center, 100 Plaza One MS: JCY03-0699, Jersey City, NJ 07311-3901 | 201-593-8545 | 646-502-4546 | Brendan.meyer@db.com |
| Indenture Trustee to Unsecured Notes / Top 50 Creditor | Deutsche Bank Trust Company Americas, c/o Kelvin Vargas, 25 De Forest Ave, Summit, NJ 07901 | 201-593-2456 | | kelvin.vargas@db.com |
| Securitization Trustee | Deutsche Bank, Rosa Mendez, Corporate Trust Department, 1761 E. St. Andrew Place, Santa Ana, CA 92705-4934 | 714-247-6309 | 714-855-1556 | rosa.mendez@db.com |
| Interested Party, Diem T Nguyen | Diem T Nguyen, , 16478 Beach Blvd No 331, Westminister, CA 92683 | 714-742-5371 | | diem.home@gmail.com |
| Counsel to Green Planet Servicing LLC | Duane Morris LLP, Gerald S Catalanello Esq & james J Bincequerra Esq, 1540 Broadway, New York, NY 10036 | 212-692-1000 | 212-692-1020 | gcatalanello@duanemorris.com;jvi ncequerra@duanemorris.com |
| Prepetition Lender - Fannie EAF | Fannie Mae, Attn Peter McGonigle, 1835 Market St Ste 2300, Philadelphia, PA 19103 | 215-575-1578 | 240-699-2178 | peter_mcgonigle@fanniemae.com |
| GSE - Fannie Mae | Fannie Mae, Catherine Lasher, 950 East Paces Ferry Road, Suite 1900, Atlanta, GA 30326 | 404-398-6901 | | catherine_lasher@fanniemae.com |
| Counsel to Fedelina Roybal-DeAguero 2008 Trust | Fedelina Roybal-DeAguero 2008 Trust, , 42265 Little Lake Rd, Medocino, CA 94560 | | | |
| Counsel to Bank of America NA, Aurora Loan Services & Residential Capital LLC | Fein Such & Crane LLP, Mark K Broyles Esq, 28 East Main St Ste 1800, Rochester, NY 14614 | 585-232-7400 | 585-325-3119 | broylesml@rgcattys.com |
| Counsel to the FDIC | FDIC, Dennis J Early, Counsel - Legal Division, 3501 Fairfax Dr Rm VS-D-7076, Arlington, VA 22226-3500 | 703-562-2739 | | dearly@fdic.gov |
| Member of Official Committee of Unsecured Creditors | Financial Guaranty Insurance Company, Attn John Dubel, 125 Park Ave, New York, NY 10017 | 212-312-3399 | | |
| Counsel to TCF National Bank | Foley & Mansfield PLLP, Thomas J Lallier, 250 Marquette Ave Ste 1200, Minneapolis, MN 55401 | 612-338-8788 | 612-338-8690 | tlallier@foleymansfield.com |
| Counsel to Freddie Mac | Freddie Mac, Kenton W Hambrick Associate General Counsel, M/S202, 8200 Jones Branch Dr, McLean, VA 22102 | 703-903-2473 | 703-903-3692 | kenton_hambrick@freddiemac.co m |
| Counsel to Mercer (US) Inc. | Freeborn & Peters LLP, Devon J Eggert Esq, 311 S Wacker Dr Ste 3000, Chicago, IL 60606-6677 | 312-360-6000 | 312-360-6520 | deggert@freebornpeters.com |
| Counsel to Mercer (US) Inc. | Freeborn & Peters LLP, Thomas R Fawkes Esq, 311 S Wacker Dr Ste 3000, Chicago, IL 60606-6677 | 312-360-6000 | 312-360-6520 | tfawkes@freebornpeters.com |

**GENERAL SERVICE LIST**    7 of 18

Please visit www.kccllc.net/rescap for the most current version of this service list

As of September 4, 2012

12-12020-mg    Doc 1343    Filed 09/04/12    Entered 09/04/12 19:36:47    Main Document
Residential Capital, LLC, et al.
Case No. 12-12020 (MG)
**Monthly Service List**

| DESCRIPTION | ADDRESS | PHONE | FAX | EMAIL |
|---|---|---|---|---|
| Counsel to Wells Fargo Bank, NA | Gibbons PC, Attn Jeffrey S Berkowitz Esq, One Pennsylvania Plaza 37th Fl, New York, NY 10119-3701 | 212-613-2000 | 212-290-2018 | jberkowitz@gibbonslaw.com |
| Counsel to Wells Fargo Bank, NA | Gibbons PC, Attn Karen A Giannelli Esq, One Gateway Center 9th Fl, Newark, NJ 07102-5310 | 973-596-4500 | 973-596-0545 | kgiannelli@gibbonslaw.com |
| Counsel to Ad Hoc RMBS Holder Group | Gibbs & Bruns LLP, Kathy D Patrick Esq & Scott A Humphries Esq, 1100 Louisiana Ste 5300, Houston, TX 77002 | 713-650-8805 | 713-750-0903 | kpatrick@gibbsbruns.com;shumphries@gibbsbruns.com |
| Counsel for the Institutional Investors | Gibbs & Bruns, L.L.P., Kathy D. Patrick, 1100 Louisiana, Suite 5300, Houston, TX 77002 | | | kpatrick@gibbsbruns.com |
| GSE - Ginnie Mae | Ginnie Mae, Ted Tozer, 550 12 St. SW, 3rd Floor, Washington, DC 20024 | 202-485-5010 | | theodore.w.tozer@hud.gov |
| Counsel to Stichting Pensioenfunds ABP, huntington Bancshares Inc, John Hancock Life Insurance Company (U.S.A.), John Hancock Life Insurance Company (U.S.A.) Separate Account 6A & John Hancock Life Insurance Company (U.S.A.) Separate Account 131 | Grant & Eisenhofer PA, Geoffrey C Jarvis Matthew P Morris & Deborah A Elman, 485 Lexington Ave 29th Fl, New York, NY 10017 | 646-722-8500 | 646-722-8501 | gjarvis@gelaw.com;mpmorris@gelaw.com;delman@gelaw.com |
| Counsel for Manufacturers and Traders Trust Company | Hodgson Russ LLP, Garry M Graber Esq, 140 Pearl St Ste 100, Buffalo, NY 14202 | 716-856-4000 | 716-849-0349 | ggraber@hodgsonruss.com |
| Counsel to HP Enterprise Services LLC | HP Enterprise Services LLC, Ayala Hassell Esq, 5400 Legacy Dr, Plano, TX 75024 | 972-605-5507 | 972-605-5616 | ayala.hassell@hp.com |
| Counsel to Newport Management Corporation | Hunton & Williams LLP, Richard P Norton & Robert A Rich, 200 Park Avenue 53rd Fl, New York, NY 10166 | 212-309-1000 | | rnorton@hunton.com;rrich2@hunton.com |
| Counsel to IBM Corporation | IBM Corporation, Attn Shawn Konig, 1360 Rene Levesque W Ste 400, Montreal, QC H3G 2W6 Canada | | | |
| Internal Revenue Service | Internal Revenue Service, Centralized Insolvency Operation, 2970 Market St, Philadelphia, PA 19104 | | 267-941-1015 | |
| Internal Revenue Service | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 | 800-973-0424 | 267-941-1015 | |
| Internal Revenue Service | Internal Revenue Service, Insolvency Section, 31 Hopkins Plz Rm 1150, Baltimore, MD 21201 | 800-913-9358 | | |
| Counsel to Iron Mountain Information Management Inc | Iron Mountain Information Management Inc, Joseph Corrigan, 745 Atlantic Ave, Boston, MA 02111- | 617-535-4744 | 617-451-0409 | bankruptcy2@ironmountain.com |

