**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ X
                                                            :
In re:                                                      :    Chapter 11
                                                            :
RESIDENTIAL CAPITAL, LLC, et al.,                           :    Case No. 12-12020 (MG)
                                                            :
                                    Debtors.                :    Jointly Administered
                                                            :
------------------------------------------------------------ X

### STIPULATION ADOPTING UNIFORM PROTECTIVE ORDER FOR EXAMINER DISCOVERY FOR PURPOSES OF DISCOVERY BY ALLY FINANCIAL INC. TO THE CREDITORS' COMMITTEE

Non-Debtor Ally Financial Inc. and its non-debtor affiliates ("Ally") and the Official Committee of Unsecured Creditors (the "Committee") hereby stipulate to and adopt by reference the terms and conditions of the Order [Doc. 1223] and Uniform Protective Order for Examiner Discovery [Doc. 1223-1] such that these terms and conditions shall govern the disclosure, discovery, production, and use of documents and other information provided by Ally to the Committee in the above-referenced chapter 11 cases.

Dated: New York, New York
September 5, 2012

KRAMER LEVIN NAFTALIS & FRANKEL LLP

By: /s/ Jennifer L. Rochon
Barry H. Berke
Jennifer L. Rochon
1177 Avenue of the Americas
New York, New York 10036
Telephone: 212-715-9100
Electronic mail: jrochon@kramerlevin.com

*Counsel to the Official Committee of Unsecured Creditors*


KIRKLAND & ELLIS LLP

By: /s/ Patrick M. Bryan
Richard M. Cieri
Jeffrey S. Powell
Patrick M. Bryan
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

*Counsel to Non-Debtors Ally Financial Inc. and Ally Bank*


Dated: September 7, 2012                **SO ORDERED:**


                                        **     /s/Martin Glenn         **
                                            MARTIN GLENN
                                        United States Bankruptcy Judge