**EXHIBIT 2**

**PROJECT BOUNCE**
**Estimated Purchase Price Allocation by Facility**

> **Note:**
> Purchase price reflects estimates based on 2/29/2012 values and is subject to change
> Allocation shown below is based on book value and is for illustrative purposes

| ($ in millions) | Book Value of Assets as of 2/29/2012 | | | | | | | | | | | 2/29/2012 Estimated Purchase Price Allocated by Facility | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | Ally Revolver | Blanket | Ally LOC | Citi MSR | GSAP | BMMZ Repo | Fannie EAF | Unpledged | Total | Int'l/ Capre | Grand Total | Ally Revolver | Blanket | Ally LOC | Citi MSR | GSAP | BMMZ Repo | Fannie EAF | Unpledged | Total |
| **Bid Assets** | | | | | | | | | | | | | | | | | | | | |
| HFS | $ 343 | $ 127 | $ 648 | $ - | $ - | $ 382 | $ - | $ - | $ 1,500 | $ - | $ 1,500 | $ 356 | $ 124 | $ 660 | $ - | $ - | $ 397 | $ - | $ - | $ 1,537 |
| Servicer Advance | 676 | 12 | 79 | - | 792 | - | 144 | 108 | 1,811 | - | 1,811 | 591 | 11 | 74 | - | 777 | - | 133 | 103 | 1,689 |
| MSR | - | 1 | 206 | 602 | - | - | - | 393 | 1,203 | - | 1,203 | - | 2 | 203 | 363 | - | - | - | 99 | 665 |
| Trading Securities | 29 | 14 | - | - | - | - | - | - | 43 | - | 43 | 34 | - | - | - | - | - | - | - | 34 |
| Other AR | - | 4 | 36 | 36 | - | 4 | - | 13 | 93 | - | 93 | 2 | 4 | 4 | - | - | 2 | - | - | 12 |
| Other | - | 49 | - | - | - | - | - | - | 49 | - | 49 | - | 5 | - | - | - | - | - | - | 5 |
| **Subtotal Bid Assets** | 1,049 | 207 | 969 | 638 | 792 | 387 | 144 | 515 | 4,700 | - | 4,700 | 983 | 145 | 940 | 363 | 777 | 399 | 133 | 201 | 3,942 |
| 3rd Party Subservicing |  |  |  |  |  |  |  |  |  |  |  | - | - | 31 | - | - | - | - | - | 31 |
| Less Allocated Liabilities |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | (72) |
| **Total Est. Purchase Price** |  |  |  |  |  |  |  |  |  |  |  | $ 983 | $ 145 | $ 972 | $ 363 | $ 777 | $ 399 | $ 133 | $ 201 | $ 3,901 |
| **Cash** | | | | | | | | | | | | | | | | | | | | |
| Cash | 69 | 174 | - | - | 91 | - | - | 252 | 586 | 120 | 706 | | | | | | | | | |
| Restricted Cash | - | 211 | - | - | - | - | - | - | 211 | 123 | 334 | | | | | | | | | |
| **Non-Bid Assets** | | | | | | | | | | | | | | | | | | | | |
| HFS | 42 | 15 | 22 | - | - | - | - | - | 79 | 5 | 84 | | | | | | | | | |
| Servicer Advance | 95 | (0) | - | - | 178 | - | - | - | 273 | 0 | 273 | | | | | | | | | |
| Trading Securities | - | 11 | 42 | - | - | - | - | - | 53 | (0) | 53 | | | | | | | | | |
| GNMA AR | 29 | 329 | 466 | - | - | - | - | - | 824 | - | 824 | | | | | | | | | |
| GNMA Loans | 36 | 124 | 189 | - | - | - | - | - | 350 | - | 350 | | | | | | | | | |
| REO | 5 | 15 | 11 | - | - | - | - | - | 32 | 4 | 35 | | | | | | | | | |
| Other AR | 3 | 27 | - | - | - | - | - | 6 | 36 | 33 | 69 | | | | | | | | | |
| Other | - | 12 | - | - | - | - | - | - | 12 | 34 | 47 | | | | | | | | | |
| **Subtotal Bid Assets** | 211 | 534 | 730 | - | 178 | - | - | 6 | 1,657 | 76 | 1,734 | | | | | | | | | |
| **Total Assets** | 1,329 | 1,126 | 1,699 | 638 | 1,060 | 387 | 144 | 772 | 7,154 | 319 | 7,474 | | | | | | | | | |
| Plus Excluded Assets |  |  | 2 |  |  |  |  |  | 2 |  | 8,589 | | | | | | | | | |
| **Grand Total Assets** | $ 1,329 | $ 1,126 | $ 1,701 | $ 638 | $ 1,060 | $ 387 | $ 144 | $ 772 | $ 7,156 | $ 319 | $ 16,063 | | | | | | | | | |