UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: ) | Case No. 12-12020 (MG) |
| ) | |
| RESIDENTIAL CAPITAL, LLC, et al., ) | Chapter 11 |
| ) | |
| Debtors. ) | Jointly Administered |
| ) | |

## AFFIDAVIT OF DISINTERESTEDNESS

STATE OF CALIFORNIA )
                              ) ss:
COUNTY OF ORANGE )

**Robin Prema Wright**, being duly sworn, upon his/her oath, deposes and says:

1. I am managing partner of Wright, Finlay & Zak, LLP, located at 4665 MacArthur Court, Suite 280, Newport Beach, CA 92660 (the "Firm").

2. The above-captioned debtors and debtors-in-possession (each a "Debtor" and collectively the "Debtors") have requested that the Firm provide legal services to the Debtors, and the Firm has consented to provide such services.

3. The Firm may have performed services in the past, may currently perform services, and may perform services in the future, in matters unrelated to the above-captioned cases (the "Chapter 11 Cases"), for persons that are parties-in-interest in the Debtors' Chapter 11 Cases. The Firm does not perform services for any such person in connection with these Chapter 11 Cases, or have any relationship with any such person, their attorneys, or accountants that would be adverse to the Debtors or their estates.

ny-1050237

4. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be employed by the Debtors, claimants, and parties in interest in these Chapter 11 Cases,

5. Neither I nor any principal, partner, director, officer of, or professional employed by, the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principal and regular employees of the Firm.

6. Neither I nor any principal, partner, director, officer, of, or professional employed by, the Firm, insofar as I have been able to ascertain, holds, or represents any interest adverse to the Debtors or their estates with respect to the matter(s) upon which this Firm is to be employed.

7. The Debtors owe the Firm $7,880.02 for prepetition services, the payment of which is subject to limitations contained in the United States Bankruptcy Code, 11 U.S.C. § 101, et seq.

8. As of the Petition Date, the Firm was not party to an agreement for indemnification with certain of the Debtors.

9. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.

ny-1050237

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 13, 2012

_____
**Robin Prema Wright**

Sworn to and subscribed before me
this 1' day of August, 2012

_____
Notary Public

ny-1050237

State of California
County of Orange

Subscribed and sworn to (or affirmed) before me on this 14th day of August, 20 12, by Robin Prema Wright

_____,
proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

SHAMIKA LAKIMBA POLIN
Commission # 1922643
Notary Public - California
Orange County
My Comm. Expires Feb 18, 2015

(Seal)                    Signature _____

*In re Residential Capital, LLC*, et al.
Chapter 11 Case No. 12-12020 (MG)

RETENTION QUESTIONNAIRE[1]

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY RESIDENTIAL CAPITAL, LLC, et al. (the "Debtors")

THIS QUESTIONNAIRE WILL BE FILED WITH THE COURT ON YOUR BEHALF. PLEASE REMIT IT TO THE FOLLOWING ADDRESS:

> Morrison & Foerster LLP
> 1290 Avenue of the Americas
> New York, New York 10104
> Attn: Norman S. Rosenbaum and Jordan A. Wishnew

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1. Name and address of firm:

    Wright, Finlay & Zak, LLP

    4665 MacArthur Court, Suite 280

    Newport Beach, CA 92660

2. Date of original retention: 10/22/2009

3. Brief description of legal services to be provided:

    Litigation services to defend alleged wrongful foreclosure claim in Nevada

4. Arrangements for compensation (hourly, contingent, etc.)

    (a) Average hourly rate (if applicable): $210.00

    (b) Estimated average monthly compensation (based on prepetition retention if firm was employed prepetition):

    $200

5. Prepetition claims against any of the Debtors held by the firm:

---

[1] All amounts are either owing in U.S. Dollars or have been converted to U.S. Dollars based upon the applicable exchange rate in effect on the Petition Date.

1

ny-1050235

        Amount of claim: $7,880.02

        Date claim arose: 2012

        Source of claim: Unpaid fees for legal services

6. Prepetition claims against any of the Debtors held individually by any member, associate, or professional employee of the firm:

   Name: None

   Status: N/A

   Amount of Claim: N/A

   Date claim arose: N/A

   Source of Claim: N/A

7. Stock of any of the Debtors currently held by the firm:

   Kind of shares: None

   No. of shares: N/A

8. Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

   Name: None

   Status: N/A

   Kind of shares: N/A

   No. of shares: N/A

9. Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates with respect to the matters on which the above-named firm is to be employed.

   None

10. Amount of any retainer received from the Debtors held by the firm:

   (a) As of May 14, 2012: None

2

ny-1050235

(b) Balance remaining after application to invoices due and owing
prior to May 14, 2012:  N/A

Name: Robin Prema Wright

Title: Managing Partner

3

ny-1050235