THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 12-12020-11 |
| **RESIDENTIAL CAPITAL, LLC** | § | |
| | § | |
| *Debtor* | § | CHAPTER 11 |

## NOTICE OF APPEARANCE AND REQUEST
## FOR SERVICE OF NOTICES AND PLEADINGS

**PLEASE TAKE NOTICE** that the undersigned hereby enters an appearance on behalf of the following Taxing Authorities located in the State of Texas, specifically, to wit:

**JASPER COUNTY**

(hereinafter collectively referred to as "Taxing Authority"), secured creditors and parties-in-interest in the above-numbered and styled bankruptcy case. The undersigned further requests that notice and copies of all motions, notices, reports, briefs, applications, adversary proceedings, proposed orders, confirmed copies of orders, any proposed disclosure statement or plan of reorganization that has been filed with the court, any other documents or instructions filed in the above-referenced and styled bankruptcy case and any other matter in which notice is required pursuant to 11 U.S.C. §1109(b) and Bankruptcy Rules 2002(a), (b), 3017(a) and 9013 of the Federal Rules of Bankruptcy Procedure.

Copies should be mailed to the secured creditors in care of the undersigned as the address set forth below.

Date: 9-10-12

Respectfully submitted,

JOHN P. DILLMAN
*Attorney in Charge for Taxing Authorities*
Texas State Bar No. 05874400
Post Office Box 3064
Houston, Texas 77253-3064
(713) 844-3478 - *Telephone*
(713) 844-3503 - *Telecopier*
Email: houston_bankruptcy@lgbs.com

OF COUNSEL:

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
Post Office Box 3064
Houston, Texas 77253-3064
(713) 844-3478 - *Telephone*
(713) 844-3503 - *Telecopier*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served electronically upon the entities listed below or by placing same in the United States Mail, first class, postage fully prepaid, on even date.

| Attorney For Debtor | United States Trustee | Debtor |
|---|---|---|
| LARREN M. NASHELSKY<br>MORRISON & FOERSTER LLP<br>1290 AVENUE OF THE AMERICAS<br>NEW YORK NY 10104 | UNITED STATES TRUSTEE<br>33 WHITEHALL STREET<br>21ST FLOOR<br>NEW YORK, NY 10004 | RESIDENTIAL CAPITAL, LLC<br>1177 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10036 |

JOHN P. DILLMAN