MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:   (212) 468-8000
Facsimile:   (212) 468-7900
Gary S. Lee
Joel C. Haims

*Counsel for the Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**DEBTORS' EXHIBIT LIST FOR HEARING
ON MOTION OF THE FEDERAL HOUSING FINANCE AGENCY
FOR RELIEF FROM THE AUTOMATIC STAY**

| EXHIBIT | DESCRIPTION |
|---|---|
| 1 | FHFA Litigation Amended Complaint, **filed as Exhibit A to the Declaration of Jeffrey A. Lipps ("Lipps Declaration") in Support of Debtors' Objection to Motion of the Federal Housing Finance Agency for Relief from the Automatic Stay [Dkt. No. 1023]** |
| 2 | FHFA letter to Judge Cote, dated July 30, 2012, **filed as Exhibit B to the Lipps Declaration [Dkt. No. 1023]** |
| 3 | Shared Services Agreement, **filed as Exhibit A to the Declaration of Mary Fahy Woehr ("Woehr Declaration") in Support of Debtors' Supplemental Brief in Support of Its Objection to Motion of the Federal Housing Finance Agency for Relief from the Automatic Stay ("Supplemental Brief") [Dkt. No. 1295]** |
| 4 | Legal Services Statement of Work, **filed as Exhibit B to the Woehr Declaration [Dkt. No. 1295]** |

ny-1056342                                1

| EXHIBIT | DESCRIPTION |
|---|---|
| 5 | Record Services Statement of Work, **filed as Exhibit A to the Supplemental Declaration of John G. Mongelluzzo in Support of the Supplemental Brief [Dkt. No. 1295]** |
| 6 | Subpoena, dated August 16, 2012, issued to Homecomings Financial, LLC, **filed as Exhibit A to the Declaration of Joel C. Haims in Support of the Supplemental Brief [Dkt. No. 1295]** |
| 7 | FHFA Loan File Status Report, **filed in** *FHFA v. Ally Financial Inc.*, **No. 11-cv-7010 (S.D.N.Y.) (the "FHFA Litigation"), ECF No. 196.** |
| 8 | Defendants' Coordinated Report of Loan File Production, **filed in the FHFA Litigation (ECF No. 197).** |

Dated: September 10, 2012  
New York, New York

*/s/* Joel C. Haims  
Gary S. Lee  
Joel C. Haims

MORRISON & FOERSTER LLP  
1290 Avenue of the Americas  
New York, New York 10104  
Telephone: (212) 468-8000  
Facsimile: (212) 468-7900

Counsel for the Debtors and  
Debtors in Possession

-2-

ny-1056342