**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:

    RESIDENTIAL CAPITAL, LLC, *et al*.

                               Debtors.

Case No. 12-12020 (MG)

Jointly Administered

## ORDER DENYING DEBTORS' MOTION TO ADJOURN SEPTEMBER 11, 2012 HEARING  ON MOTION OF FHFA

      By letter dated September 7, 2012, the Debtors requested that the hearing scheduled for 2:00 p.m., September 11, 2012 on the motion of the Federal Finance Housing Agency ("FHFA") (*see* ECF Doc. # 859) be adjourned because of a request for stay filed in the United States Court of Appeals for the Second Circuit in a related case.  By letter dated September 10, 2012, the FHFA opposes the adjournment.

      The request for an adjournment is **DENIED.**  The hearing will go forward as scheduled.

Dated:    September 10, 2012
           New York, New York

                    *Martin Glenn*
                      MARTIN GLENN
            United States Bankruptcy Judge