# UNITED STATES DISTRICT BANKRUPTCY COURT

# SOUTHERN DISTRICT OF NEW YORK

Civil Case#  12 – cv 12020

Residential Capital, LLC, et al
Debtor
    v.

*U.S. Trustee* -**United States Trustee**
33 Whitehall Street
21st Floor
New York, NY 10004
(212) 510-0500

*Claims and Noticing Agent*
**Kurtzman Carson Consultants**
2335 Alaska Ave
El Segundo, CA 90245



RECEIVED SEP 10 2012 U.S. BANKRUPTCY COURT SO. DIST. OF NEW YORK

## "Motion for Stay to Order regarding Limited Relief from Stay" until Order on "Motion to Void Pleadings & Sanctions due to violation of Bankruptcy Code" is Issued by the court.

<u>**Plaintiff requests a hearing on October 10, 2012, on the "Motion to Void Pleadings & Sanctions" in the case in state court,**</u> ( Montgomery Court of common Pleas- Pennsylvania #2009-35338)  for GMAC Mortgage, LLC & counsel, violating the Bankruptcy Code and misrepresenting the extent of the Stay to The defendant, Taggart, as well as The Court of Common Pleas, in Montgomery County, Pennsylvania.

The opinion does not address the many pleadings that were entered in the case and prejudice that Taggart has incurred as a result of his claims being Stayed in Common Pleas Court when in fact GMAC's claims proceeded as usual.

It also fails to address the fact that GMAC did not file a timely notice with the court in the State foreclosure case. It only filed a Motion of Stay, which was misrepresentitive of the stay, after Taggart learned of the bankruptcy and notified counsel for GMAC of their requirement to file notice of stay with the court.

**Request to "Stay Order on Limited Relief from Stay" that was Granted Until Order on Motion to Void Pleadings and Sanctions can issued.**

Taggart would be severely prejudiced should the case proceed without a decision on the bankruptcy rule violations. Taggart has already been prejudiced by the case proceeding in violation of the Bankruptcy rules and misrepresentations by GMAC.

**Taggart requests a hearing date on "Request to Stay Order on Limited Relief from Stay" on October 10, 2012**

Kenneth Taggart, Pro Se

September 8, 2012

2