# UNITED STATES DISTRICT BANKRUPTCY COURT

# SOURTHERN DISTRICT OF NEW YORK

Civil Case# 12 – cv 12020

Residential Capital, LLC, et al
Debtor
    v.

*U.S. Trustee* -**United States Trustee**
33 Whitehall Street
21st Floor
New York, NY 10004
(212) 510-0500

*Claims and Noticing Agent*
**Kurtzman Carson Consultants**
2335 Alaska Ave
El Segundo, CA 90245



RECEIVED SEP 10 2012 U.S. BANKRUPTCY COURT

## Motion to Void Pleadings & Sanctions due to violation of Bankruptcy Code

**Void pleadings since date of bankruptcy filing**

Kenneth Taggart, hereby Motions the court to void all pleadings in GMAC v Taggart ( Montgomery Court of common Pleas-Pennsylvania #2009-35338) -for failure to timely notify Taggart and the Court of Bankruptcy filing by GMAC; It further asserted to Taggart , Montgomery county court and The bankruptcy court that only one count should proceed and remainder "Stayed" as a result of the Stay since June 6,2012. Kenneth Taggart Motions the court to Void all pleadings in the foregoing case since GMAC's Bankruptcy filing date of May 14,2012.

**Sanctions on GMAC & Counsel**

GMAC should be sanctioned and costs awarded to Taggart for GMAC misleading the court and Taggart. Taggart had to further defend several briefs & motions that were filed in violation of the Stay and Bankruptcy rules and laws.

**Conclusion**

Taggart seeks the court to void all pleadings in this case from May 14, 2012 Until present and sanctions be imposed upon GMAC and counsel and costs be awarded to Taggart for having to respond to several pleadings that were void and in violation of the Bankruptcy code and laws.

Kenneth Taggart, Pro Se

August 14, 2012

2