UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>Residential Capital LLC, et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 12-12020 (MG)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Rebecca Zarett, depose and state as follows:

I am over 18 years of age, and I am employed by Kirkland & Ellis, LLP, located at 601 Lexington Avenue, New York, NY 10022.

On September 7, 2012 I caused the following documents to be served via electronic mail and fist class mail on the list attached hereto as **Exhibit A**:

- Ally Financial, Inc. and Ally Bank's Reply in Support of Debtor's Motion to Extend Exclusivity Period to File Chapter 11 Plan and Solicit Acceptances Thereof [Docket No. 1372]

I declare, under penalty of perjury under the laws of the United States of America that, the above is true and correct.

Dated: New York, New York
September 10. 2012

_____
Rebecca Zarett
Kirkland & Ellis LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

State of New York    )
                     ) ss.
County of New York   )

Subscribed and sworn to before me on September 10, 2012.

_____
Lisa Cinque

LISA CINQUE
Notary Public, State of New York
No. 01CI6144559
Qualified in Nassau County
Commission Expires April 24, 2014

K&E 20871167.1

Residential Capital, LLC, et al.
Case No. 12-12020 (MG)
General Service List

| NAME | NOTICE NAME | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AIG Asset Management US LLC | Attn: Russell Lipman | 80 Pine St | | New York | NY | 10038 | | 212-770-0948 | 212-770-8528 | | Member of Official Committee of Unsecured Creditors |
| Aldridge Connors LLP | Bankruptcy Department | Fifteen Piedmont Center | 3575 Piedmont Rd NE Ste 500 | Atlanta | GA | 30305 | | 404-994-7400 | 888-246-7307 | ecfmail@aclawllp.com | PennyMac Loan Services, LLC |
| Allstate Life Insurance Company | Attn: Peter A McElwain | 3075 Sanders Rd Ste G5A | | Northbrook | IL | 60062 | | 847-402-1477 | 847-402-6639 | | Member of Official Committee of Unsecured Creditors |
| Ally Bank | Tom Houghton | 440 S Church St | # 1100 | Charlotte | NC | 28202 | | 704-444-6225 | | tom.houghton@ally.com | Ally Bank |
| Ally Financial Inc | Jeffrey Brown Corporate Treasurer | 440 S Church St | # 1100 | Charlotte | NC | 28202 | | 704-540-6133 | | jeff.brown@smacts.com; william.b.solomon@ally.com | Secured Lender under the Secured Revolver and Line of Credit |
| Alston & Bird LLP | John C Weitnauer Esq | One Atlantic Center | 1201 West Peachtree St | Atlanta | GA | 30309-3424 | | 404-881-7000 | 404-253-8295 | kit.weitnauer@alston.com | Counsel to Wells Fargo Bank, N.A. in its capacity as trustee, indenture trustee or master servicer of certain RMBS trusts |
| Alston & Bird LLP | Martin G Bunin Esq & William Hao Esq | 90 Park Ave | | New York | NY | 10016 | | 212-210-9400 | 212-210-9444 | marty.bunin@alston.com; william.hao@alston.com | Counsel to Wells Fargo Bank, N.A. in its capacity as trustee, indenture trustee or master servicer of certain RMBS trusts |
| Alston & Bird LLP | William B Macurda | Bank of America Plaza Ste 4000 | 101 S Tryon St | Charlotte | NC | 28280-4000 | | 704-444-1755 | 704-444-1755 | bill.macurda@alston.com | Counsel to Wells Fargo Bank, N.A. in its capacity as trustee, indenture trustee or master servicer of certain RMBS trusts |
| Assistant Attorney General | John Mark Stern bankruptcy & Collections Division | PO Box 12548 | | Austin | TX | 78711-2548 | | 512-475-4868 | | john.stern@texasattorneygeneral.gov | Counsel to the Texas Comptroller of Public Accounts |
| Attorney General of the State of New York, Eric T Schneiderman | Victoria L Safran | Nassau Regional Office | 200 Old Country Rd Ste 240 | Mineola | NY | 11501 | | 516-248-3302 | | | Counsel to the People of the State of New York, Eric T Schneiderman |
| Bank of New York Mellon | Sarah Stout & Jennifer J Provenzano | 525 William Penn Place | | Pittsburgh | PA | 15259-0001 | | 412-234-7536 | | Sarah.Stout@BNYMellon.com; Jennifer.Provenzano@BNYMellon.com; Michael.Spataro@BNYMellon.com; Mageshwaran.Ramasamy@BNYMellon.com | Securitization/HELOC Trustee |
| Barclays Bank PLC | Alicia Borys & Patrick Kerner | 745 7th Ave 27th Fl | | New York | NY | 10019 | | 212-526-4291;212-526-1447 | 212-526-5115 | alicia.borys@barclays.com; patrick.kerner@barclays.com | Barclays Bank PLC, as administrative agent under the Pre-Petition GSAP Facility |
| Barclays Bank PLC | Joe Tricamo & May Wong | 1301 Sixth Ave | | New York | NY | 10019 | | 212-320-7564; 212-320-7890 | 302-888-0246 | xrausloanops@barclays.com | Barclays Bank PLC, as administrative agent under the Pre-Petition GSAP Facility |
| Barnes & Thornburg LLP | David M Powlen | 1000 North West St Ste 1200 | | Wilmington | DE | 19801 | | 302-888-4536 | | david.powlen@btlaw.com | Counsel to USAA Federal Savings Bank |
