**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: ) | Case No: 12-12020 |
| ) | |
| RESIDENTIAL CAPITAL, LLC, et. al., ) | Chapter 11 |
| ) | |
| Debtors ) | |
| ) | Jointly Administered |

### MOTION FOR ADMISSION TO PRACTICE PRO HAC VICE

I, Michael P. Roland, Esq. request admission *pro hac vice,* before the Honorable Martin Glenn to represent Jacques and Deirdre Raphael in the above-referenced bankruptcy cases.

I certify that I am a member in good standing of the bar in the state of Florida.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: September 6, 2012

By: /s/ Michael P. Roland

Michael P. Roland, Esq.
Law Office of Michael P. Roland
6400 Manatee Ave. W., Suite L-112
941-932-8099
Fax 941-866-0964
MPRolandpa@gmail.com
FL. Bar No. 44856
*Counsel for Jacques and Deirdre Raphael*

