MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:    (212) 468-8000
Facsimile:    (212) 468-7900
Gary S. Lee
Lorenzo Marinuzzi
Jennifer L. Marines

*Counsel for the Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, <u>et al</u>., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |

**CERTIFICATE OF NO OBJECTIONS REGARDING DEBTORS' MOTION FOR AN ORDER PURSUANT TO SECTION 365(d)(4) OF THE BANKRUPTCY CODE EXTENDING THE TIME WITHIN WHICH UNEXPIRED LEASES OF NONRESIDENTIAL PROPERTY MAY BE ASSUMED OR REJECTED**

1.    The undersigned hereby certifies that, as of the date hereof, he is not aware of any answer, objection or other responsive pleading to the relief sought in the following Motion, filed by the Debtors on August 23, 2012 (the "<u>Motion</u>"):

> Debtors' Motion for an Order Pursuant to Section 365(d)(4) of the Bankruptcy Code Extending the Time Within Which Unexpired Leases of Nonresidential Property May Be Assumed or Rejected [Docket No. 1245].

2.    The undersigned further declares that he has caused a review of the Court's docket in these cases and has not been advised that any answer, objection or other responsive pleading to the Motion appears thereon. The deadline for filing objections to the Motion has passed.

ny-1057491

3.       In accordance with the Order Under Bankruptcy Code Sections 102(1), 105(a) and 105(d), Bankruptcy Rules 1015(c), 2002(m) and 9007 and Local Bankruptcy Rule 2002-2 Establishing Certain Notice, Case Management and Administrative Procedures entered on May 23, 2012 [Docket No. 151] (the "Case Management Procedures"), the undersigned submits this Certificate of No Objections pursuant to 28 U.S.C. § 1746.

4.       Accordingly, for the reasons set forth in the Motion, the Debtors respectfully request that the proposed Order granting the Motion (the "Order"), annexed hereto as Exhibit 1,[1] be entered in accordance with the procedures set forth in the Case Management Procedures.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
       September 10, 2012        /s/ Gary S. Lee
                                 MORRISON & FOERSTER LLP
                                 Gary S. Lee
                                 Lorenzo Marinuzzi
                                 Jennifer L. Marines
                                 1290 Avenue of the Americas
                                 New York, NY 10104
                                 Telephone: (212) 468-8000
                                 Facsimile: (212) 468-7900

                                 *Counsel for the Debtors
                                 and Debtors in Possession*

---

[1] Attached to the Motion was a proposed order approving the relief requested in the Motion (the "Proposed Order").

ny-1057491                            2