MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:   (212) 468-8000
Facsimile:   (212) 468-7900
Gary S. Lee
Lorenzo Marinuzzi
Norman S. Rosenbaum

*Counsel for the Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------------- )
In re:                                                                          )   Case No. 12-12020 (MG)
                                                                                )
RESIDENTIAL CAPITAL, LLC, et al.,                                               )   Chapter 11
                                                                                )
                                                        Debtors.                )   Jointly Administered
------------------------------------------------------------------------------- )

**AMENDED[1] PROPOSED AGENDA FOR MATTERS SCHEDULED
TO BE HEARD ON SEPTEMBER 11, 2012 AT 10:00 A.M. (EST)**

Location of Hearing:  United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, Courtroom 501, One Bowling Green, New York, NY 10004-1408

**I.      ADJOURNED MATTERS**

**1.**    Motion of Deborah Bollinger and Bryan Bubnick for Relief from Automatic Stay as to GMAC Mortgage, LLC and Residential Capital, LLC [Docket No. 677]

    **Related Documents**:

    **a.**    Memorandum of Law in Support of Motion of Deborah Bollinger and Bryan Bubnick for Relief from Automatic Stay as to GMAC Mortgage, LLC and Residential Capital, LLC [Docket No. 678]

    **b.**    Declaration of Robert L. Schug in Support of Motion of Deborah Bollinger and Bryan Bubnick for Relief from Automatic Stay as to GMAC Mortgage, LLC and Residential Capital, LLC [Docket No. 679]

---

[1] Amended items appear in **bold**.

ny-1056147

    **c.**    Notice of Hearing on Motion of Deborah Bollinger and Bryan Bubnick for Relief from Automatic Stay as to GMAC Mortgage, LLC and Residential Capital, LLC [Docket No. 680]

    **d.**    Notice of Adjournment of Hearing on Lift Stay Motions to August 14, 2012 at 10:00 a.m. [Docket No. 824]

    **e.**    Notice of Adjournment of Hearing on Motion of Deborah Bollinger and Bryan Bubnick for Relief from Automatic Stay as to GMAC Mortgage, LLC [Docket No. 1217]

    **f.**    Notice of Adjournment of Hearing on Lift Stay Motions to September 27, 2012 at 10:00 a.m. [Docket No. 1340]

**Responses**: None.

**Status**: This hearing on this matter is being adjourned to September 27, 2012.

**2.** Motion of Gerard Wiener for Relief from Automatic Stay as to GMAC Mortgage, LLC [Docket No. 813]

    **Related Documents**:

    **a.**    Additional Exhibits to Motion of Gerard Wiener for Relief from Automatic Stay as to GMAC Mortgage, LLC [Docket No. 814]

    **b.**    Notice of Hearing on Motion of Gerard Wiener for Relief from Automatic Stay as to GMAC Mortgage, LLC [Docket No. 815]

    **c.**    Notice of Adjournment of Hearing on Lift Stay Motions to September 11, 2012 at 10:00 A.M. [Docket No. 1232]

    **d.**    Notice of Adjournment of Hearing on Lift Stay Motions to September 27, 2012 at 10:00 a.m. [Docket No. 1340]

**Responses**: None.

**Status**: This hearing on this matter is being adjourned to September 27, 2012.

**3.** Notice of Motion for Relief from Stay (filed by GMAC Mortgage, LLC (in regards to property located at 3355 Sunhaven Oval, Parma, OH) [Docket No. 897]

    **Related Documents**:

    **a.**    Notice of Adjournment of Hearing on Lift Stay Motions to September 11, 2012 at 10:00 A.M. [Docket No. 1232]

    **b.**    Notice of Adjournment of Hearing on Lift Stay Motions to September 27, 2012 at 10:00 a.m. [Docket No. 1340]

**Responses**: None.

**Status**: This hearing on this matter is being adjourned to September 27, 2012.

4. Motion of Citibank, N.A. Seeking an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(a) and Federal Bankruptcy Rule 4001 (in regards to property located at 23904 Lakeside Road, Santa Clarita, CA) [Docket No. 996]

   **Related Documents**:

   a. Notice of Adjournment of Hearing on Lift Stay Motions to September 27, 2012 at 10:00 a.m. [Docket No. 1340]

