MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:    (212) 468-8000
Facsimile:    (212) 468-7900
Gary S. Lee
Norman S. Rosenbaum
Lorenzo Marinuzzi

*Counsel for the Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**AMENDED[1] PROPOSED AGENDA FOR MATTERS SCHEDULED
TO BE HEARD ON SEPTEMBER 11, 2012 AT 2:00 P.M. (EST)**

Location of Hearing:  United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, Courtroom 501, One Bowling Green, New York, NY 10004-1408

**I.    EVIDENTIARY HEARING**

**1.**    Motion of the Federal Housing Finance Agency Pursuant to the July 11, 2012 Order of the Honorable Denise L. Cote Seeking Limited Discovery from the Debtors and, if Necessary to that Purpose, Relief from the Automatic Stay [Docket No. 810]

**Related Documents**:

**a.**    Declaration of Kanchana Wangkeo Leung in Support of Motion of the Federal Housing Finance Agency Pursuant to the July 11, 2012 Order of the Honorable Denise L. Cote Seeking Limited Discovery from the Debtors and, if Necessary to that Purpose, Relief from the Automatic Stay [Docket No. 808]

---

[1] Amended items appear in **bold**.

ny-1056308

**b.**    Supplement to July 17, 2012 Motion of the Federal Housing Finance Agency Pursuant to the July 11, 2012 Order of the Honorable Denise L. Cote Seeking Limited Discovery from the Debtors and, if Necessary to that Purpose, Relief from the Automatic Stay [Docket No. 859]

**c.**    Notice of Hearing on (I) Motion of the Federal Housing Finance Agency Pursuant to the July 11, 2012 Order of the Honorable Denise L. Cote Seeking Limited Discovery from the Debtors and, if Necessary to that Purpose, Relief from the Automatic Stay and (II) Supplement to July 17, 2012 Motion of the Federal Housing Finance Agency Pursuant to the July 11, 2012 Order of the Honorable Denise L. Cote Seeking Limited Discovery from the Debtors and, if Necessary to that Purpose, Relief from the Automatic Stay [Docket No. 861]

**Responses**:

**a.**    Debtors' Objection to Motion of the Federal Housing Finance Agency for Relief From the Automatic Stay [Docket No. 1023]

**b.**    Declaration of Jeffrey A. Lipps [in Support of Debtors' Objection to Motion of the Federal Housing Finance Agency for Relief from the Automatic Stay] [Docket No. 1023]

**c.**    Declaration of John G. Mongelluzzo [in Support of Debtors' Objection to Motion of the Federal Housing Finance Agency for Relief from the Automatic Stay] [Docket No. 1023]

**Replies**:

**a.**    Federal Housing Finance Agency's Reply in Further Support of its Motion Pursuant to Orders of the Honorable Denise L. Cote Seeking Limited Discovery from the Debtors And, If Necessary to that Purpose, Relief from the Automatic Stay [Docket No. 1086]

**Supplemental Filings**:

**a.**    Non-Ally Underwriter Defendants' Motion in Support of Loan File Discovery from the Debtors and, If Necessary to that Purpose, Relief from the Automatic Stay [Docket No. 1293]

**b.**    Debtors' Supplemental Brief in Support of its Objection to Motion of the Federal Housing Finance Agency for Relief from the Automatic Stay [Docket No. 1295]

**c.**    Declaration of Mary Fahy Woehr [in Support of Debtors' Supplemental Brief in Support of its Objection to Motion of the Federal Housing Finance Agency for Relief from the Automatic Stay] [Docket No. 1295]

ny-1056308                                           2

|     |     |
| --- | --- |
| **d.** | Supplemental Declaration of John G. Mongelluzzo [in Support of Debtors' Supplemental Brief in Support of its Objection to Motion of the Federal Housing Finance Agency for Relief from the Automatic Stay] [Docket No. 1295] |
| **e.** | Declaration of Joel C. Haims [in Support of Debtors' Supplemental Brief in Support of its Objection to Motion of the Federal Housing Finance Agency for Relief from the Automatic Stay] [Docket No. 1295] |
| **f.** | Supplemental Memorandum of Law of the Federal Housing Finance Agency in Further Support of Request for Limited Discovery From the Debtors and, If Necessary To That Purpose, Relief From the Automatic Stay [Docket No. 1297] |
| **g.** | Declaration Of Kanchana Wangkeo Leung In Support Of Supplemental Memorandum Of Law Of The Federal Housing Finance Agency In Further Support of Request For Limited Discovery From The Debtors And, If Necessary To That Purpose, Relief From The Automatic Stay [Docket No. 1296] |
| **h.** | Statement of Ally Financial Inc. Concerning the Shared Services Agreement [Docket No. 1299] |
| **i.** | Debtors' Response to the Non-Ally Underwriter Defendants' Motion in Support of Loan File Discovery From the Debtors and, if Necessary to that Purpose, Relief from the Automatic Stay [Docket No. 1339] |
| **j.** | **Letter from Andrew K. Glenn to Judge Glenn in Response to the September 7, 2012 Letter from Joel C. Haims [Docket No. 1392]** |
| **k.** | **Debtors' Exhibit List for Hearing on Motion of the Federal Housing Finance Agency Pursuant to the July 11, 2012 Order of the Honorable Denise L. Cote Seeking Limited Discovery from the Debtors and, if Necessary to that Purpose, Relief from the Automatic Stay [Docket No. 1393]** |
| **l.** | **Order Denying Debtors' Motion to Adjourn September 11, 2012 Hearing on Motion of FHFA [Docket No. 1394]** |
| **Status:** | The evidentiary hearing on this matter will be going forward. |


Dated: September 10, 2012
      New York, New York

/s/ Gary S. Lee
Gary S. Lee
Norman S. Rosenbaum
Lorenzo Marinuzzi
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel for the Debtors and
Debtors in Possession*