**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| In re: ) | Case No: 12-12020 (MG) |
| ) | |
| RESIDENTIAL CAPITAL, LLC, et. al.,  ) | Chapter 11 |
| ) | |
| Debtors  ) | |
| ) | Jointly Administered |

### ORDER GRANTING MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion, (the "Motion") of Michael P. Roland, Esq. (the "Movant"), to be admitted *pro hac vice*, to represent Jacques and Deirdre Raphael, in the above-referenced bankruptcy cases, and upon the Movant's certification that the Movant is a member in good standing of the bar in the State of Florida, it is hereby

ORDERED that Michael P. Roland, Esq. is admitted to practice, *pro had vice,* to represent Jacques and Deirdre Raphael in the United States Bankruptcy Court for the Southern District of New York provided that the filing fee has been paid.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: **September 11, 2012**

New York, New York

                                                         ___/s/Martin Glenn_____
                                                         United States Bankruptcy Judge