UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
:
In re:                                                         :
                                                               :    Chapter 11
                                                               :
RESIDENTIAL CAPITAL, LLC, *et al.*,                            :    Case No. 12-12020 (MG)
                                                               :
                                                               :    (Jointly Administered)
                      **Debtors.**                             :
                                                               :
---------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK:
                                : SS
COUNTY OF NEW YORK:

      WENDY H. KANE, being duly sworn, deposes and says:

      1. I am not a party to this action, am over 18 years of age and am employed by Cadwalader, Wickersham & Taft LLP, One World Financial Center, New York, New York 10281.

      2. On the 10th day of September 2012, I caused a true and correct copy of:

- Joinder of MBIA Insurance Corporation to the Response of the Official Committee of Unsecured Creditors to Debtors' September 7, 2012 Status Report Regarding Their Initial and Supplemental Motions for Approval of RMBS Trust Settlement Agreement [Docket No. 1402]

to be served upon the parties listed on the Special Service List dated as of September 4, 2012 by overnight mail service and electronic mail service and upon the parties listed on the General Service List dated as of September 4, 2012 by electronic mail.

                                                               /s/ Wendy H. Kane
                                                              Wendy H. Kane

Sworn to before me this
10th day of September, 2012

/s/ Anthony Moore
Notary Public

Anthony Guy Moore
Notary Public, State of New York
No. 01MO6231555
Qualified in New York County
Commission Expires Nov. 29, 2014

USActive 26737052.1