**Hearing Date: September 27, 2012 at 10:00 a.m. (ET)**
**Objection Deadline: September 20, 2012 at 4:00 p.m. (ET)**

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Gary S. Lee
Lorenzo Marinuzzi
Norman S. Rosenbaum

*Counsel for the Debtors and*
*Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**NOTICE OF HEARING ON MOTION OF CORLA JACKSON**
**IN REFERENCE TO STAY ORDER VIOLATIONS BY GMAC**

**PLEASE TAKE NOTICE** that, on August 20, 2012, Corla Jackson filed a *Motion in Reference to Stay Order Violations by GMAC* (the "Motion") [Docket No. 1229].

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Motion will be held before the Honorable Martin Glenn, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, Courtroom 501, One Bowling Green, New York, New York 10004 (the "Bankruptcy Court") on **September 27, 2012 at 10:00 a.m. (ET)**, or as soon thereafter as counsel may be heard.

**PLEASE TAKE FURTHER NOTICE** that any objections to the Motion must be filed and served in accordance with the *Order Under Bankruptcy Code Sections 102(1), 105(a) and*

1

ny-1056979

*105(d), Bankruptcy Rules 1015(c), 2002(m) and 9007 and Local Bankruptcy Rule 2002-2 Establishing Certain Notice, Case Management and Administrative Procedures* (the "Case Management Procedures") [Docket No. 141] no later than **September 20, 2012 at 4:00 p.m. (ET)**; and

**PLEASE TAKE FURTHER NOTICE** that if no objections to the Motion are timely filed and served, then the relief requested in the Motion may be granted without a hearing in accordance with the Case Management Procedures.

Dated: September 11, 2012
New York, New York

/s/ Gary S. Lee
Gary S. Lee
Lorenzo Marinuzzi
Norman S. Rosenbaum
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel for the Debtors and Debtors in Possession*