Wendy Alison Nora
ACCESS LEGAL SERVICES
210 Second Street NE
Minneapolis, Minnesota 55413
Telephone: (612) 333-4144
Facsimile: (612) 886-2444

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
In re

Residential Capital, LLC *et al.,*                Chapter 11
                                                  Case No. 12-12020 (MG)
                          Debtors.                Administratively Consolidated

-----------------------------------------------------------------X
<u>AMENDED</u>  INITIAL
DESIGNATION OF RECORD ON APPEAL FROM ORDER ENTERED
ON AUGUST 15, 2012 (RESERVING RIGHTS TO SUPPLEMENT RECORD ON APPEAL)
AMENDED TO CHANGE  HEARING DATE OF JUNE 10, 2012
TO THE CORRECT DATE: JUNE 12, 2012 AND UPDATING
TRANSCRIPT ORDER STATUS
[DOCKET NO. 1159]
_____

    Wendy Alison Nora, Appellant, files her Initial Designation of Record on Appeal from the Order entered on August 15, 2012, denying her Motion for Reconsideration of the Order Entered on July 13, 2012 after hearing on July 10, 2012  in which the Debtors obtained a final order modifying the automatic stay.   Appellant reserves her rights to move to supplement the record on appeal.  The following documents are initially designated on appeal:

Document Number                                Description
      6    Affidavit of James Whitlinger, Chief Financial Officer of Residential Capital,
           LLC, in Support of Chapter 11 Petitions and First Day Pleadings
    46    Debtors' Motion for Interim and Final Orders Under Sections 105(a), 362, 363,
           1107(a) and 1108 of the Bankruptcy Code (I) Authorizing the Debtors to Continue
           in the Ordinary Course of Business (A) Servicing Non-Governmental Association
           Loans, and (B) Sale Activities Related to Certain Loans in Foreclosure and Real
           Estate Owned Property, and (II) Granting Limited Stay Relief to Enable
           Borrowers to Assert Related Counter-Claims in Foreclosure and Eviction
           Proceedings
  227    Debtors' Motion for Interim and Final Orders Under Sections 105(a), 362, 363,
           1107(a) and 1108 of the Bankruptcy Code (I) Authorizing the Debtors to

1

| | |
|---|---|
| | Continue in the Ordinary Course of Business (A) Servicing Non-Governmental Association Loans, and (B) Sale Activities Related to Certain Loans in Foreclosure and Real Estate Owned Property, and (II) Granting Limited Stay Relief to Enable Borrowers to Assert Related Counter-Claims in Foreclosure and Eviction Proceedings |
| 290 | Statement of the United States of America Concerning Debtors' Motion to Approve Sale Procedures |
| 313 | Notice of Filing of Amended Proposed Final Order Under Sections 105(a), 361, 362, 363, 1107(a), and 1108 of the Bankruptcy Code (I) Authorizing the Debtors to Continue in the Ordinary Course of Business (A) Servicing Governmental Association Loans and (B) Foreclosure Activities Related to Certain Real Estate Owned by Fannie Mae, Freddie Mac, and Ginnie Mae; (II) Authorizing the Debtors to Pay Certain Prepetition Amounts Due to Critical Servicing Vendors and Foreclosure Professionals; (III) Granting Limited Stay Relief to Enable Borrowers to Assert Direct Claims and Related Counter-Claims in Foreclosure and Eviction Proceedings; (IV) Authorizing the Debtors to Use Cash Collateral Under the Fannie Mae EAF Facility; and (V) Granting Related Relief |
| 391 | Supplemental Order for Interim Relief Under Bankruptcy Code Sections 105(a), 362, 363, 502, 1107(a), and 1108 and Bankruptcy Rule 9019 (I) Authorizing the Debtors to Continue Implementing Loss Mitigation Programs; (II) Approving Procedures for Compromise and Settlement of Certain Claims, Litigations and Causes of Action; (III) Granting Limited Stay Relief to Permit Foreclosure and Eviction Proceedings, Borrower Bankruptcy Cases, and Title Disputes to Proceed; and (IV) Authorizing and Directing the Debtors to Pay Securitization Trustee Fees and Expenses |
| 544 | Notice of Filing of Proposed Final Supplemental Order Under Bankruptcy Code Sections 105(a), 362, 363, 502, 1107(a) and 1108 and Bankruptcy Rule 9019 (I) Authorizing the Debtors to Continue Implementing Loss Mitigation Programs; (II) Approving Procedures for Compromise and Settlement of Certain Claims, Litigations and Causes of Action; (III) Granting Limited Stay Relief to Permit Foreclosure and Eviction Proceedings, Borrower Bankruptcy Cases, and Title Disputes to Proceed; and (IV) Authorizing and Directing the Debtors to Pay Securitization Trustee Fees and Expenses |
| 546 | Amended Objection to Entry of Final Supplemental Order Under Bankruptcy Code Sections 105(A), 362, 363, 502, 1107(A) and 1108 and Bankruptcy Rule 9019 (I) Authorizing the Debtors to Continue Implementing Loss Mitigation Programs; (II) Approving Procedures for Compromise and Settlement of Certain Claims, Litigations and Causes of Action; (III) Granting Limited Stay Relief to Permit Foreclosure and Eviction Proceedings, Borrower Bankruptcy Cases, and Title Disputes to Proceed; and (IV) Authorizing and Directing the Debtors to Pay Securitization Trustee Fees and Expenses Final Orders which Authorize the Continuation of the Operations of a Racketeering Enterprise |
| 549 | Schedules of Assets and Liabilities for Residential Capital, LLC |

