**MORRISON | FOERSTER**

1290 AVENUE OF THE AMERICAS
NEW YORK
NEW YORK 10104-0050

TELEPHONE: 212.468.8000
FACSIMILE: 212.468.7900

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SAN DIEGO, WASHINGTON, D.C.

NORTHERN VIRGINIA, DENVER,
SACRAMENTO

TOKYO, LONDON, BRUSSELS,
BEIJING, SHANGHAI, HONG KONG

September 12, 2012

Writer's Direct Contact
212.468.8238
JHaims@mofo.com

**By Hand**

Honorable Martin Glenn, United States Bankruptcy Judge
United States Bankruptcy Court
for the Southern District of New York
One Bowling Green
New York, NY 10004

Re:   *In re Residential Capital, LLC, et al.*, Chapter 11 Case No. 12-12020 (MG)

Dear Judge Glenn:

We are counsel to Residential Capital, LLC and its debtor affiliates in the above captioned cases. We write to provide the Court with two documents referenced during the hearing held before the Court on September 11, 2012 at 2:00 p.m. (the "Hearing").

Attached as Exhibit 1 is the Order of the United States Court of Appeals for the Second Circuit staying all of the coordinated cases being prosecuted before Judge Cote until the motions panel of the Second Circuit makes a determination on the pending emergency motion to stay the coordinated cases. This stay includes the "Ally Case" that is the subject of the FHFA's motion heard at the Hearing. Pursuant to the Notice of Motion Placed on the Calendar, attached as Exhibit 2, that motion will be heard on Tuesday, September 25, 2012.

Sincerely,

*/s/ Joel C. Haims*

Joel C. Haims

Enclosures

cc:   Electronic Filing

ny-1057793

**Exhibit 1**

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 11th day of September, two thousand and twelve.

Before:     Richard C. Wesley,
                 *Circuit Judge.*

_____

| | |
|---|---|
| Federal Housing Finance Agency, as Conservator for the Federal National Mortgage Association and The Federal Home Loan Mortgage Corporation, | **ORDER** |
| Plaintiff - Appellee, | Docket No.: 12-3207 |
| v. | |
| UBS Americas Inc., UBS Real Estate Securities Inc., UBS Securities, LLC, Mortgage Asset Securitization Transactions, Inc., David Martin, Per Dyrvik, Hugh Corcoran, Peter Slagowitz, | |
| Defendants - Appellants. | |

_____

IT IS HEREBY ORDERED that the motion by appellants UBS Americas, Inc. *et al.* for a stay pending appeal of further proceedings in the District Court for the Southern District of New York in *Federal Housing Finance Agency, as Conservator for the Federal National Mortgage Association and the Federal Home Loan Mortgage Corporation v. UBS Americas, Inc., et al.*, No. 11-cv-5201, and fifteen coordinated actions before Judge Cote will be submitted to a motions panel on September 25, 2012. District court proceedings are stayed pending a determination of the motion by the motions panel. Appellee's supplemental opposition to the motion is due on or before 5:00 pm on September 18, 2012. Appellants may file a reply in further support of their motion and in response to the supplemental opposition on or before noon on September 21, 2012.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court



**Exhibit 2**

**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**DENNIS JACOBS**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: September 11, 2012
Docket #: 12-3207cv
Short Title: Federal Housing Finance Agency v. UBS Americas Inc.

DC Docket #: 11-cv-5201
DC Court: SDNY (NEW YORK CITY)
DC Judge: Cote
Francis

### NOTICE OF MOTION PLACED ON THE CALENDAR

A motion for a stay pending appeal of further proceedings in the District Court, filed in the above-referenced case has been added as a submitted case to the substantive motions calendar for Tuesday, September, 25, 2012.

Inquiries regarding this case may be directed to 212-857-8595.