**EXHIBIT 3**

## **GMAC ResCap**

May 30, 2012

Gary Apfel
Pepper Hamilton LLP
The New York Times Building
37th Floor
New York, NY 10018

Dear Mr. Apfel:

This Engagement Letter ("Engagement Letter") contains the terms under which Pepper Hamilton LLP (the "Firm" or "You") will serve as outside counsel for the purpose of representing Ally Financial Inc. and its subsidiary GMAC Mortgage, LLC (collectively, "Ally") with respect to the support of Hudson Cook, LLP in connection with the foreclosure review pursuant to Section 3 of the Consent Order of the Board of Governors of the Federal Reserve System and the Federal Deposit Insurance Corporation, dated April 13, 2011 (the "Legal Services"). More specifically, the scope of your assignment is to assist Hudson Cook in assisting it in responding to various federal and state law questions, including those related to bankruptcy code matters, on an as needed basis. This Engagement Letter also confirms the attorney-client relationship between You and Ally.

During the period that the Firm represents Ally, you should be aware of our policy regarding potential conflicts of interest in representing other clients. To the extent that You represent other banks, lending institutions and other members of the financial community, it is often the case that the interests of Ally and such persons become opposed. While we anticipate no serious problems, Ally is particularly sensitive to conflicts of interest and situations raising an appearance of divided loyalty or impropriety. Therefore, You should promptly notify the Ally Legal Staff of any situations that may involve a potential conflict or appearance of divided loyalty or impropriety. As you would undoubtedly anticipate, it is generally expected that counsel serving Ally on a regular basis will abstain from representing adverse interests in litigation involving Ally or any of its affiliated companies. This will confirm that the Firm's normal conflict-of-interest check has not revealed any reason why the Firm may not accept this assignment, and that the Firm will abide by Ally's conflict of interest policy.

You represent many clients engaged in the banking industry and the real estate finance industry. Ally agrees that your representation of Ally shall not preclude the Firm from representing either existing or future clients that are involved in the same industry, sectors or businesses in which Ally is involved or in any other sector, business or

GMAC ResCap
8400 Normandale Lake Blvd., Suite 350                    1
Minneapolis, MN 55437

industry, subject to the limitations of the previous paragraph and provided that the interests of those clients are not adverse to Ally. Ally acknowledges and agrees that You have no duty or obligation to provide Ally with any information you obtain from any other clients, unless authorized to do so by such other client, except as otherwise required by the applicable rules of professional conduct.

In addition, in the course of representing Ally, and in order fully to satisfy Your professional obligations, You may from time to time need to consult with the lawyers in the Firm or outside lawyers or experts retained by the Firm responsible for advising the Firm on issues of professional ethics and responsibility, including issues that may implicate Ally's interests. Ally acknowledges and agrees that, notwithstanding the potential for conflict in the Firm's consideration of its professional obligations, You are free to consult with such counsel or experts on such matters, at Your own expense, consistent with the firm's obligations under the applicable rules of professional conduct and that such consultations shall be privileged.

Ally will pay You on an hourly basis for the productive time Your timekeepers spend providing the Legal Services. The names and applicable hourly rates for the attorneys and other timekeepers You will assign to this matter are listed on the attached Exhibit A. Please also be aware that Ally pays its legal invoices on a "Net 45" basis.

You will submit your bills to GMAC Mortgage, LLC, which will be primarily liable for their payment in the ordinary course of business. To the extent that Your invoices are not paid by GMAC Mortgage, LLC., and consistent with the terms of the Supplemental Agreement by and between Ally Financial Inc. and Federal Reserve Bank of Chicago, dated ___ April, 2012 (Docket No. 12-030-WA/RB-HC), Ally Financial Inc. will be secondarily liable for the payment of Your invoices.

You acknowledge that You have received a current copy of Ally's U.S. and Canada Law Firm Protocols and Billing Procedures ("Law Firm Protocols"), and that You agree to comply with them in their entirety. Ally revises the Law Firm Protocols periodically and the provision of legal services to Ally following receipt of the revised Law Firm Protocols indicates Your agreement to comply with them.

Ally retains ownership of all documents and records that it provides to You, or that You develop or receive with respect to any account, lawsuit, or other legal matter. If Ally or You terminate the relationship, You agree that Ally may retrieve any or all of Your Ally case files, in accordance with such instructions as You may receive from Ally.

The retention and use of Your services is wholly at will and may be terminated at any time, by either Ally or You, with or without cause, subject to the applicable rules of professional conduct. Other than as provided for above, it is understood that upon termination of Your services as outside counsel, Ally will not be responsible to You for any other claims or damages whatsoever, including but not limited to, (1) compensation for services performed after the date of termination, (2) damages or claims alleged to have arisen from the expectation of future business, (3) alleged claims or damages arising from lost opportunities, and (4) expenditures or capital investments of any nature, including the hiring of personnel, alleged to be attributable to the retention of Your services as outside counsel for Ally.

GMAC ResCap
8400 Normandale Lake Blvd., Suite 350
Minneapolis, MN 55437

2

You must not subcontract with any other law firm or lawyer to provide any of the legal services required to be performed in Your legal representation without the prior written consent of Ally.

If You agree to represent Ally according to the understanding set forth in this letter, please execute the acknowledgment set forth below and return it as soon as possible.

Very truly yours,

GMAC MORTGAGE, LLC

*[signature]*

Tammy Hamzehpour
General Counsel


ALLY FINANCIAL INC.

*[signature]*

William B. Solomon, Jr.
Group Vice-President and General Counsel


Accepted and Agreed:

PEPPER HAMILTON LLP

By: _____

Its: __PARTNER__

Dated: __MAY 30, 2012__

## EXHIBIT A

### [Ally timekeeper form]

Gary Apfel - $850

Deborah Kovsky-Apap - $500

Linda J. Casey - $470