**Hearing Date: September 19, 2012 at 10:00 a.m. (ET)**

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Gary S. Lee
Anthony Princi
Jamie Levitt

*Counsel for the Debtors and*
*Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

------------------------------------------------------------------------

**NOTICE OF CONFERENCE ON THE STATUS OF DISCOVERY AND**
**OTHER MATTERS RELATED TO DEBTORS' MOTION PURSUANT TO FED.**
**R. BANKR. P. 9019 FOR APPROVAL OF THE RMBS SETTLEMENT AGREEMENTS**

**PLEASE TAKE NOTICE** that, on June 11, 2012, the above-captioned debtors and debtors in possession (the "Debtors") filed their Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of the RMBS Settlement Agreements (the "Motion") [Docket No. 320].

**PLEASE TAKE FURTHER NOTICE** that a conference on the status of discovery and other matters related to the Motion will be held before the Honorable Martin Glenn, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, Courtroom 501, One Bowling Green, New York, New York 10004 (the "Bankruptcy

1

ny-1057816

Court") on **September 19, 2012 at 10:00 a.m. (prevailing Eastern Time)**, or as soon thereafter as counsel may be heard.

Dated: September 13, 2012
New York, New York

/s/ Anthony Princi
Gary S. Lee
Anthony Princi
Jamie Levitt
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel for the Debtors and
Debtors in Possession*

2

ny-1057816