**Hearing Date and Time: Oct. 10, 2012 at 10:00am**
**Objection Deadline: Oct. 3, 2012 at 4:00pm**

Doonan, Graves, and Longoria, LLC
Erin P. Severini, Esq. (ES 8383)
35 Old Tarrytown Road (NY Office)
White Plains, NY 10603
Tel. (914) 949-8373
100 Cummings Center, Ste. 225D (Main Office)
Beverly, MA 02118
Tel. (978) 921-2670
es@dgandl.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | |
| | **CHAPTER 11** |
| **RESIDENTIAL CAPITAL, LLC,** *et al*. | **CASE NO. 12-12020 – MG** |
| | **(Jointly Administered)** |
| **Debtors.** | |

**NOTICE OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

PLEASE TAKE NOTICE that Residential Credit Solutions, Inc., by and through its counsel, will move this Court for an Order, pursuant to 11 U.S.C. § 362(d), terminating the automatic stay in order to permit the Movant and its assigns to proceed with its foreclosure action entitled *Residential Credit Solutions, Inc. v. Beverly L. McGrath, et al.,* pending in the 12th Judicial Circuit of Florida, Sarasota County, relative to real property located at 4601 Pocatella Avenue, North Port, FL 34287, on **Oct. 10, 2012 at 10:00am,** or as soon thereafter as counsel may be heard, at the United States Bankruptcy Court for the Southern District of New York, located at One Bowling Green, New York, NY 10004.

**PURSUANT TO LOCAL BANKRUPTCY RULE 9006-1, IF YOU INTEND TO OPPOSE THE MOTION, YOU MUST SERVE ON THE MOVANT'S COUNSEL AND**

**FILE WITH THE CLERK OF THE BANKRUPTCY COURT, WRITTEN OPPOSITION TO THE MOTION NOT LATER THAN SEVEN (7) DAYS PRIOR TO THE HEARING DATE.**

Respectfully Submitted,

Residential Credit Solutions, Inc.
By its attorneys,

DATED: September 14, 2012

/s/ Erin P. Severini
Erin P. Severini, Esq. (ES8383)
Kevin Graves, Esq.
Doonan, Graves, & Longoria, LLC
35 Old Tarrytown Road,
White Plains, NY 10603
Tel. (914) 949-8373
100 Cummings Center Ste. 225D
Beverly, MA 01915
Tel. (978) 921-2670
es@dgandl.com