**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: ) | |
| ) | **CHAPTER 11** |
| **RESIDENTIAL CAPITAL, LLC,** *et al.* ) | **CASE NO. 12-12020 – MG** |
| ) | |
| ) | **(Jointly Administered)** |
| **Debtors.** ) | |
| ) | |

**ORDER ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

Upon the Motion (the "Motion") of Residential Credit Solutions, Inc. ("Movant"), dated September 14, 2012, for relief from the automatic stay to proceed with its foreclosure action entitled *Residential Credit Solutions, Inc. v. Beverly L. McGrath, et al.,* pending in the 12th Judicial Circuit of Florida, Sarasota County relative to real property located at 4601 Pocatella Avenue, North Port, FL 34287 (the "Collateral"); notice to all parties; and having come before me and after considering the evidence presented and the arguments of the parties, and with good cause appearing therefore, it is hereby

ORDERED and DECREED that the Motion is granted and it is further

ORDERED that the automatic stay in effect pursuant to 11 U.S.C. § 362(a) is hereby terminated pursuant to 11 U.S.C. § 362(d); and that the Movant be and hereby is permitted to proceed with its foreclosure action as it relates to the Collateral and so that Movant, its agents, assigns or successors in interest, may take any and all action under applicable state law to exercise its remedies against the Collateral; and it is further

ORDERED that the relief granted in this order is not stayed pursuant to Federal Rule of Bankruptcy 4001(a) (3).

Dated: _____     _____
                              Hon. Martin Glenn
                              United States Bankruptcy Judge