STATE OF OHIO            )
COUNTY OF FRANKLIN       )    ss.:

  Kristen Morgan, being duly sworn, deposes and says: deponent is not a party to the action, is over 18 years of age and resides at Columbus, Ohio.

  On September 6, 2012 deponent served the within

## NOTICE OF WITHDRAWAL OF MOTION FOR RELIEF FROM STAY

upon the following parties, at the addresses designated by said parties for that purpose, by depositing a true copy of same, enclosed in a post-paid properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of Ohio:

Anthony Princi, Counsel for Debtor
Gary S. Lee, Counsel for Debtor
Larren M. Nashelsky, Counsel for Debtor
Morrison & Foerster, LLP
1290 Avenue of the Americas
New York, NY 10104

Steven J. Reisman, Counsel for Debtor
Curtis, Mallet-Prevost, Colt & Mosle, LLP
101 Park Avenue
New York, NY 10178

U.S. Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004

Kurtzman Carson Consultants
Claims and Noticing Agent
2335 Alaska Ave.
El Segundo, CA 90245

Steven S. Sparling, Counsel for Official Committee of Unsecured Creditors
Kramer, Levin, Naftalis & Frankel, LLP
919 Third Avenue
New York, NY 100022

Theodore J. Klotz, II
269 Streamwater Court
Blacklick, OH 43004

Daniela D. Klotz
269 Streamwater Court
Blacklick, OH 43004

Top 50 Creditors -- See Attached Mailing Matrix

/s/ Kristen Morgan
KRISTEN MORGAN

Sworn to before me this
5th day of September, 2012
/s/ Annette Rains
Notary Public
Annette Rains
Notary Public, State of Ohio
No. 26482
Qualified in Franklin County
Commission Expires   05/27/17

```
Label Matrix for local noticing        Ad Hoc RMBS Holder Group              Allstate Life Insurance Company
0208-1                                  c/o Ropes & Gray LLP                  c/o Bingham McCutchen LLP
Case 12-12020-mg                        Keith H. Wofford                      399 Park Avenue
Southern District of New York           1211 Avenue of the Americas           New York, NY 10022-4614
Manhattan                               New York, NY 10036-8704
Thu Sep  6 14:40:46 EDT 2012

Arthur J. Gonzalez, Examiner            Aurelius Capital Management, LP       Aurora Bank, FSB
c/o Chadbourne & Parke LLP              535 Madison Ave                       c\o James M. Lloyd, Green & Hall, A
30 Rockefeller Plaza                    22nd Floor                            1851 E. First Street, 10th Floor
New York, NY 10112-0129                 New York, NY 10022-4263               Santa Ana, CA 92705-4054


Aurora Loan Services, Inc.              Bank of America, N.A.                 Cal-Western Reconveyance Corporation
c/o Fein Such & Crane, LLP.             c/o Fein Such & Crane, LLP.           c/o Moritt Hock & Hamroff LLP
28 E. Main Street                       28 E. Main Street                     Attn. Leslie A. Berkoff
Suite 1800                              Suite 1800                            400 Garden City Plaza
Rochester, NY 14614-1936                Rochester, NY 14614-1936              Garden City, NY 11530-3327


Cameron County                          Capital One, N.A.                     Carrollton Farmers Branch ISD, et. al.
                                        6151 Chevy Chase Dr.                  c/o Andrea Sheehan
                                        Laurel, MD 20707-2918                 Law Offices of Robert E. Luna, P.C.
                                                                              4411 N. Central Expwy
                                                                              Dallas, TX 75205-4210


Cerberus Capital Management, L.P.       City of Union City, NJ                Cleveland ISD
c/o Schulte Roth & Zabel LLP            Scarinci & Hollenbeck, LLC            John P. Dillman
919 Third Avenue                        c/o Joel R. Glucksman, Esq.           P.O. Box 3064
Attn: Adam Harris                       1100 Valley Brook Avenue              Houston, TX 77253-3064
New York, NY 10022-3921                 P.O. Box 790
                                        Lyndhurst, NJ 07071-0790


Commonwealth of Pennsylvania, Bureau of Comp   County of Putnam               Cypress-Fairbanks ISD
Department 280946                       c/o Wilson Elser                      c/o John P. Dillman
Harrisburg, PA 17128-0946               3 Gannett Drive                       Post Office Box 3064
                                        David L. Tillem                       Houston, TX 77253-3064
                                        White Plains, NY 10604-3407


Dallas County                           Debt Acquisition Co of America V, LLC  Epiq Bankruptcy Solutions, LLC
Linebarger Goggan Blair & Sampson, LLP  1565 Hotel Circle S, #310             757 Third Avenue
c/o Elizabeth Weller                    San Diego, CA 92108-3419              NY, NY 10017-2015
2323 Bryan Street Ste 1600
Dallas, TX 75201-2644


FEDERAL NATIONAL MORTGAGE ASSOCIATION   Fort Bend County                      Freddie Mac
c/o Winston & Strawn LLP                c/o John P. Dillman
200 Park Avenue                         Post Office Box 3064
New York, NY 10166-0005                 Houston, TX 77253-3064


Galveston County                        Harris County et al                   IBM Corporation
c/o John P. Dillman                     Linebarger Goggan Blair & Sampson LLP  Attn: Shawn Konig
Post Office Box 3064                    c/o John P. Dillman                   1360 Rene-Levesque W.
Houston, TX 77253-3064                  P.O. Box 3064                         Suite 400
                                        Houston, Tx 77253-3064                Montreal, QCH3G 2W6 Canada


Imperial County Tax Collector           Iron Mountain Information Management, Inc.  Johnson County et al, Richardson ISD
940 West Main Street                    Attn:  Joseph Corrigan                c/o Elizabeth Banda Calvo
Suite 106                               745 Atlantic Avenue                   Perdue Brandon Fielder et al
El Centro, CA 92243-2864                10th Floor                            PO Box 13430
                                        Boston, MA 02111-2735                 Arlington, TX 76094-0430
```

