**Hearing Date: September 27, 2012 at 10:00 a.m. (ET)**

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Gary S. Lee
Anthony Princi
Alexandra Steinberg Barrage

*Counsel for the Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------------

| | ) | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, <u>et al</u>., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

---------------------------------------------------------------------------

**NOTICE OF STATUS CONFERENCE ON THE PRE-AUCTION
OBJECTIONS OF THE RMBS TRUSTEES TO THE DEBTORS' SALE
<u>MOTION AND RELATED JOINDERS</u>**

**PLEASE TAKE NOTICE** that the Court will hold a status conference regarding the

*Pre-Auction Objections of the RMBS Trustees to the Debtors' Sale Motion* (the "<u>Objection</u>")

[Docket No. 1242] and the joinders filed thereto[1] on **September 27, 2012 at 10:00 a.m.**

**(prevailing Eastern Time)** before the Honorable Martin Glenn, at the United States Bankruptcy

---

[1]  (i) *Joinder of Wells Fargo Bank, N.A., as Master Servicer for Residential Mortgage Backed Securities Trusts to "Pre-Auction Objections of the RMBS Trustees to the Debtors' Sale Motion"* [Docket No. 1243]; (ii) *Joinder of U.S. Bank National Association as Master Servicer for Residential Mortgage Backed Securities Trusts to the Pre-Auction Objections of the RMBS Trustees to the Debtors' Sale Motion* [Docket No. 1246]; (iii) *Joinder of Frost National Bank in RMBS Trustees' Pre-Auction Objection to Debtors' Sale Motion* [Docket No. 1249]; (iv) *Joinder of the Bank of New York Mellon as Master Servicer for Residential Mortgage Backed Securities Trusts to the Pre-Auction Objections of the RMBS Trustees to the Debtors' Sale Motion* [Docket No. 1250] (collectively, the "<u>Joinders</u>").

ny-1056993

Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004-1408, Room 501.

**PLEASE TAKE FURTHER NOTICE THAT** copies of the Objection and the Joinders may be obtained at no charge by visiting the Debtors' restructuring website at http://www.kccllc.net/rescap or for a fee via PACER at http://www.nysb.uscourts.gov.

Dated: September 14, 2012
      New York, New York

           /s/ Gary S. Lee
           Gary S. Lee
           Anthony Princi
           Alexandra Steinberg Barrage
           MORRISON & FOERSTER LLP
           1290 Avenue of the Americas
           New York, New York 10104
           Telephone: (212) 468-8000
           Facsimile: (212) 468-7900

           *Counsel for the Debtors and*
           *Debtors in Possession*