**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:**                                     ) | |
| ) | **CHAPTER 11** |
| **RESIDENTIAL CAPITAL, LLC, *et al*.**   ) | **CASE NO. 12-12020 – MG** |
| ) | |
| ) | **(Jointly Administered)** |
| **Debtors.**   ) | |
| ) | |

### CERTIFICATE OF SERVICE

I, Erin P. Severini, attorney for Residential Credit Solutions, Inc., do hereby certify that on September 14, 2012 true and correct copies of Residential Credit Solutions, Inc.'s Notice of Motion for Relief From the Automatic Stay and supporting papers were served on:

1. The parties listed on the Special Services List, attached hereto as Exhibit A, pursuant to the Order Establishing Certain Notice, Case Management and Administrative Procedures, via electronic mail and regular mail;

2. The parties listed on the General Services List, attached hereto as Exhibit B, pursuant to the Order Establishing Certain Notice, Case Management and Administrative Procedures, via electronic mail or regular mail, if no email address is provided.

3. The following parties pursuant to Paragraph 6(b) of the Case Management Procedures:

    Beverly McGrath and George Mathewson
    c/o H. Daniel McKillop, Esq.
    McKillop Law Firm
    1800 Second St. Ste. 705
    Sarasota, FL 34236

    Mortgage Electronic Registration Systems, Inc.
    P.O. Box 2026
    Flint, MI 48501-2026

    Homecomings Financial, LLC
    800 Corporate Drive, Ste. 424
    Ft. Lauderdale, FL 33334

    Homecomings Financial, LLC
    8400 Normandale Lake Boulevard

Suite 250
Minneapolis, MN 55437

/s/ Erin P. Severini
Erin P. Severini