UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x

In re                                    :
                                         :          Chapter 11
RESIDENTIAL CAPITAL, LLC, *et al*.       :
                                         :          Case No. 12-12020 (MG)
                   Debtors.              :
                                         :          (Jointly Administered)

---------------------------------------------------------x

### STIPULATION AND ORDER PURSUANT TO 11 U.S.C. § 362(d) MODIFYING THE AUTOMATIC STAY IMPOSED BY 11 U.S.C. § 362(a)

Upon the motion, dated August 8, 2012 (Docket No. 1057) (the "**Motion**"), of U.S. Bank

National Association, as Trustee, successor-in-interest to Wachovia Bank, N.A. as Trustee for

JPM ALT 2005-S1 ("**Movant**"), for an order, pursuant to section 362(d) of title 11 of the United

States Code (the "**Bankruptcy Code**") granting relief from the automatic stay to complete the

foreclosure of a senior mortgage and security interest on lands and premises of Catherine Rose

Squera and Anthony Carleo with an address of 2 Hill Dale Ave., Miller Place, NY 11764 (the

"**Mortgaged Property**"); and due and proper notice of the Motion having been made on all

necessary parties; and the above-captioned debtors (the "**Debtors**") having consented to the

relief sought in the Motion on the terms and conditions contained in this Order, upon all of the

proceedings had before the Court; and after due deliberation and sufficient cause appearing

therefor, it is hereby

### ORDERED, ADJUDGED, AND DECREED THAT:

1.      The Motion is granted as set forth herein.

2.      The automatic stay imposed in this case by section 362(a) of the

Bankruptcy Code is modified under section 362(d) of the Bankruptcy Code to allow Movant to

complete the foreclosure of the mortgage and security interest it holds on the Mortgaged

Property.

3.      Movant shall provide due notice to the Debtors in connection with any

action to be taken with respect to the Mortgaged Property, including, but not limited to,

proceeding with a sale of the Mortgaged Property, in accordance with and to the extent required

by applicable state law.

4.      To the extent proceeds from any sale of the Mortgaged Property exceed

the valid amounts due and owing to Movant and any other entity holding a valid and enforceable

lien on the Mortgaged Property that is senior to the lien of the Debtors, such proceeds shall be

turned over within thirty (30) days after such sale is completed to the Debtors' estates.

5.      This Consent Order may not be modified other than by a signed writing

executed by the Parties hereto or by further order of the Court.

6.      This Order may be executed in multiple counterparts, each of which shall

be deemed an original but all of which together shall constitute one and the same instrument.

7.      Pursuant to Bankruptcy Rule 4001(a)(3), the 14-day stay of this Order

imposed by such Bankruptcy Rule is waived.  Movant is authorized to implement the provisions

of this Order immediately upon its entry.

8.      This Court shall retain jurisdiction with respect to all matters arising from

or related to the implementation and interpretation of this Order.

| HomeComings Financial, LLC | U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR-IN-INTEREST TO WACHOVIA BANK, N.A. AS TRUSTEE FOR JPM ALT 2005-S1 |
|---|---|
| By:  Norman S. Rosenbaum<br>Gary S. Lee<br>Norman S. Rosenbaum<br>**MORRISON & FOERSTER LLP**<br>1290 Avenue of the Americas<br>New York, New York 10104<br>Telephone:  (212) 468-8000<br>Facsimile:  (212) 468-7900<br><br>*Counsel for Debtors*<br>*and Debtors in Possession* | By:  Shari S. Barak<br>Shari S. Barak<br>Shapiro, DiCaro & Barak, LLC<br>105 Maxess Road, Suite N109<br>Melville, NY 11747<br>Tel:  (631) 844-9611<br>Fax:  (631) 844-9525<br><br>*Counsel for U.S. Bank National Association,*<br>*as Trustee, successor-in-interest to Wachovia*<br>*Bank, N.A. as Trustee for JPM ALT 2005-S1* |

Dated:     September 14, 2012
               New York, New York


                                          _____/s/Martin Glenn_____
                                              MARTIN GLENN
                                  United States Bankruptcy Judge