**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| In re: ) | Case No. 12-12020 (MG) |
| ) | |
| RESIDENTIAL CAPITAL, LLC, et al., ) | Chapter 11 |
| ) | |
| Debtors. ) | Jointly Administered |
| ) | |

---

**FIRST SUPPLEMENTAL NOTICE OF (I) DEBTORS' INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS, UNEXPIRED LEASES OF PERSONAL PROPERTY, AND UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY AND (II) CURE AMOUNTS RELATED THERETO**

PLEASE TAKE NOTICE THAT:

1.  By the motion dated May 14, 2012 (the "Motion"), Residential Capital LLC ("ResCap") and its debtor subsidiaries, as debtors in possession (collectively, the "Debtors" or the "Company"),[1] sought, among other things, (i) authorization and approval of certain proposed procedures (the "Sale Procedures") with respect to two proposed sales (the "Sale Transactions" or "the Sales") by certain of the Debtors of (a) the Purchased Assets (as such term is defined in the Asset Purchase Agreement by and between Nationstar Mortgage LLC and certain of the Debtors (the "Nationstar APA")); and (b) the Purchased Assets (as such term is defined in the Asset Purchase Agreement by and between Berkshire Hathaway Inc. ("BH") and certain of the Debtors (the "BH Legacy APA," together with Nationstar APA, the "APAs"); (ii) scheduling of a hearing on the Sales (the "Sale Hearing") and setting objection deadlines and bidding deadlines with respect to the Sales and Auction; (iii) approving the form and manner of notices for (a) an auction of the purchased assets (the "Auction") and (b) the Sale Hearing; and (iv) the assumption and assignment of certain executory contracts and unexpired leases (collectively, the "Assumed Contracts") in connection with the sale of the Purchased Assets pursuant to the Nationstar APA (the "Assumption and Assignment Procedures").

2.  The Nationstar APA, together with its respective ancillary agreements, contemplates (i) the sale of the Purchased Assets subject to higher or better offers (the "Nationstar Sale Transaction") and (ii) the assumption and assignment of the Assumed Contracts.

3.  The Nationstar APA contemplates, and the proposed order approving the Nationstar Sale Transaction (the "Nationstar Sale Approval Order"), which may be incorporated into a confirmation order, if approved, shall authorize the assumption and assignment of the Assumed Contracts pursuant to the Nationstar APA, to the Purchaser (as defined in the Nationstar

---

[1] The names of the Debtors in these cases and their respective tax identification numbers are identified on Exhibit 1 to the Affidavit of James Whitlinger, Chief Financial Officer of Residential Capital LLC in Support of the Chapter 11 Petitions and First Day Pleadings.

APA). The Sellers maintain schedules (the "Schedules") of executory contracts and unexpired leases containing the Assumed Contracts that the Purchaser has designated as Assumed Contracts (the "Designated Agreements"). You are receiving this Notice because you are a party to one or more of the Designated Agreements.

4. **On July 26, 2012, the Debtors filed the Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Property and (II) Cure Amounts Related Thereto (Dkt. No. 922) (the "Cure Notice"). The Debtors filed Schedules of assumed contracts that may be assumed as exhibits to the Cure Notice. The Cure Notice and exhibits can be viewed electronically at www.kccllc.net/rescap.**

5. **THE ATTACHED SCHEDULES CONTAIN A SUPPLEMENTAL LIST OF ASSUMED CONTRACTS THAT MAY BE ASSUMED. SUBJECT TO CERTAIN EXCEPTIONS EXPRESSLY PROVIDED FOR IN THE NATIONSTAR APA, THE PURCHASER RESERVES ITS RIGHTS UNDER THE NATIONSTAR APA TO EXCLUDE ANY ASSUMED CONTRACT FROM THE LIST OF ASSUMED CONTRACTS TO BE ASSUMED AND ASSIGNED BY NO LATER THAN THE DESIGNATION DEADLINE THAT IS TWO BUSINESS DAYS PRIOR TO THE CLOSING DATE, AS DISCUSSED IN PARAGRAPH 14 BELOW.**

6. Bankruptcy Code section 365(b)(1) requires a chapter 11 debtor to cure, or provide adequate assurance that it will promptly cure any defaults under executory contracts and unexpired leases at the time of assumption. The required cure amount (the "Cure Amount") for each Designated Agreement determined by the Debtors is listed on the Schedule attached hereto. The Cure Amount for each Designated Agreement reflects known amounts owing to a counterparty to a Designated Agreement as of May 14, 2012, the date the Chapter 11 cases were commenced (the "Petition Date"), based on the Debtors' books and records as of August 24, 2012.[2] The Cure Amounts listed on the Schedule do not include any (i) existing post-petition obligations that the Debtors anticipate paying before the date the Designated Agreement is to be assumed and assigned, which is anticipated to occur no earlier than November 19, 2012 (the "Assumption Date"); (ii) post-Petition Date obligations that may be incurred but unknown as of September 14, 2012, which obligations may remain outstanding against the Debtors as of the Assumption Date; (iii) unknown pre-Petition Date obligations; and (iv) known pre-Petition Date obligations relating to critical vendor payments for which the Debtors have received Bankruptcy Court approval to pay prior to the Assumption Date. Please note that if no amount is scheduled for a Designated Agreement, the Debtors believe that there is no Cure Amount currently outstanding for such Designated Agreement.

7. Please review the Cure Amount for your Assumed Contract. In some instances, additional terms or conditions of assumption and assignment with respect to a particular Assumed Contract are provided.

8. In cases where a Servicing Agreement (as defined in the Nationstar APA) is contained within the same writing as an agreement related to loan origination, (i) the Debtors intend

---

[2] For the avoidance of doubt, nothing in this Notice shall create any obligation on behalf of the Debtors to pay any disputed cure amounts.

2
ny-1058232

to assume and assign to the Purchaser only the Servicing Agreement; (ii) the origination agreement shall be severed from the multi-agreement document pursuant to the Nationstar Sale Approval Order; and (iii) the Purchaser shall have no liability under any origination agreement. The Nationstar Sale Approval Order will also generally provide that no delay or failure of performance by the Debtors under or in respect to any origination agreement will (i) affect any right of Nationstar under any Servicing Agreement or (ii) permit, result in or give rise to any setoff, delay, deferral, defense, recoupment, claim, counterclaim, default or other impairment of the rights of the Purchaser under any Servicing Agreement.

9. **The deadline for objecting to approval of any Cure Amount (a "Cure Objection") shall be September 28, 2012, at 5:00 p.m. (Eastern Time) (the "Cure Objection Deadline"). The deadline for objecting to the assumption by the Debtors and assignment to Nationstar of an Assumed Contract (an "Assignment Objection") shall be September 28, 2012, at 5:00 p.m. (Eastern Time) provided, however, that in the event the Sale Procedures result in a Successful Bidder other than Nationstar (in respect of the Nationstar Purchased Assets) the deadline for an Assignment Objection shall be at the Sale Hearing.** The deadline for objecting to approval of the Sale Transactions, including the sale of the Purchased Assets free and clear of liens, claims, encumbrances, and interests (including rights or claims based on any successor or transferee liability) shall be **October 29, 2012, at 5:00 p.m.** (Eastern Time) (the "Sale Transaction Objection Deadline").[3] Objections shall be served on the (i) Morrison & Foerster LLP, counsel for the Debtors, 1290 Avenue of the Americas, New York, New York 10104 (Attn: Gary S. Lee (glee@mofo.com) and Alexandra Steinberg Barrage (abarrage@mofo.com)); (ii) Sidley Austin LLP, attorneys for Nationstar, One South Dearborn, Chicago, Illinois 60603 (Attn: Jessica C.K. Boelter (jboelter@sidley.com)); (iii) Kramer Levin Naftalis & Frankel LLP, counsel for the Creditors' Committee, 1177 Avenue of the Americas, New York, N Y 10036 (Attn: Kenneth H. Eckstein (keckstein@kramerlevin.com) and Douglas H. Mannal (dmannal@kramerlevin.com)); (iv) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Brian Masumoto); and (v) Munger, Tolles & Olson LLP, attorneys for BH, 355 South Grand Avenue, Los Angeles, CA 90071 (Attn: Seth Goldman (seth.goldman@mto.com) and Thomas Walper (twalper@mto.com)).

