STEVEN K. EISENBERG, ESQUIRE
LEN M. GARZA, ESQUIRE
STACEY A. WEISBLATT, ESQUIRE
JACE C. MCCOLLEY, ESQUIRE
STERN & EISENBERG, PC
THE PAVILION
261 OLD YORK ROAD, SUITE 410
JENKINTOWN, PENNSYLVANIA 19046
TELEPHONE: (215) 572-8111
FACSIMILE: (215) 572-5025
(COUNSEL FOR MOVANT)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

Presentment Date and Time:
*Wednesday, October 10, 2012*
*at 10:00 AM*

In Re:

Residential Capital, LLC, et. al.

Debtor(s)

Chapter 11

Bankruptcy Case: 12-12020

Assigned to Bankruptcy Judge:
Judge Martin Glenn

## NOTICE OF PRESENTMENT OF REQUEST/MOTION TO VACATE THE AUTOMATIC STAY (& OTHER RELIEF) AND HEARING DATE

TO ALL INTERESTED PARTIES:

Please take notice that the undersigned Counsel on behalf of HSBC Bank USA, NA , a secured creditor, by the undersigned counsel, will present an order for signature before the Honorable Martin Glenn in Courtroom 501, United States Bankruptcy Court, One Bowling Green, New York, NY 10004. The proposed order will seek to vacate the Automatic Stay under 11 USC §362 (d) (and §1301) (or such other relief as the Court may deem proper under the applicable sections of the Bankruptcy Code) in order for Movant (and any successor-in-interest) to proceed with its rights under non-bankruptcy law with regard to the Property: 7631 Inverary Drive , Frankfort, IL.

If you have good reason to object to the granting of the proposed order, you must do so in writing and at least 7 business days before the order is to be signed (meaning before the presentment day) no later than 4:00 pm (New York Time), you must serve the undersigned and all other entities to whom this motion has been noticed, as indicated below, with a copy of your objections stating the legal grounds and the facts which establish the reasons for your objections. You must also serve two (2) courtesy copies to chambers. The objections shall identify the motion to which they are addressed by name of moving party, date of the hearing, relief sought by the motion, and by title, caption, and index number of the case in which the motion is made. Within the same time you must also file with the clerk of the Court the original of your objections together with proof by affidavit, admission, or otherwise that

MFR CH 13

copies have been properly served. If no proper objections are timely filed and served and if the judge is satisfied from the application that the moving party is entitled to the relief sought, the order may be signed without a hearing. If proper objections are timely filed and served, a hearing will be held before the Court in Courtroom 501, United States Bankruptcy Court, One Bowling Green, New York, NY 10004 at *Wednesday, October 10, 2012 at 10:00 AM*. If no objections are filed, the Court may sign the order without further proceedings, or may direct that the hearing be held notwithstanding the absence of objections.

                              STERN & EISENBERG, PC

BY:   /s/ Len M. Garza, Esq.
        LEN M. GARZA, ESQUIRE (Bar No. LG3578)
        Stern & Eisenberg, PC
        261 Old York Road, Suite 410
        Jenkintown, PA 19046
        Tel: (215) 572-8111
        lgarza@sterneisenberg.com
        Attorney for Movant

DATE: 09/17/2012

Service List:

See attached service list per 5/23/2012 Case Management Procedures

and

Kenneth L. Spriggs and Jennifer Spriggs
7631 Inverary Drive
Frankfort, IL 60423
(Debtors)

All other parties on ECF

MFR CH 13

**Office of the United States Trustee for the Southern District of New York**

Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004
Attn:  Tracy Hope Davis, Esq.
       Brian Masumoto, Esq.
       Linda Riffkin, Esq.
Phone: (212) 510-0500
Facsimile: (212) 668-2255
Email: Tracy.Davis2@usdoj.gov
       Brian.Masumoto@usdoj.gov
       Linda.Riffkin@usdoj.gov

**Office of the United States Attorney General**

U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530-0001
Attn:  US Attorney General, Eric H. Holder, Jr.
Phone: (202) 514-2063
Facsimile: (202)307-6777
Email: AskDOJ@usdoj.com

**Office of the New York Attorney General**

Office of the New York State Attorney General
The Capitol
Albany, NY 12224-0341
Attn:  Nancy Lord, Esq.
       Neal Mann, Esq.
Phone: (518) 474-5481
Email: Nancy.Lord@OAG.State.NY.US
       Neal.Mann@OAG.State.NY.US

**Office of the U.S. Attorney for SDNY**

Office of U.S. Attorney for the Southern District of New York
One St. Andrews Plaza
New York, NY 10007
Attn:  Joseph N. Cordaro, Esq.,
Phone: (212) 637-2200
Facsimile: (212) 637-2745

