# Exhibit B

**LEGAL NOTICE (Conventional)**

IN THE CIRCUIT COURT FOR THE 12TH JUDICIAL CIRCUIT
WILL COUNTY - JOLIET, ILLINOIS

HSBC Bank USA
          PLAINTIFF

Vs.

Kenneth Spriggs a/k/a Kenneth L. Spriggs; et. al.
          DEFENDANTS

No.  09 CH 06178

## NOTICE OF SHERIFF'S SALE OF REAL ESTATE

PUBLIC NOTICE IS HEREBY GIVEN that pursuant to a Judgment of Foreclosure and Sale entered in the above cause on 2/1/2012, I, Paul J. Kaupas, Sheriff of Will County, Illinois will on 5/16/12 at the hour of 12:00 p.m. at the Office of the Sheriff, Will County Courthouse 14 West Jefferson Street Joliet, IL 60431, Room 2, or in a place otherwise designated at the time of sale, County of Will and State of Illinois, sell at public auction to the highest bidder for cash, as set forth below, the following described real estate :

LOT 6 IN BLOCK 58, IN FRANKFORT SQUARE UNIT NO. 18, BEING A SUBDIVISION OF PART OF THE NORTH HALF OF SECTION 24, TOWNSHIP 35 NORTH, RANGE 12 EAST OF THE THIRD PRINCIPAL MERIDIAN, ACCORDING TO THE PLAT THEREOF RECORDED APRIL 17, 1985, AS DOCUMENT NO. R85-11449 AND CERTIFICATE OF CORRECTION RECORDED SEPTEMBER 16, 1985, AS DOCUMENT NO. R85-30374 IN WILL COUNTY, ILLINOIS.
PIN 09-24-108-006

COMMONLY KNOWN AS:      7631 Inverary Drive
                                  Frankfort, IL 60423

The Judgment amount was: $237,905.56.

Sale terms: 10% down by certified funds; the balance, by certified funds, is due within twenty four (24) hours. The subject property is subject to real estate taxes, special assessments or special taxes levied against said real estate and is offered for sale without any representation as to quality or quantity of title and without recourse to Plaintiff and in "as is" condition. The sale is further subject to confirmation by the court.

Upon payment in full of the amount bid, the purchaser shall receive a Certificate of Sale, which will entitle the purchaser to a Deed to the real estate after Confirmation of the sale.



If this property is a condominium and the foreclosure sale takes place after 1/1/2007, purchasers other than the mortgagees will be required to pay any assessments and legal fees due under The Condominium Property Act, 765 ILCS 605/9(g)(1) and (g)(4).

The property will NOT be open for inspection and Plaintiff makes no representation as to the condition of the property. Prospective bidders are admonished to check the Court file to verify all information.

Pursuant to Local Court Rule 11.03 (7) and 735 ILCS 5/15-1512, the amounts of any surplus bid will be held by the sheriff until a party obtains a Court Order for its distribution, or for 60 days following the date of the entry of the Order confirming sale, at which time, in the absence of an Order directing payment of the surplus, it may be automatically forfeited to the State without further notice.

For information: Examine the court file or contact Plaintiff's attorney: Codilis & Associates, P.C., 15W030 North Frontage Road, Suite 100, Burr Ridge, IL 60527, (630) 794-5300. Please refer to file number 14-09-29699.

       Paul J. Kaupas
       Sheriff of Will County, Illinois

I, the undersigned, a licensed attorney, certify that I caused the attached Notice and the Motion(s) referenced in the attached Notice to be placed in the U.S. Mail at 5707 S. Cass Avenue, Westmont, IL 60559 in envelopes properly addressed to the parties indicated above at the addresses indicated above, postage prepaid, before the hour of 5:00 PM on April 26, 2012.

Service List:

Kenneth Spriggs a/k/a Kenneth L. Spriggs, 7631 Inverary Drive, Frankfort, IL 60423;
Jennifer Spriggs, 7631 Inverary Drive, Frankfort, IL 60423;
Mortgage Electronic Registration Systems, Inc., 1901 E. Voorhees Street, Suite C, Danville, IL 61834;
GMAC Mortgage, LLC f/k/a GMAC Mortgage Corporation d/b/a ditech.com, IL Corporation Service Co. - Registered Agent, 801 Adlai Stevenson Drive, Springfield, IL 62703;

_____
Codilis & Associates, P.C.

Codilis & Associates, P.C.
Attorney for Plaintiff
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300

Jill Milicev
ARDC# 6286868

14-09-29699

**NOTE: This law firm is deemed to be a debt collector.**