# Stern & Eisenberg, PC
261 Old York Road, Suite 410
The Pavilion
Jenkintown, Pennsylvania 19046
(215) 572-8111
Facsimile (215) 572-5025
www.sterneisenberg.com

09/17/2012

Anthony Princi, Esquire
1290 Avenue of the Americas
New York, NY 10104

    Re:    HSBC Bank USA, NA v. Kenneth L. Spriggs and Jennifer Spriggs
            Case Number: 12-12020
            Client File Number: 0009580598 (New York)

Dear Counsel:

    Enclosed you will find my client's Motion for Relief in the above referenced matter. Please feel free to contact my office to make arrangements in the event your client is able to bring the account current or otherwise wishes to work out a resolution of the matter.

                              Sincerely,

                              */s/ Steven K. Eisenberg*
                              Steven K. Eisenberg

Enclosures
cc: Debtor and Trustee