UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

─────────────────────────────────x

| | |
|---|---|
| In re: | Case No. 12-12020-mg |
| | |
| RESIDENTIAL CAPTIAL, LLC aka | Related Consolidated Cases: |
| RESIDENTIAL CAPITAL CORPORATION, | 12-12019 through 12-12040 |
| | 12-12042, 12-12066, 12-12068 |
| Debtor. | & 12-12071 |
| | |
| | Chapter 11 |

──────────────────────────────────x

## ORDER FOR RELIEF FROM AUTOMATIC STAY

It appearing that neither the Debtor nor any interested party has any opposition to the Motion for Relief From Automatic Stay filed by Wachovia Bank National Association, as Trustee of the Security National Mortgage Loan Trust 2004-2, its assignees and/or successors in interest ("Movant" herein) and with good cause appearing therefor, the Court makes its Order as follows:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled Bankruptcy proceeding is immediately vacated and extinguished as to Movant with respect to the subject property, and Movant Wachovia Bank National Association, as Trustee of the Security National Mortgage Loan Trust 2004-2, its assignees and/or successors in interest, may proceed with foreclosure of the subject Property pursuant to applicable statutory law and thereafter commence any action necessary to obtain complete possession thereof. The subject Property is generally described as **517 Gibbs Street, Plainfield, Indiana 46168**.

1

IT IS FURTHER ORDERED that the 14-day stay provided by Bankruptcy Rule 4001(a)(3) is waived.

Dated: New York, New York

_____

_____
Hon. Martin Glenn
United States Bankruptcy Judge

2