# UNITED STATES BANKRUPTCY COURT

Southern District of New York
One Bowling Green
New York, N.Y. 10004-1408

*Vito Genna*
*Clerk Of Court*
*Clerks' Office*
*Phone: (212) 668-2870*

September 18, 2012

*Att: Paul N. Pappas II*
*4727 E Bell Rd.*
*Ste 45-350*
*Phoenix, AZ 85032*

**Re: Payment in the amount of $176.00 for filing of Motion for Relief, case number 12-12020, Residential Capital, LLC**

*Mr. Pappas:*

*I am writing you on behalf of the US Bankruptcy Court, as a reminder that you have a payment due in the amount of $176.00 for a Motion for Relief, document # 699; which was filed with the court on July 2, 2012. Please submit a money order to the court in the amount of $176.00, made payable to: U.S. Bankruptcy Court, SDNY, One Bowling Green, New York, NY 10004.*

*Thank you.*

*Regards,*

*/s/ Kathy Slinger*
*Deputy Clerk*