# UNITED STATES BANKRUPTCY COURT

Southern District of New York
One Bowling Green
New York, N.Y. 10004-1408

Vito Genna
Clerk Of Court
Clerks' Office
Phone: (212) 668-2870

September 18, 2012

Att: Sidney T Lewis and Yvonne D. Lewis, both appearing Pro Se
1875 Alvason Avenue
Columbus, OH 43219

**Re: Payment in the amount of $176.00 for filing of Motion for Relief, case number 12-12020, Residential Capital, LLC**

Mr. and Mrs. Lewis:

I am writing you on behalf of the US Bankruptcy Court, as a reminder that you have a payment due in the amount of $176.00 for a Motion for Relief, document # 456; which was filed with the court on July 15, 2012. Please submit a money order to the court in the amount of $176.00, made payable to: U.S. Bankruptcy Court, SDNY, One Bowling Green, New York, NY 10004.

Thank you.

Regards,

/s/ Kathy Slinger
Deputy Clerk