# EXHIBIT D



**To**:
**Cc**:
**Bcc**:
**Subject**:   *Confidential: RE: In re Residential Capital, LLC, Case No. 12-12020 (MG)

| | |
|---|---|
| From: | "Levitt, Jamie A." <JLevitt@mofo.com> |
| To: | "'hfsidman@JonesDay.com'" <hfsidman@JonesDay.com> |
| Cc: | "Princi, Anthony" <APrinci@mofo.com>, "Rains, Darryl P." <DRains@mofo.com>, "Clark, Daniel E." <DClark@mofo.com>, "Carl E. Black" <ceblack@JonesDay.com>, "Richard L Wynne" <rlwynne@JonesDay.com> |
| Date: | 09/06/2012 10:25 PM |
| Subject: | FW: *Confidential: RE: In re Residential Capital, LLC, Case No. 12-12020 (MG) |

Howard,

In response to your August 30 letter, I believe it would make sense to set up a meet and confer call, so we can help you navigate the dataroom and discuss the information you enumerate in your letter. I note that in addition to the extensive trust information we provided in RC-9019_00000001-2 and other documents, we can also make available our client's Vision investor website, which contains extensive loan-level data for the majority of the trusts. We can explain Vision to you when we speak or if you are already familiar with it, please let Dan Clark (copied here) know who at your firm would like access and he can arrange.

With respect to the issue of documents concerning settlement negotiations, after further deliberations, we have decided that to provide the information you believe you need to analyze the reasonableness of the RMBS Settlement (and putting aside our objection as the appropriateness of the request in the context of the 9019 analysis), we will agree to produce non-privileged documents regarding our RMBS Settlement negotiations. Furthermore, we will make available to you all responses to Committee 9019 discovery requests.

Please let me know what days work for you next week so we can coordinate.

Thanks,

Jamie

_____

**From:** Howard F Sidman [mailto:hfsidman@JonesDay.com]
**Sent:** Thursday, July 19, 2012 6:15 PM
**To:** Levitt, Jamie A.
**Cc:** Princi, Anthony; Carl E. Black; Clark, Daniel E.; Richard L Wynne
**Subject:** *Confidential: RE: In re Residential Capital, LLC, Case No. 12-12020 (MG)

Jamie:
Thank you for the email and the follow on edits to the confidentiality agreement. Your email accurately reflects our agreement regarding discovery in the context of the 9019 motion. FGIC reserves all of its rights with respect to all discovery issues, including the Debtors' refusal to provide discovery to FGIC regarding Ally's involvement in the RMBS settlement and whether discovery regarding the PSA is "ripe"

now.

Howard



**Howard F. Sidman** • Partner

222 East 41st Street • New York, New York  10017
**DIRECT** 212.326.3418 • **FAX** 212.755.7306 • **MOBILE** 646.528.7721
hfsidman@jonesday.com

| | |
|---|---|
| From: | "Levitt, Jamie A." <JLevitt@mofo.com> |
| To: | "Howard F Sidman" <hfsidman@JonesDay.com>, "Carl E. Black" <ceblack@JonesDay.com> |
| Cc: | "Clark, Daniel E." <DClark@mofo.com>, "Princi, Anthony" <APrinci@mofo.com> |
| Date: | 07/19/2012 01:34 PM |
| Subject: | RE: *Confidential: In re Residential Capital, LLC, Case No. 12-12020 (MG) |

Howard and Carl,

Thanks for talking to us this morning.  I write to confirm the agreement reached during our call regarding discovery in the context of the 9019 motion (discovery regarding the PSA is not ripe).  Reserving all rights and objections relating to your discovery requests, the Debtors agree as soon as our confidentiality agreement is executed to produce via a secure data room the documents we believe respond to most of your requests and fully enable FGIC to evaluate the proposed RMBS Trust Settlement.  We also agreed that you reserve the right to seek additional information and we will continue to meet and confer with if need be after you have reviewed the information in the data room.  Accordingly the Debtors will not formally respond/object at this time to FGIC's First Request for Production of Documents to the Debtors Regarding the Proposed (I) RMBS Trust Settlements and (II) Plan Support Agreements or to FGIC's First Set of Interrogatories to the Debtors Regarding the Proposed (I) RMBS Trust Settlements and (II) Plan Support Agreements -- but again, both FGIC and the Debtors have agreed to reserve their rights with respect to all discovery issues.

Thank you.

Jamie

**From:** Howard F Sidman [mailto:hfsidman@JonesDay.com]
**Sent:** July 18, 2012 5:05 PM
**To:** Princi, Anthony
**Cc:** Carl E. Black; Clark, Daniel E.; Levitt, Jamie A.; Richard L Wynne
**Subject:** *Confidential: In re Residential Capital, LLC, Case No. 12-12020 (MG)

Anthony:
Attached is a copy of Financial Guaranty Insurance Company's First Set of Interrogatories to the Debtors Regarding the Proposed (I) RMBS Trust Settlements and (II) Plan Support Agreements, which was sent to your attention today via overnight mail.  The purpose of these interrogatories is to address specific questions about the structure and mechanics of the settlement agreement.  To the extent you and your colleagues have an opportunity to review these interrogatories today or tomorrow and want to discuss them on our call tomorrow, we are happy to do so.  Please let me know if you have any questions.

Regards,
Howard



**Howard F. Sidman** • Partner

222 East 41st Street • New York, New York  10017
**DIRECT** 212.326.3418 • **FAX** 212.755.7306 • **MOBILE** 646.528.7721
hfsidman@jonesday.com

---------------------------------------------------------------------

To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230/

===============================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.

---------------------------------------------------------------------