Hearing Date and Time: September 27, 2012 at 10:00 a.m. (ET)
Objection Deadline: September 19, 2012 at 4:00 p.m. (ET)

KRAMER LEVIN NAFTALIS & FRANKEL LLP
Kenneth H. Eckstein
Douglas H. Mannal
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000

*Counsel for the Official Committee*
*of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x
| In re: | : | Chapter 11 |
| | : | |
| Residential Capital, LLC, et al., | : | Case No. 12-12020 (MG) |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | |
------------------------------------------------------------ x

**RESERVATION OF RIGHTS OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS WITH RESPECT TO THE DEBTORS' MOTION FOR THE ENTRY OF AN ORDER UNDER SECTIONS 105 AND 363 OF THE BANKRUPTCY CODE AUTHORIZING THE REIMBURSEMENT OF EXPENSES INCLUDING COUNSEL FEES INCURRED BY THE INDEPENDENT DIRECTORS**

TO THE HONORABLE MARTIN GLENN,
UNITED STATES BANKRUPTCY JUDGE:

The Official Committee of Unsecured Creditors (the "**Committee**") of the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**") hereby files this reservation of rights (the "**Reservation of Rights**") with respect to the Debtors' motion for the entry of an order under sections 105 and 363 of the Bankruptcy Code authorizing the reimbursement of expenses, including counsel fees, incurred by the Independent Directors (the "**Motion**") [Docket No. 1356].[1]  The Committee respectfully submits as follows:

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

## RESERVATION OF RIGHTS

1.   The Committee has reviewed the Motion and is in discussions with the Debtors regarding the Committee's request for certain additional information about the scope of Morrison Cohen's representation of the Independent Directors and the fees incurred and to be incurred by Morrison Cohen relating to such representation. Accordingly, the Committee reserves all of its rights with regard to the Motion.

Dated: New York, New York
       September 19, 2012

>                              KRAMER LEVIN NAFTALIS & FRANKEL LLP
>
>                              /s/ Douglas H. Mannal
>                              Kenneth H. Eckstein
>                              Douglas H. Mannal
>                              1177 Avenue of the Americas
>                              New York, New York 10036
>                              Telephone: (212) 715-9100
>                              Facsimile: (212) 715-8000
>                              *Counsel for the Official Committee
>                              of Unsecured Creditors*