UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **In re:** | **NO. 12-12020 (MG)** |
| **RESIDENTIAL CAPITAL, LLC, et al.,** | **Chapter 11** |
| **Debtors.** | **NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE** |

PLEASE TAKE NOTICE that Caley Dehkhoda & Qadri, dba Wong Fleming, a creditor in the above-captioned case, hereby appears through its counsel, Dianna J. Caley and Wong Fleming, and requests that all notices given or required to be given and all papers served or required to be served in this case be also given to and served, whether electronically or otherwise, except original process, on its attorneys as follows:

Dianna J. Caley
Caley Dehkhoda & Qadri, dba Wong Fleming
2340 130th Ave NE, Suite D-150
Bellevue, WA 98005
Phone: (425) 869-4040 / Fax: (425) 869-4050
Dcaley@wongfleming.com

Request for Special Notice - 1

**Wong Fleming**
2340 130th Ave NE, Suite D-150
Bellevue, WA 98005
Tel: 425-869-4040 Fax: 425-869-4050

1   DATED this 17th of September, 2012.

2
                                        Wong Fleming
3
                                        */s/Dianna J. Caley*
4                                       Dianna J. Caley, WSBA#23413
                                        Attorney for Caley Dehkhoda & Qadri
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Request for Special Notice - 2                          **Wong Fleming**
                                              2340 130th Ave NE, Suite D-150
                                                    Bellevue, WA 98005
                                              Tel: 425-869-4040 Fax: 425-869-4050