**Hearing Date: November 13, 2012 at 9:00 a.m. (ET)**

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Gary S. Lee
Anthony Princi
Jamie Levitt

*Counsel for the Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------ )
                                                                         )
  In re:                                                                 )   Case No. 12-12020 (MG)
                                                                         )
  RESIDENTIAL CAPITAL, LLC, et al.,                                      )   Chapter 11
                                                                         )
                                    Debtors.                             )   Jointly Administered
------------------------------------------------------------------------ )

**NOTICE OF ADJOURNMENT OF HEARING ON DEBTORS'
MOTION PURSUANT TO FED. R. BANKR. P. 9019 FOR
APPROVAL OF THE RMBS SETTLEMENT AGREEMENTS**

**PLEASE TAKE NOTICE** that, on June 11, 2012, Debtors and Debtors in Possession (the "Debtors") filed their Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of the RMBS Settlement Agreements (the "Motion") [Docket No. 320].

**PLEASE TAKE FURTHER NOTICE** that the evidentiary hearing on the Motion that was previously scheduled to be heard beginning on November 5, 2012 at 10:00 a.m. (prevailing Eastern time) has been adjourned to **November 13, 2012 at 9:00 a.m. (prevailing Eastern Time)** (the "Hearing") and will be held before the Honorable Martin Glenn, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York,

1

ny-1058751

Courtroom 501, One Bowling Green, New York, New York 10004 (the "Bankruptcy Court"), or as soon thereafter as counsel may be heard.

**PLEASE TAKE FURTHER NOTICE** that, if necessary, the Hearing will continue on **November 14, 2012 at 9:00 a.m. (prevailing Eastern Time) and November 16, 2012 at 9:00 a.m. (prevailing Eastern Time)**, or as soon thereafter as counsel may be heard.

Dated: September 20, 2012
New York, New York

/s/ Anthony Princi
Gary S. Lee
Anthony Princi
Jamie Levitt
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel for the Debtors and Debtors in Possession*