**TEITELBAUM & BASKIN, LLP**
*Attorneys for JPMorgan Chase Bank, N.A.*
Jay Teitelbaum, Esq.
1 Barker Avenue
Third Floor
White Plains, New York 10601
Telephone No.:  (914) 437-7670
Telecopier No.   (914) 437-7672
E-Mail: jteitelbaum@tblawllp.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | Case No: 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | : | |
| | : | |
| Debtors. | : | Jointly Administered |

--------------------------------------------------------------x

## AFFIRMATION OF SERVICE

DAN SORRENTINO, a paralegal with Teitelbaum & Baskin, LLP, hereby

affirms under penalty of perjury:

1.  I am not a party to the above captioned action.

2.  On September 19, 2012, on behalf of JPMorgan Chase Bank, N.A., I caused a

copy of the Response and Objection by JPMorgan Chase Bank, N.A. to

Debtors' Motion for Entry of an Order Approving Procedures by which

Parties May Request and Obtain Stipulated Relief from the Automatic Stay to

Commence or Continue Actions to Foreclose Senior Liens (ECF No. 1490) to

be served as follows:

**Via Regular Mail:**
Exhibit A annexed hereto

**Via Email:**
Exhibit B annexed hereto

Dated: September 20, 2012

_Dan Sorrentino_

Dan Sorrentino
Teitelbaum & Baskin, LLP
*Attorneys for JPMorgan Chase Bank, N.A.*
1 Barker Avenue, Third Floor
White Plains, New York 10601
Tel. 914.437.7670
Fax. 914.437.7672
E-mail: dsorrentino@tblawllp.com

## Exhibit A

Office of the U.S. Trustee for the Southern
District of New York
Attn: Tracy Hope Davis, Linda A. Riffkin
and Brian S. Masumoto
33 Whitehall Street, 21st Floor
New York, NY 10004

Office of the U.S. Attorney General
U.S. Department of Justice
Attn: US Attorney General, Eric H. Holder,
Jr.
950 Pennsylvania Avenue NW
Washington, DC 20530-0001

Office of the New York State Attorney
General
Attn: Nancy Lord, Esq. and Enid N. Stuart,
Esq.
The Capitol
Albany, NY 12224-0341

Office of the U.S. Attorney for the Southern
District of New York
Attn: Joseph N. Cordaro, Esq.
One St. Andrews Plaza
New York, NY 10007

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

## EXHIBIT B

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Residential Capital LLC | Morrison & Foerster LLP | Attn Tammy Hamzehpour | Tammy.Hamzehpour@gmacrescap.com; diane.citron@ally.com; glee@mofo.com; nrosenbaum@mofo.com; erichards@mofo.com |
| Counsel to the Equity Security Holders (Ally Financial and Ally Bank) | Kirkland & Ellis | Richard M Cieri | richard.cieri@kirkland.com |
| Counsel to Barclays Bank PLC | Skadden Arps Slate Meagher & Flom LLP | Ken Ziman | ken.ziman@skadden.com; jhofer@skadden.com |
| Counsel to the Official Committee of Unsecured Creditors | Kramer Levin Naftallis & Frankel LLP | Kenneth H Eckstein, Thomas Moers Mayer & Douglas H Mannal & Jeffrey Trachtman | keckstein@kramerlevin.com; tmayer@kramerlevin.com; dmannal@kramerlevin.com; jtrachtman@kramerlevin.com |
| Counsel to Nationstar | Sidley Austin LLP | Larry J Nyhan & Jessica CK Boelter | lnyhan@sidley.com; jjboelter@sidley.com; bmyrick@sidley.com |
| Securities and Exchange Commission - New York Regional Office | Securities & Exchange Commission NY Regional Office | George S Canellos, Regional Director | secbankruptcy@sec.gov; newyork@sec.gov |