UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
                                                           :
In re                                                      :     Chapter 11
                                                           :
RESIDENTIAL CAPITAL, LLC, et al.,[1]                       :     Case No. 12-12020 (MG)
                                                           :
                                                           :
                                                           :     (Jointly Administered)
                                                           :
         Debtors.                                          :
-----------------------------------------------------------x

## AFFIDAVIT OF SERVICE

I, Clarissa D. Cu, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors.

A. On or before September 17, 2012, at my direction and under my supervision, employees of KCC caused the following document to be served via First Class Mail on the parties attached hereto as **Exhibit A**:

1. **[Customized] First Supplemental Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto**
   [re: Docket No. 1459]

Dated: September 20, 2012

_____
Clarissa D. Cu

State of California

County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 20th of September, 2012, by Clarissa D. Cu, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

[Notary seal: LYDIA PASTOR NINO, Commission # 1960751, Notary Public - California, Los Angeles County, My Comm. Expires Nov 18, 2015]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Residential Capital, LLC (0738); ditech, LLC (7228); DOA Holding Properties, LLC (4257); DOA Properties IX (Lots-Other), LLC (3274), EPRE LLC (7974); Equity Investment I, LLC (2797); ETS of Virginia, Inc. (1445); ETS of Washington, Inc. (0665); Executive Trustee Services, LLC (8943); GMAC Model Home Finance I, LLC (8469); GMAC Mortgage USA Corporation (6930); GMAC Mortgage, LLC (4840); GMAC Residential Holding Company, LLC (2190); GMAC RH Settlement Services, LLC (6156); GMACM Borrower LLC (4887); GMACM REO LLC (2043); GMACR Mortgage Products, LLC (6369); GMAC-RFC Holding Company, LLC (3763); HFN REO Sub II, LLC (N/A); Home Connects Lending Services, LLC (9412); Homecomings Financial Real Estate Holdings, LLC (6869); Homecomings Financial, LLC (9458); Ladue Associates, Inc. (3048); Passive Asset Transactions, LLC (4130); PATI A, LLC (2729); PATI B, LLC (2937); PATI Real Estate Holdings, LLC (5201); RAHI A, LLC (3321); RAHI B, LLC (3553); RAHI Real Estate Holdings, LLC (5287); RCSFJV204, LLC (2722); Residential Accredit Loans, Inc. (8240); Residential Asset Mortgage Products, Inc. (5181); Residential Asset Securities Corporation (2653); Residential Consumer Services of Alabama, LLC (5449); Residential Consumer Services of Ohio, LLC (4796); Residential Consumer Services of Texas, LLC (0515); Residential Consumer Services, LLC (2167); Residential Funding Company, LLC (1336); Residential Funding Mortgage Exchange, LLC (4247); Residential Funding Mortgage Securities I, Inc. (6294); Residential Funding Mortgage Securities II, Inc. (8858); Residential Funding Real Estate Holdings, LLC (6505); Residential Mortgage Real Estate Holdings, LLC (7180); RFC Asset Holdings II, LLC (4034); RFC Asset Management, LLC (4678); RFC Borrower LLC (5558); RFC Constructing Funding, LLC (5730); RFC REO LLC (2407); RFC SFJV-2002, LLC (4670); RFC-GSAP Servicer Advance, LLC (0289)

