Joseph A Connor III
PO Box 1474
Cobb, CA  95426
Tel: 707-809-7093
jaconnor3@netzero.net

13 September 2012

To: The Honorable Martin Glenn, US Bankruptcy Judge
    US Bankruptcy Court, SDNY
    One Bowling Green
    New York, NY  10004

Re: *In re ResCap LLC, et al.,* Case no. 12-12020 (MG)

Dear Judge Glenn

I filed two Motions with the Court on 4 September 2012, Docket # 1359. In both the Notice and Motions I calculated the Objection Deadline incorrectly. The deadline date of 28 September 2012 is incorrect. The objection deadline should be 3 October 2012. I have notified all interested parties by mail. My apologies to the Court.

Yours

*[signature]*

Joseph A Connor III

Encl (1)

Joseph A Connor III
PO Box 1474
Cobb, CA  95426
Tel: 707-809-7093
jaconnor@netzero.net

13 September 2012

Larren M Nashelsky
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, New York  10104

William A Hazeltine
Sullivan Hazeltine Allinson LLC
901 North Market Street
Suite 1300
Wilmington, Delaware  19801

Judson Brown/Stephen Hessler
Kirkland & Ellis LLP
665 15th Street NW
Suite 1200
Washington, DC  20005

William Fig
1000 SW Broadway
Suite 1400
Portland, Oregon  97205

Gentlemen

I filed two motions with the Bankruptcy Court SDNY on 4 September 2012, Docket no. 1359. In both the Notice and Motions, I made a mistake calculating the Objection Deadline. The deadline date of 28 September 2012 is incorrect. The

correct Objection Deadline should be 3 October 2012. I apologize for any inconvenience this may have caused. I'll notify the Court of my error.

Yours

*[signature]*

Joseph A Connor III