UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------)
In re:                                                                              )   Case No. 12-12020 (MG)
                                                                                        )
RESIDENTIAL CAPITAL, LLC, et al.,                    )   Chapter 11
                                                                                        )
                                                         Debtors.            )   Jointly Administered
                                                                                        )
----------------------------------------------------------------)

## AFFIDAVIT OF DISINTERESTEDNESS

STATE OF PENNSYLVANIA            )
                                                            ) ss:
COUNTY OF PHILADELPHIA         )

**Joseph F. Riga**, being duly sworn, upon his/her oath, deposes and says:

1.  Through July 8, 2012, I was of counsel to McDowell Riga Posternock, located at 46 West Main Street, Maple Shade, NJ 08052, and 842 West Lancaster Avenue, 2nd Floor, Bryn Mawr, PA 19010 (the "Firm").

2.  The above-captioned debtors and debtors-in-possession (each a "Debtor" and collectively the "Debtors") have requested that the Firm provide legal services to the Debtors, and the Firm has consented to provide such services.

3.  The Firm may have performed services in the past, may currently perform services, and may perform services in the future, in matters unrelated to the above-captioned cases (the "Chapter 11 Cases"), for persons that are parties-in-interest in the Debtors' Chapter 11 Cases. The Firm does not perform services for any such person in connection with these Chapter 11 Cases, or have any relationship with any such person, their attorneys, or accountants that would be adverse to the Debtors or their estates.

ny-1050237

4.   As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be employed by the Debtors, claimants, and parties in interest in these Chapter 11 Cases,

5.   Neither I nor any member of, or professional employed by, the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principal and regular employees of the Firm.

6.   Neither I nor any member of, or professional employed by, the Firm, insofar as I have been able to ascertain, holds, or represents any interest adverse to the Debtors or their estates with respect to the matter(s) upon which this Firm is to be employed.

7.   The Debtors owe the Firm approximately $15,000 for prepetition services, the payment of which is subject to limitations contained in the United States Bankruptcy Code, 11 U.S.C. § 101, et seq.

8.   As of the Petition Date, the Firm was not party to an agreement for indemnification with certain of the Debtors.

9.   The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on _July 27_, 2012

[AFFIANT]

ny-1050237

Sworn to and subscribed before me
this 27th day of July, 2012

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
KATHLEEN BELLE CULLUM, Notary Public
City of Philadelphia, Phila. County
My Commission Expires June 28, 2016

ny-1050237

*In re Residential Capital, LLC*, et al.
Chapter 11 Case No. 12-12020 (MG)

# RETENTION QUESTIONNAIRE[1]

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY RESIDENTIAL CAPITAL, LLC, et al. (the "Debtors")

**THIS QUESTIONNAIRE WILL BE FILED WITH THE COURT ON YOUR BEHALF. PLEASE REMIT IT TO THE FOLLOWING ADDRESS:**

> Morrison & Foerster LLP
> 1290 Avenue of the Americas
> New York, New York 10104
> Attn: Norman S. Rosenbaum and Jordan A. Wishnew

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1. Name and address of firm:

    McDowell Riga Posternock

    46 West Main Street

    Maple Shade, NJ 08052

2. Date of original retention: May 14, 2012

3. Brief description of legal services to be provided:

    Legal defense of all consumer claims against the

    Debtors affecting mortgage backed loans held or

    Serviced by the Debtors.

---

[1] All amounts are either owing in U.S. Dollars or have been converted to U.S. Dollars based upon the applicable exchange rate in effect on the Petition Date.

1

ny-1050235

4. Arrangements for compensation (hourly, contingent, etc.): Hourly

   (a) Average hourly rate (if applicable): $290.00

   (b) Estimated average monthly compensation (based on prepetition retention if firm was employed prepetition):

   $8,000 to $10,000

5. Prepetition claims against any of the Debtors held by the firm:

   Amount of claim: $15,000.00

   Date claim arose: January, 2012 – May, 2012

   Source of claim: For legal services provided

6. Prepetition claims against any of the Debtors held individually by any member, associate, or professional employee of the firm: N/A

   Name: _____

   Status: _____

   Amount of Claim: _____

   Date claim arose: _____

   Source of Claim: _____

   _____

   _____

   _____

7. Stock of any of the Debtors currently held by the firm: N/A

   Kind of shares: _____

   No. of shares: _____

2

ny-1050235

8. Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm: N/A (excluding possible shares in Mutual Fund retirement vehicles).

   Name: _____

   Status: _____

   _____

   Kind of shares: _____

   No. of shares: _____

9. Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates with respect to the matters on which the above-named firm is to be employed.

   None apart from the pre-petition claim noted above.

   _____

   _____

10. Amount of any retainer received from the Debtors held by the firm:

    (a) As of May 14, 2012: None

    (b) Balance remaining after application to invoices due and owing prior to May 14, 2012: N/A

                                        Name: Joseph F. Riga

                                        Title: Attorney, Of Counsel