FEATHERSTONE PETRIE DESISTO LLP
600 Seventeenth Street
Suite 2400-S
Denver, Colorado 80202-5424
Andrew J. Petrie (CO Reg. #11416)
Phone: 303-626-7100
Fax: 303-626-7101
apetrie@featherstonelaw.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
In re                                                  :
                                                       :   **Case No. 12-12020 (MG)**
**RESIDENTIAL CAPITAL, LLC, et al.,**                  :
                                                       :   **Chapter 11**
                                                       :
                                           Debtors.    :   **Jointly Administered**
------------------------------------------------------------------------x

### MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*
_____

Pursuant to LBR 2090-1(b), Andrew J. Petrie, a member in good standing of the bar in the State of Colorado (Reg. No. 11416), and the bar of the U. S. District Court for the District of Colorado, hereby requests admission to appear ***pro hac vice*** before the Honorable Martin Glenn to represent CitiMortgage, Inc., as a party-in-interest in the above-referenced cases (as well as in any adversary proceeding to which CitiMortgage, Inc. may be a party or contested matter in which CitiMortgage, Inc. may have an interest).

Contact information:  Andrew J. Petrie
                      Featherstone Petrie DeSisto LLP
                      600 Seventeenth Street, Suite 2400-S
                      Denver, Colorado 80202
                      Phone: 303-626-7100
                      Fax: 303-626-7101
                      apetrie@featherstonelaw.com

The filing fee of $200.00 has been submitted with this motion for *pro hac vice* admission.

Dated:  September 21, 2012
        Denver, Colorado

Respectfully submitted,


s/ Andrew J. Petrie
Andrew J. Petrie
Featherstone Petrie DeSisto  LLP
600 Seventeenth Street, Suite 2400-S
Denver, Colorado  80202-5424
Phone:  303-626-7100
Fax:  303-626-7101
apetrie@featherstonelaw.com

Attorneys for CitiMortgage, Inc.