**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x
**In re**                                                                :
                                                                         :  **Case No. 12-12020 (MG)**
**RESIDENTIAL CAPITAL, LLC, et al.**,                   :
                                                                         :  **Chapter 11**
                                                                         :
                                        **Debtors.**       :  **Jointly Administered**
---------------------------------------------------------------------x

### ORDER GRANTING MOTION FOR ADMISSION TO PRACTICE
### *PRO HAC VICE*

_____

**IT IS ORDERED,**

that Andrew J. Petrie is admitted *pro hac vice* in the above-referenced cases and adversary proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to the payment of the filing fee.

Dated: _____, New York.

_____
HONORABLE MARTIN GLENN
UNITED STATES BANKRUPTCY JUDGE