IN THE UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
MANHATTAN DIVISION

IN THE MATTER OF:                                                                  CASE NO. 12-12020

RESIDENTIAL CAPITAL, LLC

    DEBTOR                                                                                  CHAPTER 11

### NOTICE OF APPEARANCE
### AND
### REQUEST FOR SERVICE OF NOTICES AND OTHER DOCUMENTS

Notice is hereby given that Lee Gordon, of McCreary, Veselka, Bragg & Allen, P.C., P. O. Box 1269, Round Rock, Texas 78680, will appear as counsel for The County of Anderson, Texas, Tax Appraisal District of Bell County, The County of Brazos, Texas, Brown County Appraisal District, Burnet Central Appraisal District, The County of Cherokee, Texas, The County of Coryell, Texas, The County of Denton, Texas, The County of Guadalupe, Texas, Harrison Central Appraisal District, The County of Harrison, Texas, Hill County Appraisal District, The County of Hill, Texas, The County of Wilbarger, Texas and The County of Williamson, Texas, (hereinafter referred to as the "Texas Ad Valorem Taxing Jurisdictions") in the above-entitled case, and requests that service of notices and other documents be made upon this attorney of record.

Dated: September 21, 2012

                                                Respectfully submitted,

                                                MCCREARY, VESELKA, BRAGG & ALLEN, P.C.
                                                Attorneys for the Texas Ad Valorem Taxing Jurisdictions

                                                */s/Lee Gordon*
                                                Lee Gordon
                                                State Bar Number 08212500
                                                P.O. Box 1269
                                                Round Rock, Texas 78680
                                                Telephone: (512) 323-3200
                                                Fax: (512) 323-3205

### CERTIFICATE OF SERVICE

I hereby certify that I have placed a copy of the above Notice of Appearance And Request For Service Of Notices And Other Documents to Larren M. Nashelsky, Morrison & Foerster LLP, 1290 Avenue of the Americas, New York, New York 10104; Lorenzo Marinuzzi, Morrison & Foerster LLP, 1290 Avenue of the Americas, New York, New York 10104, and to those parties listed on the Court's Notice of Electronic Filing on September 21, 2012, by Electronic Notification.

                                                              */s/Lee Gordon*
                                                              Lee Gordon