**Attachment B**

# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 21st day of September, two thousand and twelve,

_____

| | |
|---|---|
| Federal Housing Finance Agency, as Conservator for the Federal National Mortgage Association and The Federal Home Loan Mortgage Corporation, | **ORDER**<br>Docket No. 12-3207 |
| Plaintiff - Appellee, | |
| v. | |
| UBS Americas Inc., UBS Real Estate Securities Inc., UBS Securities, LLC, Mortgage Asset Securitization Transactions, Inc., David Martin, Per Dyrvik, Hugh Corcoran, Peter Slagowitz, | |
| Defendants - Appellants. | |

_____

IT IS HEREBY ORDERED that Appellee's motion for oral argument on stay motion is DENIED.

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

