IN THE UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

CORLA JACKSON
Plaintiff,

V.                                                                    NO. 12-12020(MG)

GMAC MORTGAGE
CORPORATION, ET AL
Defendants.

## MOTION FOR EXTENTION OF TIME TO TRAVEL TO NEW YORK FROM OUT OF STATE ON ALL HEARINGS DATED SEPTEMBER 27, 2012

## MOTION TO ENFORCE DEFENDANTS TO ANSWER ALL MOTIONS FILED BY PLAINTIFF TO DATE

## PRODUCE ALL ORIGINAL NOTES AND LOAN DOCUMENTS AS REQUESTED" IN THE MOTIONS FILED WITH THIS COURT TO DATE

THE DEFENDANTS HAS IGNORED TO ANSWER AND PRODUCE REQUIRED DOCUMENTS IN THIS CASE PRODUCING THE ORIGINAL DOCUMENTS AS STATED IN AMMENDED COMPLANT AND COMPLAINTS WHICH HAS NEVER BEEN ANERED OR DOCUMENTS PRODUCED" THEY REPLACE DOCUMENT WITH PLAINTIFF MOTIONS TO MAKE IT APPEAR AS IF THEY ANSWERED THE COMPLATNTS AND PRODUCED THE ORIGINALS WHEN THEY HAVE NOT. THE DEFENDANTS ARE IN DEFAULT AND IN VIOLATION OF COURT ORDERS AND PRIOR COURT ORDERS AND FAKE ARREARAGES THAT WAS DISALLOWED AND DIMISSED ON JANUARYY 20, 2010" AS WELL AS VIOLATION OF STAY ORDERS BY THE UNITED STATES DISTRICT COURT OF ALABAMA" THAT STAYED THE CASE AFTER THEY FILED BANKRUCY WAITING ON JUDGE TO ALLOW CASE TO PROCEED IN ALABAMA. THEY RAN AND SOLE THE HOME INSTEAD" PRIOR TO BEING APPROVED IN NEW YORK TO CONTIUE UNDER ALLEY BANKS LICENING IN ROBBING VICTIMS OF THEIR HOME LAND AND ASSESTS IN ALABAMA" TRYING TO BE SLICK...GOING ARUND THE JUDGES AND THE FEDERAL GOVERNMENT FOR PROFITS FROM FIRST DEGREE ROBBERY" ROBBING THE PLAINTIFF " JACKSON. THEY HAVE USED DECEPTIVE PRACTICES AND NEED TO PRODUCE AND ANSWER ALL THE COMPLAINTS" FILED WITH IN THE UNITED STAES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK...

**TO THE HONORABLE JUDGE OF SAID COURT:**

COME NOW **CORLA JACKSON hereinafter called the (Plaintiff) files this MOTION FOR EXTENTION OF TIME. To allow time to get to New York to Bankruptcy Court.**

**In Addition** To The Above, the Plaintiff request the **Honorable Judge and Courts to enforce the law,** on the **Defendants** to answer the complaints the Plaintiff filed to date, which has been ignored and replaced with documents not answering questions **and produce the required documents in her complaints or amended complaints Producing Her Original Notes And Original Documents As Stated In Her Complaints,** which is being ignored, when the Defended has committed fraud, and is in Violation Of Stay Orders And Previous Say Orders After Their Fake Arrearages Were Denied In A Previous Cases And Dismissed, On **January 20, 2010.**

RECEIVED SEP 18 2012 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK

**They Came Back And Committed Fraud And Took The Home Under False Pretense Violating Stay Orders And Court Orders Slandering The Title To The Plaintiff Property Causing Major Damages And A Personal Injuries Due To Blocking Her From Getting Her Home Brought Up To Code To Prevent Further Damages And Personal Injury's To Date. They Committed Fraud In More Than One Way And Refuse To Answer The Complaints" As Well As All The Motions Filed To Date Which Is Tort" And Default For Not Answering The Complaint In A Timely Manner Within The Time Frame Of The Law...They Are Not Only In Violation Of Court Orders In The United States District Court For The Southern Division Of Alabama" They Are In Default For Not Answering The Complaint Within The Time Frame Of The Law. In Addition To This They Are In Violation Of Stay Orders Slandering Jackson Title To Her Land, So She Could Not Do Anything With Her Land To Date' They Took It And It Did Not Belong To Them.**

**They Were Robbing Jackson Forcing Her To Give Them Funds Prior To Their Fraudulent Assignment They Made Out To Themselves Through Their Affiliates...And Covered It Up With Corruption And A Conspiracy" With The Intent To Rob Her Using Deceptive Practices Thinking They Would Not Get Caught Or Thinking They Could Get Away With Robbing Jackson Going Around The SEC And The Bankruptcy Courts For Profits Stealing Property And Land That Did Not Belong To Them And They Knew This" That Is Why They Refused To Answer The Complaints To Date!**

**The Plaintiff Jackson Is Entitled To BE Granted Under (60) And (59b) by law for what they did to her.**

<u>**Sturdivant v. BAC Home Loans, LP**</u>**, [Ms. 2100245, Dec. 16, 2011] _ So. 3d _ (Ala. Civ. App. 2011). In <u>Sturdivant</u>, BAC Home Loans, LP ("BAC"), initiated foreclosure proceedings on the mortgage encumbering Bessie T. Sturdivant's house before the mortgage had been assigned to BAC.**

(a) Corrections Based on Clerical Mistakes; Oversights and Omissions. The court may correct a clerical mistake or a mistake arising from oversight or omission whenever one is found in a judgment, order, or other part of the record. The court may do so on motion or on its own, with or without notice. But after an appeal has been docketed in the appellate court and while it is pending, such a mistake may be corrected only with the appellate court's leave.

