**SCHLAM STONE & DOLAN LLP**
*Attorneys for Homeowner Claimants*
26 Broadway, 19th Floor
New York, New York 10004
Telephone: (212) 344-5400
Facsimile: (212) 344-7677
bdk@schlamstone.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------

| | | |
|---|---|---|
| In re: | ) | Case No. : 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, <u>et al</u>.,[1] | ) | Chapter 11 |
| | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | |
| | ) | |

---------------------------------------------------------------

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that **SCHLAM STONE & DOLAN LLP** hereby appears in the above-captioned cases on behalf of Certain Homeowners Claimants[2] and requests, pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy

---

[1] The Debtors in these cases are: Residential Funding Company, LLC; Residential Capital, LLC; ditech, LLC; DOA Holding Properties, LLC; DOA Properties IX (Lots-Other), LLC; EPRE LLC; Equity Investment I, LLC; ETS of Virginia, Inc.; ETS of Washington, Inc.; Executive Trustee Services, LLC; GMAC-RFC Holding Company, LLC; GMAC Model Home Finance I, LLC; GMAC Mortgage USA Corporation; GMAC Mortgage, LLC; GMAC Residential Holding Company, LLC; GMACRH Settlement Services, LLC; GMACM Borrower LLC, GMAC REO LLC; GMACR Mortgage Products, LLC; HFN REO Sub II, LLC; Home Connects Lending Services, LLC; Homecomings Financial Real Estate Holdings, LLC; Homecomings Financial LLC; Ladue Associates, Inc.; Passive Asset Transaction, LLC; PATI A, LLC; PATI B, LLC; PATI Real Estate Holdings, LLC; RAHI A, LLC; RAHI B, LLC; RAHI Real Estate Holdings, LLC; RCSFJV2004, LLC; Residential Accredit Loans, Inc; Residential Asset Mortgage Products, Inc; Residential Asset Securities Corporation; Residential Consumer Services of Alabama, LLC; Residential Consumer Services of Ohio, LLC; Residential Consumer Services of Texas, LLC; Residential Consumer Services, LLC; Residential Funding Mortgage Exchange, LLC; Residential Funding Mortgage Securities I, Inc.; Residential Funding Mortgage Securities II, Inc.; Residential Funding Real Estate Holdings, LLC; Residential Mortgage Real Estate Holdings, LLC; RFC-GSAP Servicer Advance, LLC; RFC Asset Holdings II, LLC; RFC Asset Management, LLC; RFC Borrower LLC; RFC Construction Funding, LLC; RFC REO LLC; RFC SFJV-2002, LLC

[2] The Homeowner Claimants are: Nathaniel Arnold; Luis Fitzgerald-Fernandez; Alan Israel & Jill C. Habib; Peter Webb; Ariel Barel; Jean-Marc Bensaid; Diane Boyter; Conrad Burnett; Stephen & Francesca Grello; Francine Modderno; Florence Mason; Jimmy Morris; Phillip Weissburg; Audrey & Griggs Wimbley; Patrick Farrell; Melissa Lallo; Caley Coleff; Terry Slovak; Amelia Colvin; Yvonne Hartshorn; Roxanne Harbert; William A. Marshall, Sr.; Joanna L. Belanger; David A. Belanger; Kristin Burak; Linda Clark; Shannon Mcintyre; John Lebron; Timothy Dixon; Jeffrey Ginn; and Val M. Steele.

Rules") and sections 342 and 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), that all notices given or required to be given and all papers served in these cases be delivered to and be served upon the persons identified below at the following address and further request that each be added to the master service list:

**SCHLAM STONE & DOLAN LLP**
26 Broadway, 19th Floor
New York, New York 10004
Telephone: (212) 344-5400

PLEASE TAKE FURTHER NOTICE that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the above mentioned Bankruptcy Rules, but also includes all orders, applications, motions, petitions, pleadings, requests, complaints and demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile, email, or otherwise, in these cases and any proceedings therein.

This Notice of Appearance and any subsequent appearance, pleading, claim or suit is not intended nor shall be deemed to waive any of Homeowners' substantive or procedural rights, including: (i) the right to have final orders in non-core matters entered only after *de novo* review by a district judge; (ii) the right to trial by jury in any proceedings so triable herein or in any case, controversy or proceeding related hereto; (iii) the right to have reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which the Homeowners are or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved. Nor shall this request for notice be deemed to constitute consent to electronic service of any pleading or papers for which mailed or personal service is required under the applicable Bankruptcy Rules or Federal Rules of Civil Procedure.

Dated: September 21, 2012            Respectfully Submitted,

                                                   /s/   Bennette D. Kramer  
                                                   Bennette D. Kramer  
                                                   **SCHLAM STONE & DOLAN LLP**  
                                                   *Attorneys for Homeowner Claimants*  
                                                   26 Broadway, 19th Floor  
                                                   New York, New York 10004  
                                                   (212) 344-5400  
                                                   bdk@schlamstone.com