CLEARY GOTTLIEB STEEN & HAMILTON LLP
Thomas J. Moloney (TJM-9775)
Sean A. O'Neal (SAO-4067)
One Liberty Plaza
New York, NY 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

*Special Counsel for Wilmington Trust, National Association, as Indenture Trustee for the Senior Unsecured Notes Issued by Residential Capital, LLC*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X
:
**In re**                                                    :
:      **Chapter 11 Case No.**
**RESIDENTIAL CAPITAL, LLC, et al.**,                       :
:      **12-12020 (MG)**
                    **Debtors.**                             :
:      **(Jointly Administered)**
:
---------------------------------------------------------------X

**NOTICE OF WITHDRAWAL OF WILMINGTON TRUST'S MOTION TO MODIFY
THE REVISED JOINT OMNIBUS SCHEDULING ORDER AND PROVISION FOR
OTHER RELIEF REGARDING (I) DEBTORS' MOTION PURSUANT TO FED. R.
BANKR. P. 9019 FOR APPROVAL OF RMBS TRUST SETTLEMENT AGREEMENT,
AND (II) THE RMBS TRUSTEES' LIMITED OBJECTION TO THE SALE MOTION**

Wilmington Trust, National Association, solely in its capacity as indenture trustee for various series of senior unsecured notes in the outstanding aggregate principal amount of approximately $1 billion issued by Residential Capital, LLC, hereby withdraws without prejudice its Motion To Modify The Revised Joint Omnibus Scheduling Order And Provision For Other Relief Regarding (I) Debtors' Motion Pursuant To Fed. R. Bankr. P. 9019 For Approval Of RMBS Trust Settlement Agreement, And (II) The RMBS Trustees' Limited Objection To The Sale Motion (Doc. 1300).

Dated: New York, New York
September 21, 2012

Respectfully submitted,

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By:  /s/Sean A. O'Neal
Thomas J. Moloney (TJM-9775)
Sean A. O'Neal (SAO-4067)
Members of the Firm
One Liberty Plaza
New York, NY 10006
*(212) 225-2000*

*Special Counsel for Wilmington Trust, National Association, as Indenture Trustee for the Senior Unsecured Notes Issued by Residential Capital, LLC*