UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| RESIDENTIAL CAPITAL, LLC, et al., [1] | : | Case No. 12-12020 (MG) |
| | : | |
| | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |

-------------------------------------------------------------x

### SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Stephanie Delgado, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors.

A.  On or before September 21, 2012, at my direction and under my supervision, employees of KCC caused the following documents to be served per postal forwarding address via First Class mail upon the Creditor Matrix attached hereto as **Exhibit A:**

1.  Notice of Deadlines for Filing Proofs of Claim, dated August 29, 2012, attached hereto as **Exhibit B**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Residential Capital, LLC (0738); ditech, LLC (7228); DOA Holding Properties, LLC (4257); DOA Properties IX (Lots-Other), LLC (3274); EPRE LLC (7974); Equity Investment I, LLC (2797); ETS of Virginia, Inc. (1445); ETS of Washington, Inc. (0665); Executive Trustee Services, LLC (8943); GMAC Model Home Finance I, LLC (8469); GMAC Mortgage USA Corporation (6930); GMAC Mortgage, LLC (4840); GMAC Residential Holding Company, LLC (2190); GMAC RH Settlement Services, LLC (6156); GMACM Borrower LLC (4887); GMACM REO LLC (2043); GMACR Mortgage Products, LLC (6369); GMAC-RFC Holding Company, LLC (3763); HFN REO Sub II, LLC (N/A); Home Connects Lending Services, LLC (9412); Homecomings Financial Real Estate Holdings, LLC (6869); Homecomings Financial, LLC (9458); Ladue Associates, Inc. (3048); Passive Asset Transactions, LLC (4130); PATI A, LLC (2729); PATI B, LLC (2937); PATI Real Estate Holdings, LLC (5201); RAHI A, LLC (3321); RAHI B, LLC (3553); RAHI Real Estate Holdings, LLC (5287); RCSFJV204, LLC (2722); Residential Accredit Loans, Inc. (8240); Residential Asset Mortgage Products, Inc. (5181); Residential Asset Securities Corporation (2653); Residential Consumer Services of Alabama, LLC (5449); Residential Consumer Services of Ohio, LLC (4796); Residential Consumer Services of Texas, LLC (0515); Residential Consumer Services, LLC (2167); Residential Funding Company, LLC (1336); Residential Funding Mortgage Exchange, LLC (4247); Residential Funding Mortgage Securities I, Inc. (6294); Residential Funding Mortgage Securities II, Inc. (8858); Residential Funding Real Estate Holdings, LLC (6505); Residential Mortgage Real Estate Holdings, LLC (7180); RFC Asset Holdings II, LLC (4034); RFC Asset Management, LLC (4678); RFC Borrower LLC (5558); RFC Constructing Funding, LLC (5730); RFC REO LLC (2407); RFC SFJV-2002, LLC (4670); RFC-GSAP Servicer Advance, LLC (0289)

    2.    [Customized] Proof of Claim Form

Dated:  September 21, 2012

                                                    Stephanie Delgado

State of California

County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 21st of September, 2012, by Stephanie
Delgado, proved to me on the basis of satisfactory evidence to be the person who appeared before
me.

Signature: _____

AIMEE M. PAREL
Commission # 1866499
Notary Public - California
Los Angeles County
My Comm. Expires Sep 27, 2013

**EXHIBIT A**

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|------|-------------|-----------|-----------|------|-------|-----|
| AAA Custom Roofing | | 41208 Industrial Ln | | Beavercreek | OH | 45430 |
| Aaron I Katsman PC | | 70 E Sunrise Hwy Ste 608 | | Valley Stream | NY | 11581-1233 |
| Aaron I. Katsman, P.C. | | 70 E Sunrise Hwy Ste 608 | | Valley Stream | NY | 11581-1233 |
| Accruent Inc | | 10801 N Mo Pac Expy Bldg 2-400 | | Austin | TX | 78759-5458 |
| Alfonso S Valdovinos | | 216 S Citrus St No 354 | | West Covina | CA | 91791-2144 |
| Alfred S Landry Jr Att At Law | | 600 Jefferson St Ste 555 | | Lafayette | LA | 70501-8907 |
| Allen G Roberts Att At Law | | 147 Northwest Blvd | | Danville | VA | 24540-2613 |
| Am Construction LLC | | 21617 N 3rd Ave Ste B | | Phoenix | AZ | 85027-2933 |
| Amalgamated Realty Inc | | 8010 S Cottage Grove Ave Fl 1 | | Chicago | IL | 60619-4004 |
| Amanda Sears | | 1037 52nd St | | La Porte City | IA | 50651-8800 |
| Amberwood | | 6625 S Valley View Blvd Ste 308 | | Las Vegas | NV | 89118-4557 |
| Amex | | 88 Diana Way | | Antioch | CA | 94509-4417 |
| Ananda And Krause | | 200 N Wesetlake Blvd Ste 204 | | Westlake Vlg | CA | 91362-7061 |
| Andrew Glover Mary Harris Glover | | 33226 Magnolia Cir | | Magnolia | TX | 77354-1523 |
| Andy Corbin Construction | | 12510 Fletcher Ln Ste L | | Rogers | MN | 55374-7602 |
| Ann Price McCarthy Att At Law | | PO Box 1351 | | Carson City | NV | 89702-1351 |
| Ann Resop, Claire | | 1 E Milwaukee St | | Janesville | WI | 53545-3029 |
| Arthur F Stockton Att At Law | | 31878 Del Obispo St Ste 118 | | San Juan Capo | CA | 92675-3224 |
| Aspell, James F | C O Law Office of James Aspell | 345 N Main St Ste 311 | | West Hartford | CT | 06117-2508 |
| Asset Restoration and Remodeling LLC | | 5666 Lincoln Dr Ste 235 | | Minneapolis | MN | 55436-1617 |
| Athens Clarke County Stormwa | | PO Box 1868 | | Athens | GA | 30603-1868 |
| Atlas Appraisal Inc | | PO Box 21821 | | Santa Barbara | CA | 93121-1821 |
| Ayer Town | | 1 Main St | | Ayer | MA | 01432-1373 |
| Azucena Dixon | | 9019 Joan St | | Spring Valley | CA | 91977-5806 |
| Baldwin Township | | 7912 River St | | Rapid River | MI | 49878-9001 |
| Bander Law Firm | | 801 S Grand Ave Ste 1100 | | Los Angeles | CA | 90017-4618 |
| Baneberry City | | 521 Harrison Ferry Rd | | White Pine | TN | 37890-4841 |
| Bank of Ann Arbor Wholesale Lending Division | | 1333 Ann Arbor Rd W No 2 | | Plymouth | MI | 48170-2179 |
| Barris, Audrey | | 2130 Fillmore St No 322 | | San Francisco | CA | 94115-2224 |
| Bart Maybie | | 2753 Lamb Blvd | | Las Vegas | NV | 89115-3403 |
| Belfor USA | | 2625 E Michigan Ave | | Ypsilanti | MI | 48108-6056 |
| Belmont LLC | C O Beazer Homes Corp | 1000 Abernathy Rd NE Ste 260 | | Atlanta | GA | 30328-5648 |
| Bemenderfer, Shirley | | 800 Virginia Ave Ste 56 | | Fort Pierce | FL | 34982-5897 |
| Benecke, Mark & Benecke, Jeanne M | | 1551 E River Ter | | Minneapolis | MN | 55414-3647 |
| Bloomfield Concord Condo | | 2600 W Big Beaver Rd Ste 300 | | Troy | MI | 48084-3312 |
| Bolin Pl, Petton | C O Peyton Bolin Pl Trust Account | 4758 Commercial Blvd | | Tamarac | FL | 33319-2877 |
| Bonnabeau Salyers Stites & Doe LLC | | 310 Clinton Ave | | Minneapolis | MN | 55403-3218 |
| Bonnabeau Salyers Stites & Doe LLC-Primary | | 310 Clifton Ave | | Minneapolis | MN | 55403-3218 |
| Bonnabeau Salyers Stites Doe and Andresen LLC | | 310 Clifton Ave | | Minneapolis | MN | 55403-3218 |
| Boylan Brown Code Vigdor and Wil | | 145 Culver Rd | | Rochester | NY | 14620-1678 |
| Brandy Ct Howmeowners Association | | 11350 Random Hills Rd Ste 800 | | Fairfax | VA | 22030-6044 |
| Brett A Elam Att at Law | | 105 S Narcissus Ave Ste 802 | | West Palm Bch | FL | 33401-5530 |

