Richard M. Cieri
Ray C. Schrock
Stephen E. Hessler
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

- and -

Jeffrey S. Powell
Daniel T. Donovan
Patrick M. Bryan
KIRKLAND & ELLIS LLP
655 15th Street, N.W., Ste. 1200
Washington, D.C. 20005
Telephone: (202) 879-5000
Facsimile: (202) 879-5200

*Counsel for Ally Financial Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| RESIDENTIAL CAPITAL, LLC, et al., | Case No. 12-12020 (MG) |
| Debtors. | Jointly Administered |

## AFFIDAVIT OF SERVICE

I, Jacob Goldfinger, state as follows:

1. I am over 18 years of age and I believe the statements contained herein are true based on my personal knowledge. I am employed by Kirkland & Ellis LLP, located at 601 Lexington Avenue, New York, NY 10022-4611.

2. On September 18, 2012, I caused service of **Ally Financial Inc.'s Response to the Official Committee of Unsecured Creditors' and Financial Guaranty Insurance**

**Company's Status Conference Reports** to be effected on the parties listed on the attached service list via first class mail.

I declare under penalty of perjury under the laws of the United States of America that the following is true and correct.

Dated: New York, New York
      September 21, 2012

_____
Jacob Goldfinger

State of New York      )
                                  ) ss
County of New York    )

Subscribed and sworn of affirmed to before me this 21st day of September, 2012.

_____

BETH FRIEDMAN LURIE
NOTARY PUBLIC, State of New York
No. 4783035
Qualified in Nassau County
Commission Expires Sept. 30, 2013

2

## Service List

Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112
Attn.: Arthur J. Gonzalez

Citibank N.A.
390 Greenwich Street, 6th Floor
New York, NY 10013
Attn: Bobbie Theivakurnaran

Deutsche Bank Trust Company Americas
25 DeForest Avenue
Summit, NJ 07901
Attn: Kevin Vargas

Fannie Mae
1835 Market St., Suite 2300
Philadelphia, PA 19103
Attn.: Peter McGonigle

Fannie Mae
3900 Wisconsin Avenue NW
Mail Stop 8H-504
Washington DC 20016
Attn: John S. Forlines

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346
Attn.: Centralized Insolvency Operation

Internal Revenue Service
31 Hopkins Plaza, Room 1150
Baltimore, MD 21201
Attn.: Insolvency Section

Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178
Attn: James S. Carr, Eric R. Wilson

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
Attn: Ken Eckstein, Thomas Moers Mayer, Doug Mannal

Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104
Attn: Tammy Hamzehpour

Nationstar Mortgage LLC
350 Highland Drive
Lewisville, TX 75067
Attn: General Counsel

Office of the New York State Attorney General
The Capitol
Albany, NY 12224-0341
Attn: Nancy Lord, Neal Mann

Office of U.S. Attorney - SDNY
One St. Andrews Plaza
New York, NY 10007
Attn: Preet Bharara

Securities and Exchange Commission
New York Regional Office
3 World Financial Center, Suite 400
New York, NY 10281-1022
Attn: George S. Canellos, Regional Director

Securities and Exchange Commission
100 F St. NE
Washington, D.C. 20549
Attn.: Secretary of the Treasury

Sidley Austin LLP
One Dearborn
Chicago, IL 60603
Attn: Larry J. Nyhan, Jessica CK Boelter

Skadden Arps Slate Meagher & Flom LLP
Four Times Square
New York, NY 10036
Attn: Jonathan H. Hofer, Ken Ziman, Sarah M. Ward, Suzanne D.T. Lovett

2

The Bank of New York Mellon
Asset Backed Securities Group
101 Barclay Street 4W
New York, NY 10286

U.S. Bank National Association
50 South 16th Street, Suite 2000
Philadelphia, PA 19102
Attn: George Rayzis

U.S. Bank National Association
60 Livingston Avenue
EP-MN-WS1D
St. Paul, MN 55107
Attn: Irina Palchuk

U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530-0001
Attn: Eric H. Holder, Jr.

U.S. Attorney's Office - SDNY
Civil Division
86 Chambers St., 3rd Floor
New York, NY 10007
Attn: Joseph N. Cordaro

Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004
Attn: Tracy Hope Davis,
Brian Masumoto, Linda Riffkin

Wells Fargo Bank, N.A.
P.O. Box 98
Columbia, MD 21046
Attn: Corporate Trust Services, GMACM
Home Equity Notes 2004 Viable Funding
Trust