MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Gary S. Lee
Lorenzo Marinuzzi

*Counsel for the Debtors and*
*Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**NOTICE OF DEADLINE TO FILE INTERIM APPLICATIONS FOR**
**ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**
**FOR THE PERIOD BETWEEN MAY 14, 2012 AND AUGUST 31, 2012**

**PLEASE TAKE NOTICE** that, in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 797], the deadline for professionals to file interim applications (together, the "Applications") for allowance of compensation and reimbursement of expenses for the period of the later of (i) May 14, 2012, and (ii) the date the relevant professional was retained pursuant to court order, through and including August 31, 2012, is **October 19, 2012.**

**PLEASE TAKE FURTHER NOTICE** that Residential Capital, LLC, and its related debtors, as debtors and debtors in possession, shall file a separate notice providing a hearing date and objection deadline with respect to the Applications at a later date.

1

ny-1056540

Dated: September 24, 2012
       New York, New York

        /s/ Lorenzo Marinuzzi
        Gary S. Lee
        Lorenzo Marinuzzi
        MORRISON & FOERSTER LLP
        1290 Avenue of the Americas
        New York, New York 10104
        Telephone: (212) 468-8000
        Facsimile: (212) 468-7900

        *Counsel for the Debtors and
        Debtors in Possession*