MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:    (212) 468-8000
Facsimile:    (212) 468-7900
Gary S. Lee
Norman S. Rosenbaum
Lorenzo Marinuzzi

*Counsel for the Debtors and*
*Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------------ )
                                                                               )
In re:                                                                         )    Case No. 12-12020 (MG)
                                                                               )
RESIDENTIAL CAPITAL, LLC, et al.,                                              )    Chapter 11
                                                                               )
                                              Debtors.                         )    Jointly Administered
                                                                               )
------------------------------------------------------------------------------ )

**NOTICE OF SUPPLEMENTAL LIST OF ORDINARY**
**COURSE PROFESSIONALS TO BE EMPLOYED BY THE DEBTORS**

**PLEASE TAKE NOTICE** that on July 17, 2012, the Bankruptcy Court entered the *Order Under Bankruptcy Code Sections 105(a), 327 and 330 and Bankruptcy Rule 2014 Authorizing Employment and Payment of Professionals Utilized in Ordinary Course of Business Nunc Pro Tunc to the Petition Date* [Docket No. 799] (the "**OCP Order**").

**PLEASE TAKE FURTHER NOTICE** that consistent with the OCP Order, Residential Capital, LLC and its debtor affiliates (collectively, the "**Debtors**"), reserved the right to supplement the OCP List[1] from time to time as necessary to include OCPs that may have been omitted from the original list.

---

[1] Capitalized terms not otherwise defined herein shall have the meaning set forth in the OCP Order.

ny-1055370

**PLEASE TAKE FURTHER NOTICE** that the Debtors by their attorneys, Morrison & Foerster LLP, hereby file the supplemental list of professionals to be employed in the ordinary course of business (the "**Supplemental List**"), attached hereto as <u>Exhibit 1</u>.

Dated: September 24, 2012  
       New York, New York

Respectfully submitted,

/s/ Gary S. Lee  
Gary S. Lee  
Norman S. Rosenbaum  
Lorenzo Marinuzzi  
MORRISON & FOERSTER LLP  
1290 Avenue of the Americas  
New York, New York 10104  
Telephone: (212) 468-8000  
Facsimile: (212) 468-7900

*Counsel for the Debtors and*  
*Debtors in Possession*

# Exhibit 1

## Supplemental List of Ordinary Course Professionals

| Name and Address of Firm | Name of Professional to Affidavit | Docket No. of Affidavit |
|---|---|---|
| BAST AMRON LLP<br>ONE SOUTHEAST THIRD AVENUE<br>SUITE 1440<br>MIAMI, FLORIDA 33131 | BRETT M. AMRON | 1231 |
| JOHN W. FINK, P.A.<br>801 WEST HIRD STREET<br>P.O. BOX 3585<br>LITTLE ROCK, ARKANSAS 72203 | JOHN W. FINK | 1442 |
| LOGISOLVE LLC<br>600 INWARD AVENUE N<br>SUITE 275<br>ST. PAUL, MINNESOTA 55128 | JOHN SCANLON | 981 |
| MCAFEE & TAFT<br>10TH FLOOR<br>TWO LEADERSHIP SQUARE<br>211 N. ROBINSON<br>OKLAHOMA CITY, OKLAHOMA 73102 | ROSS A. PLOURDE | 1386 |
| RICHARD C. DOWNING, P.A.<br>801 WEST THIRD STREET<br>P.O. BOX 3585<br>LITTLE ROCK, ARKANSAS 72203 | RICHARD C. DOWNING | 1380 |
| SALVATORI, WOOD & BUCKEL, P.L.<br>9132 STRADA PLACE<br>NAPLES, FLORIDA 34108 | STANLEY A. BUNNER | 1122 |