UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re: Residential Capital, LLC, et al.

Case No.: 12-12020

Chapter 11

Debtor
-----------------------------------------------------------x

Adversary Proceeding No.: _____

Plaintiff

v.

Defendant
-----------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Ellen K. Wolf, request admission, ***pro hac vice***, before the Honorable Martin Glenn, to represent International Business Machines C~~orp~~ a creditor in the above-referenced ☑ case ☐ adversary proceeding.

***I certify that I am a member in good standing*** of the bar in the State of California and, if applicable, the bar of the U.S. District Court for the Central District of California.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: 09/24/12

Los Angeles, ~~New York~~
California

/s/ Ellen Wolf
*Mailing Address*:

Wolf Group L.A.

11400 W. Olympic Blvd., Suite 200

Los Angeles, CA 90064

*E-mail address*: ewolf@wolfgroupla.com

*Telephone number*: (310) 622-1000