**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

In re: Residential Capital, LLC, et al.                      Case No.: 12-12020

                                                             Chapter 11

                              Debtor

------------------------------------------------------------x

                                                             Adversary Proceeding No.: _____

                              Plaintiff

                    v.

                              Defendant

------------------------------------------------------------x

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

            Upon the motion of Ellen K. Wolf, to be admitted, ***pro hac vice***, to represent International Business Machines Corp., (the "Client") a creditor in the above referenced ☑ case ☐ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of State of California and, if applicable, the bar of the U.S. District Court for the Central District of California, it is hereby

            **ORDERED**, that Ellen K. Wolf, Esq., is admitted to practice, ***pro hac vice***, in the above referenced ☑ case ☐ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____

_____, New York          /s/ _____

                                             UNITED STATES BANKRUPTCY JUDGE