**EXHIBIT C**

(OPx), DISCOVERY

# UNITED STATES DISTRICT COURT for the CENTRAL DISTRICT OF CALIFORNIA (Western Division - Los Angeles)
# CIVIL DOCKET FOR CASE #: 2:12-cv-01023-GW-OP

Kenneth L Kral v. GMAC Mortgage LLC et al
Assigned to: Judge George H Wu
Referred to: Magistrate Judge Oswald Parada
Demand: $9,999,000
Cause: 28:1332 Diversity-Fraud

Date Filed: 02/07/2012
Jury Demand: Plaintiff
Nature of Suit: 371 Truth in Lending
Jurisdiction: Diversity

**Plaintiff**

**Kenneth L Kral**
*on behalf himself and all others similarly situated*

represented by **Joseph Arthur Roberts**
Law Office of J Arthur Roberts
3345 Newport Boulevard Suie 213
Newport Beach, CA 92663
949-675-9900
Fax: 888-989-9309
Email: josepharthurroberts@msn.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lisa A Stricker**

represented by **Joseph Arthur Roberts**
J Arthur Roberts & Associates
3345 Newport Boulevard Suie 213
Newport Beach, CA 92663
949-675-9900
Fax: 888-989-9309
Email: josepharthurroberts@msn.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**GMAC Mortgage LLC**

represented by **Thomas Justin Cunningham**
Locke Lord LLP
300 South Grand Avenue Suite 2600
Los Angeles, CA 90071
213-485-1500
Fax: 213-485-1200
Email: tcunningham@lockelord.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Regina J McClendon**
Locke Lord LLP

44 Montgomery Street, Suite 2400<br>
San Francisco, CA 94104<br>
415-318-8810<br>
Fax: 415-676-5816<br>
Email: rmcclendon@lockelord.com<br>
*ATTORNEY TO BE NOTICED*

**Defendant**

**Does**
*1 through 10 inclusive*

**Defendant**

**Executive Trustee Services LLC**     represented by  **Regina J McClendon**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/07/2012 | 1 | CLASS ACTION COMPLAINT against Defendants Does 1 through 1 inclusive, GMAC Mortgage LLC. Case assigned to Judge George H Wu for all further proceedings. Discovery referred to Magistrate Judge Oswald Parada. (Filing fee $ 350 PAID.) Jury Demanded., filed by Plaintiff Kenneth L Kral. (et) (Additional attachment(s) added on 2/9/2012: # 1 Exhibit A, # 2 Exhibits B-C, # 3 Summons, CV-18 and Civil Cover Sheet) (jp). (Entered: 02/09/2012) |
| 02/07/2012 | | 21 DAY Summons Issued re Complaint - (Discovery) 1 as to Defendant GMAC Mortgage LLC. (et) (Entered: 02/09/2012) |
| 02/07/2012 | 2 | CERTIFICATION AND NOTICE of Interested Parties filed by Plaintiff Kenneth L Kral. (et) (jp). (Entered: 02/09/2012) |
| 02/10/2012 | 3 | STANDING ORDER Re Final Pre-Trial Conferences for Civil Jury Trials BeforeJudge George H. Wu. You are instructed to read and to follow (unless otherwise superseded herein) the Central District of California Local Rules (henceforth "Local Rules") 16-1 through 16-15 regarding pre-trial requirements. SEE ATTACHED ORDER FOR DETAILS. (rs) (Entered: 02/10/2012) |
| 02/17/2012 | 4 | ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 08-05 (Related Case) filed. Transfer of case declined by Judge James V. Selna, for the reasons set forth on this order. Related Case No. SACV 10-00790 JVS (MLGx) (rn) (Entered: 02/17/2012) |
| 02/21/2012 | 5 | STIPULATION Extending Time to Answer the complaint as to GMAC Mortgage LLC answer now due 4/9/2012, re Complaint - (Discovery), Complaint - (Discovery) 1 filed by Defendant GMAC Mortgage LLC. (Attachments: # 1 Signature Page)(McClendon, Regina) (Entered: 02/21/2012) |
| 02/21/2012 | 6 | Certificate of Interested Parties filed by Defendant GMAC Mortgage LLC, identifying GMAC Residential Holding Company, LLC; Residential Capital, LLC; GMAC Mortgage Group LLC; Ally Financial Inc.; U.S. Department of |

