**EXHIBIT D**

(FFMx), CLOSED, DISCOVERY, MANADR

# UNITED STATES DISTRICT COURT for the CENTRAL DISTRICT OF CALIFORNIA (Western Division - Los Angeles)
## CIVIL DOCKET FOR CASE #: 2:12-cv-01025-GW-FFM

Mark Allan Hestrin v. American Home Mortgage Servicing Inc et al
Assigned to: Judge George H Wu
Referred to: Magistrate Judge Frederick F. Mumm
Demand: $9,999,000
Cause: 28:1332 Diversity-Fraud

Date Filed: 02/07/2012
Date Terminated: 09/10/2012
Jury Demand: Plaintiff
Nature of Suit: 370 Fraud or Truth-In-Lending
Jurisdiction: Diversity

### Plaintiff

**Mark Allan Hestrin**
*on behalf of himself and all others similarly situated*

represented by **Joseph Arthur Roberts**
Law Office of J Arthur Roberts
3345 Newport Boulevard Suie 213
Newport Beach, CA 92663
949-675-9900
Fax: 888-989-9309
Email: josepharthurroberts@msn.com
*ATTORNEY TO BE NOTICED*

V.

### Defendant

**American Home Mortgage Servicing Inc**

represented by **Richard Joseph Grabowski**
Jones Day
3161 Michelson Drive Suite 800
Irvine, CA 92612
949-851-3939
Fax: 949-553-7539
Email: rgrabowski@jonesday.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cyrus Asad Ameri**
Jones Day
3161 Michelson Drive Suite 800
Irvine, CA 92612
949-553-7569
Fax: 949-553-7539
Email: caameri@jonesday.com
*ATTORNEY TO BE NOTICED*

### Defendant

**Deutsche Bank National Trust**

represented by **Elizabeth Allen Frohlich**

**Company**
*as Trustee for American Home Mortgage Assets Trust 2007-4, Mortgage-Backed Pass-Through Certificates Series 2007-4*

Morgan Lewis and Bockius
Spear Street Tower
One Market
San Francisco, CA 94105-1126
415-442-1000
Fax: 415-442-1001
Email: efrohlich@morganlewis.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Does**
*1 through 10 inclusive*

**Defendant**

**Docx LLC**                               represented by  **Jeffrey Stephen Kravitz**
Fox Rothschild LLP
1800 Century Park East Suite 300
Los Angeles, CA 90067-3005
310-598-4150
Fax: 310-556-9828
Email: jskravitz@foxrothschild.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Aaron B Craig**
Fox Rothschild LLP
1800 Century Park East Suite 300
Los Angeles, CA 90064-1506
310-598-4150
Fax: 310-556-9828
Email: acraig@foxrothschild.com
*ATTORNEY TO BE NOTICED*

**Fred Owen Goldberg**
Berger Singerman LLP
1450 Brickell Avenue Suite 1900
Maimi, FL 33131
305-755-9500
Fax: 305-714-4381
Email: fgoldberg@bergersingerman.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mitchell W Berger**
Berger Singerman LLP
350 Las Olas Boulevard Suite 1000
Ft Lauderdale, FL 33301
954-525-9900
Fax: 954-523-2872

Email: mberger@bergersingerman.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ismael Bautista , Jr**
Fox Rothschild LLP
1800 Century Park East Suite 300
Los Angeles, CA 90067
310-598-4150
Fax: 310-556-9828
Email: ibautista@foxrothschild.com
*ATTORNEY TO BE NOTICED*

