*Platzer, Swergold, Karlin, Levine,*
 *Goldberg & Jaslow, LLP*
*Attorneys for Canon Financial Services, Inc.*
*1065 Avenue of the Americas, 18th Floor*
*New York, New York 10018*
*(212) 593-3000*
*Sherri D. Lydell, Esq.*
*Teresa Sadutto-Carley, Esq.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re:

RESIDENTIAL CAPITAL, LLC, et al.,

                    Debtors.
---------------------------------------------------------x

Chapter 11
Case No.: 12-12020 (MG)

(Jointly Administered)

## AFFIDAVIT IN SUPPORT OF OBJECTION OF CANON FINANCIAL SERVICES, INC. TO DEBTORS' PROPOSED CURE AMOUNTS

STATE OF NEW JERSEY    )
                                  ) ss.:
COUNTY OF BURLINGTON   )

     **RAYMOND MARTIN**, being duly sworn, deposes and sets forth as follows:

1. I am employed by Canon Financial Services, Inc. ("Canon") as a Senior Legal Specialist, and as such, I have personal knowledge of the facts and circumstances herein by virtue of the books and records maintained by Canon in the ordinary course of its business.

2. I submit this Affidavit in Support of Canon Financial Services, Inc.'s Objection to the Debtors' Proposed Cure Amounts and for such other and further relief as the Court deems just, proper and equitable.

3.  On or about August 2002 through July 2006, the Debtors entered into various lease agreements (collectively, the "Leases") with Canon for the lease of certain equipment as more fully described in the Leases.  Annexed hereto as **Exhibit "A"** are copies of the Leases.

4.  Pursuant to the Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto dated July 26, 2012 (the "Notice") filed by the Debtors, Canon objects to the proposed cure amount as set forth therein.  The Notice provides a proposed cure amount for the Leases in the sum of $0.00.  However, the proposed cure amount for the Leases is incorrect.  Canon has not received payment with respect to the Leases since October 2011. The actual cure amount for the leases is the sum of $66,613.57, as set forth on the spreadsheets attached hereto as **Exhibit "B"**.

5.  Canon respectfully requests that the Debtors be required to pay the actual cure amounts as set for herein, and for such other and further relief as the Court deems just and proper.

>                                  /s/ Raymond Martin _____
>                                  **RAYMOND MARTIN**

Sworn to before me this 20th
day of September, 2012


/s/ Jacqueline Kelly__
Notary Public, New Jersey
Commission Expires 7-19-15