# EXHIBIT "A"



RECEIVED AUG 27 2002 By_____

MASTER #: **117**

## NATIONAL ACCOUNT
## FTR PLUS 10 PROGRAM
## MASTER FIXED TERM RENTAL AGREEMENT

The Customer named below agrees to rent office equipment from Canon U.S.A., Inc. ("Canon USA"), subject to the terms and conditions herein and on the reverse side hereof:

Customer shall place orders hereunder only on Canon USA's form of FTR Rental Schedule. The National Account pricing for Customer shall be set forth in the individual FTR Rental Schedule. Each FTR Rental Schedule will also designate delivery sites, indicate the duration of the rental term and specify by equipment model the quantities of units subject to rental there under. For administrative convenience Customer may reference its internal order number on each FTR Rental Schedule. Any Customer documentation which attempts to vary, modify, or supplement the terms of this Agreement or the FTR Rental Schedule shall be null and void. Canon USA shall attempt to meet Customer's requested delivery dates. Since Canon USA may be subject from time to time to manufacturer production or shipping delays, or both, Customer agrees that Canon USA may, in its sole discretion, allocate distribution among all of its Customers, even though this may effectively limit delivery of ordered units.

FTR RENTAL SCHEDULES PLACED AGAINST THIS MASTER AGREEMENT ARE IRREVOCABLE AND NON-CANCELABLE, except that Customer may, upon thirty (30) days prior written notice to Canon USA, cancel rentals of units of Equipment that Customer can demonstrate have been made obsolete due solely to Customer's office closings or significant office downsizing. During any Contract Year the number of such canceled units shall not exceed 10% (in the aggregate) (the "Percentage") of the maximum number of units of Equipment in an Equipment Segment rented under the FTR Rental Schedules to this Agreement at any time during the immediately preceding Contract Year; provided, that during the first Contract Year the number of such canceled units in an Equipment Segment shall not exceed one-half the Percentage of the maximum number of units of Equipment in an Equipment Segment rented under FTR Rental Schedules to this Agreement at any time during the first Contract Year. The term "Contract Year" shall mean each one-year period beginning on the date of this Agreement or an annual anniversary of the date of this Agreement. The term "Equipment Segment" shall mean NP analog copiers (Segment 1), GP, iR, iC, digital copiers (Segment 2), facsimile (Segment 3), CLC color (Segment 4) and printers (Segment 5), respectively. To the extent the number of such units made obsolete exceeds the Percentage in any Contract Year (one-half the Percentage in the first Contract Year), Customer agrees to have Canon USA or its Designee reinstall such excess number of units at another Customer site for the balance of the applicable FTR Rental Schedule.

Either party may terminate this Agreement at any time on thirty (30) days prior written notice to the other party. Termination shall not affect individual FTR Rental Schedules then in effect (including the options referred to in Section 2 of the terms and conditions on the reverse side hereof), or relieve either party of obligations incurred prior to the date of termination. This Agreement shall not become effective until it has been signed by a duly-authorized representative of Canon USA, and Canon USA has issued a Schedule Number with respect thereto.

CANON U.S.A., INC.

_____
Authorized Signature/Date
Toyotsugu Kuwamura
Director & General Manager  8.27.02
Printed Name/Title

CUSTOMER:    General Motors Corporation

_____
Authorized Signature/Date
Catherine M. Loria / Senior Buyer
Printed Name/Title

_____
FTR Rental Schedule Number

01/01/02

## TERMS AND CONDITIONS

1. Canon USA may, at its option, notify Customer in writing of the name and address of a Designee who shall be an independent contractor with the limited authority to act for Canon USA as provided herein. Canon USA may change such Designee at any time upon five (5) days written notice. Customer agrees to pay all charges as are due promptly upon receipt of an invoice therefore. Customer also agrees to pay any and all taxes and assessments levied on the equipment and the use thereof.

2. Customer will have the following options at the end of the initial rental term of any FTR Rental Schedule entered into in connection with this Agreement, if Customer has paid in full all charges and is not otherwise in default hereunder: (a) renew the FTR Rental Schedule for a like term, or (b) purchase the equipment. Canon USA's prices in effect at the time Customer exercises the relevant option shall prevail. If Customer fails to notify Canon USA in writing of which such option it has elected at least thirty (30) days prior to the end of the term (or the relevant renewal period), the FTR Rental Schedule shall continue on a month-to-month basis at the same monthly rental charge until either party terminates the FTR Rental Schedule on thirty (30) days prior written notice to the other party. If Customer exercises the purchase option, Canon USA shall, on receipt of payment of the purchase price, remove its plaque and convey title to the equipment to the Customer free and clear of liens and encumbrances arising through Canon USA. Maintenance shall then be available from the Designee in accordance with the Designee's form of agreement and charges then in effect. Designee's agreement shall be the sole agreement with respect to maintenance of purchased equipment.

3. Canon USA hereby warrants that it is the owner of the equipment installed pursuant to each FTR Rental Schedule and that it has the right to rent the same to Customer. CANON USA MAKES NO OTHER WARRANTIES, EXPRESSED OR IMPLIED, INCLUDING ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, RELATING TO THE USE OR PERFORMANCE OF SUCH EQUIPMENT. CANON USA SHALL NOT BE LIABLE FOR ANY PERSONAL INJURY OR PROPERTY DAMAGE (UNLESS CAUSED BY CANON USA'S NEGLIGENCE), LOSS OF PROFIT OR OTHER SPECIAL, INCIDENTAL OR CONSEQUENTIAL DAMAGES, ARISING OUT OF THE USE OF OR INABILITY TO USE THE EQUIPMENT.

4. Customer agrees not to make any alteration in the equipment and not to remove it from the location where installed by Canon USA or its Designee without prior written approval. Customer further agrees to return the equipment at the end of the term of each FTR Rental Schedule in the same condition as when received except for reasonable wear and tear. During the term of each FTR Rental Schedule and while Customer has possession of the equipment, Customer assumes all risk of loss or damage to the equipment (not to exceed the purchase price of the equipment at the time of loss or damage as determined by Section 2 above).

