EXHIBIT "B"

| Contract # | Model # | Serial # | Monthly Base Charge (Inc maint) | Total Click Charges Due | Total Months Due | mths | Grand Total | TOTAL | Street Address 1 | Street Address 2 | Equip City | Equip Sta | Equip Zip Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| xxx-xxxxxx9-015 | IR8500 | MPB09843 | $507.11 | $1,104.16 | 11/1/11 - 6/1/12 | 8 | $5,161.04 | $6,682.37 | 3451 HAMMOND AVE | | WATERLOO | IA | '50702 |
| xxx-xxxxxx9-052 | IR6000 | NSN17732 | $411.71 | $0.00 | 11/1/11 - 6/1/12 | 8 | $3,293.68 | $4,528.81 | 826 BOYLSTON ST | | NEWTON | MA | '02467 |
| xxx-xxxxxx9-054 | IRC3200 & C1PRINT | MSK1686 & JFN07147 | $412.91 | $422.91 | 11/1/11 - 6/1/12 | 8 | $3,726.19 | $4,964.92 | 6 WALNUT GROVE DR 3RD FL | | HORSHAM | PA | '19044 |
| xxx-xxxxxx9-062 | IR8500 | MNE10502 | $378.00 | $0.00 | 11/1/11 - 6/1/12 | 8 | $3,024.00 | $4,158.00 | 3451 HAMMOND AV | | WATERLOO | IA | '50702 |
| xxx-xxxxxx9-064 | IRC3220 | JNC02025 | $491.72 | $0.00 | 11/1/11 - 6/1/12 | 8 | $3,933.76 | $5,408.92 | 3100 S. GESSNER, SUITE 450 | | HOUSTON | TX | '77063 |
| xxx-xxxxxx9-065 | IR5000 | MPL77658 | $247.75 | $0.00 | 11/1/11 - 6/1/12 | 8 | $1,982.00 | $2,725.25 | 150 BROAD STREET | | NASHUA | NH | '03063 |
| xxx-xxxxxx9-082 | IR5000 | MPL79572 | $191.13 | $0.00 | 11/1/11 - 6/1/12 | 8 | $1,529.04 | $2,102.43 | 38 PORTSMOUTH AVE | | STRAHAM | NH | '0388S |
| xxx-xxxxxx9-083 | IRC3220 | JNC13012 | $269.14 | $34.68 | 11/1/11 - 6/1/12 | 8 | $2,187.80 | $3,019.54 | 3451 HAMMOND AVE | | WATERLOO | IA | '50702 |
| xxx-xxxxxx9-098 | IR5570 | SLQ04148 | $318.68 | $2.36 | 11/1/11 - 6/1/12 | 8 | $2,551.80 | $3,507.84 | 201 NE PARK PLAZA NE | | VANCOUVER | WA | '98684 |
| xxx-xxxxxx9-101 | IR5570 | SLQ04239 | $312.92 | $0.00 | 11/1/11 - 6/1/12 | 8 | $2,503.36 | $3,442.12 | 9661 W 143RD STREET STE 200 | | ORLAND PARK | IL | '60462 |
| xxx-xxxxxx9-103 | IR5570 | SLQ06971 | $312.92 | $0.00 | 11/1/11 - 6/1/12 | 8 | $2,503.36 | $3,442.12 | 580 APPLETON STREET | | HOLYOKE | MA | '01040 |
| xxx-xxxxxx9-119 | IR5570 | SLQ20285 | $320.14 | $0.00 | 11/1/11 - 6/1/12 | 8 | $2,561.12 | $3,521.54 | 12209 EAST MISSION AVE | STE 7 & 8 | SPOKANE | WA | '99206 |
| xxx-xxxxxx9-126 | IRC3220 & C2PRINT | JNC31542 & SXE01272 | $87.63 | $0.00 | 11/1/11 - 6/1/12 | 8 | $701.04 | $963.93 | 538 CHESTNUT STREET | | WINNETKA | IL | '60093 |
| xxx-xxxxxx9-127 | IR5570 | SLQ24958 | $406.55 | $51.03 | 12/1/11 - 6/1/12 | 7 | $2,896.88 | $4,116.53 | 300 GALLERIA OFFICENTER | STE 201 | SOUTHFIELD | MI | '48075 |
