**Hearing Date: October 24, 2012 at 10:00 a.m. (ET)**
**Objection Deadline: October 17, 2012 at 4:00 p.m. (ET)**

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Gary S. Lee
Norman S. Rosenbaum

*Counsel for the Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**NOTICE OF ADJOURNMENT OF HEARING ON MOTION OF GERALD WIENER
FOR RELIEF FROM AUTOMATIC STAY AS TO GMAC MORTGAGE, LLC**

**PLEASE TAKE NOTICE** that the hearing on the Motion of Gerald Wiener for Relief from Automatic Stay to GMAC Mortgage, LLC [Docket No. 813], has been adjourned from September 27, 2012 to **October 24, 2012 at 10:00 a.m. (ET)**, to be heard before the Honorable Martin Glenn, United States bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004.

Dated: September 24, 2012
New York, New York

/s/ Norman S. Rosenbaum
Gary S. Lee
Norman S. Rosenbaum
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel for the Debtors and
Debtors in Possession*

sf-3198139