IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X
In re:                                            : Chapter 11
                                                  :
Residential Capital, LLC, et al.,                 : Case No. 12-12020 (MG)
                                                  :
Debtors.                                          : Jointly Administered
                                                  :
                                                  : Assigned to: Hon. Martin Glenn
                                                  : Bankruptcy Judge
---------------------------------------------------------------- X

## (PROPOSED) ORDER GRANTING MOTION OF KENNETH KRAL AND LISA STRICKER FOR RELIEF FROM AUTOMATIC STAY AS TO GMAC MORTGAGE, LLC AND EXECUTIVE TRUSTEE SERVICES, LLC

Upon the motion of Plaintiffs Kenneth Kral and Lisa Stricker for relief from the automatic stay as to debtor GMAC Mortgage, LLC and EXECUTIVE TRUSTEE SERVICES, LLC pursuant to 11 U.S.C. §362 in the case captioned *Kenneth L. Kral v. GMAC Mortgage LLC et al, Civ. No. CV12-01023 GW*, currently pending in the United States District Court for the Southern District of Florida:

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED.

2. The stay imposed by section 362 of the Bankruptcy Code is hereby modified to allow Plaintiff Christina Ulbrich to proceed to final judgment (including any appeals) on her Complaint against GMAC Mortgage, LLC.

Dated: _____, 2012                              _____
        New York, New York                                United States Bankruptcy Judge