**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x
In re:                                               :        Chapter 11
                                                     :
Residential Capital, LLC, <u>et</u> <u>al.</u>,     :        Case No. 12-12020 (MG)
                                                     :
                        Debtors.                     :        Jointly Administered
                                                     :
------------------------------------------------------------ x

**ORDER AUTHORIZING THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS TO EXCEED PAGE LIMIT FOR MOTION
OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR
ENTRY OF AN ORDER AUTHORIZING IT TO PROSECUTE
AND SETTLE CERTAIN CLAIMS ON BEHALF OF THE DEBTORS' ESTATES**

Upon the request of the Official Committee of Unsecured Creditors (the "**Committee**") of the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**") for entry of an order allowing the Committee's motion for entry of an order authorizing it to prosecute and settle certain claims on behalf of the Debtors' estates (the "**Standing Motion**") to exceed the twenty-five (25) page limit (the "**Page Limit**") for all memoranda contained in the Court's order establishing certain notice, case management and administrative procedures [Docket No. 141] (the "**Case Management Order**"); and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and this being a core proceeding pursuant to 28 U.S.C. § 157(b); and the Court having found that the relief requested is in the best interests of the Debtors' estates, their creditors, and other parties in interest, it is hereby

**ORDERED, ADJUDGED AND DECREED THAT**:

1. The request is GRANTED as set forth herein.

- 2 -

2. The Standing Motion may exceed the Page Limit set forth in the Case Management Order by no more than five (5) additional pages.

Dated: September 25, 2012
     New York, New York

                              **/s/Martin Glenn**
                            MARTIN GLENN
                    United States Bankruptcy Judge