**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | |
| | ) | |
| ------------------------------------------------------------- | ) | |

### ORDER DENYING MOTION FOR EXTENSION OF TIME TO TRAVEL TO NEW YORK FROM OUT OF STATE ON ALL HEARINGS DATED SEPTEMBER 27, 2012

Corla Jackson filed a motion that appears to seek an adjournment of all hearings scheduled for September 27, 2012. (ECF Doc. # 1517.) Jackson previously filed a motion, pursuant to 362(d), Bankruptcy Rule 4001, and Local Bankruptcy Rule 4001-1, to lift the stay in order to pursue an action pending in Alabama state court. (ECF Doc. # 856.) The motion was denied. (ECF Doc. # 1184.)

**ORDERED, ADJUDGED, AND DECREED THAT:**

1.  The Motion for Extension of Time to Travel to New York from Out of State on all

    Hearings Dated September 27, 2012 is DENIED

Dated:
       September 25, 2012
       New York, New York


       _____/s/Martin Glenn_____
              MARTIN GLENN
       United States Bankruptcy Judge