STEIN, WIENER & ROTH, LLP
One Old Country Road, Suite 113
Carle Place, New York 11514
Telephone: (516)742-1212
Facsimile: (516) 742-6595

*Attorneys for OneWest Bank, FSB.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| | Chapter: 11 |
| **RESIDENTIAL CAPITAL, LLC, <u>et al.</u>,** | |
| Debtors' | Jointly Administered |

-----------------------------------------------------------x

### <u>NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS</u>

PLEASE TAKE NOTICE that OneWest Bank, FSB, hereby appears by and through its counsel, Stein, Wiener & Roth, LLP ("**Counsel**"), pursuant to rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and 11 U.S.C. §§102(1), 342 and 1109(b), and request that all notices given in the cases and all papers served or required to be served in the cases, be given to and served upon Counsel at the following address:

> STEIN, WIENER & ROTH, LLP
> One Old Country Road, Suite 113
> Carle Place, New York 11514
> Telephone: (516)742-1212
> Facsimile: (516) 742-6595
> Attn: Pranali Datta, Esq.
> Email: <u>pdatta@hhstein.com</u>

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules, but also, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by email, delivery, telephone, telex or otherwise.

Dated: Carle Place, New York
       September 24, 2012

                                      Respectfully submitted,

                                      STEIN, WIENER & ROTH, LLP

By:_____
      Pranali Datta, Esq.
      STEIN, WIENER & ROTH, LLP
      One Old Country Road, Suite 113
      Carle Place, New York 11514
      Telephone: (516)742-1212
      Facsimile: (516) 742-6595

*Attorneys for OneWest Bank, FSB.*