Hearing Date: October 10, 2012 at 10:00 a.m. (ET)

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Gary S. Lee
Lorenzo Marinuzzi

*Counsel for the Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

## NOTICE OF ADJOURNMENT OF HEARING

**PLEASE TAKE NOTICE** that the following matters previously scheduled to be heard at the omnibus hearing on September 27, 2012 at 10:00 a.m. (prevailing Eastern Time) have been adjourned to **October 10, 2012 at 10:00 a.m. (prevailing Eastern Time)** (the "Hearing") and will be heard before the Honorable Martin Glenn, at the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), Alexander Hamilton Custom House, One Bowling Green, Room 501, New York, New York 10004:

a) Debtors' Motion for Entry of an Order Under Bankruptcy Code Section 363 and Bankruptcy Rule 6004 (I) Authorizing the Debtors to Compensate PricewaterhouseCoopers, LLP for Foreclosure Review Services in Furtherance of the Debtors' Compliance Obligations Under Federal Reserve Board Consent Order and (II) Reaffirming Relief Granting in the GA Servicing Order [Docket No. 1357] (the "PWC Motion");

b) Debtors' Application for an Order Under Section 327(e) of the Bankruptcy Code, Bankruptcy Rule 2014(a) and Local Rule 2014-1 Authorizing the Debtors to

1

ny-1059330

        Employ and Retain Pepper Hamilton LLP as Special Foreclosure Review Counsel for Bankruptcy Issues to the Debtors, *Nunc Pro Tunc* to May 14, 2012 [Docket No. 1426] the "Pepper Hamilton Retention Application"); and

    c)  Debtors' Application Under Section 327(e) of the Bankruptcy Code and Local Rule 2014-1 for Authorization to Employ and Retain Hudson Cook, LLP as Special Counsel to the Debtors, *Nunc Pro Tunc* to May 14, 2012 [Docket No. 1427] (the "Hudson Cook Retention Application", and together with the PWC Motion and the Pepper Hamilton Retention Application, the "Motions").

        **PLEASE TAKE FURTHER NOTICE** that a status conference on each of the Motions will be going forward at the omnibus hearing scheduled for **September 27, 2012 at 10:00 a.m. (prevailing Eastern Time)**.

Dated:  September 25, 2012
       New York, New York

                                          /s/ Gary S. Lee
                                          Gary S. Lee
                                          Lorenzo Marinuzzi
                                          MORRISON & FOERSTER LLP
                                          1290 Avenue of the Americas
                                          New York, New York 10104
                                          Telephone: (212) 468-8000
                                          Facsimile: (212) 468-7900

                                          *Counsel for the Debtors and*
                                          *Debtors in Possession*

ny-1059330