MORITT HOCK & HAMROFF LLP
Attorneys for Cal-Western Reconveyance Corporation
400 Garden City Plaza
Garden City, NY  11530
(516) 873-2000
Leslie A. Berkoff, Esq.
lberkoff@moritthock.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X

In re:                                                              Chapter 11
                                                                    Case No.  12-12020 (MG)

Residential Capital, LLC *et al.*,
                                                                    (Jointly Administered)

                          Debtors.
--------------------------------------------------------------X

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK          )
                           )ss:
COUNTY OF NASSAU           )

         Lori Gaetani, being duly sworn, deposes and says:

         I am not a party to the action, am over 18 years of age and reside in Nassau County, New York.

         On the 25th day of September, 2012, I served true copies of the Objection to the First Supplemental Notice of (i) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (ii) Cure Amounts Related Thereto via (1) email or fax, and (2) overnight mail, in a sealed envelope, with postage prepaid thereon, in an official depository of Federal Express within the State of New York prior to the latest time designated for overnight delivery: to wit:  6:00 p.m. within the State of New York, addressed to the last known address of the addressee(s) as indicated below:

Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY  10104
Attn:  Gary S. Lee, Esq. and Alexandra Steinberg Barrage, Esq.
Email:  glee@mofo.com
Email:  abarrage@mofo.com
*Attorneys for the Debtors*

Sidley Austin LLP
One South Dearborn
Chicago, IL 60603
Attn:  Jessica C.K. Boelter, Esq.
Email:  jboelter@sidley.com
*Attorneys for Nationstar*

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
Attn:  Kennth H. Eckstein, Esq. and Douglas H. Mannal, Esq.
Email:  keckstein@kramerlevin.com
Email:  dmannal@kramerlevin.com
*Attorneys to the Creditors' Committee*

Office of the United States Trustee
Southern District of New York
Attn:  Brian S. Masumoto, Esq.
33 Whitehall Street, 21st Floor
New York, NY  10004
Fax:  (212) 668-2255
*United States Trustee*

Munger, Tolles & Olson LLP
355 South Grand Avenue
Los Angeles, CA 90071
Attn:  Seth Goldman, Esq. and Thomas Walper, Esq.
Email:  seth.goldman@mto.com
Email:  thomas.walper@mto.com
*Attorneys for Berkshire Hathaway Inc.*

/s/ Lori Gaetani
Lori Gaetani

Sworn to before me this
25th day of September, 2012

/s/ Patricia M. Yates
Patricia M.Yates
Notary Public, State of New York
No. 01YA6077069
Qualified in Nassau County
Commission Expires 7/01/2014

356629v1