Douglas C. Wigley (*pro hac vice*)
**DESSAULES LAW GROUP**
2700 North Central Avenue, Suite 1250
Phoenix, Arizona 85004
Tel. 602.274.5400
Fax 602.274.5401
dwigley@dessauleslaw.com

*Attorney for Creditor Gregory Balensiefer*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| In re:<br><br>Residential Capital, LLC, *et al.*<br>Debtors. | Chapter 11<br>Case No.12-12020 (MG)<br>(Jointly Administered) |
|---|---|

**NOTICE OF HEARING**

**TO: All parties identified on the Monthly Service List (as defined in the Order Under Bankruptcy Code Sections 102(l), 105(a) and 105(d), Bankruptcy Rules 1015(c), 2002(m) and 9007 and Local Bankruptcy Rule 2002-2 Establishing Certain Notice, Case Management and Administrative Procedures entered by this Court on September 4, 2012 [Docket No. 1343]:**

PLEASE TAKE NOTICE that, on August 23, 2012, creditor Gregory Balensiefer ("Balensiefer"), by and through undersigned counsel, filed the *Motion for Clarification Regarding Relief from Automatic Stay* (the "Motion") [Docket No. 1244].

PLEASE TAKE FURTHER NOTICE that a hearing will be held on the Motion before the Honorable Martin Glenn, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, Courtroom 501, One Bowling Green, New York, New York 10004 (the "Court") on **October 24, 2012 at 10:00 a.m. (prevailing Eastern time)**.

PLEASE TAKE FURTHER NOTICE that any objections ("Objections") to the Motion must be in writing, conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and the Notice, Case Management, and Administrative Procedures approved by the Court [Docket No. 141], be filed electronically by registered users of the Court's electronic case filing system, and be served, so as to be received no later than **October 9, 2012 at 4:00 p.m. (prevailing Eastern time**).

PLEASE TAKE FURTHER NOTICE that any reply to objections shall be filed and served in the manner set forth above no later than **October 18, 2012 at 4:00 p.m. (prevailing Eastern time)**.

PLEASE TAKE FURTHER NOTICE that if no objections to the Motion are timely filed and served, the Court may enter an order granting the relief requested in the *Motion for Clarification Regarding Relief from Automatic Stay* without further notice or opportunity to be heard afforded to any party.

DATED this 25th day of September, 2012.
Phoenix, Arizona

By: /s/ Douglas C. Wigley
Douglas C. Wigley (*pro hac vice*)
DESSAULES LAW GROUP
2700 North Central Avenue, Suite 1250
Phoenix, Arizona 85004
Tel. 602.274.5400
dwigley@dessauleslaw.com