MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Gary S. Lee
Lorenzo Marinuzzi
Norman S. Rosenbaum

*Counsel for the Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------------------- )
In re:                                                ) Case No. 12-12020 (MG)
                                                      )
RESIDENTIAL CAPITAL, LLC, et al.,      ) Chapter 11
                                                      )
                                 Debtors.      ) Jointly Administered
----------------------------------------------------------------------------- )

## NOTICE OF ADJOURNMENT

**PLEASE TAKE NOTICE** that the hearing on the *Motion for Relief from Stay* filed on behalf of Kevin J. Matthews [Docket No. 1291] (the "Motion"), which was scheduled to be heard on September 27, 2012 at 10:00 a.m. ET, before the Honorable Martin Glenn, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004 has been adjourned.

**PLEASE TAKE FURTHER NOTICE** that the Debtors shall file a separate notice establishing a hearing date and reply deadline with respect to the Motion at a later date.

ny-1052816

Dated: September 25, 2012

/s/ Norman S. Rosenbaum
Gary S. Lee
Lorenzo Marinuzzi
Norman S. Rosenbaum
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel to the Debtors and
Debtors in Possession*

2

ny-1052816