UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

In re:   Residential Capital, LLC, et al.                    Case No.: 12-12020 (MG)

                                                             Chapter 11

                        Debtor.

_____x

# ORDER GRANTING ADMISSION TO PRACTICE, *Pro Hac Vice*

Upon the motion of Ellen K. Wolf to be admitted, ***pro hac vice***, to represent International Business Machines Corp., (the "Client") a creditor in the above referenced case and upon the movant's certification that the movant is a member in good standing of the bar in the State of California and the bar of the U.S. District Court for the Central District of California, it is hereby

**ORDERED**, that Ellen K. Wolf, Esq., is admitted to practice, ***pro hac vice***, in the above referenced case adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated:  **September 25, 2012**
        New York, New York            ___/s/Martin Glenn_____
                                      UNITED STATES BANKRUPTCY JUDGE