UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re:

RESIDENTIAL CAPITAL, LLC, et al.,

                              Debtors.
---------------------------------------------------------x

Chapter 11
Case No.: 12-12020 (MG)

(Jointly Administered)

STATE OF NEW YORK    )
                            ) ss.:
COUNTY OF NEW YORK  )

## AFFIDAVIT OF SERVICE

       Gwyneth Webster, being duly sworn, deposes and says:

       1.    I am not a party to the action, am over 18 years of age and reside in Brooklyn, New York.

       2.    On September 25, 2012, I served a copy of the **Objection of Canon Financial Services, Inc. to Debtors' Proposed Cure Amounts with Exhibits "A" and "B"** *via U.S. Mail*, in properly addressed envelopes, and deposited same in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York upon the parties on the attached service list.

                                                    /s/ Gwyneth Webster
                                                       Gwyneth Webster

Sworn to before me on this
25th day of September, 2012

/s/ Teresa Sadutto-Carley
Notary Public, State of New York
Reg # 02SA6204737
NY County, Exp. 4-20-2013

## SERVICE LIST

Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104
Attn: Larren M. Nashelsky, Esq.
Gary S. Lee, Esq.

Sidley Austin LLP
One South Dearborn
Chicago, Illinois 60603
Attn: Jessica C.K. Boelter

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
Attn: Kenneth H. Eckstein, Esq.
Douglas H. Mannal, Esq.

Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004
Attn: Brian Masumoto, Esq.

Munger, Tolles & Olson LLP
355 South Grand Avenue
Los Angeles, CA 90071
Attn: Seth Goldman, Esq.
Thomas Walper, Esq.