**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------x

In re: RESIDENTIAL CAPITAL, LLC,
      et al.,

                                     Debtor

Case No.: _12-12020_

Chapter _11_

--------------------------------------------------------------x

                                     Plaintiff

Adversary Proceeding No.: _____

               v.

                                     Defendant

--------------------------------------------------------------x

### MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

       I, _Paul J. Pascuzzi_____, request admission, ***pro hac vice***, before the Honorable _Martin Glenn_____, to represent _California Housing Finance Agency___, a _creditor_____ in the above-referenced ☑ case ☐ adversary proceeding.

       ***I certify that I am a member in good standing*** of the bar in the State of _California_____ and, if applicable, the bar of the U.S. District Court for the _Eastern_____ District of _California_____.

       I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: _09/25/2012_____

_____, New York

                         /s/ Paul J. Pascuzzi_____

                         *Mailing Address:*

                         Felderstein Fitzgerald, et al._____

                         400 Capitol Mall, Suite 1450_____

                         Sacramento, CA  95814_____

                         *E-mail address*: ppascuzzi@ffwplaw.com

                         *Telephone number*: (916) 329-7400_____