**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

In re: RESIDENTIAL CAPITAL, LLC,
    et al.,

                             Debtor

-------------------------------------------------------------x

                            Plaintiff

                        v.

                            Defendant

-------------------------------------------------------------x

Case No.: 12-12020

Chapter ___

Adversary Proceeding No.: _____

**ORDER GRANTING ADMISSION TO PRACTICE,** *PRO HAC VICE*

    Upon the motion of Paul J. Pascuzzi, to be admitted, *pro hac vice*, to represent California Housing Finance Agency, (the "Client") a creditor in the above referenced ☑ case ☐ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of California and, if applicable, the bar of the U.S. District Court for the Eastern District of California, it is hereby

    **ORDERED**, that Paul J. Pascuzzi, Esq., is admitted to practice, *pro hac vice*, in the above referenced ☑ case ☐ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____
_____, New York

/s/ _____
UNITED STATES BANKRUPTCY JUDGE