PAUL J. PASCUZZI – CA Bar No. 148810
(*Pro Hac Vice* Pending)
FELDERSTEIN FITZGERALD
WILLOUGHBY & PASCUZZI, LLP
400 Capitol Mall, Suite 1450
Sacramento, CA 95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435
Email: ppascuzzi@ffwplaw.com

Attorney for California Housing Finance Agency

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>RESIDENTIAL CAPITAL, LLC., et al.,<br><br>Debtors. | Case No. 12-12020 (MG)<br><br>Chapter 11<br><br>Jointly Administered) |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that Felderstein Fitzgerald Willoughby & Pascuzzi LLP (*pro hac vice* pending) hereby appears in the above-captioned cases pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") as counsel to California Housing Finance Agency ("CHFA"), a creditor and party in interest under Federal Rules of Bankruptcy Procedure 2002 and 9007, and requests that all notices given or required to be given and all papers served or required to be served in these cases be given to and served on:

> Paul J. Pascuzzi
> Felderstein Fitzgerald Willoughby & Pascuzzi LLP
> 400 Capitol Mall, Suite 1450
> Sacramento, CA 95814
> Telephone: 916/329-7400, ext. 222
> Facsimile: 916/329-7435
> Email: ppascuzzi@ffwplaw.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, statement of affairs,

operating reports, schedule of assets and liabilities, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, electronic mail, or otherwise, that (1) affects or seeks to affect in any way any rights or interest of any creditor or party in interest in this case, including CHFA, with respect to (a) the debtor, (b) property of the debtor's estate, or proceeds thereof, in which the debtor may claim an interest, or (c) property or proceeds thereof in the possession, custody, or control of others that the debtor may seek to use; or (2) requires or seeks to require any act, delivery of any property, payment or other conduct by CHFA.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Request for Service of Papers, and any subsequent pleading, claim or suit, is not intended nor shall be deemed to waive CHFA's (1) right to have final orders in non-core matters entered only after *de novo* review by a United States District Judge; (2) right to trial by jury in any proceeding so triable herein or any case, controversy, or proceeding related thereto; (3) right to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) any other rights, claims, actions, defenses, setoffs, or recoupments to which CHFA is or may be entitled to under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated:  September 25, 2012

                              FELDERSTEIN FITZGERALD
                              WILLOUGHBY & PASCUZZI LLP

                   By: */s/ Paul J. Pascuzzi*
                       PAUL J. PASCUZZI (*pro hac vice* pending),
                       Attorney for California Housing Finance Agency

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of September 2012, a copy of the foregoing **NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS** was sent to those receiving documents via the CM/ECF system and sent by first class mail, postage prepaid, to:

*Debtor*
Residential Capital, LLC
1177 Avenue of the Americas
New York, NY  10036

*Debtor's Counsel*
Anthony Princi, Gary S. Lee Joel C. Haims
Larren M. Nashelsky Lorenzo Marinuzzi
Norman Scott Rosenbaum, Todd M. Goren
**Morrison & Foerster**
1290 Avenue of the Americas
New York, NY  10104

*Debtor's Counsel*
Steven J. Reisman
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY  10178

*Counsel for*
*Wilmington Trust, National Association*
Debra Weinstein Minoff, Walter H. Curchack
Loeb & Loeb LLP
345 Park Avenue
New York, NY  10154

*Counsel for*
*Wilmington Trust, National Association, as Indenture Trustee for the Senior Unsecured Notes Issued by Residential Capital, LLC*
Sean A. O'Neal, Thomas J. Moloney
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY  10006

*Counsel for*
*HSBC Bank USA, National Association*
John Kibler
Allen & Overy
1221 Avenue of the Americas
New York, NY  10178

*U.S. Trustee*
United States Trustee
33 Whitehall Street, 21st Floor
New York, NY  10004

*Claims and Noticing Agent*
*Kurtzman Carson Consultants LLC*
Attn: James Le
2335 Alaska Avenue
El Segundo, CA  90245

*Counsel for*
*Official Committee of Unsecured Creditors*
Douglas Mannal
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY  10036

*Counsel for*
*Official Committee of Unsecured Creditors*
Steven S. Sparling
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY  10022

  */s/ Lori N. McCleerey*
Lori N. McCleerey