# EXHIBIT 1

# PAULA RUSH
http://paularush@comcast.net

## WEBSITES
paularush.com
loandatafinder.com

## BLOG
paularush.me

### PERSONAL BACKGROUND

I initiated my own case in Federal Court April 2007, *Rush v. American Home Mortgage, Inc.* **WMN-07-CV-0854** Shortly after filing my lender filed bankruptcy in August of 2007. After seeking relief from stay from the American Home bankruptcy, Sr. Judge William M. Nickerson issued two opinions upholding counts for fraud, unjust enrichment, violations of the Maryland Consumer Protection Act, Truth in Lending Act violations,[1] and in the second opinion added Real Estate Settlement Act violations.[2] After filing an equitable subordination motion[3] [4] against Deutsche Bank, Wells Fargo Bank, and Goldman Sachs in the AHM bankruptcy venue, the case was settled in mediation and the terms were sealed. I also sued my appraiser for fraudulent appraisal practices and that was settled out of court as well. As part of my case, I contacted Triad, who was the insurer on my loan, after discovering that lender paid mortgage insurance ("LPMI") was placed without disclosure in violation of The Homeowner Protection Act ("PMI ACT"). This led to cooperation with the insurer investigation conducted by Triad against American Home Mortgage.

### MY QUALIFICATIONS

I currently work as litigation support to lawyers in Georgia, California, New York, Virginia, Florida, and have worked in many other states. In the course of my work I find loans in securitization trusts and analyze the structure of those trusts both at inception and the current state of the trust. My work includes both affirmative lender litigation and defensive litigation to defend and stop foreclosure sales.

Since December 2006, I have been involved in research of the mortgage industry, securitization, and as an auditor/expert in affirmative actions against lenders, and defensive actions against foreclosures. I currently work with Attorneys all over the Country representing borrowers for loan origination and loan securitization audits. I have been involved in cases in Louisiana, Delaware, Maryland, Ohio, Florida, Virginia, Georgia, North Carolina, Hawaii, Oregon, California, New York, and District of Columbia. I consult with law firms in Georgia, Virginia, New York, Florida, Maryland, Delaware, District of Columbia, and California regarding affirmative lender litigation including strategy, research, and preparing pleadings, defense of mortgage foreclosure, deficiency judgments, short sales, and loan modification.

---

[1] http://law.justia.com/cases/federal/district-courts/maryland/mddce/1:2007cv00854/148269/45
[2] http://law.justia.com/cases/federal/district-courts/maryland/mddce/1:2007cv00854/148269/57
[3] http://dm.epiq11.com/AHM/Document/GetDocument/1429670
[4] http://dm.epiq11.com/AHM/Document/GetDocument/1199530

In the course of my work I have produced hundreds of audit reports in residential and commercial real estate mortgage investigations and am recognized by Attorneys as a leading mortgage expert and investigator and expert in the field.  I support attorneys prosecuting affirmative lender litigation including strategy, research, and preparing pleadings,  defense of mortgage foreclosure, deficiency judgments, short sales, and loan modification.

I prepare highly advanced loan and securitized analysis reports. Special expertise includes Pay-Option-Arm/ Pick-a-Pay loans, lender bankruptcies, analysis of securitized trust structure, best interest of investors test, and complex credit enhancements structures.

I have experience in identifying loan violations related to; false advertising, mortgage brokers practices, appraisal fraud, unmarketable titles, loan settlement practices, mortgage insurances,  predatory lending violations, predatory servicing practices, Federal and state law violations in several states and regulatory requirements. I gained substantially all my education through independent study and over six years of practical case specific experience which includes litigation against every major Wall Street Bank, small to large loan originators, all major servicers, and many FDIC insured banks.

