# EXHIBIT 2

## SCHEDULE F

## PURCHASE PRICE SCHEDULE

For Purchase Price calculation as of December 31, 2011, see limited example below:

**Purchase Price Calculation with Deficiency Multiplier (Example Only)**

| | a | b | c | d | e | f | g | h | i |
|---|---|---|---|---|---|---|---|---|---|
| | Whole Loan Bucket | Bucket Count | Bucket UPB | Mortgage Files w Exceptions | Base Px(%) | Base Px ($) c x e | Doc Deficiency % d / b | Doc Deficiency Multiplier | Adjusted Purchase Px h x f |
| 1 | | | | | | | | | |
| 2 | | | | | | | | | |
| 3 | Performing First Lien | 30 | $ 7,500,000 | 3 | 49.20% | $ 3,690,000 | 10% | 1.021 | |

**Exception Report**

| | Loan Number | Doc Type | Description |
|---|---|---|---|
| 4 | | | |
| 5 | 472378546 | MODF | Missing Mod Doc |
| 6 | 472378546 | ASN5 | Unrecorded Original |
| 7 | 472378546 | NOTE | Missing Deed/Note |
| 8 | 11011353 | ASN3 | Unrecorded Original |
| 9 | | | |
| 10 | 511946204 | TPOL | Missing Doc |
| 11 | 511946204 | NOTE | Missing Deed/Note |
| 12 | Total Exceptions | 6 | |
| 13 | Loans with Exceptions | 3 | |

**Full Multiplier Scale**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 14 | | | | | | | | | |
| 15 | MLD % Deficient | <=6% | 8% | 10% | 12% | 15% | 18% | 20% | 22% | >=24% |
| 16 | PP Multiplier | | | 1.02 | | BASE PX (1.00) | | | | |
| 17 | Performing First Lien | $3,811,770 | $ 3,797,010 | $ 3,767,490 | $ 3,737,970 | $ 3,690,000 | $ 3,612,510 | $ 3,549,780 | $ 3,498,120 | $ 3,457,530 |