# EXHIBIT 9

# HAMP SERVICER PERFORMANCE

## Treasury Report

SOURCE: http://www.treasury.gov/initiatives/financial-stability/results/MHA-Reports/Documents/HAMP_Activity_by_Servicer_June.pdf

## HAMP Application Activity by Servicer As of June 2012

| Servicer Name | Servicer Activity Report Since May 2012 | | | | Program-to-Date | | | |
|---|---|---|---|---|---|---|---|---|
| | # Requests Received 1 | # Requests Processed 3 | # Requests Approved 4 | # Requests Denied 5 | # Requests Received 2 | # Requests Processed 3 | # Requests Approved 4 | # Requests Denied 5 |
| Aurora Loan Services LLC | - | - | - | - | [illegible] | [illegible] | [illegible] | [illegible] |
| Bank of America, NA6 | 16,313 | 6,456 | 1,831 | 4,625 | [illegible] | [illegible] | [illegible] | [illegible] |
| BankUnited | (7,418) | (2,242) | (1,857) | (385) | [illegible] | [illegible] | [illegible] | [illegible] |
| Bayview Loan Servicing, LLC | (2,985) | (3,537) | 427 | (3,964) | [illegible] | [illegible] | [illegible] | [illegible] |
| Carrington Mortgage Services, LLC | 606 | 345 | 213 | 132 | [illegible] | [illegible] | [illegible] | [illegible] |
| CCO Mortgage, a division of RBS Citizens NA | 460 | 590 | 262 | 328 | [illegible] | [illegible] | [illegible] | [illegible] |
| CitiMortgage Inc | 85,103 | 6,590 | 4,807 | 1,783 | [illegible] | [illegible] | [illegible] | [illegible] |
| GMAC Mortgage, LLC | 5,421 | 1,033 | 819 | 214 | [illegible] | [illegible] | [illegible] | [illegible] |
| Green Tree Servicing LLC | 1,810 | 748 | 348 | 400 | [illegible] | [illegible] | [illegible] | [illegible] |
| Homeward Residential7 | 1,506 | 1,140 | 38 | 1,102 | [illegible] | [illegible] | [illegible] | [illegible] |
| iServe Residential Lending, LLC | - | - | - | - | [illegible] | [illegible] | [illegible] | [illegible] |
| iServe Servicing, | 4 | 2 | - | 2 | [illegible] | [illegible] | [illegible] | [illegible] |

subtracting it from the previous month's survey. This calculation may at times result in large fluctuations in monthly activity, including negative numbers, due to servicing transfers or servicer corrections to prior reporting methodology. Note that Requests Processed, Requests Approved, and Requests Denied in any given month may be related to Requests Received in prior months.

2 "Requests Received" is the total number of HAMP mortgage modification requests received, calculated as the sum of the following from the Monthly Servicer Survey: Initial Packages Received and Being Evaluated; Packages Evaluated, Incomplete and Notice Sent; Packages Evaluated, Complete and Borrower Ineligible; and Packages Evaluated, Complete and Trial Offers Sent.

3 "Requests Processed" is the total number of the HAMP mortgage modifications approved or denied and communicated to the Borrower by the Servicer, calculated as the sum of the following from the Monthly Servicer Survey: Packages Evaluated, Complete and Borrower Ineligible; and Packages Evaluated, Complete and Trial Offers Sent. HAMP mortgage modification requests evaluated and denied due to insufficient documentation (Packages Evaluated, Incomplete and Notice Sent) are excluded.

4 "Requests Approved" is the total number of HAMP mortgage modification requests approved, calculated as Packages Evaluated, Complete, and Trial Offers Sent. Note that all "Requests Approved" do not become Active Trials because some borrowers do not accept the trial or fail to make the first trial payment.

7 Formerly American Home Mortgage Servicing, Inc.

8 JPMorgan Chase Bank, NA includes EMC Mortgage Company.

9 Ocwen Loan Servicing, LLC includes Litton Loan Servicing LP.

10 Wells Fargo Bank, NA includes Wachovia Mortgage FSB.

11 Includes servicers that are no longer actively participating in the survey process or whose Servicer Participation Agreement has been terminated. These servicers no longer submit a survey, and their results only reflect previous periods when the survey questions were not as extensive as current surveys (e.g. #Requests Denied was not a component of earlier surveys).

