# EXHIBIT 10

# Making Home Affordable: Servicer Results
**Program Performance Report Through July 2012**

## Servicer Time to Resolve Non-GSE Escalations: Average Resolution Time by Quarter in Which Escalations were Resolved[1]

Servicers are required to resolve borrower inquiries and disputes that are escalated by the MHA Support Centers. Escalated cases include allegations that the servicer did not properly assess the homeowner according to program guidelines, inappropriately denied the homeowner for applicable MHA program(s), or initiated or continued inappropriate foreclosure actions. Effective February 1, 2011, the servicers are directed to review and resolve non-GSE escalated cases within 30 calendar days from receipt of the case by the escalating party. In the last two quarters, most of the nine largest servicers' non-GSE resolved cases have an average resolution time below the 30 day target.



■ Q4 2011   ■ Q1 2012   ■ Q2 2012   ■ Current Quarter

Target: 30 Calendar Days[2]

|  |  | Bank of America | CitiMortgage | GMAC | Homeward Residential | JPMorgan Chase | Ocwen | OneWest | SPS | Wells Fargo |
|---|---|---|---|---|---|---|---|---|---|---|
| Resolved Cases[3] | GSE Cases | 6,273 | 872 | 356 | 58 | 1,980 | 194 | 485 | 6 | 1,438 |
|  | Non-GSE Cases | 7,324 | 620 | 537 | 1,025 | 3,157 | 1,573 | 651 | 236 | 2,794 |
|  | Total | 13,597 | 1,492 | 893 | 1,083 | 5,137 | 1,767 | 1,136 | 242 | 4,232 |
| Active Cases | Total | 234 | 41 | 21 | 20 | 108 | 33 | 9 | 4 | 262 |

[1] Non-GSE escalations only; excludes cases escalated to the MHA Support Centers but not yet escalated to servicers. Average resolution time calculation excludes cases referred to servicers prior to February 1, 2011, "investor denial" cases referred to servicers between February 1, 2011 and November 1, 2011, cases involving bankruptcy, and cases that did not require servicer actions.
[2] Target of 30 calendar days includes an estimated 5 days of processing by MHA Support Centers.
[3] Resolved cases include all escalations resolved on or after February 1, 2011 through July 31, 2012 and exclude those that did not require servicer actions.

Source: MHA Support Centers.

MAKING HOME AFFORDABLE

16

# Making Home Affordable: Servicer Results
Program Performance Report Through July 2012

## Making Home Affordable Programs by Servicer[1]

| Servicer | HAMP First Lien Modifications | | Principal Reduction Alternative (PRA)[2] | | Second Lien Modification (2MP) | Home Affordable Foreclosure Alternatives (HAFA)[2] | |
|---|---|---|---|---|---|---|---|
| | Trials Started[3] | Permanent Modifications Started[3] | Trials Started[3] | Permanent Modifications Started[3] | Second Lien Modifications Started[4] | Agreements Started[5] | Agreements Completed |
| Bank of America, NA | 367,660 | 173,057 | 15,225 | 12,906 | 29,125 | 17,299 | 16,200 |
| CitiMortgage, Inc. | 139,550 | 64,409 | 2,303 | 1,826 | 11,412 | 364 | 272 |
| GMAC Mortgage, LLC | 73,138 | 55,226 | 2,396 | 1,521 | 4,430 | 3,408 | 2,450 |
| Homeward Residential | 43,208 | 35,910 | 0 | 0 | N/A | 1,072 | 513 |
| JPMorgan Chase Bank, NA | 319,878 | 174,575 | 22,872 | 16,879 | 25,160 | 33,010 | 22,053 |
| Ocwen Loan Servicing, LLC | 149,644 | 92,785 | 22,819 | 16,019 | N/A | 2,864 | 1,355 |
| OneWest Bank | 63,679 | 40,466 | 5,455 | 4,192 | 2,653 | 3,152 | 1,670 |
| Select Portfolio Servicing | 46,635 | 26,610 | 192 | 163 | N/A | 2,781 | 2,114 |
| Wells Fargo Bank, NA | 271,267 | 142,279 | 18,971 | 15,417 | 13,660 | 15,734 | 9,769 |
| Other Servicers | 423,198 | 254,911 | 2,544 | 2,199 | 3,562 | 5,339 | 4,176 |
| Total | 1,897,857 | 1,060,228 | 92,777 | 71,122 | 90,002 | 85,023 | 60,572 |

