# EXHIBIT 12

Project Bounce
Non-binding Indication of Interest

Exhibit A

February 17, 2012

($ in millions)

| | | Book Value | UPB or Par Amount | Indication | Comments |
|---|---|---|---|---|---|
| **a. NEWCO** | | | | | |
| | **MSRs** | | | | |
| | FNMA/FHLMC | $630 | $90,044 | $520 | Acquire MSR |
| | GNMA | 382 | 46,413 | 280 | Acquire MSR |
| | Subtotal | $1,012 | $136,457 | $800 | |
| | **Advances** | | | | |
| | FNMA/FHLMC | $230 | $230 | NA | Buyer to collect existing advances for Seller; Buyer responsible for new advances |
| | GNMA | 112 | 112 | NA | Buyer to collect existing advances for Seller; Buyer responsible for new advances |
| | Subtotal | $342 | $342 | NA | Buyer to purchase any remaining advance balances at 95% of par, 18 months from closing |
| | **Subservicing** | | | | |
| | FNMA/FHLMC - Ally | | $131,165 | — | Proposal EXCLUDES PLS subservicing within NewCo; we propose to acquire the PLS MSRs ("d" below) |
| | Private Label Securitization | | exclude, see "d" below | — | Assume subservicing at market rates, $0 price |
| | Other fee-based subservicing | | 43,297 | — | |
| | Master Servicing | | 53,290 | — | |
| | | | $227,752 | | |
| | **Consumer Lending** | | | | |
| | Retention | | NA | NA | Assume Platform, $0 price |
| | Retail | | NA | NA | Assume Platform, $0 price |
| a. | Total NewCo | | NA | $800 | |
| b. | Correspondent Lending | | NA | — | Assume Platform; $0 price, Contingent upon Seller continuing to originate up to transaction closing |
| c. | Wholesale Lending | | NA | — | Assume Platform; $0 price, Contingent upon Seller continuing to originate up to transaction closing |
| d. | Private Label Securitization MSR | $192 | $71,122 | $200 | Acquire MSR |
| e. | Private Label Securitization Advances | $1,243 | $1,243 | NA | Buyer to collect existing advances for Seller; Buyer responsible for new advances. Buyer to purchase any remaining advance balances at 95% of par, 18 months from closing |
| | a. - e. SUBTOTAL | | | $1,000 | Indication pricing for items a. through e. is presented on an all or none basis. Allocation of total price for items a. through e. among assets is for illustrative purposes only |
| f. | Legacy Whole Loan Portfolio | $1,546 Book UPB | $10,600 | $1,600 | Acquire Legacy Portfolio |
| | **TOTAL** | | | $2,600 | |
| | NOTE: MSR + Subservicing Total | $1,204 | $435,331 | $1,000 | Buyer to collect existing advances for Seller; Buyer responsible for new advances |
| | Advance Total | $1,585 | $1,585 | NA | |
| | Origination Total | | | NA | Assume Platform, $0 price |
| | Legacy Whole Loans Total | $1,546 | | $1,600 | |
| | Grand Total | | | $2,600 | |

◆ FORTRESS

CONFIDENTIAL - ATTORNEY EYES ONLY

RC00000573

# Schedule of Purchased Assets and Assumed Liabilities
## February 29, 2012
($ in thousands)

### Purchased Assets (Section 2.1)

| | Book Value | Applicable Purchase Price % | Purchase Price $ |
|---|---|---|---|
| Mortgage servicing rights (a) | $ 1,201,114 | Purchase Price Calculation as per Schedule 3.1(a) 1 | |
| GNMA Mortgage loans (c) (1) | | Purchase Price Calculation as per Schedule 3.1(a) 4 | |
| **Accounts receivable** | | | |
| Servicer advances (b) (2) | 1,789,171 | 0% | 0 |
| Service fee receivable (a) (3) | 55,392 | 0% | 0 |
| Late fee receivable (k) | 24,008 | 0% | 0 |
| ETS receivables (k) | 2,613 | 100% | 2,613 |
| Other receivables (k) | 539 | 100% | 539 |
| **Other assets** | | | |
| Furniture & Equipment, net (h) (i) (j) | 44,640 | 0% | 0 |
| Prepaid software expenses (l) | 2,612 | 100% | 2,612 |
| Prepaid postage (l) | 491 | 100% | 491 |
| Security deposits (l) | 227 | 100% | 227 |
| Prepaid rent (l) | 718 | 100% | 718 |
| Other (l) | 725 | 85% | 616 |
| | $ 3,122,251 | | $ 7,816 |

### Assumed Liabilities (Section 2.7)

| | Book Value | Applicable Purchase Price Deduction % | Purchase Price Deduction $ |
|---|---|---|---|
| Business Employee liabilities (f) (Section 6.7) | $ 42,222 | 100% | $ 42,222 |
| Business or Purchased Asset liabilities (v) | | | |
| Payoff Interest Payable | 6,776 | 0% | - |
| Other Business or Purchased Asset liabilities | 29,945 | 100% | 29,945 |
| | $ 78,943 | | $ 72,167 |

(1) GNMA loans as of 2/29 are excluded for SoPAAL purposes
(2) Excludes company-owned corporate and T&I advances and Master servicer advances.
(3) Includes accrued and unpaid GNMA, Master and sub-service service fee receivable calculated in accordance with ResCap policies.

## Schedule D - Other Miscellaneous Purchased Assets

Interest Receivable
  Loans                                   10,899,257
  Trading Securities           25,313

Other Receivables
  Trading Securities           85,082
  Advances                     55,061,075