UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
--------------------------------------------------------------------x
In re                                                 :
                                                      :   Case No. 12-12020 (MG)
RESIDENTIAL CAPITAL, LLC, et al.,                     :
                                                      :   Chapter 11
                                                      :
                              Debtors.                :   Jointly Administered
--------------------------------------------------------------------x
```

### ORDER GRANTING MOTION FOR ADMISSION TO PRACTICE
### *PRO HAC VICE*

_____

**IT IS ORDERED,**

that Andrew J. Petrie is admitted *pro hac vice* in the above-referenced, in the United States Bankruptcy Court, Southern District of New York, subject to the payment of the filing fee.

Dated:  **September 26, 2012**

                                        /s/Martin Glenn
                                        HONORABLE MARTIN GLENN
                                        UNITED STATES BANKRUPTCY JUDGE