**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>RESIDENTIAL CAPITAL, LLC., et al.,<br><br>Debtors. | Case No.  12-12020 (MG)<br><br>Chapter 11<br><br>Jointly Administered) |

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

      Upon the motion of Paul J. Pascuzzi to be admitted, *pro hac vice*, to represent California Housing Finance Agency (the "Client"), a creditor in the above-referenced case, and upon the movant's certification that the movant is a member in good standing of the bar of the State of California and, if applicable, the bar of the U.S. District Court for the Eastern District of California, it is hereby

      **ORDERED** that Paul J. Pascuzzi, Esq. is admitted to practice, *pro hac vice*, in the above-referenced case to represent the Client in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated:  **September 26, 2012**

      New York, New York

                                      **/s/Martin Glenn**
                                  UNITED STATES BANKRUPTCY JUDGE