# UNITED STATES BANKRUPTCY COURT

# SOURTHERN DISTRICT OF NEW YORK

**Civil Case#  12 – cv 12020**

Residential Capital, LLC, et al
Debtor
    v.

*U.S. Trustee* -**United States Trustee**
33 Whitehall Street
21st Floor
New York, NY 10004
(212) 510-0500

*Claims and Noticing Agent*
**Kurtzman Carson Consultants**
2335 Alaska Ave
El Segundo, CA 90245

## Amended

## "Motion for Stay to Order regarding Limited Relief from Stay" until Order on "Motion to Void Pleadings & Sanctions due to violation of Bankruptcy Code" is Issued by the court. (Filed by Kenneth Taggart)

### Prior Pleadings Incorporated

Kenneth Taggart, Pro Se, hereby incorporates any and all prior pleadings regarding the forgoing motion by reference to Motion dated September 6, 2012, and received by the court on September 10, 2012 (Doc #1397). Also referencing Doc #1114, original Motion filed, and Doc #1430, the scheduling of Motion for hearing on October 10, 2012.

## Amended Pleading

Kenneth Taggart, Pro Se, hereby amends the Motion dated September 6, 2012 Regarding Stay, Sanctions, & Motion to Void Pleadings in the case pending in ,"The Court of Common Pleas", Montgomery County, Pennsylvania (GMAC Mortgage, LLC v. Taggart, case #2009-35338).

This amended pleading & Motion shall hereby include two cases involving Interlocutory Appeals to The Superior Court of Pennsylvania (#1305 EDA 2012 & #1972 EDA 2012), from the case in The Court of Common Pleas in Montgomery County, Pennsylvania (case #2009-35338).

## GMAC Mortgage, LLC never even filed a "Notification of Bankruptcy"

In both appeals filed in Superior Court, GMAC,LLC failed to even notify the court of their filing of Bankruptcy. Case #1305 EDA 2012, Supp. Pa, was filed on April 27, 2012 and was later Quashed by the court "Sua Sponte"; This case is being appealed to The Pennsylvania Supreme Court, via Notice of Appeal filed September 17,2012 to The Pennsylvania Supreme Court. See attached transcript of , "Case #1305 EDA 2012, Supp, Pa", showing that there was in fact no "Notice of Bankruptcy" filed with the court in this case.

Case #1972 EDA 2012, Supp., Pa. is still pending in Superior Court of Pennsylvania with no "Notice of Bankruptcy" filed with the court in this case. See attached transcript of , "Case #1972 EDA 2012, Supp., Pa", showing that there was in fact no "Notice of Bankruptcy" filed with the court in this case.

### **GMAC again *violated Bankruptcy Code***

GMAC Mortgage, LLC has again violated The Federal Bankruptcy Code and Order for Stay in the two appeals filed in Superior Court of Pennsylvania. No filings were made whatsoever with this court in either case.

### **Compensation & Sanctions Clearly Warranted**

The apparent willful actions of GMAC Mortgage, LLC clearly warrant compensation to Taggart in all of the cases in which Taggart was misled and prejudiced by the action or inactions regarding the bankruptcy proceedings. Furthermore, the court should sanction the court for the clear & willful violations of The Federal Bankruptcy Code and this court; sanctions by the court

### **"All Pleadings Void" due to Bankruptcy Code, Rules of The Court & Orders**

For the foregoing reasons set forth in these pleadings, it is obvious that GMAC Mortgage, willfully violated The Federal bankruptcy Code, rules and Orders of The Court, and the court is obligated to "Void" all pleadings that were made for the foregoing violations. All pleadings should be Declared Void by this court for the two cases in The Superior Court Cases in Pennsylvania, Case 1305 EDA, 2012 & Case 1972, EDA, 2012.

### **Sanctions Against GMAC Mortgage, LLC**

Kenneth Taggart, hereby requests that sanctions be granted against GMAC Mortgage, LLC, in the form of compensation to Kenneth Taggart, for all time and costs related to the pleadings that violated the Bankruptcy Code, Rules & Stay. Kenneth Taggart also requests that the court grant sanctions against GMAC Mortgage, LLC in the amount or form in which the court deems just and proper for said violations

Kenneth Taggart hereby requests this court *"Void All Pleadings"* that violated the Federal Bankruptcy Code, Rules and Stay. The court should also impose its own sanctions upon GMAC Mortgage, LLC & Counsel

### **Plaintiff requests a hearing on October 10, 2012, on all "Motions to Void Pleadings & Sanctions"**

There is already a hearing date set of October 10, 2012 for the Motions to Void Pleadings & Sanctions; Kenneth Taggart requests the amended pleading(s) be heard on the same date with no change in the hearing date or schedule.

