MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:   (212) 468-8000
Facsimile:   (212) 468-7900
Gary S. Lee
Lorenzo Marinuzzi
Norman S. Rosenbaum

*Counsel for the Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**AMENDED[1] PROPOSED AGENDA FOR MATTERS SCHEDULED
TO BE HEARD ON SEPTEMBER 27, 2012 AT 10:00 A.M. (EST)**

Location of Hearing:  United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, Courtroom 501, One Bowling Green, New York, NY 10004-1408

**I.**     **WITHDRAWN MATTERS**

**1.**     Wilmington Trust's Motion to Modify the Revised Joint Omnibus Scheduling Order and Provisions for Other Relief Regarding (I) Debtors' Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of RMBS Trust Settlement Agreement, and (II) The RMBS Trustees' Limited Objection to the Sale Motion, dated August 28, 2012 [Docket No. 1300]

**Related Documents**:

   **a.**   Declaration of Mark A. Lightner in Support of the Motion to Modify the Revised Joint Omnibus Scheduling Order and Provision for Other Relief Regarding (I) Debtors' Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of RMBS Trust Settlement Agreement, and (II) The RMBS

---

[1] Amended items appear in **bold**.

ny-1058407

|     |     |     |
| --- | --- | --- |
|     |     | Trustees' Limited Objection to the Sale Motion, dated August 28, 2012 [Docket No. 1301] |
|     | b. | Notice of Hearing on Motion to Modify the Revised Joint Omnibus Scheduling Order and Provision for Other Relief Regarding (I) Debtors' Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of RMBS Trust Settlement Agreement, and (II) The RMBS Trustees' Limited Objection to the Sale Motion, dated August 28, 2012 [Docket No. 1302] |
|     | c. | Notice of Adjournment of Hearing on Motion to Modify the Revised Joint Omnibus Scheduling Order and Provision for Other Relief Regarding (I) Debtors Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of RMBS Trust Settlement Agreement, and (II) the RMBS Trustees Limited Objection to the Sale Motion [Docket No. 1332] |
|     | d. | Notice of Withdrawal of Wilmington Trust's Motion to Modify the Revised Joint Omnibus Scheduling Order and Provision for Other Relief Regarding (I) Debtor's Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of RMBS Trust Settlement Agreement, and (II) the RMBS Trustees' Limited Objection to the Sale Motion [Docket No. 1521] |

**Responses**:

|     |     |     |
| --- | --- | --- |
|     | a. | Limited Objection of Citibank, N.A. to Wilmington Trust's Motion to Modify the Revised Joint Omnibus Scheduling Order and Provision for Other Relief Regarding (I) Debtors' Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of RMBS Trust Settlement Agreement, and (II) The RMBS Trustees Limited Objection to the Sale Motion [Docket No. 1498] |

**Status**:   This matter has been withdrawn.  No hearing is required.

## II. ADJOURNED MATTERS

**1.**   Motion of Deborah Bollinger and Bryan Bubnick for Relief from Automatic Stay as to GMAC Mortgage, LLC and Residential Capital, LLC [Docket No. 677]

**Related Documents**:

|     |     |     |
| --- | --- | --- |
|     | a. | Memorandum of Law in Support of Motion of Deborah Bollinger and Bryan Bubnick for Relief from Automatic Stay as to GMAC Mortgage, LLC and Residential Capital, LLC [Docket No. 678] |
|     | b. | Declaration of Robert L. Schug in Support of Motion of Deborah Bollinger and Bryan Bubnick for Relief from Automatic Stay as to GMAC Mortgage, LLC and Residential Capital, LLC [Docket No. 679] |

    **c.**    Notice of Hearing on Motion of Deborah Bollinger and Bryan Bubnick for Relief from Automatic Stay as to GMAC Mortgage, LLC and Residential Capital, LLC [Docket No. 680]

    **d.**    Notice of Adjournment of Hearing on Lift Stay Motions to August 14, 2012 at 10:00 a.m. [Docket No. 824]

    **e.**    Notice of Adjournment of Hearing on Motion of Deborah Bollinger and Bryan Bubnick for Relief from Automatic Stay as to GMAC Mortgage, LLC [Docket No. 1217]

    **f.**    Notice of Adjournment of Hearing on Lift Stay Motions to September 27, 2012 at 10:00 a.m. [Docket No. 1340]

    **g.**    Notice of Adjournment of Hearing on Motions Requesting Relief from the Automatic Stay to October 10, 2012 [Docket No. 1530]

