GIBBS & BRUNS LLP
Kathy D. Patrick, Esq. (*pro hac vice*)
Scott A. Humphries, Esq. (*pro hac vice*)
Robert J. Madden, Esq. (*pro hac vice* pending)
1100 Louisiana, Suite 5300
Houston, TX 77002
Telephone: (713) 650-8805
Facsimile: (713) 750-0903

-AND-

ROPES & GRAY LLP
D. Ross Martin, Esq. (DM-2947)
Keith H. Wofford, Esq. (KW-2225)
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090

*Attorneys for the Steering Committee Group of RMBS Holders*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| In re | Chapter 11 |
|---|---|
| Residential Capital, LLC, *et al.* | Case No. 12-12020 (MG) |
| | (Jointly Administered) |
| Debtors. | |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Robert J. Madden, Esq., request admission, *pro hac vice*, before the Honorable Martin Glenn, to represent the Steering Committee Group of RMBS Holders in the above-captioned case. I certify that I am a member in good standing of the bar of the State of Texas and am admitted to practice in the United States Court of Appeals for the Fifth Circuit and the United States District Courts for the Southern District of Texas, the Northern District of Texas, and the Eastern District of Texas.

31737476_1

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: September 26, 2012
Houston, Texas

/s/ Robert J. Madden
Robert J. Madden, Esq.
GIBBS & BRUNS LLP
1100 Louisiana, Suite 5300
Houston, TX 77002
Telephone: (713) 650-8805
Facsimile: (713) 750-0903
E-mail: rmadden@gibbsbruns.com

2

31737476_1

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>Residential Capital, LLC, *et al.*<br><br>Debtors. | Chapter 11<br><br>Case No. 12-12020 (MG)<br><br>(Jointly Administered) |

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Robert J. Madden, Esq., to be admitted, *pro hac vice*, to represent the Steering Committee Group of RMBS Holders in the above-captioned case, and upon the movant's certification that the movant is a member in good standing of the bar of the State of Texas and am admitted to practice in the United States Court of Appeals for the Fifth Circuit and the United States District Courts for the Southern District of Texas, the Northern District of Texas, and the Eastern District of Texas, it is hereby:

**ORDERED**, that Robert J. Madden, Esq., is admitted to practice, *pro hac vice*, in the above-captioned case, to represent the Steering Committee Group of RMBS Holders in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated:   New York, New York
         _____, 2012

_____
United States Bankruptcy Judge

31737476_1