Hearing Date and Time: September 27, 2012 at 10 a.m. (ET)

**ROBERT E. BROWN, P.C.**
*Attorneys for Additional Homeowners*
44 Wall Street, 12th Floor
New York, N.Y. 10005
Telephone: (212) 766-9779
Facsimile: (718) 979-9784

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------

| | | |
|---|---|---|
| In re: | ) | Case No. : 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Chapter 11 |
| | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | |
| | ) | |

-----------------------------------------------------------------

## JOINDER OF ADDITIONAL HOMEOWNERS TO THE MOTION FOR AN ORDER APPOINTING AN OFFICIAL COMMITTEE OF BORROWERS PURSUANT TO SECTION 1102(a)(2) OF THE BANKRUPTCY CODE

3

TO THE HONORABLE MARTIN GLENN
UNITED STATES BANKRUPTCY JUDGE:

Certain homeowners (the "Movants")[1] who entered into mortgage contracts and/or whose loans were sold and securitized and currently are held in one or more of the debtors in these cases (collectively, "Residential Capital" or the "Debtors") submitted a motion (the "Motion") for an order appointing an Official Committee of Borrowers (a "Borrowers Committee"). Certain additional homeowners (the "Additional Homeowners")[2] respectfully submit this Joinder to the Motion for a Borrowers Committee [Docket No. 1264].

For the reasons set forth in the Motion, homeowners must have a seat at the table and representative voice as settlements are proposed and reorganization plans are drafted. An additional Borrowers Committee is necessary to avoid inherent conflicts of interest of the seated Creditors Committee. Absent appointment of an official Borrowers Committee, the homeowner-creditors will have no protection and no representation. An official Borrowers Committee will ensure a voice in negotiations over a bankruptcy plan to ensure it does not improperly impair borrowers' rights in numerous respects.

As fully set forth in the Motion, Additional Homeowners respectfully request that this Court appoint an official Borrowers Committee and direct the United States Trustee to appoint its members.

---

[1] Capitalized terms that are not defined herein shall have the meanings given to such terms in the Motion.
[2] The Additional Homeowners are: Gordon Dade; George & Tracey Fischell; Porchia Jones; Christopher & Heidi Kennedy; Joyce Landry; Ryan & Becki Maas; Ken & Herthon Morgan; Liese Nichols; Debra & Steven Shaver; Susan & Talin Stephen; Robert Sweeting; Betty Taylor; Jaqueline Warner; Destry White.

1

Dated: September 26, 2012

__/s/__ Bennette D. Kramer_

Bennette D. Kramer

**SCHLAM STONE & DOLAN LLP**
*Attorneys for Additional Homeowners*
26 Broadway, 19th Floor
New York, New York 10004
(212) 344-5400
bdk@schlamstone.com

Respectfully Submitted,

__/s/__ Robert E. Brown___

Robert E. Brown

**ROBERT E. BROWN, P.C.**
*Attorneys for Additional Homeowners*
44 Wall Street, 12th Floor
New York, N.Y. 10005
(212) 766-9779
rbrown@robertbrownlaw.com
rbrown@robertbrownlaw.com

2