# EXHIBIT 3

# International Business Machines Corporation

| | | | |
|---|---|---|---|
| Please direct inquiries and correspondence to<br>IBM Corporation<br>ONE LINCOLN CENTRE<br>OAK BROOK TER IL 60181 | Customer Number<br>3666342 - T4 | Invoice Number<br>C12BS5B | Invoice Date<br>Mar 29, 2012 | Page<br>Page 1 of 4 |
| Or Call IBM at<br>877-426-6006 | | E-Mail Address:<br>invoices@us.ibm.com | | |

**Services Delivered To:**
GMAC MORTGAGE LLC
1100 VIRGINIA DR
FT WASHINGTON, PA 19034-3204

**Invoice To:**
GMAC MORTGAGE LLC
1100 VIRGINIA DR
FT WASHINGTON, PA 19034-3204

Customer reference:

Signed by Dan Drees 12/21/2010
Caseid#003687147 / SW Maintenance & Dev

Please remit payments to
P.O. BOX 643600
PITTSBURGH, PA 15264-3600

**Terms**
PAYMENT DUE UPON RECEIPT OF
INVOICE - LATE PAYMENT FEE
MAY APPLY

## INVOICE FOR SERVICES

| DESCRIPTION | HOURLY RATE | HOURS | TAX | AMOUNT |
|---|---|---|---|---|
| **SERVICES DELIVERED TO:**<br>GMAC MORTGAGE LLC<br>1100 VIRGINIA DR<br>FT WASHINGTON, PA 19034-3204 | **ACCOUNT NUMBER:**<br>3666342-T4 | **CUSTOMER REFERENCE:**<br>Signed by Dan Drees 12/21/2010<br>Caseid#003687147 / SW Maintenance & Dev | | |

CONTRACT NUMBER:    CFTC09C
WORK NUMBER:   WQ09K          PO NUMBER: PO17013
SW MAINT & DEVELOPMENT
PROFESSIONAL FEES

| DESCRIPTION | HOURLY RATE | HOURS | TAX | AMOUNT |
|---|---|---|---|---|
| ARCHANA BADAM, . | $55.00 | 162.0 | $0.00 | $8,910.00 |
| BERNABEI, R | $156.75 | 160.0 | $0.00 | $25,080.00 |
| BUCHANAN, JD | $166.25 | 160.0 | $0.00 | $26,600.00 |
| FEDER, BD | $213.75 | 164.0 | $0.00 | $35,055.00 |
| KAUR, H | $156.75 | 160.0 | $0.00 | $25,080.00 |
| MADHWAL, S | $156.75 | 160.0 | $0.00 | $25,080.00 |

**Original Invoice**                    CONTINUED                                                                0

## International Business Machines Corporation

| | | | | |
|---|---|---|---|---|
| Please direct inquiries and correspondence to<br>IBM Corporation<br>ONE LINCOLN CENTRE<br>OAK BROOK TER IL 60181 | Customer Number<br>3666342 - T4 | Invoice Number<br>C12BS5B | Invoice Date<br>Mar 29, 2012 | Page<br>Page 2 of 4 |
| Or Call IBM at<br>877-426-6006 | | E-Mail Address:<br>invoices@us.ibm.com | | **IBM**® |

Services Delivered To:
GMAC MORTGAGE LLC
1100 VIRGINIA DR
FT WASHINGTON, PA 19034-3204

Invoice To:
GMAC MORTGAGE LLC
1100 VIRGINIA DR
FT WASHINGTON, PA 19034-3204

Customer reference:

Signed by Dan Drees 12/21/2010
Caseid#003687147 / SW Maintenance & Dev

Please remit payments to
P.O. BOX 643600
PITTSBURGH, PA 15264-3600

Terms
PAYMENT DUE UPON RECEIPT OF
INVOICE - LATE PAYMENT FEE
MAY APPLY

### INVOICE FOR SERVICES

| SERVICES DELIVERED TO: | ACCOUNT NUMBER: | CUSTOMER REFERENCE: |
|---|---|---|
| GMAC MORTGAGE LLC<br>1100 VIRGINIA DR<br>FT WASHINGTON, PA 19034-3204 | 3666342-T4 | Signed by Dan Drees 12/21/2010<br>Caseid#003687147 / SW Maintenance & Dev |

| Name | Rate | Hours | | Amount |
|---|---|---|---|---|
| MARRI, PM | $156.75 | 160.0 | $0.00 | $25,080.00 |
| NELAPATLA, R | $156.75 | 160.0 | $0.00 | $25,080.00 |
| OCKEN, JR | $156.75 | 160.0 | $0.00 | $25,080.00 |
| PEREIRA, TP | $110.00 | 2.0 | $0.00 | $220.00 |
| RAMESH KOTA, . | $110.00 | 108.0 | $0.00 | $11,880.00 |
| RAVIKIRAN GINNURI, . | $55.00 | 171.0 | $0.00 | $9,405.00 |
| SURVE, T | $156.75 | 160.0 | $0.00 | $25,080.00 |
| UNAWANE, PP | $213.75 | 160.0 | $0.00 | $34,200.00 |
| VACHHANI, NP | $156.75 | 160.0 | $0.00 | $25,080.00 |
| PROFESSIONAL FEES SUBTOTAL | | | $0.00 | $326,910.00 |

