# EXHIBIT 4

12-12020-mg    Doc 1592-5    Filed 09/26/12    Entered 09/26/12 17:19:54    Exhibit 4 to
Dec of Feder-Invoice MB00926    Pg 2 of 2

# International Business Machines Corporation

Please direct inquiries and correspondence to
IBM CORPORATION
ONE LINCOLN CENTRE
OAK BROOK TER IL 60181

Or call IBM at:  (877) 426-6006
e-mail:  ASKAR@US.IBM.COM

| Customer Number | Invoice Number | Invoice date | Page |
|---|---|---|---|
| | MB00926 | 05/30/2012 | 1 |



Installed at

GMAC MORTGAGE LLC                GMAC MORTGAGE LLC
1100 VIRGINIA DR                 1100 VIRGINIA DR
FT WASHINGTON PA 19034-3204      FT WASHINGTON PA 19034-3204

Customer reference

Signed by Dan Drees 12/21/2010
Caseid#003687147 / SW Maintenance & Dev

Please remit payments to

P.O. BOX 643600
PITTSBURGH, PA 15264-3600

Terms

PAYMENT DUE UPON RECEIPT OF
INVOICE - LATE PAYMENT FEE
MAY APPLY

INVOICE FOR SERVICES

CONTRACT# CFTC09C

WORK#   WQ09K

| Week Ending | Employee | Rate | Hours | Amount |
|---|---|---|---|---|
| 5/11/2012 | . ARCHANA BADAM | 55.00 | 45 | 2,475.00 |
| 5/11/2012 | . RAVIKIRAN GINNURI | 55.00 | 45 | 2,475.00 |
| 5/18/2012 | . ARCHANA BADAM | 55.00 | 45 | 2,475.00 |
| 5/18/2012 | . RAMESH KOTA | 110.00 | 45 | 4,950.00 |
| 5/18/2012 | . RAVIKIRAN GINNURI | 55.00 | 45 | 2,475.00 |
| 5/18/2012 | BD FEDER | 213.75 | 40 | 8,550.00 |
| 5/18/2012 | H KAUR | 156.75 | 40 | 6,270.00 |
| 5/18/2012 | JD BUCHANAN | 166.25 | 40 | 6,650.00 |
| 5/18/2012 | PP UNAWANE | 213.75 | 40 | 8,550.00 |
| 5/18/2012 | R BERNABEI | 156.75 | 40 | 6,270.00 |
| 5/18/2012 | R NELAPATLA | 156.75 | 32 | 5,016.00 |
| 5/18/2012 | S MADHWAL | 156.75 | 40 | 6,270.00 |
| 5/18/2012 | T SURVE | 156.75 | 40 | 6,270.00 |
| 5/18/2012 | TP PEREIRA | 110.00 | 1 | 110.00 |
| 5/25/2012 | . ARCHANA BADAM | 55.00 | 45 | 2,475.00 |
| 5/25/2012 | . RAMESH KOTA | 110.00 | 45 | 4,950.00 |
| 5/25/2012 | . RAVIKIRAN GINNURI | 55.00 | 36 | 1,980.00 |
| 5/25/2012 | BD FEDER | 213.75 | 40 | 8,550.00 |
| 5/25/2012 | H KAUR | 156.75 | 40 | 6,270.00 |
| 5/25/2012 | JD BUCHANAN | 166.25 | 40 | 6,650.00 |
| 5/25/2012 | PP UNAWANE | 213.75 | 40 | 8,550.00 |
| 5/25/2012 | R BERNABEI | 156.75 | 40 | 6,270.00 |
| 5/25/2012 | R NELAPATLA | 156.75 | 32 | 5,016.00 |
| 5/25/2012 | S MADHWAL | 156.75 | 40 | 6,270.00 |
| 5/25/2012 | T SURVE | 156.75 | 40 | 6,270.00 |
| 5/25/2012 | TP PEREIRA | 110.00 | 1 | 110.00 |
| | | Total | | 132,167.00 |

LATE PAYMENT FEES MAY APPLY

THIS IS ISSUED PURSUANT TO THE IBM CUSTOMER AGREEMENT OR THE EQUIVALENT AGREEMENT BETWEEN US.

| Original Invoice | PLEASE PAY THIS AMOUNT | $132,167.00 |
|---|---|---|