WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Gary T. Holtzer

*Attorneys for Syncora Guarantee Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x

In re:                                                        :    Chapter 11

                                                             :

Residential Capital, LLC., *et al*.                          :    Case No. 12-12020 (MG)

                                                             :

                          Debtors.                           :    (Jointly Administered)

                                                             :

---------------------------------------------------------------- x

**NOTICE OF APPEARANCE AND REQUEST FOR**
**<u>SERVICE OF PAPERS OF WEIL, GOTSHAL & MANGES LLP</u>**

**PLEASE TAKE NOTICE** that Weil, Gotshal & Manges LLP ("<u>Weil</u>") hereby

appears in the above-captioned cases on behalf of Syncora Guarantee Inc.  Pursuant to section

1109(b) of title 11 of the United States Code and Rules 2002, 9007 and 9010(b) of the Federal

Rules of Bankruptcy Procedure, Weil hereby requests that all notices given or required to be

given in the above-captioned cases and all papers served in the above-captioned cases be given

to and served upon the following attorneys:

> WEIL, GOTSHAL & MANGES LLP
> 767 Fifth Avenue
> New York, New York 10153-0119
> Attention:     Gary T. Holtzer
> Telephone:    (212) 310-8000
> Facsimile:    (212) 310-8007
> E-mail:       gary.holtzer@weil.com

**PLEASE TAKE FURTHER NOTICE** that the aforementioned attorneys consent to e-mail service.

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only notices and papers referred to in the rules specified above but includes, without limitation, all orders and notices of any application, motion, order, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telecopy or otherwise, which affects the debtors or the property of the debtors.

**PLEASE TAKE FURTHER NOTICE** that the aforementioned attorneys further request that they be added to the official service list for notice of all contested matters, adversary proceedings, and other proceedings in these chapter 11 cases.

Dated: September __, 2012
New York, New York

/s/ Gary T. Holtzer
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile:  (212) 310-8007
Gary T. Holtzer

*Attorneys for the Syncora Guarantee Inc.*