UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re:

RESIDENTIAL CAPITAL, LLC, et al.*,*

        Debtors.
---------------------------------------------------------x

Chapter 11
Case No.: 12-12020 (MG)

(Jointly Administered)

## CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action.  My business address is 11400 West Olympic Boulevard, Suite 200, Los Angeles, California, 90064.

On September 26, 2012, I served following documents

1) **OBJECTION OF INTERNATIONAL BUSINESS MACHINES CORP. TO NOTICE OF (I) DEBTORS' INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS, UNEXPIRED LEASES OF PERSONAL PROPERTY, AND UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY AND (II) CURE AMOUNTS RELATED THERETO**

2) **DECLARATION OF BRIAN D. FEDER IN SUPPORT OF OBJECTION OF INTERNATIONAL BUSINESS MACHINES CORP. TO NOTICE OF (I) DEBTORS' INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS, UNEXPIRED LEASES OF PERSONAL PROPERTY, AND UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY AND (II) CURE AMOUNTS RELATED THERETO**

via the Court's Electronic Case Filing system, and on the parties listed on the attached service list via UPS overnight delivery.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct and that I am employed in the office of a member of the bar of California admitted *pro hac vice* to this court at whose direction the service was made

Executed on September 26, 2012 at Los Angeles, California.

                                 /s/Kristin Manning
                                 Kristin Manning

**SERICE LIST**
*In Re Residential Capital, LLC, et al.*
**Case No. 12-12020 (MG)**

| | |
|---|---|
| Larren M. Nashelsky, Esq.<br>Gary S. Lee, Esq.<br>Morrison & Foerster LLP<br>1290 Avenue of the Americas<br>New York, New York 10104 | Jessica C.K. Boelter, Esq.<br>Sidley Austin LLP<br>One South Dearborn<br>Chicago, Illinois 60603 |
| Brian Masumoto, Esq.<br>Office of the United States Trustee for the<br>Southern District of New York<br>33 Whitehall Street, 21st Floor<br>New York, New York 10004 | Seth Goldman, Esq.<br>Thomas Walper, Esq.<br>Munger, Tolles & Olson LLP<br>355 South Grand Avenue<br>Los Angeles, CA 90071 |
| Kenneth H. Eckstein, Esq.<br>Douglas H. Mannal, Esq.<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY 10036 | Ray C. Schrock, Esq.<br>Stephen E. Hessler, Esq.<br>Kirkland & Ellis, LLP<br>601 Lexington Ave.<br>New York, NY 10022 |