**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>Residential Capital, LLC, *et al.*<br><br>Debtors. | Chapter 11<br><br>Case No. 12-12020 (MG)<br><br>(Jointly Administered) |

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Robert J. Madden, Esq., to be admitted, *pro hac vice*, to represent the Steering Committee Group of RMBS Holders in the above-captioned case, and upon the movant's certification that the movant is a member in good standing of the bar of the State of Texas and am admitted to practice in the United States Court of Appeals for the Fifth Circuit and the United States District Courts for the Southern District of Texas, the Northern District of Texas, and the Eastern District of Texas, it is hereby:

**ORDERED**, that Robert J. Madden, Esq., is admitted to practice, *pro hac vice*, in the above-captioned case, to represent the Steering Committee Group of RMBS Holders in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated:   New York, New York
         September 27, 2012

_/s/Martin Glenn_
UNITED STATES BANKRUPTCY JUDGE

31737476_1