Darrell W. Clark (DC-3549)
STINSON MORRISON HECKER LLP
1775 Pennsylvania Ave., NW, Suite 800
Washington, DC  20006
Tel:  (202) 785-9100
Fax: (202) 785-9163
E-mail: dclark@stinson.com

*Attorneys for Verizon Communications Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------- x
                                                              :
In re                                                         :    Chapter 11
                                                              :
RESIDENTIAL CAPITAL, LLC, *et al.*,[1]                        :    Case No. 12-12020 (MG)
                                                              :
                    Debtors.                                  :    Jointly Administered
-------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Darrell W. Clark, request admission, *pro hac vice*, before the Honorable Martin Glenn, to represent Verizon Communications Inc. by itself and on behalf of its wholly-owned subsidiaries ("Verizon"), a creditor and party in interest in the above-referenced case.

I certify that I am a member in good standing of the bars in the District of Columbia and the States of Maryland, Missouri and Virginia; the United States District Courts for the District of Maryland, District of Columbia, and Eastern District of Virginia; the United States Court of Appeals for the District of Columbia Circuit; and the Supreme Court of the United States.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

---

[1] The names of the Debtors in these cases and their respective tax identification numbers are identified on Exhibit 1 to the Affidavit of James Whitlinger, Chief Financial Officer of Residential Capital LLC in Support of the Chapter 11Petitions and First Day Pleadings.

| | |
|---|---|
| Dated: September 27, 2012 | /s/ Darrell W. Clark<br>Darrell W. Clark (DC-3549)<br>STINSON MORRISON HECKER LLP<br>1775 Pennsylvania Ave., N.W., Suite 800<br>Washington, D.C. 20006<br>Tel: 202-785-9100<br>Fax: 202-785-9163<br>E-mail: dclark@stinson.com<br><br>*Attorneys for Verizon Communications Inc.* |