EXHIBIT A

**Verizon Communications, Inc.**
**Pre-Petition Statment of Accounts**

**Residential Capitol**
**Filed Chapter 11 5/14/2012**
**Southern District of New York**
**Case # 12-12020**

| System | Account | Pre-petition | Reg | Non-Reg |
|---|---|---|---|---|
| CBSS | 1114684075 | $ 21.12 | $ 21.12 | $ - |
| ETRAK | 2152838760838 | $ 1,847.00 | $ 1,847.00 | $ - |
| ETRAK | 2155634530187 | $ 12.59 | $ 12.59 | $ - |
| ETRAK | 2156282179502 | $ - | $ - | $ - |
| ETRAK | 6096541257571 | $ 28.70 | $ 28.70 | $ - |
| ETRAK | 6096544059572 | $ 27.60 | $ 27.60 | $ - |
| ETRAK | 8562272079828 | $ 13.39 | $ 13.39 | $ - |
| ETRAK | 8562414390909 | $ 22.83 | $ 22.83 | $ - |
| ETRAK | 8567976961908 | $ 6.24 | $ 6.24 | $ - |
| ETRAK | 8569880737831 | $ - | $ - | $ - |
| ETRAK | 000691557467 | $ 2.88 | $ 2.88 | $ - |
| ETRAK | 000702716805 | $ (67.89) | $ (67.89) | $ - |
| ETRAK | 000729761088 | $ 80.20 | $ 80.20 | $ - |
| ETRAK | 5086996655687 | $ 102.16 | $ 102.16 | $ - |
| ETRAK | 2123701250549 | $ 285.24 | $ 285.24 | $ - |
| CARMS | Y2354296 | $ 228,409.15 | $ - | $ 228,409.15 |
| CARMS | 92163083 | $ (124.91) | $ - | $ (124.91) |
| CARMS | 2DD51182 | $ (272.40) | $ - | $ (272.40) |
| CARMS | 2DD72926 | $ (143.88) | $ - | $ (143.88) |
| CARMS | Y0010397 | $ 42,679.36 | $ - | $ 42,679.36 |
| CARMS | Y0302499 | $ 9.07 | $ - | $ 9.07 |
| CARMS | Y2226906 | $ 13,172.80 | $ - | $ 13,172.80 |
| CARMS | Y2226907 | $ 35,034.70 | $ - | $ 35,034.70 |
| CARMS | Y2354220 | $ 215.73 | $ - | $ 215.73 |
| CARMS | Y2354301 | $ (37.95) | $ - | $ (37.95) |
| CARMS | 6DA55279 | $ - | $ - | $ - |
| CARMS | 6DA54977 | $ 0.78 | $ - | $ 0.78 |
| CARMS | 6DA55494 | $ - | $ - | $ - |
| CARMS | 6DA55422 | $ - | $ - | $ - |
| IXPLUS | 100160589x11 | $ 2,828.06 | $ - | $ 2,828.06 |
| Mega | 8687551558 | $ - | $ - | $ - |
| ARS | 05375961 | $ 3,039.34 | $ - | $ 3,039.34 |
| | **Total Pre-petition** | **$ 327,191.91** | **$ 2,382.06** | **$ 324,809.85** |