**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: <br><br> RESIDENTIAL CAPITAL, LLC, *et al.*, <br><br> Debtors. | Chapter 11 <br><br> Case No. 12-12020 (MG) <br> Jointly Administered |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, William A. Hazeltine, request admission, *pro hac vice*, before the Honorable Martin Glenn, to represent Mortgage Electronic Registration Systems, Inc. and MERSCORP, Inc. (collectively, "MERS"), a creditor and party in interest in the above-referenced case.

I certify that I am a member in good standing of the bar of the State of Delaware and the United States District Court for the State of Delaware.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Date:  September 27, 2012
         Wilmington, DE

SULLIVAN · HAZELTINE · ALLINSON LLC

*/s/ William A. Hazeltine*
William A. Hazeltine (No. 3294)
901 North Market Street, Suite 1300
Wilmington, DE 19801
Tel: (302) 428-8191
Fax: (302) 428-8195
whazeltine@sha-llc.com

*Attorneys for Mortgage Electronic Registration Systems, Inc. and MERSCORP, Inc.*