

Paul N. Papas II, *pro se*
4727 E Bell Rd.
Ste 45-350
Phoenix, AZ 85032
602-493-2016

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RESIDENTIAL CAPITAL, LLC<br>a/k/a RESIDENTIAL CAPITAL CORPORATION<br>1177 Avenue of the Americas<br>New York, New York 10036<br>Debtor | Chapter 11<br>Case No. 12-12020-mg<br>Joint Administration Pending |

### NOTICE OF HEARING ON MOTION TO CONVERT DEBTOR ResCap/GMAC TO CHAPTER 7

Claimant/Creditor Paul N. Papas II, *pro se*, Notices All Parties that there will be a hearing on the **Motion To Convert The Debtor To Chapter 7** which is docketed at 1472 on October 10, 2102 at 10 AM.

You will find a Memorandum in Support of the Motion To Convert The Debtor To Chapter 7 dated September 18, 2012 which is to be considered with the To Convert The Debtor To Chapter 7.

Any replies to the Motion and Memorandum must be received by this Claimant/Creditor no later than October 1, 2012 at Paul_Papas@MyLegalHelpUSA.com

Dated September 18, 2012

*(signature)*

Paul N. Papas II, *pro se*
4727 E Bell Rd., Ste 45-350
Phoenix, AZ 85032

Affidavit in Support

I, Paul N. Papas II, state and depose the above information is true based upon personal observation, knowledge and belief under the pains and penalties of perjury dated this 18th day of September 2012.

_____
Paul N. Papas II, *pro se*

Certificate Of Service

I have served a copy of this upon; United States Trustee, Tracey Hope Davis, 33 Whitehall Street, 21st Floor, NY, NY 10004; Attorney Larren M. Nashelsky, MORRISON & FOERSTER, LLP, 1290 Avenue of the Americas, NY, NY, 10104 and Attorney Wendy Allison Nova, 210 Second Street NE, Minneapolis, MN 55413. by email and/or by Regular Mail as well as those on the September 4, 2012 notice list.
Dated September 18, 2012

_____
Paul N. Papas II, *pro se*