**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____
                                    )
**In re:**                                    )        Case No. 12-12020 (MG)
                                    )
**RESIDENTIAL CAPITAL, LLC, et al.,**    )        Chapter 11
                                    )
                  **Debtors.**      )        **(Jointly Administered)**
_____)

## APPLICATION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

I, Duane K. Beasley, a member in good standing of the bar of the State of California request admission, *pro hac vice*, before the Honorable Martin Glenn to represent Residential Capital, LLC, et al., as special securitization transactional counsel in the above-referenced case.

    My address is:        Orrick, Herrington & Sutcliffe LLP
                                    777 South Figueroa Street, Suite 3200
                                    Los Angeles, CA  90017-5855

The filing fee of $200.00 has been submitted with this Application for *pro hac vice* admission.

                                                  */s/ Duane K. Beasley*
                                                  Duane K. Beasley (CA State Bar No. 211251)
                                                  ORRICK, HERRINGTON & SUTCLIFFE LLP
                                                  777 South Figueroa Street, Suite 3200
                                                Los Angeles, CA  90017-5855
                                                  Telephone:  (213) 629-2020
                                                  Facsimile:  (213) 612-2499
                                                  Email:      dbeasley@orrick.com

Dated: September 27, 2012

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____
                                            )
In re:                                      )    Case No. 12-12020 (MG)
                                            )
**RESIDENTIAL CAPITAL, LLC, et al.,**       )    Chapter 11
                                            )
              Debtors.                      )    (Jointly Administered)
_____)

## ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE*

Upon the motion of Duane K. Beasley, dated September 27, 2012, for admission to practice *pro hac vice* to represent the above-captioned debtors and debtors in possession as special securitization transactional counsel in the above-captioned case, and upon the movant's certification that the movant is a member in good standing of the bar of the State of California,

IT IS HEREBY ORDERED that Duane K. Beasley is admitted to practice, *pro hac vice*, in the above-captioned case in the United States Bankruptcy Court for the District of New York to represent the above-captioned debtors and debtors in possession as special securitization transactional counsel, provided that the filing fee has been paid.

Dated: New York, New York
       _____, 2012

                                            _____
                                            THE HONORABLE MARTIN GLENN
                                            UNITED STATES BANKRUPTCY JUDGE