Form: ICB-12001-01 rev. 01

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in compliance with D.N.J. LBR 9004-2(c)

Isabel C. Balboa    (IB-4082)
Chapter 13 Standing Trustee
Cherry Tree Corporate Center
535 Route 38, Suite 580
Cherry Hill, NJ  08002-2977

In Re:

Michael P. Donaghy, Jr.
Stephanie L. Donaghy

Debtor(s)

Case No.:    10-10802 (JHW)

Hearing Date:    04/28/2010

Judge:    Chief Judge Judith H. Wizmur

Order Filed on 4/29/2010 by Clerk U.S. Bankruptcy Court District of New Jersey

## ORDER CONFIRMING CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two(2) through four(4) is hereby

**ORDERED**.

DATED: 4/29/2010

Judith H. Wizmur, Chief Judge
United States Bankruptcy Court

# LAW OFFICES OF JOSEPH J. ROGERS

WASHINGTON PROFESSIONAL CAMPUS • SUITE I-4
900 ROUTE 168 • TURNERSVILLE, NJ 08012
www.njbankruptcylawyer.us

Joseph J. Rogers, Esq.
Barbara J. Snavely, Esq.
Members NJ Bar

TEL (856) 228-7964
FAX (856) 228-7965

April 5, 2012

**VIA FACSIMILE**
Fax Number 856-482-9190

Milstead & Associates, LLC
Woodland Falls Corporate Park
220 Lake Drive East, Suite 301
Cherry Hill, NJ 08002

Re:  **In re Michael P. Donaghy and Stephanie L. Donaghy**
**Chapter 13 Case Number 10-10802 JHW**

**Debtors' Notice of Motion for Sanctions**
**Hearing Date: April 10, 2012 at 10:00 a.m.**

Dear Sir/Madam:

My office represents the Debtors, Michael and Stephanie Donaghy, with regard to their Chapter 13 bankruptcy case.

The Debtors chose to represent themselves with regard to the previous motions for relief from the stay filed on behalf of GMAC Mortgage and with regard to this action. However, we continue to represent the Debtors, Michael and Stephanie Donaghy, in the underlying bankruptcy and there is no reason for us to withdraw as counsel in the underlying bankruptcy. Our office representing the Debtors in the bankruptcy should not stop GMAC from providing the Debtors with information about their mortgage.

Pursuant to the Debtors' request, my office previously gave written authorization to GMAC Mortgage and their counsel Milstead & Associates, LLC, to speak directly with the Debtors with regard to resolving the prior motions and with regard to the Debtors' application for a loan modification. (See attached documentation.)

We believe GMAC Mortgage should have permission to deal directly with the Debtors in this action and well as provide documents and information directly to the Debtors throughout the rest of this case. We again give authorization to GMAC Mortgage and their counsel to deal directly and communicate freely with the Debtors in this action as well as provide documents and information directly to the Debtors, Michael and Stephanie Donaghy. We will, however, continue to represent the Debtors in their underlying bankruptcy.

If you have any questions regarding the aforementioned, please feel free to contact my office at any time. Thank you.

Very truly yours,

/s/ Joseph J. Rogers, Esquire

JJR\jw

cc:  U.S. Bankruptcy Court (Via ECF)
Michael and Stephanie Donaghy (Via Email)

## Debtor Attorney Authorization and Release Form

Date: 8/16/10

I, Joseph Reger , (hereinafter referred to as "Debtors' Attorney")

Authorize GMAC Mortgage, LLC to discuss with and obtain information from my client(s) Stephanie Omsky ("Debtor(s)") regarding potential workout options (commonly referred to as loss mitigation alternatives) regarding their home mortgage loan. GMAC Mortgage, LLC is aware that proper court approval may be necessary to execute the workout option once approved by GMAC Mortgage, LLC, and when necessary the investor.

_Michael Dongh_____
Debtor Name

_Stephanie Omsky_____
Debtor Name

_10-10102 JHW_____
Bankruptcy Case Number

_9006_____
Debtor's Account Number

GMAC Mortgage, LLC will send a Financial Analysis Form to your client(s) which will need to be to be completed and returned. We will only communicate with your client(s) regarding the Financial Analysis Form, any missing documents required for potential workout, and the available workout options. GMAC Mortgage, LLC may be required to order an interior Broker Price Opinion on the property to verify the value and condition of the property. GMAC Mortgage, LLC will contact your client(s) to arrange a mutually convenient time for this to be completed. The preferred telephone number to contact the "Debtor(s)" is

_[signature]_____
Attorney's Signature

_8/16/2010_____
Date

_Joseph Reger_____
Attorney's Printed Name

**PLEASE FAX COMPLETED AUTHORIZATION FORM TO:
BANKRUPTCY LOSS MITIGATION DEPARTMENT at 1-866-709-4744**

# LAW OFFICES OF JOSEPH J. ROGERS

WASHINGTON PROFESSIONAL CAMPUS • SUITE I-4
900 ROUTE 168 • TURNERSVILLE, NJ 08012
www.njbankruptcylawyer.us

Joseph J. Rogers, Esq.
Barbara J. Snavely, Esq.
Members NJ Bar

TEL (856) 228-7964
FAX (856) 228-7965

October 18, 2010

**VIA FACSIMILE**
Fax Number 856-482-9190

Jill Manuel-Coughlin, Esquire
Milstead & Associates, LLC
Woodland Falls Corporate Park
220 Lake Drive East, Suite 301
Cherry Hill, NJ 08002

Re:  In re Michael P. Donaghy and Stephanie L. Donaghy
Chapter 13 Case Number 10-10802 JHW

GMAC Mortgage Motion for Relief from the Stay
Date of Motion: **October 25, 2010 at 10:00 a.m.**

Dear Ms. Manuel-Coughlin:

Please allow this letter to confirm that we represent Michael and Stephanie Donaghy in a Chapter 13 Bankruptcy. The Debtors filed their own opposition to the above-referenced motion. Accordingly, we hereby authorize you to speak directly with the Debtors with regards to resolving the motion for relief from the stay.

If you have any questions regarding the aforementioned, please feel free to contact my office at any time. Thank you.

Very truly yours,

Joseph J. Rogers, Esquire

JJR\jw