# MILSTEAD & ASSOCIATES, LLC

## Attorneys at Law

Woodland Falls Corporate Park
220 Lake Drive East, Ste 301
Cherry Hill, New Jersey 08002
TEL (856) 482-1400 FAX (856) 482-9190

Michael J. Milstead, Esq.
michael@milsteadlaw.com

Richard M. Milstead, Esq.
richard@milsteadlaw.com

Nelson Diaz, Esq. PA & NJ
ndiaz@milsteadlaw.com

Mary Harbert-Bell, Esq. PA & NJ
mharbert@milsteadlaw.com

Patrick Wesner, Esq. PA & NJ
pwesner@milsteadlaw.com

Mark E. Herrera, Esq. PA & NJ *
mherrera@milsteadlaw.com

Ryan A. Gower, Esq. PA & NJ
rgower@milsteadlaw.com

Lisa Ann Thomas, Sr. Foreclosure Administrator
lthomas@milsteadlaw.com

*Of Counsel

Philadelphia Address:
235 South 13th Street
Philadelphia, PA 19107

Please Reply To: NJ Office
Our File No. 7.12037

July 5, 2012

Mr. and Mrs. Michael P. Donaghy, Jr.
300 Central Avenue
Runnemede, NJ 08078

Re: Michael P. Donaghy, Jr. aka Michael P. Donaghy and Stephanie L. Donaghy
Bankruptcy Case No. 10-10802-JHW

Dear Mr. and Mrs. Donaghy:

Please find enclosed a check in the amount of $2,000.00 in satisfaction of the Court's June 29, 2012 Interim Order Granting Debtors' Motion for Sanctions Against Milstead & Associates, LLC. As always, should you have any questions or concerns please do not hesitate to contact my office. Thank you for your attention to this matter.

Very truly yours,

Ryan A. Gower, Esq.
MILSTEAD & ASSOCIATES, LLC

/rg
enclosure(s)

Order Filed on 06/29/2012 by Clerk U.S. Bankruptcy Court District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

MILSTEAD & ASSOCIATES, LLC
RYAN A. GOWER, ESQUIRE    RG4645
Woodland Falls Corporate Park
220 Lake Drive East, Suite 301
Cherry Hill, NJ 08002
(856) 482-1400
File No. 7.12037
Attorneys for Milstead & Associates, LLC

In Re:

Michael P. Donaghy, Jr. aka Michael P. Donaghy and Stephanie L. Donaghy,
    Debtors.

Case No.: 10-10802-JHW

Chapter 13

Hearing Date: May 15, 2012

Judge: Judith H. Wizmur

## INTERIM ORDER GRANTING DEBTORS' MOTION FOR SANCTIONS AGAINST MILSTEAD & ASSOCIATES, LLC

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

DATED: 06/29/2012

_____
Judith H. Wizmur, Chief Judge
United States Bankruptcy Court

Upon the motion of Michael P. Donaghy, Jr. aka Michael P. Donaghy and Stephanie L. Donaghy, Debtors, for Sanctions against Milstead & Associates, LLC, a hearing having been held, and for cause shown, it is

ORDERED that sanctions in the sum of $2,000.00 are hereby assessed against Milstead & Associates, LLC and are to be paid to the above named Debtors within 30 days of the entry of this Order.

*Approved by Judge Judith H. Wizmur June 29, 2012*