**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------- x
:
In re                                          :          Chapter 11
:
RESIDENTIAL CAPITAL, LLC, *et al.*,[1]         :          Case No. 12-12020 (MG)
:
                    Debtors.                   :          Jointly Administered
-------------------------------------------------------------x

# ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Darrell W. Clark to be admitted, *pro hac vice*, to represent Verizon Communications Inc. by itself and on behalf of its wholly-owned subsidiaries ("Verizon"), a creditor and party in interest in the above-referenced case, and upon the movant's certification that the movant is a member in good standing of the bars in the District of Columbia and the States of Maryland, Missouri and Virginia; the U.S. District Court for the District of Columbia, the District of Maryland and Eastern District of Virginia; the United States Court of Appeals for the District of Columbia Circuit; and the Supreme Court of the United States, it is hereby

**ORDERED**, that Darrell W. Clark, Esq., is admitted to practice, *pro hac vice*, in the above referenced case to represent Verizon in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: **September 28, 2012**            _____/s/Martin Glenn_____
New York, New York                        THE HONORABLE MARTIN GLENN
                                          UNITED STATES BANKRUPTCY JUDGE

---

[1] The names of the Debtors in these cases and their respective tax identification numbers are identified on Exhibit 1 to the Affidavit of James Whitlinger, Chief Financial Officer of Residential Capital LLC in Support of the Chapter 11Petitions and First Day Pleadings.

DB04/0048629.0501/6981319.1