UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| **RESIDENTIAL CAPITAL, LLC, et al.,** | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE*

Upon the motion of Duane K. Beasley, dated September 27, 2012, for admission to practice *pro hac vice* to represent the above-captioned debtors and debtors in possession as special securitization transactional counsel in the above-captioned case, and upon the movant's certification that the movant is a member in good standing of the bar of the State of California,

IT IS HEREBY ORDERED that Duane K. Beasley is admitted to practice, *pro hac vice*, in the above-captioned case in the United States Bankruptcy Court for the District of New York to represent the above-captioned debtors and debtors in possession as special securitization transactional counsel, provided that the filing fee has been paid.

Dated: New York, New York
      **September 28, 2012**

                                               /s/Martin Glenn
                                        THE HONORABLE MARTIN GLENN
                                        UNITED STATES BANKRUPTCY JUDGE