# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br>RESIDENTIAL CAPITAL, LLC, *et al.*,<br>Debtors. | Chapter 11<br>Case No. 12-12020 (MG)<br>Jointly Administered |

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of William A. Hazeltine to be admitted, *pro hac vice*, to represent Mortgage Electronic Registration Systems, Inc. and MERSCORP, Inc. (collectively, "MERS"), a creditor and party in interest in the above-referenced case, and upon the movant's certification that the movant is a member in good standing for the bar in the State of Delaware and the United States District Court for the District of Delaware, it is hereby

**ORDERED**, that William A. Hazeltine, Esquire, is admitted to practice, *pro hac vice*, in the above referenced case to represent MERS in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Date: **September 28, 2012**             _____/s/Martin Glenn_____
       New York, New York                 THE HONORABLE MARTIN GLENN
                                          UNITED STATES BANKRUPTCY JUDGE