Exhibit "A"[1]

| Shelf-Series ID | Contract Number/Investor Number | Contract Name |
|---|---|---|
| ACE 2005-SL1 | 150/41405 | PSA 8/1/2005 |
| ACE 2006-SL1 | 151/41554 | PSA 1/1/2006 |
| DBALT 2006-AB4 | 160/41830 | AAR 9/29/2006 |
| DBALT 2007-AB1 | 170/42084 | AAR 4/13/2007 |
| DBALT 2005-AR1 | 149/41370 | AAR 7/29/2005 |
| DBALT 2006-AR2 | 153/41655 | AAR 6/30/2006 |
| DBALT 2006-AR6 | 162/41899 | PSA 12/1/2006 |
| DBALT 2007-AR2 | 166/41998 | AAR 2/28/2007 |
| DBALT 2006-OA1 | 161/41925 | PSA 12/1/2006 |
| DBALT 2007-OA2 | 167/42069 | AAR 3/30/2007 |
| DBALT 2007-1 | 192/42182 | AAR 6/29/2007 |
| DBALT 2007-2 | 180/42151 | AAR 8/31/2007 |
| DBALT 2007-3 | 147/42280 | A&R whole loan agreement |
| DBALT 2007-4 | 194/42288 | AAR 10/24/2007 |
| MIT 2004-1 | 218/41137 | Subservicing Agreement |
| MIT 2004-2* | 218/41195 | Subservicing Agreement |
| MIT 2005-1 | 218/41213 | Subservicing Agreement |
| MIT 2005-2 | 218/41270 | Subservicing Agreement |
| MIT 2005-3 | 218/41353 | Subservicing Agreement |
| MIT 2005-4 | 218/41385 | Subservicing Agreement |
| MIT 2005-5 | 218/41440 | Subservicing Agreement |
| MIT 2006-1 | 748/41569 | Subservicing Agreement |
| MHL 2007-1 | 174/42146 | AAR 5/31/2007 |
| MIT 2005-AR1 | 749/41493 | Subservicing Agreement |

* The Shelf-Series ID is blank for this entry in the Amended Cure Notice

---

[1] Information listed in this Exhibit A has been taken from the Amended Cure Notice and is listed here only for ease of identification and reference.  The DB Counterparties do not concede that the information relating to the identification of the counterparties or the governing agreements are necessarily accurate.