EXHIBIT 2

FAA RECORD OF APPROVAL
DATED SEPT. 11, 1987

FAA, PART 150
"LAND USE CONTROLS

20824 - C23



**U.S. Department
of Transportation
Federal Aviation
Administration**

# Memorandum

| | | | |
|---|---|---|---|
| **Subject:** | ACTION: FAR Part 150 Noise Compatibility Program, Record of Decision; Port Columbus International Airport, Columbus, Ohio | **Date:** | SEP 11 1987 |
| **From:** | Director, AGL-1 | **Reply to Attn of:** | Lamberts:384-7387 |

**To:** Administrator

The city of Columbus, Public Utilities and Aviation Department, owner and operator of Port Columbus International Airport, has submitted noise exposure maps (NEM's) and a proposed noise compatibility program (NCP) to this office. The NEM's were previously accepted by FAA effective July 27, 1987. The proposed NCP must be approved or disapproved on or before January 23, 1988. A Federal Register notice announcing the submission of the NCP for FAA approval was published July 27, 1987. The maps and proposed program have been coordinated with airport users, community officials, land use planning agencies, and the public. Documentation of this coordination is found in the appendices of the study report.

Earlier review of the proposed NCP by this office and APP-600 found the program to be compliant with the standards set forth in FAR Part 150, paragraph 150.23. This submittal requests formal FAA review and approval of the NCP for Port Columbus International Airport. The airport is situated in the eastern part of the city of Columbus, which is currently designated as a medium hub. It has 184 based aircraft and had approximately 230,000 operations in 1986. This Part 150 study was funded under AIP Grant 84-2-3-39-0025-03-85 with a Federal project share of $267,188, which includes a master plan update.

This office believes the NCP complies with published standards for FAR Part 150 submittals. We have coordinated this report with Regional Counsel, the regional Planning Staff, and affected operational divisions. We are pleased to forward this candidate NCP for your consideration. We recommend you approve this NCP.

*Bill Pollard*
William H. Pollard

Attachment

EXHIBIT 2

2

Date:
Subject: FAR Part 150 Noise Compatibility Program, Record of Decision;
Port Columbus International Airport, Columbus, Ohio

Associate Administrator for Airports, ARP-1
(Concur)/Non-concur: _____ Date: 9/16/87

Associate Administrator for Policy and International Aviation, API-1
(Concur)/Non-concur: _____ Date: 9/18/87

Chief Counsel, AGC-1
(Concur)/Non-concur: by: _____ Date: 9/21/87

Administrator, AOA-1
(Approved)/Disapproved: _____ Date: 9-25-87

EX. 2