# EXHIBIT 4

## AMERICAN EQUITY MERGER
### SEPT. 11, 1996



Debra J. Richardson
Vice President and Secretary

September 11, 1996

Harold Duryee, Director of Insurance
Ohio Department of Insurance
2100 Stella Court
Columbus, OH 43215-0167

RE:   Merger of American Equity Investment Life Insurance Company
      with Century Life Insurance Company

Dear Commissioner Duryee:

We are writing to notify you of the anticipated acquisition and merger of American Equity Investment Life Insurance Company, an Iowa domestic insurer ("American Equity") with and into Century Life Insurance Company, an Iowa domestic insurer ("Century"). Century, which will be survivor of the merger, holds a certificate of authority in your state.

The acquisition was approved on July 19, 1996, by Order of the Iowa Deputy Commissioner of Insurance pursuant to the Iowa Insurance Company Holding System Act. The closing date is in September, 1996, subject to fulfillment of all conditions. Upon the consummation of the merger, the name of Century will be changed to "American Equity Investment Life Insurance Company," and the Articles of Incorporation and Bylaws of the surviving company, which was incorporated on October 19, 1980, will be amended and restated. American Equity's parent company, American Equity Investment Life Holding Company, a Delaware corporation, will become the 100% owner of the surviving life company.

To facilitate your review of this transaction, we enclose herewith the following documents pertaining to American Equity:

   1. Acquisition and Merger Agreement
   2. Order of the Iowa Deputy Commissioner of Insurance

Upon completion of the merger, we will send you a letter confirming that the closing occurred and enclosing a certified copy of the Articles of Merger. At that time, we will request the issuance of an amended Certificate of Authority which reflects the surviving company's new name.

Should you have questions, please contact the undersigned at 515/221-0002, ext. 227. Thank you for your assistance

Very truly yours,

Debra J. Richardson

Enclosures

EXHIBIT 4

**RECEIVED**

SEP 16 1996

**LIFE, ACCIDENT & HEALTH**

5000 Westown Parkway, Suite 200 • West Des Moines, IA 50266 • Phone (515) 221-0002 • Fax (515) 221-9947

## BEFORE THE INSURANCE COMMISSIONER FOR THE STATE OF IOWA

In the matter of the application of        )
AMERICAN EQUITY INVESTMENT                  )
LIFE HOLDING COMPANY for approval           )
of a plan to acquire CENTURY LIFE           )
INSURANCE COMPANY and merge it with         )        **ORDER**
AMERICAN EQUITY INVESTMENT                  )        (Iowa Code §521A.3(4))
LIFE INSURANCE COMPANY                      )

Pursuant to Iowa Code § 521A.3(4)(b) (1995), a public hearing was held June 25, 1996 at which representatives of American Equity Investment Life Holding Company and American Equity Investment Life Insurance Company appeared and submitted testimonial and documentary evidence in support of the proposed plan to acquire Century Life Insurance Company. After a careful review of the evidence submitted, the commissioner finds that none of the criteria set forth in Iowa Code § 521A.3(4)(a) (1995) are violated by the proposed acquisition. The acquisition is, therefore, approved.

DATED this 19th day of July, 1996.

ROBERT L. HOWE
Deputy Commissioner of Insurance

Copies to:

William Demuth
Iowa Department of Economic Development
200 E. Grand Ave.
Des Moines, Iowa 50319

Mark Couch
"Des Moines Register"
P.O. Box 957
Des Moines, Iowa 50304

William L. Fairbank
Whitfield & Eddy
317 Sixth Avenue, Suite 1200
Des Moines, Iowa 50309

Or-AmEqu.doc
SMG

1

EX. 4

69711

# ARTICLES OF CORRECTION
## OF
## AMERICAN EQUITY INVESTMENT LIFE INSURANCE COMPANY
(formerly known as Century Life Insurance Company)

TO THE SECRETARY OF STATE
OF THE STATE OF IOWA:

Pursuant to Section 490.124 of the Iowa Business Corporation Act, American Equity Investment Life Insurance Company hereby adopts the following Articles of Correction:

1. On September 30, 1996, American Equity Investment Life Insurance Company (formerly known as Century Life Insurance Company) filed Restated Articles of Incorporation.

2. Article III of the Restated Articles of Incorporation contained an incorrect statement of the purposes of the corporation in that certain types of insurance which the company intends to offer were inadvertently omitted.

3. To correct this omission, subclause (2) of Article III will state as follows:

(2) To issue all forms of life insurance policies, including without limitation, ordinary life, limited payment life, variable life, endowment policies, fixed and variable annuities, accident policies, accident and health policies, hospital and medical expense policies, group accident and health policies and noncancellable accident and health policies.

AMERICAN EQUITY INVESTMENT
LIFE INSURANCE COMPANY

By: /s/ D. J. Noble
D. J. Noble, President

Ex. 4

501819 CORRIO    $5.00    DONNA 2





**ODI**
Ohio Department
of Insurance

John R. Kasich, Governor
Mary Taylor, Lt. Governor/Director

50 West Town Street
Third Floor – Suite 300
Columbus, OH 43215-4186
(614) 644-2658
www.insurance.ohio.gov

## CERTIFICATION OF RECORDS

I, Tina L. Chubb, Records Administrator for the Ohio Department of Insurance, do hereby certify that the attached copy of the Certificate of Authority and Articles of Incorporation for American Equity Investment Life Insurance Company on file with the Ohio Department of Insurance is a true and accurate copy of the original records maintained in the ordinary course of business by this agency.

Signed and dated this 25th day of August, 2011.

Tina L. Chubb, Records Administrator
Ohio Department of Insurance

Jillian Froment, Deputy Director   8/29/11
Ohio Department of Insurance

EX.4

Accredited by the National Association of Insurance Commissioners (NAIC)
Consumer Hotline: 1-800-686-1526    Fraud Hotline: 1-800-686-1527    OSHIIP Hotline: 1-800-686-1578
TDD Line: (614) 644-3745                (Printed in house)