EXHIBIT 6

TRUSTEE'S ABANDONMENT
FILED MARCH 8, 2006
U.S. BANKRUPTCY COURT FOR
S.D. OF OHIO
Case No. 05-bK-75111

B0508359

D2258E06

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| In Re | ) CASE NO 05-75111 |
| | ) CHAPTER 7 |
| Yvonne Lewis | ) |
| | ) |
| Debtor | ) JUDGE HOFFMAN |
| | ) |
| | ) (1875 Alvason Ave, Columbus) |

## TRUSTEE'S ABANDONMENT OF PROPERTY AFTER CERTIFICATION AND REPRESENTATIONS BY PARTY REQUESTING ABANDONMENT

The Trustee having been requested by GMAC Mortgage Corporation to abandon the property set forth below and based on the representations made by such party as follows

1. The property to be abandoned is real estate ("Property"), and the property is located at 1875 Alvason Ave, Columbus, Ohio 43219

2. The fair market value of the Property is $55,200 00

3. The amount of the claim of the party requesting abandonment as of the date of the Petition Date is $60,779 47

4. The liens or encumbrances against the Property are  No others known to Movant

5. The party requesting abandonment, as set forth above, certifies, that pursuant to Local Bankruptcy Rule 6007-1, that it has checked the Docket Sheet in this proceeding as of the date set for the 341 meeting (December 9, 2005) and has determined that no parties have requested further notice of abandonment other than that given by the 341 Notice

6. The party requesting abandonment, as set forth above, has attached to this Abandonment, the applicable note, filed copies of mortgages, and assignments, if any

EX- 6

D2258E07

Based on the representations and certifications of the party requesting abandonment, as set forth above, Clyde C Hardesty, III, the duly qualified and acting Trustee for the above named bankruptcy estate, pursuant to 11 U S C Section §554, abandons the identified Property as such Property is burdensome to and/or is of inconsequential value and benefit to the bankruptcy estate

/S/ Clyde C. Hardesty, III
Clyde C Hardesty, III
P O Box 731
Newark, OH 43058-0731
(740) 344-6567
trusteeclyde@adelphia.net
Attorney for Trustee

EX. 6

**CERTIFICATE OF SERVICE**

D2258E08

A copy of the foregoing Trustee's Abandonment of Real Property was served by regular U S Mail and electronically as appropriate, as permitted by the rules, this 8th day of March, 2006, upon the following parties in interest at the addresses stated below

Yvonne Lewis
1875 Alvason Ave
Columbus, OH 43219

Sidney Lewis
1875 Alvason Ave
Columbus, OH 43219

Clyde C Hardesty, III, Trustee
P O Box 731
Newark, OH 43058-0731

Office of the U S Trustee
The Schaff Building
170 North High Street, Suite 200
Columbus, OH 43215

The Law Offices of
John D Clunk Co., LPA

/S/ Andrew A. Paisley
Andrew A Paisley (#42515) Ext 248
Scott P Crupak (#0076117) Ext 237
Attorneys for Movant
5601 Hudson Drive
Hudson, Ohio 44236
(330) 342-8203 telephone
(330) 342-8205 facsimile
Email  ceubank@johndclunk.com

Ex. 6