# EXHIBIT 6.1

Related Case Memorandum
Filed Dec. 1, 2008
In Case No. 2:08-cv-736
U.S. Dist. Court for S.D. of Ohio

United States District Court
Southern District of Ohio



FILED
TIME: _____
DEC - 1 20__
JAMES BONINI, Clerk
COLUMBUS, OHIO

Joseph P. Kinneary United States Courthouse
85 Marconi Boulevard, Suite 260
Columbus, Ohio 43215

James Bonini
Clerk of Court

Telephone:   614.719.3000
Facsimile:   614.719.3037

## Related Case Memorandum
## Civil Cases

TO:        District Judge Holschuh, District Judge Marbley & District Judge Frost

FROM:      Eduardo Rivera, Case Administrator

DATE:      November 4, 2008

SUBJECT:   Case Caption: Lewis v. Johnston

CASE       Case Number: 2:08-cv-1040

           File Date: November 5, 2008

---

This memorandum is to notify you that the civil cover sheet on the above referenced case reflects the following alleged related case(s):

**Related Case(s):**

Case Caption: __Lewis v. McClatchey__

Case Number: __2:08-cv-75__          District Judge: __Marbley__

File Date: __1/25/08__               Magistrate Judge: __N/A__

**Related Case(s):**

Case Caption: __Johnston v. Lewis__

Case Number: __2:08-cv-736__         District Judge: __Frost__

File Date: __7/29/08__               Magistrate Judge: __Abel__

Memo Re: Related Civil Cases
Page 2

      The District Judges having conferred, we respond to Case Administrator ___Ed Rivera___
_____ as follows:

**Judges' Response:**

☐      We agree that the cases are **not** related and that the subject case should remain with the Judge to whom it is assigned.

☐      We agree that the cases **are** related and that the subject case should be transferred to the docket of Judge _____.

☒      We agree that although the cases **are** related, the subject case nevertheless should remain with the Judge to whom it was assigned.

☐      We are unable to agree and will accept any decision made by the Chief Judge.

_____
United States District Judge

_____
United States District Judge

_____
United States District Judge

cc: Courtroom Deputies

Memo Re: Related Civil Cases
Page 2

The District Judges having conferred, we respond to Case Administrator _____
_____ as follows:

**Judges' Response:**

☐  We agree that the cases are **not** related and that the subject case should remain with the Judge to whom it is assigned.

☐  We agree that the cases **are** related and that the subject case should be transferred to the docket of Judge _____.

☐  We agree that although the cases **are** related, the subject case nevertheless should remain with the Judge to whom it was assigned.

☐  We are unable to agree and will accept any decision made by the Chief Judge.

☒ — *OUR CASE IS CLOSED.*

_____
United States District Judge

_____
United States District Judge

_____
United States District Judge

cc: Courtroom Deputies