EXHIBIT 7

GARRETSON'S RESPONSE
TO SUBPOENA DUCES TECUM
DATED DEC. 16, 2010

E1366 - P7



December 16, 2010

Yvonne D. Webb-Lewis
Trustee of the Vacy O. Webb Revocable Living Trust
1875 Alvason Avenue
Columbus, Ohio 43219

    RE:    Subpoena Duces Tecum

Dear Ms. Webb-Lewis:

Enclosed please find all of the documents held by the Garretson Firm Resolution Group, Inc. in response to the Subpoena Duces Tecum served on our office on December 9, 2010. Mr. Webb excluded himself from the class certified in the case of Pamela Panter and the Garretson Firm Resolution Group, Inc. does not have any further documentation in response to this subpoena.

Please do not hesitate to call members of our compliance team, Sylvius H. von Saucken, Esq. or Annie Warner, Esq., if you have any questions.

Thank you and happy holidays.

Sincerely,

*Annie W.*

Annie Warner, Esq.
The Garretson Firm Resolution Group, Inc.


Enclosures

c:    Ohio Department of Insurance Consumer Services Division
      Elections Commission of Ohio
      Ethics Commission of Ohio
      Ohio Department of Agriculture Enforcement Division
      Ohio Disciplinary Counsel


*Ex. 7*

---

www.garretsongroup.com

Cincinnati Office
Phone 513.794.0400 • Fax 513.936.5186
7775 Cooper Road • Cincinnati, OH • 45242

Charlotte Office
Phone 704.559.4300 • Fax 704.559.4331
2115 Rexford Road • 4th Floor • Charlotte, NC • 28211