**PROSKAUER ROSE LLP**
Scott K. Rutsky
Jared D. Zajac
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900

Counsel for Dallas CPT Fee Owner, L.P.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

STATE OF NEW YORK    )
                                     ss.:
COUNTY OF NEW YORK  )

**AFFIDAVIT OF SERVICE**
**BY ELECTRONIC MAIL AND FIRST CLASS MAIL**

David C. Cooper, being duly sworn, deposes and says that:

1. I am not a party to the action, am over 18 years of age and reside in New York County, New York.

2. On September 28, 2012, I caused true copies of the to the Objection of Dallas CPT Fee Owner, L.P. to the Proposed Assumption and Assignment of their Non-Residential Lease with Residential Funding Corporation and to the Proposed Cure Amounts (the "Objection") to be served (i) via electronic mail upon the email addresses shown on the annexed Service List, (ii) via first class mail upon the addresses shown on the annexed Service List, by enclosing the Objection in properly addressed, stamped envelopes and causing the same to be

deposited into a designated depository maintained by the United States Postal Service.

    /s/ David C. Cooper
    David C. Cooper

Sworn to before me this
28th day of September, 2012

 /s/ Javier Santiago
Notary Public, State of New York
No. 01SA6185530
Qualified in New York County
Commission Expires April 21, 2016

**Service List**

Morrison & Foerster LLP
Attn: Gary S. Lee & Alexandra Steinberg Barrage
1290 Avenue of the Americas
New York, New York 10104
Email: glee@mofo.com and abarrage@mofo.com

Sidley Austin LLP
Attn: Larry Nyhan & Jessica C.K. Boelter
One South Dearborn
Chicago, Illinois 60603
Email: lnyhan@sidley.com and jboelter@sidley.com

Kirkland & Ellis LLP
Attn: Ray C. Schrock, Richard M. Cieri &
    Stephen E. Hessler
601 Lexington Avenue
New York, NY 10022
Email: rschrock@kirkland.com, richard.cieri@kirkland.com, and stephen.hessler@kirkland.com

Kramer Levin Naftalis & Frankel LLP
Attn: Kenneth H. Eckstein & Douglas H. Mannal
1177 Avenue of the Americas
New York, N Y 10036
Email: keckstein@kramerlevin.com and dmannal@kramerlevin.com

The Office of the United States Trustee
Attn: Brian Masumoto
33 Whitehall Street, 21st Floor
New York, New York 10004
Email: brian.masumoto@usdoj.gov

Munger, Tolles & Olson LLP
Attn: Seth Goldman & Thomas Walper
355 South Grand Avenue
Los Angeles, CA 90071
Email: seth.goldman@mto.com and thomas.walper@mto.com