# EXHIBIT B

**Bill To:**
GMAC Mortgage Corp
Robert Williams
PO Box 963
Horsham PA 19044-0963
United States

| | |
|---|---|
| Page: | 1 |
| Invoice No: | 3070162263 |
| Invoice Date: | 02/11/2009 |
| Cust Billing No: | 10013939 |
| Payment Terms: | 30 Days |

Service Period: 12/19/2008 To 01/22/2009

**For billing questions, please call  888-291-2788**                                      Duplicate

| Description | Quantity | Unit Amt | Extended Amount |
|---|---|---|---|
| CONSOLE BIN TIP | 111.00 | (27.080) | (3,005.88) |
| 175 GALLON BIN TIP | 1.00 | (42.410) | (42.41) |
| MINIMUM CHARGE | 1.00 | 15.930 | 15.93 |
| MINIMUM CHARGE | 1.00 | 30.000 | 30.00 |

**SUBTOTAL:** (3,002.36)

**TOTAL AMOUNT DUE :** (3,002.36)

*PLEASE DETACH THIS PORTION AND RETURN WITH YOUR PAYMENT.*

**Please Remit To:**
Recall Secure Destruction Services
P.O. Box 932726
Atlanta GA 31193-2726
United States

**CREDIT AMOUNT:**          (3,002.36) USD

**Invoice No:**          3070162263
**Cust Billing No:**      10013939

Invoice
Invoice# 004752079905

Unless the parties have signed a separate
contract,Customer agrees that the terms and
conditions on the back of this invoice shall
govern the services Recall
provides to Customer.
Save time and postage!, pay online at www.recall.com

Recall Secure Destruction Services
1-866-RECALL6 (732-2556)
Federal Tax ID # of 36-4410289

| | |
|---|---|
| Invoice Date: | 05/23/2009 |
| Cust. Billing No: | 10013939 |
| Account No: | 4752008787 |
| Page No: | 1 of 15 |

GMAC Mortgage Corp
Attn: BOB WILLIAMS
100 Whitmer Rd
ATTN: Robert Williams
Horsham  PA  19044

SUMMARY

| | |
|---|---|
| TOTAL SERVICE CHARGES | $14,377.75 |
| TAX | $28.21 |
| INVOICE TOTAL | $14,405.96 |

Service Period: 04/24/2009 - 05/21/2009

Premise ID# 0220208787                                          99 SMALLWOOD DR WALDORF MD

| Date | FA# | Cost Center | PO# | Dept Name | Property Manager | Service Details | Qty | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|---|
| 05/05/2009 | 1871397669 | RBR687 | | STE 101 | | SDS O 175 Gal @ $42.50 Service 660L/175G Container | 0 | 0.00 | $.00 |
| | | RBR687 | | STE 101 | | Minimum Charge for Service Service Minimum Charge | 47 | 1.00 | $47.81 |
| | | RBR687 | | STE 101 | | Total of Service Charges | 0 | 0.00 | $47.81 |
| | | | | | | Service Charges | | | $47.81 |
| | | | | | | Tax | | | $.00 |
| | | | | | | TOTAL | | | $47.81 |

Premise ID# 1250101313                                          810 HESTERS CROSSING RD ROUND ROCK TX

| Date | FA# | Cost Center | PO# | Dept Name | Property Manager | Service Details | Qty | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|---|
| 04/30/2009 | 0070214026 | CRP536 | | | | SDS O 64 Gal @ $15.94 Service 240L/64G Container | 0 | 0.00 | $.00 |
| | | CRP536 | | | | Minimum Charge for Service Service Minimum Charge | 47 | 1.00 | $47.81 |
| | | CRP536 | | | | Total of Service Charges | 0 | 0.00 | $47.81 |
| | | | | | | Service Charges | | | $47.81 |
| | | | | | | Tax | | | $.00 |
| | | | | | | TOTAL | | | $47.81 |

Premise ID# 2613101313                                          6305 W OVERLAND RD BOISE ID

| Date | FA# | Cost Center | PO# | Dept Name | Property Manager | Service Details | Qty | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|---|
| 05/07/2009 | 8128904935 | OPS 441 / RBR 44 | | | | SDS 2 64 Gal @ $15.94 Service 240L/64G Container | 2 | 15.94 | $31.88 |
| | | OPS 441 / RBR 44 | | | | Minimum Charge for Service Service Minimum Charge | 15 | 1.00 | $15.93 |

REMITTANCE ADVICE

Detach and return this section
payable to:

SDS - Recall Secure Destruction
Services, Inc
015311 Collections Center Drive
Chicago, IL 60693

| INVOICE NO | AMOUNT |
|---|---|
| 004752079905 | $14,405.96 |

| CUST BILLING NO | PAYMENT DUE BY |
|---|---|
| 10013939 | Payment Terms |

Invoice
Invoice# 004752079905

Unless the parties have signed a separate
contract,Customer agrees that the terms and
conditions on the back of this invoice shall
govern the services Recall
provides to Customer.
Save time and postage!, pay online at www.recall.com

Recall Secure Destruction Services
1-866-RECALL6 (732-2556)
Federal Tax ID # of 36-4410289

| Invoice Date: | 05/23/2009 |
| Cust. Billing No: | 10013939 |
| Account No: | 4752008787 |
| Page No: | 2 of  15 |

Premise ID# 2613101313

6305 W OVERLAND RD BOISE ID

| Date | FA# | Cost Center | PO# | Dept Name | Property Manager | Service Details | Qty | Unit Price | Total Price |
|------|-----|-------------|-----|-----------|------------------|-----------------|-----|------------|-------------|
| | | OPS 441 / RBR 44 | | | | Total of Service Charges | 0 | 0.00 | $47.81 |
| | | | | | | Service Charges | | | $47.81 |
| | | | | | | Tax | | | $.00 |
| | | | | | | TOTAL | | | $47.81 |
| 05/21/2009 | 1638396387 | OPS 441 / RBR 44 | | | | SDS 2 64 Gal @ $15.94 | 2 | 15.94 | $31.88 |
| | | | | | | Service 240L/64G Container | | | |
| | | OPS 441 / RBR 44 | | | | Minimum Charge for Service | 15 | 1.00 | $15.93 |
| | | | | | | Service Minimum Charge | | | |
| | | OPS 441 / RBR 44 | | | | Total of Service Charges | 0 | 0.00 | $47.81 |
| | | | | | | Service Charges | | | $47.81 |
| | | | | | | Tax | | | $.00 |
| | | | | | | TOTAL | | | $47.81 |

Premise ID# 2811301313

3200 PARK CENTER COSTA MESA CA

| Date | FA# | Cost Center | PO# | Dept Name | Property Manager | Service Details | Qty | Unit Price | Total Price |
|------|-----|-------------|-----|-----------|------------------|-----------------|-----|------------|-------------|
| 11/10/2008 | 1313388771 | FACO51 | | | | Removal Charge - Console | 0 | 0.00 | $.00 |
| | | | | | | Remove Console | | | |
| | | | | | | Service Charges | | | $.00 |
| | | | | | | Tax | | | $.00 |
| | | | | | | TOTAL | | | $.00 |
| 04/24/2009 | 1865679284 | FACO51 | | | | SDS 18 Console @ $15.94 | 18 | 15.94 | $286.92 |
| | | | | | | Service Console | | | |
| | | FACO51 | | | | Total of Service Charges | 0 | 0.00 | $286.92 |
| | | | | | | Service Charges | | | $286.92 |
| | | | | | | Tax | | | $.00 |
| | | | | | | TOTAL | | | $286.92 |
| | 3510904593 | FACO51 | | | | SDS 4 Console @ $15.94 | 4 | 15.94 | $63.76 |
| | | | | | | Service Console | | | |
| | | FACO51 | | | | Total of Service Charges | 0 | 0.00 | $63.76 |
| | | | | | | Service Charges | | | $63.76 |
| | | | | | | Tax | | | $.00 |
| | | | | | | TOTAL | | | $63.76 |

