# Invoice

| Invoice #: 4752045829 |
|---|

| Invoice Date: | 9/19/2009 |
|---|---|
| Account No: | 4752008787 |
| Cust. Billing No: | 10013939 |
| Page Number: | 5 of 8 |

| | | |
|---|---|---:|
| Total of Fuel Surcharges | $ | 0.00 |
| Total of Special Trip Charges | $ | 0.00 |
| Total of Minimum Charges | $ | 0.00 |
| Total of Service Charges | $ | 430.38 |
| Total Taxes | $ | 0.00 |
| Grand Total - PREMISE ID# 3145008787 | $ | 430.38 |

| Premise ID# 5729827209 | | | | 1100 VIRGINIA DR, FORT WASHINGTON PA | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Date | FA# | Cost Center | PO# | Dept Name | Property Manager | Service Details | Qty | Unit Price | Total Price |
| 8/24/2009 | 9053829478 | OTH032 | | | | SDS 38 64 Gal @ $15.94 | 38 | $15.94 | $605.72 |
| | | | | | | Total of Service Charges | | | $605.72 |
| | | | | | | **Service Charge** | | **$** | **605.72** |
| | | | | | | **Tax** | | **$** | **0.00** |
| | | | | | | **Sub-Total** | | **$** | **605.72** |
| 8/24/2009 | 7689485389 | OTH032 | | | | SDS 81 Console @ $15.94 | 81 | $15.94 | $1,291.14 |
| | | | | | | Total of Service Charges | | | $1,291.14 |
| | | | | | | **Service Charge** | | **$** | **1,291.14** |
| | | | | | | **Tax** | | **$** | **0.00** |
| | | | | | | **Sub-Total** | | **$** | **1,291.14** |
| 8/31/2009 | 4540732892 | OTH032 | | | | SDS 75 Console @ $15.94 | 75 | $15.94 | $1,195.50 |
| | | | | | | Total of Service Charges | | | $1,195.50 |
| | | | | | | **Service Charge** | | **$** | **1,195.50** |
| | | | | | | **Tax** | | **$** | **0.00** |
| | | | | | | **Sub-Total** | | **$** | **1,195.50** |
| 8/31/2009 | 9505754576 | OTH032 | | | | SDS 34 64 Gal @ $15.94 | 34 | $15.94 | $541.96 |
| | | | | | | Total of Service Charges | | | $541.96 |
| | | | | | | **Service Charge** | | **$** | **541.96** |
| | | | | | | **Tax** | | **$** | **0.00** |
| | | | | | | **Sub-Total** | | **$** | **541.96** |
| 9/8/2009 | 0242853497 | OTH032 | | | | SDS 70 Console @ $15.94 | 70 | $15.94 | $1,115.80 |
| | | | | | | Total of Service Charges | | | $1,115.80 |
| | | | | | | **Service Charge** | | **$** | **1,115.80** |
| | | | | | | **Tax** | | **$** | **0.00** |
| | | | | | | **Sub-Total** | | **$** | **1,115.80** |
| 9/8/2009 | 7073524140 | OTH032 | | | | SDS 24 64 Gal @ $15.94 | 24 | $15.94 | $382.56 |
| | | | | | | Overflow Charge 4 64 GAL @ $15.94 | 4 | $15.94 | $63.76 |
| | | | | | | Total of Service Charges | | | $446.32 |
| | | | | | | **Service Charge** | | **$** | **446.32** |
| | | | | | | **Tax** | | **$** | **0.00** |
| | | | | | | **Sub-Total** | | **$** | **446.32** |
| 9/14/2009 | 4569182625 | OTH032 | | | | SDS 39 64 Gal @ $15.94 | 39 | $15.94 | $621.66 |
| | | | | | | Total of Service Charges | | | $621.66 |
| | | | | | | **Service Charge** | | **$** | **621.66** |
| | | | | | | **Tax** | | **$** | **0.00** |
| | | | | | | **Sub-Total** | | **$** | **621.66** |
| 9/14/2009 | 6915607503 | OTH032 | | | | SDS 74 Console @ $15.94 | 74 | $15.94 | $1,179.56 |

# Invoice

| Invoice #: 4752045829 |
|---|

| | |
|---|---|
| Invoice Date: | 9/19/2009 |
| Account No: | 4752008787 |
| Cust. Billing No: | 10013939 |
| Page Number: | 6 of 8 |

## Premise ID# 5729827209 — 1100 VIRGINIA DR, FORT WASHINGTON PA

| Date | FA# | Cost Center | PO# | Dept Name | Property Manager | Service Details | Qty | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Total of Service Charges | | | $1,179.56 |

| | | |
|---|---|---|
| Service Charge | $ | 1,179.56 |
| Tax | $ | 0.00 |
| Sub-Total | $ | 1,179.56 |

| | | |
|---|---|---|
| Total of Fuel Surcharges | $ | 0.00 |
| Total of Special Trip Charges | $ | 0.00 |
| Total of Minimum Charges | $ | 0.00 |
| Total of Service Charges | $ | 6,997.66 |
| Total Taxes | $ | 0.00 |
| Grand Total - PREMISE ID# 5729827209 | $ | 6,997.66 |

## Premise ID# 6176001313 — 2501 S STATE HWY 121, LEWISVILLE TX

| Date | FA# | Cost Center | PO# | Dept Name | Property Manager | Service Details | Qty | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|---|
| 9/16/2009 | 0713434734 | ITDCEQ | | | | SDS 3 64 Gal @ $15.94 | 3 | $15.94 | $47.82 |
| | | | | | | Total of Service Charges | | | $47.82 |

| | | |
|---|---|---|
| Service Charge | $ | 47.82 |
| Tax | $ | 0.00 |
| Sub-Total | $ | 47.82 |

| | | |
|---|---|---|
| Total of Fuel Surcharges | $ | 0.00 |
| Total of Special Trip Charges | $ | 0.00 |
| Total of Minimum Charges | $ | 0.00 |
| Total of Service Charges | $ | 47.82 |
| Total Taxes | $ | 0.00 |
| Grand Total - PREMISE ID# 6176001313 | $ | 47.82 |

## Premise ID# 7074101313 — 4405 E COTTON CENTER BLVD, PHOENIX AZ

| Date | FA# | Cost Center | PO# | Dept Name | Property Manager | Service Details | Qty | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|---|
| 8/21/2009 | 4426401413 | AZA050 | | | | SDS 28 Console @ $15.94 | 28 | $15.94 | $446.32 |
| | | | | | | Total of Service Charges | | | $446.32 |

| | | |
|---|---|---|
| Service Charge | $ | 446.32 |
| Tax | $ | 0.00 |
| Sub-Total | $ | 446.32 |

| Date | FA# | Cost Center | PO# | Dept Name | Property Manager | Service Details | Qty | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|---|
| 8/28/2009 | 6179751545 | AZA050 | | | | SDS 28 Console @ $15.94 | 28 | $15.94 | $446.32 |
| | | | | | | Total of Service Charges | | | $446.32 |

| | | |
|---|---|---|
| Service Charge | $ | 446.32 |
| Tax | $ | 0.00 |
| Sub-Total | $ | 446.32 |

| Date | FA# | Cost Center | PO# | Dept Name | Property Manager | Service Details | Qty | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|---|
| 9/4/2009 | 3919466500 | AZA050 | | | | SDS 28 Console @ $15.94 | 28 | $15.94 | $446.32 |
| | | | | | | Total of Service Charges | | | $446.32 |

| | | |
|---|---|---|
| Service Charge | $ | 446.32 |
| Tax | $ | 0.00 |
| Sub-Total | $ | 446.32 |

| Date | FA# | Cost Center | PO# | Dept Name | Property Manager | Service Details | Qty | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|---|
| 9/11/2009 | 8502431063 | AZA050 | | | | SDS 27 Console @ $15.94 | 27 | $15.94 | $430.38 |
| | | | | | | Total of Service Charges | | | $430.38 |

| | | |
|---|---|---|
| Service Charge | $ | 430.38 |
| Tax | $ | 0.00 |
| Sub-Total | $ | 430.38 |

# Invoice

Invoice #: 4752045829

| | |
|---|---|
| Invoice Date: | 9/19/2009 |
| Account No: | 4752008787 |
| Cust. Billing No: | 10013939 |
| Page Number: | 7 of 8 |

| | | |
|---|---|---|
| Total of Fuel Surcharges | $ | 0.00 |
| Total of Special Trip Charges | $ | 0.00 |
| Total of Minimum Charges | $ | 0.00 |
| Total of Service Charges | $ | 1,769.34 |
| Total Taxes | $ | 0.00 |
| Grand Total - PREMISE ID#  7074101313 | $ | 1,769.34 |

