# Invoice

Invoice #: 4752019511

| | |
|---|---|
| Invoice Date: | 12/19/2009 |
| Account No: | 4752008787 |
| Cust. Billing No: | 10013939 |
| Page Number: | 5 of 6 |

| Premise ID# 6176001313 | | | | | | 2501 S STATE HWY 121, LEWISVILLE TX | | | |
|---|---|---|---|---|---|---|---|---|---|
| Date | FA# | Cost Center | PO# | Dept Name | Property Manager | Service Details | Qty | Unit Price | Total Price |
| 12/9/2009 | 7325082798 | ITDCEQ | | | | Removal Charge - 64 Gal Container | | | $0.00 |

| | | |
|---|---|---|
| Service Charge | $ | 0.00 |
| Tax | $ | 0.00 |
| Sub-Total | $ | 0.00 |

| | | |
|---|---|---|
| Total of Fuel Surcharges | $ | 0.00 |
| Total of Special Trip Charges | $ | 0.00 |
| Total of Minimum Charges | $ | 0.00 |
| Total of Service Charges | $ | 0.00 |
| Total Taxes | $ | 0.00 |
| Grand Total - PREMISE ID# 6176001313 | $ | 0.00 |

| Premise ID# 7074101313 | | | | | | 4405 E COTTON CENTER BLVD, PHOENIX AZ | | | |
|---|---|---|---|---|---|---|---|---|---|
| Date | FA# | Cost Center | PO# | Dept Name | Property Manager | Service Details | Qty | Unit Price | Total Price |
| 11/20/2009 | 9528416201 | AZA050 | | | | SDS 28 Console @ $15.94 | 28 | $15.94 | $446.32 |
| | | | | | | Total of Service Charges | | | $446.32 |

| | | |
|---|---|---|
| Service Charge | $ | 446.32 |
| Tax | $ | 0.00 |
| Sub-Total | $ | 446.32 |

| 11/30/2009 | 6230805664 | AZA050 | | | | SDS 28 Console @ $15.94 | 28 | $15.94 | $446.32 |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Total of Service Charges | | | $446.32 |

| | | |
|---|---|---|
| Service Charge | $ | 446.32 |
| Tax | $ | 0.00 |
| Sub-Total | $ | 446.32 |

| 12/4/2009 | 1281038271 | AZA050 | | | | SDS 28 Console @ $15.94 | 28 | $15.94 | $446.32 |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Total of Service Charges | | | $446.32 |

| | | |
|---|---|---|
| Service Charge | $ | 446.32 |
| Tax | $ | 0.00 |
| Sub-Total | $ | 446.32 |

| 12/11/2009 | 5977510630 | AZA050 | | | | SDS 28 Console @ $15.94 | 28 | $15.94 | $446.32 |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Total of Service Charges | | | $446.32 |

| | | |
|---|---|---|
| Service Charge | $ | 446.32 |
| Tax | $ | 0.00 |
| Sub-Total | $ | 446.32 |

| | | |
|---|---|---|
| Total of Fuel Surcharges | $ | 0.00 |
| Total of Special Trip Charges | $ | 0.00 |
| Total of Minimum Charges | $ | 0.00 |
| Total of Service Charges | $ | 1,785.28 |
| Total Taxes | $ | 0.00 |
| Grand Total - PREMISE ID# 7074101313 | $ | 1,785.28 |

| Premise ID# 7218108787 | | | | | | 433 S MAIN ST, WEST HARTFORD CT | | | |
|---|---|---|---|---|---|---|---|---|---|
| Date | FA# | Cost Center | PO# | Dept Name | Property Manager | Service Details | Qty | Unit Price | Total Price |
| 12/3/2009 | 3690285054 | OFC005 | | OFFICE | | SDS 0 64 Gal @ $15.94 | | | $0.00 |
| | | | | | | Minimum Charge for Service | 47.81 | $1.00 | $47.81 |
| | | | | | | Total of Service Charges | | | $47.81 |

# Invoice

| Invoice #: 4752019511 |
|---|

| | |
|---|---|
| Invoice Date: | 12/19/2009 |
| Account No: | 4752008787 |
| Cust. Billing No: | 10013939 |
| Page Number: | 6 of 6 |

| Premise ID# 7218108787 | | | | 433 S MAIN ST, WEST HARTFORD CT | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Date | FA# | Cost Center | PO# | Dept Name | Property Manager | Service Details | Qty | Unit Price | Total Price |
| | | | | | | Connecticut Sales Tax | | | $2.87 |
| | | | | | | Service Charge | | $ | 47.81 |
| | | | | | | Tax | | $ | 2.87 |
| | | | | | | Sub-Total | | $ | 50.68 |
| 12/10/2009 | 0006660255 | OFC005 | | OFFICE | | Removal Charge - 64 Gal Container | | | $0.00 |
| | | | | | | Service Charge | | $ | 0.00 |
| | | | | | | Tax | | $ | 0.00 |
| | | | | | | Sub-Total | | $ | 0.00 |

