UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| In re | Chapter 11 |
| RESIDENTIAL CAPITAL, LLC, *et al.,* | Case No. 12-12020 (MG) |
| Debtors. | Jointly Administered |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### **AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                                     ) SS:
COUNTY OF NEW YORK )

Patricia A. Wright, being duly sworn deposes and says:

1. That deponent is not a party to this action, is over 18 years of age and is employed by the law firm of Bingham McCutchen LLP with a place of business located at 399 Park Avenue, New York, New York 10022.

2. That on the 28th day of September, 2012, I caused to be served a true copy of the *Objection Of DB Structured Products, Inc. and MortgageIT Holdings, Inc. To Debtors' Proposed Cure Amount And To Assumption And Assignment Of Related Agreements* by electronic mail upon those parties listed on the service list attached hereto as Exhibit A; and by hand delivery upon the Office of the United States Trustee as listed on the service list attached hereto as Exhibit B.

                                          /s/Patricia A. Wright
                                            Patricia A. Wright

Sworn to before me this
28th day of September, 2012

/s/Steven Sarnotsky
Notary Public, State of New York
No. 01SA6008581
Qualified in New York County
Commission Expires August 1, 2014

A/75191924.1

**EXHIBIT A**

Morrison & Foerster LLP
Attn: Gary S. Lee and
Alexandra Steinberg Barrage
1290 Avenue of the Americas
New York, NY 10104
Email:  glee@mofo.com
abarrage@mofo.com

Sidley Austin LLP
Attn: Jessica C.K. Boelter
One South Dearborn
Chicago, IL 60603
Email: jboelter@sidley.com

Kramer Levin Naftalis & Frankel LLP
Attn: Kenneth H. Eckstein and
Douglas H., Mannal
1177 Avenue of the Americas
New York, NY 10036
Email: keckstein@kramerlevin.com
dmannal@kramerlevin.com

Munger, Tolles & Oson LLP
Attn: Seth Goldman and Thomas Walper
355 South Grand Avenue
Los Angeles, CA 90071
Email: seth.goldman@mto.com
twalper@mto.com

**EXHIBIT B**

Office of the United States Trustee
Attn: Brian Masumoto, Esq.
33 Whitehall Street, 21st Floor
New York, NY 10004

2