# EXHIBIT A

Oracle America, Inc.
One Main Street
Cambridge, MA 02142



Eric Heimann                                           PO# 1262011
GMAC Insurance Management Corporation
500 W 5th Street
Winston Salem, NC 27101

Attn: Eric Heimann

**Date:  08/31/12    Account #: 200106297643**    Invoice:    49998    Payment Terms: 30 NET

SUMMARY OF MONTHLY CHARGES                          08/01/12                    08/31/12

Current Charges:
  Click to Call - Telco Fee's - August                                         $1,125.89
  Taxes                                                                            $0.00

Total Current Charges                                                          $1,125.89

**Total Amount Due**                                                           **$1,125.89**

*\*\*Please view detail of monthly activity in WebCare (https://webcare.estara.com/)\*\**

**Please remit to:**
Oracle America, Inc.
PO Box 759122
Baltimore, MD 21275

Please see //as00.estara.com/payment/wire_northamerica.php for information on wire transfers.

Automatic Credit Card Payment now available. To enroll, email your request to billing_us@oracle.com. For billing inquiries email billing_us@oracle.com.

Federal ID # 94-2805249

Oracle America, Inc.
One Main Street
Cambridge, MA 02142



Eric Heimann                                                              PO# 1262011
GMAC Insurance Management Corporation
500 W 5th Street
Winston Salem, NC 27101

Attn: Eric Heimann

**Date:** 07/31/12    Account #: 200106297643    Invoice: 49546    **Payment Terms: 30 NET**

SUMMARY OF MONTHLY CHARGES                           07/01/12                    07/31/12

Current Charges:
  Click to Call - Telco Fee's - July                                              $948.73
  Taxes                                                                             $0.00

Total Current Charges                                                             $948.73

**Total Amount Due**                                                              **$948.73**

*\*\*Please view detail of monthly activity in WebCare (https://webcare.estara.com/)\*\**

**Please remit to:**
Oracle America, Inc.
PO Box 759122
Baltimore, MD 21275

Please see //as00.estara.com/payment/wire_northamerica.php for information on wire transfers.

Automatic Credit Card Payment now available. To enroll, email your request to billing_us@oracle.com. For billing inquiries email billing_us@oracle.com.

Federal ID # 94-2805249