**PLATZER, SWERGOLD, KARLIN, LEVINE,**
  **GOLDBERG & JASLOW, LLP**

*Hearing Date:  November 19, 2012*
*Objection Due Date:  September 28, 2012*

1065 Avenue of the Americas, 18th Floor
New York, New York 10018
(212) 593-3000
Sherri D. Lydell
Teresa Sadutto-Carley

- and –

**PITE DUNCAN, LLP**
Steven W. Pite (CA SBN 157537)
swpite@piteduncan.com
John D. Duncan (CA SBN 179560)
jdduncan@piteduncan.com
David E. McAllister (CA SBN 185831)
dmcallister@piteduncan.com
Christopher M. McDermott
cmcdermott@piteduncan.com (CA SBN 253411)
4375 Jutland Drive, Suite 200
P.O. Box 17935
San Diego, CA 92177-0935
Telephone: (858) 750-7600
Facsimile:  (619) 590-1385

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| Residential Capital, LLC, *et al*., | Chapter 11 |
| Debtors. | (Jointly Administered) |

**OBJECTION TO NOTICE OF (I) DEBTORS' INTENT TO ASSUME AND ASSIGN
CERTAIN EXECUTORYCONTRACTS, UNEXPIRED LEASES OF PERSONAL
PROPERTY, AND UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY
AND (II) CURE AMOUNTS RELATED THERETO AND FIRST SUPPLEMENTAL
NOTICE OF (I) DEBTORS' INTENT TO ASSUME AND ASSIGN CERTAIN
EXECUTORYCONTRACTS, UNEXPIRED LEASES OF PERSONAL PROPERTY, AND
UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY AND (II) CURE
AMOUNTS RELATED THERETO**

TO:   **THE HONORABLE MARTIN GLENN,**
      **UNITED STATES BANKRUPTCY JUDGE:**

       Pite Duncan, LLP ("Pite Duncan"), by and through its undersigned attorneys, submits

this Objection (the "Cure Objection") to Residential Capital, LLC, *et al.* (collectively, the

"Debtors") Notice and Supplemental Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related thereto. The basis of the Cure Objection is as follows:

1.      Commencing in 1999, the Debtors entered into various agreements with Pite Duncan for default legal services related to mortgage loans serviced by the Debtors. [1]

2.      On May 14, 2012 (the "Petition Date"), Debtors filed voluntary petitions under Chapter 11 of the United States Bankruptcy Code. The Debtors' bankruptcy cases are jointly administered under bankruptcy case no. 12-12020 (MG).

3.      On July 26, 2012, Debtors filed Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related thereto (the "Cure Notice"). The Cure Notice indicates the Debtors owed Pite Duncan the following amounts as of the Petition Date:

| Debtor Entity | Contract Description | Cure Amount: Pre-Petition Obligations | Supplier – Common Supplier- Counterparty |
|---|---|---|---|
| GMAC Mortgage Corporation | MSA for Direct Sourcing (Legal Services) | $27,195.00 | Pite Duncan, LLP |
| GMAC Mortgage, LLC | Change Order Reduce Price from $125 to $105 per transaction | See Above | Pite Duncan, LLP |
| GMAC Mortgage Group, LLC | Amendment 01 Name Change and create change order process | See Above | Pite Duncan, LLP |
| GMAC Mortgage Corporation | SOW for Direct Sourcing of Bankruptcy | See Above | Pite Duncan, LLP |
| GMAC Mortgage Corporation | Change Order Number 1 to Statement of Work | See Above | Pite Duncan, LLP |
| GMAC Mortgage, LLC | Change Order Number 1 to Statement of Work | See Above | Pite Duncan, LLP |
| GMAC Mortgage, LLC | Change Order #1 for default services (reports and services levels) | See Above | Pite Duncan, LLP |

---

[1] Copies of these agreements are available upon written request.

| Executive Trustee Services, LLC | ETS-SOW Texas Foreclosures and Bankruptcies | See Above | Pite Duncan, LLP |
|---|---|---|---|
| GMAC Mortgage, LLC | SOW for Bankruptcy Loss Mitigation Solicitation | See Above | Pite Duncan, LLP |
| GMAC Mortgage, LLC | Statement of Work for Bankruptcy and foreclosure services | See Above | Pite Duncan, LLP |
| Homecomings Financial Network, Inc. | Attorney Agreement for Handling Residential Bankruptcies | See Above | Pite Duncan, LLP |

(See Cure Notice, Dkt. No. 924, pages 67-68).

