**PLATZER, SWERGOLD, KARLIN, LEVINE,
  GOLDBERG & JASLOW, LLP**
1065 Avenue of the Americas, 18th Floor
New York, New York 10018
(212) 593-3000
Sherri D. Lydell
Teresa Sadutto-Carley

   - and –

**PITE DUNCAN, LLP**
Steven W. Pite (CA SBN 157537)
swpite@piteduncan.com
John D. Duncan (CA SBN 179560)
jdduncan@piteduncan.com
David E. McAllister (CA SBN 185831)
dmcallister@piteduncan.com
Christopher M. McDermott
cmcdermott@piteduncan.com (CA SBN 253411)
4375 Jutland Drive, Suite 200
P.O. Box 17935
San Diego, CA 92177-0935
Telephone: (858) 750-7600
Facsimile:  (619) 590-1385

*Hearing Date:  November 19, 2012*
*Objection Due Date:  September 28, 2012*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>Residential Capital, LLC, *et al.*,<br><br>   Debtors. | Case No. 12-12020 (MG)<br><br>Chapter 11<br><br>(Jointly Administered) |

**AFFIDAVIT OF DAVID DALLAL IN SUPPORT OF OBJECTION TO NOTICE OF (I)
DEBTORS' INTENT TO ASSUME AND ASSIGN CERTAIN
EXECUTORYCONTRACTS, UNEXPIRED LEASES OF PERSONAL PROPERTY, AND
UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY AND (II) CURE
AMOUNTS RELATED THERETO AND FIRST SUPPLEMENTAL NOTICE OF (I)
DEBTORS' INTENT TO ASSUME AND ASSIGN CERTAIN
EXECUTORYCONTRACTS, UNEXPIRED LEASES OF PERSONAL PROPERTY, AND
UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY AND (II) CURE
<u>AMOUNTS RELATED THERETO</u>**

**THE STATE OF CALIFORNIA**    §

   **COUNTY OF SAN DIEGO**    §

I, David Dallal, declare:

1. I am employed as a Chief Financial Officer by Pite Duncan, LLP ("Pite Duncan"), a law firm that performs default legal services for some of the Debtor entities (hereinafter the "Debtors"). If called to testify in this matter, I would testify under oath as to the following:

2. I have access to and am familiar with Pite Duncan's books and accounting records. I am familiar with the manner in which Pite Duncan maintains its books and accounting records, including computer records relating to transmitting invoices and collecting payments from the Debtors. Pite Duncan's records are made at or near the time of the occurrence of the matters set forth in such records, by an employee or representative with knowledge of the acts or events recorded.  Such records are obtained, kept and maintained by Pite Duncan in the regular course of Pite Duncan's business. Pite Duncan relies on such records in the ordinary course of its business.

3. Commencing in 1999, the Debtors entered into various agreements with Pite Duncan for default legal services related to mortgage loans serviced by the Debtors.

4. Pite Duncan's accounting records reflect that the Debtors owed Pite Duncan the following amounts as of May 14, 2012:

| Debtor Entity | Amount Owed |
|---|---|
| Executive Trustee Services, Inc. | $46,839.13 |
| GMAC ResCap | $23,936.56 |
| GMAC Mortgage, LLC | $33,463.08 |
| **Total** | **$104,238.77**[1] |

Attached hereto as **Exhibit 1** is a List of Outstanding Pre Petition Invoices Segregated by Debtor Entity.

---

[1] Copies of Pite Duncan's outstanding invoices are available upon written request.

- 2 -

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, executed this 28th day of September 2012, at San Diego, California.

> By: _/s/ David Dallal_____
>
> Print Name: David Dallal_____
>
> Title: Chief Financial Officer_____

SUBSCRIBED AND SWORN TO BEFORE ME, on__9/28_____, 2012.

My commission expires: 10/22/12          /s/ Andrea Whitney_____
                                         NOTARY PUBLIC

Andrea Whitney
Commission No. 1814711
Notary Public – California
San Diego County
My Comm. Expires October 22, 2012

                                         __Andrea Whitney_____
                                         (Printed Name of Notary Public)