Rita Dunsmont LP

Listing of Pre Petition Invoices by Debtor

| Debtor | Statement No. | Balance |
|---|---|---|
| GMAC ResCap | 524301 | $ 954.00 |
| GMAC ResCap | 586056 | $ 648.00 |
| GMAC ResCap | 565185 | $ 342.00 |
| GMAC ResCap | 586967 | $ 864.00 |
| GMAC ResCap | 589150 | $ 351.00 |
| GMAC ResCap | 589153 | $ 78.00 |
| GMAC ResCap | 589155 | $ 58.50 |
| GMAC ResCap | 585218 | $ 175.50 |
| GMAC ResCap | 589138 | $ 1,209.00 |
| GMAC ResCap | 589142 | $ 126.00 |
| GMAC ResCap | 589148 | $ 175.50 |
| GMAC ResCap | 589146 | $ 19.50 |
| GMAC ResCap | 4170881 | $ 149.89 |
| GMAC ResCap | 4192202 | $ 58.50 |
| GMAC ResCap | 4193380 | $ 58.50 |
| GMAC ResCap | 4193539 | $ 97.50 |
| GMAC ResCap | 4196431 | $ 100.00 |
| GMAC ResCap | 4196455 | $ 58.50 |
| GMAC ResCap | 4199308 | $ 71.33 |
| GMAC ResCap | 4199193 | $ 875.00 |
| GMAC ResCap | 4202960 | $ 58.50 |
| GMAC ResCap | 4179453 | $ 39.00 |
| GMAC ResCap | 4204167 | $ 85.50 |
| GMAC ResCap | 4204169 | $ 39.00 |
| GMAC ResCap | 4204170 | $ 39.00 |
| GMAC ResCap | 4204171 | $ 39.00 |
| GMAC ResCap | 4204172 | $ 39.00 |
| GMAC ResCap | 4204173 | $ 39.00 |
| GMAC ResCap | 4204181 | $ 39.00 |
| GMAC ResCap | 4204374 | $ 58.50 |
| GMAC ResCap | 4204375 | $ 39.00 |
| GMAC ResCap | 4205245 | $ 253.50 |
| GMAC ResCap | 4205294 | $ 158.00 |
| GMAC ResCap | 4206670 | $ 304.00 |
| GMAC ResCap | 4206680 | $ 1,172.50 |
| GMAC ResCap | 4206795 | $ 195.00 |
| GMAC ResCap | 4220245 | $ 58.50 |
| GMAC ResCap | 4207721 | $ 351.00 |
| GMAC ResCap | 4207848 | $ 58.50 |
| GMAC ResCap | 4209166 | $ 5,752.50 |
| GMAC ResCap | 4209167 | $ 546.00 |
| GMAC ResCap | 4209213 | $ 175.50 |
| GMAC ResCap | 4209226 | $ 19.50 |
| GMAC ResCap | 4210244 | $ 253.50 |
| GMAC ResCap | 4210379 | $ 535.00 |

