# EXHIBIT A

# Fee Invoice

**Mortgage Document Custody**



| Invoice Number | Billing Date | Due Date |
|---|---|---|
| **872270** | 07/09/2012 | Due Upon Receipt |

| Amount Due |
|---|
| **$282.00** |

*Please mail or wire payment to:*

GMAC Mortgage Corp
Angela Cheeseboro
1100 Virginia Drive
MC 190-FTW-A05

Ft. Washington, PA 19034

*Mailing Address:*
Wells Fargo Bank
WF 8113
P.O. Box 1450
Minneapolis, MN 55485-8113

Wire Instructions:
ABA #: 121000248
DDA #: 1000031565
Swift Code: WFBIUS6S
Reference: Invoice #, Accnt Name, Attn Name

ACH Instructions:
ABA #: 091000019
DDA #: 1000031565
Memo: Invoice #, Account Name, Attn Name

*Please return this portion of the statement with your payment in the envelope provided:*

*Please retain this portion for your records*

Account Number: 1103

GMAC Mortgage Corp

For the Period 04/01/2012 through 06/30/2012

GMAC-PRIV

| LOAN RELEASE | 94 @ $3.00 | Per Item | $282.00 |
|---|---|---|---|
| | | Total for GMAC-PRIV | $282.00 |

**Total Amount Due:** **$282.00**

*Billings past due are subject to an 18% annual finance charge of the balance due.*

# Fee Invoice

### Mortgage Document Custody



| Invoice Number | Billing Date | Due Date |
|---|---|---|
| **862740** | 06/06/2012 | Due Upon Receipt |

| Amount Due |
|---|
| **$107,869.40** |
| *Please mail or wire payment to:* |

Residential Funding Corp.
Patrick Fleming
PO Box 25163

Lehigh Valley, PA 18002

*Mailing Address:*
Wells Fargo Bank
WF 8113
P.O. Box 1450
Minneapolis, MN  55485-8113

Wire Instructions:
ABA #:  121000248
DDA #:  1000031565
Swift Code: WFBIUS6S
Reference: Invoice #,  Accnt Name, Attn Name

ACH Instructions:
ABA #:  091000019
DDA #:  1000031565
Memo: Invoice #,  Account Name, Attn Name

*Please return this portion of the statement with your payment in the envelope provided:*

---

*Please retain this portion for your records*

---

Account Number: 2000

**RESIDENTIAL FUNDING COMPANY, LLC**

For the Period 05/01/2012 through 05/31/2012

| GMAC-729936005 | | | |
|---|---|---|---|
| POOL STORAGE | 1 @ $0.18 | Per Item | $0.18 |
| | | Total for GMAC-729936005 | $0.18 |
| GMAC-730260007 | | | |
| POOL STORAGE | 127 @ $0.18 | Per Item | $22.86 |
| | | Total for GMAC-730260007 | $22.86 |
| GMAC-731322004 | | | |
| POOL STORAGE | 963 @ $0.18 | Per Item | $173.34 |
| | | Total for GMAC-731322004 | $173.34 |
| GMAC-731821005 | | | |
| POOL STORAGE | 4 @ $0.18 | Per Item | $0.72 |
| | | Total for GMAC-731821005 | $0.72 |
| RFCO-732116009B | | | |
| LOAN REINSTATEMENT | 36 @ $3.50 | Per Item | $126.00 |
| LOAN RELEASE | 329 @ $3.00 | Per Item | $987.00 |
| LOAN RELEASE REJECT | 8 @ $2.50 | Per Item | $20.00 |
| POOL STORAGE | 14,678 @ $0.15 | Per Item | $2,201.70 |
| REJECTED RETURN | 1 @ $2.50 | Per Item | $2.50 |
| | | Total for RFCO-732116009B | $3,337.20 |
| RFCO-732116009D | | | |
| AMENDED RELEASE | 4 @ $0.25 | Per Item | $1.00 |
| COPY REQUEST | 240 @ $0.25 | Per Item | $60.00 |
| FILES(S) PULLED | 37 @ $1.00 | Per Item | $37.00 |
| LOAN REINSTATEMENT | 1,133 @ $3.50 | Per Item | $3,965.50 |
| LOAN RELEASE | 8,402 @ $3.00 | Per Item | $25,206.00 |
| LOAN RELEASE REJECT | 230 @ $2.50 | Per Item | $575.00 |
| POOL STORAGE | 424,304 @ $0.15 | Per Item | $63,645.60 |
| REJECTED RETURN | 36 @ $2.50 | Per Item | $90.00 |
| SPECIAL PROJECT | 1 @ $10,395.00 | Per Item | $10,395.00 |

*Billings past due are subject to an 18% annual finance charge of the balance due.*

---

Total for RFCO-73014009D                    $103,975.10

<u>RFCO-AURORATEMP</u>

| | | | |
|---|---|---|---|
| LOAN REINSTATEMENT | 1 @ $3.50 | Per Item | $3.50 |
| LOAN RELEASE | 1 @ $3.00 | Per Item | $3.00 |
| POOL STORAGE | 21 @ $0.15 | Per Item | $3.15 |
| | | Total for RFCO-AURORATEMP | $9.65 |

<u>RFCO-FHLMC</u>

| | | | |
|---|---|---|---|
| LOAN REINSTATEMENT | 4 @ $3.50 | Per Item | $14.00 |
| LOAN RELEASE | 32 @ $3.00 | Per Item | $96.00 |
| POOL STORAGE | 1,527 @ $0.15 | Per Item | $229.05 |
| REJECTED RETURN | 2 @ $2.50 | Per Item | $5.00 |
| | | Total for RFCO-FHLMC | $344.05 |

