# EXHIBIT B

| Invoice # | Acct # | Invoice Amount | Amount Paid | Amount Remaining Due |
|---:|---|---:|---:|---:|
| 872270 | 1103 | $282.00 | | $282.00 |
| 862740 | 2000 | $107,869.40 | $69,979.30 | $37,890.10 |
| 880957 | 2000 | $91,612.64 | | $91,612.64 |
| 890060 | 2000 | $98,854.39 | | $98,854.39 |
| 862757 | 2004 | $12,650.49 | | $12,650.49 |
| 880998 | 2004 | $14,827.49 | | $14,827.49 |
| 890070 | 2004 | $15,556.95 | | $15,556.95 |
| 862827 | 8377 | $406.88 | $236.25 | $170.63 |
| 873342 | 8377 | $396.42 | | $396.42 |
| 855968 | 8377 | $401.74 | | $401.74 |
| 890055 | 8377 | $425.37 | | $425.37 |
| 864113 | RFCOT941 | $17,156.40 | $9,961.78 | $7,194.62 |
| 881076 | RFCOT941 | $3,532.90 | | $3,532.90 |
| 890096 | RFCOT941 | $3,566.15 | | $3,566.15 |
| | | **Total Remaining Due:** | | **$287,361.89** |