UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: ) <br> ) <br> RESIDENTIAL CAPITAL, LLC, *et al[1].*, ) <br> ) <br> Debtor(s). ) <br> ) | Chapter 11 <br><br> Case No. 12-12020 <br> Jointly Administered <br><br> Honorable Martin Glenn |

## MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, Ileana M. Hernandez , a member in good standing of the bar in the State of California and the U.S. Bankruptcy Court for the Central District of California, request admission, *pro hac vice* before the Honorable Martin Glenn, to represent Los Angeles County Employees Retirement Association in the above-referenced Chapter 11 case.

| | |
|---|---|
| My mailing address is: | Manatt, Phelps & Phillips, LLC <br> 11355 W. Olympic Boulevard <br> Los Angeles, CA  90064 |
| My telephone number is: | (310) 312-4000 |
| My email address is: | ihernandez@manatt.com |

The fee of $200.00 is being paid with this Motion.

Dated:  September 28, 2012

*[signature]*

Ileana M. Hernandez (CA Bar No. 198906)
Manatt, Phelps & Phillips, LLP
11355 W. Olympic Boulevard
Los Angeles, CA  90069
Telephone: (310) 312-4000
Facsimile:  (310) 312-4224
Email: ihernandez@manatt.com

---

[1] The names of the Debtors in these cases and their respective tax identification numbers are identified on Exhibit 1 to the Affidavit of James Whitlinger, Chief Financial Officer of Residential Capital, LLC in Support of the Chapter 11 Petitions and First Day Pleadings.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| RESIDENTIAL CAPITAL, LLC., *et al.,* ) | Case No. 12-12020 (MG) |
| ) | Jointly Administered |
| Debtor(s). ) | |
| ) | Honorable Martin Glenn |

## ORDER GRANTING ADMISSION TO PRACTICE, *Pro Hac Vice*

Ileana M. Hernandez, a member in good standing of the bar in the State of California and the bar of the U.S. Bankruptcy Court for the Central District of California, having requested admission, *pro hac vice*, to represent Los Angeles County Employees Retirement Association, in the above-Captioned proceeding.

**ORDERED**, that Ileana M. Hernandez, is admitted to practice *pro hac vice*, in the above-referenced proceeding in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

BY THE COURT:

_____
THE HONORABLE MARTIN GLENN
UNITED STATES BANKRUPTCY JUDGE