# CERTIFICATE OF SERVICE

I, Stanley B. Tarr, hereby certify that on September 28, 2012 I caused a copy of the *Limited Objection and Reservation of Rights of PNC Mortgage, A Division of PNC Bank, NA to Notice of (I) Debtors' Intent to Assume and Assign Executory Contracts, Unexpired Leases of Personal Property, and (II) Cure Amounts Related Thereto* to be served upon the following via First Class Mail and Email (where indicated):

Larren M. Nashelsky, Esquire
Gary S. Lee, Esquire
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104
lnashelsky@mofo.com
glee@mofo.com

Sidley Austin LLP
Jessica C.K. Boelter, Esquire
One South Dearborn
Chicago, IL 60603
jboelter@sidley.com

Kenneth H. Eckstein, Esquire
Douglas H. Mannal, Esquire
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
keckstein@kramerlevin.com
dmannal@kramerlevin.com

Seth Goldman, Esquire
Thomas Walper, Esquire
Munger, Tolles & Olson LLP
355 South Grand Avenue
Los Angeles, CA 90071
seth.goldman@mto.com
twalper@mto.com

Brian Masumoto, Esquire
Office of the United States Trustee for the
Southern District of New York
33 Whitehall Street
21st Floor
New York, NY 10004

               */s/ Stanley B. Tarr*_____
               Stanley B. Tarr

131832.01441/40203508v.1