BARTLETT HACKETT FEINBERG P.C.
155 Federal Street, 9th Floor
Boston, Massachusetts 02110
Tel: (617) 422-0200
Fax: (617) 896-6275
Hale Yazicioglu, Esq.
e-mail: hy@bostonbusinesslaw.com

*Attorneys for Iron Mountain Information Management, Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
In re                                                                    Chapter 11

RESIDENTIAL CAPITAL, LLC, et al.,            Case No. 12-12020 (MG)
                                                                            (Jointly Administered)
                    Debtors.
--------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, **HALE YAZICIOGLU**, an attorney duly admitted to practice law before this Court, hereby certify that on the 28th day of September, 2012, I served a copy of **IRON MOUNTAIN INFORMATION MANAGEMENT, INC.'S RESERVATION OF RIGHTS AND LIMITED OBJECTION TO NOTICE OF (I) DEBTORS' INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS, UNEXPIRED LEASES OF PERSONAL PROPERTY AND UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY AND (II) CURE AMOUNTS RELATED THERETO**, **dated September 28, 2012,** upon the attorneys listed below at the addresses listed below, said addresses being designated for that purpose, via First Class Mail by depositing a true copy of same enclosed in a properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the Commonwealth of Massachusetts:

**To:**

Larren M. Nashelsky
Gary S. Lee
Morrison & Foerster LLP
*Counsel for the Debtors*
1290 Avenue of the Americas
New York, New York 10104


Jessica C.K. Boelter
Sidley Austin LLP
*Attorneys for Nationstar Mortgage LLC*
One South Dearborn
Chicago, IL 60603
jboelter@sidley.com


Kenneth H. Eckstein
Douglas H. Mannal
Kramer Levin Naftalis & Frankel LLP
*Counsel to the Creditors' Committee*
1177 Avenue of the Americas
New York, New York 10036
keckstein@kramerlevin.com
dmannal@kramerlevin.com


Brian Masumoto
Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street
21st Floor
New York, New York 10004


Seth Goldman
Thomas Walper
Munger, Tolles & Olson LLP
*Attorneys for BH*
355 South Grand Avenue
Los Angeles, CA 90071
Seth.goldman@mto.com
twalper@mto.com

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated:  Boston, Massachusetts
September 28, 2012

/s/ Hale Yazicioglu
HALE YAZICIOGLU
BARTLETT HACKETT FEINBERG P.C.
155 Federal Street
9th Floor
Boston, MA 02215
(617) 422-0200
hy@bostonbusinesslaw.com