KLESTADT & WINTERS, LLP
Sean C. Southard
570 Seventh Avenue, 17th Floor
New York, New York 10018
Tel:  (212) 972-3000
Fax:  (212) 972-2245

*Attorneys for Roosevelt Mortgage Acquisition Company and
Roosevelt Depositor LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| RESIDENTIAL CAPITAL, LLC, *et al.*, | Case No. 12-12020(MG) |
| | Jointly Administered |
| Debtors. | |

## CERTIFICATE OF SERVICE

Sean C. Southard, being duly sworn, deposes and says:

1.      I am over the age of 18, am not a party to this action, and am employed by Klestadt & Winters, LLP located at 570 Seventh Avenue, 17th Floor, New York, New York, 10018. I am also an attorney admitted to the bar of this Court.

2.      On the 28th day of September, 2012, I served copies of a:

- Limited Objection and Reservation of Rights by Roosevelt Mortgage Acquisition Company and Roosevelt Depositor LLC to Debtors' Proposed Sale Approval Order and Proposed Assumption and Assignment of Agreements

by first class mail, by depositing a true copy thereof enclosed post-paid wrapper, in an official depository upon the attached service list.

3.      On the 28th day of September, 2012, I served copies of a:

- Limited Objection and Reservation of Rights by Roosevelt Mortgage Acquisition Company and Roosevelt Depositor LLC to Debtors' Proposed Sale Approval Order and Proposed Assumption and Assignment of Agreements

by electronic mail upon the attached service list.

/s/Sean C. Southard
Sean C. Southard

## SERVICE LIST

Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104
Attn: Gary S. Lee & Alexandra S. Barrage
Glee@mofo.com
Abarrage@mofo.com

Sidley Austion LLP
One South Dearborn
Chicago, IL 60603
Attn: Jessica C.K. Boelter
Jboelter@sidley.com

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
Attn: Kenneth H. Eckstein & Douglas H. Mannal
Keckstein@kramerlevin.com
Dmannal@kramerlevin.com

Office of the United States Trustee
Southern District of New York
33 Whitehall Street; 21st Floor
New York, NY 10004
Attn: Brian Masumoto
Brian.Masumoto@usdoj.gov

Munger, Tolles & Olson LLP
355 South Grand Avenue
Los Angeles, CA 90071
Attn: Seth Goldman & Thomas Walper
Seth.goldman@mto.com
Thomas.walper@mto.com