Michael D. Warner, Esq. (admitted *pro hac vice*)
**COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.**
301 Commerce Street, Suite 1700
Fort Worth, TX 76102
Telephone: (817) 810-5250
Facsimile: (817) 810-5255

ATTORNEYS FOR HEWLETT-PACKARD COMPANY
AND HP ENTERPRISE SERVICES, LLC

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: <br><br> RESIDENTIAL CAPITAL, LLC, *et al.*, <br><br> Debtors. | Case No. 12-12020 (MG) <br><br> Chapter 11 <br> Jointly Administered |

**OBJECTION OF HEWLETT-PACKARD COMPANY AND HP ENTERPRISE
SERVICES, LLC TO THE DEBTORS' PROPOSED ASSUMPTION AND ASSIGNMENT
OF EXECUTORY CONTRACTS**

Hewlett-Packard Company and HP Enterprise Services, LLC (collectively "**HP**") hereby file this Objection (the "**Objection**") to the *Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto* [docket no. 924] (the "**Notice of Assumption and Assignment**") pursuant to that *Order Under 11 U.S.C. §§ 105, 363(b) and 365 (I) Authorizing and Approving Sale Procedures, Including Payment of Break-Up Fees; (II) Scheduling Bid Deadline, Auction (If Necessary) and Sale Hearing; (III) Establishing Assumption and Assignment Procedures, Including Procedures for Fixing Cure Amounts; and*

*IV) Establishing Notice Procedures and Approving Forms of Notice* [docket no. 538] (the "**Procedures Order**") and state as follows.[1]

## PROCEDURAL BACKGROUND

1.  On May 14, 2012, the Debtors filed the *Motion Pursuant to 11 U.S.C. §§ 105, 363(b), (f), and (m), 365 and 1123, and Fed R. Bankr.P.2002, 6004, 6006, and 9014 for Orders: (A)(I) Authorizing and Approving Sale Procedures, Including Break-Up Fee and Expense Reimbursement; (II) Scheduling Bid Deadline and Sale Hearing; (III) Approving Form and Manner of Notice Thereof; and (IV) Granting Related Relief and (B)(I) Authorizing the Sale of Certain Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (II) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto; and (IV) Granting Related Relief* [docket no. 61] (the "**Sale Motion**"). The Sale Motion sought, among other things, the authorization and approval of certain proposed procedures (the "**Sale Procedures**") with respect to two proposed sales of the Debtors' assets.

2.  On June 28, 2012, the Court entered the Procedures Order authorizing and approving the Sale Procedures.

3.  Pursuant to the Procedures Order, on July 27, 2012, the Debtors filed the Notice of Assumption and Assignment. Attached to the Notice Assumption and Assignment are three exhibits each of which contains a separate schedule of executory contracts or unexpired leases

---

[1] Capitalized terms not otherwise defined herein shall have the same meaning given to such terms in the Sale Motion, the Procedures Order or the Notice of Assumption and Assignment.

2

76009/0121-8873441v5

proposed to be assumed and assigned in connection with the Debtors' proposed sale of assets to Nationstar.[2]

4.    Exhibit 2 to the Notice of Assumption and Assignment is the schedule entitled "Vendor Contracts Schedule" ("**Exhibit 2**"). Exhibit 2 contains a number of line items which designate HP as the counterparty to certain alleged executory contracts among the Debtors and HP that the Debtors are proposing to assume and assign.

5.    HP hereby files this Objection objecting to the proposed assumption and assignment of alleged executory contracts between the Debtors and HP as set forth in Exhibit 2 for the following reasons: (i) certain of the line items in Exhibit 2 describe contracts between the Debtors and HP that had expired and/or were terminated long before the Debtors' Petition Date and thus cannot be assumed and assigned; (ii) certain of the line items in Exhibit 2 that designate HP as a counterparty do not provide sufficient information for HP to identify the particular contracts that the Debtors are proposing to assume and assign; and (iii) certain of the line items in Exhibit 2 may be, although it is unclear, referring to that certain *HP Pay Per Use for Imaging and Printing Services Agreement*, and to the extent the Debtors seek to assume and assign the *HP Pay Per Use for Imaging and Printing Services Agreement*, HP objects to the cure amount for the *HP Pay Per Use for Imaging and Printing Services Agreement* set forth in Exhibit 2.

---

[2] HP reserves all rights to file further objections to the proposed assumption and assignment of its executory contracts, as provided in the Procedures Order, in the event that Nationstar is not the proposed assignee of such exceuctory contracts.

76009/0121-8873441v5

## OBJECTIONS OF HP TO PROPOSED ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS

A. **Exhibit 2 Proposes to Assume and Assign Expired or Terminated Contracts**

6. Certain of the line items in Exhibit 2 designating HP as a counterparty to a contract are describing contracts between the Debtors and HP that had expired and/or were terminated long before the Debtors' Petition Date. Attached hereto as **Attachment A** is a copy of the relevant page of Exhibit 2 with the line items referring to the expired or terminated HP contracts highlighted.[3]

7. Because the HP contracts described in Attachment A hereto had expired or were terminated long before the Debtors' Petition Date, such contracts cannot be assumed or assigned as neither the Debtors nor HP were performing pursuant to such contracts as of the Petition Date, and since there are no longer obligations remaining to perform under those expired or terminated contracts. HP therefore objects to the proposed assumption and assignment of those contracts highlighted in Attachment A.

B. **Exhibit 2 Does Not Contain Adequate Information for HP to Identify the Particular Contracts the Debtors Are Seeking to Assume and Assign**

8. Exhibit 2 contains line items designating HP as the counterparty to certain contracts but the line items and the Debtors' descriptions therein do not contain adequate information for HP to identify the particular contracts the Debtors are proposing to assume and

---

[3] The line items highlighted in the particular page of Exhibit 2 included in Attachment A designate "Electronic Data Systems Corporation" as the counterparty. Electronic Data Systems Corporation ("**EDS**") was acquired by Hewlett-Packard Corporation on or about August 26, 2008. After the acquisition, EDS changed its name to HP Enterprise Services, LLC.

