# **EXHIBIT B**

AMENDMENT TO AGREEMENT ("Amendment")

RETURN TO:
Contracts Department
Infor Global Solutions (Michigan), Inc.
13560 Morris Road, Suite 4100
Alpharetta, GA 30004

August 30, 2010

Ally Financial Inc., f/k/a GMAC Mortgage LLC ("Customer") desires to amend its License Agreement dated February 29, 1996, as amended to date (the "Agreement") with Infor Global Solutions (Michigan), Inc. ("Infor") for the right to use the SmartStream Asset Management, SmartStream Consolidations, SmartStream Ledger, SmartStream Payables, SmartStream Allocations and the applicable number of licensed Standard, Casual and Lite Users (individually and collectively "Programs"), to include the following additional rights:

1.  **NAME AND LICENSE SITE CHANGE.** Customer has made a request that Infor alter its records to reflect (i) a change in Customer's name from GMAC Mortgage LLC to Ally Financial Inc; and, (ii) a change of Customer's License Site from 100 Witmer Road, Horsham, PA 19044 to 2501 South State Highway 121, Building 3, Suite 300, Lewisville, TX 75067. By execution below, Customer hereby certifies 1) that it has fully performed all of its obligations, including but not limited to its payment obligations, under the Agreement noted above with Infor at all times up to the date of this certification; 2) that Customer's Agreement is in full force and effect on and as of the date of this Amendment; 3) that only the Customer's data and the data of its Affiliates will be processed in accordance with the Agreement pursuant to this name change and relocation of Customer's License Site; and 4) that the Programs will be removed in whole from the previous location.


REDACTED

1 of 2

**REDACTED**

3. **GEOGRAPHIC TERRITORIES.** Upon execution hereof, Infor will grant Customer the additional right to Use the Programs in the following countries: Worldwide.

Customer acknowledges and agrees that U.S. export control laws and other applicable export and import laws govern its use of the Programs and Customer will neither export or re-export, directly or indirectly, the Programs, nor any direct product thereof in violation of such laws, or use the Programs for any purpose prohibited by such laws.

4. The total fee applicable for the rights granted hereunder is           "Total Fee"). Upon Infor's execution of this Amendment, Infor shall invoice Customer for one hundred percent (100%) of the Total Fee. Customer shall pay said invoice within thirty (30) days of the invoice date.

5. The pricing set forth in this Amendment is valid if accepted by Customer by August 30, 2010. Unless defined herein, all capitalized terms shall have the same meaning as defined in the Agreement, as amended the Agreement remains in full force and effect.

ACCEPTED:  
Ally Financial Inc.

By _Sunita Das_

Name Printed _SUNITA DAS_

Title _DIRECTOR, IT PROCUREMENT_

Date _08/30/2010_

ACCEPTED:  
Infor Global Solutions (Michigan), Inc.

By _____

Name Printed _Gregory M. Giangiordano  
SVP & General Counsel_

Title _____

Date _30 August 2010_

2 of 2  
BflAlly – GMAC AMD 822010 V1 832010V2 892010 V3 8202010 V4R  
8242010 V5R 8252010 V6F 8302010 V7F