**CERTIFICATE OF SERVICE**

    I, Stanley B. Tarr, hereby certify that on September 28, 2012 I caused a copy of the *Objection of Infor Global Solutions (Michigan), Inc. to Notice of the (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto* to be served upon the following via First Class Mail and Email (where indicated):

| | |
|---|---|
| Larren M. Nashelsky, Esquire<br>Gary S. Lee, Esquire<br>Morrison & Foerster LLP<br>1290 Avenue of the Americas<br>New York, NY 10104<br>lnashelsky@mofo.com<br>glee@mofo.com | Sidley Austin LLP<br>Jessica C.K. Boelter, Esquire<br>One South Dearborn<br>Chicago, IL 60603<br>jboelter@sidley.com |
| Kenneth H. Eckstein, Esquire<br>Douglas H. Mannal, Esquire<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY 10036<br>keckstein@kramerlevin.com<br>dmannal@kramerlevin.com | Seth Goldman, Esquire<br>Thomas Walper, Esquire<br>Munger, Tolles & Olson LLP<br>355 South Grand Avenue<br>Los Angeles, CA 90071<br>seth.goldman@mto.com<br>twalper@mto.com |

Brian Masumoto, Esquire
Office of the United States Trustee for the
Southern District of New York
33 Whitehall Street
21st Floor
New York, NY 10004

                                                            __*/s/ Stanley B. Tarr*_____
                                                            Stanley B. Tarr