Prepared and submitted by: *Ralph V Marlow and Jennifer Kaye Dolan*
[Restricted to 28 USC 1746-1, UCC 1-308]  Authorized Representative
(known as) Ralph V Marlow, Pro Se    A. R. R. without prejudice
c/o 94 Tatum Road
Sarasota, near (34240),
FLORIDA: non-domestic, without the US

## Certificate of Service

I, Ralph V. Marlow, certify that September 13, 2012 I mailed a true and correct copy

of the Subpeona Duces Tecum to the following

EDWARD B. PRITCHARD
C/O KASS SHULER P.A.
P.O. Box 800
Tampa FL 33601-0800

KEVIN E. PAUL, ESQ.,
VESCHIO LAW GROUP, LLC,
2001 W KENNEDY BLVD,
TAMPA, FL 33606,

ENRICO GONZALEZ, ESQUIRE,
6255 E. FOWLER AVENUE,
TEMPLE TERRACE, FL 33617,

UNITED STATES OF AMERICA, INTERNAL REVENUE SERVICE,
PAUL I. PEREZ,
UNITED STATES ATTORNEY, MIDDLE DISTRICT
400 NORTH TAMPA STREET, PARK TOWER, SUITE 3200,
TAMPA, FL 33602

UNITED STATES BANKRUPTCY COURT,
SOUTHERN DISTRICT OF NEW YORK
Re: Case 12-12020
1 Bowling Green  #625
New York, NY 10004

Prepared and submitted by: *Ralph L Marlow and Jennifer Kaye Marlow*
[Restricted to 28 USC 1746-1, UCC 1-308]    Authorized Representatives
(known as) Ralph V Marlow and Jennifer Kaye Marlow, Pro Se
c/o 94 Tatum Road
Sarasota, near (34240),
FLORIDA; non-domestic, without the US

## IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT
## IN AND FOR SARASOTA COUNTY, FLORIDA

| | |
|---|---|
| GMAC MORTGAGE LLC<br><br>Plaintiff,<br><br>vs.<br><br>Ralph V Marlow,<br>Jennifer Kaye Marlow et al.,<br><br>Defendant, in error | Case No.: 2011 CA-001447NC<br><br>RECEIVED<br>SEP 17 2012<br>U.S. BANKRUPTCY COURT<br>SO DIST OF NEW YORK |

### SUBPOENA DUCES TECUM

COMES NOW, Ralph V Marlow and Jennifer Kaye Marlow, (hereinafter "Defendants") and serves the Plaintiff with Request for Production of Documents pursuant to RULE 26 (b) of Federal Rules of Civil Procedure.

Request No. 1.    Please produce all copies of documents, records, journal and bookkeeping entries related to Defendant's account number 0600461954, including the method of payment of the "Loan received" allegedly prior to the signing of the Mortgage and Promissory note, as referenced in line 1 of Borrower's Promise to Pay. (of Promissory Note between Ralph V Marlow and Sentinel Mortgage.) <u>Please note that</u>

Page 1 of 3

<u>this is not a request for monthly statements already mailed Defendant, but the underlying accounting of Defendant's LEGERED account sued on.</u>

Request No. 2        Please provide Bona Fide proof of the amount paid by GMAC MORTGAGE LLC. for this NOTE, account number 0600461954, as well as the contract with Sentinel Mortgage Company as the mortgagee and Freddie Mae as the holder of this NOTE and the servicing agreement secured from them. Include all data securing the "chain of title" from Sentinel Mortgage to MERS to GMAC MORTGAGE LLC to FREDDIE MAC, as they indicate that they hold the note and have since Dec 2, 2002, back to MERS and then to GMAC MORTGAGE LLC with supporting assignments and document filings.

Request No. 3.        Title Insurance Policy pages for property (front and back)

Request No. 4.        Please provide Bona Fide Proof of standing of GMAC MORTGAGE LLC, Kass Shuler P. A., Grace Cooper, Esq., in their professional compliance as required by the State of Florida.

Request No. 5        Please provide Bona Fide proof of the appropriate filings for GMAC MORTGAGE LLC , Kass Shuler P. A., and Grace Cooper, Esq. in their professional compliance as to the "Oath of Office", and current payment of any and all recording fees as well as appropriate liability insurances and E and O protections as required by law.

Request No. 6        Please provide Bona Fide proof of Contract between Kass Shuler P. A.. and Grace Cooper, Esq.. to act on behalf of the Plaintiff GMAC MORTGAGE LLC .

Request No. 7        Please provide the legally delegated authority from the United States Bankruptcy Court, Sothern District of New York to pursue this case on behalf of GMAC MORTGAGE LLC which is in said courts protection under case # 12-12020 since May 14, 2012.

PLEASE TAKE NOTICE THAT the documents shall be produced for inspection and copying before twenty days has passed from this filing..

DATED:    September 13, 2012

Respectfully submitted and signed by,

Ralph V. Marlow and Jennifer Kaye Marlow

Defendants in error

*[signature: Ralph V. Marlow and Jennifer Kaye Marlow]*