James J. Lotz (NY # 2538551)
**FOLEY & MANSFIELD, PLLP**
485 Madison Avenue, Suite 1300
New York, NY  10022
Telephone:    (212) 421-0436
Facsimile:     (212) 421-0539
jlotz@foleymansfield.com

*Attorneys for TCF National Bank*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| In Re: | Case No.:  12-12020-mg |
|---|---|
| Residential Capital, LLC *aka* Residential Capital Corporation,[1]  Debtor. | Chapter 11  Jointly Administered |

**WITHDRAWAL OF OBJECTION OF TCF NATIONAL BANK AND JOINDER IN THE PRE-AUCTION OBJECTION OF THE RMBS TRUSTEES.**

TCF National Bank ("TCF") hereby withdraws its Objection to Sale Motion and Joinder in Objections of RMBS Trustees (*ECF docket no. 1452*) filed on September 14, 2012, in the above-referenced bankruptcy proceeding.

---

[1] The Debtors are: Ditech, LLC; DOA Holding Properties, LLC; DOA Holdings NoteCo, LLC; DOA Properties IX (Lots-Other), LLC; EPRE LLC; Equity Investment I, LLC; ETS of Virginia, Inc.; ETS of Washington, Inc.; Executive Trustee Services, LLC; GMAC Model Home Finance I, LLC; GMAC Mortgage USA Corporation; GMAC Mortgage, LLC; GMAC Residential Holding Company, LLC; GMACM Borrower LLC; GMACR Mortgage Products, LLC; GMAC-RFC Holding Company, LLC; GMACRH Settlement Services, LLC; HFN REO SUB II, LLC; Home Connects Lending Services, LLC; Homecomings Financial, LLC; Homecomings Financial Real Estate Holdings, LLC; Ladue Associates, Inc.; Passive Asset Transactions, LLC; PATI A, LLC; PATI B, LLC; PATI Real Estate Holdings, LLC; RAHI A, LLC; RAHI B, LLC; RAHI Real Estate Holdings, LLC; RCSFJV2004, LLC; Residential Accredit Loans, Inc.; Residential Asset Mortgage Products, Inc.; Residential Asset Securities Corporation; Residential Capital, LLC; Residential Consumer Services of Alabama, LLC; Residential Consumer Services of Ohio, LLC; Residential Consumer Services of Texas, LLC; Residential Consumer Services, LLC; Residential Funding Company, LLC; Residential Funding Mortgage Exchange, LLC; Residential Funding Mortgage Securities I, Inc.; Residential Funding Mortgage Securities II, Inc.; Residential Funding Real Estate Holdings, LLC; Residential Mortgage Real Estate Holdings, LLC; RFC Asset Holdings II, LLC; RFC Asset Management, LLC; RFC Borrower LLC; RFC Construction Funding, LLC; RFC SFJV-2002, LLC; and RFC-GSAP Servicer Advance, LLC.

Respectfully submitted,

**FOLEY & MANSFIELD, PLLP**

Dated: September 28, 2012        By: */e/ James J. Lotz*
James J. Lotz (NY# 2538551)
485 Madison Avenue, Suite 1300
New York, NY  10022
Telephone:   (212) 421-0436
Facsimile:   (212) 421-0539
jlotz@foleymansfield.com

**Attorneys for TCF National Bank**