# EXHIBIT A

12-12020-mg    Doc 1645-1    Filed 09/28/12    Entered 09/28/12 16:12:00    Exhibit A
Pg 1 of 13



| ORG ID | DATE | |
|---|---|---|
| 1000440 | 1/9/2009 | |
| **CREDIT NOTE NO.** | | |
| CN000000388 | | |

*For billing inquiries please call 1-888-680-MERS*

| | Description/Comments | | | | Amount |
|---|---|---|---|---|---|
| | Credit for MERS Rule 5 invoice dated 5/22/08 - payment received on Proof of Claim filed for United Pacific Mortgage - Org ID 1001349 | | | | -0.97 |
| | | | | Subtotal | -0.97 |
| | | | | Total Tax | 0.00 |
| | | | | **Total Amount** | **-0.97** |

CREDIT NOTE

*Please detach this portion and return with payment*

| CREDIT NOTE NO. | DATE | ORG ID |
|---|---|---|
| CN000000388 | 1/9/2009 | 1000440 |
| CREDIT AMOUNT | | |
| -0.97 | | |

**SOLD TO:**

Residential Funding Company, LLC          00001
Attn: Debra Bergman
3451 Hammond Avenue
Waterloo, IA 50702

**REMIT TO:**

MERSCORP Holdings, Inc.
13059 Collections Center Drive
Chicago, IL 60693



| ORG ID | INVOICE DATE | DUE DATE |
|---|---|---|
| 1000440 | 1/25/2011 | 2/14/2011 |
| INVOICE NUMBER | INVOICE TERMS | |
| R0003843 | NET20 | |

*For billing inquiries please call 1-888-680-MERS*

| | Description/Comments | | | | Amount |
|---|---|---|---|---|---|
| | MERS RULE 5 TRANSACTION FEES | | | | 27.80 |

**Late charges will accrue @ 1.5 % per month on all unpaid balances**

| | | | | Subtotal | 27.80 |
|---|---|---|---|---|---|
| | | | | Total Tax | 0.00 |
| | | | | Total Amount | **27.80** |

---

*Please detach this portion and return with payment*

| INVOICE NUMBER | INVOICE DATE | ORG ID |
|---|---|---|
| R0003843 | 1/25/2011 | 1000440 |
| AMOUNT DUE | | |
| 27.80 | | |

———— **SOLD TO:** ————           ———— **REMIT TO:** ————

Residential Funding Company, LLC    00001    MERSCORP Holdings, Inc.
Attn: Debra Bergman                          13059 Collections Center Drive
3451 Hammond Avenue                          Chicago, IL 60693
Waterloo, IA 50702



| ORG ID | DATE | |
|---|---|---|
| 1000440 | 2/9/2009 | |
| **CREDIT NOTE NO.** | | |
| CN000000399 | | |

*For billing inquiries please call 1-888-680-MERS*

| | Description/Comments | | | | Amount |
|---|---|---|---|---|---|
| | Credit for MERS Rule 5 invoice dated 8/8/08 - payment received from First Greensboro Home Equity Org ID 1001405 | | | | -2.48 |
| | | | | Subtotal | -2.48 |
| | | | | Total Tax | 0.00 |
| | | | | **Total Amount** | **-2.48** |

**CREDIT NOTE**

*Please detach this portion and return with payment*

| CREDIT NOTE NO. | DATE | ORG ID |
|---|---|---|
| CN000000399 | 2/9/2009 | 1000440 |
| CREDIT AMOUNT | | |
| -2.48 | | |

**SOLD TO:**

Residential Funding Company, LLC     00001
Attn: Debra Bergman
3451 Hammond Avenue
Waterloo, IA 50702

