# EXHIBIT B



| ORG ID | INVOICE DATE | DUE DATE |
|---|---|---|
| 1000375 | 4/24/2012 | 5/14/2012 |
| INVOICE NUMBER | INVOICE TERMS | |
| R0003997 | NET20 | |

**For billing inquiries please call 1-888-680-MERS**

| | Description/Comments | | | | Amount |
|---|---|---|---|---|---|
| | MERS RULE 5 TRANSACTION FEES | | | | 302.60 |

*Questions regarding Rule 5(§1(c) and (d)) - visit our website www.mersinc.org (click on MERS® System, Publications and under Title you will find Rules of Membership) or contact our Law Department at (800) 646-6377.*

*If you would like to receive an electronic version of the MIN detail attached to this invoice - contact Diane Garland at (703) 761-2112 or by email at dianeg@mersinc.org.*

| | Subtotal | 302.60 |
|---|---|---|
| | Total Tax | 0.00 |
| | **Total Amount** | **302.60** |

*Please detach this portion and return with payment*

| INVOICE NUMBER | INVOICE DATE | ORG ID |
|---|---|---|
| R0003997 | 4/24/2012 | 1000375 |
| AMOUNT DUE | | |
| 302.60 | | |

**———— SOLD TO: ————**                    **———— REMIT TO: ————**

GMAC Mortgage, LLC        00001              MERSCORP Holdings, Inc.
Attn: Debra Bergman                          13059 Collections Center Drive
3451 Hammond Avenue                          Chicago, IL 60693
Waterloo, IA 50702



| ORG ID | INVOICE DATE | DUE DATE |
|---|---|---|
| 1000375 | 5/5/2012 | 5/25/2012 |
| INVOICE NUMBER | INVOICE TERMS | |
| IN000399804 | NET20 | |

**For billing inquiries please call 1-888-680-MERS**

| Item No. | Description/Comments | Quantity | U/M | Unit Price | Amount |
|---|---|---|---|---|---|
| 201-1 | Flow registration | 6,491.00000 | 1 | 11.950000 | 77,567.45 |
| 314-1 | iReg Flow Intra-Company Transfer | 5.00000 | 1 | 0.000000 | 0.00 |
| 350-1 | iReg Conversion to Non-MOM | 5.00000 | 1 | 10.980000 | 54.90 |
| 301-1 | Seasoned Servicing Transfer - Seller | 106.00000 | 1 | 11.950000 | 1,266.70 |
| 312-1 | Flow Intra-Company Transfer | 11,088.00000 | 1 | 0.000000 | 0.00 |
| 215-1 | Registration Reversal | 99.00000 | 1 | 0.000000 | 0.00 |
| 401-1 | Transfer to Non-MERS Status | 2,466.00000 | 1 | 1.000000 | 2,466.00 |
| 325-1 | Transfer of Flow TOS/TOB - Intra-Compi | 5.00000 | 1 | 0.000000 | 0.00 |
| 730-1 | eRegistry Connectivity | 21.00000 | 1 | 0.000000 | 0.00 |
| 211-1 | Seasoned registration | 25.00000 | 1 | 11.950000 | 298.75 |
| 327-1 | Regular Seasoned TOS/TOB Transfer | 4.00000 | 1 | 11.950000 | 47.80 |
| 311-1 | Seasoned Intra-Company Transfer | 20.00000 | 1 | 2.500000 | 50.00 |
| 902 | Value Added Services<br>    Special Request 99265806 approved<br>    by Deb Bergman | 1.00000 | . | 175.000000 | 175.00 |

**Late charges will accrue @ 1.5 % per month on all unpaid balances**

| | | |
|---|---|---|
| | Subtotal | 81,926.60 |
| | Total Tax | 0.00 |
| | Total Amount | 81,926.60 |

---

*Please detach this portion and return with payment*

| INVOICE NUMBER | INVOICE DATE | ORG ID |
|---|---|---|
| IN000399804 | 5/5/2012 | 1000375 |
| AMOUNT DUE | | |
| 81,926.60 | | |

**SOLD TO:**

GMAC Mortgage, LLC                    00001
Attn: Debra Bergman
3451 Hammond Avenue
Waterloo, IA 50702

**REMIT TO:**

MERSCORP Holdings, Inc.
13059 Collections Center Drive
Chicago, IL 60693



| ORG ID | INVOICE DATE | DUE DATE |
|---|---|---|
| 1000375 | 5/5/2012 | 5/25/2012 |
| INVOICE NUMBER | INVOICE TERMS | |
| IN000399824 | NET20 | |

