## **CERTIFICATE OF SERVICE**

I, William A. Hazeltine, do hereby certify I am not less than 18 years of age and that on this 28th day of September 2012, I caused copies of the attached *Objection of Mortgage Electric Registration Systems, Inc. and MERSCORP Holdings, Inc. to Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts and Unexpired Leases of Personal Property and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto* to be served upon the parties listed below via electronic mail, unless otherwise indicated.

| | |
|---|---|
| Larren M. Nashelsky, Esq.<br>Gary S. Lee, Esq.<br>Morrison & Foerster LLP<br>1290 Avenue of the Americas<br>New York, NY  10104<br>lnashelsky@mofo.com<br>glee@mofo.com | Jessica C.K. Boelter, Esq.<br>Sidley Austin LLP<br>One South Dearborn<br>Chicago, IL  60603<br>jboetler@sidley.com |
| Kenneth Eckstein, Esq.<br>Doug H, Mannal, Esq.<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY  10036<br>kechstein@kramerlevin.com<br>dmannal@kramerlevin.com | Seth Goldman, Esq.<br>Thomas Walper, Esq.<br>Munger, Tolles & Olsen LLP<br>355 South Grand Avenue<br>Los Angeles, CA 90071<br>Seth.goldman@mto.com<br>twalper@mto.com |

**Via First Class U.S. Mail**
Brian S. Masumoto, Esq.
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY  10004

Under penalty of perjury, I declare the foregoing to be true and correct.

*September 28, 2012*                                                            */s/ William A. Hazeltine*
Date                                                                                         William A. Hazeltine