# Exhibit B

| Debtor | Deal Name | Estimated Cure Amount as of 8/31/2012 | Subject to RFC Servicer Guide? | Primary Agreement | Amendments / Waivers |
|---|---|---|---|---|---|
| Residential Funding Co. LLC | | $43,809.33 | Yes | Servicing Terms Agreement dated December 1, 2005 between RFC and Wells Fargo Bank | • Servicer Guide Amendment dated July 30, 2007 between RFC and Wells Fargo Bank<br>• Second Amend. dated November 17, 2010 to Subservicer Contract dated February 1, 2007, amended May 1, 2007, and to the Servicer Guide Amendment dated July 30, 2007 |
| Residential Funding Co. LLC | UBS transfer to RFC/ PMSR | $0.00 | Yes | Servicing Terms Agreement dated December 1, 2005 between RFC and Wells Fargo Bank | • Servicer Guide Amendment dated July 30, 2007 between RFC and Wells Fargo Bank<br>• Second Amend. dated November 17, 2010 to Subservicer Contract dated February 1, 2007, amended May 1, 2007, and to the Servicer Guide Amendment dated July 30, 2007 |
| Residential Funding Co. LLC | UBS transfer to RFC/ PMSR | $199,750.74 | Yes | Recognition; Servicing Letter dated June 16, 2006 among RFC, Wells Fargo Bank and UBS Real Estate Securities | • Servicer Guide Amendment dated July 30, 2007 between RFC and Wells Fargo Bank<br>• Second Amend. dated November 17, 2010 to Subservicer Contract dated February 1, 2007, amended May 1, 2007, and to the Servicer Guide Amendment dated July 30, 2007 |
| Residential Funding Co. LLC | UBS transfer to RFC/ PMSR | $0.00 | Yes | Recognition; Servicing Letter dated January 29, 2007 among RFC, Wells Fargo Bank and UBS Real Estate Securities | • Servicer Guide Amendment dated July 30, 2007 between RFC and Wells Fargo Bank<br>• Second Amend. dated November 17, 2010 to Subservicer Contract dated February 1, 2007, amended May 1, 2007, and to the Servicer Guide Amendment dated July 30, 2007 |
| Residential Funding Co. LLC | UBS transfer to RFC/ PMSR | $88,767.39 | Yes | Servicing Terms Agreement dated January 31, 2006 between RFC and Wells Fargo Bank | • Servicer Guide Amendment dated July 30, 2007 between RFC and Wells Fargo Bank<br>• Second Amend. dated November 17, 2010 to Subservicer Contract dated February 1, 2007, amended May 1, 2007, and to the Servicer Guide Amendment dated July 30, 2007 |
| HomeComings Financial Network | RAAC 2005-RP1 | $392.61 | Yes | Servicing Terms Agreement dated February 14, 2005 between HomeComings Financial Network and Wells Fargo Bank | • Subservicing Agreement dated May 10, 2004, superceding Subservicing Agreement dated December 1, 2003 between HomeComings Financial Network and Wells Fargo Home Mortgage<br>• Addendum to Subservicing Agreement dated December 1, 2003, and superceded by the Subservicing Agreement dated May 1, 2004 |
| HomeComings Financial Network | RAAC 2005-RP2 | $73,162.65 | Yes | Servicing Terms Agreement dated August 10, 2005 between HomeComings Financial Network and Wells Fargo Bank | • Subservicing Agreement dated May 10, 2004, superceding Subservicing Agreement dated December 1, 2003 between HomeComings Financial Network and Wells Fargo Home Mortgage<br>• Addendum to Subservicing Agreement dated December 1, 2003, and superceded by the Subservicing Agreement dated May 1, 2004<br>• Servicer Guide Amendment dated of July 30, 2007 between RFC and Wells Fargo Bank<br>• Second Amend. dated November 17, 2010 to the Subservicer Contract dated February 1, 2007, amended on May 1, 2007, and to the Servicer Guide Amendment dated July 30, 2007 |
| HomeComings Financial Network | RFC 2005-SP2 | $1,876.18 | Yes | Servicing Terms Agreement dated September 30, 2005 between HomeComings Financial Network and Wells Fargo Bank | • Subservicing Agreement dated May 10, 2004, superceding Subservicing Agreement dated December 1, 2003 between HomeComings Financial Network and Wells Fargo Home Mortgage<br>• Addendum to Subservicing Agreement dated December 1, 2003, and superceded by the Subservicing Agreement dated May 1, 2004<br>• Servicer Guide Amendment dated of July 30, 2007 between RFC and Wells Fargo Bank<br>• Second Amend. dated November 17, 2010 to the Subservicer Contract dated February 1, 2007, amended on May 1, 2007, and to the Servicer Guide Amendment dated July 30, 2007 |
