# Exhibit C

# GIBBONS

JEFFREY S. BERKOWITZ
Counsel

Gibbons P.C.
One Pennsylvania Plaza, 37th Floor
New York, New York 10119-3701
Direct: (212) 613-2093 Fax: (212) 554-9691
jberkowitz@gibbonslaw.com

September 13, 2012

**VIA FACSIMILE**

Larren M. Nashelsky, Esq.
Gary S. Lee, Esq.
Todd M. Goren, Esq.
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104

    Re:  In re: **RESIDENTIAL CAPITAL, LLC**, et al., **12-12020 (MG)**
**Notice Of (I) Debtors' Intent To Assume and Assign Certain Executory Contracts, Unexpired Leases Of Personal Property, and Unexpired Leases Of Nonresidential Real Property and (II) Cure Amounts Related Thereto.**

Gentlemen:

    Gibbons P.C. represents Wells Fargo Bank N.A. ("Wells Fargo") in the above-captioned Bankruptcy Case in connection with certain servicing and related executory agreements.

    We are in receipt of the *Notice Of (I) Debtors' Intent To Assume And Assign Certain Executory Contracts, Unexpired Leases Of Personal Property, And Unexpired Leases Of Nonresidential Real Property And (II) Cure Amounts Related Thereto* (the "Assignment Notice") filed on July 26, 2012. Based on the Assignment Notice, the Debtors seek to assume and assign approximately 67 agreements involving the Debtors and Wells Fargo, its assigns, affiliates, and/or predecessors.

    The Assignment Notice contains insufficient information to put Wells Fargo on notice of the agreements that the Debtors seek to assume and assign. For example, page 44 of Schedule 3b lists two undated "Sales & Servicing Agreements" between Residential Funding Company and Wells Fargo, but does not include any unique identifiers that would enable Wells Fargo to identify the agreements at issue nor verify the scheduled cure amounts. The Shelf-Series ID which is listed appears to be an identifier used solely by the Debtors and cannot be used by Wells Fargo to locate and identify the agreements. Likewise, the "Contract No." and "Investor No./GSE Name" is of no value to Wells Fargo as it maintains its own identification codes that do not correlate to the Debtors.

    As a result, Wells Fargo cannot determine which agreements the Debtors seek to assume and assign and whether the cure amounts listed in the schedules are accurate. A full list of the agreements which reference Wells Fargo, or its assigns, affiliates, and/or predecessors that Wells Fargo believes it may be a party to is attached hereto as Schedules 2, 3a and 3b, tracking the original schedules. Please consider this letter as a formal request by Wells Fargo for additional information on each of the agreements listed on the Schedules so that it can review and evaluate

GIBBONS P.C.

Larren M. Nashelsky, Esq.
September 13, 2012
Page 2

the Assignment Notice. To that end, we require information regarding all parties to the agreements; any records of assumption and assignments; the dates of the agreements and any amendments, side letters or waivers thereto; and Wells Fargo identification codes to the extent available.

Without the additional information requested, Wells Fargo will be forced to object to the assumption and assignment of any agreements to which it is a party. Finally, nothing in this letter should be construed as a waiver by Wells Fargo of its right to seek any related relief that it deems necessary.

