# **EXHIBIT "2"**

## ASSIGNMENT AND ASSUMPTION OF LEASES

THIS ASSIGNMENT AND ASSUMPTION OF LEASES (this "**Assignment**") is made and entered into as of February 2̲4̲, 2012, by and between **BREOF CONVERGENCE LP**, a Delaware limited partnership ("**Assignor**"), and **DIGITAL LEWISVILLE, LLC**, a Delaware limited liability company ("**Assignee**").

### Recitals

A.   Assignor, as seller, and Assignee, as buyer, entered into that certain Agreement of Purchase and Sale dated as of December 29, 2011 (the "**Agreement**"), pursuant to which Assignor agreed to sell to Assignee, and Assignee agreed to acquire from Assignor, among other things, Assignor's ownership interest in the land legally described on **Exhibit A** attached hereto and all of Assignor's right, title and interest in the buildings located at such parcel commonly known as Convergence Business Park, Lewisville, Texas (the "**Property**"), including Assignor's interest in certain leases related thereto.

B.   As part of the acquisition transaction contemplated by the Agreement, Assignor has agreed to assign to Assignee, and Assignee has agreed to assume, Assignor's interest as landlord (together with all rights and obligations relating thereto) under the Leases (as defined in the Agreement), a schedule of which Leases is attached hereto as **Exhibit B** and incorporated herein by this reference (herein, the "**Leases**").

NOW, THEREFORE, in consideration of the foregoing and the mutual covenants contained herein, and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, Assignor and Assignee agree as follows:

1.   **Transfer and Assignment by Assignor**. Assignor hereby transfers and assigns to Assignee all of Assignor's right, title and interest, in, to and under the Leases.

2.   **Assumption by Assignee**. Assignee hereby accepts the foregoing assignment and assumes and agrees to perform all of the duties, obligations, liabilities, commitments and covenants of Assignor under the Leases to the extent first accruing and arising from and after the date hereof.

3.   **Indemnification by Assignor**. Assignor hereby agrees to indemnify, defend and hold harmless Assignee, and its partners, directors, members, shareholders, affiliates, managers, employees and agents, from, of and against any and all claims, demands, liabilities, losses, damages, costs and expenses (including, without limitation, reasonable attorneys' fees) arising out of or relating to the breach by Assignor of any of the obligations, terms or covenants of the landlord under or pursuant to the Leases, which obligations, terms or covenants accrued prior to the date hereof; provided, however, that Assignor shall have no obligation hereunder to so indemnify, defend or hold harmless the aforementioned parties with respect to matters for which Assignee has agreed to release Assignor under the Agreement including, without limitation Section 6.5 thereof. The indemnification obligation contained in this Section 3 shall be subject

to the limitations on liabilities and other provisions contained in the Agreement relating to the Assignor's liability.

4. **Indemnification and Release by Assignee**. Assignee hereby agrees to indemnify, defend and hold harmless Assignor, and its partners, officers, directors, members, shareholders, affiliates, managers, employees and agents, from, of and against any and all claims, demands, liabilities, losses, damages, costs and expenses (including, without limitation, reasonable attorneys' fees) arising out of or relating to the breach by Assignee of any of the other obligations, terms or covenants of the landlord under or pursuant to the Leases to the extent they first accrue and arise from and after the date hereof. The indemnification obligation contained in this Section 4 shall be subject to all applicable limitations on liabilities and other provisions contained in the Agreement relating to Assignee's liability. In addition, Assignee hereby releases Assignor from any and all claims, demands, liabilities, losses, damages, costs and expenses (including, without limitation, reasonable attorney's fees) arising out of or relating to the breach by Assignee of those obligations, terms or covenants under or pursuant to the Leases which relate to the physical or environmental condition of the Property, irrespective of whether same arose or accrued (or arises or accrues) prior to, on or after the Closing.

5. **Further Assurances**. The parties hereto covenant and agree to execute such further instruments and take such further action as may be reasonably required by either party to fully effectuate the terms and provisions of this Assignment and the transactions contemplated herein.

6. **Survival of Provisions**. The covenants and obligations contained in this Assignment shall survive the consummation of the closing of the transactions contemplated by the Agreement and this Assignment shall bind and inure to the benefit of the parties hereto and their respective successors and assigns.

7. **Attorneys' Fees and Costs**. If either party commences an action for the judicial interpretation, reformation, enforcement or rescission hereof, the prevailing party will be entitled to a judgment against the other party for an amount equal to reasonable attorneys' fees and court and other costs incurred.

8. **Governing Law**. This Assignment shall be governed by and construed in accordance with the laws of the State of Texas.

