# EXHIBIT "3"

## ESTOPPEL CERTIFICATE

The undersigned ("Tenant"), hereby states, certifies and affirms the following with respect to the possible sale of the Property (as defined below) to __Digital Lewisville, LLC__, a Delaware limited liability company, and its successors and assigns (the "Buyer"), with the knowledge and intent that the Buyer shall rely hereon:

1.      The Tenant, as the tenant, and __BREOF Convergence, LP__ ("Landlord"), as the landlord, are parties to that certain lease dated __July 30__, __2002__ ("Original Lease"), whereby the Tenant leased approximately __19,112__ square feet of space (the "Original Leased Premises") in a portion of the Property known as __Convergence Office Center__ situated in the County of __Denton__, __Texas__, and more particularly described in the Original Lease (the "Property").

2.      The Original Lease has not been amended or modified in any respect whatsoever except for the amendments or modifications listed on Exhibit A attached hereto, if any (collectively with the Original Lease, hereinafter referred to as the "Lease") and constitutes the complete agreement between the Landlord and the Tenant with respect to the Leased Premises. The amendments or modifications listed on Exhibit A include, but are not limited to, modifications to the square footage of the Original Leased Premise such that the Tenant is currently leasing __78,413__ square feet of space (the "Leased Premises).

3.      The minimum rent currently payable under the Lease is in the amount of $__82,172.38__ per month which has been paid through __January__, 2012; and except for the current month, no rent has been paid in advance. Excluding electricity charges, Tenant's pro rata share of operating expenses, real estate taxes and other "pass-through" charges in excess for the amount of such charges during the base year is __9.57__ % (collectively) and is currently paying $__4,877.71__ per month in additional rent for estimated "pass through" charges.

4.      Tenant has no current known claims, counterclaims, defenses or setoffs against Landlord or to the payment of rent or other charges arising from the Lease or otherwise, nor is Tenant entitled to any tenant improvement allowance or other concession payment from Landlord or any free rent for any period after the date of this certification except as follows: (state none, if applicable) __Third Amendment Work Allowance not to exceed $400,000; and, $38,714.33 per month rent abatement through April 30, 2012__.

5.      The Tenant has accepted and is in possession of the Leased Premises. The term of the Lease commenced on __November 4__, __2002__, and the current term is scheduled to expire on __December 31__, 20__17__. Except as set forth in the Lease, the Tenant does not have (i) a right to renew the Lease, or (ii) any option to expand the Leased Premises. Tenant has no right or option to purchase any part of the Leased Premises or the Property.

6.      To Tenant's knowledge, there is no event of default nor any fact or circumstance that, with the giving of notice or the passage of time or both, would constitute an event of default under the Lease by Landlord or Tenant.

• All of the representations herein are based upon Tenant's present, actual knowledge. No provision of this document shall be deemed to modify, diminish or expand any rights or obligations as stated in the Lease. In the event that a term in this document conflicts or appears to conflict with the terms of the Lease, then the terms of the Lease shall control the respective rights and obligations between the Landlord and Tenant. This document shall not be used to supplant any due diligence requirements.

7.    Tenant has paid to Landlord, and Landlord is holding on behalf of Tenant, a security deposit in the amount of $0.00  and in the form of  N/A .

8.    No actions, whether voluntary or otherwise, are pending against the undersigned under the bankruptcy laws of the United States or any state thereof.

9.    The address of Tenant for receipt of notices is as set forth in the Lease.

10.    Neither the Lease nor the Leased Premises have been sublet, assigned, mortgaged or encumbered (in whole or in part), except as follows: (state none, if applicable) _____.

11.    To Tenant's actual knowledge, Tenant has not generated, used, stored, spilled, or disposed of, or released any Hazardous Substances at, on or in the Leased Premises in violation of any applicable law or which requires a cleanup or remediation or reporting to a governmental body under any applicable law. "Hazardous Substances" shall not include those materials that are technically within the definition provided for in the Lease but that are contained in prepackaged office supplies, cleaning materials, or personal grooming items or other items that are sold for consumer or commercial use and typically used in other similar buildings or space.

This certification shall be binding upon Tenant and shall inure to the benefit of Landlord, Buyer and any lender ("Lender") to Buyer (or to Buyer's owners), each of the respective successors and assigns of Landlord, Buyer and Lender, and all parties claiming through or under such persons or any such successor or assign; and Tenant acknowledges that Buyer is purchasing the Property in reliance on this certification.

IN WITNESS WHEREOF, the undersigned has caused this Certificate to be duly executed as of the 26ᵗʰ day of   January , 2012.

TENANT:
 GMAC Mortgage, LLC  , a(n)  Delaware limited liability company 

By: _____

Name:
        Patrick D. Lerch
        Portfolio Manager
Title:

EXHIBIT A TO TENANT ESTOPPEL

[LIST OF AMENDMENTS AND MODIFICATIONS]

First Amendment entered into March 23, 2004

Second Amendment entered into November 4, 2005

Third Amendment entered into August 25, 2011