# **EXHIBIT "4"**



# DIGITAL REALTY
Data Center Solutions

February 27, 2012

GMAC Mortgage Corporation
ATTN: Colleen Price, Esq.
Corporate Counsel
100 Winter Road
Horsham, PA 19004

Re: Notification of Ownership Change at 2501 S State Highway 121, Lewisville, TX 75067
and Introduction to Building Management

Dear Colleen Price:

Please be advised that effective February 22, 2012, Digital Lewisville, LLC, an affiliate of Digital Realty, acquired and assumed management responsibilities of 2501 S State Highway 121, Lewisville, TX 75067. We would like to take this opportunity to introduce ourselves and provide you pertinent information to assist you during your tenancy.

## WHO IS DIGITAL REALTY?

Digital Realty owns, acquires, develops, and manages technology-related real estate throughout North America and Europe. The Company is focused on providing datacenter solutions for domestic and international customers across a variety of industry verticals ranging from information technology and internet enterprises, to manufacturing and financial services. For more information on Digital Realty, please visit www.digitalrealty.com.

## BUILDING MANAGEMENT

The property will be managed by a team of real estate and engineering professionals and can be contacted at (214) 998-7263 if you have any questions during this transition or for service requests. The property management staff includes:

| | | |
|---|---|---|
| Brandi Bale | Senior Real Estate Manager | bbale@digitalrealty.com |
| Morgan Meinhardt | Assistant Real Estate Manager | mmeinhardt@digitalrealty.com |
| Diane Harvey | Property Assistant | dharvey@digitalrealty.com |
| Dean Brown | Technical Operations Manager | dbrown@digitalrealty.com |

## RENT PAYMENTS

Rent statements will typically be mailed to you before the 1st of each month. Your monthly rent statement will list all amounts due for the month, including any past due charges and outstanding credits. In addition, your monthly rent statement will include a return remittance slip with our payment address. Following the Acquisition Date, all rental payments should be made payable to Digital Lewisville, LLC and mailed to:

| Mailing Address: | Digital Lewisville, LLC<br>PO Box 847756<br>Dallas, TX 75284-7756 | Overnight Address: | Bank of America Lockbox Services<br>Lockbox 847756<br>1950 N Stemmons Freeway<br>Ste 5010<br>Dallas, TX 75207 |
|---|---|---|---|

REDACTED



# DIGITAL REALTY
Data Center Solutions

If you prefer, you may wire payments to:

| | |
|---|---|
| Bank: | Bank of America NT&SA |
| | 100 West 33rd Street |
| | New York, NY 10001 |

Routing Number:
SWIFT:
Account Number:           6563
Account Name:             Digital Lewisville, LLC

If you prefer, you may pay via ACH to:

| | |
|---|---|
| Bank: | Bank of America NT&SA |
| | 1850 Gateway Blvd |
| | Concord, CA 94520-3282 |

Routing Number:
Account Number:           6563
Account Name:             Digital Lewisville, LLC

## CERTIFICATES OF INSURANCE

Additionally, due to the change in ownership, please forward an updated certificate of insurance naming the following entities as additional insured on a separate and attached additional endorsement form:

   Digital Lewisville, LLC
   Digital Realty Trust, LP
   Digital Realty Trust, Inc

In addition, the Certificate Holder on the certificate should read as follows:

   Digital Lewisville, LLC
   Digital Realty Trust, LP
   Digital Realty Trust, Inc
   2501 S State Highway 121 Bus, Suite 400
   Lewisville, TX 75067

We value your tenancy and we look forward to working with you, so please feel free to contact our team with any questions or concerns.

Sincerely,
Digital Lewisville, LLC

Brandi Bale
Senior Real Estate Manager



# DIGITAL REALTY
Data Center Solutions

February 27, 2012

GMAC Mortgage Corporation
ATTN: Corporate Real Estate
4 Walnut Grove
Horsham, PA 19044

Re:   Notification of Ownership Change at 2501 S State Highway 121, Lewisville, TX 75067
      and Introduction to Building Management

Dear Corporate Real Estate:

Please be advised that effective February 22, 2012, Digital Lewisville, LLC, an affiliate of Digital Realty, acquired and assumed management responsibilities of 2501 S State Highway 121, Lewisville, TX 75067. We would like to take this opportunity to introduce ourselves and provide you pertinent information to assist you during your tenancy.

## WHO IS DIGITAL REALTY?

Digital Realty owns, acquires, develops, and manages technology-related real estate throughout North America and Europe. The Company is focused on providing datacenter solutions for domestic and international customers across a variety of industry verticals ranging from information technology and internet enterprises, to manufacturing and financial services. For more information on Digital Realty, please visit www.digitalrealty.com.

