# **EXHIBIT "5"**



**DIGITAL REALTY**
Data Center Solutions

2501 S. State Highway 121 Business, Suite 400D
Lewisville, TX 75067 USA
Tel: +1 972 393 4521 Fax: +1 972 393 4522
www.digitalrealty.com

June 15, 2012

Attn: Corporate Counsel
GMAC Mortgage Corporation
100 Witmer Road
Horsham, PA 19044

RE:   Request for Certificate of Insurance
      2501 S. State Highway 121 Business, Lewisville

Dear GMAC Mortgage:

Our records indicate that your certificate of insurance for your lease at 2501 S. State Highway 121 Business in Lewisville, TX is not current, due to the change in ownership. Please have your insurance carrier forward a certificate of insurance to our attention no later than July 15th, 2012.

Description of Operations/Locations/Special Items must read as follows:

CERTIFICATE HOLDER IS NAMED AS ADDITIONAL INSURED PER FORM CG2011 11/85 OR EQUIVALENT (SEE ATTACHED ENDORSEMENT). INSURED'S COVERAGE IS PRIMARY WITH 30 DAYS NOTICE OF CANCELLATION.

The Certificate Holder must read as follows:

   DIGITAL LEWISVILLE, LLC
   DIGITAL REALTY TRUST, INC
   DIGITAL REALTY TRUST, LP
   2501 S STATE HWY 121 BUS, STE 400D
   LEWISVILLE, TX 75067

For your convenience, enclosed are the sections of your lease agreement that outline the specific coverage amounts required by your lease and a sample certificate.

Additionally, enclosed is a sample certificate of insurance required from our vendors and our customer's vendors. Please provide the sample to your vendors and have them send a current COI with the enclosed requirements before work commences in your leased space.

If there are any questions regarding these requirements, or if your insurance agent wishes to discuss the elements of these requirements in greater detail, please do not hesitate to contact me at 214-461-0624 or dharvey@digitalrealty.com.

We appreciate your immediate assistance and cooperation with this request.

Sincerely,


Diane Harvey
Assistant Real Estate Manager

Encl

30. <u>No Subrogation; Insurance</u>.

(a) Tenant hereby waives any cause of action it might have against Landlord on account of any loss or damage that is insured against under any insurance policy that covers the Premises, Tenant's fixtures, personal property, leasehold improvements or business and which names Tenant as a party insured. Landlord hereby waives any cause of action it might have against Tenant because of any loss or damage that is insured against under any insurance policy that covers the Premises, the Building, the Project or any property of Landlord used in connection with the Building or the Project and which names Landlord as a party insured, provided that if the cost of restoring the loss or damage exceeds the amount of property damage insurance proceeds paid to Landlord on account of the loss or damage, Tenant shall remain liable to Landlord for the amount of such excess. This provision is cumulative of Paragraph 15.

(b) Tenant shall procure and maintain throughout the Lease Term from an insurance company reasonably acceptable to Landlord a policy or policies of insurance, at its sole cost and expense, insuring Tenant and Landlord against any and all liability for injury to or death of a person or persons, occasioned by or arising out of or in connection with the use or occupancy of the Premises, the limits of such policy or policies to be in an amount not less than $1,000,000.00 with respect to injuries to or death of any one person and in an amount of not less than $1,000,000.00 with respect to any one accident or disaster, and shall furnish evidence satisfactory to Landlord of the maintenance of such insurance. This insurance coverage shall include blanket contractual liability and broad form property damage liability and shall contain an exception to any pollution exclusion which insures damage or injury arising out of heat, smoke or fumes from a hostile fire. Tenant may self-insure the fire and casualty insurance required hereby, provided it provides evidence, satisfactory to Landlord, that Tenant has a net worth in excess of $50,000,000.00 as determined by GAAP, consistently applied. Landlord's agent, Landlord's mortgagee, and any other parties which Landlord shall deem necessary shall be named as an additional insured therein as their respective interests may appear. This insurance shall be written on an occurrence basis and shall be primary and noncontributory to any other insurance carried by Landlord. Tenant shall obtain a written obligation on the part of each insurance company to notify Landlord at least thirty (30) days prior to cancellation, expiration or material alteration of such insurance. It is recommended that Tenant carry fire and extended coverage insurance on its personal property, as Landlord shall in no event be required to rebuild, repair or replace any part of the furniture, equipment, personal property, fixtures and other improvements which may have been placed by Tenant on or within the Premises, and Tenant hereby waives any cause of action it might have against Landlord on account of the loss of any such property.

