Alan Marder Esq. (AM-0114)
MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
990 Stewart Avenue, Suite 300
P.O. Box 9194
Garden City, NY 11530-9194
Telephone: (516) 741-6565
Facsimile: (516) 741-6707
Email: amarder@msek.com

Michael S. Greger, Esq. (CA Bar No. 156525)
Ivan M. Gold  (CA Bar No. 121486)
Richard M. Dinets, Esq. (CA Bar No. 265197)
ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP
1900 Main Street, Fifth Floor
Irvine, California  92614-7321
Telephone:  (949) 553-1313
Facsimile:  (949) 553-8354
Email:  mgreger@allenmatkins.com
Email:  igold@allenmatkins.com
Email:  rdinets@allenmatkins.com

Attorneys for Digital Lewisville, LLC,
a Delaware limited liability company

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| In re: | ) | Case No. 12-12020 (MG) |
|---|---|---|
|  | ) |  |
| RESIDENTIAL CAPITAL, LLC, *et al.* | ) | Chapter 11 |
|  | ) |  |
| Debtors. | ) | Jointly Administered |
|  | ) |  |

**CERTIFICATE OF SERVICE**

I, Jessica G. Berman, hereby certify that on the 28th day of September, 2012, I caused a true and correct copy of the following documents, with exhibits, to be served upon the following parties by Court enabled electronic filing and by depositing a copy of same by first class mail, postage pre-paid thereon or in the manner listed on the annexed service list.:

OBJECTION TO: (I) DEBTORS' MOTION FOR ORDERS: (A)(I) AUTHORIZING AND APPROVING SALE PROCEDURES, INCLUDING BREAK-UP FEE AND EXPENSE REIMBURSEMENT; (II) SCHEDULING BID DEADLINE AND SALE HEARING; (III) APPROVING FORM AND MANNER OF NOTICE THEREOF; AND (IV) GRANTING RELATED RELIEF AND (B)(I) AUTHORIZING THE SALE OF CERTAIN ASSETS FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES,

AND OTHER INTERESTS; (II) AUTHORIZING AND APPROVING ASSET PURCHASE AGREEMENTS THERETO; (III) APPROVING THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES RELATED THERETO; AND (IV) GRANTING RELATED RELIEF [DOCKET NO. 61]; AND (II) NOTICE OF (I) DEBTOR'S INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS, UNEXPIRED LEASES OF PERSONAL PROPERTY, AND UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY AND (II) CURE AMOUNTS RELATED THERETO [DOCKET NO. 924]; and

DECLARATION OF BRYAN MARSH IN SUPPORT OF OBJECTION TO: (1) DEBTORS' MOTION FOR ORDERS: (A)(I) AUTHORIZING AND APPROVING SALE PROCEDURES, INCLUDING BREAK-UP FEE AND EXPENSE REIMBURSEMENT; (II) SCHEDULING BID DEADLINE AND SALE HEARING; (III) APPROVING FORM AND MANNER OF NOTICE THEREOF; AND (IV) GRANTING RELATED RELIEF AND (B)(I) AUTHORIZING THE SALE OF CERTAIN ASSETS FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES, AND OTHER INTERESTS; (II) AUTHORIZING AND APPROVING ASSET PURCHASE AGREEMENTS THERETO; (III) APPROVING THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES RELATED THERETO; AND (IV) GRANTING RELATED RELIEF [DOCKET NO. 61]; AND (II) NOTICE OF (I) DEBTOR'S INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS, UNEXPIRED LEASES OF PERSONAL PROPERTY, AND UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY AND (I1) CURE AMOUNTS RELATED THERETO [DOCKET NO. 9241

*/s/ Jessica G. Berman*
Jessica G. Berman

956847.03/OC

**SERVICE LIST BY FIRST CLASS MAIL**

Anthony Princi, Esq., Gary S. Lee, Esq., Joel C. Haims, Esq., Lorenzo Marinuzzi, Esq., Norman Scott Rosenbaum, Esq., Todd M. Goren, Esq., Larren M. Nashelsky, Esq. Alexandra Steinberg, Barrage, Esq.
Morrison & Foerster
1290 Avenue of the Americas
New York, NY 10104

Kenneth Eckstein, Esq. Douglas Mannal, Esq. Steven S. Sparling, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

Lorraine S. McGowen, Esq.
Orrick, Herrington & Sutcliffe LLP
51 West 52nd Street
New York, NY 10019

Steven J. Reisman, Esq.
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY 10178

Debra Weinstein Minoff, Esq.
Walter H. Curchack, Esq.
Loeb & Loeb LLP
345 Park Avenue
New York, NY 10154

Thomas J. Moloney, Esq.
Sean A. O'Neal, Esq.
Cleary Gottlieb Steen & Hamilton, LLP
One Liberty Plaza
New York, NY 10006

John Kibler, Esq.
Allen & Overy
1221 Avenue of the Americas
New York, NY 10178

Brian S. Masumoto
Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004

Larry Nyhan, Esq.
Jessica C.K. Boelter, Esq.
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603

Seth Goldman, Esq.
Thomas Walper, Esq.
Munger, Tolles & Olson LLP
355 South Grand Avenue
Los Angeles, CA 90071

Ray C. Schrock, Esq.
Richard M. Cieri, Esq.
Stephen E. Hessler, Esq.
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022

905874

956847.03/OC