Exhibit A to MidFirst's Objection to Cure Notice

# GMAC Mortgage, LLC

|  | Cure |
|---|---:|
| **Known Losses** | |
| Final Billed Losses - Transferred Loans | $ (18,323,461) |
| Final Billed Losses - GMAC Subserviced Loans | $ (973,850) |
| Losses - Non-Mobile Homes (section 10.4 Claims sent and unpaid) | $ (45,979) |
| Lossses - Non-Mobile Home Breach Notifications (final claims not previously sent) | $ (114,976) |
| Losses - Mobile Homes (section 10.4 Claims sent and unpaid) | $ (2,827,940) |
| Losses - pending FHA/VA Claims (notifications of breach previously sent) | $ (1,389,836) |
| Cumulative Legal Expenses Incurred – pending claims/prior notifications | $ (30,291) |
| Cost to Cure Documentation Defects for Active Loans (section 10.1.6) | $ (1,293,204) |
| **Total Current Losses:** | **$ (24,999,536)** |