UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, *et al.*, | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                                           ) ss:
COUNTY OF NEW YORK   )

CINDY GUGG, being duly sworn, deposes and says:

1. I am not a party to this action, am over eighteen (18) years of age, and am employed by Gibbons P.C., located at One Pennsylvania Plaza, 37th Floor, New York, New York 10119.

2. On September 28, 2012, true and correct copies of the *Limited Objection of Wells Fargo Bank, N.A. to Debtors' Motion to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and Cure Amounts Related Thereto* were served upon those parties listed on the attached Service List via (i) the Court's CM/ECF system and by electronic mail at the electronic mail address designated by the party for such service and/or (ii) first class United States Mail in a sealed envelope, with postage pre-paid thereon, deposited in an official depository of the U.S. Postal Service within the State of New York.

/s/ Cindy Gugg
Cindy Gugg

Sworn to before me this
28th day of September, 2012

*/s/ Deborah Ann Harris*_____
Notary Public, State of New York
No. 01-HA6170540
Qualified in New York County
Commission Expires 7/9/2015

#1852957 v1
111369-81272

# Service List

Counsel to Debtors
Morrison & Foerster LLP
Attn: Gary S. Lee
Attn: Alexandra Steinberg Barrage
1290 Avenue of the Americas,
 New York, NY  10104
Email: glee@mofo.com
Email: abarrage@mofo.com

Attorneys for Nationstar
Sidley Austin LLP
Attn: Jessica C.K. Boelter
One South Dearborn,
Chicago, IL  60603
Email: jboelter@sidley.com

Counsel for the Creditors' Committee
Kramer Levin Naftalis & Frankel LLP
Attn: Kenneth H. Eckstein
Attn: Douglas H. Mannal
1177 Avenue of the Americas
New York, NY 10036
Email: keckstein@kramerlevin.com
Email: dmannal@kramerlevin.com

The Office of the United States Trustee
for the Southern District of New York
Attn: Brian Masumoto
33 Whitehall Street, 21st Floor
New York, NY 10004

Attorneys for BH
Munger, Tolles & Olson LLP, Attn: Seth Goldman
Attn: Thomas Walper
355 South Grand Avenue,
Los Angeles, CA 90071
Email: seth.goldman@mto.com
Email: Thomas.Walper@mto.com