PILLSBURY WINTHROP SHAW PITTMAN LLP
Brandon Johnson
1540 Broadway
New York, NY 10036-4036
Telephone: 212-858-1000
Facsimile: 212-258-1500
Email: brandon.johnson@pillsburylaw.com

*Counsel for Creditor 2255 Partners, L.P.*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| RESIDENTIAL CAPITAL, LLC., et al., | ) Case Nos. 12-12020 (MG) |
| Debtors. | ) Jointly Administered |

**2255 PARTNERS, L.P.'S OBJECTION TO CURE AMOUNT STATED IN NOTICE OF (I) DEBTORS' INTENT TO ASSUME AND ASSIGN EXECUTORY CONTRACTS, UNEXPIRED LEASES OF PERSONAL PROPERTY, AND UNEXPIRED LEASES OF NONRESIDNETIAL REAL PROPERTY AND (II) CURE AMOUNTS RELATED THERETO**

Creditor and lessor 2255 Partners, L.P. ("Creditor") hereby objects to the cure amount stated in the *Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto* ("Notice"), Doc. No. 924, filed by Residential Capital LLC and its debtor subsidiaries (collectively, the "Debtors") on July 26, 2012.

1.  Pursuant to the Notice, the Debtors seek, *inter alia*, to assume and assign to the purchaser of the Purchased Assets (as defined in the Notice) that certain Office Lease dated October 15, 1999 (as subsequently amended from time to time, the "Lease"), between Creditor

1

and Debtor Residential Funding Company, LLC (successor-in-interest to Residential Funding Corporation) (the "Debtor") for the premises located at 2255 N. Ontario Street, Burbank, California.

2. Bankruptcy Code Section 365(b)(1) requires that the Debtor cure, or provide adequate assurance that it will promptly cure, any defaults under unexpired leases at the time of assumption ("Cure Amount").

3. The Notice states that the Cure Amount for the Lease is $0.00. *See* Notice, Ex. 1 at 1. The Notice states that if no objection to the Cure Amount is timely filed and served the Cure Amount set forth in the Notice shall be binding upon Creditor. The Notice states that the deadline for objecting to the approval of any Cure Amounts is September 28, 2012 at 5:00 p.m. Notice, ¶ 8.

4. Creditor hereby objects to the Cure Amount listed in the Notice for the Lease. As of the date hereof, the Debtor owes Creditor $14,708.18 for the pre-petition period, composed of (a) $11,399.83 for outstanding charges for parking in 2010, (b) $661.66 for other services in 2010, and (c) 2011 true-up of reconciliation of property taxes and operating expenses of $2,646.69, as described in the aging report, excerpts from charge activity reports, and invoices attached hereto as **Exhibits A-C**, respectively. In addition, Creditor asserts that the Cure Amount also includes any and all amounts owed under the Lease for the post-petition period to the extent that the Debtor does not pay such amounts in the ordinary course of business as represented in the Notice.

WHEREFORE, Creditor respectfully requests that the Court deny any request by the Debtors to assume and assign the Lease unless and until Creditor is paid, or is provided adequate assurance that it will be promptly paid, the Cure Amount in full.

Dated: September 28, 2012  
New York, New York

Respectfully submitted,

/s/ *Brandon Johnson*  
Brandon Johnson  
PILLSBURY WINTHROP SHAW PITTMAN LLP  
1540 Broadway  
New York, NY 10036  
(212) 858-1000 (Phone)  
(212) 858-1500 (Fax)

