UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, *et. al.,* | Chapter 11 |
| Debtors. | Jointly Administered |

**THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A., THE BANK OF NEW YORK MELLON, DEUTSCHE BANK TRUST COMPANY AMERICAS, DEUTSCHE BANK NATIONAL TRUST COMPANY, U.S. BANK NATIONAL ASSOCIATION AND WELLS FARGO BANK N.A.'S DESIGNATION OF EXPERT WITNESS PURSUANT TO THE SECOND REVISED JOINT OMNIBUS SCHEDULING ORDER REGARDING DEBTORS' MOTION PURSUANT TO FED. R. BANKR. P. 9019 FOR APPROVAL OF RMBS TRUST SETTLEMENT AGREEMENTS**

PLEASE TAKE NOTICE that pursuant to the Second Revised Joint Omnibus Scheduling Order Regarding Debtors' Motion Pursuant to Fed. R. Bankr. P. 9019 For Approval of RMBS Trust Settlement Agreements [ECF Doc. No. 1551], The Bank of New York Mellon Trust Company, N.A., The Bank of New York Mellon, Deutsche Bank Trust Company Americas, Deutsche Bank National Trust Company, U.S. Bank National Association and Wells Fargo Bank, N.A., in their capacities as trustees or indenture trustees for certain mortgage or home equity lines of credit backed securitization trusts (collectively, the "RMBS Trustees"), by and through their attorneys, designate one or more persons employed by the firm of Duff & Phelps as their expert witness to the extent the RMBS Trustees intend to introduce expert testimony at the hearing for the Debtors' Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of RMBS Settlement Agreements [ECF Doc. No. 320] and the Debtors' Supplemental Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of RMBS Trust Settlement Agreements [ECF Doc. No. 1176].

Dated:  September 28, 2012

                MORGAN, LEWIS & BOCKIUS LLP

By:  /s/ James L. Garrity, Jr.
      James L. Garrity, Jr.
      101 Park Avenue
      New York, New York  10178
      212-309-6220

      John C. Goodchild, III (*pro hac vice*)
      1701 Market Street
      Philadelphia, Pennsylvania  19103
      215-963-5020

      *Counsel for the Deutsche Bank Trust Company Americas and Deutsche Bank National Trust Company, in their capacities as trustee or indenture trustee*

                DECHERT LLP

By:  /s/ Hector Gonzalez
      Hector Gonzalez
      Glenn E. Siegel
      Mauricio A. España
      1095 Avenue of the Americas
      New York, New York  10036-6797

      *Counsel for The Bank of New York Mellon New York Trust Company, N.A., and The Bank of New York Mellon, in their capacities as trustee or indenture trustee*

ALSTON & BIRD LLP


By:  /s/  Michael E. Johnson.
     Michael E. Johnson
     90 Park Avenue
     New York, New York  10016-1387

*Counsel for Wells Fargo Bank, N.A., in its capacity as trustee or indenture trustee*


SEWARD & KISSEL LLP


By:  /s/  Mark D. Kotwick
     Mark D. Kotwick
     One Battery Park Plaza
     New York, New York  10004

*Counsel for U.S. Bank National Association, in its capacity as trustee or indenture trustee*