**EXHIBIT A**

**CIS**

| Customer | Customer # | Transaction # | Transaction Date | Terms | Due Date | Original Amount | 91 - 180 Days Late | 181 - 360 Days Late | Total | Past Due |
|---|---|---|---|---|---|---|---|---|---|---|
| GMAC MORTGAGE CORPORATION | 200-577205-RP669745-18 | 60021399 | 02-14-12 | FACL-30 Net | 03-15-12 | $ 50,000.00 | $ - | $ 50,000.00 | $ 50,000.00 | $ 50,000.00 |
| GMAC Mortgage, LLC | 200-575298-RP219753-12 | 60021868 | 03-06-12 | 30 NET | 04-05-12 | $ 12.00 | $ 12.00 | $ - | $ 12.00 | $ 12.00 |
| GMAC Mortgage, LLC | 200-575298-RP219753-12 | 60022854 | 04-06-12 | 30 NET | 05-06-12 | $ 14.00 | $ 14.00 | $ - | $ 14.00 | $ 14.00 |
| GMAC RFC | 200-885864 | 7009832 | 04-30-12 | FACL-30 Net | 05-30-12 | $ 26,666.50 | $ 26,666.50 | $ - | $ 26,666.50 | $ 26,666.50 |
| GMAC MORTGAGE - LOSS MITIGATION TEXAS | 200-951099 | WT051112 | 05-11-12 | NULL | 05-11-12 | $ (1,760.86) | $ (117.85) | $ - | $ (117.85) | $ (117.85) |
| GMAC MORTGAGE CORPORATION | 200-577206-RP669745-19 | WT051112 | 05-11-12 | NULL | 05-11-12 | $ (3,111.87) | $ (129.12) | $ - | $ (129.12) | $ (129.12) |
| GMAC MORTGAGE CORPORATION | 200-577212-RP669745-23 | WT051112 | 05-11-12 | NULL | 05-11-12 | $ (4,273.28) | $ (556.13) | $ - | $ (556.13) | $ (556.13) |
| GMAC MORTGAGE CORPORATION | 200-577213-RP669745-24 | WT051112 | 05-11-12 | NULL | 05-11-12 | $ (1,695.74) | $ (428.54) | $ - | $ (428.54) | $ (428.54) |
| GMAC MORTGAGE CORPORATION | 200-577223-RP669745-22 | WT051112 | 05-11-12 | NULL | 05-11-12 | $ (5,107.81) | $ (5,107.81) | $ - | $ (5,107.81) | $ (5,107.81) |
| GMAC MORTGAGE CORPORATION | 200-577225-RP669745-25 | WT051112 | 05-11-12 | NULL | 05-11-12 | $ (2,882.03) | $ (415.84) | $ - | $ (415.84) | $ (415.84) |
| GMAC MORTGAGE CORPORATION | 200-577805-RP669745-15 | WT051112 | 05-11-12 | NULL | 05-11-12 | $ (117.17) | $ (28.27) | $ - | $ (28.27) | $ (28.27) |
| GMAC MORTGAGE LLC | 200-577791-RP669745-1 | WT051112 | 05-11-12 | NULL | 05-11-12 | $ (103.13) | $ (50.63) | $ - | $ (50.63) | $ (50.63) |
| Residential Funding Corp | 200-885864 | WT051112 | 05-11-12 | NULL | 05-11-12 | $ (14,319.82) | $ (14,319.82) | $ - | $ (14,319.82) | $ (14,319.82) |
| GMAC MORTGAGE - LOSS MITIGATION TEXAS | 200-951099 | 60024653 | 05-13-12 | 30 NET | 06-12-12 | $ 138.03 | $ 138.03 | $ - | $ 138.03 | $ 138.03 |
| GMAC MORTGAGE CORPORATION | 200-577223-RP669745-22 | 60024647 | 05-13-12 | 30 NET | 06-12-12 | $ 1,408.85 | $ 1,408.85 | $ - | $ 1,408.85 | $ 1,408.85 |
| GMAC MORTGAGE CORPORATION | 200-577225-RP669745-25 | 60024649 | 05-13-12 | 30 NET | 06-12-12 | $ 174.82 | $ 174.82 | $ - | $ 174.82 | $ 174.82 |
| GMAC MORTGAGE LLC | 200-577791-RP669745-1 | 60024660 | 05-13-12 | 30 NET | 06-12-12 | $ 15.00 | $ 15.00 | $ - | $ 15.00 | $ 15.00 |
| GMAC Mortgage, LLC | 200-575303-RP219753-9 | 60024702 | 05-13-12 | 30 NET | 06-12-12 | $ 17,053.79 | $ 17,053.79 | $ - | $ 17,053.79 | $ 17,053.79 |
| Residential Funding Corp | 200-885864 | 60024693 | 05-13-12 | 30 NET | 06-12-12 | $ 14,185.25 | $ 14,185.25 | $ - | $ 14,185.25 | $ 14,185.25 |
