UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                        :
In re                                   :    Chapter 11
                                        :
RESIDENTIAL CAPITAL, LLC, et al.,[1]    :    Case No. 12-12020 (MG)
                                        :
                                        :
                                        :    (Jointly Administered)
                  Debtors.              :
------------------------------------------------------------x

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Jennifer Grageda, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors.

A.  On September 25, 2012, at my direction and under my supervision, employees of KCC caused the following document to be served per postal forwarding address via First Class mail upon the parties attached hereto **Exhibit A**:

*(Space Intentionally Left Blank)*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Residential Capital, LLC (0738); ditech, LLC (7228); DOA Holding Properties, LLC (4257); DOA Properties IX (Lots-Other), LLC (3274), EPRE LLC (7974); Equity Investment I, LLC (2797); ETS of Virginia, Inc. (1445); ETS of Washington, Inc. (0665); Executive Trustee Services, LLC (8943); GMAC Model Home Finance I, LLC (8469); GMAC Mortgage USA Corporation (6930); GMAC Mortgage, LLC (4840); GMAC Residential Holding Company, LLC (2190); GMAC RH Settlement Services, LLC (6156); GMACM Borrower LLC (4887); GMACM REO LLC (2043); GMACR Mortgage Products, LLC (6369); GMAC-RFC Holding Company, LLC (3763); HFN REO Sub II, LLC (N/A); Home Connects Lending Services, LLC (9412); Homecomings Financial Real Estate Holdings, LLC (6869); Homecomings Financial, LLC (9458); Ladue Associates, Inc. (3048); Passive Asset Transactions, LLC (4130); PATI A, LLC (2729); PATI B, LLC (2937); PATI Real Estate Holdings, LLC (5201); RAHI A, LLC (3321); RAHI B, LLC (3553); RAHI Real Estate Holdings, LLC (5287); RCSFJV204, LLC (2722); Residential Accredit Loans, Inc. (8240); Residential Asset Mortgage Products, Inc. (5181); Residential Asset Securities Corporation (2653); Residential Consumer Services of Alabama, LLC (5449); Residential Consumer Services of Ohio, LLC (4796); Residential Consumer Services of Texas, LLC (0515); Residential Consumer Services, LLC (2167); Residential Funding Company, LLC (1336); Residential Funding Mortgage Exchange, LLC (4247); Residential Funding Mortgage Securities I, Inc. (6294); Residential Funding Mortgage Securities II, Inc. (8858); Residential Funding Real Estate Holdings, LLC (6505); Residential Mortgage Real Estate Holdings, LLC (7180); RFC Asset Holdings II, LLC (4034); RFC Asset Management, LLC (4678); RFC Borrower LLC (5558); RFC Constructing Funding, LLC (5730); RFC REO LLC (2407); RFC SFJV-2002, LLC (4670); RFC-GSAP Servicer Advance, LLC (0289)

1

1. Amended Notice of Public Auction and Sale Hearing to Sell Certain of Debtors' Assets Pursuant to Asset Purchase Agreements with Nationstar Mortgage LLC and Berkshire Hathaway Inc. and Related Relief and Dates; Hearing to be Held on November 19, 2012 at 10:00 a.m. (ET) [Docket No. 1446]

Dated: September 28, 2012

Jennifer Grageda

State of California

County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 28th of September, 2012, by Jennifer Grageda, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

AIMEE M. PAREL
Commission # 1866499
Notary Public - California
Los Angeles County
My Comm. Expires Sep 27, 2013

**EXHIBIT A**

| NAME | NOTICE NAME | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| Aaron I Katsman PC | | 70 E Sunrise Hwy Ste 608 | | Valley Stream | NY | 11581-1233 |
| Ann S Hill Vs Homecomings Financial LLC fka Homecomings | Financial Network Inc Aurora Loan Services Quility Loan et al | ABDALLAH Law Group | 555 Capitol Mall Ste 725 | Sacremnto | CA | 95814-4515 |
| Cameron and Emily Miles v GMAC Mortgage LLC Mortgage | Electronic Registration Systems Inc and XYZ Corp | PMB 6 | 1430 Willamette St | Eugene | OR | 97401-4049 |
| Cooper Appraisals Inc | | 11032 River Plantation Dr | | Austin | TX | 78747-1486 |
| Energy REO | | 7351 Kirkwood Ln N Ste 130 | | Maple Grove | MN | 55369-5219 |
| Jim Garcines Vs Wells Fargo Bank National | Association A Business Entity Wachovia | Mortgage FSB A Business Entity et al Liberty and Associates | 148 Maple St Ste H | Auburn | CA | 95603-5041 |
| Kats Law | | 70 E Sunrise Hwy Ste 608 | | Valley Stream | NY | 11581-1233 |
| Leonard Taylor Appraisals Inc | | 150 James Way | | Advance | NC | 27006-8516 |
| Magenic Technologies Inc | | 1600 Utica Ave S Ste 800 | | Minneapolis | MN | 55416-3688 |