**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
In re                                                                : Chapter 11
                                                                          :
**RESIDENTIAL CAPITAL, LLC, et al.,** [1]        : Case No. 12-12020 (MG)
                                                                          :
                                                                          : (Jointly Administered)
                         Debtors.                              :
-----------------------------------------------------------x

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Jennifer Grageda, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors.

A. On or before September 27, 2012, at my direction and under my supervision, employees of KCC caused the following documents to be served per postal forwarding address via First Class mail upon the Creditor Matrix attached hereto as **Exhibit A:**

   1. Notice of Deadlines for Filing Proofs of Claim, dated August 29, 2012, attached hereto as **Exhibit B**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Residential Capital, LLC (0738); ditech, LLC (7228); DOA Holding Properties, LLC (4257); DOA Properties IX (Lots-Other), LLC (3274), EPRE LLC (7974); Equity Investment I, LLC (2797); ETS of Virginia, Inc. (1445); ETS of Washington, Inc. (0665); Executive Trustee Services, LLC (8943); GMAC Model Home Finance I, LLC (8469); GMAC Mortgage USA Corporation (6930); GMAC Mortgage, LLC (4840); GMAC Residential Holding Company, LLC (2190); GMAC RH Settlement Services, LLC (6156); GMACM Borrower LLC (4887); GMACM REO LLC (2043); GMACR Mortgage Products, LLC (6369); GMAC-RFC Holding Company, LLC (3763); HFN REO Sub II, LLC (N/A); Home Connects Lending Services, LLC (9412); Homecomings Financial Real Estate Holdings, LLC (6869); Homecomings Financial, LLC (9458); Ladue Associates, Inc. (3048); Passive Asset Transactions, LLC (4130); PATI A, LLC (2729); PATI B, LLC (2937); PATI Real Estate Holdings, LLC (5201); RAHI A, LLC (3321); RAHI B, LLC (3553); RAHI Real Estate Holdings, LLC (5287); RCSFJV204, LLC (2722); Residential Accredit Loans, Inc. (8240); Residential Asset Mortgage Products, Inc. (5181); Residential Asset Securities Corporation (2653); Residential Consumer Services of Alabama, LLC (5449); Residential Consumer Services of Ohio, LLC (4796); Residential Consumer Services of Texas, LLC (0515); Residential Consumer Services, LLC (2167); Residential Funding Company, LLC (1336); Residential Funding Mortgage Exchange, LLC (4247); Residential Funding Mortgage Securities I, Inc. (6294); Residential Funding Mortgage Securities II, Inc. (8858); Residential Funding Real Estate Holdings, LLC (6505); Residential Mortgage Real Estate Holdings, LLC (7180); RFC Asset Holdings II, LLC (4034); RFC Asset Management, LLC (4678); RFC Borrower LLC (5558); RFC Constructing Funding, LLC (5730); RFC REO LLC (2407); RFC SFJV-2002, LLC (4670); RFC-GSAP Servicer Advance, LLC (0289)

2. [Customized] Proof of Claim Form

Dated: September 28, 2012

                                                          Jennifer Grageda

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 28th of September, 2012, by Jennifer Grageda, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

AIMEE M. PAREL
Commission # 1866499
Notary Public - California
Los Angeles County
My Comm. Expires Sep 27, 2013

**EXHIBIT A**

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| Accruent, Inc. | | 10801 N Mo Pac Expy Bldg 2-400 | | Austin | TX | 78759-5458 |
| Ackley Realty | | 22 W Monument Ave Ste 1 | | Kissimmee | FL | 34741-5192 |
| Ackley Realty Inc | | 22 W Monument Ave Ste 1 | | Kissimmee | FL | 34741-5192 |
| Agent One Realty Inc | | 5781 Lee Blvd Unit 208 | | Lehigh Acres | FL | 33971-6339 |
| Alabama Gas Corporation | | PO Box 20827 | | Tuscaloosa | AL | 35402-0827 |
| Associated Appraisers of Siouxland | | 4220 Sergeant Rd Ste 25 | | Sioux City | IA | 51106-4629 |
| Audubon Appraisal Inc | | 2049 Vineyard Ln | | Harvey | LA | 70058-5931 |
| Bartolone and Batista LLP | | 20 N Orange Ave Ste 1305 | | Orlando | FL | 32801-4605 |
| Brandy Court Hoa | | 11350 Random Hills Rd Ste 800 | | Fairfax | VA | 22030-6044 |
| Brauer Law Offices PLC | | 14350 N 87th St Ste 160 | | Scottsdale | AZ | 85260-2658 |
| Brigadoon LLC | | 13321 California St Ste 300 | | Omaha | NE | 68154-5258 |
| Brigadoon LLC DBA Rorick Apartments | | 13321 California St Ste 300 | | Omaha | NE | 68154-5258 |
| Bright, Marilyn S | | PO Box 845 | | Atlanta | GA | 30301-0845 |
| Brookside of Livonia Condo Assoc | Dickenson Wright Attn Angela Tacey | 2600 W Big Beaver Rd Ste 300 | | Troy | MI | 48084-3312 |
| C and C Construction | | 850 Wellington Ave | | Cranston | RI | 02910-3719 |
| C and C Construction Co | | 850 Wellington Ave | | Cranston | RI | 02910-3719 |
| C O Coldwell Banker Realty | | 1630 Washington Rd Ste 1 | | Pittsburgh | PA | 15241-1217 |
| Cameron and Emilty Miles v Gmac Mortgage LLC Mortgage | Electronic Registration Systems Inc and Xyz Corp | PMB 6 | 1430 Willamette St | Eugene | OR | 97401-4049 |
| Carl S Schneider Sra Residental | | 6924 S 76th East Ave | | Tulsa | OK | 74133-7735 |
| Carr Appraisal Service Co | | 1258 Cleveland Ave | | Hamilton | OH | 45013-1727 |
| CC Brown Law Office | | 7109 S High Tech Dr Ste B | | Midvale | UT | 84047-3717 |
| Certain Underwriters At Lloyds Of London V | Salvatore Alesi Gmac Mortgage and Ally Bank Corp | The Chartwell Law Offices LLP | 1735 Market St Fl 29 | Philadelphia | PA | 19103-7533 |
| CHR Realty Gmac Real Estate | | PO Box 637 | | Brunswick | ME | 04011-0637 |
| Christopher G Walter Att at Law | | 1051 E Market St | | Nappanee | IN | 46550-2257 |
| Cinco SW Mud 1 U | | 11500 Northwest Fwy Ste 465 | | Houston | TX | 77092-6538 |
| Cinco SW Mud 2 U | | 11500 Northwest Fwy Ste 465 | | Houston | TX | 77092-6538 |
| Cinco SW Mud 3 U | | 11500 Northwest Fwy Ste 465 | | Houston | TX | 77092-6538 |
| Clare A Heiberger | | 702 Kentucky St No 293 | | Bellingham | WA | 98225-4200 |
| Connecticut Life and Cas | | PO Box 4079 | | Scranton | PA | 18505-6079 |
| Connecticut Life and Casualty Ins | | PO Box 4079 | | Scranton | PA | 18505-6079 |
| Connor, Joseph | Joseph A Connor III vs Gmac Mrtg, LLC On its own & as Agent for LSI Title Agency in Karen Balsano, on her own & as A Et Al | PO Box 157 | | Middletown | CA | 95461-0157 |
| Cristie Neubert Att at Law | | 8417 NE 137th Ct | | Kirkland | WA | 98034-1727 |
| Cullman County | | PO Box 2220 | | Cullman | AL | 35056-2220 |
| Curtis D Johnson Jr Att At Law | | 11 S Idlewild St | | Memphis | TN | 38104-3926 |
| Curtis Law Group | | 8 Corporate Park Ste 300 | | Irvine | CA | 92606-5196 |
| Cypress | | 1500 W Cypress Creek Rd Ste 101 | | Ft Lauderdale | FL | 33309-1848 |
| Dan Cantrell Inc | | 4972 S Newport Ave | | Tulsa | OK | 74105-4624 |
| Dan Yelle McCarthy G Att At Law | | 1516 E Hillcrest St Ste 107 | | Orlando | FL | 32803-4714 |
| Daniel Halpern Att at Law | | 111 N Market St Ste 910 | | San Jose | CA | 95113-1102 |
| Daniel W Sibor Att At Law | | 1668 N Bissell St | | Chicago | IL | 60614-5504 |
| Danny Dollyhigh | Susan Dollyhigh | 970 Village Green Dr Apt 325 | | Allen | TX | 75013-3750 |
| Darden, Robin | Handyman Services | 255 Jackson St | | Allegan | MI | 49010-9156 |
| David B Bender Att at Law | | 1411 Clubwood MNR | | Wshngtn Ct Hs | OH | 43160-1894 |
| David Dean And Midwest Siding | Roofing Division | 613 S 5th St | | Salina | KS | 67401-4114 |
| David M Mucklow Attorney At Law | | 919 E Turkeyfoot Lake Rd Ste B | | Akron | OH | 44312-5250 |
| Deborah Dishong | | 37 Saint Michael | | Dana Point | CA | 92629-4132 |
| Debra Hererst and John Lehman | | 20369 Scotties Ln | | Ponchatoula | LA | 70454-5264 |

