JONES DAY
222 East 41st Street
New York, New York  10017
Telephone:  (212) 326-3939
Facsimile:  (212) 755-7306
Richard L. Wynne
Howard F. Sidman

JONES DAY
901 Lakeside Avenue
Cleveland, Ohio  44114
Telephone:  (216) 586-3939
Facsimile:  (216) 579-0212
Carl E. Black

Attorneys for Financial Guaranty Insurance Company

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x
In re                                                        :
                                                             :  Case No. 12-12020 (MG)
RESIDENTIAL CAPITAL, LLC, et al.,                            :
                                                             :  Chapter 11
                     Debtors.                                :
                                                             :  Jointly Administered
------------------------------------------------------------ x

## NOTICE OF DESIGNATION OF EXPERTS

**PLEASE TAKE NOTICE THAT** in accordance with the Second Revised Joint Omnibus Scheduling Order Regarding Debtors' Motion Pursuant to Fed. R. Bankr. 9019 for Approval of RMBS Trust Settlement Agreements (Docket No. 1551) (the "9019 Motion"), Financial Guaranty Insurance Company ("FGIC") hereby designates the following entities and individuals as its expert witnesses:

1. The Berkely Research Group (including but not limited to Peter U. Vinella)
   2200 Powell Street
   Suite 1200
   Emeryville, CA 94608

2. Charles B. Rosenberg
   Rosenberg Mendlin & Rosen, LLP
   528 Colorado Avenue
   Santa Monica, CA 90401

FGIC reserves its right to identify additional experts as more facts are developed in connection with the 9019 Motion and in response to the expert designations and disclosures by other parties.

Dated: September 28, 2012

Respectfully submitted,

/s/ Richard L. Wynne
JONES DAY
222 East 41st Street
New York, New York  10017
Telephone:  (212) 326-3939
Facsimile:  (212) 755-7306
Richard L. Wynne
Howard F. Sidman

JONES DAY
901 Lakeside Avenue
Cleveland, Ohio  44114
Telephone:  (216) 586-3939
Facsimile:  (216) 579-0212
Carl E. Black

Attorneys for Financial Guaranty Insurance Company