JONES DAY
222 East 41st Street
New York, New York  10017
Telephone: (212) 326-3939
Facsimile:  (212) 755-7306
Richard L. Wynne
Howard F. Sidman

JONES DAY
901 Lakeside Avenue
Cleveland, Ohio  44114
Telephone: (216) 586-3939
Facsimile:  (216) 579-0212
Carl E. Black

Attorneys for Creditor
FINANCIAL GUARANTY INSURANCE
COMPANY

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------- x
                                                         )
In re:                                                   )   Case No. 12-12020 (MG)
                                                         )
RESIDENTIAL CAPITAL, LLC, et al.,                        )   Chapter 11
                                                         )
        Debtors.                                         )   Jointly Administered
                                                         )
                                                         )
-------------------------------------------------------- x

# CERTIFICATE OF SERVICE OF
# NOTICE OF DESIGNATION OF EXPERTS

The undersigned attorney hereby certifies that on September 28, 2012, a true and correct copy of the *Notice of Designation of Experts* (docket no. 1667) was served by electronic mail to the parties on the annexed Exhibit A.

Dated: September 28, 2012          */s/ Richard L. Wynne*
       Los Angeles, California            Richard L. Wynne

LAI-3176998v1

# EXHIBIT A

# ELECTRONIC MAIL SERVICE LIST

rajohnson@akingump.com
ccarty@akingump.com
bnkatty@aldine.k12.tx.us
ecfmail@aclawllp.com
tom.houghton@ally.com
jeff.brown@gmacfs.com
william.b.solomon@ally.com
kit.weitnauer@alston.com
marty.bunin@alston.com
william.hao@alston.com
bill.macurda@alston.com
john.stern@texasattorneygeneral.gov
harrisj12@michigan.gov
Sarah.Stout@BNYMellon.com
Jennifer.Provenzano@BNYMellon.com
Michael.Spataro@BNYMellon.com
Mageshwaran.Ramasamy@BNYMellon.com
alicia.borys@barclays.com
patrick.kerner@barclays.com
xrausloanops5@barclays.com
david.powlen@btlaw.com
bbeskanos@aol.com
davids@blbglaw.com
jonathanu@blbglaw.com
matthewj@blbglaw.com
jai@blbglaw.com
courtney.lowman@ally.com
jhaake@wbsvlaw.com
gregory.petrick@cwt.com
ingrid.bagby@cwt.com
mark.ellenberg@cwt.com
bankruptcy@clm.com
hseife@chadbourne.com
dlemay@chadbourne.com
rgayda@chadbourne.com
mroitman@chadbourne.com
bobbie.theivakumaran@citi.com
jlaitman@cohenmilstein.com
clometti@cohenmilstein.com
meisenkraft@cohenmilstein.com
drehns@cohenmilstein.com
krehns@cohenmilstein.com
mwarner@coleschotz.com
echou@coleschotz.com
ra-li-ucts-bankrupt@state.pa.us
will.hoch@crowedunlevy.com
mgallagher@curtis.com
macohen@curtis.com
sreisman@curtis.com
glenn.siegel@dechert.com
hector.gonzalez@dechert.com
brian.greer@dechert.com
mauricio.espana@dechert.com
Brendan.meyer@db.com
kelvin.vargas@db.com
rosa.mendez@db.com
diem.home@gmail.com
gcatalanello@duanemorris.com
jvincequerra@duanemorris.com

peter_mcgonigle@fanniemae.com
catherine_lasher@fanniemae.com
broylesmk@rgcattys.com
dearly@fdic.gov
tlallier@foleymansfield.com
kenton_hambrick@freddiemac.com
deggert@freebornpeters.com
tfawkes@freebornpeters.com
jberkowitz@gibbonslaw.com
kgiannelli@gibbonslaw.com
kpatrick@gibbsbruns.com
shumphries@gibbsbruns.com
kpatrick@gibbsbruns.com
theodore.w.tozer@hud.gov
gjarvis@gelaw.com
mpmorris@gelaw.com
delman@gelaw.com
ggraber@hodgsonruss.com
ayala.hassell@hp.com
rnorton@hunton.com
rrich2@hunton.com
bankruptcy2@ironmountain.com
ceblack@jonesday.com
cball@jonesday.com
rlwynne@jonesday.com
lemiller@jonesday.com
aglenn@kasowitz.com
mstein@kasowitz.com
dfliman@kasowitz.com
namamoo@kasowitz.com
kdwbankruptcydepartment@kelleydrye.com
eciolko@ktmc.com
dmoffa@ktmc.com
ecf@kaalaw.com
thadwilson@kslaw.com
ajowers@kslaw.com
pferdinands@kslaw.com
ray.schrock@kirkland.com
richard.cieri@kirkland.com
stephen.hessler@kirkland.com
projectrodeo@kirkland.com
William.b.Solomon@ally.com
Timothy.Devine@ally.com
john.bellaver@ally.com
richard.cieri@kirkland.com
tklestadt@klestadt.com
jcorneau@klestadt.com
keckstein@kramerlevin.com
tmayer@kramerlevin.com
dmannal@kramerlevin.com
rescapinfo@kccllc.com
sheehan@txschoollaw.com
austin.bankruptcy@publicans.com
dallas.bankruptcy@publicans.com
houston_bankruptcy@lgbs.com
choward@lockelord.com
wcurchack@loeb.com
vrubinstein@loeb.com
dminoff@loeb.com

