Gregory M. Petrick
Ingrid Bagby
Jonathan M. Hoff
CADWALADER, WICKERSHAM & TAFT LLP
One World Financial Center
New York, New York 10281
Telephone: (212) 504-6000
Facsimile: (212) 504-6666

-and-

Mark C. Ellenberg
CADWALADER, WICKERSHAM & TAFT LLP
700 Sixth Street, N.W.
Washington, DC 20001
Telephone: (202) 862-2200
Facsimile: (202) 862-2400

*Attorneys for MBIA Insurance Corporation*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
| **In re:** | : | |
| :--- | :--- | :--- |
| | : | **Chapter 11** |
| **RESIDENTIAL CAPITAL, LLC,** *et al.*, | : | **Case No. 12-12020 (MG)** |
| | : | |
| Debtors. | : | **(Jointly Administered)** |
------------------------------------------------------------------x

**MBIA INSURANCE CORPORATION'S DESIGNATION OF EXPERTS**

Pursuant to Paragraph 2 of the Second Revised Joint Omnibus Scheduling Order Regarding Debtors' Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of RMBS Trust Settlement Agreements dated September 25, 2012 [Docket No. 1551], MBIA Insurance Corporation ("**MBIA**"), by its counsel, Cadwalader, Wickersham & Taft LLP, hereby designates the following persons as its expert witnesses:

1. The Blackstone Group

2. SDI Advisory Services, LLC

3. Benjamin Keys

4. Kose John

The Blackstone Group, SDI Advisory Services, LLC, Mr. Keys, and Mr. John may be called upon to testify on matters relating to the Debtors' Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of RMBS Trust Settlement Agreements [Docket No. 320] and the Debtors' Supplemental Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of RMBS Trust Settlement Agreements [Docket No. 1176].

MBIA reserves the right to designate rebuttal experts and to designate additional experts in response to the Debtors' supplemental expert reports due September 28, 2012.

Dated:   New York, New York
         September 28, 2012

CADWALADER, WICKERSHAM & TAFT LLP

By  /s/ *Jonathan M. Hoff*
Gregory M. Petrick
Ingrid Bagby
Jonathan M. Hoff
CADWALADER, WICKERSHAM & TAFT LLP
One World Financial Center
New York, New York 10281
Telephone: (212) 504-6000
Facsimile: (212) 504-6666

-and

Mark C. Ellenberg
CADWALADER, WICKERSHAM & TAFT LLP
700 Sixth Street, N.W.
Washington, DC 20001
Telephone: (202) 862-2200
Facsimile: (202) 862-2400

*Attorneys for MBIA Insurance Corporation*

2