KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, New York  10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000
Kenneth H. Eckstein
Philip Bentley
Douglas Mannal

*Counsel for the Official Committee of
Unsecured Creditors of Residential Capital,
LLC, et. al.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
                                                         :
In re:                                                   :    Chapter 11 Case No.:
                                                         :
RESIDENTIAL CAPITAL, LLC., et al.,                       :    12-12020 (MG)
                                                         :
                                       Debtors.          :    (Jointly Administered)
                                                         :
-------------------------------------------------------- X

**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS'
DESIGNATION OF EXPERT WITNESSES**

The Official Committee of Unsecured Creditors (the "Committee") of the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") hereby submits its designation of expert witnesses with respect to the Debtors' Motion Pursuant to Fed.R. Bankr. P. 9019 for Approval of RMBS Trust Settlement Agreements [Docket No. 320] (as amended and supplemented, the "9019 Motion"), and in accordance with the Court's September 25, 2012 Second Revised Joint Omnibus Scheduling Order (the "Scheduling Order").

The Committee may call the following individuals as expert witnesses to testify at

trial or any hearing with respect to the 9019 Motion:

>Bradford Cornell, San Marino Business Partners LLC, 607 Foxwood Road, La Canada, CA 91011.

>J F. Morrow, 5514 Darmondale Boulevard, San Antonio, Texas 78261-2622

>A representative of Moelis & Company LLC, 399 Park Avenue, New York, NY 10022.

Dated: September 28, 2012
   New York, New York

>Respectfully submitted,
>
>/s/ Philip Bentley
>
>KRAMER LEVIN NAFTALIS & FRANKEL LLP
>Kenneth H. Eckstein
>Philip Bentley
>Douglas Mannal
>1177 Avenue of the Americas
>New York, New York 10036
>Telephone: (212) 715-9100
>Facsimile: (212) 715-8000
>
>*Counsel for the Official*
>*Committee of Unsecured Creditors*
>*Of Residential Capital, LLC, et al.*