David M. Powlen (DP – 0678)
BARNES & THORNBURG LLP
1000 North West Street, Suite 1200
Wilmington, Delaware 19801
Telephone:  302-888-4536
Facsimile:  302-888-0246
Email:  david.powlen@btlaw.com

*Attorneys for USAA Federal Savings Bank*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| **RESIDENTIAL CAPITAL, LLC,** *et al.*, | ) | Case No. 12-12020 (MG) |
| | ) | |
| Debtors. | ) | Jointly Administered |

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on the 27th day of September, 2012, a copy of USAA Federal Savings Bank's *Limited Objection to Debtors' (I) Motion Pursuant to 11 U.S.C. §§ 105, 363(b), (f), AND (m), 365 and 1123, and FED. R. BANKR. P. 2002, 6004, 6006, and 9014 for an Order (A) Authorizing the Sale of Certain Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests, (B) Authorizing and Approving Asset Purchase Agreements Thereto, (C) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto, and (D) Granting Related Relief; and (II) Notice of Intent to (A) Assume and Assign Certain Executory Contracts and (B) Cure Amounts* (the "**Limited Objection**") [Dkt. 1611] was served by sending same via overnight carrier, shipping charges prepaid, addressed to each of the parties listed on the attached Exhibit A.  Also, a copy of the Limited Objection was transmitted on September 27, 2012 via e-mail to each of the parties listed on the attached Exhibit B.

Doc. No. 672995v1

-2-

Dated:  September 29, 2012                    /s/ *David M. Powlen*
                                                                          David M. Powlen (DP – 0678)
BARNES & THORNBURG LLP
1000 North West Street, Suite 1200
Wilmington, Delaware 19801
Telephone:  302-888-4536
Facsimile:  302-888-0246
Email:  david.powlen@btlaw.com

*Attorneys for USAA Federal Savings Bank*

Doc. No. 672995v1                    -2-

# **EXHIBIT A**

# EXHIBIT A

| | |
|---|---|
| **SENT VIA FEDERAL EXPRESS PRIORITY OVERNIGHT** ||
| Secretary of State – New York<br>123 William St.<br>New York, NY  10038 | Internal Revenue Service Centralized Insolvency<br>2970 Market Street<br>Philadelphia, PA  19104 |
| Julie J. Becker<br>Wilmington Trust NA<br>50 South Sixth Street, Suite 1290<br>Minneapolis, MN  55402 | The Bank of New York Mellon<br>Asset-Backed Securities Group<br>101 Barclay Street 4W<br>New York, NY  10286 |
| Internal Revenue Service Insolvency<br>31 Hopkins Plz<br>Room 1150<br>Baltimore, MD  21201 | All State Life Insurance co.<br>Attn:  Peter A. McElvain<br>3075 Sanders Road, Suite G5A<br>Northbrook, IL  60062 |
| Rowen L. Drenne<br>3725 N Indiana Avenue<br>Kansas City, MO  64117 | Attorney General of New York<br>Eric Schneiderman/Victoria Safran<br>Nassau Regional Office<br>200 Old County Road, Ste 240<br>Mineola, NY  11501 |
| Sec. of State/Div of Corporations<br>99 Washington Ave Ste 600<br>Albany, NY  12231 | David P. Stich Esq.<br>521 Fifth Avenue, 17th Floor<br>New York, NY  10175 |
| MBIA Insurance Corp<br>Attn:  Mitchell Sonkin<br>113 King St<br>Armonk, NY  10504 | Fedelina Roybal-DeAguero 2008 Trust<br>42265 Little Lake Road<br>Mendocino, CA  95460 |
| AIG Asset Management US LLC<br>Attn:  Russell Lipman<br>80 Pine St<br>New York, NY  10038 | Financial Guaranty Ins. Co.<br>Attn:  John Dubel<br>125 Park Avenue<br>New York, NY  10017 |
| Nationstar Mortgage, LLC<br>Attn:  General Counsel<br>350 Highland Drive<br>Lewisville, TX  75067 | M&TCC<br>One M&T Plaza, 7th Floor<br>Buffalo, NY  14203 |
| Office of US Attorney for the Southern New York<br>US Attorney Prett Bharara<br>One St Andrews Plaza<br>New York, NY  10007 | IBM Corporation<br>1360 Boul Rena-LaVesque O<br>Suite 400<br>Montreal, PQ H3G2W6<br>CA |
| Hon. Judge Glenn (courtesy copy)<br>One Bowling Green<br>New York, NY 10004-1408 | |
| **SENT VIA USPS PRIORTY EXPRESS OVERNIGHT** ||
| Wells Fargo Bank NA<br>Attn:  Corporate Trust Services<br>GMACM Home Equity Notes 2004<br>Variable Funding Trust<br>P.O. Box 98<br>Columbia, MN  21046 | |

