Amish R. Doshi, Esq.
Magnozzi & Kye, LLP
23 Green Street, Suite 302
Huntington, New York 11743
Tel: (631) 923-2858
E-Mail: adoshi@magnozzikye.com

**Attorneys for Oracle America, Inc.**

**Sale Hearing: November 19, 2012 at 10:00 AM**
**Sale Objection Date: October 29, 2012**
**Cure/Assumption Notice**
**Objection Date: September 28, 2012**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| **RESIDENTIAL CAPITAL, LLC.,** *et al.*, | ) Case No. 12-12020 (MG) |
| | ) |
| Debtors. | ) Jointly Administered |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK          )
                                              ) ss.:
COUNTY OF SUFFOLK      )

        I, John Magnozzi, am over the age of 18 and am not a party to the within matter; my business address is:  23 Green Street, Suite 302, Huntington, New York 11743.

        On September 28, 2012, I served the certain document entitled as **Oracle's Limited Objection And Rights Reservation Regarding (I) Debtors' Motion Pursuant To 11 U.S.C. §§ 105, 363(B), (F), And (M), 365 And 1123, And Fed R. Bankr. P. 2002, 6004, 6006, And 9014 For Orders: (A)(I) Authorizing And Approving Sale Procedures, Including Break-Up Fee And Expense Reimbursement; (II) Scheduling Bid Deadline And Sale Hearing; (Iii) Approving Form And Manner Of Notice Thereof; And (IV) Granting Related Relief And (B)(I) Authorizing The Sale Of Certain Assets Free And Clear Of Liens, Claims, Encumbrances, And Other Interests; (Ii) Authorizing And Approving Asset Purchase Agreements Thereto; (III) Approving The Assumption And Assignment Of Certain Executory Contracts And Unexpired Leases Related Thereto; And (IV) Granting Related Relief (D.E. No. 61) ("Sale Motion") and (II) Notice Of Debtors' Intent To Assume And Assign Certain Executory Contracts And Unexpired Leases Of Personal Property And Unexpired Leases Of Non-Residential Property And (II) Cure Amounts Related Thereto (D.E. No. 924) (Assumption Notice)** on the interested parties listed on the attached Service List by email and first class mail listed in the attached service list, except for those that are listed as first class mail only.
.

With respect to email delivery, I served the aforementioned documents by attaching a copy of the document in an email and sending same to the email addresses listed in the attached. With respect to first class mail, I served the aforementioned document by enclosing same in an envelope addressed as set forth in the attached Service List, to be deposited in an official depository of the United States post office located in Huntington, NY with proper pre-paid postage thereon.

| | |
|---|---|
| Office of the United States Trustee<br>33 Whitehall Street, 21st Floor<br>New York, NY 10004<br>Attn: Tracy Hope Davis, Esq.<br>    Brian Masumoto, Esq.<br>    Linda Rifkin, Esq. | U.S. Department of Justice<br>950 Pennsylvania Avenue NW<br>Washington D.C. 20530-0001<br>Attn: US Attorney General, Eric H Holder, Jr.<br>askdoj@usdoj.gov |
| Office of the New York State Attorney General<br>The Capitol<br>Albany, NY 12224-0341<br>Attn: Nancy Lord, Esq.<br>    Neal Mann, Esq<br>Nancy.lord@oag.state.ny.us<br>Neal.mann@oag.state.ny.us | Office of the U.S. Attorney for the Southern District of New York<br>One St. Andrews Plaza<br>New York, NY 10007<br>Attn: Joseph N. Cordaro, Esq.<br>**(served by first class mail only)** |
| Residential Capital, LLC<br>1177 Avenue of the Americas<br>New York, NY 10036<br>Attn: Tammy Hamzehpour<br>Tammy.hamzehpour@gmacrescap.com | Morrison & Foerster LLP<br>1290 Avenue of the Americas<br>New York NY 10104<br>Attn: Larren Nashelsky, Esq.<br>    Gary S. Lee. Esq.<br>    Lorenzo Marinuzzi, Esq.<br>lnashelsky@mofo.com<br>glee@mofo.com<br>lmarinuzzi@mofo.com |
| Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY 10036<br>Attn: Ken Eckstein<br>    Doug Mannal<br>keckstein@kramerlevin.com<br>dmannal@kramerlevin.com | Citibank, N.A.<br>390 Greenwich Street, 6th Floor<br>New York, NY 10013<br>Attn: Bobbie Theivakurnaran<br><br>**(served by first class mail only)** |
| Fannie Mae<br>3900 Wisconsin Avenue NW<br>Mail Stop 8H-504<br>Washington DC 20016<br>Attn: Vice President Credit Management, John S. Forlines<br>John_s_forlines@fanniemae.com | Kirkland & Ellis<br>601 Lexington Avenue<br>New York, NY 100022<br>Attn: Richard M. Cieri<br>    Ray C. Schrock<br>Richard.cieri@kirkland.com<br>Stephen.hessler@kirkland.com<br>projectrodeo@kirkland.com<br>William.b.solomon@ally.com<br>Timothy.devine@ally.com |

