UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

## AFFIDAVIT OF DISINTERESTEDNESS

STATE OF CALIFORNIA
                    ss:
COUNTY OF LOS ANGELES

I, Stephen Chuck, being duly sworn, upon his/her oath, deposes and says:

1.  I am a partner of Chuck Birkett Tsoong, located at 790 E. Colorado Boulevard, Suite 793, Pasadena, CA 91101 (the "Firm").

2.  The above-captioned debtors and debtors-in-possession (each a "Debtor" and collectively the "Debtors") have requested that the Firm provide legal services to the Debtors, and the Firm has consented to provide such services.

3.  The Firm may have performed services in the past, may currently perform services, and may perform services in the future, in matters unrelated to the above-captioned cases (the "Chapter 11 Cases"), for persons that are parties-in-interest in the Debtors' Chapter 11 Cases. The Firm does not perform services for any such person in connection with these Chapter 11 Cases, or have any relationship with any such person, their attorneys, or accountants that would be adverse to the Debtors or their estates.

4. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be employed by the Debtors, claimants, and parties in interest in these Chapter 11 Cases,

5. Neither I nor any principal of, or professional employed by, the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principal and regular employees of the Firm.

6. Neither I nor principal of, or professional employed by, the Firm, insofar as I have been able to ascertain, holds, or represents any interest adverse to the Debtors or their estates with respect to the matter(s) upon which this Firm is to be employed.

7. The Debtors owe the Firm $-0- for prepetition services, the payment of which is subject to limitations contained in the United States Bankruptcy Code, 11 U.S.C. § 101, et seq.

8. As of the Petition Date, the Firm was not party to an agreement for indemnification with certain of the Debtors.

9. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 25, 2012

_____
Stephen Chuck

ny-1050237

Sworn to and subscribed before me
this 25 day of September, 20112

_____
Notary Public

FABIOLA AREAS
Commission # 1881233
Notary Public - California
Los Angeles County
My Comm. Expires Feb 28, 2014

# CALIFORNIA JURAT WITH AFFIANT STATEMENT

☑ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–5 to be completed only by document signer[s], *not* Notary)

1. ~~~~
2. ~~~~
3. ~~~~
4. ~~~~
5. ~~~~
6. ~~~~

_____    _____
Signature of Document Signer No. 1    Signature of Document Signer No. 2 (if any)

State of California
County of __Los Angeles__

Subscribed and sworn to (or affirmed) before me
on this __25__ day of __September__, 20__12__,
     Date         Month          Year
by

(1) __Stephen C. Chuck__,
         Name of Signer

proved to me on the basis of satisfactory evidence
to be the person who appeared before me (.) (,)

                              (and

(2) _____,
         Name of Signer

proved to me on the basis of satisfactory evidence
to be the person who appeared before me.)

Signature _____
              Signature of Notary Public

FABIOLA AREAS
Commission # 1881233
Notary Public - California
Los Angeles County
My Comm. Expires Feb 28, 2014

Place Notary Seal and/or Stamp Above

———————— **OPTIONAL** ————————

*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

**RIGHT THUMBPRINT OF SIGNER #1** — Top of thumb here
**RIGHT THUMBPRINT OF SIGNER #2** — Top of thumb here

**Further Description of Any Attached Document**

Title or Type of Document __Affidavit of Disinterestedness__

Document Date: __9/25/12__    Number of Pages: __3__

Signer(s) Other Than Named Above: _____

© 2009 National Notary Association • NationalNotary.org • NNA Members-Only Hotline 1-888-876-0827    Item #5910

*In re Residential Capital, LLC*, et al.
Chapter 11 Case No. 12-12020 (MG)

## RETENTION QUESTIONNAIRE[1]

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY RESIDENTIAL CAPITAL, LLC, et al. (the "Debtors")

THIS QUESTIONNAIRE WILL BE FILED WITH THE COURT ON YOUR BEHALF. PLEASE REMIT IT TO THE FOLLOWING ADDRESS:

> Morrison & Foerster LLP
> 1290 Avenue of the Americas
> New York, New York 10104
> Attn: Norman S. Rosenbaum and Jordan A. Wishnew

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1. Name and address of firm:

Chuck Birkett Tsoong
790 East Colorado Boulevard, Suite 793
Pasadena, CA 91101
Ph. 626-689-4000
schuck@cbtlegal.com

2. Date of original retention: March 11, 2011 via Foley & Mansfield; September 28, 2012 as Chuck Birkett Tsoong

3. Brief description of legal services to be provided:

Litigation counsel representing ETS in defense of case

4. Arrangements for compensation (hourly, contingent, etc.)

(a) Average hourly rate (if applicable): $275

(b) Estimated average monthly compensation (based on prepetition retention if firm was employed prepetition):

$1500

---

[1] All amounts are either owing in U.S. Dollars or have been converted to U.S. Dollars based upon the applicable exchange rate in effect on the Petition Date.

1

ny-1050235

5. Prepetition claims against any of the Debtors held by the firm: None

   Amount of claim: _____

   Date claim arose: _____

   Source of claim: _____

6. Prepetition claims against any of the Debtors held individually by any member, associate, or professional employee of the firm: None

   Name: _____

   Status: _____

   Amount of Claim: _____

   Date claim arose: _____

   Source of Claim: _____

   _____

   _____

   _____

7. Stock of any of the Debtors currently held by the firm: None

   Kind of shares: _____

   No. of shares: _____

8. Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

   Name: _____

   Status: _____

   _____

   Kind of shares: _____

   No. of shares: _____

2

ny-1050235

9. Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates with respect to the matters on which the above-named firm is to be employed.

_____

_____

_____

10. Amount of any retainer received from the Debtors held by the firm:

(a) As of May 14, 2012: None

(b) Balance remaining after application to invoices due and owing prior to May 14, 2012:

_____

Name: Stephen Chuck

Title: Partner

3

ny-1050235