UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| RESIDENTIAL CAPITAL, LLC., *et al.,* | ) | Case No. 12-12020 (MG) |
| | ) | Jointly Administered |
| Debtor(s). | ) | |
| | ) | Honorable Martin Glenn |

### ORDER GRANTING ADMISSION TO PRACTICE, *Pro Hac Vice*

Ileana M. Hernandez, a member in good standing of the bar in the State of California and the bar of the U.S. Bankruptcy Court for the Central District of California, having requested admission, *pro hac vice*, to represent Los Angeles County Employees Retirement Association, in the above-Captioned proceeding.

**ORDERED**, that Ileana M. Hernandez, is admitted to practice *pro hac vice*, in the above-referenced proceeding in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated: October 1, 2012

    New York, New York

                                                  **/s/Martin Glenn**
                                                  MARTIN GLENN
                                          United States Bankruptcy Judge