UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

In re:

RESIDENTIAL CAPITAL, LLC, *et al.*,

Debtors.

-------------------------------------------------------------------x

Chapter 11

Case No. 12-12020 (MG)

(Jointly Administered)

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK:
                            : SS
COUNTY OF NEW YORK:

      WENDY H. KANE, being duly sworn, deposes and says:

      1.  I am not a party to this action, am over 18 years of age and am employed by Cadwalader, Wickersham & Taft LLP, One World Financial Center, New York, New York 10281.

      2.  On the 28th day of September 2012, I caused a true and correct copy of the:

- MBIA Insurance Corporation's Designation of Experts [Docket No. 1669]

to be served upon the parties listed on the Special Service List dated as of September 4, 2012 by first class mail service and electronic mail service and upon the parties listed on the General Service List dated as of September 4, 2012 by electronic mail service.

                                                    /s/ Wendy H. Kane
                                                    Wendy H. Kane

Sworn to before me this
1st day of October, 2012

/s/ Anthony Moore
Notary Public

Anthony Guy Moore
Notary Public, State of New York
No. 01MO6231555
Qualified in New York County
Commission Expires Nov. 29, 2014

USActive 26823978.1