UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
In re:

RESIDENTIAL CAPITAL, LLC, et al.,

                      Debtors.
----------------------------------------------------------x
STATE OF NEW YORK     )
                                ) ss.:
COUNTY OF NEW YORK  )

Chapter 11
Case No.: 12-12020 (MG)

(Jointly Administered)

## AFFIDAVIT OF SERVICE

       Gwyneth Webster, being duly sworn, deposes and says:

       1.    I am not a party to the action, am over 18 years of age and reside in Brooklyn, New York.

       2.    On September 28, 2012, I served a copy of the **Objection to Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of NonResidential Real Property and (II) Cure Amounts Related Thereto and First Supplemental Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of NonResidential Real Property and (II) Cure Amounts Related Thereto with Affidavit of David Dallal in Support of Objection to Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of NonResidential Real Property and (II) Cure Amounts Related Thereto and First Supplemental Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of NonResidential Real Property and (II) Cure Amounts Related Thereto with Exhibit "1"** *via U.S. Mail*, in properly addressed envelopes, and deposited same in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York upon the parties on the attached service list.

                                                                   /s/ Gwyneth Webster
                                                                    Gwyneth Webster

Sworn to before me on this
28th day of September, 2012

    /s/ Teresa Sadutto-Carley
Notary Public, State of New York
Reg # 02SA6204737
NY County, Exp. 4-20-2013

## SERVICE LIST

Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY  10104
Attn:  Larren M. Nashelsky, Esq.
Gary S. Lee, Esq.

Sidley Austin LLP
One South Dearborn
Chicago, Illinois 60603
Attn:  Jessica C.K. Boelter

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY  10036
Attn:  Kenneth H. Eckstein, Esq.
Douglas H. Mannal, Esq.

Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY  10004
Attn:  Brian Masumoto, Esq.

Munger, Tolles & Olson LLP
355 South Grand Avenue
Los Angeles, CA  90071
Attn: Seth Goldman, Esq.
Thomas Walper, Esq.