**HUNTON & WILLIAMS LLP**
Robert A. Rich
200 Park Avenue, 53rd Floor
New York, New York 10166-0136
(212) 309-1000

-and-

Tyler P. Brown
Justin F. Paget
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219-4074
(804) 788-8200

*Attorneys for CoreLogic, Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| RESIDENTIAL CAPITAL, LLC, *et al.*, | Case No. 12-12020 (MG) |
| Debtors. | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ): SS
COUNTY OF NEW YORK   )

Robert A. Rich being duly sworn, deposes and says:

1. I am not a party to this action, am over the age of eighteen years and am employed by Hunton & Williams LLP. My business address is 200 Park Avenue, New York, New York 10166.

2. September 28, 2012, I served a true and complete copy of *CoreLogic, Inc.'s Objection to Debtors' Proposed Cure Amounts Necessary to Assume Contracts* [Docket No. 1662] by electronic service via the Court's CM/ECF system and by U.S. first class mail, postage pre-paid, and electronic mail on the parties listed on the annexed service list.

Dated: New York, New York
      October 1, 2012

_____
Robert A. Rich

Sworn to before me on this
1st of October 2012

_____
Notary Public

CONSTANCE ANDONIAN
Notary Public, State of New York
No. 01AN4960360
Qualified in Westchester County
Commission Expires December 26, 20 13

2

## SERVICE LIST

Morrison & Foerster LLP
1290 Avenue of the Americas
New York, New York 10104
Attn:   Larren M. Nashelsky (lnashelsky@mofo.com)
        Gary S. Lee (glee@mofo.com)

Sidley Austin LLP
One South Dearborn
Chicago, Illinois 60603
Attn:   Jessica C.K. Boelter ( jboelter@sidley.com)

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
Attn:   Kenneth H. Eckstein (keckstein@kramerlevin.com)
        Douglas H. Mannal (dmannal@kramerlevin.com)

Munger, Tolles & Olson LLP
355 South Grand Avenue
Los Angeles, CA 90071
Attn:   Seth Goldman (seth.goldman@mto.com)
        Thomas Walper (twalper@mto.com).