COOLEY LLP  
Jeffrey Cohen  
Michael Klein  
1114 Avenue of the Americas  
New York, NY  10036  
Telephone:    (212) 479-6000  
Facsimile:    (212) 479-6275  
Email:  jcohen@cooley.com and mklein@cooley.com

-and-

COOLEY LLP  
Keith McDaniels  
101 California Street, 5th Floor  
San Francisco, CA  94111-5800  
Telephone:    (415) 693-2000  
Facsimile:    (415) 693-2222  
Email:  kmcdaniels@cooley.com

*Counsel for ClearCapital.com, Inc.*

**UNITED STATES BANKRUPTCY COURT**  
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>RESIDENTIAL CAPITAL, LLC, *et al*.<br><br>Debtors. | Chapter 11<br><br>Case No. 12-12020 (MG)<br>(Jointly Administered) |

**CERTIFICATE OF SERVICE**

      I, Michael Klein, hereby certify that on the 28th day of September 2012, I caused a copy of the foregoing **Objection of ClearCapital.com, Inc. to Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto** (Docket No. 1647) to be served upon the Clerk of the United States Bankruptcy Court for the Southern District of New York *via electronic filing*.

1896939 v1/NY

   I further certify that copies of said document were also served upon the parties on the attached service list attached hereto via overnight courier and electronic mail.

                /s/  Michael Klein
                Michael Klein

                Cooley LLP
                1114 Avenue of the Americas
                New York, NY  10036
                Telephone: (212) 479-6000
                Facsimile: (212) 479-6275

                *Counsel for ClearCapital.com, Inc.*