# UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

IN RE:

Residential Capital, LLC, et al

And                                                    : CASE NO.: 12-12020

Debtors                                                : CHAPTER 11

## ENTRY OF APPEARANCE AND NOTICE

Monroe County Tax Claim Bureau hereby enters its appearance and request for notice as a
secured and priority creditor and holder of real estate taxes with the following mailing address:

Monroe County Tax Claim Bureau
1 Quaker Plaza, Room 104
Stroudsburg, PA  18360

Melinda S. Knitter, Bankruptcy Clerk

RECEIVED
OCT - 1 2012

Parcel #16/88394