KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

1633 BROADWAY

NEW YORK, NEW YORK 10019-6799

212-506-1700

FACSIMILE: 212-506-1800

ANDREW K. GLENN
212-506-1747

ATLANTA
HOUSTON
NEWARK

October 1, 2012

**By Hand Delivery**

The Honorable Martin Glenn
United States Bankruptcy Court
Alexander Hamilton Custom House
One Bowling Green
New York, New York 10004-1408

    Re:  *In re Residential Capital LLC, et al.*, Ch. 11 Case No. 12-12020 (MG)

Dear Judge Glenn:

    We represent Federal Housing Finance Agency ("FHFA") in the above-referenced proceeding. During the September 11, 2012, hearing concerning FHFA's application for loan files [Docket No. 810], the Debtors informed the Court that the Second Circuit Court of Appeals had granted a temporary stay in the action styled *FHFA v. UBS Americas, Inc., et al.*, Case No. 12-3207 (the "UBS Appeal"), which stay applied to the 16 actions before Judge Cote (the "FHFA Coordinated Actions").

    We write to inform the Court that, earlier today, the Second Circuit Court of Appeals entered the enclosed Order in the UBS Appeal, denying a stay of the FHFA Coordinated Actions, on a final basis. Accordingly, the FHFA Coordinated Actions, including FHFA's action against the Debtors' affiliates will proceed.

                                                      Respectfully submitted,

                                                      Andrew K. Glenn

cc:    Counsel of Record (via email)

Encl.