S.D.N.Y.–N.Y.C.
11-cv-5201
Cote, J.
Francis, M.J.

# United States Court of Appeals
## FOR THE
## SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 1st day of October, two thousand twelve.

Present:

    Chester J. Straub,
    Robert D. Sack,
    Denny Chin,
        *Circuit Judges.*

---

Federal Housing Finance Agency, as Conservator
for the Federal National Mortgage Association and The
Federal Home Loan Mortgage Corporation,

        *Plaintiff - Appellee,*

v.                                        12-3207

UBS Americas Inc., *et al.*,

        *Defendants - Appellants.*

---

Appellants requests a stay of district court proceedings pending appeal of the May 2012 order of the district court denying their motion to dismiss. Upon due consideration, it is hereby ORDERED that the motion is DENIED. *See In re World Trade Ctr. Disaster Site Litig.*, 503 F.3d 167 (2d Cir. 2007).

                FOR THE COURT:
                Catherine O'Hagan Wolfe, Clerk



SAO-WJF