WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
                                                                 :
In re:                                                           :    Chapter 11
                                                                 :
Residential Capital, LLC, *et al*.                               :    Case No. 12-12020 (MG)
                                                                 :
       Debtors.                :    (Jointly Administered)
                                                                 :
-----------------------------------------------------------------x

**AFFIDAVIT OF SERVICE**

State of New York )
        ) ss.:
County of New York )

   Christopher A. Stauble, being duly sworn, hereby deposes and says:

   1.  I am over 18 years of age and am not a party to the above-captioned proceedings. I am employed by Weil, Gotshal & Manges LLP, having offices at 767 Fifth Avenue, New York, New York 10153.

   2.  On the 28th day of September, 2012, I caused a true and correct copy of the following pleading to be served as indicated, upon the parties on the service

list annexed hereto:

- Syncora Guarantee Inc.'s Limited Objection to Debtors' Sale Motion **[ECF No. 1657]**.

/s/ Christopher A. Stauble
Christopher A .Stauble

Sworn to before me this
1st day of October, 2012

/s/ Nicole Aliseo
Nicole Aliseo
Notary Public, State of New York
No. 01AL6186782
Qualified in Richmond County
Commission Expires May 12, 2016

2

## Service List

Honorable Judge Martin Glenn
United States Bankruptcy Judge
United States Bankruptcy Court for the Southern District of New York
Alexander Hamilton Custom House
One Bowling Green
New York, New York 10004
**(Served via Hand Delivery on 10/01/12)**

Office of the United States Trustee for the Southern District of New York
33 Whitehall Street
21st Floor
New York, New York 10004
Attn:  Tracy Hope Davis
        Linda A. Riffkin
        Brian S. Masumoto
**(Served via Hand Delivery on 10/01/12)**

Morrison & Foerster LLP
1290 Avenue of the Americas
New York, New York 10104
Attn:  Larren M. Nashelsky
        lnashelsky@mofo.com
        Gary S. Lee
        glee@mofo.com
        Todd M. Goren
        tgoren@mofo.com
        Alexandra Steinberg Barrage
        abarrage@mofo.com
**(Served via Overnight Delivery and Email on 9/28/12)**

Kirkland & Ellis LLP
153 East 53rd Street
New York, New York 10022
Attn:  Richard M. Cieri
        richard.cieri@kirkland.com
**(Served via Overnight Delivery and Email on 9/28/12)**

Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, New York 10036
Attn:  Ken Ziman
        ken.ziman@skadden.com
        Jonathan H. Hofer
        jhofer@skadden.com
**(Served via Overnight Delivery and Email on 9/28/12)**

3

US_ACTIVE:\44106450\1\73317.0005

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York 10036
Attn:   Kenneth Eckstein
keckstein@kramerlevin.com
Greg Horowitz
ghorowitz@kramerlevin.com
**(Served via Overnight Delivery and Email on 9/28/12)**

Sidley Austin LLP
One South Dearborn
Chicago, Illinois 60603
Attn:   Jessica C.K Boelter
jboelter@sidley.com
**(Served via Overnight Delivery and Email on 9/28/12)**

US_ACTIVE:\44106450\1\73317.0005