**SEWARD & KISSEL LLP**
Ronald L. Cohen
Mark D. Kotwick
Laurie R. Binder
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 574-1200
Facsimile: (212) 480-8421

*Attorneys for U.S. Bank National Association,
in its capacity as trustee or indenture trustee*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: <br><br> RESIDENTIAL CAPITAL, LLC., et al., <br><br> Debtors. | Case No. 12-12020 (MG) <br><br> Chapter 11 <br><br> (Jointly Administered) |

### Certificate of Service

   I, Laurie R. Binder, an attorney duly admitted, hereby certify that on September 28, 2012, I caused a copy of the The Bank of New York Mellon Trust Company, N.A., The Bank of New York Mellon, Deutsche Bank Trust Company Americas, Deutsche Bank National Trust Company, U.S. Bank National Association and Wells Fargo Bank N.A.'s Designation of Expert Witness Pursuant to The Second Revised Joint Omnibus Scheduling Order Regarding Debtors' Motion Pursuant to Fed. R. Bankr.P.9019 for approval of RMBS Trust Settlement Agreements to be served by either First Class Mail, postage pre-paid or e-mail as indicated upon the parties listed on the annexed Service List.

                       /S/ Laurie R. Binder
                          Laurie R.Binder

**SERVICE LIST**

Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104
Attn.: Larren M. Nashelsy, Esq.
    Todd M. Goren, Esq.
    Alexander Steinberg Barrage, Esq.


Office of the United States Trustee
For the Southern District of New York
33 Whitehall Street, 21 st Floor
New York, NY 10004
Attn.: Tracy Hope Davis, Esq.
    Linda A. Riffkin, Esq.
    Brian Masumoto, Esq.


Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036
Attn.: Ken Ziman, Esq.
    Jonathan H. Hofer, Esq.


Sidley Austin LLP
One South Dearborn
Chicago, IL 60603
Attn.: Jessica C.K. Boelter, Esq.


White & Case LLP
1155 Avenue of the Americas
New York, NY 10036
Attn: Gerald Uzzi, Esq.
    Harrison Denmman, Esq.


Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022
Attn.: Frederic Sosnick, Esq.
    Susan A. Fennessey, Esq.

Alston & Bird LLP
90 Park Avenue
New York, NY 10016
Attn.: Martin G. Bunin, Esq.
    William Hao, Esq.


Kirkland & Ellis LLP
153 East 53rd Street
New York, NY 10022
Attn.: Richard M. Cieri, Esq.
    Ray C. Schrock, Esq.
    Stephen E. Hessler, Esq.


Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
Attn.: Kenneth Eckstein, Esq.
    Greg Horowitz, Esq.


Kelly Drye & Warren LLP
101 Park Avenue
New York, NY 10178
Attn.: Eric R. Wilson, Esq.
    Benjamin D. Feder, Esq.


Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022
Attn.: Richard M. Cieri, esq.
    Ray C Schrock, Esq.
    Stephen E. Hessler, Esq.


Cadwalader Wickersham & Taft LLP
One World Financial Center
New York, NY 10281
Attn: Ingird Bagby, Esq.

3

Loeb & Loeb LLP
345 Park Avenue
New York, NY 10154
Attn: Debra Weinstein Minoff, Esq.

Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
Attn: Sean O'Neal, Esq.

Jones Day
222 East 41 St.
New York, NY 10017
Attn: Corinne Ball, Esq.

Carter Ledyard & Milburn LLP
2 Wall Street
New York, NY 10005
Attn: Aaron R. Cohen, Esq.

Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036
Attn: Keith Wofford, Esq.

