**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------  x
                                                              :   Chapter 11
                                                              :
In re:                                                        :
                                                              :   Case No. 12-12020 (MG)
RESIDENTIAL CAPITAL, LLC, et al.,                             :
                                                              :   Jointly Administered
                                                              :
                Debtors.                                      :
------------------------------------------------------------  x   Ref. Docket No. 1671
```

<u>**AFFIDAVIT OF SERVICE**</u>

```
STATE OF NEW YORK       )
                        ) ss.:
COUNTY OF NEW YORK      )
```

PANAGIOTA MANATAKIS, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On September 28, 2012, I caused to be served the "The Official Committee of Unsecured Creditors' Designation of Expert Witnesses," dated September 28, 2012 [Docket No. 1671],by causing true and correct copies to be:

    i.    enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit A</u>, and

    ii.   delivered via electronic mail to those parties listed on the annexed <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend:
"LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF
ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Panagiota Manatakis

Sworn to before me this
_____ day of October, 2012

_____
Notary Public

PANAGIOTIS CARIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01CA6237515
COMM. EXP. MARCH 21, 2015

**EXHIBIT A**

RESIDENTIAL CAPITAL, LLC ET AL

SERVICE LIST

| Claim Name | Address Information |
| --- | --- |
| CITIBANK NA | ATTN BOBBIE THEIVAKUMARAN 390 GREENWICH ST 6TH FL NEW YORK NY 10013 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS | C/O KELVIN VARGAS 25 DE FOREST AVE SUMMIT NJ 07901 |
| FANNIE MAE | ATTN JOHN S FORLINES VP, CREDIT MANAGEMENT 3900 WISCONSIN AVE NW MAIL STOP 8H-504 WASHINGTON DC 20016 |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION 2970 MARKET ST PHILADELPHIA PA 19104 |
| INTERNAL REVENUE SERVICE | INSOLVENCY SECTION 31 HOPKINS PLZ RM 1150 BALTIMORE MD 21201 |
| KELLEY DRYE & WARREN LLP | JAMES S CARR & ERIC R WILSON 101 PARK AVE NEW YORK NY 10178 |
| KIRKLAND & ELLIS | RICHARD M CIERI 601 LEXINGTON AVE NEW YORK NY 10022 |
| KIRKLAND & ELLIS LLP | ATTN RAY C SCHROCK, RAY C CIERI & STEPHEN E HESSLER 601 LEXINGTON AVE NEW YORK NY 10022-4611 |
| KRAMER LEVIN NAFTALLIS & FRANKEL LLP | KENNETH H ECKSTEIN, THOMAS MOERS MAYER & DOUGLAS H MANNAL 117 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| KURTZMAN CARSON CONSULTANTS | ALISON M. TEARNEN SCHEPPER 2335 ALASKA AVE EL SEGUNDO CA 90245 |
| MORRISON & FOERSTER LLP | LARREN M NASHELSKY, GARY S LEE & LORENZO MARINUZZI 1290 AVENUE OF THE AMERICAS NEW YORK NY 10104 |
| NATIONSTAR MORTGAGE LLC | ATTN: GENERAL COUNSEL 350 HIGHLAND DRIVE LEWISVILLE TX 75067 |
