**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:

RESIDENTIAL CAPITAL, LLC, *et al.*,

Debtors.

Case No. 12-12020 (MG)

Jointly Administered

## ORDER SETTING FORTH BRIEFING SCHEDULE

With respect to the *Motion of the Official Committee of Unsecured Creditors for Entry of an Order Authorizing it to Prosecute and Settle Certain Claims on Behalf of the Debtors' Estates* (ECF Doc. # 1546), the Court hereby sets forth the following briefing schedule:

| | |
|---|---|
| Friday, October 19, 2012, 12:00 p.m.: | Objection Deadline |
| Friday, October 26, 2012, 12:00 p.m.: | Reply Deadline |
| Wednesday, October 31, 2012, 10:00 a.m.: | Hearing Date |

**IT IS SO ORDERED.**

Dated: October 3, 2012
       New York, New York

　　　　　　　　　　　　　　　　　　　　/s/Martin Glenn
　　　　　　　　　　　　　　　　　　　MARTIN GLENN
　　　　　　　　　　　　　　　United States Bankruptcy Judge