**<u>Exhibit D</u>**

1
2
3
4
5
6
7

8          IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON

9                   FOR THE COUNTY OF FERRY

10  JOSEPH A. CONNOR, III,       )  Case No. 11-2-00098-6

11          Plaintiffs,          )  NOTICE OF PRESENTMENT

12    v.                        )

13  GMAC MORTGAGE, LLC, et. al.   )

14          Defendants.        )

15  TO:   Plaintiff

16  AND THE: Clerk of Court

17       Please note that the undersigned attorney(s) will present for hearing by the Court

18  the following Order at the date and time indicated:

19       Judge :    The Honorable Allen Nielson
        Time  :    10:00 a.m.
20      Date:     June 8, 2012
        Motion Type: Presentment of Order re plaintiff's Motion for Lis Pendens and
21                     Defendants' Motion for Sanctions

22  Dated this 1st day of May, 2012.

23         SUSSMAN SHANK LLP

24         By _____
            William G. Fig, WSBA 33943
25           billf@sussmanshank.com
           Attorneys for Defendants
26  F:\CLIENTS\20809\059\PLEADINGS\P- NOTICE OF PRESENTMENT.DOC

NOTICE OF PRESENTMENT - Page 1

SUSSMAN SHANK LLP
ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400
PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111
FACSIMILE (503) 248-0130

<u>CERTIFICATE OF SERVICE</u>

THE UNDERSIGNED certifies:

1. My name is Karen D. Muir. I am a citizen of Washington County, state of Oregon, over the age of eighteen (18) years and not a party to this action.

2. On May 1, 2012, I caused to be delivered via **first-class U.S. Mail, postage prepaid, and email** a copy of: **DECLARATION IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND MOTION FOR SANCTIONS AGAINST PLAINTIFF** to the interested parties of record, addressed as follows:

Joseph A. Connor III
1616 Liholiho Street, #1502
Honolulu, HI 96822

Joseph A. Connor III
PO Box 1474
Cobb, CA 95426
Email: jaconnor3@netzero.net

I SWEAR UNDER PENALTY OF PERJURY that the foregoing is true and correct to the best of my knowledge, information, and belief.

_____
Karen D. Muir, Legal Assistant

NOTICE OF PRESENTMENT - Page 2

SUSSMAN SHANK LLP
ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400
PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111
FACSIMILE (503) 248-0130

1
2
3
4
5
6
7

8   IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON

9   FOR THE COUNTY OF FERRY

| | | |
|---|---|---|
| 10 | JOSEPH A. CONNOR, III, | ) Case No. 11-2-00098-6 |
| 11 | Plaintiffs, | ) (PROPOSED) ORDER RE PLAINTIFF'S ) MOTION FOR LIS PENDENS AND |
| 12 | v. | ) DEFENDANTS' MOTION FOR ) SANCTIONS RE MOTION FOR LIS |
| 13 | GMAC MORTGAGE, LLC, et. al. | ) PENDENS |
| 14 | Defendants. | ) |

15

16  On April 27, 2012, plaintiff's Motion to Allow Placement of Lis Pendens and
17  defendants' CR 11 Motion for Sanctions relating to plaintiff's motion came before the
18  court. Defendants were represented by and appeared through their counsel, William G.
19  Fig. Plaintiff did not appear at the hearing. The court, having heard the oral argument
20  of defendants' counsel, being fully advised, and having considered the following
21  pleadings:

22   1.   Plaintiff's Amended Complaint;
23   2.   Plaintiff's Motion for Allowance of Placement of Lis Pendens;
24   3.   Defendants' Response to plaintiff's Motion;
25   / / /
26   / / /

ORDER RE MOTION TO ALLOW PLACEMENT OF LIS
PENDENS AND MOTION FOR SANCTIONS - Page 1

SUSSMAN SHANK LLP
ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400
PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111
FACSIMILE (503) 248-0130

4. The Declaration of William G. Fig filed in support of Defendants' Response to plaintiff's Motion and in support of Defendants' CR 11 Motion for Sanctions and the exhibits attached thereto; and

5. Plaintiff's Supplemental Brief in Support of his Motion to Allow Placement of Lis Pendens and the attachment thereto

hereby ORDERS, ADJUDGES AND DECREES as follows:

(1) plaintiff's Motion to Allow Placement of Lis Pendens is DENIED. A lis pendens is not proper in this case because plaintiff's Amended Complaint does not contain any claim asserting any interest in, or affecting the title to, the property that is the subject of the lis pendens. See RCW 4.28.320.

(2) defendants' Motion for Sanctions against plaintiff under CR 11 is GRANTED. Defendants' counsel advised plaintiff, in writing, both before and after the filing of the motion, that plaintiff's motion was improper and not supported by Washington law. Plaintiff refused defendants' request to withdraw his motion. The court finds that plaintiff's Motion to Allow the Placement of Lis Pendens was not well grounded in fact and was not warranted by existing law or a good faith argument for the extension, modification, or reversal of existing law or the establishment of new law and, therefore, violated CR 11. Defendants are awarded sanctions against plaintiff in the amount of $1,500.00, defendants' reasonable costs incurred in responding to plaintiff's Motion.

Dated this ____ day of May, 2012.

_____
Superior Court Judge

Presented In Open Court By:

SUSSMAN SHANK LLP

By _____
William G. Fig, WSBA 33943
billf@sussmanshank.com
Attorneys for Defendants

F:\CLIENTS\20809\059\PLEADINGS\P- ORDER.DOC

ORDER RE MOTION TO ALLOW PLACEMENT OF LIS
PENDENS AND MOTION FOR SANCTIONS - Page 2

SUSSMAN SHANK LLP
ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400
PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111
FACSIMILE (503) 248-0130

CERTIFICATE OF SERVICE

THE UNDERSIGNED certifies:

1. My name is Karen D. Muir. I am a citizen of Washington County, state of Oregon, over the age of eighteen (18) years and not a party to this action.

2. On May 1, 2012, I caused to be delivered via first-class U.S. Mail, postage prepaid, and email a copy of: **(PROPOSED) ORDER RE PLAINTIFF'S MOTION FOR LIS PENDENS AND DEFENDANTS' MOTION FOR SANCTIONS RE MOTION FOR LIS PENDENS** to the interested parties of record, addressed as follows:

Joseph A. Connor III
1616 Liholiho Street #1502
Honolulu, HI 96822
Email: jaconnor3@netzero.net

I SWEAR UNDER PENALTY OF PERJURY that the foregoing is true and correct to the best of my knowledge, information, and belief.

_____
Karen D. Muir, Legal Assistant

ORDER RE MOTION TO ALLOW PLACEMENT OF LIS
PENDENS AND MOTION FOR SANCTIONS - Page 3

SUSSMAN SHANK LLP
ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400
PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111
FACSIMILE (503) 248-0130