**<u>Exhibit H</u>**

**Ferry County Superior Court**
**The Honorable Allen C. Nielson, Presiding**
**Kelley Shelton, Deputy Clerk**
**Motion Day * May 18, 2012**

10:02 AM Court is in session.

10:02 AM 11-2-00098-6 Joseph A. Connor III vs GMAC Mortgage, Llc et al
Motion to Vacate Sanctions
Present:    Pla Joe Connor, pro se, by Courtcall
            Atd William Fig, by Courtcall
The parties appear by Courtcall. Mr. Connor informs the Court that GMAC has filed for bankruptcy which he feels stays his claims. Mr. Connor makes an oral argument for vacation of sanctions. 10:08 AM Mr. Fig notes his objections to the motion. 10:10 AM Mr. Connor responds. 10:12 AM The Court denies the motion to vacate.


**Ferry County Superior Court**
**The Honorable Allen C. Nielson, Presiding**
**Kelley Shelton, Deputy Clerk**
**Motion Day * June 08, 2012**

10:02 AM Court is in session.

10:03 AM 11-2-00098-6 Joseph A. Connor III vs GMAC Mortgage, Llc et al
Motions for Summary Judgment & Sanctions & Presentation of Order
Present:    Atd Laurie Haeker obo William Fig, by Courtcall
Ms. Haeker appears by Courtcall. Mr. Connor fails to appear. Ms. Haeker presents her proposed order orally. She makes her motion for partial summary judgment as to her second claim for relief. Ms. Haeker recites contacts with Mr. Connor and asserts he was aware of this hearing. The Court grants sanctions and partial summary judgment. A declaration of costs and attorney fees needs to be submitted before an order for them will be signed. Order signed.