**<u>Exhibit I</u>**

State of Washington )
                    ) ss
County of Ferry     )

I, JEAN BOOHER, County Clerk and Ex-Officio Clerk of
the Superior Court of the State of Washington, for Ferry County,
holding session at Republic, do hereby certify that the foregoing
is a true and correct copy of the original as the same appears on
file and of record in my office. IN WITNESS WHEREOF I have
hereunto set my hand and affixed the seal of said Court this

_____9th_____ day of ___July 2012___,

JEAN BOOHER
County Clerk, Ferry County, Sate of Washington

By _____ Deputy

The Honorable Allen Nielson
Hearing Date: June 8, 2012
Hearing Time: 10:00 a.m.
Ferry County

FILED CLERKS OFFICE
FERRY COUNTY

MAY 18 2012
12:46pm
JEAN BOOHER

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON

FOR THE COUNTY OF FERRY

| | |
|---|---|
| JOSEPH A. CONNOR, III, | Case No. 11-2-00098-6 |
| Plaintiffs, | (PROPOSED) ORDER RE PLAINTIFF'S MOTION FOR LIS PENDENS AND DEFENDANTS' MOTION FOR SANCTIONS RE MOTION FOR LIS PENDENS |
| v. | |
| GMAC MORTGAGE, LLC, et. al. | |
| Defendants. | |

On April 27, 2012, plaintiff's Motion to Allow Placement of Lis Pendens and defendants' CR 11 Motion for Sanctions relating to plaintiff's motion came before the court. Defendants were represented by and appeared through their counsel, William G. Fig. Plaintiff did not appear at the hearing. The court, having heard the oral argument of defendants' counsel, being fully advised, and having considered the following pleadings:

1.  Plaintiff's Amended Complaint;

2.  Plaintiff's Motion for Allowance of Placement of Lis Pendens;

3.  Defendants' Response to plaintiff's Motion;

///

///

ORDER RE MOTION TO ALLOW PLACEMENT OF LIS
PENDENS AND MOTION FOR SANCTIONS - Page 1

SUSSMAN SHANK LLP
ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400
PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111
FACSIMILE (503) 248-0130

- 367 -

1      4.    The Declaration of William G. Fig filed in support of Defendants' Response

2          to plaintiff's Motion and in support of Defendants' CR 11 Motion for

3          Sanctions and the exhibits attached thereto; and

4      5.    Plaintiff's Supplemental Brief in Support of his Motion to Allow Placement

5          of Lis Pendens and the attachment thereto

6      hereby ORDERS, ADJUDGES AND DECREES as follows:

7      (1) plaintiff's Motion to Allow Placement of Lis Pendens is DENIED.   A lis

8  pendens is not proper in this case because plaintiff's Amended Complaint does not

9  contain any claim asserting any interest in, or affecting the title to, the property that is

10  the subject of the lis pendens. See RCW 4.28.320.

11      (2) defendants' Motion for Sanctions against plaintiff under CR 11 is GRANTED.

12  Defendants' counsel advised plaintiff, in writing, both before and after the filing of the

13  motion, that plaintiff's motion was improper and not supported by Washington law.

14  Plaintiff refused defendants' request to withdraw his motion.   The court finds that

15  plaintiff's Motion to Allow the Placement of Lis Pendens was not well grounded in fact

16  and was not warranted by existing law or a good faith argument for the extension,

17  modification, or reversal of existing law or the establishment of new law and, therefore,

18  violated CR 11.   Defendants are awarded sanctions against plaintiff in the amount of

19  $1,500.00, defendants' reasonable costs incurred in responding to plaintiff's Motion.

20      Dated this *18* day of May, 2012.

21

22  Presented In Open Court By:          Superior Court Judge      Allen C. Nielson

23  SUSSMAN SHANK LLP

24  By /s/ William G. Fig

25      William G. Fig, WSBA 33943
        billf@sussmanshank.com
        Attorneys for Defendants

26

SUSSMAN SHANK LLP
ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400
PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111
FACSIMILE (503) 248-0130

<div style="text-align:center">

## CERTIFICATE OF SERVICE

</div>

1    THE UNDERSIGNED certifies:

2    1.    My name is Karen D. Muir.  I am a citizen of Washington County, state of

3    Oregon, over the age of eighteen (18) years and not a party to this action.

4    2.    On May 1, 2012, I caused to be delivered via first-class U.S. Mail, postage

5    prepaid, and email a copy of: **(PROPOSED) ORDER RE PLAINTIFF'S MOTION FOR**

6    **LIS PENDENS AND DEFENDANTS' MOTION FOR SANCTIONS RE MOTION FOR**

7    **LIS PENDENS** to the interested parties of record, addressed as follows:

8
> Joseph A. Connor III
> 1616 Liholiho Street #1502
> Honolulu, HI  96822
> Email:  jaconnor3@netzero.net

9    I SWEAR UNDER PENALTY OF PERJURY that the foregoing is true and correct

10    to the best of my knowledge, information, and belief.

<div style="margin-left:35%">

/s/ Karen D. Muir
Karen D. Muir, Legal Assistant

</div>

ORDER RE MOTION TO ALLOW PLACEMENT OF LIS
PENDENS AND MOTION FOR SANCTIONS - Page 3

SUSSMAN SHANK LLP
ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400
PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111
FACSIMILE (503) 248-0130