**Exhibit J**

                                                      The Honorable Allen Nielson
Noted for Presentment: August 31, 2012
Hearing Time: 10:00 a.m.
Ferry County

## IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON

## FOR THE COUNTY OF FERRY

| | |
|---|---|
| JOSEPH A. CONNOR, III, | Case No. 11-2-00098-6 |
| Plaintiffs, | NOTICE OF PRESENTMENT |
| v. | |
| GMAC MORTGAGE, LLC, et. al. | |
| Defendants. | |

TO:   Plaintiff

AND THE: Clerk of Court

Please note that the undersigned attorney(s) will present for hearing by the Court the following Order at the date and time indicated:

    Judge :          The Honorable Allen Nielson
    Time :          10:00 a.m.
    Date:           August 31, 2012
    Motion Type:  Presentment of Supplemental Order re Plaintiff's Motions for Sanctions

Dated this 9th day of August, 2012.

                SUSSMAN SHANK LLP

                By _____
                   William G. Fig, WSBA 33943
                   billf@sussmanshank.com
                   Attorneys for Defendants

F:\CLIENTS\20809\059\PLEADINGS\P- NOTICE OF PRESENTMENT - SUPPLEMENTAL SANCTIONS ORDER.DOC

NOTICE OF PRESENTMENT - Page 1

SUSSMAN SHANK LLP
ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400
PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111
FACSIMILE (503) 248-0130

<u>CERTIFICATE OF SERVICE</u>

THE UNDERSIGNED certifies:

1. My name is Karen D. Muir. I am a citizen of Washington County, state of Oregon, over the age of eighteen (18) years and not a party to this action.

2. On August 9, 2012, I caused to be delivered via **first-class U.S. Mail, postage prepaid, and email** a copy of: **NOTICE OF PRESENTMENT** to the interested parties of record, addressed as follows:

> Joseph A. Connor III
> PO Box 1474
> Cobb, CA  95426
> Email: jaconnor3@netzero.net

I SWEAR UNDER PENALTY OF PERJURY that the foregoing is true and correct to the best of my knowledge, information, and belief.

_____
Karen D. Muir, Legal Assistant

NOTICE OF PRESENTMENT - Page 2

SUSSMAN SHANK LLP
ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400
PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111
FACSIMILE (503) 248-0130

1
2
3
4
5
6
7

The Honorable Allen Nielson
Noted For Presentment: August 31, 2012
Hearing Time: 10:00 a.m.
Ferry County

8  IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON

9  FOR THE COUNTY OF FERRY

10 JOSEPH A. CONNOR, III,                )   Case No. 11-2-00098-6
11         Plaintiffs,                   )   (PROPOSED) SUPPLEMENTAL
                                         )   ORDER RE PLAINTIFF'S MOTIONS
12  v.                                   )   FOR SANCTIONS
                                         )
13 GMAC MORTGAGE, LLC, et. al.           )
                                         )
14         Defendants.                   )

15

16    On or about June 8, 2012, defendants' Motion for Summary Judgment to dismiss
17 plaintiff's Second Claim for Relief and Motion for Sanctions came before the court. The
18 court granted defendants' motions and requested that defendants submit proof to
19 substantiate an amount of sanctions. On or about June 15, 2012, per the court's
20 instruction, defendants' counsel filed an attorney fee affidavit with the court evidencing
21 that defendants incurred $3,423.50 in costs and fees incurred in dealing with plaintiff's
22 erroneously filed Second Claim for Relief.

23    The court, finding that the affidavit and attached exhibits filed by defendants
24 properly and adequately evidences the amount of time spent by defendants in
25 responding to plaintiff's Second Claim for Relief, and the court further finding that the
26 amount of time spent by defendants' counsel related to plaintiff's Second Claim for

SUPPLEMENTAL ORDER RE SECOND MOTION FOR
SANCTIONS - Page 1

SUSSMAN SHANK LLP
ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400
PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111
FACSIMILE (503) 248-0130

1  Relief was reasonable and necessary and that the charges for the time were also
2  reasonable and necessary, the court hereby

3  **ORDERS, ADJUDGES, AND DECREES** as follows:

4  (1) Defendants are awarded sanctions against plaintiff in the amount of
5  $3,423.50, which reflects defendants' reasonable costs incurred in responding to
6  plaintiff's Second Claim for Relief.

7  (2) Judgment shall be entered against plaintiff and in favor of defendants in the
8  amount of $4,923.50, the total amount of the two sanction awards against plaintiff.

9  Dated this ___ day of August, 2012.

10
11
12                                                    _____
                                                       Superior Court Judge
12  Presented In Open Court By:
13  SUSSMAN SHANK LLP
14  By _____
15  William G. Fig, WSBA 33943
    billf@sussmanshank.com
    Attorneys for Defendants
16
17  F:\CLIENTS\20809\059\PLEADINGS\P- ORDER RE SANCTIONS.DOC

18
19
20
21
22
23
24
25
26

SUPPLEMENTAL ORDER RE SECOND MOTION FOR
SANCTIONS - Page 2

SUSSMAN SHANK LLP
ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400
PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111
FACSIMILE (503) 248-0130

| | |
|---|---|
| 1 | CERTIFICATE OF SERVICE |
| 2 | THE UNDERSIGNED certifies: |
| 3 | 1.  My name is Karen D. Muir. I am a citizen of Washington County, state of |
| 4 | Oregon, over the age of eighteen (18) years and not a party to this action. |
| 5 | 2.  On August 9, 2012, I caused to be delivered via first-class U.S. Mail, |
| 6 | postage prepaid, and email a copy of: **(PROPOSED) SUPPLEMENTAL ORDER RE** |
| 7 | **PLAINTIFF'S MOTIONS FOR SANCTIONS** to the interested parties of record, |
| 8 | addressed as follows: |
| 9 | Joseph A. Connor III |
| 10 | PO Box 1474
Cobb, CA  95426 |
| 11 | Email: jaconnor3@netzero.net |
| 12 | I SWEAR UNDER PENALTY OF PERJURY that the foregoing is true and correct |
| 13 | to the best of my knowledge, information, and belief. |
| 14 | |
| 15 | Karen D. Muir, Legal Assistant |

SUPPLEMENTAL ORDER RE SECOND MOTION FOR
SANCTIONS - Page 3

SUSSMAN SHANK LLP
ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400
PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111
FACSIMILE (503) 248-0130