# **Exhibit K**

**Exhibit K**

|   |   |
|---|---|
| 1 | The Honorable Allen Nie... |
| 2 | Noted For Presentment: August 31, 2012 |
|   | Hearing Time: 10:00 a.m. |
| 3 | Ferry County |

COPY
ORIGINAL FILED

AUG 31 2012

CLERK'S OFFICE
FERRY COUNTY

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON

FOR THE COUNTY OF FERRY

| JOSEPH A. CONNOR, III, | ) | Case No. 11-2-00098-6 |
|---|---|---|
| Plaintiffs, | ) | ~~(PROPOSED)~~ SUPPLEMENTAL ORDER RE PLAINTIFF'S MOTIONS FOR SANCTIONS |
| v. | ) | |
| GMAC MORTGAGE, LLC, et. al. | ) | |
| Defendants. | ) | |

On or about June 8, 2012, defendants' Motion for Summary Judgment to dismiss plaintiff's Second Claim for Relief and Motion for Sanctions came before the court. The court granted defendants' motions and requested that defendants submit proof to substantiate an amount of sanctions. On or about June 15, 2012, per the court's instruction, defendants' counsel filed an attorney fee affidavit with the court evidencing that defendants incurred $3,423.50 in costs and fees incurred in dealing with plaintiff's erroneously filed Second Claim for Relief.

The court, finding that the affidavit and attached exhibits filed by defendants properly and adequately evidences the amount of time spent by defendants in responding to plaintiff's Second Claim for Relief, and the court further finding that the amount of time spent by defendants' counsel related to plaintiff's Second Claim for

SUPPLEMENTAL ORDER RE SECOND MOTION FOR
SANCTIONS - Page 1

SUSSMAN SHANK LLP
ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400
PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111
FACSIMILE (503) 248-0130

1  Relief was reasonable and necessary and that the charges for the time were also
2  reasonable and necessary, the court hereby
3  **ORDERS, ADJUDGES, AND DECREES** as follows:
4  (1) Defendants are awarded sanctions against plaintiff in the amount of
5  $3,423.50, which reflects defendants' reasonable costs incurred in responding to
6  plaintiff's Second Claim for Relief.
7  (2) Judgment shall be entered against plaintiff and in favor of defendants in the
8  amount of $4,923.50, the total amount of the two sanction awards against plaintiff.
9  Dated this 31st day of August, 2012.

Allen C. Nielson
Superior Court Judge

Presented In Open Court By:
SUSSMAN SHANK LLP

By _____
William G. Fig, WSBA 33943
billf@sussmanshank.com
Attorneys for Defendants

F:\CLIENTS\20809\059\PLEADINGS\P- ORDER RE SANCTIONS.DOC

SUPPLEMENTAL ORDER RE SECOND MOTION FOR
SANCTIONS - Page 2

SUSSMAN SHANK LLP
ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400
PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111
FACSIMILE (503) 248-0130

# CERTIFICATE OF SERVICE

1. THE UNDERSIGNED certifies:

1. My name is Karen D. Muir. I am a citizen of Washington County, state of Oregon, over the age of eighteen (18) years and not a party to this action.

2. On August 9, 2012, I caused to be delivered via first-class U.S. Mail, postage prepaid, and email a copy of: **(PROPOSED) SUPPLEMENTAL ORDER RE PLAINTIFF'S MOTIONS FOR SANCTIONS** to the interested parties of record, addressed as follows:

Joseph A. Connor III
PO Box 1474
Cobb, CA 95426
Email: jaconnor3@netzero.net

I SWEAR UNDER PENALTY OF PERJURY that the foregoing is true and correct to the best of my knowledge, information, and belief.

_____
Karen D. Muir, Legal Assistant

SUPPLEMENTAL ORDER RE SECOND MOTION FOR
SANCTIONS - Page 3

SUSSMAN SHANK LLP
ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400
PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111
FACSIMILE (503) 248-0130