**<u>Exhibit L</u>**

# SUSSMAN SHANK LLP

## ATTORNEYS AT LAW



**William G. Fig**
Attorney • Admitted in Oregon & Washington

*direct line:* 503.243.1656
billf@sussmanshank.com

1000 SW Broadway • Suite 1400
Portland, Oregon  97205-3089

503.227.1111 or 800.352.7078
*fax:* 503.248.0130
www.sussmanshank.com

October 3, 2012

The Honorable Allen Nielson
215 South Oak Street, Room 209
Colville, WA  99114

     Re:    Connor v. GMACM, et al
               Ferry County Superior Court Case No. 11-2-00098-6
               Our File No. 20809-059

Dear Judge Nielson:

As you may remember, I represent the defendants in the above-referenced matter. Mr. Connor, the plaintiff, filed a motion in GMAC Mortgage, LLC's ("GMACM") bankruptcy action regarding Orders entered in the state court matter after GMACM's May 14, 2012 Chapter 11 bankruptcy filing.  Mr. Connor's position appears to be that he was not able to protect his interests in the state court action because of the bankruptcy stay.  I wanted to advise the court that, in order to ensure complete fairness to Mr. Connor, a *pro se* litigant, and in an abundance of caution, GMACM's bankruptcy counsel is asking the bankruptcy court for relief from the bankruptcy stay so that I may file a motion to vacate the post-bankruptcy orders entered in the state court action and to re-submit the motions and orders on behalf of the non-bankrupt defendants.  We should be filing such a motion in the state court action in the next 7 to 10 days and, hopefully, the above explanation will minimize any confusion regarding defendants' anticipated motion.

Please have your clerk contact me with any questions.

                  Very truly yours,

                  SUSSMAN SHANK LLP

                  William G. Fig

WGF:wgf
c:    Joseph Connor
       Client (via email)
F:\WDOCS\CLNTFLS\20809\059\CORR\00170680.DOC