## EXHIBIT 1

**Scoliard Declaration**

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:     (212) 468-8000
Facsimile:     (212) 468-7900
Gary S. Lee
Norman Rosenbaum

*Counsel for the Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

––––––––––––––––––––––––––––––––––––––––    )
                                             )
In re:                                       )    Case No. 12-12020 (MG)
                                             )
RESIDENTIAL CAPITAL, LLC, et al.,            )    Chapter 11
                                             )
                         Debtors.            )    Jointly Administered
                                             )
–––––––––––––––––––––––––––––––––––––––––    )

**DECLARATION OF JENNIFER SCOLIARD, IN HOUSE SENIOR BANKRUPTCY
COUNSEL AT RESIDENTIAL CAPITAL, LLC, IN SUPPORT OF DEBTORS'
OBJECTION TO KENNETH TAGGART'S (I) "MOTION FOR STAY TO ORDER
REGARDING LIMITED RELIEF FROM STAY" UNTIL ORDER ON "MOTION TO
VOID PLEADINGS & SANCTIONS DUE TO VIOLATION OF BANKRUPTCY CODE"
IS ISSUED BY THE COURT AND (II) AMENDED MOTION TO VOID PLEADINGS &
SANCTIONS DUE TO VIOLATION OF BANKRUPTCY CODE AND (III) MOTION TO
REMOVE MORTGAGE LOAN ALLEGED BY KENNETH TAGGART FROM ASSETS
OF GMAC MORTGAGE, LLC & MOTION TO PROVE OWNERSHIP OF
MORTGAGE ASSETS (MORTGAGES & NOTES) KENNETH TAGGART DISPUTE
ASSET(S) OF GMAC MORTGAGE, LLC**

I, Jennifer Scoliard, declare as follows:

1.      I serve as In-House Senior Bankruptcy Counsel in the Legal Department

at Residential Capital, LLC ("**ResCap**"), a limited liability company organized under the laws of

the state of Delaware and the parent of the other debtors and debtors in possession in the above-

captioned Chapter 11 cases (collectively, the "**Debtors**").  I have been ResCap's In-House

Bankruptcy counsel since September 2010.  On October 1, 2012, I was promoted to Senior

Counsel.  Prior to September 2010, I served in various legal roles supporting GMAC Mortgage,

LLC ("**GMAC Mortgage**") from January 2008 to September 2010.  I joined ResCap in January

2008.  In my role as In-House Senior Bankruptcy Counsel at ResCap, I am responsible for the

management of all non-routine bankruptcy litigation nationwide, including contested bankruptcy

matters.  I am authorized to submit this declaration (the "**Declaration**") in support of the

*Debtors' Objection to Kenneth Taggart's (i) "Motion for Stay to Order Regarding Limited Relief*

*from Stay" Until Order on "Motion to Void Pleadings & Sanctions Due to Violation of*

*Bankruptcy Code" is Issued by the Court; (ii) Amended Motion to Void Pleadings & Sanctions*

*Due to Violation of Bankruptcy Code and (iii) Motion to Remove Mortgage Loan alleged by*

*Kenneth Taggart from Assets of GMAC Mortgage, LLC & Motion to Prove Ownership of*

*Mortgage Assets (Mortgages & Notes) Kenneth Taggart Dispute Asset(s) of GMAC Mortgage,*

*LLC* (the "**Objection**").[1]

       2.      In my capacity as In-House Senior Bankruptcy Counsel, I am generally

familiar with the Debtors' litigation matters, including the Foreclosure Proceeding and related

proceedings involving Mr. Taggart.  Except as otherwise indicated, all statements in this

Declaration are based upon my personal knowledge; information supplied or verified by

personnel in departments within the Debtors' various business units; my review of the Debtors'

litigation case files, books and records as well as other relevant documents; my discussions with

other members of the Legal Department; information supplied by the Debtors' consultants; or

my opinion based upon experience, expertise, and knowledge of the Debtors' litigation matters,

financial condition and history.  In making my statements based on my review of the Debtors'

litigation case files, books and records, relevant documents, and other information prepared or

---

[1]  Capitalized terms used herein and not otherwise defined shall have the meaning ascribed to them in the Objection.

collected by the Debtors' employees or consultants, I have relied upon these employees and

consultants accurately recording, preparing, collecting, or verifying any such documentation and

other information.  If I were called to testify as a witness in this matter, I would testify

competently to the facts set forth herein.

3.      The Foreclosure Proceeding stems from a foreclosure proceeding by

GMAC Mortgage in connection with a mortgage and loan (the "**Taggart Loan**") on the property

known as 521 Cowpath Rd, Telford, PA 18969 (the "**Property**").  The Property is comprised of

three residential units.  GMAC Mortgage is the servicer of the Taggart Loan.

4.      The Property is an investment property and, as far as I have been able to

ascertain, is not Mr. Taggart's primary residence.

Pursuant to 28 U.S.C. § 746, I declare under penalty of perjury that the foregoing

is true and correct.

Dated:  October 3, 2012


                                        */s/ Jennifer Scoliard*
                                        Jennifer Scoliard
                                        In-House Senior Bankruptcy Counsel for
                                        Residential Funding, LLC