# **EXHIBIT 2**

**Order Extending Deadlines in Foreclosure Proceeding**

# IN THE COURT OF COMMON PLEAS OF MONTGOMERY COUNTY, PENNSYLVANIA

| | |
|---|---|
| GMAC Mortgage, LLC,            : | |
| Plaintiff,                     : | |
| v                              : | |
| Kenneth J. Taggart, *Pro Se*,  : | CIVIL DIVISION |
| Defendant/Third Party Plaintiff,: | No. 09-25338 |
| v                              : | |
| LBA Financial Group, LLC,      : | |
| Third Party Defendant,         : | |
| v.                             : | |
| Eagle Nationwide Mortgage Company, : | |
| Third Party Defendant.         : | |

## ORDER GRANTING EXTENSION OF PENDING DEADLINES DUE TO OUTSTANDING BANKRUPTCY MATTER

AND NOW, this 17th day of July, 2012, upon consent of the parties, as represented by Plaintiff's counsel by communications to Chambers on July 16, 2012, the Motion is hereby GRANTED, such that currently pending deadlines in this matter are temporarily stayed until further order of the Court. Counsel for Plaintiff is instructed to inform the Court of the result of the pending Bankruptcy determination on or before August 16, 2012, upon which the Court shall issue any necessary scheduling order.

BY THE COURT:

_____ J

2009-25338-0295
7/18/2012 12 07 07 PM
Order
Receipt #71581398      1 ct    $0 00
Mark Levy - Montgomery County Prothonotary