# **EXHIBIT 3**

**Foreclosure Proceeding Docket Report**

## Case Details

| | |
|---|---|
| Case Number | 2009-25338 |
| Commencement Date | 8/14/2009 |
| Case Type | Complaint in Mort Foreclosures |
| PFA Number | |
| Caption Plaintiff | GMAC MORTGAGE LLC |
| Caption Defendant | TAGGART, KENNETH |
| Lis Pendens Indicator | No |
| Status | 5 - OPEN/ON APPEAL |
| Judge | TILSON |
| Parcel Number | |
| Remarks | MORT BK# 12440 PG 01519 |
| Sealed | No |
| Interpreter Needed | |

Docket Date Range: Docket Entries

## Plaintiffs

| Name | Address | Country | Counsel | Notify | Sequence |
|---|---|---|---|---|---|
| GMAC MORTGAGE LLC | 1100 VIRGINIA DRIVE<br>PO BOX 8300<br>FORT WASHINGTON, PA 19034 UNITED STATES | UNITED STATES | MCGUINNESS, JAIME<br>GUERIN, MARIA T | Yes | 1 |

## Defendants

| Name | Address | Country | Counsel | Notify | Sequence |
|---|---|---|---|---|---|
| TAGGART, KENNETH | 45 HERON RD<br>HOLLAND, PA 18966 UNITED STATES | UNITED STATES | | No | 1 |
| EAGLE NATIONWIDE MORTGAGE CO | 789 EAST LANCASTER AVE<br>STE 201<br>VILLANOVA, PA 19085 UNITED STATES | UNITED STATES | DIXON, E A JR<br>BONEKEMPER, ANDREW W<br>MENKOWITZ, MICHAEL G | Yes | 2 |
| LBA FINANCIAL LLC | 970 LOUCKS RD<br>YORK, PA 17404 UNITED STATES | UNITED STATES | | Yes | 3 |
| TAGGART, KENNETH J | 45 HERON RD<br>HOLLAND, PA 18966 UNITED STATES | UNITED STATES | | Yes | 4 |

## Garnishees

## Other Party Types

## Dockets

| Seq. | Filing Date | Docket Type | Docket Text | Sealed |
|---|---|---|---|---|
| 0 | 8/14/2009 | Complaint In Mortgage Foreclosure | MORT BK# 12440 PG 01519 | No |
| 1 | 9/1/2009 | (Internal Use Only) Served | KENNETH TAGGART ON 8/24/09 BUCKS CO | No |
| 2 | 9/9/2009 | (Internal Use Only) Not Found as to | KENNETH TAGGART ON 9/2/09 | No |
| 3 | 9/8/2009 | Praec for | VERIFICATION TO COMPLT IN MORTGAGE FORECLOSURE | No |

| | | | | |
|---|---|---|---|---|
| | | Substitution of | | |
| 4 | 9/8/2009 | Affidavit/Certificate of Service of | PLTFS PRAE TO ATTACH VERIFICATION ON 9/4/2009 | No |
| 5 | 9/11/2009 | Answer to Complaint By | DEFT | No |
| 6 | 9/14/2009 | Counterclaim of | DEFT | No |
| 7 | 10/1/2009 | Amended Pleading | COUNTERCLAIM BY DEFT | No |
| 8 | 10/1/2009 | Affidavit/Certificate of Service of | REQUEST TO AMEND COUNTERCLAIM & AMENDED COUNTERCLAIM ON 10/01/2009 | No |
| 9 | 10/19/2009 | Entry of Appearance | OF BRIAN FLEISCHER FOR PLTF | No |
| 10 | 10/30/2009 | Preliminary Objections of | PLTF | No |
| 11 | 10/30/2009 | Affidavit/Certificate of Service of | PRELIMINARY OBJECTIONS TO AMENDED COUNTERCLAIM AND NEW MATTER ON 10/29/2009 | No |
| 12 | 11/18/2009 | Amended Pleading | (2ND COUNTER CLAIM) AGNST GMAC MORTGAGE LLC ET AL | No |
| 13 | 11/18/2009 | Answer to Preliminary Objections by | DEFT KENNETH TAGGART | No |
| 14 | 11/25/2009 | Praec for Writ to Join Additional Defendant | EAGLE NATIONWIDE MORTGAGE CO [789 EAST LANCASTER AVE, STE 201, VILLANOVA, PA 19085]; LBA FINANCIAL LLC [970 LOUCKS RD, YORK, PA 17404] | No |
| 15 | 12/9/2009 | Reply | TO DEFTS AMENDED COUNTERCLAIM WITH NEW MATTER BY PLTFS | No |
| 16 | 12/9/2009 | Affidavit/Certificate of Service of | REPLY ON 12/07/2009 | No |
| 17 | 12/29/2009 | Reply to New Matter | BY DEFT | No |
| 18 | 12/31/2009 | Petition | FOR EXTENSION OF TIME TO COMPLETE DISCOVERY PA RULE 248 | No |
| 19 | 12/31/2009 | Affidavit/Certificate of Service of | ANSWER TO NEW MATTER ON 12/29/2009 | No |
| 20 | 12/31/2009 | Affidavit/Certificate of Service of | PET FOR EXTENSION OF TIME TO COMPLETE DISCOVERY ON 12/31/2009 | No |
| 21 | 1/5/2010 | Rule | DATE ON 2/2/10 KEHS CA | No |
| 22 | 1/8/2010 | (Internal Use Only) Not Found as to | CBA FINANCIAL LLC ON 11/25/09 (YORK CO) | No |
| 23 | 1/21/2010 | Praec to Reinstate | | No |
| 24 | 2/9/2010 | Order | (SUR PET FOR EXTENSION OF TIME TO COMPLETE DISCOVERY) OF 2/7/10 SILOW,J PET IS STRICKEN CC | No |
| 25 | 2/19/2010 | (Internal Use Only) Served | EAGLE NATIONWIDE MORTGAGE CO ON 1/29/10 DELAWARE CO | No |
| 26 | 2/19/2010 | Affidavit/Certificate of Service of | FIRST SET OF INTERROGS ON 2/17/2010 | No |
| 27 | 3/16/2010 | Motion | TO FILE PETITION/MOTION FOR SPECIAL PRELIMINARY INJUNCTIVE RELIEF & ALL RELATED DOCS UNDER SEAL BY DEFT | No |
| 28 | 3/16/2010 | Petition | FOR EMERGENCY PRELIMINARY INJUNCTION OR SPECIAL INJUNCTION BY DEFT | No |
| 29 | 3/18/2010 | Order for Hearing | OF 3/17/10 KEHS, CA SCHEDULED FOR 3/19/10 CC | No |
| 30 | 3/18/2010 | Order for Hearing | OF 3/17/10 KEHS, CA SCHEDULED FOR 3/19/10 CC | No |
| 31 | 3/19/2010 | Affidavit/Certificate of Service of | COPY OF 10 DAY NOTICE ON 3/19/2010 | No |
| 32 | 3/23/2010 | Order | OF 3/22/10 MOORE,J MOT FOR EMERG PREL INJ IS DENIED; CC | No |
| 33 | 3/29/2010 | Entry of Appearance | OF CHARLES W PROCTOR III FOR DEFT EAGLE NATIONWIDE MORTGAGE CO | No |
| 34 | 3/29/2010 | Entry of Appearance | OF E A DISXON JR FOR DEFT EAGLE NATIONWIDE MORTGAGE CO | No |
| 35 | 3/29/2010 | Preliminary Objections of | DEFT | No |
| 36 | 3/29/2010 | Affidavit/Certificate of Service of | PREL OBJS ON 3/29/2010 | No |

