**WINSTON & STRAWN LLP**
James Donnell (jdonnell@winston.com)
Christopher C. Costello (cccostello@winston.com)
200 Park Avenue
New York, NY 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-4700

*Attorneys for WFNBA*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020-MG |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Joint Administration Pending |

## CERTIFICATE OF SERVICE

The undersigned certifies that on September 28, 2012, a copy of the document listed below was served on the parties on <u>Exhibit A</u> by the court's ECF system and electronic mail.

> RESERVATION OF RIGHTS AND LIMITED OBJECTION OF WFBNA TO THE DEBTORS' MOTION AND NOTICE OF (I) DEBTORS' INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS, UNEXPIRED LEASES FOR PERSONAL PROPERTY AND UNEXPIRED LEASES OF NON-RESIDENTIAL REAL PROPERTY, AND (II) CURE AMOUNTS RELATED THERETO [DOCKET NO. 1652].

/s/ Denise A. Cunsolo
Denise A. Cunsolo

NY:1524553.1

EXHIBIT A

Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104
Attn: Gary S. Lee, Esq.
   Alexandra Steinberg Barrage, Esq.

Sidley Austin LLP
One South Dearborn
Chicago, IL 60603
Attn: Jessica C.K. Boelter, Esq.

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
Attn: Kenneth H. Eckstein, Esq.
   Douglas H. Mannal, Esq.

Munger, Tolles & Olson LLP
355 South Grand Avenue
Los Angeles, CA 90071
Attn: Seth Goldman, Esq.
   Thomas B. Walper, Esq.

U.S. Trustee
33 Whitehall Street
21st Floor
New York, NY 10004
Attn: Brian Masumoto, Esq.

NY:1524553.1