Hearing Date:    October 31, 2012 at 10:00 a.m. (Prevailing Eastern Time)

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:    (212) 468-8000
Facsimile:    (212) 468-7900
Gary S. Lee
Norman S. Rosenbaum
Lorenzo Marinuzzi

*Counsel for the Debtors and*
*Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**NOTICE OF ADJOURNMENT OF HEARING ON**
**MOTIONS REQUESTING RELIEF FROM THE**
**AUTOMATIC STAY TO OCTOBER 31, 2012 AT 10:00 A.M.**

**PLEASE TAKE NOTICE** that the following matters previously scheduled to be heard on October 10, 2012 at 10:00 a.m. (Prevailing Eastern Time) have been adjourned to **October 31, 2012 at 10:00 a.m. (Prevailing Eastern Time)** (the "**Hearing**") and will be heard before the Honorable Martin Glenn, at the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**"), Alexander Hamilton Custom House, One Bowling Green, Room 501, New York, New York 10004:

a) Motion of PHH Mortgage Corporation Seeking an Order Granting Relief from the Automatic Stay (in regards to property located at 1031 Wylin Court, Ferguson, MO) [Docket No. 1181];

b) Application of HSBC Bank USA, NA for Relief from the Automatic Stay Under 11 U.S.C. § 362(d) and 11 U.S.C. § 1301 with Respect to Property: 7631 Inverary Drive, Frankfort, IL 60423 [Docket No. 1460]; and

ny-1060375

    c) Application of Household Finance Corporation, III for Relief from the Automatic Stay Under 11 U.S.C. § 362(d) and 11 U.S.C. § 1301 with Respect to Property: 1931 Reo Road, Lansing, MI 48910 [Docket No. 1462].

Dated: October 3, 2012  
      New York, New York

Respectfully submitted,

/s/ Norman S. Rosenbaum  
Gary S. Lee  
Norman S. Rosenbaum  
Lorenzo Marinuzzi  
MORRISON & FOERSTER LLP  
1290 Avenue of the Americas  
New York, New York 10104  
Telephone: (212) 468-8000  
Facsimile: (212) 468-7900

*Counsel for the Debtors and Debtors in Possession*