Hearing Date: November 13, 2012 at 9:00 a.m. (ET)
Objection Deadline: October 24, 2012 at 4:00 p.m. (ET)

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:     (212) 468 8000
Facsimile:     (212) 468 7900
Gary S. Lee
Anthony Princi
Darryl Rains
Jamie A. Levitt

*Counsel for the Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | ) Chapter 11 |
| Debtors. | ) Jointly Administered |

**DEBTORS' AMENDED[1] FEDERAL RULE OF CIVIL PROCEDURE 26(A)(2)**
**EXPERT DISCLOSURES**

Pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure, as incorporated by

Rule 7026 of the Federal Rules of Bankruptcy Procedure, Residential Capital, LLC, and each of

---

[1] The *Debtors' Federal Rule of Civil Procedure 26(A)(2) Expert Disclosures* [Dkt. # 1664], filed on September 28, 2012, has been amended to include the Declaration of William J. Nolan in Support of Debtors' Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of the RMBS Trust Settlement Agreements, which was errantly omitted. This declaration was originally filed with the Court on June 11, 2012, and is now attached as Exhibit E hereto. The declarations of Jeffrey Lipps are now attached as Exhibits F and G.

ny-1059723

its debtor affiliates (collectively, the "Debtors"), by its attorneys, hereby makes the following expert disclosure.

The Debtors may call the following individuals as an expert witness to testify at trial or any hearing concerning the *Debtors' Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of RMBS Trust Settlement Agreements* [ECF Doc. # 320] and the *Debtors' Supplemental Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of RMBS Trust Settlement Agreements* [ECF Doc. # 1176]:

**Frank Sillman, Fortace LLC**

Address:
19712 MacArthur Blvd
Suite 120
Irvine, CA 92612
(310) 545-4548

In support of the Debtors' disclosure of this expert:

Attached hereto as Exhibit A is Frank Sillman's Curriculum Vitae.

Attached hereto as Exhibit B is the Declaration of Frank Sillman in Support of Debtors' Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of the RMBS Trust Settlement Agreements.

Attached hereto as Exhibit C is the Supplemental Declaration of Frank Sillman in Support of Debtors' Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of the RMBS Trust Settlement Agreements.

Please refer to the following documents for the fees that this expert will be paid in this matter: *Debtors' Application for an Order Authorizing Employment and Retention of Fortace LLC as Consultant to the Debtors Nunc Pro Tunc to May 21, 2012* [Docket # 704] and *Order*

*Authorizing Employment and Retention of Fortace LLC as Consultant to the Debtors Nunc Pro Tunc to May 21, 2012* [Docket # 900].

### William J. Nolan, FTI Consulting, Inc.

Address:
200 State Street, 8th Floor
Boston, MA 02109
In support of the Debtors' disclosure of this expert:

Attached hereto as Exhibit D is William J. Nolan's Curriculum Vitae.

Attached hereto as Exhibit E is the Declaration of William J. Nolan in Support of Debtors' Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of the RMBS Trust Settlement Agreements

Please refer to the following documents for the fees that this expert will be paid in this matter: *Debtors' Application Under Sections 327(a) and 328(a) of the Bankruptcy Code, Bankruptcy Rule 2014(a) and Local Rule 2014-1 for Authorization to Employ and Retain FTI Consulting, Inc. as Financial Advisor Nunc Pro Tunc to May 14, 2012* [Docket # 526] and *Order Under Sections 327(a) and 328(a) of the Bankruptcy Code, Bankruptcy Rule 2014(a) and Local Rule 2014-1 Authorizing the Employment and Retention of FTI Consulting, Inc. as Financial Advisor Nunc Pro Tunc to May 14, 2012* [Docket # 902].

### Jeffrey Lipps, Esq., Carpenter Lipps & Leland

Address:
280 Plaza, Suite 1300
280 North High Street
Columbus, OH 43215
(614) 365-4105

Attached hereto as Exhibit F is the Declaration of Jeffrey A. Lipps.

3

ny-1059723

   Attached hereto as Exhibit G is the Supplemental Declaration of Jeffrey A. Lipps.

   Please refer to the following documents for the fees that this expert will be paid in this matter:

*Debtors' Application Under Section 327(e) of the Bankruptcy Code, Bankruptcy Rule 2014(a) and Local Rule 2014-1 for Authorization to Employ and Retain Carpenter Lipps & Leland LLP as Special Litigation Counsel to the Debtors, Nunc Pro Tunc to May 14, 2012* [Docket # 508] and *Order Under Section 327(e) of the Bankruptcy Code, Bankruptcy Rule 2014(a) and Local Rule 2014-1 Authorizing the Employment and Retention of Carpenter Lipps & Leland LLP as Special Litigation Counsel to the Debtors, Nunc Pro Tunc to May 14, 2012* [Docket # 907].

Dated: New York, NY
   October 3, 2012

                 Respectfully submitted,

                 /s/ Gary S. Lee
                 Gary S. Lee
                 Anthony Princi
                 Darryl Rains
                 Jamie A. Levitt

                 MORRISON & FOERSTER LLP
                 1290 Avenue of the Americas
                 New York, New York 10104
                 Telephone: (212) 468-8000
                 Facsimile: (212) 468-7900

                 *Counsel for the Debtors*
                 *and Debtors in Possession*

ny-1059723