**ALSTON & BIRD LLP**
Martin G. Bunin
John C. Weitnauer (*pro hac vice*)
90 Park Avenue
New York, NY 10016
Telephone: (212) 210-9400
Facsimile: (212) 210-9444

*Counsel to Wells Fargo Bank, N.A., as*
*Custodian for Certain Mortgage Backed Securities Trusts*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

| | |
|---|---|
| IN RE: | Chapter 11 |
| | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, *et al.*, | Jointly Administered |
| Debtors. | |

-----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     )  ss.:
COUNTY OF NEW YORK   )

Leslie Salcedo, being duly sworn, hereby deposes and says:

1.     I am over 18 years of age and am not a party to the above-captioned proceedings. I am employed by Alston & Bird, LLP, having offices at 90 Park Avenue, New York, New York 10016.

2.     On September 28, 2012, I caused a true and correct copy of the Objection of Wells Fargo Bank, N.A., as Custodian for Residential Mortgage Backed Securities Trusts, to Proposed Cure Amounts and Assumption and Assignment of Exexutory

LEGAL02/33673292v1

Contracts, to be served upon the parties listed on the attached Service List in Exhibit A and in the manner indicated.

/s/ Leslie Salcedo
Leslie Salcedo

Sworn to before me this
4<u>th</u> day of October, 2012.

<u>/s/ Kim Fitzgerald</u>
Kim Fitzgerald
Notary Public, State of New York
No. 01FI609313
Qualified in Kings County
Certificate Filed in New York County
Commission Expires August 9, 2013

**Exhibit A**

**Via First Class Mail**

| | |
|---|---|
| Morrison & Foerster LLP<br>1290 Avenue of the Americas<br>New York, NY  10104<br>Attn: Gary S. Lee<br>       Alexandra Steinberg Barrage | Sidley Austin LLP<br>One South Dearborn<br>Chicago, IL  60603<br>Attn: Jessica C.K. Boelter |
| Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY  10036<br>Attn: Kenneth H. Eckstein<br>       Douglas H. Mannal | Office of the United States Trustee<br>For the Southern District of New York<br>33 Whitehall Street<br>21st Floor<br>New York, NY  10004<br>Attn: Brian Masumoto |
| Munger, Tolles & Olson LLP<br>355 South Grand Avenue<br>Los Angeles, CA  90071<br>Attn: Seth Goldman<br>       Thomas Walper | |

**Via E- Mail**

| | |
|---|---|
| Morrison & Foerster LLP<br>1290 Avenue of the Americas<br>New York, NY  10104<br>Attn: Gary S. Lee<br>       Alexandra Steinberg Barrage<br>Email: glee@mofo.com<br>         abarrage@mofo.com | Sidley Austin LLP<br>One South Dearborn<br>Chicago, IL  60603<br>Attn: Jessica C.K. Boelter<br>Email: Joelter@sidley.com |
| Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY  10036<br>Attn: Kenneth H. Eckstein<br>       Douglas H. Mannal<br>Email: keckstein@kramerlevin.com<br>         dmannal@kramerlevin.com | Munger, Tolles & Olson LLP<br>355 South Grand Avenue<br>Los Angeles, CA  90071<br>Attn: Seth Goldman<br>       Thomas Walper<br>Email: seth.goldman@mto.com<br>twalper@mto.com |