Martin G. Bunin
William Hao
Alston & Bird LLP
90 Park Avenue
New York, NY 10016
(212) 210-9400

*Counsel to Wells Fargo Bank, N.A.,*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

| | |
|---|---|
| IN RE: | Chapter 11 |
| | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, *et al.*, | Jointly Administered |
| Debtors. | |

-------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     )  ss.:
COUNTY OF NEW YORK   )

Leslie Salcedo, being duly sworn, hereby deposes and says:

1. I am over 18 years of age and am not a party to the above-captioned proceedings. I am employed by Alston & Bird, LLP, having offices at 90 Park Avenue, New York, New York 10016.

2. On September 28, 2012, I caused a true and correct copy of the Objection and Reservation of Rights of Wells Fargo Bank, N.A., to Proposed Cure Amounts and Assumption and Assignment of Executory Contracts, to be served upon the parties listed

LEGAL02/33673272v1

- 2 -

on the attached Service List in Exhibit A and in the manner indicated.

/s/ Leslie Salcedo
Leslie Salcedo

Sworn to before me this
4th day of October, 2012.

/s/ Kim Fitzgerald
Kim Fitzgerald
Notary Public, State of New York
No. 01FI609313
Qualified in Kings County
Certificate Filed in New York County
Commission Expires August 9, 2013

**Exhibit A**

**Via First Class Mail**

| | |
|---|---|
| Morrison & Foerster LLP<br>1290 Avenue of the Americas<br>New York, NY  10104<br>Attn: Gary S. Lee<br>       Alexandra Steinberg Barrage | Sidley Austin LLP<br>One South Dearborn<br>Chicago, IL  60603<br>Attn: Jessica C.K. Boelter |
| Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY  10036<br>Attn: Kenneth H. Eckstein<br>       Douglas H. Mannal | Office of the United States Trustee<br>For the Southern District of New York<br>33 Whitehall Street<br>21st Floor<br>New York, NY  10004<br>Attn: Brian Masumoto |
| Munger, Tolles & Olson LLP<br>355 South Grand Avenue<br>Los Angeles, CA  90071<br>Attn: Seth Goldman<br>       Thomas Walper | |

**Via E- Mail**

| | |
|---|---|
| Morrison & Foerster LLP<br>1290 Avenue of the Americas<br>New York, NY  10104<br>Attn: Gary S. Lee<br>       Alexandra Steinberg Barrage<br>Email: glee@mofo.com<br>       abarrage@mofo.com | Sidley Austin LLP<br>One South Dearborn<br>Chicago, IL  60603<br>Attn: Jessica C.K. Boelter<br>Email: Joelter@sidley.com |
| Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY  10036<br>Attn: Kenneth H. Eckstein<br>       Douglas H. Mannal<br>Email: keckstein@kramerlevin.com<br>       dmannal@kramerlevin.com | Munger, Tolles & Olson LLP<br>355 South Grand Avenue<br>Los Angeles, CA  90071<br>Attn: Seth Goldman<br>       Thomas Walper<br>Email: seth.goldman@mto.com<br>twalper@mto.com |