ALSTON & BIRD LLP
John W. Spears
90 Park Avenue
New York, NY 10016
T: 212-210-9400
F: 212-210-9444

*Counsel to Recall Secure Destruction Services, Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

| | |
|---|---|
| IN RE: | Chapter 11 |
| | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, *et al.*, | Jointly Administered |
| Debtors. | |

-------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                        )    ss.:
COUNTY OF NEW YORK   )

Leslie Salcedo, being duly sworn, hereby deposes and says:

1.  I am over 18 years of age and am not a party to the above-captioned proceedings. I am employed by Alston & Bird, LLP, having offices at 90 Park Avenue, New York, New York 10016.

2.  On September 28, 2012, I caused a true and correct copy of the Limited Objection of Recall Secure Destruction Services, Inc. to Debtors' Motion Seeking, Among Other Relief, Approval for the Assumption and Assignment of Certain Executory

- 2 -

Contracts and Unexpired Leases, to be served upon the parties listed on the attached

Service List in Exhibit A and in the manner indicated.

/s/ Leslie Salcedo
Leslie Salcedo

Sworn to before me this
4<u>th</u> day of October, 2012.

/s/ Kim Fitzgerald
Kim Fitzgerald
Notary Public, State of New York
No. 01FI609313
Qualified in Kings County
Certificate Filed in New York County
Commission Expires August 9, 2013

LEGAL02/33673309v1

**Exhibit A**

**Via First Class Mail**

| | |
|---|---|
| Morrison & Foerster LLP<br>1290 Avenue of the Americas<br>New York, NY  10104<br>Attn: Gary S. Lee<br>       Alexandra Steinberg Barrage | Sidley Austin LLP<br>One South Dearborn<br>Chicago, IL  60603<br>Attn: Jessica C.K. Boelter |
| Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY  10036<br>Attn: Kenneth H. Eckstein<br>       Douglas H. Mannal | Office of the United States Trustee<br>For the Southern District of New York<br>33 Whitehall Street<br>21st Floor<br>New York, NY  10004<br>Attn: Brian Masumoto |
| Munger, Tolles & Olson LLP<br>355 South Grand Avenue<br>Los Angeles, CA  90071<br>Attn: Seth Goldman<br>       Thomas Walper | |

**Via E- Mail**

| | |
|---|---|
| Morrison & Foerster LLP<br>1290 Avenue of the Americas<br>New York, NY  10104<br>Attn: Gary S. Lee<br>       Alexandra Steinberg Barrage<br>Email: glee@mofo.com<br>       abarrage@mofo.com | Sidley Austin LLP<br>One South Dearborn<br>Chicago, IL  60603<br>Attn: Jessica C.K. Boelter<br>Email: Joelter@sidley.com |
| Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY  10036<br>Attn: Kenneth H. Eckstein<br>       Douglas H. Mannal<br>Email: keckstein@kramerlevin.com<br>       dmannal@kramerlevin.com | Munger, Tolles & Olson LLP<br>355 South Grand Avenue<br>Los Angeles, CA  90071<br>Attn: Seth Goldman<br>       Thomas Walper<br>Email: seth.goldman@mto.com<br>twalper@mto.com |