UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

In re:
RESIDENTIAL CAPITAL, LLC, et al.,

                                Debtor

Case No.: 12-12020
Chapter 11

-----------------------------------------------------------------x

                                Plaintiff

                                v.

                                Defendant

Adversary Proceeding No.: _____

-----------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Donald H. Cram, request admission, *pro hac vice*, before the Honorable Martin Glenn, to represent Severson & Werson, P.C., a Retained Professional in the above-referenced ☑ case ☐ adversary proceeding.

*I certify that I am a member in good standing* of the bar in the State of California and, if applicable, the bar of the U.S. District Court for the Northern District of California.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: 10/1/2012
San Francisco, CA, New York

*[signature: Donald H. Cram]*

*Mailing Address*:

Severson & Werson, P.C.
One Embarcadero Center, Suite 2600
San Francisco, CA  94111
*E-mail address*: dhc@severson.com
*Telephone number*: (415) 398-3344