**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

In re:

    RESIDENTIAL CAPITAL, LLC, et al.,

                Debtor

-------------------------------------------------------------x

                Plaintiff

        v.

                Defendant

-------------------------------------------------------------x

Case No.: 12-12020(MG)

Chapter 11

Adversary Proceeding No.: _____

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Donald H. Cram_____, to be admitted, *pro hac vice*, to represent Severson & Werson, P.C._____, (the "Client") a Retained Professional_____ in the above referenced ☑ case ☐ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of California_____ and, if applicable, the bar of the U.S. District Court for the Northern_____ District of California_____, it is hereby

**ORDERED**, that Donald H. Cram_____, Esq., is admitted to practice, *pro hac vice*, in the above referenced ☑ case ☐ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____

_____, New York     /s/ _____

                                     UNITED STATES BANKRUPTCY JUDGE