UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

In re: RESIDENTIAL CAPITAL, LLC, et al.,

                            Debtor

Case No.: 12-12020
Chapter 11

-----------------------------------------------------------x

                            Plaintiff

v.

                            Defendant

Adversary Proceeding No.: _____

-----------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Duane M. Geck, request admission, *pro hac vice*, before the Honorable Martin Glenn, to represent Severson & Werson, P.C., a Retained Professional in the above-referenced ☑ case ☐ adversary proceeding.

*I certify that I am a member in good standing* of the bar in the State of California and, if applicable, the bar of the U.S. District Court for the Northern District of California.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: 10/1/2012
San Francisco, CA, New York

_____
*Mailing Address*:

Severson & Werson, P.C.
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
*E-mail address*: dmg@severson.com
*Telephone number*: (415) 398-3344