UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

In re:                                                                                    Case No.: 12-12020(MG)
    RESIDENTIAL CAPITAL, LLC, et al.,
                                                                                          Chapter 11
                               Debtor

---------------------------------------------------------------x

                                         Adversary Proceeding No.: _____

                          Plaintiff

                    v.

                          Defendant

---------------------------------------------------------------x

**ORDER GRANTING ADMISSION TO PRACTICE,** *PRO HAC VICE*

       Upon the motion of  Duane M. Geck                          , to be admitted, *pro hac vice*, to represent  Severson & Werson, P.C.           , (the "Client") a  Retained Professional       in the above referenced ☑ case ☐ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of  California          and, if applicable, the bar of the U.S. District Court for the  Northern   District of  California         , it is hereby

       **ORDERED,** that  Duane M. Geck              , Esq., is admitted to practice, *pro hac vice*, in the above referenced ☑ case ☐ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____

_____, New York      /s/ _____
                                                     UNITED STATES BANKRUPTCY JUDGE