**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------x

In re:                                                                         Case No.: 12-12020(MG)

    RESIDENTIAL CAPITAL, LLC, et al.,                      Chapter **11**

                                Debtor

----------------------------------------------x

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

      Upon the motion of Donald H. Cram, to be admitted, *pro hac vice,* to represent Severson & Werson, P.C., (the "Client") a Retained Professional in the above referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of California and, if applicable, the bar of the U.S. District Court for the Northern District of California, it is hereby

      **ORDERED,** that Donald H. Cram, Esq., is admitted to practice, *pro hac vice,* in the above referenced case to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated:  **October 5, 2012**
      New York, New York                  **/s/Martin Glenn**
                                                UNITED STATES BANKRUPTCY JUDGE