| | |
|---|---|
| James S. Carr, Esq.<br>Eric R. Wilson, Esq.<br>KELLEY DRYE & WARREN LLP<br>101 Park Avenue<br>New York, New York 10178<br>Tel: (212) 808-7800<br>Fax: (212) 808-7987 | **Presentment Date: October 16, 2012 at 12 p.m. (ET)**<br>**Objection Deadline: October 15, 2012 at 4 p.m. (ET)** |

Counsel for U.S. Bank National Association,
as Indenture Trustee

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re | ) ) | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC., *et al.*, | ) ) | Chapter 11 |
| Debtors. | ) ) ) | Jointly Administered |

**NOTICE OF PRESENTMENT OF STIPULATION AND ORDER PERMITTING
U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE
TO FILE CONSOLIDATED CLAIMS UNDER A SINGLE CASE NUMBER**

**PLEASE TAKE NOTICE** that the undersigned will present the attached proposed *Stipulation And Order Permitting U.S. Bank National Association, As Indenture Trustee To File Consolidated Claims Under A Single Case Number* (the "Stipulation and Order"), to the Honorable Martin Glenn, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 501, for signature on **October 16, 2012 at 12:00 p.m. (Prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Stipulation and Order must be made in writing, conform to the Federal Rules of Bankruptcy Procedures, the Local Bankruptcy Rules for the Southern District of New York, and the Notice, Case Management, and Administrative Procedures approved by the Bankruptcy Court [Docket No.

1

141], be filed electronically by registered users of the Bankruptcy Court's electronic case filing system, and be served, so as to be received no later than **October 15, 2012 at 4:00 p.m. (Prevailing Eastern Time)**, upon (a) counsel for the Debtors, Morrison & Foerster LLP, 1290 Avenue of the Americas, New York, NY 10104 (Attn: Gary S. Lee, Lorenzo Marinuzzi and Norman S. Rosenbaum); (b) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, NY 10004 (Attn: Tracy Hope Davis, Linda A. Rifkin and Brian S. Masumoto); (c) the Office of the United States Attorney General, U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC, 20530-0001 (Attn: US Attorney General, Eric H. Holder, Jr.); (d) Office of the New York State Attorney General, The Capital, Albany, NY 12224-0341 (Attn: Nancy Lord, Esq. and Neal Mann, Esq.); (e) Office of the U.S. Attorney for the Southern District of New York, One St. Andrews Plaza, New York, NY 10007 (Attn: Joseph N. Cordaro, Esq.); (f) counsel for Ally Financial, Inc., Kirkland & Ellis LLP, 153 East 53rd Street, NewYork, NY 1002 (Attn: Richard M. Cieri); (g) counsel to Barclays Bank PLC, as administrative agent for the DIP lenders, Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, NY 10036 (Attn: Ken Zinman and Jonathan H. Hofer); (h) counsel for the committee of unsecured creditors, Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, NY 10036 (Attn: Kenneth Eckstein and Greg Horowitz); (i) counsel for Nationstar Mortgage, LLC, Sidley Austin LLP, One south Dearborn, Chicago, IL 60603 (Attn: Jessica C.K. Boelter); (j) Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 (if by overnight mail, to 2970 Market Street, Mail Stop 5-Q30.133, Philadelphia, PA 19104-5016); and (k) Securities and Exchange Commission, New York Regional Office, 3 World Financial Center, Suite 400, New York, NY 10281-1022 (Attn: George S. Canellos, Regional Director).

**PLEASE TAKE FURTHER NOTICE** that, if no objections to the Stipulation and Order are timely filed, served and received in accordance with this Notice, the Court may enter the Stipulation and Order without further notice or hearing.

Dated: October 5, 2012
      New York, New York

                            KELLEY DRYE & WARREN LLP

                            By: */s/ Eric R. Wilson*
                                  James S. Carr, Esq.
                                  Eric R. Wilson, Esq.
                            101 Park Avenue
                            New York, New York 10178
                            Tel: (212) 808-7800
                            Fax: (212) 808-7897

                            Counsel for U.S. Bank National Association,
                            as Indenture Trustee