# CERTIFICATE OF SERVICE

    I hereby certify that on October 5, 2012, I electronically filed the (i) *Stipulation and Order Permitting U.S. Bank National Association, as Indenture Trustee to File Consolidated Claims Under a Single Case Number*; and (ii) *Notice of Presentment of Stipulation and Order Permitting U.S. Bank National Association, as Indenture Trustee to File Consolidated Claims Under a Single Case Number*. In addition, I hereby certify that I mailed copies of the above-referenced Objection to the individuals indicated below via first-class mail and e-mailed copies in accordance with the Notice, Case Management and Administrative Procedures Order.

                   */s/ Catherine L. Thompson*
                   Catherine L. Thompson

**Via First-Class Mail and Electronic Mail (where specified)**

| | |
|---|---|
| Office of the United States Trustee<br>for the Southern District of New York<br>Attn: Tracy Hope Davis, Linda A. Rifkin,<br>Brian S. Masumoto<br>33 Whitehall Street, 21st Floor<br>New York, New York 10004 | Wells Fargo Bank NA<br>Attn: Corporate Trust Services<br>GMACM Home Equity Notes 2004 Variable<br>Funding Trust<br>PO Box 98<br>Columbia, MD 21046 |
| Chadbourne & Parke LLP<br>Attn: Howard Seife, David M. LeMay,<br>Robert J. Gayda & Marc B. Roitman<br>30 Rockefeller Plaza<br>New York, New York 10112<br>hseife@chabourne.com<br>dlemay@chadbourne.com<br>rgayda@chadbourne.com<br>mroitman@chadbourne.com | Citibank NA<br>Attn: Bobbie Theivakumaran<br>390 Greenwich St, 6th Floor<br>New York, New York 10013<br>bobbie.theivakumaran@citi.com |
| Deutsche Bank Trust Company Americas<br>Attn: Kelvin Vargas<br>25 De Forest Ave<br>Summit, NJ 07901<br>kelvin.vargas@db.com | Fannie Mae<br>Attn: Peter McGonigle<br>1835 Market St, Ste 2300<br>Philadelphia, PA 19103<br>peter_mcgonigle@fanniemae.com |
| Internal Revenue Service<br>Centralized Insolvency Operations<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>Insolvency Section<br>31 Hopkins Plz, Room 1150<br>Baltimore, MD 21201 |
| Kirkland & Ellis LLP<br>Attn: Ray C. Sshrock & Stephen E. Hessler<br>601 Lexington Avenue<br>New York, New York 10022-4611<br>ray.schrock@kirkland.com<br>Stephen.hessler@kirkland.com | Kirkland & Ellis LLP<br>Attn: Richard M. Cieri<br>601 Lexington Avenue<br>New York, New York 10022-4611<br>Richard.cieri@kirkland.com |

| | |
|---|---|
| Kramer Levin Naftallis & Frankel LLP<br>Attn: Kenneth H. Eckstein, Thomas Moers Mayer<br>& Douglas H. Mannal<br>1177 Avenue of the Americas<br>New York, New York 10036<br>keckstein@kramerlevin.com<br>tmayer@kramerlevin.com<br>dmannal@kramerlevin.com | Kurtzman Carson Consultants<br>Attn: Alison M. Tearnen Schepper<br>2335 Alaska Avenue<br>El Segundo, CA 90245<br>rescapinfo@kccllc.com |
| Milbank, Tweed, Hadley & McCloy LLP<br>Attn: Gerard Uzzi<br>1 Chase Manhattan Plaza<br>New York, New York 10005<br>guzzi@milbank.com | Morrison & Foerster LLP<br>Attn: Tammy Hamzehpour<br>1290 Avenue of the Americas<br>New York, New York 10104<br>tammy.hamzehpour@gmacrescap.com<br>diane.citron@ally.com |
| Morrison & Foerster LLP<br>Attn: Larren M. Nashelsky, Gary S. Lee,<br>Lorenzo Marinuzzi<br>1290 Avenue of the Americas<br>New York, New York 10104<br>lnashelsky@mofo.com<br>glee@mofo.com<br>lmarinuzzi@mofo.com | Nationstar Mortgage, LLC<br>Attn: General Counsel<br>350 Highland Drive<br>Lewisville, TX 75067 |
| Office of the NY State Attorney General<br>Attn: Nancy Lord & Enid M. Stuart<br>The Capitol<br>Albany, NY 12224-0341<br>nancy.lord@oag.state.ny.us<br>enid.stuart@oag.state.ny.us | Office of the US Attorney for the<br>Southern District of NY<br>Attn: United States Attorney Preet Bharara<br>One St. Andrews Plaza<br>New York, New York 10007 |
| Securities & Exchange Commission<br>Attn: Secretary of the Treasury<br>100 F St. NE<br>Washington, DC 20549<br>secbankruptcy@sec.gov | Sidley Austin LLP<br>Attn: Larry J. Nyhan & Jessica CK Boelter<br>One Dearborn<br>Chicago, IL 60603<br>lnyhan@sidley.com<br>jboelter@sidley.com<br>bmyrick@sidley.com |
| Skadden Arps Slate Meagher & Flom LLP<br>Attn: Jonathan H. Hofer<br>Four Times Square<br>New York, New York 10036<br>jhofer@skadden.com<br>nikolay.kodes@skadden.com | Skadden Arps Slate Meagher & Flom LLP<br>Attn: Sarah M. Ward<br>Four Times Square<br>New York, NY 10036<br>sarah.ward@skadden.com |

Skadden Arps Slate Meagher & Flom LLP
Attn: Ken Zinman
Four Times Square
New York, New York 10036
ken.zinman@skadden.com

The Bank of New York Mellon
Asset-backed Securities Group
101 Barclay St. 4W
New York, New York 10286

United States Attorney's Office for the Southern District of New York Civil Division
Attn: Joseph Cordaro
86 Chambers St, 3rd Floor
New York, New York 10007
joseph.cordaro@usdoj.gov

Skadden Arps Slate Meagher & Flom LLP
Attn: Suzanne D.T. Lovett
Four Times Square
New York, New York 10036
Suzanne.lovett@skadden.com

U.S. Department of Justice
Atn: U.S. Attorney General Eric H. Holder, Jr.
950 Pennsylvania Ave NW
Washington, DC 20530-0001
askDOJ@usdoj.gov