KRAMER LEVIN NAFTALIS & FRANKEL LLP
Kenneth H. Eckstein
Philip Bentley
Douglas H. Mannal
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000
*Counsel for the Official*
*Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x
|                                              |   |                         |
| :------------------------------------------- | :- | :---------------------- |
| In re:                                       | : | Chapter 11              |
|                                              | : |                         |
| Residential Capital, LLC, et al.,            | : | Case No. 12-12020 (MG)  |
|                                              | : |                         |
| Debtors.                                     | : | Jointly Administered    |
|                                              | : |                         |

------------------------------------------------------------ x

**NOTICE OF WITHDRAWAL OF MOTION OF THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS OF THE DEBTORS TO COMPEL
GIBBS & BRUNS TO PRODUCE SETTLEMENT COMMUNICATIONS**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

The Official Committee of Unsecured Creditors (the "**Committee**") of the above

captioned debtors and debtors-in-possession hereby withdraws without prejudice its Motion to

Compel Gibbs & Bruns to Produce Settlement Communications [Docket No. 1555].

Dated:    October 5, 2012
          New York, New York

/s/ Philip Bentley
Kenneth H. Eckstein
Philip Bentley
Douglas H. Mannal
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000
*Counsel for the Official Committee*
*of Unsecured Creditors*