Hearing Date: November 13, 2012 at 9:00 a.m. (ET)<br>
Objection Deadline: October 24, 2012 at 4:00 p.m. (ET)

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:  (212) 468 8000
Facsimile:  (212) 468 7900
Gary S. Lee
Anthony Princi
Darryl Rains
Jamie A. Levitt

*Counsel for the Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**DEBTORS' FACT WITNESS DISCLOSURES PURSUANT TO RULE 26**
**OF THE FEDERAL RULES OF CIVIL PROCEDURE**

Pursuant to Rule 26(a)(3)(i) of the Federal Rules of Civil Procedure, as incorporated by Rule 7026 of the Federal Rules of Bankruptcy Procedure, Residential Capital, LLC, and each of its debtor affiliates (collectively, the "Debtors"), by its attorneys, hereby makes the following fact witness disclosure.

The Debtors may call the following individuals as fact witnesses to testify at trial or any hearing concerning the *Debtors' Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of RMBS Trust Settlement Agreements* [ECF Doc. # 320] and the *Debtors' Supplemental Motion*

ny-1060616

*Pursuant to Fed. R. Bankr. P. 9019 for Approval of RMBS Trust Settlement Agreements* [ECF Doc. # 1176]:

1.  Jeff Cancelliere
    Mortgage Risk Officer
    c/o Jamie Levitt
    Morrison & Foerster LLP
    1290 Avenue of the Americas
    New York, NY 10104-0050
    (212) 468-8203

    Cancelliere has knowledge of the facts, events and circumstances regarding the Debtors' assessment of the RMBS Trust Settlement.

2.  Tammy Hamzehpour
    General Counsel
    c/o Jamie Levitt
    Morrison & Foerster LLP
    1290 Avenue of the Americas
    New York, NY 10104-0050
    (212) 468-8203

    Hamzehpour has knowledge of the facts, events and circumstances regarding the negotiation and approval of the RMBS Trust Settlement.

3.  John Mack
    Independent Board Member
    c/o Jamie Levitt
    Morrison & Foerster LLP
    1290 Avenue of the Americas
    New York, NY 10104-0050
    (212) 468-8203

    Mack has knowledge of the facts, events and circumstances regarding the approval of the RMBS Trust Settlement by the Debtors' Board of Directors.

4.  Tom Marano
    Chief Executive Officer
    c/o Jamie Levitt
    Morrison & Foerster LLP
    1290 Avenue of the Americas
    New York, NY 10104-0050
    (212) 468-8203

    Marano has knowledge of the facts, events and circumstances regarding the approval of the RMBS Trust Settlement by the Debtors' Board of Directors.

5. Mark Renzi
   Managing Director, FTI Consulting, Inc.
   c/o Jamie Levitt
   Morrison & Foerster LLP
   1290 Avenue of the Americas
   New York, NY 10104-0050
   (212) 468-8203

   Renzi has knowledge of the facts, events and circumstances regarding the assessment and negotiation of the RMBS Trust Settlement by the Debtors' Board of Directors.

6. John Ruckdaschel
   Associate General Counsel
   c/o Jamie Levitt
   Morrison & Foerster LLP
   1290 Avenue of the Americas
   New York, NY 10104-0050
   (212) 468-8203

   Ruckdaschel has knowledge of the facts, events and circumstances regarding the Debtors' securitization business and regarding the negotiation of the RMBS Trust Settlement.

Dated: New York, NY
       October 5, 2012

                                       Respectfully submitted,

                                       /s/ Gary S. Lee
                                       Gary S. Lee
                                       Anthony Princi
                                       Darryl Rains
                                       Jamie A. Levitt

                                       MORRISON & FOERSTER LLP
                                       1290 Avenue of the Americas
                                       New York, New York 10104
                                       Telephone: (212) 468-8000
                                       Facsimile: (212) 468-7900

                                       *Counsel for the Debtors*
                                       *and Debtors in Possession*