As of September 4, 2012

12-12020-mg    Doc 1343    Filed 09/04/12    Entered 09/04/12 19:36:47    Main Document

Residential Capital, LLC, et al.
Case No. 12-12020 (MG)
Monthly Service List

| DESCRIPTION | ADDRESS | PHONE | FAX | EMAIL |
|---|---|---|---|---|
| Counsel to Financial Guaranty Insurance Company | Jones Day, Carle E Black, 901 Lakeside Ave, Cleveland, OH 44114 | 216-586-3939 | 216-579-0212 | ceblack@jonesday.com |
| Counsel to Financial Guaranty Insurance Company | Jones Day, Corinne Ball, Richard L Wynne & Lance E Miller, 222 East 41st Street, New York, NY 10017 | 212-326-3939 | 212-755-7306 | cball@jonesday.com;rlwynne@jonesday.com;lemiller@jonesday.com |
| Counsel to the Federal Housing Finance Agency as Conservator of the Federal National Mortgage Association ("Fannie Mae") and the Federal Home Loan Mortgage Corporation | Kasowitz, Benson, Torres & Friedman LLP, Andrew K Glenn, Matthew B Stein, Daniel A Fliman & Nii Amar Amamoo, 1633 Broadway, New York, NY 10019 | 212-506-1700 | 212-506-1800 | aglenn@kasowitz.com;mstein@kasowitz.com;dfliman@kasowitz.com;namamoo@kasowitz.com |
| Counsel to US Bank National Association as Indenture Trustee to the Debtors' Prepetition Junior Secured Notes | Kelley Drye & Warren LLP, James S Carr & Eric R Wilson, 101 Park Ave, New York, NY 10178 | 212-808-7800 | 212-808-7987 | kdwbankruptcydepartment@kelleydrye.com |
| Counsel for Plaintiffs and the Putative Class | Kessler Topaz Meltzer & Check LLP, Edward W. Ciolko Donna Siegel Moffa, 280 King of Prussia Rd, Radnor, PA 19087 | 610-667-7706 | 610-667-7056 | eciolko@ktmc.com;dmoffa@ktmc.com |
| Counsel to Oakland County Treasurer | Kilpatrick & Associates PC, Richardo I Kilpatrick, 903 North Opdyke Rd Ste C, Auburn Hills, MI 48326 | 248-377-0700 | | ecf@kaalaw.com |
| Counsel to Lone Star U.S. Acquisitions, LLC | King & Spalding LLP, W. Austin Jowers & Paul K. Ferdinands & Thaddeus D. Wilson, 1180 Peachtree Street N.E., Atlanta, GA 30309 | 404-572-4600 | 404-572-5100 | thadwilson@kslaw.com;ajowers@kslaw.com;pferdinands@kslaw.com |
| Counsel to the Ally Financial Inc. & Ally Bank | Kirkland & Ellis LLP, Attn Ray C Schrock & Stephen E Hessler, 601 Lexington Ave, New York, NY 10022-4611 | 212-446-4800 | 212-446-4900 | ray.schrock@kirkland.com;richard.cieri@kirkland.com;stephen.hessler@kirkland.com;projectrodeo@kirkland.com;William.b.Solomon@ally.com;Timothy.Devine@ally.com;john.bellaver@ally.com |
| Counsel to the Equity Security Holders (Ally Financial and Ally Bank) | Kirkland & Ellis, Richard M Cieri, 601 Lexington Ave, New York, NY 10022 | 212-446-4770 | 212-446-4900 | richard.cieri@kirkland.com |
| Counsel to Tracy L Klestadt, in his Capacity as Chapter 7 Trustee of Alliance Mortgage Investments, Inc. and Alliance Bancorp | Klestadt & Winters LLP, Attn Tracy L Klestadt & Joseph C Corneau, 570 Seventh Ave 17th Fl, New York, NY 10018 | 212-972-3000 | 212-972-2245 | tklestadt@klestadt.com;jcorneau@klestadt.com |
| Counsel to the Official Committee of Unsecured Creditors | Kramer Levin Naftalis & Frankel LLP, Kenneth H Eckstein, Thomas Moers Mayer & Douglas H Mannal, 1177 Avenue of the Americas, New York, NY 10036 | 212-715-9100 | 212-715-8000 | keckstein@kramerlevin.com;tmayer@kramerlevin.com;dmannal@kramerlevin.com |
| Claims and Noticing Agent | Kurtzman Carson Consultants, Alison M. Tearnen Schepper, 2335 Alaska Ave, El Segundo, CA 90245 | | | rescapinfo@kccllc.com |