| Barry B Eskanos JD MPA & Ann B Eskanos | | 3122 Pine Tree Dr | | Miami Beach | FL | 33140 | | 305-613-6894 | 305-735-3437 | bbeskanos@aol.com | Creditor |
| Bernstein Litowitz Berger & Grossmann LLP | David R Stickney & Jonathan D Uslaner | 12481 High Bluff Dr Ste 300 | | San Diego | CA | 92130 | | 858-793-0070 | 858-793-0323 | davids@blbglaw.com; jonathanu@blbglaw.com; matthew@blbglaw.com | Counsel to Cambridge Place Investments Management Inc. |
| Bernstein Litowitz Berger & Grossmann LLP | Matthew P Jubenville | 1285 Avenue of the Americas | | New York | NY | 10019 | | 212-554-1400 | 212-554-1444 | jai@blbglaw.com | Counsel to Cambridge Place Investments Management Inc. |
| BMMZ Holding LLC | c/o Ally Financial Inc, Attn Courtney Lowman | 200 Renaissance Center | Mail Code 482-B12-B96 | Detroit | MI | 48265-2000 | | 313-656-6711 | | courtney.lowman@ally.com | Buyer under the Pre-Petition Ally Repo Facility |
| Brian Kessler, et al | c/o Ally Financial Inc, Attn Courtney Lowman | 2500 City Center Square, 1100 Main, Suite 2500 | | Kansas City | MO | 64105 | | 816-421-6620 | 816-421-4747 | jhaake@wbsxlaw.com | Top 50 Creditors |
| Cadwalader Wickersham & Taft LLP | Gregory M Petrick & Ingrid Bagby | One World Financial Center | | New York | NY | 10281 | | 212-504-6000 | 212-504-6666 | gregory.petrick@cwt.com; ingrid.bagby@cwt.com | Counsel to MBIA Insurance Corporation |
| Cadwalader Wickersham & Taft LLP | Mark C Ellenberg Esq | 700 Sixth St NW | | Washington | DC | 20001 | | 202-862-2200 | 202-862-2400 | mark.ellenberg@curtis.com | Counsel to MBIA Insurance Corporation |
| Carter Ledyard & Milburn LLP | Aaron R Cahn & Leonardo Trivigno | 2 Wall St | | New York | NY | 10005 | | 212-732-3200 | 212-732-3232 | bankruptcy@clm.com | Counsel to an Ad Hoc Consortium of RMBS holders |
| Cohen Milstein Sellers & Toll PLLC | Joel P Laitman, Christopher Lometti, Michael B Eisenkraft, Daniel B Rehns & Kenneth M Rehns | 88 Pine St 14th Fl | | New York | NY | 10005 | | 212-838-7797 | 212-838-7745 | jlaitman@cohenmilstein.com; clometti@cohenmilstein.com; meisenkraft@cohenmilstein.com; drehns@cohenmilstein.com; krehns@cohenmilstein.com | Counsel to Lead Plaintiff |
| Cole Schotz Meisel Forman & Leonard PA | Michael D Warner & Emily S Chou | 301 Commerce St Ste 1700 | | Fort Worth | TX | 76102 | | 817-810-5250 | 817-810-5255 | mwarner@coleschotz.com; echou@coleschotz.com | Counsel to HP Enterprise Services LLC |
| Commonwealth of Pennsylvania, Department of Labor and Industry, Office of Unemployment Compensation Tax Services (UCTS) | Joseph Kots | Reading Bankruptcy & Compliance Unit | 625 Cherry St Rm 203 | Reading | PA | 19602-1152 | | 610-378-4459 | 610-378-4451 | ra-li-ucts-bankrupt@state.pa.us | |
| Crowe & Dunlevy PC | William H. Hoch | 20 N. Broadway Ave., Ste. 1800 | | Oklahoma City | OK | 73102 | | 405-235-7700 | 405-239-6651 | will.hoch@crowedunlevy.com | Counsel to MidFirst Bank |
| Curtis Mallet-Prevost Colt & Mosle LLP | Maryann Gallagher Esq | 101 Park Ave | | New York | NY | 10178-0061 | | 212-696-6881 | 212-697-1559 | mgallagher@curtis.com | Proposed Conflicts Counsel for the Debtors |
| Curtis Mallet-Prevost Colt & Mosle LLP | Michael A Cohen Esq | 101 Park Ave | | New York | NY | 10178-0061 | | 212-696-6900 | 212-697-1559 | macohen@curtis.com | Proposed Conflicts Counsel for the Debtors |
| Curtis Mallet-Prevost Colt & Mosle LLP | Steven J Reisman Esq | 101 Park Ave | | New York | NY | 10178-0061 | | 212-696-6065 | 212-697-1559 | sreisman@curtis.com | Proposed Conflicts Counsel for the Debtors |
| David P Stich Esq | | 521 Fifth Ave 17th Fl | | New York | NY | 10175 | | 646-554-4421 | | | Counsel to NYCTL 2011-A Trust |
| Dechert LLP | Glenn E Siegel, Hector Gonzalez, Brian E Greer & Mauricio A Espana | 1095 Avenue of the Americas | | New York | NY | 10036-6797 | | 212-698-3500 | 212-698-3599 | glenn.siegel@dechert.com; hector.gonzalez@dechert.com; brian.greer@dechert.com | Counsel to Bank of New York Mellon Trust Company, NA |
| Deutsche Bank | Rosa Mendez | 1761 E. St. Andrew Place | | Santa Ana | CA | 92705-4934 | | 714-247-6309 | 714-855-1556 | rosa.mendez@db.com | Counsel to the FDIC |
| Deutsche Bank Trust Company Americas | Attn Brendan Meyer | Harborside Financial Center | 100 Plaza One MS: JCY03-0699 | Jersey City | NJ | 07311-3901 | | 201-593-8545 | 646-502-4546 | Brendan.meyer@db.com | Member of Official Committee of Unsecured Creditors |
| Diem T Nguyen | | 16478 Beach Blvd No 331 | | Westminster | CA | 92683 | | 714-742-4371 | | diem.home@gmail.com | Interested Party, Diem T Nguyen |
| Duane Morris LLP | Gerald S Catalanello Esq & james J Bincezwerks Esq | 1540 Broadway | | New York | NY | 10036 | | 212-692-1000 | 212-692-1020 | gcatalanello@duanemorris.com; jvincequerra@duanemorris.com | Counsel to Green Planet Servicing LLC |