   **Responses**: None.

   **Status**: This hearing on this matter is being adjourned to September 27, 2012.

5. Motion of HSBC Bank USA, N.A. Seeking Relief from the Automatic Stay (in regards to property located at 103 Orchard Avenue, Buffalo, NY) [Docket No. 1072]

   **Related Documents**:

   a. Notice of Adjournment of Hearing on Lift Stay Motions to September 27, 2012 at 10:00 a.m. [Docket No. 1340]

   **Responses**: None.

   **Status**: This hearing on this matter is being adjourned to September 27, 2012.

6. Motion of PHH Mortgage Corporation Seeking an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(a) and Federal Bankruptcy Rule 4001 (in regards to property located at 68 Hammock Lane, Staten Island, NY) [Docket No. 1105]

   **Related Documents**:

   a. Notice of Adjournment of Hearing on Lift Stay Motions to September 27, 2012 at 10:00 a.m. [Docket No. 1340]

   **Responses**: None.

   **Status**: This hearing on this matter is being adjourned to September 27, 2012.

7. Motion of PNC Bank, N.A. Seeking an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(a) and Federal Bankruptcy Rule 4001 (in regards to property located at 240 Country Road 513 a.k.a. 1 Bush Farm Lane, Frenchtown, NJ) [Docket No. 1111]

**Related Documents**:

a.  Notice of Adjournment of Hearing on Lift Stay Motions to September 27, 2012 at 10:00 a.m. [Docket No. 1340]

**Responses**:   None.

**Status**:   This hearing on this matter is being adjourned to September 27, 2012.

8.  Motion of Residential Credit Solutions, Inc. Seeking an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(a) and Federal Bankruptcy Rule 4001 (in regards to property located at 93 Old Brook Road, Dix Hills, NY) [Docket No. 1116]

    **Related Documents**:

    a.  Notice of Adjournment of Hearing on Lift Stay Motions to September 27, 2012 at 10:00 a.m. [Docket No. 1340]

    **Responses**:   None.

    **Status**:   This hearing on this matter is being adjourned to September 27, 2012.

9.  Motion of PHH Mortgage Corporation Seeking an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(a) and Federal Bankruptcy Rule 4001 (in regards to property located at 1908 West Till Road, Fort Wayne, IN) [Docket No. 1130]

    **Related Documents**:

    a.  Notice of Adjournment of Hearing on Lift Stay Motions to September 27, 2012 at 10:00 a.m. [Docket No. 1340]

    **Responses**:   None.

    **Status**:   This hearing on this matter is being adjourned to September 27, 2012.

10. Motion of PHH Mortgage Corporation Seeking an Order Granting Relief from the Automatic Stay (in regards to property located at 1700 North River Road, West Lafayette, IN)  [Docket No. 1180]

    **Related Documents**:

    a.  Notice of Adjournment of Hearing on Lift Stay Motions to September 27, 2012 at 10:00 a.m. [Docket No. 1340]

    **Responses**:   None.

      **Status**:    This hearing on this matter is being adjourned to September 27, 2012.

**11.**    Motion of PHH Mortgage Corporation Seeking an Order Granting Relief from the Automatic Stay (in regards to property located at 1031 Wylin Court, Ferguson, MO) [Docket No. 1181]

    **Related Documents**:

      **a.**    Notice of Adjournment of Hearing on Lift Stay Motions to September 27, 2012 at 10:00 a.m. [Docket No. 1340]

    **Responses**:    None.

    **Status**:    This hearing on this matter is being adjourned to September 27, 2012.

**12.**    Motion of PNC Mortgage for Termination of the Automatic Stay (in regards to property located at 623 9th Street, Clarkston, WA) [Docket No. 1213]

    **Related Documents**:

      **a.**    Notice of Adjournment of Hearing on Lift Stay Motions to September 27, 2012 at 10:00 a.m. [Docket No. 1340]

    **Responses**:    None.

    **Status**:    This hearing on this matter is being adjourned to September 27, 2012.

**13.**    [Patrick J. Hopper's] Memorandum In Support of Motion to Reconsider the Court's August 10, 2012 Granting Order (Docket 1077) [Docket No. 1228]

    **Related Documents**:

      **a.**    Memorandum Opinion signed on 8/10/2012 Granting Motion to Employ and Retain Bradley Arant Boult Cummings, LLP as Special Litigation and Compliance Counsel to the Debtors, *Nunc Pro Tunc* to May 14, 2012 [Docket No. 1077]