598     Statement of Financial Affairs for Residential Funding Company, LLC
599     Statement of Financial Affairs for Residential Capital, LLC
600     Statement of Financial Affairs for GMAC Mortgage, LLC
617     Statement of Financial Affairs for Residential Asset Securities Corporation
636     Statement of Financial Affairs for Homecomings Financial, LLC
698     Debtors' Reply to the Amended Objection of Wendy Alison Nora
774     Final Supplemental Order Under Bankruptcy Code Sections 105(a), 362, 363, 502, 1107(a), and 1108 and Bankruptcy Rule 9019 (I) Authorizing the Debtors to Continue Implementing Loss Mitigation Programs; (II) Approving Procedures for Compromise and Settlement of Certain Claims, Litigations and Causes of Action; (III) Granting Limited Stay Relief to Permit Foreclosure and Eviction Proceedings, Borrower Bankruptcy Cases, and Title Disputes to Proceed; and (IV) Authorizing and Directing the Debtors to Pay Securitization Trustee Fees and Expenses
732     Amended Notice of Limited Appearance by Wendy Alison Nora on Behalf of Ray Elliott of Rapid City, South Dakota
736     Notice of Limited Appearance by Wendy Alison Nora on Behalf of Paul Papas of Phoenix, Arizona
793     Declaration of Thomas Marano, Chief Executive Officer of Residential Capital, LLC, in Further Support of Debtors' Ally Servicing Motion
916     Motion for Reconsideration of Final Supplemental Order Under Bankruptcy Code Sections 105(a), 362, 363, 502, 1107(a), and 1108 and Bankruptcy Rule 9019 (I) Authorizing the Debtors to Continue Implementing Loss Mitigation Programs; (II) Approving Procedures for Compromise and Settlement of Certain Claims, Litigations and Causes of Action; (III) Granting Limited Stay Relief to Permit Foreclosure and Eviction Proceedings, Borrower Bankruptcy Cases, and Title Disputes to Proceed; and (IV) Authorizing and Directing the Debtors to Pay Securitization Trustee Fees and Expenses Authorizing the Continuation of the Operations of Debtors' Racketeering Enterprise
956     Affirmation of Robert N. Michaelson
1020    Debtors' Objection to Motion for Reconsideration of Final Supplemental Servicing Order
1109    Reply to Debtors' Response to Claimant's Motion for Reconsideration of Final Supplemental Order Under Bankruptcy Code Sections 105(a), 362, 363, 502, 1107(a), and 1108 and Bankruptcy Rule 9019 (I) Authorizing the Debtors to Continue Implementing Loss Mitigation Programs; (II) Approving Procedures for Compromise and Settlement of Certain Claims, Litigations and Causes of Action; (III) Granting Limited Stay Relief to Permit Foreclosure and Eviction Proceedings, Borrower Bankruptcy Cases, and Title Disputes to Proceed; and (IV) Authorizing and Directing the Debtors to Pay Securitization Trustee Fees and Expenses Authorizing the Continuation of the Operations of Debtors' Racketeering Enterprise
1112    Amended Reply to Debtors' Response to Claimant's Motion for Reconsideration of Final Supplemental Order Under Bankruptcy Code Sections 105(a), 362, 363,