Tyler County
c/o John P. Dillman
P.O. Box 3064
Houston, TX 77253-3064

U.S. Bank National Association, as Securitiz
c/o Seward & Kissel LLP
One Battery Park Plaza
New York, NY 10004-1405

Vermont Housing Finance Agency
c/o Klestadt & Winters, LLP
570 Seventh Avenue, 17th Floor
New York, NY 10018-1624

Manhattan Division
One Bowling Green
New York, NY 10004-1415

Adam C. Harris
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY 10022-3921

Aurora Loan Servicing, Inc.
c/o Fein Such & Crane, LLP.
28 E. Main Street
Suite 1800
Rochester, NY 14614-1936

Bankruptcy Administration
IKON Financial Services
PO Box 13708
Macon, GA 31208-3708

Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, New York 10112-0129

City of Union City, New Jersey
c/o Joel R. Glucksman, Esq.
Scarinci & Hollenbeck, LLC
1100 Valley Brook Avenue, P.O. Box 790
Lyndhurst, NJ 07071-0790

David L. Tillem
Wilson Elser Moskowitz Edelman & Dicker
3 Gannett Drive
White Plains, NY 10604-3407

U.S. Bank National Association as Master Ser
c/o Seward & Kissel LLP
One Battery Park Plaza
New York, NY 10004-1405

USAA Federal Savings Bank
c/o Barnes & Thornburg LLP
11 S. Meridian Street
Indianapolis, IN 46204-3506

WFMBA
c/o Winston & Strawn LLP
200 Park Avenue
New York, NY 10166-0005

2255 Partners, L.P.
c/o Pillsbury Winthrop Shaw Pittman LLP
50 Fremont Street, P.O. Box 7880
San Francisco, CA 94120-7880
Attn: Ana N. Damonte, Esq.