10. If a timely objection is raised either to the assumption and assignment of a Designated Contract or to the proposed Cure Amount (a "Contract Objection"), (i) the Debtors; (ii) with respect to assumption and assignment of an Assumed Contract in connection with the Servicing Platform, Nationstar (or other Successful Bidder for the Servicing Platform, as applicable) or with respect to assumption and assignment of an Assumed Contract in connection with the Legacy Portfolio, BH (or other Successful Bidder for the Legacy Portfolio, as applicable); (iii) the Creditors' Committee; and (iv) the objecting party (the "Necessary Parties") may meet and confer in good faith to attempt to resolve any such objection without Court intervention. If the Necessary Parties resolve any Contract Objection, they may enter into a written stipulation, which stipulation is not required to be filed with or approved by the Court. If a Contract

---

[3] Failure to object to the relief requested in the Motion shall be deemed to be "consent" for purposes of section 363(f) of the Bankruptcy Code and shall be a bar to the assertion, at the Sale Hearing or thereafter, of any objection to the Motion, and to the consummation and performance of the Sale Transactions contemplated by the APAs (including the transfer free and clear of all liens, claims, encumbrances, and interests, including rights or claims based on any successor or transferee liability, of each of the Purchased Assets transferred as part of the Sale Transactions).

Objection cannot be consensually resolved, it shall be heard by the Court either at the Sale Hearing or such other date as determined by the Court (such other date being no later than the Sale Hearing).

11. Any Contract Objection that challenges a Cure Amount, or otherwise asserts that there exist outstanding defaults under an Assumed Contract, must set forth with specificity the Cure Amount being claimed by the objecting party or the nature of the asserted default, as applicable, and must include appropriate documentation in support thereof satisfactory to the Debtors and Nationstar or BH, as applicable. If no objection to the Cure Amount or the proposed assumption and assignment of an Assumed Contract is timely filed and served, the pertinent Debtor may assume and assign the Assumed Contract to Nationstar or BH (or, alternatively, to the Successful Bidder for the applicable Purchased Assets), and the Cure Amount set forth in the Assumption and Assignment Notice shall be binding upon all non-debtor parties to the Assumed Contracts, any known third party beneficiaries to such Assumed Contracts, all trustees, certificateholders, investors, rating agencies, mortgage insurers and any parties to any pooling and servicing agreements, assignment, assumption and recognition agreements, Servicing Agreements, subservicing agreements or similar agreements (collectively, the "Assumption Notice Parties"), for all purposes in such Debtor's Chapter 11 cases.

12. The respective Assumption Notice Parties shall be forever barred from (i) objecting to the assumption and assignment of the relevant Assumed Contract and/or Cure Amount, and (ii) asserting at any time any condition to assignment, default, claims, obligations or breach and/or any additional cure, damage or other amount with respect to the respective Assumed Contract on the basis of events of any kind or nature occurring or arising prior to the Closing Date (as defined in the Nationstar APA), whether such events constituted acts or omissions by the Debtors or other person and regardless of whether such events are known or unknown, including, without limitation, claims or liabilities relating to any act or omission of any originator, holder or servicer of mortgage loans prior to the Closing Date, and any indemnification obligations, claims or liabilities relating to any act or omission of the Sellers or any other person prior to the Closing Date.

13. All Assumed Contracts will be assumed and assigned to the Purchaser on the Closing Date of the Nationstar APA, except as may be otherwise set forth therein or agreed between the Debtors and Nationstar. The Debtors will request that Cure Objections to the proposed Cure Amounts based upon unquantifiable or unknown pre-closing liability be overruled; provided, however, that no such liabilities may asserted against the Purchaser or the Purchased Assets, as further described in the Sale Approval Order.

14. The Court shall conduct the Sale Hearing on **November 19, 2012 at 10:00 a.m.** (Eastern Time), at which time the Court will consider approval of the Sale Transactions to the Successful Bidder. The Sale Hearing may be adjourned or rescheduled without further notice by an announcement of the adjourned date at the Sale Hearing or by the filing of a hearing agenda.

15. If the Debtors, the Purchaser, and the non-debtor counterparty determine that the Contract Objection cannot be resolved without judicial intervention, then such Contract Objection shall be determined by the Bankruptcy Court either at the Sale Hearing or such other date as determined by the Bankruptcy Court, unless the Debtors, the Purchaser, and the non-debtor counterparty to the Assumed Contract agree otherwise; if the Bankruptcy Court determines at such hearing that the Assumed Contract should not be assumed and assigned, then such contract or lease shall no longer be considered an Assumed Contract.

4

ny-1058232

16. If you agree with the respective Cure Amount(s) listed in the Schedules with respect to your Assumed Contract(s), and otherwise do not object to the Debtors' assumption and assignment of your Assumed Contract, you are not required to take any further action.

17. Unless an Objection is filed and served before the Objection Deadline, you shall be deemed to have consented to the assumption and assignment of your Assumed Contract and the Cure Amount(s) for your Assumed Contract(s), and acknowledged that no default exists under the Assumed Contract other than those being cured by the Cure Amounts or defaults that are not required to be cured under section 365(b)(2) of the Bankruptcy Code. You shall be forever barred from objecting to the Cure Amount and from asserting any additional cure or other amounts against the Debtors, their estates, or the Purchaser.

18. No later than two business days prior to the Closing Date under the Nationstar APA (the "Contract Designation Deadline"), the Purchaser may, in its sole discretion, subject to certain limitations specified in the Nationstar APA (applicable only as between the parties thereto), exclude any of the Assumed Contracts by providing notice to the Sellers. Upon such designation, the contract or unexpired lease referenced therein shall no longer be considered an Assumed Contract, shall not be deemed to be, or to have been, assumed or assigned, and shall remain subject to assumption, rejection, or assignment by the Debtors. Until the Contract Designation Deadline, the Purchaser also may, subject to certain limitations specified in the Nationstar APA (applicable only as between the parties thereto), designate additional contracts or leases as Assumed Contracts to be assumed and assigned, and in such event the Debtors shall provide notice, in a manner generally consistent with the Assumption and Assignment Procedures, to the affected non-debtor counterparties indicating that the Debtors intend to assume and assign additional Assumed Contracts.

19. The Debtors' decision to assume and assign the Assumed Contracts is subject to Bankruptcy Court approval and consummation of the Nationstar Sale Transaction, and, absent such consummation, each of the Assumed Contracts will not be assumed or assigned to the Purchaser and shall in all respects be subject to further administration under the Bankruptcy Code.

20. All Assumed Contracts will be assumed by and assigned to the Purchaser on the Closing Date, except as may be otherwise set forth in the APA.

21. Until the Assumption Effective Date, assumption and assignment thereof is subject to the Purchaser's rights to modify the designation of Assumed Contracts as set forth in paragraph 17 above. Except as otherwise provided by the APA, the Purchaser shall have no rights in and to a particular Assumed Contract until such time as the particular Assumed Contract is assumed and assigned in accordance with the procedures set forth herein.

22. The inclusion of any document on the list of Designated Agreements shall not constitute or be deemed to be a determination or admission by the Debtors or the Purchaser that such document is, in fact, an executory contract or unexpired lease within the meaning of the Bankruptcy Code, and all rights with respect thereto are expressly reserved.

23. Any Assignment Objection or Cure Amount Objection shall not constitute an objection to the relief generally requested in the Motion (e.g., the sale of the Purchased Assets by the Debtors to the Purchaser free and clear of liens, claims, encumbrances, and interests), and

5

parties wishing to object to the relief generally requested in the Motion must file and serve a separate objection by the Sale Transaction Objection Deadline.

24. If a party other than Nationstar is determined to be the highest and best bidder for the assets to be sold pursuant to the Nationstar Sale Transactions, you will receive a separate notice providing additional information regarding the treatment of your contract(s) or unexpired lease(s); *provided, however*, that if the applicable Cure Amount has been established pursuant to the procedures set forth in this Notice, it shall not be subject to further dispute if the new purchaser seeks to acquire such contract or unexpired lease.