**Debtors**

Residential Capital, LLC
1177 Avenue of the Americas
New York, NY 10036
Attn: Tammy Hamzehpour
Email: Tammy.Hamzehpour@gmacrescap.com


**Counsel to the Debtors**

Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104
Attn:   Larren Nashelskly, Esq.
        Gary S. Lee, Esq.
        Lorenzo Marinuzzi, Esq.
Phone: (212) 468-8000
Facsimile: (212) 468-7900
Email: LNashelskly@mofo.com
        Glee@mofo.com
        LMarinuzzi@mofo.com


**Counsel to the Creditors' Committee**

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
Attn:   Ken Eckstein
        Doug Mannal
Phone: (212) 715-9100
Facsimile: (212) 715-8000
Email: keckstein@kramerlevin.com
        dmannal@kramerlevin.com

**Prepetition Lenders**

Citibank N.A.
390 Greenwich Street, 6th Floor
New York, NY 10013
Attn: Bobbie Theivakurnaran
Phone: (212) 723-6753
Facsimile: (646) 291-3799
Email: bobbie.theivakurnaran@citi.com

Fannie Mae

15

3900 Wisconsin Avenue NW
Mail Stop 8H-504
Washington DC 20016
Attn: Vice President, Credit Management, John S. Forlines
Facsimile: (202) 752-2208
Email: john_s_forlines@fanniemae.com

**Counsel to Ally Financial Inc.**

Kirkland & Ellis
601 Lexington Avenue
New York, NY 10022
Attn:   Ray C. Schrock
        Richard M. Cieri
Phone: (212) 446-4800
Facsimile: 212) 446-4900
Email: richard.cieri@kirkland.com
       stephen.hessler@kirkland.com
       projectrodeo@kirkland.com
       william.b.solomon@ally.com
       timothy.devine@ally.com

**Indenture Trustees**

Deutsche Bank Trust Company Americas
25 DeForest Avenue
Summit, NJ 07901
Attn: Kevin Vargas
Phone: (201) 593-2456
Email: kevin.vargas@db.com

The Bank of New York Mellon
Asset Backed Securities Group
101 Barclay Street 4W
New York, NY 10286

U.S. Bank National Association
50 South 16th Street, Suite 2000
Philadelphia, PA 19102
Attn: George Rayzis
Phone: (215) 761-9317
Email: george.rayzis@usbank.com

U.S. Bank National Association

16

60 Livingston Avenue
EP-MN-WS1D
St. Paul, MN 55107
Attn: Irina Palchuk
Phone: (651) 495-3404
Facsimile: (651) 495-8100
Email: irinia.palchuk@usbank.com

**Counsel to U.S. Bank National Association**

Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178
Attn:   James S. Carr
        Eric R. Wilson
Phone: (212) 808-7800
Facsimile: (212) 808-7987
Email: kdwbankruptcydepartment@kelleydrye.com

Wells Fargo Bank, N.A.
P.O. Box 98
Columbia, MD 21046
Attn: Corporate Trust Services, GMACM Home Equity Notes 2004 Viable Funding Trust

**Counsel to Administrative Agent for the Debtors' Providers of Debtor in Possession Financing**

Skadden Arps Slate Meagher & Flom LLP
Four Times Square
New York, NY 10036
Attn:   Jonathan H. Hofer
        Ken Ziman
Phone: (212) 735-3849
Facsimile: (917) 777-3849
Email: jhofer@skadden.com
       kziman@skadden.com

**Nationstar Mortgage LLC**

Nationstar Mortgage LLC
350 Highland Drive
Lewisville, TX 75067
Attn: General Counsel
Phone: (469) 549-2000
Facsimile: (972) 315-8637

17

**Counsel to Nationstar Mortgage LLC**

Sidley Austin LLP
One Dearborn
Chicago, IL 60603
Attn:   Larry J. Nyhan
        Jessica CK Boelter
Phone:  (312) 853-7710
Facsimile:  (312) 853-7036
Email:  lnyhan@sidley.com
        jboelter@sidley.com
        bmyrick@sidley.com

**Internal Revenue Service**

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346
Facsimile:  (267) 941-1015

Overnight mail should be directed to:
Internal Revenue Service
2970 Market Street
Mail Stop 5-Q30.133
Philadelphia, PA 19104-5016

**U.S. Securities and Exchange Commission**

Securities and Exchange Commission, New York Regional Office
3 World Financial Center, Suite 400
New York, NY 10281-1022
Attn:  George S. Canellos, Regional Director
Phone:  (212) 336-1100
Email:  newyork@sec.gov