# EXHIBIT A

Exhibit A
Counterparties Served via First Class Mail

| Counterparty/ Notice Party | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|
| 1891 Professional Building Associates dba Office Concepts | 10 Liberty Street | | Danvers | MA | 01923 |
| Ablitt Scofield, PC | 304 Cambridge Road | | Woburn | MA | 01801 |
| Alabama Housing Finance Housing Authority | 7460 Halcyon Pointe Drive | | Montgomery | AL | 36117 |
| Aldridge Connors, LLP | 3575 Piedmont Rd NE, Suite 500 | | Atlanta | GA | 30305 |
| Arizona Department of Housing | Suite 200 | | Phoenix | AZ | 85007 |
| Atlantic Law Group | 1602 Village Market Blvd SE, Suite 301 | | Leesburg | VA | 20175 |
| Baer & Timberlake, P.C. | 4200 Perimeter Center Drive | | Oklahoma City | OK | 73112 |
| Bendett & McHugh, P.C. | 160 Farmington Avenue | | Farmington | CT | 06032 |
| Berkman, Henoch, Peterson, Peddy & Fenchel, P.C. | 100 Garden City Plaza | | Garden City | NY | 11530 |
| Bridgeton Executive Suites, Inc. | 3466 Bridgeland Drive | | Bridgeton | MO | 63044 |
| Bridlewood Executive Suites | 204 Muirs Chapel Rd, Suite 100 | | Greensboro | NC | 27410 |
| BWW Law Group (f/k/a Bierman, Geesing & Ward) | 4520 East West Highway, Suite 200 | | Bethesda | MD | 20814 |
| California Housing Finance Agency- Keep Your Home CA | 500 Capitol Mall, Suite 1400 | | Sacramento | CA | 95814 |
| Cal-Western Reconveyance Corporation | 525 East Main Street | | El Cajon | CA | 92020 |
| Castle Stawiarski, LLC | 999 18th Street, Suite 2301 | | Denver | CO | 80202 |
| Codilis & Associates, P.C. | 15 W. 030 North Frontage Road, Suite 100 | | Burr Ridge | IL | 60527 |
| Codilis & Stawiarski, P.C. | 650 N Sam Houston Pkwy East, Suite 450 | | Houston | TX | 77060 |
| Connecticut Housing Finance Authority | 999 West Street | | Rocky Hill | CT | 06067 |
| Cooper Castle Law Firm, LLP | 5275 S. Durango Drive | | Las Vegas | NV | 89113 |
| Dallas CPT Fee Owner, LP c/o Barrow Street Capital LLC. Attn: Steven C. Lebowitz | 300 First Stamford Place, 3rd Floor East | | Stamford | CT | 06904 |
| David Bakalar, P.A. | 2901 Stirling Road, Suite 208 | | Fort Lauderdale | FL | 33312 |
| Dean Morris, L.L.P. | 1505 North 19th St. | | Monroe | LA | 71207 |
| Dept. of Housing & Community Development, Division of Finance & Administration | 100 Community Place | | Crownsville | MD | 21032 |
| District of Columbia Housing Finance Agency | 815 Florida Avenue, NW | | Washington | DC | 20001-3017 |
| Drummond & Drummond, LLP | One Monument Way | | Portland | ME | 04101 |
| Executive Trustee Services, LLC | 2255 N Ontario St, Suite 400 | | Burbank | CA | 91504 |

Exhibit A
Counterparties Served via First Class Mail

| Counterparty/ Notice Party | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|
| Federal National Mortgage Association, a federally chartered corporation, as financial agent of the United States | Fannie Mae, Attn: General Counsel. | 3900 Wisconsin Avenue, NW | Washington | DC | 20016 |
| Federal National Mortgage Association, a federally chartered corporation, as financial agent of the United States | Fannie Mae, Attn: General Counsel. | 3900 Wisconsin Avenue, NW | Washington | DC | 20016 |
| Federal National Mortgage Association, a federally chartered corporation, as financial agent of the United States | Freddie Mac, Attn: Vice President, Making Home Affordable-Compliance | 8100 Jones Brach Drive | McLean | VA | 22102 |
| Federal National Mortgage Association, a federally chartered corporation, as financial agent of the United States | Chief, Office of Homeownership Preservation Office of Financial Stability Department of Treasury | 1500 Pennsylvania Ave. NW | Washington | DC | 20220 |
| Fein, Such & Crane, LLP | 7 Century Drive, Suite 200 | | Parsippany | NJ | 07054 |
| Fein, Such, Kahn & Shapard, P.C. | 7 Century Drive, Suite 200 | | Parsippany | NJ | 07054 |
| Feiwell & Hannoy, P.C. | 251 N Illinois Street, Suite 1700 | | Indianapolis | IN | 46204 |
| Finkel Law Firm LLC | 1201 Main Street, Suite 1800 | | Columbia | SC | 29201 |
| Fisher & Shapiro, LLC | 2121 Waukegan Road, Suite 301 | | Bannockburn | IL | 60015 |
| Florida Housing Finance Corporation | 227 N. Bronough Street, Suite 5000 | | Tallahassee | FL | 32303 |
| Freddie Mac Attn: Vice President, Making Home Affordable-Compliance | 8100 Jones Brach Drive | | McLean | VA | 22102 |
| Georgia Department of Community Affairs | 60 Executive Park South, NE | | Atlanta | GA | 30329 |
| Gray & Associates, L.L.P. | 16345 West Glendale Drive | | New Berlin | WI | 53151 |
| Greenspoon Marder, P.A. | 100 W. Cypress Creek Rd., Suite 700 | | Fort Lauderdale | FL | 33309 |
| Harmon Law Offices, P.L. | 150 California Street | | Newton | MA | 02458 |
| Haughey, Philpot & Laurent, P.A. | 816 North Main Street | | Laconia | NH | 03246 |
| Hunt Leibert Jacobson, P.C. | 50 Weston Street | | Hartford | CT | 06120 |
| Idaho Housing and Finance Association | 565 W. Myrtle | | Boise | ID | 83702 |
| Illinois Housing Development Authority | 401 N Michigan Ave # 700 | | Chicago | IL | 60611 |
| Indiana Housing & Community Development Authority | 30 South Meridian Street, Suite 1000 Room IHCDA | | Indianapolis | IN | 46204 |
| Jackson & McPherson, LLC | 1010 Common Street, Suite 1800 | | New Orleans | LA | 70112 |
| James E. Albertelli, P.A., a/k/a Albertelli Law | 5404 Cypress Center Dr., Suite 300 | | Tampa | FL | 33609 |
| Johnson & Freedman, LLC | 1587 Northeast Expy | | Atlanta | GA | 30329 |