(b) Grounds for Relief from a Final Judgment, Order, or Proceeding. On motion and just terms, the court may relieve a party or its legal representative from a final judgment, order, or proceeding for the following reasons:

(1) mistake, inadvertence, surprise, or excusable neglect;

(2) newly discovered evidence that, with reasonable diligence, could not have been discovered in time to move for a new trial under <u>Rule 59(b)</u>;

(3) fraud (whether previously called intrinsic or extrinsic), misrepresentation, or misconduct by an opposing party;

(4) the judgment is void;

(5) the judgment has been satisfied, released, or discharged; it is based on an earlier judgment that has been reversed or vacated; or applying it prospectively is no longer equitable; or

(6) any other reason that justifies relief.

(c) Timing and Effect of the Motion.

(1) *Timing.* A motion under Rule 60(b) must be made within a reasonable time—and for reasons (1), (2), and (3) no more than a year after the entry of the judgment or order or the date of the proceeding.

(2) *Effect on Finality.* The motion does not affect the judgment's finality or suspend its operation.

(3) set aside a judgment for fraud on the court.

## ASSIGNMENT & TITLE FRAUD/ SLANDER OF TITLE,

DECLARATORY RELIEF & JUDGMENT, DOE(S) ROE(S), F.A., FIRST AMERICAN, FIRST AMERICAN EAPPRAISEIT, fraud, FRAUD IN THE FACTUM & INDUCEMENT, FRAUDULENT MISREPRESENTATION, JPMORGAN CHASE BANK N.A., Lender Processing Services Inc., LLP, LPS, nye lavalle, RICO, SHAPIRO & SWERTFEGER, Tammy Jo Long, unjust enrichment, USURY, VIOLATION OF FIDUCIARY DUTY, RACKETEERING STATUTES (RICO), VIOLATIONS OF FEDERAL TRUTH-IN-LENDING ACT, VIOLATIONS OF REAL ESTATE SETTLEMENT PROCEDURES ACT, VIOLATIONS RESIDENTIAL MORTGAGE ACT & MORTGAGE FRAUD, WAMU ASSET ACCEPTANCE CORP., Washington Mutual Bank, WASHINGTON MUTUAL INC., William Keith Davidson

## GMAC MORTGAGE TO DATE CANNOT SHOW
### Standing to File a Proof of Claim" Which Is Required To Support Proofs of Claim With The Original Loan Documents" Which Is Impossible To Exist.

The Defendants Know The Loan Number They Provided To The Courts Did Not Match The Plaintiff's Original Note" And That They Provided The Courts With A Fraudulent Loan Number To Fake An Illegal Foreclosure To Rob Her Of Her Home And Assets Stealing Her Identity For Profits" Going Around The Courts Violating Stay Violations On A Loan Number That Did Not Match The Plaintiffs Original Note Or Her Original Loan Documents.

**SAND CANYON, OPTION ONE**, WELLS ... of the Oum **mortgage** from "Sand Canyon Corporation f/k/a **Option One** ... 23, 2011, **Sand Canyon** submitted an affidavit from **Brian McConnell** "Which Committed Fraud. The Signatures Do Not Match His Other Signatures Reference Listed Below...

## RESIDENTIAL FUNDING RE HOLDINGS, LLC. v. Adams, 2012 OK ...

*stopforeclosurefraud.com/2012/06/05/residential-funding-re...*

In Addition To The Above (Jackson Home Is Condemned) It Could Not Pass Inspection" TOXIC MOLD" How Did They Insure This Home In Jackson Name Or Anyone Else Name When The Not Was Secured By Policy's That Did Not Belong To Them....In Addition To Jackson Cases...

3

### They Committed Insurance Fraud As Well Using Jackson Name And Assets" As Well As They Robbed The Government Fabricating New Loan Numbers Under Jackson Name That Did Not Exist" Jackson Note Was Secured By Her Policy's And Satisfied With Option One Mortgage And They Knew This!

On March 8, 2012, Financial Guaranty Insurance Co. (FGIC) sued Ally Financial (Ally) and two subsidiaries, including Residential Funding Company LLC, alleging that the defendants fraudulently induced FGIC to insure $693 million in residential mortgage-backed securities. FGIC alleges that Ally misrepresented the quality of the loans backing the RMBS, the manner in which the loans

On November 30, 2011, Financial Guaranty Insurance Co. (FGIC) filed three lawsuits in New York State court against Ally Financial Inc.'s mortgage units. The complaints allege that the defendants committed fraud in order to obtain bond insurance, and committed other breaches of their insurance contracts, related to the sale of $3.8 billion in mortgage-backed securities....

*Corla Reeves Jackson* 9/17/2012
Corla Reeves Jackson
13230 Tom Gaston Road
Mobile, Alabama. 36695
Phone: 251.554.1785
corlajacksonvsgmacmortgage.info

4