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| Brian George | Ather Haidri | 3124 Woodwalk Trce SE | | Atlanta | GA | 30339-8474 |
| Bridges Construction Inc a Nevada corporation vs Scott Watson | Lisa J Watson First American Title Company Of et al | 45 Johnson Rd | | Parish | NY | 13131-4238 |
| Britt Lynn Nelson Att At Law | | 4353 NE Friedman Way | | Otis | OR | 97368-9676 |
| Brotton, David | | 624 Ipswich St | | Westerville | OH | 43081-3216 |
| Brown And Brown Associates | | 101 A St SE | | Miami | OK | 74354-7014 |
| C 21 Rustic Realty | | PO Box 1188 | | Miller Place | NY | 11764-1174 |
| C21 Schwering Realty | | 101 E Market St | | Logansport | IN | 46947-3427 |
| C21 Southern Tier Realty | | 154 N Union St | | Olean | NY | 14760-2735 |
| Cadogan Twp | Attn Deborah Presko | Tax Collector | 116 Duff Rd | Freeport | PA | 16229 |
| California Capital Mortgage | | 160 E 3rd St Ste 103 | | Pittsburg | CA | 94565-2255 |
| Candance Longhamps | | 31807 Blythewood Way | | Wesley Chapel | FL | 33543-8154 |
| Carey Law Group | | 1711 Worthington Rd Ste 107 | | West Palm Bch | FL | 33409-6455 |
| Carlos Love Cuesta | Martha Ligia Becerrila De Love | 4700 N Capital of Texas Hwy Apt 723 | | Austin | TX | 78746-1130 |
| Casa De Sierra Vista Condo Unit001 | | 1717 E Bell Rd Ste 12 | | Phoenix | AZ | 85022-6200 |
| CB Town and Country | | 135 Main St | | Sturbridge | MA | 01566-1569 |
| CB Weber | | 6317 NE Antioch Rd Ste 200 | | Gladstone | MO | 64119-1854 |
| CB Weber And Associates AG 118465 | | 6317 NE Antioch Rd Ste 200 | | Gladstone | MO | 64119-1854 |
| Charles A Roberts Att at Law | | 15 Clermore Dr | | Billerica | MA | 01821-3636 |
| Charles E Kline Att at Law | | PO Box 6625 | | Longmont | CO | 80501-2103 |
| Charles E Mctheny Att At Law | | 4000 N 7th St Ste 124 | | Phoenix | AZ | 85014-4764 |
| Charlotte Anderson And John | | 110 Commerford Rd | | Concord | MA | 01742-1531 |
| Cherry Hill Village II Homeowners | | 3080 Orchard Lake Rd Ste J | | Keego Harbor | MI | 48320-1260 |
| Chestnut Law Office | | PO Box 44 | | Holdenville | OK | 74848-0044 |
| Chiappone, Jessica | Jessica Chiappone, Et Al | 6 Campbell St | | Amityville | NY | 11701-1805 |
| Chicago Title Insurance Co | | 1025 S Pioneer Way | | Moses Lake | WA | 98837-2265 |
| Christopher J Freeman Att at Law | | PO Box 4396 | | Copley | OH | 44321-0396 |
| Christopher Rice Vs Us Bank National Association As | Trustee Residential Funding Company LLC FKA | Residential Funding et al Prosper Law Group LLP | 8320 Lincoln Blvd No 164 | Los Angeles | CA | 90045-2466 |
| Christy M Thompson Att at Law | | 101 W Commonwealth Ave | | Chandler | AZ | 85225-7859 |
| Cimmarron Ridge Association | | 6625 S Valley View Blvd Ste 308 | | Las Vegas | NV | 89118-4557 |
| Citimortgage Inc | | PO Box 183037 | | Columbus | OH | 43218-3037 |
| Classic Home Remodeling | | 15356 County Road 617 | | Farmersville | TX | 75442-5512 |
| CLC Roofing Inc | | 200 E Belt Line Rd Ste 203 | | Coppell | TX | 75019-4725 |
| Cleaner And Dryer Restoration | | 5056 Angola Rd | | Toledo | OH | 43615-6415 |
| Clever and Clever | | 9836 Metcalf Ave | | Overland Park | KS | 66212-6164 |
| Cochrane and Gibbens LLC | | 1411 Windswept Dr | | Greenwood | IN | 46143-6207 |
| Comerica Bank | | 1800 Bering Dr | | San Jose | CA | 95112-4212 |
| Cooper Appraisals Inc | | 11032 River Plantation Dr | | Austin | TX | 78747-1486 |
| Corey Martin Real Estate | | 2819 N Fitzhugh Ave Apt 2223 | | Dallas | TX | 75204-3185 |
| Corsi, Shawna | | 4725 Panama Ln Unit D3 | | Bakersfield | CA | 93313-3408 |
| Craig E Kraft Craig Kraft | | 5314 Taylor Ln | | Fort Collins | CO | 80528-9107 |
| Craig Realty and Appraisal Co | | 118 River Point Cres | | Portsmouth | VA | 23707-1028 |
| Currituck County Register of Deeds | | 153 Courthouse Rd | | Currituck | NC | 27929-9653 |