|  |  | Treasury; Cerberus Capital Management, L.P.; GMAC Common Equity Trust I. (McClendon, Regina) (Entered: 02/21/2012) |
|---|---|---|
| 02/22/2012 | 7 | OF SERVICE filed by plaintiff Kenneth L Kral, re Complaint - (Discovery), Complaint - (Discovery) 1, Summons Issued, Certificate/Notice of Interested Parties 2 served on 2-16-2012. (Roberts, Joseph) (Entered: 02/22/2012) |
| 04/05/2012 | 8 | NOTICE OF MOTION AND MOTION to Dismiss Plaintiff's Complaint *for Failure to State a Claim* filed by defendant GMAC Mortgage LLC. Motion set for hearing on 5/24/2012 at 08:30 AM before Judge George H Wu. (Attachments: # 1 Memorandum, # 2 RJN, # 3 Exhibit A to RJN, # 4 Exhibit B to RJN, # 5 Proposed Order)(McClendon, Regina) (Entered: 04/05/2012) |
| 04/25/2012 | 9 | FIRST AMENDED COMPLAINT against Defendants Does, GMAC Mortgage LLC, Executive Trustee Services LLC amending 1, filed by Plaintiffs Kenneth L Kral, Lisa A Stricker (pj) (pj). (Additional attachment(s) added on 5/7/2012: # 1 21 Day Summons Issued) (pj). (Entered: 04/26/2012) |
| 04/25/2012 |  | 21 day DAY Summons Issued re First Amended Complaint 9 as to Defendants Executive Trustee Services LLC, GMAC Mortgage LLC. (pj) (Entered: 04/26/2012) |
| 04/27/2012 | 10 | NOTICE of Appearance filed by attorney Thomas Justin Cunningham on behalf of Defendant GMAC Mortgage LLC (Cunningham, Thomas) (Entered: 04/27/2012) |
| 05/03/2012 | 11 | STIPULATION for Extension of Time to File Response as to Amended Complaint 9 filed by Defendants Executive Trustee Services LLC, GMAC Mortgage LLC. (Attachments: # 1 Proposed Order Extending Time to Respond to First Amended Complaint By Not More Than 30 Days)(McClendon, Regina) (Entered: 05/03/2012) |
| 05/07/2012 | 12 | *Executive Trustee Services, LLC's* Certificate of Interested Parties filed by Defendant Executive Trustee Services LLC, (McClendon, Regina) (Entered: 05/07/2012) |
| 05/08/2012 | 13 | ORDER re Stipulation for Extension of Time to File Response/Reply 11 by Judge George H Wu. GMACM and ETS shall answer or otherwise respond to Plaintiffs First Amended Complaint on or before June 11, 2012. (kti) (Entered: 05/09/2012) |
| 05/09/2012 | 14 | MINUTE ORDER IN CHAMBERS by Judge George H Wu: On April 25, 2012, Plaintiffs filed a First Amended Complaint. In light of that filing, the Operative Complaint is no longer the original complaint. As such, the Court VACATES Defendant's Motion to Dismiss Plaintiff's Complaint for Failure to State a Claim, filed on April 5, 2012, and set for May 24, 2012. (jre) (Entered: 05/09/2012) |
| 05/17/2012 | 15 | NOTICE OF FILING BANKRUPTCY filed by Defendants Executive Trustee Services LLC, GMAC Mortgage LLC. as to GMAC Mortgage, LLC and Executive Trustee Services, LLC, Bankruptcy Court case number 12-12020. (McClendon, Regina) (Entered: 05/17/2012) |
| 05/30/2012 | 16 | Proof OF SERVICE filed by plaintiff Kenneth L Kral, re Summons Issued, |

| | | Amended Complaint, 9 served on 5-16-2012. (Roberts, Joseph) (Entered: 05/30/2012) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 09/20/2012 16:11:19 | | | |
| PACER Login: | jr0101 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 2:12-cv-01023-GW-OP End date: 9/20/2012 |
| Billable Pages: | 3 | Cost: | 0.30 |