**Defendant**
**TD Service Company of Arizona Inc**    represented by    **Lawrence J Dreyfuss**
The Dreyfuss Firm
7700 Irvine Center Drive
Suite 710
Irvine, CA 92618-3043
949-727-0977
Fax: 949-450-0668
Email: larry@dreyfusslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**
**Power Default Services Inc**    represented by    **Cyrus Asad Ameri**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**
**Lender Processing Services Inc**    represented by    **Jeffrey Stephen Kravitz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Aaron B Craig**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Fred Owen Goldberg**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mitchell W Berger**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ismael Bautista , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/07/2012 | 1 | CLASS ACTION COMPLAINT against Defendants American Home Mortgage Servicing Inc, Deutsche Bank National Trust Company, Does 1 through 10 inclusive. Case assigned to Judge George H Wu for all further proceedings. Discovery referred to Magistrate Judge Ralph Zarefsky. (Filing fee $ 350 PAID.) Jury Demanded., filed by Plaintiff Mark Allan Hestrin. (et) (Additional attachment(s) added on 2/9/2012: # 1 Exhibit A, # 2 Exhibit A-2, # 3 21 Days Summons Issued, # 4 CV-18, # 5 Civil Cover Sheet) (jp). (Entered: 02/09/2012) |
| 02/07/2012 |   | 21 DAY Summons Issued re Complaint - (Discovery) 1 as to Defendants American Home Mortgage Servicing Inc, Deutsche Bank National Trust Company. (et) (Entered: 02/09/2012) |
| 02/07/2012 | 2 | CERTIFICATION AND NOTICE of Interested Parties filed by Plaintiff Mark Allan Hestrin. (et) (jp). (Entered: 02/09/2012) |
| 02/07/2012 | 3 | NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM filed. (et) (Entered: 02/09/2012) |
| 02/10/2012 | 4 | STANDING ORDER Re Final Pre-Trial Conferences for Civil Jury Trials BeforeJudge George H. Wu. You are instructed to read and to follow (unless otherwise superseded herein) the Central District of California Local Rules (henceforth "Local Rules") 16-1 through 16-15 regarding pre-trial requirements. SEE ATTACHED ORDER FOR DETAILS. (rs) (Entered: 02/10/2012) |
| 02/17/2012 | 5 | ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 08-05 (Related Case) filed. Transfer of case declined by Judge James V. Selna, for the reasons set forth on this order. Related Case No. SACV 10-00790 JVS (MLGx) (rn) (Entered: 02/17/2012) |
| 02/22/2012 | 6 | OF SERVICE filed by plaintiff Mark Allan Hestrin, re Complaint - (Discovery), Complaint - (Discovery), Complaint - (Discovery) 1 , Certificate/Notice of Interested Parties 2 , Summons Issued, Notice to Parties of Court-Directed ADR Program (ADR-8) 3 served on 2-10-2012. (Roberts, Joseph) (Entered: 02/22/2012) |
| 02/22/2012 | 7 | OF SERVICE filed by plaintiff Mark Allan Hestrin, re Complaint - (Discovery), Complaint - (Discovery), Complaint - (Discovery) 1 , Certificate/Notice of Interested Parties 2 , Summons Issued, Notice to Parties of Court-Directed ADR Program (ADR-8) 3 served on 2-16-2012. (Roberts, Joseph) (Entered: 02/22/2012) |
| 02/29/2012 | 8 | STIPULATION Extending Time to Answer the complaint as to Deutsche Bank National Trust Company answer now due 4/2/2012, re Complaint - (Discovery), Complaint - (Discovery), Complaint - (Discovery) 1 filed by |

CM/ECF - California Central District
https://ecf.cacd.uscourts.gov/cgi-bin/DktRpt.pl?123263975425474-L_452_0-1
Page 5 of 12
9/20/2012

12-12020-mg Doc 1536-4 Filed 09/24/12 Entered 09/24/12 16:28:11 Exhibit D
Pg 6 of 13