5. Title to the equipment shall remain at all times with Canon USA and Customer agrees that the Canon plaque affixed to the equipment will not be removed. Customer agrees to keep the equipment free from all liens, security interests and encumbrances. This Agreement shall not be assignable by Customer without Canon USA's prior written consent, and any attempted assignment without such consent shall be void. All rights of Canon USA in the equipment, under this Agreement and any FTR Rental Schedule pursuant hereto may be assigned without notice to Customer and Canon USA anticipates it will assign such rights to Canon Financial Services, Inc. Canon USA is hereby authorized to file a financing statement signed by Canon USA alone to evidence its ownership in the equipment in the possession of Customer.

6A. This provision applicable when box A of the applicable FTR Rental Schedule has been initialed by Customer: Customer, at Customer's own cost and expense, shall keep the equipment in good repair, condition and working order, reasonable wear and tear excepted, and shall furnish all parts and servicing required therefore; provided, that Customer shall be entitled to the benefit of any warranties generally made available by Canon USA to end-user purchasers of the equipment at the time of the commencement of the rental term, for the period of time indicated on the warranty card applicable to the item of equipment, which period shall begin as of the date of installation. The Designee shall make maintenance for the equipment available after the expiration of such warranty period in accordance with the Designee's form of maintenance agreement and charges in effect from time to time. No failure of performance by the Designee in connection with maintenance of the equipment shall relieve Customer of its obligation to pay rent to Canon USA, or any other obligation of Customer under this Agreement.

6B. This provision applicable when box B of the applicable FTR Rental Schedule has been initialed by Customer: Canon USA or its Designee shall make available for the equipment routine maintenance and service during its regular business hours (9:00 a.m. to 5:00 p.m., Monday through Friday, except holidays) at no cost to Customer. Customer agrees to use reasonable care in handling and operation of the equipment. Canon USA or its Designee shall have the right (a) to inspect, repair and remove the equipment at any time during the Customer's business hours and (b) to terminate the rental if Customer uses consumable supplies (other than those distributed by Canon USA) which damage the equipment or cause it to require excess service work or maintenance. Any service work made necessary by Customer's willful act or negligence (including, without limitation, use of supplies other than those distributed by Canon USA which cause abnormally frequent service calls or service problems), or any service work Customer may request to be performed outside regular business hours, shall be invoiced in accordance with Canon USA or its Designee's established service policies. Canon USA shall have the right to substitute equivalent equipment at any time during the term of any FTR Rental Schedule.

7. If Customer fails to fully perform any of its obligations under this Agreement, including the prompt making of all payments as and when due, then Canon USA shall have the right to terminate this Agreement and any FTR Rental Schedules, to enter into Customer's premises to remove the equipment without the posting of any bond(s) and to pursue any other remedy at law or in equity. If any proceeding under the Bankruptcy Code, as amended, is commenced by or against Customer, Customer is adjudged insolvent, Customer makes any assignment for the benefit of its creditors, or a receiver is appointed in any proceeding to which Customer is a party with authority to take possession or control of any item of the equipment, then Canon USA shall have and may exercise any one or more of the remedies set forth above and this Agreement and all FTR Rental Schedules pursuant hereto shall, at the option of Canon USA, without notice, immediately terminate. In the event of any breach of this Agreement, Canon USA shall not have waived any of its rights hereunder by reason of its failure to assert its rights.

8. Customer's wholly owned domestic subsidiaries shall have the right to place orders hereunder, and any such subsidiary shall be considered a "Customer" and bound by the terms of this Agreement with respect to the FTR Rental Schedule signed by such subsidiary and the Equipment rented thereunder. In addition, Customer shall be responsible for all orders placed by its subsidiaries, and for any subsidiary's failure to pay the charges due and owing under a FTR Rental Schedule or any other amounts due and owing by any such subsidiary with respect to the Equipment subject to the relevant FTR Rental Schedule.

9. THIS AGREEMENT SHALL BE GOVERNED BY THE LAWS OF THE STATE OF NEW YORK and constitutes the entire Agreement between the parties with respect to the rental of the equipment, superseding all previous proposals, oral or written. No representation or statement not contained on the original copy of this Agreement shall be binding upon Canon USA as a warranty or otherwise, nor shall this Agreement be modified or amended unless in writing and signed by a duly-authorized representative of Canon USA. Any suit between the parties relating to this Agreement, other than for payment of the charges due hereunder, shall be commenced, if at all, within one (1) year of the date that it accrues.

MFTR PLUS 10 PROGRAM - 01/01/02

```
08/20/2002 15:39 FAX 630 250 4120       CHICAGO CUSA NA           → MOLLIE FTR'S        ☒002
08/15/2002 16:51 FAX 1 248 888 2012     IKON OFF SOLUTIONS                              ☒002
08/15/02   16:40 FAX 215 682 1871       GMACM FACILITIES                                ☒001
```

SCHEDULE #: 15381

MASTER #: _____

# Canon

## NATIONAL ACCOUNT
## FTR RENTAL SCHEDULE
## MASTER FIXED TERM RENTAL AGREEMENT

9-15

Canon U.S.A., Inc. ("Canon USA") agrees to rent to Customer named below the following Equipment to be installed at the location listed below, subject to all of the terms and conditions of the Master Fixed Term Rental Agreement which is incorporated herein by reference and is identified by the above Master No. (the "Agreement"). The Customer represents that it is (i) the entity which signed the Agreement or (ii) a wholly owned domestic subsidiary thereof. If it is a subsidiary, Customer further represents that it shall be bound by the Agreement with respect to this Rental Schedule and the Equipment rented hereunder to the same extent as its parent which signed the Agreement. This Rental Schedule shall become effective upon Customer's execution.

**Bill To:**
Account Name: GMAC Mortgage
Address: 4 Walnut Grove Drive
City: Horsham        State: PA
Zip Code: 19044    Contact: Naomi Bennett
Phone Number: 215-682-1874
Order Date: 8-5-02    Install Date: _____

**Ship To:**
Account Name: GMAC Mortgage
Address: 5451 Harwood Avenue
City: Waterloo        State: Iowa
Zip Code: 50702    Contact: Bruce Berry
Phone Number: _____
Order Date: 8-9-02    Install Date: _____

Customer Internal Order #: 34650

Issue To: Canon Financial Services, Inc., P.O. Box 4004, Carol Stream, IL 60197-4004

### DESCRIPTION OF EQUIPMENT

one (1) Canon imageRUNNER 8500
one (1) Finisher K-2N          MPB09845 TONER INCLUSIVE
one (1) M1 Paper Deck

### SCHEDULE OF CHARGES

| TERM OF RENTAL # OF MONTHS | MONTHLY BASED MINIMUM | OPTIONAL SERVICE | COPIES INCLUDED |
|---|---|---|---|
| 60 | 473.94 | A. ☐ NO _____ Initial Here  B. ☒ YES NB Initial Here | Color From @ ____ + .005 Black & White From @ ____ |

This Schedule is irrevocable and non-cancelable.