| | | | $4,668.31 | $1,615.14 | | | $38,555.07 | $52,584.32 | | | | | |

| Contract # | Model # | Serial # | Monthly Base Charge (Inc maint) | Total Click Charges Due | Total Months Due | Mths | Grand Total | Street Address 1 | Street Address 2 | Equip City | Equip Stat | Equip Zip Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| xxx-xxxxxx9-015 | IR8500 | MPB09843 | $507.11 | $0.00 | 7/1/12 - 9/1/12 | 3 | $1,521.33 | 3451 HAMMOND AVE | | WATERLOO | IA | *50702 |
| xxx-xxxxxx9-052 | IR6000 | NSN17732 | $411.71 | $0.00 | 7/1/12 - 9/1/12 | 3 | $1,235.13 | 826 BOYLSTON ST | | NEWTON | MA | '02467 |
| xxx-xxxxxx9-054 | IRC3200 & C1PRINT | MSK1686 & JFN07147 | $412.91 | $0.00 | 7/1/12 - 9/1/12 | 3 | $1,238.73 | 6 WALNUT GROVE DR 3RD FL | | HORSHAM | PA | *19044 |
| xxx-xxxxxx9-062 | IR8500 | MNE10502 | $378.00 | $0.00 | 7/1/12 - 9/1/12 | 3 | $1,134.00 | 3451 HAMMOND AV | | WATERLOO | IA | *50702 |
| xxx-xxxxxx9-064 | IRC3220 | JNC02025 | $491.72 | $0.00 | 7/1/12 - 9/1/12 | 3 | $1,475.16 | 3100 S. GESSNER, SUITE 450 | | HOUSTON | TX | '77063 |
| xxx-xxxxxx9-065 | IR5000 | MPL77658 | $247.75 | $0.00 | 7/1/12 - 9/1/12 | 3 | $743.25 | 150 BROAD STREET | | NASHUA | NH | '03063 |
| xxx-xxxxxx9-082 | IR5000 | MPL79572 | $191.13 | $0.00 | 7/1/12 - 9/1/12 | 3 | $573.39 | 38 PORTSMOUTH AVE | | STRAHAM | NH | '03885 |
| xxx-xxxxxx9-083 | IRC3220 | JNC13012 | $269.14 | $24.32 | 7/1/12 - 9/1/12 | 3 | $831.74 | 3451 HAMMOND AVE | | WATERLOO | IA | *50702 |
| xxx-xxxxxx9-098 | IR5570 | SLQ04148 | $318.68 | $0.00 | 7/1/12 - 9/1/12 | 3 | $956.04 | 201 NE PARK PLAZA NE | | VANCOUVER | WA | '98684 |
| xxx-xxxxxx9-101 | IR5570 | SLQ04239 | $312.92 | $0.00 | 7/1/12 - 9/1/12 | 3 | $938.76 | 9661 W 143RD STREET STE 200 | | ORLAND PARK | IL | '60462 |
| xxx-xxxxxx9-103 | IR5570 | SLQ06971 | $312.92 | $0.00 | 7/1/12 - 9/1/12 | 3 | $938.76 | 580 APPLETON STREET | | HOLYOKE | MA | '01040 |
| xxx-xxxxxx9-119 | IR5570 | SLQ20285 | $320.14 | $0.00 | 7/1/12 - 9/1/12 | 3 | $960.42 | 12209 EAST MISSION AVE | SUITE 7 & 8 | SPOKANE | WA | '99206 |
| xxx-xxxxxx9-126 | IRC3220 & C2PRINT | JNC31542 & SXE01272 | $87.63 | $0.00 | 7/1/12 - 9/1/12 | 3 | $262.89 | 538 CHESTNUT STREET | | WINNETKA | IL | '60093 |
| xxx-xxxxxx9-127 | IR5570 | SLQ24958 | $406.55 | $0.00 | 7/1/12 - 9/1/12 | 3 | $1,219.65 | 300 GALLERIA OFFICENTER | STE 201 | SOUTHFIELD | MI | '48075 |
| | | | $4,668.31 | $24.32 | | | $14,029.25 | | | | | |