## SPECIAL POSITIONS

**2007- 2010 Chairperson – Official Borrower's Committee**
AMERICAN HOME MORTGAGE HOLDINGS, INC., Case No. 07-11047

Committee Counsel
Stephen A. Weisbrod
Gilbert Oshinsky LLP
1100 New York Avenue, NW, Suite 700
Washington, DC 20005
T (202) 772-1962
F (202) 772-3962
weisbrods@gotofirm.com
www.gotofirm.com

I was nominated to serve as Chairperson of the Official Committee of Borrowers in the bankruptcy of American Home Mortgage  by AARP Managing Attorney, Rawle Andrews Esquire, **AARP Legal Counsel for the Elderly**, 601 E Street, NW, A4-410, Washington, D.C. 20049, and unanimously elected by the committee members, Mike  Roland, **Consumer Law Center**, P.A., 537 10th Street West, Bradenton, FL 34205,  Keith J. Keogh, Esquire, **Law Offices of Keith J. Keogh**, Ltd., 227West Monroe Street, Suite 2000, Chicago, IL 60606, Margaret Becker, Esquire, **Staten Island Legal Services**, 36 Richmond Terrace, Room # 205, Staten Island, NY 10301,  , Hope Del Carlo, Esquire, **Oregon Law Center**, 921 SW Washington Street, Suite 516, Portland, OR 97205.

In fact, I was the driving force behind the appointment of the committee after advocating for borrower rights for more than one year pro se.  In that role Rush I was instrumental in

2

protecting homeowner rights by ensuring 363(o) protections were included in all loan sales, and all mortgage files were protected and not destroyed, and many other important homeowner issues. The judge recognized my efforts repeatedly and commented on my efforts in many transcripts.

As Chairperson of the committee, I was instrumental obtaining numerous protections in the bankruptcy plan, including a plan ombudsman for borrowers to obtain loan files and obtain information on the holder of their note, mandated protection of documents, and special rights for homeowners to protect borrower rights to defend against foreclosures without consideration for the protection for American Home in the automatic stay, as well as many other protections.

The Committee was supported by the State of Maryland, Center for Responsible Lending, National Association of Consumer Advocates, Regional US Trustee Roberta DeAngelis, National Consumer Law Center in Washington DC, and others.


## TEACHING/TRAINING EXPERIENCE

I have been retained to train auditors and foreclosure defense attorneys in California, Virginia, Florida, and Georgia bringing over six years of practical experience as well as over 10,000 hours of research and study specifically relating to mortgage loan and securitization auditing.

I train auditors and attorneys on securitization, research and use of data mined from securitization, legal strategy, connecting agency relationships originators through securitization and research analytics such as investor best interest test, spread test, and chain of title research, how to identify and prove various frauds such as: Insurance fraud, appraisal fraud, origination fraud, broker fraud, securitization fraud, and aiding and abetting fraud and use of document exception reports to connect fabrication and false document production.

## RECENT TRAINING ENGAGEMENTS

**Salfi & Sprysenski, P.A.**
**11/2/2012 -**1 day advanced  training
Chris Sprysenski, Esq.
999 Douglas Avenue, Suite 3324
Altamonte Springs, FL 32714
407-774-2700 (T)  407-774-7308 (F)

**The Law Office of Mandy Pavlakos, P.A.**
1410 Lake Baldwin Lane, Suite A
Orlando, FL 32814
**Office Phone:**( 407)745-0801
**Fax:** (407)209-3807

**Law Offices of Lance Denha**

3

**11/1/2012 – 12/5/2012** – 6 week on location training for 2 lawyers- 2 auditors
3948 Coral Ridge Drive
Coral Springs, FL 33065
Office: 954-840-0770
Toll Free: 855-862-2223 ext 377
Fax: 855-856-2529

**Brown, Brown & Brown, P.C.**
**1/23/2012 & 1/24/2012** – 2 day lawyer training for 3 lawyers
Christopher Brown Esq.
R. Michael Smith Esq.
Miguel A. Vaca Esq.
6269 Franconia Road
Alexandria, Virginia 22310
Phone: 703.924.0223
Fax: 703.924.1586
brownfirm@lawyer.com
www.metrotriallaw.net
www.facebook.com/virginiaattorney