| Servicer Name | # Requests Received 2 | # Requests Processed 3 | # Requests Approved 4 | # Requests Denied 5 | # Requests Received 2 | # Requests Processed 3 | # Requests Approved 4 | # Requests Denied 5 |
|---|---|---|---|---|---|---|---|---|
| Aurora Loan Services LLC | - | - | - | - | 77,378 | 75,605 | 55,505 | 20,100 |
| Bank of America, NA6 | 16,313 | 6,456 | 1,831 | 4,625 | 1,050,407 | 814,002 | 543,689 | 270,313 |
| BankUnited | -7,418 | -2,242 | -1,857 | -385 | 3,559 | 2,542 | 2,108 | 434 |
| Bayview Loan Servicing, LLC | -2,985 | -3,537 | 427 | -3,964 | 11,522 | 8,499 | 6,690 | 1,809 |
| Carrington Mortgage Services, LLC | 606 | 345 | 213 | 132 | 21,778 | 19,912 | 7,084 | 12,828 |
| Citizens NA | 460 | 590 | 262 | 328 | 15,403 | 8,179 | 2,694 | 5,485 |
| CitiMortgage Inc | 85,103 | 6,590 | 4,807 | 1,783 | 353,782 | 274,985 | 210,862 | 64,123 |
| GMAC Mortgage, LLC | 5,421 | 1,033 | 819 | 214 | 267,818 | 249,706 | 88,838 | 160,868 |
| Green Tree Servicing LLC | 1,810 | 748 | 348 | 400 | 62,231 | 47,414 | 19,880 | 27,534 |
| Homeward Residential7 | 1,506 | 1,140 | 1,102 | 38 | 134,631 | 80,800 | 45,928 | 34,872 |
| iServe Residential Lending, LLC | - | - | - | - | 4 | 3 | 1 | 2 |
| iServe Servicing, Inc. | 4 | 2 | 2 | - | 74 | 31 | 13 | 18 |
| JPMorgan Chase Bank, NA8 | -865 | 5,031 | 2,679 | 2,352 | 795,219 | 531,229 | 356,544 | 174,685 |
| Marix Servicing LLC | 1,511 | -1,940 | 287 | -2,227 | 1,893 | 1,106 | 459 | 647 |
| Midland Mortgage Co. | 323 | 158 | 17 | 141 | 39,808 | 30,214 | 3,489 | 26,725 |
| National City Bank | 28,345 | 27,402 | 8,482 | 18,920 | 29,793 | 27,812 | 26,164 | 1,648 |
| Nationstar Mortgage LLC | 726 | 78 | 22 | 56 | 156,800 | 151,965 | 49,712 | 102,253 |
| Navy Federal Credit Union | 23,085 | 17,635 | 1,618 | 16,017 | 6,079 | 2,050 | 1,069 | 981 |
| Ocwen Loan Servicing, LLC9 | 9,954 | 6,481 | 682 | 5,799 | 348,881 | 248,272 | 99,849 | 148,423 |
| OneWest Bank | 10 | 13 | 2 | 11 | 165,010 | 117,113 | 80,265 | 36,848 |
| ORNL Federal Credit Union | 81 | 119 | 68 | 51 | 334 | 166 | 30 | 136 |
| PennyMac Services, LLC | 9 | - | - | - | 5,212 | 5,010 | 2,149 | 2,861 |
| PNC Bank, National Association | -204 | 1 | - | 1 | 495 | 183 | 22 | 161 |
| Quantum Servicing Corporation | 426 | 126 | 31 | 95 | 1,244 | 691 | 85 | 606 |
| Residential Credit Solutions, Inc. | 107 | 106 | 18 | 88 | 10,175 | 8,183 | 1,899 | 6,284 |
| Saxon Mortgage Services, Inc. | 2,289 | 259 | 210 | 49 | 86,223 | 70,795 | 45,119 | 25,676 |
| Select Portfolio Servicing, Inc. | -1,267 | 3,753 | -205 | 3,958 | 99,741 | 77,557 | 72,119 | 5,438 |
| Specialized Loan Servicing LLC | 267 | 1,734 | 139 | 1,595 | 12,009 | 7,803 | 1,244 | 6,559 |
| U.S. Bank National Association | 9,902 | 6,263 | 2,612 | 3,651 | 71,400 | 43,812 | 19,041 | 24,771 |
| Wells Fargo Bank, NA10 | - | - | - | - | 636,280 | 443,413 | 307,499 | 135,914 |
| Other Servicers11 | - | - | - | - | 6,582 | 6,330 | 4,929 | 1,401 |
| TOTAL | 175,519 | 78,344 | 23,550 | 54,794 | 4,471,765 | 3,355,382 | 2,054,979 | 1,300,403 |