[1] MHA Program Effective Dates:
HAMP First Lien: April 6, 2009
PRA: October 1, 2010
2MP: August 13, 2009
HAFA: April 5, 2010

[2] While both GSE and non-GSE loans are eligible for HAMP, at the present time due to GSE policy, servicers can only offer PRA on non-GSE modifications under HAMP. Servicer volume can vary based on the investor composition of the servicer's portfolio and respective policy with regards to PRA. See page 7 for additional servicer detail on HAMP activity by investor type.

[3] As reported into the HAMP system of record by servicers. Excludes FHA-HAMP modifications. Subject to adjustment based on servicer reconciliation of historic loan files. Totals reflect impact of servicing transfers. Servicers may enter new trial modifications into the HAMP system of record at any time.

[4] Number of second lien modifications started is net of cancellations, which are primarily due to servicer data corrections.

[5] Servicer agreement with homeowner for terms of potential short sale, which lasts at least 120 days; or agreement for a deed-in-lieu transaction. A short sale requires a third-party purchaser and cooperation of junior lienholders and mortgage insurers to complete the transaction.

N/A – Servicer does not participate in the program.

See Appendix A1 and A2 for additional information on servicer participants in Making Home Affordable programs.

12

MAKING HOME AFFORDABLE

# Making Home Affordable: Servicer Results
Program Performance Report Through July 2012

## Disposition Path
### Homeowners Not Accepted for HAMP Trial Modifications
Survey Data Through June 2012 (Largest Servicers)

> The most common causes of trials not accepted from all servicers are:
> - Insufficient documentation
> - Ineligible borrower: first lien housing expense is already below 31% of household income
> - Offer Not Accepted by Borrower/Request Withdrawn



| Servicer | Action Pending[1] | Action Not Allowed – Bankruptcy in Process | Borrower Current | Alternative Modification | Payment Plan[2] | Loan Payoff | Short Sale/ Deed-in Lieu | Foreclosure Starts | Foreclosure Completions | Total (As of June 2012) |
|---|---|---|---|---|---|---|---|---|---|---|
| Bank of America, NA | 29,888 | 16,723 | 93,709 | 170,888 | 9,897 | 17,685 | 51,457 | 58,332 | 60,283 | 508,862 |
| CitiMortgage Inc. | 1,699 | 15,846 | 31,397 | 60,455 | 8,038 | 20,298 | 19,981 | 16,569 | 22,315 | 196,598 |
| GMAC Mortgage, LLC | 7,611 | 4,621 | 42,270 | 50,717 | 615 | 8,797 | 13,239 | 15,590 | 17,304 | 160,764 |
| Homeward Residential | 2,529 | 1,918 | 15,283 | 45,006 | 1,025 | 4,983 | 3,646 | 9,530 | 2,051 | 85,971 |
| JPMorgan Chase Bank, NA | 21,176 | 16,650 | 145,382 | 136,165 | 7,254 | 56,327 | 63,121 | 57,905 | 32,785 | 536,765 |
| Ocwen Loan Services, LLC | 14,267 | 7,253 | 28,115 | 102,248 | 10,278 | 4,462 | 4,907 | 20,455 | 13,572 | 205,557 |
| OneWest Bank | 3,860 | 2,260 | 30,471 | 37,312 | 934 | 3,213 | 6,420 | 9,053 | 12,681 | 106,204 |
| Select Portfolio Servicing | 2,121 | 444 | 3,280 | 6,690 | 313 | 543 | 2,046 | 1,418 | 2,783 | 19,638 |
| Wells Fargo Bank, NA | 24,836 | 9,004 | 50,607 | 46,532 | 1,711 | 17,602 | 29,621 | 25,675 | 31,881 | 237,469 |
| TOTAL (These Largest Servicers) | 107,987 | 74,719 | 440,514 | 656,013 | 40,065 | 133,910 | 194,438 | 214,527 | 195,655 | 2,057,828 |
|  | 5.2% | 3.6% | 21.4% | 31.9% | 1.9% | 6.5% | 9.4% | 10.4% | 9.5% | 100.0% |