Kenneth Taggart, Pro Se

*[signature]*

September 25, 2012

# EXHIBIT "A"

GMAC/TAGGART USBC. SDNY 9.25.12/void

3:03 P.M.

**Appeal Docket Sheet**                                                                 **Superior Court of Pennsylvania**

**Docket Number: 1972 EDA 2012**

**Page 1 of 3**

**September 17, 2012**

## CAPTION

GMAC Mortgage LLC
LBA Financial Group, LLC
Eagle Nationwide Mortgage Company
    v.
Kenneth J. Taggart
    Appellant

## CASE INFORMATION

| | | | |
|---|---|---|---|
| Initiating Document: | Notice of Appeal | | |
| Case Status: | Active | | |
| Case Processing Status: | August 17, 2012 | Awaiting Appellant Paperbooks | |
| Journal Number: | | | |
| Case Category: | Civil | Case Type(s): | Mortgage Foreclosure |

## CONSOLIDATED CASES                    RELATED CASES

| Docket No / Reason | Type |
|---|---|
| 1305 EDA 2012 | Related |
| Similar Issue(s) | |

## SCHEDULED EVENT

Next Event Type: Appellant Brief Filed                       Next Event Due Date: September 26, 2012
Next Event Type: Appellant Reproduced Record Filed           Next Event Due Date: September 26, 2012

## COUNSEL INFORMATION

**Appellant**      **Taggart, Kenneth J.**
Pro Se:            Yes
IFP Status:
    Pro Se:        Taggart, Kenneth J.
    Address:       45 Heron Road
                   Holland, PA 18966
    Phone No:                              Fax No:

**Appellee**       **GMAC Mortgage LLC**
Pro Se:            No
IFP Status:
    Attorney:      Guerin, Maria Teresa
    Law Firm:      Reed Smith, L.L.P.
    Address:       1650 Market St Ste 2500
                   Philadelphia, PA 19103
    Phone No:      (215) 241-7984           Fax No: (215) 851-1420

Neither the Appellate Courts nor the Administrative Office of Pennsylvania Courts assumes any liability
for inaccurate or delayed data, errors or omissions on the docket sheets.

3:03 P.M.

**Appeal Docket Sheet**                                                                                              **Superior Court of Pennsylvania**

**Docket Number: 1972 EDA 2012**

**Page 2 of 3**



**September 17, 2012**

### COUNSEL INFORMATION

**Appellee**       **Eagle Nationwide Mortgage Company**
Pro Se:            No
IFP Status:
  Attorney:        Moffitt, William Christian
  Law Firm:        Fox Rothschild, L.L.P.
  Address:         10 Sentry Pky Ste 200
                   Blue Bell, PA 19422
  Phone No:        (610) 397-7973                                Fax No: (610) 397-0450

### FEE INFORMATION

| Fee Dt | Fee Name | Fee Amt | Receipt Dt | Receipt No | Receipt Amt |
|---|---|---|---|---|---|
| 06/04/2012 | Notice of Appeal | 73.50 | 07/25/2012 | 2012-SPR-E-001278 | 73.50 |

### AGENCY/TRIAL COURT INFORMATION

Court Below:          Montgomery County Court of Common Pleas
County:               Montgomery                    Division:              Montgomery County Civil Division
Order Appealed From:  May 31, 2012                  Judicial District:     38
Documents Received:   July 25, 2012                 Notice of Appeal Filed: June 4, 2012
Order Type:           Order Dated
OTN(s):
Lower Ct Docket No(s): 09-25338
Lower Ct Judge(s):    Moore, Bernard A.
                      Judge

### ORIGINAL RECORD CONTENT

| Original Record Item | Filed Date | Content Description |
|---|---|---|
| Record In (12) Parts | August 17, 2012 | |
| Exhibits | August 17, 2012 | 1 Folder Filed |

**Date of Remand of Record:**

### BRIEFING SCHEDULE

**Appellant**                                                    **Appellee**
 Taggart, Kenneth J.                                              Eagle Nationwide Mortgage Company
  Brief                                                            Brief
Due: September 26, 2012       Filed:

                                                                 **GMAC Mortgage LLC**
 **Reproduced Record**                                             Brief
Due: September 26, 2012       Filed:

### DOCKET ENTRY

| Filed Date | Docket Entry / Representing | Participant Type | Filed By |
|---|---|---|---|
| **July 25, 2012** | Notice of Appeal Docketed | Appellant | Taggart, Kenneth J. |
| | Comment: See No. 1305 EDA 2012. | | |
| **July 25, 2012** | Docketing Statement Exited (Civil) | | Bramblett, Karen Reid |

Neither the Appellate Courts nor the Administrative Office of Pennsylvania Courts assumes any liability
for inaccurate or delayed data, errors or omissions on the docket sheets.