**Responses**:    None.

**Status**:    The hearing on this matter has been adjourned to October 10, 2012.

**2.**    Motion of Gerard Wiener for Relief from Automatic Stay as to GMAC Mortgage, LLC [Docket No. 813]

**Related Documents**:

    **a.**    Additional Exhibits to Motion of Gerard Wiener for Relief from Automatic Stay as to GMAC Mortgage, LLC [Docket No. 814]

    **b.**    Notice of Hearing on Motion of Gerard Wiener for Relief from Automatic Stay as to GMAC Mortgage, LLC [Docket No. 815]

    **c.**    Notice of Adjournment of Hearing on Lift Stay Motions to September 11, 2012 at 10:00 A.M. [Docket No. 1232]

    **d.**    Notice of Adjournment of Hearing on Lift Stay Motions to September 27, 2012 at 10:00 a.m. [Docket No. 1340]

    **e.**    Notice of Adjournment of Hearing on Motion of Gerald Wiener for Relief from Automatic Stay as to GMAC Mortgage, LLC [Docket No. 1539]

**Responses**:    None.

**Status**:    The hearing on this matter has been adjourned to October 24, 2012.

**3.**    Notice of Motion for Relief from Stay (filed by GMAC Mortgage, LLC (in regards to property located at 3355 Sunhaven Oval, Parma, OH) [Docket No. 897]

**Related Documents**:

| | | |
|---|---|---|
| **a.** | | Notice of Adjournment of Hearing on Lift Stay Motions to September 11, 2012 at 10:00 A.M. [Docket No. 1232] |
| **b.** | | Notice of Adjournment of Hearing on Lift Stay Motions to September 27, 2012 at 10:00 a.m. [Docket No. 1340] |
| **c.** | | Notice of Adjournment of Hearing on Motions Requesting Relief from the Automatic Stay to October 10, 2012 [Docket No. 1530] |

**Responses**:    None.

**Status**:    The hearing on this matter has been adjourned to October 10, 2012.

**4.**    Motion of Citibank, N.A. Seeking an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(a) and Federal Bankruptcy Rule 4001 (in regards to property located at 23904 Lakeside Road, Santa Clarita, CA) [Docket No. 996]

**Related Documents**:

**a.**    Notice of Adjournment of Hearing on Lift Stay Motions to September 27, 2012 at 10:00 a.m. [Docket No. 1340]

**b.**    Notice of Adjournment of Hearing on Motions Requesting Relief from the Automatic Stay to October 10, 2012 [Docket No. 1530]

**Responses**:    None.

**Status**:    The hearing on this matter has been adjourned to October 10, 2012.

**5.**    Motion of PHH Mortgage Corporation Seeking an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(a) and Federal Bankruptcy Rule 4001 (in regards to property located at 68 Hammock Lane, Staten Island, NY) [Docket No. 1105]

**Related Documents**:

**a.**    Notice of Adjournment of Hearing on Lift Stay Motions to September 27, 2012 at 10:00 a.m. [Docket No. 1340]

**b.**    Notice of Adjournment of Hearing on Motions Requesting Relief from the Automatic Stay to October 10, 2012 [Docket No. 1530]

**Responses**:    None.

        **Status**:    The hearing on this matter has been adjourned to October 10, 2012.

**6.**    Motion of PHH Mortgage Corporation Seeking an Order Granting Relief from the Automatic Stay (in regards to property located at 1700 North River Road, West Lafayette, IN) [Docket No. 1180]

    **Related Documents**:

    **a.**    Notice of Adjournment of Hearing on Lift Stay Motions to September 27, 2012 at 10:00 a.m. [Docket No. 1340]

    **b.**    Notice of Adjournment of Hearing on Motions Requesting Relief from the Automatic Stay to October 10, 2012 [Docket No. 1530]

    **Responses**:    None.

    **Status**:    The hearing on this matter has been adjourned to October 10, 2012.

**7.**    Motion of PHH Mortgage Corporation Seeking an Order Granting Relief from the Automatic Stay (in regards to property located at 1031 Wylin Court, Ferguson, MO) [Docket No. 1181]