**Original Invoice**                              CONTINUED                                                                                                0

**International Business Machines Corporation**

| Please direct inquiries and correspondence to<br>IBM Corporation<br>ONE LINCOLN CENTRE<br>OAK BROOK TER IL 60181 | Customer Number<br>3666342 - T4 | Invoice Number<br>C12BS5B | Invoice Date<br>Mar 29, 2012 | Page<br>Page 3 of 4 |
|---|---|---|---|---|

Or Call IBM at
877-426-6006

E-Mail Address:
invoices@us.ibm.com

**IBM**

Services Delivered To:
GMAC MORTGAGE LLC
1100 VIRGINIA DR
FT WASHINGTON, PA 19034-3204

Invoice To:
GMAC MORTGAGE LLC
1100 VIRGINIA DR
FT WASHINGTON, PA 19034-3204

Customer reference:

Signed by Dan Drees 12/21/2010
Caseid#003687147 /  SW Maintenance & Dev

Please remit payments to
P.O. BOX 643600
PITTSBURGH, PA 15264-3600

Terms
PAYMENT DUE UPON RECEIPT OF
INVOICE - LATE PAYMENT FEE
MAY APPLY

### INVOICE FOR SERVICES

| SERVICES DELIVERED TO:<br>GMAC MORTGAGE LLC<br>1100 VIRGINIA DR<br>FT WASHINGTON, PA 19034-3204 | ACCOUNT NUMBER:<br>3666342-T4 | CUSTOMER REFERENCE:<br><br>Signed by Dan Drees 12/21/2010<br>Caseid#003687147 /  SW Maintenance & Dev |
|---|---|---|

TOTALS

| | | | |
|---|---|---|---|
| TAXABLE CHARGES: | $0.00 | NONTAXABLE CHARGES: | $326,910.00 | $326,910.00 |

LOCATION TOTAL                                                                                                                                                        $326,910.00

**Original Invoice**                                       CONTINUED                                                                                                                  0

**International Business Machines Corporation**

| | | | |
|---|---|---|---|
| Please direct inquiries and correspondence to<br>IBM Corporation<br>ONE LINCOLN CENTRE<br>OAK BROOK TER IL 60181 | Customer Number<br>3666342 - T4 | Invoice Number<br>C12BS5B | Invoice Date<br>Mar 29, 2012 | Page<br>Page 4 of 4 |

Or Call IBM at
877-426-6006

E-Mail Address:
invoices@us.ibm.com

IBM®

Services Delivered To:
GMAC MORTGAGE LLC
1100 VIRGINIA DR
FT WASHINGTON, PA 19034-3204

Invoice To
GMAC MORTGAGE LLC
1100 VIRGINIA DR
FT WASHINGTON, PA 19034-3204

Customer reference:

Signed by Dan Drees 12/21/2010
Caseid#003687147 / SW Maintenance & Dev

Please remit payments to
P.O. BOX 643600
PITTSBURGH, PA 15264-3600

Terms
PAYMENT DUE UPON RECEIPT OF
INVOICE - LATE PAYMENT FEE
MAY APPLY

**INVOICE FOR SERVICES**

IF NOT PAID BY APRIL 27, 2012, PAY THE AMOUNT DUE PLUS A LATE PAYMENT
FEE OF $6,538.35 FOR A TOTAL OF $333,448.35. IF PAYMENT IS NOT MADE
WITHIN ONE MONTH OF APRIL 27, 2012, ADDITIONAL CHARGES MAY APPLY.

THIS IS ISSUED PURSUANT TO THE IBM CUSTOMER AGREEMENT OR THE EQUIVALENT AGREEMENT BETWEEN US.

**Original Invoice**         PLEASE PAY THIS AMOUNT                              $326,910.00

*To assure proper credit please detach this portion and return with remittance.*

**International Business Machines Corporation**

Invoice to
GMAC MORTGAGE LLC
1100 VIRGINIA DR
FT WASHINGTON, PA 19034-3204

Invoice Number
C12BS5B

Customer Number
3666342 - T4

Accounts Rec.
Department
DLL

Invoice Date    Mar 29, 2012

Amount
$326,910.00

Address Correction

Invoice to _____    Installed at _____

Please remit payments to
IBM Corporation
P.O. BOX 643600
PITTSBURGH, PA 15264-3600

For inquiries contact IBM at:
877-426-6006            WWW.IBM.COM/SUPPORT/OPERATIONS

IBM
**Remittance Copy**