Invoice
Invoice# 004752079905

Unless the parties have signed a separate
contract,Customer agrees that the terms and
conditions on the back of this invoice shall
govern the services Recall
provides to Customer.
Save time and postage!, pay online at www.recall.com

Recall Secure Destruction Services
1-866-RECALL6 (732-2556)
Federal Tax ID # of 36-4410289

Invoice Date:      05/23/2009
Cust. Billing No:  10013939
Account No:        4752008787
Page No:           3 of 15

Premise ID# 2811301313

3200 PARK CENTER COSTA MESA CA

| Date | FA# | Cost Center | PO# | Dept Name | Property Manager | Service Details | Qty | Unit Price | Total Price |
|------|-----|-------------|-----|-----------|------------------|-----------------|-----|-----------|-------------|
| | 0387664318 | FACO51 | | | | SDS 6 Console @ $15.94 | 6 | 15.9 | $95.64 |
| | | | | | | Service Console | | 4 | |
| | | FACO51 | | | | Total of Service Charges | 0 | 0.00 | $95.64 |
| | | | | | | Service Charges | | | $95.64 |
| | | | | | | Tax | | | $.00 |
| | | | | | | TOTAL | | | $95.64 |
| | 5272187432 | FACO51 | | | | SDS 2 Console @ $15.94 | 2 | 15.9 | $31.88 |
| | | | | | | Service Console | | 4 | |
| | | FACO51 | | | | Total of Service Charges | 0 | 0.00 | $31.88 |
| | | | | | | Service Charges | | | $31.88 |
| | | | | | | Tax | | | $.00 |
| | | | | | | TOTAL | | | $31.88 |
| 05/01/2009 | 2266747419 | FACO51 | | | | SDS 18 Console @ $15.94 | 18 | 15.9 | $286.92 |
| | | | | | | Service Console | | 4 | |
| | | FACO51 | | | | Total of Service Charges | 0 | 0.00 | $286.92 |
| | | | | | | Service Charges | | | $286.92 |
| | | | | | | Tax | | | $.00 |
| | | | | | | TOTAL | | | $286.92 |
| | 6751592846 | FACO51 | | | | SDS 10 Console @ $15.94 | 10 | 15.9 | $159.40 |
| | | | | | | Service Console | | 4 | |
| | | FACO51 | | | | Total of Service Charges | 0 | 0.00 | $159.40 |
| | | | | | | Service Charges | | | $159.40 |
| | | | | | | Tax | | | $.00 |
| | | | | | | TOTAL | | | $159.40 |
| | 2450494150 | FACO51 | | | | SDS 3 Console @ $15.94 | 3 | 15.9 | $47.82 |
| | | | | | | Service Console | | 4 | |
| | | FACO51 | | | | Total of Service Charges | 0 | 0.00 | $47.82 |
| | | | | | | Service Charges | | | $47.82 |
| | | | | | | Tax | | | $.00 |
| | | | | | | TOTAL | | | $47.82 |
| | 1675141228 | FACO51 | | | | SDS 2 Console @ $15.94 | 2 | 15.9 | $31.88 |
| | | | | | | Service Console | | 4 | |
| | | FACO51 | | | | Total of Service Charges | 0 | 0.00 | $31.88 |

Invoice
Invoice# 004752079905

Unless the parties have signed a separate
contract,Customer agrees that the terms and
conditions on the back of this invoice shall
govern the services Recall
provides to Customer.
Save time and postage!, pay online at www.recall.com

Recall Secure Destruction Services
1-866-RECALL6 (732-2556)
Federal Tax ID # of 36-4410289

Premise ID# 2811301313

| Invoice Date: | 05/23/2009 |
|---|---|
| Cust. Billing No: | 10013939 |
| Account No: | 4752008787 |
| Page No: | 4 of  15 |

3200 PARK CENTER COSTA MESA CA

| Date | FA# | Cost Center | PO# | Dept Name | Property Manager | Service Details | Qty | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Service Charges | | | $31.88 |
| | | | | | | Tax | | | $.00 |
| | | | | | | TOTAL | | | $31.88 |
| 05/08/2009 | 9835298207 | FAC051 | | | | SDS 4 Console @ $15.94 | 4 | 15.9 | $63.76 |
| | | | | | | Service Console | | 4 | |
| | | FAC051 | | | | Total of Service Charges | 0 | 0.00 | $63.76 |
| | | | | | | Service Charges | | | $63.76 |
| | | | | | | Tax | | | $.00 |
| | | | | | | TOTAL | | | $63.76 |
| | 6846112146 | FAC051 | | | | SDS 2 Console @ $15.94 | 2 | 15.9 | $31.88 |
| | | | | | | Service Console | | 4 | |
| | | FAC051 | | | | Total of Service Charges | 0 | 0.00 | $31.88 |
| | | | | | | Service Charges | | | $31.88 |
| | | | | | | Tax | | | $.00 |
| | | | | | | TOTAL | | | $31.88 |
| | 9346622007 | FAC051 | | | | SDS 10 Console @ $15.94 | 10 | 15.9 | $159.40 |
| | | | | | | Service Console | | 4 | |
| | | FAC051 | | | | Total of Service Charges | 0 | 0.00 | $159.40 |
| | | | | | | Service Charges | | | $159.40 |
| | | | | | | Tax | | | $.00 |
| | | | | | | TOTAL | | | $159.40 |
| | 9343808412 | FAC051 | | | | SDS 17 Console @ $15.94 | 17 | 15.9 | $270.98 |
| | | | | | | Service Console | | 4 | |
| | | FAC051 | | | | Total of Service Charges | 0 | 0.00 | $270.98 |
| | | | | | | Service Charges | | | $270.98 |
| | | | | | | Tax | | | $.00 |
| | | | | | | TOTAL | | | $270.98 |
| 05/15/2009 | 4255745241 | FAC051 | | | | SDS 18 Console @ $15.94 | 18 | 15.9 | $286.92 |
| | | | | | | Service Console | | 4 | |
| | | FAC051 | | | | Total of Service Charges | 0 | 0.00 | $286.92 |
| | | | | | | Service Charges | | | $286.92 |
| | | | | | | Tax | | | $.00 |
| | | | | | | TOTAL | | | $286.92 |

Invoice
Invoice# 004752079905

Unless the parties have signed a separate
contract,Customer agrees that the terms and
conditions on the back of this invoice shall
govern the services Recall
provides to Customer.
Save time and postage!, pay online at www.recall.com

Recall Secure Destruction Services
1-866-RECALL6 (732-2556)
Federal Tax ID # of 36-4410289

| Invoice Date: | 05/23/2009 |
| Cust. Billing No: | 10013939 |
| Account No: | 4752008787 |
| Page No: | 5 of 15 |

Premise ID# 2811301313                                      3200 PARK CENTER COSTA MESA CA

| Date | FA# | Cost Center | PO# | Dept Name | Property Manager | Service Details | Qty | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|---|
| | 1118264814 | FAC051 | | | | SDS 9 Console @ $15.94 Service Console | 9 | 15.94 | $143.46 |
| | | FAC051 | | | | Overflow Charge 1 Console @ $15.94 Overflow Console | 1 | 15.94 | $15.94 |
| | | FAC051 | | | | Total of Service Charges | 0 | 0.00 | $159.40 |
| | | | | | | Service Charges | | | $159.40 |
| | | | | | | Tax | | | $.00 |
| | | | | | | TOTAL | | | $159.40 |
| | 1040353965 | FAC051 | | | | SDS 2 Console @ $15.94 Service Console | 2 | 15.94 | $31.88 |
| | | FAC051 | | | | Total of Service Charges | 0 | 0.00 | $31.88 |
| | | | | | | Service Charges | | | $31.88 |
| | | | | | | Tax | | | $.00 |
| | | | | | | TOTAL | | | $31.88 |
| | 5266134826 | FAC051 | | | | SDS 2 Console @ $15.94 Service Console | 2 | 15.94 | $31.88 |
| | | FAC051 | | | | Total of Service Charges | 0 | 0.00 | $31.88 |
| | | | | | | Service Charges | | | $31.88 |
| | | | | | | Tax | | | $.00 |
| | | | | | | TOTAL | | | $31.88 |