Premise ID# 7218108787          433 S MAIN ST, WEST HARTFORD CT

| Date | FA# | Cost Center | PO# | Dept Name | Property Manager | Service Details | Qty | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|---|
| 8/26/2009 | 3905245376 | | | | | SDS 0 64 Gal @ $15.94 | | | $0.00 |
| | | | | | | Service Charge | | $ | 0.00 |
| | | | | | | Tax | | $ | 0.00 |
| | | | | | | Sub-Total | | $ | 0.00 |
| 8/26/2009 | 8397008964 | OFC005 | | OFFICE | | SDS 12 64 Gal @ $15.94 | 12 | $15.94 | $191.28 |
| | | | | | | Overflow Charge 1 64 GAL @ $15.94 | 1 | $15.94 | $15.94 |
| | | | | | | Total of Service Charges | | | $207.22 |
| | | | | | | Connecticut Sales Tax | | | $12.43 |
| | | | | | | Service Charge | | $ | 207.22 |
| | | | | | | Tax | | $ | 12.43 |
| | | | | | | Sub-Total | | $ | 219.65 |
| 9/9/2009 | 0265909615 | OFC005 | | OFFICE | | SDS 13 64 Gal @ $15.94 | 13 | $15.94 | $207.22 |
| | | | | | | Total of Service Charges | | | $207.22 |
| | | | | | | Connecticut Sales Tax | | | $12.43 |
| | | | | | | Service Charge | | $ | 207.22 |
| | | | | | | Tax | | $ | 12.43 |
| | | | | | | Sub-Total | | $ | 219.65 |

| | | |
|---|---|---|
| Total of Fuel Surcharges | $ | 0.00 |
| Total of Special Trip Charges | $ | 0.00 |
| Total of Minimum Charges | $ | 0.00 |
| Total of Service Charges | $ | 414.44 |
| Total Taxes | $ | 24.86 |
| Grand Total - PREMISE ID#  7218108787 | $ | 439.30 |

Premise ID# 9000347979          701 PALOMAR AIRPORT RD, CARLSBAD CA

| Date | FA# | Cost Center | PO# | Dept Name | Property Manager | Service Details | Qty | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|---|
| 8/24/2009 | 7165551709 | | | STE 200 | | SDS 2 Console @ $15.94 | 2 | $15.94 | $31.88 |
| | | | | | | Minimum Charge for Service | 15.93 | $1.00 | $15.93 |
| | | | | | | Total of Service Charges | | | $47.81 |
| | | | | | | Service Charge | | $ | 47.81 |
| | | | | | | Tax | | $ | 0.00 |
| | | | | | | Sub-Total | | $ | 47.81 |
| 9/8/2009 | 2543325170 | | | STE 200 | | SDS 2 Console @ $15.94 | 2 | $15.94 | $31.88 |
| | | | | | | Minimum Charge for Service | 15.93 | $1.00 | $15.93 |
| | | | | | | Total of Service Charges | | | $47.81 |
| | | | | | | Service Charge | | $ | 47.81 |
| | | | | | | Tax | | $ | 0.00 |
| | | | | | | Sub-Total | | $ | 47.81 |

# Invoice

| Invoice #: 4752045829 |
|---|

| | |
|---|---|
| Invoice Date: | 9/19/2009 |
| Account No: | 4752008787 |
| Cust. Billing No: | 10013939 |
| Page Number: | 8 of 8 |

| | | |
|---|---|---|
| Total of Fuel Surcharges | $ | 0.00 |
| Total of Special Trip Charges | $ | 0.00 |
| Total of Minimum Charges | $ | 31.86 |
| Total of Service Charges | $ | 63.76 |
| Total Taxes | $ | 0.00 |
| Grand Total - PREMISE ID#  9000347979 | $ | 95.62 |

Page:                   1
Invoice No:             3070166275
Invoice Date:           10/21/2009
Cust Billing No:        10013939
Payment Terms:          30 Days

**Bill To:**
GMAC Mortgage Corp
BOB WILLIAMS
1100 Virginia Drive
190-FTW-B20
Ft Washington PA 19034
United States

Service Period: 12/19/2008 To 01/22/2009

**For billing questions, please call  888-291-2788**                                          Duplicate

| Description | Quantity | Unit Amt | Extended Amount |
|---|---|---|---|
| MINIMUM CHARGE | 1.00 | (31.870) | (31.87) |
| FA ID 0202349421 | | | |
| 64 GALLON BIN | 1.00 | (15.940) | (15.94) |
| FA ID 0202349421 | | | |
| MINIMUM CHARGE | 1.00 | (30.000) | (30.00) |
| FA ID 0327312129 | | | |
| MINIMUM CHARGE | 1.00 | (30.000) | (30.00) |
| FA ID 1207629602 | | | |
| Console | 1.00 | (15.000) | (15.00) |
| FA ID 1207629602 | | | |
| 64 GALLON BIN | 1.00 | (15.940) | (15.94) |
| FA ID 1298865922 | | | |
| 95 GALLON BIN | 7.00 | (23.910) | (167.37) |
| FA ID 1474261860 | | | |
| MINIMUM CHARGE | 1.00 | (45.000) | (45.00) |
| FA ID 2713219404 | | | |
| MINIMUM CHARGE | 1.00 | (45.000) | (45.00) |
| FA ID 2758453386 | | | |
| MINIMUM CHARGE | 1.00 | (31.870) | (31.87) |
| FA ID 2763897649 | | | |
| 64 GALLON BIN | 1.00 | (15.940) | (15.94) |
| FA ID 2773817971 | | | |
| MINIMUM CHARGE | 1.00 | (47.810) | (47.81) |
| FA ID 3024978629 | | | |
| Overflow Charge - Console | 3.00 | (15.940) | (47.82) |
| FA ID 3081306985 | | | |
| Console | 2.00 | (15.940) | (31.88) |
| FA ID 3405620004 | | | |
| MINIMUM CHARGE | 1.00 | (45.000) | (45.00) |
| FA ID 3451657486 | | | |
| MINIMUM CHARGE | 1.00 | (30.000) | (30.00) |
| FA ID 3458110208 | | | |
| 64 GALLON BIN | 1.00 | (15.000) | (15.00) |
| FA ID 3458110208 | | | |
| 64 GALLON BIN | 1.00 | (15.000) | (15.00) |
| FA ID 3702795033 | | | |
| MINIMUM CHARGE | 1.00 | (47.810) | (47.81) |
| FA ID 3972793632 | | | |
| MINIMUM CHARGE | 1.00 | (23.900) | (23.90) |
| FA ID 4019446556 | | | |
| 64 GALLON BIN | 7.00 | (15.000) | (105.00) |
| FA ID 4019446556 | | | |
| MINIMUM CHARGE | 1.00 | (47.810) | (47.81) |
| FA ID 4448769013 | | | |
| Console | 2.00 | (15.940) | (31.88) |

Bill To:
  GMAC Mortgage Corp
  BOB WILLIAMS

Page: 2
Invoice No: 3070166275
Invoice Date: 10/21/2009
Cust Billing No: 10013939