| | |
|---|---|
| Total of Fuel Surcharges | $ 0.00 |
| Total of Special Trip Charges | $ 0.00 |
| Total of Minimum Charges | $ 47.81 |
| Total of Service Charges | $ 0.00 |
| Total Taxes | $ 2.87 |
| Grand Total - PREMISE ID# 7218108787 | $ 50.68 |

| Premise ID# 9000347979 | | | | 701 PALOMAR AIRPORT RD, CARLSBAD CA | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Date | FA# | Cost Center | PO# | Dept Name | Property Manager | Service Details | Qty | Unit Price | Total Price |
| 11/30/2009 | 2269018016 | | | STE 200 | | SDS 2 Console @ $15.94 | 2 | $15.94 | $31.88 |
| | | | | | | Minimum Charge for Service | 15.93 | $1.00 | $15.93 |
| | | | | | | Total of Service Charges | | | $47.81 |
| | | | | | | Service Charge | | $ | 47.81 |
| | | | | | | Tax | | $ | 0.00 |
| | | | | | | Sub-Total | | $ | 47.81 |
| 12/7/2009 | 5238520572 | | | STE 200 | | Removal Charge - Console | | | $0.00 |
| | | | | | | Service Charge | | $ | 0.00 |
| | | | | | | Tax | | $ | 0.00 |
| | | | | | | Sub-Total | | $ | 0.00 |

| | |
|---|---|
| Total of Fuel Surcharges | $ 0.00 |
| Total of Special Trip Charges | $ 0.00 |
| Total of Minimum Charges | $ 15.93 |
| Total of Service Charges | $ 31.88 |
| Total Taxes | $ 0.00 |
| Grand Total - PREMISE ID# 9000347979 | $ 47.81 |

Unless the parties have signed a separate contract, Customer agrees that the terms and conditions on the back of this invoice shall govern the services Recall provides to Customer.

Save time and postage!, pay online at www.recall.com.

Recall Secure Destruction Services, Inc.
1-866-RECALL-6
Federal Tax ID# of 36-4410289

GMAC Mortgage Corp                                24
Attn: BOB WILLIAMS
100 WITMER RD
ATTN: ROBERT WILLIAMS
HORSHAM PA 19044-2251

Invoice #: 4752039141

| | |
|---|---|
| Invoice Date: | 1/23/2010 |
| Account No: | 4752008787 |
| Cust. Billing No: | 10013939 |
| Page Number: | 1 of 3 |

| SUMMARY | | |
|---|---|---|
| TOTAL CHARGES | $ | 1,980.27 |
| TAX | $ | 0.00 |
| INVOICE TOTAL | $ | 1,980.27 |

Service Period: 12/18/2009 - 01/21/2010

| Premise ID# 3145008787 | | | | 233 GIBRALTAR RD, HORSHAM PA | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Date | FA# | Cost Center | PO# | Dept Name | Property Manager | Service Details | Qty | Unit Price | Total Price |
| 12/18/2009 | 5793819777 | OTH018 | | PURGE | | SDS 6 95 Gal @ $23.91 | 6 | $23.91 | $143.46 |
| | | | | | | Total of Service Charges | | | $143.46 |
| | | | | | | Service Charge | | $ | 143.46 |
| | | | | | | Tax | | $ | 0.00 |
| | | | | | | Sub-Total | | $ | 143.46 |
| 12/29/2009 | 5869630930 | OTH018 | | PURGE | | SDS 8 95 Gal @ $23.91 | 8 | $23.91 | $191.28 |
| | | | | | | Total of Service Charges | | | $191.28 |
| | | | | | | Service Charge | | $ | 191.28 |
| | | | | | | Tax | | $ | 0.00 |
| | | | | | | Sub-Total | | $ | 191.28 |
| 1/15/2010 | 0506564816 | OTH018 | | PURGE | | SDS 9 95 Gal @ $24.63 | 9 | $24.63 | $221.67 |
| | | | | | | Total of Service Charges | | | $221.67 |
| | | | | | | Service Charge | | $ | 221.67 |
| | | | | | | Tax | | $ | 0.00 |
| | | | | | | Sub-Total | | $ | 221.67 |

# REMITTANCE ADVICE

**Detach and return this section payable:**

| Invoice No | Amount |
|---|---|
| 4752039141 | $1,980.27 |

| CUST. BILLING NO | PAYMENT DUE BY |
|---|---|
| 10013939 | Payment Terms |

Recall Secure Destruction Services Inc
15311 Collection Center Drive
Chicago, IL 60693-0100

# Invoice

**Invoice #: 4752039141**

| | |
|---|---|
| Invoice Date: | 1/23/2010 |
| Account No: | 4752008787 |
| Cust. Billing No: | 10013939 |
| Page Number: | 2 of 3 |

| | | |
|---|---|---|
| Total of Fuel Surcharges | $ | 0.00 |
| Total of Special Trip Charges | $ | 0.00 |
| Total of Minimum Charges | $ | 0.00 |
| Total of Service Charges | $ | 556.41 |
| Total Taxes | $ | 0.00 |
| Grand Total - PREMISE ID# 3145008787 | $ | 556.41 |