4.      The Cure Notice indicates the cure amounts listed therein ***do not include*** any (i) existing post-petition obligations that the Debtors anticipate paying before the date the designated agreement is to be assumed and assigned, which is anticipated to occur no earlier than November 5, 2012; (ii) post-petition date obligations that may be incurred but unknown as of July 25, 2012, which obligations may remain outstanding against the Debtors as of the assumption date; (iii) unknown pre-petition date obligations; and (iv) known pre-petition date obligations relating to critical vendor payments for which the Debtors have received Bankruptcy Court approval to pay prior to the assumption date (hereinafter the "Cure Notice Exceptions").

5.      On September 14, 2012, Debtors filed the First Supplemental Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related thereto (the "Supplemental Cure Notice"). The Supplemental Cure Notice indicates the Debtors owed Pite Duncan the following amounts:

| Counterparty | Debtor Entity | Contract Description | Cure Amount |
|---|---|---|---|
| Pite Duncan, LLP | GMAC Mortgage, LLC | (a) Engagement Letter; (b) Master Services Agreement (Default Legal Services); (c) Statement of Work (Default Legal | $0.00 |

| | | Services); and (d) Default Legal Supplier Expectation Document | |
|---|---|---|---|

(See Supplemental Cure Notice, Dkt. No. 1459, page 13).

6.     However, pursuant to Pite Duncan's business records, as of the Petition Date, the Debtors owed Pite Duncan the following amounts:

| Debtor Entity | Amount Owed |
|---|---|
| Executive Trustee Services, Inc. | $46,839.13 |
| GMAC ResCap | $23,936.56 |
| GMAC Mortgage, LLC | $33,463.08 |
| **Total** | **$104,238.772** |

(See Affidavit of David Dallal in support of Objection to Notice of (I) Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related thereto and First Supplemental Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related thereto (the "Dallal Affidavit").

7.     Over the past few months, Pite Duncan communicated with the Debtors' retained counsel, Morrison & Foerster, LLP, seeking to: (1) determine the Debtors' basis for the cure amount identified in the Cure Notice and Supplemental Cure Notice; (2) reconcile the discrepancy between cure amount identified in Pite Duncan's business records and the cure amount identified in the Cure Notice and Supplemental Cure Notice; and/or (3) determine whether this discrepancy is a result of a portion of the outstanding amounts owing to Pite Duncan being included in the Cure Notice Exceptions. However, as of today's date, the Debtors have been unable to provide Pite Duncan with any information to reconcile this discrepancy. Pite Duncan remains committed to working with Debtors' counsel to achieve a mutually agreed upon resolution to this controversy. However, the present objection is being filed to preserve Pite

2 This sum does not include any obligations which may have yet to be invoiced for services performed prior to the filing of the present bankruptcy case and which have not yet come due.

Duncan's rights to seek a determination from this court in the event that the parties cannot reach an agreement to resolve the cure amount. 3

**WHEREFORE**, Pite Duncan respectfully requests that the Debtors be required to pay the actual cure amounts in the amount of **$104,238.77** as set forth herein and for such other relief as the Court deems just and proper.

Dated: New York, New York
     September 28, 2012            Respectfully submitted,

          **PLATZER, SWERGOLD, KARLIN, LEVINE, GOLDBERG & JASLOW, LLP**

          */s/ Teresa Sadutto-Carley*
          Sherri D. Lydell, Esq.
          Teresa Sadutto-Carley, Esq.
          1065 Avenue of the Americas, 18th Fl.
          New York, New York 10018
          (212) 593-3000

-                      - and -

          **PITE DUNCAN, LLP**
          Steven W. Pite (CA SBN 157537)
          swpite@piteduncan.com
          John D. Duncan (CA SBN 179560)
          jdduncan@piteduncan.com
          David E. McAllister (CA SBN 185831)
          dmcallister@piteduncan.com
          Christopher M. McDermott
          cmcdermott@piteduncan.com (CA SBN 253411)
          4375 Jutland Drive, Suite 200
          P.O. Box 17935
          San Diego, CA 92177-0935
          Telephone: (858) 750-7600
          Facsimile:  (619) 590-1385

---

3 Copies of Pite Duncan's outstanding invoices are available upon written request.