Listing of Pre Petition Invoices by Debtor

| Debtor | Statement No. | Balance |
|---|---|---|
| GMAC ResCap | 4210608 | $ 78.00 |
| GMAC ResCap | 4210619 | $ 590.23 |
| GMAC ResCap | 4211917 | $ 273.00 |
| GMAC ResCap | 4211922 | $ 58.50 |
| GMAC ResCap | 4212071 | $ 702.00 |
| GMAC ResCap | 4212345 | $ 117.00 |
| GMAC ResCap | 4212791 | $ 39.00 |
| GMAC ResCap | 4212954 | $ 192.00 |
| GMAC ResCap | 4213477 | $ 39.00 |
| GMAC ResCap | 4214592 | $ 253.50 |
| GMAC ResCap | 4214593 | $ 351.00 |
| GMAC ResCap | 4216305 | $ 19.50 |
| GMAC ResCap | 4216307 | $ 39.00 |
| GMAC ResCap | 4216309 | $ 468.00 |
| GMAC ResCap | 4216311 | $ 448.50 |
| GMAC ResCap | 4216313 | $ 312.00 |
| GMAC ResCap | 4216315 | $ 136.50 |
| GMAC ResCap | 4216317 | $ 234.00 |
| GMAC ResCap | 4216319 | $ 273.00 |
| GMAC ResCap | 4216321 | $ 1,390.17 |
| GMAC ResCap | 4163310 | $ 331.50 |
| GMAC ResCap | 4167017 | $ 331.50 |
| GMAC ResCap | 4168763 | $ 242.44 |
| GMAC ResCap | 4187969 | $ 19.50 |
| GMAC ResCap | 4213290 | $ 180.00 |
| **Total GMAC Rescap** | | **$ 23,936.56** |
| | | |
| Executive Trustee Services, Inc. | 539736 | $ 2,898.00 |
| Executive Trustee Services, Inc. | 550054 | $ 108.00 |
| Executive Trustee Services, Inc. | 559508 | $ 144.00 |
| Executive Trustee Services, Inc. | 577586 | $ 720.00 |
| Executive Trustee Services, Inc. | 4193540 | $ 39.00 |
| Executive Trustee Services, Inc. | 4198255 | $ 58.50 |
| Executive Trustee Services, Inc. | 4202884 | $ 50.00 |
| Executive Trustee Services, Inc. | 4203681 | $ 331.50 |
| Executive Trustee Services, Inc. | 4203683 | $ 200.00 |
| Executive Trustee Services, Inc. | 4206589 | $ 27,615.00 |
| Executive Trustee Services, Inc. | 4206787 | $ 36.00 |
| Executive Trustee Services, Inc. | 4209022 | $ 7,712.42 |
| Executive Trustee Services, Inc. | 4209422 | $ 234.00 |
| Executive Trustee Services, Inc. | 4210056 | $ 785.95 |
| Executive Trustee Services, Inc. | 4211633 | $ 36.00 |
| Executive Trustee Services, Inc. | 4211691 | $ 5,812.26 |
| Executive Trustee Services, Inc. | 4206644 | $ 58.50 |
| **Total Executive Trustee Services, Inc.** | | **$ 46,839.13** |

Listing of Pre Petition Invoices by Debtor

| Debtor | Statement No. | Balance |
|---|---|---|
| GMAC Mortgage, LLC | 288664 | $ 450.00 |
| GMAC Mortgage, LLC | 353899 | $ 100.00 |
| GMAC Mortgage, LLC | 355539 | $ 100.00 |
| GMAC Mortgage, LLC | 356176 | $ 100.00 |
| GMAC Mortgage, LLC | 371686 | $ 100.00 |
| GMAC Mortgage, LLC | 394050 | $ 375.00 |
| GMAC Mortgage, LLC | 402478 | $ 200.00 |
| GMAC Mortgage, LLC | 406946 | $ 200.00 |
| GMAC Mortgage, LLC | 409629 | $ 800.00 |
| GMAC Mortgage, LLC | 430811 | $ 300.00 |
| GMAC Mortgage, LLC | 432610 | $ 727.50 |
| GMAC Mortgage, LLC | 435848 | $ 600.00 |
| GMAC Mortgage, LLC | 451128 | $ 450.00 |
| GMAC Mortgage, LLC | 455802 | $ 800.00 |
| GMAC Mortgage, LLC | 456256 | $ 700.00 |
| GMAC Mortgage, LLC | 483028 | $ 150.00 |
| GMAC Mortgage, LLC | 488210 | $ 650.00 |
| GMAC Mortgage, LLC | 492857 | $ 800.00 |
| GMAC Mortgage, LLC | 497363 | $ 800.00 |
| GMAC Mortgage, LLC | 507356 | $ 150.00 |
| GMAC Mortgage, LLC | 519176 | $ 50.00 |
| GMAC Mortgage, LLC | 529702 | $ 1,871.15 |
| GMAC Mortgage, LLC | 548114 | $ 176.00 |
| GMAC Mortgage, LLC | 548441 | $ 726.00 |
| GMAC Mortgage, LLC | 549268 | $ 300.00 |
| GMAC Mortgage, LLC | 550071 | $ 826.00 |
| GMAC Mortgage, LLC | 551055 | $ 90.00 |
| GMAC Mortgage, LLC | 551346 | $ 1,500.00 |
| GMAC Mortgage, LLC | 551492 | $ 225.00 |
| GMAC Mortgage, LLC | 552088 | $ 240.00 |
| GMAC Mortgage, LLC | 553074 | $ 150.00 |
| GMAC Mortgage, LLC | 553378 | $ 79.50 |
| GMAC Mortgage, LLC | 553521 | $ 59.50 |
| GMAC Mortgage, LLC | 553998 | $ 50.00 |
| GMAC Mortgage, LLC | 555649 | $ 50.00 |
| GMAC Mortgage, LLC | 555921 | $ 150.00 |
| GMAC Mortgage, LLC | 556001 | $ 50.00 |
| GMAC Mortgage, LLC | 556294 | $ 50.00 |
| GMAC Mortgage, LLC | 561761 | $ 50.00 |
| GMAC Mortgage, LLC | 561843 | $ 1,276.00 |
| GMAC Mortgage, LLC | 563029 | $ 826.00 |
| GMAC Mortgage, LLC | 564247 | $ 50.00 |
| GMAC Mortgage, LLC | 564262 | $ 50.00 |
| GMAC Mortgage, LLC | 564691 | $ 32.00 |
| GMAC Mortgage, LLC | 566332 | $ 50.00 |
| GMAC Mortgage, LLC | 566999 | $ 375.00 |