<u>RFCO-FNMA</u>

| | | | |
|---|---|---|---|
| LOAN RELEASE | 1 @ $3.00 | Per Item | $3.00 |
| POOL STORAGE | 22 @ $0.15 | Per Item | $3.30 |
| | | Total for RFCO-FNMA | $6.30 |

*Total Amount Due:*                    ***$107,869.40***

# Fee Invoice

### Mortgage Document Custody



| Invoice Number | Billing Date | Due Date |
|---|---|---|
| **880957** | 08/08/2012 | Due Upon Receipt |

| Amount Due |
|---|
| **$91,612.64** |

*Please mail or wire payment to:*

Residential Funding Corp.
Patrick Fleming
PO Box 25163

Lehigh Valley, PA 18002

*Mailing Address:*
Wells Fargo Bank
WF 8113
P.O. Box 1450
Minneapolis, MN  55485-8113

Wire Instructions:
ABA #:  121000248
DDA #:  1000031565
Swift Code: WFBIUS6S
Reference: Invoice #,  Accnt Name, Attn Name

ACH Instructions:
ABA #:  091000019
DDA #:  1000031565
Memo: Invoice #,  Account Name, Attn Name

*Please return this portion of the statement with your payment in the envelope provided:*

Please retain this portion for your records

Account Number: 2000

## RESIDENTIAL FUNDING COMPANY, LLC

For the Period 07/01/2012 through 07/31/2012

**GMAC-729936005**

| | | | |
|---|---|---|---|
| POOL STORAGE | 1 @ $0.18 | Per Item | $0.18 |
| | | Total for GMAC-729936005 | $0.18 |

**GMAC-730260007**

| | | | |
|---|---|---|---|
| POOL STORAGE | 127 @ $0.18 | Per Item | $22.86 |
| | | Total for GMAC-730260007 | $22.86 |

**GMAC-731322004**

| | | | |
|---|---|---|---|
| LOAN RELEASE | 1 @ $4.00 | Per Item | $4.00 |
| LOAN RELEASE REJECT | 3 @ $4.00 | Per Item | $12.00 |
| POOL STORAGE | 961 @ $0.18 | Per Item | $172.98 |
| | | Total for GMAC-731322004 | $188.98 |

**GMAC-731821005**

| | | | |
|---|---|---|---|
| POOL STORAGE | 4 @ $0.18 | Per Item | $0.72 |
| | | Total for GMAC-731821005 | $0.72 |

**RFCO-732116009B**

| | | | |
|---|---|---|---|
| LOAN REINSTATEMENT | 31 @ $3.50 | Per Item | $108.50 |
| LOAN RELEASE | 122 @ $3.00 | Per Item | $366.00 |
| LOAN RELEASE REJECT | 43 @ $2.50 | Per Item | $107.50 |
| POOL STORAGE | 14,477 @ $0.15 | Per Item | $2,171.55 |
| REJECTED RETURN | 7 @ $2.50 | Per Item | $17.50 |
| SPECIAL PROJECT | 1 @ $310.00 | Per Item | $310.00 |
| | | Total for RFCO-732116009B | $3,081.05 |

**RFCO-732116009D**

| | | | |
|---|---|---|---|
| AMENDED RELEASE | 120 @ $0.25 | Per Item | $30.00 |
| COPY REQUEST | 4 @ $0.25 | Per Item | $1.00 |
| FILES(S) PULLED | 1 @ $1.00 | Per Item | $1.00 |
| LOAN REINSTATEMENT | 1,052 @ $3.50 | Per Item | $3,682.00 |
| LOAN RELEASE | 3,746 @ $3.00 | Per Item | $11,238.00 |
| LOAN RELEASE - RUSH | 1 @ $5.00 | Per Item | $5.00 |

*Billings past due are subject to an 18% annual finance charge of the balance due.*

| LOAN RELEASE REJECT | 165 @ $2.50 | Per Item | $412.50 |
|---|---|---|---|
| POOL STORAGE | 418,869 @ $0.15 | Per Item | $62,830.35 |
| REJECTED RETURN | 97 @ $2.50 | Per Item | $242.50 |
| SPECIAL PROJECT | 1 @ $9,560.00 | Per Item | $9,560.00 |
| | | Total for RFCO-732116009D | $88,002.35 |

**RFCO-AURORATEMP**

| LOAN RELEASE | 1 @ $3.00 | Per Item | $3.00 |
|---|---|---|---|
| POOL STORAGE | 20 @ $0.15 | Per Item | $3.00 |
| | | Total for RFCO-AURORATEMP | $6.00 |

**RFCO-FHLMC**

| LOAN REINSTATEMENT | 2 @ $3.50 | Per Item | $7.00 |
|---|---|---|---|
| LOAN RELEASE | 15 @ $3.00 | Per Item | $45.00 |
| LOAN RELEASE REJECT | 12 @ $2.50 | Per Item | $30.00 |
| POOL STORAGE | 1,467 @ $0.15 | Per Item | $220.05 |
| SPECIAL PROJECT | 1 @ $5.00 | Per Item | $5.00 |
| | | Total for RFCO-FHLMC | $307.05 |

**RFCO-FNMA**

| POOL STORAGE | 23 @ $0.15 | Per Item | $3.45 |
|---|---|---|---|
| | | Total for RFCO-FNMA | $3.45 |

**_Total Amount Due:_**            **_$91,612.64_**

*Billings past due are subject to an 18% annual finance charge of the balance due.*