4

assign.[4]  Attached hereto as **Attachment B** are the relevant pages of Exhibit 2 containing the line items designating HP as the counterparty but each line item fails to provide adequate information to clearly identify the specific contract proposed to be assumed and assigned.

9.  Without adequate information for HP to determine which contracts among the Debtors and HP that the Debtors are referencing in each of the line items, HP cannot determine whether any basis exists to object to the proposed assumption and assignment or to correctly articulate the amount of the cure. HP therefore hereby objects to the proposed assumption and assignment of the alleged executory contracts between the Debtors and HP highlighted in Attachment B hereto.

### C.   HP Pay Per Use for Imaging and Printing Services Agreement

10.  Exhibit 2, page 28 of 81, lines 28-33, are references to alleged executory contracts with HP relating to "printers & services" and a "print program."

11.  Based on the references to the words "printers" and/or "print", HP assumes without confirmation that the contracts that the Debtors are attempting to identify in lines 28-33 may be the one contract entitled *HP Pay Per Use for Imaging and Printing Services Agreement*, dated March 17, 2005, executed by GMAC Mortgage Corporation and Hewlett-Packard Company (the "**Image and Print Agreement**"). Attached hereto as Attachment C is Exhibit 2, page 28, with lines 28-33 highlighted.

---

[4]  Each reference to an alleged executory contract with HP as counterparty, as highlighted in Attachment B, fails to provide, *inter alia*, the title of the contract, the parties to the contract, the term of the contract, or any other relevant information from which it can be determined if such contract is in fact an executory contract by and among HP and one or more of the Debtors. Further, each and every contract identified by the Debtor on Exhibit 2 and highlighted in Attachment B lists the cure obligation as $0. Thus the Debtors have not given sufficient information to identify such contracts.

5

12. To the extent the references on Exhibit 2, page 28, lines 28-33 are meant to collectively indicate the Debtors' proposed assumption and assignment of the Image and Print Agreement, HP objects to the assumption and assignment thereof on the basis that the cure amount is not accurately stated.

13. As of the Petition Date, the amount due and owing by the Debtors to HP pursuant to the Image and Print Agreement was $356,708.79 (the "**Image and Print Cure Amount**"). HP hereby objects to the assumption and assignment of the Image and Print Agreement unless the Image and Print Cure Amount has been paid in full. Attached hereto as Exhibit D is a statement of account in support of the Image and Print Cure Amount.

14. To the extent Exhibit 2, page 28, lines 28-33 do not collectively refer to the Image and Print Agreement, HP hereby objects to the assumption and assumption of the contracts referred to in lines 28-33 on the same basis as set forth in Paragraphs 8 and 9 hereinabove.

**D.    Reservation of Rights**

15. As set forth above, HP objects to the assumption and assignment of those contracts set forth in Exhibit 2 to which HP is designated as the counterparty to the extent that HP is unable to clearly identify which contracts the Debtors are referring to due to a lack a adequate information describing the contracts.

16. To the extent that the Debtors hereafter provide additional information to identify the contracts with HP that the Debtors propose to assume and assign, HP hereby expressly reserve all of its rights to supplement this Objection, or file additional objections, on any basis, to the assumption and assignment of any such contracts with HP subsequently identified or added by the Debtors.

6

DATED: September 28, 2012

By: /s/ *Michael D. Warner*
Michael D. Warner, Esq.
**COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.**
301 Commerce Street, Suite 1700
Fort Worth, TX 76102
817-810-5250
817-810-5255 Facsimile

ATTORNEYS FOR HEWLETT-PACKARD COMPANY AND HP ENTERPRISE SERVICES, LLC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above foregoing pleading and the attachments thereto have been served (1) on the individuals listed below by U.S.P.S First Class Mail and electronic mail, and (2) those parties registered for electronic notification`, on this 28th day of September, 2012.

/s/ *Michael D. Warner*
Michael D. Warner

**Larren M. Nashelsky, Esq.**
**Gary S. Lee, Esq.**
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104
lnashelsky@mofo.com
glee@mofo.com

**Kenneth H. Eckstein, Esq.**
**Douglas H. Mannal, Esq.**
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
keckstein@kramerlevin.com
dmannal@kramerlevin.com

**Jessica C.K. Boelter, Esq.**
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603
jboelter@sidley.com

**Seth Goldman, Esq.**
**Thomas Walper, Esq.**
Munger, Tolles & Olson LLP
335 South Grand Avenue
Los Angeles, CA 90071
seth.goldman@mto.com
twalper@mto.com

**Brian Masumoto, Esq.**
United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004
brian.masumoto@usdoj.gov

7

76009/0121-8873441v5

# ATTACHMENT A

12-12020-mg    Doc 1641    Filed 09/28/12    Entered 09/28/12 15:31:06    Main Document
Pg 9 of 17