**REMIT TO:**

MERSCORP Holdings, Inc.
13059 Collections Center Drive
Chicago, IL 60693



| ORG ID | DATE | |
|---|---|---|
| 1000440 | 2/23/2009 | |
| **CREDIT NOTE NO.** | | |
| CN000000406 | | |

*For billing inquiries please call 1-888-680-MERS*

| | Description/Comments | | | | | Amount |
|---|---|---|---|---|---|---|
| | Credit for MERS Rule 5 invoice dated 5/22/08 - payment received from Lenders Direct Capital Corporation - Org ID 1003194 | | | | | -4.95 |
| | | | | | Subtotal | -4.95 |
| | | | | | Total Tax | 0.00 |
| | | | | | **Total Amount** | **-4.95** |

**CREDIT NOTE**

*Please detach this portion and return with payment*

| CREDIT NOTE NO. | DATE | ORG ID |
|---|---|---|
| CN000000406 | 2/23/2009 | 1000440 |
| CREDIT AMOUNT | | |
| -4.95 | | |

**SOLD TO:**

Residential Funding Company, LLC        00001
Attn: Debra Bergman
3451 Hammond Avenue
Waterloo, IA 50702

**REMIT TO:**

MERSCORP Holdings, Inc.
13059 Collections Center Drive
Chicago, IL 60693



| ORG ID | DATE | |
|---|---|---|
| 1000440 | 3/10/2010 | |
| **CREDIT NOTE NO.** | | |
| CN000000476 | | |

**For billing inquiries please call 1-888-680-MERS**

| | Description/Comments | | | | | Amount |
|---|---|---|---|---|---|---|
| | Credit for Rule 5 invoice dated 11/1/07 payment received from Ameritrust Mortgage Co. - Org ID 1002363 | | | | | -715.35 |
| | | | | | Subtotal | -715.35 |
| | | | | | Total Tax | 0.00 |
| | | | | | Total Amount | **-715.35** |

CREDIT NOTE

---

*Please detach this portion and return with payment*

| CREDIT NOTE NO. | DATE | ORG ID |
|---|---|---|
| CN000000476 | 3/10/2010 | 1000440 |
| CREDIT AMOUNT | | |
| -715.35 | | |

**SOLD TO:**

Residential Funding Company, LLC
Attn: Debra Bergman
3451 Hammond Avenue
Waterloo, IA 50702

00001

**REMIT TO:**

MERSCORP Holdings, Inc.
13059 Collections Center Drive
Chicago, IL 60693



| ORG ID | DATE |
|---|---|
| 1000440 | 4/6/2010 |
| **CREDIT NOTE NO.** | |
| CN000000497 | |

*For billing inquiries please call 1-888-680-MERS*

| Description/Comments | | | | Amount |
|---|---|---|---|---|
| Credit for Rule 5 invoice dated 11/1/07 partial payment received from General Mortgage Corp. of America - Org ID 1000936 | | | | -1.67 |
| | | | Subtotal | -1.67 |
| | | | Total Tax | 0.00 |
| | | | **Total Amount** | **-1.67** |

**CREDIT NOTE**

---

*Please detach this portion and return with payment*

| CREDIT NOTE NO. | DATE | ORG ID |
|---|---|---|
| CN000000497 | 4/6/2010 | 1000440 |
| CREDIT AMOUNT | | |
| -1.67 | | |

**SOLD TO:**

Residential Funding Company, LLC    00001
Attn: Debra Bergman
3451 Hammond Avenue
Waterloo, IA 50702

**REMIT TO:**

MERSCORP Holdings, Inc.
13059 Collections Center Drive
Chicago, IL 60693



| ORG ID | DATE | |
|---|---|---|
| 1000440 | 4/6/2012 | |
| **CREDIT NOTE NO.** | | |
| CN000000629 | | |

*For billing inquiries please call 1-888-680-MERS*

| | Description/Comments | | | | Amount |
|---|---|---|---|---|---|
| | Credit for Rule 5 invoice dated 2/1/08 - partial payment received from AEGIS Wholesale Corporation - Org ID 1000530 | | | | -99.47 |
| | | | | Subtotal | -99.47 |
| | | | | Total Tax | 0.00 |
| | | | | **Total Amount** | **-99.47** |