*For billing inquiries please call 1-888-680-MERS*

| Item No. | Description/Comments | Quantity | U/M | Unit Price | Amount |
|---|---|---|---|---|---|
| 606 | Servicing Transfer Processing Fee | 3.00000 | EACH | 10.000000 | 30.00 |
| 327-1 | Regular Seasoned TOS/TOB Transfer Transfer done on behalf of American Home Mortgage Holdings, Inc. Org ID 1000242 | 1.00000 | 1 | 11.950000 | 11.95 |
| 327-1 | Regular Seasoned TOS/TOB Transfer Transfer done on behalf of Terwin Advisors, LLC dba The Winter Group Org ID 1002440 | 1.00000 | 1 | 11.950000 | 11.95 |
| 327-1 | Regular Seasoned TOS/TOB Transfer Transfer done on behalf of Mortgage Lenders Network USA, Inc. Org ID 1002610 | 1.00000 | 1 | 11.950000 | 11.95 |

**Late charges will accrue @ 1.5 % per month on all unpaid balances**

| | |
|---|---|
| Subtotal | 65.85 |
| Total Tax | 0.00 |
| Total Amount | 65.85 |

---

*Please detach this portion and return with payment*

| INVOICE NUMBER | INVOICE DATE | ORG ID |
|---|---|---|
| IN000399824 | 5/5/2012 | 1000375 |
| AMOUNT DUE | | |
| 65.85 | | |

**SOLD TO:**          00002          **REMIT TO:**

GMAC Mortgage, LLC
Attn: Debra Bergman
3451 Hammond Avenue
Waterloo, IA 50702

MERSCORP Holdings, Inc.
13059 Collections Center Drive
Chicago, IL 60693



| ORG ID | INVOICE DATE | DUE DATE |
|---|---|---|
| 1000375 | 6/5/2012 | 6/25/2012 |
| INVOICE NUMBER | INVOICE TERMS | |
| IN000403079-2 | NET20 | |

**For billing inquiries please call 1-888-680-MERS**

| Item No. | Description/Comments | Quantity | U/M | Unit Price | Amount |
|---|---|---|---|---|---|
| 401-1 | Transfer to Non-MERS Status | 24.00000 | 1 | 1.000000 | 24.00 |
| 350-1 | iReg Conversion to Non-MOM | 2.00000 | 1 | 10.980000 | 21.96 |
| 730-1 | eRegistry Connectivity | 8.00000 | 1 | 0.000000 | 0.00 |
| 311-1 | Seasoned Intra-Company Transfer | 2.00000 | 1 | 2.500000 | 5.00 |
| 312-1 | Flow Intra-Company Transfer | 4,368.00000 | 1 | 0.000000 | 0.00 |
| 211-1 | Seasoned registration | 4.00000 | 1 | 11.950000 | 47.80 |
| 201-1 | Flow registration | 2,762.00000 | 1 | 11.950000 | 33,005.90 |
| 215-1 | Registration Reversal | 17.00000 | 1 | 0.000000 | 0.00 |
| 314-1 | iReg Flow Intra-Company Transfer | 2.00000 | 1 | 0.000000 | 0.00 |
| 301-1 | Seasoned Servicing Transfer - Seller | 21.00000 | 1 | 11.950000 | 250.95 |
| 327-1 | Regular Seasoned TOS/TOB Transfer | 1.00000 | 1 | 11.950000 | 11.95 |
| 304-1 | Flow Servicing Transfer - Seller | 3.00000 | 1 | 0.000000 | 0.00 |
| 325-1 | Transfer of Flow | 2.00000 | 1 | 0.000000 | 0.00 |

**FOR THE PERIOD 5/1/12 – 5/14/12**

**Late charges will accrue @ 1.5 % per month on all unpaid balances**

| | |
|---|---|
| Subtotal | 33,367.56 |
| Total Tax | 0.00 |
| Total Amount | 33,367.56 |

---

*Please detach this portion and return with payment*

| INVOICE NUMBER | INVOICE DATE | ORG ID |
|---|---|---|
| IN000403079-2 | 6/5/2012 | 1000375 |
| AMOUNT DUE | | |
| 33,367.56 | | |

**SOLD TO:**                    00001                    **REMIT**

GMAC Mortgage, LLC
Attn: Debra Bergman
3451 Hammond Avenue
Waterloo, IA 50702

MERSCORP Holdings, Inc.
13059 Collections Center Drive
Chicago, IL 60693



| ORG ID | DATE | |
|---|---|---|
| 1000375 | 4/6/2012 | |
| **CREDIT NOTE NO.** | | |
| CN000000604 | | |

*For billing inquiries please call 1-888-680-MERS*

| | Description/Comments | | | | Amount |
|---|---|---|---|---|---|
| | Credit for Rule 5 invoice dated 8/4/11 - partial payment received from NetMore America, Inc. - Org ID 1005446 | | | | -7.07 |
| | | | | Subtotal | -7.07 |
| | | | | Total Tax | 0.00 |
| | | | | **Total Amount** | **-7.07** |

**CREDIT NOTE**

*Please detach this portion and return with payment*

| CREDIT NOTE NO. | DATE | ORG ID |
|---|---|---|
| CN000000604 | 4/6/2012 | 1000375 |
| CREDIT AMOUNT | | |
| -7.07 | | |