| HomeComings Financial Network | RAAC 2005-RP3 | $8,459.26 | Yes | Servicing Terms Agreement dated November 28, 2005 between HomeComings Financial Network and Wells Fargo Bank | • Subservicing Agreement dated May 10, 2004, superceding Subservicing Agreement dated December 1, 2003 between HomeComings Financial Network and Wells Fargo Home Mortgage<br>• Addendum to Subservicing Agreement dated December 1, 2003, and superceded by the Subservicing Agreement dated May 1, 2004<br>• Servicer Guide Amendment dated of July 30, 2007 between RFC and Wells Fargo Bank<br>• Second Amend. dated November 17, 2010 to the Subservicer Contract dated February 1, 2007, amended on May 1, 2007, and to the Servicer Guide Amendment dated July 30, 2007 |
| HomeComings Financial Network | RAAC 2006-RP1 | $2,234.92 | Yes | Letter Agreement dated March 6, 2006 between HomeComings Financial Network and Wells Fargo Bank | • Subservicing Agreement dated May 10, 2004, superceding Subservicing Agreement dated December 1, 2003 between HomeComings Financial Network and Wells Fargo Home Mortgage<br>• Addendum to Subservicing Agreement dated December 1, 2003, and superceded by the Subservicing Agreement dated May 1, 2004<br>• Servicer Guide Amendment dated of July 30, 2007 between RFC and Wells Fargo Bank<br>• Second Amend. dated November 17, 2010 to the Subservicer Contract dated February 1, 2007, amended on May 1, 2007, and to the Servicer Guide Amendment dated July 30, 2007 |

| Debtor | Deal Name | Estimated Cure Amount as of 8/31/2012 | Subject to RFC Servicer Guide? | Primary Agreement | Amendments / Waivers |
|---|---|---|---|---|---|
| HomeComings Financial Network | SPI-2004 | $16,225.15 | Yes | Letter Agreement dated March 6, 2006 between HomeComings Financial Network and Wells Fargo Bank | • Subservicing Agreement dated May 10, 2004, superceding Subservicing Agreement dated December 1, 2003 between HomeComings Financial Network and Wells Fargo Home Mortgage<br>• Addendum to Subservicing Agreement dated December 1, 2003, and superceded by the Subservicing Agreement dated May 1, 2004<br>• Servicer Guide Amendment dated of July 30, 2007 between RFC and Wells Fargo Bank<br>• Second Amend. dated November 17, 2010 to the Subservicer Contract dated February 1, 2007, amended on May 1, 2007, and to the Servicer Guide Amendment dated July 30, 2007 |
| HomeComings Financial Network | RAAC 2005-RP1 | $120,285.64 | Yes | Servicing Terms Agreement dated February 14, 2005 between HomeComings Financial Network and Wells Fargo Bank | • Subservicing Agreement dated May 10, 2004, superceding Subservicing Agreement dated December 1, 2003 between HomeComings Financial Network and Wells Fargo Home Mortgage<br>• Addendum to Subservicing Agreement dated December 1, 2003, and superceded by the Subservicing Agreement dated May 1, 2004<br>• Servicer Guide Amendment dated of July 30, 2007 between RFC and Wells Fargo Bank<br>• Second Amend. dated November 17, 2010 to the Subservicer Contract dated February 1, 2007, amended on May 1, 2007, and to the Servicer Guide Amendment dated July 30, 2007 |
| HomeComings Financial Network | RAAC 2005-RP2 | $174,005.12 | Yes | Servicing Terms Agreement dated August 10, 2005 between HomeComings Financial Network and Wells Fargo Bank | • Subservicing Agreement dated May 10, 2004, superceding Subservicing Agreement dated December 1, 2003 between HomeComings Financial Network and Wells Fargo Home Mortgage<br>• Addendum to Subservicing Agreement dated December 1, 2003, and superceded by the Subservicing Agreement dated May 1, 2004<br>• Servicer Guide Amendment dated of July 30, 2007 between RFC and Wells Fargo Bank<br>• Second Amend. dated November 17, 2010 to the Subservicer Contract dated February 1, 2007, amended on May 1, 2007, and to the Servicer Guide Amendment dated July 30, 2007 |
| HomeComings Financial Network | RFC 2005-SP2 | $34,184.37 | Yes | Servicing Terms Agreement dated September 30, 2005 between HomeComings Financial Network and Wells Fargo Bank | • Subservicing Agreement dated May 10, 2004, superceding Subservicing Agreement dated December 1, 2003 between HomeComings Financial Network and Wells Fargo Home Mortgage<br>• Addendum to Subservicing Agreement dated December 1, 2003, and superceded by the Subservicing Agreement dated May 1, 2004<br>• Servicer Guide Amendment dated of July 30, 2007 between RFC and Wells Fargo Bank<br>• Second Amend. dated November 17, 2010 to the Subservicer Contract dated February 1, 2007, amended on May 1, 2007, and to the Servicer Guide Amendment dated July 30, 2007 |