Very truly yours,

*[signature]*

Jeffrey S. Berkowitz
Counsel

#1829369 v2
111369-81272

Ex. 2 - Vendor Contracts Schedule

| Page | Debtor Entity | Contract Description | Cure Amount: Pre-Petition Obligations | Supplier - Common Supplier - Counterparty | Address |
|---|---|---|---|---|---|
| 77 of 81 | Residential Funding Corporation | Account Agreement Controlled Disbursement - RFC | $0.00 | Wachovia Bank NA | Wf 8113 Po Box 1450, Minneapolis, MN 55485 |
| 77 of 81 | Residential Funding Corporation | Account Agreement Controlled Disbursement - RFC | $0.00 | Wachovia Bank NA | Wf 8113 Po Box 1450, Minneapolis, MN 55485 |
| 77 of 81 | Residential Funding Corporation | Account Agreement Controlled Disbursement - RFC | $0.00 | Wachovia Bank NA | Wf 8113 Po Box 1450, Minneapolis, MN 55485 |
| 77 of 81 | Residential Funding Corporation | Account Agreement Controlled Disbursement - RFC | $0.00 | Wachovia Bank NA | Wf 8113 Po Box 1450, Minneapolis, MN 55485 |
| 77 of 81 | Residential Funding Corporation | Account Agreement Controlled Disbursement - RFC | $0.00 | Wachovia Bank NA | Wf 8113 Po Box 1450, Minneapolis, MN 55485 |
| 77 of 81 | Residential Funding Corporation | Account Agreement Controlled Disbursement - RFC | $0.00 | Wachovia Bank NA | Wf 8113 Po Box 1450, Minneapolis, MN 55485 |
| 77 of 81 | Residential Funding Corporation | Account Agreement Controlled Disbursement - RFC | $0.00 | Wachovia Bank NA | Wf 8113 Po Box 1450, Minneapolis, MN 55485 |
| 77 of 81 | Residential Funding Corporation | Account Agreement Controlled Disbursement - RFC | $0.00 | Wachovia Bank NA | Wf 8113 Po Box 1450, Minneapolis, MN 55485 |
| 77 of 81 | Residential Funding Corporation | Account Agreement Controlled Disbursement RFC | $0.00 | Wachovia Bank NA | Wf 8113 Po Box 1450, Minneapolis, MN 55485 |
| 77 of 81 | Homecomings Financial Network, Inc. | Application and Agreement for Cash Management Services | $0.00 | Wachovia Bank NA | Wf 8113 Po Box 1450, Minneapolis, MN 55485 |
| 77 of 81 | Residential Funding Corporation | Fee Schedule | $5,965.15 | Wells Fargo Bank (texas) National Association | Wf 8113 Po Box 1450, Minneapolis, MN 55485 |
| 77 of 81 | Residential Funding Corporation | Agreement - relating to Bi-Party Custodial Agreement | See Above | Wells Fargo Bank N A | Wf 8113 Po Box 1450, Minneapolis, MN 55485 |
| 77 of 81 | Residential Funding Corporation | Schedule of Custody Fees for GMAC/RFC | See Above | Wells Fargo Bank N A | Wf 8113 Po Box 1450, Minneapolis, MN 55485 |
| 77 of 81 | Residential Funding Corporation | Amended Fee Agreement | See Above | Wells Fargo Bank N A | Wf 8113 Po Box 1450, Minneapolis, MN 55485 |
| 78 of 81 | Residential Funding Corporation | Amendment of the Custody Agreement (Fee Schedule, Exhibit C) | See Above | Wells Fargo Bank N A | Wf 8113 Po Box 1450, Minneapolis, MN 55485 |
| 78 of 81 | Residential Funding Corporation | Custody Agreement | See Above | Wells Fargo Bank N A | Wf 8113 Po Box 1450, Minneapolis, MN 55485 |
| 78 of 81 | Residential Funding Corporation | Fee Schedule | See Above | Wells Fargo Bank N A | Wf 8113 Po Box 1450, Minneapolis, MN 55485 |
| 78 of 81 | Residential Funding Corporation | Fee Schedule | See Above | Wells Fargo Bank N A | Wf 8113 Po Box 1450, Minneapolis, MN 55485 |
| 78 of 81 | Residential Funding Corporation | Fee Schedule | See Above | Wells Fargo Bank N A | Wf 8113 Po Box 1450, Minneapolis, MN 55485 |
| 78 of 81 | Residential Funding Corporation | Reciprocal Non-Disclosure | See Above | Wells Fargo Financial Retail Credit, Inc. | Wf 8113 Po Box 1450, Minneapolis, MN 55485 |