9. **Counterparts**. This Assignment may be executed in counterparts which, when integrated, shall constitute one original of this Assignment.

10. **Conflict**. In the event of any conflict or inconsistency between the terms hereof and the terms of the Agreement, the terms of the Agreement shall govern and control. Without limitation of the foregoing, all waivers, releases and other limitations on liability expressly set forth in the Agreement shall apply to this Assignment and the liabilities of the parties hereunder.

11. **No Representation**. Except as expressly set forth in the Agreement, it is hereby acknowledged that Assignor makes no representation or warranty of any kind or nature relative

72326.000017 EMF_US 38655447v3

to the Leases. Without limitation of any representations or warranties expressly set forth in the Agreement, this Assignment constitutes a quitclaim assignment only, and is intended to assign and transfer only such rights which Assignor may have, if any, with respect to the Leases.

**[SIGNATURES ON FOLLOWING PAGES]**

72326.000017 EMF_US 38655447v3

**IN WITNESS WHEREOF,** the parties hereto have caused this Assignment to be executed by their duly authorized officers on the date first written above.

ASSIGNOR:

**BREOF CONVERGENCE LP**, a Delaware limited partnership

By: **BREOF Convergence GP LLC**, a Delaware limited liability company, its general partner

    By: BREOF Convergence LLC, a Delaware limited liability company, its sole member

    By: _____
          Steven Ganeless
          Manager

4

**IN WITNESS WHEREOF**, the parties hereto have caused this Assignment to be executed by their duly authorized officers on the date first written above.

**DIGITAL LEWISVILLE, LLC,**
a Delaware limited liability company

By: Digital Realty Trust, L.P.,
a Maryland limited partnership

By: Digital Realty Trust, Inc., a Maryland corporation, its general partner

By: _____
Name: Scott Peterson
Title: _____
Chief Acquisitions Officer

5

## EXHIBIT A

## LEGAL DESCRIPTION OF PROPERTY

Situated in the City of Lewisville, Denton County, Texas and being in the B. Hunter Survey, Abstract No. 554, the P. Harmonson Survey, Abstract No. 604, the H.H. Smith Survey, Abstract No. 1576 and the R. Thompson Survey, Abstract No. 1274 and being all of Lot 1RA, Block A of the Texas Instruments Addition, an addition to the City of Lewisville, according to the Replat thereof, recorded on February 9, 2012 in Document No. 2012-26 of the Plat Records of Denton County, Texas, and said Lot 1RA, Block A being more particularly described by metes and bounds as follows:

Beginning at a 1/2 inch iron rod found for the interior corner of said Texas Instruments Addition, Lot 1RA, Block A, said point being the Northeast corner of a called 62.037 acre tract described in a deed to Valley Parkway Association and recorded in Volume 1383, Page 818 of the Deed Records of Denton County, Texas, said iron rod having a red plastic cap stamped "RPLS 4701" (hereinafter referred to as "with cap");

THENCE: North 89 deg. 16 min. 13 sec. West, a distance of 212.96 feet along the common line of said Texas Instruments Addition and said 62.037 acre VPA tract to a 1/2 inch iron rod with cap, found for corner;

THENCE: North 88 deg. 21 min. 16 sec. West, a distance of 237.44 feet along the common line of said Texas Instruments Addition and said 62.037 acre VPA tract to a 1/2 inch iron rod with cap stamped "Goodwin & Marshall", found for the most Northerly Southwest corner of said Texas Instruments Addition, said point also being in the East right-of-way line of Edmonds Lane (variable width right-of-way) and being in a curve to the right, having a radius of 237.50 feet, a delta angle of 09 deg. 02 min. 27 sec. and an arc length of 37.48 feet;

THENCE: along the West line of said Texas Instruments Addition and the East right-of-way line of said Edmonds Lane as follows:

THENCE: in a Northerly direction with said curve to the right, having a chord that bears North 07 deg. 52 min. 44 sec. East - 37.44 feet, to a 1/2 inch iron rod with cap, found for corner at the beginning of a curve to the left, having a radius of 262.50 feet, a delta angle of 12 deg. 34 min. 44 sec. and an arc length of 57.63 feet;

THENCE: with said curve to the left, having a chord that bears North 06 deg. 06 min. 35 sec. East - 57.51 feet, to a 1/2 inch iron rod with cap, found for corner;

THENCE: North 00 deg 10 min. 47 sec. West, a distance of 144.99 feet to a 1/2 inch iron rod with cap, found for corner;