## BUILDING MANAGEMENT

The property will be managed by a team of real estate and engineering professionals and can be contacted at (214) 998-7263 if you have any questions during this transition or for service requests. The property management staff includes:

| | | |
|---|---|---|
| Brandi Bale | Senior Real Estate Manager | bbale@digitalrealty.com |
| Morgan Meinhardt | Assistant Real Estate Manager | mmeinhardt@digitalrealty.com |
| Diane Harvey | Property Assistant | dharvey@digitalrealty.com |
| Dean Brown | Technical Operations Manager | dbrown@digitalrealty.com |

## RENT PAYMENTS

Rent statements will typically be mailed to you before the 1st of each month. Your monthly rent statement will list all amounts due for the month, including any past due charges and outstanding credits. In addition, your monthly rent statement will include a return remittance slip with our payment address. Following the Acquisition Date, all rental payments should be made payable to Digital Lewisville, LLC and mailed to:

| | | |
|---|---|---|
| Mailing Address: | Digital Lewisville, LLC<br>PO Box 847756<br>Dallas, TX 75284-7756 | Overnight Address: | Bank of America Lockbox Services<br>Lockbox 847756<br>1950 N Stemmons Freeway<br>Ste 5010<br>Dallas, TX 75207 |



# DIGITAL REALTY
Data Center Solutions

If you prefer, you may wire payments to:

Bank:          Bank of America NT&SA
               100 West 33rd Street
               New York, NY 10001

Routing Number:
SWIFT:
Account Number:     6563
Account Name:       Digital Lewisville, LLC

If you prefer, you may pay via ACH to:

Bank:          Bank of America NT&SA
               1850 Gateway Blvd
               Concord, CA 94520-3282

Routing Number:
Account Number:     6563
Account Name:       Digital Lewisville, LLC

## CERTIFICATES OF INSURANCE

Additionally, due to the change in ownership, please forward an updated certificate of Insurance naming the following entities as additional insured on a separate and attached additional endorsement form:

Digital Lewisville, LLC
Digital Realty Trust, LP
Digital Realty Trust, Inc

In addition, the Certificate Holder on the certificate should read as follows:

Digital Lewisville, LLC
Digital Realty Trust, LP
Digital Realty Trust, Inc
2501 S State Highway 121 Bus, Suite 400
Lewisville, TX 75067

We value your tenancy and we look forward to working with you, so please feel free to contact our team with any questions or concerns.

Sincerely,
Digital Lewisville, LLC

Brandi Bale
Senior Real Estate Manager



# DIGITAL REALTY
Data Center Solutions

February 27, 2012

GMAC Mortgage Corporation
ATTN: Mr. Warren Braverman
4 Walnut Grove
Horsham, PA 19044

Re: Notification of Ownership Change at 2501 S State Highway 121, Lewisville, TX 75067
and Introduction to Building Management

Dear Mr. Warren Braverman:

Please be advised that effective February 22, 2012, Digital Lewisville, LLC, an affiliate of Digital Realty, acquired and assumed management responsibilities of 2501 S State Highway 121, Lewisville, TX 75067. We would like to take this opportunity to introduce ourselves and provide you pertinent information to assist you during your tenancy.

## WHO IS DIGITAL REALTY?

Digital Realty owns, acquires, develops, and manages technology-related real estate throughout North America and Europe. The Company is focused on providing datacenter solutions for domestic and international customers across a variety of industry verticals ranging from information technology and Internet enterprises, to manufacturing and financial services. For more information on Digital Realty, please visit www.digitalrealty.com.

## BUILDING MANAGEMENT

The property will be managed by a team of real estate and engineering professionals and can be contacted at (214) 998-7263 if you have any questions during this transition or for service requests. The property management staff includes:

| | | |
|---|---|---|
| Brandi Bale | Senior Real Estate Manager | bbale@digitalrealty.com |
| Morgan Meinhardt | Assistant Real Estate Manager | mmeinhardt@digitalrealty.com |
| Diane Harvey | Property Assistant | dharvey@digitalrealty.com |
| Dean Brown | Technical Operations Manager | dbrown@digitalrealty.com |

## RENT PAYMENTS

Rent statements will typically be mailed to you before the 1st of each month. Your monthly rent statement will list all amounts due for the month, including any past due charges and outstanding credits. In addition, your monthly rent statement will include a return remittance slip with our payment address. Following the Acquisition Date, all rental payments should be made payable to Digital Lewisville, LLC and mailed to:

| | | |
|---|---|---|
| Mailing Address: | Digital Lewisville, LLC<br>PO Box 847756<br>Dallas, TX 75284-7756 | Overnight Address: | Bank of America Lockbox Services<br>Lockbox 847756<br>1950 N Stemmons Freeway<br>Ste 5010<br>Dallas, TX 75207 |

**REDACTED**



## DIGITAL REALTY
Data Center Solutions

If you prefer, you may wire payments to:

| | |
|---|---|
| Bank: | Bank of America NT&SA<br>100 West 33rd Street<br>New York, NY 10001 |