(c) Landlord shall obtain and maintain during the Lease Term all risk property insurance for the Project on a full replacement cost basis, with no co-insurance requirement; commercial general liability insurance and such other insurance of such types and in such amounts as are commercially reasonable. However, Landlord may self-insure any coverages other than the all risk property insurance for the Project. Landlord may provide any such coverages by means of a blanket policy. Landlord shall deliver to Tenant upon request a certificate evidencing the coverages carried by Landlord.

DALLAS4 5778164v2 33970-00788        13

# TENANT SAMPLE

| ACORD | CERTIFICATE OF INSURANCE | ISSUE DATE (MM/DD/YY) | |
|---|---|---|---|
| **PRODUCER** <br><br> INSURANCE AGENCY <br> ADDRESS <br> PHONE NUMBER <br> FAX NUMBER | | THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. | |
| | | COMPANIES AFFORDING COVERAGE | |
| | | COMPANY LETTER   A | (NAME OF INSURANCE CARRIER) |
| **INSURED** <br><br> GMAC Mortgage Corporation <br> ADDRESS | | COMPANY LETTER   B | |
| | | COMPANY LETTER   C | |
| | | COMPANY LETTER   D | |

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED, NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUE OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| CO. LTR | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE | POLICY EXPIRATION | LIMITS | |
|---|---|---|---|---|---|---|
| | **GENERAL LIABILITY** <br> X  COMMERICAL GEN. LIABILITY <br> CLAIMS MADE   X  OCC. <br> OWNER'S & CONTRACTOR PROT. | POLICY NUMBER | MM/DD/YY | MM/DD/YY | GENERAL AGGREGATE | |
| | | | | | PRODUCTS-COMP/OPS AGGREGATE | |
| | | | | | PERSONAL & ADVERTSING INJURY | |
| | | | | | EACH OCCURRENCE | |
| | | | | | FIRE DAMAGE (ANY ONE FIRE) | |
| | | | | | MEDICAL EXPENSE (ANY ONE PERSON) | |
| | **AUTOMOBILE LIABILITY** <br> ANY AUTO <br> ALL OWNED AUTOS <br> SCHEDULED AUTOS <br> HIRED AUTOS <br> NON-OWNED AUTOS <br> GARAGE LIABILITY | | | | COMBINED SINGLE LIMIT | |
| | | | | | BODILY INJURY (PER PERSON) | |
| | | | | | BODILY INJURY (PER ACCIDENT) | |
| | | | | | PROPERTY DAMAGE | |
| | **EXCESS LIABILITY** <br> X  UMBRELLA FORM <br> OTHER | POLICY NUMBER | MM/DD/YY | MM/DD/YY | EACH OCCURRENCE | |
| | | | | | AGGREGATE | |
| | WORKERS COMPENSATION & EMPLOYERS LIABILITY | POLICY NUMBER | MM/DD/YY | MM/DD/YY | STATUTORY LIMITS | |
| | | | | | EACH ACCIDENT | |
| | | | | | DISEASE - POLICY LIMIT | |
| | | | | | DISEASE - EACH EMPLOYEE | |

**DESCRIPTION OF OPERATIONS/LOCATIONS/VEHICLES/SPECIAL TERMS**

CERTIFICATE HOLDER IS NAMED AS ADDITIONAL INSURED PER FORM CG2011 11/85 OR EQUIVALENT (SEE ATTACHED ENDORSEMENT). INSURED'S COVERAGE IS PRIMARY WITH 30 DAYS NOTICE OF CANCELLATION.