*Counsel for Creditor 2255 Partners, L.P.*

# **EXHIBIT A**

Report Date: 09/21/2012

Media Studio North Phase II
AR Aging by Lease ID
As of 09/21/2012

Page 1
Report ID: AR AGING LID
Project BMSN201

| Floor | Unit | Doc Num | Doc Date | Due Date | Doc Desc | Chg Code | Chg Desc | Original Amount | Total Balance | Current Balance | 1 to 30 Balance | 31 to 60 Balance | 61 to 90 Balance | Over 90 Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LRESIFU01 | LRESIFU01 | R0141313 | 01/01/10 | 01/01/10 | Non-Contractual Parking | | | 5,220.00 | 2,682.42 | 0.00 | 0.00 | 0.00 | 0.00 | 2,682.42 |
| | | R0149020 | 05/01/10 | 05/01/10 | Non-Contractual Parking | | | 5,220.00 | 3,497.41 | 0.00 | 0.00 | 0.00 | 0.00 | 3,497.41 |
| | | R0152973 | 07/01/10 | 07/01/10 | Non-Contractual Parking | | | 5,220.00 | 5,220.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5,220.00 |
| | | R0152973 | 07/01/10 | 07/01/10 | Other Services | | | 661.66 | 661.66 | 0.00 | 0.00 | 0.00 | 0.00 | 661.66 |
| | | G0195761 | 07/17/12 | 07/17/12 | Inv# 400-331 Twa 362 | | | 185.00 | 185.00 | 0.00 | 0.00 | 0.00 | 185.00 | 0.00 |
| | | G0195761 | 07/17/12 | 07/17/12 | Inv# 400-331 Twa 362 Pest cont | | | 19.00 | 19.00 | 0.00 | 0.00 | 0.00 | 19.00 | 0.00 |
| | | R0197156 | 09/02/12 | 09/02/12 | Pest cont Estimated Operating | | | 11,508.24 | 11,508.24 | 0.00 | 0.00 | 11,508.24 | 0.00 | 0.00 |
| | | R0197156 | 09/02/12 | 09/02/12 | Cost Estimated Operating | | | 3,684.24 | 3,684.24 | 0.00 | 0.00 | 3,684.24 | 0.00 | 0.00 |
| | | R0197156 | 09/02/12 | 09/02/12 | Cost Estimated Operating Cost | | | (11,508.24) | (11,508.24) | 0.00 | 0.00 | (11,508.24) | 0.00 | 0.00 |
| | | R0197156 | 09/02/12 | 09/02/12 | Estimated Real Est Tax | | | 6,376.08 | 6,376.08 | 0.00 | 6,376.08 | 0.00 | 0.00 | 0.00 |
| | | R0197156 | 09/02/12 | 09/02/12 | Estimated Real Est Tax | | | (1,037.55) | (1,037.55) | 0.00 | (1,037.55) | 0.00 | 0.00 | 0.00 |
| | | R0197156 | 09/02/12 | 09/02/12 | Estimated Real Est Tax | | | (6,376.08) | (6,376.08) | 0.00 | (6,376.08) | 0.00 | 0.00 | 0.00 |
| | | G0198140 | 09/17/12 | 09/17/12 | OT HVAC - AUG | | | 53.94 | 53.94 | 0.00 | 53.94 | 0.00 | 0.00 | 0.00 |
| | | G0198140 | 09/17/12 | 09/17/12 | OT HVAC - AUG | | | 126.06 | 126.06 | 0.00 | 126.06 | 0.00 | 0.00 | 0.00 |
| | | G0198155 | 09/17/12 | 09/17/12 | ot/os elec - aug | | | 899.06 | 899.06 | 0.00 | 899.06 | 0.00 | 0.00 | 0.00 |
| Total LRESIFU01 | | | | | | | | 20,251.41 | 15,991.24 | 0.00 | 3,725.75 | 0.00 | 204.00 | 12,061.49 |

Total Media Studio North Phase II         15,991.24      0.00      3,725.75      0.00      204.00      12,061.49