| Residential Funding Corp | 200-885931 | 60024694 | 05-13-12 | 30 NET | 06-12-12 | $ 17,016.00 | $ 10,182.95 | $ - | $ 10,182.95 | $ 10,182.95 |
| | | | | | | | | **Total Owed:** | **$** | **98,697.18** |

**FARVV**

| Customer | Customer # | Order # | Transaction Date | Transaction # | Days Old | Due Date | 91-180 Days | 181-360 Days | 361+ Days |
|---|---|---|---|---|---|---|---|---|---|
| GMAC-RFC | 703-382112-487 | NULL | 12/16/09 | 10040 | 1016 | 12/16/09 | $ - | $ - | $ (83.00) |
| GMAC-RFC | 703-382112-487 | NULL | 01/11/10 | 10260 | 990 | 01/11/10 | $ - | $ - | $ (110.00) |
| GMAC-RFC | 703-382112-487 | NULL | 01/10/11 | WT011011 | 626 | 01/10/11 | $ - | $ - | $ (83.00) |
| GMAC-RFC | 703-382112-487 | NULL | 04/10/11 | 06535882 | 536 | 05/10/11 | $ - | $ - | $ 83.00 |
| GMAC-RFC | 703-382112-487 | NULL | 04/11/11 | 06535880 | 535 | 05/11/11 | $ - | $ - | $ 83.00 |
| GMAC-RFC | 703-382112-487 | NULL | 04/11/11 | 06535875 | 535 | 05/11/11 | $ - | $ - | $ 83.00 |
| GMAC-RFC | 703-382112-487 | NULL | 04/11/11 | 06537043 | 535 | 05/11/11 | $ - | $ - | $ 83.00 |
| GMAC-RFC | 703-382112-487 | NULL | 04/11/11 | 06537042 | 535 | 05/11/11 | $ - | $ - | $ 83.00 |
| GMAC-RFC | 703-382112-487 | NULL | 04/12/11 | 06542758 | 534 | 05/12/11 | $ - | $ - | $ 83.00 |
| GMAC-RFC | 703-382112-487 | NULL | 06/03/11 | 739787 | 482 | 06/03/11 | $ - | $ - | $ (831.00) |
| GMAC-RFC | 703-382112-487 | NULL | 06/20/11 | 5226525 | 465 | 06/20/11 | $ - | $ - | $ (249.00) |
| GMAC-RFC | 703-382112-487 | NULL | 06/23/11 | 5226533 | 462 | 06/23/11 | $ - | $ - | $ (332.00) |
| GMAC-RFC | 703-382112-487 | NULL | 07/01/11 | WT070111 | 454 | 07/01/11 | $ - | $ - | $ (249.00) |
| GMAC-RFC | 703-382112-487 | NULL | 09/01/11 | 740029 | 392 | 09/01/11 | $ - | $ - | $ (83.00) |
| GMAC-RFC | 703-382112-487 | NULL | 09/12/11 | WT091211 | 381 | 09/12/11 | $ - | $ - | $ (359.00) |
| GMAC-RFC | 703-382112-487 | NULL | 10/03/11 | WT100311 | 360 | 10/03/11 | $ - | $ (110.00) | $ - |
| GMAC-RFC | 703-382112-487 | NULL | 10/26/11 | 1770006 | 337 | 10/26/11 | $ - | $ (30.00) | $ - |
| GMAC-RFC | 703-382112-487 | NULL | 10/26/11 | WT102611 | 337 | 10/26/11 | $ - | $ (166.00) | $ - |
| GMAC-RFC | 703-382112-487 | NULL | 04/12/12 | 07393102 | 168 | 05/12/12 | $ 83.00 | $ - | $ - |
| GMAC-RFC | 703-382112-487 | NULL | 04/12/12 | 07393207 | 168 | 05/12/12 | $ 83.00 | $ - | $ - |
| GMAC-RFC | 703-382112-487 | NULL | 04/12/12 | 07393184 | 168 | 05/12/12 | $ 83.00 | $ - | $ - |
| GMAC-RFC | 703-382112-487 | NULL | 04/12/12 | 07393304 | 168 | 05/12/12 | $ 83.00 | $ - | $ - |
| GMAC-RFC | 703-382112-487 | NULL | 04/12/12 | 07393186 | 168 | 05/12/12 | $ 83.00 | $ - | $ - |
| GMAC-RFC | 703-382112-487 | NULL | 04/13/12 | 07393101 | 167 | 05/13/12 | $ 83.00 | $ - | $ - |
| GMAC-RFC | 703-382112-487 | NULL | 04/13/12 | 07393273 | 167 | 05/13/12 | $ 83.00 | $ - | $ - |
| GMAC-RFC | 703-382112-487 | NULL | 04/13/12 | 07393156 | 167 | 05/13/12 | $ 83.00 | $ - | $ - |
| GMAC-RFC | 703-382112-487 | NULL | 04/13/12 | 07393164 | 167 | 05/13/12 | $ 83.00 | $ - | $ - |
| GMAC-RFC | 703-382112-487 | NULL | 04/13/12 | 07393176 | 167 | 05/13/12 | $ 83.00 | $ - | $ - |