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| Debra L Moore Att At Law | | PO Box 15852 | | San Diego | CA | 92175-5852 |
| Debra Sue Kauten Att at Law | | 11831 Maple Rd Ste 8 | | Birch Run | MI | 48415-8487 |
| Default, Florida | | 4919 Memorial Hwy Ste 200 | | Tampa | FL | 33634-7500 |
| Deleon Roofing Inc | | 4448 Dogwood Ct | | Midland | TX | 79707-1601 |
| Demion Claiborn And Hail | | PO Box 201 | | Duluth | GA | 30096-0004 |
| Dennis and Pamela Cannizzaro and | Gronwold Construction Co | 508 32nd Ave S Apt 27 | | Moorehead | MN | 56560-4972 |
| Dennise Hernandez Gruber Att at Law | | 496 Delaney Ave Ste 406 | | Orlando | FL | 32801-3851 |
| Department Of Commerce | | 1830 College Pkwy Ste 100 | | Carson City | NV | 89706-8027 |
| Department of Consumer Credit | | 3613 NW 56th St Ste 240 | | Oklahoma City | OK | 73112-4512 |
| Desoto City Isd | | 500 Elm St | | Dallas | TX | 75202-3304 |
| Donald Roberts Rosalie Roberts and | | 2201 S Lemay Ave Apt 234 | | Fort Collins | CO | 80525-5105 |
| Elite Flood and Restoration | | 4883 Glenhaven Dr | | Oceanside | CA | 92056-6652 |
| Elizabeth Balaguer Att At Law | | 1950 Lee Rd Ste 204 | | Winter Park | FL | 32789-7210 |
| Eric M Glazer Esq Att at Law | | 3113 Stirling Rd Ste 201 | | Ft Lauderdale | FL | 33312-6547 |
| Erica M Gage Att at Law | | 3003 Anderson Ave Ste 957 | | Manhattan | KS | 66503-2961 |
| Federal Home Loan Bank of Indianapolis | Federal Home Loan Bank of Indianapolis V Banc of America Mrtg Securities Inc, Residential Funding Mrtg Securities I Inc Et Al C/O Cantrell, Strenski & Mehringer , LLP | 150 W Market St Ste 800 | | Indianapolis | IN | 46204-2814 |
| First American Heritage Title | | 1150 Kelly Johnson Blvd | | Colorado Spgs | CO | 80920-3999 |
| Fort Bend Co Mud 26 U | | 11500 Northwest Fwy Ste 465 | | Houston | TX | 77092-6538 |
| Fort Bend County Mud 167 U | | 11500 Northwest Fwy Ste 465 | | Houston | TX | 77092-6538 |
| Four Seasons Condo Assoc | | 2804 Orchard Lake Rd Ste 201 | | Keego Harbor | MI | 48320-1449 |
| Frances Oels | | 222 Route 72 | | Vincentown | NJ | 08088-9632 |
| Fred Bolton Ins Agency | | 2620 E Highway 35 | | Angleton | TX | 77515-3827 |
| G Knute Fraser Att at Law | | 830 N Main St | | Wichita | KS | 67203-3605 |
| Gary B Boren Att At Law | | 23930 Michigan Ave | | Dearborn | MI | 48124-1833 |
| Gary R Matta Att at Law | | PO Box 1792 | | Hagatna | GU | 96932-1792 |
| Gateway Bank FSB | | 2201 Broadway Fl 4th | | Oakland | CA | 94612-3023 |
| Gino J Barrto Att At Law | | 2312 Snapdragon | | Naperville | IL | 60564-5355 |
| Glazer And Assoc | | 3113 Stirling Rd Ste 201 | | Ft Lauderdale | FL | 33312-6547 |
| Goodrich Town | | W1359 State Highway 64 | | Medford | WI | 54451-9129 |
| Gordon Howell | | 17 Windlass Ct | | Salem | SC | 29676-4329 |
| Graystone Mortgage Corporation | | 321 Commonwealth Rd Ste 103 | | Wayland | MA | 01778-5039 |
| Greater Northside MGMT Dist U | | 11500 Northwest Fwy Ste 465 | | Houston | TX | 77092-6538 |
| Greenfields No 3 HOA | | 30095 Northwestern Hwy Ste 10A | | Farmingtn Hls | MI | 48334-3291 |
| Gross and Welch PC LLO | | 10250 Regency Cir Ste 300 | | Omaha | NE | 68114-3728 |
| Guy A Odom Jr Att At Law | | PMB 333 | 903 E El Camino Real Ste 6 | Mountain View | CA | 94040-2834 |
| Hache Lara, Angelica | | 2705 Erwin Ct | | Kissimmee | FL | 34743-5347 |
| Harrington Fowler And Spreng | | 2200 E Parrish Ave Ste 102 | | Owensboro | KY | 42303-1454 |
| Harris CO Mud 173 U | | 11500 Northwest Fwy Ste 465 | | Houston | TX | 77092-6538 |
| Harris County Mud 196 U | | 11500 Northwest Fwy Ste 465 | | Houston | TX | 77092-6538 |
| Harris County Mud 286 U | | 11500 Northwest Fwy Ste 465 | | Houston | TX | 77092-6538 |
| Harris County Mud 402 U | | 11500 Northwest Fwy Ste 465 | | Houston | TX | 77092-6538 |
| Harris County Mud 404 U | | 11500 Northwest Fwy Ste 465 | | Houston | TX | 77092-6538 |
| Harris County Mud 459 U | | 11500 Northwest Fwy Ste 465 | | Houston | TX | 77092-6538 |
| Harris County Mud 460 U | | 11500 Northwest Fwy Ste 465 | | Houston | TX | 77092-6538 |
| Harris County Mud 86 U | | 11500 Northwest Fwy Ste 465 | | Houston | TX | 77092-6538 |
| Hawkins And Associates | | 3247 Sundial Cir | | Cantonment | FL | 32533-2608 |