LAI-3176998v1

abehlmann@lowenstein.com
abehlmann@lowenstein.com
metkin@lowenstein.com
ilevee@lowenstein.com
metkin@lowenstein.com
ilevee@lowenstein.com
adoshi@magnozzikye.com
susanp@taxcollector.com
dprather@iglou.com
mcarney@mckoolsmith.com
pmoak@McKoolSmith.com
pmoak@McKoolSmith.com
sdnyecf@dor.mo.gov
jgarrity@morganlewis.com
mkraut@morganlewis.com
pfleming@morganlewis.com
lberkoff@moritthock.com
Tammy.Hamzehpour@gmacrescap.com
diane.citron@ally.com
lnashelsky@mofo.com
glee@mofo.com
lmarinuzzi@mofo.com
jmoldovan@morrisoncohen.com
bankruptcy@morrisoncohen.com
seth.goldman@mto.com
Thomas.walper@mto.com
cmomjian@attorneygeneral.gov
Nancy.Lord@OAG.State.NY.US
enid.stuart@OAG.State.NY.US
dwdykhouse@pbwt.com
bguiney@pbwt.com
Paul_Papas@mylegalhelpusa.com
ebcalvo@pbfcm.com
ana.damonte@pillsburylaw.com
dflanigan@polsinelli.com
jnagi@polsinelli.com
igoldstein@proskauer.com
srutsky@proskauer.com
jzajac@proskauer.com
danbrockett@quinnemanuel.com
daveburnett@quinnemanuel.com
jeremyandersen@quinnemanuel.com
susheelkirpalani@quinnemanuel.com
scottshelley@quinnemanuel.com
mrollin@rplaw.com
cwood@rgrdlaw.com
stevep@rgrdlaw.com
rbrown@robertbrownlaw.com
romero@mromerolawfirm.com
Ross.martin@ropesgray.com
keith.wofford@ropesgray.com
Ross.martin@ropesgray.com
dsasser@siwpc.com
dhall@siwpc.com
jglucksman@scarincihollenbeck.com
bbressler@schnader.com
rbarkasy@schnader.com
bdeutsch@schnader.com
adam.harris@srz.com
howard.godnick@srz.com
marguerite.gardiner@srz.com
michael.cutini@srz.com

secbankruptcy@sec.gov
newyork@sec.gov
secbankruptcy@sec.gov
bateman@sewkis.com
cohen@sewkis.com
das@sewkis.com
binder@sewkis.com
taconrad@sblawfirm.com
fsosnick@shearman.com
sfennessey@shearman.com
lnyhan@sidley.com
jboelter@sidley.com
bmyrick@sidley.com
jhofer@skadden.com
nikolay.kodes@skadden.com
ken.ziman@skadden.com
sarah.ward@skadden.com
suzanne.lovett@skadden.com
amuller@stinson.com
whazeltine@sha-llc.com
tal@talcottfranklin.com
derek@talcottfranklin.com
jmiller@tcfbank.com
jteitelbaum@tblawllp.com
robert.major@bnymellon.com
Adam.Parkin@tdsecurities.com
Christopher.stevens@tdsecurities.com
kay.brock@co.travis.tx.us
george.rayzis@usbank.com
irina.palchuk@usbank.com
mamta.scott@usbank.com
david.jason@usbank.com
michelle.moeller@usbank.com
tanveer.ashraf@usbank.com
Glenn.Gillett@usdoj.gov
AskDOJ@usdoj.gov
joseph.cordaro@usdoj.gov
Tracy.Davis2@usdoj.gov
Linda.Riffkin@usdoj.gov
Brian.Masumoto@usdoj.gov
mvaughan@wbsvlaw.com
dskeens@wbsvlaw.com
kelly.j.rentz@wellsfargo.com
Nichlaus.M.Ross@wellsfargo.com
Sharon.Squillario@wellsfargo.com
mary.l.sohlberg@wellsfargo.com
kristi.garcia@wellsfargo.com
accesslegalservices@gmail.com
rmaney@wilmingtontrust.com
david.tillem@wilsonelser.com
dneier@winston.com
dneier@winston.com
cschreiber@winston.com
jlawlor@wmd-law.com
pdefilippo@wmd-law.com
sfitzgerald@wmd-law.com
gbush@zuckerman.com
ncohen@zuckerman.com
lneish@zuckerman.com
gbush@zuckerman.com
ncohen@zuckerman.com
lneish@zuckerman.com

LAI-3176998v1