Doc. No. 672995v1                                    -4-

# EXHIBIT B

# **EXHIBIT B**

hseife@chadbourne.com; dlemay@chadbourne.com; rgayda@chadbourne.com; mroitman@chadbourne.com; bobbie.theivakumaran@citi.com; kelvin.vargas@db.com; peter_mcgonigle@fanniemae.com; kdwbankruptcydepartment@kelleyd rye.com; ray.schrock@kirkland.com; richard.cieri@kirkland.com; stephen.hessler@kirkland.com; projectrodeo@kirkland.com; William.b.Solomon@ally.com; Timothy.Devine@ally.com; john.bellaver@ally.com; keckstein@kramerlevin.com; tmayer@kramerlevin.com; dmannal@kramerlevin.com; rescapinfo@kccllc.com; Tammy.Hamzehpour@gmacrescap.com; diane.citron@ally.com; lnashelsky@mofo.com; glee@mofo.com; lmarinuzzi@mofo.com; Nancy.Lord@OAG.State.NY.US; enid.stuart@OAG.State.NY.US; secbankruptcy@sec.gov; newyork@sec.gov; secbankruptcy@sec.gov; lnyhan@sidley.com; jboelter@sidley.com; bmyrick@sidley.com; jhofer@skadden.com; nikolay.kodes@skadden.com; ken.ziman@skadden.com; sarah.ward@skadden.com; suzanne.lovett@skadden.com; george.rayzis@usbank.com; irina.palchuk@usbank.com; AskDOJ@usdoj.gov; joseph.cordaro@usdoj.gov; Tracy.Davis2@usdoj.gov; Linda.Riffkin@usdoj.gov; Brian.Masumoto@usdoj.gov; rajohnson@akingump.com; ccarty@akingump.com; bnkatty@aldine.k12.tx.us; ecfmail@aclawllp.com; tom.houghton@ally.com; jeff.brown@gmacfs.com; william.b.solomon@ally.com; kit.weitnauer@alston.com; marty.bunin@alston.com; william.hao@alston.com; bill.macurda@alston.com; john.stern@texasattorneygeneral.gov; harrisj12@michigan.gov; Sarah.Stout@BNYMellon.com; Jennifer.Provenzano@BNYMellon.com; Michael.Spataro@BNYMellon.com; Mageshwaran.Ramasamy@BNYMellon.com; alicia.borys@barclays.com; patrick.kerner@barclays.com; xrausloanops5@barclays.com; david.powlen@btlaw.com; bbeskanos@aol.com; davids@blbglaw.com; jonathanu@blbglaw.com; matthewj@blbglaw.com; jai@blbglaw.com; courtney.lowman@ally.com; jhaake@wbsvlaw.com; gregory.petrick@cwt.com; ingrid.bagby@cwt.com; mark.ellenberg@cwt.com; bankruptcy@clm.com; hseife@chadbourne.com; dlemay@chadbourne.com; rgayda@chadbourne.com; mroitman@chadbourne.com; bobbie.theivakumaran@citi.com; maofiling@cgsh.comn; jlaitman@cohenmilstein.com; clometti@cohenmilstein.com; meisenkraft@cohenmilstein.com; drehns@cohenmilstein.com; krehns@cohenmilstein.com; mwarner@coleschotz.com; echou@coleschotz.com; ra-li-ucts-bankrupt@state.pa.us; will.hoch@crowedunlevy.com; mgallagher@curtis.com; macohen@curtis.com; sreisman@curtis.com; glenn.siegel@dechert.com; hector.gonzalez@dechert.com; brian.greer@dechert.com; mauricio.espana@dechert.com; Brendan.meyer@db.com; kelvin.vargas@db.com; rosa.mendez@db.com; diem.home@gmail.com; gcatalanello@duanemorris.com; jvincequerra@duanemorris.com; peter_mcgonigle@fanniemae.com; catherine_lasher@fanniemae.com; broylesmk@rgcattys.com; dearly@fdic.gov; tlallier@foleymansfield.com; kenton_hambrick@freddiemac.com; deggert@freebornpeters.com; tfawkes@freebornpeters.com; jberkowitz@gibbonslaw.com; kgiannelli@gibbonslaw.com; kpatrick@gibbsbruns.com; shumphries@gibbsbruns.com; kpatrick@gibbsbruns.com; theodore.w.tozer@hud.gov; gjarvis@gelaw.com; mpmorris@gelaw.com; delman@gelaw.com; ggraber@hodgsonruss.com; ayala.hassell@hp.com; rnorton@hunton.com; rrich2@hunton.com; bankruptcy2@ironmountain.com; ceblack@jonesday.com; cball@jonesday.com; rlwynne@jonesday.com;