| | |
|---|---|
| Deutsche Bank Trust Company Americas<br>25 DeForest Avenue<br>Summit, NJ 07901<br>Attn: Kevin Vargas<br>**(served by first class mail only)** | The Bank of New York Mellon<br>Asset Backed Securities Group<br>101 Barclay Street 4W<br>New York NY 10286<br>**(served by first class mail only)** |
| US Bank National Association<br>59 South 16th Street, Suite 2000<br>Philadelphia PA 19102<br>Attn: George Rayzis<br>George.rayzis@usbank.com | US Bank National Association<br>60 Livingston Avenue<br>EP-MN-WS1D<br>St. Paul, MN 55107<br>Attn: Irina Palchuk<br>Irina.palchuk@usbank.com |
| Kelley Drye & Warren LLP<br>101 Park Avenue<br>New York, NY 10178<br>Attn: James S. Carr<br>        Eric R. Wilson<br>kdwbankruptcydepartment@kelleydrye.com | Wells Fargo Bank, NA<br>PO Box 98<br>Columbia, MD 21046<br>Attn: Corporate Trust Services, GMACM Home Equity Notes 2004 Viable Funding Trust<br>**(served by first class mail only)** |
| Skadden Arps Slate Meagher & Flom LLP<br>Four Times Square<br>New York NY 10036<br>Attn: Jonathan H. Hofer<br>        Ken Ziman<br>jhofer@skadden.com<br>kziman@skadden.com | Nationstar Mortgage LLC<br>350 Highland Drive<br>Lewisville TX 75067<br>Attn: General Counsel<br>**(served by first class mail only)** |
| Sidley Austin LLP<br>One Dearborn<br>Chicago, IL 60603<br>Attn: Larry J. Nyhan<br>        Jessica CK Boelter<br>lnyhan@sidley.com<br>jboelter@sidley.com<br>bmyrick@sidley.com | Internal Revenue Service<br>PO Box 7346<br>Philadelphia PA 19101-7346<br>**(served by first class mail only)** |
| Securities and Exchange Commission<br>NY Regional Office<br>3 World Financial Center, Suite 400<br>New York NY 10281-1022<br>Attn: George S. Canellos, Regional Director<br>newyork@sec.gov | Munger, Tolles & Olson LLP<br>355 South Grand Avenue<br>Los Angeles, CA 90071<br>Attn : Seth Goldman<br>        Thomas Walper<br>Seth.goldman@mto.com<br>twalper@mto.com |

I declare under penalty of perjury under the laws of the State of New York that the above is true
and correct.

Dated:  September 28, 2012
         Huntington, New York

                                              /s/   John Magnozzi____
                                              John Magnozzi

Sworn to before me this
28th day of September, 2012

_____  /s/ Amish R. Doshi_____
Notary Public

            Amish R. Doshi
       Notary Public, State of New York
       No. 002D06020785
       Qualified in Queens County
Commission Expires March 8, 2015