## E-mail Service Lists:

'hseife@chadbourne.com'; 'dlemay@chadbourne.com'; 'bobbie.theivakumaran@citi.com'; 'kelvin.vargas@db.com'; 'peter_mcgonigle@fanniemae.com'; 'kdwbankruptcydepartment@kelleydrye.com'; 'richard.cieri@kirkland.com'; 'ray.schrock@kirkland.com'; 'richard.cieri@kirkland.com'; 'stephen.hessler@kirkland.com'; 'projectrodeo@kirkland.com'; 'william.b.solomon@ally.com'; 'timothy.devine@ally.com'; 'john.bellaver@ally.com'; 'keckstein@kramerlevin.com'; 'tmayer@kramerlevin.com'; 'dmannal@kramerlevin.com'; 'tammy.hamzehpour@gmacrescap.com'; 'diane.citron@ally.com'; 'lnashelsky@mofo.com'; 'glee@mofo.com'; 'lmarinuzzi@mofo.com'; 'nancy.lord@oag.state.ny.us'; 'enid.stuart@oag.state.ny.us'; 'secbankruptcy@sec.gov'; 'secbankruptcy@sec.gov'; 'newyork@sec.gov'; 'lnyhan@sidley.com'; 'jboelter@sidley.com'; 'bmyrick@sidley.com'; 'jhofer@skadden.com'; 'nikolay.kodes@skadden.com'; 'ken.ziman@skadden.com'; 'sarah.ward@skadden.com'; 'suzanne.lovett@skadden.com'; 'george.rayzis@usbank.com'; 'irina.palchuk@usbank.com'; 'askdoj@usdoj.gov'; 'joseph.cordaro@usdoj.com'; 'tracy.davis2@usdoj.gov'; 'linda.riffkin@usdoj.gov'; 'brian.masumoto@usdoj.gov'; 'jhaake@wbsvlaw.com'; 'abehlmann@lowenstein.com'; 'abehlmann@lowenstein.com'; 'accesslegalservices@gmail.com'; 'adam.harris@srz.com'; 'aglenn@kasowitz.com'; 'mstein@kasowitz.com'; 'dfliman@kasowitz.com'; 'namamoo@kasowitz.com'; 'alicia.borys@barclays.com'; 'patrick.kerner@barclays.com'; 'amuller@stinson.com'; 'ana.damonte@pillsburylaw.com'; 'austin.bankruptcy@publicans.com'; 'ayala.hassell@hp.com'; 'bankruptcy@clm.com'; 'bankruptcy2@ironmountain.com'; Bateman, Gregg; 'bbeskanos@aol.com'; 'bbressler@schnader.com'; 'rbarkasy@schnader.com'; 'bdeutsch@schnader.com'; 'bnkatty@aldine.k.12.tx.us'; 'brendan.meyer@db.com'; 'broylesmk@rgcattys.com'; 'catherine_lasher@fanniemae.com'; 'cball@jonesday.com'; 'rlwynne@jonesday.com'; 'lemiller@jonesday.com'; 'ceblack@jonesday.com'; 'cmomjian@attorneygeneral.gov'; Cohen, Ronald; Das, Kalyan; 'courtney.lowman@ally.com'; 'cwood@rgrdlaw.com'; 'dallas.bankruptcy@publicans.com'; 'danbrockett@quinnemanuel.com'; 'daveburnett@quinnemanuel.com'; 'jeremyandersen@quinnemanuel.com'; 'david.powlen@btlaw.com'; 'david.tillem@wilsonelser.com'; 'davids@blblgaw.com'; 'jonathanu@blblgaw.com'; 'matthewj@blblgaw.com'; 'dearly@fdic.gov'; 'deggert@freebornpeters.com'; 'derek@talcottfranklin.com'; 'dflanigan@polsinelli.com'; 'jnagi@polsinelli.com'; 'dhall@siwpc.com'; 'diem.home@gmail.com'; 'dneier@winston.com'; 'dneier@winston.com'; 'cschreiber@winston.com'; 'almoskowitz@winston.com'; 'dprather@iglou.com'; 'dsasser@siwpc.com'; 'dwdykhouse@pbwt.com'; 'bguiney@pbwt.com'; 'ebcalvo@pbfcm.com'; 'ecf@kaalaw.com'; 'ecfmail@aclawllp.com'; 'ecliolko@ktmc.com'; 'dmoffa@ktmc.com'; 'tziegler@ktmc.com'; 'fsosnick@shearman.com'; 'sfennessey@shearman.com'; 'gbush@zuckerman.com'; 'ncohen@zuckerman.com'; 'lneish@zuckerman.com'; 'gbush@zuckerman.com'; 'ncohen@zuckerman.com'; 'lneish@zuckerman.com'; 'gcatalanello@duanemorris.com'; 'jvincequerra@duanemorris.com'; 'ggraber@hodgsonruss.com'; 'gjarvis@gelaw.com'; 'mpmorris@gelaw.com'; 'delman@gelaw.com'; 'glenn.gillett@usdoj.gov'; 