| OFFICE OF THE NY STATE ATTORNEY GENERAL | ERIC T SCHNEIDERMAN THE CAPITOL ALBANY NY 12224-0341 |
| OFFICE OF THE US ATTORNEY FOR | THE SOUTHERN DISTRICT OF NY UNITED STATES ATTORNEY PREET BHARARA ONE ST ANDREWS PLAZA NEW YORK NY 10007 |
| RESIDENTIAL CAPITAL LLC | TAMMY HAMZEHPOUR 1100 VIRGINIA DR FT WASHINGTON PA 19034 |
| SECURITIES & EXCHANGE COMMISSION | NY REGIONAL OFFICE GEORGE S CANELLOS REGIONAL DIRECTOR 3 WORLD FINANCIAL CENTER STE 400 NEW YORK NY 10281-1022 |
| SECURITIES & EXCHANGE COMMISSION | SECRETARY OF THE TREASURY 100 F ST NE WASHINGTON DC 20549 |
| SIDLEY AUSTIN LLP | LARRY J NYHAN & JESSICA CK BOELTER ONE DEARBORN CHICAGO IL 60603 |
| SKADDEN ARPS SLATE MEAGHER & FLOM LLP | JONATHAN H. HOFER FOUR TIMES SQUARE NEW YORK NY 10036 |
| SKADDEN ARPS SLATE MEAGHER & FLOM LLP | KEN ZIMAN FOUR TIMES SQUARE NEW YORK NY 10036 |
| SKADDEN ARPS SLATE MEAGHER & FLOM LLP | SARAH M WARD FOUR TIMES SQUARE NEW YORK NY 10036 |
| SKADDEN ARPS SLATE MEAGHER & FLOM LLP | SUZANNE D T LOVETT FOUR TIMES SQUARE NEW YORK NY 10036 |
| THE BANK OF NEW YORK MELLON | ASSET-BACKED SECURITIES GROUP 101 BARCLAY ST 4W NEW YORK NY 10286 |
| TIFFANY SMITH | C/O SCHROETER GOLDMARK & BENDER 500 CENTRAL BLDG., 810 THIRD AVE. SEATTLE WA 98104 |
| U.S. BANK NATIONAL ASSOCIATION | C/O SEWARD & KISSEL LLP ONE BATTERY PARK PLAZA NEW YORK NY 10004 |
| U.S. BANK NATIONAL ASSOCIATION | ATTN: GEORGE RAYZIS 50 SOUTH 16 TH STREET SUITE 2000 PHILADELPHIA PA 19102 |
| U.S. BANK NATIONAL ASSOCIATION | ATTN: IRINA PALCHUK 60 LIVINGSTON AVENUE EP-MN-WS1D ST. PAUL MN 55107 |
| U.S. BANK NATIONAL ASSOCIATION | MICHELLE MOELLER 60 LIVINGSTON AVE. ST. PAUL MN 55107 |
| U.S. BANK NATIONAL ASSOCIATION | TANVER ASHRAF, CORPORATE TRUST SERVICES WEST SIDE FLATS, EP-MN-WS3D 60 LIVINGSTON AVE. ST. PAUL MN 55107 |
| U.S. BANK NATIONAL ASSOCIATION | ATTN: MAMTA K SCOTT 190 S. LASALLE STREET CHICAGO IL 60603 |
| U.S. DEPARTMENT OF JUSTICE | ATTN: GLENN D. GILLETTE CIVIL DIVISION 1100 L STREET NW, ROOM 10018 WASHINGTON DC 20005 |
| U.S. DEPARTMENT OF JUSTICE | US ATTORNEY GENERAL, ERIC H. HOLDER, JR. 950 PENNSYLVANIA AVE NW WASHINGTON DC 20530-0001 |
| UNITED STATES ATTORNEY'S OFFICE | FOR THE SOUTHERN DISTRICT OF NEW YORK CIVIL DIVISION, ATTN JOSEPH CORDARO 86 CHAMBERS ST 3RD FL NEW YORK NY 10007 |
| US TRUSTEE FOR THE SOUTHERN DISTRICT OF NY | TRACY HOPE DAVIS, LINDA A. RIFFKIN AND BRIAN S. MASUMOTO 33 WHITEHALL ST 21ST FL, REGION 2 NEW YORK NY 10004 |
| WELLS FARGO BANK NA | ATTN CORP TRUST SERVICES – GMACM HOME EQUITY NOTES 2004 VARIABLE FUNDING TRUST PO BOX 98 COLUMBIA MD 21046 |

RESIDENTIAL CAPITAL, LLC ET AL
SERVICE LIST

| Claim Name | Address Information |
|---|---|

**Total Creditor count  36**

RESIDENTIAL CAPITAL, LLC ET AL
SERVICE LIST

| Claim Name | Address Information |
|---|---|

**EXHIBIT B**

### Email List

askdoj@usdoj.gov
bmyrick@sidley.com
bobbie.theivakumaran@citi.com
brian.masumoto@usdoj.gov
dmannal@kramerlevin.com
george.rayzis@usbank.com
glee@mofo.com