| | | | | |
|---|---|---|---|---|
| 37 | 4/1/2010 | Petition | FOR RECONSIDERATION BY DEFT KENNETH TAGGART | No |
| 38 | 4/1/2010 | Affidavit/Certificate of Service of | RECONSIDERATION OF PETITION ON 4/1/2010 | No |
| 39 | 4/1/2010 | Petition | FOR RECONSIDERATION BY DEFT | No |
| 40 | 4/1/2010 | Affidavit/Certificate of Service of | NOTICE ON 04/01/2010 | No |
| 41 | 4/7/2010 | Petition | FOR EXTENSION OF TIME TO COMPLETE DISCOVERY-PA RULE 248 BY DEFT | No |
| 42 | 4/7/2010 | Affidavit/Certificate of Service of | PETITION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY AND NOTICE ON 4/7/2010 | No |
| 43 | 4/7/2010 | Motion | TO COMPEL DISCOVERY BY DEFT | No |
| 44 | 4/7/2010 | Affidavit/Certificate of Service of | MOTION TO COMPEL DISCOVERY ON 4/7/2010 | No |
| 45 | 4/7/2010 | Affidavit/Certificate of Service of | FIRST SET OF DOCUMENTS DIRECTED TO EAGLE NATIONWIDE MORTGAGE ON 4/7/2010 | No |
| 46 | 4/7/2010 | Affidavit/Certificate of Service of | FIRST SET OF INTERROGS DIRECTED TO EAGLE NATIONWIDE MORTGAGE COMPANY ON 4/7/2010 | No |
| 47 | 4/9/2010 | Rule | DATE ON 5/11/10 KEHS, CA | No |
| 48 | 4/9/2010 | Rule | DATE ON 5/11/10 KEHS, CA | No |
| 49 | 4/12/2010 | Order | OF 4/7/10 MOORE,J PET FOR RECONSIDERATION FOR DEFTS MOT TO FILE PET/MOT FOR SPECIAL PREL INJUNCTIVE RELIEVE & ALL RELATED DOCS UNDER SEAL IS HEREBY DENIED; CC | No |
| 50 | 4/22/2010 | Notice of Appeal and Service of Notice to | SUPERIOR COURT | No |
| 51 | 4/22/2010 | Affidavit/Certificate of Service of | NOTICE OF APPEAL ON 4/22/2010 | No |
| 52 | 4/23/2010 | Notice of Appeal and Service of Notice to | SUPERIOR COURT | No |
| 53 | 4/23/2010 | Affidavit/Certificate of Service of | NOTICE OF APPEAL ON 4/23/2010 | No |
| 54 | 4/21/2010 | Objection/Opposition | GMAC MORTGAGE LLC | No |
| 55 | 4/21/2010 | Affidavit/Certificate of Service of | PLTFS OPPOSITION TO DEFTS MOTION FOR RECONSIDERATION ON 4/20/2010 | No |
| 56 | 4/27/2010 | Higher Court Appeal Docket | SUPERIOR COURT OF PA 1104 EDA 2010 | No |
| 57 | 4/27/2010 | Higher Court Appeal Docket | SUPERIOR COURT OF PA 1105 EDA 2010 | No |
| 58 | 4/28/2010 | Amended Pleading | AMENDED COUNTERCLAIM | No |
| 59 | 4/28/2010 | Affidavit/Certificate of Service of | ANSWER AND AMENDED COMPLAINT ON 4/28/2010 | No |
| 60 | 4/28/2010 | Answer to Preliminary Objections by | KENNETH J TAGGART | No |
| 61 | 5/11/2010 | Motion | TO COMPEL DISCOVERY BY DEFT | No |
| 62 | 5/11/2010 | Affidavit/Certificate of Service of | MOTION TO COMPEL DISCOVERY ON 5/11/2010 | No |
| 63 | 5/11/2010 | Objection/Opposition | GMAC MORTGAGE LLC | No |
| 64 | 5/17/2010 | Rule | DATE ON 6/22/10 KEHS, CA | No |
| 65 | 5/20/2010 | Order | (SUR PET FOR EXTENSION TO COMPLETE DISCOVERY) OF 5/14/10 NICHOLAS,SJ PET IS STRICKEN CC | No |
| 66 | 5/20/2010 | Order | (SUR MOT TO COMPEL DISCOVERY) OF 5/14/10 NICHOLAS,J MOT IS STRICKEN CC | No |
| 67 | 5/21/2010 | Opinion | OF 5/21/10 MOORE J CC | No |
| 68 | 5/25/2010 | Testimony Taken Before | HON BERNARD A. MOORE ON 3/19/10 | No |