12-12020-mg    Doc 1343    Filed 09/04/12    Entered 09/04/12 19:36:47    Main Document
Residential Capital, LLC, et al.
Case No. 12-12020 (MG)
Monthly Service List

| DESCRIPTION | ADDRESS | PHONE | FAX | EMAIL |
|---|---|---|---|---|
| Counsel to Interested Party, Mary Perkins White | Law Offices of Christopher Green, Christopher E. Green, Two Union Square Suite 4285, 601 Union Street, Seattle, WA 98101 | 206-686-4558 | 206-686-2558 | |
| Counsel to Carrollton-Farmers Branch Independent School District and Lewisville Independent School District | Law Offices of Robert E Luna PC, Andrea Sheehan, 4411 N Central Expressway, Dallas, TX 75205 | 214-521-8000 | 214-521-1738 | sheehan@txschoollaw.com |
| Counsel to City of McAllen, South Texas ISD, South Texas College & Cameron County | Linebarger Goggan Blair & Sampson LLP, Diana W Sanders, Po Box 17428, Austin, TX 78760 | 512-447-6675 | 512-443-5114 | austin.bankruptcy@publicans.com |
| Counsel to Dallas County | Linebarger Goggan Blair & Sampson LLP, Elzabeth Weller, 2323 Bryan St Ste 1600, Dallas, TX 75201 | 214-880-0089 | 469-221-5002 | dallas.bankruptcy@publicans.com |
| Counsel to Texas Taxing Authorities - Katy ISD, Matagorda County, Cypress-Fairbanks ISD, Tyler County, Cleveland ISD, Fort Bend County, Montgomery County, Harris County, Galveston County, Orange County | Linebarger Goggan Blair & Sampson LLP, John P Dillman Esq, PO Box 3064, Houston, TX 77253-3064 | 713-844-3478 | 713-844-3503 | houston_bankruptcy@lgbs.com |
| Interested Party | Locke Lord LLP, Casey B Howard, 3 World Financial Center, New York, NY 10281-2101 | 212-812-8342 | 212-812-8372 | choward@lockelord.com |
| Counsel to Wilmington Trust NA, as Indenture Trustee | Loeb & Loeb LLP, Walter H Curchack, Vadim J Rubinstein & Debra W Minoff, 345 Park Ave, New York, NY 10154 | 212-407-4000 | 212-407-4990 | wcurchack@loeb.com;vrubinstein @loeb.com;dminoff@loeb.com |
| Counsel to The Union Central Life Insurance Company, Ameritas Life Insurance Corp. and Acacia Life Insurance Company ; and Cambridge Place Investments Management Inc. | Lowenstein Sandler PC, Andrew Behlmann, 1251 Avenue of the Americas 18th Fl, New York, NY 10020 | 212-262-6700 | 212-262-7402 | abehlmann@lowenstein.com |
| Counsel to The Union Central Life Insurance Company, Ameritas Life Insurance Corp. and Acacia Life Insurance Company ; and Cambridge Place Investments Management Inc. | Lowenstein Sandler PC, Andrew Behlmann, 65 Livingston Ave, Roseland, NJ 07068 | 973-597-2500 | 973-597-2481 | abehlmann@lowenstein.com |
| Counsel to Lead Plaintiff. o The Union Central Life Insurance Company, Ameritas Life Insurance Corp. and Acacia Life Insurance Company ; and Cambridge Place Investments Management Inc. o Counsel to Plaintiffs and the Putative Class | Lowenstein Sandler PC, Michael S Etkin & Ira M Levee, 1251 Avenue of the Americas 18th Fl, New York, NY 10020 | 212-262-6700 | 212-262-7402 | metkin@lowenstein.com;ilevee@l owenstein.com |

12-12020-mg    Doc 1343    Filed 09/04/12    Entered 09/04/12 19:36:47    Main Document
Residential Capital, LLC, et al.
Case No. 12-12020 (MG)
Monthly Service List