| Fannie Mae | Catherine Lasher | 950 East Paces Ferry Road | Suite 1900 | Atlanta | GA | 30326 | | 404-398-6301 | | catherine_lasher@fanniemae.com | GSE - Fannie Mae |
| Fidelina Roybal-DeAguero 2008 Trust | | 42265 Little Lake Rd | | Mendocino | CA | 94560 | | | | | Counsel to Fidelina Roybal-DeAguero 2008 Trust |
| Fein Such & Crane LLP | Mark K Broyles Esq | 28 East Main St Ste 1800 | | Rochester | NY | 14614 | | 585-232-7400 | 585-325-3119 | broylesmk@rgcattys.com | Counsel to Bank of America NA, Aurora Loan Services & Residential Capital |
| FDIC | Dennis J Early | Counsel - Legal Division | | Arlington | VA | 22226-3500 | | 703-562-2739 | | dearly@fdic.gov | Counsel to the FDIC |
| Financial Guaranty Insurance Company | Attn John Dubel | 125 Park Ave | | New York | NY | 10017 | | 212-312-3399 | | | GSE - Ginnie Mae |
| Foley & Mansfield PLLP | Thomas J Laller | 250 Marquette Ave Ste 1200 | | Minneapolis | MN | 55401 | | 612-338-8788 | 612-338-8690 | tlaller@foleymansfield.com | Interested Party, Diem T Nguyen |
| Freddie Mac | Kenton W Hambrick Associate General Counsel | M/S202 | 8200 Jones Branch Dr | McLean | VA | 22102 | | 703-903-2473 | 703-903-3692 | kenton_hambrick@freddiemac.com | Counsel to Freddie Mac |
| Freeborn & Peters LLP | Devon J Eggert Esq | 311 S Wacker Dr Ste 3000 | | Chicago | IL | 60606-6677 | | 312-360-6000 | 312-360-6520 | deggert@freebornpeters.com | Counsel to Wells Fargo Bank, NA as Chapter 7 Trustee of Alliance Mortgage Investments, Inc. and Alliance Bancorp |
| Freeborn & Peters LLP | Thomas H Fawkes Esq | 311 S Wacker Dr Ste 3000 | | Chicago | IL | 60606-6677 | | 312-360-6000 | 312-360-6520 | tfawkes@freebornpeters.com | Counsel to Wells Fargo Bank, NA |
| Gibbons PC | Attn Jeffrey S Berkowitz Esq | One Pennsylvania Plaza 37th Fl | | New York | NY | 10119-3701 | | 212-613-2000 | 212-290-2018 | jberkowitz@gibbonslaw.com | Counsel to IBM Corporation |
| Gibbons PC | Attn Karen A Giannelli Esq | One Gateway Center 9th Fl | | Newark | NJ | 07102-5310 | | 973-596-4500 | 973-579-0212 | kgiannelli@gibbonslaw.com | Claims and Noticing Agent |
| Jones Day | Corinne Ball, Richard L Wynne & Lance E Miller | 222 East 41st Street | | New York | NY | 10017 | | 212-326-3939 | | | Counsel to Iron Mountain Information Management Inc |
| Gibbs & Bruns LLP | Kathy D Patrick Esq & Scott A Humphries Esq | 1100 Louisiana Ste 5300 | | Houston | TX | 77002 | | 713-650-8805 | 713-750-0903 | kpatrick@gibbsbruns.com; shumphries@gibbsbruns.com | Counsel to Ad Hoc RMBS Holder Group |
| Gibbs & Bruns, L.L.P. | Kathy D. Patrick | 1100 Louisiana | Suite 5300 | Houston | TX | 77002 | | 713-562-2739 | | kpatrick@gibbsbruns.com | Counsel for the Institutional Investors |
| Ginnie Mae | Ted Tozer | 550 12 St. SW | 3rd Floor | Washington | DC | 20024 | | 202-485-5010 | | theodore.w.tozer@hud.gov | GSE - Ginnie Mae |
| Grant & Eisenhofer PA | Geoffrey C Jarvis Matthew P Morris & Deborah A Elman | 485 Lexington Ave 29th Fl | | New York | NY | 10017 | | 646-722-8500 | 646-722-8501 | gjarvis@gelaw.com; mpmorris@gelaw.com; delman@gelaw.com | Counsel to Financial Guaranty Insurance Company |
| Hasseil Kipatrick LLP | Ayala Hassell Esq | 5400 Legacy Dr | | Plano | TX | 75024 | | 972-605-5507 | 972-605-5616 | ayala.hassell@hp.com | Counsel to the Federal Housing Finance Agency as Conservator of the Federal Home Loan Mortgage Association ("Fannie Mae") and the Federal Home Loan Mortgage Corporation |
| HP Enterprise Services LLC | Richard F Norton & Robert A Rich | 200 Park Avenue 53rd Fl | | New York | NY | 10166 | | 212-309-1000 | | | Counsel to HP Enterprise Services LLC |
| Hunton & Williams LLP | Attn: Shawn Konig | 1360 Rene Levesque W Ste 400 | | Montreal | QC | H3G 2W6 | Canada | | | morton@hunton.com; rich2@hunton.com | Counsel to Newport Management Corporation |
| IBM Corporation | Joseph Corrigan | 745 Atlantic Ave | | Boston | MA | 02111-4114 | | 617-535-4744 | 617-451-0409 | bankruptcy2@ironmountain.com | Counsel to IBM Corporation |
| Iron Mountain Information Management Inc | Attn Joseph Corrigan | 745 Atlantic Ave | | Boston | MA | 02111- | | 617-535-4744 | 617-451-0409 | bankruptcy2@ironmountain.com | Counsel to Iron Mountain Information Management Inc |
| Jones Day | Carla E Black | 901 Lakeside Ave | | Cleveland | OH | 44114 | | 216-586-3939 | 216-579-0212 | ceblack@jonesday.com | Counsel to Interested Party, Mary Perkins White |
| Jones Day | Corinne Ball, Richard L Wynne & Lance E Miller | 4411 N Central Expressway | | Dallas | TX | 75205 | | 214-521-3939 | 214-521-1738 | sheehlan@tbschoollaw.com | Counsel to Carrollton-Farmers Branch Independent School District and Lewisville Independent School District |