      **b.**    Order signed on 8/20/2012 Authorizing (I) the Employment and Retention of Bradley Arant Boult Cummings LLC as Special Litigation and Compliance Counsel to the Debtors, *Nunc Pro Tunc* to May 14, 2012, and (II) to Approve Alternative Billing Arrangement [Docket No. 1221]

      **c.**    Notice of Hearing on Motion of Patrick Hopper for Reconsideration of Order Authorizing Employment and Retention of Bradley Arant Boult Cummings LLP as Special Litigation and Compliance Counsel to the Debtors [Docket No. 1341]

      **d.**    Motion to Reconsider Order 1221 Authorizing Retention of Bradley Arant Boult Cummings LLC and Movant's Request to Investigate Suppressed Page and Altered Document Refiling of Docket 1228 [Docket No. 1351]

      **Responses**:

      **e.**    Debtors' Objection to Motion of Patrick Hopper for Reconsideration of Order Authorizing Employment and Retention of Bradley Arant Boult Cummings LLP as Special Litigation and Compliance Counsel to the Debtors [Docket No. 1326]

      **Status**:    This hearing on this matter is being adjourned to September 27, 2012.

**14.**    Motion to Modify the Revised Joint Omnibus Scheduling Order and Provisions for Other Relief Regarding (I) Debtors' Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of RMBS Trust Settlement Agreement, and (II) The RMBS Trustees' Limited Objection to the Sale Motion, dated August 28, 2012 [Docket No. 1300]

      **Related Documents**:

      **a.**    Declaration of Mark A. Lightner in Support of the Motion to Modify the Revised Joint Omnibus Scheduling Order and Provision for Other Relief Regarding (I) Debtors' Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of RMBS Trust Settlement Agreement, and (II) The RMBS Trustees' Limited Objection to the Sale Motion, dated August 28, 2012 [Docket No. 1301]

      **b.**    Notice of Hearing on Motion to Modify the Revised Joint Omnibus Scheduling Order and Provision for Other Relief Regarding (I) Debtors' Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of RMBS Trust Settlement Agreement, and (II) The RMBS Trustees' Limited Objection to the Sale Motion, dated August 28, 2012 [Docket No. 1302]

      **c.**    Notice of Adjournment of Hearing on Motion to Modify the Revised Joint Omnibus Scheduling Order and Provision for Other Relief Regarding (I) Debtors Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of RMBS Trust Settlement Agreement, and (II) the RMBS Trustees Limited Objection to the Sale Motion [Docket No. 1332]

      **Responses**:    None.

      **Status**:    This hearing on this matter is being adjourned to September 27, 2012.

**II.**    **WITHDRAWN MATTERS**

**1.**    Notice of Motion for Relief from Stay (filed by GMAC Mortgage, LLC (in regards to property located at 269 Streamwater Court, Blacklick, Ohio)) [Docket No. 896]

**Related Documents**:

    **a.**    Notice of Adjournment of Hearing on Lift Stay Motions to September 11, 2012 at 10:00 A.M. [Docket No. 1232]

    **b.**    Notice of Withdrawal of Motion for Relief from Stay [Docket No. 1360]

**Responses**: None.

**Status**: The motion has been withdrawn. No hearing is required.

**2.** Motion of the Triaxx Entities for Entry of an Order Pursuant to Bankruptcy Rule 2004 Authorizing the Issuance of Subpoenas for the Production of Documents and the Provision of Testimony by Settling Certificateholders [Docket No. 1142]

    **Related Documents**:

    **a.**    Affidavit of Thomas Priore in Support of Motion to Authorize The Issuance of Subpoenas Pursuant to Rule 2004 [Docket No. 1143]

    **b.**    Declaration of Kathy D. Patrick in Support of Objection of the Steering Committee Group of RMBS Holders to the Triaxx Entities' Motion for Authority to Issue Bankruptcy Rule 2004 Subpoenas [Docket No. 1256]

    **c.**    So-Ordered Letter filed on behalf of the Triaxx entities seeking withdrawal of Motion for Entry of an Order Pursuant to Bankruptcy Rule 2004 Authorizing the Issuance of Subpoenas for the Production of Documents and the Provision of Testimony by Settling Certificateholders [Docket No. 1347]