|  | |
|---|---|
| | 502, 1107(a), and 1108 and Bankruptcy Rule 9019 (I) Authorizing the Debtors to Continue Implementing Loss Mitigation Programs; (II) Approving Procedures for Compromise and Settlement of Certain Claims, Litigations and Causes of Action; (III) Granting Limited Stay Relief to Permit Foreclosure and Eviction Proceedings, Borrower Bankruptcy Cases, and Title Disputes to Proceed; and (IV) Authorizing and Directing the Debtors to Pay Securitization Trustee Fees and Expenses Authorizing the Continuation of the Operations of Debtors' Racketeering Enterprise to Correct Typographical Error of July 18, 2012 to July 10, 2012 for the Date of the Final Hearing in July, 2012 |
| 1159 | Order Denying Motion by Wendy Alison Nora for Reconsideration of Final Supplemental Order |
| 1239 | Statement on Proposed Order Granting Debtors' Motion for Sale of Mortgage Loans as "DeMinimus Sales" Under 11 USC Sec. 363 |
| 1268 | Debtors' Omnibus Reply to Responses to the Debtors' Motion Pursuant to 11 U.S.C. §§ 105, 363 and 365 to (A) Establish Procedures for the Sale or Disposal of De Minimis Assets; and (B) Authorize the Debtors to (I) Pay Related Fees and Expenses and (II) Assume, Assign or Reject Related Executory Contracts and Unexpired Leases; Hearing to be Held on August 29, 2012 at 10:00 a.m. |
| 1304 | Statement Acknowledging Debtors' Response of August 27, 2012 and Accepting Their Promise to Provide Her with Notice of Any Attempt to Sell Her Home Under the "DeMinimus Sales" Order Sought Under 11 USC Sec. 363 and Further Acknowledging Debtors' Admission that the Property Scheduled as an Asset of the Estate of Residential Funding Company, LLC (Case No. 12-12019) is not Property of the Estate But is Her Home and Her Property (Judicially Now Estoppel Applies) |
| 1330 | Amended Statement Acknowledging Debtors' Response of August 27, 2012 and Accepting Their Promise to Provide Her With Notice of Any Attempt to Sell Her Home Under the "Deminimus Sales" Order Sought Under 11 USC Sec. 363 and Further Acknowledging Debtors' Admission That the Property Scheduled as an Asset of the Estate of Residential Funding Company, LLC (Case No. 12-12019) is Not Property of the Estate but is Her Home and Her Property (Judicial and Promissory Estoppel Apply) |

| Transcripts | Date | Transcription Service | Status |
|---|---|---|---|
| Partial | **June 12, 2012** | Esquire Solutions | Ordered |
| Partial | June 18, 2012 | Esquire Solutions | Ordered |
| Partial | July 10, 2012 | Esquire Solutions | Ordered |
| Partial | August 14, 2012 | Esquire Solutions | Ordered |

Dated at Minneapolis, Minnesota this 12th day of September, 2012.

*/s/ Wendy Alison Nora*

_____
Wendy Alison Nora
210 Second Street NE
Minneapolis, Minnesota 55413
VOICE (612) 333-4144
FAX (612) 886-2444
accesslegalservices.bky@gmail.com
Wisconsin Attorney ID #1017043