Alan Moss
PO Box 721
Moss Beach, CA 94038-0721

BARRY B. ESKANOS, JD MPA
3122 PINE TREE DRIVE
MIAMI BEACH, FL 33140-3929

Cameron County
c/o Diane W. Sanders
Linebarger Goggan Blair & Sampson, LLP
PO BOX 17428
Austin, TX 78760-7428

City Of McAllen
c/o Diane W. Sanders
Linebarger Goggan Blair & Sampson, LLP
PO BOX 17428
Austin, TX 78760-7428

DANIEL T. POWERS
CHATHAM COUNTY TAX COMMISSIONER
PO BOX 8324
SAVANNAH, GA 31412-8324

Diem T. Nguyen
16478 Beach Boulevard #331
Westminster, CA 92683-7860

U.S. Bank National Association, as Indenture
c/o James Carr
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178-0062

United States of America
US Attorney's Office
86 Chambers Street
New York, NY 10007-1825

Wells Fargo Bank, N.A., successor by merger
4101 Wiseman Boulevard
T7416-023
San Antonio, TX 78251-4200

AMI B. ESKANOS
3122 PINE TREE DRIVE
MIAMI BEACH, FL 33140-3929

Aldine Independent School District
14910 Aldine-Westfield Road
Houston, TX 77032-3099
Email: bnkatty@aldine.k12.tx.us

Bank of the West
c/o Andrew W. Muller
Stinson Morrison Hecker LLP
1201 Walnut, Ste. 2900
Kansas City, MO 64106-2178

Carrollton-Farmers Branch Independent School
Law Offices of Robert E. Luna, P.C.
c/o Andrea Sheehan
4411 North Central Expressway
Dallas, Texas 75205-4210

City of Miramar
c/o Douglas R. Gonzales, Esq.
Weiss Serota Helfman
200 E. Broward Blvd., #1900
Fort Lauderdale, FL 33301-1949

Dallas CPT Fee Owner, L.P.
c/o Proskauer Rose LLP
Attn: Scott K. Rutsky, Esq. & Jared D. Z
Eleven Times Square
New York, NY 10036-8299

Dodge County, State of Wisconsin
127 East Oak Street
Juneau, WI 53039-1329

Missouri Department of Revenue
P.O. Box 670
Jefferson City, MO 65105-0001

Newport Management Corporation
c/o Cantor & Williams LLP
200 Park Avenue, 53rd Floor
New York, NY 10166-4499
Attn: Richard P. Norton, Esq. and Rober

Oakland County Treasurer
c/o 1200 North Telegraph Rd., Dept. 479
Pontiac, MI 48341-0479

Oracle America, Inc.
c/o Amish R. Doshi, Esq.
MAgnozzi 7 Kye, LLP
23 Green Street, Suite 302
Huntington, New York 11743-3336

PATTERSON BELKNAP WEBB & TYLER, LLP
DAVID W. DYKHOUSE
BRIAN P. GUINEY
1133 AVENUE OF AMERICAS
NEW YORK, NY 10036-6710

PAUL N. PAPAS II
MyLegalHelpUSA.com
4727 E.BELL RD., STE. 45-350
PHOENIX, AZ 85032-2830

Paul N. Papas II
MyLegalHelpUSA.com
4727 E. Bell Rd., Ste. 45-350
Phoenix, AZ 85032-2830

ROSEANN GROB
PO BOX 1287
MILTON, WA 98354-1287

Ray Elliott
2655 South Valley Drive
Rapid City, South Dakota 57703-5936

Representative Plaintiffs, Putative Class, e
c/o Daniel J. Flanigan
Polsinelli Shughart PC
805 Third Avenue, Suite 2020
New York, New York 10022-7538

SAMUEL I. WHITE, P.C.
D. CAROL SASSER, ESQ.
5040 CORPORATE WOODS DRIVE, SUITE 120
VIRGINIA BEACH, VIRGINIA 23462-4377

SAMUEL I. WHITE, P.C.
DONNA J. HALL, ESQ.
5040 CORPORATE WOODS DRIVE, SUITE 120
VIRGINIA BEACH, VIRGINIA 23462-4377

SHERMAN & STERLING LLP
FREDRIC SOSNICK, ESQ.
599 LEXINGTON AVENUE
NEW YORK, NY 10022-6069

SHERMAN & STERLING LLP
SUSAN A. FENNESSEY
599 LEXINGTON AVENUE
NEW YORK, NY 10022-6069

San Bernardino County Tax Collector
c/o Romero Law Firm
BMR Professional Building
6516 Bright Ave.
Whittier, CA 90601-4503

Sidley Austin LLP
One South Dearborn
Chicago, IL 60603-2323
Attn: Larry J. Nyhan, Esq.
      Jessica C.K. Boelter, Esq.