25. Nationstar is not assuming and parties will be enjoined from asserting against Nationstar any claims or obligations relating to the pre-closing period under any Assumed Contract (including any Servicing Agreement), whether such claims or obligations are known, unknown, fixed, contingent, unliquidated or liquidated at the time of the Closing, including, without limitation, any claims or liabilities relating to any act or omission of any originator, holder or servicer of mortgage loans prior to the Closing Date, and any indemnification claims or liabilities relating to any act or omission of the Sellers or any other person prior to the Closing Date. Any parties holding such claims or obligations will be required to file a Cure Objection if they disagree with the Cure Amount set forth on the Schedule.

26. This Notice is subject to the full terms and conditions of the Sale Procedures Order, which shall control in the event of any conflict. The Debtors encourage parties in interest to review such documents in their entirety and consult an attorney if they have questions or want advice.

Dated: New York, New York
       September 14, 2012

/s/ Gary S. Lee
Gary S. Lee
Todd M. Goren
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

Alexandra Steinberg Barrage
MORRISON & FOERSTER LLP
2000 Pennsylvania Avenue
Washington, DC  20006
Telephone: (202) 887-1500
Facsimile: (202) 887-0763

*Counsel for the Debtors and Debtors in Possession*

6

ny-1058232

Exhibit 1 - HAMP/HHF/EHLP Schedule

| Debtor Entity | Contract Description | Cure Amount | Counterparty/ Notice Party Address(es) | Address 1 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| GMAC Mortgage, LLC | Alabama Servicer Participation Agreement/Hardest Hit Fund Program | $0.00 | Alabama Housing Finance Housing Authority | 7460 Halcyon Pointe Drive | Montgomery | AL | 36117 |
| GMAC Mortgage, LLC | Arizona Servicer Participation Agreement/Hardest Hit Fund | $0.00 | Arizona Department of Housing | Suite 200 | Phoenix | AZ | 85007 |
| GMAC Mortgage, LLC | CALHFA Servicer Participation Agreement/Hardest Hit Fund | $0.00 | California Housing Finance Agency- Keep Your Home CA | 500 Capitol Mall, Suite 1400 | Sacramento | CA | 95814 |
| GMAC Mortgage, LLC | Connecticut Participation Agreement / Emergency Home Loan Program | $0.00 | Connecticut Housing Finance Authority | 999 West Street | Rocky Hill | CT | 06067 |
| GMAC Mortgage, LLC | Maryland Participation Agreement / Emergency Home Loan Program | $0.00 | Dept. of Housing & Community Development, Division of Finance & Administration | 100 Community Place | Crownsville | MD | 21032 |
| GMAC Mortgage, LLC | Servicer Participation Agreement/Hardest Hit Fund Program | $0.00 | District of Columbia Housing Finance Agency | 815 Florida Avenue, NW | Washington | DC | 20001-3017 |
| GMAC Mortgage, LLC | Licensing Agreement/HAMP Net Present Value (NPB) Calculator | $0.00 | Federal National Mortgage Association, a federally chartered corporation, as financial agent of the United States | 3900 Wisconsin Avenue, NW | Washington | DC | 20016 |
| GMAC Mortgage, LLC | Fannie Mae Master Agreement | $0.00 | Federal National Mortgage Association, a federally chartered corporation, as financial agent of the United States | 3900 Wisconsin Avenue, NW | Washington | DC | 20016 |
| GMAC Mortgage, LLC | Commitment to Purchase Financial Instrument and Servicer Participation Agreement/Home Affordable Modification Program (HAMP) | $0.00 | Federal National Mortgage Association, a federally chartered corporation, as financial agent of the United States Attn: General Counsel. Notice to: Chief, Office of Homeownership Preservation Office of Financial Stability Department of Treasury Notice to: Freddie Mac Attn: Vice President, Making Home Affordable-Compliance | Fannie Mae:3900 Wisconsin Avenue, NW Treasury: 1500 Pennsylvania Ave. NW, Freddie Mac: 8100 Jones Brach Drive | Washington Washington McLean | DC DC VA | 20016 20220 22102 |
| GMAC Mortgage, LLC | Amended and Restated Commitment to Purchase Financial Instrument and Servicer Participation Agreement/Home Affordable Modification Program (HAMP) | $0.00 | Federal National Mortgage Association, a federally chartered corporation, as financial agent of the United States Attn: General Counsel. Notice to: Chief, Office of Homeownership Preservation Office of Financial Stability Department of Treasury Notice to: Freddie Mac Attn: Vice President, Making Home Affordable-Compliance | Fannie Mae:3900 Wisconsin Avenue, NW Treasury: 1500 Pennsylvania Ave. NW, Freddie Mac: 8100 Jones Brach Drive | Washington Washington McLean | DC DC VA | 20016 20220 22102 |
| GMAC Mortgage, LLC | Florida Servicer Participation Agreement/Hardest Hit Fund | $0.00 | Florida Housing Finance Corporation | 227 N. Bronough Street, Suite 5000 | Tallahassee | FL | 32303 |
| GMAC Mortgage, LLC | Freddie Mac Master Agreement | $0.00 | Freddie Mac Attn: Vice President, Making Home Affordable-Compliance | 8100 Jones Brach Drive | McLean | VA | 22102 |
| GMAC Mortgage, LLC | Georgia Servicer Participation Agreement/Hardest Hit Fund | $0.00 | Georgia Department of Community Affairs | 60 Executive Park South, NE | Atlanta | GA | 30329 |

Exhibit 1 - HAMP/HHF/EHLP Schedule

| Debtor Entity | Contract Description | Cure Amount | Counterparty/ Notice Party Address(es) | Address 1 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| GMAC Mortgage, LLC | Idaho Participation Agreement / Emergency Home Loan Program | $0.00 | Idaho Housing and Finance Association | 565 W. Myrtle | Boise | ID | 83702 |
| GMAC Mortgage, LLC | Illinois Servicer Participation Agreement/Hardest Hit Fund | $0.00 | Illinois Housing Development Authority | 401 N Michigan Ave # 700 | Chicago | IL | 60611 |
| GMAC Mortgage, LLC | Indiana Servicer Participation Agreement/Hardest Hit Fund | $0.00 | Indiana Housing & Community Development Authority | 30 South Meridian Street, Suite 1000 Room IHCDA | Indianapolis | IN | 46204 |
| GMAC Mortgage, LLC | Subordinate Lien Matching and Data Sharing Services and Licensing Agreement/HAMP 2nd Lien Modification Program (HAMP 2MP) | $0.00 | McDash Analytics, LLC<br>McDash Analytics, LLC Attn: General Counsel | 1610 15th Street<br>601 Riverside Ave | Denver<br>Jacksonville | CO<br>FL | 80202<br>32204 |
| GMAC Mortgage, LLC | Michigan Servicer Participation Agreement/Hardest Hit Fund | $0.00 | Michigan State Housing Development Authority | George W Romney BLG, 8th Floor, 111 S. Capitol Ave | Lansing | MI | 48933 |
| GMAC Mortgage, LLC | Mississippi Servicer Participation Agreement/Hardest Hit Fund | $0.00 | Mississippi Home Corporation | P.O. Box 23369 | Jackson | MS | 39225-3369 |
| GMAC Mortgage, LLC | Nevada Deficiency Waiver Agreement/Hardest Hit Fund | $0.00 | Nevada Affordable Housing Assistance Corp | 205 East Warm Springs Road, Suite 105 | Las Vegas | NV | 89119 |
| GMAC Mortgage, LLC | Nevada Servicer Participation Agreement/Hardest Hit Fund | $0.00 | Nevada Affordable Housing Assistance Corp | 205 East Warm Springs Road, Suite 105 | Las Vegas | NV | 89119 |
| GMAC Mortgage, LLC | New Jersey Servicer Participation Agreement/Hardest Hit Fund | $0.00 | NJ Housing & Mortgage Finance Agency | 637 South Clinton Ave | Trenton | NC | 08650-2085 |
| GMAC Mortgage, LLC | North Carolina Servicer Participation Agreement/Hardest Hit Fund | $0.00 | North Carolina Housing Finance Agency | 3508 Bush St. | Raleigh | NC | 27609 |
| GMAC Mortgage, LLC | Ohio Servicer Participation Agreement/Hardest Hit Fund | $0.00 | Ohio Housing Finance Agency | 57 E Main Street | Columbus | OH | 43215 |
| GMAC Mortgage, LLC | Oregon Servicer Participation Agreement/Hardest Hit Fund | $0.00 | Oregon Housing and Community Services | 725 Summer Street NE, Suite B | Salem | OR | 97301-1266 |
| GMAC Mortgage, LLC | Pennsylvania Participation Agreement / Emergency Home Loan Program | $0.00 | Pennsylvania Housing Finance Agency | 211 N Front St | Harrisburg | PA | 17101 |
| GMAC Mortgage, LLC | Rhode Island Servicer Participation Agreement/Hardest Hit Fund | $0.00 | Rhode Island Housing | 44 Washington Street | Providence | RI | 02903 |
| GMAC Mortgage, LLC | South Carolina Servicer Participation Agreement/Hardest Hit Fund | $0.00 | South Carolina State Housing Finance and Development Authority | 300-C Outlet Pointe Blvd | Columbia | SC | 29210 |
| GMAC Mortgage, LLC | Tennessee Servicer Participation Agreement/Hardest Hit Fund | $0.00 | Tennessee Housing Development Agency | 404 James Robertson Parkway, Suite 1200 | Nashville | TN | 37243-0900 |
| GMAC Mortgage, LLC | Treasury Servicer Participation Agreement/ Hardest Hit Fund | $0.00 | U.S. Department of the Treasury, Office of Financial Stability | Homeownership Preservation Office,1500 Pennsylvania Avenue NW | Washington | DC | 20220 |
| GMAC Mortgage, LLC | United States Department of Housing and Urban Development / Emergency Home Loan Program | $0.00 | United States Department of Housing and Urban Development | Philadelphia Homeownership Center, 100 Penn Square East, 12th Floor | Philadelphia | PA | 19107 |