Exhibit A
Counterparties Served via First Class Mail

| Counterparty/ Notice Party | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|
| Kalyvas Group, LLC c/o The Office Annex, Inc. | 111 Second Ave. NE, Suite 919 | | St. Petersburg | FL | 33701 |
| Kass Shuler, P.A. | 1505 North Florida Avenue | | Tampa | FL | 33602 |
| Kivell, Rayment & Francis, P.C. | 7666 East 61st Street, Suite 550 | | Tulsa | OK | 74133 |
| KML Law Group, P.C., f/k/a Goldbeck | 701 Market Street, Suite 5000 | | Philadelphia | PA | 19106 |
| Kozeny & McCubbin, L.C. | 12400 Olive Blvd., Suite 555 | | St. Louis | MO | 63141 |
| Landfall Executive Suites, LLC | 1213 Culbreth Drive | | Wilmington | NC | 28405 |
| Law Offices of Marshall C. Watson, P.A. | 1800 NW 49th Street, Suite 120 | | Fort Lauderdale | FL | 33309 |
| Lerner, Sampson & Rothfuss | 120 East 4th Street, 8th Floor | | Cincinnati | OH | 45202 |
| Lobe & Fortin, PLC | 30 Kimball Avenue, Suite 306 | | South Burlington | VT | 05403 |
| Mackoff, Kellogg Law Firm | 38 2nd Avenue East | | Dickinson | ND | 58601 |
| Malcolm Cisneros | 2112 Business Center Drive, 2nd Floor | | Irvine | CA | 92612 |
| Manley Deas Kochalski LLC | 1400 Goodale Blvd., Suite 200 | | Grandview Heights | OH | 43221 |
| Mccabe, Weisberg, & Conway | 123 South Broad St. | | Philadelphia | PA | 19109 |
| McCalla Raymer, LLC | 6 Concourse Parkway, Suite 3200 | | Atlanta | GA | 30328 |
| McCarthy & Holthus, LLP | 1770 Fourth Avenue | | San Diego | CA | 92101 |
| McCurdy & Candler, LLC | 3525 Piedmont Road NE, Suite 700 | | Atlanta | GA | 30505 |
| McDash Analytics, LLC | 1610 15th Street | | Denver | CO | 80202 |
| McDash Analytics, LLC Attn: General Counsel | 601 Riverside Ave | | Jacksonville | FL | 32204 |
| McFadden, Lyon & Rouse, L.L.C. | 718 Downtowner Blvd | | Mobile | AL | 36609 |
| Michigan State Housing Development Authority | George W Romney BLG, 8th Floor, 111 S. Capitol Ave | | Lansing | MI | 48933 |
| Millsap & Singer, LLC | 612 Spirit Dr. | | St. Louis | MO | 63005 |
| Milstead & Associates, LLC | 220 Lake Drive East, Suite 301 | | Cherry Hill | NJ | 08002 |
| Mississippi Home Corporation | P.O. Box 23369 | | Jackson | MS | 39225-3369 |
| Morris & Associates | 2309 Oliver Road | | Monroe | LA | 71201 |
| Nevada Affordable Housing Assistance Corp | 205 East Warm Springs Road, Suite 105 | | Las Vegas | NV | 89119 |
| Nevada Affordable Housing Assistance Corp | 205 East Warm Springs Road, Suite 105 | | Las Vegas | NV | 89119 |
| NJ Housing & Mortgage Finance Agency | 637 South Clinton Ave | | Trenton | NC | 08650-2085 |
| North Carolina Housing Finance Agency | 3508 Bush St. | | Raleigh | NC | 27609 |
| Northwest Trustee Services, Inc. | 13555 SE 36th Street, Suite 300 | | Bellevue | WA | 98006 |
| Ohio Housing Finance Agency | 57 E Main Street | | Columbus | OH | 43215 |
| Oregon Housing and Community Services | 725 Summer Street NE, Suite B | | Salem | OR | 97301-1266 |