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| Currituck Register of Deeds | | 153 Courthouse Rd | | Currituck | NC | 27929-9716 |
| Curtean, Alina | | 191 | 3941 S Bristol St Ste D | Santa Ana | CA | 92704-7496 |
| Daniel Cossettini | | 9 Macarthur Pl Unit 2303 | | Santa Ana | CA | 92707-6755 |
| Daniel Uribe Att At Law | | 1439 E Chapman Ave | | Orange | CA | 92866-2228 |
| Daniel, Monte F & Daniel, Kathleen J | | 4823 Fuhrer Ct NE | | Salem | OR | 97305-3185 |
| David & Karen Sluss | | 109 Hogan Cir | | Bluefield | VA | 24605-9299 |
| David Alan Stewart Att at Law | | 3006 E Goldstone Dr Ste 131 | | Meridian | ID | 83642-5015 |
| David B. Williamson | Carol T. Williamson | 201 Southridge Ct No B | | Woodstock | VA | 22664-1053 |
| David C Mathias Att At Law | | PO Box 7895 | | Visalia | CA | 93290-7895 |
| David Gritzer | | 3661 Penn Ave | | Pittsburgh | PA | 15201-1334 |
| David M Lux Law Offices Of | | 1218 3rd Ave Ste 500 | | Seattle | WA | 98101-3067 |
| David M Sostchin Att At Law | | 797 W 18th St | | Hialeah | FL | 33010-2424 |
| De Wees, Doris | | 242 Neck Rd | | Madison | CT | 06443-2766 |
| Debbie Davis Att At Law | | 7430 US Highway 42 Ste 200 | | Florence | KY | 41042-1992 |
| Deborah And Douglas Balzer | | 610 E Bell Rd Ste 2 | | Phoenix | AZ | 85022-2393 |
| Debra L Moore Att At Law | | 9304 Newton St | | Overland Park | KS | 66212-2233 |
| Diana Voconnell And Daniel | | 605 Hewlett St | | Franklin Sq | NY | 11010-1841 |
| Diange, Scott J & Bruce, Crystal E | | 17 Avery Ave | | Alex Bay | NY | 13607-1701 |
| Dianna Swift Vs Gmac Mortgage Usa Corporation | | PO Box 1515 | | Shasta Lake | CA | 96019-1515 |
| Dion and Virginia Lopez | | 1000 N Green Valley Pkwy Ste 300 | | Henderson | NV | 89074-6171 |
| Dion and Virginia Lopez And | | 170 | 1000 N Green Valley Pkwy 300 | Henderson | NV | 89074-6171 |
| Dover Mortgage Company | | PO Box 1626 | | Asheboro | NC | 27204-1626 |
| Druckman and Sinel | | 242 Drexel Ave | | Westbury | NY | 11590 |
| Dunn County | | 205 Owens St | | Manning | ND | 58642-9513 |
| Edward A Liebenguth | Dawn M Libenguth | 2051 Mattingly Rd Apt 8 | | Hinckley | OH | 44233-9295 |
| Edward Hanratty Att At Law | | 30 Broad St | | Freehold | NJ | 07728-1905 |
| Edward Hanratty Esq | | 30 Broad St | | Freehold | NJ | 07728-1905 |
| Edward James Kaushas Att At Law | | 995 Sunrise Dr | | Pittston | PA | 18640-3735 |
| Elizabeth Ralston | | 247 W Rittenhouse St Apt 1B | | Philadelphia | PA | 19144-3343 |
| Ellen Stoebling Att At Law | | 4000 S Eastern Ave Ste 200 | | Las Vegas | NV | 89119-0847 |
| Energy REO | | 7351 Kirkwood Ln n Ste 130 | | Maple Grove | MN | 55369-5219 |
| Erik D Ankerman | | 2820 Red Rock Canyon Rd | | Chula Vista | CA | 91915-1641 |
| Erika and Christopher Ricardi | Brett V Myers | 4167 Orontes Way Unit B | | Simi Valley | CA | 93063-0111 |
| Evangelina Malhorta Att at Law | | 7847 Florence Ave Ste 111 | | Downey | CA | 90240-3783 |
| FC Tucker Emge Realtors | | 2202 US Highway 41 N Ste A | | Henderson | KY | 42420-2399 |
| Figuera-Armenteros, Ofelia F | | 565 N Shore Dr | | Miami Beach | FL | 33141-2431 |
| First American Heritage Title Co | | 20 Club Manor Dr | | Pueblo | CO | 81008-1601 |
| First American Heritage Title Company | | 20 Club Manor Dr | | Pueblo | CO | 81008-1601 |
| First Guaranty Mortgage Corporation | | A302 | 24040 Camino Adel Avion Ste A | Dana Point | CA | 92629-4083 |
| First National Bank | | 1560 E Southlake Blvd Ste 100 | | Southlake | TX | 76092-6462 |
| Flahive, Gregory | | 2360 E Bidwell St Ste 105 | | Folsom | CA | 95630-3406 |
| FNMA Vs Janice Russell | | 1453 Gray St | | Lakewood | CO | 80214-2131 |