| | | |
|---|---|---|
| | | Defendant Deutsche Bank National Trust Company.(Frohlich, Elizabeth) (Entered: 02/29/2012) |
| 02/29/2012 | 9 | *Certification* of Interested Parties filed by Defendant Deutsche Bank National Trust Company, identifying Deutsche Bank Holdings, Inc.; Deutsche Bank Trust Corporation; Taunus Corporation; Deutsche Bank AG. (Frohlich, Elizabeth) (Entered: 02/29/2012) |
| 03/07/2012 | 10 | STIPULATION Extending Time to Answer the complaint as to American Home Mortgage Servicing Inc answer now due 4/9/2012, filed by defendant American Home Mortgage Servicing Inc.(Ameri, Cyrus) (Entered: 03/07/2012) |
| 03/07/2012 | 11 | CERTIFICATE of Interested Parties filed by Defendant American Home Mortgage Servicing Inc, identifying WL Ross & Co. LLC, Invesco Private Capital, Inc., and Invesco LTD. (Ameri, Cyrus) (Entered: 03/07/2012) |
| 03/08/2012 | 12 | NOTICE of Change of Attorney Information for attorney Richard Joseph Grabowski counsel for Defendant American Home Mortgage Servicing Inc. Adding Richard Joseph Grabowski as attorney as counsel of record for American Home Mortgage Servicing, Inc. for the reason indicated in the G-06 Notice. Filed by defendant American Home Mortgage Servicing, Inc. (Grabowski, Richard) (Entered: 03/08/2012) |
| 03/12/2012 | 13 | NOTICE filed by plaintiff Mark Allan Hestrin. *of Pendency of Action* (Roberts, Joseph) (Entered: 03/12/2012) |
| 03/14/2012 | 14 | STIPULATION for Extension of Time to File Answer to April 9, 2012 filed by Defendant Deutsche Bank National Trust Company. (Attachments: # 1 Proposed Order)(Frohlich, Elizabeth) (Entered: 03/14/2012) |
| 03/19/2012 | 15 | ORDER granting Stipulation to Extend Time to Answer 14 by Judge George H Wu. Defendant DBNTC, as Trustees response to the initial Complaint in the above-captioned matter shall now be filed on or before April 9, 2012. IT IS SO ORDERED. (kti) (Entered: 03/19/2012) |
| 04/09/2012 | 16 | NOTICE OF MOTION AND MOTION to Dismiss Complaint *Defendant Deutsche Bank National Trust Company, as Trustee for American Home Mortgage Assets Trust 2007-4, Mortgage-Backed Pass-Through Certificates, Series 2007-4's Notice of Motion and Motion to Dismiss the Complaint and Memorandum of Points and Authorities in Support Thereof* filed by Defendant Deutsche Bank National Trust Company. Motion set for hearing on 5/7/2012 at 08:30 AM before Judge George H Wu. (Attachments: # 1 Proposed Order) (Frohlich, Elizabeth) (Entered: 04/09/2012) |
| 04/09/2012 | 17 | REQUEST FOR JUDICIAL NOTICE re MOTION to Dismiss Complaint *Defendant Deutsche Bank National Trust Company, as Trustee for American Home Mortgage Assets Trust 2007-4, Mortgage-Backed Pass-Through Certificates, Series 2007-4's Notice of Motion and Motion to Dismiss the Compla* 16 *Defendant Deutsche Bank National Trust Company, as Trustee for American Home Mortgage Assets Trust 2007-4, Mortgage-Backed Pass-Through Certificates, Series 2007-4's Request for Judicial Notice in Support of its Motion to Dismiss the Complaint* filed by Defendant Deutsche Bank |