Supplies, such as paper, are available for purchase by Customer at Canon USA's prices as in effect from time to time.

This Schedule shall not become effective until it has been signed by a duly-authorized representative of Canon USA.

CANON U.S.A., INC.                              CUSTOMER: GMAC MORTGAGE
_____ 8-23-02                       _____ 8/15/02
Authorized Signature   Date                     Authorized Signature   Date

Rosanne V. Pope/Assistant Director Contracts/Operations    Naomi Bennett, Program Manager
Printed Name/Title                                          Printed Name/Title

SCHEDULE #: 20684
MASTER #: 117

# Canon

## NATIONAL ACCOUNT
## FTR RENTAL SCHEDULE
## MASTER FIXED TERM RENTAL AGREEMENT

Canon U.S.A., Inc. ("Canon USA") agrees to rent to Customer named below the following Equipment to be installed at the location listed below, subject to all of the terms and conditions of the Master Fixed Term Rental Agreement which is incorporated herein by reference and is identified by the above Master No. (the "Agreement"). The Customer represents that it is (i) the entity which signed the Agreement or (ii) a wholly owned domestic subsidiary thereof. If it is a subsidiary, Customer further represents that it shall be bound by the Agreement with respect to this Rental Schedule and the Equipment rented hereunder to the same extent as its parent which signed the Agreement. This Rental Schedule shall become effective upon Customer's execution.

**Bill To:**
Account Name: GMAC Mortgage
Address: 500 Enterprise Road MC 190-500-146
City: Horsham        State: PA
Zip Code: 19044      Contact: Linda Mitchell
Phone Number: 215-682-1778
Order Date: 5/3/04   Install Date:

**Ship To:**
Account Name: GMAC Real Estate
Address: 836 Boylston Street
City: Chestnut Hill      State: MA
Zip Code: 02467     Contact: Alan Rice
Phone Number: 617-731-4644
Order Date: 5/3/04   Install Date:

Customer Internal Order #: 17955       Issue To: Canon Financial Services, Inc., P.O. Box 4004, Carol Stream, IL 60197-4004

### DESCRIPTION OF EQUIPMENT
IR6000
F1 Finisher
MultiPDL Board A2      NSN17732

### SCHEDULE OF CHARGES

| TERM OF RENTAL # OF MONTHS | MONTHLY BASED MINIMUM | OPTIONAL SERVICE | COPIES INCLUDED |
|---|---|---|---|
| 60 | $387.49 | A. ☐ NO _____ Initial Here<br><br>B. ☒ YES __AM__ Initial Here | 0<br><br>EXCESS COPIES<br>Color    From @<br>1  + $.0049<br>Black & White From @ |

This Schedule is irrevocable and non-cancelable.

Supplies, such as paper, are available for purchase by Customer at Canon USA's prices as in effect from time to time.

This Schedule shall not become effective until it has been signed by a duly-authorized representative of Canon USA.

CANON U.S.A., INC.
Authorized Signature: [signature]   Date: 5/10/04
Printed Name/Title: Roseann V. Ponce/Assistant Director Contracts/Operations

CUSTOMER: GMAC Mortgage
Authorized Signature: [signature]    Date: 5/4/04
Printed Name/Title: Linda Mitchell / Buyer

04/03/02

04/01/2004 14:31 FAX 7325217329    CANON 3175MS    → FTRS    ☒008/009
04/31/2004 14:47 FAX 2156821245    GMAC RESIDENTIAL              ☒002/002

SCHEDULE #: 20283
MASTER #: 117

# Canon

## NATIONAL ACCOUNT
## FTR RENTAL SCHEDULE
## MASTER FIXED TERM RENTAL AGREEMENT

Canon U.S.A., Inc. ("Canon USA") agrees to rent to Customer named below the following Equipment to be installed at the location listed below, subject to all of the terms and conditions of the Master Fixed Term Rental Agreement which is incorporated herein by reference and is identified by the above Master No. (the "Agreement"). The Customer represents that it is (i) the entity which signed the Agreement or (ii) a wholly owned domestic subsidiary thereof. If it is a subsidiary, Customer further represents that it shall be bound by the Agreement with respect to this Rental Schedule and the Equipment rented hereunder to the same extent as its parent which signed the Agreement. This Rental Schedule shall become effective upon Customer's execution.

**Bill To:**
Account Name: GMAC Residential Mortgage
Address: 500 Enterprise Road
City: Horsham    State: PA
Zip Code: 19044    Contact: Linda Mitchell
Phone Number: 215-682-1778
Order Date: 5/31/04    Install Date: _____

**Ship To:**
Account Name: GMAC Residential Mortgage
Address: 5 Walnut Grove Drive
City: Horsham    State: PA
Zip Code: 19044    Contact: Joe McInnis
Phone Number: 215-682-1640
Order Date: 3/31/04    Install Date: _____

Customer Internal Order #: 17886    Issue To: Canon Financial Services, Inc., P.O. Box 4004, Carol Stream, IL 60197-4004

### DESCRIPTION OF EQUIPMENT

| | |
|---|---|
| one (1) Canon imageRUNNER 3200 | one (1) Finisher N1 |
| one (1) AutoDocument Feeder - DADF-K1 | one (1) ImagePass C1 · MSIC168687/JFN07147 |
| one (1) Cassette Unit X1 | |

### SCHEDULE OF CHARGES

| TERM OF RENTAL # OF MONTHS | MONTHLY BASED MINIMUM | OPTIONAL SERVICE | COPIES INCLUDED |
|---|---|---|---|
| 60 | $589.55 | A. ☐ NO _____ Initial Here<br>B. ☒ YES _LM_ Initial Here | -0-<br>EXCESS COPIES<br>Color _____ + $.08 From @<br>Black & White _____ + $.0144 From @ |

This Schedule is irrevocable and non-cancelable.

Supplies, such as paper, are available for purchase by Customer at Canon USA's prices as in effect from time to time.

This Schedule shall not become effective until it has been signed by a duly-authorized representative of Canon USA.