**Latin Law Group, LLC**
**1/27/2012** – 1 day advanced training for 3 lawyers and 5 auditors
Latrice Latin, Attorney
llatin@latinlawgroupllc.com
www.latinlawgroupllc.com
1455 Old Alabama Road
Suite 195-B
Roswell, GA 30076
Office: 678-890-5868
Fax: 678-853-2405

**Calomeni & Associates**
Dale Calomeni, Attorney
dacalomeni1@bellsouth.net
www.calomenilaw.com
1455 Old Alabama Road
Suite 195-B
Roswell, GA 30076
Office: 770-597-6112
Cell: 770-597-6111

## ATTORNEY REFERENCES

Nathan Fransen
Fransen and Molinaro, LLP
951.520.9684 – tel

951284.1089 – fax
www.fransenandmolinaro.com

Jacqulyn Mack
The Mack Law Firm Chartered
Trial and Appellate Lawyers
2022 Placida Road
Englewood, Florida 34224-5204
(941) 475. 7966 telephone
(941) 475. 0729 facsimile
Jacqulyn@MackLawFirm.org
Sarasota Office:
27 Fletcher Avenue
Sarasota, Florida 34237

Matthew Weidner PA
1229 Central Avenue,
St. Petersburg Florida 33705 Phone
 (727) 894-3159 Fax: (727) 213-6235
weidner@mattweidnerlaw.com

David Aker
Attorney at Law
23 Southern Road
Hartsdale, New York 10530
Tel. & Fax 914 674-1094
International Fax 914 479-5304
Cell 914 426-1775
daveaker@optonline.net

Vivian Houghton
Law Office of Vivian Houghton
800 North West St., 2nd Floor
Wilmington DE
Phone: 302-658-0518
Fax: 302-658-5731
Website: www.vivianhoughton.com
vivianhoughton@comcast.net

James Pokorny
Law Offices of James F. Pokorny, A P.C.
110 West "C" Street Suite 1504
San Diego, CA 92101-3907
Phone: 866-941-3385 (Toll Free) / 619-894-8321
Fax: 619-239-8141
James@jamespokornylaw.com

### RESEARCH & INVESTIGATIVE EXPERIENCE:

I attended the HOEPA meeting in Washington D.C. in 2007 and spoke at the hearing[5] and my written comments are available online.[6] I met a lawyer for the Federal Reserve at the HOEPA meeting in 2007 and was asked to submit my research to assist in a false advertising investigation by the Federal Reserve. The investigation led to the FTC sending warning letters to cease and desist deceptive advertising.[7]

June 18,2007 Docket # OP-1288 Federal Reserve Board HOEPA **Paula Rush.**
http://lenderliabilitylaw.com/. June 18,2007. Docket # OP-1288. Federal Reserve Board
HOEPA ...... Thank you,. **Paula Rush** signature. **Paula Rush.**
http://www.federalreserve.gov/SECRS/2007/July/20070726/OP-1288/OP-1288_18_1.pdf - -.

In 2007 I uncovered a large mortgage fraud scheme in California which I turned over the Los Angeles FBI (several homeowners and Mona Dobben were involved). I testified at a trial in the American Home Mortgage Bankruptcy for one of the victims, Mona Dobben, which led to a $100,000 judgment in her favor to be paid as a administrative priority claim[8] of $100,000 for aiding and abetting the mortgage broker in a fraud[9] and post petition conduct. American Home appealed.[10] After filing a motion for bond[11] to protect the judgment and a hearing on the matter a second order was entering granting the full payment of the previous order and the appeal was dropped by the Debtors.[12] The transcript of my testimony in this case was published by the Wall Street Journal.[13]

### Insurance Fraud Investigation with TRIAD in 2007-2008.

I initiated and participated in and insurance investigation with mortgage insurer TRIAD with fraud investigator John Murphy jmurphy@marcorconsult.com and Earl Wall ewall@tgic.com, Senior Vice President, Secretary and General Counsel

### CONTRIBUTOR -Financial Crisis Inquiry Committee Investigation

I was contacted by Dixie Noonan a member of the FCIC to share research related to the mortgage industry and securitization of loans.