| Servicer | Loans | Offers Extended | Offers as Percent of Eligible | Mods Started | Mods as Percent of Eligible |
|---|---|---|---|---|---|
| National City Bank | 37,126 | 92 | 0% | 4 | 0% |
| Home Loan Services | 33,193 | 0 | 0% | 0 | 0% |
| RG Mortgage Corporation | 3,309 | 72 | 2% | 0 | 0% |
| Wachovia Mortgage, FSB | 62,852 | 2,028 | 3% | 1,356 | 2% |
| Bayview Loan Servicing | 4,425 | 225 | 5% | 148 | 3% |
| Carrington Mortgage Services | 14,128 | 988 | 7% | 597 | 4% |
| Green Tree Servicing | 5,228 | 451 | 9% | 209 | 4% |
| CCO Mortgage | 3,818 | 402 | 11% | 237 | 6% |
| Ocwen Financial Corporation | 55,516 | 6,502 | 12% | 2,517 | 5% |
| Wells Fargo Bank | 329,085 | 38,673 | 12% | 20,219 | 6% |
| Bank of America | 796,467 | 99,649 | 13% | 27,985 | 4% |
| Wilshire Credit Corporation | 3,411 | 621 | 18% | 20 | 1% |
| Select Portfolio Servicing | 57,450 | 11,404 | 20% | 1,849 | 3% |
| CitiMortgage | 185,418 | 38,673 | 21% | 27,571 | 15% |
| Residential Credit Solutions | 1,304 | 301 | 23% | 265 | 20% |
| J.P. Morgan Chase Bank | 394,075 | 117,259 | 30% | 79,304 | 20% |
| GMAC Mortgage | 61,326 | 20,924 | 34% | 12,540 | 20% |
| Aurora Loan Services | 72,838 | 25,965 | 36% | 15,320 | 21% |
| Saxon Mortgage Services | 84,130 | 30,817 | 37% | 21,130 | 25% |
| Nationstar Mortgage | 25,690 | 11,443 | 45% | 4,854 | 19% |



MAKING HOME AFFORDABLE

## HAMP Application Activity by Servicer[1]
### As of June 2012

| Servicer Name | Activity Reported Since May 2012 Report | | | Program-to-Date | | | |
|---|---|---|---|---|---|---|---|
| | # Requests Received[2] | # Requests Processed[3] | # Requests Approved[4] | # Requests Denied[5] | # Requests Received[2] | # Requests Processed[3] | # Requests Approved[4] | # Requests Denied[5] |
| Aurora Loan Services LLC | - | - | - | - | 77,378 | 75,605 | 55,505 | 20,100 |
| Bank of America, NA[6] | 16,313 | 6,456 | 1,831 | 4,625 | 1,050,407 | 814,002 | 543,689 | 270,313 |
| BankUnited | (7,418) | (2,242) | (1,857) | (385) | 3,559 | 2,542 | 2,108 | 434 |
| Bayview Loan Servicing, LLC | (2,985) | (3,537) | 427 | (3,964) | 11,522 | 8,499 | 6,690 | 1,809 |
| Carrington Mortgage Services, LLC | 606 | 345 | 213 | 132 | 21,778 | 19,912 | 7,084 | 12,828 |
| CCO Mortgage, a division of RBS Citizens NA | 460 | 590 | 262 | 328 | 15,403 | 8,179 | 2,694 | 5,485 |
| CitiMortgage Inc | 85,103 | 6,590 | 4,807 | 1,783 | 353,782 | 274,985 | 210,862 | 64,123 |
| GMAC Mortgage, LLC | 5,421 | 1,033 | 819 | 214 | 267,818 | 249,706 | 88,838 | 160,868 |
| Green Tree Servicing LLC | 1,810 | 748 | 348 | 400 | 62,231 | 47,414 | 19,880 | 27,534 |
| Homeward Residential[7] | 1,506 | 1,140 | 38 | 1,102 | 134,631 | 80,800 | 45,928 | 34,872 |
| iServe Residential Lending, LLC | - | - | - | - | 74 | 3 | 1 | 2 |
| iServe Servicing, Inc. | 4 | 2 | 2 | - | 795,219 | 531,229 | 356,544 | 174,685 |
| JPMorgan Chase Bank, NA[8] | (865) | 5,031 | 2,679 | 2,352 | 1,893 | 1,106 | 459 | 647 |
| Marix Servicing LLC | 1,511 | (1,940) | 287 | (2,227) | 39,808 | 30,214 | 3,489 | 26,725 |
| Midland Mortgage Co. | 323 | 158 | 17 | 141 | 29,793 | 27,812 | 26,164 | 1,648 |
| National City Bank | 28,345 | 27,402 | 8,482 | 18,920 | 156,800 | 151,965 | 49,712 | 102,253 |
| Nationstar Mortgage LLC | 726 | 78 | 22 | 56 | 6,079 | 2,050 | 1,069 | 981 |
| Navy Federal Credit Union | 23,085 | 17,635 | 1,618 | 16,017 | 348,881 | 248,272 | 99,849 | 148,423 |
| Ocwen Loan Servicing, LLC[9] | 9,954 | 6,481 | 682 | 5,799 | 165,010 | 117,113 | 80,265 | 36,848 |
| OneWest Bank | 10 | 13 | 2 | 11 | 334 | 166 | 30 | 136 |
| ORNL Federal Credit Union | 81 | 119 | 68 | 51 | 5,212 | 5,010 | 2,149 | 2,861 |
| PennyMac Loan Services, LLC | 9 | - | - | - | 495 | 183 | 22 | 161 |
| PNC Bank, National Association | - | - | - | - | 1,244 | 691 | 85 | 606 |
| Quantum Servicing Corporation | (204) | 1 | - | 1 | 10,175 | 8,183 | 1,899 | 6,284 |
| Residential Credit Solutions, Inc. | 426 | 126 | 31 | 95 | 86,223 | 70,795 | 45,119 | 25,676 |
| Saxon Mortgage Services, Inc. | 107 | 106 | 18 | 88 | 99,741 | 77,557 | 72,119 | 5,438 |
| Select Portfolio Servicing, Inc. | 2,289 | 259 | 210 | 49 | 12,009 | 7,803 | 1,244 | 6,559 |
| Specialized Loan Servicing LLC | (1,267) | 3,753 | (205) | 3,958 | 71,400 | 43,812 | 19,041 | 24,771 |
| U.S. Bank National Association | 267 | 1,734 | 139 | 1,595 | 636,280 | 443,413 | 307,499 | 135,914 |
| Wells Fargo Bank, NA[10] | 9,902 | 6,263 | 2,612 | 3,651 | 6,582 | 6,330 | 4,929 | 1,401 |
| Other Servicers[11] | - | - | - | - | - | - | - | - |
| **TOTAL** | **175,519** | **78,344** | **23,550** | **54,794** | **4,471,765** | **3,355,382** | **2,054,979** | **1,300,403** |