Status of Homeowners Not Accepted for a HAMP Trial Modification

Note: Data is as reported by servicers for actions completed through June 30, 2012. Survey data is not subject to the same data quality checks as data uploaded into the HAMP system of record.
[1] Homeowners who were not approved for a HAMP trial modification, but no further action has yet been taken.
[2] An arrangement with the borrower and servicer that does not involve a formal loan modification.
Note: Excludes loans removed from servicing portfolios.

*See Appendix A1 and A2 for additional information on servicer participants in Making Home Affordable programs.*

18

MAKING HOME AFFORDABLE

# Making Home Affordable
*Program Performance Report Through July 2012*

## Report Highlights

### Over 1.2 Million Homeowner Assistance Actions Taken through Making Home Affordable

- More than 1 million homeowners have received a permanent modification through the Home Affordable Modification Program (HAMP). These homeowners have reduced their first lien mortgage payments by a median of approximately $538 each month – more than one-third of their median before-modification payment – saving a total estimated $14.4 billion to date in monthly mortgage payments.

- Homeowners currently in permanent modifications with some form of principal reduction have been granted a total estimated $6.7 billion from principal reductions through HAMP. 77% of eligible non-GSE borrowers entering HAMP in July have received some form of principal reduction with their modification.

### This Month: Q2 2012 Servicer Assessment Results

- For the second quarter of 2012, two servicers were found to need only minor improvement on the areas reviewed for program performance, while seven servicers were found to need moderate improvement. All servicers will need to continue to demonstrate progress in areas identified in follow-up program reviews.
- Servicers continue to focus attention on areas identified in previous program reviews and, as a result, are demonstrating considerable improvement in program implementation:
  - Mortgage servicers show continued improvement in calculating homeowner income, which is used to determine a homeowner's eligibility and modified payment amount under the program. In Q2 2012, the average income calculation error rate for the top servicers had fallen below 2 percent.
  - Servicers are more effectively evaluating homeowners under program eligibility criteria as evidenced in the "second look disagree" category, which reflects the rate at which Treasury's program reviews disagree with the servicers' decision not to assist a homeowner. In Q2 2012, the average second look disagree percentage for the top servicers had decreased to below 1 percent.

Note: Unless specified, this report reflects program activity for the Making Home Affordable Program and does not yet include activity relating to HAMP Tier 2. For information and quarterly updates about the Hardest Hit Fund, please visit the website for the Hardest Hit Fund or the TARP Monthly Report to Congress.

## Inside:

**SUMMARY RESULTS:**

| | |
|---|---|
| Making Home Affordable Program Activity | 2 |
| First Lien Modification Activity | 3 |
| Activity for HAFA, Treasury FHA-HAMP, 2MP and UP | 4 |
| Principal Reduction Activity | 5-6 |
| First Lien Modification Characteristics /Modifications by Investor Type | 7 |
| HAMP Activity by State | 8 |
| HAMP Activity by MSA/ | 9 |
| Homeowner Outreach | |
| Aged Trials | 10 |

**SERVICER RESULTS:**

| | |
|---|---|
| First Lien Modification Activity | 11 |
| First Lien, PRA, 2MP, and HAFA Activity | 12 |
| Outreach to 60+ Delinquent Homeowners | 13 |
| Average Delinquency at Trial Start | 14 |
| Conversion Rate | 15 |
| Time to Resolve Escalations | 16 |
| Disposition of Homeowners Not in HAMP | 17-18 |

**SERVICER ASSESSMENT RESULTS:**

| | |
|---|---|
| Overview | 19-25 |
| Servicer Results | 26-43 |
| Description of Metrics | 44 |

**APPENDICES:**

| | |
|---|---|
| Participants in MHA Programs | 45-46 |



MAKING HOME AFFORDABLE

# Making Home Affordable: Summary Results
*Program Performance Report Through July 2012*

## Homeowner Benefits and First Lien Modification Characteristics

- Aggregate payment savings to homeowners who received HAMP first lien permanent modifications are estimated to total **approximately $14.4 billion**, program to date, compared with unmodified mortgage obligations.