3:03 P.M.

**Appeal Docket Sheet**                                                          **Superior Court of Pennsylvania**

Docket Number:  1972 EDA 2012

Page 3 of 3                                                                      

September 17, 2012

| Filed Date | Docket Entry / Representing | Participant Type | Filed By |
|---|---|---|---|
| **August 3, 2012** | Application to Quash Appeal | Appellee | GMAC Mortgage LLC |
| **August 8, 2012** | Application for Extension of Time to File | Appellant | Taggart, Kenneth J. |
| | Comment: Application for Extension of Time to File Answer to Application to Quash Appeal and Docketing Statement | | |
| **August 14, 2012** | Order Granting Application for Extension of Time to File Docketing Statement | | Per Curiam |
| | Document Name: & Response | | |
| | Comment: Response shall be filed on or before 9/10/2012. Docketing statement shall be filed on or before 8/22/12. No further extensions will be granted. | | |
| **August 17, 2012** | Trial Court Record and Opinion Received | | Montgomery County Court of Common Pleas |
| **August 22, 2012** | Docketing Statement Received (Civil) | Appellant | Taggart, Kenneth J. |
| **September 10, 2012** | Application for Stay | Appellant | Taggart, Kenneth J. |
| | Comment: Appellant's Brief to Show Cause Why Appeal Should Not Be Quashed & "Motion for Stay" | | |
| **September 17, 2012** | Order | | Per Curiam |

# EXHIBIT "B"

GMAC/TAGGART USBC. SDNY 9.25.12/void

3:05 P.M.

**Appeal Docket Sheet**                                                                               **Superior Court of Pennsylvania**

**Docket Number: 1305 EDA 2012**

Page 1 of 3                                                                                           

September 17, 2012

## CAPTION

GMAC Mortgage LLC
LBA Financial Group, LLC
Eagle Nationwide Mortgage Company
  v.
Kenneth J. Taggart
  Appellant

## CASE INFORMATION

| | | | |
|---|---|---|---|
| Initiating Document: | Notice of Appeal | | |
| Case Status: | Decided/Active | | |
| Case Processing Status: | August 15, 2012 | Awaiting Remittal | |
| Journal Number: | | | |
| Case Category: | Civil | Case Type(s): | Civil Action Law |

## CONSOLIDATED CASES                                                  RELATED CASES

| Docket No / Reason | Type |
|---|---|
| 1972 EDA 2012 | Related |
| Similar Issue(s) | |

## SCHEDULED EVENT

Next Event Type: Original Record Received                         Next Event Due Date: June 26, 2012
Next Event Type: Record Remitted                                  Next Event Due Date: September 14, 2012

## COUNSEL INFORMATION

**Appellant**    Taggart, Kenneth J.
Pro Se:         Yes
IFP Status:
  Pro Se:       Taggart, Kenneth J.
  Address:      45 Heron Road
                Holland, PA 18966
  Phone No:                                      Fax No:

**Appellee**    GMAC Mortgage LLC
Pro Se:         No
IFP Status:
  Attorney:     Guerin, Maria Teresa
  Law Firm:     Reed Smith, LLP
  Address:      2500 One Liberty Place
                1650 Market Street
                Philadelphia, PA 19103
  Phone No:     (215) 241-7984                   Fax No:

---

Neither the Appellate Courts nor the Administrative Office of Pennsylvania Courts assumes any liability
for inaccurate or delayed data, errors or omissions on the docket sheets.

3:05 P.M.

**Appeal Docket Sheet**

**Docket Number: 1305 EDA 2012**

Page 2 of 3

September 17, 2012

**Superior Court of Pennsylvania**



## COUNSEL INFORMATION

**Appellee**         Eagle Nationwide Mortgage Company
Pro Se:              No
IFP Status:
  Attorney:          Moffitt, William Christian
  Law Firm:          Fox Rothschild, L.L.P.
  Address:           10 Sentry Pky Ste 200
                     Blue Bell, PA 19422
  Phone No:          (610) 397-7973              Fax No: (610) 397-0450

## FEE INFORMATION

| Fee Dt | Fee Name | Fee Amt | Receipt Dt | Receipt No | Receipt Amt |
|---|---|---|---|---|---|
| 04/27/2012 | Notice of Appeal | 73.50 | 05/08/2012 | 2012-SPR-E-000859 | 73.50 |