    **Related Documents**:

    **a.**    Notice of Adjournment of Hearing on Lift Stay Motions to September 27, 2012 at 10:00 a.m. [Docket No. 1340]

    **b.**    Notice of Adjournment of Hearing on Motions Requesting Relief from the Automatic Stay to October 10, 2012 [Docket No. 1530]

    **Responses**:    None.

    **Status**:    The hearing on this matter has been adjourned to October 10, 2012.

**8.**    Motion [of Kevin J. Matthews] for Relief from Stay [Docket No. 1291]

    **Related Documents**:

    **a.**    Notice of Adjournment of Hearing [Docket No. 1568]

    **Responses**:

    **a.**    Debtors' Objection to Matthews Motion for Relief from Stay [Docket No. 1500]

        **Status**:    The hearing on this matter will be adjourned to a date to be determined.

### III. STATUS CONFERENCES

**1.**    Status Conference on Plan Developments

        **Related Documents**:

        **a.**    Debtors' Status Report Regarding Plan of Reorganization Negotiations [Docket No. 1545]

        **Responses**:    None.

        **Status**:    The status conference on this matter will be going forward.

**2.**    Debtors' Motion Pursuant to 11 U.S.C. §§ 105, 363(b), (f), and (m), 365 and 1123, and Fed. R. Bankr. P. 2002, 6004, 6006, and 9014 For Order: (A)(I) Authorizing and Approving Sale Procedures, Including Break-Up Fee and Expense Reimbursement; (II) Scheduling Bid Deadline and Sale Hearing; (III) Approving Form and Manner of Notice Thereof; and (IV) Granting Related Relief and (B)(I) Authorizing the Sale of Certain Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (II) Authorizing and Approving Asset Purchase Agreements Thereto; (III) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto; and (IV) Granting Related Relief [Docket No. 61]

        **Related Documents**:

        **a.**    Order Under 11 U.S.C. §§ 105, 363(b) and 365 (I) Authorizing and Approving Sale Procedures, Including Payment of Break-Up Fees; (II) Scheduling Bid Deadline; Auction (If Necessary) and Sale Hearing; (III) Establishing Assumption and Assignment Procedures, Including Procedures for Fixing Cure Amounts; and (IV) Establishing Notice Procedures and Approving Forms of Notice [Docket No. 538]

        **b.**    Revised Joint Omnibus Scheduling Order and Provisions for Other Relief Regarding (I) Debtors' Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of RMBS Trust Settlement Agreements, and (II) The RMBS Trustees' Limited Objection to the Sale Motion [Docket No. 945]

        **c.**    Notice of Status Conference on the Pre-Auction Objections of the RMBS Trustees to the Debtors' Sale Motion and Related Joinders [Docket No. 1445]

        **Responses**:

        **a.**    Pre-Auction Objections of the RMBS Trustees to the Debtors' Sale Motion [Docket No. 1242]

| | |
|---|---|
| **b.** | Joinder of Wells Fargo Bank, N.A., as Master Servicer for Residential Mortgage Backed Securities Trusts to Pre-Auction Objections of the RMBS Trustees to the Debtors' Sale Motion [Docket No. 1243] |
| **c.** | Joinder of U.S. Bank National Association as Master Servicer for Residential Mortgage Backed Securities Trusts to The Pre-Auction Objections of the RMBS Trustees to the Debtors' Sale Motion [Docket No. 1246] |
| **d.** | Joinder of Frost National Bank in RMBS Trustees' Pre-Auction Objection to Debtors' Sale Motion [Docket No. 1249] |
| **e.** | Joinder of The Bank of New York Mellon as Master Servicer for Residential Mortgage Backed Securities Trusts to The Pre-Auction Objections of the RMBS Trustees to the Debtors' Sale Motion [Docket No. 1250] |
| **f.** | Objection of TCF National Bank and Joinder in the Pre-Auction Objection of the RMBS Trustees [Docket No. 1452] |
| **g.** | Joinder of HSBC Bank, National Association as Trustee Under Certain Mortgage Backed Securities Trusts to the Pre-Auction Objections of the RMBS Trustees to the Debtors' Sale Motion [Docket No. 1501] |
| **Status**: | The status conference on the Pre-Auction Objections of the RMBS Trustees and related Joinders will be going forward. |