Premise ID# 3000992653                                      405 E MAIN ST ANAMOSA IA

| Date | FA# | Cost Center | PO# | Dept Name | Property Manager | Service Details | Qty | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|---|
| 04/09/2009 | 1190158563 | RBR298 | | | | SDS 1 64 Gal @ $15.94 Service 240L/64G Container | 1 | 15.94 | $15.94 |
| | | RBR298 | | | | Total of Service Charges | 0 | 0.00 | $15.94 |
| | | | | | | Service Charges | | | $15.94 |
| | | | | | | Tax | | | $.00 |
| | | | | | | TOTAL | | | $15.94 |

Premise ID# 3031212558                                      225 S HURSTBORNE RD LOUISVILLE KY

| Date | FA# | Cost Center | PO# | Dept Name | Property Manager | Service Details | Qty | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|---|
| 03/26/2009 | 6487192953 | RBR121 | | | | SDS 1 64 Gal @ $15.94 Service 240L/64G Container | 1 | 15.94 | $15.94 |

Invoice
Invoice# 004752079905

Unless the parties have signed a separate
contract,Customer agrees that the terms and
conditions on the back of this invoice shall
govern the services Recall
provides to Customer.
Save time and postage!, pay online at www.recall.com

Recall Secure Destruction Services
1-866-RECALL6 (732-2556)
Federal Tax ID # of 36-4410289

Premise ID# 3031212558

| Invoice Date: | 05/23/2009 |
| Cust. Billing No: | 10013939 |
| Account No: | 4752008787 |
| Page No: | 6 of 15 |

225 S HURSTBORNE RD LOUISVILLE KY

| Date | FA# | Cost Center | PO# | Dept Name | Property Manager | Service Details | Qty | Unit Price | Total Price |
|------|-----|------|-----|------|------|------|-----|------|------|
| | | RBR121 | | | | Minimum Charge for Service Service Minimum Charge | 31 | 1.00 | $31.87 |
| | | RBR121 | | | | Total of Service Charges | 0 | 0.00 | $47.81 |
| | | | | | | Service Charges | | | $47.81 |
| | | | | | | Tax | | | $.00 |
| | | | | | | TOTAL | | | $47.81 |
| 05/07/2009 | 4537855300 | RBR121 | | | | SDS 1 64 Gal @ $15.94 Service 240L/64G Container | 1 | 15.94 | $15.94 |
| | | RBR121 | | | | Minimum Charge for Service Service Minimum Charge | 31 | 1.00 | $31.87 |
| | | RBR121 | | | | Total of Service Charges | 0 | 0.00 | $47.81 |
| | | | | | | Service Charges | | | $47.81 |
| | | | | | | Tax | | | $.00 |
| | | | | | | TOTAL | | | $47.81 |

Premise ID# 3115108787

201 W PADONIA RD LUTHERVILLE MD

| Date | FA# | Cost Center | PO# | Dept Name | Property Manager | Service Details | Qty | Unit Price | Total Price |
|------|-----|------|-----|------|------|------|-----|------|------|
| 05/05/2009 | 1584470857 | RBR107 | | STE 101 | | SDS 0 64 Gal @ $15.94 Service 240L/64G Container | 0 | 0.00 | $.00 |
| | | RBR107 | | STE 101 | | Minimum Charge for Service Service Minimum Charge | 47 | 1.00 | $47.81 |
| | | RBR107 | | STE 101 | | Total of Service Charges | 0 | 0.00 | $47.81 |
| | | | | | | Service Charges | | | $47.81 |
| | | | | | | Tax | | | $.00 |
| | | | | | | TOTAL | | | $47.81 |
| | 1054282113 | RBR107 | | STE 101 | | SDS 0 175 Gal @ $42.50 Service 660L/175G Container | 0 | 0.00 | $.00 |
| | | | | | | Service Charges | | | $.00 |
| | | | | | | Tax | | | $.00 |
| | | | | | | TOTAL | | | $.00 |

Premise ID# 3145008787

233 GIBRALTAR RD HORSHAM PA

| Date | FA# | Cost Center | PO# | Dept Name | Property Manager | Service Details | Qty | Unit Price | Total Price |
|------|-----|------|-----|------|------|------|-----|------|------|
| 04/24/2009 | 5966462310 | OTH018 | | PURGE | | SDS 9 95 Gal @ $23.91 Service 360L/95G Container | 9 | 23.91 | $215.19 |

Invoice
Invoice# 004752079905

Unless the parties have signed a separate
contract,Customer agrees that the terms and
conditions on the back of this invoice shall
govern the services Recall
provides to Customer.
Save time and postage!, pay online at www.recall.com

Recall Secure Destruction Services
1-866-RECALL6 (732-2556)
Federal Tax ID # of 36-4410289

| | |
|---|---|
| Invoice Date: | 05/23/2009 |
| Cust. Billing No: | 10013939 |
| Account No: | 4752008787 |
| Page No: | 7 of  15 |

Premise ID# 3145008787                                                233 GIBRALTAR RD HORSHAM PA

| Date | FA# | Cost Center | PO# | Dept Name | Property Manager | Service Details | Qty | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|---|
| | | OTH018 | | PURGE | | Total of Service Charges | 0 | 0.00 | $215.19 |
| | | | | | | Service Charges | | | $215.19 |
| | | | | | | Tax | | | $.00 |
| | | | | | | TOTAL | | | $215.19 |
| 05/08/2009 | 9141558001 | OTH018 | | PURGE | | SDS 5 95 Gal @ $23.91 | 5 | 23.9 | $119.55 |
| | | | | | | Service 360L/95G Container | | 1 | |
| | | OTH018 | | PURGE | | Total of Service Charges | 0 | 0.00 | $119.55 |
| | | | | | | Service Charges | | | $119.55 |
| | | | | | | Tax | | | $.00 |
| | | | | | | TOTAL | | | $119.55 |

Premise ID# 4074423877                                         1951 Old Cuthbert Rd Cherry Hill NJ

| Date | FA# | Cost Center | PO# | Dept Name | Property Manager | Service Details | Qty | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|---|
| 04/24/2009 | 3928910912 | | | | | Removal Charge – 64 Gal Container | 0 | 0.00 | $.00 |
| | | | | | | Remove 240L/64G Container | | | |
| | | | | | | Service Charges | | | $.00 |
| | | | | | | Tax | | | $.00 |
| | | | | | | TOTAL | | | $.00 |

Premise ID# 4108101313                                          601 MONTGOMERY ST SAN FRANCISCO CA

| Date | FA# | Cost Center | PO# | Dept Name | Property Manager | Service Details | Qty | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|---|
| 05/01/2009 | 3426786779 | R38061 | | | | SDS 2 64 Gal @ $15.94 | 2 | 15.9 4 | $31.88 |
| | | R38061 | | | | Minimum Charge for Service | 15 | 1.00 | $15.93 |
| | | | | | | Service Minimum Charge | | | |
| | | R38061 | | | | Total of Service Charges | 0 | 0.00 | $47.81 |
| | | | | | | Service Charges | | | $47.81 |
| | | | | | | Tax | | | $.00 |
| | | | | | | TOTAL | | | $47.81 |