| Description | Quantity | Unit Amt | Extended Amount |
|---|---|---|---|
| FA ID 4513866076 | | | |
| 64 GALLON BIN | 12.00 | (15.000) | (180.00) |
| FA ID 4636010024 | | | |
| 64 GALLON BIN | 14.00 | (15.940) | (223.16) |
| FA ID 4636010024 | | | |
| MINIMUM CHARGE | 1.00 | (31.870) | (31.87) |
| FA ID 4703489826 | | | |
| MINIMUM CHARGE | 1.00 | (30.000) | (30.00) |
| FA ID 4703489826 | | | |
| New Jersey Sales Tax | 1.00 | (3.350) | (3.35) |
| FA ID 4703489826 | | | |
| Console | 3.00 | (15.000) | (45.00) |
| FA ID 4727168074 | | | |
| MINIMUM CHARGE | 1.00 | (47.810) | (47.81) |
| FA ID 4737257922 | | | |
| MINIMUM CHARGE | 1.00 | (15.930) | (15.93) |
| FA ID 4967920839 | | | |
| New Jersey Sales Tax | 1.00 | (3.350) | (3.35) |
| FA ID 5000288337 | | | |
| MINIMUM CHARGE | 1.00 | (15.930) | (15.93) |
| FA ID 5264205069 | | | |
| 64 GALLON BIN | 2.00 | (15.940) | (31.88) |
| FA ID 5264205069 | | | |
| MINIMUM CHARGE | 1.00 | (47.810) | (47.81) |
| FA ID 6137357154 | | | |
| MINIMUM CHARGE | 1.00 | (47.810) | (47.81) |
| FA ID 6297131329 | | | |
| MINIMUM CHARGE | 1.00 | (47.810) | (47.81) |
| FA ID 6766467302 | | | |
| Slimline Bin | 1.00 | (15.000) | (15.00) |
| FA ID 6777700995 | | | |
| 95 GALLON BIN | 5.00 | (22.500) | (112.50) |
| FA ID 6777700995 | | | |
| Overflow charge - Console | 1.00 | (15.940) | (15.94) |
| FA ID 6779675064 | | | |
| 64 GALLON BIN | 1.00 | (31.880) | (31.88) |
| FA ID 6875747788 | | | |
| MINIMUM CHARGE | 1.00 | (47.810) | (47.81) |
| FA ID 7182966120 | | | |
| MINIMUM CHARGE | 1.00 | (15.930) | (15.93) |
| FA ID 7182966120 | | | |
| 95 GALLON BIN | 11.00 | (23.910) | (263.01) |
| FA ID 8209527265 | | | |
| MINIMUM CHARGE | 1.00 | (47.810) | (47.81) |
| FA ID 8377310143 | | | |
| MINIMUM CHARGE | 1.00 | (47.810) | (47.81) |
| FA ID 8377310143 | | | |
| MINIMUM CHARGE | 1.00 | (45.000) | (45.00) |
| FA ID 8728709619 | | | |
| Console | 2.00 | (15.940) | (31.88) |
| FA ID 9660475675 | | | |
| MINIMUM CHARGE | 1.00 | (45.000) | (45.00) |

SUBTOTAL: (2,424.12)

TOTAL AMOUNT DUE : (2,424.12)

Bill To:
GMAC Mortgage Corp
BOB WILLIAMS

| | |
|---|---|
| Page: | 3 |
| Invoice No: | 3070166275 |
| Invoice Date: | 10/21/2009 |
| Cust Billing No: | 10013939 |

| Description | Quantity | Unit Amt | Extended Amount |
|---|---|---|---|

*PLEASE DETACH THIS PORTION AND RETURN WITH YOUR PAYMENT.*

**Please Remit To:**
Recall Secure Destruction Services, Inc
015311 Collections Center Drive
Chicago IL 60693
United States

**CREDIT AMOUNT:**    (2,424.12) USD

**Invoice No:**    3070166275
**Cust Billing No:**    10013939

| | | |
|---|---|---|
| | Page: | 1 |
| | Invoice No: | 3070166276 |
| | Invoice Date: | 10/21/2009 |
| | Cust Billing No: | 10013939 |
| | Payment Terms: | 30 Days |

**Bill To:**
GMAC Mortgage Corp
BOB WILLIAMS
1100 Virginia Drive
190-FTW-B20
Ft Washington PA 19034
United States

||..||||..||..||.|....||..||..||.||.||
Service Period: 01/23/2009 To 02/19/2009

**For billing questions, please call  888-291-2788**                                                   Duplicate

| Description | Quantity | Unit Amt | Extended Amount |
|---|---|---|---|
| MINIMUM CHARGE | 1.00 | (47.810) | (47.81) |
| FA ID 1435488721, DOS : 01/23/2009 | | | |
| MINIMUM CHARGE | 1.00 | (31.870) | (31.87) |
| FA ID 1298354860, DOS : 02/06/2009 | | | |
| 64 GALLON | 1.00 | (15.940) | (15.94) |
| FA ID 1298354860, DOS : 02/06/2009 | | | |
| MINIMUM CHARGE | 1.00 | (47.810) | (47.81) |
| FA ID 0730091312, DOS : 02/06/2009 | | | |
| MINIMUM CHARGE | 1.00 | (31.870) | (31.87) |
| FA ID 1313060161, DOS : 01/26/2009 | | | |
| 64 GALLON | 1.00 | (15.940) | (15.94) |
| FA ID 1313060161, DOS : 01/26/2009 | | | |
| MINIMUM CHARGE | 1.00 | (27.440) | (27.44) |
| FA ID 3282616156, DOS : 02/11/2009 | | | |
| CARTON | 3.00 | (6.790) | (20.37) |
| FA ID 3282616156, DOS : 02/11/2009 | | | |
| MINIMUM CHARGE | 1.00 | (47.810) | (47.81) |
| FA ID 0058003695, DOS : 02/19/2009 | | | |
| MINIMUM CHARGE | 1.00 | (47.810) | (47.81) |
| FA ID 7309957602, DOS : 02/03/2009 | | | |
| MINIMUM CHARGE | 1.00 | (47.810) | (47.81) |
| FA ID 5036134922, DOS : 02/05/2009 | | | |
| FA ID 5036134922, DOS : 02/05/2009 | | | |
| MINIMUM CHARGE | 1.00 | (31.870) | (31.87) |
| FA ID 6765705143, DOS : 02/12/2009 | | | |
| 64 GALLON | 1.00 | (15.940) | (15.94) |
| FA ID 6765705143, DOS : 02/12/2009 | | | |
| MINIMUM CHARGE | 1.00 | (15.930) | (15.93) |
| FA ID 8833790192, DOS : 01/29/2009 | | | |
| 64 GALLON | 2.00 | (15.940) | (31.88) |
| FA ID 8833790192, DOS : 01/29/2009 | | | |
| MINIMUM CHARGE | 1.00 | (31.870) | (31.87) |
| FA ID 7817620522, DOS : 01/15/2009 | | | |
| 64 GALLON | 1.00 | (15.940) | (15.94) |
| FA ID 7817620522, DOS : 01/15/2009 | | | |
| MINIMUM CHARGE | 1.00 | (31.870) | (31.87) |
| FA ID 3085967922, DOS : 02/12/2009 | | | |
| 64 GALLON | 1.00 | (15.940) | (15.94) |
| FA ID 3085967922, DOS : 02/12/2009 | | | |
| MINIMUM CHARGE | 1.00 | (47.810) | (47.81) |
| FA ID 7254658886, DOS : 02/10/2009 | | | |
| MINIMUM CHARGE | 1.00 | (31.870) | (31.87) |
| FA ID 3327830656, DOS : 02/12/2009 | | | |
| CONSOLE | 1.00 | (15.940) | (15.94) |
| FA ID 3327830656, DOS : 02/12/2009 | | | |
| MINIMUM CHARGE | 1.00 | (31.870) | (31.87) |

Bill To:
GMAC Mortgage Corp
BOB WILLIAMS

Page:                 2
Invoice No:           3070166276
Invoice Date:         10/21/2009
Cust Billing No:      10013939

| Description | Quantity | Unit Amt | Extended Amount |
|---|---|---|---|
| FA ID 6248364160, DOS : 02/02/2009 | | | |
| CONSOLE | 1.00 | (15.940) | (15.94) |
| FA ID 6248364160, DOS : 02/02/2009 | | | |
| MINIMUM CHARGE | 1.00 | (47.810) | (47.81) |
| FA ID 5612068453, DOS : 02/17/2009 | | | |
| MINIMUM CHARGE | 1.00 | (31.870) | (31.87) |
| FA ID 3600103225, DOS : 02/11/2009 | | | |
| New Jersey Sales Tax | 1.00 | (3.350) | (3.35) |
| FA ID 3600103225, DOS : 02/11/2009 | | | |
| 64 GALLON | 1.00 | (15.940) | (15.94) |
| FA ID 3600103225, DOS : 02/11/2009 | | | |
| MINIMUM CHARGE | 1.00 | (47.810) | (47.81) |
| FA ID 2228316754, DOS : 01/23/2009 | | | |
| 95 GALLON | 14.00 | (23.910) | (334.74) |
| FA ID 6371678658, DOS : 01/30/2009 | | | |
| 95 GALLON | 8.00 | (23.910) | (191.28) |
| FA ID 7363072109, DOS : 02/13/2009 | | | |
| MINIMUM CHARGE | 1.00 | (47.810) | (47.81) |
| FA ID 7494250516, DOS : 02/19/2009 | | | |
| MINIMUM CHARGE | 1.00 | (47.810) | (47.81) |
| FA ID 8094361736, DOS : 02/05/2009 | | | |
| CONSOLE | 3.00 | (15.940) | (47.82) |
| FA ID 7501384308, DOS : 02/10/2009 | | | |

SUBTOTAL:               (1,533.39)

TOTAL AMOUNT DUE :       (1,533.39)

*PLEASE DETACH THIS PORTION AND RETURN WITH YOUR PAYMENT.*

**Please Remit To:**
Recall Secure Destruction Services, Inc
015311 Collections Center Drive
Chicago IL 60693
United States

**CREDIT AMOUNT:**            (1,533.39) USD

**Invoice No:**        3070166276
**Cust Billing No:**   10013939

Unless the parties have signed a separate contract, Customer
agrees that the terms and conditions on the back of this invoice
shall govern the services Recall provides to Customer.