**Premise ID# 5215108787     7335 TIMBERLAKE RD, LYNCHBURG VA**

| Date | FA# | Cost Center | PO# | Dept Name | Property Manager | Service Details | Qty | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|---|
| 12/10/2009 | 0295001841 | RBR183 | | STE E | | SDS 1 64 Gal @ $15.94 | 1 | $15.94 | $15.94 |
| | | | | | | Minimum Charge for Service | 31.87 | $1.00 | $31.87 |
| | | | | | | Total of Service Charges | | | $47.81 |

| | | |
|---|---|---|
| Service Charge | $ | 47.81 |
| Tax | $ | 0.00 |
| Sub-Total | $ | 47.81 |

| | | |
|---|---|---|
| Total of Fuel Surcharges | $ | 0.00 |
| Total of Special Trip Charges | $ | 0.00 |
| Total of Minimum Charges | $ | 31.87 |
| Total of Service Charges | $ | 15.94 |
| Total Taxes | $ | 0.00 |
| Grand Total - PREMISE ID# 5215108787 | $ | 47.81 |

**Premise ID# 5729827209     1100 VIRGINIA DR, FORT WASHINGTON PA**

| Date | FA# | Cost Center | PO# | Dept Name | Property Manager | Service Details | Qty | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|---|
| 12/7/2009 | 9016109295 | OTH032 | | | | Removal Charge - Console | | | $0.00 |

| | | |
|---|---|---|
| Service Charge | $ | 0.00 |
| Tax | $ | 0.00 |
| Sub-Total | $ | 0.00 |

| Date | FA# | Cost Center | | | | Service Details | | | |
|---|---|---|---|---|---|---|---|---|---|
| 12/7/2009 | 7562784388 | OTH032 | | | | Removal Charge - 64 Gal Container | | | $0.00 |

| | | |
|---|---|---|
| Service Charge | $ | 0.00 |
| Tax | $ | 0.00 |
| Sub-Total | $ | 0.00 |

| | | |
|---|---|---|
| Total of Fuel Surcharges | $ | 0.00 |
| Total of Special Trip Charges | $ | 0.00 |
| Total of Minimum Charges | $ | 0.00 |
| Total of Service Charges | $ | 0.00 |
| Total Taxes | $ | 0.00 |
| Grand Total - PREMISE ID# 5729827209 | $ | 0.00 |

**Premise ID# 7074101313     4405 E COTTON CENTER BLVD, PHOENIX AZ**

| Date | FA# | Cost Center | PO# | Dept Name | Property Manager | Service Details | Qty | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|---|
| 12/18/2009 | 5158860705 | AZA050 | | | | SDS 28 Console @ $15.94 | 28 | $15.94 | $446.32 |
| | | | | | | Total of Service Charges | | | $446.32 |

| | | |
|---|---|---|
| Service Charge | $ | 446.32 |
| Tax | $ | 0.00 |
| Sub-Total | $ | 446.32 |

| Date | FA# | Cost Center | | | | Service Details | Qty | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|---|
| 12/23/2009 | 7074182345 | AZA050 | | | | SDS 28 Console @ $15.94 | 28 | $15.94 | $446.32 |
| | | | | | | Premium Service Charge | 1 | $84.91 | $84.91 |

**Invoice**

| Invoice #: 4752039141 |
|---|

| | |
|---|---|
| Invoice Date: | 1/23/2010 |
| Account No: | 4752008787 |
| Cust. Billing No: | 10013939 |
| Page Number: | 3 of 3 |

| Premise ID# 7074101313 | | | | 4405 E COTTON CENTER BLVD, PHOENIX AZ | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Date | FA# | Cost Center | PO# | Dept Name | Property Manager | Service Details | Qty | Unit Price | Total Price |
| | | | | | | Total of Service Charges | | | $531.23 |
| | | | | | | Service Charge | | $ | **531.23** |
| | | | | | | Tax | | $ | **0.00** |
| | | | | | | Sub-Total | | $ | **531.23** |
| 12/28/2009 | 5014176585 | AZA050 | | | | SDS 25 Console @ $15.94 | 25 | $15.94 | $398.50 |
| | | | | | | Total of Service Charges | | | $398.50 |
| | | | | | | Service Charge | | $ | **398.50** |
| | | | | | | Tax | | $ | **0.00** |
| | | | | | | Sub-Total | | $ | **398.50** |
| 12/30/2009 | 1708960902 | AZA050 | | | | Removal Charge - Console | | | $0.00 |
| | | | | | | Service Charge | | $ | **0.00** |
| | | | | | | Tax | | $ | **0.00** |
| | | | | | | Sub-Total | | $ | **0.00** |

| | | |
|---|---|---|
| Total of Fuel Surcharges | $ | 0.00 |
| Total of Special Trip Charges | $ | 0.00 |
| Total of Minimum Charges | $ | 0.00 |
| Total of Service Charges | $ | 1,376.05 |
| Total Taxes | $ | 0.00 |
| Grand Total - PREMISE ID# 7074101313 | $ | 1,376.05 |

Unless the parties have signed a separate contract, Customer agrees that the terms and conditions on the back of this invoice shall govern the services Recall provides to Customer.

Save time and postage!, pay online at www.recall.com.