Rita Dunaport LLC
Listing of Pre Petition Invoices by Debtor

| Debtor | Statement No. | Balance |
|---|---|---|
| GMAC Mortgage, LLC | 567966 | $ 6,530.00 |
| GMAC Mortgage, LLC | 568488 | $ 103.00 |
| GMAC Mortgage, LLC | 569117 | $ 826.00 |
| GMAC Mortgage, LLC | 569919 | $ 251.00 |
| GMAC Mortgage, LLC | 570570 | $ 375.00 |
| GMAC Mortgage, LLC | 570951 | $ 50.00 |
| GMAC Mortgage, LLC | 571402 | $ 150.00 |
| GMAC Mortgage, LLC | 572997 | $ 1,334.45 |
| GMAC Mortgage, LLC | 573769 | $ 450.00 |
| GMAC Mortgage, LLC | 575311 | $ 50.00 |
| GMAC Mortgage, LLC | 575929 | $ 32.00 |
| GMAC Mortgage, LLC | 577615 | $ 475.00 |
| GMAC Mortgage, LLC | 578154 | $ 650.00 |
| GMAC Mortgage, LLC | 578157 | $ 300.00 |
| GMAC Mortgage, LLC | 580616 | $ 36.00 |
| GMAC Mortgage, LLC | 4182958 | $ 39.00 |
| GMAC Mortgage, LLC | 4194512 | $ 90.00 |
| GMAC Mortgage, LLC | 4198221 | $ 108.00 |
| GMAC Mortgage, LLC | 4199499 | $ 36.00 |
| GMAC Mortgage, LLC | 4201706 | $ 72.00 |
| GMAC Mortgage, LLC | 4204027 | $ 36.00 |
| GMAC Mortgage, LLC | 4204776 | $ 255.00 |
| GMAC Mortgage, LLC | 4205423 | $ 54.00 |
| GMAC Mortgage, LLC | 4205721 | $ 283.18 |
| GMAC Mortgage, LLC | 4205880 | $ 180.00 |
| GMAC Mortgage, LLC | 4206464 | $ 216.00 |
| GMAC Mortgage, LLC | 4206823 | $ 293.75 |
| GMAC Mortgage, LLC | 4207035 | $ 54.00 |
| GMAC Mortgage, LLC | 4207484 | $ 90.00 |
| GMAC Mortgage, LLC | 4208074 | $ 108.00 |
| GMAC Mortgage, LLC | 4208394 | $ 815.55 |
| GMAC Mortgage, LLC | 4208865 | $ 36.00 |
| GMAC Mortgage, LLC | 4208884 | $ 72.00 |
| GMAC Mortgage, LLC | 4209346 | $ 440.00 |
| GMAC Mortgage, LLC | 4209381 | $ 36.00 |
| GMAC Mortgage, LLC | 4210362 | $ 169.00 |
| GMAC Mortgage, LLC | 4211553 | $ 150.00 |
| GMAC Mortgage, LLC | 4212748 | $ 54.00 |
| GMAC Mortgage, LLC | 4214059 | $ 58.50 |
| GMAC Mortgage, LLC | 4216529 | $ 200.00 |
| **Total GMAC Mortgage, LLC** | | **$ 33,463.08** |
| | | |
| **Grand Total** | | **$ 104,238.77** |