# Fee Invoice

**Mortgage Document Custody**



| Invoice Number | Billing Date | Due Date |
|---|---|---|
| **890060** | 09/12/2012 | Due Upon Receipt |

| Amount Due |
|---|
| **$98,854.39** |

*Please mail or wire payment to:*

Residential Funding Corp.
Patrick Fleming
PO Box 25163

Lehigh Valley, PA 18002

**Mailing Address:**
Wells Fargo Bank
WF 8113
P.O. Box 1450
Minneapolis, MN  55485-8113

Wire Instructions:
ABA #:  121000248
DDA #:  1000031565
Swift Code: WFBIUS6S
Reference: Invoice #,  Accnt Name, Attn Name

ACH Instructions:
ABA #:  091000019
DDA #:  1000031565
Memo: Invoice #,  Account Name, Attn Name

*Please return this portion of the statement with your payment in the envelope provided:*

| Please retain this portion for your records |
|---|

Account Number: 2000

**RESIDENTIAL FUNDING COMPANY, LLC**

For the Period 08/01/2012 through 08/31/2012

**GMAC-729936005**

| | | | |
|---|---|---|---|
| POOL STORAGE | 1 @ $0.18 | Per Item | $0.18 |
| | | Total for GMAC-729936005 | $0.18 |

**GMAC-730260007**

| | | | |
|---|---|---|---|
| POOL STORAGE | 127 @ $0.18 | Per Item | $22.86 |
| | | Total for GMAC-730260007 | $22.86 |

**GMAC-731322004**

| | | | |
|---|---|---|---|
| POOL STORAGE | 961 @ $0.18 | Per Item | $172.98 |
| | | Total for GMAC-731322004 | $172.98 |

**GMAC-731821005**

| | | | |
|---|---|---|---|
| POOL STORAGE | 4 @ $0.18 | Per Item | $0.72 |
| | | Total for GMAC-731821005 | $0.72 |

**RFCO-732116009B**

| | | | |
|---|---|---|---|
| COPY REQUEST | 9 @ $0.25 | Per Item | $2.25 |
| FILES(S) PULLED | 2 @ $1.00 | Per Item | $2.00 |
| LOAN REINSTATEMENT | 59 @ $3.50 | Per Item | $206.50 |
| LOAN RELEASE | 139 @ $3.00 | Per Item | $417.00 |
| LOAN RELEASE REJECT | 23 @ $2.50 | Per Item | $57.50 |
| POOL STORAGE | 14,397 @ $0.15 | Per Item | $2,159.55 |
| REJECTED RETURN | 10 @ $2.50 | Per Item | $25.00 |
| SPECIAL PROJECT | 48 @ $5.00 | Per Item | $240.00 |
| | | Total for RFCO-732116009B | $3,109.80 |

**RFCO-732116009D**

| | | | |
|---|---|---|---|
| AMENDED RELEASE | 6 @ $0.25 | Per Item | $1.50 |
| COPY REQUEST | 138 @ $0.25 | Per Item | $34.50 |
| FILES(S) PULLED | 24 @ $1.00 | Per Item | $24.00 |
| LOAN REINSTATEMENT | 2,379 @ $3.50 | Per Item | $8,326.50 |
| LOAN RELEASE | 6,132 @ $3.00 | Per Item | $18,396.00 |
| LOAN RELEASE - RUSH | 4 @ $5.00 | Per Item | $20.00 |

*Billings past due are subject to an 18% annual finance charge of the balance due.*

| | | | |
|---|---|---|---|
| LOAN RELEASE REJECT | 140 @ $2.50 | Per Item | $350.00 |
| POOL STORAGE | 415,112 @ $0.15 | Per Item | $62,266.80 |
| REJECTED RETURN | 222 @ $2.50 | Per Item | $555.00 |
| SPECIAL PROJECT | 1 @ $5,135.00 | Per Item | $5,135.00 |
| | | Total for RFCO-732116009D | $95,109.30 |

**RFCO-AURORATEMP**

| | | | |
|---|---|---|---|
| POOL STORAGE | 20 @ $0.15 | Per Item | $3.00 |
| | | Total for RFCO-AURORATEMP | $3.00 |

**RFCO-FHLMC**

| | | | |
|---|---|---|---|
| AMENDED RELEASE | 1 @ $0.25 | Per Item | $0.25 |
| LOAN REINSTATEMENT | 8 @ $3.50 | Per Item | $28.00 |
| LOAN RELEASE | 35 @ $3.00 | Per Item | $105.00 |
| LOAN RELEASE REJECT | 31 @ $2.50 | Per Item | $77.50 |
| POOL STORAGE | 1,440 @ $0.15 | Per Item | $216.00 |
| REJECTED RETURN | 1 @ $2.50 | Per Item | $2.50 |
| | | Total for RFCO-FHLMC | $429.25 |

**RFCO-FNMA**

| | | | |
|---|---|---|---|
| LOAN RELEASE | 1 @ $3.00 | Per Item | $3.00 |
| POOL STORAGE | 22 @ $0.15 | Per Item | $3.30 |
| | | Total for RFCO-FNMA | $6.30 |

| | |
|---|---|
| ***Total Amount Due:*** | ***$98,854.39*** |

*Billings past due are subject to an 18% annual finance charge of the balance due.*

# Fee Invoice

### Mortgage Document Custody



| Invoice Number | Billing Date | Due Date |
|---|---|---|
| **862757** | 06/06/2012 | 06/06/2012 |

| Amount Due |
|---|
| **$12,650.49** |
| *Please mail or wire payment to:* |

Residential Funding Corp.
Tim Pacitto and Rory Bluhm
PO Box 25163

Lehigh Valley, PA 18002

*Mailing Address:*
Wells Fargo Bank
WF 8113
P.O. Box 1450
Minneapolis, MN  55485-8113