12-12020-mg    Doc 924    Filed 07/26/12    Entered 07/26/12 19:12:53    Main Document
Exhibit 12 - Vendor Contracts Schedule
Pg 31 of 236

| Debtor Entity | Contract Description | Cure Amount Pre-Petition Obligations | Supplier - Common Supplier Counterparty | Address |
|---|---|---|---|---|
| GMAC Mortgage Corporation | Direct Hire - Mortgage Professionals | $0.00 | EGI Search | 5335 Southwest Meadows Road, Suite 210, Lake Oswego, OR 97035 |
| GMAC Mortgage Corporation | Direct Hire - Mortgage Professionals | $0.00 | EGI Search | 5335 Southwest Meadows Road, Suite 210, Lake Oswego, OR 97035 |
| Residential Funding Corporation | Engagement (08/15/05) EXHIBIT A | $0.00 | Eivia | 3209 West 78th Street, Edina, MN 55435 |
| Residential Funding Corporation | Resolution of Group Cancellation | $0.00 | El Conquistador Resort & Golden Door Spa | 11981 Sw 144 Ct, Suite 201, Miami, FL 33186-8653 |
| Residential Funding Corporation | MASTER SERVICES AGREEMENT | $0.00 | Electrical Reliability Services, Inc. | 41630 W Louis Johnson Dr, Maricopa, AZ 85138 |
| Residential Funding Corporation | EXHIBIT A - Engagement | $0.00 | Electrical Reliability Services, Inc. | 41630 W Louis Johnson Dr, Maricopa, AZ 85138 |
| Residential Funding Corporation | Service Contract for Information Technology and Related Services | $0.00 | Electronic Data Systems Corporation | 4809 Nw 49 Rd, Tamarac, FL 33319 |
| Residential Funding Corporation | TA 2004-103 TSC Incident Management Support | $0.00 | Electronic Data Systems Corporation | 4809 Nw 49 Rd, Tamarac, FL 33319 |
| Residential Funding Corporation | TRANSACTION AGREEMENT | $0.00 | Electronic Data Systems Corporation | 4809 Nw 49 Rd, Tamarac, FL 33319 |
| Residential Funding Corporation | TRANSACTION AGREEMENT | $0.00 | Electronic Data Systems Corporation | 4809 Nw 49 Rd, Tamarac, FL 33319 |
| Residential Funding Corporation | TRANSACTION AGREEMENT | $0.00 | Electronic Data Systems Corporation | 4809 Nw 49 Rd, Tamarac, FL 33319 |
| Residential Funding Corporation | Transaction Agreement - 2005-103 | $0.00 | Electronic Data Systems Corporation | 4809 Nw 49 Rd, Tamarac, FL 33319 |
| Residential Funding Corporation | TA 2006-101 WebRoot SpySweeper Implementation and On-going support - US | $0.00 | Electronic Data Systems Corporation | 4809 Nw 49 Rd, Tamarac, FL 33319 |
| Homecomings Financial Network, Inc. | Doc Prep Forms | $0.00 | Electronic Laser Forms, Inc. | 1100 Keo Way, Des Moines, IA 50309-1585 |
| GMAC Mortgage, LLC | Extend Agreement on 300 Users | $0.00 | Element K | 318 Shaker Lane, West Chester, PA 19380 |
| GMAC Mortgage, LLC | MSA (07/27/11) | $0.00 | eLynx, Ltd | Two Crowne Point Ct, Suite 370, Cincinnati, OH 45241 |
| GMAC Mortgage, LLC | Electronic document delivery via the eLynx web posting service | $0.00 | eLynx, Ltd | Two Crowne Point Ct, Suite 370, Cincinnati, OH 45241 |
| GMAC Mortgage, LLC | | $0.00 | eLynx, Ltd | Two Crowne Point Ct, Suite 370, Cincinnati, OH 45241 |
| GMAC Mortgage, LLC | | $0.00 | eLynx, Ltd | Two Crowne Point Ct, Suite 370, Cincinnati, OH 45241 |
| GMAC Mortgage, LLC | | $0.00 | eLynx, Ltd | Two Crowne Point Ct, Suite 370, Cincinnati, OH 45241 |
| GMAC Mortgage, LLC | | $0.00 | eLynx, Ltd | Two Crowne Point Ct, Suite 370, Cincinnati, OH 45241 |
| GMAC Mortgage, LLC | | $0.00 | eLynx, Ltd | Two Crowne Point Ct, Suite 370, Cincinnati, OH 45241 |
| GMAC Mortgage, LLC | Addendum 6 to Webposting Service Agreement | $0.00 | eLynx, Ltd | Two Crowne Point Ct, Suite 370, Cincinnati, OH 45241 |
| GMAC Mortgage, LLC | Addendum 7 to Webposting Service Agreement | $0.00 | eLynx, Ltd | Two Crowne Point Ct, Suite 370, Cincinnati, OH 45241 |
| GMAC Mortgage, LLC | Ditech SOW-electronic delivery of closing, loan application and disclosure documents; electronic signing of loan application and disclosure documents | $0.00 | eLynx, Ltd | Two Crowne Point Ct, Suite 370, Cincinnati, OH 45241 |
| GMAC Mortgage, LLC | Retail SOW | $0.00 | eLynx, Ltd | Two Crowne Point Ct, Suite 370, Cincinnati, OH 45241 |
| GMAC Mortgage, LLC | amendment to eLynx web posting services agreement | $0.00 | eLynx, Ltd | Two Crowne Point Ct, Suite 370, Cincinnati, OH 45241 |
| GMAC Mortgage, LLC | Viewing tool for documents in Elynx system | $0.00 | eLynx, Ltd | Two Crowne Point Ct, Suite 370, Cincinnati, OH 45241 |

# ATTACHMENT B

12-12020-mg    Doc 1641    Filed 09/28/12    Entered 09/28/12 15:31:06    Main Document
Pg 11 of 17