## CREDIT NOTE

*Please detach this portion and return with payment*

| CREDIT NOTE NO. | DATE | ORG ID |
|---|---|---|
| CN000000629 | 4/6/2012 | 1000440 |
| CREDIT AMOUNT | | |
| -99.47 | | |

**SOLD TO:**

Residential Funding Company, LLC    00001
Attn: Debra Bergman
3451 Hammond Avenue
Waterloo, IA 50702

**REMIT TO:**

MERSCORP Holdings, Inc.
13059 Collections Center Drive
Chicago, IL 60693



| ORG ID | DATE | |
|---|---|---|
| 1000440 | 4/6/2012 | |
| CREDIT NOTE NO. | | |
| CN000000648 | | |

*For billing inquiries please call 1-888-680-MERS*

| | Description/Comments | | | | | Amount |
|---|---|---|---|---|---|---|
| | Credit for Rule 5 invoices dated 8/8/08 & 12/15/08 - partial payment received from Aegis Mortgage Corporation - Org ID 1000553 | | | | | -73.26 |
| | | | | | Subtotal | -73.26 |
| | | | | | Total Tax | 0.00 |
| | | | | | **Total Amount** | **-73.26** |

## CREDIT NOTE

*Please detach this portion and return with payment*

| CREDIT NOTE NO. | DATE | ORG ID |
|---|---|---|
| CN000000648 | 4/6/2012 | 1000440 |
| CREDIT AMOUNT | | |
| -73.26 | | |

**SOLD TO:**

Residential Funding Company, LLC     00001
Attn: Debra Bergman
3451 Hammond Avenue
Waterloo, IA 50702

**REMIT TO:**

MERSCORP Holdings, Inc.
13059 Collections Center Drive
Chicago, IL 60693



| ORG ID | INVOICE DATE | DUE DATE |
|---|---|---|
| 1000440 | 5/5/2012 | 5/25/2012 |
| INVOICE NUMBER | INVOICE TERMS | |
| IN000399287 | NET20 | |

*For billing inquiries please call 1-888-680-MERS*

| Item No. | Description/Comments | Quantity | U/M | Unit Price | Amount |
|---|---|---|---|---|---|
| 311-1 | Seasoned Intra-Company Transfer | 46.00000 | 1 | 2.500000 | 115.00 |
| 327-1 | Regular Seasoned TOS/TOB Transfer | 50.00000 | 1 | 11.950000 | 597.50 |
| 401-1 | Transfer to Non-MERS Status | 1.00000 | 1 | 1.000000 | 1.00 |
| 301-1 | Seasoned Servicing Transfer - Seller | 33.00000 | 1 | 11.950000 | 394.35 |

**Late charges will accrue @ 1.5 % per month on all unpaid balances**

| | | |
|---|---|---|
| | Subtotal | 1,107.85 |
| | Total Tax | 0.00 |
| | Total Amount | 1,107.85 |

*Please detach this portion and return with payment*

| INVOICE NUMBER | INVOICE DATE | ORG ID |
|---|---|---|
| IN000399287 | 5/5/2012 | 1000440 |
| AMOUNT DUE | | |
| 1,107.85 | | |

**SOLD TO:**

Residential Funding Company, LLC    00001
Attn: Debra Bergman
3451 Hammond Avenue
Waterloo, IA 50702

**REMIT TO:**

MERSCORP Holdings, Inc.
13059 Collections Center Drive
Chicago, IL 60693



| ORG ID | INVOICE DATE | DUE DATE |
|---|---|---|
| 1000440 | 6/5/2012 | 6/25/2012 |
| INVOICE NUMBER | INVOICE TERMS | |
| IN000402487 | NET20 | |