**SOLD TO:**

GMAC Mortgage, LLC
Attn: Debra Bergman
3451 Hammond Avenue
Waterloo, IA 50702

00001

**REMIT TO:**

MERSCORP Holdings, Inc.
13059 Collections Center Drive
Chicago, IL 60693



| ORG ID | DATE |
|---|---|
| 1000375 | 4/6/2012 |
| CREDIT NOTE NO. | |
| CN000000615 | |

**For billing inquiries please call 1-888-680-MERS**

| | Description/Comments | | | | Amount |
|---|---|---|---|---|---|
| | Credit for Rule 5 invoice dated 8/8/08 - partial payment received from Delta Funding Corp. - Org ID 1000766 | | | | -10.40 |

CREDIT NOTE

| | Subtotal | -10.40 |
|---|---|---|
| | Total Tax | 0.00 |
| | Total Amount | **-10.40** |

*Please detach this portion and return with payment*

| CREDIT NOTE NO. | DATE | ORG ID |
|---|---|---|
| CN000000615 | 4/6/2012 | 1000375 |
| CREDIT AMOUNT | | |
| -10.40 | | |

**SOLD TO:**

GMAC Mortgage, LLC
Attn: Debra Bergman
3451 Hammond Avenue
Waterloo, IA 50702

00002

**REMIT TO:**

MERSCORP Holdings, Inc.
13059 Collections Center Drive
Chicago, IL 60693



| ORG ID | DATE |
|---|---|
| 1000375 | 4/6/2012 |
| CREDIT NOTE NO. | |
| CN000000628 | |

*For billing inquiries please call 1-888-680-MERS*

| | Description/Comments | | | | Amount |
|---|---|---|---|---|---|
| | Credit for Rule 5 invoices dated 2/1/08 & 12/15/08 - partial payment received from AEGIS Wholesale Corporation - Org ID 1000530 | | | | -180.96 |
| | | | | **Subtotal** | -180.96 |
| | | | | **Total Tax** | 0.00 |
| | | | | **Total Amount** | **-180.96** |

CREDIT NOTE

*Please detach this portion and return with payment*

| CREDIT NOTE NO. | DATE | ORG ID |
|---|---|---|
| CN000000628 | 4/6/2012 | 1000375 |
| CREDIT AMOUNT | | |
| -180.96 | | |

**SOLD TO:**  00003

GMAC Mortgage, LLC
Attn: Debra Bergman
3451 Hammond Avenue
Waterloo, IA 50702

**REMIT TO:**

MERSCORP Holdings, Inc.
13059 Collections Center Drive
Chicago, IL 60693



| ORG ID | DATE |  |
|---|---|---|
| 1000375 | 4/6/2012 |  |
| CREDIT NOTE NO. | | |
| CN000000641 | | |

**For billing inquiries please call 1-888-680-MERS**

| | Description/Comments | | | | Amount |
|---|---|---|---|---|---|
| | Credit for Rule 5 invoice dated 8/8/08 - partial payment received from AEGIS Lending Corporation - Org ID 1000551 | | | | -0.99 |
| | | | | Subtotal | -0.99 |
| | | | | Total Tax | 0.00 |
| | | | | **Total Amount** | **-0.99** |

CREDIT NOTE

---

*Please detach this portion and return with payment*

| CREDIT NOTE NO. | DATE | ORG ID |
|---|---|---|
| CN000000641 | 4/6/2012 | 1000375 |
| CREDIT AMOUNT | | |
| -0.99 | | |

**SOLD TO:**     00004

GMAC Mortgage, LLC
Attn: Debra Bergman
3451 Hammond Avenue
Waterloo, IA 50702

**REMIT TO:**

MERSCORP Holdings, Inc.
13059 Collections Center Drive
Chicago, IL 60693



| ORG ID | DATE | |
|---|---|---|
| 1000375 | 4/6/2012 | |
| **CREDIT NOTE NO.** | | |
| CN000000647 | | |

**For billing inquiries please call 1-888-680-MERS**

| | Description/Comments | | | | | Amount |
|---|---|---|---|---|---|---|
| | Credit for Rule 5 invoice dated 8/8/08 - partial payment received from Aegis Mortgage Corporation - Org ID 1000553 | | | | | -5.94 |
| | | | | | Subtotal | -5.94 |
| | | | | | Total Tax | 0.00 |
| | | | | | **Total Amount** | **-5.94** |

CREDIT NOTE

---

*Please detach this portion and return with payment*

| CREDIT NOTE NO. | DATE | ORG ID |
|---|---|---|
| CN000000647 | 4/6/2012 | 1000375 |
| CREDIT AMOUNT | | |
| -5.94 | | |

**SOLD TO:**

GMAC Mortgage, LLC
Attn: Debra Bergman
3451 Hammond Avenue
Waterloo, IA 50702

00005

**REMIT TO:**

MERSCORP Holdings, Inc.
13059 Collections Center Drive
Chicago, IL 60693