| HomeComings Financial Network | RAAC 2005-RP3 | $62,810.27 | Yes | Servicing Terms Agreement dated November 28, 2005 between HomeComings Financial Network and Wells Fargo Bank | • Subservicing Agreement dated May 10, 2004, superceding Subservicing Agreement dated December 1, 2003 between HomeComings Financial Network and Wells Fargo Home Mortgage<br>• Addendum to Subservicing Agreement dated December 1, 2003, and superceded by the Subservicing Agreement dated May 1, 2004<br>• Servicer Guide Amendment dated of July 30, 2007 between RFC and Wells Fargo Bank<br>• Second Amend. dated November 17, 2010 to the Subservicer Contract dated February 1, 2007, amended on May 1, 2007, and to the Servicer Guide Amendment dated July 30, 2007 |
| HomeComings Financial Network | RAAC 2006-RP1 | $13,754.91 | Yes | Letter Agreement dated March 6, 2006 between HomeComings Financial Network and Wells Fargo Bank | • Subservicing Agreement dated May 10, 2004, superceding Subservicing Agreement dated December 1, 2003 between HomeComings Financial Network and Wells Fargo Home Mortgage<br>• Addendum to Subservicing Agreement dated December 1, 2003, and superceded by the Subservicing Agreement dated May 1, 2004<br>• Servicer Guide Amendment dated of July 30, 2007 between RFC and Wells Fargo Bank<br>• Second Amend. dated November 17, 2010 to the Subservicer Contract dated February 1, 2007, amended on May 1, 2007, and to the Servicer Guide Amendment dated July 30, 2007 |
| HomeComings Financial Network | SPI-2004 | $47,728.39 | Yes | Letter Agreement dated March 6, 2006 between HomeComings Financial Network and Wells Fargo Bank | • Subservicing Agreement dated May 10, 2004, superceding Subservicing Agreement dated December 1, 2003 between HomeComings Financial Network and Wells Fargo Home Mortgage<br>• Addendum to Subservicing Agreement dated December 1, 2003, and superceded by the Subservicing Agreement dated May 1, 2004<br>• Servicer Guide Amendment dated of July 30, 2007 between RFC and Wells Fargo Bank<br>• Second Amend. dated November 17, 2010 to the Subservicer Contract dated February 1, 2007, amended on May 1, 2007, and to the Servicer Guide Amendment dated July 30, 2007 |

| Debtor | Deal Name | Estimated Cure Amount as of 8/31/2012 | Subject to RFC Servicer Guide? | Primary Agreement | Amendments / Waivers |
|---|---|---|---|---|---|
| HomeComings Financial Network | RAAC 2005-RP1 | $153,790.32 | Yes | Servicing Terms Agreement dated February 14, 2005 between HomeComings Financial Network and Wells Fargo Bank | • Subservicing Agreement dated May 10, 2004, superceding Subservicing Agreement dated December 1, 2003 between HomeComings Financial Network and Wells Fargo Home Mortgage<br>• Addendum to Subservicing Agreement dated December 1, 2003, and superceded by the Subservicing Agreement dated May 1, 2004<br>• Servicer Guide Amendment dated of July 30, 2007 between RFC and Wells Fargo Bank<br>• Second Amend. dated November 17, 2010 to the Subservicer Contract dated February 1, 2007, amended on May 1, 2007, and to the Servicer Guide Amendment dated July 30, 2007 |
| HomeComings Financial Network | RAAC 2005-RP2 | $15,100.22 | Yes | Servicing Terms Agreement dated August 10, 2005 between HomeComings Financial Network and Wells Fargo Bank | • Subservicing Agreement dated May 10, 2004, superceding Subservicing Agreement dated December 1, 2003 between HomeComings Financial Network and Wells Fargo Home Mortgage<br>• Addendum to Subservicing Agreement dated December 1, 2003, and superceded by the Subservicing Agreement dated May 1, 2004<br>• Servicer Guide Amendment dated of July 30, 2007 between RFC and Wells Fargo Bank<br>• Second Amend. dated November 17, 2010 to the Subservicer Contract dated February 1, 2007, amended on May 1, 2007, and to the Servicer Guide Amendment dated July 30, 2007 |
| HomeComings Financial Network | RAAC 2005-RP1 | $98,795.49 | Yes | Servicing Terms Agreement dated February 14, 2005 between HomeComings Financial Network and Wells Fargo Bank | • Subservicing Agreement dated May 10, 2004, superceding Subservicing Agreement dated December 1, 2003 between HomeComings Financial Network and Wells Fargo Home Mortgage<br>• Addendum to Subservicing Agreement dated December 1, 2003, and superceded by the Subservicing Agreement dated May 1, 2004<br>• Servicer Guide Amendment dated of July 30, 2007 between RFC and Wells Fargo Bank<br>• Second Amend. dated November 17, 2010 to the Subservicer Contract dated February 1, 2007, amended on May 1, 2007, and to the Servicer Guide Amendment dated July 30, 2007 |