| Page | Debtor Entity | Contract Name | Contract No. | Investor No./GSE Name | Shelf Series ID | Cure Amount | Account Name | Address |
|---|---|---|---|---|---|---|---|---|
| 38 of 100 | GMAC Mortgage, LLC | Norwest Mortgage Inc Servicing Agreement July 1, 1985 | 1406 | 40420 | | $0.00 | Norwest Mortgage Inc | 1 Home Campus, Mac X2402-01C, Des Moines, IA 50328 |
| 38 of 100 | GMAC Mortgage, LLC | Norwest Mortgage Inc Servicing Agreement July 1, 1985 | 1406 | 40418 | | $0.00 | Norwest Mortgage Inc | 1 Home Campus, Mac X2402-01C, Des Moines, IA 50328 |
| 99 of 100 | GMAC Mortgage, LLC | Wachovia - Whole Loan SubServicing Agreement | 358 | 40751 | | $0.00 | Wachovia - FB | 1100 Corporate Center Drive Building C-4, Raleigh, NC 27607 |
| 99 of 100 | GMAC Mortgage, LLC | Wachovia - Whole Loan SubServicing Agreement | 358 | 41490 | | $0.00 | Wachovia - FB | 1100 Corporate Center Drive Building C-4, Raleigh, NC 27607 |
| 99 of 100 | GMAC Mortgage, LLC | Wachovia - Whole Loan SubServicing Agreement | 358 | 41102 | | $0.00 | Wachovia - FB | 1100 Corporate Center Drive Building C-4, Raleigh, NC 27607 |
| 99 of 100 | GMAC Mortgage, LLC | Wachovia - Whole Loan SubServicing Agreement | 358 | 20013 | | $0.00 | Wachovia - FB | 1100 Corporate Center Drive Building C-4, Raleigh, NC 27607 |
| 99 of 100 | GMAC Mortgage, LLC | Wachovia - Whole Loan SubServicing Agreement | 358 | 41492 | | $0.00 | Wachovia - FB | 1100 Corporate Center Drive Building C-4, Raleigh, NC 27607 |
| 99 of 100 | GMAC Mortgage, LLC | Wachovia - Whole Loan SubServicing Agreement | 358 | 42477 | | $0.00 | Wachovia - FB | 1100 Corporate Center Drive Building C-4, Raleigh, NC 27607 |
| 99 of 100 | GMAC Mortgage, LLC | Wachovia - Whole Loan SubServicing Agreement | 358 | 10176 | | $0.00 | Wachovia - FB | 1100 Corporate Center Drive Building C-4, Raleigh, NC 27607 |
| 99 of 100 | GMAC Mortgage, LLC | Wachovia - Whole Loan SubServicing Agreement | 358 | 10089 | | $0.00 | Wachovia - FB | 1100 Corporate Center Drive Building C-4, Raleigh, NC 27607 |
| 99 of 100 | GMAC Mortgage, LLC | Wachovia - Whole Loan SubServicing Agreement | 358 | 10005 | | $0.00 | Wachovia - FB | 1100 Corporate Center Drive Building C-4, Raleigh, NC 27607 |
| 99 of 100 | GMAC Mortgage, LLC | Wachovia - Whole Loan SubServicing Agreement | 358 | 10004 | | $0.00 | Wachovia - FB | 1100 Corporate Center Drive Building C-4, Raleigh, NC 27607 |
| 99 of 100 | GMAC Mortgage, LLC | Wachovia - Whole Loan SubServicing Agreement | 358 | 10003 | | $0.00 | Wachovia - FB | 1100 Corporate Center Drive Building C-4, Raleigh, NC 27607 |