THENCE: North 45 deg. 10 min. 47 sec. West, a distance of 16.97 feet to a 1/2 inch iron rod with cap, found for corner;

6

THENCE: North 00 deg. 10 min. 47 sec. West, a distance of 1,421.54 feet to a 1/2 inch iron rod with cap, found for corner at the beginning of a curve to the right, having a radius of 237.50 feet, a delta angle of 12 deg. 34 min. 43 sec. and an arc length of 52.14 feet;

THENCE: with said curve to the right, having a chord that bears North 06 deg. 06 min. 35 sec. East - 52.04 feet, to a 1/2 inch iron rod with cap, found for corner at the beginning of a curve to the left, having a radius of 262.50 feet, a delta angle of 12 deg. 34 min. 44 sec. and an arc length of 57.63 feet;

THENCE: with said curve to the left, having a chord that bears North 06 deg. 06 min. 35 sec. East - 57.51 feet, to a 1/2 inch iron rod with cap, found for corner;

THENCE: North 00 deg. 10 min. 47 sec. West, a distance of 157.50 feet to a 1/2 inch iron rod with cap, found for corner;

THENCE: North 44 deg. 00 min. 38 sec. West, a distance of 2.87 feet to a 1/2 inch iron rod with cap, set for the Northwest corner of said Lot 1RA, Block A and same being the Southwest corner of Lot 4, Block A of said Texas Instruments Addition;

THENCE: departing from the West line of said Texas Instruments Addition and said Edmonds Lane, along the common line of said Lots 1RA and 4, Block A as follows:

THENCE: North 89 deg. 38 min. 36 sec. East, a distance of 571.01 feet to a 1/2 inch iron rod with cap, set for corner at the beginning of a curve to the left, having a radius of 470.00 feet, a delta angle of 14 deg. 08 min. 18 sec. and an arc distance of 115.98 feet;

THENCE: with said curve to the left, having a chord that bears North 82 deg. 34 min. 27 sec. East, - 115.68 feet, to a 1/2 inch iron rod with cap, set for corner at the end of said curve;

THENCE: North 75 deg. 30 min. 18 sec. East, a distance of 118.05 feet to a 1/2 inch iron rod with cap, set for corner at the beginning of a curve to the right, having a radius of 530.00 feet, a delta angle of 18 deg. 59 min. 39 sec. and an arc distance of 175.70 feet;

THENCE: with said curve to the right, having a chord that bears North 85 deg. 00 min. 07 sec. East - 174.90 feet, to a 1/2 inch iron rod with cap, set for corner at the end of said curve;

THENCE: South 85 deg. 30 min. 03 sec. East, a distance of 327.66 feet to a 1/2 inch iron rod with cap, set for an inside ell corner of said Lot 1RA, Block A and same being the Southeast corner of said Lot 4, Block A;

THENCE: North 04 deg. 22 min. 01 sec. East, a distance of 281.09 feet to a 1/2 inch iron rod with cap, set for corner ;

THENCE: North 36 deg. 48 min. 02 sec. West, a distance of 11.51 feet to a 1/2 inch iron rod with cap, set for the most Northerly Northwest corner of said Lot 1RA, Block A and the Northeast corner of said Lot 4, Block A, on the South line of a Deceleration Lane as dedicated

7

for F.M. Highway 3040 (variable width right-of-way) by the above described Replat recorded in Document No. 2012-26 and said point being in a non-tangent curve to the right, having a radius of 1,086.09 feet, a delta angle of 04 deg. 32 min. 47 sec. and an arc distance of 86.18 feet;

THENCE: along the common line of said Lot 1RA, Block A and said dedicated Deceleration Lane for F.M. Highway 3040 and with said curve to the right, having a chord that bears South 75 deg. 24 min. 56 sec. East - 86.16 feet to a 1/2 inch iron rod with cap, set for the most Northerly Northeast corner of said Lot 1RA, Block A and same being the Northwest corner of Lot 3, Block A of said Texas Instruments Addition;

THENCE: departing from said dedicated Deceleration Lane of F.M. Highway 3040 and along the common line of said Lots 1RA and 3, Block A as follows:

THENCE: South 55 deg. 33 min. 53 sec. West, a distance of 9.26 feet to a 1/2 inch iron rod with cap, set for corner;

THENCE: South 04 deg. 22 min. 01 sec. West, a distance of 268.83 feet to a 1/2 inch iron rod with cap, set for an inside ell corner of said Lot 1RA, Block A and same being the Southwest corner of Lot 3, Block A;