Routing Number:
SWIFT:
Account Number:        6563
Account Name:          Digital Lewisville, LLC

If you prefer, you may pay via ACH to:

| | |
|---|---|
| Bank: | Bank of America NT&SA<br>1850 Gateway Blvd<br>Concord, CA 94520-3282 |

Routing Number:
Account Number:        6563
Account Name:          Digital Lewisville, LLC


**CERTIFICATES OF INSURANCE**

Additionally, due to the change in ownership, please forward an updated certificate of insurance naming the following entities as additional insured on a separate and attached additional endorsement form:

  Digital Lewisville, LLC
  Digital Realty Trust, LP
  Digital Realty Trust, Inc

In addition, the Certificate Holder on the certificate should read as follows:

  Digital Lewisville, LLC
  Digital Realty Trust, LP
  Digital Realty Trust, Inc
  2501 S State Highway 121 Bus, Suite 400
  Lewisville, TX 75067

We value your tenancy and we look forward to working with you, so please feel free to contact our team with any questions or concerns.

Sincerely,
Digital Lewisville, LLC

Brandi Bale
Senior Real Estate Manager



# DIGITAL REALTY
Data Center Solutions

February 27, 2012

GMAC Mortgage Corporation
ATTN: GMAC Mortgage Corporation
c/o Jones Lang LaSalle America
525 William Penn Place, 20th Floor
Pittsburgh, PA 15259

Re:   Notification of Ownership Change at 2501 S State Highway 121, Lewisville, TX 75067
      and Introduction to Building Management

Dear GMAC Mortgage Corporation:

Please be advised that effective February 22, 2012, Digital Lewisville, LLC, an affiliate of Digital Realty, acquired and assumed management responsibilities of 2501 S State Highway 121, Lewisville, TX 75067. We would like to take this opportunity to introduce ourselves and provide you pertinent information to assist you during your tenancy.

## WHO IS DIGITAL REALTY?

Digital Realty owns, acquires, develops, and manages technology-related real estate throughout North America and Europe. The Company is focused on providing datacenter solutions for domestic and international customers across a variety of industry verticals ranging from information technology and Internet enterprises, to manufacturing and financial services. For more information on Digital Realty, please visit www.digitalrealty.com.

## BUILDING MANAGEMENT

The property will be managed by a team of real estate and engineering professionals and can be contacted at (214) 998-7263 if you have any questions during this transition or for service requests. The property management staff includes:

| | | |
|---|---|---|
| Brandi Bale | Senior Real Estate Manager | bbale@digitalrealty.com |
| Morgan Meinhardt | Assistant Real Estate Manager | mmeinhardt@digitalrealty.com |
| Diane Harvey | Property Assistant | dharvey@digitalrealty.com |
| Dean Brown | Technical Operations Manager | dbrown@digitalrealty.com |

## RENT PAYMENTS

Rent statements will typically be mailed to you before the 1st of each month. Your monthly rent statement will list all amounts due for the month, including any past due charges and outstanding credits. In addition, your monthly rent statement will include a return remittance slip with our payment address. Following the Acquisition Date, all rental payments should be made payable to Digital Lewisville, LLC and mailed to:

Mailing Address:  Digital Lewisville, LLC        Overnight Address:  Bank of America Lockbox Services
                  PO Box 847756                                      Lockbox 847756
                  Dallas, TX 75284-7756                              1950 N Stemmons Freeway
                                                                     Ste 5010
                                                                     Dallas, TX 75207

REDACTED



# DIGITAL REALTY
Data Center Solutions

If you prefer, you may wire payments to:

| | |
|---|---|
| Bank: | Bank of America NT&SA |
| | 100 West 33rd Street |
| | New York, NY 10001 |

Routing Number:
SWIFT:
Account Number:        5563
Account Name:          Digital Lewisville, LLC

If you prefer, you may pay via ACH to:

Bank:         Bank of America NT&SA
              1850 Gateway Blvd
              Concord, CA 94520-3282

Routing Number:
Account Number:        6563
Account Name:          Digital Lewisville, LLC

## CERTIFICATES OF INSURANCE

Additionally, due to the change in ownership, please forward an updated certificate of insurance naming the following entities as additional insured on a separate and attached additional endorsement form:

Digital Lewisville, LLC
Digital Realty Trust, LP
Digital Realty Trust, Inc

In addition, the Certificate Holder on the certificate should read as follows:

Digital Lewisville, LLC
Digital Realty Trust, LP
Digital Realty Trust, Inc
2501 S State Highway 121 Bus, Suite 400
Lewisville, TX 75067

We value your tenancy and we look forward to working with you, so please feel free to contact our team with any questions or concerns.

Sincerely,
Digital Lewisville, LLC

Brandi Bale
Senior Real Estate Manager