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| Digital Lewisville, LLC <br> DIGITAL REALTY TRUST, INC <br> DIGITAL REALTY TRUST, LP <br> 2501 S State Highway 121 <br> Lewisville, TX 75067 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, THE ISSUING COMPANY WILL ENDEAVOR TO MAIL 30 DAYS WRITTEN NOTICE TO THE CERTIFICATE HOLDER NAMED TO THE LEFT. FAILURE TO MAIN SUCH NOTICE SHALL IMPOSE NO OBLIGATION OR LIABILITY OF ANY KIND UPON THE COMPANY, ITS AGENTS OR REPRESENTATIVES. |
| | AUTHORIZED RESPRESENTATIVE <br><br> AGENT'S SIGNATURE WITH AGENCY STAMP |

ACORD 25-S (3/88)

POLICY NUMBER:    COMMERCIAL GENERAL LIABILITY

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ADDITIONAL INSURED – MANAGERS OR LESSORS OF PREMISES

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART.

## SCHEDULE

1) Designation of Premises (Part Leased to You).

    2501 S State Highway 121, Suite 300, Lewisville, TX 75067

2) Name of Person or Organization (Additional Insured):

    Digital Lewisville, LLC
    DIGITAL REALTY TRUST, INC
    DIGITAL REALTY TRUST, LP
    2501 S State Highway 121
    Lewisville, TX 75067

3) Additional Premium:

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement).

WHO IS AN INSURED (Section II) is amended to include as an insured the person or organization shown in the Schedule but only with respect to liability arising out of the ownership, maintenance or use of that part of the premises leased to you and shown in the Schedule and subject to the following additional exclusions:

This insurance does not apply to:

1) Any "occurrence" which takes place after you cease to be a tenant in that premises.
2) Structural alterations, new construction or demolition operations performed by or on behalf of the person or organization shown in the Schedule.

CG 20 11 11 85



# DIGITAL REALTY
Data Center Solutions

## Insurance Requirements For Vendors

Unless otherwise stated and approved by Owner in writing, the Owner's insurance requirements for vendors are summarized below. If there is a discrepancy between these requirements and a service contract with the Owner, the service contract shall prevail.

| | | |
|---|---|---|
| A. | Commercial General Liability Insurance (including contractual liability): | $1,000,000 single limit; $2,000,000 aggregate limit; and excess liability insurance on a following form basis, with overall limits of at least $5,000,000 (which commercial general liability policy shall, be written to apply to all bodily injury (including death), property damage and personal injury losses, shall include blanket contractual liability, broad form property damage, independent contractor's coverage, completed operations, products liability, cross liability and severance of interest clauses, and shall, among other things, contain the following endorsement, which shall be stated on the certificate of insurance: Designated Construction Project(s) General Aggregate Limit, ISO Form CG 25 03 03 97 (or its equivalent). |
| B. | Automobile Liability Insurance: | On all owned, non-owned, hired or leased automotive equipment used in the performance of any services at the Property in amounts not less than $1,000,000 combined single limit for bodily injury and property damage. |
| C. | Workers' Compensation Insurance: | In accordance with the laws of the state in which the Property is located, and Employer's Liability insurance with a limit not less than $1,000,000 Bodily Injury Each Accident; $1,000,000 Bodily Injury By Disease - Each Person; and $1,000,000 Bodily Injury By Disease - Policy Limit. If the Property is located in Texas, Vendor and all subcontractors shall be participants in a workers' compensation program, and not an "opt out". |
| D. | Professional Liability Insurance: | $1,000,000 each claim; $1,000,000 aggregate limit. |