# **EXHIBIT B**

```
9/12/12   SRS2                                         Shorenstein                      ARLAD05T    AR5256-A   Page     1
13:23:46  QPADEV005F                                   Print Charge Activity            SRS2        V980924    SRSNYOUNG


From Tenant.. BAJILPR01     To Tenant.... Z9008GR01
From Lease... LRESIFU01     To Lease..... LRESIFU01
------------------------------------------------------------------------------------------------------------------------
              Tenant    TRESIFU01 Residential Funding Company                    From 12/01/09 To  9/12/12
              Project   BMSN201
------------------------------------------------------------------------------------------------------------------------
                                                                     Receipt Application
Document        Date     Lease     Description           Amount      Appl. Document Date    Date         Amount      Outstanding
------------------------------------------------------------------------------------------------------------------------
R 0139451 001  12/01/09  LRESIFU01 Non-Contractual      5,220.00     C 0175940 001 12/03/09 12/03/09      500.00       4,720.00
                                                                     C 0179704 001  2/02/10  2/02/10    4,720.00            .00
R 0139451 002  12/01/09  LRESIFU01 Other Services         661.66     C 0175940 001 12/03/09 12/03/09      661.66            .00
R 0139451 003  12/01/09  LRESIFU01 Rent                137,328.10    C 0175940 001 12/03/09 12/03/09  137,328.10            .00
G 0159388 001  12/17/09  LRESIFU01 AC000800 11/09          81.22     C 0191185 001  7/23/10  7/23/10       81.22            .00
G 0159388 002  12/17/09  LRESIFU01 AC000800 11/09         168.78     C 0191185 001  7/23/10  7/23/10      168.78            .00
G 0159786 001  12/21/09  LRESIFU01 INV 400-290             42.50     C 0191185 001  7/23/10  7/23/10       42.50            .00
G 0159787 001  12/21/09  LRESIFU01 INV 400-291          2,862.78     G 0137618 001  6/23/08  2/03/10    2,862.78            .00
G 0160328 001  12/23/09  LRESIFU01 INV 400-40153 1      1,466.47     C 0184742 001  4/13/10  4/13/10    1,466.47            .00
R 0141313 001   1/01/10  LRESIFU01 Non-Contractual      5,220.00     C 0179704 001  2/02/10  2/02/10      950.00       4,270.00   Ck# 810196789
                                                                     C 0183371 001  3/24/10  3/24/10    1,491.97       2,778.03   Ck# 734133
                                                                     C 0191185 001  7/23/10  7/23/10       95.25       2,682.78   Ck# 737958
                                                                     C 0210702 001  5/13/11  5/13/11         .36       2,682.42   Ck# 739719
R 0141313 002   1/01/10  LRESIFU01 Other Services         661.66     C 0182789 001  3/10/10  3/10/10      661.66            .00
R 0141313 003   1/01/10  LRESIFU01 Rent                137,328.10    C 0179150 001  1/12/10  1/12/10  137,328.10            .00
R 0141313 004   1/01/10  LRESIFU01 Estimated Opera        935.86     C 0179150 001  1/12/10  1/12/10      661.66          274.20
                                                                     C 0182789 001  3/10/10  3/10/10      274.20            .00
R 0141313 005   1/01/10  LRESIFU01 Estimated Real         361.99     C 0182789 001  3/10/10  3/10/10      361.99            .00
G 0161277 001   1/22/10  LRESIFU01 400-40188            1,668.77     C 0181090 001  2/08/10  2/08/10    1,668.77            .00
R 0143045 001   2/01/10  LRESIFU01 Non-Contractual      5,220.00     C 0188637 001  6/01/10  6/01/10    5,220.00            .00
R 0143045 002   2/01/10  LRESIFU01 Other Services         661.66     C 0181089 001  2/01/10  2/01/10      661.66            .00
R 0143045 003   2/01/10  LRESIFU01 Rent                142,134.58    C 0181089 001  2/01/10  2/01/10  142,134.58            .00
R 0143045 004   2/01/10  LRESIFU01 Estimated Opera        935.86     C 0182789 001  3/10/10  3/10/10      935.86            .00
R 0143045 005   2/01/10  LRESIFU01 Estimated Real         361.99     C 0182789 001  3/10/10  3/10/10      361.99            .00
G 0161483 001   2/09/10  LRESIFU01 INV 400-292 QUA        375.00     C 0191185 001  7/23/10  7/23/10      375.00            .00
G 0162482 001   2/24/10  LRESIFU01 AC000814              467.42      C 0182790 001  3/01/10  3/01/10      467.42            .00