| GMAC-RFC | 703-382112-487 | NULL | 04/13/12 | 07393322 | 167 | 05/13/12 | $ 83.00 | $ - | $ - |
| GMAC-RFC | 703-382112-487 | NULL | 04/13/12 | 07393119 | 167 | 05/13/12 | $ 83.00 | $ - | $ - |
| GMAC-RFC | 703-382112-487 | NULL | 04/13/12 | 07393223 | 167 | 05/13/12 | $ 83.00 | $ - | $ - |
| GMAC-RFC | 703-382112-487 | NULL | 04/13/12 | 07393239 | 167 | 05/13/12 | $ 83.00 | $ - | $ - |
| GMAC-RFC | 703-382112-487 | NULL | 04/13/12 | 07393189 | 167 | 05/13/12 | $ 83.00 | $ - | $ - |
| GMAC-RFC | 703-382112-487 | NULL | 04/13/12 | 07393208 | 167 | 05/13/12 | $ 83.00 | $ - | $ - |
| GMAC-RFC | 703-382112-487 | NULL | 04/13/12 | 07393615 | 167 | 05/13/12 | $ 83.00 | $ - | $ - |
| GMAC-RFC | 703-382112-487 | NULL | 04/13/12 | 07393212 | 167 | 05/13/12 | $ 83.00 | $ - | $ - |
| GMAC-RFC | 703-382112-487 | NULL | 04/13/12 | 07393251 | 167 | 05/13/12 | $ 83.00 | $ - | $ - |
| GMAC-RFC | 703-382112-487 | NULL | 04/13/12 | 07393258 | 167 | 05/13/12 | $ 83.00 | $ - | $ - |
| GMAC-RFC | 703-382112-487 | NULL | 04/13/12 | 07393262 | 167 | 05/13/12 | $ 83.00 | $ - | $ - |
| GMAC-RFC | 703-382112-487 | NULL | 04/13/12 | 07393170 | 167 | 05/13/12 | $ 83.00 | $ - | $ - |
| GMAC-RFC | 703-382112-487 | NULL | 04/13/12 | 07393121 | 167 | 05/13/12 | $ 83.00 | $ - | $ - |
| GMAC-RFC | 703-382112-487 | NULL | 04/13/12 | 07393217 | 167 | 05/13/12 | $ 83.00 | $ - | $ - |
| GMAC-RFC | 703-382112-487 | NULL | 04/13/12 | 07393234 | 167 | 05/13/12 | $ 83.00 | $ - | $ - |
| GMAC-RFC | 703-382112-487 | NULL | 04/13/12 | 07393243 | 167 | 05/13/12 | $ 83.00 | $ - | $ - |
| GMAC-RFC | 703-382112-487 | NULL | 04/13/12 | 07393249 | 167 | 05/13/12 | $ 83.00 | $ - | $ - |
| GMAC-RFC | 703-382112-487 | NULL | 04/13/12 | 07393188 | 167 | 05/13/12 | $ 83.00 | $ - | $ - |
| GMAC-RFC | 703-382112-487 | NULL | 04/13/12 | 07393203 | 167 | 05/13/12 | $ 83.00 | $ - | $ - |
| GMAC-RFC | 703-382112-487 | NULL | 04/13/12 | 07393294 | 167 | 05/13/12 | $ 83.00 | $ - | $ - |
| GMAC-RFC | 703-382112-487 | NULL | 04/13/12 | 07393302 | 167 | 05/13/12 | $ 83.00 | $ - | $ - |
| GMAC-RFC | 703-382112-487 | NULL | 04/13/12 | 07393113 | 167 | 05/13/12 | $ 83.00 | $ - | $ - |
| GMAC-RFC | 703-382112-487 | NULL | 04/13/12 | 07393120 | 167 | 05/13/12 | $ 83.00 | $ - | $ - |
| GMAC-RFC | 703-382112-487 | NULL | 04/13/12 | 07393221 | 167 | 05/13/12 | $ 83.00 | $ - | $ - |
| GMAC-RFC | 703-382112-487 | NULL | 04/13/12 | 07393201 | 167 | 05/13/12 | $ 83.00 | $ - | $ - |
| GMAC-RFC | 703-382112-487 | NULL | 04/13/12 | 07393613 | 167 | 05/13/12 | $ 83.00 | $ - | $ - |
| GMAC-RFC | 703-382112-487 | NULL | 04/13/12 | 07393624 | 167 | 05/13/12 | $ 83.00 | $ - | $ - |
| GMAC-RFC | 703-382112-487 | NULL | 04/13/12 | 07393252 | 167 | 05/13/12 | $ 83.00 | $ - | $ - |
| GMAC-RFC | 703-382112-487 | NULL | 04/13/12 | 07393138 | 167 | 05/13/12 | $ 83.00 | $ - | $ - |
| GMAC-RFC | 703-382112-487 | NULL | 04/13/12 | 07393165 | 167 | 05/13/12 | $ 83.00 | $ - | $ - |
| GMAC-RFC | 703-382112-487 | NULL | 04/13/12 | 07393166 | 167 | 05/13/12 | $ 83.00 | $ - | $ - |
| GMAC-RFC | 703-382112-487 | NULL | 04/13/12 | 07393325 | 167 | 05/13/12 | $ 83.00 | $ - | $ - |