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| Hopkins County | | 56 N Main St | | Madisonville | KY | 42431-1940 |
| Hopper, John & Hopper, Joan | | 8824 Braden Dr | | Caseyville | IL | 62232-1806 |
| Huddleston Palumbo Robbins and R | | 137 S Courtenay Pkwy | | Merritt Is | FL | 32952-4843 |
| Hudson Cty Sch Tn of Claverack | | 1070 Route 9 | | Castleton | NY | 12033-9652 |
| Identity Theft 911 | | 7580 N Dobson Rd Ste 201 | | Scottsdale | AZ | 85256-2702 |
| Indiana Lumbermens Mutual Ins | | 8888 Keystone Xing Ste 250 | | Indianapolis | IN | 46240-7602 |
| Intergrity Title and Escrow Company | | 8 Greenspring Valley Rd Ste 200 | | Owings Mills | MD | 21117-4152 |
| Irmgard Binder | | 18866 Martinsville Rd | | Belleville | MI | 48111-8702 |
| Ivan Barney | | 3329 E Bayaud Ave Apt 605 | | Denver | CO | 80209-2950 |
| J and M Roofing and Gutters LLC | | 17767 FM 455 | | Forestburg | TX | 76239-3119 |
| J matthew Folmar Att at Law | | PO Box 312495 | | Enterprise | AL | 36331-2495 |
| J r Alexander Realty Co | | 2015 Vista Caudal | | Newport Beach | CA | 92660-3917 |
| James And Tatiana Myers and | | 20 Dimock Ln | | Bolton | CT | 06043-7220 |
| James K Townsend Att at Law | | 333 Perry St Ste 309 | | Castle Rock | CO | 80104-2434 |
| James M Prickett Att at Law | | PO Box 2138 | | Sun City | AZ | 85372-2138 |
| James S And Theresa Hackney and | | 19486 Desna Dr | | Porter | TX | 77365-4270 |
| James W Lusk Att at Law | | 8725 Rosehill Rd Ste 105 | | Lenexa | KS | 66215-4611 |
| Jenette Nowakowski Pa | | PO Box 784742 | | Winter Garden | FL | 34778-4742 |
| Jeremiah M Maher | | 14511 S 27th St | | Bellevue | NE | 68123-4788 |
| Jill A Gonzalez Att at Law | | 122 N Mulberry St No A | | Muncie | IN | 47305-1717 |
| John and Stephanie Trumm and | | 83 Ora Ln | | Caledonia | MS | 39740-9101 |
| John Galloway | | 2420 Sand Creek Rd Ste 1 | | Brentwood | CA | 94513-2705 |
| John Grimaldi | PMB 480 | 2764 N Green Valley Pkwy No 480 | | Henderson | NV | 89014-2120 |
| John J Scieszinski Att At Law | | 350 Georgetown Pl | | Norwalk | IA | 50211-9692 |
| John Kim and Hyun Kim | | 40343 Kaelan Ct | | Murrieta | CA | 92563-4358 |
| Joseph A Connor III vs GMAC Mortgage LLC on its own and as agent | for LSI Title Agency Inc Karen Balsano on her own and et al | PO Box 157 | | Middletown | CA | 95461-0157 |
| Joseph A Imbesi Att at Law | | 1030 Lake Shore Dr Apt 204 | | N Palm Beach | FL | 33403-2899 |
| Joseph Brien Att At Law | | PO Box 220113 | | Hollywood | FL | 33022-0113 |
| Julie E Hought Att At Law | | 320 SE 11th St | | Ft Lauderdale | FL | 33316-1138 |
| Karen Ehler Att At Law | | 535 North St | | Woodland | CA | 95695-3235 |
| Katherine A Threlfall Att At Law | | 3445 Golden Gate Way | | Lafayette | CA | 94549-4517 |
| Katherine Martell Att At Law | | 10615 Judicial Dr Ste 301 | | Fairfax | VA | 22030-7501 |
| Kathleen and David Morrison | | 3076 Saddlehorn Dr | | Seguin | TX | 78155-0173 |
| Kathleen Gardner Charles Gardner | | 103 Stutsman St | | Council Blfs | IA | 51503-4455 |
| Kaufman County Mud 5 U | | 11500 Northwest Fwy Ste 465 | | Houston | TX | 77092-6538 |
| Kaufman County Mud 6 U | | 11500 Northwest Fwy Ste 465 | | Houston | TX | 77092-6538 |
| Keith A Betchley Att at Law | | PO Box 490 | | Lincoln | CA | 95648-0490 |
| Kendal A Luke Att at Law | | 1600 Kapiolani Blvd ste 1300 | | Honolulu | HI | 96814-3806 |
| Kevanne Groves Att at Law | | 8570 Mentor Ave | | Mentor | OH | 44060-5822 |
| Kevin L Ehlers Att At Law | | PO Box 271510 | | Littleton | CO | 80127-0026 |
| Khalsa Law Office | | 8150 N Central Ave Unit 17 | | Phoenix | AZ | 85020-3677 |
| Kimberly Hamilton and Aw | | 7210 N County Road 225 | | Gainesville | FL | 32609-5533 |
| Kimberly Taylor | Remax Town Lake and Country | 21 78 Lake Carroll Blvd Unit 1 | | Lanark | IL | 61046-9259 |
| Kolesar and Leatham Chtd | | 400 S Rampart Blvd Ste 400 | | Las Vegas | NV | 89145-5725 |
| Kornfield Paul and Nyberg | | 1970 Broadway Ste 225 | | Oakland | CA | 94612-2223 |
| Laura Madison Estate and Donald | | 157 Springhill Dr | | Bardstown | KY | 40004-2105 |
| Laurgale Damico | | 40 Tudor St | | Revere | MA | 02151-3835 |
| Law Office of Ernest B. Fenton | GMAC Mortgage, LLC V. Jenetta Polk Et Al Jenetta Polk Et Al V. Gmac Mortgage, LLC | 18300 Dixie Hwy | | Homewood | IL | 60430-3235 |