lemiller@jonesday.com; aglenn@kasowitz.com; mstein@kasowitz.com;
dfliman@kasowitz.com; namamoo@kasowitz.com; kdwbankruptcydepartment@kelleydrye.com
eciolko@ktmc.com; dmoffa@ktmc.com; ecf@kaalaw.com; thadwilson@kslaw.com;
ajowers@kslaw.com; pferdinands@kslaw.com; ray.schrock@kirkland.com;
stephen.hessler@kirkland.com; projectrodeo@kirkland.com; tklestadt@klestadt.com;
jcorneau@klestadt.com; keckstein@kramerlevin.com; tmayer@kramerlevin.com;
dmannal@kramerlevin.com; rescapinfo@kccllc.com; sheehan@txschoollaw.com;
austin.bankruptcy@publicans.com; dallas.bankruptcy@publicans.com;
houston_bankruptcy@lgbs.com; choward@lockelord.com; wcurchack@loeb.com;
vrubinstein@loeb.com; dminoff@loeb.com; abehlmann@lowenstein.com;
metkin@lowenstein.com; ilevee@lowenstein.com; adoshi@magnozzikye.com;
susanp@taxcollector.com; dprather@iglou.com; mcarney@mckoolsmith.com;
pmoak@McKoolSmith.com; jgarrity@morganlewis.com; mkraut@morganlewis.com;
pfleming@morganlewis.com; lberkoff@moritthock.com;
Tammy.Hamzehpour@gmacrescap.com; diane.citron@ally.com; lnashelsky@mofo.com;
jmoldovan@morrisoncohen.com; bankruptcy@morrisoncohen.com;
seth.goldman@mto.com; Thomas.walper@mto.com; cmomjian@attorneygeneral.gov;
dwdykhouse@pbwt.com; bguiney@pbwt.com; Paul_Papas@mylegalhelpusa.com
ebcalvo@pbfcm.com; ana.damonte@pillsburylaw.com; dflanigan@polsinelli.com;
jnagi@polsinelli.com; igoldstein@proskauer.com; srutsky@proskauer.com;
jzajac@proskauer.com; danbrockett@quinnemanuel.com; daveburnett@quinnemanuel.com;
jeremyandersen@quinnemanuel.com; susheelkirpalani@quinnemanuel.com;
scottshelley@quinnemanuel.com; mrollin@rplaw.com; cwood@rgrdlaw.com;
stevep@rgrdlaw.com; rbrown@robertbrownlaw.com; romero@mromerolawfirm.com;
Ross.martin@ropesgray.com; keith.wofford@ropesgray.com; Ross.martin@ropesgray.com;
dsasser@siwpc.com; dhall@siwpc.com; jglucksman@scarincihollenbeck.com;
bbressler@schnader.com; rbarkasy@schnader.com; bdeutsch@schnader.com;
adam.harris@srz.com; howard.godnick@srz.com; marguerite.gardiner@srz.com;
michael.cutini@srz.com; secbankruptcy@sec.gov; newyork@sec.gov;
bateman@sewkis.com; cohen@sewkis.com; das@sewkis.com; binder@sewkis.com;
taconrad@sblawfirm.com; fsosnick@shearman.com; sfennessey@shearman.com;
lnyhan@sidley.com; jboelter@sidley.com; bmyrick@sidley.com; jhofer@skadden.com;
nikolay.kodes@skadden.com; ken.ziman@skadden.com; sarah.ward@skadden.com;
suzanne.lovett@skadden.com; amuller@stinson.com; whazeltine@sha-llc.com;
tal@talcottfranklin.com; derek@talcottfranklin.com; jmiller@tcfbank.com;
jteitelbaum@tblawllp.com; robert.major@bnymellon.com; susan.khokher@tdsecurities.com;
kathryn.thorpe@tdsecurities.com; Adam.Parkin@tdsecurities.com;
Christopher.stevens@tdsecurities.com; kay.brock@co.travis.tx.us; george.rayzis@usbank.com;
irina.palchuk@usbank.com; mamta.scott@usbank.com; david.jason@usbank.com;
michelle.moeller@usbank.com; tanveer.ashraf@usbank.com; Glenn.Gillett@usdoj.gov;
AskDOJ@usdoj.gov; joseph.cordaro@usdoj.gov; Tracy.Davis2@usdoj.gov;
Linda.Riffkin@usdoj.gov; Brian.Masumoto@usdoj.gov; mvaughan@wbsvlaw.com;
dskeens@wbsvlaw.com; kelly.j.rentz@wellsfargo.com; Nichlaus.M.Ross@wellsfargo.com;
Sharon.Squillario@wellsfargo.com; mary.l.sohlberg@wellsfargo.com;
kristi.garcia@wellsfargo.com; accesslegalservices@gmail.com; guzzi@whitecase.com;
jwilliams@wilmingtontrust.com; rmaney@wilmingtontrust.com;

david.tillem@wilsonelser.com; dneier@winston.com; cschreiber@winston.com; almoskowitz@winston.com; jlawlor@wmd-law.com; pdefilippo@wmd-law.com; sfitzgerald@wmd- law.com; gbush@zuckerman.com; ncohen@zuckerman.com; lneish@zuckerman.com; jboelter@sidley.com; seth.goldman@mto.com; twalper@mto.com; chris@myfaircredit.com; joel@shafeldlaw.com;