'glenn.siegel@dechert.com'; 'hector.gonzalez@dechert.com'; 'brian.greer@dechert.com'; 'mauricio.espana@dechert.com'; 'gregory.petrick@cwt.com'; 'ingrid.bagby@cwt.com'; 'guzzi@whitecase.com'; 'houston_bankruptcy@lgbs.com'; 'howard.godnick@srz.com'; 'igoldstein@proskauer.com'; 'jai@blblgaw.com'; 'jberkowitz@gibbonslaw.com'; 'jeff.brown@gmacfs.com'; 'william.b.solomon@ally.com'; 'jgarrity@morganlewis.com'; 'jglucksman@scarincihollenbeck.com'; 'jlaitman@cohenmilstein.com'; 'clometti@cohenmilstein.com'; 'meisenkraft@cohenmilstein.com'; 'drehns@cohenmilstein.com'; 'krehns@cohenmilstein.com'; 'jlawlor@wmd-law.com'; 'jmiller@tcfbank.com'; 'jmoldovan@morrisoncohen.com'; 'bankruptcy@morrisoncohen.com'; 'john.stern@texasattorneygeneral.gov'; 'jteitelbaum@tblawllp.com'; 'jwilliams@wilmingtontrust.com'; 'rmaney@wilmingtontrust.com'; 'kelly.j.rentz@wellsfargo.com'; 'nichlaus.m.ross@wellsfargo.com'; 'sharon.squillario@wellsfargo.com'; 'mary.l.sohlberg@wellsfargo.com'; 'kenton_hambrick@freddiemac.com'; 'kgiannelli@gibbonslaw.com'; 'kpatrick@gibbsbruns.com'; 'kpatrick@gibbsbruns.com'; 'shumphries@gibbsbruns.com'; 'kristi.garcia@wellsfargo.com'; 'lberkoff@moritthock.com'; 'macohen@curtis.com'; 'mamta.scott@usbank.com'; 'marguerite.gardiner@srz.com'; 'mark.ellenberg@cwt.com'; 'mcarney@mckoolsmith.com'; 'metkin@lowenstein.com'; 'ilevee@lowenstein.com'; 'metkin@lowenstein.com'; 'ilevee@lowenstein.com'; 'metkin@lowenstein.com'; 'ilevee@lowenstein.com'; 'metkin@lowenstein.com'; 'ilevee@lowenstein.com'; 'mgallagher@curtis.com'; 'michael.cutini@srz.com'; 'michelle.moeller@usbank.com'; 'mkraut@morganlewis.com'; 'mrollin@rplaw.com'; 'mvaughan@wbsvlaw.com'; 'dskeens@wbsvlaw.com'; 'mwarner@coleschotz.com'; 'echou@coleschotz.com'; 'paul_papas@mylegalhelpusa.com'; 'pdefilippo@wmd-law.com'; 'sfitzgerald@wmd-law.com'; 'pfleming@morganlewis.com'; 'pmoak@mckoolsmith.com'; 'pmoak@mckoolsmith.com'; 'ra-li-ucts-bankrupt@state.pa.us'; 'rescapinfo@kccllc.com'; 'rnorton@hunton.com'; 'rrich2@hunton.com'; 'robert.major@bnymellon.com'; 'romero@mromerolawfirm.com'; 'rosa.mendez@db.com'; 'ross.martin@ropesgray.com'; 'ross.martin@ropesgray.com'; 'keith.wofford@ropesgray.com'; 'sarah.stout@bnymellon.com'; 'jennifer.provenzano@bnymellon.com'; 'michael.spataro@bnymellon.com'; 'mageshwaran.ramasamy@bnymellon.com'; 'sdnyecf@dor.mo.gov'; 'sheehan@txschoollaw.com'; 'sreisman@curtis.com'; 'srutsky@proskauer.com'; 'jzajac@proskauer.com'; 'stevep@rgrdlaw.com'; 'susan.khokher@tdsecurities.com'; 'kathryn.thorpe@tdsecurities.com'; 'adam.parkin@tdsecurities.com'; 'christopher.stevens@tdsecurities.com'; 'susanp@taxcollector.com'; 'susheelkirpalani@quinnemanuel.com'; 'scottshelley@quinnemanuel.com'; 'taconrad@sblawfirm.com'; 'tal@talcottfranklin.com'; 'tanveer.ashraf@usbank.com'; 'tfawkes@freebornpeters.com'; 'thadwilson@kslaw.com'; 'ajowers@kslaw.com'; 'pferdinands@kslaw.com'; 'theodore.w.tozer@hud.gov'; 'tklestadt@klestadt.com'; 'jcorneau@klestadt.com'; 'tlallier@foleymansfield.com'; 'tom.houghton@ally.com'; 'wcurchack@loeb.com'; 'vrubinstein@loeb.com'; 'dminoff@loeb.com'; 'whazeltine@sha-llc.com'; 'will.hoch@crowedunlevy.com'; 'xrausloanops5@barclays.com'

SK 03687 0119 1323918