irina.palchuk@usbank.com
jboelter@sidley.com
jhofer@skadden.com
john.bellaver@ally.com
john_s_forlines@fanniemae.com
joseph.cordaro@usdoj.gov
kdwbankruptcydepartment@kelleydrye.com
keckstein@kramerlevin.com
kelvin.vargas@db.com
ken.ziman@skadden.com
linda.riffkin@usdoj.gov
lmarinuzzi@mofo.com
lnashelsky@mofo.com
lnyhan@sidley.com
marie.l.cerchero@irs.gov
nancy.lord@oag.state.ny.us
neal.mann@oag.state.ny.us
newyork@sec.gov
nikolay.kodes@skadden.com
projectrodeo@kirkland.com
ray.schrock@kirkland.com
richard.cieri@kirkland.com
sarah.ward@skadden.com
secbankruptcy@sec.gov
stephen.hessler@kirkland.com
suzanne.lovett@skadden.com
tammy.hamzehpour@ally.com
timothy.devine@ally.com
tmayer@kramerlevin.com
tracy.davis2@usdoj.gov
william.b.solomon@ally.com

**Email List**

accesslegalservices@gmail.com
adam.parkin@tdsecurities.com
aglenn@kasowitz.com
alicia.borys@barclays.com
almoskowitz@winston.com
ayala.hassell@hp.com
balaji.v@indecomm.net
bankruptcy@morrisoncohen.com
bateman@sewkis.com
bbressler@schnader.com
bdeutsch@schnader.com
bguiney@pbwt.com
bill.macurda@alston.com
brandon.johnson@pillsburylaw.com
brian.greer@dechert.com
catherine_lasher@fanniemae.com
cball@jonesday.com
ceblack@jonesday.com
christopher.stevens@tdsecurities.com
clometti@cohenmilstein.com
courtney.lowman@ally.com
cschreiber@winston.com
danbrockett@quinnemanuel.com
das@sewkis.com
dflanigan@polsinelli.com
dfliman@kasowitz.com
dloeser@kellerrohrback.com
dneier@winston.com
drehns@cohenmilstein.com
dskeens@wbsvlaw.com
dwdykhouse@pbwt.com
dwollmuth@wmd-law.com
ebcalvo@pbfcm.com
ecf@kaalaw.com
echou@coleschotz.com
eciolko@ktmc.com
rmaney@wilmingtontrust.com
frank@loanvaluegroup.com
fsosnick@shearman.com
generalcounsel@fhfa.org
gjarvis@gelaw.com

glenn.gillett@usdoj.gov
glenn.siegel@dechert.com
gregory.petrick@cwt.com
guzzi@whitecase.com
hector.gonzalez@dechert.com
hector.gonzalez@dechert.com
heidifurlong@siegelbrill.com
ilevee@lowenstein.com
info@emortgagelogic.com
info@sgb-law.com
ingrid.bagby@cwt.com
jbernstein@labaton.com
jcorneau@klestadt.com
jeff.brown@gmacfs.com
jennifer.provenzano@bnymellon.com
jgarrity@morganlewis.com
jhaake@wbsvlaw.com
jlaitman@cohenmilstein.com
jmiller@tcfbank.com
jmoldovan@morrisoncohen.com
jnagi@polsinelli.com
joe.salama@db.com
john.stern@texasattorneygeneral.gov
jpaget@hunton.com
jwilliams@wilmingtontrust.com
jzajac@proskauer.com
kapil.chopra@aegisglobal.com
kathryn.thorpe@tdsecurities.com
keith.wofford@ropesgray.com
kelly.j.rentz@wellsfargo.com
kenton_hambrick@freddiemac.com
kit.weitnauer@alston.com
kpatrick@gibbsbruns.com
krehns@cohenmilstein.com
lemiller@jonesday.com
lpulford@corelogic.com
macohen@curtis.com
mageshwaran.ramasamy@bnymellon.com
malbaiady@corelogic.com
mamta.scott@usbank.com
mark.ellenberg@cwt.com
marty.bunin@alston.com
mauricio.espana@dechert.com

1

mcarney@mckoolsmith.com
meisenkraft@cohenmilstein.com
metkin@lowenstein.com
mgallagher@curtis.com
michael.spataro@bnymellon.com
michelle.moeller@usbank.com
mkraut@morganlewis.com
mrollin@rplaw.com
msd@dcglaw.com
mseltzer@susmangodfrey.com