| | | | | |
|---|---|---|---|---|
| 69 | | 5/27/2010 | Service List/Record Documents | SENT TO SUPERIOR COURT OF PA | No |
| 70 | | 5/27/2010 | Papers forwarded to | SUPERIOR COURT OF PA BY CERTIFIED MAIL #7008 1830 0000 1642 4006 | No |
| 71 | | 6/3/2010 | Notice of Removal | TO UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PA | No |
| 72 | | 6/4/2010 | Notice | RETURNED CERTIFIED MAIL RECEIPTS | No |
| 73 | | 6/7/2010 | Returned Copy | | No |
| 74 | | 7/2/2010 | Appellate Court Notice | OF 6/30/10 ACTION IS REMANDED TO STATE COURT FROM WHICH IT WAS REMOVED US EASTERN DISTRICT COURT 10-2393 | No |
| 75 | | 7/14/2010 | Appellate Court Notice | OF 5/26/10 APPEAL IS QUASHED SUPERIOR COURT OF PA 1104 EDA 2010 | No |
| 76 | | 11/17/2010 | Petition | FOR EXTENSION OF TIME TO RESPOND TO DISCOVERY PA RULE 248 | No |
| 77 | | 11/17/2010 | Affidavit/Certificate of Service of | PETITION FOR EXTENSION OF TIME TO RESPOND TO DISCOVERY ON 11/17/2010 | No |
| 78 | | 11/18/2010 | Rule | ON DATE 1/10/11 KEHS, CA | No |
| 79 | | 12/6/2010 | Motion | OPPOSITION OBJECTION TO SERVE SUBPOENA TO GREENPOINT MORTGAGE INC & REQUEST FOR ORAL ARGUMENT BY KENNETH J TAGGART | No |
| 80 | | 12/6/2010 | Objection/Opposition | KENNETH J TAGGART | No |
| 81 | | 12/6/2010 | Affidavit/Certificate of Service of | MOTION OPPOSITION OBJECTION TO SERVE SUBPOENA TO GREENPOINT MORTGAGE INC & REQUEST FOR ORAL ARGUMENT ON 12/06/2010 | No |
| 82 | | 12/16/2010 | Affidavit/Certificate of Service of | RESPONSE TO REQUEST FOR ADMISSION ON 12/15/2010 | No |
| 83 | | 12/17/2010 | Motion | TO COMPEL BY PLTF | No |
| 84 | | 12/17/2010 | Memorandum of Law | BY PLTF | No |
| 85 | | 12/17/2010 | Praec for Argument | | No |
| 86 | | 12/17/2010 | Affidavit/Certificate of Service of | COVER SHEET, MOTION TO COMPEL, PROPOSED ORDER ON 12/16/2010 | No |
| 87 | | 12/20/2010 | Objection/Opposition | GMAC MORTGAGE LLC | No |
| 88 | | 12/20/2010 | Affidavit/Certificate of Service of | OPPOSITION TO DEFTS PETITION FOR EXTENTION OF TIME ON 12/17/2010 | No |
| 89 | | 12/30/2010 | Affidavit/Certificate of Service of | PLTFS COVER SHEET OF MOVING PARTY, PLTFS MOTION TO COMPEL AND PROPOSED ORDER ON 12/16/2010 | No |
| 90 | | 12/30/2010 | Motion | BY K TAGGART TO COMPEL DISCOVERY | No |
| 91 | | 12/30/2010 | Affidavit/Certificate of Service of | MOT TO COMPEL DISCOVERY ON 12/30/2010 | No |
| 92 | | 1/5/2011 | Rule | DATE ON 2/7/11 KEHS, CA | No |
| 93 | | 1/5/2011 | Rule | DATE ON 2/7/11 KEHS, CA | No |
| 94 | | 1/6/2011 | Affidavit/Certification of Service w/Rule Returnable | OF MOTION OPPOSITION TO SERVE SUPOENA TO GREENPOINT & ORAL ARGUMENT ON 01/06/2011 | No |
| 95 | | 1/6/2011 | Affidavit/Certification of Service w/Rule Returnable | OF MOTION TO COMPEL DISCOVERY FOR GMAC & ORAL ARGUMENT ON 01/06/2011 | No |
| 96 | | 1/7/2011 | Rule | DATE ON 2/14/11 KEHS, CA | No |
| 97 | | 1/13/2011 | Motion | TO COMPEL BY PLTF | No |
| 98 | | 1/13/2011 | Memorandum of Law | BY PLTF | No |
| 99 | | 1/13/2011 | Affidavit/Certificate of Service of | COVER SHEET OF MOVING PARTY, MOTION TO COMPEL, AND PROPOSED ORDER ON 1/12/2011 | No |
| 100 | | 1/13/2011 | Praec for Argument | BY PLTF | No |
| 101 | | 1/28/2011 | Rule | DATE ON 3/7/2011 KEHS, CA | No |
| 102 | E | 2/3/2011 | Brief | BY PLAINTIFF GMAC MORTGAGE, LLC | No |
| 103 | E | 2/3/2011 | Affidavit/Certificate of Service of | BRIEF IN OPPOSITION TO DEFENDANT'S MOTION TO COMPEL ON 02/03/2011 | No |

| | | | | |
|---|---|---|---|---|
| 104 | E | 2/3/2011 | Brief | BY PLAINTIFF GMAC MORTGAGE, LLC | No |
| 105 | E | 2/3/2011 | Affidavit/Certificate of Service of | PLAINTIFF'S BRIEF IN OPPOSITION TO DEFENDANT'S MOTION/OPPOSITION TO SERVE SUBPOENA ON 02/03/2011 | No |
| 106 | | 2/16/2011 | Motion | TO COMPEL DISCOVERY BY KENNETH TAGGART | No |
| 107 | | 2/16/2011 | Affidavit/Certificate of Service of | MOTION TO COMPEL ON 2/16/2011 | No |
| 108 | | 2/16/2011 | Affidavit/Certificate of Service of | COVER SHEET FOR MOTION TO COMPEL DISCOVERY WITH RULE RETURNABLE DATE ON 02/16/2011 | No |
| 109 | | 2/17/2011 | Rule | DATE ON 3/28/11 KEHS, CA | No |
| 110 | | 2/25/2011 | Order | (SUR PLAINTIFF MOTION TO COMPEL AND PROPOSED FORM OF ORDER ) OF 2/22/11 MOORE, J MOTION/PETITION STRICKEN WITHOUT PREJUDICE CC | No |
| 111 | E | 2/28/2011 | Affidavit/Certificate of Service of | ORDER STRIKING MOTION TO COMPEL WITHOUT PREJUDICE ON 02/28/2011 | No |
| 112 | E | 2/28/2011 | Motion | BY GMAC MORTGAGE LLC MOTION TO COMPEL AND DEEM PLAINTIFF'S FIRST SET OF REQUEST FOR ADMISSIONS AS ADMITTED | No |
| 113 | E | 2/28/2011 | Entry of Appearance | OF ALLISON L. DOMOWITCH, ESQUIRE FOR GMAC MORTGAGE, LLC | No |
| 114 | | 3/3/2011 | Rule | DATE ON 4/11/2011 KEHS CA | No |
| 115 | E | 3/3/2011 | Affidavit/Certificate of Service of | MOTION TO COMPEL AND RULE RETURN DATE ON 03/03/2011 | No |
| 116 | | 3/15/2011 | Order | (SUR MOT TO COMPEL DEFTS RESPONSES TO PLTF SECOND SET OF INTERROGS & DOCS REQUESTS & TO DEEM PLTFS FIRST SET OF REQUESTS FOR ADMISSIONS AS ADMITTED BY DEFT & PROPOSED FORM OF ORDER) OF 3/11/11 SILOW,J CC | No |
| 117 | E | 3/16/2011 | Affidavit/Certificate of Service of | ORDER STRIKING MOTION TO COMPEL WITHOUT PREJUDICE ON 03/15/2011 | No |
| 118 | E | 3/17/2011 | Motion | BY GMAC MORTGAGE LLC MOTION TO COMPEL DEFENDANT'S RESPONSES TO PLAINTIFF'S SECOND SET OF INTERROGATORIES AND DOCUMENT REQUESTS AND TO DEEM PLAINTIFF'S FIRST SET OF REQUEST FOR ADMISSIONS AS ADMITTED BY DEFENDANT | No |
| 119 | | 3/22/2011 | Rule | KEHS CA ON 5/2/2011 | No |
| 120 | E | 3/22/2011 | Affidavit/Certificate of Service of | MOTION TO COMPEL DISCOVERY RESPONSES AND DEEM REQUESTS FOR ADMISSION AS ADMITTED WITH RULE RETURN DATE ON 03/22/2011 | No |
| 121 | | 3/23/2011 | Praec for Argument | | No |
| 122 | | 3/23/2011 | Motion | FOR EXTENSION OF TIME TO FILE PRELIMINARY OBJECTIONS BY DEFT | No |
| 123 | | 3/23/2011 | Motion | FOR EXTENSION OF TIME TO ANSWER/RESPOND BY DEFT | No |
| 124 | | 3/23/2011 | Praec for Argument | | No |
| 125 | | 3/23/2011 | Affidavit/Certificate of Service of | MOTION FOR EXTENSION OF TIME TO FILE PRELIMINARY OBJECTIONS AND MOTION FOR EXTENSION OF TIME TO ANSWER/RESPOND ON 3/23/2011 | No |
| 126 | | 3/31/2011 | Order | OF 3/30/11 TILSON, J DEFENDANT OBJECTIONS TO SERVICE OF SUBPOENA ON GREENPOINT MORTGAGE INC OVERRULED CC | No |
| 127 | | 3/31/2011 | Order | OF 3/30/11 TILSON, J CC | No |
| 128 | | 4/1/2011 | Order | OF 4/1/11 DRAYER, S J MOTION TO COMPEL DISCOVERY GRANTED CC | No |
| 129 | | 4/4/2011 | Rule | KEHS CA ON 5/9/2011 | No |
| 130 | | 4/4/2011 | Rule | KEHS CA ON 5/9/2011 | No |
| 131 | | 4/4/2011 | Affidavit/Certificate of Service of | DEFT'S RESPONSE TO THE MOTION TO COMPEL DISCOVERY ON 03/31/2011 | No |
| 132 | | 4/6/2011 | Motion | DEFT KENNETH TAGGART FOR EXT OF TIME TO FILE PREL OBJS | No |
| 133 | | 4/6/2011 | Motion | BY DEFT KENNETH TAGGART FOR EXT OF TIME TO FILE ANS TO MOT TO COMPEL | No |
| 134 | | 4/14/2011 | Returned Copy | | No |
| 135 | E | 4/18/2011 | Affidavit/Certificate of Service of | APRIL 15, 2011 ORDER STRIKING PLAINTIFF'S MOTION TO COMPEL ON 04/18/2011 | No |
| 136 | | 4/19/2011 | Rule | KEHS CA ON 5/23/2011 | No |
| 137 | | 4/19/2011 | Rule | KEHS CA ON 5/23/2011 | No |
| 138 | | 4/19/2011 | Order | (SUR MOTION TO COMPEL DEFTS DISCOVERY RESPONSES AND TO DEEM REQUESTS FOR ADMISSIONS AS ADMITTED) OF 4/15/11 NICHOLAS, SJ MOTION IS STRICKEN WITHOUT PREJUDICE; CC | No |