| DESCRIPTION | ADDRESS | PHONE | FAX | EMAIL |
|---|---|---|---|---|
| Counsel to Lead Plaintiff, o The Union Central Life Insurance Company, Ameritas Life Insurance Corp. and Acacia Life Insurance Company ; and Cambridge Place Investments Management Inc. o Counsel to Plaintiffs and the Putative Class | Lowenstein Sandler PC, Michael S Etkin & Ira M Levee, 65 Livingston Ave, Roseland, NJ 07068 | 973-597-2500 | 973-597-2481 | metkin@lowenstein.com;ilevee@lowenstein.com |
| Securitization Trustee | M&TCC, , 1 M&T Plaza, 7th Floor, Buffalo, NY 14203 | | | |
| Counsel to Oracle America Inc | Magnozzi & Kye LLP, Amish R Doshi Esq, 23 Green St Ste 302, Huntington, NY 11743 | 631-923-2858 | | adoshi@magnozzikye.com |
| Counsel to Manatee County Tax Collector | Manatee County Tax Collector, Susan D Profant & Ken Burton Jr, 4333 US 301 North, Ellenton, FL 34222 | 941-741-4832 | 941-721-2008 | susanp@taxcollector.com |
| Counsel to Donald T Prather, Trustee | Mathis, Riggs & Prather PSC, Donald T Prather, 500 Main St Ste 5, Shelbyville, KY 40065 | 502-633-5220 | 502-633-0667 | dprather@iglou.com |
| Member of Official Committee of Unsecured Creditors | MBIA Insurance Corporation, Attn Mitchell Sonkin, 113 King St, Armonk, NY 10504 | 914-765-3640 | 914-765-3846 | |
| Counsel to Freddie Mac | McKool Smith PC, Michael R Carney, One Bryant Park 47th Fl, New York, NY 10036 | 212-402-9400 | 212-402-9444 | mcarney@mckoolsmith.com |
| Counsel to Freddie Mac | McKool Smith PC, Paul D Moak, 600 Travis St., Suite 7000, Houston, TX 77002 | 713-485-7300 | 713-485-7344 | pmoak@McKoolSmith.com |
| Counsel to GSE - Freddie Mac | McKool Smith, Attn: Paul D. Moak, 600 Travis St., Suite 7000, Houston, TX 77002 | 713-485-7302 | 713-485-7344 | pmoak@McKoolSmith.com |
| Counsel to Missouri Department of Revenue | Missouri Department of Revenue, Attn Steven A Ginther Esq, Bankruptcy Unit, PO Box 475, Jefferson City, MO 65105-0475 | 573-751-5531 | 573-751-7232 | sdnycef@dor.mo.gov |
| Counsel to Deutsche Bank Trust Company Americas and Deutsche Bank National Trust Company, as trustees of certain mortgage backed securities trust | Morgan Lewis & Bockius LLP, James L Garrity Jr, 101 Park Ave, New York, NY 10178-0600 | 212-309-6000 | 212-309-6001 | jgarrity@morganlewis.com |
| Counsel to Deutsche Bank Trust Company Americas and Deutsche Bank National Trust Company, as trustees of certain mortgage backed securities trust | Morgan Lewis & Bockius LLP, Michael S Kraut, 101 Park Ave, New York, NY 10178-0600 | 212-309-6000 | 212-309-6001 | mkraut@morganlewis.com |
| Counsel to Deutsche Bank Trust Company Americas and Deutsche Bank National Trust Company, as trustees of certain mortgage backed securities trust | Morgan Lewis & Bockius LLP, Patrick D Fleming, 101 Park Ave, New York, NY 10178-0600 | 212-309-6000 | 212-309-6001 | pfleming@morganlewis.com |

12-12020-mg    Doc 1343    Filed 09/04/12    Entered 09/04/12 19:36:47    Main Document
Residential Capital, LLC, et al.
Pg 14 of 19
Case No. 12-12020 (MG)
**Monthly Service List**

| DESCRIPTION | ADDRESS | PHONE | FAX | EMAIL |
|---|---|---|---|---|
| Counsel to Cal-Western Reconveyance Corporation | Moritt Hock & Hamroff LLP, Leslie Ann Berkoff, 400 Garden City Plaza, Garden City, NY 11530 | 516-873-2000 | 516-873-2010 | lberkoff@moritthock.com |
| Residential Capital LLC | Morrison & Foerster LLP, Attn Tammy Hamzehpour, 1290 Avenue of the Americas, New York, NY 10104 | | | Tammy.Hamzehpour@macrescap.com;diane.citron@ally.com |
| Counsel to the Debtors | Morrison & Foerster LLP, Larren M Nashelsky, Gary S Lee & Lorenzo Marinuzzi, 1290 Avenue of the Americas, New York, NY 10104 | 212-468-8000 | 212-468-7900 | lnashelsky@mofo.com;glee@mofo.com;lmarinuzzi@mofo.com |
| Counsel to the Independent Directors of the Residential Capital, LLC | Morrison Cohen LLP, Joseph T Moldovan Esq, 909 Third Ave, New York, NY 10022 | 212-735-8600 | 212-735-8708 | jmoldovan@morrisoncohen.com;bankruptcy@morrisoncohen.com |
| Counsel to Berkshire Hathaway Inc | Munger Tolles & Olson LLP, Seth Goldman, 355 S Grand Ave, Los Angeles, CA 90071 | 213-683-9100 | | seth.goldman@mto.com |
| Counsel to Berkshire Hathaway Inc | Munger Tolles & Olson LLP, Thomas B Walper, 355 S Grand Ave, Los Angeles, CA 90071 | 213-683-9100 | | Thomas.walper@mto.com |
| Stalking Horse Bidder, Nationstar Mortgage | Nationstar Mortgage LLC, Attn: General Counsel, 350 Highland Drive, Lewisville, TX 75067 | 469-549-2000 | 972-315-8637 | |
| Counsel to Commonwealth of Pennsylvania, Department of Revenue, Bureau of Compliance | Office of Attorney General, Carol E. Momjian, Senior Deputy Attorney General, 21 S. 12th Street, 3rd Floor, Philadelphia, PA 19107-3603 | 215-560-2128 | 215-560-2202 | cmomjian@attorneygeneral.gov |
| Office of the New York Attorney General | Office of the NY State Attorney General, Nancy Lord & Enid M Stuart, The Capitol, Albany, NY 12224-0341 | 518-474-5481 | | Nancy.Lord@OAG.State.NY.US;enid.stuart@OAG.State.NY.US |
| Office of the United States Attorney for the Southern District of New York | Office of the US Attorney for the Southern District of NY, United States Attorney Preet Bharara, One St Andrews Plaza, New York, NY 10007 | 212-637-2200 | 212-637-2685;914-993-1980;212-637-2745 | |
| Counsel to Ambac Assurance Corporation | Patterson Belknap Webb & Tyler LLP, David W Dykhouse & Brian P Guiney, 1133 Avenue of the Americas, New York, NY 10036-6710 | 212-336-2000 | 212-336-2222 | dwdykhouse@pbwt.com;bguiney@pbwt.com |
| Counsel to Paul N Papas II | Paul N Papas II, Mylegalhelpusa.com, 4727 E Bell Rd Ste 45-350, Phoenix, AZ 85032 | 602-493-2016 | | Paul_Papas@mylegalhelpusa.com |
| Counsel to Johnson County et al, Richardson ISD | Perdue Brandon Fielder Collins & Mott LLP, c/o Elizabeth Banda Calvo, PO Box 13430, Arlington, TX 76094-0430 | 817-461-3344 | 817-860-6509 | ebcalvo@pbfcm.com |
| Counsel to 2255 Partners LP | Pillsbury Winthrop Shaw Pittman LLP, Attn Ana N Damonte Esq, 50 Fremont St, PO Box 7880, San Francisco, CA 94120-7880 | 415-983-1000 | 415-983-1200 | ana.damonte@pillsburylaw.com |
| Counsel to Representative Plaintiffs and the Putative Class | Polsinelli Shughart PC, Daniel J Flanigan & Jason A Nagi, 805 Third Ave Ste 2020, New York, NY 10022 | 212-684-0199 | 212-759-8290 | dflanigan@polsinelli.com;jnagi@polsinelli.com |