| Kasowitz, Benson, Torres & Friedman LLP | Andrew K Glenn, Matthew B Stein, Daniel A Fliman & Ni Amar Amarnoo | Po Box 17428 | | Austin | TX | 78760 | | 512-447-6675 | 512-443-5114 | austin.bankruptcy@publicans.com | Counsel to City of McAllen, South Texas College & Cameron County |
| Kipatrick & Associates PC | Diana W Sanders | 2323 Bryan St Ste 1600 | | Dallas | TX | 75201 | | 214-880-0089 | 469-221-5002 | dallas.bankruptcy@publicans.com | Counsel to Dallas County |
| Kipatrick & Associates PC | Elizabeth Weller | 903 North Opdyke Rd Ste C | | Auburn Hills | MI | 48326 | | 248-377-0700 | | oef@kaalaw.com | Counsel to Oakland County Treasurer |
| King & Spalding LLP | W. Austin Jowers & Paul K. Ferdinands & Thaddeus D. Wilson | 1180 Peachtree Street N.E. | | Atlanta | GA | 30309 | | 404-572-4500 | 404-572-5100 | thadwilson@kslaw.com; ajowers@kslaw.com; pferdinands@kslaw.com | Counsel to Lone Star U.S. Acquisitions, LLC |
| Klestadt & Winters LLP | Attn: Tracy L Klestadt & Joseph C Corneau | 570 Seventh Ave 17th Fl | | New York | NY | 10018 | | 212-972-3000 | 212-972-2245 | tklestadt@klestadt.com; jcorneau@klestadt.com | Counsel to Tracy L Klestadt, in his capacity as Chapter 7 Trustee of Alliance Mortgage Investments, Inc. and Alliance Bancorp |
| Kurtzman Carson Consultants | Alison M. Tearnen Schepper | | | | | | | | | | Claims and Noticing Agent |
| Law Offices of Christopher Green | Christopher E. Green | Two Union Square Suite 4285 | 601 Union Street | Seattle | WA | 98101 | | 206-686-2558 | 206-686-2558 | | Counsel to Interested Party, Mary Perkins White |
| Law Offices of Robert E Luna PC | Andrea Sheehan | 4411 N Central Expressway | | Dallas | TX | 75205 | | 214-521-1738 | | sheehan@tbschoollaw.com | Counsel to Carrollton-Farmers Branch Independent School District |
| Linebarger Goggan Blair & Sampson LLP | Diana W Sanders | Po Box 17428 | | Austin | TX | 78760 | | 512-447-6675 | 512-443-5114 | austin.bankruptcy@publicans.com | Counsel to City of McAllen, South Texas College & Cameron County |
| Linebarger Goggan Blair & Sampson LLP | Elizabeth Weller | 2323 Bryan St Ste 1600 | | Dallas | TX | 75201 | | 214-880-0089 | 469-221-5002 | dallas.bankruptcy@publicans.com | Counsel to Dallas County |
| Linebarger Goggan Blair & Sampson LLP | John P Dillman Esq | PO Box 3064 | | Houston | TX | 77253-3064 | | 713-844-3478 | 713-844-3503 | houston_bankruptcy@lgbs.com | Counsel to Texas Taxing Authorities - Katy ISD, Matagorda County, Cypress-Fairbanks ISD, Tyler County, Cleveland ISD, Fort Bend County, Montgomery County, Harris County, Galveston County, Orange County |
| Loeb & Loeb LLP | Walter H Curchack, Vadim J Rubinstein & Debra W Minoff | 345 Park Ave | | New York | NY | 10154 | | 212-407-4000 | 212-407-4990 | wcurchack@loeb.com; vrubinstein@loeb.com; dminoff@loeb.com | Counsel to Wilmington Trust NA, as Indenture Trustee |
| Lowenstein Sandler PC | Andrew Behlmann | 1251 Avenue of the Americas 18th Fl | | New York | NY | 10020 | | 212-262-6700 | 212-262-7402 | abehlmann@lowenstein.com | Counsel to The Union Central Life Insurance Company, Ameritas Life Insurance Corp. and Acacia Life Insurance Company; and Cambridge Place Investments Management Inc. |
| Lowenstein Sandler PC | Andrew Behlmann | 65 Livingston Ave | | Roseland | NJ | 07068 | | 973-597-2500 | 973-597-2481 | abehlmann@lowenstein.com | Counsel to The Union Central Life Insurance Company, Ameritas Life Insurance Corp. and Acacia Life Insurance Company; and Cambridge Place Investments Management Inc. |
| Lowenstein Sandler PC | Michael S Etkin & Ira M Levee | 1251 Avenue of the Americas 18th Fl | | New York | NY | 10020 | | 212-262-6700 | 212-262-7402 | metkin@lowenstein.com; ilevee@lowenstein.com | Counsel to Lead Plaintiff; o The Union Central Life Insurance Company, Ameritas Life Insurance Corp. and Acacia Life Insurance Company; and Cambridge Place Investments Management Inc. |
| Lowenstein Sandler PC | Michael S Etkin & Ira M Levee | 65 Livingston Ave | | Roseland | NJ | 07068 | | 973-597-2500 | 973-597-2481 | metkin@lowenstein.com; ilevee@lowenstein.com | Counsel to Lead Plaintiff; o The Union Central Life Insurance Company, Ameritas Life Insurance Corp. and Acacia Life Insurance Company; and Cambridge Place Investments Management Inc. |
| MATCC | | 1 M&T Plaza, 7th Floor | | Buffalo | NY | 14203 | | | | | Securitization Trustee |
| Manatee County Tax Collector | Susan D Profant & Ken Burton Jr | 4333 US 301 North | | Ellenton | FL | 34222 | | 941-741-4832 | 941-721-2008 | susanp@taxcollector.com | Counsel to Manatee County Tax Collector |
| Mathis, Riggs & Prather PSC | Donald T Prather | 500 Main St Ste 5 | | Shelbyville | KY | 40065 | | 502-633-5220 | 502-633-0067 | dprather@pisw.net | Counsel to Donald T Prather, Trustee |