    **Responses**:

    **a.**    Objection of the Steering Committee Group of RMBS Holders to the Triaxx Entities' Motion for Authority to Issue Bankruptcy Rule 2004 Subpoenas [Docket No. 1254]

    **b.**    Debtors' Objection to Motion of the Triaxx Entities for Entry of an Order Pursuant to Bankruptcy Rule 2004 Authorizing the Issuance of Subpoenas for the Production of Documents and the Provision of Testimony by Settling Certificateholders [Docket No. 1255]

    **c.**    Joinder of the Talcott Franklin Group Investors to the Objection of the Steering Committee Group of RMBS Holders to the Triaxx Entities' Motion for Authority to Issue Bankruptcy Rule 2004 Subpoena [Docket No. 1260]

    **Status**: The motion has been withdrawn. No hearing is required.

**III.     STATUS CONFERENCE**

**1.**     Debtors' Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of RMBS Trust Settlement Agreements [Docket No. 320]

**Related Documents**:

**a.**     Notice of Filing of Corrected Exhibit 6 to Debtors' Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of the RMBS Trust Settlement Agreements [Docket No. 321]

**b.**     Amended Notice of Hearing on Debtors' Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of RMBS Trust Settlement Agreements [Docket No. 322]

**c.**     Notice of Filing of Corrected Exhibit 5 to Debtors' Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of the RMBS Trust Settlement Agreements [Docket No. 328]

**d.**     Second Amended Notice of Hearing on Debtors' Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of the RMBS Settlement Agreements [Docket No. 392]

**e.**     Notice of Initial Case Conference Regarding (I) Debtors' Motion for Entry of an Order Under Bankruptcy Rule 6006 Authorizing the Debtors to Assume Plan Support Agreements with Steering Committee Consenting Claimants, (II) Debtors' Motion for Entry of an Order Under Bankruptcy Code Section 365 and Bankruptcy Rule 6006 Authorizing the Debtors to Assume Plan Support Agreements with Talcott Franklin Consenting Claimants, and (III) Debtors' Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of RMBS Trust Settlement Agreements [Docket No. 473]

**f.**     Notice of Adjournment of Hearing and Extension of Objection Deadline on RMBS Trust Settlement and Plan Support Agreements to Times and Dates To Be Determined [Docket No. 519]

**g.**     MBIA Insurance Corporation's Status Report Regarding Discovery Concerning the RMBS Trust Settlement Agreements and RMBS Trust Plan Support Agreements [Docket No. 705]

**h.**     Statement Submission in Support of Scheduling Order Jointly Proposed by Certain RMBS Trustees [Docket No. 857]

**i.**     Partial Joinder of Wells Fargo Bank, N.A. As Master Servicer for Residential Mortgage Backed Securities Trusts to Submission in Support of Scheduling Order Jointly Proposed by Certain RMBS Trustees [Docket No. 858]

ny-1056147                                          8

| | |
|---|---|
| **j.** | Statement of Official Committee of Unsecured Creditors in Support of Scheduling Order Jointly Proposed by Committee and Certain RMBS Trustees [Docket No. 860] |
| **k.** | Notice of Proposed Omnibus Scheduling Order Regarding Debtors' (i) Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of RMBS Trust Settlement Agreements; and (ii) Sale Motion, Only With Respect to the Bank of New York Mellon Trust Company, N.A., Deutsche Bank Trust Company Americas, Deutsche Bank National Trust Company, U.S. Bank National Association, and Wells Fargo Bank N.A., in their Capacities as Trustees, Indenture Trustees, or Master Servicers (the "Limited Objectors") [Docket No. 862] |
| **l.** | Statement of Joinder of Financial Guaranty Insurance Company to the Proposed Schedule Submitted In Connection With Statement of Official Committee of Unsecured Creditors in Support of Scheduling Order Jointly Proposed by the Committee and Certain RMBS Trustees [Docket No. 865] |
| **m.** | Notice of Status Conference Regarding (I) Debtors' Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of RMBS Trust Settlement Agreements, and (II) Order Under 11 U.S.C. §§ 105, 363(b) and 365 (I) Authorizing and Approving Sale Procedures, Including Payment of Break-Up Fees; (II) Scheduling Bid Deadline, Auction (If Necessary) and Sale Hearing; (III) Establishing Assumption and Assignment Procedures Including Procedures for Fixing Cure Amounts; and (IV) Establishing Notice Procedures and Approving Forms of Notice [Docket No. 922] |
| **n.** | Notice of Revised Joint Omnibus Scheduling Order Regarding Debtors' (I) Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of RMBS Trust Settlement Agreements, and (II) the RMBS Trustees' Limited Objection to the Sale Motion [Docket No. 926] |
| **o.** | Amended Notice of Proposed Order - Revised Joint Omnibus Scheduling Order Regarding Debtors' (I) Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of RMBS Trust Settlement Agreements, and (II) the RMBS Trustees' Limited Objection to the Sale Motion [Docket No. 928] |
| **p.** | Revised Joint Omnibus Scheduling Order and Provisions for Other Relief Regarding (I) Debtors' Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of RMBS Trust Settlement Agreements, and (II) The RMBS Trustees' Limited Objection to the Sale Motion signed on 7/31/2012 [Docket No. 945] |
| **q.** | Pre-Auction Objections of the RMBS Trustees to the Debtors' Sale Motion [Docket No. 1242] |
| **r.** | Status Report regarding Debtors Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of the RMBS Trust Settlement Agreement [Docket # |