South Texas College
c/o Diane W. Sanders
Linebarger Goggan Blair & Sampson, LLP
PO BOX 17428
Austin, TX 78760-7428

South Texas ISD
c/o Diane W. Sanders
Linebarger Goggan Blair & Sampson, LLP
PO BOX 17428
Austin, TX 78760-7428

Steven J. Reisman, Esq.
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, New York 10178-0002

TW Telecom Inc.
c/o Linda Boyle
10475 Park Meadows Drive, #400
Littleton, CO 80124-5454

The Bank of New York Mellon Trust Company, N
c/o Dechert LLP
Attn: Brian E. Greer
1095 Avenue of the Americas
New York, NY 10036-6797

The Bank of New York Mellon Trust Company, N
c/o Dechert LLP
Attn: Glenn E. Siegel
1095 Avenue of the Americas
New York, NY 10036-6797

The Bank of New York Mellon Trust Company, N
c/o Dechert LLP
Attn: Hector Gonzalez
1095 Avenue of the Americas
New York, NY 10036-6797

The Bank of New York Mellon Trust Company, N
c/o Dechert LLP
Attn: Mauricio A. Espana
1095 Avenue of the Americas
New York, NY 10036-6797

Travis County
c/o Kay D. Brock
P.O Box 1748
Austin, Texas 78767-1748

U.S. Bank National Association
c/o James Carr
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178-0062

USAA Federal Savings Bank
c/o Barnes & Thornburg LLP
1000 North West Street, Suite 1200
Wilmington, DE 19801-1058

United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004-2122

WENDY ALISON NORA
210 SECOND STREET NE
MINNEAPOLIS, MINNESOTA 55413-2218

WILLIAM PELFREY
222 BRYANT DRIVE
STAFFORDSVILLE, KY 41256-9074

Maurice M LoVuolo
3 O'Neill Drive
Dedham, MA 02026-2070

Norman Scott Rosenbaum
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104-0050

Oskar A. Johansen
105 Rivergate Pl
Lodi, CA 95240-0557

Patricia S. Pringle
104 Freestone St
Greenville, SC 29605-3225

Patrick J Hopper
220 McCartney Dr
Moon Twp, PA 15108-2934

Paul Papas
4727 E. Bell Road
#45 PMB 350
Phoenix, AZ 85032-9380

Rafael Malave
1060 Post Avenue
Staten Island, NY 10302-1838

Rhodrick Harden
1568 Loretta Ave
Coumbus, OH 43211-1508

Russell D. Mays
250 West Depot Street
Greeneville, TN 37743-4910

Sidney T. Lewis
1875 Alvason Avenue
Columbus, OH 43219-1115

Steven J. Reisman
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY 10178-0002

Taggart Kenneth
45 Heron Rd
Holland, PA 18966-2109

Todd M. Goren
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104-0050

Willie L. Boykin
250 Sterling Ridge Dr
Atoka, TN 38004-7900

Yvonne D. Lewis
1875 Alvason Avenue
Columbus, OH 43219-1115

c/o Kay D. Brock Travis County
P.O. Box 1748
Austin

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)2255 Partners, L.P.

(u)AIG Asset Management (US), LLC

(u)Ad Hoc Consortium of RMBS holders

(u)Ad Hoc Group of Junior Secured Noteholders

(u)Aldine Independent School District

(u)Ally Bank

(u)Ally Financial Inc.