| Debtor Entity | Law Firm | Contract Description | Cure Amount: Pre-Petition Obligations | Address 1 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| GMAC Mortgage, LLC | Ablitt Scofield, PC | (a) Engagement Letter; (b) Master Services Agreement (Default Legal Services); (c) Statement of Work (Default Legal Services); and (d) Default Legal Supplier Expectation Document | $0.00 | 304 Cambridge Road | Woburn | MA | 01801 |
| GMAC Mortgage, LLC | Aldridge Connors, LLP | (a) Engagement Letter; (b) Master Services Agreement (Default Legal Services); (c) Statement of Work (Default Legal Services); and (d) Default Legal Supplier Expectation Document | $0.00 | 3575 Piedmont Rd NE, Suite 500 | Atlanta | GA | 30305 |
| GMAC Mortgage, LLC | Atlantic Law Group | (a) Engagement Letter; (b) Master Services Agreement (Default Legal Services); (c) Statement of Work (Default Legal Services); and (d) Default Legal Supplier Expectation Document | $0.00 | 1602 Village Market Blvd SE, Suite 301 | Leesburg | VA | 20175 |
| GMAC Mortgage, LLC | Baer & Timberlake, P.C. | (a) Engagement Letter; (b) Master Services Agreement (Default Legal Services); (c) Statement of Work (Default Legal Services); and (d) Default Legal Supplier Expectation Document | $0.00 | 4200 Perimeter Center Drive | Oklahoma City | OK | 73112 |
| GMAC Mortgage, LLC | Bendett & McHugh, P.C. | (a) Engagement Letter; (b) Master Services Agreement (Default Legal Services); (c) Statement of Work (Default Legal Services); and (d) Default Legal Supplier Expectation Document | $0.00 | 160 Farmington Avenue | Farmington | CT | 06032 |
| GMAC Mortgage, LLC | Berkman, Henoch, Peterson, Peddy & Fenchel, P.C. | (a) Engagement Letter; (b) Master Services Agreement (Default Legal Services); (c) Statement of Work (Default Legal Services); and (d) Default Legal Supplier Expectation Document | $0.00 | 100 Garden City Plaza | Garden City | NY | 11530 |
| GMAC Mortgage, LLC | BWW Law Group (f/k/a Bierman, Geesing & Ward) | (a) Engagement Letter; (b) Master Services Agreement (Default Legal Services); (c) Statement of Work (Default Legal Services); and (d) Default Legal Supplier Expectation Document | $0.00 | 4520 East West Highway, Suite 200 | Bethesda | MD | 20814 |
| GMAC Mortgage, LLC | Cal-Western Reconveyance Corporation | (a) Engagement Letter; (b) Master Services Agreement (Default Legal Services); (c) Statement of Work (Default Legal Services); and (d) Default Trustee Expectation Document | $0.00 | 525 East Main Street | El Cajon | CA | 92020 |
| GMAC Mortgage, LLC | Castle Stawiarski, LLC | (a) Engagement Letter; (b) Master Services Agreement (Default Legal Services); (c) Statement of Work (Default Legal Services); and (d) Default Legal Supplier Expectation Document | $0.00 | 999 18th Street, Suite 2301 | Denver | CO | 80202 |
| GMAC Mortgage, LLC | Codilis & Associates, P.C. | (a) Engagement Letter; (b) Master Services Agreement (Default Legal Services); (c) Statement of Work (Default Legal Services); and (d) Default Legal Supplier Expectation Document | $0.00 | 15 W. 030 North Frontage Road, Suite 100 | Burr Ridge | IL | 60527 |
| GMAC Mortgage, LLC | Codilis & Stawiarski, P.C. | (a) Engagement Letter; (b) Master Services Agreement (Default Legal Services); (c) Statement of Work (Default Legal Services); and (d) Default Legal Supplier Expectation Document | $0.00 | 650 N Sam Houston Pkwy East, Suite 450 | Houston | TX | 77060 |
| GMAC Mortgage, LLC | Cooper Castle Law Firm, LLP | (a) Engagement Letter; (b) Master Services Agreement (Default Legal Services); (c) Statement of Work (Default Legal Services); and (d) Default Legal Supplier Expectation Document | $0.00 | 5275 S. Durango Drive | Las Vegas | NV | 89113 |

| Debtor Entity | Law Firm | Contract Description | Cure Amount: Pre-Petition Obligations | Address 1 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| GMAC Mortgage, LLC | David Bakalar, P.A. | (a) Engagement Letter; (b) Master Services Agreement (Default Legal Services); (c) Statement of Work (Default Legal Services); and (d) Default Legal Supplier Expectation Document | $0.00 | 2901 Stirling Road, Suite 208 | Fort Lauderdale | FL | 33312 |
| GMAC Mortgage, LLC | Dean Morris, L.L.P. | (a) Engagement Letter; (b) Master Services Agreement (Default Legal Services); (c) Statement of Work (Default Legal Services); and (d) Default Legal Supplier Expectation Document | $0.00 | 1505 North 19th St. | Monroe | LA | 71207 |
| GMAC Mortgage, LLC | Drummond & Drummond, LLP | Attorney Expectation Document | $0.00 | One Monument Way | Portland | ME | 04101 |
| GMAC Mortgage, LLC | Executive Trustee Services, LLC | (a) Engagement Letter; (b) Master Services Agreement (Default Legal Services); (c) Statement of Work (Default Legal Services); and (d) Default Trustee Expectation Document | $0.00 | 2255 N Ontario St, Suite 400 | Burbank | CA | 91504 |
| GMAC Mortgage, LLC | Fein, Such & Crane, LLP | (a) Engagement Letter; (b) Master Services Agreement (Default Legal Services); (c) Statement of Work (Default Legal Services); and (d) Default Legal Supplier Expectation Document | $0.00 | 7 Century Drive, Suite 200 | Parsippany | NJ | 07054 |
| GMAC Mortgage, LLC | Fein, Such, Kahn & Shapard, P.C. | (a) Engagement Letter; (b) Master Services Agreement (Default Legal Services); (c) Statement of Work (Default Legal Services); and (d) Default Legal Supplier Expectation Document | $0.00 | 7 Century Drive, Suite 200 | Parsippany | NJ | 07054 |
| GMAC Mortgage, LLC | Feiwell & Hannoy, P.C. | (a) Engagement Letter; (b) Master Services Agreement (Default Legal Services); (c) Statement of Work (Default Legal Services); and (d) Default Legal Supplier Expectation Document | $0.00 | 251 N Illinois Street, Suite 1700 | Indianapolis | IN | 46204 |
| GMAC Mortgage, LLC | Finkel Law Firm LLC | (a) Engagement Letter; (b) Master Services Agreement (Default Legal Services); (c) Statement of Work (Default Legal Services); and (d) Default Legal Supplier Expectation Document | $0.00 | 1201 Main Street, Suite 1800 | Columbia | SC | 29201 |
| GMAC Mortgage, LLC | Fisher & Shapiro, LLC | (a) Engagement Letter; (b) Master Services Agreement (Default Legal Services); (c) Statement of Work (Default Legal Services); and (d) Default Legal Supplier Expectation Document | $0.00 | 2121 Waukegan Road, Suite 301 | Bannockburn | IL | 60015 |
| GMAC Mortgage, LLC | Gray & Associates, L.L.P. | (a) Engagement Letter; (b) Master Services Agreement (Default Legal Services); (c) Statement of Work (Default Legal Services); and (d) Default Legal Supplier Expectation Document | $0.00 | 16345 West Glendale Drive | New Berlin | WI | 53151 |
| GMAC Mortgage, LLC | Greenspoon Marder, P.A. | (a) Engagement Letter; (b) Master Services Agreement (Default Legal Services); (c) Statement of Work (Default Legal Services); and (d) Default Legal Supplier Expectation Document | $0.00 | 100 W. Cypress Creek Rd., Suite 700 | Fort Lauderdale | FL | 33309 |
| GMAC Mortgage, LLC | Harmon Law Offices, P.L. | (a) Master Services Agreement; (b) Statement of Work for Direct Sourcing of Foreclosure and Bankruptcy; (c) Mutual Non-Disclosure Agreement; and (d) Attorney Expectation Document | $0.00 | 150 California Street | Newton | MA | 02458 |
| GMAC Mortgage, LLC | Haughey, Philpot & Laurent, P.A. | (a) Engagement Letter; (b) Master Services Agreement (Default Legal Services); (c) Statement of Work (Default Legal Services); and (d) Default Legal Supplier Expectation Document | $0.00 | 816 North Main Street | Laconia | NH | 03246 |