In re Residential Capital, LLC,
Case No. 12-12020 (MG)

Exhibit A
Counterparties Served via First Class Mail

| Counterparty/ Notice Party | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|
| Orlans Associates, P.C. | 1650 West Big Beaver | | Troy | MI | 48084 |
| Orlans Moran PLLC | 45 School Street | | Boston | MA | 02108 |
| PBC Walnut Creek, LLC | 1990 North California Blvd Suite 830 | | Walnut Creek | CA | 94596 |
| Pendergast & Associates, P.C. | 115 Perimeter Center Place, Suite 1000 | | Taltnat | GA | 30346 |
| Pennsylvania Housing Finance Agency | 211 N Front St | | Harrisburg | PA | 17101 |
| Petosa, Petosa & Boecker, LLP | 1350 NW 138th Street, Suite 100 | | Clive | IA | 50325 |
| Phelan Hallinan & Schmieg, LLP | 1617 JFK Blvd, Suite 1400 | | Philadelphia | PA | 19103 |
| Phelan Hallinan & Schmieg, P.C. | 400 Fellowship Road | | Mt. Laurel | NJ | 08054 |
| Phelan Hallinan, PLC | 888 SE 3rd Ave, Suite 201 | | Fort Lauderdale | FL | 33316 |
| Pierce & Associates, P.C. | 1 N. Dearborn St. | | Chicago | IL | 60602 |
| Pite Duncan, LLP | 4375 Jutland Drive, Suite 200 | | San Diego | CA | 92117 |
| Quality Loan Service Corp. | 2141 Fifth Avenue | | San Diego | CA | 92101 |
| RCO Hawaii, LLLC | 900 Fort Street Mall, Suite 800 | | Honolulu | HI | 96813 |
| Regus Management Group LLC | 4040 Civic Center Drive, Suite 200 | | San Rafael | CA | 94903 |
| Regus Management Group LLC | 800 Bellevue Way, Ste 400 | | Bellevue | WA | 98004 |
| Regus Management Group LLC | 33 Wood Avenue South | | Iselin | NJ | 08830 |
| Regus Management Group, LLC | 725 Cool Springs Boulevard, Suite 600 | | Franklin | TN | 37067 |
| Reisenfeld & Associates, L.P.A., L.L.C. | 3962 Red Bank Rd. | | Cincinnati | OH | 45227 |
| Rhode Island Housing | 44 Washington Street | | Providence | RI | 02903 |
| Robertson, Anschutz & Schneid, P.L. | 3010 N Military Road | | Boca Raton | FL | 33431 |
| Rogers Townsend & Thomas, PC | 220 Executive Center Drive | | Columbia | SC | 29210 |
| Rosicki & Rosicki Associates, PC | 51 East Bethpage Road | | Plainview | NY | 11803 |
| Routh Crabtree Olsen, PS | 13555 SE 36th Street, Suite 300 | | Bellevue | WA | 98006 |
| Samuel I. White, P.C. | 5040 Corporate Woods Drive, Suite 120 | | Virginia Beach | VA | 23462 |
| Schneiderman & Sherman, P.C. | 23938 Research Drive, Suite 300 | | Farmington Hills | MI | 48335 |
| Shapiro & Ingle, LLP | 10130 Perimeter Pkwy, Suite 400 | | Charlotte | NC | 28216 |
| Shapiro & Zielke, L.L.P. | 12550 West Frontage Road, Suite 200 | | Burnsville | MN | 55337 |
| Shapiro, Brown & Alt, LLP (f/k/a Shapiro & Burson, LLP) | 13135 Lee Jackson Hwy, Suite 201 | | Fairfax | VA | 22033 |
| Shapiro, Fishman & Gache, LLP | 4630 Woodland Corp Blvd, Suite 100 | | Tampa | FL | 33614 |
| Shechtman Halperin Savage, LLP | 1080 Main Street | | Pawtucket | RI | 02860 |
| Sirote & Permutt, P.C. | 2311 Highland Avenue South | | Birmingham | AL | 35205 |
| Smith, Hiatt & Diaz, PA | 2691 East Oakland Park Blvd, Suite 303 | | Fort Lauderdale | FL | 33306 |
| SOC-Lake Mary, LLC | 1540 International Parkway, Suite 2000 | | Lake Mary | FL | 32746 |
| South & Associates, P.C. | 6363 College Blvd, Suite 100 | | Overland Park | KS | 66211 |
| South Carolina State Housing Finance and Development Authority | 300-C Outlet Pointe Blvd | | Columbia | SC | 29210 |
| Stein, Wiener & Roth, L.L.P. | 1 Old Country Road, Suite 113 | | Carle Place | NY | 11514 |