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| Fort Bend Co Mud 140 U | | 11500 Northwest Fkwy Ste 465 | | Houston | TX | 77092-6538 |
| Fort Bend Co MUD 26 U | | 11500 Northwest Fkwy Ste 465 | | Houston | TX | 77092-6538 |
| Fort Bend County WCID 8 U | Utility Tax Service | 11500 Northwest Fwy Ste 465 | | Houston | TX | 77092-6538 |
| Frank P Tromatore Appraiser | | 1190 E Airline Hwy | | La Place | LA | 70068-5236 |
| Fred Chase Agency | PMB 715 | 519 E Interstate 30 | | Rockwall | TX | 75087-5408 |
| General Mortgage Finance Corp | | 5775 Wayzata Blvd Ste 700 | | St Louis Park | MN | 55416-1233 |
| General Mortgage Finance Corp. | | 5775 Wayzata Blvd Ste 700 | | St Louis Park | MN | 55416-1233 |
| George Mccauley, Jr. | | 981 Grey Village Way | | Marietta | GA | 30068-2286 |
| Gerald D Stange Att at Law | | 902 Stewart Ave | | Wausau | WI | 54401-4565 |
| Gerard Longtin, James | | PO Box 139 | | Walterboro | SC | 29488-0002 |
| Gmac Mortgage LLC v Fredia Padilla | | 711 W 6th St | | Pittsburg | KS | 66762-3603 |
| Goff and Douglas PC | | PO Box 1563 | | Higley | AZ | 85236-1563 |
| Greenwood By Richmond HOA | | 6625 S Valley View Blvd Ste 308 | | Las Vegas | NV | 89118-4557 |
| Gregory J Wald Att at Law | | 3800 American Blvd W Ste 1500 | | Bloomington | MN | 55431-4429 |
| Gulling, David R | | 210 1/2 Windward Way | | Oceanside | CA | 92054-1919 |
| Hamilton, Kimberly | | 7210 N County Road 225 | | Gainesville | FL | 32609-5533 |
| Harris County Mud 119 U | Utility Tax Service | 11500 Northwest Fwy Ste 465 | | Houston | TX | 77092-6538 |
| Harris County Mud 173 | Utility Tax Service | 11500 Nopthwest Fwy Ste 465 | | Houston | TX | 77092-6538 |
| Hfred Johnson Real Estate | | 4994 e Mckenna Rd | | Warsaw | IN | 46582-5668 |
| Hilker, Lance | | 100 Helm Dr | | Pasco | WA | 99301-8830 |
| Hillcreek Homeowners Association | | PO Box 179 | | Lehi | UT | 84043 |
| Hoby Fleece | | 3801 Summerset Ct | | Longview | TX | 75605-2591 |
| Hogstrom, Barry N | | 36 Ginnie Ln | | West Windsor | NJ | 08550-3249 |
| Howard Stiefel Appraisals | | 203 9th St NE | | Oelwein | IA | 50662-1031 |
| Hunter, John R & Hunter, Jane M | | 293 Toyon Rd | | Ukaih | CA | 95482-6842 |
| Ingalls, Ronald E | | 12898 High Sierra | | Austin | TX | 78737-9564 |
| Iowa County | | 901 Court Ave Ste 1 | | Marengo | IA | 52301-1437 |
| Ira Rubin Att at Law | | 333 Oakwood Ave Ste 2J | | Dayton | OH | 45409-2215 |
| J And W Desert Homes Inc | | PO Box 10752 | | Palm Desert | CA | 92255-0752 |
| J M Cook Att At Law | | 5874 Fairngdon Pl No 100 | | Raleigh | NC | 27609-3932 |
| J Scott Williams Att at Law | | 15615 Alton Parkway, Suite 175 | | Irvine | CA | 92618 |
| Jackie Buss | | PO Box 306 | | Parkersburg | IA | 50665-0306 |
| James B Holdrisge Sr Constance | | 34739 Catamaran Ln | | Lewes | DE | 19958-2709 |
| James J Matsuo | | 45-615 Apuakea St | | Kaneohe | HI | 96744-1759 |
| James R Anderson Att at Law | | 519 SW Market St | | Lees Summit | MO | 64063-3918 |
| Jared B Thornhill | | PO Box 1294 | | Sneellville | GA | 30078-1294 |
| Jim Garcines Vs Wells Fargo Bank National | Association A Business Entity Wachovia Mortgage | Fsb A Business Entity et al Liberty and Associates | 148 Maple St Ste H | Auburn | CA | 95603-5041 |
| John Brophu Real Estate | | 548 Gibson Dr Ste 200 | | Roseville | CA | 95678-5501 |
| John Gadow C O Pond Gadow And Tyler | | 775 E Fortification St | | Jackson | MS | 39202-2402 |
| John Hill and | Cynthia Hill | 348 Brookdale Dr | | Vacaville | CA | 95687-6212 |
| John Stolienberg | | 1716 Hammond Ave | | Waterloo | IA | 50702-3418 |
| Jonathan V Goodman Att at Law | | 288 N Jefferson St Ste 707 | | Milwaukee | WI | 53202-3739 |