| | | |
|---|---|---|
| | | *National Trust Company. (Frohlich, Elizabeth) (Entered: 04/09/2012)* |
| 04/09/2012 | 18 | NOTICE OF MOTION AND MOTION to Dismiss Case *Pursuant to Fed.R.Civ.P. 12(B)(6), Memorandum of Points and Authorities in Support Thereof* filed by Defendant American Home Mortgage Servicing Inc. Motion set for hearing on 5/7/2012 at 08:30 AM before Judge George H Wu. (Attachments: # 1 Proposed Order)(Grabowski, Richard) (Entered: 04/09/2012) |
| 04/09/2012 | 19 | NOTICE OF MOTION AND MOTION to Strike Plaintiff's Complaint for Anti-SLAPP Violations, Memorandum of Points and Authorities in Support Thereof filed by Defendant American Home Mortgage Servicing Inc. Motion set for hearing on 5/7/2012 at 08:30 AM before Judge George H Wu. (Attachments: # 1 Proposed Order)(Grabowski, Richard) (Entered: 04/09/2012) |
| 04/23/2012 | 20 | REPLY in support of MOTION to Dismiss Complaint *Defendant Deutsche Bank National Trust Company, as Trustee for American Home Mortgage Assets Trust 2007-4, Mortgage-Backed Pass-Through Certificates, Series 2007-4's Notice of Motion and Motion to Dismiss the Compla* 16 *filed by Defendant Deutsche Bank National Trust Company. (Frohlich, Elizabeth) (Entered: 04/23/2012)* |
| 04/23/2012 | 21 | REPLY in support MOTION to Dismiss Case *Pursuant to Fed.R.Civ.P. 12(B) (6), Memorandum of Points and Authorities in Support Thereof* MOTION to Dismiss Case *Pursuant to Fed.R.Civ.P. 12(B)(6), Memorandum of Points and Authorities in Support Thereof* 18 , MOTION to Strike Plaintiff's Complaint for Anti-SLAPP Violations, Memorandum of Points and Authorities in Support Thereof 19 filed by Defendant American Home Mortgage Servicing Inc. (Ameri, Cyrus) (Entered: 04/23/2012) |
| 04/27/2012 | 22 | FIRST AMENDED COMPLAINT 1 ; Demand for Jury Trial against Defendants American Home Mortgage Servicing Inc, Deutsche Bank National Trust Company, Docx LLC, TD Service Company of Arizona Inc, Power Default Services Inc, Does filed by Plaintiff Mark Allan Hestrin. (lom) (Additional attachment(s) added on 5/3/2012: # 1 Exhibit, # 2 Summons Issued) (pj). (Main Document 22 replaced on 5/4/2012) (pj). (Entered: 04/30/2012) |
| 04/27/2012 | | 21 DAY Summons Issued re Amended Complaint, 22 as to Defendants American Home Mortgage Servicing Inc, Deutsche Bank National Trust Company, Docx LLC, Power Default Services Inc, TD Service Company of Arizona Inc. (lom) (Entered: 04/30/2012) |
| 05/03/2012 | 23 | MINUTES (IN CHAMBERS): ORDER by Judge George H Wu: On April 27, 2012, Plaintiff Mark Allan Hestrin filed a First Amended Complaint. In light of that filing, the Operative Complaint is no longer the original complaint. As such, the Court VACATES 16 Motion to Dismiss 18 , Motion to Dismiss Case and 19 Motion to Strike Amended Complaint 22 . (jag) (Entered: 05/03/2012) |
| 05/07/2012 | 25 | NOTICE OF DEFICIENCY WRIT OF EXECUTION. The document is being returned to you for correction of: Judgment is against Adnan Harmoush and Rima Ghazal. Indicate Rima Ghazal and re-submit. Please return this form |

| | | |
|---|---|---|
| | | with the corrected document when returned to the clerk's office for filing. (Attachments: # 1 rejected abstract of Judgment NFPV) (pj) (Entered: 05/09/2012) |
| 05/08/2012 | 24 | STIPULATION Extending Time to Answer the complaint as to American Home Mortgage Servicing Inc answer now due 6/20/2012; Deutsche Bank National Trust Company answer now due 6/20/2012, re Amended Complaint, 22 filed by defendant American Home Mortgage Servicing Inc. (Attachments: # 1 Proposed Order)(Ameri, Cyrus) (Entered: 05/08/2012) |
| 05/09/2012 | 26 | ORDER TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT 24 by Judge George H Wu: the responses from Defendants American Home Mortgage Servicing, Inc. and Deutsche Bank National Trust Company, as Trustee for American Home Mortgage Assets Trust 2007-4, Mortgage-Backed Pass-Through Certificates, Series 2007-4, to Plaintiff Mark Allan Hestrins First Amended Complaint in the above-captioned matter shall now be filed on or before June 20, 2012. (jre) (Entered: 05/10/2012) |
| 05/29/2012 | 27 | STIPULATION Extending Time to Answer the complaint as to Power Default Services Inc answer now due 6/25/2012; American Home Mortgage Servicing Inc answer now due 6/25/2012; Deutsche Bank National Trust Company answer now due 6/25/2012, re Amended Complaint, 22 filed by defendants Power Default Services Inc; American Home Mortgage Servicing Inc. (Attachments: # 1 Proposed Order)(Ameri, Cyrus) (Entered: 05/29/2012) |
| 05/30/2012 | 28 | Proof of Service OF SERVICE filed by plaintiff Mark Allan Hestrin, re Summons Issued, Amended Complaint, 22 served on 5/16/2012. (Roberts, Joseph) (Entered: 05/30/2012) |
| 05/30/2012 | 29 | *Proof of service* NOTICE AND ACKNOWLEDGMENT OF SERVICE of Summons and Complaint returned Executed filed by Plaintiff Mark Allan Hestrin, upon Defendant TD Service Company of Arizona Inc acknowledgment sent by Plaintiff on 5/18/2012, answer due 7/17/2012. (Roberts, Joseph) (Entered: 05/30/2012) |
| 05/30/2012 | 30 | PROOF OF SERVICE filed by plaintiff Mark Allan Hestrin, re Summons Issued, Amended Complaint, 22 served on 5/18/2012. (Roberts, Joseph) (Entered: 05/30/2012) |
| 05/30/2012 | 31 | CERTIFICATE of Interested Parties filed by Defendant Power Default Services Inc, identifying Homeward Residential, Inc. f/k/a American Home Mortgage Servicing, Inc., WL Ross & Co. LLC, Invesco Private Capital, Inc., Invesco LTD.. (Ameri, Cyrus) (Entered: 05/30/2012) |
| 05/30/2012 | 32 | Joint STIPULATION Extending Time to Answer the complaint as to Lender Processing Services Inc answer now due 6/25/2012; Docx LLC answer now due 6/25/2012, re Amended Complaint, 22 filed by Defendant Lender Processing Services Inc; Docx LLC.(Bautista, Ismael) (Entered: 05/30/2012) |
| 05/31/2012 | 33 | ORDER re Stipulation Extending Time to Answer 27 by Judge George H Wu. FINDING GOOD CAUSE SHOWN, the responses from Defendants Homeward Residential, Inc. (F/K/A American Home Mortgage Servicing, Inc.), Power Default Services, Inc., and Deutsche Bank National Trust |