CANON U.S.A., INC.                                CUSTOMER: GMAC Residential Mortgage
[signature]    4/2/04                             [signature]    3/31/04
Authorized Signature    Date                      Authorized Signature    Date
Roseann V. Ponce/Assistant Director Contracts/Operations    Linda Mitchell / Buyer
Printed Name/Title                                Printed Name/Title

04/05/02

04/01/2004 THU 14:37 [TX/RX NO 8959] ☒006

07/23/2004 13:01 FAX 7325917329    CANON FINANCIAL - FTRS    ☐ 008

SCHEDULE #: 21406
MASTER #: 117

# Canon

## NATIONAL ACCOUNT
## FTR RENTAL SCHEDULE
## MASTER FIXED TERM RENTAL AGREEMENT

Canon U.S.A., Inc. ("Canon USA") agrees to rent to Customer named below the following Equipment to be installed at the location listed below, subject to all of the terms and conditions of the Master Fixed Term Rental Agreement which is incorporated herein by reference and is identified by the above Master No. (the "Agreement"). The Customer represents that it is (i) the entity which signed the Agreement or (ii) a wholly owned domestic subsidiary thereof. If it is a subsidiary, Customer further represents that it shall be bound by the Agreement with respect to this Rental Schedule and the Equipment rented hereunder to the same extent as its parent which signed the Agreement. This Rental Schedule shall become effective upon Customer's execution.

**Bill To:**
Account Name: GMAC Mortgage
Address: 500 Enterprise Road NC 190-500-148
City: Horsham    State: PA
Zip Code: 19044    Contact: Linda Mitchell
Phone Number: 215-682-1778
Order Date: 7/22/04    Install Date: _____
Customer Internal Order #: 18228

**Ship To:**
Account Name: GMAC Mortgage Corporation
Address: 3451 Hammond Avenue
City: Waterloo    State: IA
Zip Code: 50702    Contact: Bruce Berry
Phone Number: 319-236-5200
Order Date: 7/22/04    Install Date: _____

Issue To: Canon Financial Services, Inc., P.O. Box 4004, Carol Stream, IL 60197-4004

### DESCRIPTION OF EQUIPMENT

Canon IR8500
(2 Standard Cassettes, 2 Paper Trays, ADF)
Finisher K1N    MNE10502

### SCHEDULE OF CHARGES

| TERM OF RENTAL # OF MONTHS | MONTHLY BASED MINIMUM | OPTIONAL SERVICE | COPIES INCLUDED |
|---|---|---|---|
| 60 | $303.27 | A. ☐ NO  Initial Here<br>B. ☒ YES  Initial Here LM | 0<br>EXCESS COPIES<br>Color     From  @<br>IR8500    +  $.009<br>Black & White From  @ |

This Schedule is irrevocable and non-cancelable.

Supplies, such as paper, are available for purchase by Customer at Canon USA's prices as in effect from time to time.

This Schedule shall not become effective until it has been signed by a duly-authorized representative of Canon USA.

CANON U.S.A., INC.
[signature]    7/27/04
Authorized Signature    Date

Florence V. Ponce/Assistant Director Contracts/Operations
Printed Name/Title

CUSTOMER: GMAC Mortgage
[signature]    7/22/04
Authorized Signature    Date
Linda Mitchell / Buyer
Printed Name/Title

04/05/02

07/23/2004 FRI 14:05 [TX/RX NO 8417] ☐ 008

10/07/2004 15:13 FAX 7325217329        CANON! 3175XS        → FTRS        ☒002

06/10/2004 03:21 PM

Mortgage  2155521846  1/1
SCHEDULE #: 22078

MASTER #: 117

# Canon

## NATIONAL ACCOUNT
## FTR RENTAL SCHEDULE
## MASTER FIXED TERM RENTAL AGREEMENT

Canon U.S.A., Inc. ("Canon USA") agrees to rent to Customer named below the following Equipment to be installed at the location listed below, subject to all of the terms and conditions of the Master Fixed Term Rental Agreement which is incorporated herein by reference and is identified by the above Master No. (the "Agreement"). The Customer represents that it is (i) the entity which signed the Agreement or (ii) a wholly owned domestic subsidiary thereof. If it is a subsidiary, Customer further represents that it shall be bound by the Agreement with respect to this Rental Schedule and the Equipment rented hereunder to the same extent as its parent which signed the Agreement. This Rental Schedule shall become effective upon Customer's execution.

**Bill To:**
Account Name: GMAC Mortgage
Address: 500 Enterprise Road MC 190-500-148
City: Horsham    State: PA
Zip Code: 19043    Contact: Linda Mitchell
Phone Number: 0215-682-1778
Order Date: 10/1/04    Install Date:
Customer Internal Order #: 18271

**Ship To:**
Account Name: GMAC Mortgage Corporation
Address: 9800 Richmond
City: Houston    State: TX
Zip Code: 77042    Contact: K. Warden, 713-260-6300
Phone Number: 713-260-5300
Order Date: 10/1/04    Install Date:

Issue To: Canon Financial Services, Inc., P.O. Box 4004, Carol Stream, IL 60197-8004

### DESCRIPTION OF EQUIPMENT
Canon ImageRunner 3320
1 Auto Document Feeder, 1 Cassette Unit X1, 1 Finisher N1, 1 Network Multi-PDL Board    JNC 02-02

### SCHEDULE OF CHARGES

| TERM OF RENTAL # OF MONTHS | MONTHLY BASED MINIMUM | OPTIONAL SERVICE | COPIES INCLUDED |
|---|---|---|---|
| 36 | 5454.28 | A. ☐ NO _____ Initial Here  B. ☒ YES _____ Initial Here | 0  EXCESS COPIES  IR3320  $ .08  Color  From  @  IR3320  $ .0145  Black & White  From  @ |

This Schedule is irrevocable and non-cancelable.

Supplies, such as paper, are available for purchase by Customer at Canon USA's prices as in effect from time to time.

This Schedule shall not become effective until it has been signed by a duly-authorized representative of Canon USA.