### Federal Reserve Advertising Investigation – 2007

I participated in an investigation with The Federal Reserve Board regarding the advertising practices of lenders.

---

[5] http://www.federalreserve.gov/events/publichearings/hoepa/2007/20070614/transcript.pdf
[6] http://www.federalreserve.gov/SECRS/2007/July/20070726/OP-1288/OP-1288_18_1.pdf
[7] http://www.ftc.gov/opa/2007/09/mortsurf.shtm
[8] http://dm.epiq11.com/AHM/Document/GetDocument/1019292
[9] http://www.prweb.com/releases/2010/02/prweb3596764.htm
[10] http://dm.epiq11.com/AHM/Document/GetDocument/1005825
[11] http://dm.epiq11.com/AHM/Document/GetDocument/1103024
[12] http://dm.epiq11.com/AHM/Document/GetDocument/1151054
[13] http://online.wsj.com/public/resources/documents/amhome_transcript.pdf

**MEDIA**
**INTERVIEW IN BOOK *Life Inside the Great Mortgage Meltdown***

Author: NY TIMES Correspondent Edmund Andrews
http://www.businessinsider.com/author/edmund-andrews

I was interviewed and assisted in research for NY Times economic correspondent Edmund Andrews book *Life Inside the Great Mortgage Meltdown*.[14] Mr. Andrews wrote: *"Paula Rush was a single mother in Churchville, Maryland, not far from Baltimore, who had become a latter-day crusader in the mold of Erin Brockovich."*

**INTERVIEW WITH CBS ATLANTA**

Recently I was interviewed by CBS Atlanta[15] on the loan modification problems and robo-signed document problems.

**MEDIA and ARTICLES MENTIONS**

I have been interviewed or mentioned in articles in Dow Jones, Forbes, International Business Times, Newsday, Baltimore Sun, Bankruptcy Law Blog, Wall Street Journal, Netscape Money and Business, Yahoo Financial news, and others.

**DOCUMENTARY FILMS**

WINTON DUPONT FILMS – Documentary Film –not yet released. I was interviewed and acted as consultant, assisted in tracking loans in securitized trust for the film.

STUDIO LAMBERT – Documentary Film THE FLAW released in 2012
I was interviewed for a documentary film, *The Flaw*[16] and one of my audit clients, Steve Nahas was featured in the documentary film released this year. And I received special thanks in the credits.

STICKS + STONES STUDIO – Currently working on pilot for mortgage investigation show called: Can This House Be Saved?

**SUCCESS STORIES**

**Case Study #1- Mona Dobben - California**
Real Property: 38645 37th Street East Palmdale CA 93550

CASE: An elderly victim of mortgage fraud needed assistance which led to discovery of a large organized mortgage fraud ring in California. Rush investigated, turned the fraud ring

---

[14] http://www.amazon.com/Busted-Inside-Great-Mortgage-Meltdown/dp/0393067947
[15] http://paularush.me/
[16] http://www.theflawmovie.com/

information over the FBI in Los Angeles and after a one day trial and testimony of Rush, the elder was awarded a judgment of $100,000. The bank appealed. Rush assisted the lawyer in the appeal and filing a motion for bond, which led to a full settlement paid.

### TESTIMONY IN DOBBEN CASE
***Wall Street Journal***
http://online.wsj.com/public/resources/documents/amhome_transcript.pdf

### Case Study #2– (Name and Address Redacted) - North Carolina

By the time Rush got involved the homeowner had endured more than two years of failed attempts to get a pay option loan modified. She filed personal bankruptcy represented by leading expert Max Gardner's brother Bill Gardner which did not resolve her loan issues. After numerous failed attempts to obtain a resolution, Rush found the loan in a Bear Stearns securitized trust and identified Radian as the insurer. After communicating this information the homeowner contacted the insurer, explained the circumstances as set forth in the RUSH audit, and in 20 minutes Radian modified to a payment that homeowner could afford reduced from a $1700 per month pay option arm to a $700 per month fixed rate loan.