[1] This report is sourced from the Monthly Servicer Survey of select servicers participating in MHA under a Servicer Participation Agreement. All data present in this report reflects what is provided by servicers participating in the survey, and cannot be separately reviewed or validated by Treasury. In June 2012, a number of servicers informed Treasury that they needed to update their reporting methodology to more accurately reflect application activities as presented in this report. As a result, prior months' reporting may contain data compiled under the different methodologies by these servicers. The surveyed servicers have since amended their reporting processes. These updates are reflected in this report on a going forward basis.

The Monthly Servicer Survey is a cumulative survey, therefore, an estimate of monthly activity was calculated by taking the latest monthly survey and subtracting it from the previous month's survey. This calculation may at times result in large fluctuations in monthly activity, including negative numbers, due to servicing transfers or servicer corrections to prior reporting methodology. Note that Requests Processed, Requests Approved, and Requests Denied in any given month may be related to Requests Received in prior months.

[2] "Requests Received" is the total number of HAMP mortgage modification requests received, calculated as the sum of the following from the Monthly Servicer Survey: Initial Packages Received and Being Evaluated; Packages Evaluated, Incomplete and Notice Sent; Packages Evaluated, Complete and Borrower Ineligible; and Packages Evaluated, Complete and Trial Offers Sent.

[3] "Requests Processed" is the total number of the HAMP mortgage modifications approved or denied and communicated to the Borrower by the Servicer, calculated as the sum of the following from the Monthly Servicer Survey: Packages Evaluated, and Notice Sent; Packages Evaluated, Complete and Borrower Ineligible; and Packages Evaluated, Complete and Trial Offers Sent. HAMP mortgage modification requests evaluated and denied due to insufficient documentation (Packages Evaluated, Incomplete and Notice Sent) are excluded.

[4] "Requests Approved" is the total number of HAMP mortgage modification requests approved, calculated as Packages Evaluated, Complete, and Trial Offers Sent. Note that all "Requests Approved" do not become Active Trials because some borrowers do not accept the trial or fail to make the first trial payment.

[5] "Requests Denied" is the total number of HAMP mortgage modification requests denied, calculated as Packages Evaluated, Complete and Borrower Ineligible. HAMP mortgage modification requests evaluated and denied due to insufficient documentation (Packages Evaluated, Incomplete and Notice Sent) are excluded.

[6] Bank of America, NA includes Home Loan Services, Wilshire Credit Corporation and BAC Home Loans Servicing, LP.

[7] Formerly American Home Mortgage Servicing, Inc.

[8] JPMorgan Chase Bank, NA includes EMC Mortgage Company.

[9] Ocwen Loan Servicing, LLC includes Litton Loan Servicing LP.

[10] Wells Fargo Bank, NA includes Wachovia Mortgage FSB.

[11] Includes servicers that are no longer actively participating in the survey process or whose Servicer Participation Agreement has been terminated. These servicers no longer submit a survey, and their results only reflect previous periods when the survey questions were not as extensive as current surveys (e.g. #Requests Denied was not a component of earlier surveys).