- The median monthly savings for borrowers in active permanent first lien modifications is **$538.13, or 38% of the median monthly payment** before modification.

- Of trial modifications started, **80% of homeowners were at least 60 days delinquent at trial start.** The rest were up to 59 days delinquent or current and in imminent default.

- The primary hardship reasons for homeowners in active permanent modifications are:
  - 67.3% experienced loss of income (curtailment of income or unemployment)
  - 11.2% reported excessive obligation
  - 3.4% reported an illness of the principal borrower

- Active permanent modifications feature the following modification steps:
  - 97.3% feature interest rate reductions
  - 60.1% offer term extension
  - 31.5% include principal forbearance

## Select Median Characteristics of Active Permanent Modifications

| Loan Characteristic | Before Modification | After Modification | Median Decrease |
|---|---|---|---|
| Front-End Debt-to-Income Ratio[1] | 45.4% | 31.0% | -14.6 pct pts |
| Back-End Debt-to-Income Ratio[2] | 71.8% | 53.8% | -14.9 pct pts |
| Median Monthly Housing Payment[3] | $1,426.62 | $818.93 | -$538.13 |

[1] Ratio of housing expenses (principal, interest, taxes, insurance and homeowners association and/or condo fees) to monthly gross income.
[2] Ratio of total monthly debt payments (including mortgage principal and interest, taxes, insurance, homeowners association and/or condo fees, plus payments on installment debts, junior liens, alimony, car lease payments and investment property payments) to monthly gross income. Borrowers who have a back-end debt-to-income ratio of greater than 55% are required to seek housing counseling under program guidelines.
[3] Principal and interest payment.

## Modifications by Investor Type (Large Servicers)

| Servicer | GSE | Private | Portfolio | Total Active Modifications |
|---|---|---|---|---|
| Bank of America, NA | 69,697 | 61,063 | 10,882 | 141,642 |
| CitiMortgage, Inc. | 32,634 | 5,578 | 17,089 | 55,301 |
| GMAC Mortgage, LLC | 25,741 | 6,192 | 12,818 | 44,751 |
| Homeward Residential | 1,526 | 27,336 | 0 | 28,862 |
| JPMorgan Chase, NA | 69,353 | 55,332 | 26,396 | 151,081 |
| Ocwen Loan Servicing, LLC | 13,644 | 58,119 | 1,581 | 73,344 |
| OneWest Bank | 15,742 | 17,836 | 2,966 | 36,544 |
| Select Portfolio Servicing | 521 | 17,004 | 2,919 | 20,444 |
| Wells Fargo Bank, NA | 56,295 | 18,058 | 51,803 | 126,156 |
| Other HAMP Servicers | 170,895 | 26,100 | 17,143 | 214,138 |
| **Total** | **456,048** | **292,618** | **143,597** | **892,263** |

Note: Figures reflect active trials and active permanent modifications.