## AGENCY/TRIAL COURT INFORMATION

| | | | |
|---|---|---|---|
| Court Below: | Montgomery County Court of Common Pleas | | |
| County: | Montgomery | Division: | Montgomery County Civil Division |
| Order Appealed From: | April 5, 2012 | Judicial District: | 38 |
| Documents Received: | May 8, 2012 | Notice of Appeal Filed: | April 27, 2012 |
| Order Type: | Order Dated | | |
| OTN(s): | | | |
| Lower Ct Docket No(s): | 09-25338 | | |
| Lower Ct Judge(s): | Tilson, Arthur R. | | |
| | Judge | | |

## ORIGINAL RECORD CONTENT

| Original Record Item | Filed Date | Content Description |
|---|---|---|

Date of Remand of Record:

## BRIEFING SCHEDULE

None                                                       None

## DOCKET ENTRY

| Filed Date | Docket Entry / Representing | Participant Type | Filed By |
|---|---|---|---|
| May 8, 2012 | Notice of Appeal Docketed | Appellant | Taggart, Kenneth J. |
| | Comment: See No. 1972 EDA 2012. | | |
| May 8, 2012 | Docketing Statement Exited (Civil) | | Bramblett, Karen Reid |
| May 22, 2012 | Docketing Statement Received | Appellant | Taggart, Kenneth J. |

Neither the Appellate Courts nor the Administrative Office of Pennsylvania Courts assumes any liability
for inaccurate or delayed data, errors or omissions on the docket sheets.

3:05 P.M.

**Appeal Docket Sheet**                                                                                          **Superior Court of Pennsylvania**

**Docket Number: 1305 EDA 2012**

Page 3 of 3                                                                                                      

September 17, 2012

### DOCKET ENTRY

| Filed Date | Docket Entry / Representing | Participant Type | Filed By |
|---|---|---|---|
| July 11, 2012 | Order - Rule to Show Cause | | Per Curiam |

Comment: This appeal has been taken from the April 5, 2012 order denying the defendant's motion to dismiss. Pa.R.A.P. 341(b)(1) states: "A final order is any order that disposes of all claims and of all parties." Accordingly, appellant is directed to show cause as to the basis of this Court's jurisdiction over this matter. This statement is due within 10 days of the date of this order. Failure to respond to this Court's directives may result in the quashal/dismissal of this appeal without further notice.

*7/20/12 - Response to Show Cause Rec'd

| August 15, 2012 | Quash Sua Sponte | | Per Curiam |

Comment: This appeal has been taken from the April 5, 2012 order denying the defendant's motion to dismiss. Pa.R.A.P. 341(b)(1) states: "A final order is any order that disposes of all claims and of all parties." Accordingly, the appeal at No. 1305 EDA 2012 is hereby QUASHED.

### DISPOSITION INFORMATION

| | | | |
|---|---|---|---|
| Final Disposition: | Yes | | |
| Related Journal No: | | Judgment Date: | |
| Category: | Disposed Before Decision | Disposition Author: | Per Curiam |
| Disposition: | Quash Sua Sponte | Disposition Date: | August 15, 2012 |

Disposition Comment: This appeal has been taken from the April 5, 2012 order denying the defendant's motion to dismiss. Pa.R.A.P. 341(b)(1) states: "A final order is any order that disposes of all claims and of all parties." Accordingly, the appeal at No. 1305 EDA 2012 is hereby QUASHED.

Dispositional Filing:                                                  Filing Author:
Filed Date:

Neither the Appellate Courts nor the Administrative Office of Pennsylvania Courts assumes any liability for inaccurate or delayed data, errors or omissions on the docket sheets.

# UNITED STATES BANKRUPTCY COURT

# SOUTHERN DISTRICT OF NEW YORK

**Civil Case#  12 – cv 12020**

Residential Capital, LLC, et al
Debtor
      v.

*U.S. Trustee* -**United States Trustee**
33 Whitehall Street
21st Floor
New York, NY 10004
(212) 510-0500

*Claims and Noticing Agent*
**Kurtzman Carson Consultants**
2335 Alaska Ave
El Segundo, CA 90245

## O R D E R

AND NOW, this_____ day of_____, 2012, upon consideration of Defendant, Kenneth J Taggart's, " A*mended* Motion to Void Pleadings" dated September 25, 2012, any response thereto,

    It is Ordered that Defendant's Motion is GRANTED .

    All pleadings, from May 14, 2012 – September 7, 2012 in the case GMAC v Taggart in Montgomery County Court of Common Pleas, case # 2009- 25338 shall be null and void by order of The United States Bankruptcy Court.

BY THE COURT:

_____