3. Debtors' Motion for Entry of an Order Under Bankruptcy Code Section 363 and Bankruptcy Rule 6004 (I) Authorizing the Debtors to Compensate PricewaterhouseCoopers, LLP for Foreclosure Review Services in Furtherance of the Debtors' Compliance Obligations Under Federal Reserve Board Consent Order and (II) Reaffirming Relief Granting in the GA Servicing Order [Docket No. 1357]

   **Related Documents**:

   | | |
   |---|---|
   | **a.** | Notice of Filing Supplemental Exhibits to Debtors' Motion for Entry of an Order Under Bankruptcy Code Section 363 and Bankruptcy Rule 6004 (I) Authorizing the Debtors to Compensate PricewaterhouseCoopers, LLP for Foreclosure Review Services in Furtherance of the Debtors' Compliance Obligations Under Federal Reserve Board Consent Order and (II) Reaffirming Relief Granting in the GA Servicing Order [Docket No. 1527] |
   | **b.** | Notice of Adjournment of Hearing [Docket No. 1556] |

   **Responses**:

   | | |
   |---|---|
   | **a.** | Limited Objection of Wilmington Trust, National Association to Debtors' Motion for Entry of an Order (I) Authorizing Debtors to Compensate |

|   |   |   |
|---|---|---|
|   |   | PricewaterhouseCoopers, LLP for Foreclosure Review Services and (II) Reaffirming Relief Granted in the GA Servicing Order [Docket No. 1465] |
|   | **b.** | Omnibus Objection of the Official Committee of Unsecured Creditors to (A) The Debtors' Motion for Entry of an Order Under Bankruptcy Code Section 363 and Bankruptcy Rule 6004 (I) Authorizing the Debtors to Compensate PricewaterhouseCoopers, LLP for Foreclosure Review Services in Furtherance of the Debtors' Compliance Obligations Under Federal Reserve Board Consent Order and (II) Reaffirming Relief Granted in the GA Servicing Order, (B) Pepper Hamilton Retention Application, and (C) Hudson Cook Retention Application [Docket No. 1493] |
|   | **c.** | **Ally Financial Inc.'s (A) Position Statement Regarding the Debtors' (I) PricewaterhouseCoopers Motion and (II) Pepper Hamilton and Hudson Cook Retention Applications and (B) Status Report Regarding the Committee's Related Discovery Requests [Docket No. 1573]** |

**Status**:   The initial hearing on this matter will be going forward as a status conference.

**4.**   Debtors' Application for an Order Under Section 327(e) of the Bankruptcy Code, Bankruptcy Rule 2014(a) and Local Rule 2014-1 Authorizing the Debtors to Employ and Retain Pepper Hamilton LLP as Special Foreclosure Review Counsel for Bankruptcy Issues to the Debtors, *Nunc Pro Tunc* to May 14, 2012 [Docket No. 1426]

**Related Documents**:

**a.**   Notice of Adjournment of Hearing [Docket No. 1556]

**Responses**:

**a.**   Omnibus Objection of the Official Committee of Unsecured Creditors to (A) The Debtors' Motion for Entry of an Order Under Bankruptcy Code Section 363 and Bankruptcy Rule 6004 (I) Authorizing the Debtors to Compensate PricewaterhouseCoopers, LLP for Foreclosure Review Services in Furtherance of the Debtors' Compliance Obligations Under Federal Reserve Board Consent Order and (II) Reaffirming Relief Granted in the GA Servicing Order, (B) Pepper Hamilton Retention Application, and (C) Hudson Cook Retention Application [Docket No. 1493]

**b.**   **Ally Financial Inc.'s (A) Position Statement Regarding the Debtors' (I) PricewaterhouseCoopers Motion and (II) Pepper Hamilton and Hudson Cook Retention Applications and (B) Status Report Regarding the Committee's Related Discovery Requests [Docket No. 1573]**

**Status**:   The initial hearing on this matter will be going forward as a status conference.

ny-1058407                                                  8

**5.**   Debtors' Application Under Section 327(e) of the Bankruptcy Code, Bankruptcy Rule 2014(a) and Local Rule 2014-1 for Authorization to Employ and Retain Hudson Cook, LLP as Special Counsel to the Debtors, *Nunc Pro Tunc* to May 14, 2012 [Docket No. 1427]