Premise ID# 5729827209                                          1100 VIRGINIA DR FORT WASHINGTON PA

| Date | FA# | Cost Center | PO# | Dept Name | Property Manager | Service Details | Qty | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|---|
| 04/27/2009 | 0644516952 | OTH032 | | | | SDS 73 Console @ $15.94 | 73 | 15.9 4 | $1,163.62 |
| | | | | | | Service Console | | | |

Invoice
Invoice# 004752079905

Unless the parties have signed a separate
contract,Customer agrees that the terms and
conditions on the back of this invoice shall
govern the services Recall
provides to Customer.
Save time and postage!, pay online at www.recall.com

Recall Secure Destruction Services
1-866-RECALL6 (732-2556)
Federal Tax ID # of 36-4410289

Premise ID# 5729827209

| | | | | | Invoice Date: | | 05/23/2009 |
| | | | | | Cust. Billing No: | | 10013939 |
| | | | | | Account No: | | 4752008787 |
| | | | | | Page No: | | 6 of  15 |
| | | | | | | | 1100 VIRGINIA DR FORT WASHINGTON PA |

| Date | FA# | Cost Center | PO# | Dept Name | Property Manager | Service Details | Qty | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|---|
| | | OTHO32 | | | | Total of Service Charges | 0 | 0.00 | $1,163.62 |
| | | | | | | Service Charges | | | $1,163.62 |
| | | | | | | Tax | | | $.00 |
| | | | | | | TOTAL | | | $1,163.62 |
| | 9259200311 | OTHO32 | | | | SDS 36 64 Gal @ $15.94 | 36 | 15.94 | $573.84 |
| | | | | | | Service 240L/64G Container | | | |
| | | OTHO32 | | | | Total of Service Charges | 0 | 0.00 | $573.84 |
| | | | | | | Service Charges | | | $573.84 |
| | | | | | | Tax | | | $.00 |
| | | | | | | TOTAL | | | $573.84 |
| 05/04/2009 | 0163799569 | OTHO32 | | | | SDS 36 64 Gal @ $15.94 | 36 | 15.94 | $573.84 |
| | | | | | | Service 240L/64G Container | | | |
| | | OTHO32 | | | | Total of Service Charges | 0 | 0.00 | $573.84 |
| | | | | | | Service Charges | | | $573.84 |
| | | | | | | Tax | | | $.00 |
| | | | | | | TOTAL | | | $573.84 |
| | 7917332017 | OTHO32 | | | | SDS 71 Console @ $15.94 | 71 | 15.94 | $1,131.74 |
| | | | | | | Service Console | | | |
| | | OTHO32 | | | | Total of Service Charges | 0 | 0.00 | $1,131.74 |
| | | | | | | Service Charges | | | $1,131.74 |
| | | | | | | Tax | | | $.00 |
| | | | | | | TOTAL | | | $1,131.74 |
| 05/18/2009 | 5729822483 | OTHO32 | | | | SDS 37 Console @ $15.94 | 37 | 15.94 | $589.78 |
| | | | | | | Service Console | | | |
| | | OTHO32 | | | | Total of Service Charges | 0 | 0.00 | $589.78 |
| | | | | | | Service Charges | | | $589.78 |
| | | | | | | Tax | | | $.00 |
| | | | | | | TOTAL | | | $589.78 |
| | 5729830949 | OTHO32 | | | | SDS 38 64 Gal @ $15.94 | 38 | 15.94 | $605.72 |
| | | | | | | Service 240L/64G Container | | | |
| | | OTHO32 | | | | Total of Service Charges | 0 | 0.00 | $605.72 |
| | | | | | | Service Charges | | | $605.72 |

Invoice
Invoice# 004752079905

Unless the parties have signed a separate
contract,Customer agrees that the terms and
conditions on the back of this invoice shall
govern the services Recall
provides to Customer.
Save time and postage!, pay online at www.recall.com

Recall Secure Destruction Services
1-866-RECALL6 (732-2556)
Federal Tax ID # of 36-4410289

Premise ID# 5729827209

| Invoice Date: | 05/23/2009 |
| Cust. Billing No: | 10013939 |
| Account No: | 4752008787 |
| Page No: | 9 of  15 |

1100 VIRGINIA DR FORT WASHINGTON PA

| Date | FA# | Cost Center | PO# | Dept Name | Property Manager | Service Details | Qty | Unit Price | Total Price |
|------|-----|-------------|-----|-----------|------------------|-----------------|-----|------------|-------------|
| | | | | | | Tax | | | $.00 |
| | | | | | | TOTAL | | | $605.72 |
| | 9893340970 | OTH032 | | | | SDS 32 64 Gal @ $15.94 Service 240L/64G Container | 32 | 15.94 | $510.08 |
| | | OTH032 | | | | Total of Service Charges | 0 | 0.00 | $510.08 |
| | | | | | | Service Charges | | | $510.08 |
| | | | | | | Tax | | | $.00 |
| | | | | | | TOTAL | | | $510.08 |
| | 3153006470 | OTH032 | | | | SDS 75 Console @ $15.94 Service Console | 75 | 15.94 | $1,195.50 |
| | | OTH032 | | | | Total of Service Charges | 0 | 0.00 | $1,195.50 |
| | | | | | | Service Charges | | | $1,195.50 |
| | | | | | | Tax | | | $.00 |
| | | | | | | TOTAL | | | $1,195.50 |

Premise ID# 5967101313

14141 GLENDALE RD SAVAGE MN

| Date | FA# | Cost Center | PO# | Dept Name | Property Manager | Service Details | Qty | Unit Price | Total Price |
|------|-----|-------------|-----|-----------|------------------|-----------------|-----|------------|-------------|
| 05/07/2009 | 9964378484 | RBR378 | | | | SDS 0 Console @ $15.94 Service Console | 0 | 0.00 | $.00 |
| | | RBR378 | | | | Minimum Charge for Service Service Minimum Charge | 47 | 1.00 | $47.81 |
| | | RBR378 | | | | Total of Service Charges | 0 | 0.00 | $47.81 |
| | | | | | | Service Charges | | | $47.81 |
| | | | | | | Tax | | | $.00 |
| | | | | | | TOTAL | | | $47.81 |

Premise ID# 5985108787

3451 HAMMOND AVE WATERLOO IA

| Date | FA# | Cost Center | PO# | Dept Name | Property Manager | Service Details | Qty | Unit Price | Total Price |
|------|-----|-------------|-----|-----------|------------------|-----------------|-----|------------|-------------|
| 03/26/2009 | 8071837191 | PRS103 | | | | SDS 40 64 Gal @ $15.94 Service 240L/64G Container | 40 | 15.94 | $637.60 |
| | | PRS103 | | | | Total of Service Charges | 0 | 0.00 | $637.60 |
| | | | | | | Service Charges | | | $637.60 |
| | | | | | | Tax | | | $.00 |
| | | | | | | TOTAL | | | $637.60 |

Invoice
Invoice# 004752079905

Unless the parties have signed a separate
contract,Customer agrees that the terms and
conditions on the back of this invoice shall
govern the services Recall
provides to Customer.
Save time and postage!, pay online at www.recall.com

Recall Secure Destruction Services
1-866-RECALL6 (732-2556)
Federal Tax ID # of 36-4410289

| | | |
|---|---|---|
| Invoice Date: | 05/23/2009 |
| Cust. Billing No: | 10013939 |
| Account No: | 4752008787 |
| Page No: | 10 of 15 |