Save time and postage!, pay online at www.recall.com.

Recall Secure Destruction Services, Inc.
1-866-RECALL-6
Federal Tax ID# of 36-4410289

|||.||||..|||.||||||..|||||.|||..|||.||.|||.||.|||.|||.|||.|    53

GMAC Mortgage Corp
Attn: BOB WILLIAMS
100 WITMER RD
ATTN: ROBERT WILLIAMS
HORSHAM PA 19044-2251

Service Period: 09/18/2009 - 10/22/2009

| Invoice #: 4752020232 |
| --- |

| Invoice Date: | 10/24/2009 |
| --- | --- |
| Account No: | 4752008787 |
| Cust. Billing No: | 10013939 |
| Page Number: | 1 of 8 |

| SUMMARY | | |
| --- | --- | --- |
| TOTAL CHARGES | $ | 14,640.86 |
| TAX | $ | 37.29 |
| INVOICE TOTAL | $ | 14,678.15 |

Premise ID# 2757001313          2105 W MARCH LN, STOCKTON CA

| Date | FA# | Cost Center | PO# | Dept Name | Property Manager | Service Details | Qty | Unit Price | Total Price |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 10/9/2008 | 8753389529 | RBR639 | | | | Removal Charge - Console | | | $0.00 |

| | | |
| --- | --- | --- |
| Service Charge | $ | 0.00 |
| Tax | $ | 0.00 |
| Sub-Total | $ | 0.00 |

| | | |
| --- | --- | --- |
| Total of Fuel Surcharges | $ | 0.00 |
| Total of Special Trip Charges | $ | 0.00 |
| Total of Minimum Charges | $ | 0.00 |
| Total of Service Charges | $ | 0.00 |
| Total Taxes | $ | 0.00 |
| Grand Total - PREMISE ID# 2757001313 | $ | 0.00 |

Premise ID# 2811301313          3200 PARK CENTER, COSTA MESA CA

| Date | FA# | Cost Center | PO# | Dept Name | Property Manager | Service Details | Qty | Unit Price | Total Price |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 9/18/2009 | 4628442432 | FAC051 | | | | SDS 14 Console @ $15.94 | 14 | $15.94 | $223.16 |

Consistent with the terms of your Agreement with Recall, as well as with Recall's standard pricing guidelines, this correspondence serves as
Recall's formal notice that your account may be subject to a price increase, effective January 2010.

# REMITTANCE ADVICE

**Detach and return this section payable:**

Invoice No
4752020232

Amount
$14,678.15

CUST. BILLING NO
10013939

PAYMENT DUE BY
Payment Terms

|.|.||..||.|.||.|..|.|||.|..|||||.|||.||...|.||.|||.|||

**Recall Secure Destruction Services Inc
15311 Collection Center Drive
Chicago, IL 60693-0100**

# Invoice

| Invoice #: 4752020232 |
| --- |

| Invoice Date: | 10/24/2009 |
| --- | --- |
| Account No: | 4752008787 |
| Cust. Billing No: | 10013939 |
| Page Number: | 2 of 8 |

| Premise ID# 2811301313 | | | | 3200 PARK CENTER, COSTA MESA CA | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Date | FA# | Cost Center | PO# | Dept Name | Property Manager | Service Details | Qty | Unit Price | Total Price |
| | | | | | | | | | $223.16 |
| | | | | | | Total of Service Charges | | | $223.16 |
| | | | | | | Service Charge | | $ | 223.16 |
| | | | | | | Tax | | $ | 0.00 |
| | | | | | | Sub-Total | | $ | 223.16 |
| 9/18/2009 | 7265062274 | FAC051 | | | | SDS 7 Console @ $15.94 | 7 | $15.94 | $111.58 |
| | | | | | | Total of Service Charges | | | $111.58 |
| | | | | | | Service Charge | | $ | 111.58 |
| | | | | | | Tax | | $ | 0.00 |
| | | | | | | Sub-Total | | $ | 111.58 |
| 9/18/2009 | 6775455691 | FAC051 | | | | SDS 2 Console @ $15.94 | 2 | $15.94 | $31.88 |
| | | | | | | Total of Service Charges | | | $31.88 |
| | | | | | | Service Charge | | $ | 31.88 |
| | | | | | | Tax | | $ | 0.00 |
| | | | | | | Sub-Total | | $ | 31.88 |
| 9/18/2009 | 7033918444 | FAC051 | | | | SDS 6 Console @ $15.94 | 6 | $15.94 | $95.64 |
| | | | | | | Total of Service Charges | | | $95.64 |
| | | | | | | Service Charge | | $ | 95.64 |
| | | | | | | Tax | | $ | 0.00 |
| | | | | | | Sub-Total | | $ | 95.64 |
| 9/25/2009 | 8560448438 | FAC051 | | | | SDS 1 Console @ $15.94 | 1 | $15.94 | $15.94 |
| | | | | | | Total of Service Charges | | | $15.94 |
| | | | | | | Service Charge | | $ | 15.94 |
| | | | | | | Tax | | $ | 0.00 |
| | | | | | | Sub-Total | | $ | 15.94 |
| 9/25/2009 | 3413454927 | FAC051 | | | | SDS 8 Console @ $15.94 | 8 | $15.94 | $127.52 |
| | | | | | | Total of Service Charges | | | $127.52 |
| | | | | | | Service Charge | | $ | 127.52 |
| | | | | | | Tax | | $ | 0.00 |
| | | | | | | Sub-Total | | $ | 127.52 |
| 9/25/2009 | 3267677122 | FAC051 | | | | SDS 12 Console @ $15.94 | 12 | $15.94 | $191.28 |
| | | | | | | Total of Service Charges | | | $191.28 |
| | | | | | | Service Charge | | $ | 191.28 |
| | | | | | | Tax | | $ | 0.00 |
| | | | | | | Sub-Total | | $ | 191.28 |
| 9/25/2009 | 0488265421 | FAC051 | | | | SDS 9 Console @ $15.94 | 9 | $15.94 | $143.46 |
| | | | | | | Total of Service Charges | | | $143.46 |
| | | | | | | Service Charge | | $ | 143.46 |
| | | | | | | Tax | | $ | 0.00 |
| | | | | | | Sub-Total | | $ | 143.46 |
| 10/2/2009 | 9915421601 | FAC051 | | | | SDS 13 Console @ $15.94 | 13 | $15.94 | $207.22 |
| | | | | | | Total of Service Charges | | | $207.22 |
| | | | | | | Service Charge | | $ | 207.22 |
| | | | | | | Tax | | $ | 0.00 |
| | | | | | | Sub-Total | | $ | 207.22 |
| 10/2/2009 | 4771237111 | FAC051 | | | | SDS 6 Console @ $15.94 | 6 | $15.94 | $95.64 |

# Invoice

| Invoice #: 4752020232 |
| --- |

| Invoice Date: | 10/24/2009 |
| --- | --- |
| Account No: | 4752008787 |
| Cust. Billing No: | 10013939 |
| Page Number: | 3 of 8 |