Recall Secure Destruction Services, Inc.
1-866-RECALL-6
Federal Tax ID# of 36-4410289

GMAC Mortgage Corp
Attn: BOB WILLIAMS
PO BOX 963
HORSHAM PA 19044-0963

3

| Invoice #: 4752026468 |

Invoice Date:     2/20/2010
Account No:       4752008787
Cust. Billing No: 10013939
Page Number:      1 of 1

| SUMMARY | | |
|---|---|---|
| TOTAL CHARGES | $ | 467.97 |
| TAX | $ | 0.00 |
| INVOICE TOTAL | $ | 467.97 |

Service Period: 01/22/2010- 02/18/2010

| Premise ID# 3145008787 | | | | 233 GIBRALTAR RD, HORSHAM PA | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Date | FA# | Cost Center | PO# | Dept Name | Property Manager | Service Details | Qty | Unit Price | Total Price |
| 1/29/2010 | 0974653591 | OTH018 | | PURGE | | SDS 10 95 Gal @ $24.63 | 10 | $24.63 | $246.30 |
| | | | | | | Total of Service Charges | | | $246.30 |
| | | | | | | Service Charge | | $ | 246.30 |
| | | | | | | Tax | | $ | 0.00 |
| | | | | | | Sub-Total | | $ | 246.30 |
| 2/12/2010 | 3076952077 | OTH018 | | PURGE | | SDS 9 95 Gal @ $24.63 | 9 | $24.63 | $221.67 |
| | | | | | | Total of Service Charges | | | $221.67 |
| | | | | | | Service Charge | | $ | 221.67 |
| | | | | | | Tax | | $ | 0.00 |
| | | | | | | Sub-Total | | $ | 221.67 |

| Total of Fuel Surcharges | $ | 0.00 |
|---|---|---|
| Total of Special Trip Charges | $ | 0.00 |
| Total of Minimum Charges | $ | 0.00 |
| Total of Service Charges | $ | 467.97 |
| Total Taxes | $ | 0.00 |
| Grand Total - PREMISE ID#  3145008787 | $ | 467.97 |

# REMITTANCE ADVICE

**Detach and return this section payable:**

Invoice No          Amount
4752026468          $467.97

CUST. BILLING NO    PAYMENT DUE BY
10013939            Payment Terms

Recall Secure Destruction Services Inc
15311 Collection Center Drive
Chicago, IL 60693-0100

Unless the parties have signed a separate contract, Customer agrees that the terms and conditions on the back of this invoice shall govern the services Recall provides to Customer.

Save time and postage!, pay online at www.recall.com.

Recall Secure Destruction Services, Inc.
1-866-RECALL-6
Federal Tax ID# of 36-4410289

GMAC Mortgage Corp      12
Attn: BOB WILLIAMS
PO BOX 963
HORSHAM PA 19044-0963

Invoice #: 4752071971

| | |
|---|---|
| Invoice Date: | 3/20/2010 |
| Account No: | 4752008787 |
| Cust. Billing No: | 10013939 |
| Page Number: | 1 of 2 |

**SUMMARY**
| | | |
|---|---|---|
| TOTAL CHARGES | $ | 541.84 |
| TAX | $ | 0.00 |
| INVOICE TOTAL | $ | 541.84 |

Service Period: 02/19/2010 - 03/18/2010

| Premise ID# 3145008787 | | | | 233 GIBRALTAR RD, HORSHAM PA | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Date | FA# | Cost Center | PO# | Dept Name | Property Manager | Service Details | Qty | Unit Price | Total Price |
| 2/26/2010 | 7667284440 | OTH018 | | PURGE | | SDS 9 95 Gal @ $24.63 | 9 | $24.63 | $221.67 |
| | | | | | | Total of Service Charges | | | $221.67 |
| | | | | | | Service Charge | | $ | 221.67 |
| | | | | | | Tax | | $ | 0.00 |
| | | | | | | Sub-Total | | $ | 221.67 |
| 3/12/2010 | 5333355402 | OTH018 | | PURGE | | SDS 9 95 Gal @ $24.63 | 9 | $24.63 | $221.67 |
| | | | | | | Total of Service Charges | | | $221.67 |
| | | | | | | Service Charge | | $ | 221.67 |
| | | | | | | Tax | | $ | 0.00 |
| | | | | | | Sub-Total | | $ | 221.67 |

| | | |
|---|---|---|
| Total of Fuel Surcharges | $ | 0.00 |
| Total of Special Trip Charges | $ | 0.00 |
| Total of Minimum Charges | $ | 0.00 |
| Total of Service Charges | $ | 443.34 |
| Total Taxes | $ | 0.00 |
| Grand Total - PREMISE ID# 3145008787 | $ | 443.34 |

# REMITTANCE ADVICE

**Detach and return this section payable:**

| Invoice No | Amount |
|---|---|
| 4752071971 | $541.84 |

| CUST. BILLING NO | PAYMENT DUE BY |
|---|---|
| 10013939 | Payment Terms |

Recall Secure Destruction Services Inc
15311 Collection Center Drive
Chicago, IL 60693-0100