Wire Instructions:
ABA #:  121000248
DDA #:  1000031565
Swift Code: WFBIUS6S
Reference: Invoice #,  Accnt Name, Attn Name

ACH Instructions:
ABA #:  091000019
DDA #:  1000031565
Memo: Invoice #,  Account Name, Attn Name

*Please return this portion of the statement with your payment in the envelope provided:*

*Please retain this portion for your records*

Account Number: 2004

RFCO

For the Period 05/01/2012 through 05/31/2012

### RFCO-BMMZ

| | | | |
|---|---|---|---|
| COPY REQUEST | 373 @ $0.25 | Per Item | $93.25 |
| FILES(S) PULLED | 55 @ $1.00 | Per Item | $55.00 |
| LOAN REINSTATEMENT | 2 @ $6.00 | Per Item | $12.00 |
| LOAN RELEASE | 3 @ $3.00 | Per Item | $9.00 |
| LOAN RELEASE - SAME DAY | 3 @ $7.50 | Per Item | $22.50 |
| LOAN RELEASE REJECT | 7 @ $2.50 | Per Item | $17.50 |
| TRAILING DOCUMENTS | 24 @ $1.00 | Per Item | $24.00 |
| TRUST RECEIPT | 1 @ $125.00 | Per Item | $125.00 |
| | | Total for RFCO-BMMZ | $358.25 |

### RFCO-GENERICA

| | | | |
|---|---|---|---|
| COLLATERAL DEPOSIT | 2 @ $6.00 | Per Item | $12.00 |
| LOAN REINSTATEMENT | 17 @ $3.50 | Per Item | $59.50 |
| LOAN RELEASE | 125 @ $3.00 | Per Item | $375.00 |
| LOAN RELEASE - SAME DAY | 6 @ $7.50 | Per Item | $45.00 |
| LOAN RELEASE REJECT | 94 @ $2.50 | Per Item | $235.00 |
| POOL STORAGE | 23,773 @ $0.15 | Per Item | $3,565.95 |
| REJECTED RETURN | 5 @ $2.50 | Per Item | $12.50 |
| SPECIAL PROJECT | 534 @ $2.13 | Per Item | $1,136.99 |
| | | Total for RFCO-GENERICA | $5,441.94 |

### RFCO-GMACLOC

| | | | |
|---|---|---|---|
| COPY REQUEST | 177 @ $0.25 | Per Item | $44.25 |
| FILES(S) PULLED | 27 @ $1.00 | Per Item | $27.00 |
| LOAN REINSTATEMENT | 4 @ $12.00 | Per Item | $48.00 |
| LOAN RELEASE REJECT | 12 @ $2.50 | Per Item | $30.00 |
| POOL STORAGE | 3,806 @ $0.30 | Per Item | $1,141.80 |
| SPECIAL PROJECT | 1 @ $115.00 | Per Item | $115.00 |
| TRAILING DOCUMENTS | 33 @ $1.00 | Per Item | $33.00 |
| | | Total for RFCO-GMACLOC | $1,439.05 |

*Billings past due are subject to an 18% annual finance charge of the balance due.*

**RFCO-GMACREVOLV**

| | | | |
|---|---|---|---|
| COLLATERAL REPORT | 1 @ $6.00 | Per Item | $6.00 |
| COPY REQUEST | 499 @ $0.25 | Per Item | $124.75 |
| FILES(S) PULLED | 42 @ $1.00 | Per Item | $42.00 |
| LOAN REINSTATEMENT | 14 @ $6.00 | Per Item | $84.00 |
| LOAN RELEASE | 1 @ $3.00 | Per Item | $3.00 |
| LOAN RELEASE - SAME DAY | 21 @ $7.50 | Per Item | $157.50 |
| LOAN RELEASE REJECT | 42 @ $2.50 | Per Item | $105.00 |
| POOL STORAGE | 15,003 @ $0.30 | Per Item | $4,500.90 |
| SPECIAL PROJECT | 1 @ $205.00 | Per Item | $205.00 |
| TRAILING DOCUMENTS | 47 @ $1.00 | Per Item | $47.00 |
| TRUST RECEIPT | 1 @ $125.00 | Per Item | $125.00 |

Total for RFCO-GMACREVOLV    $5,400.15

**RFCO-LETTERAGMT**

| | | | |
|---|---|---|---|
| LOAN RELEASE REJECT | 3 @ $3.00 | Per Item | $9.00 |
| POOL STORAGE | 7 @ $0.30 | Per Item | $2.10 |

Total for RFCO-LETTERAGMT    $11.10

***Total Amount Due:***    ***$12,650.49***

*Billings past due are subject to an 18% annual finance charge of the balance due.*

# Fee Invoice

**Mortgage Document Custody**

**WELLS FARGO**

| Invoice Number | Billing Date | Due Date |
|---|---|---|
| **880998** | 08/08/2012 | 08/08/2012 |

| Amount Due |
|---|
| **$14,827.49** |

*Please mail or wire payment to:*

**Mailing Address:**
Wells Fargo Bank
WF 8113
P.O. Box 1450
Minneapolis, MN  55485-8113

Wire Instructions:
ABA #:  121000248
DDA #:  1000031565
Swift Code: WFBIUS6S
Reference: Invoice #,  Accnt Name, Attn Name

ACH Instructions:
ABA #:  091000019
DDA #:  1000031565
Memo: Invoice #,  Account Name, Attn Name

Residential Funding Corp.
Heather Anderson
8400 Normandale Lake Blvd.