12-12020-mg    Doc 924    Filed 07/26/12    Entered 07/26/12 19:12:53    Main Document
Exhibit 2 Vendor Contracts Schedule
Pg 31 of 236

| Debtor Entity | Contract Description | Cure Amount/ Pre-Petition Obligations | Supplier - Common Supplier - Counterparty | Address |
|---|---|---|---|---|
| GMAC Mortgage Corporation | Direct Hire - Mortgage Professionals | $0.00 | EGI Search | 5335 Southwest Meadows Road, Suite 210, Lake Oswego, OR 97035 |
| GMAC Mortgage Corporation | Direct Hire - Mortgage Professionals | $0.00 | EGI Search | 5335 Southwest Meadows Road, Suite 210, Lake Oswego, OR 97035 |
| Residential Funding Corporation | Engagement (08/15/05) EXHIBIT A | $0.00 | Eivia | 3209 West 78th Street, Edina, MN 55435 |
| Residential Funding Corporation | Resolution of Group Cancellation | $0.00 | El Conquistador Resort & Golden Door Spa | 11981 Sw 144 Ct, Suite 201, Miami, FL 33186-8653 |
| Residential Funding Corporation | MASTER SERVICES AGREEMENT | $0.00 | Electrical Reliability Services, Inc. | 41630 W Louis Johnson Dr, Maricopa, AZ 85138 |
| Residential Funding Corporation | EXHIBIT A - Engagement | $0.00 | Electrical Reliability Services, Inc. | 41630 W Louis Johnson Dr, Maricopa, AZ 85138 |
| Residential Funding Corporation | Service Contract for Information Technology and Related Services | $0.00 | Electronic Data Systems Corporation | 4809 Nw 49 Rd, Tamarac, FL 33319 |
| Residential Funding Corporation | TA 2004-103 TSC Incident Management Support | $0.00 | Electronic Data Systems Corporation | 4809 Nw 49 Rd, Tamarac, FL 33319 |
| Residential Funding Corporation | TRANSACTION AGREEMENT | $0.00 | Electronic Data Systems Corporation | 4809 Nw 49 Rd, Tamarac, FL 33319 |
| Residential Funding Corporation | TRANSACTION AGREEMENT | $0.00 | Electronic Data Systems Corporation | 4809 Nw 49 Rd, Tamarac, FL 33319 |
| Residential Funding Corporation | TRANSACTION AGREEMENT | $0.00 | Electronic Data Systems Corporation | 4809 Nw 49 Rd, Tamarac, FL 33319 |
| Residential Funding Corporation | Transaction Agreement - 2005-103 | $0.00 | Electronic Data Systems Corporation | 4809 Nw 49 Rd, Tamarac, FL 33319 |
| Residential Funding Corporation | TA 2006-101 WebRoot SpySweeper Implementation and On-going support - US | $0.00 | Electronic Data Systems Corporation | 4809 Nw 49 Rd, Tamarac, FL 33319 |
| Homecomings Financial Network, Inc. | Doc Prep Forms | $0.00 | Electronic Laser Forms, Inc. | 1100 Keo Way, Des Moines, IA 50309-1585 |
| GMAC Mortgage, LLC | Extend Agreement on 300 Users | $0.00 | Element K | 318 Shaker Lane, West Chester, PA 19380 |
| GMAC Mortgage, LLC | MSA (07/27/11) | $0.00 | eLynx, Ltd | Two Crowne Point Ct, Suite 370, Cincinnati, OH 45241 |
| GMAC Mortgage, LLC | Electronic document delivery via the eLynx web posting service | $0.00 | eLynx, Ltd | Two Crowne Point Ct, Suite 370, Cincinnati, OH 45241 |
| GMAC Mortgage, LLC | | $0.00 | eLynx, Ltd | Two Crowne Point Ct, Suite 370, Cincinnati, OH 45241 |
| GMAC Mortgage, LLC | | $0.00 | eLynx, Ltd | Two Crowne Point Ct, Suite 370, Cincinnati, OH 45241 |
| GMAC Mortgage, LLC | | $0.00 | eLynx, Ltd | Two Crowne Point Ct, Suite 370, Cincinnati, OH 45241 |
| GMAC Mortgage, LLC | | $0.00 | eLynx, Ltd | Two Crowne Point Ct, Suite 370, Cincinnati, OH 45241 |
| GMAC Mortgage, LLC | | $0.00 | eLynx, Ltd | Two Crowne Point Ct, Suite 370, Cincinnati, OH 45241 |
| GMAC Mortgage, LLC | Addendum 6 to Webposting Service Agreement | $0.00 | eLynx, Ltd | Two Crowne Point Ct, Suite 370, Cincinnati, OH 45241 |
| GMAC Mortgage, LLC | Addendum 7 to Webposting Service Agreement | $0.00 | eLynx, Ltd | Two Crowne Point Ct, Suite 370, Cincinnati, OH 45241 |
| GMAC Mortgage, LLC | Ditech SOW-electronic delivery of closing, loan application and disclosure documents; electronic signing of loan application and disclosure documents | $0.00 | eLynx, Ltd | Two Crowne Point Ct, Suite 370, Cincinnati, OH 45241 |
| GMAC Mortgage, LLC | Retail SOW | $0.00 | eLynx, Ltd | Two Crowne Point Ct, Suite 370, Cincinnati, OH 45241 |
| GMAC Mortgage, LLC | amendment to eLynx web posting services agreement | $0.00 | eLynx, Ltd | Two Crowne Point Ct, Suite 370, Cincinnati, OH 45241 |
| GMAC Mortgage, LLC | Viewing tool for documents in Elynx system | $0.00 | eLynx, Ltd | Two Crowne Point Ct, Suite 370, Cincinnati, OH 45241 |

12-12020-mg    Doc 1641    Filed 09/28/12    Entered 09/28/12 15:31:06    Main Document
Pg 12 of 17