**For billing inquiries please call 1-888-680-MERS**

| Item No. | Description/Comments | Quantity | U/M | Unit Price | Amount |
|---|---|---|---|---|---|
| 327-1 | Regular Seasoned TOS/TOB Transfer | 3.00000 | 1 | 11.950000 | 35.85 |
| 301-1 | Seasoned Servicing Transfer - Seller | 7.00000 | 1 | 11.950000 | 83.65 |
| 311-1 | Seasoned Intra-Company Transfer | 1.00000 | 1 | 2.500000 | 2.50 |
| 211-1 | Seasoned registration | 1.00000 | 1 | 11.950000 | 11.95 |
| | **FOR THE PERIOD 5/1/12 – 5/14/12** | | | | |

Late charges will accrue @ 1.5 % per month on all unpaid balances

| | | |
|---|---|---|
| | Subtotal | 133.95 |
| | Total Tax | 0.00 |
| | **Total Amount** | **133.95** |

*Please detach this portion and return with payment*

| INVOICE NUMBER | INVOICE DATE | ORG ID |
|---|---|---|
| IN000402487-2 | 6/5/2012 | 1000440 |
| AMOUNT DUE | | |
| 133.95 | | |

**SOLD TO:**

Residential Funding Company, LLC     00001
Attn: Debra Bergman
3451 Hammond Avenue
Waterloo, IA 50702

**REMIT**

MERSCORP Holdings, Inc.
13059 Collections Center Drive
Chicago, IL 60693



| ORG ID | DATE |
|---|---|
| 1000440 | 6/25/2008 |
| **CREDIT NOTE NO.** | |
| CN000000356 | |

*For billing inquiries please call 1-888-680-MERS*

| Item No. | Description/Comments | Quantity | U/M | Unit Price | Amount |
|---|---|---|---|---|---|
| 903 | Other Services<br>Credit for excess legal fees billed on 5/5/08 invoice | 1.00000 | EACH | 437.00 | -437.00 |
| | **LESS: CREDIT USED** | | | | 335.40 |

CREDIT NOTE

| | | |
|---|---|---|
| | Subtotal | -101.60 |
| | Total Tax | 0.00 |
| | **Total Amount** | **-101.60** |

---

*Please detach this portion and return with payment*

| CREDIT NOTE NO. | DATE | ORG ID |
|---|---|---|
| CN000000356 | 6/25/2008 | 1000440 |
| CREDIT AMOUNT | | |
| -101.60 | | |

**SOLD TO:**

Residential Funding Company, LLC       00001
Attn: Debra Bergman
3451 Hammond Avenue
Waterloo, IA 50702

**REMIT**

MERSCORP Holdings, Inc.
13059 Collections Center Drive
Chicago, IL 60693



| ORG ID | DATE |
|---|---|
| 1000440 | 8/23/2011 |
| **CREDIT NOTE NO.** | |
| CN000000570 | |

**For billing inquiries please call 1-888-680-MERS**

| | Description/Comments | | | | Amount |
|---|---|---|---|---|---|
| | Credit for MERS Rule 5 invoices dated 5/22/08, 12/15/08 & 3/31/09 - Partial payment received from Mortgage Lenders Network - Org ID 1002610 | | | | -218.47 |
| | | | | **Subtotal** | -218.47 |
| | | | | **Total Tax** | 0.00 |
| | | | | **Total Amount** | **-218.47** |

**CREDIT NOTE**

---

*Please detach this portion and return with payment*

| CREDIT NOTE NO. | DATE | ORG ID |
|---|---|---|
| CN000000570 | 8/23/2011 | 1000440 |
| **CREDIT AMOUNT** | | |
| -218.47 | | |

**SOLD TO:**

Residential Funding Company, LLC      00001
Attn: Debra Bergman
3451 Hammond Avenue
Waterloo, IA 50702

**REMIT TO:**

MERSCORP Holdings, Inc.
13059 Collections Center Drive
Chicago, IL 60693