| HomeComings Financial Network | SUB RAAC2005-RP2 | $868.20 | Yes | Servicing Terms Agreement dated August 10, 2005 between HomeComings Financial Network and Wells Fargo Bank | • Subservicing Agreement dated May 10, 2004, superceding Subservicing Agreement dated December 1, 2003 between HomeComings Financial Network and Wells Fargo Home Mortgage<br>• Addendum to Subservicing Agreement dated December 1, 2003, and superceded by the Subservicing Agreement dated May 1, 2004<br>• Servicer Guide Amendment dated of July 30, 2007 between RFC and Wells Fargo Bank<br>• Second Amend. dated November 17, 2010 to the Subservicer Contract dated February 1, 2007, amended on May 1, 2007, and to the Servicer Guide Amendment dated July 30, 2007 |
| HomeComings Financial Network | SUB RAAC 2005-RP1 | $49,807.55 | Yes | Servicing Terms Agreement dated February 14, 2005 between HomeComings Financial Network and Wells Fargo Bank | • Subservicing Agreement dated May 10, 2004, superceding Subservicing Agreement dated December 1, 2003 between HomeComings Financial Network and Wells Fargo Home Mortgage<br>• Addendum to Subservicing Agreement dated December 1, 2003, and superceded by the Subservicing Agreement dated May 1, 2004<br>• Servicer Guide Amendment dated of July 30, 2007 between RFC and Wells Fargo Bank<br>• Second Amend. dated November 17, 2010 to the Subservicer Contract dated February 1, 2007, amended on May 1, 2007, and to the Servicer Guide Amendment dated July 30, 2007 |
| Residential Funding Co. LLC | RAAC 2006-RP1 | $372.18 | Yes | Letter Agreement dated March 6, 2006 between HomeComings Financial Network and Wells Fargo Bank | • Subservicing Agreement dated May 10, 2004, superceding Subservicing Agreement dated December 1, 2003 between HomeComings Financial Network and Wells Fargo Home Mortgage<br>• Addendum to Subservicing Agreement dated December 1, 2003, and superceded by the Subservicing Agreement dated May 1, 2004<br>• Servicer Guide Amendment dated of July 30, 2007 between RFC and Wells Fargo Bank<br>• Second Amend. dated November 17, 2010 to the Subservicer Contract dated February 1, 2007, amended on May 1, 2007, and to the Servicer Guide Amendment dated July 30, 2007 |
| HomeComings Financial Network | RAAC 2005-RP3 | $19,479.44 | Yes | Servicing Terms Agreement dated November 28, 2005 between HomeComings Financial Network and Wells Fargo Bank | • Subservicing Agreement dated May 10, 2004, superceding Subservicing Agreement dated December 1, 2003 between HomeComings Financial Network and Wells Fargo Home Mortgage<br>• Addendum to Subservicing Agreement dated December 1, 2003, and superceded by the Subservicing Agreement dated May 1, 2004<br>• Servicer Guide Amendment dated of July 30, 2007 between RFC and Wells Fargo Bank<br>• Second Amend. dated November 17, 2010 to the Subservicer Contract dated February 1, 2007, amended on May 1, 2007, and to the Servicer Guide Amendment dated July 30, 2007 |

Cure Amounts of $0.00 or less reflect subsets of particular Servicing Agreements.  The subsets need to be aggregated to determine the proper Cure Amount.

| Debtor | Deal Name | Estimated Cure Amount as of 8/31/2012 | Subject to RFC Servicer Guide? | Primary Agreement | Amendments / Waivers |
|---|---|---|---|---|---|
| HomeComings Financial Network | RAAC 2006-RP1 | $2,411.73 | Yes | Letter Agreement dated March 6, 2006 between HomeComings Financial Network and Wells Fargo Bank | • Subservicing Agreement dated May 10, 2004, superceding Subservicing Agreement dated December 1, 2003 between HomeComings Financial Network and Wells Fargo Home Mortgage<br>• Addendum to Subservicing Agreement dated December 1, 2003, and superceded by the Subservicing Agreement dated May 1, 2004<br>• Servicer Guide Amendment dated of July 30, 2007 between RFC and Wells Fargo Bank<br>• Second Amend. dated November 17, 2010 to the Subservicer Contract dated February 1, 2007, amended on May 1, 2007, and to the Servicer Guide Amendment dated July 30, 2007 |
| HomeComings Financial Network | RAAC 2005-RP3 | $7,333.20 | Yes | Servicing Terms Agreement dated November 28, 2005 between HomeComings Financial Network and Wells Fargo Bank | • Subservicing Agreement dated May 10, 2004, superceding Subservicing Agreement dated December 1, 2003 between HomeComings Financial Network and Wells Fargo Home Mortgage<br>• Addendum to Subservicing Agreement dated December 1, 2003, and superceded by the Subservicing Agreement dated May 1, 2004<br>• Servicer Guide Amendment dated of July 30, 2007 between RFC and Wells Fargo Bank<br>• Second Amend. dated November 17, 2010 to the Subservicer Contract dated February 1, 2007, amended on May 1, 2007, and to the Servicer Guide Amendment dated July 30, 2007 |