| 100 of 100 | GMAC Mortgage, LLC | Whole Loan Subservicing Agreement | 359 | 60036 | | $0.00 | Wachovia - FB | 1100 Corporate Center Drive Building C-4, Raleigh, NC 27607 |
| 100 of 100 | GMAC Mortgage, LLC | Whole Loan Subservicing Agreement | 359 | 70036 | | $0.00 | Wachovia - FB | 1100 Corporate Center Drive Building C-4, Raleigh, NC 27607 |
| 100 of 100 | GMAC Mortgage, LLC | Meridian Mortgage Corporation Sale & Servicing Agreement December 1, 1986 | 1444 | 40474 | | $0.00 | Wachovia Bank, NA | M/S 8739 Research Drive, Charlotte, NC 28262 |
| 100 of 100 | GMAC Mortgage, LLC | Norwest Funding Mortgage Servicing Contract October 31, 1997 | 1291 | 40202 | | $0.00 | Wells Fargo Bank, N.A. | 9062 Old Annapolis Road, Columbia, MD 21045 |
| 100 of 100 | GMAC Mortgage, LLC | Structured Asset Mortgage Investments Pooling & Servicing Agreement May 1, 2001 | 2611 | 40287 | BSART 2001-4 | $0.00 | Wells Fargo Bank, N.A. | 345 Park Avenue, New York, NY 10154 |
| 100 of 100 | GMAC Mortgage, LLC | Wells Fargo Participation Contract | 2706 | 40603 | | $0.00 | Wells Fargo Bank, N.A. | 9062 Old Annapolis Road, Columbia, MD 21045 |
| 100 of 100 | GMAC Mortgage, LLC | Wachovia Bank Mortgage Loan Subservicing Agreement March 18, 2002 | 3062 | 40401 | | $0.00 | Wells Fargo Bank, N.A. | 9062 Old Annapolis Road, Columbia, MD 21045 |
| 100 of 100 | GMAC Mortgage, LLC | First Union National Bank Warranties Service Agreement May 2, 2001 | 953 | 40364 | | $0.00 | Wells Fargo Bank, N.A. | 9062 Old Annapolis Road, Columbia, MD 21045 |
| 100 of 100 | GMAC Mortgage, LLC | First Union National Bank Warranties Service Agreement May 2, 2001 | 953 | 40229 | | $0.00 | Wells Fargo Bank, N.A. | 9062 Old Annapolis Road, Columbia, MD 21045 |
| 100 of 100 | GMAC Mortgage, LLC | Wachovia Bank N.A. Servicing Agreement December 19, 2002 | 955 | 40804 | | $0.00 | Wells Fargo Bank, N.A. | 9062 Old Annapolis Road, Columbia, MD 21045 |
| 100 of 100 | GMAC Mortgage, LLC | Wachovia Bank N.A. Servicing Agreement December 19, 2002 | 955 | 40714 | | $0.00 | Wells Fargo Bank, N.A. | 9062 Old Annapolis Road, Columbia, MD 21045 |
| 100 of 100 | GMAC Mortgage, LLC | Wachovia Bank N.A. Servicing Agreement December 19, 2002 | 955 | 40272 | | $0.00 | Wells Fargo Bank, N.A. | 9062 Old Annapolis Road, Columbia, MD 21045 |
| 100 of 100 | GMAC Mortgage, LLC | Wachovia Bank N.A. Servicing Agreement December 19, 2002 | 955 | 41014 | | $0.00 | Wells Fargo Bank, N.A. | 9062 Old Annapolis Road, Columbia, MD 21045 |