THENCE: South 85 deg. 30 min. 03 sec. East, a distance of 620.81 feet to a 1/2 inch iron rod with cap, set for the Southeast corner of said Lot 3, Block A and being on the South Right-of-way line of the above mentioned F.M. Highway 3040;

THENCE: continuing along with the North line of said Lot 1RA, Block A of said Texas Instruments Addition and the South right-of-way line of said FM Highway 3040 as follows;

THENCE: South 00 deg. 28 min. 58 sec. West, a distance of 101.75 feet to a 1/2 inch iron rod found for corner;

THENCE: North 89 deg. 33 min. 21 sec. East, a distance of 230.49 feet to a 1/2 inch iron rod with cap, set for the Southwest corner of a Deceleration Lane as dedicated for said F.M. Highway 3040, by the above described Replat;

THENCE: South 68 deg. 43 min. 59 sec. East, along the common line of said Lot 1RA, Block A and said dedication, a distance of 77.84 feet to a 1/2 inch iron rod with cap, set for corner;

THENCE: South 74 deg. 57 min. 32 sec. East, continuing along the common line of said Lot 1RA, Block A and said dedication, a distance of 57.52 feet to a 1/2 inch iron rod with cap, set for corner;

THENCE: South 82 deg. 47 min. 46 sec. East, continuing along the common line of said Lot 1RA, Block A and said dedication, a distance of 85.71 feet to a 1/2 inch iron rod with cap, set for corner;

72326.000017 EMF_US 38655447v3

THENCE: North 69 deg. 31 min. 24 sec. East, continuing along the common line of said Lot 1RA, Block A and said dedication, a distance of 25.83 feet to a 1/2 inch iron rod with cap, set for corner at the Northeast corner of said dedication and the South line of said F.M. Highway 3040;

THENCE: departing from said Deceleration Lane dedication and continuing along the common line of said Lot 1RA, Block A and said F.M. Highway 3040 as follows:

THENCE: South 82 deg. 47 min. 46 sec. East, a distance of 71.46 feet to a STHD&PT concrete right-of-way monument with brass disk found for corner;

THENCE: North 89 deg. 00 min. 21 sec. East, a distance of 430.45 feet to a STHD&PT concrete right-of-way monument with brass disk found for corner;

THENCE: South 49 deg. 04 min. 42 sec. East, a distance of 14.59 feet to a 1/2 inch iron rod with cap, found for corner from which a STHD&PT concrete right-of-way monument found with brass disk, bears North 85 deg. 23 min. 16 sec. East - 9.67 feet;

THENCE: North 89 deg. 02 min. 36 sec. East, a distance of 280.73 feet to a STHD&PT concrete right-of-way monument with brass disk found for corner;

THENCE: South 53 deg. 52 min. 51 sec. East, a distance of 125.78 feet to a STHD&PT concrete right-of-way monument with brass disk found for corner;

THENCE: North 89 deg. 24 min. 00 sec. East, a distance of 99.60 feet to a STHD&PT concrete right-of-way monument with brass disk found for the most Easterly Northeast corner of said Lot 1RA, Block A, on the West right-of-way line of State Highway 121 (variable width right-of-way);

THENCE: in a Southerly direction, with the common line of said Lot 1RA, Block A and said State Highway 121 as follows;

THENCE: South 03 deg. 33 min. 33 sec. East, a distance of 55.24 feet to a 5/8 inch iron rod found for corner;

THENCE: South 03 deg. 08 min. 09 sec. East, a distance of 201.39 feet to a STHD&PT concrete right-of-way monument with brass disk found for corner;

THENCE: South 04 deg. 41 min. 17 sec. West, a distance of 529.08 feet to a 1/2 inch iron rod with cap found for corner from which a STHD&PT concrete right-of-way monument found with brass disk, bears South 08 deg. 48 min. 44 sec. West - 11.45 feet and said iron rod also being the beginning of a curve to the right, having a radius of 521.93 feet, a delta angle of 43 deg. 45 min. 54 sec. and an arc length of 398.67 feet;

THENCE: with said curve to the right, having a chord that bears South 26 deg. 34 min. 14 sec. West - 389.05 feet to a 1/2 inch iron rod with cap, found for corner at the end of said curve from

9

which a STHD&PT concrete right-of-way monument found with brass disk, bears North 45 deg. 11 min. 01 sec. East - 17.16 feet;

THENCE:  South 48 deg. 27 min. 11 sec. West, a distance of 453.61 feet to a STHD&PT concrete right-of-way monument with brass disk found for corner;

THENCE:  South 56 deg. 17 min. 21 sec. West, a distance of 1,071.81 feet to a 1/2 inch iron rod with cap, found for corner on edge of asphalt entry drive;