# DIGITAL REALTY
Data Center Solutions

| | | |
|---|---|---|
| E. | Contractor's Pollution Liability: | If (but only if) Vendor is engaged for environmental abatement or remediation work, or services which will involve use, treatment, storage, removal or transport of Hazardous Materials at, to or from the Property, Vendor shall obtain and maintain Contractor's Pollution Liability Insurance (or its equivalent) in an amount not less than $1,000,000 each occurrence. |

### Requirements:

Vendor, at its own expense, shall procure and maintain in full force and effect during the term of its service at Owner's Property, policies of insurance of the type and in the amount with a reputable company or companies and under terms satisfactory to Owner. All insurance policies required by Owner shall be issued only by companies that are licensed and authorized to transact business in the state where the work is performed and/or the Property is located, that are rated no less than A-, VII by the most recent edition of Best's Key Rating Guide, and that, in the sole discretion of Owner, are otherwise satisfactory companies to issue such policies. All policies shall be primary and noncontributory and shall provide that the insurer irrevocably and unequivocally waives any right of subrogation against the Owner Parties, as defined below.

a. <u>Certificate of Insurance</u>: Prior to commencement of the work hereunder, Vendor shall furnish Owner with certificates of insurance from companies writing the policies certifying that each of the policies required by Owner have been obtained by Vendor and are in effect.

b. <u>Cancellation:</u> A policy may not be canceled, not renewed, or the limits of coverage in any way reduced without at least thirty (30) day's advanced written notice [ten (10) days for non-payment of premium] sent by certified mail to the addresses provided as Certificate Holders.

c. <u>Additional Insured & Certificate Holder</u>: All such certificates shall be issued to Owner and shall name as additional insureds, each of: Owner, Digital Realty Trust, L.P., Digital Realty Trust, Inc. and Owner's Agent and each of their respective managing agents, directors, officers, shareholders, members, employees, agents, constituent partners, affiliates, subsidiaries, beneficiaries, trustees and representatives and any mortgagees of Owner and any other persons or entities designated by Owner, each of which shall be an "Owner Party."



# DIGITAL REALTY
Data Center Solutions

d. <u>Blanket Policies</u>. Vendor shall have the right to provide the insurance required to be carried by Vendor pursuant to blanket policies, but only if such blanket policies expressly provide coverage in the minimum amounts specified herein to the Property and the Owner without regard to claims made under such policies with respect to other properties or persons.

e. <u>Continuation of Insurance</u>. Vendor will keep all liability insurance (including specifically, any professional liability coverage) coverage required by Owner in effect for at least three (3) years after the expiration or termination of service. All policies, if any, providing insurance on a "claims made" basis will provide coverage applicable to loss or damage arising out of acts or injuries that occur at any time that liability insurance is required to be maintained by Vendor.

f. <u>Obligations</u>. In no event will the insurance coverage, deductible, self-insured retention or limits of any insurance maintained by Vendor, or the lack or unavailability of any other insurance, limit or diminish in any way Vendor's obligations or liability to Owner.

# VENDOR SAMPLE

| ACORD | CERTIFICATE OF INSURANCE | ISSUE DATE (MM/DD/YY) |
|---|---|---|

| PRODUCER<br><br>INSURANCE AGENCY<br>ADDRESS<br>PHONE NUMBER<br>FAX NUMBER | THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. |
|---|---|
| | COMPANIES AFFORDING COVERAGE |
| | COMPANY LETTER  A    (NAME OF INSURANCE CARRIER) |
| INSURED<br><br>INSURED/COMPANY NAME<br>ADDRESS | COMPANY LETTER  B |
| | COMPANY LETTER  C |
| | COMPANY LETTER  D |

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED, NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUE OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| CO. LTR | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE | POLICY EXPIRATION | LIMITS | |
|---|---|---|---|---|---|---|
| | **GENERAL LIABILITY** | | | | GENERAL AGGREGATE | $ 2,000,000 |
| | X  COMMERICAL GEN. LIABILITY | | | | PRODUCTS-COMP/OPS AGGREGATE | $ 1,000,000 |
| | CLAIMS MADE   X  OCC. | POLICY NUMBER | MM/DD/YY | MM/DD/YY | PERSONAL & ADVERTSING INJURY | $ 1,000,000 |
| | OWNER'S & CONTRACTOR PROT. | | | | EACH OCCURRENCE | $ 1,000,000 |
| | | | | | FIRE DAMAGE (ANY ONE FIRE) | $ 1,000,000 |
| | | | | | MEDICAL EXPENSE (ANY ONE PERSON) | $ 5,000 |
| | **AUTOMOBILE LIABILITY** | | | | | |
| | X  ANY AUTO | | | | COMBINED SINGLE LIMIT | $ 1,000,000 |
| | ALL OWNED AUTOS | | | | | |
| | SCHEDULED AUTOS | | | | BODILY INJURY (PER PERSON) | |
| | X  HIRED AUTOS | | | | | |
| | X  NON-OWNED AUTOS | | | | BODILY INJURY (PER ACCIDENT) | |
| | GARAGE LIABILITY | | | | | |
| | | | | | PROPERTY DAMAGE | |
| | **EXCESS LIABILITY** | | | | EACH OCCURRENCE | |
| | X  UMBRELLA FORM | POLICY NUMBER | MM/DD/YY | MM/DD/YY | AGGREGATE | $ 5,000,000 |
| | OTHER | | | | | |
| | WORKERS COMPENSATION<br>& EMPLOYERS LIABILITY | POLICY NUMBER | MM/DD/YY | MM/DD/YY | STATUTORY LIMITS | |
| | | | | | EACH ACCIDENT | $ 1,000,000 |
| | | | | | DISEASE - POLICY LIMIT | |
| | | | | | DISEASE - EACH EMPLOYEE | |

DESCRIPTION OF OPERATIONS/LOCATIONS/VEHICLES/SPECIAL TERMS
CERTIFICATE HOLDER IS NAMED AS ADDITIONAL INSURED PER FORM CG2011 11/85 FORM B OR EQUIVALENT (SEE ATTACHED ENDORSEMENT). INSURED'S COVERAGE IS PRIMARY WITH 30 DAYS NOTICE OF CANCELLATION.

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| DIGITAL LEWISVILLE, LLC<br>DIGITAL REALTY TRUST, INC<br>DIGITAL REALTY TRUST, LP<br>2501 S STATE HWY 121 BUS, STE 400D<br>LEWISVILLE, TX 75067 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, THE ISSUING COMPANY WILL ENDEAVOR TO MAIL 30 DAYS WRITTEN NOTICE TO THE CERTIFICATE HOLDER NAMED TO THE LEFT. FAILURE TO MAIN SUCH NOTICE SHALL IMPOSE NO OBLIGATION OR LIABILITY OF ANY KIND UPON THE COMPANY, ITS AGENTS OR REPRESENTATIVES. |
| | AUTHORIZED RESPRESENTATIVE<br><br>AGENT'S SIGNATURE WITH AGENCY STAMP |

ACORD 25-S (3/88)

POLICY NUMBER:                                                        COMMERCIAL GENERAL LIABILITY

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## ADDITIONAL INSURED – OWNERS, LESSEES OR CONTRACTORS (FORM B)

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART.

### SCHEDULE

**Name of Person or Organization:**

        DIGITAL LEWISVILLE, LLC
        DIGITAL REALTY TRUST, INC
        DIGITAL REALTY TRUST, LP
        2501 S STATE HWY 121 BUS, STE 400D
        LEWISVILLE, TX 75067

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement).

WHO IS AN INSURED (Section II) is amended to include as an insured the person or organization shown in the Schedule but only with respect to liability arising out of "your work" for that insured by or for you.