G 0162482 002   2/24/10  LRESIFU01 AC000814              972.58      C 0182790 001  3/01/10  3/01/10      972.58            .00
```

```
9/12/12  SRS2                                    Shorenstein                              ARLAD05T    AR5256-A  Page      2
13:23:46 QPADEV005F                           Print Charge Activity                         SRS2     V980924   SRSNYOUNG


From Tenant.. BAJILPR01      To Tenant.... Z9008GR01
From Lease... LRESIFU01      To Lease..... LRESIFU01
---------------------------------------------------------------------------------------------------------------------------
             Tenant    TRESIFU01 Residential Funding Company                      From 12/01/09 To  9/12/12
             Project   BMSN201
---------------------------------------------------------------------------------------------------------------------------
                                                                       Receipt    Application
 Document        Date   Lease     Description         Amount     Appl. Document Date      Date        Amount     Outstanding
 --------------------------------------------------------------------------------------------------------------------------
 G 0162488 001  2/24/10 LRESIFU01 400-40216           1,393.30   C 0221984 001  11/04/11  11/04/11    1,393.30        .00
 G 0162489 001  2/24/10 LRESIFU01 2008 TRUEUP        13,298.74-  R 0134404 002   9/21/09   2/24/10   13,298.74-       .00
 R 0144292 001  3/01/10 LRESIFU01 Non-Contractual     5,220.00   C 0182790 001   3/01/10   3/01/10    5,220.00        .00
 R 0144292 002  3/01/10 LRESIFU01 Other Services        661.66   C 0182790 001   3/01/10   3/01/10      661.66        .00
 R 0144292 003  3/01/10 LRESIFU01 Rent              142,134.58   C 0182790 001   3/01/10   3/01/10  142,134.58        .00
 R 0144292 004  3/01/10 LRESIFU01 Estimated Opera       935.86   C 0182789 001   3/10/10   3/10/10      935.86        .00
 R 0144292 005  3/01/10 LRESIFU01 Estimated Real        361.99   C 0182789 001   3/10/10   3/10/10      361.99        .00
 G 0163652 001  3/24/10 LRESIFU01 AC000827              539.46   C 0184742 001   4/13/10   4/13/10      539.46        .00
 G 0163652 002  3/24/10 LRESIFU01 AC000827            1,080.54   C 0184742 001   4/13/10   4/13/10    1,080.54        .00
 G 0163658 001  3/24/10 LRESIFU01 400-40244           1,429.61   C 0221984 001  11/04/11  11/04/11    1,429.61        .00
 R 0146937 001  4/01/10 LRESIFU01 Non-Contractual     5,220.00   C 0184742 001   4/13/10   4/13/10    5,220.00        .00
 R 0146937 002  4/01/10 LRESIFU01 Other Services        661.66   C 0184742 001   4/13/10   4/13/10      661.66        .00
 R 0146937 003  4/01/10 LRESIFU01 Rent              142,134.58   C 0184742 001   4/13/10   4/13/10  142,134.58        .00
 R 0146937 004  4/01/10 LRESIFU01 Estimated Opera       935.86   C 0184742 001   4/13/10   4/13/10      935.86        .00
 R 0146937 005  4/01/10 LRESIFU01 Estimated Real        361.99   C 0184742 001   4/13/10   4/13/10      361.99        .00
 G 0163881 001  4/06/10 LRESIFU01 inv 230-134 fle       325.00   C 0186780 001   5/13/10   5/13/10      325.00        .00
 G 0163881 002  4/06/10 LRESIFU01 inv 230-134 fle        32.50   C 0186780 001   5/13/10   5/13/10       32.50        .00
 G 0163997 001  4/13/10 LRESIFU01 400-40274 march    1,535.45   C 0221984 001  11/04/11  11/04/11    1,535.45        .00
 G 0164308 001  4/14/10 LRESIFU01 AC000839               59.97   C 0221984 001  11/04/11  11/04/11       59.97        .00
 G 0164308 002  4/14/10 LRESIFU01 AC000839              120.03   C 0221984 001  11/04/11  11/04/11      120.03        .00
 G 0164256 001  4/20/10 LRESIFU01 INV 400-294 DOO    2,245.00   C 0185230 001   4/23/10   4/23/10    2,245.00        .00
 R 0149020 001  5/01/10 LRESIFU01 Non-Contractual     5,220.00   C 0186779 001   5/13/10   5/13/10    1,712.59       3,507.41  Ck#737574
                                                                 C 0209756 001   5/03/11   5/03/11       10.00       3,497.41  Ck#739690
 R 0149020 002  5/01/10 LRESIFU01 Other Services        661.66   C 0188637 001   6/01/10   6/01/10      661.66        .00
 R 0149020 003  5/01/10 LRESIFU01 Rent              142,134.58   C 0186779 001   5/13/10   5/13/10  142,134.58        .00
 R 0149020 004  5/01/10 LRESIFU01 Estimated Opera       935.86   C 0186779 001   5/13/10   5/13/10      935.86        .00
 R 0149020 005  5/01/10 LRESIFU01 Estimated Real        361.99   C 0186779 001   5/13/10   5/13/10      361.99        .00
```

```
9/12/12   SRS2                                           Shorenstein                              ARLAD05T     AR5256-A    Page      3
13:23:46  QPADEV005F                                     Print Charge Activity                    SRS2         V980924     SRSNYOUNG


From Tenant..  BAJILPR01       To Tenant....  Z9008GR01
From Lease...  LRESIFU01       To Lease.....  LRESIFU01
-----------------------------------------------------------------------------------------------------------------------------------
              Tenant    TRESIFU01 Residential Funding Company                          From 12/01/09 To  9/12/12
              Project   BMSN201
-----------------------------------------------------------------------------------------------------------------------------------
                                                                      Receipt Application
Document        Date     Lease     Description        Amount     Appl. Document Date      Date          Amount      Outstanding
-----------------------------------------------------------------------------------------------------------------------------------
G 0166107 001   5/21/10  LRESIFU01 400-40306 april    1,470.90   C 0188638 001  6/09/10   6/09/10       1,470.90         .00
R 0151216 001   6/01/10  LRESIFU01 Non-Contractual    5,220.00   C 0191185 001  7/23/10   7/23/10       5,220.00         .00
R 0151216 002   6/01/10  LRESIFU01 Other Services       661.66   C 0191185 001  7/23/10   7/23/10         661.66         .00
R 0151216 003   6/01/10  LRESIFU01 Rent             142,134.58   C 0188637 001  6/01/10   6/01/10     142,134.58         .00
R 0151216 004   6/01/10  LRESIFU01 Estimated Opera     935.86    C 0188637 001  6/01/10   6/01/10         935.86         .00
R 0151216 005   6/01/10  LRESIFU01 Estimated Real     361.99     C 0188637 001  6/01/10   6/01/10         361.99         .00
G 0166295 001   6/09/10  LRESIFU01 inv 400-295         108.00    C 0204585 001  2/14/11   2/14/11         108.00         .00
G 0166295 002   6/09/10  LRESIFU01 400-295              10.80    C 0204585 001  2/14/11   2/14/11          10.80         .00
R 0151227 001   6/10/10  LRESIFU01 Estimated Real         .00                                                            .00
R 0151227 002   6/10/10  LRESIFU01 Estimated Real    2,571.49    C 0192658 001  8/09/10   8/09/10       2,571.49         .00
G 0166536 001   6/16/10  LRESIFU01 ac000863            300.19    C 0191185 001  7/23/10   7/23/10         300.19         .00
G 0166536 002   6/16/10  LRESIFU01 ac000863            659.81    C 0191185 001  7/23/10   7/23/10         659.81         .00
R 0152973 001   7/01/10  LRESIFU01 Non-Contractual   5,220.00                                                       5,220.00
R 0152973 002   7/01/10  LRESIFU01 Other Services     661.66                                                          661.66
R 0152973 003   7/01/10  LRESIFU01 Rent            142,134.58    C 0191185 001  7/23/10   7/23/10     142,134.58         .00
R 0152973 004   7/01/10  LRESIFU01 Estimated Opera    935.86     C 0191185 001  7/23/10   7/23/10         935.86         .00
R 0152973 005   7/01/10  LRESIFU01 Estimated Real     361.99     C 0191185 001  7/23/10   7/23/10         361.99         .00
G 0168794 001   7/23/10  LRESIFU01 ac000875             53.80    C 0192658 001  8/09/10   8/09/10          53.80         .00
G 0168794 002   7/23/10  LRESIFU01 ac000875             96.20    C 0192658 001  8/09/10   8/09/10          96.20         .00
G 0168800 001   7/23/10  LRESIFU01 400-40365         1,446.05    C 0192658 001  8/09/10   8/09/10       1,446.05         .00
G 0168859 001   8/01/10  LRESIFU01 inv 400-296 os     586.90     C 0194753 001  9/16/10   9/16/10         586.90         .00
R 0154510 001   8/01/10  LRESIFU01 Non-Contractual   5,220.00    C 0192658 001  8/09/10   8/09/10       5,220.00         .00
R 0154510 002   8/01/10  LRESIFU01 Other Services     661.66    C 0192658 001  8/09/10   8/09/10         661.66         .00
R 0154510 003   8/01/10  LRESIFU01 Rent            142,134.58    C 0192658 001  8/09/10   8/09/10     142,134.58         .00
R 0154510 004   8/01/10  LRESIFU01 Estimated Opera    935.86     C 0192658 001  8/09/10   8/09/10         935.86         .00
R 0154510 005   8/01/10  LRESIFU01 Estimated Real     361.99     C 0192658 001  8/09/10   8/09/10         361.99         .00
G 0169107 001   8/02/10  LRESIFU01 Inv# AC000886 A     83.42     C 0194753 001  9/16/10   9/16/10          83.42         .00
```

# **EXHIBIT C**

# 2255 Partners, LP

## 2011 Operating Expense Escal.

## INVOICE

Tenant Name:   Residential Funding Corp
Suite:         400
Invoice Date:  9/14/2012

| | |
|---|---:|
| 2011 Operating Expense Escal. | 1,911,141.95 |
| Adjusted 2008 Base Year Amount | 1,837,392.00 |
| Total Recoverable Operating Expense Escal. | 73,749.95 |
| | |
| Tenant Share @ 20.60% | 15,192.49 |
| Multiplied by Occupancy Percentage for Year | 100.00% |
| Total Amount Due | 3,129.65 |
| | |
| Less Prior Estimates Billed 2011 | 11,508.24 |
| Total Reconcilliation | $ 3,684.25 |
| | |
| Adjustments (if any) | 0.00 |
| **Total Amount Now Due (after adjustments)** | **3,684.25** |

# 2255 Partners, LP

## 2011 Real Property Taxes

# INVOICE

Tenant Name:   Residential Funding Corp
Suite:         400
Invoice Date:  9/14/2012

| | |
|---|---:|
| 2011 Real Estate Tax Escalation | 461,684.21 |
| Adjusted 2008 Base Year Amount | 435,769.00 |
| Total Recoverable Real Estate Tax Escal. | 25,915.21 |
| | |
| Tenant Share @ 20.60% | 5,338.53 |
| Multiplied by Occupancy Percentage for Year | 100.00% |
| Total Amount Due | 5,338.53 |
| | |
| Less Prior Estimates Billed 2011 | 6,376.08 |
| Total Reconcilliation | (1,037.55) |
| | |
| Adjustments (if any) | 0.00 |
| **Total Amount Now Due (after adjustments)** | **(1,037.55)** |

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: ) | Case No. 12-12020 (MG) |
| ) | |
| RESIDENTIAL CAPITAL, LLC, et al., ) | Chapter 11 |
| ) | |
| Debtors. ) | Jointly Administered |
| ) | |

**CERTIFICATE OF SERVICE**

Alexander Parachini, certifies under penalty of perjury that:

1. I am over 18 years of age, am employed by Pillsbury Winthrop Shaw Pittman LLP, and am not a party to this action.

2. On September 28, 2012, I caused true and correct copies of 2255 Partners, L.P.'s Objection to Cure Amount Stated in Notice of (I) Debtors' Intent to Assume and Assign Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto to be served via first class mail to the parties on Exhibit A hereto.

Dated: September 28, 2012
New York, New York

/s/ *Alexander Parachini*
Alexander Parachini

# Exhibit A
## (First Class Mail)

| | |
|---|---|
| Morrison & Foerster LLP<br>1290 Avenue of the Americas<br>New York, NY 10104<br>Attn: Larren M. Nashelsky and Gary S. Lee | Sidley Austin LLP<br>One South Dearborn<br>Chicago, IL 60603<br>Attn: Jessica C.K. Boelter |
| Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY 10036<br>Attn: Kenneth H. Eckstein and<br>Douglas H. Mannal | Office of the United States Trustee for the<br>Southern District of New York<br>33 Whitehall Street, 21st Floor<br>New York, NY 10004<br>Attn: Brian Masumoto, Esq. |
| Munger, Tolles & Olson LLP<br>355 South Grand Avenue<br>Los Angeles, CA 90071<br>Attn: Seth Goldman and Thomas Walper | |