| GMAC-RFC | 703-382112-487 | NULL | 04/13/12 | 07393118 | 167 | 05/13/12 | $ 83.00 | $ - | $ - |
| GMAC-RFC | 703-382112-487 | NULL | 04/13/12 | 07393132 | 167 | 05/13/12 | $ 83.00 | $ - | $ - |
| GMAC-RFC | 703-382112-487 | NULL | 04/13/12 | 07393135 | 167 | 05/13/12 | $ 83.00 | $ - | $ - |
| GMAC-RFC | 703-382112-487 | NULL | 04/13/12 | 07393224 | 167 | 05/13/12 | $ 83.00 | $ - | $ - |
| GMAC-RFC | 703-382112-487 | NULL | 04/13/12 | 07393231 | 167 | 05/13/12 | $ 83.00 | $ - | $ - |
| GMAC-RFC | 703-382112-487 | NULL | 04/13/12 | 07393620 | 167 | 05/13/12 | $ 83.00 | $ - | $ - |
| GMAC-RFC | 703-382112-487 | NULL | 04/13/12 | 07393168 | 167 | 05/13/12 | $ 83.00 | $ - | $ - |
| GMAC-RFC | 703-382112-487 | NULL | 04/13/12 | 07393178 | 167 | 05/13/12 | $ 83.00 | $ - | $ - |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GMAC-RFC | 703-382112-487 | NULL | 04/13/12 | 07393313 | 167 | 05/13/12 | $ | 83.00 | $ | - | $ | - |
| GMAC-RFC | 703-382112-487 | NULL | 04/13/12 | 07393315 | 167 | 05/13/12 | $ | 83.00 | $ | - | $ | - |
| GMAC-RFC | 703-382112-487 | NULL | 04/13/12 | 07393117 | 167 | 05/13/12 | $ | 83.00 | $ | - | $ | - |
| GMAC-RFC | 703-382112-487 | NULL | 04/13/12 | 07393123 | 167 | 05/13/12 | $ | 83.00 | $ | - | $ | - |
| GMAC-RFC | 703-382112-487 | NULL | 04/13/12 | 07393124 | 167 | 05/13/12 | $ | 83.00 | $ | - | $ | - |
| GMAC-RFC | 703-382112-487 | NULL | 04/13/12 | 07393242 | 167 | 05/13/12 | $ | 83.00 | $ | - | $ | - |
| GMAC-RFC | 703-382112-487 | NULL | 04/13/12 | 07393104 | 167 | 05/13/12 | $ | 83.00 | $ | - | $ | - |
| GMAC-RFC | 703-382112-487 | NULL | 04/13/12 | 07393211 | 167 | 05/13/12 | $ | 83.00 | $ | - | $ | - |
| GMAC-RFC | 703-382112-487 | NULL | 04/13/12 | 07393284 | 167 | 05/13/12 | $ | 83.00 | $ | - | $ | - |
| GMAC-RFC | 703-382112-487 | NULL | 04/13/12 | 07393149 | 167 | 05/13/12 | $ | 83.00 | $ | - | $ | - |
| GMAC-RFC | 703-382112-487 | NULL | 04/13/12 | 07393179 | 167 | 05/13/12 | $ | 83.00 | $ | - | $ | - |
| GMAC-RFC | 703-382112-487 | NULL | 04/13/12 | 07393126 | 167 | 05/13/12 | $ | 83.00 | $ | - | $ | - |
| GMAC-RFC | 703-382112-487 | NULL | 04/13/12 | 07393222 | 167 | 05/13/12 | $ | 83.00 | $ | - | $ | - |
| GMAC-RFC | 703-382112-487 | NULL | 04/13/12 | 07393227 | 167 | 05/13/12 | $ | 83.00 | $ | - | $ | - |
| GMAC-RFC | 703-382112-487 | NULL | 04/13/12 | 07393192 | 167 | 05/13/12 | $ | 83.00 | $ | - | $ | - |
| GMAC-RFC | 703-382112-487 | NULL | 04/13/12 | 07393193 | 167 | 05/13/12 | $ | 83.00 | $ | - | $ | - |
| GMAC-RFC | 703-382112-487 | NULL | 04/13/12 | 07393612 | 167 | 05/13/12 | $ | 83.00 | $ | - | $ | - |
| GMAC-RFC | 703-382112-487 | NULL | 04/13/12 | 07393253 | 167 | 05/13/12 | $ | 83.00 | $ | - | $ | - |
| GMAC-RFC | 703-382112-487 | NULL | 04/13/12 | 07393316 | 167 | 05/13/12 | $ | 83.00 | $ | - | $ | - |
| GMAC-RFC | 703-382112-487 | NULL | 04/13/12 | 07393323 | 167 | 05/13/12 | $ | 83.00 | $ | - | $ | - |
| GMAC-RFC | 703-382112-487 | NULL | 04/13/12 | 07393131 | 167 | 05/13/12 | $ | 83.00 | $ | - | $ | - |
| GMAC-RFC | 703-382112-487 | NULL | 04/13/12 | 07393225 | 167 | 05/13/12 | $ | 83.00 | $ | - | $ | - |
| GMAC-RFC | 703-382112-487 | NULL | 04/13/12 | 07393263 | 167 | 05/13/12 | $ | 83.00 | $ | - | $ | - |
| GMAC-RFC | 703-382112-487 | NULL | 04/13/12 | 07393264 | 167 | 05/13/12 | $ | 83.00 | $ | - | $ | - |
| GMAC-RFC | 703-382112-487 | NULL | 04/13/12 | 07393157 | 167 | 05/13/12 | $ | 83.00 | $ | - | $ | - |
| GMAC-RFC | 703-382112-487 | NULL | 04/13/12 | 07393293 | 167 | 05/13/12 | $ | 83.00 | $ | - | $ | - |
| GMAC-RFC | 703-382112-487 | NULL | 04/13/12 | 07393105 | 167 | 05/13/12 | $ | 83.00 | $ | - | $ | - |
| GMAC-RFC | 703-382112-487 | NULL | 04/13/12 | 07393229 | 167 | 05/13/12 | $ | 83.00 | $ | - | $ | - |
| GMAC-RFC | 703-382112-487 | NULL | 04/14/12 | 07393607 | 166 | 05/14/12 | $ | 83.00 | $ | - | $ | - |
| GMAC-RFC | 703-382112-487 | NULL | 04/14/12 | 07393621 | 166 | 05/14/12 | $ | 83.00 | $ | - | $ | - |
| GMAC-RFC | 703-382112-487 | NULL | 04/14/12 | 07393114 | 166 | 05/14/12 | $ | 83.00 | $ | - | $ | - |
| GMAC-RFC | 703-382112-487 | NULL | 04/14/12 | 07393127 | 166 | 05/14/12 | $ | 83.00 | $ | - | $ | - |
| GMAC-RFC | 703-382112-487 | NULL | 04/14/12 | 07393136 | 166 | 05/14/12 | $ | 83.00 | $ | - | $ | - |
| GMAC-RFC | 703-382112-487 | NULL | 04/14/12 | 07393248 | 166 | 05/14/12 | $ | 83.00 | $ | - | $ | - |
| GMAC-RFC | 703-382112-487 | NULL | 04/14/12 | 07393194 | 166 | 05/14/12 | $ | 83.00 | $ | - | $ | - |
| GMAC-RFC | 703-382112-487 | NULL | 04/14/12 | 07393285 | 166 | 05/14/12 | $ | 83.00 | $ | - | $ | - |
| GMAC-RFC | 703-382112-487 | NULL | 04/14/12 | 07393286 | 166 | 05/14/12 | $ | 83.00 | $ | - | $ | - |
| GMAC-RFC | 703-382112-487 | NULL | 04/14/12 | 07393298 | 166 | 05/14/12 | $ | 83.00 | $ | - | $ | - |
| GMAC-RFC | 703-382112-487 | NULL | 04/14/12 | 07393307 | 166 | 05/14/12 | $ | 83.00 | $ | - | $ | - |
| GMAC-RFC | 703-382112-487 | NULL | 04/14/12 | 07393319 | 166 | 05/14/12 | $ | 83.00 | $ | - | $ | - |
| GMAC-RFC | 703-382112-487 | NULL | 04/14/12 | 07393148 | 166 | 05/14/12 | $ | 83.00 | $ | - | $ | - |
| GMAC-RFC | 703-382112-487 | NULL | 04/14/12 | 07393108 | 166 | 05/14/12 | $ | 83.00 | $ | - | $ | - |
| GMAC-RFC | 703-382112-487 | NULL | 04/14/12 | 07393240 | 166 | 05/14/12 | $ | 83.00 | $ | - | $ | - |
| GMAC-RFC | 703-382112-487 | NULL | 04/14/12 | 07393198 | 166 | 05/14/12 | $ | 83.00 | $ | - | $ | - |
| GMAC-RFC | 703-382112-487 | NULL | 04/14/12 | 07393257 | 166 | 05/14/12 | $ | 83.00 | $ | - | $ | - |
| GMAC-RFC | 703-382112-487 | NULL | 04/14/12 | 07393272 | 166 | 05/14/12 | $ | 83.00 | $ | - | $ | - |
| GMAC-RFC | 703-382112-487 | NULL | 04/14/12 | 07393155 | 166 | 05/14/12 | $ | 83.00 | $ | - | $ | - |
| GMAC-RFC | 703-382112-487 | NULL | 04/14/12 | 07393301 | 166 | 05/14/12 | $ | 83.00 | $ | - | $ | - |
| GMAC-RFC | 703-382112-487 | NULL | 04/14/12 | 07393100 | 166 | 05/14/12 | $ | 83.00 | $ | - | $ | - |
| GMAC-RFC | 703-382112-487 | NULL | 04/14/12 | 07393125 | 166 | 05/14/12 | $ | 83.00 | $ | - | $ | - |
| GMAC-RFC | 703-382112-487 | NULL | 04/14/12 | 07393180 | 166 | 05/14/12 | $ | 83.00 | $ | - | $ | - |
| GMAC-RFC | 703-382112-487 | NULL | 04/14/12 | 07393213 | 166 | 05/14/12 | $ | 83.00 | $ | - | $ | - |
| GMAC-RFC | 703-382112-487 | NULL | 04/14/12 | 07393214 | 166 | 05/14/12 | $ | 83.00 | $ | - | $ | - |
| GMAC-RFC | 703-382112-487 | NULL | 04/14/12 | 07393151 | 166 | 05/14/12 | $ | 83.00 | $ | - | $ | - |
| GMAC-RFC | 703-382112-487 | NULL | 04/14/12 | 07393158 | 166 | 05/14/12 | $ | 83.00 | $ | - | $ | - |
| GMAC-RFC | 703-382112-487 | NULL | 04/14/12 | 07393163 | 166 | 05/14/12 | $ | 83.00 | $ | - | $ | - |
| GMAC-RFC | 703-382112-487 | NULL | 04/14/12 | 07393169 | 166 | 05/14/12 | $ | 83.00 | $ | - | $ | - |
| GMAC-RFC | 703-382112-487 | NULL | 04/14/12 | 07393171 | 166 | 05/14/12 | $ | 83.00 | $ | - | $ | - |
| GMAC-RFC | 703-382112-487 | NULL | 04/14/12 | 07393177 | 166 | 05/14/12 | $ | 83.00 | $ | - | $ | - |
| GMAC-RFC | 703-382112-487 | NULL | 04/14/12 | 07393228 | 166 | 05/14/12 | $ | 83.00 | $ | - | $ | - |
| GMAC-RFC | 703-382112-487 | NULL | 04/14/12 | 07393247 | 166 | 05/14/12 | $ | 83.00 | $ | - | $ | - |
| GMAC-RFC | 703-382112-487 | NULL | 04/14/12 | 07393197 | 166 | 05/14/12 | $ | 83.00 | $ | - | $ | - |
| GMAC-RFC | 703-382112-487 | NULL | 04/14/12 | 07393202 | 166 | 05/14/12 | $ | 83.00 | $ | - | $ | - |
| GMAC-RFC | 703-382112-487 | NULL | 04/14/12 | 07393280 | 166 | 05/14/12 | $ | 83.00 | $ | - | $ | - |
| GMAC-RFC | 703-382112-487 | NULL | 04/14/12 | 07393291 | 166 | 05/14/12 | $ | 83.00 | $ | - | $ | - |
| GMAC-RFC | 703-382112-487 | NULL | 04/14/12 | 07393614 | 166 | 05/14/12 | $ | 83.00 | $ | - | $ | - |
| GMAC-RFC | 703-382112-487 | NULL | 04/14/12 | 07393617 | 166 | 05/14/12 | $ | 83.00 | $ | - | $ | - |
| GMAC-RFC | 703-382112-487 | NULL | 04/14/12 | 07393185 | 166 | 05/14/12 | $ | 83.00 | $ | - | $ | - |
| GMAC-RFC | 703-382112-487 | NULL | 04/14/12 | 07393271 | 166 | 05/14/12 | $ | 83.00 | $ | - | $ | - |
| GMAC-RFC | 703-382112-487 | NULL | 04/14/12 | 07393282 | 166 | 05/14/12 | $ | 83.00 | $ | - | $ | - |
| GMAC-RFC | 703-382112-487 | NULL | 04/14/12 | 07393154 | 166 | 05/14/12 | $ | 83.00 | $ | - | $ | - |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| GMAC-RFC | 703-382112-487 | NULL | 04/14/12 | 07393160 | 166 | 05/14/12 | $ | 83.00 | $ | - | $ | - |
| GMAC-RFC | 703-382112-487 | NULL | 04/14/12 | 07393292 | 166 | 05/14/12 | $ | 83.00 | $ | - | $ | - |
| GMAC-RFC | 703-382112-487 | NULL | 04/14/12 | 07393324 | 166 | 05/14/12 | $ | 83.00 | $ | - | $ | - |
| GMAC-RFC | 703-382112-487 | NULL | 04/14/12 | 07393608 | 166 | 05/14/12 | $ | 83.00 | $ | - | $ | - |
| GMAC-RFC | 703-382112-487 | NULL | 04/14/12 | 07393616 | 166 | 05/14/12 | $ | 83.00 | $ | - | $ | - |
| GMAC-RFC | 703-382112-487 | NULL | 04/14/12 | 07393226 | 166 | 05/14/12 | $ | 83.00 | $ | - | $ | - |
| GMAC-RFC | 703-382112-487 | NULL | 04/14/12 | 07393232 | 166 | 05/14/12 | $ | 83.00 | $ | - | $ | - |
| GMAC-RFC | 703-382112-487 | NULL | 04/14/12 | 07393233 | 166 | 05/14/12 | $ | 83.00 | $ | - | $ | - |
| GMAC-RFC | 703-382112-487 | NULL | 04/14/12 | 07393236 | 166 | 05/14/12 | $ | 83.00 | $ | - | $ | - |
| GMAC-RFC | 703-382112-487 | NULL | 04/14/12 | 07393241 | 166 | 05/14/12 | $ | 83.00 | $ | - | $ | - |
| GMAC-RFC | 703-382112-487 | NULL | 04/14/12 | 07393191 | 166 | 05/14/12 | $ | 83.00 | $ | - | $ | - |
| GMAC-RFC | 703-382112-487 | NULL | 04/14/12 | 07393206 | 166 | 05/14/12 | $ | 83.00 | $ | - | $ | - |
| GMAC-RFC | 703-382112-487 | NULL | 04/14/12 | 07393159 | 166 | 05/14/12 | $ | 83.00 | $ | - | $ | - |
| GMAC-RFC | 703-382112-487 | NULL | 04/14/12 | 07393162 | 166 | 05/14/12 | $ | 83.00 | $ | - | $ | - |
| GMAC-RFC | 703-382112-487 | NULL | 04/14/12 | 07393109 | 166 | 05/14/12 | $ | 83.00 | $ | - | $ | - |
| GMAC-RFC | 703-382112-487 | NULL | 04/14/12 | 07393112 | 166 | 05/14/12 | $ | 83.00 | $ | - | $ | - |
| GMAC-RFC | 703-382112-487 | NULL | 04/14/12 | 07393137 | 166 | 05/14/12 | $ | 83.00 | $ | - | $ | - |
| GMAC-RFC | 703-382112-487 | NULL | 04/14/12 | 07393183 | 166 | 05/14/12 | $ | 83.00 | $ | - | $ | - |
| GMAC-RFC | 703-382112-487 | NULL | 04/14/12 | 07393261 | 166 | 05/14/12 | $ | 83.00 | $ | - | $ | - |
| GMAC-RFC | 703-382112-487 | NULL | 04/14/12 | 07393269 | 166 | 05/14/12 | $ | 83.00 | $ | - | $ | - |
| GMAC-RFC | 703-382112-487 | NULL | 04/14/12 | 07393146 | 166 | 05/14/12 | $ | 83.00 | $ | - | $ | - |
| GMAC-RFC | 703-382112-487 | NULL | 04/14/12 | 07393314 | 166 | 05/14/12 | $ | 83.00 | $ | - | $ | - |
| GMAC-RFC | 703-382112-487 | NULL | 04/14/12 | 07393618 | 166 | 05/14/12 | $ | 83.00 | $ | - | $ | - |
| GMAC-RFC | 703-382112-487 | NULL | 04/14/12 | 07393619 | 166 | 05/14/12 | $ | 83.00 | $ | - | $ | - |
| GMAC-RFC | 703-382112-487 | NULL | 04/14/12 | 07393147 | 166 | 05/14/12 | $ | 83.00 | $ | - | $ | - |
| GMAC-RFC | 703-382112-487 | NULL | 04/14/12 | 07393115 | 166 | 05/14/12 | $ | 83.00 | $ | - | $ | - |
| GMAC-RFC | 703-382112-487 | NULL | 04/14/12 | 07393133 | 166 | 05/14/12 | $ | 83.00 | $ | - | $ | - |
| GMAC-RFC | 703-382112-487 | NULL | 04/14/12 | 07393219 | 166 | 05/14/12 | $ | 83.00 | $ | - | $ | - |
| GMAC-RFC | 703-382112-487 | NULL | 04/14/12 | 07393145 | 166 | 05/14/12 | $ | 83.00 | $ | - | $ | - |
| GMAC-RFC | 703-382112-487 | NULL | 04/14/12 | 07393295 | 166 | 05/14/12 | $ | 83.00 | $ | - | $ | - |
| GMAC-RFC | 703-382112-487 | NULL | 04/15/12 | 07393130 | 165 | 05/15/12 | $ | 83.00 | $ | - | $ | - |
| GMAC-RFC | 703-382112-487 | NULL | 04/15/12 | 07393111 | 165 | 05/15/12 | $ | 83.00 | $ | - | $ | - |
| GMAC-RFC | 703-382112-487 | NULL | 04/15/12 | 07393122 | 165 | 05/15/12 | $ | 83.00 | $ | - | $ | - |
| GMAC-RFC | 703-382112-487 | NULL | 04/15/12 | 07393246 | 165 | 05/15/12 | $ | 83.00 | $ | - | $ | - |
| GMAC-RFC | 703-382112-487 | NULL | 04/16/12 | 07393299 | 164 | 05/16/12 | $ | 83.00 | $ | - | $ | - |
| GMAC-RFC | 703-382112-487 | NULL | 04/16/12 | 07393305 | 164 | 05/16/12 | $ | 83.00 | $ | - | $ | - |
| GMAC-RFC | 703-382112-487 | NULL | 04/16/12 | 07393310 | 164 | 05/16/12 | $ | 83.00 | $ | - | $ | - |
| GMAC-RFC | 703-382112-487 | NULL | 04/16/12 | 07393245 | 164 | 05/16/12 | $ | 83.00 | $ | - | $ | - |
| GMAC-RFC | 703-382112-487 | NULL | 04/16/12 | 07393274 | 164 | 05/16/12 | $ | 83.00 | $ | - | $ | - |
| GMAC-RFC | 703-382112-487 | NULL | 04/16/12 | 07393317 | 164 | 05/16/12 | $ | 83.00 | $ | - | $ | - |
| GMAC-RFC | 703-382112-487 | NULL | 04/16/12 | 07393250 | 164 | 05/16/12 | $ | 83.00 | $ | - | $ | - |
| GMAC-RFC | 703-382112-487 | NULL | 04/16/12 | 07393139 | 164 | 05/16/12 | $ | 83.00 | $ | - | $ | - |
| GMAC-RFC | 703-382112-487 | NULL | 04/16/12 | 07393296 | 164 | 05/16/12 | $ | 83.00 | $ | - | $ | - |
| GMAC-RFC | 703-382112-487 | NULL | 04/16/12 | 07393303 | 164 | 05/16/12 | $ | 83.00 | $ | - | $ | - |
| GMAC-RFC | 703-382112-487 | NULL | 04/16/12 | 07393204 | 164 | 05/16/12 | $ | 83.00 | $ | - | $ | - |
| GMAC-RFC | 703-382112-487 | NULL | 04/16/12 | 07393270 | 164 | 05/16/12 | $ | 83.00 | $ | - | $ | - |
| GMAC-RFC | 703-382112-487 | NULL | 04/16/12 | 07393161 | 164 | 05/16/12 | $ | 83.00 | $ | - | $ | - |
| GMAC-RFC | 703-382112-487 | NULL | 04/16/12 | 07393312 | 164 | 05/16/12 | $ | 83.00 | $ | - | $ | - |
| GMAC-RFC | 703-382112-487 | NULL | 04/16/12 | 07393190 | 164 | 05/16/12 | $ | 83.00 | $ | - | $ | - |
| GMAC-RFC | 703-382112-487 | NULL | 04/16/12 | 07393195 | 164 | 05/16/12 | $ | 83.00 | $ | - | $ | - |
| GMAC-RFC | 703-382112-487 | NULL | 04/16/12 | 07393266 | 164 | 05/16/12 | $ | 83.00 | $ | - | $ | - |
| GMAC-RFC | 703-382112-487 | NULL | 04/16/12 | 07393267 | 164 | 05/16/12 | $ | 83.00 | $ | - | $ | - |
| GMAC-RFC | 703-382112-487 | NULL | 04/16/12 | 07393268 | 164 | 05/16/12 | $ | 83.00 | $ | - | $ | - |
| GMAC-RFC | 703-382112-487 | NULL | 04/16/12 | 07393134 | 164 | 05/16/12 | $ | 83.00 | $ | - | $ | - |
| GMAC-RFC | 703-382112-487 | NULL | 04/16/12 | 07393287 | 164 | 05/16/12 | $ | 83.00 | $ | - | $ | - |
| GMAC-RFC | 703-382112-487 | NULL | 04/16/12 | 07393110 | 164 | 05/16/12 | $ | 83.00 | $ | - | $ | - |
| GMAC-RFC | 703-382112-487 | NULL | 04/16/12 | 07393606 | 164 | 05/16/12 | $ | 83.00 | $ | - | $ | - |
| GMAC-RFC | 703-382112-487 | NULL | 04/16/12 | 07393311 | 164 | 05/16/12 | $ | 83.00 | $ | - | $ | - |
| GMAC-RFC | 703-382112-487 | NULL | 04/16/12 | 07393175 | 164 | 05/16/12 | $ | 83.00 | $ | - | $ | - |
| GMAC-RFC | 703-382112-487 | NULL | 04/16/12 | 07393218 | 164 | 05/16/12 | $ | 83.00 | $ | - | $ | - |
| GMAC-RFC | 703-382112-487 | NULL | 04/16/12 | 07393260 | 164 | 05/16/12 | $ | 83.00 | $ | - | $ | - |
| GMAC-RFC | 703-382112-487 | NULL | 04/17/12 | 07393152 | 163 | 05/17/12 | $ | 83.00 | $ | - | $ | - |
| GMAC-RFC | 703-382112-487 | NULL | 04/18/12 | 07393150 | 162 | 05/18/12 | $ | 83.00 | $ | - | $ | - |
| GMAC-RFC | 703-382112-487 | NULL | 04/18/12 | 07393279 | 162 | 05/18/12 | $ | 83.00 | $ | - | $ | - |
| GMAC-RFC | 703-382112-487 | NULL | 04/18/12 | 07393288 | 162 | 05/18/12 | $ | 83.00 | $ | - | $ | - |
| GMAC-RFC | 703-382112-487 | NULL | 04/19/12 | 07393187 | 161 | 05/19/12 | $ | 83.00 | $ | - | $ | - |
| GMAC-RFC | 703-382112-487 | NULL | 04/20/12 | 07393265 | 160 | 05/20/12 | $ | 83.00 | $ | - | $ | - |
| GMAC-RFC | 703-382112-487 | NULL | 04/30/12 | WT043012 | 150 | 04/30/12 | $ | (166.00) | $ | - | $ | - |

**Total Owed**   $   13,251.00

**Webstar**

| Customer | Customer # | Order # | Transaction # | Transaction Date | Due Date | Original Amount | 91 - 180 Days |
|---|---|---|---|---|---|---|---|
| GMAC/ResCap | 220-CST-WSL0013 | NULL | 117541-1 | 04-30-12 | 05-31-12 | $ 6.30 | $ 3.05 |

| Total | Past Due |
|---|---|
| $ 3.05 | $ 3.05 |