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| Law Office of Fred J Klein | | 1601 Bay Ave | | Pt Pleasant | NJ | 08742-4559 |
| Law office of Marty K Courson | | 582 Market St Ste 1903 | | San Francisco | CA | 94104-5320 |
| Law Office of Ronald Ingalls | | 12898 High Sierra | | Austin | TX | 78737-9564 |
| Law Offices of Guy A Odom Jr | | PMB 333 | 903 E El Camino Real Ste 6 | Mountain View | CA | 94040-2834 |
| Law Offices Of Milton A Puckett | | 115 W Main St Lowr | | Columbus | OH | 43215-7231 |
| Law Offices Of Robert J.Hell | | 5350 S Staples St Ste 423 | | Crp Christi | TX | 78411-4696 |
| Law Offices of Shimea C Anderson | | 1271 Washington Ave | | San Leandro | CA | 94577-3646 |
| Leldon Bulkey | | 2717 Howell St Apt 1307 | | Dallas | TX | 75204-1107 |
| Leo Nordine Realtors | | 817 | PO Box 7000 | Redondo Beach | CA | 90277-8710 |
| Leon A Williamson Jr Att At Law | | 306 S Plant Ave No B | | Tampa | FL | 33606-2347 |
| Leonard Relin Att at Law | | 45 Exchange Blvd Ste 1030 | | Rochester | NY | 14614-2020 |
| Linda Gilbody | | 105 Dulohery Ln | | Bozeman | MT | 59715-9294 |
| Looking Glass Development LLC | Attn Account Management | PO Box 630516 | | Littleton | CO | 80163-0516 |
| Lori K Weisz Att at Law | | 823 Lincoln Ave | | Harvey | ND | 58341-1521 |
| Maark Junda | | 33 Crater Lake Rd | | Howell | NJ | 07731-9010 |
| Macomber, Gary A | PMB 715 | 7327 SW Barnes Rd | | Portland | OR | 97225-6119 |
| Magenic Technologies Inc | | 1600 Utica Ave S Ste 800 | | Minneapolis | MN | 55416-3688 |
| Magnuson, William L | | 327 S Main St | | Cottage Grove | WI | 53527-9502 |
| Malin D Greenberg Att at Law | | 300 Highway 169 S Ste 140 | | Minneapolis | MN | 55426-1129 |
| Margaret L Herdeck Att At Law | | PO Box 1330 | | Pueblo | CO | 81002-1330 |
| Marion County | | 121 N Spalding Ave | | Lebanon | KY | 40033-1516 |
| Mark A Novak Att At Law | | 988 Glenside Rd | | South Euclid | OH | 44121-3442 |
| Mark Green | | 505 N State St Apt 3001 | | Chicago | IL | 60654-4828 |
| Mark R Alavarado and | Theresa L Alvarado | 938 Westport Ln | | Vista | CA | 92084-6276 |
| Marshall C Spradling Att at Law | | 3818 Maccorkle Ave SE | | Charleston | WV | 25304-1528 |
| Mary E. Pippitt | | 232 Kenyon St | | Hartford | CT | 06105-2240 |
| Mauricio A Ramos Att at Law | | PO Box 2351 | | Livermore | CA | 94551-2351 |
| Maxwell, David | | 330 Broadway Ave | | Orlando | FL | 32803-5602 |
| Mc Law Group 135 | | 921 Oakton St | | Elk Grove Vlg | IL | 60007-1905 |
| Merkett, Kristen | | 2716 Barton Creek Blvd Apt 2412 | | Austin | TX | 78735-1600 |
| Merle C. Vollick Jr | | 6470 S Mackinac Trl | | Sault S Marie | MI | 49783-8902 |
| Michelle L Scobie and | | 21317 Violet St | | St Clr Shores | MI | 48082-1560 |
| Montgomery County Tax Claim Bureau | C O Expand | c/o Northeast Revenue Service, LLC | 1 Montgomery Plaza, Ste 610 | Norristown | PA | 19401 |
| Montgomery County Tax Claim Bureau | C O Xspand | c/o Northeast Revenue Service, LLC | 1 Montgomery Plaza, Ste 610 | Norristown | PA | 19401 |
| Montgomery County Tax Claim Bureau | c/o Northeast Revenue Service, LLC | 1 Montgomery Plaza, Ste 610 | | Norristown | PA | 19401 |
| Moss Codilis LLP | | PO Box 4747 | | Englewood | CO | 80155-4747 |
| Mulllany And Richardson | | 63 Chestnut St | | Rochester | NH | 03867-2614 |
| Nassie Law, A Professional Corporation | Gmac Mrtg, LLC A Delaware Limited Liability CO AKA/DBA Residential Funding CO LLC Exective Trustee Svcs LLC, A Delawa Et Al | 4 Elmwood | | Irvine | CA | 92604-3212 |
| Natrona County | | PO Box 2290 | | Casper | WY | 82602-2290 |
| Neilia Martinez and Jason J Clark | | 605 Oakleaf Blvd | | Oldsmar | FL | 34677-2738 |
| New Hartford C S TN Frankfort | | 29 Oxford Rd | | New Hartford | NY | 13913 |
| New Hartford C S TN Frankfort | | 29 Oxford Rd | | New Hartford | NY | 13413 |
| New Hartford Cen Sch Combined Twns | | 29 Oxford Rd | | New Hartford | NY | 13413 |
| Newman C Brackin Clerk of Court | Pat Feller | 101 E James Lee Blvd | | Crestview | FL | 32536-3500 |
| Nicholas L Faute And Connie Faute | | 10183 45th Pl NE | | Saint Michael | MN | 55376-9422 |
| Nicole Hayes Williams Or | Nicole Williams & Newton Builders & Rattle Electri | 735 Mause St | | Scott | LA | 70583-5188 |

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| Nicole Hayes Williams and | | 735 Maude St | | Scott | LA | 70583-5188 |
| Niederlehner And Seitz | | 1315 W Garden St | | Pensacola | FL | 32502-4504 |
| Ninette S Fletcher Trust Account | | 5 W Highbanks Rd | | Debary | FL | 32713-2863 |
| Northpointe Townhomes Condo Assoc | Dickinson Wright | 2600 W Big Beaver Rd Ste 300 | | Troy | MI | 48084-3312 |
| OCWA | | PO Box 4949 | | Syracuse | NY | 13221-4949 |
| Ohel, Isaac & Ohel, Ronit | | 10455 Torre Ave | | Cupertino | CA | 95014 |
| Ok Department of Consumer Credit | | 3613 NW 56th St Ste 240 | | Oklahoma City | OK | 73112-4512 |
| Omega Credit Trust LLC | | 2630 SW 28th St Ste 61 | | Coconut Grove | FL | 33133-3872 |
| Omega Credit Trust No 1798 LLC | | 2630 SW 28th St Ste 61 | | Coconut Grove | FL | 33133-3872 |
| Pacific Document Services, Inc. | | 160 Guthrie Ln Ste 10 | | Brentwood | CA | 94513-4060 |
| Palmer Lombardi and Donahue | | 515 S Flower St Ste 2100 | | Los Angeles | CA | 90071-2217 |
| Palmer, Lombardi & Donahue | | 515 S Flower St Ste 2100 | | Los Angeles | CA | 90071-2217 |
| Patrons Fire Ins of Rhode Island | | PO Box 182822 | | Columbus | OH | 43218-2822 |
| Patrons Mutual Ins Co of Ct | | PO Box 182822 | | Columbus | OH | 43218-2822 |
| Penfield Legal Services PLLC | | 20615 38th Dr SE | | Bothell | WA | 98021-7264 |
| Peter J Riebschleger Att at Law | | 4597 State St | | Saginaw | MI | 48603-3804 |
| Phillip Wilson | Alice Wilson | PO Box 5551 | | High Point | NC | 27262-5551 |
| Phoenixville Sd E Pikeland TWP | | 386 City Line Ave | | Phoenixville | PA | 19460-4400 |
| Phoenixville Sd Schuykill TWP | | 386 City Line Ave | | Phoenixville | PA | 19460-4400 |
| Platinum Roofing Solutions LLC | | PO Box 35372 | | Tulsa | OK | 74153-0372 |
| Portes Neck Hoa | C/O Kuester Management | PO Box 3340 | | Fort Mill | SC | 29708 |
| Premier Ins of Mass | | 1 Research Dr Ste 300B | | Westborough | MA | 01581-3975 |
| Pru Rand | | 229 Route 32 | | Central Vly | NY | 10917-3611 |
| Rainbow International Quad Cities | | 21110 Holden Dr | | Davenport | IA | 52806-9314 |
| Randall Northman | | 4009 Glennstone Dr | | Durham | NC | 27704-6417 |
| Ravena Coeymans Cs Tn New Baltmre | | PO Box 100 | | Ravena | NY | 12143-0100 |
| Realty Investment Group | | 4974 N Fresno St No 170 | | Fresno | CA | 93726-0317 |
| Recievable Management | c/o Oakes, Debbera S & Bourland, Andrew T | 431 Stoney Run Dr | | Mc Leansville | NC | 27301-9807 |
| Recording Department Room 10 | | 101 E James Lee Blvd Rm 210 | | Crestview | FL | 32536-3552 |
| Remax Around Atlanta All Stars | | 401 Highway 74 N | | Peachtree Cty | GA | 30269-1169 |
| Remax Around Atlanta Allstars | | 401 Highway 74 N | | Peachtree Cty | GA | 30269-1169 |
| Remax Partners AG 118383 | | 4522 Fulton Dr NW | | Canton | OH | 44718-2332 |
| Republice Services | | PO Box 78829 | | Phoenix | AZ | 85062-8829 |
| Rhozalyn Stephen And Guy Kemp | | 915 Bridgeway Cir | | El Sobrante | CA | 94803-2851 |
| Richard And Vicky Wagner and | | 21779 Silver Meadow Ln | | Parker | CO | 80138-7282 |
| Richard L Beaver Att at Law | | 398 Dix Rd Ste 102 | | Jefferson Cty | MO | 65109-1440 |
| Richard Mark Garber Att at Law | | 12652 Huston St | | Valley Vlg | CA | 91607-3415 |
| Richardson ISD | | 970 Security Row | | Richardson | TX | 75081-2234 |
| Robert and Carol Koeing | and Design Restore and Recons | 26 Pajill Dr | | Marietta | PA | 17547-1012 |
| Robert C Clark Esq Att at Law | | 1612 20th St | | Vero Beach | FL | 32960-3566 |
| Robert C Hahn II Att at Law | | 2906 N Argonne Rd | | Spokane Vly | WA | 99212-2235 |
| Robert E Eggmann Trustee | | PO Box 869 | | Collinsville | IL | 62234-0869 |
| Robert E James Agency | | 2620 E Highway 35 | | Angleton | TX | 77515-3827 |
| Robert R Snyder And Associates | | 2708 Salinas Ave | | Laredo | TX | 78040-2948 |
| Robert R Snyder Sra | | 2708 Salinas Ave | | Laredo | TX | 78040-2948 |
| Robert T Bruegge Att at Law | | 1500 Eastport Plaza Dr No 200 | | Collinsville | IL | 62234-6135 |
| Rochelle L Woods Ishaun L Casey | | 1149 Berryhill Dr | | Lithonia | GA | 30058-3016 |
| Roger Reneau Att at Law | | 9024 SE 29th St No A | | Oklahoma City | OK | 73130-7104 |
| Rogerson, Richard | C O Law Office of Richard A | 11 Beacon St Ste 325 | | Boston | MA | 02108-3056 |

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| Ronnie Kent Banks Sr Att At LA | | 933 Elm St | | Sulphur | LA | 70663-3357 |
| Rowan County Register of Deeds | | 210 N Main St | | Salisbury | NC | 28144 |
| Rowan County Registry of Deeds | | 210 N Main St | | Salisbury | NC | 28144 |
| Russell, Claudia L | | 3331 14th Street A | | Lewiston | ID | 83501-5646 |
| Ryan Patrick Worden Att at Law | | 6850 Brouse Ave | | Indianapolis | IN | 46220-1353 |
| Samantha J Evans Att at Law | | 75 Cavalier Blvd Ste 217 | | Florence | KY | 41042-3958 |
| Sanctuary Hoa Inc | | 4227 Northlake Blvd | | Palm Bch Gdns | FL | 33410-6251 |
| Sanford M Martin Att at Law | | PO Box 110554 | | Naples | FL | 34108-0110 |
| Sante Builders LLC | | 17 Robin Rd | | Farmington | CT | 06032-2510 |
| Saroeung Uy | Connie Siv | 8101 Farralone Ave | | Canoga Park | CA | 91304-3831 |
| Sauquoit Valley C S Tn New Hartford | | 2601 Oneida St | | Sauquoit | NY | 13456 |
| Schwartz, James J & Chamberlin, James P | | 1802 E John St | | Seattle | WA | 98112-5235 |
| Scott and Robin Farrow | | 200 S 1st St | | Tonkawa | OK | 74653-5517 |
| Sea Breeze Cms Inc | | 4227 Northlake Blvd | | Palm Bch Gdns | FL | 33410-6251 |
| Sean R Mcbride Att at Law | | 429 Kingsley Ave | | Pittsburgh | PA | 15227-3027 |
| Security Mortgage | | 1401 Los Gamos Dr Ste | | San Rafael | CA | 94903-1834 |
| Silver Meadows Owners Association | | 14770 NE 14th Street Rd | | Silver Spgs | FL | 34488-4112 |
| Solutions Network LLC | | 9800 Westpoint Dr Ste 220 | | Indianapolis | IN | 46256-3389 |
| Southern Amor Roofing LLC | | 2969 Pelham Pkwy Ste I | | Pelham | AL | 35124-1730 |
| Springfield Townhome Assoc Inc | | 2555 Westside Pkwy Ste 600 | | Alpharetta | GA | 30004-4191 |
| Springwater Park Condo Assoc | Dickinson Wright | 2600 W Big Beaver Rd Ste 300 | | Troy | MI | 48084-3312 |
| Stark, Christine | | 421 Peregrine Ridge Dr | | New Bern | NC | 28560-1827 |
| Steve K Estell and | Yuniar Estell | 6110 Port Au Prince | | Riverside | CA | 92506-3757 |
| Steven J and Amy Schmitz and | | 625 W 31st St | | Minneapolis | MN | 55408-2922 |
| Stonington Hoa | | 2555 Westside Pkwy Ste 600 | | Alpharetta | GA | 30004-4191 |
| Suffern, Richard & Perez-Suffern, Norma I | | 1217 Willowbrook Rd No 1 | | Staten Island | NY | 10314-4158 |
| Sullivan County Register of Dee | | 3411 Highway 126 Ste 101 | | Blountville | TN | 37617-4564 |
| Sunika Pawar Att at Law | | 1603 E Ithaca Pl Apt D | | Aurora | CO | 80013-2671 |
| Supattapone, Kiat | | 2286 Halakau St | | Honolulu | HI | 96821-2632 |
| Swigart, Michael D & Swigart, Ann M | | 691 Crawdaddy Ln | | Columbus | OH | 43228-5795 |
| Terence Lynn and Kathleen and | Gerald Williams | 10 Nathaniel Guild Rd | | Sharon | MA | 02067-2848 |
| Teressa and Samon Cook and Paul | | 220 Victorian Dr | | Ft Worth | TX | 76134-4616 |
| Teshaun David Moore Att At Law | | PO Box 1946 | | Cordova | TN | 38088-1946 |
| The Federal Savings Bank | | 7900 College Blvd | | Overland Park | KS | 66210-1821 |
| The Habersham Estate Condo Assn | | 2555 Westside Pkwy Ste 600 | | Alpharetta | GA | 30004-4191 |
| The Law Firm of Peter J Clarke LL | | PO Box 1299 | | Newburyport | MA | 01950-8299 |
| The Sader Law Firm LLC | | 2345 Grand Blvd Ste 1925 | | Kansas City | MO | 64108-2674 |
| The Sanctuary PBG HOA Inc | | 4227 Northlake Blvd | | Palm Bch Gdns | FL | 33410-6251 |
| The Wilmoth Group | | 9800 Westpoint Dr Ste 220 | | Indianapolis | IN | 46256-3389 |
| Theodore Ted and Jennifer Jurgensen | And Schwartz Law Firm | PO Box 402 | | Cayucos | CA | 93430-0402 |
| Thomas & Xembrelym Manfrum Jr | | 5101 Nuthall Pl | | Henrico | VA | 23231-6567 |
| Thornhill Hoa Inc | | 2555 Westside Pkwy Ste 600 | | Alpharetta | GA | 30004-4191 |
| Tri State Construction LLC | | PMB 104 | 855 Hanover St No 104 | Manchester | NH | 03104-5419 |
| Union Twp | | 5133 Thompson Rd | | Needmore | PA | 17238-9331 |
| Van Kim Lai vs Randall D Naiman ING Bank FSB First American Title | ETS Services LLC GMAC Mortgage LLC improperly et al | PO Box 2909 | | Anaheim | CA | 92814-0909 |
| Velasquez, Jose O | | 32844 S Lakeshore Dr | | Burlington | WI | 53105-9298 |
| W E Aubuchon Company Inc | | 95 Aucuchon Dr | | Westminster | MA | 01473-1470 |
| Walker | Gmac Real Estate | PO Box 533 | | Hopkinsville | KY | 42241-0533 |

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| Washington Mutual Mortgage Securities Corp | | 1853 Sawgrass St | | Vernon Hills | IL | 60061-4576 |
| Weiland Financial Group Inc | | 2333 Waukegan Rd Ste 175 | | Bannockburn | IL | 60015-1541 |
| Weiland Financial Group, Inc. | | 2333 Waukegan Rd Ste 175 | | Bannockburn | IL | 60015-1541 |
| Westrom, Mary A | | 142 Pelican Loop | | Pittsburg | CA | 94565-2004 |
| William A Nisbet IV Att at Law | | 1855 Bayview Dr | | Madisonville | KY | 42431-9101 |
| William and Frances Gregoire Vs Sandy Broughton | Assistant Secretary for Mers and Rosalie Solano Assitant Secretary for Et Al | 2429 N Palo Hacha Dr | | Tucson | AZ | 85745-1098 |
| Wilmoth Asset Services Inc | | 9800 Westpoint Dr Ste 220 | | Indianapolis | IN | 46256-3389 |
| Woodford Cnty Mut Ins Grinnell Mutl | | 1410 Woodbine Rd Ste 2 | | Bloomington | IL | 61704-2842 |
| Yu, Jinshou & Li, Honghong | | 388 New Brunswick Ave | | E Brunkswick | NJ | 08816-4039 |

**EXHIBIT B**

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:    (212) 468-8000
Facsimile:     (212) 468-7900
Gary S. Lee
Lorenzo Marinuzzi

*Counsel for the Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

### NOTICE OF DEADLINES FOR FILING PROOFS OF CLAIM

TO ALL PERSONS AND ENTITIES WITH CLAIMS AGAINST RESIDENTIAL CAPITAL, LLC OR ITS AFFILIATED ENTITIES THAT ARE ALSO DEBTORS AND DEBTORS IN POSSESSION:

On August 29, 2012, the United States Bankruptcy Court for the Southern District of New York (the U.S. Bankruptcy Court") entered an order (the "Bar Date Order") establishing **November 9, 2012 at 5:00 p.m. (Prevailing Eastern Time)** (the "General Bar Date") as the last date and time for each person or entity (including individuals, partnerships, corporations, joint ventures, corporations, estates, trusts, and governmental units) to file a proof of claim against Residential Capital, LLC its affiliates that are also debtors and debtors in possession in those proceedings (collectively, the "Debtors"). Solely as to governmental units the Bar Date Order established **November 30, 2012 at 5:00 p.m. (Prevailing Eastern Time)** as the last date and time for each such governmental unit to file a proof of claim against the Debtors (the "Governmental Bar Date," and, together with the General Bar Date, the "Bar Dates").

The Bar Dates and the procedures set forth below for filing proofs of claim apply to all claims against the Debtors that arose before May 14, 2012, the date on which the Debtors commenced cases under Chapter 11 of the United States Bankruptcy Code (the "Petition Date"), except for those holders of the claims listed in section 4 below that are specifically excluded from the General Bar Date filing requirement.

1.   **WHO MUST FILE A PROOF OF CLAIM**

You **MUST** file a proof of claim to vote on a Chapter 11 plan filed by the Debtors or to share in distributions from the Debtors' bankruptcy estates if you have a claim that arose before the filing of the Debtors' Chapter 11 petitions on the Petition Date and it is not one of the types of claims described in section 4 below. Claims based on acts or omissions of the Debtors that occurred before the Petition Date must be filed on or before the applicable Bar Date, even if such claims are not now fixed, liquidated or certain or did not mature or become fixed, liquidated or certain before the Petition Date.

Under section 101(5) of the Bankruptcy Code and as used in this Notice, the word "claim" means: (a) a right to payment, whether or not such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured, or unsecured; or (b) a right to an equitable remedy for breach of performance if such breach gives rise to a right to payment, whether or not such right to an equitable remedy is reduced to judgment, fixed, contingent, matured, unmatured, disputed, undisputed, secured or unsecured.

2.   **WHAT TO FILE**

Each filed proof of claim must conform substantially to the Proof of Claim Form (as defined in the Bar Date Order). Copies of the Proof of Claim Form may be obtained at http://www.kccllc.net/rescap. Each proof of claim must be **signed** by the claimant or by an authorized agent of the claimant. Each proof of claim must be written in English and be denominated in United States currency. You should attach to each completed proof of claim any documents on which the claim is based (if voluminous, attach a summary) or an explanation as to why the documents are not available.

Any holder of a claim against more than one Debtor must file a separate proof of claim with respect to each such Debtor and all holders of claims must identify on their proof of claim the specific Debtor against which their claim is asserted. A list of the names of the Debtors and their respective case numbers is attached to the Proof of Claim Form.

Under the Bar Date Order, the filing of a Proof of Claim Form shall be deemed to satisfy the procedural requirements for the assertion of administrative priority claims under section 503(b)(9) of the Bankruptcy Code.

ny-1043431

3.   **WHEN AND WHERE TO FILE**

Except as provided for herein, all proofs of claim must be filed so as to be actually received **on or before November 9, 2012 at 5:00 p.m. (Prevailing Eastern Time), or solely as to governmental units on or before November 30, 2012 at 5:00 p.m. (Prevailing Eastern Time)**, at:

(i) If by mail or overnight courier:

ResCap Claims Processing Center c/o KCC
2335 Alaska Ave
El Segundo, CA 90245

(ii) if by hand delivery:

United States Bankruptcy Court for the Southern District of New York
One Bowling Green, Room 534
New York, New York 10004

or

ResCap Claims Processing Center c/o KCC
2335 Alaska Ave
El Segundo, CA 90245

Proofs of claim will be deemed timely filed only if **actually received** at the ResCap Claims Processing Center or hand delivered to the U.S. Bankruptcy Court on or before 5:00 p.m. (Prevailing Eastern Time) on the applicable Bar Date. Proofs of claim **may not** be delivered by facsimile, or electronic mail.

4.   **WHO NEED NOT FILE A PROOF OF CLAIM**

You do not need to file a proof of claim on or before the General Bar Date if you are:

(a)   Any person or entity that has **already** properly filed a proof of claim against the applicable Debtor or Debtors with the Clerk of the Bankruptcy Court for the Southern District of New York in a form substantially similar to the Proof of Claim Form;

(b)   Any person or entity whose claim is listed on the Debtors' schedules of assets and liabilities and/or schedules of executory contracts and unexpired leases (collectively, the "Schedules"), **provided that**: (i) the claim is **not** scheduled as "disputed," "contingent" or "unliquidated"; **and** (ii) the claimant agrees with the amount, nature and priority of the claim as set forth in the Schedules; **and** (iii) the claimant agrees that the claim is an obligation of the specific Debtor against which the claim is listed on the Schedules;

(c)   Any person or entity that holds a claim that has been allowed by an order of the Court entered on or before the applicable Bar Date;

ny-1043431

(d)  Any person or entity whose claim has been paid in full by any of the Debtors;

(e)  Any person or entity that holds a claim for which specific deadlines have been fixed by an order of the Court entered on or before the applicable Bar Date;

(f)  Any person or entity that holds a claim allowable under sections 503(b) and 507(a) of the Bankruptcy Code as an expense of administration (other than any claim allowable under section 503(b)(9) of the Bankruptcy Code);

(g)  Any Debtor having a claim against another Debtor or any of the non-debtor subsidiaries of Residential Capital, LLC having a claim against any of the Debtors;

(h)  Any person or entity that holds an interest in any of the Debtors, which interest is based exclusively upon the ownership of common stock, membership interests, partnership interests, or warrants or rights to purchase, sell or subscribe to such a security or interest; **provided, however**, that interest holders that wish to assert claims (as opposed to ownership interests) against any of the Debtors that arise out of or relate to the ownership or purchase of an interest, including claims arising out of or relating to the sale, issuance, or distribution of the interest, must file Proofs of Claim on or before the applicable Bar Date, unless another exception identified herein applies;

(i)  Any person or entity whose claim is limited exclusively to the repayment of principal, interest, and/or other applicable fees and charges (a "Debt Claim") on or under any bond or note issued or guaranteed by the Debtors pursuant to an indenture (the "Debt Instruments"); **provided, however,** that (i) the foregoing exclusion in this subparagraph shall not apply to the Indenture Trustee under the applicable Debt Instruments (an "Indenture Trustee"), (ii) the Indenture Trustee shall be required to file one Proof of Claim, on or before the General Bar Date, with respect to all of the Debt Claims on or under each of the applicable Debt Instruments, and (iii) any holder of a Debt Claim wishing to assert a claim, other than a Debt Claim, arising out of or relating to a Debt Instrument shall be required to file a Proof of Claim on or before the Bar Date, unless another exception in this paragraph applies;

(j)  Any person or entity holding a claim for principal, interest and other fees and expenses under the Debtors' secured financing facilities (the "Financing Facilities")[1] to the extent of, and only for such claims relating to the Financing Facilities; or

(k)  Any person or entity that holds a claim against a securitization trust (each a "Trust") that is based exclusively upon the ownership of a note, bond and/or certificate backed by mortgage loans held by the Trust; provided, however, that

---

[1] "Financing Facilities" as used herein shall mean the Debtors' financing facilities that are exempt from filing a Proof of Claim Form as previously ordered by the Court [Docket Nos. 471, 490 and 491].

ny-1043431

holders of such notes, bonds and/or certificates that wish to assert claims against the Debtors (as opposed to claims against the applicable Trust) must file Proofs of Claim on or before the applicable Bar Date, unless another exception identified herein applies.

This Notice is being sent to many persons and entities that have had some relationship with or have done business with the Debtors but may not have an unpaid claim against the Debtors. Receipt of this Notice does not mean that you have a claim or that the Debtors or the Court believe that you have a claim against the Debtors.

## 5. EXECUTORY CONTRACTS AND UNEXPIRED LEASES

If you have a claim arising out of the rejection of an executory contract or unexpired lease, you must file a proof of claim by the later of (a) the applicable Bar Date and (b) thirty (30) days after the date of entry of an order of rejection (unless the order of rejection provides otherwise).

## 6. CONSEQUENCES OF FAILURE TO FILE A PROOF OF CLAIM BY THE BAR DATE

ANY HOLDER OF A CLAIM THAT IS NOT EXCEPTED FROM THE REQUIREMENTS OF THE BAR DATE ORDER, AS DESCRIBED IN SECTION 4 ABOVE, AND THAT FAILS TO TIMELY FILE A PROOF OF CLAIM IN THE APPROPRIATE FORM WILL BE FOREVER BARRED, ESTOPPED AND ENJOINED FROM ASSERTING SUCH CLAIM AGAINST THE DEBTORS, THEIR SUCCESSORS, THEIR CHAPTER 11 ESTATES AND THEIR RESPECTIVE PROPERTY OR FILING A PROOF OF CLAIM WITH RESPECT TO SUCH CLAIM, FROM VOTING ON ANY PLAN OF REORGANIZATION FILED IN THESE CASES AND FROM PARTICIPATING IN ANY DISTRIBUTION IN THE DEBTORS' CASES ON ACCOUNT OF SUCH CLAIM OR RECEIVING FURTHER NOTICES REGARDING SUCH CLAIM.

## 7. THE DEBTORS' SCHEDULES AND ACCESS THERETO

You may be listed as the holder of a claim against one or more of the Debtors in the Debtors' Schedules. If you rely on the Debtors' Schedules, it is your responsibility to determine that your claim is accurately listed on the Schedules. If you agree with the nature, amount and status of your claim as listed on the Debtors' Schedules, and if you do not dispute that your claim is against only the specified Debtor, and if your claim is not described as "disputed," "contingent," or "unliquidated," you need not file a proof of claim. Otherwise, or if you decide to file a proof of claim, you must do so before the applicable Bar Date in accordance with the procedures set forth in this Notice.

Copies of the Debtors' Schedules are available for inspection on the Court's internet website at www.nysb.uscourts.gov and on the independent website maintained by the Debtors, http://www.kccllc.net/rescap. A login and password to the Court's Public Access to Electronic

ny-1043431

Court Records ("PACER") are required to access www.nysb.uscourts.gov and can be obtained through the PACER Service Center at www.pacer.psc.uscourts.gov. Copies of the Schedules may also be examined between the hours of 9:00 a.m. and 4:30 p.m. (Prevailing Eastern Time), Monday through Friday, at the Office of the Clerk of the Bankruptcy Court, One Bowling Green, Room 511, New York, New York 10004-1408.

Copies of the Debtors' Schedules may also be obtained by written request to the Debtors' claims agent at the address set forth below:

**ResCap Claims Processing Center**
**c/o KCC**
**2335 Alaska Ave**
**El Segundo, CA 90245**

## 8. RESERVATION OF RIGHTS

The Debtors reserve their right to object to any proof of claim, whether filed or scheduled, on any grounds. The Debtors reserve their right to dispute or to assert offsets or defenses to any claim reflected on the Schedules or any amendments thereto, as to amount, liability, classification or otherwise, and to subsequently designate any claim as disputed, contingent, unliquidated or undetermined.

**A holder of a possible claim against the Debtors should consult an attorney regarding matters in connection with this Notice, such as whether the holder should file a Proof of Claim.**

Dated: New York, New York
August 29, 2012

                                BY ORDER OF THE COURT

                                Gary S. Lee
                                Lorenzo Marinuzzi
                                MORRISON & FOERSTER LLP
                                1290 Avenue of the Americas
                                New York, New York 10104

                                *Counsel for the Debtors and*
                                *Debtors in Possession*

| **If you have any questions related to this notice, please call (888) 251-2914** |
|---|

ny-1043431