mstein@kasowitz.com
mvaughan@wbsvlaw.com
mwarner@coleschotz.com
myanney@assuredguaranty.com
namamoo@kasowitz.com
nichlaus.m.ross@wellsfargo.com
patrick.kerner@barclays.com
paul_mullings@freddiemac.com
pfleming@morganlewis.com
pmoak@mckoolsmith.com
prforlenza@pbwt.com
rajan@indecomm.net
rbarkasy@schnader.com
rescapinfo@kccllc.com
rlwynne@jonesday.com
roblin@williamslaw.com
rosa.mendez@db.com
ross.martin@ropesgray.com
rzwerling@zsz.com
sarah.stout@bnymellon.com
scott.slifer@isgn.com
scottshelley@quinnemanuel.com
seth.goldman@mto.com
sfennessey@shearman.com
sharon.squillario@wellsfargo.com
sheehan@txschoollaw.com
shumphries@gibbsbruns.com
sreisman@curtis.com
srutsky@proskauer.com
stevep@rgrdlaw.com
susan.khokher@tdsecurities.com
susheelkirpalani@quinnemanuel.com
tal@talcottfranklin.com

tanveer.ashraf@usbank.com
theodore.w.tozer@hud.gov
thomas.walper@mto.com
tklestadt@klestadt.com
tlallier@foleymansfield.com
tom.houghton@ally.com
westchesterlegal@aol.com
william.hao@alston.com
xrausloanops5@barclays.com
pdefilippo@wmd-law.com
sfitzgerald@wmd-law.com
jlawlor@wmd-law.com
jglucksman@scarincihollenbeck.com
david.powlen@btlaw.com
diane.sanders@lgbs.com
lberkoff@moritthock.com
will.hoch@crowedunlevy.com
cwood@rgrdlaw.com
stevep@rgrdlaw.com
abehlmann@lowenstein.com
davids@blbglaw.com
jonathanu@blbglaw.com
matthewj@blbglaw.com
jai@blbglaw.com
pferdinands@kslaw.com
ajowers@kslaw.com
thadwilson@kslaw.com
gbush@zuckerman.com
ncohen@zuckerman.com
lneish@zuckerman.com
cmomjian@attorneygeneral.gov
chris@myfaircredit.com
jglucksman@scarincihollenbeck.com
david.tillem@wilsonelser.com
tfawkes@freebornpeters.com
deggert@freebornpeters.com
taconrad@sbwlawfirm.com
dprather@iglou.com
dstichesq@gmail.com
joel@shafeldlaw.com
accesslegalservices@gmail.com
jberkowitz@gibbonslaw.com
kgiannelli@gibbonslaw.com

2

kristi.garcia@wellsfargo.com
mkbroyles@feinsuchcrane.com
rnorton@hunton.com
rrich2@hunton.com
derek@talcottfranklin.com
bankruptcy@clm.com
dlemay@chadbourne.com
hseife@chadbourne.com
mdyer@aclawllp.com
victoria.safran@ag.ny.gov
romero@mromerolawfirm.com
jteitelbaum@tblawllp.com
wcurchack@loeb.com
vrubinstein@loeb.com
dminoff@loeb.com
bankruptcy2@ironmountain.com
adoshi@magnozzikye.com
sdnyecf@dor.mo.gov
ggraber@hodgsonruss.com
adam.harris@srz.com
howard.godnick@srz.com
marguerite.gardiner@srz.com
michael.cutini@srz.com
metkin@lowenstein.com
ilevee@lowenstein.com
eciolko@ktmc.com
dmoffa@ktmc.com
tziegler@ktmc.com
harrisj12@michigan.gov
kay.brock@co.travis.tx.us
bnkatty@aldine.k12.tx.us
david.jason@usbank.com
binder@sewkis.com
rbrown@robertbrownlaw.com
choward@lockelord.com
maofiling@cgsh.com
rajohnson@akingump.com
ccarty@akingump.com
andrea.hartley@akerman.com
susan.balaschak@akerman.com
hadi.khatib@akerman.com
ronald.rowland@rms-iqor.com
houston_bankruptcy@lgbs.com

jleibowitz@kandfllp.com
dcaley@wongfleming.com
ken.coleman@allenovery.com
john.kibler@allenovery.com
lee.gordon@mvbalaw.com
bdk@schlamstone.com
pdatta@hhstein.com
ppascuzzi@ffwplaw.com
gary.holtzer@weil.com

3