| | | | | |
|---|---|---|---|---|
| 139 | 4/20/2011 | Affidavit/Certification of Service w/Rule Returnable | OF MOTION FOR EXTENSION OF TIME TO FILE PRELIMINARY OBJECTIONS ON 04/20/2011 | No |
| 140 | 4/20/2011 | Affidavit/Certification of Service w/Rule Returnable | OF MOTION FOR EXTENSION OF TIME TO ANSWER/RESPONSES AND DEEM REQUEST FOR ADMISSIONS AS ADMITTED ON 04/20/2011 | No |
| 141 | 4/27/2011 | Notice of Appeal and Service of Notice to | SUPERIOR COURT OF PENNSYLVANIA | No |
| 142 | 4/27/2011 | Affidavit/Certificate of Service of | NOTICE OF APPEAL ON 04/27/2011 | No |
| 143 | 4/27/2011 | Motion | FOR STAY OF ORDER FROM THE ORDER DATED 03/30/2011 PENDING APPEAL THAT WAS FILED 04/27/2011 NOTICE OF INTERLOCUTORY APPEAL FROM ORDER DATED 03/30/2011 GRANITING DISCOVERY REQUESTING DOCS FROM GREENPOINT MORTGAGE SERVICES BY KENNETH J TAGGART | No |
| 144 | 4/27/2011 | Praec to Change Address | OF DEFT KENNETH TAGGART | No |
| 145 | 4/28/2011 | Returned Copy | | No |
| 146 | 4/28/2011 | Returned Copy | | No |
| 147 | 4/28/2011 | Returned Copy | | No |
| 148 | 4/29/2011 | Preliminary Objections of | (DEFT KENNETH J TAGGART) TO GMAC MORTGAGE'S MOTION TO COMPEL DEFTS DISCOVERY RESPONSES & DEEM REQUESTS FOR ADMISSIONS AS ADMITTED | No |
| 149 | 4/29/2011 | Affidavit/Certificate of Service of | PRELIMINARY OBJECTIONS TO GMAC MORTGAGE'S MOTION TO COMPEL DEFTS DISCOVERY RESPONSES & DEEM REQUESTS FOR ADMISSIONS AS ADMITTED ON 04/29/2011 | No |
| 150 | 5/2/2011 | Miscellaneous | REQUEST A CONTINUANCE TO THE 05/02/2011 TIMEFRAME TO RESPOND TO GMAC MORTGAGE'S MOTION TO COMPEL AND MOTION TO DEEM REQUESTS FOR ADMISSIONS BY DEFT KENNETH J TAGGART | No |
| 151 | 5/3/2011 | Affidavit/Certificate of Service of | DEFTS REQUEST FOR A CONTINUANCE TO THE MAY 2 ,2011 TIME FRAME TO RESPONSE TO GMAC MOTION TO COMPEL ON 05/02/2011 | No |
| 152 | 5/9/2011 | Appellate Court Notice | OF 4/15/11 PETITION FOR ALLOWANCE OF APPEAL TREATED AS A PETITION FOR REVIEW IS DENIED SUPREME COURT OF PA 221 MM 2010 | No |
| 153 | 5/9/2011 | Higher Court Appeal Docket | SUPERIOR COURT OF PA 1144 EDA 2011 | No |
| 154 | 5/10/2011 | Received Record & | JUDGMENT ORDER FILED 10/6/10 APPEAL QUASHED SUPERIOR COURT OF PA 1105 EDA 2010 | No |
| 155 | 5/13/2011 | Appellate Court Notice | OF 4/15/11 PETITION FOR LEAVE TO FILE PETITION FOR ALLOWANCE OF APPEAL NUNC PRO TUNC TREATED AS A PETITION FOR LEAVE TO FILE A PETITION FOR REVIEW NUNC PRO TUNC IS DENIED SUPREME COURT OF PA 222 MM 2010 | No |
| 156 | 5/18/2011 | Order | OF 5/17/11 RE: PA RULE OF APPELLATE PROCEDURE 1925(B) TILSON, J COPIES SENT 5/17/11 | No |
| 157 | 5/18/2011 | Notice 236 Judgment Required Document Mailed | | No |
| 158 | 6/7/2011 | Statement | (CONCISE) OF MATTERS BY KENNETH J TAGGART | No |
| 159 | 6/7/2011 | Affidavit/Certificate of Service of | CONCISE STATEMENT OF MATTERS OF APPEAL AND ORDER ON 6/7/2011 | No |
| 160 | E 9/7/2011 | Praec for Argument | MATTER IS INTERLOCUTORY - PRAECIPE | No |
| 161 | 9/9/2011 | Praec for Argument | | No |
| 162 | E 9/9/2011 | Miscellaneous | CERTIFICATION OF SERVICE | No |
| 163 | 9/29/2011 | Motion | BY DEFT FOR EXTENSION OF TIME TO ANSWER/RESPOPND TO PRAECIPE FOR ARGUMENT ON MOTION TO COMPEL DEFT DISCOVERY RESPONSES AND DEEM REQUESTS FOR ADMISSIONS AS ADMITTED FILED ON 09/07/2011 AND CERTIFICATE OF SERVICE FILED 09/09/2011 | No |
| 164 | 9/29/2011 | Affidavit/Certificate of Service of | MOTION FOR EXTENSION OF TIME TO ANSWER/RESPOND FOR ARGUMENT ON MOTION TO COMPEL DEFTS DISCOVERY RESPONSES AND TO DEEM REQUESTS FOR ADMISSONS AS ADMITTED FILED ON 09/07/2011 AND CERTIFICATE OF SERVICE FILED 09/09/2011 ON 09/29/2011 TO BRIAN FLEICHSER, CHARLES PROCTOR, LBA FINANCIAL LLC | No |
| 165 | E 10/11/2011 | Objection/Opposition | BY GMAC MORTGAGE LLC TO DEFENDANT'S MOTION FOR EXTENSION OF TIME TO ANSWER/RESPOND TO PLAINTIFF'S MOTION TO COMPEL DISCOVERY RESPONSES AND REQUEST FOR ADMISSIONS | No |
| 166 | E 10/11/2011 | Miscellaneous | CERTIFICATION OF SERVICE | No |

| | | | | |
|---|---|---|---|---|
| 167 | E 11/28/2011 | Entry of Appearance | OF MICHAEL G. MENKOWITZ, ESQ. FOR EAGLE NATIONWIDE MORTGAGE CO | No |
| 168 | E 11/28/2011 | Entry of Appearance | OF ANDREW W. BONEKEMPER, ESQ. FOR EAGLE NATIONWIDE MORTGAGE CO | No |
| 169 | E 11/28/2011 | Withdrawal of Appearance of | CHARLES W. PROCTOR, III, ESQ. FOR EAGLE NATIONWIDE MORTGAGE CO. | No |
| 170 | 12/13/2011 | Appellate Court Notice | | No |
| 171 | 12/20/2011 | Order | OF 12/19/11 TILSON, J ARGUMENT SCHEDULED FOR 1/31/11 CC | No |
| 172 | 1/4/2012 | Order | OF 1/4/12 TILSON, J ARGUMENT SCHEDULED FOR 1/31/12 CC | No |
| 173 | E 1/4/2012 | Memorandum of Law | BY PLAINTIFF | No |
| 174 | E 1/4/2012 | Petition | BY GMAC MORTGAGE LLC FOR PETITION TO APPOINT RECEIVER | No |
| 175 | E 1/4/2012 | Affidavit/Certificate of Service of | ARGUMENT PREACIPE ON 01/04/2012 TO DEFENDANT | No |
| 176 | E 1/4/2012 | Affidavit/Certificate of Service of | PETITION ON 01/04/2012 TO DEFENDANT | No |
| 177 | E 1/5/2012 | Praec for Argument | MATTER IS INTERLOCUTORY - MOTION TO APPOINT RECEIVER | No |
| 178 | 1/23/2012 | Motion | FOR EXTENSION OF TIME TO ANSWER/RESPOND TO "MOTION TO APPOINT RECEIVER" FILED BY GMAC MORTGAGE INC DATED 1/4/12 & 1/5/12 BY KENNETH J TAGGART | No |
| 179 | E 1/26/2012 | Motion | BY GMAC MORTGAGE LLC TO COMPEL | No |
| 180 | 1/30/2012 | Rule | DATE ON MARCH 5, 2012 KEHS CA | No |
| 181 | E 1/30/2012 | Affidavit/Certificate of Service of | PLAINTIFF'S MOTION TO COMPEL RESPONSES TO SUBPOENA FROM GREENPOINT MORTGAGE ON 01/30/2012 TO GREENPOINT MORTGAGE, PLAINTIFF, AND THIRD PARTY DEFENDANTS | No |
| 182 | 1/31/2012 | Motion | TO STRIKE PRAECIPE FOR ARGUMENT BY GMAC MARTGAGE | No |
| 183 | 1/31/2012 | Praec to Withdraw | PRELIMINARY OBJECTIONS FILED BY KENNETH TAGGART DATED 04/29/2011 TO GMACS MOTION TO COMPEL DISCOVERY RESPONSES & REQUEST TO DEEM REQUESTS FOR ADMISSIONS AS ADMITTED | No |
| 184 | 2/3/2012 | Affidavit/Certificate of Service of | PRAECIPE TO WITHDRAW PRELIMINARY OBJECTIONS & ON 01/31/2012 TO BRIAN FLEISHER, CHRISTIAN MOFFITT, ANDREW BONEKEMPER, LBA FINANCIAL LLC | No |
| 185 | 2/9/2012 | Order | OF 2/7/12 TILSON, J MOTION TO COMPEL DISCOVERY GRANTED CC | No |
| 186 | 2/10/2012 | Rule | DATE ON 3/19/12 KEHS, CA | No |
| 187 | 2/16/2012 | Order | OF 2/15/12 TILSON, J RULE 212 CONFERENCE SCHEDULED FOR 3/14/12 CC | No |
| 188 | E 2/17/2012 | Affidavit/Certificate of Service of | PLAINTIFF'S RESPONSE TO DEFENDANT'S RULE TO SHOW CAUSE WHY THE MOVING PARTY IS NOT ENTITLED TO STRIKE PRAECIPE FOR ARGUMENT OF SEPTEMBER 7, 2011 ON 02/17/2012 TO KENNETH J. TAGGART, EAGLE NATIONWIDE, GREENPOINT MORTGAGE | No |
| 189 | E 2/17/2012 | Motion | BY GMAC MORTGAGE LLC MOTION TO COMPEL | No |
| 190 | E 2/17/2012 | Objection/Opposition | BY GMAC MORTGAGE LLC TO DEFENDANT'S RULE TO SHOW CAUSE WHY THE MOVING PARTY IS NOT ENTITLED TO STRIKE PRAECIPE FOR ARGUMENT OF SEPTEMBER 7, 2011 | No |
| 191 | E 2/17/2012 | Memorandum of Law | BY GMAC MORTGAGE, LLC | No |
| 192 | E 2/17/2012 | Affidavit/Certificate of Service of | MOTION TO COMPEL ON 02/17/2012 TO KENNETH J. TAGGART, EAGLE NATIONWIDE, GREENPOINT MORTGAGE | No |
| 193 | E 2/17/2012 | Entry of Appearance | OF AHMED M. SOLIMAN FOR PLAINTIFF | No |
| 194 | 2/17/2012 | Preliminary Objections of | DEFT | No |
| 195 | 2/17/2012 | Memorandum of Law | BY KENNETH TAGGART | No |
| 196 | 2/17/2012 | Affidavit/Certificate of Service of | PRELIMINARY OBJECTIONS AND SUPPORTING BRIEF COVER SHEET CERTIFICATE OF SERVICE ON 2/17/2012 TO SEE DOC | No |
| 197 | 2/21/2012 | Order | OF 2/17/12 TILSON, J MOTION FOR AN EXTENSION OF TIME TO ANSWER PLAINTIFF MOTION TO APPOINT RECEIVER DENIED CC | No |
| 198 | E 2/22/2012 | Answer/Response | BY GREENPOINT MORTGAGE TO RESPONSE TO PLAINTIFF GMAC MORTGAGE LLC'S MOTION TO COMPEL GREENPOINT MORTGAGE'S RESPONSE TO PLAINTIFF'S SUBPOENA FOR PRODUCTION OF DOCUMENTS | No |
| 199 | E 2/22/2012 | Affidavit/Certificate of Service of | RESPONSE TO PLAINTIFF GMAC MORTGAGE LLC'S MOTION TO COMPEL GREENPOINT MORTGAGE'S RESPONSE TO PLAINTIFF'S SUBPOENA FOR PRODUCTION OF DOCUMENTS ON 02/22/2012 TO KENNETH J. | No |

| | | | TAGGART, ANDREW W. BONEKEMPER, LBA FINANCIAL GROUP, ALLISON L. DOMOWITCH | |
|---|---|---|---|---|
| 200 | E 2/24/2012 | Praec to Withdraw | MOTION TO COMPEL GREENPOINT MORTGAGE'S WRITTEN RESPONSES TO THE SUBPOENA FOR PRODUCTION OF DOCUMENTS | No |
| 201 | E 3/1/2012 | Affidavit/Certificate of Service of | ANSWER TO THIRD AMENDED COUNTERCLAIM ON 03/01/2012 TO KENNETH J. TAGGART | No |
| 202 | E 3/5/2012 | Answer/Response | BY PLAINTIFF GMAC MORTGAGE TO ANSWER TO THIRD AMENDED COUNTERCLAIM | No |
| 203 | 3/6/2012 | Notice of Scheduling | | No |
| 204 | E 3/7/2012 | Reply | BY GMAC MORTGAGE LLC TO DEFENDANT'S PRELIMINARY OBJECTIONS | No |
| 205 | E 3/7/2012 | Affidavit/Certificate of Service of | RESPONSE TO PO'S ON 03/08/2012 TO KENNETH J. TAGGART | No |
| 206 | 3/13/2012 | Motion | FOR FRAUD UPON THE COURT BY DEFT | No |
| 207 | 3/13/2012 | Motion | FOR INDEPENDENT REVIEW OF CASE BY DEFT | No |
| 208 | 3/13/2012 | Answer/Response | BY DEFT TO 3RD AMENDED COMPLAINT | No |
| 209 | E 3/13/2012 | Answer & New Matter by | EAGLE NATIONWIDE MORTGAGE CO | No |
| 210 | E 3/13/2012 | Affidavit/Certificate of Service of | ANSWER & NEW MATTER TO 3RD AMENDED COUNTERCLAIM ON 03/13/2012 TO PLAINTIFF & DEFENDANT TAGGART | No |
| 211 | 3/13/2012 | Notice of Appeal and Service of Notice to | SUPERIOR COURT FROM THE ORDER OF 2/17/2012 | No |
| 212 | 3/13/2012 | Motion | FOR STAY OF ORDER BY DEFT | No |
| 213 | 3/14/2012 | Notice of Hearing Returned | | No |
| 214 | 3/15/2012 | Notice of Hearing Returned | | No |
| 215 | E 3/15/2012 | Motion | BY GMAC MORTGAGE LLC MOTION TO COMPEL | No |
| 216 | 3/26/2012 | Motion | BY DEFT TO STRIKE ANSWER TO 3RD AMENDED COUNTERCLAIM FILED ON 03/12/2012 FILED BY EAGLE NATIONWIDE MORTGAGE COMPANY ON 03/12/2012 AND RESPONSE TO EAGLE NATIONWIDE MORTGAGE COMPANYS ANSWER TO 3RD AMENDED COMPLAINT | No |
| 217 | 3/26/2012 | Affidavit/Certificate of Service of | MOTION TO STRIKE ANSWER TO 3RD AMENDED COUNTERCLAIM FILED ON 03/1/2012 FILED BY EAGLE NATIONWIDE MORTGAGE COMPANY ON 03/12/2012 AND RESPONSE TO EAGLE NATIONWIDE MORTGAGE COMPANY ON 03/12/2012 ON 03/26/2012 TO BRIAN FLEISHER, CHRISTIAN MOFFITT, LBA FINANCIAL LLC | No |
| 218 | 3/26/2012 | Motion | BY DEFT TO STRIKE ANSWER TO 3RD AMENDED COUNTERCLAIM FILED ON 03/01/2012 FILED BY GMAC LLC ON 03/01/2012 | No |
| 219 | 3/29/2012 | Order | OF 3/26/12 TILSON, J DISCOVERY I TO BE COMPLETED WITHIN 90 DAYS CC | No |
| 220 | 4/2/2012 | Higher Court Appeal Docket | 859 EDA 2012 | No |
| 221 | 4/2/2012 | Memorandum of Law | KENNETH J TAGGART | No |
| 222 | 4/2/2012 | Petition | FOR EMERGENCY HEARING AND RELIEF BY DEFT | No |
| 223 | 4/2/2012 | Petition | FOR EMERGENCY HEARING AND RELIEF BY DEFT | No |
| 224 | E 4/2/2012 | Answer/Response | BY PLAINTIFF GMAC MORTGAGE, LLC TO DEFENDANT'S MOTION TO STRIKE PLAINTIFF'S ANSWER TO THIRD AMENDED COUNTERCLAIM | No |
| 225 | E 4/5/2012 | Entry of Appearance | OF DIANE A. BETTINO, MARIA T. GUERIN FOR GMAC MORTGAGE, LLC | No |
| 226 | E 4/5/2012 | Affidavit/Certificate of Service of | ENTRY OF APPEARANCE ON 4/4/2012 TO KENNETH TAGGART, BRIAN M. FLEISCHER, ESQ., AHMED M. SOLIMAN, ESQ., NICOLA G. SUGLIA, ESQ. | No |
| 227 | 4/5/2012 | Amended Pleading | BY KENNETH J. TAGGART PETITION FOR EMERGENCY HEARING AND RELIEF | No |
| 228 | 4/5/2012 | Affidavit/Certificate of Service of | AMENDED PETITION FOR EMERGENCY HEARING AND RELIEF ON 4/5/12 SEE DOC | No |
| 229 | 4/5/2012 | Affidavit/Certificate of Service of | SEE DOC... ON 04/02/2012 TO SEE DOC... | No |
| 230 | E 4/5/2012 | Answer/Response | BY THIRD PARTY DEFENDANT, EAGLE NATIONWIDE MORTGAGE COMPANY TO DEFENDANT, KENNETH J. TAGGART'S MOTION TO STRIKE | No |

| 231 | E | 4/5/2012 | Affidavit/Certificate of Service of | RESPONSE TO MOTION TO STRIKE ON 04/05/2012 TO PLAINTIFF AND DEFENDANTS | No |
|---|---|---|---|---|---|
| 232 | E | 4/9/2012 | Withdrawal of Appearance of | BRIAN M. FLEISCHER, ESQ., ALLISON L. DOMOWITCH, ESQ., AND AHMED M. SOLIMAN, ESQ. FOR GMAC MORTGAGE, LLC | No |
| 233 | | 4/9/2012 | Opinion | OF 4/9/2012 TILSON J | No |
| 234 | | 4/9/2012 | Order | OF 4/5/12 TILSON, J MOTION IS DENIED CC | No |
| 235 | | 4/9/2012 | Order | OF 4/5/12 TILSON, J MOTION ASSERTING FRAUD DENIED CC | No |
| 236 | | 4/11/2012 | Brief | BY DEFT | No |
| 237 | | 4/11/2012 | Petition | (EMERGENCY) FOR HEARING INJUNCTING RELIEF AND MOTION FOR STAY BY DEFT | No |
| 238 | | 4/11/2012 | Hearing/Court Reporter | ANTHONY DIPRINZIO ON 04/11/2012 | No |
| 239 | E | 4/16/2012 | Praec for Argument | MATTER IS APPEALABLE - MOTION TO STRIKE ANSWER TO DEFENDANT'S THIRD AMENDED COUNTERCLAIM | No |
| 240 | E | 4/17/2012 | Affidavit/Certificate of Service of | ARGUMENT PRAECIPE ON 04/17/2012 TO BRIAN FLEISCHER, ESQ. AND KENNETH J. TAGGART | No |
| 241 | E | 4/23/2012 | Affidavit/Certificate of Service of | PLAINTIFF'S OPPOSITION TO DEFENDANT'S PETITION FOR EMERGENCY RELIEF ON 04/23/2012 TO DEFENDANT, KENNETH TAGGART; CHRISTIAN MOFFIT, COUNSEL FOR EAGLE NATIONWIDE | No |
| 242 | E | 4/24/2012 | Answer/Response | BY GMAC MORTGAGE LLC TO DEFENDANT'S PETITION FOR EMERGERNCY HEARING | No |
| 243 | E | 4/24/2012 | Affidavit/Certificate of Service of | ANSWER IN OPPOSITION TO DEFENDANT'S PETITION FOR EMERGENCY HEARING ON 04/24/2012 TO KENNETH TAGGART, W. CHRISTIAN MOFFITT, ESQ. | No |
| 244 | E | 4/26/2012 | Motion | BY EAGLE NATIONWIDE MORTGAGE CO MOTION FOR PROTECTIVE ORDER | No |
| 245 | | 4/26/2012 | Service List/Record Documents | | No |
| 246 | | 4/26/2012 | Papers forwarded to | SUPERIOR COURT OF PA BY CERT MAIL 7010 3090 0001 6195 2644 | No |
| 247 | | 4/27/2012 | Notice of Appeal and Service of Notice to | SUPERIOR COURT FROM THE ORDER OF 4/5/2012 | No |
| 248 | | 4/27/2012 | Affidavit/Certificate of Service of | NOTICE OF INTERLOCUTORY APPEAL FROM ORDER DATED 4/5/2012 ON 4/27/2012 TO COUNCIL FOR GMAC MORTGAGE, REED SMITH LLP,MARIA GUERIN, COUNCIL FOR EAGLE NATIONWIDE MORT CO, CHRISTIAN MOFFIT, JUDGE TILSON, LBA FINANCIAL LLC | No |
| 249 | | 4/27/2012 | Certificate Pre Requisite Rule 4009.22 | | No |
| 250 | | 4/27/2012 | Certificate Pre Requisite Rule 4009.22 | | No |
| 251 | | 4/27/2012 | Certificate Pre Requisite Rule 4009.22 | | No |
| 252 | | 4/27/2012 | Certificate Pre Requisite Rule 4009.22 | | No |
| 253 | | 4/27/2012 | Certificate Pre Requisite Rule 4009.22 | | No |
| 254 | | 5/1/2012 | Certificate Pre Requisite Rule 4009.22 | | No |
| 255 | | 5/1/2012 | Certificate Pre Requisite Rule 4009.22 | | No |
| 256 | | 5/1/2012 | Affidavit/Certificate of Service of | NOTICE OF INTENT TO SERVE SUBPOENA ON 05/01/2012 TO MARIA GUERIN, CHRISTIAN MOFFITT, LBA FINANCIAL | No |
| 257 | | 5/3/2012 | Returned Copy | | No |

| | | | | |
|---|---|---|---|---|
| 258 | | 5/10/2012 | Certificate Pre Requisite Rule 4009.22 | LISA ANN ROACH | No |
| 259 | | 5/10/2012 | Certificate Pre Requisite Rule 4009.22 | BALBOA INS. SERVICES & BALBOA INS. GROUP | No |
| 260 | | 5/10/2012 | Affidavit/Certificate of Service of | FOREGOING NOTICE ON 04/27/2012 TO COUNCIL FOR PLAINTIFF/GMAC MORTGAGE, REED SMITHLLP, MARIA GUERIN; CHRISTIAN MOFFITT; LBA FINANCIAL, LLC | No |
| 261 | | 5/11/2012 | Brief | BY DEFT | No |
| 262 | | 5/11/2012 | Petition | (EMERGENCY) BY DEFT FOR RELIEF | No |
| 263 | | 5/11/2012 | Affidavit/Certificate of Service of | MOTION FOR COURT, BRIEF IN OPPOSTION ON 05/11/2012 TO BRIAN FLEISHER, FOX ROTHCHILD, LBA FINANCIAL | No |
| 264 | | 5/14/2012 | Returned Copy | | No |
| 265 | | 5/14/2012 | Higher Court Appeal Docket | 1305 EDA 2012 | No |
| 266 | E | 5/17/2012 | Objection/Opposition | BY EAGLE NATIONWIDE MORTGAGE CO TO SUBPOENAS OF KENNETH J TAGGART | No |
| 267 | E | 5/18/2012 | Affidavit/Certificate of Service of | OBJECTIONS TO SUBPOENA ON 05/18/2012 TO JAMIE MCGUINNESS, ESQUIRE AND KENNETH TAGGART | No |
| 268 | E | 5/18/2012 | Objection/Opposition | BY GMAC MORTGAGE LLC TO DEFENDANT'S NOTICES OF INTENT TO SERVE SUBPOENAS | No |
| 269 | E | 5/18/2012 | Affidavit/Certificate of Service of | PLAINTIFF'S OBJECTIONS TO DEFENDANT'S NOTICES OF INTENT TO SERVE SUBPOENAS ON 05/18/2012 TO DEFENDANT KENNETH TAGGART; W. CHRISTIAN MOFFIT | No |
| 270 | | 5/23/2012 | Order | OF 5/22/12 MOORE, J ALL DISCOVERY DIRECTED AT EAGLE NATIONWIDE MORTGAGE CO STAYED PENDING DISPOSITION OF PENDING MOTION FOR PROTECTIVE ORDER CC | No |
| 271 | E | 5/25/2012 | Affidavit/Certificate of Service of | MAY 24, 2012 ORDER AND MOTION FOR PROTECTIVE ORDER ON 05/25/2012 TO PLAINTIFF AND DEFENDANT | No |
| 272 | | 5/29/2012 | Order for Hearing | OF 5/24/12 KEHS, CA SCHEDULED FOR 6/12/12 CC | No |
| 273 | | 6/1/2012 | Order | OF 5/31/12 MOORE, J DEFENDANTS MOTION ASSERTING FRAUD DENIED CC | No |
| 274 | | 6/4/2012 | Order | OF 5/31/12 MOORE, J RECEIVER WILL BE APPOINTED CC | No |
| 275 | | 6/4/2012 | Notice of Appeal and Service of Notice to | SUPERIOR COURT FROM THE ORDER OF 05/31/2012 | No |
| 276 | | 6/4/2012 | Affidavit/Certificate of Service of | NOTICE OF INTERLOCUTORY APPEAL FROM ORDER DATED MAY 31, 2012 ON 06/04/2012 TO MARIA GUERIN; CHRISTIAN MOFFITT; H BERNARD MOORE; LBA FINANCIAL LLC | No |
| 277 | | 6/4/2012 | Motion | FOR STAY BY DEFENDANT | No |
| 278 | | 6/4/2012 | Affidavit/Certificate of Service of | MOTION TO STAY PURSUANT BANKRUPTCY COURT ON 06/04/2012 TO MARIA GUERIN; CHRISTIAN MOFFITT; LBA FINANCIAL, LLC | No |
| 279 | | 6/5/2012 | Returned Copy | | No |
| 280 | E | 6/6/2012 | Notice | NOTICE OF BANKRUPTCY AND AUTOMATIC STAY AND INTERIM ORDER GRANTING LIMITED RELIEF TO BORROWERS IN FORECLOSURE PROCEEDINGS | No |
| 281 | E | 6/6/2012 | Affidavit/Certificate of Service of | NOTICE OF BANKRUPTCY, AUTOMATIC STAY AND INTERIM ORDER GRANTING LIMITED RELIEF ON 06/06/2012 TO PLAINTIFF KENNETH TAGGART, W.CHRISTIAN MOFFIT, LBA FINANCIAL | No |
| 282 | | 6/11/2012 | Amended Pleading | MOTION FOR STAY PURSUANT TO BANKRUPTCY OF GMAC MORTGAGE LLC BY DEFT KENNETH J TAGGART | No |
| 283 | | 6/11/2012 | Notice | TO ALL PARTIES TO REGARDING CIVIL RIGHTS COMPLAINT FILED IN FEDERAL COURT BY DEFT KENNETH J TAGGART | No |
| 284 | | 6/13/2012 | Hearing/Court Reporter | JENNIFER GILLESPIE ON 6/12/2012 | No |
| 285 | | 6/13/2012 | Order | OF 6/12/12 MOORE, J EAGLE NATIONWIDE MORTGAGE COMPANY MOTION FOR PROTECTIVE ORDER GRANTED | No |
| 286 | | 6/18/2012 | Order | OF 6/15/12 MOORE, J DEFENDANT MOTION FOR STAY DENIED CC | No |
| 287 | | 6/22/2012 | Motion | TO EXTEND DISCOVERY SCHEDULING ORDER BY DEFT | No |
| 288 | | 6/22/2012 | Affidavit/Certificate of Service of | FOREGOING ON 6/22/2012 TO MARIA GUERIN AND CHRISTIAN MOFFITT & ANDREW BONEHEMPER, LBA FINANCIAL LLC | No |
| 289 | | 6/22/2012 | Motion | TO COMPEL DISCOVERY BY GMAC & TO COMPLY WITH DEPOSITION ORDER BY DEFT | No |

| 290 |   | 7/2/2012  | Appellate Court Notice | OF SUPERIOR COURT 859 EDA 2012 APRIL 30 2012 APPEAL IS QUASHED | No |
|-----|---|-----------|-----------------------|-----------------------------------------------------------|----|
| 291 | E | 7/12/2012 | Brief | BY PLAINTIFF GMAC MORTGAGE, LLC | No |
| 292 | E | 7/12/2012 | Affidavit/Certificate of Service of | RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO COMPEL DISCOVERY AND MOTION TO EXTEND DISCOVERY SCHEDULING DEADLINE ON 07/12/2012 TO DEFENDANTS KENNETH TAGGART AND EAGLE NATIONWIDE MORTGAGE COMPANY | No |
| 293 | E | 7/12/2012 | Affidavit/Certificate of Service of | BRIEF IN SUPPORT OF RESPONSE IN OPPOSITION TO MOTION TO COMPEL DISCOVERY AND MOTION TO EXTEND DISCOVERY SCHEDULING DEADLINE ON 07/12/2012 TO DEFENDANTS KENNETH TAGGART AND EAGLE NATIONWIDE MORTGAGE COMPANY | No |
| 294 | E | 7/13/2012 | Answer/Response | BY PLAINTIFF TO MOTION TO COMPEL DISCOVERY AND MOTION TO EXTEND DISCOVERY SCHEDULING DEADLINE | No |
| 295 |   | 7/18/2012 | Order | (GRANTING EXTENSION OF PENDING DEADLINES DUE TO OUTSTANDING BANKRUPTCY MATTER) OF 7/17/12 TILSON, J MOTION GRANTED | No |
| 296 | E | 7/27/2012 | Testimony Taken Before | MOORE ON 04/11/2012 | No |
| 297 |   | 7/30/2012 | Opinion | OF 7/27/12 MOORE,J | No |
| 298 |   | 7/26/2012 | Higher Court Appeal Docket | SUPERIOR COURT 1972 EDA 2012 | No |
| 299 |   | 8/10/2012 | Papers forwarded to | SUPERIOR COURT BY CERTIFIED MAIL 7010 3090 0001 6195 3528 | No |
| 300 |   | 8/10/2012 | Service List/Record Documents |  | No |
| 301 |   | 8/20/2012 | Returned Copy |  | No |
| 302 |   | 9/11/2012 | Motion | BY KENNETH TAGGART; KENNETH J TAGGART FOR STAY PENDING RULING ON MOTION TO VOID PLEADINGS & SANCTIONS PENDING IN THE US BANKRUPTCY COURT & MOTION FOR SUMMARY JUDGMENT AGAINST GMAC MORTGAGE LLC WITH SERVICE ON 09/11/2012 | No |
| 303 |   | 9/19/2012 | Notice | OF NOTICE OF APPEAL TO PA SUPREME COURT FROM ORDER DATED APRIL 5, 2012 DENYING MOTION FOR "FRAUD UPON THE COURT" AND SEEKING DISMISSAL OF ALL CLAIMS & SANCTIONS DOCKET #235 BY KENNETH J TAGGART | No |
| 304 |   | 9/19/2012 | Affidavit/Certificate of Service of | NOTICE OF APPEAL TO PENNSYLVANIA SUPREME COURT ON 09/19/2012 TO MARIA GUERIN, CHRISTIAN MOFFITT & ANDREW BONEKEMPER | No |
| 305 |   | 9/21/2012 | Appellate Court Notice | OF SUPERIOR COURT 1305 EDA 2012 APPEAL IS HEREBY QUASHED | No |
| 306 |   | 9/21/2012 | Objection/Opposition | BY KENNETH TAGGART; KENNETH J TAGGART TO TO PROPOSING A DISCOVERY SCHEDULING ORDER WITHOUT DISPOSITION OF MOTION TO VOID PLEADING PENDING BACKRUPTCY COURT | No |
| 307 |   | 9/21/2012 | Motion | BY KENNETH TAGGART; KENNETH J TAGGART FOR STAY & OPPOSITION TO DISCOVERY SCHEDULING ORDER PROPOSED ON 9/21/2012 | No |

⊟ **Judgments**

⊟ **Archive Locations**

⊟ **Linked Cases**

Copyright © 2008-2012 Paperless Solutions, Inc. All rights reserved.