**GENERAL SERVICE LIST**

12 of 18

As of September 4, 2012

12-12020-mg   Doc 1343   Filed 09/04/12   Entered 09/04/12 19:36:47   Main Document
Residential Capital, LLC, et al.
Case No. 12-12020 (MG)
Monthly Service List

| DESCRIPTION | ADDRESS | PHONE | FAX | EMAIL |
|---|---|---|---|---|
| Counsel to Assured Guaranty Municipal Corp | Proskauer Rose LLP, Irena M Goldstein, Eleven Times Square, New York, NY 10036 | 212-969-3000 | 212-969-2900 | igoldstein@proskauer.com |
| Counsel to Dallas CPT Fee Owner LP | Proskauer Rose LLP, Scott K Rutsky & Jared D Zajac, Eleven Times Square, New York, NY 10036 | 212-969-3000 | 212-969-2900 | srutsky@proskauer.com;jzajac@proskauer.com |
| Counsel to The Prudential Insurance Companu of America, The Gibraltar Life Insurance Company, Ltd., Park Place Commerce Investments, LLC, Prudential Retirement Insurance and Annuity Company, Prudential Annuities Life Insurance Corporation, Pruco Life Insurance Company of New Jersey, Commerce Street Investments, LLC, Institutional Core Bond Fund of the Prudential Trust Company Master Commingled Investment Fund for Tax Exempt Trusts, Institutional Core Plus Bond Fund of the Prudential Trust Company Master Commingled Investment Fund for Tax Exempt Trusts, Pru Alpha Fixed Income Opportunity Master Fund I, L.P., Pruco Life Insurance Company, Prudential Annuities Life Assurance Corporation, Prudential Investment Portfolios 2, Prudential Core Short-Term Bond Fund, Prudential Total Return Bond Fund, Inc., Prudential Trust Company, as Trustee for Prudential Merged Retirement Plan, The Prudential Investment Portfolios, Inc., Asset Allocation Fund, The Prudential Life Insurance Company, Ltd., and The Prudential Series Fund, Diversified Bond Portfolio | Quinn Emanuel Urquhart & Sullivan LLP, Daniel L Brockett & David D Burnett, 51 Madison Ave 22nd Fl, New York, NY 10010 | 212-849-7000 | 212-849-7100 | danbrockett@quinnemanuel.com; daveburnett@quinnemanuel.com;jeremyandersen@quinnemanuel.com |
| Counsel to AIG Asset Management (US) LLC | Quinn Emanuel Urquhart & Sullivan LLP, Susheel Kirpalani & Scott C Shelley, 51 Madison Ave 22nd Fl, New York, NY 10010 | 212-849-7000 | 212-849-7100 | susheelkirpalani@quinnemanuel.com;scottshelley@quinnemanuel.com |
| Counsel to Lehman Brothers Holdings Inc | Reilly Pozner LLP, Michael A Rollin, 1900 16th St Ste 1700, Denver, CO 80202 | 303-893-6100 | 303-893-6110 | mrollin@rplaw.com |

GENERAL SERVICE LIST
13 of 18

As of September 4, 2012

12-12020-mg    Doc 1343    Filed 09/04/12    Entered 09/04/12 19:36:47    Main Document
Case No. 12-12020 (MG)
Residential Capital, LLC, et al.
Monthly Service List

| DESCRIPTION | ADDRESS | PHONE | FAX | EMAIL |
|---|---|---|---|---|
| Counsel to The Union Central Life Insurance Company, Ameritas Life Insurance Corp. and Acacia Life Insurance Company | Robbins Geller Rudman & Dowd LLP, Christopher M Wood, One Montgomery Steet Ste 1800, Post Montgomery Center, San Francisco, CA 94104 | 415-288-4545 | 415-288-4534 | cwood@grdlaw.com |
| Counsel to The Union Central Life Insurance Company, Ameritas Life Insurance Corp. and Acacia Life Insurance Company | Robbins Geller Rudman & Dowd LLP, Steven W Pepich, 655 West Broadway Ste 1900, San Diego, CA 92101 | 619-231-1058 | 619-231-7423 | stevep@grdlaw.com |
| Counsel to Certain Homeowners Claimants | Robert E Brown PC, , 44 Wall St 12th Fl, New York, NY 10005 | 212-766-9779 | | rbrown@robertbrownlaw.com |
| Counsel to Secured Creditor County of San Bernardino, California, a California Taxing Authority | Romero Law Firm, Martha E Romero, BMR Professional Building, 6516 Bright Ave, Whittier, CA 90601 | 562-907-6800 | 562-907-6820 | romero@mromerolawfirm.com |
| Counsel to Ad Hoc RMBS Holder Group | Ropes & Gray LLP, D Ross Martin Esq & Keith H Wofford Esq, 1211 Avenue of the Americas, New York, NY 10036-8704 | 212-596-9000 | 212-596-9090 | Ross.martin@ropesgray.com;keith .wofford@ropesgray.com |
| Counsel for the Institutional Investors | Ropes & Gray LLP, D. Ross Martin, Prudential Tower, 800 Boylston Street, Boston, MA 02199 | | | Ross.martin@ropesgray.com |
| Member of Official Committee of Unsecured Creditors | Rowen L Drennie as Representative for the Plaintiffs Brian Kessler et al., 3725 N Indiana, Kansas City, MO 64117 | 816-726-4615 | 816-523-3530 | |
| Counsel to Samuel I White PC | Samuel I White PC, D Carol Sasser Esq, 5040 Corporate Woods Dr Ste 120, Virginia Beach, VA 23462 | 757-490-9284 | 757-497-2802 | dsasser@siwpc.com |
| Counsel to Samuel I White PC | Samuel I White PC, Donna J Hall Esq, 5040 Corporate Woods Dr Ste 120, Virginia Beach, VA 23462 | 757-457-1485 | 757-497-1193 | dhall@siwpc.com |
| Counsel to the City of Union City, New Jersey, and Counsel to Township of Wall | Scarinci & Hollenbeck LLC, Joel R Gluckman Esq, 1100 Valley Brook Ave, PO Box 790, Lyndhurst, NJ 07071-0790 | 201-896-4100 | | jglucksman@scarincihollenbeck.c om |
| Counsel to Liberty Property Limited Partnership | Schnader Harrison Segal & Lewis LLP, Barry Bressler & Richard A Barkasy, 1600 Market St Ste 3600, Philadelphia, PA 19103-7286 | 215-751-2050 | 215-751-2205 | bbressler@schnader.com;rbarkas y@schnader.com |
| Counsel to Liberty Property Limited Partnership | Schnader Harrison Segal & Lewis LLP, Benjamin P Deutsch Esq, 140 Broadway Ste 3100, New York, NY 10005-1101 | 212-973-8000 | 212-972-8798 | bdeutsch@schnader.com |
| Counsel for Cerberus Capital Management LP | Schulte Roth & Zabel LLP, Adam C Harris, 919 Third Ave, New York, NY 10022 | 212-756-2000 | 212-593-5955 | adam.harris@srz.com |
| Counsel for Cerberus Capital Management LP | Schulte Roth & Zabel LLP, Howard O Godnick, 919 Third Ave, New York, NY 10022 | 212-756-2000 | 212-593-5955 | howard.godnick@srz.com |
| Counsel for Cerberus Capital Management LP | Schulte Roth & Zabel LLP, Marguerite Gardiner, 919 Third Ave, New York, NY 10022 | 212-756-2000 | 212-593-5955 | marguerite.gardiner@srz.com |

12-12020-mg    Doc 1343    Filed 09/04/12    Entered 09/04/12 19:36:47    Main Document

Residential Capital, et al.

Case No. 12-12020 (MG)

**Monthly Service List**

| DESCRIPTION | ADDRESS | PHONE | FAX | EMAIL |
|---|---|---|---|---|
| Counsel for Cerberus Capital Management LP | Schulte Roth & Zabel LLP, Michael G Cutini, 919 Third Ave, New York, NY 10022 | 212-756-2000 | 212-593-5955 | michael.cutini@srz.com |
| Secretary of the State | Secretary of State, , 123 William St, New York, NY 10038-3804 | 212-417-5800 | 212-417-2383 | |
| Secretary of the State - Division of Corporations | Secretary of State, Division of Corporations, 99 Washington Ave Ste 600, One Commerce Plz, Albany, NY 12231-0001 | 518-473-2492 | 518-474-1418 | |
| Securities and Exchange Commission - New York Regional Office | Securities & Exchange Commission NY Regional Office, George S Canellos Regional Director, 3 World Financial Center Ste 400, New York, NY 10281-1022 | 212-336-1100 | 212-336-1320 | secbankruptoy@sec.gov;newyork@sec.gov |
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission, Secretary of the Treasury, 100 F St NE, Washington, DC 20549 | 202-942-8088 | 202-772-9317or 202-772-9318 | secbankruptoy@sec.gov |
| Wells Fargo Bank, N.A., as collateral agent for the Prepetition Junior Secured Notes, as collateral agent for the Prepetition Ally Revolver, and as collateral control agent under the Intercreditor Agreement, dated as June 6, 2008 | Seward & Kissell LLP, Greg S Bateman, One Battery Park Plaza, New York, NY 10004 | 212-574-1436 | 212-480-8421 | bateman@sewkis.com |
| Counsel to US Bank National Association as Securitization Trustee; Counsel to US Bank as Master Servicer | Seward & Kissell LLP, Ronald L Cohen & Kalyan Das, One Battery Park Plaza, New York, NY 10004 | 212-574-1200 | 212-480-8421 | cohen@sewkis.com;das@sewkis.com; binder@sewkis.com |
| Counsel to NYCTL 2011-A Trust | Shafferman & Feldman LLP, Joel M Shafferman Esq, 286 Madison Ave Ste 502, New York, NY 10017 | 212-509-1802 | | |
| Counsel to Petra Finance LLC | Shapiro Biasi Wasserman & Gora PA, Thomas A Conrad Esq, 7000 Glades Rd Ste 400, Boca Raton, FL 33434 | 516-477-7800 | 516-477-7722 | taconrad@sblawfirm.com |
| Counsel to Citibank NA | Shearman & Sterling LLP, Fredric Sosnick & Susan A Fennessey, 599 Lexington Ave, New York, NY 10022 | 212-848-4000 | 646-848-7179 | fsosnick@shearman.com;sfennessey@shearman.com |
| Counsel to Nationstar | Sidley Austin LLP, Larry J Nyhan & Jessica CK Boelter, One Dearborn, Chicago, IL 60603 | 312-853-7710 | 312-853-7036 | lnyhan@sidley.com;jboelter@sidley.com;bmyrick@sidley.com |
| Counsel to the administrative agent for the Debtors' proposed providers of debtor in possession financing | Skadden Arps Slate Meagher & Flom LLP, Jonathan H. Hofer, Four Times Square, New York, NY 10036 | 212-735-3849 | 917-777-3849 | jhofer@skadden.com;nikolay.kodes@skadden.com |
| Counsel to Barclays Bank PLC | Skadden Arps Slate Meagher & Flom LLP, Ken Ziman, Four Times Square, New York, NY 10036 | 212-735-3000 | 917-777-3310 | ken.ziman@skadden.com |

**GENERAL SERVICE LIST**

15 of 18

As of September 4, 2012

12-12020-mg    Doc 1343    Filed 09/04/12    Entered 09/04/12 19:36:47    Main Document

Residential Capital, LLC, et al.
Case No. 12-12020 (MG)
**Monthly Service List**

| DESCRIPTION | ADDRESS | PHONE | FAX | EMAIL |
|---|---|---|---|---|
| Counsel to the administrative agent for the Debtors' proposed providers of debtor in possession financing | Skadden Arps Slate Meagher & Flom LLP, Sarah M Ward, Four Times Square, New York, NY 10036 | 212-735-2126 | 917-777-2126 | sarah.ward@skadden.com |
| Counsel to Barclays Bank PLC | Skadden Arps Slate Meagher & Flom LLP, Suzanne D T Lovett, Four Times Square, New York, NY 10036 | 212-735-3000 | 917-777-2689 | suzanne.lovett@skadden.com |
| Counsel to Bank of the West | Stinson Morrison Hecker LLP, Andrew W. Muller, 1201 Walnut, Ste. 2900, Kansas City, MO 64106 | 816-842-8600 | 816-691-3495 | amuller@stinson.com |
| Counsel to Mortgage Electronic Registration Systems Inc and MERSCOPR Inc ("MERS") | Sullivan Hazeltine Allinson LLC, William A Hazeltine Esq, 901 N Market St Ste 1300, Wilmington, DE 19801 | 302-428-8191 | 302-428-8195 | whazeltine@sha-llc.com |
| Counsel for Institutional Investors & an Ad Hoc Consortium of RMBS holders | Talcott Franklin P.C., Attn: Talcott J. Franklin, 208 N. Market Street, Suite 200, Dallas, TX 75202 | 214-736-8730 | | tal@talcottfranklin.com |
| Counsel to an Ad Hoc Consortium of RMBS holders | Talcott Franklin P.C., Derek S Witte, 208 N. Market Street, Suite 200, Dallas, TX 75202 | 214-736-8730 | 877-577-1356 | derek@talcottfranklin.com |
| Counsel to TCF National Bank | TCF National Bank, janella J Miller Senior Vice President & Senior Counsel, 200 Lake St, Wayzata, MN 55391 | 952-745-2716 | | jmiller@tcfbank.com |
| Counsel to JPMorgan Chase Bank, NA | Teitelbaum & Baskin LLP, Jay Teitelbaum Esq, 1 Barker Ave Third Fl, White Plains, NY 10601 | 914-437-7670 | 914-437-7672 | jteitelbaum@tblawllp.com |
| Indenture Trustee under the Pre-Petition GSAP Facility | The Bank of New York Mellon, Asset-Backed Securities Group, 101 Barclay St 4W, New York, NY 10286 | | | |
| Member of Official Committee of Unsecured Creditors | The Bank of New York Mellon, Attn Robert H Major Vice President, 6525 West Campus Oval, New Albany, OH 43054 | 614-775-5278 | 614-775-5636 | robert.major@bnymellon.com |
| Securitization Trustee | The Canada Trust Company, Susan Khokher, 79 Wellington Street, West, 8th Floor, PO Box 1, Toronto-Dominion Centre, Toronto, ON M5K 1A2 Canada | 416-308-3825 | 416-983-2044 | susan.khokher@tdsecurities.com; kathryn.thorpe@tdsecurities.com; Adam.Parkin@tdsecurities.com; Christopher.stevens@tdsecurities.com; |
| Counsel to Tina Morton Travis County Tax Assessor Collector | Travis County Attorney, Kay D Brock Assistant Travis County Atty, PO Box 1748, Austin, TX 78767 | 512-854-9513 | 512-854-4808 | kay.brock@co.travis.tx.us |
| Indenture Trustee to the Debtors' Prepetition Junior Secured Notes | U.S. Bank National Association, Attn: George Rayzis, 50 South 16 th Street,  Suite 2000 , Philadelphia, PA 19102 | 215-761-9317 | | george.rayzis@usbank.com |
| Indenture Trustee to the Debtors' Prepetition Junior Secured Notes | U.S. Bank National Association, Attn: Irina Palchuk, 60 Livingston Avenue , EP-MN-WS1D, St. Paul, MN 55107 | 651-495-3404 | 651-495-8100 | irina.palchuk@usbank.com |

**GENERAL SERVICE LIST**

As of September 4, 2012

Please visit www.kccllc.net/rescap for the most current version of this service list

12-12020-mg    Doc 1343    Filed 09/04/12    Entered 09/04/12 19:36:47    Main Document
Residential Capital, LLC, et al.
Case No. 12-12020 (MG)
Monthly Service List

| DESCRIPTION | ADDRESS | PHONE | FAX | EMAIL |
|---|---|---|---|---|
| Member of Official Committee of Unsecured Creditors | U.S. Bank National Association, Attn: Mamta K Scott & David A Jason, 190 S. LaSalle Street, Chicago, IL 60603 | 312-332-6578 | | mamta.scott@usbank.com; david.jason@usbank.com |
| Securitization/HELOC Trustee | U.S. Bank National Association, Michelle Moeller, 60 Livingston Ave., St. Paul, MN 55107 | 651-495-3839 | 866-869-1624 | michelle.moeller@usbank.com |
| Securitization/HELOC Trustee | U.S. Bank National Association, Tanver Ashraf, Corporate Trust Services, West Side Flats, EP-Mn-WSD, 60 Livingston Ave., St. Paul, MN 55107 | 651-495-3882 | 866-831-7910 | tanveer.ashraf@usbank.com |
| Counsel to GSE - Ginnie Mae | U.S. Department of Justice, Attn: Glenn D. Gillette, Civil Division, 1100 L Street NW, Room 10018, Washington, DC 20005 | | | Glenn.Gillett@usdoj.gov |
| Office of the United States Attorney General | U.S. Department of Justice, US Attorney General, Eric H. Holder, Jr., 950 Pennsylvania Ave NW, Washington, DC 20530-0001 | 202-514-2063 | 202-307-6777 | AskDOJ@usdoj.gov |
| Counsel to the United State of America | United States Attorney's Office for the Southern District of New York civil Division, Attn Joseph Cordaro, 86 Chambers St 3rd Fl, New York, NY 10007 | | | joseph.cordaro@usdoj.gov |
| Office of the United States Trustee for the Southern District of New York | US Trustee for the Southern District of NY, Tracy Hope Davis, Linda A. Rifkin and Brian S. Masumoto, 33 Whitehall St 21st Fl, Region 2, New York, NY 10004 | 212-510-0500 | 212-668-2255 | Tracy.Davis2@usdoj.gov; Linda.Rifkin@usdoj.gov; Brian.Masumoto@usdoj.gov |
| Counsel to Representative Plaintiffs and the Putative Class | Walters Bender Stohbehn & Vaughan PC, J Michael Vaughan & David M Skeens, 2500 City Center Square, 1100 Main St, Kansas City, MO 64105 | 816-421-6620 | 816-421-4747 | mvaughan@wbsvlaw.com;dskeens@wbsvlaw.com |
| GMEN Indenture Trustee at Corporate Trust Office | Wells Fargo Bank NA, Attn Corporate Trust Services - GMACM Home Equity Notes 2004 Variable Funding Trust, PO Box 98, Columbia, MD 21046 | | | |
| Securitization/HELOC Trustee | Wells Fargo Bank, N.A., Kelly Rentz, Corporate Trust Services, 9062 Old Annapolis Road, Columbia, MD 21045 | 410-884-2208 | 410-715-2380 | kelly.j.rentz@wellsfargo.com; Nichlaus.M.Ross@wellsfargo.com; Sharon.Squillario@wellsfargo.com; mary.l.sohlberg@wellsfargo.com |
| Counsel to Wells Fargo Bank, NA | Wells Fargo Law Department, Kristi Garcia Esq Senior Counsel, MAC T7405-010, 4101 Wiseman Blvd, San Antonio, TX 78251 | 210-543-5747 | 210-543-3015 | kristi.garcia@wellsfargo.com |

GENERAL SERVICE LIST
17 of 18

**Residential Capital, LLC, et al.**
**Case No. 12-12020 (MG)**
**Monthly Service List**

| DESCRIPTION | ADDRESS | PHONE | FAX | EMAIL |
|---|---|---|---|---|
| Claimant, Counsel to Prospective Claimant Ray Elliott & Claimant Paul Papas | Wendy Alison Nora , 210 Second St NE, Minneapolis, MN 55413 | 612-333-4144 | 612-886-2444 | accesslegalservices@gmail.com |
| Counsel to Wells Fargo as collateral agent for the Prepetition Junior Secured Notes | White & Case LLP, Attn: Gerard Uzzi, 1155 Avenue of the Americas, New York, NY 10036-2787 | 212-819-8479 | 212-354-8113 | guzzi@whitecase.com |
| Member of Official Committee of Unsecured Creditors | Wilmington Trust NA, Julie J Becker Vice President, 50 South Sixth St Ste 1290, Minneapolis, MN 55402-1544 | 612-217-5628 | 612-217-5651 | jwilliams@wilmingtontrust.com;rm aney@wilmingtontrust.com |
| Securitization Trustee | Wilmington Trust, Jennifer Williams , 1100 N. Market St., Wilmington, DE 19801 | 302-636-6489 | 302-636-4140 | |
| Counsel to the County of Putnam, Department of Finance | Wilson Elser Moskowitz Edelman & Dicker LLP, Attn David L Tillem, 3 Gannett Dr, White Plains, NY 10604-3407 | 914-323-7000 ext 7104 | 914-323-7001 | david.tillem@wilsonelser.com |
| Counsel to GSE - Fannie Mae | Winston & Strawn LLP, Attn: David Neier, 200 Park Avenue, New York, NY 10166 | 212-294-5318 | 212-294-4700 | dneier@winston.com |
| Counsel to Federal National Mortgage Association | Winston & Strawn LLP, David Neier, Carey D Schreiber & Alan Moskowitz, 200 Park Avenue, New York, NY 10166-4193 | 212-294-6700 | 212-294-4700 | dneier@winston.com;cschreiber@ winston.com;almoskowitz@winsto n.com |
| Counsel to The Western and Southern Life Insurance Company et al | Wollmuth Maher & Deutsch LLP, Attn James N Lawlor, One Gateway Center 9th Fl, Newark, NJ 07102- | 973-733-9200 | 973-733-9292 | jlawlor@wmd-law.com |
| Counsel to The Western and Southern Life Insurance Company et al | Wollmuth Maher & Deutsch LLP, Attn Paul R DeFilippo & Steven S Fitzgerald, 500 Fifth Ave 12th Fl, New York, NY 10110 | 212-382-3300 | 212-382-0050 | pdefilippo@wmd-law.com;sfitzgerald@wmd-law.com |
| Counsel to National Credit Union Administration Board, as Liquidating Agent of U.S. Central Federal Credit Union, Western Corporate Federal Credit Union, Members United Corporate Federal Credit Union, Southwest Corporate Federal Credit Union and Constitution Corporate Federal Credit Union | Zuckerman Spaeder LLP, Graeme W. Bush & Nelson C. Cohen & Laura E. Neish, 1185 Avenue of the Americas, 31st Floor, New York, NY 10036 | 212-704-9600 | 212-704-4256 | gbush@zuckerman.com; ncohen@zuckerman.com; lneish@zuckerman.com |
| Counsel to National Credit Union Administration Board, as Liquidating Agent of U.S. Central Federal Credit Union, Western Corporate Federal Credit Union, Members United Corporate Federal Credit Union, Southwest Corporate Federal Credit Union and Constitution Corporate Federal Credit Union | Zuckerman Spaeder LLP, Graeme W. Bush & Nelson C. Cohen & Laura E. Neish, 1800 M Street, N.W., Suite 1000, Washington, DC 20036 | 202-778-1800 | 202-822-8106 | gbush@zuckerman.com; ncohen@zuckerman.com; lneish@zuckerman.com |