Residential Capital, LLC, et al.
Case No. 12-12020 (MG)
General Service List

| NAME | NOTICE NAME | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MBIA Insurance Corporation | Attn: Mitchell Sonkin | 113 King St | | Armonk | NY | 10504 | | 914-765-3440 | 914-765-3646 | | Member of Official Committee of Unsecured Creditors |
| McKool Smith | Attn: Paul D. Moak | 600 Travis St., Suite 7000 | | Houston | TX | 77002 | | 713-485-7302 | 713-485-7344 | pmoak@McKoolSmith.com | Counsel to GSE - Freddie Mac |
| McKool Smith PC | Michael R. Carney | One Bryant Park 47th Fl | | New York | NY | 10036 | | 212-402-9400 | 212-402-9444 | mcarney@mckoolsmith.com | Counsel to Freddie Mac |
| McKool Smith PC | Paul D Moak | 600 Travis St., Suite 7000 | | Houston | TX | 77002 | | 713-485-7300 | 713-485-7344 | pmoak@McKoolSmith.com | Counsel to Freddie Mac |
| Morgan, Lewis & Bockius LLP | James L Garrity Jr | 101 Park Ave | | New York | NY | 10178-0600 | | 212-309-6000 | 212-309-6001 | jgarrity@morganlewis.com | Counsel to Deutsche Bank Trust Company Americas and Deutsche Bank National Trust Company, as trustees of certain mortgage backed securities trusts |
| Morgan, Lewis & Bockius LLP | Michael S Kraut | 101 Park Ave | | New York | NY | 10178-0600 | | 212-309-6000 | 212-309-6001 | mkraut@morganlewis.com | Counsel to Deutsche Bank Trust Company Americas and Deutsche Bank National Trust Company, as trustees of certain mortgage backed securities trusts |
| Morgan, Lewis & Bockius LLP | Patrick D Fleming | 101 Park Ave | | New York | NY | 10178-0600 | | 212-309-6000 | 212-309-6001 | pfleming@morganlewis.com | Counsel to Deutsche Bank Trust Company Americas and Deutsche Bank National Trust Company, as trustees of certain mortgage backed securities trusts |
| Moritt Hock & Hamroff LLP | Leslie Ann Berkoff | 400 Garden City Plaza | | Garden City | NY | 11530 | | 516-873-2000 | 516-873-2010 | lberkoff@moritthock.com | Counsel to Cal-Western Reconveyance Corporation |
| Morrison Cohen LLP | Joseph T Moldovan Esq | 909 Third Ave | | New York | NY | 10022 | | 212-735-8600 | 212-735-8708 | jmoldovan@morrisoncohen.com; bankruptcy@morrisoncohen.com | Counsel to the Independent Directors of the Residential Capital, LLC |
| Munger Tolles & Olson LLP | Seth Goldman | 355 S Grand Ave | | Los Angeles | CA | 90071 | | 213-683-9100 | | seth.goldman@mto.com | Counsel to Berkshire Hathaway Inc |
| Munger Tolles & Olson LLP | Thomas B Walper | 355 S Grand Ave | | Los Angeles | CA | 90071 | | 213-683-9100 | | Thomas.walper@mto.com | Counsel to Berkshire Hathaway Inc |
| Office of Attorney General | Carol E. Momjian | Senior Deputy Attorney General | 21 S. 12th Street, 3rd Floor | Philadelphia | PA | 19107-3603 | | 215-560-2128 | 215-560-2202 | cmomjian@attorneygeneral.gov | Counsel to Commonwealth of Pennsylvania, Department of Revenue, Bureau of Compliance |
| Patterson Belknap Webb & Tyler LLP | David W Dykhouse & Brian P Guiney | 1133 Avenue of the Americas | | New York | NY | 10036 | | 212-336-2000 | 212-336-2222 | dwdykhouse@pbwt.com; bguiney@pbwt.com | Counsel to Ambac Assurance Corporation |
| Paul N Papas II | Mylegalhelpusa.com | 4727 E Bell Rd Ste 45-350 | | Phoenix | AZ | 85032 | | 602-492-2016 | | Paul_Papas@mylegalhelpusa.com | Counsel to Paul N Papas II |
| Perdue Brandon Fielder Collins & Mott LLP | c/o Elizabeth Banda Calvo | PO Box 13430 | | Arlington | TX | 76094-0430 | | 817-461-3344 | 817-860-6509 | ebcalvo@pbfcm.com | Counsel to Johnson County et al, Richardson ISD |
| Pillsbury Winthrop Shaw Pittman LLP | Attn: Alan Kornberg Esq | 50 Fremont St | | San Francisco | CA | 94105-2228 | | 415-983-1000 | 415-983-1200 | ana.damonte@pillsburylaw.com | Counsel to 2255 Partners LP |
| Polsinelli Shughart PC | Attn: J Flaningam & Jason A Nagi | 805 Third Ave Ste 2020 | | New York | NY | 10022 | | 212-684-0199 | 212-684-0198 | jnagi@polsinelli.com | Counsel to Representative Plaintiffs and the Putative Class |
| Proskauer Rose LLP | Irena M Goldstein | Eleven Times Square | | New York | NY | 10036 | | 212-969-3000 | 212-969-2900 | igoldstein@proskauer.com | Counsel to Assured Guaranty Municipal Corp |
| Proskauer Rose LLP | Scott K Rutsky & Jared D Zajac | Eleven Times Square | | New York | NY | 10036 | | 212-969-3000 | 212-969-2900 | srutsky@proskauer.com; jzajac@proskauer.com | Counsel to Dallas CPT Fee Owner LP |
| | | | | | | | | | | danbeckett@quinnemanuel.com; davidburnett@quinnemanuel.com; jeremymandaro@quinnemanuel.com | Counsel to The Prudential Insurance Company of America, The Gibraltar Life Insurance Company, Ltd., Park Place Commerce Investments, LLC, Prudential Retirement Insurance and Annuity Company, Prudential Annuities Life Assurance Corporation, Prica Life Insurance Company of New Jersey, Commerce Street Investments, LLC, Institutional Core Bond Fund of the Prudential Trust Company Master Commingled Investment Fund for Tax Exempt Trusts, Institutional Core Plus Bond Fund of the Prudential Trust Company Master Commingled Investment Fund for Tax Exempt Trusts, Pru Alpha Fixed Income Opportunity Master Fund I, L.P., Prica Life Insurance Company, Prudential Annuities Life Assurance Corporation, Prudential Investment Portfolios 2, Prudential Core Short Term Bond Fund, Prudential Total Return Bond Fund, Inc., The Prudential Trust Company, as Trustee for Prudential Merged Retirement Plan, The Prudential Insurance Company of America, as Trustee of the Prudential Merged Retirement Plan, The Prudential Series Fund, Diversified Bond Portfolio |
| Quinn Emanuel Urquhart & Sullivan LLP | Daniel L Brockett & David D Burnett | 51 Madison Ave 22nd Fl | | New York | NY | 10010 | | 212-849-7000 | 212-849-7100 | | Company, Ltd., and The Prudential Series Fund, Diversified Bond Portfolio |
| Quinn Emanuel Urquhart & Sullivan LLP | Susheel Kirpalani & Scott C Shelley | 51 Madison Ave 22nd Fl | | New York | NY | 10010 | | 212-849-7000 | 212-849-7100 | susheelkirpalani@quinnemanuel.com; scottshelley@quinnemanuel.com | Counsel to AIG Asset Management (US) LLC |
| Reilly Pozner LLP | Michael A Rollin | 1900 16th St Ste 1700 | | Denver | CO | 80202 | | 303-893-6100 | 303-893-6110 | mrollin@rplaw.com | Counsel to Lehman Brothers Holdings Inc |
| Robbins Geller Rudman & Dowd LLP | Christopher M Wood | One Montgomery Street Ste 1800 | Post Montgomery Center | San Francisco | CA | 94104 | | 415-288-4534 | 415-288-4534 | cwood@rgrdlaw.com | Counsel to The Union Central Life Insurance Company, Ameritas Life Insurance Corp, and Acacia Life Insurance Company |
| Robbins Geller Rudman & Dowd LLP | Steven W Pepich | 655 West Broadway Ste 1900 | | San Diego | CA | 92101 | | 619-231-1058 | 619-231-7423 | stevep@rgrdlaw.com | Counsel to The Union Central Life Insurance Company, Ameritas Life Insurance Corp, and Acacia Life Insurance Company |
| Romero Law Firm | Martha E Romero | BMR Professional Building | 6516 Bright Ave | Whittier | CA | 90601 | | 562-907-6800 | 562-907-6820 | romero@mromerolawfirm.com | Counsel to Secured Creditor County of San Bernardino, California, a California Taxing Authority |
| Ropes & Gray LLP | D Ross Martin Esq & Keith H Wofford Esq | 1211 Avenue of the Americas | | New York | NY | 10036-8704 | | 212-596-9000 | 212-596-9090 | Ross.martin@ropesgray.com; keith.wofford@ropesgray.com | Counsel to Ad Hoc RMBS Holder Group |
| Ropes & Gray LLP | D. Ross Martin | Prudential Tower | 800 Boylston Street | Boston | MA | 02199 | | | | Ross.martin@ropesgray.com | Counsel for the Institutional Investors |
| Rowen L Drenne as Representative for the Plaintiffs Brian Kessler et al | | 3725 N Indiana | | Kansas City | MO | 64117 | | 816-726-4615 | 816-523-3530 | | Member of Official Committee of Unsecured Creditors |
| Samuel I White PC | D Carol Sasser Esq | 5040 Corporate Woods Dr Ste 120 | | Virginia Beach | VA | 23462 | | 757-490-9284 | 757-497-2902 | dsasser@siwpc.com | Counsel to Samuel I White PC |
| Samuel I White PC | Donna J Hall Esq | 5040 Corporate Woods Dr Ste 120 | | Virginia Beach | VA | 23462 | | 757-457-1465 | 877-577-1336 | dhall@siwpc.com | Counsel to an Ad Hoc Consortium of RMBS holders |
| Scarinci & Hollenbeck LLC | Joel R Glucksman Esq | 1100 Valley Brook Ave | PO Box 790 | Lyndhurst | NJ | 07071-0790 | | 201-896-4100 | 212-480-8421 | jglucksman@scarincihollenbeck.com | Wells Fargo Bank, N.A., as collateral agent for the Prepetition Junior Secured Notes, as collateral agent for the Prepetition Ally Revolver, and as collateral control agent under the Intercreditor Agreement, dated as June 6, 2008 |
| Seward & Kissel LLP | Greg S Bateman | One Battery Park Plaza | | New York | NY | 10004 | | 212-574-1436 | 212-480-8421 | bateman@sewkis.com | Counsel to City of Union City, New Jersey and Counsel to Township of West Orange |
| Seward & Kissel LLP | Ronald L Cohen & Kalyan Das | One Battery Park Plaza | | New York | NY | 10004 | | 212-574-1200 | | cohen@sewkis.com; das@sewkis.com | Counsel to US Bank National Association as Securitization Trustee |
| Schnader Harrison Segal & Lewis LLP | Barry Bressler & Richard A Barkasy | 1600 Market St Ste 3600 | | Philadelphia | PA | 19103-7286 | | 215-751-2050 | 215-751-2205 | bbressler@schnader.com; rbarkasy@schnader.com | Counsel to Liberty Property Limited Partnership |
| Schnader Harrison Segal & Lewis LLP | Joel M Shafferman Esq | 286 Madison Ave Ste 502 | | New York | NY | 10017 | | 212-509-1802 | | jshafferman@schnader.com | Counsel to Liberty Property Limited Partnership |
| Shapiro Blasi Wasserman & Gora PA | Thomas A Conrad Esq | 7000 Glades Rd Ste 400 | | Boca Raton | FL | 33434 | | 516-477-7722 | 212-877-8798 | taconrad@sbwlawfirm.com | Counsel to Petra Finance LLC |
| Shearman & Sterling LLP | Fredric Sosnick & Susan A Fennessey | 599 Lexington Ave | | New York | NY | 10022 | | 212-848-4000 | 646-848-7179 | fsosnick@shearman.com; sfennessey@shearman.com | Counsel to Citibank NA |
| Stinson Morrison Hecker LLP | Andrew W. Muller | 1201 Walnut, Ste. 2900 | | Kansas City | MO | 64106 | | 816-842-8600 | 816-691-3495 | amuller@stinson.com | Counsel to Bank of the West |
| Sullivan Hazeltine Allinson LLC | William A Hazeltine Esq | 901 N Market St Ste 1300 | | Wilmington | DE | 19801 | | 302-428-8191 | 302-428-8195 | whazeltine@sha-llc.com | Counsel to Mortgage Electronic Registration Systems Inc and MERSCORP Inc ("MERS") |
| Talcott Franklin P.C. | J Michael Vaughan & David M Skeens | Civil Division | 1100 L Street NW, Room 10016 | Washington | DC | 20005 | | | | | Counsel to GSE - Ginnie Mae |
| Talcott Franklin P.C. | Derek S Witte | 208 N. Market Street, Suite 200 | | Dallas | TX | 75202 | | 214-736-8730 | 214-736-8730 | tal@talcottfranklin.com | Securitization/HELOC Trustee |
| Talcott Franklin P.C. | Janella J Miller Senior Vice President & Senior Counsel | 208 N. Market Street, Suite 200 | | Dallas | TX | 75202 | | | 877-577-1336 | derek@talcottfranklin.com | Counsel for Institutional Investors & an Ad Hoc Consortium of RMBS holders |
| TCF National Bank | Kelly Rentz | 200 Lake Rd | 1 Barker Ave Third Fl | Wayzata | MN | 55391 | | 952-745-2716 | | jmiller@tcfbank.com | Counsel to TCF National Bank |
| Tetelbaum & Baskin LLP | Jay Tetelbaum Esq | | | White Plains | NY | 10601 | | 914-437-7672 | 914-437-7672 | jtetelbaum@tbawllp.com | Counsel to JPMorgan Chase Bank, NA |
| The Bank of New York Mellon | Attn Robert H Major Vice President | 6525 W Campus Oval | | New Albany | OH | 43054 | | 614-775-5638 | 614-775-5628 | robert.major@bnymellon.com | Member of Official Committee of Unsecured Creditors |
| The Canada Trust Company | Susan Khokher | 79 Wellington Street, West, 8th Floor | PO Box 1, Toronto-Dominion Centre | Toronto | ON | M5K 1A2 | Canada | 416-308-3825 | 416-983-2044 | Adam.Parkin@tdsecurities.com; Christopher.stevens@tdsecurities.com; kathryn.thorpe@tdsecurities.com | Securitization Trustee |
| U.S. Bank National Association | Attn: Martha K Scott | 190 S. LaSalle Street | | Chicago | IL | 60603 | | 312-332-6578 | 866-669-1624 | marrita.scott@usbank.com | Member of Official Committee of Unsecured Creditors |
| U.S. Bank National Association | Michelle Moeller | 60 Livingston Ave | | St. Paul | MN | 55107 | | 651-495-3839 | | michelle.moeller@usbank.com | Securitization/HELOC Trustee |
| U.S. Bank National Association | Tanveer Ashraf, Corporate Trust Services | West Side Flats, EP-Mn-WS3D | 60 Livingston Ave. | St. Paul | MN | 55107 | | 651-495-3882 | 866-831-7910 | tanveer.ashraf@usbank.com | Securitization/HELOC Trustee |
| U.S. Department of Justice | Attn: Glenn D. Gillette | Civil Division | 1100 L Street NW, Room 10016 | Washington | DC | 20005 | | 816-421-6620 | 816-421-4747 | Glenn.Gillette@usdoj.gov | Counsel to GSE - Ginnie Mae |
| Walters Bender Stohbehn & Vaughan PC | Attn: Glenn D. Gillette | 2500 City Center Square | 1100 Main St. | Kansas City | MO | 64105 | | | | mvaughan@wbsvlaw.com; dskeens@wbsvlaw.com | Counsel to Representative Plaintiffs and the Putative Class |
| Wells Fargo Bank, N.A. | Kolly Rentz | Corporate Trust Services | 9062 Old Annapolis Road | Columbia | MD | 21045 | | 410-884-2208 | 410-715-2360 | kelly.rentz@wellsfargo.com; Nicklaus.M.Ross@wellsfargo.com | Securitization/HELOC Trustee |
| Wells Fargo Law Department | Kristi Garcia Esq Senior Counsel | MAC T7405-010 | 4101 Wiseman Blvd | San Antonio | TX | 78251 | | 210-543-3015 | | Sharon.Squillario@wellsfargo.com; mary.i.sohberg@wellsfargo.com | Securitization/HELOC Trustee |
| Wendy Allison Nora | | 210 Second St NE | | Minneapolis | MN | 55413 | | 612-333-4144 | 612-866-2444 | accesslegalservices@gmail.com | Claimant; Counsel to Prospective Claimant Ray Elliott & Claimant Paul Papas |
| White & Case LLP | Attn: Gerard Uzzi | 1155 Avenue of the Americas | | New York | NY | 10036-2787 | | 212-819-8479 | 212-354-8113 | guzzi@whitecase.com | Counsel to Wells Fargo as collateral agent for the Prepetition Junior Secured Notes |
| Wilmington Trust | Jennifer Williams | 1100 N. Market St | | Wilmington | DE | 19801 | | 302-636-6459 | 302-636-4140 | williams@wilmingtontrust.com; matney@wilmingtontrust.com | Securitization Trustee |
| Wilmington Trust NA | Julie Becker, Vice President | 50 South Sixth St Ste 1290 | | Minneapolis | MN | 55402-1544 | | 612-217-5628 | 612-217-5651 | | Member of Official Committee of Unsecured Creditors |
| Wilson Elser Moskowitz Edelman & Dicker LLP | Attn: David L Tillem | 3 Gannett Dr | | White Plains | NY | 10604-3407 | | 914-323-7000 ext 7104 | 914-323-7001 | david.tillem@wilsonelser.com | Counsel to the County of Putnam, Department of Finance |
| Winston & Strawn LLP | Attn: David Neier | 200 Park Avenue | | New York | NY | 10166 | | 212-294-5318 | 212-294-4700 | dneier@winston.com | Counsel to GSE - Fannie Mae |
| Winston & Strawn LLP | David Neier, Carey D Schreiber & Alan Moskowitz | 200 Park Avenue | | New York | NY | 10166-4193 | | 212-294-6700 | 212-294-4700 | dneier@winston.com; cschreiber@winston.com; almoskowitz@winston.com | Counsel to Federal National Mortgage Association |
| Wollmuth Maher & Deutsch LLP | Attn: James R Lawler | One Gateway Center 9th Fl | | Newark | NJ | 07102 | | 973-733-9200 | 973-733-9292 | jlawler@wmd-law.com | Counsel to The Western and Southern Life Insurance Company et al |
| Wollmuth Maher & Deutsch LLP | Attn: Paul R DeFilippo & Steven S Fitzgerald | 500 Fifth Ave 12th Fl | | New York | NY | 10110 | | 212-382-3300 | 212-382-0050 | pdefilippo@wmd-law.com; sfitzgerald@wmd-law.com | Counsel to The Western and Southern Life Insurance Company et al |
| Zuckerman Spaeder LLP | Graeme W. Bush & Neilson C. Cohen & Laura E. Neish | 1185 Avenue of the Americas, 31st Floor | | New York | NY | 10036 | | 212-704-9600 | 212-704-4256 | gbush@zuckerman.com; ncohen@zuckerman.com; lneish@zuckerman.com | Counsel to National Credit Union Administration Board, as Liquidating Agent of U.S. Central Federal Credit Union, Western Corporate Federal Credit Union, Members United Corporate Federal Credit Union, Southwest Corporate Federal Credit Union and Constitution Corporate Federal Credit Union |
| Zuckerman Spaeder LLP | Graeme W. Bush & Neilson C. Cohen & Laura E. Neish | 1800 M Street, N.W., Suite 1000 | | Washington | DC | 20036 | | 202-778-1800 | 202-822-8106 | gbush@zuckerman.com; ncohen@zuckerman.com; lneish@zuckerman.com | Counsel to National Credit Union Administration Board, as Liquidating Agent of U.S. Central Federal Credit Union, Western Corporate Federal Credit Union, Members United Corporate Federal Credit Union, Southwest Corporate Federal Credit Union and Constitution Corporate Federal Credit Union |