      320] and Debtors Supplemental Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of the RMBS Trust Settlement Agreement [Docket # 1176] [Docket No. 1373]

    **s.**    **Response of Official Committee of Unsecured Creditors to Debtors' September 7, 2012 Status Report Regarding Their Initial and Supplemental Motions for Approval of RMBS Trust Settlement Agreement [Docket No. 1395]**

    **t.**    **Joinder of MBIA Insurance Corporation to the Response of the Official Committee of Unsecured Creditors to Debtors' September 7, 2012 Status Report Regarding Their Initial and Supplemental Motions for Approval of RMBS Trust Settlement Agreement [Docket No. 1402]**

**Responses Received**:

    **a.**    Objection [of Triaxx] to Debtors' Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of the RMBS Trust Settlement Agreements [Docket No. 481]

    **b.**    Joinder of Wells Fargo Bank, N.A., as Master Servicer for Residential Mortgage Backed Securities Trusts to "Pre-Auction Objections of the RMBS Trustees to the Debtors' Sale Motion" [Docket No. 1243]

    **c.**    Joinder of U.S. Bank National Association as Master Servicer for Residential Mortgage Backed Securities Trusts to The Pre-Auction Objections of the RMBS Trustees to the Debtors' Sale Motion [Docket No. 1246]

    **d.**    Joinder of the Frost National Bank in RMBS Trustees' Pre-Auction Objection to Debtors' Sale Motion [Docket No. 1249]

    **e.**    Joinder of The Bank of New York Mellon as Master Servicer for Residential Mortgage Backed Securities Trusts to The Pre-Auction Objections of the RMBS Trustees to the Debtors' Sale Motion [Docket No. 1250]

**Status**:    The status conference on this matter will be going forward.

## IV.   CONTESTED MATTERS

**1.**    Debtors' Motion for the Entry of an Order Extending Their Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof [Docket No. 1248]

**Related Documents**:

    **a.**    Declaration of Matthew J. Dolan in Support of the Objection of Wilmington Trust, National Association to the Debtors' Motion for the

        Entry of an Order Extending Their Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof [Docket No. 1337]

**Responses**:

a.    Limited Objection of Aurelius Capital Management, LP to Debtors' Motion to Extend Exclusivity [Docket No. 1334]

b.    Objection of Wilmington Trust, National Association to the Debtors' Motion for the Entry of an Order Extending Their Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof [Docket No. 1336]

c.    Limited Objection of Ad Hoc Group of Junior Secured Noteholders to Debtors' Motion for the Entry of an Order Extending Their Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof [Docket No. 1338]

d.    Limited Objection of the Official Committee of Unsecured Creditors to the Debtors' Motion for the Entry of an Order Extending their Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof [Docket No. 1352]

**Replies**:

a.    Debtors' Omnibus Reply to Limited Objections to Debtors' Motion for the Entry of an Order Extending Their Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof [Docket No. 1371]

b.    Reply of Ally Financial Inc. and Ally Bank in Support of Debtors' Motion for the Entry of an Order Extending Their Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof [Docket No. 1372]

**Status**:    This hearing on this matter will be going forward.

## V. UNCONTESTED/SETTLED MATTERS

1.    Notice of Presentment of Stipulation and Proposed Order Reserving Rights with Respect to Debtors' Motion for Interim and Final Orders Under Bankruptcy Code Sections 105(a) and 363 Authorizing the Debtors to Continue to Perform Under the Ally Bank Servicing Agreement in the Ordinary Course of Business [Docket No. 1275]

**Related Documents**:

a.    Statement of Debtors in Support of the Stipulation and Proposed Order Reserving Rights with Respect to Debtors' Motion for Interim and Final Orders Under Bankruptcy Code Sections 105(a) and 363 Authorizing the

|     | |
| --- | --- |
|     | Debtors to Continue to Perform Under the Ally Bank Servicing Agreement in the Ordinary Course of Business [Docket No. 1276] |
| **b.** | Statement of Ally Financial Inc. and Ally Bank in Support of Stipulation and Proposed Order Reserving Rights With Respect to Debtors' Motion to Approve Subservicing Agreement with Ally Bank [Docket No. 1279] |
| **c.** | Statement of the Official Committee of Unsecured Creditors Regarding the Debtors' Motion for an Order Authorizing the Debtors to Continue to Perform Under the Ally Bank Servicing Agreement in the Ordinary Course of Business [Docket No. 1280] |
| **d.** | Debtors' Motion For Interim And Final Orders Under Bankruptcy Code Sections 105(a) And 363 Authorizing The Debtors To Continue To Perform Under The Ally Bank Servicing Agreements In The Ordinary Course Of Business [Docket No. 47] |
| **e.** | Interim Order Pursuant to Sections 105(a) and 363 of the Bankruptcy Code Authorizing the Debtors to Continue to Perform Under the Ally Bank Servicing Agreement in the Ordinary Course of Business [Docket No. 90] |
| **f.** | Declaration of Matthew Detwiler In Support of Debtors' Ally Servicing Motion [Docket No. 366] |
| **g.** | Notice of Filing of Amended Proposed Final Order Pursuant to Sections 105(a) and 363 of the Bankruptcy Code Authorizing the Debtors to Continue to Perform Under the Ally Bank Servicing Agreements in the Ordinary Course of Business [Docket No. 398] |
| **h.** | Reservation of Rights to Debtors' Motions for Continued Servicing and Origination [Docket No. 218] |
| **i.** | Limited Objection And Reservation Of Rights Of The Official Committee Of Unsecured Creditors To The Debtors' (I) Origination Motion And (II) Ally Servicing Motion [Docket No. 303] |
| **j.** | Ally Financial Inc.'s and Ally Bank's Reply to Creditors' Committee's Limited Objection to (A) The Debtors' Motion Authorizing the Debtors to Continue to Perform Under the Ally Bank Servicing Agreement in the Ordinary Course of Business and (B) The Debtors' Origination Motion [Docket No. 385] |
| **k.** | Debtors' Reply to the Limited Objection and Reservation of Rights of the Official Committee of Unsecured Creditors to the Debtors' (I) Origination Motion and (II) Ally Servicing Motion [Docket No. 367] |

ny-1056147                                    12

      **l.**      Declaration of Thomas Marano, Chief Executive Officer of Residential Capital, LLC, in Further Support of Debtors' Ally Servicing Motion [Docket No. 793]

      **Responses**:    None.

      **Status**:    This was filed under Notice of Presentment.

**2.**    Debtors' Motion for an Order Pursuant to Section 365(d)(4) of the Bankruptcy Code Extending the Time Within Which Unexpired Leases of Nonresidential Property May Be Assumed or Rejected [Docket No. 1245]

      **Related Documents**:

      **a.**    **Certificate of No Objection Regarding Debtors' Motion for an Order Pursuant to Section 365(d)(4) of the Bankruptcy Code Extending the Time Within Which Unexpired Leases of Nonresidential Property May Be Assumed or Rejected [Docket No. 1401]**

      **Responses**:    None.

      **Status**:    **A certificate of no objection has been filed. The Court may determine that no hearing is required.**

**3.**    Supplemental Application Pursuant to Sections 328 and 1103 of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 2014 for an Order to Expand the Scope of Retention of Moelis & Company LLC as Investment Banker to the Official Committee of Unsecured Creditors of the Debtors *Nunc Pro Tunc* to August 1, 2012 [Docket No. 1303]

      **Related Documents**:    None.

      **Responses**:    None.

      **Status**:    The hearing on this matter will be going forward.

**4.**    Application Of The Official Committee Of Unsecured Creditors For Entry Of An Order Authorizing The Employment And Retention Of San Marino Business Partners LLC As Consultant To The Committee, *Nunc Pro Tunc* To August 11, 2012 [Docket No. 1281]

      **Related Documents**:

      **a.**    Statement of the Official Committee of Unsecured Creditors in Support of (I) Entry of Order Authorizing the Employment and Retention of San Marino Business Partners LLC as Consultant to the Committee, *Nunc Pro Tunc* to August 11, 2012 and (II) Entry of an Order Authorizing the

Employment and Retention of Coherent Economics LLC as Consultant to the Committee, *Nunc Pro Tunc* to August 11, 2012 [Docket No. 1365]

**Responses**: None.

**Status**: The hearing on this matter will be going forward.

5. Motion of U.S. Bank, N.A. Seeking an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(a) and Federal Bankruptcy Rule 4001 (in regards to property located at 2 Hill Dale Avenue, Miller Place, NY) [Docket No. 1057]

   **Related Documents**: None.

   **Responses**: None.

   **Status**: A stipulation has been submitted for Court approval. No hearing is required.

6. Motion of RBS Citizens Bank, N.A. Seeking an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(a) and Federal Bankruptcy Rule 4001 (in regards to property located at 3597 West 127th Street, Cleveland, OH) [Docket No. 1059]

   **Related Documents**: None.

   **Responses**: None.

   **Status**: A stipulation has been submitted for Court approval. No hearing is required.

7. Motion of EverBank Seeking an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(a) and Federal Bankruptcy Rule 4001 (in regards to property located at 1917 East Concord Street, Orlando, FL) [Docket No. 1162]

   **Related Documents**: None.

   **Responses**: None.

   **Status**: A stipulation has been submitted for Court approval. No hearing is required.

8. Motion of PHH Mortgage Services Seeking an Order Granting Relief from the Automatic Stay (in regards to property located at 184 Dahlia Drive, Mastic Beach, NY) [Docket No. 1171]

   **Related Documents**: None.

   **Responses**: None.

**Status**: A stipulation has been submitted for Court approval. No hearing is required.

9. Motion of PHH Mortgage Corporation Seeking an Order Granting Relief from the Automatic Stay (in regards to property located at 33 North Church Street, Ortonville, MI) [Docket No. 1173]

   **Related Documents**: None.

   **Responses**: None.

   **Status**: A stipulation has been submitted for Court approval. No hearing is required.

10. Motion of PHH Mortgage Corporation Seeking an Order Granting Relief from the Automatic Stay (in regards to property located at 631 20th Street SW, Vero Beach, FL) [Docket No. 1182]

    **Related Documents**: None.

    **Responses**: None.

    **Status**: A stipulation has been submitted for Court approval. No hearing is required.

VI. **ADVERSARY PROCEEDING MATTERS – PRETRIAL CONFERENCE - GREEN PLANET SERVICING, LLC. V. GMAC MORTGAGE, LLC (ADV. PROC. NO. 12-01739)**

1. Complaint Seeking Declaratory Judgment [Docket No. 1]

   **Related Documents**:

   a. Summons and Notice of Pretrial Conference [Docket No. 2]

   b. Stipulation and Order Between Green Planet Servicing, LLC and GMAC Mortgage, LLC [Docket No. 3]

   c. Revised Summons and Notice of Pretrial Conference [Docket No. 4]

   d. Notice of Presentment of Stipulation and Order Between Green Planet Servicing, LLC and GMAC Mortgage, LLC Providing for Relief from the Automatic Stay to Permit Termination of Servicing Agreement and Related Relief in Connection with the October 1, 2011 Servicing Agreement [Chapter 11 Docket No. 1329]

   e. **Stipulation and Order Between Green Planet Servicing, LLC and GMAC Mortgage, LLC Providing for Relief from the Automatic Stay to Permit Termination of Servicing Agreement and Related Relief in**

**Connection with the October 1, 2011 Servicing Agreement [Docket No. 1398]**

**Responses**:   None.

**Status**:   **This matter has been resolved by stipulation.  No hearing is required.**

Dated:  September 10, 2012
           New York, New York

/s/ Gary S. Lee
Gary S. Lee
Lorenzo Marinuzzi
Norman S. Rosenbaum
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel for the Debtors and
Debtors in Possession*