(u)Ambac Assurance Corporation

(u)Assured Guaranty Municipal Corp.

| | | |
|---|---|---|
| Katy ISD<br>c/o John P. Dillman<br>Post Office Box 3064<br>Houston, TX 77253-3064 | Ken Burton, Jr. Manatee County Tax Collector<br>Next Gen/D/Profant<br>4333 US 301 North<br>Ellenton, FL 34222-2413 | Kurtzman Carson Consultants<br>2335 Alaska Ave<br>El Segundo, CA 90245-4808 |
| Lehman Brothers Holdings Inc.<br>1271 Avenue of the Americas<br>New York, NY 10020-1304 | Lewisville Independent School District<br>c/o Andrea Sheehan<br>Law Offices of Robert E. Luna, PC<br>4411 North Central Expressway<br>Dallas, TX 75205-4210 | Manufacturers and Traders Trust Company<br>c/o Hodgson Russ LLP<br>Garry M. Graber, Esq.<br>140 Pearl Street<br>Suite 100<br>Buffalo, NY 14202-4014 |
| Matagorda County<br>c/o John P. Dillman<br>Linebarger Goggan Blair & Sampson LLP<br>P.O. Box 3064<br>Houston, Tx 77253-3064 | Missouri Department of Revenue<br>Steven A. Ginther<br>PO Box 475<br>301 W. High Street, Room 670<br>Jefferson City, MO 65105-0475 | Montgomery County<br>c/o John P. Dillman<br>Post Office Box 3064<br>Houston, TX 77253-3064 |
| National Association of Consumer Bankruptcy<br>2300 M Street, Suite 800<br>Washington, DC 20037-1434 | Nationstar Mortgage LLC<br>c/o Sidley Austin LLP<br>787 Seventh Avenue<br>New York, NY 10019-6018 | Nyctl 2011-A trust<br>MTAG Services, LLC<br>8614 Westwood Center Drive<br>Suite 510<br>Vienna, VA 22182-2286 |
| Office of UnemploymentCompensation Tax Servi<br>Dept of Labor and Industry<br>Commonwealth of Pennsylvania<br>625 Cherry Street, Room 203<br>Reading, PA 19602-1152 | Orange County<br>c/o John P. Dillman<br>Post Office Box 3064<br>Houston, TX 77253-3064 | PennyMac Loan Services, LLC<br>c/o Aldridge Connors LLP<br>Fifteen Piedmont Center<br>3575 Piedmont Road, N.E., Suite 500<br>Atlanta, GA 30305-1636 |
| Petra Finance LLC<br>c/o Thomas A. Conrad, Esq.<br>7777 Glades Road<br>Suite 400<br>Boca Raton, FL 33434-4193 | Pru Alpha Fixed Income Opportunity Master Fu | RMBS Settling Investors represented by Talco<br>Talcott Franklin PC<br>208 North Market Street<br>Suite 200<br>Dallas, TX 75202-3212 |
| Residential Capital, LLC<br>1177 Avenue of the Americas<br>New York, NY 10036-2714 | Residential Credit Solutions<br>28 East Main Street<br>Suite 1800<br>Rochester, NY 14614-1936 | San Bernardino County<br>c/o Martha E. Romero<br>Romero Law Firm<br>6516 Bright Avenue<br>Whittier, CA 90601-4503 |
| Shellpoint Partners LLC f/k/a Shellpoint Mor | State Of Michigan, Department Of Treasury<br>3030 West Grand Boulevard<br>Suite 10-450<br>Detroit, MI 48202-6030 | TCF National Bank<br>200 Lake Street<br>Wayzata, MN 55391-1690 |
| TCF National Bank<br>c/o Foley & Mansfield PLLP<br>250 Marquette Avenue<br>Ste. 1200<br>Minneapolis, MN 55401-1874 | The Bank of New York Mellon Trust Company, N<br>c/o Dechert LLP<br>Attn: Glen E. Siegel, Esq.<br>1095 Avenue of the Americas<br>New York, NY 10036-6797 | The Frost National Bank<br>c/o Patty Tomasco<br>Jackson Walker LLP<br>100 Congress Avenue<br>Suite 1100<br>Austin, TX 78701-4042 |
| The Gibraltar Life Insurance Company, Ltd. | Township of Wall<br>Joel R. Glucksman, Esq.<br>Scarinci & Hollenbeck, LLC<br>1100 Valley Brook Avenue<br>PO Box 790<br>Lyndhurst, NJ 07071-0790 | Tracy L. Klestadt, in his Capacity as Chapte<br>Klestadt & Winters, LLP<br>570 Seventh Avenue, 17th Floor<br>New York, NY 10018-1624 |

| | | |
|---|---|---|
| Donald T. Prather<br>Mathis Riggs & Prather<br>500 Main Street, Suite 5<br>Shelbyville, KY 40065-1147 | FEDELINA ROYBAL-DEAGUERO 2008 TRUST<br>42265 LITTLE LAKE ROAD<br>MEDOCINO, CA 95460-9782 | FEDERAL NATIONAL MORTGAGE ASSOCIATION<br>C/O WINSTON & STRAWN LLP<br>200 Park Avenue<br>New York, New York 10166-4099<br>David Neier (dneier@winston.com) |
| GREGORY M. PETRICK, ESQ.<br>CADWALADER, WICKERSHAM & TAFT LLP<br>ONE WORLD FINANCIAL CENTER<br>NEW YORK, NY 10281-0006 | Green Planet Servicing, LLC<br>c/o Duane Morris LLP<br>1540 Broadway<br>New York, NY 10036-4086<br>Attn: Gerard S. Catalanello, Esq. | HP Enterprise Services, LLC<br>c/o Ayala Hassell<br>5400 Legacy Drive<br>Plano, TX 75024-3105 |
| HP Enterprise Services, LLC<br>c/o Michael Warner/ Emily S. Chou<br>Cole, Schotz, Meisel, Forman & Leonard P<br>301 Commerce Street, Ste 1700<br>Fort Worth, TX 76102-4126 | Howard O. Godnick<br>Schulte Roth & Zabel LLP<br>919 Third Avenue<br>New York, NY 10022-3921 | IBM Corporation<br>Attn: Shawn Konig<br>1360 Rene Levesque W., Suite 400<br>Montreal, QC H3G 2W6<br>Canada |
| INGRID BAGBY, ESQ.<br>CADWALADER, WICKERSHAM & TAFT LLP<br>ONE WORLD FINANCIAL CENTER<br>NEW YORK, NY 10281-0006 | Ira M. Levee, Esq.<br>Lowenstein Sandler PC<br>1251 Avenue of the Americas, 18th Floor<br>New York, New York 10020-1104 | Iron Mountain Information Management, Inc.<br>Attn: Joseph Corrigan<br>745 Atlantic Avenue<br>Boston, MA 02111-2735 |
| JOhnson County et al, Richardson ISD<br>c/o Elizabeth Banda Calvo<br>Perdue Brandon Fielder et al<br>PO Box 13430<br>Arlington, Texas 76094-0430 | James R. Martin<br>Madeline Martin<br>14587 Berklee Drive<br>Addison, TX 75001-3533 | John Mark Stern<br>Assistant Attorney General<br>Bankruptcy & Collections Division<br>PO Box 12548<br>Austin, Texas 78711 2548 |
| Joseph DiGiorno<br>Tilda Gigiorno<br>437 Palmer Road<br>Yonkers, NY 10701-5206 | Ken Burton, Jr., Manatee County Tax Collecto<br>Attn: Susan D. Profant<br>4333 US 301 North<br>Ellenton, FL 34222-2413 | Kentucky Department of Revenue<br>Legal Branch-Bankruptcy Section<br>Attn: Michael Hornback<br>P.O. Box 5222<br>Frankfort, KY 40602-5222 |
| Lead Plaintiff and the Putative Class<br>C/O Ira M. Levee, Esquire<br>Michael S. Etkin, Esquire<br>Lowenstein Sandler PC<br>65 Livingston Ave.<br>Roseland, NJ 07068-1791 | Lead Plantiffs and Putative Class<br>c/o Lowenstein Sandler PC<br>65 Livingston Avenue<br>Roseland, NJ 07068-1791<br>Attn: Ira M. Levee, Esq. | Liberty Property Limited Partnership<br>c/o Schnader Harrison Segal & Lewis LLP<br>1600 Market Street, Suite 3600<br>Philadelphia, PA 19103-7286<br>Attn: Barry Bressler |
| Locke Lord LLP<br>3 World Financial Center<br>New York, New York 10281-1006 | MARK C. ELLENBERG, ESQ.<br>CADWALADER, WICKERSHAM & TAFT LLP<br>700 SIXTH STREET, N.W.<br>WASHINGTON, DE 20001-3980 | MERSCORP, Inc.<br>c/o William A. Hazeltine, Esq.<br>Sullivan Hazeltine Allinson LLC<br>901 N. Market Street, Suite 1300<br>Wilmington, DE 19801-3079 |
| Manufacturers and Traders Trust Company<br>c/o Hodgson Russ LLP-Attn: Garry M. Graber<br>140 Pearl Street, Suite 100<br>Buffalo, New York 14202-4014 | Marguerite R. Gardiner<br>Schulte Roth & Zabel LLP<br>919 Third Avenue<br>New York, N.Y 10022-3921 | Martin G. Bunin, Esq.<br>William Hao, Esq.<br>Alston & Bird LLP<br>90 Park Avenue<br>New York, NY 10016-1387 |
| Mary Perkins White<br>C/O Christopher Green<br>Law Offices of Christopher Green PS<br>601 Union Street Suite 4200<br>Seattle WA 98101-4036 | Michael G. Cutini<br>Schulte Roth & Zabel LLP<br>919 Third Avenue<br>New York, N.Y 10022-3921 | Midfirst Bank<br>c/o William H. Hoch<br>20 N. Broadway Ave., Suite 1800<br>Oklahoma City, OK 73102-8296 |

Wells Fargo Bank, N.A.
c/o Gibbons
Attn: Jeffrey S. Berkowitz, Esq.
One Pennsylvania Plaza, 37th Floor
New York, NY 10119-3701

Anthony Princi
Morrison & Foerster
1290 Avenue of the Americas
New York, NY 10104-0050

David J Brown
1135 Ulloa Street
San Francisco, CA 94127-1126

Francine Silver
Los Angeles, CA

Hedeya Haroutunian
Shaghzo & Shaghzo Law Firm, APC
100 W. Broadway, Suite 540
Glendale, CA 91210-1248

Janice Marie Montgomery
2607 N. Shartel Avenue
Oklahoma City, OK 73103-1442

Joe R. Vargas Sr.
213 U. St.
Bakersfield, CA 93304-3238

Julio Pichardo
1201 E. Sudene Avenue
Fullerton, CA 92831-4711

Larren M. Nashelsky
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104-0050

Lorenzo Marinuzzi
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104-0050

Wendy Alison Nora
210 Second Street NE
Minneapolis, MN 55413-2019

Barbara L. Stephens
514 204th Ave.
Ct-KPS
Lakebay, WA 98349

Donald T. Prather
Mathis, Riggs & Prather, P.S.C
500 Main Street
Suite 5
Shelbyville, KY 40065-1147

Gary S. Lee
Morrison & Foerster LLP
1290 Avenue of the Americas
40th Floor
New York, NY 10104-0050

Hitoshi & Wakana Inoue
4481 Heath Circle
Rohnert Park, CA 94928-5612

Jean Milliance
7 Lucille Court
Edison, NJ 08820-2056

Joel C Haims
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104-0050

Kevin C. Kovacs
1876 Highpoint Road
Coopersburg, PA 18036-9064

Larry D. Walls
3831 W. 60th St.
Los Angeles, CA 90043-2927

Madeline Martin
14587 Berklee Drive
Addison, TX 75001-3533

c/o FEIN, SUCH & CRANE, LLP
28 East Main Street
SUITE 1800
ROCHESTER, NY 14614-1936

Corla Jackson
13230 Tom Gaston Rd
Mobile, AL 36695-8658

Edward Haywood Payne Jr.
214 North 52nd Street
Philadelphia, PA 19139-1501

Gerald Niesen
2140 Sweeney Road
Lompoc, CA 93436-9430

James R. Martin
14587 Berklee Drive
Addison, TX 75001-3533

Joan F. Niesen
1335 Purisima Road
Lompoc, CA 93436-2605

Joseph A Connor III
PO Box 1474
Cobb, CA 95426-1474

Kevin J Matthews
c/o Legg Law Firm LLC
Francis Scott Key Mall
5500 Buckeystown Pike
Frederick, MD 21703-9403

Lerae Britain Moeller

Mary Perkins White
Law Offices Of Christopher Green
601 Union St Suite 4200
Seattle, WA 98101-4036