| Debtor Entity | Law Firm | Contract Description | Cure Amount: Pre-Petition Obligations | Address 1 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| GMAC Mortgage, LLC | Hunt Leibert Jacobson, P.C. | (a) Engagement Letter; (b) Master Services Agreement (Default Legal Services); (c) Statement of Work (Default Legal Services); and (d) Default Legal Supplier Expectation Document | $0.00 | 50 Weston Street | Hartford | CT | 06120 |
| GMAC Mortgage, LLC | Jackson & McPherson, LLC | (a) Engagement Letter; (b) Master Services Agreement (Default Legal Services); (c) Statement of Work (Default Legal Services); and (d) Default Legal Supplier Expectation Document | $0.00 | 1010 Common Street, Suite 1800 | New Orleans | LA | 70112 |
| GMAC Mortgage, LLC | James E. Albertelli, P.A., a/k/a Albertelli Law | (a) Engagement Letter; (b) Master Services Agreement (Default Legal Services); (c) Statement of Work (Default Legal Services); and (d) Default Legal Supplier Expectation Document | $0.00 | 5404 Cypress Center Dr., Suite 300 | Tampa | FL | 33609 |
| GMAC Mortgage, LLC | Johnson & Freedman, LLC | (a) Engagement Letter; (b) Master Services Agreement (Default Legal Services); (c) Statement of Work (Default Legal Services); and (d) Default Legal Supplier Expectation Document | $0.00 | 1587 Northeast Expy | Atlanta | GA | 30329 |
| GMAC Mortgage, LLC | Kass Shuler, P.A. | (a) Engagement Letter; (b) Master Services Agreement (Default Legal Services); (c) Statement of Work (Default Legal Services); and (d) Default Legal Supplier Expectation Document | $0.00 | 1505 North Florida Avenue | Tampa | FL | 33602 |
| GMAC Mortgage, LLC | Kivell, Rayment & Francis, P.C. | (a) Engagement Letter; (b) Master Services Agreement (Default Legal Services); (c) Statement of Work (Default Legal Services); and (d) Default Legal Supplier Expectation Document | $0.00 | 7666 East 61st Street, Suite 550 | Tulsa | OK | 74133 |
| GMAC Mortgage, LLC | KML Law Group, P.C., f/k/a Goldbeck | (a) Engagement Letter; (b) Master Services Agreement (Default Legal Services); (c) Statement of Work (Default Legal Services); and (d) Default Legal Supplier Expectation Document | $0.00 | 701 Market Street, Suite 5000 | Philadelphia | PA | 19106 |
| GMAC Mortgage, LLC | Kozeny & McCubbin, L.C. | (a) Engagement Letter; (b) Master Services Agreement (Default Legal Services); (c) Statement of Work (Default Legal Services); and (d) Default Legal Supplier Expectation Document | $0.00 | 12400 Olive Blvd., Suite 555 | St. Louis | MO | 63141 |
| GMAC Mortgage, LLC | Law Offices of Marshall C. Watson, P.A. | (a) Engagement Letter; (b) Master Services Agreement (Default Legal Services); (c) Statement of Work (Default Legal Services); and (d) Default Legal Supplier Expectation Document | $0.00 | 1800 NW 49th Street, Suite 120 | Fort Lauderdale | FL | 33309 |
| GMAC Mortgage, LLC | Lerner, Sampson & Rothfuss | (a) Engagement Letter; (b) Master Services Agreement (Default Legal Services); (c) Statement of Work (Default Legal Services); and (d) Default Legal Supplier Expectation Document | $0.00 | 120 East 4th Street, 8th Floor | Cincinnati | OH | 45202 |
| GMAC Mortgage, LLC | Lobe & Fortin, PLC | (a) Engagement Letter; (b) Master Services Agreement (Default Legal Services); (c) Statement of Work (Default Legal Services); and (d) Default Legal Supplier Expectation Document | $0.00 | 30 Kimball Avenue, Suite 306 | South Burlington | VT | 05403 |
| GMAC Mortgage, LLC | Mackoff, Kellogg Law Firm | (a) Engagement Letter; (b) Master Services Agreement (Default Legal Services); (c) Statement of Work (Default Legal Services); and (d) Default Legal Supplier Expectation Document | $0.00 | 38 2nd Avenue East | Dickinson | ND | 58601 |

| Debtor Entity | Law Firm | Contract Description | Cure Amount: Pre-Petition Obligations | Address 1 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| GMAC Mortgage, LLC | Malcolm Cisneros | (a) Engagement Letter; (b) Master Services Agreement (Default Legal Services); (c) Statement of Work (Default Legal Services); and (d) Default Legal Supplier Expectation Document | $0.00 | 2112 Business Center Drive, 2nd Floor | Irvine | CA | 92612 |
| GMAC Mortgage, LLC | Manley Deas Kochalski LLC | (a) Engagement Letter; (b) Master Services Agreement (Default Legal Services); (c) Statement of Work (Default Legal Services); and (d) Default Legal Supplier Expectation Document | $0.00 | 1400 Goodale Blvd., Suite 200 | Grandview Heights | OH | 43221 |
| GMAC Mortgage, LLC | Mccabe, Weisberg, & Conway | (a) Engagement Letter; (b) Master Services Agreement (Default Legal Services); (c) Statement of Work (Default Legal Services); and (d) Default Legal Supplier Expectation Document | $0.00 | 123 South Broad St. | Philadelphia | PA | 19109 |
| GMAC Mortgage, LLC | McCalla Raymer, LLC | (a) Engagement Letter; (b) Master Services Agreement (Default Legal Services); (c) Statement of Work (Default Legal Services); and (d) Default Legal Supplier Expectation Document | $0.00 | 6 Concourse Parkway, Suite 3200 | Atlanta | GA | 30328 |
| GMAC Mortgage, LLC | McCarthy & Holthus, LLP | (a) Engagement Letter; (b) Master Services Agreement (Default Legal Services); (c) Statement of Work (Default Legal Services); and (d) Default Legal Supplier Expectation Document | $0.00 | 1770 Fourth Avenue | San Diego | CA | 92101 |
| GMAC Mortgage, LLC | McCurdy & Candler, LLC | (a) Engagement Letter; (b) Master Services Agreement (Default Legal Services); (c) Statement of Work (Default Legal Services); and (d) Default Legal Supplier Expectation Document | $0.00 | 3525 Piedmont Road NE, Suite 700 | Atlanta | GA | 30505 |
| GMAC Mortgage, LLC | McFadden, Lyon & Rouse, L.L.C. | (a) Engagement Letter; (b) Master Services Agreement (Default Legal Services); (c) Statement of Work (Default Legal Services); and (d) Default Legal Supplier Expectation Document | $0.00 | 718 Downtowner Blvd | Mobile | AL | 36609 |
| GMAC Mortgage, LLC | Millsap & Singer, LLC | (a) Engagement Letter; (b) Master Services Agreement (Default Legal Services); (c) Statement of Work (Default Legal Services); and (d) Default Legal Supplier Expectation Document | $0.00 | 612 Spirit Dr. | St. Louis | MO | 63005 |
| GMAC Mortgage, LLC | Milstead & Associates, LLC | (a) Engagement Letter; (b) Master Services Agreement (Default Legal Services); (c) Statement of Work (Default Legal Services); and (d) Default Legal Supplier Expectation Document | $0.00 | 220 Lake Drive East, Suite 301 | Cherry Hill | NJ | 08002 |
| GMAC Mortgage, LLC | Morris & Associates | (a) Engagement Letter; (b) Master Services Agreement (Default Legal Services); (c) Statement of Work (Default Legal Services); and (d) Default Legal Supplier Expectation Document | $0.00 | 2309 Oliver Road | Monroe | LA | 71201 |
| GMAC Mortgage, LLC | Northwest Trustee Services, Inc. | (a) Engagement Letter; (b) Master Services Agreement (Default Legal Services); (c) Statement of Work (Default Legal Services); and (d) Default Legal Supplier Expectation Document | $0.00 | 13555 SE 36th Street, Suite 300 | Bellevue | WA | 98006 |
| GMAC Mortgage, LLC | Orlans Associates, P.C. | (a) Engagement Letter; (b) Master Services Agreement (Default Legal Services); (c) Statement of Work (Default Legal Services); and (d) Default Legal Supplier Expectation Document | $0.00 | 1650 West Big Beaver | Troy | MI | 48084 |

| Debtor Entity | Law Firm | Contract Description | Cure Amount: Pre-Petition Obligations | Address 1 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| GMAC Mortgage, LLC | Orlans Moran PLLC | (a) Engagement Letter; (b) Master Services Agreement (Default Legal Services); (c) Statement of Work (Default Legal Services); and (d) Default Legal Supplier Expectation Document | $0.00 | 45 School Street | Boston | MA | 02108 |
| GMAC Mortgage, LLC | Pendergast & Associates, P.C. | (a) Engagement Letter; (b) Master Services Agreement (Default Legal Services); (c) Statement of Work (Default Legal Services); and (d) Default Legal Supplier Expectation Document | $0.00 | 115 Perimeter Center Place, Suite 1000 | Taltnat | GA | 30346 |
| GMAC Mortgage, LLC | Petosa, Petosa & Boecker, LLP | (a) Engagement Letter; (b) Master Services Agreement (Default Legal Services); (c) Statement of Work (Default Legal Services); and (d) Default Legal Supplier Expectation Document | $0.00 | 1350 NW 138th Street, Suite 100 | Clive | IA | 50325 |
| GMAC Mortgage, LLC | Phelan Hallinan & Schmieg, LLP | (a) Engagement Letter; (b) Master Services Agreement (Default Legal Services); (c) Statement of Work (Default Legal Services); and (d) Default Legal Supplier Expectation Document | $0.00 | 1617 JFK Blvd, Suite 1400 | Philadelphia | PA | 19103 |
| GMAC Mortgage, LLC | Phelan Hallinan & Schmieg, P.C. | (a) Engagement Letter; (b) Master Services Agreement (Default Legal Services); (c) Statement of Work (Default Legal Services); and (d) Default Legal Supplier Expectation Document | $0.00 | 400 Fellowship Road | Mt. Laurel | NJ | 08054 |
| GMAC Mortgage, LLC | Phelan Hallinan, PLC | (a) Engagement Letter; (b) Master Services Agreement (Default Legal Services); (c) Statement of Work (Default Legal Services); and (d) Default Legal Supplier Expectation Document | $0.00 | 888 SE 3rd Ave, Suite 201 | Fort Lauderdale | FL | 33316 |
| GMAC Mortgage, LLC | Pierce & Associates, P.C. | (a) Engagement Letter; (b) Master Services Agreement (Default Legal Services); (c) Statement of Work (Default Legal Services); and (d) Default Legal Supplier Expectation Document | $0.00 | 1 N. Dearborn St. | Chicago | IL | 60602 |
| GMAC Mortgage, LLC | Pite Duncan, LLP | (a) Engagement Letter; (b) Master Services Agreement (Default Legal Services); (c) Statement of Work (Default Legal Services); and (d) Default Legal Supplier Expectation Document | $0.00 | 4375 Jutland Drive, Suite 200 | San Diego | CA | 92117 |
| GMAC Mortgage, LLC | Quality Loan Service Corp. | (a) Engagement Letter; (b) Master Services Agreement (Default Legal Services); (c) Statement of Work (Default Legal Services); and (d) Default Legal Supplier Expectation Document | $0.00 | 2141 Fifth Avenue | San Diego | CA | 92101 |
| GMAC Mortgage, LLC | RCO Hawaii, LLLC | (a) Engagement Letter; (b) Master Services Agreement (Default Legal Services); (c) Statement of Work (Default Legal Services); (d) Statement of Work (Ancillary Services); and (e) Default Legal Supplier Expectation Document | $0.00 | 900 Fort Street Mall, Suite 800 | Honolulu | HI | 96813 |
| GMAC Mortgage, LLC | Reisenfeld & Associates, L.P.A., L.L.C. | (a) Engagement Letter; (b) Master Services Agreement (Default Legal Services); (c) Statement of Work (Default Legal Services); and (d) Default Legal Supplier Expectation Document | $0.00 | 3962 Red Bank Rd. | Cincinnati | OH | 45227 |
| GMAC Mortgage, LLC | Robertson, Anschutz & Schneid, P.L. | (a) Engagement Letter; (b) Master Services Agreement (Default Legal Services); (c) Statement of Work (Default Legal Services); and (d) Default Legal Supplier Expectation Document | $0.00 | 3010 N Military Road | Boca Raton | FL | 33431 |

| Debtor Entity | Law Firm | Contract Description | Cure Amount: Pre-Petition Obligations | Address 1 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| GMAC Mortgage, LLC | Rogers Townsend & Thomas, PC | (a) Engagement Letter; (b) Master Services Agreement (Default Legal Services); (c) Statement of Work (Default Legal Services); and (d) Default Legal Supplier Expectation Document | $0.00 | 220 Executive Center Drive | Columbia | SC | 29210 |
| GMAC Mortgage, LLC | Rosicki & Rosicki Associates, PC | (a) Engagement Letter; (b) Master Services Agreement (Default Legal Services); (c) Statement of Work (Default Legal Services); and (d) Default Legal Supplier Expectation Document | $0.00 | 51 East Bethpage Road | Plainview | NY | 11803 |
| GMAC Mortgage, LLC | Routh Crabtree Olsen, PS | (a) Engagement Letter; (b) Master Services Agreement (Default Legal Services); (c) Statement of Work (Default Legal Services); and (d) Default Legal Supplier Expectation Document | $0.00 | 13555 SE 36th Street, Suite 300 | Bellevue | WA | 98006 |
| GMAC Mortgage, LLC | Samuel I. White, P.C. | (a) Engagement Letter; (b) Master Services Agreement (Default Legal Services); (c) Statement of Work (Default Legal Services); and (d) Default Legal Supplier Expectation Document | $0.00 | 5040 Corporate Woods Drive, Suite 120 | Virginia Beach | VA | 23462 |
| GMAC Mortgage, LLC | Schneiderman & Sherman, P.C. | (a) Engagement Letter; (b) Master Services Agreement (Default Legal Services); (c) Statement of Work (Default Legal Services); and (d) Default Legal Supplier Expectation Document | $0.00 | 23938 Research Drive, Suite 300 | Farmington Hills | MI | 48335 |
| GMAC Mortgage, LLC | Shapiro & Ingle, LLP | (a) Engagement Letter; (b) Master Services Agreement (Default Legal Services); (c) Statement of Work (Default Legal Services); and (d) Default Legal Supplier Expectation Document | $0.00 | 10130 Perimeter Pkwy, Suite 400 | Charlotte | NC | 28216 |
| GMAC Mortgage, LLC | Shapiro & Zielke, L.L.P. | (a) Engagement Letter; (b) Master Services Agreement (Default Legal Services); (c) Statement of Work (Default Legal Services); and (d) Default Legal Supplier Expectation Document | $0.00 | 12550 West Frontage Road, Suite 200 | Burnsville | MN | 55337 |
| GMAC Mortgage, LLC | Shapiro, Brown & Alt, LLP (f/k/a Shapiro & Burson, LLP) | (a) Engagement Letter; (b) Master Services Agreement (Default Legal Services); (c) Statement of Work (Default Legal Services); and (d) Default Legal Supplier Expectation Document | $0.00 | 13135 Lee Jackson Hwy, Suite 201 | Fairfax | VA | 22033 |
| GMAC Mortgage, LLC | Shapiro, Fishman & Gache, LLP | (a) Engagement Letter; (b) Master Services Agreement (Default Legal Services); (c) Statement of Work (Default Legal Services); and (d) Default Legal Supplier Expectation Document | $0.00 | 4630 Woodland Corp Blvd, Suite 100 | Tampa | FL | 33614 |
| GMAC Mortgage, LLC | Shechtman Halperin Savage, LLP | (a) Engagement Letter; (b) Master Services Agreement (Default Legal Services); (c) Statement of Work (Default Legal Services); and (d) Default Legal Supplier Expectation Document | $0.00 | 1080 Main Street | Pawtucket | RI | 02860 |
| GMAC Mortgage, LLC | Sirote & Permutt, P.C. | (a) Engagement Letter; (b) Master Services Agreement (Default Legal Services); (c) Statement of Work (Default Legal Services); and (d) Default Legal Supplier Expectation Document | $0.00 | 2311 Highland Avenue South | Birmingham | AL | 35205 |
| GMAC Mortgage, LLC | Smith, Hiatt & Diaz, PA | (a) Engagement Letter; (b) Master Services Agreement (Default Legal Services); (c) Statement of Work (Default Legal Services); and (d) Default Legal Supplier Expectation Document | $0.00 | 2691 East Oakland Park Blvd, Suite 303 | Fort Lauderdale | FL | 33306 |

| Debtor Entity | Law Firm | Contract Description | Cure Amount: Pre-Petition Obligations | Address 1 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| GMAC Mortgage, LLC | South & Associates, P.C. | (a) Engagement Letter; (b) Master Services Agreement (Default Legal Services); (c) Statement of Work (Default Legal Services); and (d) Default Legal Supplier Expectation Document | $0.00 | 6363 College Blvd, Suite 100 | Overland Park | KS | 66211 |
| GMAC Mortgage, LLC | Stein, Wiener & Roth, L.L.P. | (a) Engagement Letter; (b) Master Services Agreement (Default Legal Services); (c) Statement of Work (Default Legal Services); and (d) Default Legal Supplier Expectation Document | $0.00 | 1 Old Country Road, Suite 113 | Carle Place | NY | 11514 |
| GMAC Mortgage, LLC | Susan C. Little & Associates, P.A. | Attorney Expectation Document | $0.00 | 4501 Indian School Road NE Suite 101 | Albuquerque | NM | 87110 |
| GMAC Mortgage, LLC | The Florida Default Law Group (n/k/a Ronald R. Wolfe & Associates, P.L.) | (a) Engagement Letter; (b) Master Services Agreement (Default Legal Services); (c) Statement of Work (Default Legal Services); and (d) Default Legal Supplier Expectation Document | $0.00 | 4919 Memorial Highway, Suite 200 | Tampa | FL | 33634 |
| GMAC Mortgage, LLC | The Law Offices of Elizabeth R. Wellborn, P.A. | (a) Engagement Letter; (b) Master Services Agreement (Default Legal Services); (c) Statement of Work (Default Legal Services); and (d) Default Legal Supplier Expectation Document | $0.00 | 350 Jim Moran Blvd, Suite 100 | Deerfield Beach | FL | 33442 |
| GMAC Mortgage, LLC | The Law Offices of John D. Clunk Co., LPA | (a) Engagement Letter; (b) Master Services Agreement (Default Legal Services); (c) Statement of Work (Default Legal Services); and (d) Default Legal Supplier Expectation Document | $0.00 | 4500 Courthouse Blvd., Suite 400 | Stow | OH | 44224 |
| GMAC Mortgage, LLC | Trott & Trott, P.C. | (a) Engagement Letter; (b) Master Services Agreement (Default Legal Services); (c) Statement of Work (Default Legal Services); and (d) Default Legal Supplier Expectation Document | $0.00 | 31440 Northwestern Hwy, Suite 200 | Farmington Hills | MI | 48334 |
| GMAC Mortgage, LLC | Trustee Corps | (a) Engagement Letter; (b) Master Services Agreement (Default Legal Services); (c) Statement of Work (Default Legal Services); and (d) Default Legal Supplier Expectation Document | $0.00 | 17100 Gillette Avenue | Irvine | CA | 92614 |
| GMAC Mortgage, LLC | Udren Law Offices, P.C. | (a) Engagement Letter; (b) Master Services Agreement (Default Legal Services); (c) Statement of Work (Default Legal Services); and (d) Default Legal Supplier Expectation Document | $0.00 | 111 Woodcrest Rd. | Cherry Hill | NJ | 08003 |
| GMAC Mortgage, LLC | Underwood Law Firm PLLC | (a) Engagement Letter; (b) Master Services Agreement (Default Legal Services); (c) Statement of Work (Default Legal Services); and (d) Default Legal Supplier Expectation Document | $0.00 | 340 Edgewood Terrace Drive | Jackson | MS | 39206 |
| GMAC Mortgage, LLC | Weltman, Weinberg & Reis Co., LPA | (a) Engagement Letter; (b) Master Services Agreement (Default Legal Services); (c) Statement of Work (Default Legal Services); and (d) Default Legal Supplier Expectation Document | $0.00 | 525 Vine St., Suite 800 | Cincinnati | OH | 45202 |
| GMAC Mortgage, LLC | Whittington & Aulgur | (a) Engagement Letter; (b) Master Services Agreement (Default Legal Services); (c) Statement of Work (Default Legal Services); and (d) Default Legal Supplier Expectation Document | $0.00 | 651 North Broad Street, Suite 206 | Middletown | DE | 19709 |
| GMAC Mortgage, LLC | Wilford Geske & Cook, P.A. | (a) Engagement Letter; (b) Master Services Agreement (Default Legal Services); (c) Statement of Work (Default Legal Services); and (d) Default Legal Supplier Expectation Document | $0.00 | 8425 Seasons Parkway, Suite 105 | Woodbury | MN | 55125 |

Exhibit 2 – Foreclosure Counsel Schedule

| Debtor Entity | Law Firm | Contract Description | Cure Amount: Pre-Petition Obligations | Address 1 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| GMAC Mortgage, LLC | Wilson & Associates, PLLC | (a) Engagement Letter; (b) Master Services Agreement (Default Legal Services); (c) Statement of Work (Default Legal Services); and (d) Default Legal Supplier Expectation Document | $0.00 | 1521 Merrill Drive, Suite D220 | Little Rock | AR | 72211 |
| GMAC Mortgage, LLC | Zucker, Goldberg & Ackerman, LLC | (a) Engagement Letter; (b) Master Services Agreement (Default Legal Services); (c) Statement of Work (Default Legal Services); and (d) Default Legal Supplier Expectation Document | $0.00 | 200 Sheffield St., Suite 101 | Mountainside | NJ | 07092 |

Exhibit 3 - Real Property Lease Schedule

| Owner/Lessee | Lease Number/Lease Description | Street Address of Real Property | Cure Amount | Lease Counterparty Address | Address 1 | City | State | Zip | Email |
|---|---|---|---|---|---|---|---|---|---|
| GMAC Mortgage, LLC | Lease between 1891 Professional Building Associates and Lessee dated 5-30-2012 | 10 Liberty Street, Office 111 & 411, Danvers MA 01923 | $0.00 | 1891 Professional Building Associates dba Office Concepts | 10 Liberty Street | Danvers | MA | 1923 | weriquier@unitedplanners.com |
| GMAC Mortgage, LLC | Lease Agreement between Bridgeton Executive Suites, Inc. and Lesse dated 6-29-2012 | 3466 Bridgeland Drive, Office 201, Bridgeton MO 63044 | $0.00 | Bridgeton Executive Suites, Inc. | 3466 Bridgeland Drive | Bridgeton | MO | 63044 | sfriedrich@tsasales.com |
| GMAC Mortgage, LLC | Lease between Trotter Holdings, LLC dba Bridlewood Executive Suites and Lessee dated 8-6-12 | 204 Muirs Chapel Rd, Suite 100, Greensboro NC 27410 | $0.00 | Bridlewood Executive Suites | 204 Muirs Chapel Rd, Suite 100 | Greensboro | NC | 27410 | wlynn@bridlewoodsuites.com |
| Residential Funding Corporation | Lease between Brandywine Cityplace LP and Lessee dated 12-17-1993, Amendments dated 8-3-1994, 6-12-1996, 6-19-1997, 12-31-1999, 6-13-2003, 9-14-2004, 7-26-2006 | 2711 North Haskell Avenue, Dallas TX 75204 | $0.00 | Dallas CPT Fee Owner, LP c/o Barrow Street Capital LLC. Attn: Steven C. Lebowitz | 300 First Stamford Place, 3rd Floor East | Stamford | CT | 6904 | HMartin@StreamRealty.com |
| GMAC Mortgage, LLC | Lease between Kalyvas Group, LLC and Lessee dated 6-29-2012 | 111 Second Avenue NE Suite 910, St. Petersburg FL 33701 | $0.00 | Kalyvas Group, LLC c/o The Office Annex, Inc. | 111 Second Ave. NE, Suite 919 | St. Petersburg | FL | 33701 | cmeyer@plazasuites.us |
| GMAC Mortgage, LLC | Lease between Landfall Executive Suites, LLC and Lessee dated 7-24-12 | 1213 Culbreth Drive, Suites 143 & 144, Wilmington NC | $0.00 | Landfall Executive Suites, LLC | 1213 Culbreth Drive | Wilmington | NC | 28405 | eg@Landfall.biz |
| GMAC Mortgage, LLC | Client Services Agreement between PBC Walnut Creek, LLC and Lessee dated 4-1-2010, Amendments dated 9-1-2011, 8-17-2012 | 1990 North California Blvd., 8th Floor #830, Offices 6, 9 & 16, Walnut Creek CA 94596-7261 | $0.00 | PBC Walnut Creek, LLC | 1990 North California Blvd Suite 830 | Walnut Creek | CA | 94596 | Terri@pbcoffices.com |
| GMAC Mortgage LLC | Office Service Agreement between Regus Management Group LLC and Lessee dated 2-14-2011, Renewal Agreements dated 10-4-2011, 2-23-2012, 6-5/12 | 800 Bellevue Way, Office 429 and 430, Bellevue WA 98004 | $0.00 | Regus Management Group LLC | 800 Bellevue Way, Ste 400 | Bellevue | WA | 98004 | hilary.williams@regus.com |
| GMAC Mortgage, LLC | Office Service Agreement between Regus Management Group LLC and Lessee dated 7-9-2012 | 4040 Civic Center Drive, Suite 200, San Rafael CA 94903 | $0.00 | Regus Management Group LLC | 4040 Civic Center Drive, Suite 200 | San Rafael | CA | 94903 | kiu.phung@regus.com |
| ETS of Washington, Inc. | Office Service Agreement between Regus Management Group LLC and Lessee dated 8-1-2011, Renewal Agreement dated 5-8-2012 | 800 Bellevue Way, Office 420, Bellevue WA 98004 | $0.00 | Regus Management Group LLC | 800 Bellevue Way, Ste 400 | Bellevue | WA | 98004 | hilary.williams@regus.com |
| GMAC Mortgage, LLC | Office Service Agreement between Regus Management Group LLC and Lessee dated 7-12-2012 with Addendum | 33 Wood Avenue South, Office 425, Iselin NJ 08830 | $0.00 | Regus Management Group LLC | 33 Wood Avenue South | Iselin | NJ | 8830 | michelle.chomko@regus.com |
| GMAC Mortgage, LLC | Office Service Agreement between Regus Management Group LLC and Lessee dated 6-13-2011 with Addendum with Renewal Agreement dated 5-9-12 | 725 Cool Springs, Suite 600, Office 6001, Franklin TN 37067 | $0.00 | Regus Management Group, LLC | 725 Cool Springs Boulevard, Suite 600 | Franklin | TN | 37067 | emily.richardson@regus.com |
| GMAC Mortgage, LLC | Service Agreement between Your Office - Orlando/Lake Maryand Lessee dated 8-1-1012 | 1540 International Parkway, Office 203, Lake Mary FL 32746 | $0.00 | SOC-Lake Mary, LLC | 1540 International Parkway, Suite 2000 | Lake Mary | FL | 32746 | linda.diviaio@youroffice.com |
| GMAC Mortgage LLC | Sublease between Steven S. Nagy, Reliant Holdings, LLC and Lessee dated 7-1-2012 | 256 Seaboard Lane, Suite E 105, Franklin TN 37067 | $0.00 | Steven S. Nagy, Reliant Holdings, LLC c/o Hardee Accounting, PC | Hendersonville | Franklin | TN | 37075 | jennifer@hardeecpa.com |
| GMAC Mortgage LLC | Sublease between Steven S. Nagy, Reliant Holdings, LLC and Lessee dated 7-1-2012 | 505 East Main Street, Hendersonville TN | $0.00 | Steven S. Nagy, Reliant Holdings, LLC c/o Hardee Accounting, PC | Hendersonville | Franklin | TN | 37075 | jennifer@hardeecpa.com |
| GMAC Mortgage LLC | Sublease between Steven S. Nagy, Reliant Holdings, LLC and Lessee dated 7-1-2012 | 4711 Trousdale Drive, Suite 121, Nashville TN 37220 | $0.00 | Steven S. Nagy, Reliant Holdings, LLC c/o Hardee Accounting, PC | Hendersonville | Franklin | TN | 37075 | jennifer@hardeecpa.com |

Exhibit 3 - Real Property Lease Schedule

| Owner/Lessee | Lease Number/Lease Description | Street Address of Real Property | Cure Amount | Lease Counterparty Address | Address 1 | City | State | Zip | Email |
|---|---|---|---|---|---|---|---|---|---|
| GMAC Mortgage LLC | Executive Suites Leas between SW+A Pendleton West, LLC and Lessee dated 6-30-2012 | 607 Pendleton Street, Office #ES2, Greenville SC  29601 | $0.00 | SW+A Pendleton West, LLC | 607 Pendleton Street, Suite 100 | Greenville | SC | 29601 | HWeeks@urban-edge-studio.com |
| GMAC Mortgage LLC | Lease between The Irvine Company LLC, as successor to Maguire Properties – Pacific Arts Plaza, LLC and Lessee dated 8-1-2005, Amendments dated 4-2-2006, 11-1-2006, 12-20-2006, 2-17-2011, 3-8-2011, 4-7-2011, 7-5-2011, 9-9-2011, 7-25-2012 | 3200 Park Center Drive Suites 150 & 400, Costa Mesa CA  92626 | $0.00 | The Irvine Company LLC | 3200 Park Center Drive Suite 1150 | Costa Mesa | CA | 92626 | rmartinez1@abm.com; cgash@irvinecompany.com; nooriyah.ayoub@am.jll.com; nayoub@irvinecompany.com |
| GMAC Mortgage LLC | Sublease between UNITED COUNTRY-COLUMBIA REALTY and Lessee dated 7-1-2012 | 740 Nashville Hwy, Columbia TN 38401 | $0.00 | UNITED COUNTRY-COLUMBIA REALTY | 740 Nashville Hwy | Columbia | TN | 38401 | melissa@melissapotts.com |