In re Residential Capital, LLC,
Case No. 12-12020 (MG)

Exhibit A
Counterparties Served via First Class Mail

| Counterparty/ Notice Party | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|
| Steven S. Nagy, Reliant Holdings, LLC c/o Hardee Accounting, PC | c/o Hardee Accounting, PC | 131 Maple Row Boulevard | Hendersonville | TN | 37075 |
| Susan C. Little & Associates, P.A. | 4501 Indian School Road NE Suite 101 | | Albuquerque | NM | 87110 |
| SW+A Pendleton West, LLC | 607 Pendleton Street, Suite 100 | | Greenville | SC | 29601 |
| Tennessee Housing Development Agency | 404 James Robertson Parkway, Suite 1200 | | Nashville | TN | 37243-0900 |
| The Florida Default Law Group (n/k/a Ronald R. Wolfe & Associates, P.L.) | 4919 Memorial Highway, Suite 200 | | Tampa | FL | 33634 |
| The Irvine Company LLC | 3200 Park Center Drive Suite 1150 | | Costa Mesa | CA | 92626 |
| The Law Offices of Elizabeth R. Wellborn, P.A. | 350 Jim Moran Blvd, Suite 100 | | Deerfield Beach | FL | 33442 |
| The Law Offices of John D. Clunk Co., LPA | 4500 Courthouse Blvd., Suite 400 | | Stow | OH | 44224 |
| Trott & Trott, P.C. | 31440 Northwestern Hwy, Suite 200 | | Farmington Hills | MI | 48334 |
| Trustee Corps | 17100 Gillette Avenue | | Irvine | CA | 92614 |
| U.S. Department of the Treasury, Office of Financial Stability | Homeownership Preservation Office,1500 Pennsylvania Avenue NW | | Washington | DC | 20220 |
| Udren Law Offices, P.C. | 111 Woodcrest Rd. | | Cherry Hill | NJ | 08003 |
| Underwood Law Firm PLLC | 340 Edgewood Terrace Drive | | Jackson | MS | 39206 |
| UNITED COUNTRY-COLUMBIA REALTY | 740 Nashville Hwy | | Columbia | TN | 38401 |
| United States Department of Housing and Urban Development | Philadelphia Homeownership Center, 100 Penn Square East, 12th Floor | | Philadelphia | PA | 19107 |
| Weltman, Weinberg & Reis Co., LPA | 525 Vine St., Suite 800 | | Cincinnati | OH | 45202 |
| Whittington & Aulgur | 651 North Broad Street, Suite 206 | | Middletown | DE | 19709 |
| Wilford Geske & Cook, P.A. | 8425 Seasons Parkway, Suite 105 | | Woodbury | MN | 55125 |
| Wilson & Associates, PLLC | 1521 Merrill Drive, Suite D220 | | Little Rock | AR | 72211 |
| Zucker, Goldberg & Ackerman, LLC | 200 Sheffield St., Suite 101 | | Mountainside | NJ | 07092 |