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| Joseph A Connor III | | PO Box 157 | | Middletown | CA | 95461-0157 |
| Joseph M Romano Att At Law | | 50 Public Sq Ste 400 | | Cleveland | OH | 44113-2203 |
| Juan M Falcon Att At Law | | 1350 Van Ness Ave | | Fresno | CA | 93721-1714 |
| Katherine And Jason Walker And | | 2016 E Orion St | | Tempe | AZ | 85283-3325 |
| Kaufman and Canoles PC | | 11815 Fountain Way Ste 400 | | Newport News | VA | 23606-4448 |
| Kenneth V Hudson and | Audrey L Hudson | PO Box 6247 | | Kingman | AZ | 86402-6247 |
| Kiet Cothran And Zirillo Apc | | 1748 W Katella Ave Ste 112 | | Orange | CA | 92867-3429 |
| Kliman Law Offices | | 287 | 231 Beacon St | Newton Center | MA | 02459-1822 |
| Kristen Myers | | 12E Boyson Rd 108 | | Hiawatha | IA | 52233 |
| Krystina Tran Att At Law | | 4100 Newport Place Dr Ste 710 | | Newport Beach | CA | 92660-2452 |
| Kurland and Associates PC | | 350 Broadway Rm 701 | | New York | NY | 10013-3966 |
| Lahn Mcdonagh and Assoc Pllc | | 525 E Michigan Ave | | Saline | MI | 48176-1588 |
| Las Casas Condominiums Owners Assoc | | 4135 S Power Rd Ste 122 | | Mesa | AZ | 85212-3626 |
| Las Terrazas At Vizcaya Condominium | | 6175 NW 153rd St Ste 103 | | Miami Lakes | FL | 33014-2435 |
| Law Office Of Allison M Ramos | | 3279 Veterans Memorial Hwy Ste D2 | | Ronkonkoma | NY | 11779-7671 |
| Law Office Of K Sean Singh And Ass | | 801 N Bush St | | Santa Ana | CA | 92701-3715 |
| Law Office of Pascale Scavitti I | | 100 Arthur St Apt 109 | | Cranston | RI | 02910-3645 |
| Law Offices of Fayedine Coulter | | 405 14th St Ste 1205 | | Oakland | CA | 94612-2707 |
| Lawrence S Gordon Lawrence | | 5601 Sun River Rd | | Boyton Beach | FL | 33437-6029 |
| Marc R Tow Att At Law | | PO Box 7085 | | Newport Beach | CA | 92658-7085 |
| Maria C Palladino Att at Law | | 1315 Walnut St Fl 12 | | Philadelphia | PA | 19107-4712 |
| Marino Circle, San | | 8595 S Eastern Ave | | Las Vegas | NV | 89123-2823 |
| Megan Kienker and Justin Foco | | 10821 Bigelow Rd | | Davisburg | MI | 48350-1800 |
| Melinda K Jackan Hanlin Att at LA | | 102 W Main St | | Plainfield | IN | 46168-1132 |
| Mendivill, Denisse | | 3349 Valley Pike Ste 1000 | | Winchester | VA | 22602-2582 |
| Michael G Tafoya Pc Att At Law | | PO Box 930 | | Maricopa | AZ | 85139-0317 |
| Michael J Miller Representative of | | 605 Weiss Ave | | Saint Louis | MO | 63125-1657 |
| Michael Malafouris Att At Law | | 3175E Sedona Ct No 17 | | Ontario | CA | 91764-6555 |
| Mochalski, Jeffrey C | | 2350 South Ave Ste 215 | | La Crosse | WI | 54601-6272 |
| Monarch Roofing Systems LLC | | 300 N Bryant Ave Ste 106 | | Midlothian | TX | 76065-2720 |
| Monzer Tassabhji | | 2705 Millwood Dr | | Richardson | TX | 75082-3832 |
| Moore in Re Estate of Mary Moore v Rinesha N Martin | Financial Network et al | 6060 W Manchester Ave Ste 310 | | Los Angeles | CA | 90045-4267 |
| Moore in Re Estate of Mary Moore v Rinesha N Martin | Homecomings Financial LLC AKA Homecomings | Financial Network et al Law Offices of Gary A Farwell | 6060 W Manchester Ave Ste 310 | Los Angeles | CA | 90045-4267 |
| Mortgage Bank Of California | | 4660 La Jolla Village Dr Ste 500 | | San Diego | CA | 92122-4605 |
| Mountain States Mortgage Centers Inc | | 5526 W 13400 S | | Herriman | UT | 84096-6919 |
| Mountain States Mortgage Centers Inc | | 5526 W 13400 S | | Herriman | UT | 84096-6919 |
| Narragansett Bay Water Quality | | 1 Service Rd | | Providence | RI | 02905-5505 |
| Nathan D Willner Att at Law | | PO Box 5341 | | Mt Washington | MD | 21209-0341 |
| National Restoration and Flooding | | 1001 Lower Landing Rd Ste 604 | | Blackwood | NJ | 08012-3122 |
| Neal Berniker | | 5117 Macafee Rd | | Torrance | CA | 90505-4332 |
| New York Patriot Construction Inc | | 34 Lightfoot St | | Rochester | NY | 14623-2421 |
| Newton L. Gingrich | Office of Speaker Newt Gingrich | 1425 K St NW Ste 450 | | Washington | DC | 20005-3695 |

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| Online Appraisal And Real Estate | | 172 N Indiana St | | Mooresville | IN | 46158-1506 |
| Pacific West Appraisal Servicesinc | | PO Box 6160 | | Vancouver | WA | 98668-6160 |
| Parker Jr, Dewey | | 6042 Old Dominion Rd | | Columbus | GA | 31909-4354 |
| Paul Harris Insurance | | 2730 State Route 14 | | Rootstown | OH | 44272-9801 |
| Pay Governance LLC | | 2 Logan Sq Ste 821 | | Philadelphia | PA | 19103-2728 |
| Peter Valletutti | | 6617 Norwood Ln | | Plano | TX | 75074-8905 |
| PO Solutions LLC | | 8308 Office Park Dr | | Douglasville | GA | 30134-6935 |
| Prairie County | | 200 Court House Sq Ste 101 | | Des Arc | AR | 72040-9324 |
| R And L Appraisal Associates | | 801 E Park Dr Ste 106 | | Harrisburg | PA | 17111-2816 |
| Ravena Coeymans Cs T Coeymans | | PO Box 100 | | Ravena | NY | 12143-0100 |
| Ravena Coeymans Cs T New Scottland | | PO Box 100 | | Ravena | NY | 12143-0100 |
| Realty Executives Brown and Pope | | 2105 Voorhees Town Ctr | | Voorhees | NJ | 08049-1911 |
| Rebecca Chatham | | 1089 14th Ave SW | | Albany | OR | 97321-2106 |
| Rene Antonio Delgado Moreno | | 1 Sebastian | | Irvine | CA | 92602-0908 |
| Richard M Viscasillas Esq Att At | | 8032 SW 103rd Ave | | Miami | FL | 33173-3904 |
| Ridge, Carmel | | 6625 S Valley View Blvd Ste 308 | | Las Vegas | NV | 89118-4557 |
| Ridge, Claire | | 6625 S Valley View Blvd Ste 308 | | Las Vegas | NV | 89118-4557 |
| Robert A Angueira Esq Att At Law | | 6495 Coral Way | | Miami | FL | 33155-1948 |
| Robert E Austin | Theresa Austin | 13618 Pearblossom Hwy 535 | | Pearblossom | CA | 93553 |
| Robert E Boone Att At Law | | 1857 Wells Rd Ste 223 | | Orange Park | FL | 32073-2340 |
| Robert J Curtis Att At Law | | 8 Corporate Park Ste 300 | | Irvine | CA | 92606-5196 |
| Ronald Lee Rodgers and | 4K Improvements | 1104 Kimberly Dr | | Mount Vernon | MO | 65712-1604 |
| Ronald W. Stonewell Jr. | | 151 Heather Dale Cir | | Henrietta | NY | 14467-9504 |
| Scholl, Donald | | 503 Luther Rd | | Glen Burnie | MD | 21061-4615 |
| Scott Hamilton Att at Law | | 157 N Meridian Rd Ste 105 | | Kalispell | MT | 59901-3828 |
| Shawn A Bozarth Att at Law | | 692 Eastside Dr | | Landisville | PA | 17538-1515 |
| Stephen Nowak Cynthia Nowak | Cynthia Bock Nowak | 502 Waltham Ln | | Perkasie | PA | 18944-1888 |
| Steve K Estell And | Yuniar Estell | 5100 Quail Run Rd Apt 938 | | Riverside | CA | 92507-6094 |
| Stone, John A & Stone, Brenda | | 13919 Gilmore St | | Van Nuys | CA | 91401-1516 |
| Stonebrooke Condo Assoc | | 2600 W Big Beaver Rd Ste 300 | | Troy | MI | 48084-3312 |
| Sunlida E Casilla Att At Law | | 1470 NW 107th Ave Ste A | | Doral | FL | 33172-2734 |
| Sunrise Valley Estates Association | | 6625 E Valley View Blvd Ste 308 | | Las Vegas | NV | 89118-4557 |
| Susan A.M. Ellstrom | | 2501 E Sherman Ave Apt 148 | | Coeur D Alene | ID | 83814-5839 |
| Taiwo A Agbahe Att At Law | | 2136 Frederick Ave | | Baltimore | MD | 21223-2206 |
| Tate, Steven G | | 212 Cooper St | | Statesville | NC | 28677-5856 |
| Texas Appraisal Associates | | 5613 Adams Ave Ste 200 | | Austin | TX | 78756-1106 |
| The Bluffs Hoa | | 8595 S Eastern Ave | | Las Vegas | NV | 89123-2823 |
| The Maxine Escobar Revocable Living Trust | c/o Estate Of Maxine W Escobar | 22350 William Tell Trl | | Tehachapi | CA | 93561-7710 |
| The Stonehill Group Inc | | 1117 Perimeter Ctr W Ste E212 | | Atlanta | GA | 30338-5417 |
| Thomas J Levy Ins Agcy | | 500 Abbott Dr Ste D2 | | Broomall | PA | 19008-4301 |
| Timothy and Rena Gibelyou | | 9 W Main St No A | | Milan | MI | 48160-1213 |
| Timothy J Stock Att at Law | | 2650 Crystal Ct | | W Sacramento | CA | 95691-4501 |

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| Tri State Construction | | 855 Hanover St No 104 | | Manchester | NH | 03104 5419 |
| Upper Paxton Township Dauphn | | 1 Tisher St | | Halifax | PA | 17032-8845 |
| Velasco and Associates PLC | | 300 S Harbor Blvd Ste 520 | | Anaheim | CA | 92805-3717 |
| Ventana Vista Condominium Assoc | | PO Box 35176 | | Tucson | AZ | 85740-5176 |
| W Thurston Harville Att at Law | | 176 Mountain View Ln | | Afton | VA | 22920-2844 |
| Waldman Grossfeld Et Al | | 8621 Philadelphia Rd | | Rosedale | MD | 21237-3049 |
| Warren Area S D Pittsfield Twp | Attn Reta Doty | Box 595 Spetz Hill Rd | | Spring Creek | PA | 16436 |
| Weeks and Skala | | 110 N 5th Ave No 200 | | Yakima | WA | 98902-2642 |
| West Perry SD Madison TWP | Attn West Perry School District | 2606 Shermans Valley Rd | | Elliotsburg | PA | 17024 |
| West Perry SD Madison TWP | Attn West Perry School District | 2606 Shermans Valley Rd | | Elliotsburg | PA | 17024 |
| Wheeler Township Tax Collector | | 8510 E Monroe Rd | | Wheeler | MI | 48662-8703 |
| Wheelock, David E Wheelock, Karen E | | 3137 Maumelle Dr | | Plano | TX | 75023-1317 |
| Whispering Ridge Homes Association | | PMB 316 | 790 SW US Highway 40 | Blue Springs | MO | 64015-4602 |
| William C Sneed Jr Att At Law | | 1716 Round Mountain Cir | | Sparks | NV | 89434-8012 |
| Winona CO Abstract Corp | | 535 Junction St | | Winona | MN | 55987-2472 |
| Withers, Carmel & Withers, Michael | | 3210 Highland Dr | | Carlsbad | CA | 92008-1918 |
| Wright Town | | PO Box 130 | | Gallupville | NY | 12073-0130 |
| Zachary and Gretchen | | PSC 41 Box 5836 | | Apo | AE | 09464-0059 |

**EXHIBIT B**

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:    (212) 468-8000
Facsimile:    (212) 468-7900
Gary S. Lee
Lorenzo Marinuzzi

*Counsel for the Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| ------------------------------------------- ) | | |
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| ------------------------------------------- ) | | |

<u>**NOTICE OF DEADLINES FOR FILING PROOFS OF CLAIM**</u>

TO ALL PERSONS AND ENTITIES WITH CLAIMS AGAINST RESIDENTIAL CAPITAL, LLC OR ITS AFFILIATED ENTITIES THAT
ARE ALSO DEBTORS AND DEBTORS IN POSSESSION:

On August 29, 2012, the United States Bankruptcy Court for the Southern District of New York (the "U.S. Bankruptcy Court") entered an order (the "Bar Date Order") establishing **November 9, 2012 at 5:00 p.m. (Prevailing Eastern Time)** (the "General Bar Date") as the last date and time for each person or entity (including individuals, partnerships, corporations, joint ventures, corporations, estates, trusts, and governmental units) to file a proof of claim against Residential Capital, LLC its affiliates that are also debtors and debtors in possession in those proceedings (collectively, the "Debtors"). Solely as to governmental units the Bar Date Order established **November 30, 2012 at 5:00 p.m. (Prevailing Eastern Time)** as the last date and time for each such governmental unit to file a proof of claim against the Debtors (the "Governmental Bar Date," and, together with the General Bar Date, the "Bar Dates").

The Bar Dates and the procedures set forth below for filing proofs of claim apply to all claims against the Debtors that arose before May 14, 2012, the date on which the Debtors commenced cases under Chapter 11 of the United States Bankruptcy Code (the "Petition Date"), except for those holders of the claims listed in section 4 below that are specifically excluded from the General Bar Date filing requirement.

1.    **WHO MUST FILE A PROOF OF CLAIM**

You **MUST** file a proof of claim to vote on a Chapter 11 plan filed by the Debtors or to share in distributions from the Debtors' bankruptcy estates if you have a claim that arose before the filing of the Debtors' Chapter 11 petitions on the Petition Date and it is not one of the types of claims described in section 4 below.  Claims based on acts or omissions of the Debtors that occurred before the Petition Date must be filed on or before the applicable Bar Date, even if such claims are not now fixed, liquidated or certain or did not mature or become fixed, liquidated or certain before the Petition Date.

Under section 101(5) of the Bankruptcy Code and as used in this Notice, the word "claim" means: (a) a right to payment, whether or not such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured, or unsecured; or (b) a right to an equitable remedy for breach of performance if such breach gives rise to a right to payment, whether or not such right to an equitable remedy is reduced to judgment, fixed, contingent, matured, unmatured, disputed, undisputed, secured or unsecured.

2.    **WHAT TO FILE**

Each filed proof of claim must conform substantially to the Proof of Claim Form (as defined in the Bar Date Order).  Copies of the Proof of Claim Form may be obtained at http://www.kccllc.net/rescap.  Each proof of claim must be **signed** by the claimant or by an authorized agent of the claimant. Each proof of claim must be written in English and be denominated in United States currency.  You should attach to each completed proof of claim any documents on which the claim is based (if voluminous, attach a summary) or an explanation as to why the documents are not available.

Any holder of a claim against more than one Debtor must file a separate proof of claim with respect to each such Debtor and all holders of claims must identify on their proof of claim the specific Debtor against which their claim is asserted.  A list of the names of the Debtors and their respective case numbers is attached to the Proof of Claim Form.

Under the Bar Date Order, the filing of a Proof of Claim Form shall be deemed to satisfy the procedural requirements for the assertion of administrative priority claims under section 503(b)(9) of the Bankruptcy Code.

3.    **WHEN AND WHERE TO FILE**

Except as provided for herein, all proofs of claim must be filed so as to be actually received **on or before November 9, 2012 at 5:00 p.m. (Prevailing Eastern Time), or solely as to governmental units on or before November 30, 2012 at 5:00 p.m. (Prevailing Eastern Time),** at:

(i) If by mail or overnight courier:

ResCap Claims Processing Center c/o KCC
2335 Alaska Ave
El Segundo, CA 90245

(ii) if by hand delivery:

United States Bankruptcy Court for the Southern District of New York
One Bowling Green, Room 534
New York, New York 10004

or

ResCap Claims Processing Center c/o KCC
2335 Alaska Ave
El Segundo, CA 90245

Proofs of claim will be deemed timely filed only if **actually received** at the ResCap Claims Processing Center or hand delivered to the U.S. Bankruptcy Court on or before 5:00 p.m. (Prevailing Eastern Time) on the applicable Bar Date.  Proofs of claim **may not** be delivered by facsimile, or electronic mail.

4.    **WHO NEED NOT FILE A PROOF OF CLAIM**

You do not need to file a proof of claim on or before the General Bar Date if you are:

(a)    Any person or entity that has **already** properly filed a proof of claim against the applicable Debtor or Debtors with the Clerk of the Bankruptcy Court for the Southern District of New York in a form substantially similar to the Proof of Claim Form;

(b)    Any person or entity whose claim is listed on the Debtors' schedules of assets and liabilities and/or schedules of executory contracts and unexpired leases (collectively, the "Schedules"), **provided that**: (i) the claim is **not** scheduled as "disputed," "contingent" or "unliquidated"; **and** (ii) the claimant agrees with the amount, nature and priority of the claim as set forth in the Schedules; **and** (iii) the claimant agrees that the claim is an obligation of the specific Debtor against which the claim is listed on the Schedules;

(c)    Any person or entity that holds a claim that has been allowed by an order of the Court entered on or before the applicable Bar Date;

(d)    Any person or entity whose claim has been paid in full by any of the Debtors;

(e)    Any person or entity that holds a claim for which specific deadlines have been fixed by an order of the Court entered on or before the applicable Bar Date;

(f)    Any person or entity that holds a claim allowable under sections 503(b) and 507(a) of the Bankruptcy Code as an expense of administration (other than any claim allowable under section 503(b)(9) of the Bankruptcy Code);

(g)    Any Debtor having a claim against another Debtor or any of the non-debtor subsidiaries of Residential Capital, LLC having a claim against any of the Debtors;

(h)    Any person or entity that holds an interest in any of the Debtors, which interest is based exclusively upon the ownership of common stock, membership interests, partnership interests, or warrants or rights to purchase, sell or subscribe to such a security or interest; provided, however, that interest holders that wish to assert claims (as opposed to ownership interests) against any of the Debtors that arise out of or relate to the ownership or purchase of an interest, including claims arising out of or relating to the sale, issuance, or distribution of the interest, must file Proofs of Claim on or before the applicable Bar Date, unless another exception identified herein applies;

(i)    Any person or entity whose claim is limited exclusively to the repayment of principal, interest, and/or other applicable fees and charges (a "Debt Claim") on or under any bond or note issued or guaranteed by the Debtors pursuant to an indenture (the "Debt Instruments"); **provided, however**, that (i) the foregoing exclusion in this subparagraph shall not apply to the Indenture Trustee under the applicable Debt Instruments (an "Indenture Trustee"), (ii) the Indenture Trustee shall be required to file one Proof of Claim, on or before the General Bar Date, with respect to all of the Debt Claims on or under each of the applicable Debt Instruments, and (iii) any holder of a Debt Claim wishing to assert a claim, other than a Debt Claim, arising out of or relating to a Debt Instrument shall be required to file a Proof of Claim on or before the Bar Date, unless another exception in this paragraph applies;

(j)    Any person or entity holding a claim for principal, interest and other fees and expenses under the Debtors' secured financing facilities (the "Financing Facilities")[1] to the extent of, and only for such claims relating to the Financing Facilities; or

(k)    Any person or entity that holds a claim against a securitization trust (each a "Trust") that is based exclusively upon the ownership of a note, bond and/or certificate backed by mortgage loans held by the Trust; provided, however, that

---

[1] "Financing Facilities" as used herein shall mean the Debtors' financing facilities that are exempt from filing a Proof of Claim Form as previously ordered by the Court [Docket Nos. 471, 490 and 491].

holders of such notes, bonds and/or certificates that wish to assert claims against the Debtors (as opposed to claims against the applicable Trust) must file Proofs of Claim on or before the applicable Bar Date, unless another exception identified herein applies.

This Notice is being sent to many persons and entities that have had some relationship with or have done business with the Debtors but may not have an unpaid claim against the Debtors. Receipt of this Notice does not mean that you have a claim or that the Debtors or the Court believe that you have a claim against the Debtors.

5.      **EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

If you have a claim arising out of the rejection of an executory contract or unexpired lease, you must file a proof of claim by the later of (a) the applicable Bar Date and (b) thirty (30) days after the date of entry of an order of rejection (unless the order of rejection provides otherwise).

6.      **CONSEQUENCES OF FAILURE TO FILE A PROOF OF CLAIM BY THE BAR DATE**

**ANY HOLDER OF A CLAIM THAT IS NOT EXCEPTED FROM THE REQUIREMENTS OF THE BAR DATE ORDER, AS DESCRIBED IN SECTION 4 ABOVE, AND THAT FAILS TO TIMELY FILE A PROOF OF CLAIM IN THE APPROPRIATE FORM WILL BE FOREVER BARRED, ESTOPPED AND ENJOINED FROM ASSERTING SUCH CLAIM AGAINST THE DEBTORS, THEIR SUCCESSORS, THEIR CHAPTER 11 ESTATES AND THEIR RESPECTIVE PROPERTY OR FILING A PROOF OF CLAIM WITH RESPECT TO SUCH CLAIM, FROM VOTING ON ANY PLAN OF REORGANIZATION FILED IN THESE CASES AND FROM PARTICIPATING IN ANY DISTRIBUTION IN THE DEBTORS' CASES ON ACCOUNT OF SUCH CLAIM OR RECEIVING FURTHER NOTICES REGARDING SUCH CLAIM.**

7.      **THE DEBTORS' SCHEDULES AND ACCESS THERETO**

You may be listed as the holder of a claim against one or more of the Debtors in the Debtors' Schedules. If you rely on the Debtors' Schedules, it is your responsibility to determine that your claim is accurately listed on the Schedules. If you agree with the nature, amount and status of your claim as listed on the Debtors' Schedules, and if you do not dispute that your claim is against only the specified Debtor, and if your claim is not described as "disputed," "contingent," or "unliquidated," you need not file a proof of claim. Otherwise, or if you decide to file a proof of claim, you must do so before the applicable Bar Date in accordance with the procedures set forth in this Notice.

Copies of the Debtors' Schedules are available for inspection on the Court's internet website at www.nysb.uscourts.gov and on the independent website maintained by the Debtors, http://www.kccllc.net/rescap. A login and password to the Court's Public Access to Electronic

Court Records ("PACER") are required to access www.nysb.uscourts.gov and can be obtained through the PACER Service Center at www.pacer.psc.uscourts.gov. Copies of the Schedules may also be examined between the hours of 9:00 a.m. and 4:30 p.m. (Prevailing Eastern Time), Monday through Friday, at the Office of the Clerk of the Bankruptcy Court, One Bowling Green, Room 511, New York, New York 10004-1408.

Copies of the Debtors' Schedules may also be obtained by written request to the Debtors' claims agent at the address set forth below:

**ResCap Claims Processing Center**
**c/o KCC**
**2335 Alaska Ave**
**El Segundo, CA 90245**

## 8.    RESERVATION OF RIGHTS

The Debtors reserve their right to object to any proof of claim, whether filed or scheduled, on any grounds. The Debtors reserve their right to dispute or to assert offsets or defenses to any claim reflected on the Schedules or any amendments thereto, as to amount, liability, classification or otherwise, and to subsequently designate any claim as disputed, contingent, unliquidated or undetermined.

**A holder of a possible claim against the Debtors should consult an attorney regarding matters in connection with this Notice, such as whether the holder should file a Proof of Claim.**

Dated: New York, New York
        August 29, 2012

BY ORDER OF THE COURT

Gary S. Lee
Lorenzo Marinuzzi
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104

*Counsel for the Debtors and*
*Debtors in Possession*

---

**If you have any questions related to this notice, please call (888) 251-2914**

---

ny-1043431