| | | |
|---|---|---|
| | | Company, as Trustee for American Home Mortgage Assets Trust 2007-4, Mortgage-Backed Pass-Through Certificates, Series 2007-4, to Plaintiff Mark Allan Hestrins First Amended Complaint in the above-captioned matter shall now be filed on or before June 25, 2012. IT IS SO ORDERED. (kti) (Entered: 06/01/2012) |
| 06/08/2012 | 34 | OF SERVICE filed by plaintiff Docx LLC, re Summons Issued, Amended Complaint, 22 PROOF served on 5/15/2012. (Roberts, Joseph) (Entered: 06/08/2012) |
| 06/12/2012 | 35 | ORDER RETURNING CASE FOR REASSIGNMENT UPON RECUSAL by Magistrate Judge Ralph Zarefsky. ORDER case returned to the Clerk for random reassignment Discovery pursuant to General Order 05-07 and General Order 08-05. Case randomly reassigned from Magistrate Judge Ralph Zarefsky to Magistrate Judge Frederick F. Mumm for all further proceedings. The case number will now reflect the initials of the transferee Judge CV 12-01025 GW (FFMx). (rn) (Entered: 06/12/2012) |
| 06/19/2012 | 36 | NOTICE OF CLERICAL ERROR: Due to clerical error Re: Notice of Deficiency - Writ of Execution (CV-52c), Notice of Deficiency - Writ of Execution (CV-52c) 25 . Document number 25 was docketed in the incorrect case number. The correct case number for this document is 10-4664-GW (VBKx). (pj) (Entered: 06/19/2012) |
| 06/25/2012 | 37 | NOTICE OF MOTION AND MOTION to Dismiss Case *Pursuant to Fed. R. Civ. P. 12(b)(6), Memorandum of Points and Authorities in Support thereof* filed by defendants American Home Mortgage Servicing Inc, Power Default Services Inc. Motion set for hearing on 9/10/2012 at 08:30 AM before Judge George H Wu. (Attachments: # 1 Proposed Order Proposed Order)(Ameri, Cyrus) (Entered: 06/25/2012) |
| 06/25/2012 | 38 | NOTICE OF MOTION AND MOTION to Dismiss First Amended Complaint and Memorandum of Points and Authorities in Support Thereof *[Request for Judicial Notice and [Proposed] Order Filed Concurrently Herewith]* filed by Defendant Deutsche Bank National Trust Company. Motion set for hearing on 9/10/2012 at 08:30 AM before Judge George H Wu. (Attachments: # 1 Proposed Order)(Frohlich, Elizabeth) (Entered: 06/25/2012) |
| 06/25/2012 | 39 | REQUEST FOR JUDICIAL NOTICE re MOTION to Dismiss First Amended Complaint and Memorandum of Points and Authorities in Support Thereof *[Request for Judicial Notice and [Proposed] Order Filed Concurrently Herewith]* MOTION to Dismiss First Amended Complaint and Memorandum of Points and Authorities in Support Thereof *[Request for Judicial Notice and [Proposed] Order Filed Concurrently Herewith]* 38 filed by Defendant Deutsche Bank National Trust Company. (Attachments: # 1 Exhibit 1) (Frohlich, Elizabeth) (Entered: 06/25/2012) |
| 06/25/2012 | 40 | NOTICE of Motion to Dismiss filed by defendant Docx LLC, Lender Processing Services Inc. (Craig, Aaron) (Entered: 06/25/2012) |
| 06/25/2012 | 41 | NOTICE OF MOTION AND MOTION to Dismiss First Amended Complaint filed by defendant Docx LLC, Lender Processing Services Inc. Motion set for hearing on 9/10/2012 at 08:30 AM before Judge George H Wu. (Attachments: |

| | | # 1 Exhibits 1 thru 18)(Craig, Aaron) (Entered: 06/25/2012) |
|---|---|---|
| 06/25/2012 | 42 | REQUEST FOR JUDICIAL NOTICE re MOTION to Dismiss First Amended Complaint 41 filed by defendant Docx LLC, Lender Processing Services Inc. (Craig, Aaron) (Entered: 06/25/2012) |
| 06/26/2012 | 43 | NOTICE OF LODGING filed *[Proposed] Order* re MOTION to Dismiss First Amended Complaint 41 (Attachments: # 1 Proposed Order)(Craig, Aaron) (Entered: 06/26/2012) |
| 06/26/2012 | 44 | NOTICE OF ERRATA RE EXHIBITS TO REQUEST FOR JUDICIAL NOTICE filed by Defendant Docx LLC, Lender Processing Services Inc. (Craig, Aaron) (Entered: 06/26/2012) |
| 06/26/2012 | 45 | NOTICE filed by Defendant Docx LLC, Lender Processing Services Inc. *CORRECTED REQUEST FOR JUDICIAL NOTICE* (Attachments: # 1 Exhibit 1 thru 18)(Craig, Aaron) (Entered: 06/26/2012) |
| 07/03/2012 | 46 | Joint STIPULATION for Extension of Time to File Oppositions and Replies to Motions to Dismiss First Amended Complaint filed by defendants Docx LLC, Lender Processing Services Inc. (Attachments: # 1 Proposed Order)(Bautista, Ismael) (Entered: 07/03/2012) |
| 07/06/2012 | 47 | ORDER by Judge George H Wu, re Stipulation to Briefing Schedule on Motions to Dismiss First Amended Complaint 46 , and GOOD CAUSE appearing, that the parties shall abide by the following briefing schedule on the Motions to Dismiss scheduled for hearing on 9/10/2012: (1) Any oppositions shall filed no later 8/10/2012; and (1) Any replies shall be filed no later than 8/27/2012. (jp) (Entered: 07/09/2012) |
| 07/17/2012 | 48 | NOTICE OF MOTION AND MOTION to Dismiss First Amended Complaint for Failure to State a Claim Upon Which Relief May Be Granted *; Memorandum of Points and Authorities* filed by Defendant TD Service Company of Arizona Inc. Motion set for hearing on 8/30/2012 at 08:30 AM before Judge George H Wu. (Attachments: # 1 Declaration of Lawrence L. Dreyfuss, # 2 Proposed Order)(Dreyfuss, Lawrence) (Entered: 07/17/2012) |
| 07/17/2012 | 49 | *Certification and* Notice of Interested Parties filed by Defendant TD Service Company of Arizona Inc, (Dreyfuss, Lawrence) (Entered: 07/17/2012) |
| 07/25/2012 | 50 | JOINT STIPULATION to MOTION to Dismiss First Amended Complaint for Failure to State a Claim Upon Which Relief May Be Granted *; Memorandum of Points and Authorities* 48 filed by Plaintiff Mark Allan Hestrin. (Roberts, Joseph) (Entered: 07/25/2012) |
| 07/27/2012 | 51 | NOTICE TO FILER OF DEFICIENCIES in Electronically Filed Documents RE: Joint Stipulation 50 . The following error(s) was found: Case number is incorrect. The correct case # is CV 12-1025-GW(FFMx). In response to this notice the court may order (1) an amended or correct document to be filed (2) the document stricken or (3) take other action as the court deems appropriate. You need not take any action in response to this notice unless and until the court directs you to do so. (kti) (Entered: 07/27/2012) |
| 07/27/2012 | 52 | APPLICATION for attorney Fred Owen Goldberg to Appear Pro Hac Vice |

| | | |
|---|---|---|
| | | (PHV Fee of $325 receipt number 0973-10730497 paid.) filed by Defendants Docx LLC, Lender Processing Services Inc. (Attachments: # 1 Proposed Order)(Kravitz, Jeffrey) (Entered: 07/27/2012) |
| 07/27/2012 | 53 | APPLICATION for attorney Mitchell Wayne Berger to Appear Pro Hac Vice (PHV Fee of $325 receipt number 0973-10730703 paid.) filed by Defendants Docx LLC, Lender Processing Services Inc. (Attachments: # 1 Proposed Order)(Kravitz, Jeffrey) (Entered: 07/27/2012) |
| 07/27/2012 | 54 | ORDER by Judge George H Wu, MOTION to Dismiss First Amended Complaint for Failure to State a Claim Upon Which Relief May Be Granted ; *Memorandum of Points and Authorities* 48 , NOW THEREFORE IT IS ORDERED THAT:(1) The hearing on said Motion to Dismiss shall be continued from August 30, 2012 to September 10, 2012 at 8:30 a.m. (pj) (Entered: 07/27/2012) |
| 07/30/2012 | 55 | Opposition to T.D. SERVICE COMPANY MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT re: MOTION to Dismiss First Amended Complaint for Failure to State a Claim Upon Which Relief May Be Granted ; *Memorandum of Points and Authorities* 48 filed by Plaintiff Mark Allan Hestrin. (Roberts, Joseph) (Entered: 07/30/2012) |
| 07/30/2012 | 56 | NOTICE TO FILER OF DEFICIENCIES in Electronically Filed Documents RE: APPLICATION for attorney Fred Owen Goldberg to Appear Pro Hac Vice(PHV Fee of $325 receipt number 0973-10730497 paid.) 52 , APPLICATION for attorney Mitchell Wayne Berger to Appear Pro Hac Vice (PHV Fee of $325 receipt number 0973-10730703 paid.) 53 . The following error(s) was found: Other error(s) with document(s): Submitted Good Standing Certificates that are over 30 days old. Certificates were issued on 06/22/12 and applications were filed on 07/27/12. See Local Rule 83-2.3.1. In response to this notice the court may order (1) an amended or correct document to be filed (2) the document stricken or (3) take other action as the court deems appropriate. You need not take any action in response to this notice unless and until the court directs you to do so. (lt) (Entered: 07/30/2012) |
| 08/01/2012 | 57 | ORDER by Judge George H Wu: granting 52 Application to Appear Pro Hac Vice by Attorney Fred Owen Goldberg on behalf of Defendants Lender Processing Services, and DOCX, LLC, designating Jeffrey S. Kravitz as local counsel. (lt) (Entered: 08/02/2012) |
| 08/01/2012 | 58 | ORDER by Judge George H Wu: granting 53 Application to Appear Pro Hac Vice by Attorney Mitchell Wayne Berger on behalf of Defendants Lender Processing Services, and DOCX, LLC, designating Jeffrey S. Kravitz as local counsel. (lt) (Entered: 08/02/2012) |
| 08/07/2012 | 59 | OPPOSITION to defendants Lender Processing Services, inc. and DOCX, LLC's Motion to Dismiss First AMended Complaint re: MOTION to Dismiss First Amended Complaint 41 filed by Plaintiff Mark Allan Hestrin. (Roberts, Joseph) (Entered: 08/07/2012) |
| 08/07/2012 | 60 | OPPOSITION MOTION TO DISMISS FAC OF DEFENDANT DEUTSCHE BANK NATIONAL TRUST COMPANY AND HOMEWARD RESIDENTIAL, INC. re: MOTION to Dismiss First Amended Complaint and |

| | | |
|---|---|---|
| | | Memorandum of Points and Authorities in Support Thereof *[Request for Judicial Notice and [Proposed] Order Filed Concurrently Herewith]* MOTION to Dismiss First Amended Complaint and Memorandum of Points and Authorities in Support Thereof *[Request for Judicial Notice and [Proposed] Order Filed Concurrently Herewith]* 38 filed by Plaintiff Mark Allan Hestrin. (Roberts, Joseph) (Entered: 08/07/2012) |
| 08/07/2012 | 61 | REQUEST FOR JUDICIAL NOTICE re MOTION to Dismiss First Amended Complaint and Memorandum of Points and Authorities in Support Thereof *[Request for Judicial Notice and [Proposed] Order Filed Concurrently Herewith]* MOTION to Dismiss First Amended Complaint and Memorandum of Points and Authorities in Support Thereof *[Request for Judicial Notice and [Proposed] Order Filed Concurrently Herewith]* 38 , MOTION to Dismiss First Amended Complaint 41 , MOTION to Dismiss First Amended Complaint for Failure to State a Claim Upon Which Relief May Be Granted ; *Memorandum of Points and Authorities* 48 filed by PLAINTIFF Mark Allan Hestrin. (Roberts, Joseph) (Entered: 08/07/2012) |
| 08/14/2012 | 62 | REPLY *of T.D. Service Company to Plaintiff's Opposition to Motion to Dismiss First Amended Complaint* filed by Defendant TD Service Company of Arizona Inc. (Dreyfuss, Lawrence) (Entered: 08/14/2012) |
| 08/14/2012 | 63 | REQUEST FOR JUDICIAL NOTICE *in Reply to Plaintiff's Opposition to Motion to Dismiss First Amended Complaint* filed by Defendant TD Service Company of Arizona Inc. (Dreyfuss, Lawrence) (Entered: 08/14/2012) |
| 08/27/2012 | 64 | REPLY In Support Of MOTION to Dismiss First Amended Complaint 41 filed by Defendants Docx LLC, Lender Processing Services Inc. (Craig, Aaron) (Entered: 08/27/2012) |
| 08/27/2012 | 65 | REPLY in Support of MOTION to Dismiss Case *Pursuant to Fed. R. Civ. P. 12(b)(6), Memorandum of Points and Authorities in Support thereof* MOTION to Dismiss Case *Pursuant to Fed. R. Civ. P. 12(b)(6), Memorandum of Points and Authorities in Support thereof* 37 filed by Defendants American Home Mortgage Servicing Inc, Power Default Services Inc. (Ameri, Cyrus) (Entered: 08/27/2012) |
| 08/27/2012 | 66 | REPLY in support of MOTION to Dismiss First Amended Complaint and Memorandum of Points and Authorities in Support Thereof *[Request for Judicial Notice and [Proposed] Order Filed Concurrently Herewith]* MOTION to Dismiss First Amended Complaint and Memorandum of Points and Authorities in Support Thereof *[Request for Judicial Notice and [Proposed] Order Filed Concurrently Herewith]* 38 filed by Defendant Deutsche Bank National Trust Company. (Frohlich, Elizabeth) (Entered: 08/27/2012) |
| 09/10/2012 | 67 | MINUTES OF DEFENDANTS HOMEWARD RESIDENTIAL, INC. AND POWERDEFAULT SERVICES, INC.'S MOTION TO DISMISS THE FIRSTAMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6) (filed 06/25/12) DEFENDANT DEUTSCHE BANK NATIONAL TRUST COMPANY'SMOTION TO DISMISS THE FIRST AMENDED COMPLAINT (filed06/25/12) DEFENDANTS LENDER PROCESSING |

12-12020-mg    Doc 1536-4    Filed 09/24/12    Entered 09/24/12 16:28:11    Exhibit D of 12

SERVICES, INC. AND DOCX,LLC'S MOTION TO DISMISS FIRST AMENDED COMPLAINT (filed 06/25/12) DEFENDANT T.D. SERVICE COMPANY'S MOTION TO DISMISS THE FIRST AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED (filed 07/17/12) 37 38 41 48 held before Judge George H Wu: Court hears oral argument. The tentative circulated and attached hereto, is adopted as the Courts final ruling. The motions are granted without leave to amend. Court Reporter: Bridget Montero. (Attachments: # 1 Tentative) (pj) (Entered: 09/13/2012)

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 09/20/2012 16:12:42 | | | |
| PACER Login: | jr0101 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 2:12-cv-01025-GW-FFM End date: 9/20/2012 |
| Billable Pages: | 9 | Cost: | 0.90 |