CANON U.S.A., INC.                      CUSTOMER: GMAC Mortgage
_____  10/19/04               _____  10/6/04
Authorized Signature   Date              Authorized Signature   Date
                                         Linda Mitchell / [illegible]
Roseann V. Panno/Assistant Director Contracts/Operations
Printed Name/Title                       Printed Name/Title

04/03/02

10/06/2004 WED 14:15  [TX/RX NO 7604] ☒001

10/07/2004 THU 16:22  [TX/RX NO 5510] ☒002

11/24/2004 14:58 FAX 7325217329          CANON( 3175XS          → FTRS                     ☒002

SCHEDULE #: 22502

## Canon

MASTER #: 112

# NATIONAL ACCOUNT
## FTR RENTAL SCHEDULE
### MASTER FIXED TERM RENTAL AGREEMENT

Canon U.S.A., Inc. ("Canon USA") agrees to rent to Customer named below the following Equipment to be installed at the location listed below, subject to all of the terms and conditions of the Master Fixed Term Rental Agreement which is incorporated herein by reference and is identified by the above Master No. (the "Agreement"). The Customer represents that it is (i) the entity which signed the Agreement or (ii) a wholly owned domestic subsidiary thereof. If it is a subsidiary, Customer further represents that it shall be bound by the Agreement with respect to this Rental Schedule and the Equipment rented hereunder to the same extent as its parent which signed the Agreement. This Rental Schedule shall become effective upon Customer's execution.

**Bill To:**
Account Name: GMAC Mortgage
Address: 500 Enterprise Road MC 190-500-148
City: Horsham          State: PA
Zip Code: 19044    Contact: Linda Mitchell
Phone Number: 215-682-1278
Order Date: 11/2/04    Install Date:
Customer Internal Order #: 18421

**Ship To:**
Account Name: Carlson / GMAC Real Estate
Address: 150 Druid Street
City: Nashua          State: NH
Zip Code: 03063-3214    Contact: Mike Peterson
Phone Number: 903-880-3900
Order Date: 11/22/04    Install Date:

Issue To: Canon Financial Services, Inc., P.O. Box 4004, Carol Stream, IL 60197-4004

### DESCRIPTION OF EQUIPMENT
Canon IR5000
Duplexing, 2 Standard Cassettes, 2 Paper Trays, DADF + Saddle ADF Finisher-H

MPL29658

### SCHEDULE OF CHARGES

| TERM OF RENTAL # OF MONTHS | MONTHLY BASE MINIMUM | OPTIONAL SERVICE | COPIES INCLUDED |
|---|---|---|---|
| 36 | $247.75 | A. ☐ NO  Initial Here<br>B. ☒ YES  Initial Here | 0<br>EXCESS COPIES<br>Color    From    @<br>IR5000    + $.0049<br>Black & White From    @ |

This Schedule is irrevocable and non-cancelable.

Supplies, such as paper, are available for purchase by Customer at Canon USA's prices as in effect from time to time.

This Schedule shall not become effective until it has been signed by a duly-authorized representative of Canon USA.

CANON U.S.A., INC.                              CUSTOMER: GMAC Mortgage
Authorized Signature  11/29/04                  Authorized Signature  11/22/04
Roussan V. Ponce/Assistant Director Contracts/Operations
Printed Name/Title                              Printed Name/Title: Linda Mitchell/Buyer

11/24/2004 WED 15:05 [TX/RX NO 6750] ☒002

06/22/2005 10:02 FAX 7325217328    CANON 5175X5    → FTRS    ☒001/003
12/05/2005 05:05 PM

-82

GMAC MORTGAGE    215022845  6/6
SCHEDULE #:

MASTER #: 11

# Canon

## NATIONAL ACCOUNT
## FTR RENTAL SCHEDULE
## MASTER FIXED TERM RENTAL AGREEMENT

Canon U.S.A., Inc. ("Canon USA") agrees to rent to Customer named below the following Equipment to be installed at the location listed below, subject to all of the terms and conditions of the Master Fixed Term Rental Agreement which is incorporated herein by reference and is identified by the above Master No. (the "Agreement"). The Customer represents that it is (i) the entity which signed the Agreement or (ii) a wholly owned domestic subsidiary thereof. If it is a subsidiary, Customer further represents that it shall be bound by the Agreement with respect to this Rental Schedule and the Equipment rented hereunder to the same extent as its parent which signed the Agreement. This Rental Schedule shall become effective upon Customer's execution.

**Bill To:**
Account Name: GMAC Mortgage
Address: 500 Enterprise Road MC 190-535-168
City: Horsham    State: PA
Zip Code: 19044    Contact: Linda Mitchell
Phone Number: 215-682-1778
Order Date: 5/12/03    Install Date: _____

**Ship To:**
Account Name: GMAC Mortgage
Address: 35 Portsmouth Avenue
City: Stratham    State: NH
Zip Code: 03885    Contact: Lori Broard-Weeden
Phone Number: 603-778-5200
Order Date: 5/12/03    Install Date: _____

Customer Internal Order #: 55203    Issue To: Canon Financial Services, Inc., P.O. Box 4004, Carol Stream, IL 60197-4004

### DESCRIPTION OF EQUIPMENT

Canon IR5000
Duplexing, 2 Standard Cassettes, 2 Paper Trays, DADF + Semi ADF
Finisher F1

MPL79572

### SCHEDULE OF CHARGES

| TERM OF RENTAL # OF MONTHS | MONTHLY BASE MINIMUM | OPTIONAL SERVICE | COPIES INCLUDED |
|---|---|---|---|
| 60 | $191.13 | A. ☐ NO  Initial Here<br>B. ☒ YES  Initial Here /LM/ | 0<br>EXCESS COPIES<br>Color    From    @<br>IR5000    + $.0049<br>Black & White    From    @ |

This Schedule is irrevocable and non-cancelable.

Supplies, such as paper, are available for purchase by Customer at Canon USA's prices as in effect from time to time.

This Schedule shall not become effective until it has been signed by a duly-authorized representative of Canon USA.

CANON U.S.A., INC.    CUSTOMER: GMAC Mortgage

_____ 6/23/05    _____ 5/12/05
Authorized Signature    Date    Authorized Signature    Date

Ramon Y. Ferre/Assistant Director Contract Operations    Linda Mitchell / Buyer
Printed Name/Title    Printed Name/Title

94/03/02
05/12/2005 THU 15:27  [TX/RX NO 7640] ☒004
06/22/2005 WED 10:06  [TX/RX NO 9151] ☒003

08/26/2005 11:24 FAX 7325217329        CANON 3175MS             → FTRS              ☒014

SCHEDULE #: 25413
MASTER #: 117

# Canon

## NATIONAL ACCOUNT
## FTR RENTAL SCHEDULE
## MASTER FIXED TERM RENTAL AGREEMENT

Canon U.S.A., Inc. ("Canon USA") agrees to rent to Customer named below the following Equipment to be installed at the location listed below, subject to all of the terms and conditions of the Master Fixed Term Rental Agreement which is incorporated herein by reference and is identified by the above Master No. (the "Agreement"). The Customer represents that it is (i) the entity which signed the Agreement or (ii) a wholly owned domestic subsidiary thereof. If it is a subsidiary, Customer further represents that it shall be bound by the Agreement with respect to this Rental Schedule and the Equipment rented hereunder to the same extent as its parent which signed the Agreement. This Rental Schedule shall become effective upon Customer's execution.

**Bill To:**
Account Name: GMAC Residential Funding
Address: 500 Enterprise Road
City: Horsham                State: PA
Zip Code: 19044    Contact: Linda Mitchell
Phone Number: 215-682-1778
Order Date: 08/18/2005    Install Date: 08/26/2005
Customer Internal Order #: 18634

**Ship To:**
Account Name: GMAC Residential Mortgage
Address: 3451 Hammond Ave
City: Waterloo                State: IA
Zip Code: 50702    Contact: Bruce Berry
Phone Number: 319-236-8200
Order Date: 08/18/2005    Install Date: 08/26/2005

Issue To: Canon Financial Services, Inc., P.O. Box 4004, Carol Stream, IL 60197-4004

### DESCRIPTION OF EQUIPMENT
Color imageRunner 3220
Finisher N1
DADF K1
Cassette Feeding Unit X1
MultiPDL A2

JNC13012

### SCHEDULE OF CHARGES

| TERM OF RENTAL # OF MONTHS | MONTHLY BASED MINIMUM | OPTIONAL SERVICE | COPIES INCLUDED |
|---|---|---|---|
| 60 | 251.55 | A. ☐ NO _____ Initial Here  B. ☒ YES _LM_ Initial Here | EXCESS COPIES + .0880 Color From @ + .0144 Black & White From @ |

This Schedule is irrevocable and non-cancelable.

Supplies, such as paper, are available for purchase by Customer at Canon USA's prices as in effect from time to time.

This Schedule shall not become effective until it has been signed by a duly-authorized representative of Canon USA.

CANON U.S.A., INC.                                    CUSTOMER: GMAC Residential Funding
[signature]  8/30/05                                  [signature]  8/19/05
Authorized Signature    Date                          Authorized Signature    Date
Barbara V. Fowre/Assistant Director Contracts/Operations    Linda Mitchell/Buyer
Printed Name/Title                                    Printed Name/Title

01/03/02

# Canon

## NATIONAL ACCOUNT
## FTR RENTAL SCHEDULE
## MASTER FIXED TERM RENTAL AGREEMENT

SCHEDULE #: 36282
MASTER #: 117

Canon U.S.A., Inc. ("Canon USA") agrees to rent to Customer named below the following Equipment to be installed at the location listed below, subject to all of the terms and conditions of the Master Fixed Term Rental Agreement which is incorporated herein by reference and is identified by the above Master No. (the "Agreement"). The Customer represents that it is (i) the entity which signed the Agreement or (ii) a wholly owned domestic subsidiary thereof. If it is a subsidiary, Customer further represents that it shall be bound by the Agreement with respect to this Rental Schedule and the Equipment rented hereunder to the same extent as its parent which signed the Agreement. This Rental Schedule shall become effective upon Customer's execution.

**Bill To:**
Account Name: GMAC Residential Mortgage
Address: 500 Enterprise Road
City: Horsham    State: PA
Zip Code: 19044    Contact: Linda Mitchell
Phone Number: 215-682-1775
Order Date: 11/14/05    Install Date:
Customer Internal Order #: AF008

**Ship To:**
Account Name: GMAC Residential Mortgage
Address: 701 NE Park Plaza Mall Suite 240
City: Vancouver    State: WA
Zip Code: 98684    Contact: Mark Scheller
Phone Number: 360-566-6404
Order Date: 11/14/05    Install Date:

Send To: Canon Financial Services, Inc., P.O. Box 4004, Carol Stream, IL 60197-4004

### DESCRIPTION OF EQUIPMENT
(1) ImageRunner 5570
(1) DADF Document Finisher 71, (3) Cassette A61

SLA04148

### SCHEDULE OF CHARGES

| TERM OF RENTAL # OF MONTHS | MONTHLY BASED MINIMUM | OPTIONAL SERVICE | COPIES INCLUDED |
|---|---|---|---|
| 36 | 296.51 | A. ☐ NO<br>B. ☒ YES | 5<br>EXCESS COPIES<br>Color From<br>Black & White From |

This Schedule is irrevocable and non-cancelable.

Supplies, such as paper, are available for purchase by Customer at Canon USA's prices as in effect from time to time.

This Schedule shall not become effective until it has been signed by a duly authorized representative of Canon USA.

CANON USA, INC.    CUSTOMER: GMAC Residential Mortgage
Authorized Signature / Date    Authorized Signature / Date
Printed Name, Title: Assistant Director Leasing/Financing    Printed Name, Title: Linda Mitchell, Senior Lease Program Manager

# Canon

SCHEDULE #: 26299

MASTER #: 117

## NATIONAL ACCOUNT
## FTR RENTAL SCHEDULE
## MASTER FIXED TERM RENTAL AGREEMENT

Canon U.S.A., Inc. ("Canon USA") agrees to rent to Customer named below the following Equipment to be installed at the location listed below, subject to all of the terms and conditions of the Master Fixed Term Rental Agreement which is incorporated herein by reference and is identified by the above Master No. (the "Agreement"). The Customer represents that it is (i) the entity which signed the Agreement or (ii) a wholly owned domestic subsidiary thereof. If it is a subsidiary, Customer further represents that it shall be bound by the Agreement with respect to this Rental Schedule and the Equipment rented hereunder to the same extent as its parent which signed the Agreement. This Rental Schedule shall become effective upon Customer's execution.

**Bill To:**
Account Name: GMAC Mortgage
Address: 500 Enterprise Road MC 190-500-148
City: Horsham    State: PA
Zip Code: 19044    Contact: Linda Mitchell
Phone Number: 215-682-1778
Order Date: 11/15/05    Install Date:
Corporate Internal Order #: 653.7

**Ship To:**
Account Name: GMAC Mortgage
Address: 9661 W. 143rd Street, Suite 210
City: Orland Park    State: IL
Zip Code: 60462    Contact: Sid Cooper
Phone Number: 708-349-7707
Order Date: 11/17/05    Install Date:

Send To: Canon Financial Services, Inc., P.O. Box 4004, Carol Stream, IL 60197-4004

## DESCRIPTION OF EQUIPMENT
Canon IR5570 Includes (1) DADF, (1) Finisher, (2) Cassette ABT

### SCHEDULE OF CHARGES

| TERM OF RENTAL # OF MONTHS | MONTHLY BASED MINIMUM | OPTIONAL SERVICE | COPIES INCLUDED |
|---|---|---|---|
| 36 | $244.51 | A. ☐ NO  B. ☒ YES | 0 |

EXCESS COPIES
Color    From    to
IR5570 Black & White    From    to    $.0069

SC60423

This Schedule is irrevocable and non-cancelable.

Supplies, such as paper, are available for purchase by Customer at Canon USA's prices as in effect from time to time.

This Schedule shall not become effective until it has been signed by a duly authorized representative of Canon USA.

CANON U.S.A., INC.
Authorized Signature    Date: 11/28/05
Susan V. [illegible], Director, Contracts Operations
Printed Name/Title

CUSTOMER: GMAC Mortgage
Authorized Signature    Date: 11/25/05
Linda Mitchell / Manager
Printed Name/Title

# Canon

MASTER #: 117
26920

## NATIONAL ACCOUNT
## PTR RENTAL SCHEDULE
## MASTER FIXED TERM RENTAL AGREEMENT

Canon U.S.A., Inc. ("Canon USA") agrees to rent to Customer named below the following Equipment to be installed at the location listed below, subject to all of the terms and conditions of the Master Fixed Term Rental Agreement which is incorporated herein by reference and is identified by the above Master No. (the "Agreement"). The Customer represents that it is (i) the entity which signed the Agreement or (ii) a wholly owned domestic subsidiary thereof. If it is a subsidiary, Customer further represents that it shall be bound by the Agreement with respect to this Rental Schedule and the Equipment rented hereunder to the same extent as its parent which signed the Agreement. This Rental Schedule shall become effective upon Customer's execution.

**Bill To:**
Account Name: GMAC Mortgage
Address: 500 Enterprise Road, #2 100-500-178
City: Horsham    State: PA
Zip Code: 19044    Contact: Linda Mitchell
Phone Number: 215-682-1775
Order Date: 11/7/06    Install Date: _____

**Ship To:**
Account Name: GMAC Mortgage
Address: 550 Appleton Street
City: Holyoke    State: MA
Zip Code: 01040    Contact: Pam Kresyn
Phone Number: (413) 322-1418
Order Date: 11/7/06    Install Date: _____

Customer Internal Order #: 68163    Issue To: Canon Financial Services, Inc., P.O. Box 4004, Carol Stream, IL 60197-4004

**DESCRIPTION OF EQUIPMENT**
Canon IR5570, Includes (1) DADF Doc Feeder, (1) Finisher,

SLQ06971

**SCHEDULE OF CHARGES**

| TERM OF RENTAL # OF MONTHS | MONTHLY BASED MINIMUM | OPTIONAL SERVICE | COPIES INCLUDED |
|---|---|---|---|
| 36 | $294.51 | A. ☐ NO (Initial Here) | 0 |
| | | B. ☒ YES (Initial Here) | EXCESS COPIES |
| | | | Color From $ |
| | | | IR5570 – $0.0145 |
| | | | Black & White From $ |

This Schedule is irrevocable and non-cancelable.

Supplies, such as paper, are available for purchase by Customer at Canon USA's prices as in effect from time to time.

This Schedule shall not become effective until it has been signed by a duly-authorized representative of Canon USA.

CANON USA, INC.    CUSTOMER: GMAC Mortgage
_____ 12/7/06    _____ 1/3/__
Authorized Signature    Date    Authorized Signature    Date
Preston W. Pesek, Assistant Division Operations Controller    Linda Mitchell, Banker
Printed Name/Title    Printed Name/Title

03/31/2006 13:04 FAX 7325217329        CANON! 3175KS        → FTRS        ☒006/009

SCHEDULE #: 27612
MASTER #: 117

# Canon

1-119

## NATIONAL ACCOUNT
## FTR RENTAL SCHEDULE
## MASTER FIXED TERM RENTAL AGREEMENT

q

Canon U.S.A., Inc. ("Canon USA") agrees to rent to Customer named below the following Equipment to be installed at the location listed below, subject to all of the terms and conditions of the Master Fixed Term Rental Agreement which is incorporated herein by reference and is identified by the above Master No. (the "Agreement"). The Customer represents that it is (i) the entity which signed the Agreement or (ii) a wholly owned domestic subsidiary thereof. If it is a subsidiary, Customer further represents that it shall be bound by the Agreement with respect to this Rental Schedule and the Equipment rented hereunder to the same extent as its parent which signed the Agreement. This Rental Schedule shall become effective upon Customer's execution.

**Bill To:**
Account Name: GMAC Mortgage
Address: 500 Enterprise Road MC 190-500-148
City: Horsham        State: PA
Zip Code: 19044    Contact: Linda Mitchell
Phone Number: 215-682-1726
Order Date: 3/29/06    Install Date:

**Ship To:**
Account Name: GMAC Mortgage
Address: 12209 East Mission Avenue, Suite 7 & 8
City: Spokane        State: WA
Zip Code: 99206    Contact: Alexis
Phone Number: 509-928-5472
Order Date: 3/29/06    Install Date:

Customer Internal Order #: 72287    Issue To: Canon Financial Services, Inc., P.O. Box 4004, Carol Stream, IL 60197-4004

### DESCRIPTION OF EQUIPMENT
Canon IR5570, Includes (1) DADF Doc Feeder, TJ Finisher.

### SCHEDULE OF CHARGES

| TERM OF RENTAL # OF MONTHS | MONTHLY BASED MINIMUM | OPTIONAL SERVICE | COPIES INCLUDED |
|---|---|---|---|
| 36 | $294.51 | A. ☐ NO  Initial Here<br><br>B. ☒ YES  Initial Here | 0<br><br>EXCESS COPIES<br>Color    From    @<br>IR5570    + $.0049<br>Black & White    From    @ |

This Schedule is irrevocable and non-cancelable.

Supplies, such as paper, are available for purchase by Customer at Canon USA's prices as in effect from time to time.

This Schedule shall not become effective until it has been signed by a duly-authorized representative of Canon USA.

CANON U.S.A., INC.
Authorized Signature    4/4/06    Date
Roseann V. Pusee/Assistant Director Contracts/Operations
Printed Name/Title

CUSTOMER: GMAC Mortgage
Authorized Signature    3/30/06    Date
Linda Mitchell / Buyer
Printed Name/Title

04/05/02

03/31/2006 FRI 13:16

05/05/2006 14:44 FAX 7325217529          CANON 3175MS          → FTRS          ☒002

SCHEDULE #: 27944
MASTER #: 117

# Canon

-126

## NATIONAL ACCOUNT
## FTR RENTAL SCHEDULE
## MASTER FIXED TERM RENTAL AGREEMENT

Canon U.S.A., Inc. ("Canon USA") agrees to rent to Customer named below the following Equipment to be installed at the location listed below, subject to all of the terms and conditions of the Master Fixed Term Rental Agreement which is incorporated herein by reference and is identified by the above Master No. (the "Agreement"). The Customer represents that it is (i) the entity which signed the Agreement or (ii) a wholly owned domestic subsidiary thereof. If it is a subsidiary, Customer further represents that it shall be bound by the Agreement with respect to this Rental Schedule and the Equipment rented hereunder to the same extent as its parent which signed the Agreement. This Rental Schedule shall become effective upon Customer's execution.

**Bill To:**
Account Name: GMAC Mortgage
Address: 500 Enterprise Road MC 190-500-148
City: Horsham          State: PA
Zip Code: 19044     Contact: Linda Mitchell
Phone Number: 215-682-1378
Order Date: 4/27/06     Install Date:
Customer Internal Order #: 73879

**Ship To:**
Account Name: GMAC Mortgage
Address: 535 Chestnut Street
City: Winnetka          State: IL
Zip Code: 60093     Contact: Wendy Shea
Phone Number: 847-441-6300
Order Date: 4/27/06     Install Date:

Send To: Canon Financial Services, Inc., P.O. Box 4004, Carol Stream, IL 60197-4004

JNC31542
SXE01272

### DESCRIPTION OF EQUIPMENT
Canon IR3220
1 Image Pass C1 v. 2, 1 Duplexing Auto Document feeder K1, 1 Cassette Feeding Unit X1, 1 Saddle Finisher N2

### SCHEDULE OF CHARGES

| TERM OF RENTAL # OF MONTHS | MONTHLY BASED MINIMUM | OPTIONAL SERVICE | COPIES INCLUDED |
|---|---|---|---|
| 36 | $360.60 | A. ☒ NO ___ Initial Here  B. ☒ YES ___ Initial Here | 0  EXCESS COPIES  IR3220 + $.0899  Color From @  IR3220 + $.0144  Black & White From @ |

This Schedule is irrevocable and non-cancelable.

Supplies, such as paper, are available for purchase by Customer at Canon USA's prices as in effect from time to time.

This Schedule shall not become effective until it has been signed by a duly-authorized representative of Canon USA.

CANON U.S.A., INC.                              CUSTOMER: GMAC Mortgage
_____ 5/8/06                          _____ 5/2/06
Authorized Signature  Date                      Authorized Signature  Date

Roopen M. Patel/Assistant Director Contracts/Operations    Linda Mitchell / Buyer
Printed Name/Title                                         Printed Name/Title

07/14/2006 14:30 FAX 7325217323    CANON 3175MS    → FTRS    ☒002/007/007
07/14/2006 09:24 FAX

SCHEDULE #: 28636
MASTER #: 117

# Canon

## NATIONAL ACCOUNT
## FTR RENTAL SCHEDULE
## MASTER FIXED TERM RENTAL AGREEMENT

Canon U.S.A., Inc. ("Canon USA") agrees to rent to Customer named below the following Equipment to be installed at the location listed below, subject to all of the terms and conditions of the Master Fixed Term Rental Agreement which is incorporated herein by reference and is identified by the above Master No. (the "Agreement"). The Customer represents that it is (i) the entity which signed the Agreement or (ii) a wholly owned domestic subsidiary thereof. If it is a subsidiary, Customer further represents that it shall be bound by the Agreement with respect to this Rental Schedule and the Equipment rented hereunder to the same extent as its parent which signed the Agreement. This Rental Schedule shall become effective upon Customer's execution.

**Bill To:**
Account Name: GMAC Commercial Finance
Address: 1290 Avenue of the Americas 3rd Floor
City: New York    State: NY
Zip Code: 10104    Contact: Christopher Smith
Phone Number: 212-884-7681
Order Date: 07/13/06    Install Date:

**Ship To:**
Account Name: GMAC Commercial Finance
Address: 3000 Town Center 2nd Floor
City: Southfield    State: MI
Zip Code: 48075    Contact: Catherine Peterson
Phone Number: 248-263-6217
Order Date: 7/13/06    Install Date:

Customer Internal Order #: _____    Issue To: Canon Financial Services, Inc., P.O. Box 4004, Carol Stream, IL 60197-4004

### DESCRIPTION OF EQUIPMENT
(2) Canon IR 5570
(2) T1 Finisher
(2) Multipdl Print Kit
(2) eCopy ScanStation
(2) Fax

SL024958
SL025012

### SCHEDULE OF CHARGES

| TERM OF RENTAL # OF MONTHS | MONTHLY BASED MINIMUM | OPTIONAL SERVICE | COPIES INCLUDED |
|---|---|---|---|
| 60 | 5767.08 | A. ☐ NO  Initial Here  B. ☒ YES  HM  Initial Here | 0  +  0.00 Color From @  1  + .0049 Black & White From @ EXCESS COPIES |

This Schedule is irrevocable and non-cancelable.

Supplies, such as paper, are available for purchase by Customer at Canon USA's prices as in effect from time to time.

This Schedule shall not become effective until it has been signed by a duly-authorized representative of Canon USA.

CANON U.S.A., INC.
Authorized Signature    Date: 7/17/06
Printed Name/Title: Roxanne Y. Ponce/Assistant Director Operations/Operations

CUSTOMER: GMAC Commercial Finance
Authorized Signature    Date: 7.14.06
Printed Name/Title: HEATHER LARSON — BUYER

04/02/02

07/14/2006 FRI 14:44    [TX/RX NO 5576]