### Case Study #3 – Vito & Sherri D'Ambrosio - California
Real Property: 6942 Firmament Ave Los Angeles CA 91406

The homeowner's were saddled with a large second mortgage with GMAC for more than $280,000 which made their home substantially upside down and could not afford the payments. Due to my investigation and research, a payoff for 10 cents on the dollar was negotiated and a full release of the second lien.

### Case Study #4 – ( Name and Adress Redacted) - Virginia

During the boom, like many others, the client's purchased numerous properties which all became upside down in value after the real estate bust. One by one we negotiated short sales and resolved every property and fought deficiency payment request. The investigations found insurers such as PMI Group, were attempting to demanded the deficiency even though the insurance was undisclosed the borrower in violation of the Homeowner Protection Act of 1998. They backed off when challenged and the short sale approved. The client's joined the equitable subordination motion filed by Paula Rush in the American Home Bankruptcy and
During mediation the Judge allowed Rush to speak on their behalf as well. This led to a resolution of a pay option arm loan on their primary residence. Settlement is sealed.

### Case Study #5- Paula Rush - Maryland
### Real Property: 2651 Peery Drive Churchville Md. 21028

I filed, pro se, an affirmative action in Greenbelt Maryland District Court. Senior Federal Judge William Nickerson upheld 3 TILA violations, 2 RESPA violations, unjust enrichment claims, fraud, and violations of the Maryland Consumer Protection Act. Before that case went to trial, I settled the case in the Delaware bankruptcy case of American Home Mortgage after

8

filing an equitable subordination motion against American Home Mortgage (all corporate entities), the CEO Michael Strauss, and securitization partners, Goldman Sachs, Deutsche Bank, Wells Fargo. All dockets available on EPIQ Systems. The settlement is sealed.

### Case Study #6 – Steve Nahas – Florida
360 Horse Creek Unit 107 Naples Florida 34110

After Washington Mutual repeatedly failed to assist the homeowner with a loan modification, Rush found that TRIAD was the insurer and the insurer intervened between the servicer and the homeowner to facilitate a loan modification. In the end the client decided to reorganize all of his properties in a Chapter 11 reorganization and Rush is a consultant in that ongoing case.

### Case Study #7 – Alex Ryan Yamamura –California
Real Property: 650 Sinaloa Rd., Simi Valley, CA 93065

I was instrumental in negotiations with EMC Mortgage/Bear Stearns which agreed to a deed in lieu of foreclosure to unwind a fraudulent transaction and removed the negative credit reporting. However, after one year JP Morgan took over Bear Stearns and placed the negative credit reporting back on the credit report. Borrower sued and the matter was settled in mediation for $100,000 and the credit report was cleared again. Rush participated in all aspects of the case.

### Case Study #8 – Roger Humbarger
Real Property: 26870 SW. Petes Mountain Road West Linn, OR 97068-9510

My audit was instrumental in stopping a foreclosure sale for an elder in Oregon. Rush suggested the attorney use Elder Abuse statutes and the securitization analysis and loan audit which was successful in obtaining a TRO in Federal Court. Litigation is still pending.

### Loan and Securitization Auditing
Hundreds of completed audits on loans and securitization trusts 2006-2012 uncovering double sold loans, insurance fraud, Federal and State law violations, and fraud which has led to settlements, judgments, and protection of homeowner property.

### CONTRIBUTOR -Financial Crisis Inquiry Committee Investigation
Rush was contacted by Dixie Noonan a member of the FCIC to share research related to the mortgage industry and securitization of loans.

### A FEW SUCCESS STORIES

### Case Study #1- Mona Dobben - California
Real Property: 38645 37th Street East Palmdale CA 93550

CASE: An elderly victim of mortgage fraud needed assistance which led to discovery of a large organized mortgage fraud ring in California. Rush investigated, turned the fraud ring information over the FBI in Los Angeles and after a one day trial and testimony of Rush, the elder was awarded a judgment of $100,000. The bank appealed. Rush assisted the lawyer in the appeal and filing a motion for bond, which led to a full settlement paid.

**TESTIMONY IN DOBBEN CASE**

*Wall Street Journal*

http://online.wsj.com/public/resources/documents/amhome_transcript.pdf

### Case Study #2– (Name and Address Redacted) - North Carolina

After the homeowner had endured more than two years of failed attempts to get a pay option loan modified, a personal bankruptcy, and numerous failed attempts to obtain a resolution, Rush found the loan in a Bear Stearns securitized trust and identified Radian as the insurer. After contacting the insurer and explaining the circumstances, the loan was modified to a payment that homeowner could afford reduced from a $1700 per month pay option arm to a $700 per month fixed rate loan.

### Case Study #3 – Vito & Sherri D'Ambrosio - California
Real Property: 6942 Firmament Ave  Los Angeles CA  91406

The homeowner's were saddled with a large second mortgage with GMAC for more than $280,000 which made their home substantially upside down and could not afford the payments. Due to Rush investigation and research, a payoff for 10 cents on the dollar was negotiated and a full release of the second lien.

### Case Study #4 – ( Names & Address Redacted) - Virginia

During the boom, like many others, the client's purchased numerous properties which all became upside down in value after the real estate bust. One by one we negotiated short sales and resolved every property and fought deficiency payment request. The investigations found insurers such as PMI Group, were attempting to demanded the deficiency even though the insurance was undisclosed the borrower in violation of the Homeowner Protection Act of 1998. They backed off when challenged and the short sale approved. The client's joined the equitable subordination motion filed by Paula Rush in the American Home Bankruptcy and
During mediation the Judge allowed Rush to speak on their behalf as well. This led to a resolution of a pay option arm loan on their primary residence. Settlement is sealed.

### Case Study #5- Maryland
### Real Property: 2651 Peery Drive Churchville Md. 21028

Rush, pro se, filed an affirmative action in Greenbelt Maryland District Court. Senior Federal Judge William Nickerson upheld 3 TILA violations, 2 RESPA violations, unjust enrichment claims, fraud, and violations of the Maryland Consumer Protection Act. Before that case went to trial, I settled the case in the Delaware bankruptcy case of American Home Mortgage after filing an equitable subordination motion against American Home Mortgage (all

corporate entities), the CEO Michael Strauss, and securitization partners, Goldman Sachs, Deutsche Bank, Wells Fargo. All dockets available on EPIQ Systems. The settlement is sealed.

### Case Study #6 – Steve Nahas – Florida
360 Horse Creek Unit 107 Naples Florida 34110

After Washington Mutual repeatedly failed to assist the homeowner with a loan modification, Rush found that TRIAD was the insurer and the insurer intervened between the servicer and the homeowner to facilitate a loan modification. In the end the client decided to reorganize all of his properties in a Chapter 11 reorganization and Rush is a consultant in that ongoing case.

### Case Study #7 – Alex Ryan Yamamura –California
Real Property: 650 Sinaloa Rd., Simi Valley, CA 93065

Rush was instrumental in negotiations with EMC Mortgage/Bear Stearns which agreed to a deed in lieu of foreclosure to unwind a fraudulent transaction and removed the negative credit reporting. However, after one year JP Morgan took over Bear Stearns and placed the negative credit reporting back on the credit report. Borrower sued and the matter was settled in mediation for $100,000 and the credit report was cleared again. Rush participated in all aspects of the case.

### Case Study #8 – Roger Humbarger
Real Property: 26870 SW. Petes Mountain Road West Linn, OR 97068-9510

Rush was instrumental in stopping a foreclosure sale for an elder in Oregon, and using the securitization analysis and loan audit a TRO was granted in Federal Court in this case, litigation is still pending.