# Making Home Affordable: Servicer Results
*Program Performance Report Through July 2012*

## HAMP Modification Activity by Servicer

| Servicer | As of June 30, 2012 Estimated Eligible 60+ Day Delinquent Borrowers[1] | Cumulative Trial Plan Offers Extended[2] | Cumulative All HAMP Trials Started[3] | Cumulative All HAMP Permanent Modifications Started[3] | As of July 31, 2012 Active Trial Modifications[3] | As of July 31, 2012 Active Trial Modifications Lasting 6 Months or Longer[4] | As of July 31, 2012 Active Permanent Modifications[3] |
|---|---|---|---|---|---|---|---|
| Bank of America, NA | 131,686 | 546,740 | 367,660 | 173,057 | 13,478 | 5,015 | 128,164 |
| CitiMortgage, Inc. | 48,325 | 211,733 | 139,550 | 64,409 | 3,535 | 936 | 51,766 |
| GMAC Mortgage, LLC | 24,335 | 89,460 | 73,138 | 57,296 | 2,647 | 50 | 42,104 |
| Homeward Residential | 24,847 | 46,516 | 43,208 | 35,910 | 1,727 | 127 | 27,135 |
| JPMorgan Chase Bank NA | 91,020 | 359,695 | 319,878 | 174,575 | 12,758 | 933 | 138,323 |
| Ocwen Loan Servicing, LLC | 65,266 | 101,823 | 149,644 | 92,785 | 6,862 | 842 | 66,482 |
| OneWest Bank | 20,627 | 80,676 | 63,679 | 40,466 | 2,902 | 76 | 33,642 |
| Select Portfolio Servicing | 8,535 | 72,452 | 46,635 | 26,610 | 832 | 27 | 19,612 |
| Wells Fargo Bank, NA | 90,547 | 310,428 | 271,267 | 142,279 | 11,562 | 955 | 114,594 |
| Other Servicers | 198,213 | 251,199 | 423,198 | 254,911 | 10,482 | 1,325 | 203,656 |
| Total | 703,401 | 2,070,722 | 1,897,857 | 1,060,238 | 66,785 | 10,286 | 825,478 |

[1] Estimated eligible 60+ day delinquent borrowers based on survey information as submitted by servicers as of June 30, 2012, include those in conventional loans:
- in foreclosure and bankruptcy.
- with a current unpaid principal balance less than $729,750 on a one-unit property, $934,200 on a two-unit property, $1,129,250 on a three-unit property and $1,403,400 on a four-unit property.
- on a property that was owner-occupied at origination.
- originated on or before January 1, 2009.

Estimated eligible 60+ day delinquent borrowers exclude:
- those in FHA and VA loans.
- those in loans that are current or less than 60 days delinquent, which may be eligible for HAMP if a borrower is in imminent default.
- those borrowers with debt-to-income ratios less than 31% or a negative NPV test.
- owners of vacant properties or properties otherwise excluded.
- HAMP Trials and Permanent Modifications disqualified from HAMP.
- unemployed borrowers.

Exclusions for DTI and NPV are estimated using market analytics.
[2] As reported in the monthly servicer survey of large SPA servicers through July 31, 2012.
[3] As reported into the HAMP system of record by servicers. Excludes FHA-HAMP modifications. Subject to adjustment based on servicer reconciliation of historic loan files. Totals reflect impact of servicing transfers. Servicers may enter new trial modifications into the HAMP system of record at any time.
[4] These figures include trial modifications that have been converted to permanent modifications or cancelled by the servicer, but not reported as such to the HAMP system of record.

*See Appendix A1 and A2 for additional information on servicer participants in Making Home Affordable programs.*


MAKING HOME AFFORDABLE

11



# MHA Servicer Assessment
### Overview

## 2nd Quarter 2012 Servicer Assessment Results

The following table details the results of the Servicer Assessments, based on compliance and program results:

| Improvement Needed | Servicer Name |
|---|---|
| Substantial |  |
| Moderate | Bank of America, NA<br>CitiMortgage, Inc.<br>GMAC Mortgage, LLC<br>Homeward Residential<br>JPMorgan Chase Bank, NA<br>Ocwen Loan Servicing, LLC<br>Wells Fargo Bank, NA |
| Minor | OneWest Bank<br>Select Portfolio Servicing |

For the second quarter of 2012, OneWest Bank and Select Portfolio Servicing were determined to need <u>minor improvement</u> in their performance under MHA guidelines.

Bank of America, NA, CitiMortgage, Inc. and GMAC Mortgage, LLC, Homeward Residential, JPMorgan Chase Bank, NA, Ocwen Loan Servicing, LLC, and Wells Fargo Bank, NA were determined to need <u>moderate improvement</u>.

Please refer to the following MHA Servicer Assessment pages for further detail on the Second Quarter 2012 servicer assessment results.

21

# MHA Servicer Assessment: GMAC Mortgage, LLC

## Compliance Results

### Overview

- These metrics reflect the results of compliance reviews of the servicer's adherence to MHA Program Requirements.
- Quantitative results reflect percentages of tests that did not have a desired outcome.
- Servicers are rated qualitatively on the effectiveness of their internal control in the three Performance Categories as well as for each quantitative result.

### Second Quarter 2012

| Performance Category | Metric | Servicer Result | Benchmark | Rating |
|---|---|---|---|---|
| **1. Identifying and Contacting Homeowners** — Assesses whether the servicer identifies and communicates appropriately with potentially eligible MHA homeowners. | **Second Look % Disagree** — Percentage of loans reviewed where MHA-C did not concur with the servicer's MHA determination | 0.5% | <4% | *** |
| | **Second Look % Unable to Determine** — Percentage of loans reviewed where MHA-C was not able to conclude on the servicer's MHA determination | 1.0% | <10% | *** |
| | **Internal Controls for Identifying and Contacting Homeowners** — MHA-C assesses whether servicer business processes are conducted effectively and in accordance with MHA guidelines | | *** | *** |
| **2. Homeowner Evaluation and Assistance** — Assesses whether servicer correctly evaluates homeowners' eligibility for MHA programs, communicates decisions in a timely manner, and accurately executes appropriate MHA activities. | **Income Calculation Error %** — Percentage of loans for which MHA-C's income calculation differs from the servicer's by more than 5% | 6.0% | <5% | ** |
| | **Internal Controls for Homeowner Evaluation and Assistance** — MHA-C assesses whether servicer business processes are conducted effectively and in accordance with MHA guidelines | | *** | *** |
| **3. Program Management, Reporting, and Governance** — Assesses whether the servicer has effective program management, governance, processes, and timely and correct submission of program reports and program information. | **Incentive Payment Data Errors** — Average percentage of differences in calculated incentives resulting from data discrepancies between servicer files and the MHA system of record | 1.4% | <5% | *** |
| | **Internal Controls for Program Management, Reporting, and Governance** — MHA-C assesses whether servicer business processes are conducted effectively and in accordance with MHA guidelines | | *** | ** |

### Rating Legend

| | |
|---|---|
| * | Did not meet benchmark; substantial improvement needed |
| ** | Did not meet benchmark; moderate improvement needed |
| *** | Met benchmark; minor improvement may be indicated |

### Q2 Results

- GMAC Mortgage, LLC has areas requiring **moderate improvement**.
- After considering all relevant factors, GMAC Mortgage, LLC **servicer incentives will not be withheld** at this time.

MAKING HOME AFFORDABLE

30

# MHA Servicer Assessment: GMAC Mortgage, LLC
**Program Results**

Results as of:
- Dec. 2011
- Mar. 2012
- Jun. 2012





Note: The best and worst performance reflect the best and worst result of the largest servicers for the period. See appendix for descriptions of the metrics.

31

MAKING HOME AFFORDABLE

# Making Home Affordable Program
### Servicer Performance Report through July 2009


MAKING HOME AFFORDABLE

## Trial Modification Tracker: Trial Modification Starts as a Share of Estimated Eligible 60 Plus Day Delinquencies

| Servicer | % |
|---|---|
| RG Mortgage | 0% |
| Home Loan | 0% |
| National City | 0% |
| Wilshire | 1% |
| Wachovia Mortgage | 2% |
| Other Servicers [6] | 2% |
| Select Portfolio | 3% |
| Bayview | 3% |
| Greentree | 4% |
| Carrington | 4% |
| Bank of America | 4% |
| Ocwen | 5% |
| Wells Fargo | 6% |
| CCO | 6% |
| CitiMortgage | 15% |
| Nationstar | 19% |
| Residential Credit | 20% |
| J.P. Morgan Chase | 20% |
| GMAC | 20% |
| Aurora | 21% |
| Saxon | 25% |

[1] Estimated eligible sixty plus day delinquent loans include loans:
- in foreclosure and bankruptcy.
- with a current unpaid principal balance less than $729,750 on a one unit property, $934,200 on a two unit property, $1,129,250 on a three unit property and $1,403,400 on a four unit property.
- on a property owner-occupied at origination.
- originated prior to January 1, 2009.

Estimated eligible sixty plus day delinquent loans excludes:
- FHA and VA loans.
- loans that are current or less than 60 days delinquent, which may be eligible for HAMP if a borrower is in imminent default.

[2] Bank of America, NA includes Countrywide Home Loans Servicing LP.
[3] J.P. Morgan Chase Bank, NA includes EMC Mortgage Corporation.
[4] Includes approximately 2,300 participants that service loans owned or guaranteed by Fannie Mae and Freddie Mac.
[5] Estimated Eligible 60+ Day delinquencies based on the servicer registration form.
[6] Other Servicers include entities with less than 1,000 Estimated Eligible 60+ Day Delinquencies.

## HAMP Modification Activity by Servicer

| Servicer | Estimated Eligible 60+ Day Delinquency[1] | Trial Plan Offers Extended | Trial Plan Offers as Share of Estimated Eligible 60+ Day Delinquencies | Trial Modifications Started | Trial Modifications as Share of Estimated Eligible 60+ Day Delinquencies |
|---|---|---|---|---|---|
| American Home Mortgage Servicing Inc.[5] | 153,097 | | | | 21% |
| Aurora Loan Services, LLC | 72,838 | 25,965 | 36% | 15,320 | 21% |
| Bank of America, NA[2] | 796,467 | 99,649 | 13% | 27,985 | 4% |
| Bayview Loan Servicing, LLC | 4,425 | 225 | 5% | 148 | 3% |
| Carrington Mortgage Services, LLC | 14,128 | 988 | 7% | 597 | 4% |
| CCO Mortgage | 3,619 | 402 | 11% | 237 | 6% |
| J.P. Morgan Chase Bank, NA[3] | 394,075 | 117,259 | 30% | 79,304 | 20% |
| CitiMortgage, Inc. | 185,418 | 38,673 | 21% | 27,571 | 15% |
| Citizens First Wholesale Mortgage Company | 26 | 8 | 31% | 7 | 27% |
| Farmers State Bank | 8 | | | | |
| First Bank[5] | 846 | 1 | | 1 | |
| First Federal Savings and Loan | 16 | | 6% | | 6% |
| GMAC Mortgage, Inc. | 61,326 | 20,924 | 34% | 12,540 | 20% |
| Green Tree Servicing LLC | 5,228 | 451 | 9% | 209 | 4% |
| Home Loan Services, Inc. | 33,193 | 0 | 0% | 0 | 0% |
| IBM Southeast Employees Federal Credit Union | 72 | 4 | 6% | 4 | 6% |
| Lake National Bank | 34 | | 0% | | 0% |
| Mission Federal Credit Union | 1 | 1 | 100% | 1 | 100% |
| Mortgagity, Inc. | 2,196 | | 0% | | 0% |
| Mortgage Center LLC | 235 | | 0% | | 0% |
| National City Bank | 37,126 | 92 | 0% | 4 | 0% |
| Nationstar Mortgage LLC | 25,690 | 11,443 | 45% | 4,854 | 19% |
| Ocwen Financial Corporation, Inc. | 55,516 | 6,502 | 12% | 2,517 | 5% |
| PNC Bank, National Association | 724 | | | | |
| Purdue Employees Federal Credit Union[5] | 11 | | | | |
| Residential Credit Solutions | 1,304 | 301 | 23% | 265 | 20% |
| RG Mortgage Corporation | 3,308 | 72 | 2% | 0 | 0% |
| Saxon Mortgage Services Inc. | 84,130 | 30,817 | 37% | 21,130 | 25% |
| Select Portfolio Servicing | 57,450 | 11,404 | 20% | 1,849 | 3% |
| Shore Bank[5] | 223 | | 0% | | 0% |
| Technology Credit Union | 10 | 0 | 0% | 0 | 0% |
| Wachovia Mortgage, FSB | 62,852 | 2,028 | 3% | 1,356 | 2% |
| Wachovia Bank, NA | 2,593 | | | | |
| Wells Fargo Bank, NA | 329,985 | 38,673 | 12% | 20,219 | 6% |
| Western Central Credit Union | 136 | 40 | 29% | 38 | 28% |
| Wilshire Credit Corporation | 3,411 | 621 | 18% | 20 | 1% |
| Other GSE Servicers[4] | 314,283 | | 15% | 19,071 | 6% |
| **Total** | **2,705,302** | **406,542** | **15%** | **235,247** | **9%** |