   **Related Documents**:

   **a.**   Notice of Adjournment of Hearing [Docket No. 1556]

   **Responses**:

   **a.**   Omnibus Objection of the Official Committee of Unsecured Creditors to (A) The Debtors' Motion for Entry of an Order Under Bankruptcy Code Section 363 and Bankruptcy Rule 6004 (I) Authorizing the Debtors to Compensate PricewaterhouseCoopers, LLP for Foreclosure Review Services in Furtherance of the Debtors' Compliance Obligations Under Federal Reserve Board Consent Order and (II) Reaffirming Relief Granted in the GA Servicing Order, (B) Pepper Hamilton Retention Application, and (C) Hudson Cook Retention Application [Docket No. 1493]

   **b.**   **Ally Financial Inc.'s (A) Position Statement Regarding the Debtors' (I) PricewaterhouseCoopers Motion and (II) Pepper Hamilton and Hudson Cook Retention Applications and (B) Status Report Regarding the Committee's Related Discovery Requests [Docket No. 1573]**

   **Status**:   The initial hearing on this matter will be going forward as a status conference.

**6.**   GMAC Mortgage, LLC. v. Silmon (Circuit Court of Jefferson County, Alabama (Birmingham Division), Case No.: CV-2009-902322)

   **Related Documents**:

   **a.**   GMAC Mortgage, LLC's Notice of Bankruptcy Filing and Supplemental Servicing Order (Filed on August 2, 2012)

   **Responses:**   None.

   **Status:**   A status conference on this matter will be going forward.

### IV.   CONTESTED MATTERS

**1.**   Debtors' Motion for Entry of an Order Under Sections 105 and 363 of the Bankruptcy Code Authorizing the Reimbursement of Expenses Including Counsel Fees Incurred by the Independent Directors [Docket No. 1356]

   **Related Documents**:   None.

**Responses**:

a. Reservation of Rights of the Official Committee of Unsecured Creditors with Respect to the Debtors' Motion for the Entry of an Order Under Sections 105 and 363 of the Bankruptcy Code Authorizing the Reimbursement of Expenses Including Counsel Fees Incurred by the Independent Directors [Docket No. 1488]

**Status**: The hearing on this matter will be going forward.

2. Motion for Order Appointing an Official Committee of Borrowers Pursuant to Section 1102(a)(2) of the Bankruptcy Code [Docket No. 1264]

**Related Documents**:

a. Notice of Hearing [Docket No. 1265]

**Responses**:

a. Limited Objection of Citibank, N.A. to Motion for an Order Appointing an Official Committee of Borrowers Pursuant to Section 1102(a)(2) of the Bankruptcy Code [Docket No. 1447]

b. Objection of the Official Committee of Unsecured Creditors to the Motion for an Order Appointing an Official Committee of Borrowers Pursuant to Section 1102(a)(2) of the Bankruptcy Code [Docket No. 1449]

c. Debtors' Objection to Motion for an Order Appointing an Official Committee of Borrowers Pursuant to Section 1102(a)(2) of the Bankruptcy Code [Docket No. 1451]

d. Wendy Alison Nora's Partial Joinder for Appointment of Borrowers' Committee and Reply to Objections of the Debtors and Unsecured Creditors' Committee to the Appointment of a Committee to Protect the Interests of the Borrower Class of Claimants (All Rights Reserved) [Docket No. 1494]

e. **Brief of *Amicus Curiae* in Support of the Formation of an Official Committee of Homeowner-Borrower Claimants [Docket No. 1580]**

**Replies**:

a. Omnibus Reply in Support of Motion for an Order Appointing an Official Committee of Borrowers Pursuant to Section 1102(a) of the Bankruptcy Code [Docket No. 1518]

      **Status**:    This hearing on this matter will be going forward.

3. Debtors' Motion Under Bankruptcy Code Sections 105(a) and 362(d) for Entry of an Order Approving Procedures by Which Third Parties May Request and Obtain Stipulated Relief from the Automatic Stay to Commence or Continue Actions to Foreclose Senior Liens [Docket No. 1416]

   **Related Documents**:   None.

   **Responses**:

   a. Response and Objection by JPMorgan Chase Bank, N.A. to Debtors' Motion for Entry of an Order Approving Procedures by Which Parties May Request and Obtain Stipulated Relief from the Automatic Stay to Commence or Continue Actions to Foreclose Senior Liens [Docket No. 1490]

   **Status**: The Debtors are in discussions with JPMorgan in an effort to resolve the objection on a consensual basis and submit an order on consent; the Debtors will provide a status update to the Court at the hearing. If they cannot reach agreement, the parties have agreed to adjourn the matter to October 10, 2012 for hearing on the merits.

4. Motion [of Corla Jackson] in Reference to Stay Order Violations by GMAC [Docket No. 1229]

   **Related Documents**:

   a. Notice of Hearing on Motion of Corla Jackson in Reference to Stay Order Violations by GMAC [Docket No. 1415]

   **Responses**:

   a. Debtors' Objection to Motion of Corla Jackson [Docket No. 1499]

   **Status**: The hearing on this matter will be going forward.

5. [Patrick J. Hopper's] Memorandum In Support of Motion to Reconsider the Court's August 10, 2012 Granting Order (Docket 1077) [Docket No. 1228]

   **Related Documents**:

   a. Memorandum Opinion signed on 8/10/2012 Granting Motion to Employ and Retain Bradley Arant Boult Cummings, LLP as Special Litigation and Compliance Counsel to the Debtors, *Nunc Pro Tunc* to May 14, 2012 [Docket No. 1077]

    **b.**    Order signed on 8/20/2012 Authorizing (I) the Employment and Retention of Bradley Arant Boult Cummings LLC as Special Litigation and Compliance Counsel to the Debtors, *Nunc Pro Tunc* to May 14, 2012, and (II) to Approve Alternative Billing Arrangement [Docket No. 1221]

    **c.**    Notice of Hearing on Motion of Patrick Hopper for Reconsideration of Order Authorizing Employment and Retention of Bradley Arant Boult Cummings LLP as Special Litigation and Compliance Counsel to the Debtors [Docket No. 1341]

    **d.**    Motion to Reconsider Order 1221 Authorizing Retention of Bradley Arant Boult Cummings LLC and Movant's Request to Investigate Suppressed Page and Altered Document Refiling of Docket 1228 [Docket No. 1351]

**Responses**:

    **a.**    Debtors' Objection to Motion of Patrick Hopper for Reconsideration of Order Authorizing Employment and Retention of Bradley Arant Boult Cummings LLP as Special Litigation and Compliance Counsel to the Debtors [Docket No. 1326]

**Status**:    The hearing on this matter will be going forward.

**V.**    **ADVERSARY PROCEEDING MATTERS – LEWIS V. GMAC MORTGAGE CO., LLC (ADV. PROC. NO. 12-01731)**

**1.**    Adversary Complaint by Surplus Creditors for False Claims and RICO, 31 U.S.C.A. Sections 3729 to 3733; 18 U.S.C. Sections 666, 1962; BR Rule 7008 [Docket No. 1]

**Related Documents**:

    **a.**    Affidavit In Forma Pauperis in Support of Adversary Complaint, filed by Yvonne D. Lewis [Docket No. 2]

    **b.**    Emergency Motion to Stay Order of Confirmation of Sheriff's Sale Filed June 4, 2012 and to Vacate Writ of Possession of Property to Federal Home Loan Association AKA "Fannie Mae" Entered June 4, 2012 on Grounds of Lack of Foreclosure Complaint Filed September 19, 2011, Rico Activity, And Federal Bankruptcy Injunction and Interim Orders Entered May 14 & 18, 2012, filed by Sidney T. Lewis, Yvonne D. Lewis [Docket No. 3]

    **c.**    Summons and Notice of Pre-Trial Conference [Docket No. 5]

    **d.**    Objection to Notice of Hiring of Professional Under 11 U.S.C. Section 327(a), Doc. 516, Filed 6/26/12, Entered 6/26/12 at Page 2 of 3, at Section (c); Grounded on "Actual and Factual Potential Conflicts" Related to the

|      |      |
|------|------|
|      | Particular Matters for Which Representation is Sought, filed by Sidney T. Lewis, Yvonne D. Lewis [Docket No. 6] |
| **e.** | Statement regarding Settlement Conference Report Held on August 8, 2012, filed by Sidney T. Lewis, Yvonne D. Lewis [Docket No. 11] |
| **f.** | Motion for Summary Judgment by Plaintiffs; Grounded On (1) Federal Preemptions For Federal Programs Under HUD (42 U.S.C. 3535 (i) (1)) And US DOT (49 U.S.C. 47502); And "Separation Of Powers" Of Federal Agencies On 09/08/2012 In State Court Case No. 05-CV-4555, FR. CNTY., Ohio,  filed by Sidney T. Lewis, Yvonne D. Lewis [Docket No. 12] |
| **g.** | Debtors' Motion for Judgment on the Pleadings in Response to Yvonne D. Lewis, et al.'s Adversary Complaint by Surplus Creditor s for False Claims and RICO, 31 U.S.C.A. 3729 to 3733; 18 U.S.C. 666, 1962; BR Rule 7008, filed by Sidney T. Lewis, Yvonne D. Lewis [Docket No. 14] |

**Responses**:

|      |      |
|------|------|
| **a.** | Answer and Affirmative Defenses of the Debtors to Yvonne D. Lewis, et al.'s Adversary Complaint by Surplus Creditors for False Claims and RICO, 31 U.S.C.A. §§ 3729 to 3733; 18 U.S.C. §§ 666, 1962; BR Rule 7008 [Docket No. 7] |

**Status**:    A status conference on this matter will be going forward.

**2.**    Motion for Summary Judgment by Plaintiffs, Grounded on (I) Federal Preemptions for Federal Programs Under HUD (42 U.S.C. Section 3535(i)(1) and U.S. DOT (49 U.S.C. Section 47502); and "Separation of Powers" of Federal Agencies on 09/08/2011 in State Court Case No. 05-cv-4555, Fr. Cnty., Ohio, filed by Sidney T. Lewis, Yvonne D. Lewis [Docket No. 12]

**Related Documents**:    None.

**Responses**:

|      |      |
|------|------|
| **a.** | Debtors' Opposition to Motion for Summary Judgment by Plaintiffs; Grounded on (1) Federal Preemptions for Federal Programs Under HUD (42 U.S.C. § 3535(I)(1) and US DOT (49 U.S.C. § 47502); and "Separation of Powers" of Federal Agencies on 09/08/2011 in State Court Case No. 05-cv-4555, FR. Cnty., Ohio [Docket No. 16] |

**Status**:    The hearing on this matter will be going forward.

**3.**    Debtors' Motion for Judgment on the Pleadings in Response to Yvonne D. Lewis, et al.'s Adversary Complaint by Surplus Creditor for False Claims and RICO, 31 U.S.C.A. 3729 to 3733; 18 U.S.C. 666, 1962; BR Rule 7008 [Docket No. 14]

      **Related Documents**:   None.

      **Responses**:   None.

      **Status**:   The hearing on this matter will be going forward.

## VI. UNCONTESTED/SETTLED MATTERS

**1.** Motion of HSBC Bank USA, N.A. Seeking Relief from the Automatic Stay (in regards to property located at 103 Orchard Avenue, Buffalo, NY) [Docket No. 1072]

    **Related Documents**:

    **a.** Notice of Adjournment of Hearing on Lift Stay Motions to September 27, 2012 at 10:00 a.m. [Docket No. 1340]

    **b.** Stipulation and Order Pursuant to 11 U.S.C. § 362(d) Modifying the Automatic Stay Imposed by 11 U.S.C. § 362(a) [Docket No. 1553]

    **Responses**:   None.

    **Status**:   A stipulation has been filed with the Court. No hearing is required.

**2.** Motion of PNC Bank, N.A. Seeking an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(a) and Federal Bankruptcy Rule 4001 (in regards to property located at 240 Country Road 513 a.k.a. 1 Bush Farm Lane, Frenchtown, NJ) [Docket No. 1111]

    **Related Documents**:

    **a.** Notice of Adjournment of Hearing on Lift Stay Motions to September 27, 2012 at 10:00 a.m. [Docket No. 1340]

    **b.** Stipulation and Order Pursuant to 11 U.S.C. § 362(d) Modifying the Automatic Stay Imposed by 11 U.S.C. § 362(a) [Docket No. 1554]

    **Responses**:   None.

    **Status**:   A stipulation has been filed with the Court. No hearing is required.

**3.** Motion of Residential Credit Solutions, Inc. Seeking an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(a) and Federal Bankruptcy Rule 4001 (in regards to property located at 93 Old Brook Road, Dix Hills, NY) [Docket No. 1116]

    **Related Documents**:

    **a.** Notice of Adjournment of Hearing on Lift Stay Motions to September 27, 2012 at 10:00 a.m. [Docket No. 1340]

       **b.**      Stipulation and Order Pursuant to 11 U.S.C. § 362(d) Modifying the Automatic Stay Imposed by 11 U.S.C. § 362(a) [Docket No. 1561]

   **Responses**:    None.

   **Status**:    A stipulation has been filed with the Court. No hearing is required.

**4.**    Motion of PHH Mortgage Corporation Seeking an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(a) and Federal Bankruptcy Rule 4001 (in regards to property located at 1908 West Till Road, Fort Wayne, IN) [Docket No. 1130]

   **Related Documents**:

      **a.**    Notice of Adjournment of Hearing on Lift Stay Motions to September 27, 2012 at 10:00 a.m. [Docket No. 1340]

      **b.**    Stipulation and Order Pursuant to 11 U.S.C. § 362(d) Modifying the Automatic Stay Imposed by 11 U.S.C. § 362(a) [Docket No. 1562]

   **Responses**:    None.

   **Status**:    A stipulation has been filed with the Court. No hearing is required.

**5.**    Motion of PNC Mortgage for Termination of the Automatic Stay (in regards to property located at 623 9th Street, Clarkston, WA) [Docket No. 1213]

   **Related Documents**:

      **a.**    Notice of Adjournment of Hearing on Lift Stay Motions to September 27, 2012 at 10:00 a.m. [Docket No. 1340]

      **b.**    Stipulation and Order Pursuant to 11 U.S.C. § 362(d) Modifying the Automatic Stay Imposed by 11 U.S.C. § 362(a) [Docket No. 1563]

   **Responses**:    None.

   **Status**:    A stipulation has been filed with the Court. No hearing is required.

**6.**    Motion of PNC Mortgage for Termination of Automatic Stay (in regards to property located at 1302 S. Monroe Street, Tacoma, WA) [Docket No. 1292]

   **Related Documents**:

      **a.**    Stipulation and Order Pursuant to 11 U.S.C. § 362(d) Modifying the Automatic Stay Imposed by 11 U.S.C. § 362(a) [Docket No. 1564]

   **Responses**:    None.

      **Status**: A stipulation has been filed with the Court. No hearing is required.

7. Motion of Capital One, N.A. for Termination of Automatic Stay (in regards to property located at 62927 Braun Drive, Washington, MI) [Docket No. 1298]

    **Related Documents**:

    a. Stipulation and Order Pursuant to 11 U.S.C. § 362(d) Modifying the Automatic Stay Imposed by 11 U.S.C. § 362(a) [Docket No. 1565]

    **Responses**: None.

    **Status**: A stipulation has been filed with the Court. No hearing is required.

8. Motion [of Union Savings Bank] for Termination of Automatic Stay (in regards to property located at 890 South Troy Avenue, Cincinnati, OH) [Docket No. 1364]

    **Related Documents**:

    a. Stipulation and Order Pursuant to 11 U.S.C. § 362(d) Modifying the Automatic Stay Imposed by 11 U.S.C. § 362(a) [Docket No. 1566]

    **Responses**: None.

    **Status**: A stipulation has been filed with the Court. No hearing is required.

9. Application of the Official Committee of Unsecured Creditors for Entry of an Order Authorizing the Employment and Retention of Analytic Focus, LLC as Consultant to the Committee, *Nunc Pro Tunc* to August 28, 2012 [Docket No. 1418]

    **Related Documents**: None.

    **Responses**: None.

    **Status**: The hearing on this matter will be going forward.

10. Application of the Official Committee of Unsecured Creditors for Entry of an Order Authorizing the Employment and Retention of J.F. Morrow, as Consultant to the Committee *Nunc Pro Tunc* to September 5, 2012 [Docket No. 1419]

    **Related Documents**: None.

    **Responses**: None.

**Status**:   The hearing on this matter will be going forward.

Dated: September 26, 2012
       New York, New York

                              /s/ Gary S. Lee
                              Gary S. Lee
                              Lorenzo Marinuzzi
                              Norman S. Rosenbaum
                              MORRISON & FOERSTER LLP
                              1290 Avenue of the Americas
                              New York, New York 10104
                              Telephone: (212) 468-8000
                              Facsimile: (212) 468-7900

                              *Counsel for the Debtors and*
                              *Debtors in Possession*