Premise ID# 5985108787                                               3451 HAMMOND AVE WATERLOO IA

| Date | FA# | Cost Center | PO# | Dept Name | Property Manager | Service Details | Qty | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|---|
| 04/02/2009 | 0106826363 | PRS103 | | | | SDS 40 64 Gal @ $15.94 | 40 | 15.9 | $637.60 |
| | | | | | | Service 240L/64G Container | | 4 | |
| | | PRS103 | | | | Total of Service Charges | 0 | 0.00 | $637.60 |
| | | | | | | Service Charges | | | $637.60 |
| | | | | | | Tax | | | $.00 |
| | | | | | | TOTAL | | | $637.60 |
| 04/09/2009 | 6581344428 | PRS103 | | | | SDS 40 64 Gal @ $15.94 | 40 | 15.9 | $637.60 |
| | | | | | | Service 240L/64G Container | | 4 | |
| | | PRS103 | | | | Total of Service Charges | 0 | 0.00 | $637.60 |
| | | | | | | Service Charges | | | $637.60 |
| | | | | | | Tax | | | $.00 |
| | | | | | | TOTAL | | | $637.60 |
| 04/16/2009 | 9740472470 | PRS103 | | | | SDS 40 64 Gal @ $15.94 | 40 | 15.9 | $637.60 |
| | | | | | | Service 240L/64G Container | | 4 | |
| | | PRS103 | | | | Total of Service Charges | 0 | 0.00 | $637.60 |
| | | | | | | Service Charges | | | $637.60 |
| | | | | | | Tax | | | $.00 |
| | | | | | | TOTAL | | | $637.60 |

Premise ID# 6176001313                                               2501 S STATE HWY 121 LEWISVILLE TX

| Date | FA# | Cost Center | PO# | Dept Name | Property Manager | Service Details | Qty | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|---|
| 04/29/2009 | 1625334632 | ITDCEQ | | | | SDS 3 64 Gal @ $15.94 | 3 | 15.9 | $47.82 |
| | | | | | | Service 240L/64G Container | | 4 | |
| | | ITDCEQ | | | | Total of Service Charges | 0 | 0.00 | $47.82 |
| | | | | | | Service Charges | | | $47.82 |
| | | | | | | Tax | | | $.00 |
| | | | | | | TOTAL | | | $47.82 |

Premise ID# 6505108787                                               235 FISHER DR WATERLOO IA

| Date | FA# | Cost Center | PO# | Dept Name | Property Manager | Service Details | Qty | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|---|
| 04/16/2009 | 5648625156 | OTHO21 | | MAIN | | SDS 3 64 Gal @ $15.94 | 3 | 15.9 | $47.82 |
| | | | | | | Service 240L/64G Container | | 4 | |
| | | OTHO21 | | MAIN | | Total of Service Charges | 0 | 0.00 | $47.82 |

Invoice
Invoice# 004752079905

Unless the parties have signed a separate
contract,Customer agrees that the terms and
conditions on the back of this invoice shall
govern the services Recall
provides to Customer.
Save time and postage!, pay online at www.recall.com

Recall Secure Destruction Services
1-866-RECALL6 (732-2556)
Federal Tax ID # of 36-4410289

| | |
|---|---|
| Invoice Date: | 05/23/2009 |
| Cust. Billing No: | 10013939 |
| Account No: | 4752008787 |
| Page No: | 11 of 15 |

Premise ID# 6505108787                                    235 FISHER DR WATERLOO IA

| Date | FA# | Cost Center | PO# | Dept Name | Property Manager | Service Details | Qty | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Service Charges | | | $47.82 |
| | | | | | | Tax | | | $.00 |
| | | | | | | TOTAL | | | $47.82 |

Premise ID# 6645008787                                    465 SOUTH ST MORRISTOWN NJ

| Date | FA# | Cost Center | PO# | Dept Name | Property Manager | Service Details | Qty | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|---|
| 05/06/2009 | 0991448949 | CRP408 | | GMAC GLOBAL RELO | | SDS 1 64 Gal @ $15.94 Service 240L/64G Container | 1 | 15.94 | $15.94 |
| | | CRP408 | | GMAC GLOBAL RELO | | Minimum Charge for Service Service Minimum Charge | 31 | 1.00 | $31.87 |
| | | CRP408 | | GMAC GLOBAL RELO | | Total of Service Charges | 0 | 0.00 | $47.81 |
| | | CRP408 | | GMAC GLOBAL RELO | | New Jersey Sales Tax | 0 | 0.00 | $3.35 |
| | | | | | | Service Charges | | | $47.81 |
| | | | | | | Tax | | | $3.35 |
| | | | | | | TOTAL | | | $51.16 |

Premise ID# 7074101313                            4405 E COTTON CENTER BLVD PHOENIX AZ

| Date | FA# | Cost Center | PO# | Dept Name | Property Manager | Service Details | Qty | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|---|
| 04/24/2009 | 2885562944 | AZA050 | | | | SDS 28 Console @ $15.94 Service Console | 28 | 15.94 | $446.32 |
| | | AZA050 | | | | Total of Service Charges | 0 | 0.00 | $446.32 |
| | | | | | | Service Charges | | | $446.32 |
| | | | | | | Tax | | | $.00 |
| | | | | | | TOTAL | | | $446.32 |
| | 5337619488 | AZA050 | | | | SDS 0 Console @ $15.94 Service Console | 0 | 0.00 | $.00 |
| | | | | | | Service Charges | | | $.00 |
| | | | | | | Tax | | | $.00 |
| | | | | | | TOTAL | | | $.00 |
| 05/01/2009 | 7074176906 | AZA050 | | | | SDS 29 Console @ $15.94 Service Console | 29 | 15.94 | $462.26 |

Invoice
Invoice# 004752079905

Unless the parties have signed a separate
contract,Customer agrees that the terms and
conditions on the back of this invoice shall
govern the services Recall
provides to Customer.
Save time and postage!, pay online at www.recall.com

Recall Secure Destruction Services
1-866-RECALL6 (732-2556)
Federal Tax ID # of 36-4410289

Premise ID# 7074101313

| Invoice Date: | 05/23/2009 |
| Cust. Billing No: | 10013939 |
| Account No: | 4752008787 |
| Page No: | 12 of  15 |

4405 E COTTON CENTER BLVD PHOENIX AZ

| Date | FA# | Cost Center | PO# | Dept Name | Property Manager | Service Details | Qty | Unit Price | Total Price |
|------|-----|-------------|-----|-----------|------------------|-----------------|-----|------------|-------------|
| | | AZA050 | | | | Total of Service Charges | 0 | 0.00 | $462.26 |
| | | | | | | Service Charges | | | $462.26 |
| | | | | | | Tax | | | $.00 |
| | | | | | | TOTAL | | | $462.26 |
| 05/08/2009 | 2293652803 | AZA050 | | | | SDS 29 Console @ $15.94 | 29 | 15.9 | $462.26 |
| | | | | | | Service Console | | 4 | |
| | | AZA050 | | | | Total of Service Charges | 0 | 0.00 | $462.26 |
| | | | | | | Service Charges | | | $462.26 |
| | | | | | | Tax | | | $.00 |
| | | | | | | TOTAL | | | $462.26 |
| 05/15/2009 | 7140463876 | AZA050 | | | | SDS 29 Console @ $15.94 | 29 | 15.9 | $462.26 |
| | | | | | | Service Console | | 4 | |
| | | AZA050 | | | | Total of Service Charges | 0 | 0.00 | $462.26 |
| | | | | | | Service Charges | | | $462.26 |
| | | | | | | Tax | | | $.00 |
| | | | | | | TOTAL | | | $462.26 |

Premise ID# 7218108787

433 S MAIN ST WEST HARTFORD CT

| Date | FA# | Cost Center | PO# | Dept Name | Property Manager | Service Details | Qty | Unit Price | Total Price |
|------|-----|-------------|-----|-----------|------------------|-----------------|-----|------------|-------------|
| 05/06/2009 | 2748878589 | | | | | SDS O 64 Gal @ $15.94 | 0 | 0.00 | $.00 |
| | | | | | | Service 240L/64G Container | | | |
| | | | | | | Service Charges | | | $.00 |
| | | | | | | Tax | | | $.00 |
| | | | | | | TOTAL | | | $.00 |
| 05/20/2009 | 0345100159 | | | | | SDS O 64 Gal @ $15.94 | 0 | 0.00 | $.00 |
| | | | | | | Service 240L/64G Container | | | |
| | | | | | | Service Charges | | | $.00 |
| | | | | | | Tax | | | $.00 |
| | | | | | | TOTAL | | | $.00 |
| 05/06/2009 | 2043910365 | OFC005 | | OFFICE | | SDS 13 64 Gal @ $15.94 | 13 | 15.9 | $207.22 |
| | | | | | | Service 240L/64G Container | | 4 | |
| | | OFC005 | | OFFICE | | Total of Service Charges | 0 | 0.00 | $207.22 |
| | | OFC005 | | OFFICE | | Connecticut Sales Tax | 0 | 0.00 | $12.43 |

Invoice
Invoice# 004752079905

Unless the parties have signed a separate
contract,Customer agrees that the terms and
conditions on the back of this invoice shall
govern the services Recall
provides to Customer.
Save time and postage!, pay online at www.recall.com

Recall Secure Destruction Services
1-866-RECALL6 (732-2556)
Federal Tax ID # of 36-4410289

| | | | |
|---|---|---|---|
| Invoice Date: | 05/23/2009 |
| Cust. Billing No: | 10013939 |
| Account No: | 4752008787 |
| Page No: | 13 of 15 |

Premise ID# 7218108787                                    433 S MAIN ST WEST HARTFORD CT

| Date | FA# | Cost Center | PO# | Dept Name | Property Manager | Service Details | Qty | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Service Charges | | | $207.22 |
| | | | | | | Tax | | | $12.43 |
| | | | | | | TOTAL | | | $219.65 |
| 05/20/2009 | 1315844364 | OFC005 | | OFFICE | | SDS 13 64 Gal @ $15.94 | 13 | 15.9 | $207.22 |
| | | | | | | Service 240L/64G Container | | 4 | |
| | | OFC005 | | OFFICE | | Total of Service Charges | 0 | 0.00 | $207.22 |
| | | OFC005 | | OFFICE | | Connecticut Sales Tax | 0 | 0.00 | $12.43 |
| | | | | | | Service Charges | | | $207.22 |
| | | | | | | Tax | | | $12.43 |
| | | | | | | TOTAL | | | $219.65 |

Premise ID# 7315814185                                    1967 A GLASSELL ST ORANGE CA

| Date | FA# | Cost Center | PO# | Dept Name | Property Manager | Service Details | Qty | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|---|
| 01/06/2009 | 2314889524 | RBR413 | | | | Removal Charge - 64 Gal Container | 0 | 0.00 | $.00 |
| | | | | | | Remove 240L/64G Container | | | |
| | | | | | | Service Charges | | | $.00 |
| | | | | | | Tax | | | $.00 |
| | | | | | | TOTAL | | | $.00 |

Premise ID# 8013008787                                    1000 TOWNE CENTER BLVD POOLER GA

| Date | FA# | Cost Center | PO# | Dept Name | Property Manager | Service Details | Qty | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|---|
| 04/30/2009 | 5811003079 | RBR262 | | STE 601 | | SDS 1 64 Gal @ $15.94 | 1 | 15.9 | $15.94 |
| | | | | | | Service 240L/64G Container | | 4 | |
| | | RBR262 | | STE 601 | | Minimum Charge for Service | 47 | 1.00 | $47.81 |
| | | | | | | Service Minimum Charge | | | |
| | | RBR262 | | STE 601 | | Total of Service Charges | 0 | 0.00 | $63.75 |
| | | | | | | Service Charges | | | $63.75 |
| | | | | | | Tax | | | $.00 |
| | | | | | | TOTAL | | | $63.75 |

Premise ID# 8122008787                                    3436 TORINGDON WAY CHARLOTTE NC

| Date | FA# | Cost Center | PO# | Dept Name | Property Manager | Service Details | Qty | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|---|
| 05/11/2009 | 1534582242 | RBR384 | | STE 110 | | SDS 0 64 Gal @ $15.94 | 0 | 0.00 | $.00 |
| | | | | | | Service 240L/64G Container | | | |

Invoice
Invoice# 004752079905

Unless the parties have signed a separate
contract,Customer agrees that the terms and
conditions on the back of this invoice shall
govern the services Recall
provides to Customer.
Save time and postage!, pay online at www.recall.com

Recall Secure Destruction Services
1-866-RECALL6 (732-2556)
Federal Tax ID # of 36-4410289

Premise ID# 8122008787

| Invoice Date: | 05/23/2009 |
| Cust. Billing No: | 10013939 |
| Account No: | 4752008787 |
| Page No: | 14 of 15 |

3436 TORINGDON WAY CHARLOTTE NC

| Date | FA# | Cost Center | PO# | Dept Name | Property Manager | Service Details | Qty | Unit Price | Total Price |
|------|-----|-------------|-----|-----------|------------------|-----------------|-----|------------|-------------|
| | | RBR384 | | STE 110 | | Minimum Charge for Service Service Minimum Charge | 47 | 1.00 | $47.81 |
| | | RBR384 | | STE 110 | | Total of Service Charges | 0 | 0.00 | $47.81 |
| | | | | | | Service Charges | | | $47.81 |
| | | | | | | Tax | | | $.00 |
| | | | | | | TOTAL | | | $47.81 |

Premise ID# 8214617195    1901 SOUTH MAIN ST BLACKSBURG VA

| Date | FA# | Cost Center | PO# | Dept Name | Property Manager | Service Details | Qty | Unit Price | Total Price |
|------|-----|-------------|-----|-----------|------------------|-----------------|-----|------------|-------------|
| 05/05/2009 | 5666527749 | | | STE:6 | | SDS 3 Console @ $15.94 Service Console | 3 | 15.94 | $47.82 |
| | | | | STE:6 | | Total of Service Charges | 0 | 0.00 | $47.82 |
| | | | | | | Service Charges | | | $47.82 |
| | | | | | | Tax | | | $.00 |
| | | | | | | TOTAL | | | $47.82 |

Premise ID# 9000347979    701 PALOMAR AIRPORT RD CARLSBAD CA

| Date | FA# | Cost Center | PO# | Dept Name | Property Manager | Service Details | Qty | Unit Price | Total Price |
|------|-----|-------------|-----|-----------|------------------|-----------------|-----|------------|-------------|
| 05/04/2009 | 6353641026 | | | STE 200 | | SDS 2 Console @ $15.94 Service Console | 2 | 15.94 | $31.88 |
| | | | | STE 200 | | Total of Service Charges | 0 | 0.00 | $31.88 |
| | | | | | | Service Charges | | | $31.88 |
| | | | | | | Tax | | | $.00 |
| | | | | | | TOTAL | | | $31.88 |
| 05/18/2009 | 2393211503 | | | STE 200 | | SDS 2 Console @ $15.94 Service Console | 2 | 15.94 | $31.88 |
| | | | | STE 200 | | Total of Service Charges | 0 | 0.00 | $31.88 |
| | | | | | | Service Charges | | | $31.88 |
| | | | | | | Tax | | | $.00 |
| | | | | | | TOTAL | | | $31.88 |

Premise ID# 9808008787    28059 US HWY 19 N CLEARWATER FL

| Date | FA# | Cost Center | PO# | Dept Name | Property Manager | Service Details | Qty | Unit Price | Total Price |
|------|-----|-------------|-----|-----------|------------------|-----------------|-----|------------|-------------|
| 04/28/2009 | 4379803192 | RBR216 | | STE 101 | | SDS 2 Console @ $15.94 Service Console | 2 | 15.94 | $31.88 |

Invoice
Invoice# 004752079905

Unless the parties have signed a separate
contract,Customer agrees that the terms and
conditions on the back of this invoice shall
govern the services Recall
provides to Customer.
Save time and postage!, pay online at www.recall.com

Recall Secure Destruction Services
1-866-RECALL6 (732-2556)
Federal Tax ID # of 36-4410289

Premise ID# 9808008787

| Invoice Date: | 05/23/2009 |
| Cust. Billing No: | 10013939 |
| Account No: | 4752008787 |
| Page No: | 15 of 15 |

26059 US HWY 19 N CLEARWATER FL

| Date | FA# | Cost Center | PO# | Dept Name | Property Manager | Service Details | Qty | Unit Price | Total Price |
|------|-----|-------------|-----|-----------|------------------|-----------------|-----|-----------|-------------|
| | | RBR216 | | STE 101 | | Minimum Charge for Service Service Minimum Charge | 15 | 1.00 | $15.93 |
| | | RBR216 | | STE 101 | | Total of Service Charges | 0 | 0.00 | $47.81 |
| | | | | | | Service Charges | | | $47.81 |
| | | | | | | Tax | | | $.00 |
| | | | | | | TOTAL | | | $47.81 |

Unless the parties have signed a separate contract, Customer agrees that the terms and conditions on the back of this invoice shall govern the services Recall provides to Customer.

Save time and postage!, pay online at www.recall.com.

Recall Secure Destruction Services, Inc.
1-866-RECALL-6
Federal Tax ID# of 36-4410289

GMAC Mortgage Corp
Attn: BOB WILLIAMS
100 WITMER RD
ATTN: ROBERT WILLIAMS
HORSHAM PA 19044-2251

50

Service Period: 08/21/2009 - 09/17/2009

**Invoice #: 4752045829**

Invoice Date:      9/19/2009
Account No:       4752008787
Cust. Billing No:   10013939
Page Number:      1 of 8

| SUMMARY | | |
|---|---|---|
| TOTAL CHARGES | $ | 11,763.22 |
| TAX | $ | 28.21 |
| INVOICE TOTAL | $ | 11,791.43 |

Premise ID# 0705108787          3710 KENNETT PIKE, GREENVILLE DE

| Date | FA# | Cost Center | PO# | Dept Name | Property Manager | Service Details | Qty | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|---|
| 8/27/2009 | 8787159898 | RBR435 | | | | SDS 1 64 Gal @ $15.49 | 1 | $15.49 | $15.49 |
| | | | | | | Minimum Charge for Service | 31.87 | $1.00 | $31.87 |
| | | | | | | Total of Service Charges | | | $47.36 |

| | | | |
|---|---|---|---|
| | Service Charge | $ | 47.36 |
| | Tax | $ | 0.00 |
| | Sub-Total | $ | 47.36 |

| | | |
|---|---|---|
| Total of Fuel Surcharges | $ | 0.00 |
| Total of Special Trip Charges | $ | 0.00 |
| Total of Minimum Charges | $ | 31.87 |
| Total of Service Charges | $ | 15.49 |
| Total Taxes | $ | 0.00 |
| Grand Total - PREMISE ID# 0705108787 | $ | 47.36 |

Consistent with the terms of your Agreement with Recall, as well as with Recall's standard pricing guidelines, this correspondence serves as Recall's formal notice that your account may be subject to a price increase, effective January 2010.

# REMITTANCE ADVICE

**Detach and return this section payable:**

Invoice No
4752045829

Amount
$11,791.43

CUST. BILLING NO
10013939

PAYMENT DUE BY
Payment Terms

**Recall Secure Destruction Services Inc**
**15311 Collection Center Drive**
**Chicago, IL 60693-0100**

## Invoice

| Invoice #: 4752045829 |
|---|

| | |
|---|---|
| Invoice Date: | 9/19/2009 |
| Account No: | 4752008787 |
| Cust. Billing No: | 10013939 |
| Page Number: | 2 of 8 |

**Premise ID# 2613101313          6305 W OVERLAND RD, BOISE ID**

| Date | FA# | Cost Center | PO# | Dept Name | Property Manager | Service Details | Qty | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|---|
| 8/27/2009 | 3087165224 | OPS 441 / RBR | | | | SDS 2 64 Gal @ $15.94 | 2 | $15.94 | $31.88 |
| | | | | | | Minimum Charge for Service | 15.93 | $1.00 | $15.93 |
| | | | | | | Total of Service Charges | | | $47.81 |

| | | |
|---|---|---|
| Service Charge | $ | 47.81 |
| Tax | $ | 0.00 |
| Sub-Total | $ | 47.81 |

| Date | FA# | Cost Center | PO# | Dept Name | Property Manager | Service Details | Qty | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|---|
| 9/4/2009 | 6933775728 | OPS 441 / RBR | | | | Removal Charge - 64 Gal Container | | | $0.00 |

| | | |
|---|---|---|
| Service Charge | $ | 0.00 |
| Tax | $ | 0.00 |
| Sub-Total | $ | 0.00 |

| | | |
|---|---|---|
| Total of Fuel Surcharges | $ | 0.00 |
| Total of Special Trip Charges | $ | 0.00 |
| Total of Minimum Charges | $ | 15.93 |
| Total of Service Charges | $ | 31.88 |
| Total Taxes | $ | 0.00 |
| Grand Total - PREMISE ID#  2613101313 | $ | 47.81 |

**Premise ID# 2705108787          45 EISENHOWER DR, PARAMUS NJ**

| Date | FA# | Cost Center | PO# | Dept Name | Property Manager | Service Details | Qty | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|---|
| 9/14/2009 | 0069552609 | RBR178 | | BRANCH | | SDS 0 64 Gal @ $15.94 | | | $0.00 |
| | | | | | | Minimum Charge for Service | 47.81 | $1.00 | $47.81 |
| | | | | | | Total of Service Charges | | | $47.81 |
| | | | | | | New Jersey Sales Tax | | | $3.35 |

| | | |
|---|---|---|
| Service Charge | $ | 47.81 |
| Tax | $ | 3.35 |
| Sub-Total | $ | 51.16 |

| | | |
|---|---|---|
| Total of Fuel Surcharges | $ | 0.00 |
| Total of Special Trip Charges | $ | 0.00 |
| Total of Minimum Charges | $ | 47.81 |
| Total of Service Charges | $ | 0.00 |
| Total Taxes | $ | 3.35 |
| Grand Total - PREMISE ID#  2705108787 | $ | 51.16 |

**Premise ID# 2811301313          3200 PARK CENTER, COSTA MESA CA**

| Date | FA# | Cost Center | PO# | Dept Name | Property Manager | Service Details | Qty | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|---|
| 8/21/2009 | 8403533082 | FAC051 | | | | SDS 8 Console @ $15.94 | 8 | $15.94 | $127.52 |
| | | | | | | Total of Service Charges | | | $127.52 |

| | | |
|---|---|---|
| Service Charge | $ | 127.52 |
| Tax | $ | 0.00 |
| Sub-Total | $ | 127.52 |

| Date | FA# | Cost Center | PO# | Dept Name | Property Manager | Service Details | Qty | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|---|
| 8/21/2009 | 9580617043 | FAC051 | | | | SDS 7 Console @ $15.94 | 7 | $15.94 | $111.58 |
| | | | | | | Total of Service Charges | | | $111.58 |

| | | |
|---|---|---|
| Service Charge | $ | 111.58 |
| Tax | $ | 0.00 |
| Sub-Total | $ | 111.58 |

| Date | FA# | Cost Center | PO# | Dept Name | Property Manager | Service Details | Qty | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|---|
| 8/21/2009 | 8213982381 | FAC051 | | | | SDS 10 Console @ $15.94 | 10 | $15.94 | $159.40 |

# Invoice

| Invoice #: 4752045829 |
|---|

| Invoice Date: | 9/19/2009 |
|---|---|
| Account No: | 4752008787 |
| Cust. Billing No: | 10013939 |
| Page Number: | 3 of 8 |

Premise ID# 2811301313              3200 PARK CENTER, COSTA MESA CA

| Date | FA# | Cost Center | PO# | Dept Name | Property Manager | Service Details | Qty | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | $159.40 |
| | | | | | | Total of Service Charges | | | $159.40 |
| | | | | | | Service Charge | | $ | 159.40 |
| | | | | | | Tax | | $ | 0.00 |
| | | | | | | Sub-Total | | $ | 159.40 |
| 8/21/2009 | 0276309643 | FAC051 | | | | SDS 1 Console @ $15.94 | 1 | $15.94 | $15.94 |
| | | | | | | Total of Service Charges | | | $15.94 |
| | | | | | | Service Charge | | $ | 15.94 |
| | | | | | | Tax | | $ | 0.00 |
| | | | | | | Sub-Total | | $ | 15.94 |
| 8/28/2009 | 1266439997 | FAC051 | | | | SDS 1 Console @ $15.94 | 1 | $15.94 | $15.94 |
| | | | | | | Total of Service Charges | | | $15.94 |
| | | | | | | Service Charge | | $ | 15.94 |
| | | | | | | Tax | | $ | 0.00 |
| | | | | | | Sub-Total | | $ | 15.94 |
| 8/28/2009 | 0673655523 | FAC051 | | | | SDS 15 Console @ $15.94 | 15 | $15.94 | $239.10 |
| | | | | | | Total of Service Charges | | | $239.10 |
| | | | | | | Service Charge | | $ | 239.10 |
| | | | | | | Tax | | $ | 0.00 |
| | | | | | | Sub-Total | | $ | 239.10 |
| 8/28/2009 | 9718985025 | FAC051 | | | | SDS 8 Console @ $15.94 | 8 | $15.94 | $127.52 |
| | | | | | | Total of Service Charges | | | $127.52 |
| | | | | | | Service Charge | | $ | 127.52 |
| | | | | | | Tax | | $ | 0.00 |
| | | | | | | Sub-Total | | $ | 127.52 |
| 8/28/2009 | 2663092992 | FAC051 | | | | SDS 8 Console @ $15.94 | 8 | $15.94 | $127.52 |
| | | | | | | Total of Service Charges | | | $127.52 |
| | | | | | | Service Charge | | $ | 127.52 |
| | | | | | | Tax | | $ | 0.00 |
| | | | | | | Sub-Total | | $ | 127.52 |
| 9/4/2009 | 1502417616 | FAC051 | | | | SDS 7 Console @ $15.94 | 7 | $15.94 | $111.58 |
| | | | | | | Total of Service Charges | | | $111.58 |
| | | | | | | Service Charge | | $ | 111.58 |
| | | | | | | Tax | | $ | 0.00 |
| | | | | | | Sub-Total | | $ | 111.58 |
| 9/4/2009 | 3395879699 | FAC051 | | | | SDS 8 Console @ $15.94 | 8 | $15.94 | $127.52 |
| | | | | | | Total of Service Charges | | | $127.52 |
| | | | | | | Service Charge | | $ | 127.52 |
| | | | | | | Tax | | $ | 0.00 |
| | | | | | | Sub-Total | | $ | 127.52 |
| 9/4/2009 | 2317576543 | FAC051 | | | | SDS 2 Console @ $15.94 | 2 | $15.94 | $31.88 |
| | | | | | | Total of Service Charges | | | $31.88 |
| | | | | | | Service Charge | | $ | 31.88 |
| | | | | | | Tax | | $ | 0.00 |
| | | | | | | Sub-Total | | $ | 31.88 |
| 9/4/2009 | 4225375882 | FAC051 | | | | SDS 12 Console @ $15.94 | 12 | $15.94 | $191.28 |

# Invoice

| Invoice #: 4752045829 |
|---|

| Invoice Date: | 9/19/2009 |
|---|---|
| Account No: | 4752008787 |
| Cust. Billing No: | 10013939 |
| Page Number: | 4 of 8 |

**Premise ID# 2811301313          3200 PARK CENTER, COSTA MESA CA**

| Date | FA# | Cost Center | PO# | Dept Name | Property Manager | Service Details | Qty | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | $191.28 |
| | | | | | | Total of Service Charges | | | $191.28 |
| | | | | | | **Service Charge** | | **$** | **191.28** |
| | | | | | | **Tax** | | **$** | **0.00** |
| | | | | | | **Sub-Total** | | **$** | **191.28** |
| 9/11/2009 | 9972092427 | FAC051 | | | | SDS 9 Console @ $15.94 | 9 | $15.94 | $143.46 |
| | | | | | | Total of Service Charges | | | $143.46 |
| | | | | | | **Service Charge** | | **$** | **143.46** |
| | | | | | | **Tax** | | **$** | **0.00** |
| | | | | | | **Sub-Total** | | **$** | **143.46** |
| 9/11/2009 | 2276984928 | FAC051 | | | | SDS 8 Console @ $15.94 | 8 | $15.94 | $127.52 |
| | | | | | | Total of Service Charges | | | $127.52 |
| | | | | | | **Service Charge** | | **$** | **127.52** |
| | | | | | | **Tax** | | **$** | **0.00** |
| | | | | | | **Sub-Total** | | **$** | **127.52** |
| 9/11/2009 | 4090703821 | FAC051 | | | | SDS 12 Console @ $15.94 | 12 | $15.94 | $191.28 |
| | | | | | | Total of Service Charges | | | $191.28 |
| | | | | | | **Service Charge** | | **$** | **191.28** |
| | | | | | | **Tax** | | **$** | **0.00** |
| | | | | | | **Sub-Total** | | **$** | **191.28** |
| 9/11/2009 | 5812564460 | FAC051 | | | | SDS 1 Console @ $15.94 | 1 | $15.94 | $15.94 |
| | | | | | | Total of Service Charges | | | $15.94 |
| | | | | | | **Service Charge** | | **$** | **15.94** |
| | | | | | | **Tax** | | **$** | **0.00** |
| | | | | | | **Sub-Total** | | **$** | **15.94** |

| | | |
|---|---|---|
| Total of Fuel Surcharges | $ | 0.00 |
| Total of Special Trip Charges | $ | 0.00 |
| Total of Minimum Charges | $ | 0.00 |
| Total of Service Charges | $ | 1,864.98 |
| Total Taxes | $ | 0.00 |
| Grand Total - PREMISE ID# 2811301313 | $ | 1,864.98 |

**Premise ID# 3145008787          233 GIBRALTAR RD, HORSHAM PA**

| Date | FA# | Cost Center | PO# | Dept Name | Property Manager | Service Details | Qty | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|---|
| 8/28/2009 | 0722067513 | OTH018 | | PURGE | | SDS 10 95 Gal @ $23.91 | 10 | $23.91 | $239.10 |
| | | | | | | Total of Service Charges | | | $239.10 |
| | | | | | | **Service Charge** | | **$** | **239.10** |
| | | | | | | **Tax** | | **$** | **0.00** |
| | | | | | | **Sub-Total** | | **$** | **239.10** |
| 9/11/2009 | 8278718285 | OTH018 | | PURGE | | SDS 8 95 Gal @ $23.91 | 8 | $23.91 | $191.28 |
| | | | | | | Total of Service Charges | | | $191.28 |
| | | | | | | **Service Charge** | | **$** | **191.28** |
| | | | | | | **Tax** | | **$** | **0.00** |
| | | | | | | **Sub-Total** | | **$** | **191.28** |