Premise ID# 2811301313     3200 PARK CENTER, COSTA MESA CA

| Date | FA# | Cost Center | PO# | Dept Name | Property Manager | Service Details | Qty | Unit Price | Total Price |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | Total of Service Charges | | | $95.64 |
| | | | | | | **Service Charge** $ | | | **95.64** |
| | | | | | | **Tax** $ | | | **0.00** |
| | | | | | | **Sub-Total** $ | | | **95.64** |
| 10/2/2009 | 7795774381 | FAC051 | | | | SDS 1 Console @ $15.94 | 1 | $15.94 | $15.94 |
| | | | | | | Total of Service Charges | | | $15.94 |
| | | | | | | **Service Charge** $ | | | **15.94** |
| | | | | | | **Tax** $ | | | **0.00** |
| | | | | | | **Sub-Total** $ | | | **15.94** |
| 10/2/2009 | 0455303393 | FAC051 | | | | SDS 11 Console @ $15.94 | 11 | $15.94 | $175.34 |
| | | | | | | Total of Service Charges | | | $175.34 |
| | | | | | | **Service Charge** $ | | | **175.34** |
| | | | | | | **Tax** $ | | | **0.00** |
| | | | | | | **Sub-Total** $ | | | **175.34** |
| 10/9/2009 | 3553437001 | FAC051 | | | | SDS 1 Console @ $15.94 | 1 | $15.94 | $15.94 |
| | | | | | | Total of Service Charges | | | $15.94 |
| | | | | | | **Service Charge** $ | | | **15.94** |
| | | | | | | **Tax** $ | | | **0.00** |
| | | | | | | **Sub-Total** $ | | | **15.94** |
| 10/9/2009 | 2993484640 | FAC051 | | | | SDS 11 Console @ $15.94 | 11 | $15.94 | $175.34 |
| | | | | | | Overflow Charge 5 Console @ $15.94 | 5 | $15.94 | $79.70 |
| | | | | | | Total of Service Charges | | | $255.04 |
| | | | | | | **Service Charge** $ | | | **255.04** |
| | | | | | | **Tax** $ | | | **0.00** |
| | | | | | | **Sub-Total** $ | | | **255.04** |
| 10/9/2009 | 5783041062 | FAC051 | | | | SDS 12 Console @ $15.94 | 12 | $15.94 | $191.28 |
| | | | | | | Total of Service Charges | | | $191.28 |
| | | | | | | **Service Charge** $ | | | **191.28** |
| | | | | | | **Tax** $ | | | **0.00** |
| | | | | | | **Sub-Total** $ | | | **191.28** |
| 10/9/2009 | 8213175796 | FAC051 | | | | SDS 9 Console @ $15.94 | 9 | $15.94 | $143.46 |
| | | | | | | Overflow Charge 2 Console @ $15.94 | 2 | $15.94 | $31.88 |
| | | | | | | Total of Service Charges | | | $175.34 |
| | | | | | | **Service Charge** $ | | | **175.34** |
| | | | | | | **Tax** $ | | | **0.00** |
| | | | | | | **Sub-Total** $ | | | **175.34** |
| 10/16/2009 | 3318035352 | FAC051 | | | | SDS 0 Console @ $15.94 | | | $0.00 |
| | | | | | | **Service Charge** $ | | | **0.00** |
| | | | | | | **Tax** $ | | | **0.00** |
| | | | | | | **Sub-Total** $ | | | **0.00** |
| 10/16/2009 | 4289140557 | FAC051 | | | | SDS 7 Console @ $15.94 | 7 | $15.94 | $111.58 |

# Invoice

Invoice #: 4752020232

| | |
|---|---|
| Invoice Date: | 10/24/2009 |
| Account No: | 4752008787 |
| Cust. Billing No: | 10013939 |
| Page Number: | 4 of 8 |

**Premise ID# 2811301313**    3200 PARK CENTER, COSTA MESA CA

| Date | FA# | Cost Center | PO# | Dept Name | Property Manager | Service Details | Qty | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Total of Service Charges | | | $111.58 |
| | | | | | | Service Charge | | $ | **111.58** |
| | | | | | | Tax | | $ | **0.00** |
| | | | | | | Sub-Total | | $ | **111.58** |
| 10/16/2009 | 4009093408 | FAC051 | | | | SDS 8 Console @ $15.94 | 8 | $15.94 | $127.52 |
| | | | | | | Total of Service Charges | | | $127.52 |
| | | | | | | Service Charge | | $ | **127.52** |
| | | | | | | Tax | | $ | **0.00** |
| | | | | | | Sub-Total | | $ | **127.52** |
| 10/16/2009 | 2082319272 | FAC051 | | | | SDS 10 Console @ $15.94 | 10 | $15.94 | $159.40 |
| | | | | | | Total of Service Charges | | | $159.40 |
| | | | | | | Service Charge | | $ | **159.40** |
| | | | | | | Tax | | $ | **0.00** |
| | | | | | | Sub-Total | | $ | **159.40** |
| | | | | | | Total of Fuel Surcharges | $ | | 0.00 |
| | | | | | | Total of Special Trip Charges | $ | | 0.00 |
| | | | | | | Total of Minimum Charges | $ | | 0.00 |
| | | | | | | Total of Service Charges | $ | | 2,470.70 |
| | | | | | | Total Taxes | $ | | 0.00 |
| | | | | | | Grand Total - PREMISE ID# 2811301313 | $ | | 2,470.70 |

**Premise ID# 3145008787**    233 GIBRALTAR RD, HORSHAM PA

| Date | FA# | Cost Center | PO# | Dept Name | Property Manager | Service Details | Qty | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|---|
| 9/25/2009 | 0283797274 | OTH018 | | PURGE | | SDS 8 95 Gal @ $23.91 | 8 | $23.91 | $191.28 |
| | | | | | | Total of Service Charges | | | $191.28 |
| | | | | | | Service Charge | | $ | **191.28** |
| | | | | | | Tax | | $ | **0.00** |
| | | | | | | Sub-Total | | $ | **191.28** |
| 10/9/2009 | 7775000943 | OTH018 | | PURGE | | SDS 9 95 Gal @ $23.91 | 9 | $23.91 | $215.19 |
| | | | | | | Total of Service Charges | | | $215.19 |
| | | | | | | Service Charge | | $ | **215.19** |
| | | | | | | Tax | | $ | **0.00** |
| | | | | | | Sub-Total | | $ | **215.19** |
| | | | | | | Total of Fuel Surcharges | $ | | 0.00 |
| | | | | | | Total of Special Trip Charges | $ | | 0.00 |
| | | | | | | Total of Minimum Charges | $ | | 0.00 |
| | | | | | | Total of Service Charges | $ | | 406.47 |
| | | | | | | Total Taxes | $ | | 0.00 |
| | | | | | | Grand Total - PREMISE ID# 3145008787 | $ | | 406.47 |

**Premise ID# 5729827209**    1100 VIRGINIA DR, FORT WASHINGTON PA

| Date | FA# | Cost Center | PO# | Dept Name | Property Manager | Service Details | Qty | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|---|
| 9/21/2009 | 6949816026 | OTH032 | | | | SDS 74 Console @ $15.94 | 74 | $15.94 | $1,179.56 |
| | | | | | | Total of Service Charges | | | $1,179.56 |
| | | | | | | Service Charge | | $ | **1,179.56** |
| | | | | | | Tax | | $ | **0.00** |
| | | | | | | Sub-Total | | $ | **1,179.56** |
| 9/21/2009 | 5056107231 | OTH032 | | | | SDS 34 64 Gal @ $15.94 | 34 | $15.94 | $541.96 |

# Invoice

| Invoice #: 4752020232 |
|---|

| | |
|---|---|
| Invoice Date: | 10/24/2009 |
| Account No: | 4752008787 |
| Cust. Billing No: | 10013939 |
| Page Number: | 5 of 8 |

Premise ID# 5729827209          1100 VIRGINIA DR, FORT WASHINGTON PA

| Date | FA# | Cost Center | PO# | Dept Name | Property Manager | Service Details | Qty | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | $541.96 |
| | | | | | | Total of Service Charges | | | $541.96 |
| | | | | | | **Service Charge** $ | | | **541.96** |
| | | | | | | **Tax** $ | | | **0.00** |
| | | | | | | **Sub-Total** $ | | | **541.96** |
| 9/28/2009 | 6046901304 | OTH032 | | | | SDS 73 Console @ $15.94 | 73 | $15.94 | $1,163.62 |
| | | | | | | Total of Service Charges | | | $1,163.62 |
| | | | | | | **Service Charge** $ | | | **1,163.62** |
| | | | | | | **Tax** $ | | | **0.00** |
| | | | | | | **Sub-Total** $ | | | **1,163.62** |
| 9/28/2009 | 2509497871 | OTH032 | | | | SDS 35 64 Gal @ $15.94 | 35 | $15.94 | $557.90 |
| | | | | | | Total of Service Charges | | | $557.90 |
| | | | | | | **Service Charge** $ | | | **557.90** |
| | | | | | | **Tax** $ | | | **0.00** |
| | | | | | | **Sub-Total** $ | | | **557.90** |
| 10/5/2009 | 9531918384 | OTH032 | | | | SDS 78 Console @ $15.94 | 78 | $15.94 | $1,243.32 |
| | | | | | | Total of Service Charges | | | $1,243.32 |
| | | | | | | **Service Charge** $ | | | **1,243.32** |
| | | | | | | **Tax** $ | | | **0.00** |
| | | | | | | **Sub-Total** $ | | | **1,243.32** |
| 10/5/2009 | 1914163618 | OTH032 | | | | SDS 36 64 Gal @ $15.94 | 36 | $15.94 | $573.84 |
| | | | | | | Total of Service Charges | | | $573.84 |
| | | | | | | **Service Charge** $ | | | **573.84** |
| | | | | | | **Tax** $ | | | **0.00** |
| | | | | | | **Sub-Total** $ | | | **573.84** |
| 10/12/2009 | 5645491444 | OTH032 | | | | SDS 77 Console @ $15.94 | 77 | $15.94 | $1,227.38 |
| | | | | | | Total of Service Charges | | | $1,227.38 |
| | | | | | | **Service Charge** $ | | | **1,227.38** |
| | | | | | | **Tax** $ | | | **0.00** |
| | | | | | | **Sub-Total** $ | | | **1,227.38** |
| 10/12/2009 | 8244858854 | OTH032 | | | | SDS 32 64 Gal @ $15.94 | 32 | $15.94 | $510.08 |
| | | | | | | Total of Service Charges | | | $510.08 |
| | | | | | | **Service Charge** $ | | | **510.08** |
| | | | | | | **Tax** $ | | | **0.00** |
| | | | | | | **Sub-Total** $ | | | **510.08** |
| 10/19/2009 | 2372123503 | OTH032 | | | | SDS 74 Console @ $15.94 | 74 | $15.94 | $1,179.56 |
| | | | | | | Total of Service Charges | | | $1,179.56 |
| | | | | | | **Service Charge** $ | | | **1,179.56** |
| | | | | | | **Tax** $ | | | **0.00** |
| | | | | | | **Sub-Total** $ | | | **1,179.56** |
| 10/19/2009 | 5856861349 | OTH032 | | | | SDS 37 64 Gal @ $15.94 | 37 | $15.94 | $589.78 |
| | | | | | | Total of Service Charges | | | $589.78 |
| | | | | | | **Service Charge** $ | | | **589.78** |
| | | | | | | **Tax** $ | | | **0.00** |
| | | | | | | **Sub-Total** $ | | | **589.78** |

# Invoice

Invoice #: 4752020232

| | |
|---|---|
| Invoice Date: | 10/24/2009 |
| Account No: | 4752008787 |
| Cust. Billing No: | 10013939 |
| Page Number: | 6 of 8 |

| | | |
|---|---|---:|
| Total of Fuel Surcharges | $ | 0.00 |
| Total of Special Trip Charges | $ | 0.00 |
| Total of Minimum Charges | $ | 0.00 |
| Total of Service Charges | $ | 8,767.00 |
| Total Taxes | $ | 0.00 |
| Grand Total - PREMISE ID# 5729827209 | $ | 8,767.00 |

**Premise ID# 6176001313          2501 S STATE HWY 121, LEWISVILLE TX**

| Date | FA# | Cost Center | PO# | Dept Name | Property Manager | Service Details | Qty | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|---|
| 10/14/2009 | 4947566895 | ITDCEQ | | | | SDS 3 64 Gal @ $15.94 | 3 | $15.94 | $47.82 |
| | | | | | | Total of Service Charges | | | $47.82 |

| | | |
|---|---|---:|
| Service Charge | $ | 47.82 |
| Tax | $ | 0.00 |
| Sub-Total | $ | 47.82 |

| | | |
|---|---|---:|
| Total of Fuel Surcharges | $ | 0.00 |
| Total of Special Trip Charges | $ | 0.00 |
| Total of Minimum Charges | $ | 0.00 |
| Total of Service Charges | $ | 47.82 |
| Total Taxes | $ | 0.00 |
| Grand Total - PREMISE ID# 6176001313 | $ | 47.82 |

**Premise ID# 7074101313          4405 E COTTON CENTER BLVD, PHOENIX AZ**

| Date | FA# | Cost Center | PO# | Dept Name | Property Manager | Service Details | Qty | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|---|
| 9/18/2009 | 9041795583 | AZA050 | | | | SDS 27 Console @ $15.94 | 27 | $15.94 | $430.38 |
| | | | | | | Total of Service Charges | | | $430.38 |

| | | |
|---|---|---:|
| Service Charge | $ | 430.38 |
| Tax | $ | 0.00 |
| Sub-Total | $ | 430.38 |

| Date | FA# | Cost Center | PO# | Dept Name | Property Manager | Service Details | Qty | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|---|
| 9/25/2009 | 5554741336 | AZA050 | | | | SDS 27 Console @ $15.94 | 27 | $15.94 | $430.38 |
| | | | | | | Total of Service Charges | | | $430.38 |

| | | |
|---|---|---:|
| Service Charge | $ | 430.38 |
| Tax | $ | 0.00 |
| Sub-Total | $ | 430.38 |

| Date | FA# | Cost Center | PO# | Dept Name | Property Manager | Service Details | Qty | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|---|
| 10/2/2009 | 9646491986 | AZA050 | | | | SDS 28 Console @ $15.94 | 28 | $15.94 | $446.32 |
| | | | | | | Total of Service Charges | | | $446.32 |

| | | |
|---|---|---:|
| Service Charge | $ | 446.32 |
| Tax | $ | 0.00 |
| Sub-Total | $ | 446.32 |

| Date | FA# | Cost Center | PO# | Dept Name | Property Manager | Service Details | Qty | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|---|
| 10/9/2009 | 2046007070 | AZA050 | | | | SDS 28 Console @ $15.94 | 28 | $15.94 | $446.32 |
| | | | | | | Total of Service Charges | | | $446.32 |

| | | |
|---|---|---:|
| Service Charge | $ | 446.32 |
| Tax | $ | 0.00 |
| Sub-Total | $ | 446.32 |

| Date | FA# | Cost Center | PO# | Dept Name | Property Manager | Service Details | Qty | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|---|
| 10/16/2009 | 6713069049 | AZA050 | | | | SDS 27 Console @ $15.94 | 27 | $15.94 | $430.38 |
| | | | | | | Total of Service Charges | | | $430.38 |

| | | |
|---|---|---:|
| Service Charge | $ | 430.38 |
| Tax | $ | 0.00 |
| Sub-Total | $ | 430.38 |

# Invoice

| Invoice #: 4752020232 |
|---|

| Invoice Date: | 10/24/2009 |
|---|---|
| Account No: | 4752008787 |
| Cust. Billing No: | 10013939 |
| Page Number: | 7 of 8 |

| | | |
|---|---|---|
| Total of Fuel Surcharges | $ | 0.00 |
| Total of Special Trip Charges | $ | 0.00 |
| Total of Minimum Charges | $ | 0.00 |
| Total of Service Charges | $ | 2,183.78 |
| Total Taxes | $ | 0.00 |
| Grand Total - PREMISE ID# 7074101313 | $ | 2,183.78 |

Premise ID# 7218108787          433 S MAIN ST, WEST HARTFORD CT

| Date | FA# | Cost Center | PO# | Dept Name | Property Manager | Service Details | Qty | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|---|
| 9/23/2009 | 9221199381 | OFC005 | | OFFICE | | SDS 13 64 Gal @ $15.94 | 13 | $15.94 | $207.22 |
| | | | | | | Total of Service Charges | | | $207.22 |
| | | | | | | Connecticut Sales Tax | | | $12.43 |
| | | | | | | Service Charge | | $ | 207.22 |
| | | | | | | Tax | | $ | 12.43 |
| | | | | | | Sub-Total | | $ | 219.65 |
| 10/7/2009 | 0057104813 | OFC005 | | OFFICE | | SDS 13 64 Gal @ $15.94 | 13 | $15.94 | $207.22 |
| | | | | | | Total of Service Charges | | | $207.22 |
| | | | | | | Connecticut Sales Tax | | | $12.43 |
| | | | | | | Service Charge | | $ | 207.22 |
| | | | | | | Tax | | $ | 12.43 |
| | | | | | | Sub-Total | | $ | 219.65 |
| 10/21/2009 | 4935463492 | OFC005 | | OFFICE | | SDS 13 64 Gal @ $15.94 | 13 | $15.94 | $207.22 |
| | | | | | | Total of Service Charges | | | $207.22 |
| | | | | | | Connecticut Sales Tax | | | $12.43 |
| | | | | | | Service Charge | | $ | 207.22 |
| | | | | | | Tax | | $ | 12.43 |
| | | | | | | Sub-Total | | $ | 219.65 |

| | | |
|---|---|---|
| Total of Fuel Surcharges | $ | 0.00 |
| Total of Special Trip Charges | $ | 0.00 |
| Total of Minimum Charges | $ | 0.00 |
| Total of Service Charges | $ | 621.66 |
| Total Taxes | $ | 37.29 |
| Grand Total - PREMISE ID# 7218108787 | $ | 658.95 |

Premise ID# 9000347979          701 PALOMAR AIRPORT RD, CARLSBAD CA

| Date | FA# | Cost Center | PO# | Dept Name | Property Manager | Service Details | Qty | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|---|
| 9/21/2009 | 0077951553 | | | STE 200 | | SDS 2 Console @ $15.94 | 2 | $15.94 | $31.88 |
| | | | | | | Minimum Charge for Service | 15.93 | $1.00 | $15.93 |
| | | | | | | Total of Service Charges | | | $47.81 |
| | | | | | | Service Charge | | $ | 47.81 |
| | | | | | | Tax | | $ | 0.00 |
| | | | | | | Sub-Total | | $ | 47.81 |
| 10/5/2009 | 7023189712 | | | STE 200 | | SDS 2 Console @ $15.94 | 2 | $15.94 | $31.88 |
| | | | | | | Minimum Charge for Service | 15.93 | $1.00 | $15.93 |
| | | | | | | Total of Service Charges | | | $47.81 |
| | | | | | | Service Charge | | $ | 47.81 |
| | | | | | | Tax | | $ | 0.00 |
| | | | | | | Sub-Total | | $ | 47.81 |
| 10/19/2009 | 7322090701 | | | STE 200 | | SDS 2 Console @ $15.94 | 2 | $15.94 | $31.88 |

# Invoice

| Invoice #: 4752020232 |
|---|

| | |
|---|---|
| Invoice Date: | 10/24/2009 |
| Account No: | 4752008787 |
| Cust. Billing No: | 10013939 |
| Page Number: | 8 of 8 |

**Premise ID# 9000347979         701 PALOMAR AIRPORT RD, CARLSBAD CA**

| Date | FA# | Cost Center | PO# | Dept Name | Property Manager | Service Details | Qty | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Minimum Charge for Service | 15.93 | $1.00 | $15.93 |
| | | | | | | Total of Service Charges | | | $47.81 |

| | | |
|---|---|---|
| Service Charge | $ | 47.81 |
| Tax | $ | 0.00 |
| Sub-Total | $ | 47.81 |

| | | |
|---|---|---|
| Total of Fuel Surcharges | $ | 0.00 |
| Total of Special Trip Charges | $ | 0.00 |
| Total of Minimum Charges | $ | 47.79 |
| Total of Service Charges | $ | 95.64 |
| Total Taxes | $ | 0.00 |
| Grand Total - PREMISE ID# 9000347979 | $ | 143.43 |

**Premise ID# 9445747933         1522 N DELPHINE AVE, WAYNESBORO VA**

| Date | FA# | Cost Center | PO# | Dept Name | Property Manager | Service Details | Qty | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|---|
| 9/14/2009 | 9445744294 | RBR157 | | AMERICAN OF VIR | | Removal Charge - 64 Gal Container | | | $0.00 |

| | | |
|---|---|---|
| Service Charge | $ | 0.00 |
| Tax | $ | 0.00 |
| Sub-Total | $ | 0.00 |

| | | |
|---|---|---|
| Total of Fuel Surcharges | $ | 0.00 |
| Total of Special Trip Charges | $ | 0.00 |
| Total of Minimum Charges | $ | 0.00 |
| Total of Service Charges | $ | 0.00 |
| Total Taxes | $ | 0.00 |
| Grand Total - PREMISE ID# 9445747933 | $ | 0.00 |

Unless the parties have signed a separate contract, Customer
agrees that the terms and conditions on the back of this invoice
shall govern the services Recall provides to Customer.

Save time and postage!, pay online at www.recall.com.

Recall Secure Destruction Services, Inc.
1-866-RECALL-6
Federal Tax ID# of 36-4410289

|||.||||..||.|..|.||.|||.|.|||.|...|.|..||.|..||.||

GMAC Mortgage Corp                                      41
Attn: BOB WILLIAMS
100 WITMER RD
ATTN: ROBERT WILLIAMS
HORSHAM PA 19044-2251

Service Period: 11/20/2009 - 12/17/2009

| Invoice #: 4752019511 |
|---|

| | |
|---|---|
| Invoice Date: | 12/19/2009 |
| Account No: | 4752008787 |
| Cust. Billing No: | 10013939 |
| Page Number: | 1 of 6 |

| SUMMARY | | |
|---|---|---|
| TOTAL CHARGES | $ | 7,141.09 |
| TAX | $ | 2.87 |
| INVOICE TOTAL | $ | 7,143.96 |

Premise ID# 0705108787          3710 KENNETT PIKE, GREENVILLE DE

| Date | FA# | Cost Center | PO# | Dept Name | Property Manager | Service Details | Qty | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|---|
| 11/20/2009 | 8787133512 | RBR435 | | | | SDS 1 64 Gal @ $15.49 | 1 | $15.49 | $15.49 |
| | | | | | | Minimum Charge for Service | 32.32 | $1.00 | $32.32 |
| | | | | | | Total of Service Charges | | | $47.81 |

| | | | |
|---|---|---|---|
| | Service Charge | $ | 47.81 |
| | Tax | $ | 0.00 |
| | Sub-Total | $ | 47.81 |

| | | |
|---|---|---|
| Total of Fuel Surcharges | $ | 0.00 |
| Total of Special Trip Charges | $ | 0.00 |
| Total of Minimum Charges | $ | 32.32 |
| Total of Service Charges | $ | 15.49 |
| Total Taxes | $ | 0.00 |
| Grand Total - PREMISE ID#  0705108787 | $ | 47.81 |

# REMITTANCE ADVICE

### Detach and return this section payable:

| Invoice No | Amount |
|---|---|
| 4752019511 | $7,143.96 |

| CUST. BILLING NO | PAYMENT DUE BY |
|---|---|
| 10013939 | Payment Terms |

|.|.||.|||..||.|.|||.|||.|||..|||..||..||.|.||

**Recall Secure Destruction Services Inc**
**15311 Collection Center Drive**
**Chicago, IL 60693-0100**

# Invoice

| Invoice #: 4752019511 |
|---|

| | |
|---|---|
| Invoice Date: | 12/19/2009 |
| Account No: | 4752008787 |
| Cust. Billing No: | 10013939 |
| Page Number: | 2 of 6 |

Premise ID# 2811301313          3200 PARK CENTER, COSTA MESA CA

| Date | FA# | Cost Center | PO# | Dept Name | Property Manager | Service Details | Qty | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|---|
| 11/20/2009 | 4167515759 | FAC051 | | | | SDS 8 Console @ $15.94 | 8 | $15.94 | $127.52 |
| | | | | | | | | | $127.52 |
| | | | | | | Total of Service Charges | | | |
| | | | | | | Service Charge | | $ | 127.52 |
| | | | | | | Tax | | $ | 0.00 |
| | | | | | | Sub-Total | | $ | 127.52 |
| 11/20/2009 | 1921891768 | FAC051 | | | | SDS 7 Console @ $15.94 | 7 | $15.94 | $111.58 |
| | | | | | | Total of Service Charges | | | $111.58 |
| | | | | | | Service Charge | | $ | 111.58 |
| | | | | | | Tax | | $ | 0.00 |
| | | | | | | Sub-Total | | $ | 111.58 |
| 11/20/2009 | 1338017123 | FAC051 | | | | SDS 13 Console @ $15.94 | 13 | $15.94 | $207.22 |
| | | | | | | Total of Service Charges | | | $207.22 |
| | | | | | | Service Charge | | $ | 207.22 |
| | | | | | | Tax | | $ | 0.00 |
| | | | | | | Sub-Total | | $ | 207.22 |
| 11/20/2009 | 5465615771 | FAC051 | | | | SDS 1 Console @ $15.94 | 1 | $15.94 | $15.94 |
| | | | | | | Total of Service Charges | | | $15.94 |
| | | | | | | Service Charge | | $ | 15.94 |
| | | | | | | Tax | | $ | 0.00 |
| | | | | | | Sub-Total | | $ | 15.94 |
| 11/30/2009 | 4384770171 | FAC051 | | | | SDS 6 Console @ $15.94 | 6 | $15.94 | $95.64 |
| | | | | | | Total of Service Charges | | | $95.64 |
| | | | | | | Service Charge | | $ | 95.64 |
| | | | | | | Tax | | $ | 0.00 |
| | | | | | | Sub-Total | | $ | 95.64 |
| 11/30/2009 | 6002707228 | FAC051 | | | | SDS 1 Console @ $15.94 | 1 | $15.94 | $15.94 |
| | | | | | | Total of Service Charges | | | $15.94 |
| | | | | | | Service Charge | | $ | 15.94 |
| | | | | | | Tax | | $ | 0.00 |
| | | | | | | Sub-Total | | $ | 15.94 |
| 11/30/2009 | 0652516361 | FAC051 | | | | SDS 10 Console @ $15.94 | 10 | $15.94 | $159.40 |
| | | | | | | Total of Service Charges | | | $159.40 |
| | | | | | | Service Charge | | $ | 159.40 |
| | | | | | | Tax | | $ | 0.00 |
| | | | | | | Sub-Total | | $ | 159.40 |
| 11/30/2009 | 8805968125 | FAC051 | | | | SDS 5 Console @ $15.94 | 5 | $15.94 | $79.70 |
| | | | | | | Total of Service Charges | | | $79.70 |
| | | | | | | Service Charge | | $ | 79.70 |
| | | | | | | Tax | | $ | 0.00 |
| | | | | | | Sub-Total | | $ | 79.70 |
| 12/4/2009 | 6030567044 | FAC051 | | | | SDS 7 Console @ $15.94 | 7 | $15.94 | $111.58 |
| | | | | | | Total of Service Charges | | | $111.58 |
| | | | | | | Service Charge | | $ | 111.58 |
| | | | | | | Tax | | $ | 0.00 |
| | | | | | | Sub-Total | | $ | 111.58 |

# Invoice

| Invoice #: 4752019511 |
|---|

| Invoice Date: | 12/19/2009 |
|---|---|
| Account No: | 4752008787 |
| Cust. Billing No: | 10013939 |
| Page Number: | 3 of 6 |

**Premise ID# 2811301313**          3200 PARK CENTER, COSTA MESA CA

| Date | FA# | Cost Center | PO# | Dept Name | Property Manager | Service Details | Qty | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|---|
| 12/4/2009 | 8448264446 | FAC051 | | | | SDS 1 Console @ $15.94 | 1 | $15.94 | $15.94 |
| | | | | | | Total of Service Charges | | | $15.94 |
| | | | | | | Service Charge | | $ | 15.94 |
| | | | | | | Tax | | $ | 0.00 |
| | | | | | | Sub-Total | | $ | 15.94 |
| 12/4/2009 | 8891953345 | FAC051 | | | | SDS 5 Console @ $15.94 | 5 | $15.94 | $79.70 |
| | | | | | | Total of Service Charges | | | $79.70 |
| | | | | | | Service Charge | | $ | 79.70 |
| | | | | | | Tax | | $ | 0.00 |
| | | | | | | Sub-Total | | $ | 79.70 |
| 12/4/2009 | 0535947494 | FAC051 | | | | SDS 10 Console @ $15.94 | 10 | $15.94 | $159.40 |
| | | | | | | Total of Service Charges | | | $159.40 |
| | | | | | | Service Charge | | $ | 159.40 |
| | | | | | | Tax | | $ | 0.00 |
| | | | | | | Sub-Total | | $ | 159.40 |
| 12/10/2009 | 4890450650 | FAC051 | | | | Removal Charge - Console | | | $0.00 |
| | | | | | | Service Charge | | $ | 0.00 |
| | | | | | | Tax | | $ | 0.00 |
| | | | | | | Sub-Total | | $ | 0.00 |
| 12/10/2009 | 2562742037 | FAC051 | | | | Removal Charge - Console | | | $0.00 |
| | | | | | | Service Charge | | $ | 0.00 |
| | | | | | | Tax | | $ | 0.00 |
| | | | | | | Sub-Total | | $ | 0.00 |
| 12/10/2009 | 9025150198 | FAC051 | | | | Removal Charge - Console | | | $0.00 |
| | | | | | | Service Charge | | $ | 0.00 |
| | | | | | | Tax | | $ | 0.00 |
| | | | | | | Sub-Total | | $ | 0.00 |
| 12/10/2009 | 2379239181 | FAC051 | | | | Removal Charge - Console | | | $0.00 |
| | | | | | | Service Charge | | $ | 0.00 |
| | | | | | | Tax | | $ | 0.00 |
| | | | | | | Sub-Total | | $ | 0.00 |
| 12/10/2009 | 9187152583 | FAC051 | | | | Removal Charge - Console | | | $0.00 |
| | | | | | | Service Charge | | $ | 0.00 |
| | | | | | | Tax | | $ | 0.00 |
| | | | | | | Sub-Total | | $ | 0.00 |

| | | |
|---|---|---|
| Total of Fuel Surcharges | $ | 0.00 |
| Total of Special Trip Charges | $ | 0.00 |
| Total of Minimum Charges | $ | 0.00 |
| Total of Service Charges | $ | 1,179.56 |
| Total Taxes | $ | 0.00 |
| Grand Total - PREMISE ID# 2811301313 | $ | 1,179.56 |

# Invoice

| Invoice #: 4752019511 |
|---|

| | |
|---|---|
| Invoice Date: | 12/19/2009 |
| Account No: | 4752008787 |
| Cust. Billing No: | 10013939 |
| Page Number: | 4 of 6 |

**Premise ID# 3145008787          233 GIBRALTAR RD, HORSHAM PA**

| Date | FA# | Cost Center | PO# | Dept Name | Property Manager | Service Details | Qty | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|---|
| 11/20/2009 | 5724063403 | OTH018 | | PURGE | | SDS 8 95 Gal @ $23.91 | 8 | $23.91 | $191.28 |
| | | | | | | Total of Service Charges | | | $191.28 |
| | | | | | | Service Charge | | $ | 191.28 |
| | | | | | | Tax | | $ | 0.00 |
| | | | | | | Sub-Total | | $ | 191.28 |
| 12/4/2009 | 3703569490 | OTH018 | | PURGE | | SDS 6 95 Gal @ $23.91 | 6 | $23.91 | $143.46 |
| | | | | | | Total of Service Charges | | | $143.46 |
| | | | | | | Service Charge | | $ | 143.46 |
| | | | | | | Tax | | $ | 0.00 |
| | | | | | | Sub-Total | | $ | 143.46 |

| | | |
|---|---|---|
| Total of Fuel Surcharges | $ | 0.00 |
| Total of Special Trip Charges | $ | 0.00 |
| Total of Minimum Charges | $ | 0.00 |
| Total of Service Charges | $ | 334.74 |
| Total Taxes | $ | 0.00 |
| Grand Total - PREMISE ID# 3145008787 | $ | 334.74 |

**Premise ID# 5729827209          1100 VIRGINIA DR, FORT WASHINGTON PA**

| Date | FA# | Cost Center | PO# | Dept Name | Property Manager | Service Details | Qty | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|---|
| 11/23/2009 | 3572972944 | OTH032 | | | | SDS 78 Console @ $15.94 | 78 | $15.94 | $1,243.32 |
| | | | | | | Total of Service Charges | | | $1,243.32 |
| | | | | | | Service Charge | | $ | 1,243.32 |
| | | | | | | Tax | | $ | 0.00 |
| | | | | | | Sub-Total | | $ | 1,243.32 |
| 11/23/2009 | 2698470540 | OTH032 | | | | SDS 38 64 Gal @ $15.94 | 38 | $15.94 | $605.72 |
| | | | | | | Total of Service Charges | | | $605.72 |
| | | | | | | Service Charge | | $ | 605.72 |
| | | | | | | Tax | | $ | 0.00 |
| | | | | | | Sub-Total | | $ | 605.72 |
| 11/30/2009 | 8835882068 | OTH032 | | | | SDS 76 Console @ $15.94 | 76 | $15.94 | $1,211.44 |
| | | | | | | Total of Service Charges | | | $1,211.44 |
| | | | | | | Service Charge | | $ | 1,211.44 |
| | | | | | | Tax | | $ | 0.00 |
| | | | | | | Sub-Total | | $ | 1,211.44 |
| 11/30/2009 | 8555843301 | OTH032 | | | | SDS 40 64 Gal @ $15.94 | 40 | $15.94 | $637.60 |
| | | | | | | Total of Service Charges | | | $637.60 |
| | | | | | | Service Charge | | $ | 637.60 |
| | | | | | | Tax | | $ | 0.00 |
| | | | | | | Sub-Total | | $ | 637.60 |

| | | |
|---|---|---|
| Total of Fuel Surcharges | $ | 0.00 |
| Total of Special Trip Charges | $ | 0.00 |
| Total of Minimum Charges | $ | 0.00 |
| Total of Service Charges | $ | 3,698.08 |
| Total Taxes | $ | 0.00 |
| Grand Total - PREMISE ID# 5729827209 | $ | 3,698.08 |