# Invoice

Invoice #: 4752071971

| | |
|---|---|
| Invoice Date: | 3/20/2010 |
| Account No: | 4752008787 |
| Cust. Billing No: | 10013939 |
| Page Number: | 2 of 2 |

| Premise ID# 5215108787 | | | | 7335 TIMBERLAKE RD, LYNCHBURG VA | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Date | FA# | Cost Center | PO# | Dept Name | Property Manager | Service Details | Qty | Unit Price | Total Price |
| 1/20/2010 | 1031655700 | RBR183 | | STE E | | SDS 1 64 Gal @ $16.42 | 1 | $16.42 | $16.42 |
| | | | | | | Minimum Charge for Service | 32.83 | $1.00 | $32.83 |
| | | | | | | Total of Service Charges | | | $49.25 |
| | | | | | | **Service Charge** | | $ | **49.25** |
| | | | | | | **Tax** | | $ | **0.00** |
| | | | | | | **Sub-Total** | | $ | **49.25** |
| 2/17/2010 | 2125658706 | RBR183 | | STE E | | SDS 1 64 Gal @ $16.42 | 1 | $16.42 | $16.42 |
| | | | | | | Minimum Charge for Service | 32.83 | $1.00 | $32.83 |
| | | | | | | Total of Service Charges | | | $49.25 |
| | | | | | | **Service Charge** | | $ | **49.25** |
| | | | | | | **Tax** | | $ | **0.00** |
| | | | | | | **Sub-Total** | | $ | **49.25** |

| | | |
|---|---|---|
| Total of Fuel Surcharges | $ | 0.00 |
| Total of Special Trip Charges | $ | 0.00 |
| Total of Minimum Charges | $ | 65.66 |
| Total of Service Charges | $ | 32.84 |
| Total Taxes | $ | 0.00 |
| Grand Total - PREMISE ID# 5215108787 | $ | 98.50 |

**Bill To:**
GMAC Mortgage Corp
BOB WILLIAMS
PO Box 963
Horsham PA 19044-0963
United States

Page: 1
Invoice No: 3070167984
Invoice Date: 04/02/2010
Cust Billing No: 10013939
Payment Terms: 30 Days

Service Period: 03/20/2009 To 04/23/2009

For billing questions, please call 888-291-2788                                  Duplicate

| Description | Quantity | Unit Amt | Extended Amount |
|---|---|---|---|
| 64 Gallon | 6.00 | (15.940) | (95.64) |
| Minimum Charge | 1.00 | (47.810) | (47.81) |
| 3001 E CAMELBACK RD | | | |
| 64 Gallon | 2.00 | (15.940) | (31.88) |
| Minimum Charge | 1.00 | (63.740) | (63.74) |
| Premium Service Charge | 1.00 | (53.120) | (53.12) |
| 601 MONTGOMERY ST | | | |
| Console | 2.00 | (15.940) | (31.88) |
| Minimum Charge | 1.00 | (15.930) | (15.93) |
| 28059 US HWY 19 N | | | |
| 64 Gallon | 1.00 | (15.940) | (15.94) |
| Minimum Charge | 1.00 | (31.870) | (31.87) |
| 1000 TOWNE CENTER BLVD | | | |
| 64 Gallon | 5.00 | (15.940) | (79.70) |
| Minimum Charge | 1.00 | (63.730) | (63.73) |
| 6305 W OVERLAND RD | | | |
| 64 Gallon | 1.00 | (15.940) | (15.94) |
| Minimum Charge | 1.00 | (31.880) | (31.88) |
| 405 E MAIN ST | | | |
| 64 Gallon | 2.00 | (15.940) | (31.88) |
| Minimum Charge | 1.00 | (63.740) | (63.74) |
| 225 S HURSTBORNE RD | | | |
| Minimum Charge | 1.00 | (47.810) | (47.81) |
| 201 W PADONIA RD | | | |
| Minimum Charge | 1.00 | (47.810) | (47.81) |
| 8400 Normandale Blvd | | | |
| 64 Gallon | 1.00 | (15.940) | (15.94) |
| Minimum Charge | 1.00 | (31.880) | (31.88) |
| New York Sales Tax | 1.00 | (1.330) | (1.33) |
| 122-01 LIBERTY AVENUE | | | |
| 64 Gallon | 1.00 | (15.940) | (15.94) |
| Minimum Charge | 1.00 | (31.870) | (31.87) |
| New York Sales Tax | 1.00 | (3.350) | (3.35) |
| 465 SOUTH ST | | | |
| Minimum Charge | 1.00 | (47.810) | (47.81) |
| 3436 TORINGDON WAY | | | |
| 95 Gallon | 9.00 | (23.910) | (215.19) |
| LBS | 27,840.00 | (0.150) | (4,176.00) |
| Minimum Charge | 1.00 | (47.810) | (47.81) |
| 233 GIBRALTAR RD | | | |
| Minimum Charge | 1.00 | (47.810) | (47.81) |
| 15283 SW FREEWAY | | | |
| Minimum Charge | 1.00 | (47.810) | (47.81) |
| 810 HESTERS CROSSING RD | | | |
| 64 Gallon | 1.00 | (15.940) | (15.94) |
| Minimum Charge | 1.00 | (31.870) | (31.87) |

|  |  | Page: | 2 |
|---|---|---|---|
| Bill To: |  | Invoice No: | 3070167984 |
| GMAC Mortgage Corp |  | Invoice Date: | 04/02/2010 |
| BOB WILLIAMS |  | Cust Billing No: | 10013939 |

| Description | Quantity | Unit Amt | Extended Amount |
|---|---|---|---|
| 1309 N MAIN ST |  |  |  |
| Console | 6.00 | (15.940) | (95.64) |
| 1901 SOUTH MAIN ST |  |  |  |
|  |  | SUBTOTAL: | (5,596.49) |
|  |  | **TOTAL AMOUNT DUE :** | **(5,596.49)** |

*PLEASE DETACH THIS PORTION AND RETURN WITH YOUR PAYMENT.*

**Please Remit To:**
Recall Secure Destruction Services, Inc
015311 Collections Center Drive
Chicago IL 60693
United States

**CREDIT AMOUNT:**     (5,596.49) USD

**Invoice No:**     3070167984
**Cust Billing No:**     10013939

Unless the parties have signed a separate contract, Customer agrees that the terms and conditions on the back of this invoice shall govern the services Recall provides to Customer.
Save time and postage!, pay online at www.recall.com.

Recall Secure Destruction Services, Inc.
1-866-RECALL-6
Federal Tax ID# of 36-4410289

GMAC Mortgage Corp                8
Attn: BOB WILLIAMS
PO BOX 8300
FORT WASHINGTON PA 19034-8300

Invoice #: 4752082080

| | |
|---|---|
| Invoice Date: | 4/24/2010 |
| Account No: | 4752008787 |
| Cust. Billing No: | 10013939 |
| Page Number: | 1 of 2 |

**SUMMARY**

| | | |
|---|---|---|
| TOTAL CHARGES | $ | 492.59 |
| TAX | $ | 0.00 |
| INVOICE TOTAL | $ | 492.59 |

Service Period: 03/19/2010 - 04/22/2010

Premise ID# 3105008787    2020 ELKHART RD, GOSHEN IN

| Date | FA# | Cost Center | PO# | Dept Name | Property Manager | Service Details | Qty | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|---|
| 3/25/2010 | 1132042743 | RBR233 | | STE F | | SDS 0 Console @ $16.42 | | | $0.00 |
| | | | | | | Minimum Charge for Service | 49.25 | $1.00 | $49.25 |
| | | | | | | Total of Service Charges | | | $49.25 |

| | | |
|---|---|---|
| Service Charge | $ | 49.25 |
| Tax | $ | 0.00 |
| Sub-Total | $ | 49.25 |

| | | |
|---|---|---|
| Total of Fuel Surcharges | $ | 0.00 |
| Total of Special Trip Charges | $ | 0.00 |
| Total of Minimum Charges | $ | 49.25 |
| Total of Service Charges | $ | 0.00 |
| Total Taxes | $ | 0.00 |
| Grand Total - PREMISE ID# 3105008787 | $ | 49.25 |

**REMITTANCE ADVICE**

Detach and return this section payable:

| Invoice No | Amount |
|---|---|
| 4752082080 | $492.59 |

| CUST. BILLING NO | PAYMENT DUE BY |
|---|---|
| 10013939 | Payment Terms |

Recall Secure Destruction Services Inc
15311 Collection Center Drive
Chicago, IL 60693-0100

# Invoice

| Invoice #: 4752082080 |
|---|

| | |
|---|---|
| Invoice Date: | 4/24/2010 |
| Account No: | 4752008787 |
| Cust. Billing No: | 10013939 |
| Page Number: | 2 of 2 |

| Premise ID# 3145008787 | | | | 233 GIBRALTAR RD, HORSHAM PA | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Date | FA# | Cost Center | PO# | Dept Name | Property Manager | Service Details | Qty | Unit Price | Total Price |
| 3/26/2010 | 7634886935 | OTH018 | | PURGE | | SDS 9 95 Gal @ $24.63 | 9 | $24.63 | $221.67 |
| | | | | | | Total of Service Charges | | | $221.67 |
| | | | | | | **Service Charge** $ | | | **221.67** |
| | | | | | | Tax $ | | | 0.00 |
| | | | | | | Sub-Total $ | | | 221.67 |
| 4/9/2010 | 7606862784 | OTH018 | | PURGE | | SDS 9 95 Gal @ $24.63 | 9 | $24.63 | $221.67 |
| | | | | | | Total of Service Charges | | | $221.67 |
| | | | | | | **Service Charge** $ | | | **221.67** |
| | | | | | | Tax $ | | | 0.00 |
| | | | | | | Sub-Total $ | | | 221.67 |
| | | | | | | Total of Fuel Surcharges $ | | | 0.00 |
| | | | | | | Total of Special Trip Charges $ | | | 0.00 |
| | | | | | | Total of Minimum Charges $ | | | 0.00 |
| | | | | | | Total of Service Charges $ | | | 443.34 |
| | | | | | | Total Taxes $ | | | 0.00 |
| | | | | | | Grand Total - PREMISE ID# 3145008787 $ | | | 443.34 |

| Premise ID# 7218108787 | | | | 433 S MAIN ST, WEST HARTFORD CT | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Date | FA# | Cost Center | PO# | Dept Name | Property Manager | Service Details | Qty | Unit Price | Total Price |
| 3/24/2010 | 8603892905 | | | | | Removal Charge - 64 Gal Container | | | $0.00 |
| | | | | | | **Service Charge** $ | | | **0.00** |
| | | | | | | Tax $ | | | 0.00 |
| | | | | | | Sub-Total $ | | | 0.00 |
| | | | | | | Total of Fuel Surcharges $ | | | 0.00 |
| | | | | | | Total of Special Trip Charges $ | | | 0.00 |
| | | | | | | Total of Minimum Charges $ | | | 0.00 |
| | | | | | | Total of Service Charges $ | | | 0.00 |
| | | | | | | Total Taxes $ | | | 0.00 |
| | | | | | | Grand Total - PREMISE ID# 7218108787 $ | | | 0.00 |

Unless the parties have signed a separate contract, Customer agrees that the terms and conditions on the back of this invoice shall govern the services Recall provides to Customer.

Save time and postage!, pay online at www.recall.com.

Recall Secure Destruction Services, Inc.
1-866-RECALL-6
Federal Tax ID# of 36-4410289

GMAC Mortgage Corp       15
Attn: BOB WILLIAMS
PO BOX 8300
FORT WASHINGTON PA 19034-8300

Invoice #: 4752048421

| | |
|---|---|
| Invoice Date: | 5/22/2010 |
| Account No: | 4752008787 |
| Cust. Billing No: | 10013939 |
| Page Number: | 1 of 2 |

### SUMMARY

| | | |
|---|---|---|
| TOTAL CHARGES | $ | 541.84 |
| TAX | $ | 3.45 |
| INVOICE TOTAL | $ | 545.29 |

Service Period: 04/23/2010 - 05/20/2010

Premise ID# 0448001313       1001 S DOUGLAS HWY, GILLETTE WY

| Date | FA# | Cost Center | PO# | Dept Name | Property Manager | Service Details | Qty | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|---|
| 5/18/2010 | 5691295430 | RBR411 | | | | SDS 1 64 Gal @ $16.42 | 1 | $16.42 | $16.42 |
| | | | | | | Minimum Charge for Service | 32.83 | $1.00 | $32.83 |
| | | | | | | Total of Service Charges | | | $49.25 |

| | | |
|---|---|---|
| Service Charge | $ | 49.25 |
| Tax | $ | 0.00 |
| Sub-Total | $ | 49.25 |

| | | |
|---|---|---|
| Total of Fuel Surcharges | $ | 0.00 |
| Total of Special Trip Charges | $ | 0.00 |
| Total of Minimum Charges | $ | 32.83 |
| Total of Service Charges | $ | 16.42 |
| Total Taxes | $ | 0.00 |
| Grand Total - PREMISE ID# 0448001313 | $ | 49.25 |

## REMITTANCE ADVICE

**Detach and return this section payable:**

| Invoice No | Amount |
|---|---|
| 4752048421 | $545.29 |

| CUST. BILLING NO | PAYMENT DUE BY |
|---|---|
| 10013939 | Payment Terms |

Recall Secure Destruction Services Inc
15311 Collection Center Drive
Chicago, IL 60693-0100

# Invoice

| Invoice #: 4752048421 |
|---|

| | |
|---|---|
| Invoice Date: | 5/22/2010 |
| Account No: | 4752008787 |
| Cust. Billing No: | 10013939 |
| Page Number: | 2 of 2 |

| Premise ID# 2705108787 | | | | 45 EISENHOWER DR, PARAMUS NJ | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Date | FA# | Cost Center | PO# | Dept Name | Property Manager | Service Details | Qty | Unit Price | Total Price |
| 4/28/2010 | 9420478261 | RBR178 | | BRANCH | | SDS 0 64 Gal @ $16.42 | | | $0.00 |
| | | | | | | Minimum Charge for Service | 49.25 | $1.00 | $49.25 |
| | | | | | | Total of Service Charges | | | $49.25 |
| | | | | | | New Jersey Sales Tax | | | $3.45 |

|  |  |  |
|---|---|---|
| Service Charge | $ | 49.25 |
| Tax | $ | 3.45 |
| Sub-Total | $ | 52.70 |

| | | |
|---|---|---|
| Total of Fuel Surcharges | $ | 0.00 |
| Total of Special Trip Charges | $ | 0.00 |
| Total of Minimum Charges | $ | 49.25 |
| Total of Service Charges | $ | 0.00 |
| Total Taxes | $ | 3.45 |
| Grand Total - PREMISE ID# 2705108787 | $ | 52.70 |

| Premise ID# 3145008787 | | | | 233 GIBRALTAR RD, HORSHAM PA | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Date | FA# | Cost Center | PO# | Dept Name | Property Manager | Service Details | Qty | Unit Price | Total Price |
| 4/23/2010 | 3071726281 | OTH018 | | PURGE | | SDS 9 95 Gal @ $24.63 | 9 | $24.63 | $221.67 |
| | | | | | | Total of Service Charges | | | $221.67 |

| | | |
|---|---|---|
| Service Charge | $ | 221.67 |
| Tax | $ | 0.00 |
| Sub-Total | $ | 221.67 |

| 5/7/2010 | 6369087730 | OTH018 | | PURGE | | SDS 9 95 Gal @ $24.63 | 9 | $24.63 | $221.67 |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Total of Service Charges | | | $221.67 |

| | | |
|---|---|---|
| Service Charge | $ | 221.67 |
| Tax | $ | 0.00 |
| Sub-Total | $ | 221.67 |

| | | |
|---|---|---|
| Total of Fuel Surcharges | $ | 0.00 |
| Total of Special Trip Charges | $ | 0.00 |
| Total of Minimum Charges | $ | 0.00 |
| Total of Service Charges | $ | 443.34 |
| Total Taxes | $ | 0.00 |
| Grand Total - PREMISE ID# 3145008787 | $ | 443.34 |

Unless the parties have signed a separate contract, Customer agrees that the terms and conditions on the back of this invoice shall govern the services Recall provides to Customer.

Save time and postage!, pay online at www.recall.com.

Recall Secure Destruction Services, Inc.
1-866-RECALL-6
Federal Tax ID# of 36-4410289

GMAC Mortgage Corp                       14
Attn: BOB WILLIAMS
PO BOX 8300
FORT WASHINGTON PA 19034-8300

| Invoice #: 4752089857 |

| | |
|---|---|
| Invoice Date: | 6/26/2010 |
| Account No: | 4752008787 |
| Cust. Billing No: | 10013939 |
| Page Number: | 1 of 2 |

| SUMMARY | | |
|---|---|---|
| TOTAL CHARGES | $ | 541.84 |
| TAX | $ | 0.00 |
| INVOICE TOTAL | $ | 541.84 |

Service Period: 05/21/2010 - 06/24/2010

Premise ID# 3105008787    2020 ELKHART RD, GOSHEN IN

| Date | FA# | Cost Center | PO# | Dept Name | Property Manager | Service Details | Qty | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|---|
| 6/17/2010 | 5803541449 | RBR233 | | STE F | | SDS 0 Console @ $16.42 | | | $0.00 |
| | | | | | | Minimum Charge for Service | 49.25 | $1.00 | $49.25 |
| | | | | | | Total of Service Charges | | | $49.25 |

| | | |
|---|---|---|
| Service Charge | $ | 49.25 |
| Tax | $ | 0.00 |
| Sub-Total | $ | 49.25 |

| | | |
|---|---|---|
| Total of Fuel Surcharges | $ | 0.00 |
| Total of Special Trip Charges | $ | 0.00 |
| Total of Minimum Charges | $ | 49.25 |
| Total of Service Charges | $ | 0.00 |
| Total Taxes | $ | 0.00 |
| Grand Total - PREMISE ID# 3105008787 | $ | 49.25 |

# REMITTANCE ADVICE

**Detach and return this section payable:**

| Invoice No | Amount |
|---|---|
| 4752089857 | $541.84 |

| CUST. BILLING NO | PAYMENT DUE BY |
|---|---|
| 10013939 | Payment Terms |

Recall Secure Destruction Services Inc
15311 Collection Center Drive
Chicago, IL 60693-0100

# Invoice

Invoice #: 4752089857

| | |
|---|---|
| Invoice Date: | 6/26/2010 |
| Account No: | 4752008787 |
| Cust. Billing No: | 10013939 |
| Page Number: | 2 of 2 |

Premise ID# 3145008787    233 GIBRALTAR RD, HORSHAM PA

| Date | FA# | Cost Center | PO# | Dept Name | Property Manager | Service Details | Qty | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|---|
| 5/21/2010 | 5800265502 | OTH018 | | PURGE | | SDS 9 95 Gal @ $24.63 | 9 | $24.63 | $221.67 |
| | | | | | | Total of Service Charges | | | $221.67 |
| | | | | | | Service Charge | | $ | 221.67 |
| | | | | | | Tax | | $ | 0.00 |
| | | | | | | Sub-Total | | $ | 221.67 |
| 6/4/2010 | 5632883574 | OTH018 | | PURGE | | SDS 9 95 Gal @ $24.63 | 9 | $24.63 | $221.67 |
| | | | | | | Total of Service Charges | | | $221.67 |
| | | | | | | Service Charge | | $ | 221.67 |
| | | | | | | Tax | | $ | 0.00 |
| | | | | | | Sub-Total | | $ | 221.67 |
| 6/18/2010 | 8860305289 | OTH018 | | PURGE | | SDS 0 95 Gal @ $24.63 | | | $0.00 |
| | | | | | | Minimum Charge for Service | 49.25 | $1.00 | $49.25 |
| | | | | | | Total of Service Charges | | | $49.25 |
| | | | | | | Service Charge | | $ | 49.25 |
| | | | | | | Tax | | $ | 0.00 |
| | | | | | | Sub-Total | | $ | 49.25 |

| | | |
|---|---|---|
| Total of Fuel Surcharges | $ | 0.00 |
| Total of Special Trip Charges | $ | 0.00 |
| Total of Minimum Charges | $ | 49.25 |
| Total of Service Charges | $ | 443.34 |
| Total Taxes | $ | 0.00 |
| Grand Total - PREMISE ID# 3145008787 | $ | 492.59 |