Bloomington, MN 55437

*Please return this portion of the statement with your payment in the envelope provided:*

| Please retain this portion for your records |
|---|

Account Number: 2004

RFCO

For the Period 07/01/2012 through 07/31/2012

**RFCO-GENERICA**

| | | | |
|---|---|---|---|
| AMENDED RELEASE | 2 @ $0.25 | Per Item | $0.50 |
| COPY REQUEST | 21 @ $0.25 | Per Item | $5.25 |
| FILES(S) PULLED | 2 @ $1.00 | Per Item | $2.00 |
| LOAN REINSTATEMENT | 19 @ $3.50 | Per Item | $66.50 |
| LOAN RELEASE | 1,363 @ $3.00 | Per Item | $4,089.00 |
| LOAN RELEASE - SAME DAY | 3 @ $7.50 | Per Item | $22.50 |
| LOAN RELEASE REJECT | 331 @ $2.50 | Per Item | $827.50 |
| POOL STORAGE | 15,691 @ $0.15 | Per Item | $2,353.65 |
| REJECTED RETURN | 13 @ $2.50 | Per Item | $32.50 |
| SPECIAL PROJECT | 249 @ $2.24 | Per Item | $556.99 |
| | | Total for RFCO-GENERICA | $7,956.39 |

**RFCO-GMACLOC**

| | | | |
|---|---|---|---|
| COPY REQUEST | 291 @ $0.25 | Per Item | $72.75 |
| FILES(S) PULLED | 19 @ $1.00 | Per Item | $19.00 |
| LOAN REINSTATEMENT | 4 @ $12.00 | Per Item | $48.00 |
| LOAN RELEASE | 1 @ $3.00 | Per Item | $3.00 |
| LOAN RELEASE REJECT | 39 @ $2.50 | Per Item | $97.50 |
| POOL STORAGE | 3,596 @ $0.30 | Per Item | $1,078.80 |
| SPECIAL PROJECT | 1 @ $95.00 | Per Item | $95.00 |
| TRAILING DOCUMENTS | 54 @ $1.00 | Per Item | $54.00 |
| | | Total for RFCO-GMACLOC | $1,468.05 |

**RFCO-GMACREVOLV**

| | | | |
|---|---|---|---|
| COPY REQUEST | 705 @ $0.25 | Per Item | $176.25 |
| FILES(S) PULLED | 74 @ $1.00 | Per Item | $74.00 |
| LOAN REINSTATEMENT | 13 @ $6.00 | Per Item | $78.00 |
| LOAN RELEASE | 2 @ $3.00 | Per Item | $6.00 |
| LOAN RELEASE - SAME DAY | 13 @ $7.50 | Per Item | $97.50 |
| LOAN RELEASE REJECT | 59 @ $2.50 | Per Item | $147.50 |
| POOL STORAGE | 14,391 @ $0.30 | Per Item | $4,317.30 |

*Billings past due are subject to an 18% annual finance charge of the balance due.*

| | | | |
|---|---|---|---|
| REJECTED RETURN | 1 @ $2.50 | Per Item | $2.50 |
| SPECIAL PROJECT | 1 @ $105.00 | Per Item | $105.00 |
| TRAILING DOCUMENTS | 103 @ $1.00 | Per Item | $103.00 |
| TRUST RECEIPT | 2 @ $125.00 | Per Item | $250.00 |
| | | Total for RFCO-GMACREVOLV | $5,357.05 |

RFCO-LETTERAGMT

| | | | |
|---|---|---|---|
| LOAN RELEASE REJECT | 15 @ $3.00 | Per Item | $45.00 |
| TRAILING DOCUMENTS | 1 @ $1.00 | Per Item | $1.00 |
| | | Total for RFCO-LETTERAGMT | $46.00 |

**Total Amount Due:**    **$14,827.49**

*Billings past due are subject to an 18% annual finance charge of the balance due.*

# Fee Invoice

## Mortgage Document Custody

**WELLS FARGO**

| Invoice Number | Billing Date | Due Date |
|---|---|---|
| **890070** | 09/12/2012 | 09/12/2012 |

| Amount Due |
|---|
| **$15,556.95** |
| *Please mail or wire payment to:* |

Residential Funding Corp.
Heather Anderson
8400 Normandale Lake Blvd.

Bloomington, MN 55437

*Mailing Address:*
Wells Fargo Bank
WF 8113
P.O. Box 1450
Minneapolis, MN 55485-8113

Wire Instructions:
ABA #: 121000248
DDA #: 1000031565
Swift Code: WFBIUS6S
Reference: Invoice #, Accnt Name, Attn Name

ACH Instructions:
ABA #: 091000019
DDA #: 1000031565
Memo: Invoice #, Account Name, Attn Name

*Please return this portion of the statement with your payment in the envelope provided:*

*Please retain this portion for your records*

Account Number: 2004
RFCO

For the Period 08/01/2012 through 08/31/2012

### RFCO-GENERICA

| | | | |
|---|---|---|---|
| AMENDED RELEASE | 1 @ $0.25 | Per Item | $0.25 |
| COLLATERAL DEPOSIT | 1 @ $6.00 | Per Item | $6.00 |
| COPY REQUEST | 26 @ $0.25 | Per Item | $6.50 |
| FILES(S) PULLED | 2 @ $1.00 | Per Item | $2.00 |
| LOAN REINSTATEMENT | 698 @ $3.50 | Per Item | $2,443.00 |
| LOAN RELEASE | 1,090 @ $3.00 | Per Item | $3,270.00 |
| LOAN RELEASE - RUSH | 12 @ $5.00 | Per Item | $60.00 |
| LOAN RELEASE REJECT | 39 @ $2.50 | Per Item | $97.50 |
| POOL STORAGE | 15,617 @ $0.15 | Per Item | $2,342.55 |
| REJECTED RETURN | 20 @ $2.50 | Per Item | $50.00 |
| SPECIAL PROJECT | 126 @ $2.33 | Per Item | $294.00 |
| | | Total for RFCO-GENERICA | $8,571.80 |

### RFCO-GMACLOC

| | | | |
|---|---|---|---|
| COPY REQUEST | 320 @ $0.25 | Per Item | $80.00 |
| FILES(S) PULLED | 32 @ $1.00 | Per Item | $32.00 |
| LOAN REINSTATEMENT | 3 @ $12.00 | Per Item | $36.00 |
| LOAN RELEASE - RUSH | 1 @ $5.00 | Per Item | $5.00 |
| LOAN RELEASE REJECT | 48 @ $2.50 | Per Item | $120.00 |
| POOL STORAGE | 3,399 @ $0.30 | Per Item | $1,019.70 |
| SPECIAL PROJECT | 9 @ $5.00 | Per Item | $45.00 |
| TRAILING DOCUMENTS | 38 @ $1.00 | Per Item | $38.00 |
| | | Total for RFCO-GMACLOC | $1,375.70 |

### RFCO-GMACREVOLV

| | | | |
|---|---|---|---|
| COPY REQUEST | 1,223 @ $0.25 | Per Item | $305.75 |
| FILES(S) PULLED | 180 @ $1.00 | Per Item | $180.00 |
| LOAN REINSTATEMENT | 28 @ $6.00 | Per Item | $168.00 |
| LOAN RELEASE | 4 @ $3.00 | Per Item | $12.00 |
| LOAN RELEASE - RUSH | 2 @ $5.00 | Per Item | $10.00 |
| LOAN RELEASE - SAME DAY | 24 @ $7.50 | Per Item | $180.00 |

*Billings past due are subject to an 18% annual finance charge of the balance due.*

| | | | |
|---|---|---|---|
| LOAN RELEASE REJECT | 74 @ $2.50 | Per Item | $185.00 |
| POOL STORAGE | 13,939 @ $0.30 | Per Item | $4,181.70 |
| SPECIAL PROJECT | 37 @ $5.00 | Per Item | $185.00 |
| TRAILING DOCUMENTS | 70 @ $1.00 | Per Item | $70.00 |
| TRUST RECEIPT | 1 @ $125.00 | Per Item | $125.00 |
| | | Total for RFCO-GMACREVOLV | $5,602.45 |

RFCO-LETTERAGMT

| | | | |
|---|---|---|---|
| LOAN RELEASE REJECT | 2 @ $3.00 | Per Item | $6.00 |
| TRAILING DOCUMENTS | 1 @ $1.00 | Per Item | $1.00 |
| | | Total for RFCO-LETTERAGMT | $7.00 |

| | |
|---|---|
| ***Total Amount Due:*** | ***$15,556.95*** |

*Billings past due are subject to an 18% annual finance charge of the balance due.*

# Fee Invoice

### Mortgage Document Custody



| Invoice Number | Billing Date | Due Date |
|---|---|---|
| **862827** | 06/06/2012 | Due Upon Receipt |

| Amount Due |
|---|
| **$406.88** |
| *Please mail or wire payment to:* |

GMAC Mortgage, LLC
June Han
1100 Virginia Drive
Mail Code: 190-FTW-K50

Fort Washington, PA 19034

*Mailing Address:*
Wells Fargo Bank
WF 8113
P.O. Box 1450
Minneapolis, MN  55485-8113

Wire Instructions:
ABA #:  121000248
DDA #:  1000031565
Swift Code: WFBIUS6S
Reference: Invoice #,  Accnt Name, Attn Name

ACH Instructions:
ABA #:  091000019
DDA #:  1000031565
Memo: Invoice #,  Account Name, Attn Name

*Please return this portion of the statement with your payment in the envelope provided:*

*Please retain this portion for your records*

Account Number: 8377

DEUTSCHBANK SECURITIES INC.

For the Period 05/01/2012 through 05/31/2012

DBNK-1999-A

| | | | |
|---|---|---|---|
| COPY REQUEST | 11 @ $0.25 | Per Item | $2.75 |
| FILES(S) PULLED | 1 @ $1.00 | Per Item | $1.00 |
| LOAN RELEASE | 7 @ $4.00 | Per Item | $28.00 |
| POOL STORAGE | 1,631 @ $0.23 | Per Item | $375.13 |
| | | Total for DBNK-1999-A | $406.88 |

| | |
|---|---|
| ***Total Amount Due:*** | ***$406.88*** |

*Billings past due are subject to an 18% annual finance charge of the balance due.*

# Fee Invoice

### Mortgage Document Custody



| Invoice Number | Billing Date | Due Date |
|---|---|---|
| **873342** | 07/12/2012 | Due Upon Receipt |

| Amount Due |
|---|
| **$396.42** |

*Please mail or wire payment to:*

*Mailing Address:*
Wells Fargo Bank
WF 8113
P.O. Box 1450
Minneapolis, MN  55485-8113

Wire Instructions:
ABA #:  121000248
DDA #:  1000031565
Swift Code: WFBIUS6S
Reference: Invoice #,  Accnt Name, Attn Name

ACH Instructions:
ABA #:  091000019
DDA #:  1000031565
Memo: Invoice #,  Account Name, Attn Name

GMAC Mortgage, LLC
June Han
1100 Virginia Drive
Mail Code: 190-FTW-K50

Fort Washington, PA 19034

*Please return this portion of the statement with your payment in the envelope provided:*

*Please retain this portion for your records*

Account Number: 8377

DEUTSCHBANK SECURITIES INC.

For the Period 06/01/2012 through 06/30/2012

DBNK-1999-A

| | | | |
|---|---|---|---|
| COPY REQUEST | 15 @ $0.25 | Per Item | $3.75 |
| FILES(S) PULLED | 1 @ $1.00 | Per Item | $1.00 |
| LOAN REINSTATEMENT | 1 @ $4.00 | Per Item | $4.00 |
| LOAN RELEASE | 3 @ $4.00 | Per Item | $12.00 |
| POOL STORAGE | 1,629 @ $0.23 | Per Item | $374.67 |
| TRAILING DOCUMENTS | 1 @ $1.00 | Per Item | $1.00 |

Total for DBNK-1999-A    $396.42

***Total Amount Due:***    ***$396.42***

*Billings past due are subject to an 18% annual finance charge of the balance due.*

# Fee Invoice

### Mortgage Document Custody



| Invoice Number | Billing Date | Due Date |
|---|---|---|
| **855968** | 05/10/2012 | Due Upon Receipt |

| Amount Due |
|---|
| **$401.74** |
| *Please mail or wire payment to:* |

GMAC Mortgage, LLC
June Han
1100 Virginia Drive
Mail Code: 190-FTW-K50

Fort Washington, PA 19034

***Mailing Address:***
Wells Fargo Bank
WF 8113
P.O. Box 1450
Minneapolis, MN  55485-8113

Wire Instructions:
ABA #:  121000248
DDA #:  1000031565
Swift Code: WFBIUS6S
Reference: Invoice #,  Accnt Name, Attn Name

ACH Instructions:
ABA #:  091000019
DDA #:  1000031565
Memo: Invoice #,  Account Name, Attn Name

*Please return this portion of the statement with your payment in the envelope provided:*

*Please retain this portion for your records*

Account Number: 8377

DEUTSCHBANK SECURITIES INC.

For the Period 04/01/2012 through 04/30/2012

DBNK-1999-A

| | | | |
|---|---|---|---|
| LOAN REINSTATEMENT | 1 @ $4.00 | Per Item | $4.00 |
| LOAN RELEASE | 5 @ $4.00 | Per Item | $20.00 |
| POOL STORAGE | 1,638 @ $0.23 | Per Item | $376.74 |
| TRAILING DOCUMENTS | 1 @ $1.00 | Per Item | $1.00 |
| | | Total for DBNK-1999-A | $401.74 |

**Total Amount Due:**            **$401.74**

*Billings past due are subject to an 18% annual finance charge of the balance due.*

Please address questions to ANDREA DUPAUL    Phone - 612-466-6353    Email - andrea.j.dupaul@wellsfargo.com            Page 1 (855968)

# Fee Invoice

**Mortgage Document Custody**



| Invoice Number | Billing Date | Due Date |
|---|---|---|
| **890055** | 09/12/2012 | Due Upon Receipt |

| Amount Due |
|---|
| **$425.37** |

*Please mail or wire payment to:*

GMAC Mortgage, LLC
June Han
1100 Virginia Drive
Mail Code: 190-FTW-K50

Fort Washington, PA 19034

***Mailing Address:***
Wells Fargo Bank
WF 8113
P.O. Box 1450
Minneapolis, MN 55485-8113

Wire Instructions:
ABA #: 121000248
DDA #: 1000031565
Swift Code: WFBIUS6S
Reference: Invoice #,  Accnt Name, Attn Name

ACH Instructions:
ABA #:  091000019
DDA #:  1000031565
Memo: Invoice #,  Account Name, Attn Name

*Please return this portion of the statement with your payment in the envelope provided:*

*Please retain this portion for your records*

Account Number: 8377

DEUTSCHBANK SECURITIES INC.

For the Period 08/01/2012 through 08/31/2012

DBNK-1999-A

| | | | |
|---|---|---|---|
| COPY REQUEST | 16 @ $0.25 | Per Item | $4.00 |
| FILES(S) PULLED | 1 @ $1.00 | Per Item | $1.00 |
| LOAN REINSTATEMENT | 2 @ $4.00 | Per Item | $8.00 |
| LOAN RELEASE | 9 @ $4.00 | Per Item | $36.00 |
| LOAN RELEASE REJECT | 1 @ $4.00 | Per Item | $4.00 |
| POOL STORAGE | 1,619 @ $0.23 | Per Item | $372.37 |

Total for DBNK-1999-A    $425.37

***Total Amount Due:***    ***$425.37***

*Billings past due are subject to an 18% annual finance charge of the balance due.*

Please address questions to Steve Naasz    Phone - 612-667-0041    Email - Steve.j.naasz@wellsfargo.com    Page 1 (890055)

# Fee Invoice

**Mortgage Document Custody**



| Invoice Number | Billing Date | Due Date |
|---|---|---|
| **864113** | 06/08/2012 | 07/08/2012 |

| Amount Due |
|---|
| **$17,156.40** |
| *Please mail or wire payment to:* |

Residential Capital LLC
Heather Anderson / Joe Ruhlin
8400 Normandale Lake Blvd

Bloomington, MN 55437

*Mailing Address:*
Wells Fargo Bank
WF 8113
P.O. Box 1450
Minneapolis, MN  55485-8113

Wire Instructions:
ABA #:  121000248
DDA #:  1000031565
Swift Code: WFBIUS6S
Reference: Invoice #,  Accnt Name, Attn Name

ACH Instructions:
ABA #:  091000019
DDA #:  1000031565
Memo: Invoice #,  Account Name, Attn Name

*Please return this portion of the statement with your payment in the envelope provided:*

*Please retain this portion for your records*

Account Number: RFCOT941

RFCO-BARCLAYS

For the Period 05/01/2012 through 05/31/2012

RFCO-BARCLAYS

| | | | |
|---|---|---|---|
| LOAN REINSTATEMENT | 2 @ $6.00 | Per Item | $12.00 |
| LOAN RELEASE - SAME DAY | 2 @ $7.50 | Per Item | $15.00 |
| LOAN RELEASE REJECT | 36 @ $3.00 | Per Item | $108.00 |
| POOL STORAGE | 9,378 @ $0.30 | Per Item | $2,813.40 |
| SPECIAL PROJECT | 2 @ $7,100.00 | Per Item | $14,200.00 |
| TRAILING DOCUMENTS | 8 @ $1.00 | Per Item | $8.00 |

Total for RFCO-BARCLAYS  $17,156.40

***Total Amount Due:***  **$17,156.40**

*Billings past due are subject to an 18% annual finance charge of the balance due.*

# Fee Invoice

**Mortgage Document Custody**



| Invoice Number | Billing Date | Due Date |
|---|---|---|
| **881076** | 08/08/2012 | 09/07/2012 |

| Amount Due |
|---|
| **$3,532.90** |

Please mail or wire payment to:

*Mailing Address:*
Wells Fargo Bank
WF 8113
P.O. Box 1450
Minneapolis, MN  55485-8113

Wire Instructions:
ABA #: 121000248
DDA #: 1000031565
Swift Code: WFBIUS6S
Reference: Invoice #,  Accnt Name, Attn Name

ACH Instructions:
ABA #:  091000019
DDA #:  1000031565
Memo: Invoice #,  Account Name, Attn Name

Residential Capital LLC
Heather Anderson / Joe Ruhlin
8400 Normandale Lake Blvd

Bloomington, MN 55437

*Please return this portion of the statement with your payment in the envelope provided:*

---

*Please retain this portion for your records*

Account Number: RFCOT941

RFCO-BARCLAYS

For the Period 07/01/2012 through 07/31/2012

RFCO-BARCLAYS

| | | | |
|---|---|---|---|
| COPY REQUEST | 596 @ $0.25 | Per Item | $149.00 |
| FILES(S) PULLED | 48 @ $1.00 | Per Item | $48.00 |
| LOAN REINSTATEMENT | 2 @ $6.00 | Per Item | $12.00 |
| LOAN RELEASE | 9 @ $3.00 | Per Item | $27.00 |
| LOAN RELEASE - SAME DAY | 3 @ $7.50 | Per Item | $22.50 |
| LOAN RELEASE REJECT | 71 @ $3.00 | Per Item | $213.00 |
| POOL STORAGE | 8,758 @ $0.30 | Per Item | $2,627.40 |
| SPECIAL PROJECT | 1 @ $60.00 | Per Item | $60.00 |
| TRAILING DOCUMENTS | 249 @ $1.00 | Per Item | $249.00 |
| TRUST RECEIPT | 1 @ $125.00 | Per Item | $125.00 |

Total for RFCO-BARCLAYS    $3,532.90

*Total Amount Due:*    **$3,532.90**

*Billings past due are subject to an 18% annual finance charge of the balance due.*

# Fee Invoice



## Mortgage Document Custody

| Invoice Number | Billing Date | Due Date |
|---|---|---|
| **890096** | 09/12/2012 | 10/12/2012 |

| Amount Due |
|---|
| **$3,566.15** |
| *Please mail or wire payment to:* |

Residential Capital LLC
Heather Anderson / Joe Ruhlin
8400 Normandale Lake Blvd

Bloomington, MN 55437

**Mailing Address:**
Wells Fargo Bank
WF 8113
P.O. Box 1450
Minneapolis, MN  55485-8113

Wire Instructions:
ABA #:  121000248
DDA #:  1000031565
Swift Code: WFBIUS6S
Reference: Invoice #,  Accnt Name, Attn Name

ACH Instructions:
ABA #:  091000019
DDA #:  1000031565
Memo: Invoice #,  Account Name, Attn Name

*Please return this portion of the statement with your payment in the envelope provided:*

---

*Please retain this portion for your records*

---

Account Number: RFCOT941

RFCO-BARCLAYS

For the Period 08/01/2012 through 08/31/2012

RFCO-BARCLAYS

| | | | |
|---|---|---|---|
| COPY REQUEST | 151 @ $0.25 | Per Item | $37.75 |
| FILES(S) PULLED | 19 @ $1.00 | Per Item | $19.00 |
| LOAN REINSTATEMENT | 42 @ $6.00 | Per Item | $252.00 |
| LOAN RELEASE - RUSH | 1 @ $5.00 | Per Item | $5.00 |
| LOAN RELEASE - SAME DAY | 2 @ $7.50 | Per Item | $15.00 |
| LOAN RELEASE REJECT | 42 @ $3.00 | Per Item | $126.00 |
| POOL STORAGE | 9,133 @ $0.30 | Per Item | $2,739.90 |
| REJECTED RETURN | 1 @ $2.50 | Per Item | $2.50 |
| SPECIAL PROJECT | 9 @ $5.00 | Per Item | $45.00 |
| TRAILING DOCUMENTS | 324 @ $1.00 | Per Item | $324.00 |

Total for RFCO-BARCLAYS          $3,566.15

***Total Amount Due:***          ***$3,566.15***

*Billings past due are subject to an 18% annual finance charge of the balance due.*