12-12020-mg    Doc 924    Filed 07/26/12    Entered 07/26/12 19:12:53    Main Document
Exhibit 2 - Vendor Contracts Schedule
Pg 39 of 236

| Debtor Entity | Contract Description | Cure Amount Pre-Petition Obligations | Supplier - Common Supplier Counterparty | Address |
|---|---|---|---|---|
| GMAC Mortgage Group, LLC | direct sourcing for foreclosure and bankruptcy | $284.25 | Harmon Law Offices | 150 California St, Newton, MA 02461-0389 |
| GMAC Mortgage, LLC | direct sourcing for foreclosure and bankruptcy | See Above | Harmon Law Offices | 150 California St, Newton, MA 02461-0389 |
| GMAC Mortgage, LLC | direct sourcing | See Above | Harmon Law Offices | 150 California St, Newton, MA 02461-0389 |
| GMAC Mortgage Group, LLC | SOW Change Order-Incident Escalation and Notification Guidelines | See Above | Harmon Law Offices | 150 California St, Newton, MA 02461-0389 |
| GMAC Mortgage, LLC | Change Order #2 - Statement of Work for Direct Sourcing of Foreclosure & Bankruptcy. | See Above | Harmon Law Offices | 150 California St, Newton, MA 02461-0389 |
| GMAC Mortgage, LLC | Change Order #3 for default services (reports and service levels). | See Above | Harmon Law Offices | 150 California St, Newton, MA 02461-0389 |
| GMAC Mortgage, LLC | SOW to MSA | See Above | Harmon Law Offices | 150 California St, Newton, MA 02461-0389 |
| GMAC Mortgage Corporation | Direct Hire of Mortgage Professionals | $0.00 | Harwood & Harwood, Inc. | Po Box 1926, Blowing Rock, NC 28605 |
| GMAC Mortgage Corporation | Clarify referral on Statement of Work; One time payment for E. Hummel | $0.00 | Harwood & Harwood, Inc. | Po Box 1926, Blowing Rock, NC 28605 |
| GMAC Mortgage Corporation | Market Research | $0.00 | Hase Schannen Research Associates, Inc. | 231 Clarksville Road, Po Box 2061, Princeton, NJ 8543 |
| GMAC Mortgage Corporation | Market research; Incorporate updated SOW; Update confidentiality language | $0.00 | Hase Schannen Research Associates, Inc. | 231 Clarksville Road, Po Box 2061, Princeton, NJ 8543 |
| GMAC Mortgage Corporation | 2nd Wave/GM Family Value proposition conjoint research | $0.00 | Hase Schannen Research Associates, Inc. | 231 Clarksville Road, Po Box 2061, Princeton, NJ 8543 |
| GMAC Mortgage, LLC | Amendment to add SOW dated 6.22 | $0.00 | Hase Schannen Research Associates, Inc. | 231 Clarksville Road, Po Box 2061, Princeton, NJ 8543 |
| GMAC Mortgage, LLC | Total Rewards Credit Card Research 6-22-07 | $0.00 | Hase Schannen Research Associates, Inc. | 231 Clarksville Road, Po Box 2061, Princeton, NJ 8543 |
| GMAC Mortgage Corporation | Modular office furniture (ordered through individual furniture dealer) | $0.00 | Haworth, Inc. | One Haworth Center, Holland, MI 49423 |
| GMAC Mortgage Corporation | Modular office furniture (ordered through individual furniture dealer) | $0.00 | Haworth, Inc. | One Haworth Center, Holland, MI 49423 |
| GMAC Mortgage, LLC | Extension of Furniture Agreement | $0.00 | Haworth, Inc. | One Haworth Center, Holland, MI 49423 |
| GMAC-RFC | DATA SECURITY AND PRIVACY TERMS | $0.00 | Haynsworth Sinkler Boyd, PA | 1201 Main Street, Suite 2200, Columbia, MD 29211-1889 |
| GMAC Mortgage Corporation | Direct Hire staffing services for clerical/adm & sales personnel | $0.00 | Headway | 1301 Dove Street, Suite 650, Newport Beach, CA 92660 |
| GMAC Mortgage, LLC | Direct Hire - Adm/Sales Personnel | $0.00 | Headway | 1301 Dove Street, Suite 650, Newport Beach, CA 92660 |
| GMAC Mortgage Corporation | Direct Hire - Mortgage Professionals | $0.00 | Headway | 1301 Dove Street, Suite 650, Newport Beach, CA 92660 |
| GMAC Mortgage, LLC | I.T. asset disposal / destruction | $0.00 | Hesstech | 45 Executive Ave, Edison, NJ 8817 |
| GMAC Mortgage, LLC | Asset disposal services | $0.00 | Hesstech | 45 Executive Ave, Edison, NJ 8817 |
| GMAC-RFC | Master Lease Agreement between Compaq Capital Corporation n/k/a HPFS. Contract has been effective since 6/8/1998 but loaded in Ariba. | $13,695.57 | HEWLETT PACKARD FINANCIAL SVCS | Po Box 402575, Atlanta, GA 30384 |
| GMAC-RFC | Lease extension from 5/1/11 to 10/31/11 for certain products listed on the lease extension. | See Above | HEWLETT PACKARD FINANCIAL SVCS | Po Box 402575, Atlanta, GA 30384 |
| GMAC-RFC | Amendment #1 to the Master Lease Agreement to change Compaq as Lessor to HPFS. Document not loaded in Ariba until now. | See Above | HEWLETT PACKARD FINANCIAL SVCS | Po Box 402575, Atlanta, GA 30384 |
| Residential Funding Company, LLC | Master Lease Sch. # 10005900000114 | See Above | Hewlett-Packard Company | 13207 Collections Center Dr, Chicago, IL 60693 |
| GMAC Mortgage Corporation | Leased MFP printers & services | See Above | Hewlett-Packard Company | 13207 Collections Center Dr, Chicago, IL 60693 |
| GMAC Mortgage, LLC | Attachment A-SOW pilot printers | See Above | Hewlett-Packard Company | 13207 Collections Center Dr, Chicago, IL 60693 |
| GMAC Mortgage, LLC | add'l Try-HP printer units | See Above | Hewlett-Packard Company | 13207 Collections Center Dr, Chicago, IL 60693 |
| GMAC Mortgage, LLC | Enterprise SOW - fleet pricing | See Above | Hewlett-Packard Company | 13207 Collections Center Dr, Chicago, IL 60693 |
| GMAC Mortgage, LLC | Cherry Hill Pay Per Use Service | See Above | Hewlett-Packard Company | 13207 Collections Center Dr, Chicago, IL 60693 |
| GMAC Mortgage Corporation | Amendment 5 - Establish new pricing and products for the managed print program | See Above | Hewlett-Packard Company | 13207 Collections Center Dr, Chicago, IL 60693 |

12-12020-mg   Doc 1641   Filed 09/28/12   Entered 09/28/12 15:31:06   Main Document
Pg 13 of 17

12-12020-mg   Doc 924   Filed 07/26/12   Entered 07/26/12 19:12:53   Main Document
Exhibit 2 - Vendor Contracts Schedule
Pg 40 of 236

| Debtor Entity | Contract Description | Cure Amount / Pre-Petition Obligations | Supplier - Common Supplier (Common Company) | Address |
|---|---|---|---|---|
| Residential Funding Corporation | SUPPORT AGREEMENT | See Above | Hewlett-Packard Company | 13207 Collections Center Dr, Chicago, IL 60693 |
| GMAC-RFC | 2003 PURCHASE ORDER | See Above | Hewlett-Packard Company | 13207 Collections Center Dr, Chicago, IL 60693 |
| Residential Funding Corporation | MASTER LEASE AGREEMENT SCHEDULE NUMBER: 100059000088 | See Above | Hewlett-Packard Company | 13207 Collections Center Dr, Chicago, IL 60693 |
| Residential Funding Company, LLC | Exhibit A for Lease Schedule 100 | See Above | Hewlett-Packard Company | 13207 Collections Center Dr, Chicago, IL 60693 |
| Residential Funding Company, LLC | Exhibit A to Lease Schedule 101 | See Above | Hewlett-Packard Company | 13207 Collections Center Dr, Chicago, IL 60693 |
| GMAC-RFC | SUPPORT ACCOUNT OVERVIEW - VM WARE 24X7 & 9X5 | See Above | Hewlett-Packard Company | 13207 Collections Center Dr, Chicago, IL 60693 |
| Residential Capital, LLC | | See Above | Hewlett-Packard Corporation | 13207 Collections Center Dr, Chicago, IL 60693 |
| GMAC-RFC | DATA SECURITY AND PRIVACY TERMS | $0.00 | Heyl Royster Voelker & Allen PC | 124 Sw Adams St, Suite 600, Peoria, IL 61602-1352 |
| GMAC-RFC | Data Security and Privacy Terms Agreement | $0.00 | Hiscock & Barclay LLP | One Park Place, 300 South State Street, Syracuse, NY 13212-3541 |
| GMAC Mortgage Corporation | marking products, including self-inking stamps | $0.00 | Hitt Marking Devices | 3231 W. Macarthur Blvd., Santa Ana, CA 92704 |
| GMAC-RFC | DATA SECURITY AND PRIVACY TERMS | $0.00 | Hoagland, Fitzgerald, Smith, Pranaitis | 401 Market St, Alton, IL 62002-6257 |
| Residential Funding Corporation | MARKETING SERVICES AGREEMENT | $0.00 | Hoffman Communications | 2900 Washington Avenue North, Minneapolis, MN 55411 |
| Residential Funding Company, LLC | WOE# 937 - Baier | $0.00 | Hollstadt & Associates Inc | 14300 Nicollet Ct, Suite 301, Burnsville, MN 55306-8330 |
| Residential Funding Company, LLC | WOE#695 03/09/07 | $0.00 | Hollstadt & Associates Inc | 14300 Nicollet Ct, Suite 301, Burnsville, MN 55306-8330 |
| Residential Funding Corporation | Work Order Change Authorization Form | $0.00 | Hollstadt & Associates Inc | 14300 Nicollet Ct, Suite 301, Burnsville, MN 55306-8330 |
| GMAC-RFC | Work Order Change Authorization Form | $0.00 | Hollstadt & Associates Inc | 14300 Nicollet Ct, Suite 301, Burnsville, MN 55306-8330 |
| GMAC-RFC | Work Order Change Authorization Form | $0.00 | Hollstadt & Associates Inc | 14300 Nicollet Ct, Suite 301, Burnsville, MN 55306-8330 |
| Residential Funding Corporation | AMENDMENT TO THE MASTER SERVICES AGREEMENT WORK ORDER(S) | $0.00 | Hollstadt & Associates Inc | 14300 Nicollet Ct, Suite 301, Burnsville, MN 55306-8330 |
| Residential Funding Corporation | WOE-Kehmeier | $0.00 | Hollstadt & Associates Inc | 14300 Nicollet Ct, Suite 301, Burnsville, MN 55306-8330 |
| Residential Funding Corporation | Work Order Change Authorization Form | $0.00 | Hollstadt & Associates Inc | 14300 Nicollet Ct, Suite 301, Burnsville, MN 55306-8330 |
| GMAC Mortgage, LLC | Generator Maintenance | $0.00 | Holt Texas LTD | P.O. Box 911975, Dallas, TX 75391-1975 |
| GMAC Mortgage, LLC | Consultant to facilitate and develop enterprise-wide policies. | $0.00 | HOME OWNERSHIP ADVANTAGE | 2499 Hwy 6 And 50, Grand Junction, CO 81505 |
| GMAC Mortgage, LLC | Pre-foreclosure property preservation. | $0.00 | Home Telos, Inc | 14651 Dallas Parkway, Suite 414, Dallas, TX 75254 |
| GMAC-RFC | DATA SECURITY AND PRIVACY TERMS | $0.00 | Homer Bonner PA | 1200 Four Seasons Tower, 1441 Brickell Avenue, Miami, FL 33131 |
| GMAC Mortgage, LLC | Correspondent Acquisition Purchase and Sale Agreement | $0.00 | HomeView Lending, Inc. | 5520 Commercenter Drive, Suite 200, Lake Forest, CA 92630 |
| GMAC-RFC | DATA SECURITY AND PRIVACY TERMS | $0.00 | Honigman, Miller, Schwartz & Cohn | 600 Woodward Ave., Suite 2290, Detroit, MI 48226 |
| GMAC-RFC | IT Services Agreement for GMACM | $0.00 | Honor State Bank | 4821 Old National Rd E, Richmond, IN 47374 |
| Residential Funding Corporation | Assetwise Compliance Engine Agreement | $0.00 | Honor State Bank | 4821 Old National Rd E, Richmond, IN 47374 |
| GMAC-RFC | Private Branding Approval Form | $0.00 | Hoover Slovacek LLP | San Felipe Plaza 5847 San Felipe, Suite 2200, Houston, TX 77057 |
| GMAC-RFC | DATA SECURITY AND PRIVACY TERMS | $0.00 | Hope Now Alliance | 110 Virginia Drive, Fort Washington, PA 19034 |
| GMAC Mortgage, LLC | Home Affordable Modification (HAMP) | $0.00 | Howard Systems International | 8400 Normandale Lake Blvd., Suite 310, Bloomington., MN 55437 |
| Residential Funding Corporation | CONTRACTOR AGREEMENT | | | |
| GMAC Mortgage Corporation | GM Agreement not available -- MSA for all GM entities | $0.00 | HP ENTERPRISE SERVICES LLC | Po Box 281935, Atlanta, GA 30384 |
| GMAC Mortgage, LLC | IT Services Agreement for GMACM | $0.00 | HP ENTERPRISE SERVICES LLC | Po Box 281935, Atlanta, GA 30384 |
| GMAC Mortgage, LLC | EDS transition - Phase I | $0.00 | HP ENTERPRISE SERVICES LLC | Po Box 281935, Atlanta, GA 30384 |
| Residential Capital, LLC | | $0.00 | HP ENTERPRISE SERVICES LLC | Po Box 281935, Atlanta, GA 30384 |
| GMAC Mortgage, LLC | To install, monitor and/or maintain systems defined in attached Schedules and SOWs | $0.00 | HSM Electronic Protection Services, Inc. | 116 Corporate Boulevard, South Plainfield, NJ 07080 |
| GMAC Mortgage, LLC | Monitoring Services | $0.00 | HSM Electronic Protection Services, Inc. | 116 Corporate Boulevard, South Plainfield, NJ 07080 |

# ATTACHMENT C

12-12020-mg    Doc 1641    Filed 09/28/12    Entered 09/28/12 15:31:06    Main Document
Pg 15 of 17

12-12020-mg    Doc 924    Filed 07/26/12    Entered 07/26/12 19:12:53    Main Document
Exhibit 2 - Vendor Contracts Schedule
Pg 39 of 236

| Debtor Entity | Contract Description | Cure Amount/ Pre-Petition Obligations | Supplier - Common Supplier Counterparty | Address |
|---|---|---|---|---|
| GMAC Mortgage Group, LLC | direct sourcing for foreclosure and bankruptcy | $284.25 | Harmon Law Offices | 150 California St, Newton, MA 02461-0389 |
| GMAC Mortgage, LLC | direct sourcing for foreclosure and bankruptcy | See Above | Harmon Law Offices | 150 California St, Newton, MA 02461-0389 |
| GMAC Mortgage, LLC | direct sourcing | See Above | Harmon Law Offices | 150 California St, Newton, MA 02461-0389 |
| GMAC Mortgage Group, LLC | SOW Change Order-Incident Escalation and Notification Guidelines | See Above | Harmon Law Offices | 150 California St, Newton, MA 02461-0389 |
| GMAC Mortgage, LLC | Change Order #2 - Statement of Work for Direct Sourcing of Foreclosure & Bankruptcy. | See Above | Harmon Law Offices | 150 California St, Newton, MA 02461-0389 |
| GMAC Mortgage, LLC | Change Order #3 for default services (reports and service levels). | See Above | Harmon Law Offices | 150 California St, Newton, MA 02461-0389 |
| GMAC Mortgage, LLC | SOW to MSA | See Above | Harmon Law Offices | 150 California St, Newton, MA 02461-0389 |
| GMAC Mortgage Corporation | Direct Hire of Mortgage Professionals | $0.00 | Harwood & Harwood, Inc. | Po Box 1926, Blowing Rock, NC 28605 |
| GMAC Mortgage Corporation | Clarify referral on Statement of Work; One time payment for E. Hummel | $0.00 | Harwood & Harwood, Inc. | Po Box 1926, Blowing Rock, NC 28605 |
| GMAC Mortgage Corporation | Market Research | $0.00 | Hase Schannen Research Associates, Inc. | 231 Clarksville Road, Po Box 2061, Princeton, NJ 8543 |
| GMAC Mortgage Corporation | Market research; Incorporate updated SOW; Update confidentiality language | $0.00 | Hase Schannen Research Associates, Inc. | 231 Clarksville Road, Po Box 2061, Princeton, NJ 8543 |
| GMAC Mortgage Corporation | 2nd Wave/GM Family Value proposition conjoint research | $0.00 | Hase Schannen Research Associates, Inc. | 231 Clarksville Road, Po Box 2061, Princeton, NJ 8543 |
| GMAC Mortgage, LLC | Amendment to add SOW dated 6.22 | $0.00 | Hase Schannen Research Associates, Inc. | 231 Clarksville Road, Po Box 2061, Princeton, NJ 8543 |
| GMAC Mortgage, LLC | Total Rewards Credit Card Research 6-22-07 | $0.00 | Hase Schannen Research Associates, Inc. | 231 Clarksville Road, Po Box 2061, Princeton, NJ 8543 |
| GMAC Mortgage Corporation | Modular office furniture (ordered through individual furniture dealer) | $0.00 | Haworth, Inc. | One Haworth Center, Holland, MI 49423 |
| GMAC Mortgage Corporation | Modular office furniture (ordered through individual furniture dealer) | $0.00 | Haworth, Inc. | One Haworth Center, Holland, MI 49423 |
| GMAC Mortgage, LLC | Extension of Furniture Agreement | $0.00 | Haynsworth Sinkler Boyd, PA | 1201 Main Street, Suite 2200, Columbia, MD 29211-1889 |
| GMAC-RFC | DATA SECURITY AND PRIVACY TERMS | $0.00 | Headway | 1301 Dove Street, Suite 650, Newport Beach, CA 92660 |
| GMAC Mortgage Corporation | Direct Hire staffing services for clerical/adm & sales personnel | $0.00 | Headway | 1301 Dove Street, Suite 650, Newport Beach, CA 92660 |
| GMAC Mortgage, LLC | Direct Hire - Adm/Sales Personnel | $0.00 | Headway | 1301 Dove Street, Suite 650, Newport Beach, CA 92660 |
| GMAC Mortgage Corporation | Direct Hire - Mortgage Professionals | $0.00 | Headway | 1301 Dove Street, Suite 650, Newport Beach, CA 92660 |
| GMAC Mortgage, LLC | I.T. asset disposal / destruction | $0.00 | Hesstech | 45 Executive Ave, Edison, NJ 8817 |
| GMAC Mortgage, LLC | Asset disposal services | $0.00 | Hesstech | 45 Executive Ave, Edison, NJ 8817 |
| GMAC-RFC | Master Lease Agreement between Compaq Capital Corporation n/k/a HPFS. Contract has been effective since 6/8/1998 but not loaded in Ariba. | $13,695.57 | HEWLETT PACKARD FINANCIAL SVCS | Po Box 402575, Atlanta, GA 30384 |
| GMAC-RFC | Lease extension from 5/1/11 to 10/31/11 for certain products listed on the lease extension. | See Above | HEWLETT PACKARD FINANCIAL SVCS | Po Box 402575, Atlanta, GA 30384 |
| GMAC-RFC | Amendment #1 to the Master Lease Agreement to change Compaq as Lessor to HPFS. Document not loaded in Ariba until now. | See Above | HEWLETT PACKARD FINANCIAL SVCS | Po Box 402575, Atlanta, GA 30384 |
| Residential Funding Company, LLC | Master Lease Sch. # 10005900114 | See Above | Hewlett-Packard Company | 13207 Collections Center Dr, Chicago, IL 60693 |
| GMAC Mortgage Corporation | Leased MFP printers & services | See Above | Hewlett-Packard Company | 13207 Collections Center Dr, Chicago, IL 60693 |
| GMAC Mortgage, LLC | Attachment A-SOW pilot printers | See Above | Hewlett-Packard Company | 13207 Collections Center Dr, Chicago, IL 60693 |
| GMAC Mortgage, LLC | add'l Try-HP printer units | See Above | Hewlett-Packard Company | 13207 Collections Center Dr, Chicago, IL 60693 |
| GMAC Mortgage, LLC | Enterprise SOW - fleet pricing | See Above | Hewlett-Packard Company | 13207 Collections Center Dr, Chicago, IL 60693 |
| GMAC Mortgage, LLC | Cherry Hill Pay Per Use Service | See Above | Hewlett-Packard Company | 13207 Collections Center Dr, Chicago, IL 60693 |
| GMAC Mortgage Corporation | Amendment 5 - Establish new pricing and products for the managed print program | See Above | Hewlett-Packard Company | 13207 Collections Center Dr, Chicago, IL 60693 |

# ATTACHMENT D

### HP Pay Per Use for Imaging and Printing Services
### Cure Amount Statement of Account

| Inv Ref | Doc Date | Amount | Inv. Coverage | Rescap Pre | Rescap Post |
|---|---|---|---|---|---|
| 7118878 | 4/27/2012 | $ 135,553.69 | 03/01/2012 - 03/31/2012 | $ 135,553.69 | |
| 7120302 | 5/30/2012 | $ 148,240.99 | 4/1/2012 - 4/30/2012 | $ 148,240.99 | |
| 7121464 | 6/27/2012 | $ 127,183.76 | 5/1/2012-5/31/2012 | $ 53,335.09 | $ 73,848.58 |
| | | | | | |
| | | | | | |
| 300274585 | 1/5/2012 | $ (3,798.73) | 09/01/2011 - 09/30/2011 | $ (3,798.73) | |
| 66932131 | 12/20/2011 | 4456.04 | 11/01/2011 - 11/30/2011 | $ 4,456.04 | |
| 67189538 | 4/27/2012 | 4315.1 | 03/01/2012 - 03/31/2012 | $ **4,315.10** | |
| 67247749 | 5/30/2012 | 4000.96 | 04/01/2012 - 04/30/2012 | $ **4,000.96** | |
| 67297517 | 6/27/2012 | 2327.32 | 5/1/2012-5/31/2012 | $ 975.97 | $ 1,351.35 |
| 67297518 | 6/27/2012 | 3765.88 | 5/1/2012-5/31/2012 | $ 1,579.24 | $ 2,186.64 |
| 67297519 | 6/27/2012 | $ 19,197.20 | 5/1/2012-5/31/2012 | $ 8,050.44 | $ 11,146.76 |
| | | | | $ **356,708.79** | $ **88,533.33** |