| HomeComings Financial Network | RAAC 2005-RP1 | $16,224.28 | Yes | Servicing Terms Agreement dated February 14, 2005 between HomeComings Financial Network and Wells Fargo Bank | • Subservicing Agreement dated May 10, 2004, superceding Subservicing Agreement dated December 1, 2003 between HomeComings Financial Network and Wells Fargo Home Mortgage<br>• Addendum to Subservicing Agreement dated December 1, 2003, and superceded by the Subservicing Agreement dated May 1, 2004<br>• Servicer Guide Amendment dated of July 30, 2007 between RFC and Wells Fargo Bank<br>• Second Amend. dated November 17, 2010 to the Subservicer Contract dated February 1, 2007, amended on May 1, 2007, and to the Servicer Guide Amendment dated July 30, 2007 |
| Residential Funding Co. LLC | | $0.00 | Yes | Subservicer Contract dated February 1, 2007 by RFC and Wells Fargo Bank | • First Amend. dated May 1, 2007 to Subservicer Contract dated February 1, 2007 between RFC and Wells Fargo Bank<br>• Second Amend. dated November 17, 2010 to Subservicer Contract dated February 1, 2007, amended May 1st, 2007, and to the Servicer Guide Amendment dated July 30, 2007 |
| Residential Funding Co. LLC | Transfer from MLN | $3,292,203.37 | Yes | Subservicer Contract dated February 1, 2007 by RFC and Wells Fargo Bank | • First Amend. dated May 1, 2007 to Subservicer Contract dated February 1, 2007 between RFC and Wells Fargo Bank<br>• Second Amend. dated November 17, 2010 to Subservicer Contract dated February 1, 2007, amended May 1st, 2007, and to the Servicer Guide Amendment dated July 30, 2007 |
| Residential Funding Co. LLC | Transfer from MLN | $7,566,207.66 | yes | Subservicer Contract dated February 1, 2007 by RFC and Wells Fargo Bank | • First Amend. dated May 1, 2007 to Subservicer Contract dated February 1, 2007 between RFC and Wells Fargo Bank<br>• Second Amend. dated November 17, 2010 to Subservicer Contract dated February 1, 2007, amended May 1st, 2007, and to the Servicer Guide Amendment dated July 30, 2007 |
| Residential Funding Co. LLC | Transfer from MLN | $746,088.59 | yes | Subservicer Contract dated February 1, 2007 by RFC and Wells Fargo Bank | • First Amend. dated May 1, 2007 to Subservicer Contract dated February 1, 2007 between RFC and Wells Fargo Bank<br>• Second Amend. dated November 17, 2010 to Subservicer Contract dated February 1, 2007, amended May 1st, 2007, and to the Servicer Guide Amendment dated July 30, 2007 |
| Residential Funding Co. LLC | Transfer from MLN | $79,299,266.91 | Yes | Subservicer Contract dated February 1, 2007 by RFC and Wells Fargo Bank | • First Amend. dated May 1, 2007 to Subservicer Contract dated February 1, 2007 between RFC and Wells Fargo Bank<br>• Second Amend. dated November 17, 2010 to Subservicer Contract dated February 1, 2007, amended May 1st, 2007, and to the Servicer Guide Amendment dated July 30, 2007 |
| Residential Funding Co. LLC | Transfer from MLN | $204,437,826.94 | Yes | Subservicer Contract dated February 1, 2007 by RFC and Wells Fargo Bank | • First Amend. dated May 1, 2007 to Subservicer Contract dated February 1, 2007 between RFC and Wells Fargo Bank<br>• Second Amend. dated November 17, 2010 to Subservicer Contract dated February 1, 2007, amended May 1st, 2007, and to the Servicer Guide Amendment dated July 30, 2007 |
| Residential Funding Co. LLC | Transfer from MLN | $13,549,517.05 | Yes | Subservicer Contract dated February 1, 2007 by RFC and Wells Fargo Bank | • First Amend. dated May 1, 2007 to Subservicer Contract dated February 1, 2007 between RFC and Wells Fargo Bank<br>• Second Amend. dated November 17, 2010 to Subservicer Contract dated February 1, 2007, amended May 1st, 2007, and to the Servicer Guide Amendment dated July 30, 2007 |
| Residential Funding Co. LLC | Transfer from MLN / March 2007 | $105,986.08 | Yes | Subservicer Contract dated February 1, 2007 by RFC and Wells Fargo Bank | • First Amend. dated May 1, 2007 to Subservicer Contract dated February 1, 2007 between RFC and Wells Fargo Bank<br>• Second Amend. dated November 17, 2010 to Subservicer Contract dated February 1, 2007, amended May 1st, 2007, and to the Servicer Guide Amendment dated July 30, 2007 |

Cure Amounts of $0.00 or less reflect subsets of particular Servicing Agreements. The subsets need to be aggregated to determine the proper Cure Amount.

| Debtor | Deal Name | Estimated Cure Amount as of 8/31/2012 | Subject to RFC Servicer Guide? | Primary Agreement | Amendments / Waivers |
|---|---|---|---|---|---|
| Residential Funding Co. LLC | RFC/GMAC SUB SS#225 | $6,601,097.97 | Yes | Subservicer Contract dated February 1, 2007 by RFC and Wells Fargo Bank | • First Amend. dated May 1, 2007 to Subservicer Contract dated February 1, 2007 between RFC and Wells Fargo Bank<br>• Second Amend. dated November 17, 2010 to Subservicer Contract dated February 1, 2007, amended May 1st, 2007, and to the Servicer Guide Amendment dated July 30, 2007 |
| Residential Funding Co. LLC | Franklin Transfer to RFC /PMSR | $1,322,496.49 | Yes | Servicing Terms Agreement dated October 18, 2006 between RFC and Wells Fargo Bank | • Servicer Guide Amendment dated July 30, 2007 between RFC and Wells Fargo Bank<br>• Second Amend. dated November 17, 2010 to Subservicer Contract dated February 1, 2007, amended May 1, 2007, and to the Servicer Guide Amendment dated July 30, 2007<br>• Residential Flow Servicing Agreement dated February 4, 2005, between Homecomings Financial Network and Wells Fargo Home Mortgage |
| Residential Funding Co. LLC | RFC | ($1,271.54) | Yes | Unknown Agreement | |
| Residential Funding Co. LLC | RFC exh B loans | $64,639.44 | Yes | Servicer Guide Amendment dated July 30, 2007 | • Servicer Guide Amendment dated July 30, 2007 between RFC and Wells Fargo Bank<br>• Second Amend. dated November 17, 2010 to Subservicer Contract dated February 1, 2007, amended May 1, 2007, and to the Servicer Guide Amendment dated July 30, 2007 |
| Residential Funding Co. LLC | RFC exh D loans | ($934.93) | Yes | Servicer Guide Amendment dated July 30, 2007 | • Servicer Guide Amendment dated July 30, 2007 between RFC and Wells Fargo Bank<br>• Second Amend. dated November 17, 2010 to Subservicer Contract dated February 1, 2007, amended May 1, 2007, and to the Servicer Guide Amendment dated July 30, 2007 |
| HomeComings Financial Network | RAAC 2005-RP2 | $101,871.78 | | Servicing Terms Agreement dated August 10, 2005 between HomeComings Financial Network and Wells Fargo Bank | • Subservicing Agreement dated May 10, 2004, superceding Subservicing Agreement dated December 1, 2003 between HomeComings Financial Network and Wells Fargo Home Mortgage<br>• Addendum to Subservicing Agreement dated December 1, 2003, and superceded by the Subservicing Agreement dated May 1, 2004<br>• Residential Flow Servicing Agreement dated February 4, 2005, between Homecomings Financial Network and Wells Fargo Home Mortgage<br>• Servicer Guide Amendment dated of July 30, 2007 between RFC and Wells Fargo Bank<br>• Second Amend. dated November 17, 2010 to Subservicer Contract dated February 1, 2007, amended May 1st, 2007, and to the Servicer Guide Amendment dated July 30, 2007 |
| HomeComings Financial Network | WFHM 6238-6241 | $40,220.57 | | SWSA dated March 1, 2005 between Homecomings Financial Network and Wells Fargo Bank | • Servicer Guide Amendment dated of July 30, 2007 between RFC and Wells Fargo Bank<br>• Second Amend. dated November 17, 2010 to Subservicer Contract dated February 1, 2007, amended May 1st, 2007, and to the Servicer Guide Amendment dated July 30, 2007 |
| Residential Funding Co. LLC | Transfer from Lehman to RFC 2005-2 | $0.00 | | Assignment, Assumption and Recognition Agreement dated April 29, 2005 among Lehman Capital, RFC and Wells Fargo Bank | • Master Seller's Warranties and Servicing Agreement dated January 1, 2003 between Banc of America Mortgage Capital Corp. and Wells Fargo Home Mortgage<br>• First Amend. dated April 1, 2003 by Bank of America, Banc of America Mortgage Capital Corp. and Wells Fargo to Master SWSA dated January 1, 2003<br>• Second Amend. dated May 1, 2003 between Bank of America, Banc of America Mortgage Capital Corp. and Wells Fargo Home Mortgage to Master SWSA (as amended on April 1, 2003) dated January 1, 2003<br>• Third Amend. dated July 1, 2003 by Bank of America, Banc of America Mortgage Capital Corp. and Wells Fargo Home Mortgage to Master SWSA (amended April 1, 2003, and May 1,2003)<br>• Fourth Amend. dated October 1, 2003 by Bank of America, Banc of America Mortgage Capital Corp. and Wells Fargo Home Mortgage to Master SWSA (amended April 1, 2003, May 1,2003, and July 1, 2003)<br>• Fifth Amend. dated May 10, 2004 by Bank of America, Banc of America Mortgage Capital Corp. and Wells Fargo Home Mortgage to Master SWSA<br>• Servicer Guide Amendment dated July 30, 2007 between RFC and Wells Fargo Bank<br>• Second Amend. dated November 17, 2010 to Subservicer Contract dated February 1, 2007, amended May 1st, 2007, and to the Servicer Guide Amendment dated July 30, 2007 |
| Residential Funding Co. LLC | Transfer from Wachovia | $0.00 | No | Assignment and Assumption Agreement dated May 15, 2005 between Wachovia Bank and RFC | • SWSA dated December 1, 2002 between Wachovia Bank and Wells Fargo Home Mortgage |
| Residential Funding Co. LLC | RFC exh B loans | $8,121.91 | Yes | Servicer Guide Amendment dated July 30, 2007 | • Amend. to the Servicer Guide dated of July 30, 2007 between RFC and Wells Fargo Bank<br>• Second Amend. dated November 17, 2010 to Subservicer Contract dated February 1, 2007, amended May 1, 2007, and to the Servicer Guide Amendment dated July 30, 2007 |
| Residential Funding Co. LLC | RFC exh D loans | $32,143.97 | Yes | Servicer Guide Amendment dated July 30, 2007 | • Servicer Guide Amendment dated of July 30, 2007 between RFC and Wells Fargo Bank<br>• Second Amend. dated November 17, 2010 to Subservicer Contract dated February 1, 2007, amended May 1, 2007, and to the Servicer Guide Amendment dated July 30, 2007 |
| Residential Funding Co. LLC | RFC SS#447 | ($5,125.30) | Yes | Unknown Agreement | |
| Residential Funding Co. LLC | RFC | $322,814.81 | Yes | Servicer Guide Amendment dated July 30, 2007 | • Servicer Guide Amendment dated of July 30, 2007 between RFC and Wells Fargo Bank<br>• Second Amend. dated November 17, 2010 to Subservicer Contract dated February 1, 2007, amended May 1, 2007, and to the Servicer Guide Amendment dated July 30, 2007 |

| Debtor | Deal Name | Estimated Cure Amount as of 8/31/2012 | Subject to RFC Servicer Guide? | Primary Agreement | Amendments / Waivers |
|---|---|---|---|---|---|
| Residential Funding Co. LLC | RFC | $158,009.80 | Yes | Unknown Agreement | |
| Residential Funding Co. LLC | RFC | $9,099.60 | Yes | Servicer Guide Amendment dated July 30, 2007 | • Servicer Guide Amendment dated of July 30, 2007 between RFC and Wells Fargo Bank<br>• Second Amend. dated November 17, 2010 to Subservicer Contract dated February 1, 2007, amended May 1, 2007, and to the Servicer Guide Amendment dated July 30, 2007 |
| HomeComings Financial Network | WFHM 6238-6241 | $839.26 | | SWSA dated March 1, 2005 between Homecomings Financial Network and Wells Fargo Bank | • Servicer Guide Amendment dated of July 30, 2007 between RFC and Wells Fargo Bank<br>• Second Amend. dated November 17, 2010 to Subservicer Contract dated February 1, 2007, amended May 1st, 2007, and to the Servicer Guide Amendment dated July 30, 2007 |
| Residential Funding Co. LLC | RFC SS#447 | $1,021.51 | Yes | Unknown Agreement | |
| Residential Funding Co. LLC | RFC SS#447 | $0.00 | Yes | Servicer Guide Amendment dated July 30, 2007 | • Servicer Guide Amendment dated of July 30, 2007 between RFC and Wells Fargo Bank<br>• Second Amend. dated November 17, 2010 to Subservicer Contract dated February 1, 2007, amended May 1, 2007, and to the Servicer Guide Amendment dated July 30, 2007 |
| Residential Funding Co. LLC | GMAC-RFC Master Servicing | $39,994,948.22 | Yes | Client Contract dated February 4, 2002 between GMAC-RFC and Wachovia Mortgage Corporation | |
| Residential Funding Co. LLC | GMAC-RFC | ($5,222.90) | Yes | Client Contract dated February 4, 2002 between GMAC-RFC and Wachovia Mortgage Corporation | |
| Residential Funding Co. LLC | RFC SS#C61 | $63,404,204.09 | Yes | Client Contract dated February 4, 2002 between GMAC-RFC and Wachovia Mortgage Corporation | |
| Residential Funding Co. LLC | Transfer from Lehman to RFC 2005-2 | $207,027.93 | No | Assignment, Assumption and Recognition Agreement dated April 29, 2005 among Lehman Capital, RFC and Wells Fargo Bank | • Master Seller's Warranties and Servicing Agreement dated January 1, 2003 between Banc of America Mortgage Capital Corp. and Wells Fargo Home Mortgage<br>• First Amend. dated April 1, 2003 by Bank of America, Banc of America Mortgage Capital Corp. and Wells Fargo to Master SWSA dated January 1, 2003<br>• Second Amend. dated May 1, 2003 between Bank of America, Banc of America Mortgage Capital Corp. and Wells Fargo Home Mortgage to Master SWSA (as amended on April 1, 2003) dated January 1, 2003<br>• Third Amend. dated July 1, 2003 by Bank of America, Banc of America Mortgage Capital Corp. and Wells Fargo Home Mortgage to Master SWSA (amended April 1, 2003, and May 1,2003)<br>• Fourth Amend. dated October 1, 2003 by Bank of America, Banc of America Mortgage Capital Corp. and Wells Fargo Home Mortgage to Master SWSA (amended April 1, 2003, May 1,2003, and July 1, 2003)<br>• Fifth Amend. dated May 10, 2004 by Bank of America, Banc of America Mortgage Capital Corp. and Wells Fargo Home Mortgage to Master SWSA |
| Residential Funding Co. LLC | Transfer from Lehman to RFC 2005-2 | $1,951,136.82 | No | Assignment, Assumption and Recognition Agreement dated April 29, 2005 among Lehman Capital, RFC and Wells Fargo Bank | • Master Seller's Warranties and Servicing Agreement dated January 1, 2003 between Banc of America Mortgage Capital Corp. and Wells Fargo Home Mortgage<br>• First Amend. dated April 1, 2003 by Bank of America, Banc of America Mortgage Capital Corp. and Wells Fargo to Master SWSA dated January 1, 2003<br>• Second Amend. dated May 1, 2003 between Bank of America, Banc of America Mortgage Capital Corp. and Wells Fargo Home Mortgage to Master SWSA (as amended on April 1, 2003) dated January 1, 2003<br>• Third Amend. dated July 1, 2003 by Bank of America, Banc of America Mortgage Capital Corp. and Wells Fargo Home Mortgage to Master SWSA (amended April 1, 2003, and May 1,2003)<br>• Fourth Amend. dated October 1, 2003 by Bank of America, Banc of America Mortgage Capital Corp. and Wells Fargo Home Mortgage to Master SWSA (amended April 1, 2003, May 1,2003, and July 1, 2003)<br>• Fifth Amend. dated May 10, 2004 by Bank of America, Banc of America Mortgage Capital Corp. and Wells Fargo Home Mortgage to Master SWSA |
| Residential Funding Co. LLC | UBS transfer to RFC | ($9,472.99) | Yes | Assignment, Assumption and Recognition Agreement dated May 16, 2005 between Wachovia Bank and RFC | |
| Residential Funding Co. LLC | Transfer from UBS | ($2,987.10) | yes | Assignment, Assumption and Recognition Agreement dated May 16, 2005 between Wachovia Bank and RFC | • Servicer Guide Amendment dated of July 30, 2007 between RFC and Wells Fargo Bank<br>• Second Amend. dated November 17, 2010 to Subservicer Contract dated February 1, 2007, amended May 1, 2007, and to the Servicer Guide Amendment dated July 30, 2007 |

| Debtor | Deal Name | Estimated Cure Amount as of 8/31/2012 | Subject to RFC Servicer Guide? | Primary Agreement | Amendments / Waivers |
|---|---|---|---|---|---|
| HomeComings Financial Network | RAAC 2005-RP2 | $284,748.80 | Yes | Servicing Terms Agreement dated August 10, 2005 between HomeComings Financial Network and Wells Fargo Bank | • Subservicing Agreement dated May 10, 2004, superceding Subservicing Agreement dated December 1, 2003 between HomeComings Financial Network and Wells Fargo Home Mortgage<br>• Addendum to Subservicing Agreement dated December 1, 2003, and superceded by the Subservicing Agreement dated May 1, 2004<br>• Residential Flow Servicing Agreement dated February 4, 2005, between Homecomings Financial Network and Wells Fargo Home Mortgage<br>• Servicer Guide Amendment dated of July 30, 2007 between RFC and Wells Fargo Bank<br>• Second Amend. dated November 17, 2010 to Subservicer Contract dated February 1, 2007, amended May 1st, 2007, and to the Sericer Guide Servicver Guide Amendment dated July 30, 2007 |
| Residential Funding Co. LLC | Wachovia transfer to RFC | $17,828.11 | No | Assignment and Assumption Agreement dated May 15, 2005 between Wachovia Bank and RFC | SWSA dated December 1, 2002 between Wachovia Bank and Wells Fargo Home Mortgage |
| Residential Funding Co. LLC | WFHM 2004-W37 | ($4,018.85) | No | SWSA dated June 1, 2004, RFC and Wells Fargo Home Mortgage | |
| Residential Funding Co. LLC | Wachovia transfer to RFC | $0.00 | Yes | Assignment and Assumption Agreement dated May 15, 2005 between Wachovia Bank and RFC | • SWSA dated December 1, 2002 between Wachovia Bank and Wells Fargo Home Mortgage<br>• Amend. to the Sericer Guide dated of July 30, 2007 between RFC and Wells Fargo Bank<br>• Second Amend. dated November 17, 2010 to Subservicer Contract dated February 1, 2007, amended May 1st, 2007, and to the Sericer Guide Amendment dated July 30, 2007 |
| Residential Funding Co. LLC | WFHM 6238-6241 | $360,976.94 | Yes | SWSA dated December 1, 2002 between Wachovia Bank and Wells Fargo Home Mortgage | • Servicer Guide Amendment dated of July 30, 2007 between RFC and Wells Fargo Bank<br>• Second Amend. dated November 17, 2010 to Subservicer Contract dated February 1, 2007, amended May 1st, 2007, and to the Sericer Guide Amendment dated July 30, 2007 |

Cure Amounts of $0.00 or less reflect subsets of particular Servicing Agreements.  The subsets need to be aggregated to determine the proper Cure Amount.