| Page | Debtor Entity (Contract Party) | Contract Name | Shelf-Series ID | Cure Amount | Trustee / Investor | Trustee / Investor Address |
|---|---|---|---|---|---|---|
| 2 of 44 | Residential Funding Company | Custodial Agreement | 2005-WH15 | $0.00 | Bank of America - Wells Fargo | Wells Fargo, One Meridian Crossings, Lower Level, Richfield, MN 55423 |
| 2 of 44 | Residential Funding Company | Custodial Agreement | 2005-WH15 | $0.00 | Bank of America - Wells Fargo | Wells Fargo, One Meridian Crossings, Lower Level, Richfield, MN 55423 |
| 17 of 44 | Residential Funding Company | Reference Agreement | 2005-QWH13 | $0.00 | Goldman - Wells Fargo | 100 2nd Ave. South, Suite 2005, St. Petersburg, FL 33701 |
| 17 of 44 | Residential Funding Company | Reference Agreement | 2005-WH2B | $0.00 | Goldman - Wells Fargo | 100 2nd Ave. South, Suite 2005, St. Petersburg, FL 33701 |
| 17 of 44 | Residential Funding Company | Standard Terms-Sales & Servicing Agreement (Goldman) (9-29-2005) | 2005-WH1 | $0.00 | Goldman - Wells Fargo | 100 2nd Ave. South, Suite 2005, St. Petersburg, FL 33701 |
| 18 of 44 | Residential Funding Company | Custodial Agreement | 2005-WH32 | $0.00 | PNC - Wells Fargo | PNC, One PNC Plaza, P1-POPP-10-A, Pittsburgh, PA 15222-2707 |
| 18 of 44 | Residential Funding Company | Reference Agreement | 2006-WH17 | $0.00 | PNC - Wells Fargo | PNC, One PNC Plaza, P1-POPP-10-A, Pittsburgh, PA 15222-2707 |
| 18 of 44 | Residential Funding Company | Standard Terms-Sales & Servicing Agreement (PNC Bank) (12-15-05) | 2006-WH17 | $0.00 | PNC - Wells Fargo | PNC, One PNC Plaza, P1-POPP-10-A, Pittsburgh, PA 15222-2707 |
| 18 of 44 | Residential Funding Company | Standard Terms-Sales & Servicing Agreement (PNC Bank) (12-15-2005) | 2005-WH32 | $0.00 | PNC - Wells Fargo | PNC, One PNC Plaza, P1-POPP-10-A, Pittsburgh, PA 15222-2707 |
| 44 of 44 | Residential Funding Company | 08-QR11A (Custodian) (2006-QS11) | 2008-QR1 | $0.00 | PNC - Wells Fargo | PNC, One PNC Plaza, P1-POPP-10-A, Pittsburgh, PA 15222-2707 |
| 44 of 44 | Residential Funding Company | 08-QR11A (Custodian) (2006-QS12) | 2008-QR1 | $0.00 | Wells Fargo Bank National Association | Mortgage Document Custody, 1015 10th Ave SE, Minneapolis, Minnesota 55414 |
| 44 of 44 | GMAC Mortgage | Custodial Agreement | 2000-HE4 | $0.00 | Wells Fargo Bank, N.A. | 9062 Old Annapolis Road, Columbia, MD 21045 |
| 44 of 44 | GMAC Mortgage | Custodial Agreement | 2002-HE4 | $0.00 | Wells Fargo Bank, N.A. | 9062 Old Annapolis Road, Columbia, MD 21045 |
| 44 of 44 | GMAC Mortgage | Custodial Agreement | 2003-HE2 | $0.00 | Wells Fargo Bank, N.A. | 9062 Old Annapolis Road, Columbia, MD 21045 |
| 44 of 44 | GMAC Mortgage | Custodial Agreement | 2004-HE5 | $0.00 | Wells Fargo Bank, N.A. | 9062 Old Annapolis Road, Columbia, MD 21045 |
| 44 of 44 | GMAC Mortgage | Custodial Agreement | 2005-HE1 | $0.00 | Wells Fargo Bank, N.A. | 9062 Old Annapolis Road, Columbia, MD 21045 |
| 44 of 44 | GMAC Mortgage | Custodial Agreement | 2005-HE2 | $0.00 | Wells Fargo Bank, N.A. | 9062 Old Annapolis Road, Columbia, MD 21045 |
| 44 of 44 | GMAC Mortgage | Custodial Agreement | 2006-AR1 | $0.00 | Wells Fargo Bank, N.A. | 9062 Old Annapolis Road, Columbia, MD 21045 |
| 44 of 44 | GMAC Mortgage | Final Custodial Agreement | 2004-HE2 | $0.00 | Wells Fargo Bank, N.A. | 9062 Old Annapolis Road, Columbia, MD 21045 |
| 44 of 44 | GMAC Mortgage | Final Custodial Agreement (GMACM GMEN) | 2004-VFT | $0.00 | Wells Fargo Bank, N.A. | 9062 Old Annapolis Road, Columbia, MD 21045 |
| 44 of 44 | Residential Funding Company | Reference Agreement | 1993-WH15C | $0.00 | Wells Fargo Bank, N.A. | MAC X2302-03N, One Home Campus, Des Moine, IA 50328 |
| 44 of 44 | Residential Funding Company | Sales & Servicing Agreement | 1993-WH2 | $0.00 | Wells Fargo Bank, N.A. | MAC X2302-03N, One Home Campus, Des Moine, IA 50328 |
| 44 of 44 | Residential Funding Company | Sales & Servicing Agreement | 2001-CWH1 | $0.00 | Wells Fargo Corporate Services | 9062 Old Annapolis Road, Columbia, MD 21045 |

Ex. 3b - Master Servicing Schedule