THENCE:  South 57 deg. 39 min. 18 sec. West, a distance of 472.79 feet to a concrete STHD&PT right-of-way monument found for corner at the beginning of a curve to the left, having a radius of 5,779.58 feet, a delta angle of 02 deg. 20 min. 41 sec. and an arc length of 236.52 feet;

THENCE:  with said curve to the left, having a chord that bears South 56 deg. 44 min. 42 sec. West - 236.50 feet to a 1/2 inch iron rod with cap, found for corner;

THENCE:  North 60 deg. 22 min. 49 sec. West, a distance of 92.00 feet to a 1/2 inch iron with cap, rod found for corner;

THENCE:  North 87 deg. 43 min. 55 sec. West, a distance of 20.00 feet to a 1/2 inch iron with cap, rod found for corner;

THENCE:  South 27 deg. 47 min. 25 sec. West, a distance of 179.50 feet to a 1/2 inch iron rod with cap, found for corner, said point being in a curve to the left, having a radius of 5,794.58 feet, a delta angle of 02 deg. 03 min. 39 sec. and an arc length of 208.42 feet;

THENCE:  with said curve to the left, having a chord that bears South 52 deg. 24 min. 53 sec. West - 208.41 feet to a 1/2 inch iron rod with cap, found for corner;

THENCE:  South 38 deg. 36 min. 56 sec. East, a distance of 15.00 feet to a 1/2 inch iron rod with cap, found for corner, said point being in a curve to the left, having a radius of 5,779.58 feet, a delta angle of 01 deg. 00 min. 20 sec. and an arc length of 101.43 feet;

THENCE:  with said curve to the left, having a chord that bears South 50 deg. 52 min. 54 sec. West - 101.43 feet to a 1/2 inch iron rod with cap, found for corner;

THENCE:  South 58 deg. 19 min. 36 sec. West, a distance of 102.10 feet to a 1/2 inch iron rod found for corner, said point being in a curve to the left, having a radius of 5,794.58 feet, a delta angle of 02 deg. 35 min. 08 sec. and an arc length of 261.49 feet;

THENCE:  with said curve to the left, having a chord that bears South 48 deg. 05 min. 10 sec. West - 261.47 feet to a 1/2 inch iron rod with cap, found for corner, said point being in the Northeast right-of-way line of the above mentioned Edmonds Lane;

72326.000017 EMF_US 38655447v3

THENCE:  South 86 deg. 00 min. 00 sec. West, a distance of 39.20 feet along the Northeast right-of-way line of said Edmonds Lane to an "X" found in concrete sidewalk for corner;

THENCE:  North 58 deg. 57 min. 49 sec. West, a distance of 46.66 feet along the Northeast right-of-way line said Edmonds Lane to a PK Nail found for corner at the beginning of a curve to the right, having a radius of 1,339.00 feet, a delta angle of 11 deg. 12 min. 52 sec. and an arc length of 262.08 feet;

THENCE:  with said curve to the right, having a chord that bears North 53 deg. 19 min. 20 sec. West - 261.66 feet along the Northeast right-of-way line of said Edmonds Lane to a 1/2 inch iron rod with cap, found for corner, said point being in the East line of the above mentioned 62.037 acre tract;

THENCE:  North 00 deg. 50 min. 41 sec. East (Reference Bearing), a distance of 1,066.11 feet along the most Southerly West line of said Lot 1RA, Block A of Texas Instruments Addition and the East line of said 62.037 acre tract to the POINT OF BEGINNING and containing 173.796 acres of land, **SAVE & EXCEPT** that certain 5.477 acre tract known as Lot 2, Block A of said Texas Instruments Addition, conveyed by BREOF CONVERGENCE, LP to TEXAS INSTRUMENTS INCORPORATED and recorded in Document No. 2008-69887 of the Deed Records of Denton County, Texas, **LEAVING A NET TOTAL of 168.319 acres of land** and being that same tract of land shown as Lot 1RA, Block A of the Texas Instruments Addition, an addition to the City of Lewisville according to the Replat thereof recorded in Document No. 2012-26 of the Plat Records of Denton County, Texas.

72326.000017 EMF_US 38655447v3

## EXHIBIT B

## SCHEDULE OF LEASES

Convergence Lease Schedule

| Tenant | Suite Number | Lease Execution Date | Lease Start Date | Lease Expiration Date |
|---|---|---|---|---|
|  |  |  |  |  |
| GMAC Mortgage, LLC | 300A, 300B, 300C, 300D | July 30, 2002 | November 4, 2002 | December 31, 2017 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |