**Hearing Date: November 19, 2012 at 10:00 a.m.**
**Extended Objection Deadline: October 5, 2012**

Gregory M. Petrick
Ingrid Bagby
CADWALADER, WICKERSHAM & TAFT LLP
One World Financial Center
New York, New York 10281
Telephone: (212) 504-6000
Facsimile: (212) 504-6666

-and-

Mark C. Ellenberg
CADWALADER, WICKERSHAM & TAFT LLP
700 Sixth Street, N.W.
Washington, DC 20001
Telephone: (202) 862-2200
Facsimile: (202) 862-2400

*Attorneys for MBIA Insurance Corporation*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------------x

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **RESIDENTIAL CAPITAL, LLC, *et al.*,** | **Case No. 12-12020 (MG)** |
| **Debtors.** | **(Jointly Administered)** |

--------------------------------------------------------------------x

**OBJECTION OF MBIA INSURANCE CORPORATION TO FIRST AMENDED AND RESTATED NOTICE OF (I) DEBTORS' INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS, UNEXPIRED LEASES OF PERSONAL PROPERTY, AND UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY AND (II) CURE AMOUNTS RELATED THERETO [DOCKET NO. 1484]**

TO THE HONORABLE MARTIN GLENN
UNITED STATES BANKRUPTCY JUDGE:

MBIA Insurance Corporation ("***MBIA***"), an unsecured creditor of the debtors in the

above-captioned chapter 11 cases (the "***Debtors***") and a member of the Official Committee of

Unsecured Creditors (the "***Committee***")[1] respectfully submits this objection to the Debtors' *First Amended and Restated Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto* [Docket No. 1484] (the "***Notice of Assumption and Assignment***" or the "***Notice***").

1.      Beginning at least as early as 2000, MBIA entered into numerous insurance agreements and/or insurance and indemnity agreements (collectively, the "***Insurance Agreements***") with various Debtors and predecessors to the Debtors, including Debtor GMAC Mortgage, LLC (together with its predecessors, "***GMACM***") and Debtor Residential Funding Company, LLC (together with its predecessors, "***RFC***").   Under the Insurance Agreements, MBIA agreed to issue financial guaranty insurance policies (the "***Policies***") in connection with various residential mortgage-backed securitization transactions sponsored by GMACM and RFC. The Insurance Agreements gave MBIA the right to seek reimbursement from the relevant Debtor counterparties for any claims that MBIA paid under the Policies.

2.      On September 26, 2012, the Debtors filed the Notice of Assumption and Assignment, which established a Cure Objection Deadline (as defined therein) of September 28, 2012.  On September 27, 2012, the Debtors agreed to extend the Cure Objection Deadline for MBIA until October 5, 2012.

3.      The Notice of Assumption and Assignment identifies four Insurance Agreements as executory contracts that the Debtors may attempt to assume and assign (collectively, the "***MBIA Contracts***"). The MBIA Contracts consist of (i) three insurance

---

[1] MBIA files this objection only on its own behalf, and not on behalf of the Committee or any of its other members.

agreements between MBIA, GMACM, and other parties relating to the securitization transactions labeled HE GMACM 2000-HE2, HE GMACM 2000-HE4, and HE GMACM 2002-HE3 (respectively, the "**2000-HE2 Agreement**," the "**2000-HE4 Agreement**," and the "**2002-HE3 Agreement**"), and (ii) one insurance and indemnity agreement between MBIA, RFC, and other parties relating to the securitization transaction labeled RFMSII 2004-HS2 (the "**2004-HS2 Agreement**").

4.    The Notice of Assumption and Assignment sets forth no cure amounts for the MBIA Contracts, and paragraph 6 of the Notice states that "if no amount is scheduled for a Designated Agreement [as defined therein], the Debtors believe that there is no Cure Amount [as defined therein] currently outstanding for such Designated Agreement." The Notice thus effectively schedules a cure amount of $0 for each of the MBIA Contracts.

5.    The cure amounts scheduled by the Debtors for (i) the 2000-HE2 Agreement, (ii) the 2000-HE4 Agreement, and (iii) the 2004-HS2 Agreement are incorrect. As of the September 2012 servicing statements for the relevant securitization transactions, a total of approximately $5,774,414.46 was owed to MBIA under these three MBIA Contracts.

6.    Specifically, the monthly servicing statement for the 2000-HE2 transaction (attached hereto as **Exhibit 1**) states that a total "Credit Enhancement Unreimbursed Amount" of $3,262,290.94 is owed to MBIA under the 2000-HE2 Agreement. This amount consists of a "Credit Enhancement Unreimbursed Amount" of $2,278,393.53 for "Group I" and a "Credit Enhancement Unreimbursed Amount" of $983,897.41 for "Group II."

7.    The monthly servicing statement for the 2000-HE4 transaction (attached hereto as **Exhibit 2**) states that a total "Credit Enhancement Unreimbursed Amount" of $2,068,158.07 is owed to MBIA under the 2000-HE4 Agreement. This amount consists of a

"Credit Enhancement Unreimbursed Amount" of $1,839,053.98 for "Group I" and a "Credit Enhancement Unreimbursed Amount" of $229,104.09 for "Group II."

8.      Finally, the monthly servicing statement for the 2004-HS2 transaction (attached hereto as **Exhibit 3**) states that a total of $443,965.45 is currently owed to MBIA under the 2004-HS2 Agreement.  This amount consists of a "Draw Amount" of $5,317.36 and a "Prior Draw Amount Not Yet Reimbursed" of $438,648.09.

9.      MBIA therefore objects to the cure amounts scheduled in the Notice. Furthermore, the amounts owed to MBIA under the MBIA Contracts likely will change prior to the Assumption Date (as defined in the Notice).  For this reason, in the event the Debtors proceed to assume any of the MBIA Contracts, MBIA reserves the right to submit revised cure amounts reflecting the amounts owed to MBIA as of the Assumption Date.  MBIA further reserves the right to object to the assumption of, and/or submit accurate cure amounts for, any Insurance Agreements not currently scheduled in the Notice to the extent the Debtors subsequently seek to assume any such Insurance Agreements.

WHEREFORE, MBIA asks this Court to require the correct cure amounts, as determined as of the Assumption Date, to be paid to MBIA in connection with any assumption and assignment of the MBIA Contracts or of any other Insurance Agreements to which MBIA is a party.

[SIGNATURE PAGE FOLLOWS]

Dated:   New York, New York
         October 5, 2012

CADWALADER, WICKERSHAM & TAFT LLP

By  /s/ *Gregory M. Petrick*
Gregory M. Petrick
Ingrid Bagby
CADWALADER, WICKERSHAM & TAFT LLP
One World Financial Center
New York, New York 10281
Telephone: (212) 504-6000
Facsimile: (212) 504-6666

-and-

Mark C. Ellenberg
CADWALADER, WICKERSHAM & TAFT LLP
700 Sixth Street, N.W.
Washington, DC 20001
Telephone: (202) 862-2200
Facsimile: (202) 862-2400

*Attorneys for MBIA Insurance Corporation*

## EXHIBIT 1

HOME EQUITY LOAN TRUST 2000-HE2
RESIDENTIAL FUNDING COMPANY, LLC - MASTER SERVICER
STATEMENT TO CERTIFICATEHOLDERS

## DISTRIBUTION SUMMARY

| CLASS | CUSIP | ORIGINAL FACE VALUE | PRINCIPAL BALANCE BEFORE DISTRIBUTION | CURRENT PASS-THROUGH RATE | PRINCIPAL DISTRIBUTION | INTEREST DISTRIBUTION | TOTAL DISTRIBUTION | *DEFERRED INTEREST | PRINCIPAL LOSS | ADDITIONAL BALANCE | REMAINING PRINCIPAL BALANCE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| A-1 | 361856AN7 | 451,475,000.00 | 4,565,554.19 | 0.67550 % | 254,774.93 | 2,484.36 | 257,259.29 | 0.00 | 0.00 | 0.00 | 4,310,779.26 |
| A-2 | 361856AP2 | 65,000,000.00 | 158,128.25 | 0.81550 % | 13,065.36 | 103.88 | 13,169.24 | 0.00 | 0.00 | 0.00 | 145,062.89 |
| CERTS | | 0.00 | 0.00 | 0.00000 % | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 516,475,000.00 | 4,723,682.44 | | 267,840.29 | 2,588.24 | 270,428.53 | 0.00 | 0.00 | | |
| | | | | | | | | | | 0.00 | 4,455,842.15 |

## DISTRIBUTION FACTOR SUMMARY
### AMOUNTS PER $1,000 UNIT

| CLASS | PRINCIPAL BALANCE BEFORE DISTRIBUTION | PRINCIPAL DISTRIBUTION | INTEREST DISTRIBUTION | ADDITIONAL BALANCE | TOTAL DISTRIBUTION | DEFERRED INTEREST | PRINCIPAL BALANCE AFTER DISTRIBUTION |
|---|---|---|---|---|---|---|---|
| A-1 | 10.112529 | 0.564317 | 0.005503 | 0.000000 | 0.569820 | 0.000000 | 9.548213 |
| A-2 | 2.432742 | 0.201006 | 0.001598 | 0.000000 | 0.202604 | 0.000000 | 2.231737 |

* DEFERRED INTEREST - INCLUDES NON-CASH ALLOCATIONS

DETERMINATION DATE                18-September-2012
PAYMENT DATE                      25-September-2012

RESIDENTIAL FUNDING COMPANY, LLC
2255 NORTH ONTARIO STREET, SUITE 400
BURBANK, CA  91504-2130
(818) 260-1441
www.gmacrfc.com/investors/

HOME EQUITY LOAN TRUST 2000-HE2
RESIDENTIAL FUNDING COMPANY, LLC - MASTER SERVICER
STATEMENT TO CERTIFICATEHOLDERS

## INTEREST DISTRIBUTION SUMMARY

| CLASS | RECORD DATE | ACCRUAL DATES | INTEREST ACCRUAL METHODOLOGY | ACCRUED CERTIFICATE INTEREST | PREPAYMENT INTEREST SHORTFALL ALLOCATED | SERVICEMEMBERS CIVIL RELIEF ACT SHORTFALL ALLOCATED | PRIOR PERIOD SHORTFALLS REPAID | CERTIFICATE INTEREST DISTRIBUTION AMOUNT |
|---|---|---|---|---|---|---|---|---|
| A-1 | 09/24/2012 | 08/27/2012-09/24/2012 | Actual/360 | 2,484.36 | 0.00 | 0.00 | 0.00 | 2,484.36 |
| A-2 | 09/24/2012 | 08/27/2012-09/24/2012 | Actual/360 | 103.88 | 0.00 | 0.00 | 0.00 | 103.88 |
| CERTS | 08/31/2012 | 08/01/2012-08/31/2012 | 30/360 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| DEAL TOTALS | | | | 2,588.24 | 0.00 | 0.00 | 0.00 | 2,588.24 |

| | PREPAYMENT INTEREST SHORTFALL AMOUNTS | | | | | BASIS RISK/NET WAC SHORTFALL AMOUNTS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| CLASS | CURRENT PERIOD | PRIOR PERIOD UNPAID | PRIOR UNPAID ACCRUED INTEREST | TOTAL PAID | REMAINING UNPAID | CURRENT PERIOD | PRIOR PERIOD UNPAID | PRIOR UNPAID ACCRUED INTEREST | TOTAL PAID | REMAINING UNPAID |
| A-1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| A-2 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| DEAL TOTALS | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

INDEX VALUE USED FOR THE CURRENT DISTRIBUTION :   LIBOR - 1 MONTH      0.23550

HOME EQUITY LOAN TRUST 2000-HE2
RESIDENTIAL FUNDING COMPANY, LLC - MASTER SERVICER
STATEMENT TO CERTIFICATEHOLDERS

COLLATERAL SUMMARY

| POOL/GROUP | MASTER SERVICER FEE AMOUNT | SUBSERVICER FEE AMOUNT | WEIGHTED AVERAGE GROSS RATE | WEIGHTED AVERAGE NET RATE | WEIGHTED AVERAGE REMAINING AMORTIZATION TERM | WEIGHTED AVERAGE MONTHS TO MATURITY | WEIGHTED AVERAGE REMAINING DRAW MONTHS | PERCENTAGE OF DELINQUENT LOANS | ADDITIONAL DRAW AMOUNTS |
|---|---|---|---|---|---|---|---|---|---|
| GROUP I -161011 | 0.00 | 2,670.45 | 4.89163780 % | 3.87562531 % | 100.00 | 143.78 | 28.73 | 6.0228202 % | 0.00 |
| GROUP II-161000 | 0.00 | 129.49 | 3.81627226 % | 2.76317820 % | 0.00 | 162.69 | 28.43 | 0.0000000 % | 0.00 |
| DEAL TOTALS | 0.00 | 2,799.94 | | | | | | 5.7537950 % | 0.00 |

| POOL/GROUP | BEGINNING OF PERIOD COUNT | AMOUNT | SCHEDULED PRINCIPAL COUNT | AMOUNT | CURTAILMENTS COUNT | AMOUNT | PAYOFFS COUNT | AMOUNT | MATURED LOANS COUNT | AMOUNT | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| GROUP I (161011) | 493 | 6,530,834.42 | N/A | 51,609.10 | N/A | 58,317.75 | 8 | 144,026.62 | 0 | N/A | |
| GROUP II (161000) | 13 | 310,772.99 | N/A | 1,797.77 | N/A | 1,280.91 | 1 | 18,125.04 | 0 | N/A | |
| DEAL TOTALS | 506 | 6,841,607.41 | N/A | 53,406.87 | N/A | 59,598.66 | 9 | 162,151.66 | 0 | N/A | |

| POOL/GROUP | REPURCHASES COUNT | AMOUNT | LIQUIDATIONS COUNT | AMOUNT | LOSSES COUNT | AMOUNT | DRAWS COUNT | AMOUNT | END OF PERIOD COUNT | AMOUNT | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| GROUP I (161011) | 0 | 0.00 | 2 | 83,698.60 | N/A | 0.00 | N/A | 0.00 | 483 | 6,193,182.35 | |
| GROUP II (161000) | 0 | 0.00 | 0 | 0.00 | N/A | 0.00 | N/A | 0.00 | 12 | 289,569.27 | |
| DEAL TOTALS | 0 | 0.00 | 2 | 83,698.60 | N/A | 0.00 | N/A | 0.00 | 495 | 6,482,751.62 | |

GMACM Recovery Fee for the Current Period is 2,020.20

HOME EQUITY LOAN TRUST 2000-HE2
RESIDENTIAL FUNDING COMPANY, LLC - MASTER SERVICER
STATEMENT TO CERTIFICATEHOLDERS

## DELINQUENCY SUMMARY

| | CURRENT | | DELINQUENCY | | | | | | | | |
| | | | 30-59 DAYS | | 60-89 DAYS | | 90-119 DAYS | | 120-149 DAYS | | 150-179 DAYS | |
| POOL/GROUP | COUNT | AMOUNT | COUNT | AMOUNT | COUNT | AMOUNT | COUNT | AMOUNT | COUNT | AMOUNT | COUNT | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GROUP I (161011) | 466 | 5,820,178.11 | 6 | 105,026.16 | 0 | 0.00 | 3 | 70,747.20 | 4 | 45,310.78 | 0 | 0.00 |
| GROUP II (161000) | 12 | 289,569.27 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 |
| DEAL TOTALS | 478 | 6,109,747.38 | 6 | 105,026.16 | 0 | 0.00 | 3 | 70,747.20 | 4 | 45,310.78 | 0 | 0.00 |

| | 180+ DAYS | | FORECLOSURE | | REO LOANS | | PAID OFF | | REPURCHASED | | LIQUIDATED | |
| POOL/GROUP | COUNT | AMOUNT | COUNT | AMOUNT | COUNT | AMOUNT | COUNT | AMOUNT | COUNT | AMOUNT | COUNT | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GROUP I (161011) | 2 | 70,325.88 | 2 | 81,594.22 | 0 | 0.00 | 8 | 144,026.62 | 0 | 0.00 | 2 | 83,698.60 |
| GROUP II (161000) | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 1 | 18,125.04 | 0 | 0.00 | 0 | 0.00 |
| DEAL TOTALS | 2 | 70,325.88 | 2 | 81,594.22 | 0 | 0.00 | 9 | 162,151.66 | 0 | 0.00 | 2 | 83,698.60 |

Delinquency information appearing on this statement has been derived using the OTS method.

## MODIFICATION SUMMARY

| | CAPITALIZATION WORKOUTS | | | | | | OTHER MODIFICATIONS | | | |
| | CURRENT PERIOD | | CALENDAR YEAR | | CUMULATIVE | | | CURRENT PERIOD | | CUMULATIVE | |
| POOL/GROUP | COUNT | CAPITALIZED AMOUNT | COUNT | CAPITALIZED AMOUNT | COUNT | CAPITALIZED AMOUNT | % OF ORIG BAL | COUNT | BALANCE | COUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| GROUP I (161011) | 0 | 0.00 | 1 | 208.11 | 1 | 481.11 | 0.000107% | 17 | 427,537.14 | 17 | 420,664.06 |
| GROUP II (161000) | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0.000000% | 1 | 45,942.58 | 1 | 45,942.58 |
| DEAL TOTALS | 0 | 0.00 | 1 | 208.11 | 1 | 481.11 | 0.000093% | 18 | 473,479.72 | 18 | 466,606.64 |

Calendar Year Capitalization Workouts represent all Capitalization Workouts entered into during the current calendar year as it relates to the
Collection Period

HOME EQUITY LOAN TRUST 2000-HE2
RESIDENTIAL FUNDING COMPANY, LLC - MASTER SERVICER
STATEMENT TO CERTIFICATEHOLDERS

## COLLECTIONS SUMMARY

|      |                                | GROUP I  (161011) | GROUP II (161000) | DEAL TOTALS |
|------|--------------------------------|-------------------|-------------------|-------------|
| (1)  | INTEREST COLLECTIONS           | 26,042.16         | 892.85            | 26,935.01   |
| (1a) | LESS EXCLUDED INTEREST          | 6,209.82          | 415.10            | 6,624.92    |
| (1b) | =INCLUDED INTEREST COLLECTIONS  | 19,832.34         | 477.75            | 20,310.09   |
| (2)  | PRINCIPAL COLLECTIONS          | 253,953.47        | 21,203.72         | 275,157.19  |
| (2a) | LESS EXCLUDED PRINCIPAL          | 82,877.14         | 8,138.36          | 91,015.50   |
| (2b) | =INCLUDED PRINCIPAL COLLECTIONS | 171,076.33        | 13,065.36         | 184,141.69  |
| (3)  | ADDITIONAL BALANCE             | 0.00              | 0.00              | 0.00        |
| (4)  | NET PRINCIPAL COLLECTIONS       | 171,076.33        | 13,065.36         | 184,141.69  |
| (5)  | ADJUSTMENT AMOUNT              | 0.00              | 0.00              | 0.00        |
| (6)  | INSURED PAYMENT AMOUNT          | 66,350.62         | 0.00              | 66,350.62   |
| (7)  | TOTAL COLLECTIONS AMOUNT        | 257,259.29        | 13,543.11         | 270,802.40  |

## ALLOCATION OF PAYMENTS

|      |                                           | GROUP I  (161011) | GROUP II (161000) | DEAL TOTALS |
|------|-------------------------------------------|-------------------|-------------------|-------------|
| (1)  | TOTAL COLLECTIONS                         | 257,259.29        | 13,543.11         | 270,802.40  |
| (2)  | INTEREST DISTRIBUTION AMOUNT              | 2,484.36          | 103.88            | 2,588.24    |
| (3)  | PRINCIPAL COLLECTION DISTRIBUTION AMOUNT  | 237,426.95        | 13,065.36         | 250,492.31  |
| (4)  | LIQUIDATION LOSS DISTRIBUTION AMOUNT      | 17,347.98         | 0.00              | 17,347.98   |
| (5)  | CREDIT ENHANCEMENT PREMIUM AMOUNT         | 0.00              | 38.48             | 38.48       |
| (6)  | CREDIT ENHANCEMENT REIMBURSEMENT AMOUNT   | 0.00              | 335.39            | 335.39      |
| (7)  | OVERCOLLATERALIZATION INCREASE AMOUNT     | 0.00              | 0.00              | 0.00        |
| (8)  | CREDIT ENHANCEMENT - OTHER AMOUNTS OWED   | 0.00              | 0.00              | 0.00        |
| (9)  | PREPAYMENT INTEREST SHORTFALL             | 0.00              | 0.00              | 0.00        |
| (10) | BASIS RISK/NET WAC SHORTFALL              | 0.00              | 0.00              | 0.00        |
| (11) | SERVICEMEMBERS CIVIL RELIEF ACT SHORTFALL | 0.00              | 0.00              | 0.00        |

## PREPAYMENT FEE SUMMARY

|     |                                     | GROUP I  (161011) | GROUP II (161000) | DEAL TOTALS |
|-----|-------------------------------------|-------------------|-------------------|-------------|
| (1) | PREPAYMENT FEE COLLECTED             | 0.00              | 0.00              | 0.00        |
| (2) | PREPAYMENT FEE PAID TO SB CERTIFICATES | 0.00           | 0.00              | 0.00        |

HOME EQUITY LOAN TRUST 2000-HE2
RESIDENTIAL FUNDING COMPANY, LLC - MASTER SERVICER
STATEMENT TO CERTIFICATEHOLDERS

## LIQUIDATION LOSS SUMMARY

| CURRENT PERIOD REALIZED LOSSES | | DEEMED LIQUIDATIONS | CHARGE-OFFS | BANKRUPTCY | TOTAL LIQUIDATIONS |
|---|---|---|---|---|---|
| GROUP I  (161011) | (1) LOSS COUNT | 0 | 2 | 0 | 2 |
| | (2) BEGINNING AGGREGATE ACTUAL BALANCE | 0.00 | 83,698.60 | 0.00 | 83,698.60 |
| | (3) REALIZED LOSS AMOUNT | 0.00 | 83,698.60 | 0.00 | 83,698.60 |
| GROUP II (161000) | (1) LOSS COUNT | 0 | 0 | 0 | 0 |
| | (2) BEGINNING AGGREGATE ACTUAL BALANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| | (3) REALIZED LOSS AMOUNT | 0.00 | 0.00 | 0.00 | 0.00 |
| DEAL TOTAL | (1) LOSS COUNT | 0 | 2 | 0 | 2 |
| | (2) BEGINNING AGGREGATE ACTUAL BALANCE | 0.00 | 83,698.60 | 0.00 | 83,698.60 |
| | (3) REALIZED LOSS AMOUNT | 0.00 | 83,698.60 | 0.00 | 83,698.60 |

| CUMULATIVE REALIZED LOSSES | | DEEMED LIQUIDATIONS | CHARGE-OFFS | BANKRUPTCY | TOTAL LIQUIDATIONS |
|---|---|---|---|---|---|
| GROUP I  (161011) | (1) LOSS COUNT | 0 | 165 | 0 | 165 |
| | (2) TOTAL REALIZED LOSS | 0.00 | 18,757,306.09 | 0.00 | 18,757,306.09 |
| GROUP II (161000) | (1) LOSS COUNT | 0 | 13 | 0 | 13 |
| | (2) TOTAL REALIZED LOSS | 0.00 | 2,828,797.94 | 0.00 | 2,828,797.94 |
| DEAL TOTAL | (1) LOSS COUNT | 0 | 178 | 0 | 178 |
| | (2) TOTAL REALIZED LOSS | 0.00 | 21,586,104.03 | 0.00 | 21,586,104.03 |

| SUBSEQUENT RECOVERIES | | CURRENT PERIOD | CUMULATIVE |
|---|---|---|---|
| GROUP I  (161011) | (1) SUBSEQUENT RECOVERIES COUNT | 16 | 130 |
| | (2) SUBSEQUENT PRINCIPAL RECOVERIES | 4,411.40 | 1,795,010.16 |
| | (3) NET LOSS | 79,287.20 | 16,962,295.93 |
| | (4) NET LOSS % | 0.017562 % | 3.757084 % |
| GROUP II (161000) | (1) SUBSEQUENT RECOVERIES COUNT | 0 | 7 |
| | (2) SUBSEQUENT PRINCIPAL RECOVERIES | 0.00 | 87,187.29 |
| | (3) NET LOSS | 0.00 | 2,741,610.65 |
| | (4) NET LOSS % | 0.000000 % | 4.217863 % |
| DEAL TOTAL | (1) SUBSEQUENT RECOVERIES COUNT | 16 | 137 |
| | (2) SUBSEQUENT PRINCIPAL RECOVERIES | 4,411.40 | 1,882,197.45 |
| | (3) NET LOSS | 79,287.20 | 19,703,906.58 |
| | (4) NET LOSS % | 0.015352 % | 3.815075 % |

The Cumulative Loan Count for Subsequent Recoveries and Realized Losses begins with the January 2010 Distribution.

| PRIOR REQUIRED OVERCOLLATERALIZATION | BEGINNING OVERCOLLATERALIZATION/ UNDERCOLLATERALIZATION | OVERCOLLATERALIZATION INCREASE | OVERCOLLATERALIZATION REDUCTION | ENDING OVERCOLLATERALIZATION/ UNDERCOLLATERALIZATION | CURRENT REQUIRED OVERCOLLATERALIZATION |
|---|---|---|---|---|---|

HOME EQUITY LOAN TRUST 2000-HE2
RESIDENTIAL FUNDING COMPANY, LLC - MASTER SERVICER
STATEMENT TO CERTIFICATEHOLDERS

---

## OVERCOLLATERALIZATION SUMMARY

| | PRIOR REQUIRED OVERCOLLATERALIZATION AMOUNT | BEGINNING OVERCOLLATERALIZATION/ UNDERCOLLATERALIZATION AMOUNT | OVERCOLLATERALIZATION INCREASE AMOUNT | OVERCOLLATERALIZATION REDUCTION AMOUNT | ENDING OVERCOLLATERALIZATION/ UNDERCOLLATERALIZATION AMOUNT | CURRENT REQUIRED OVERCOLLATERALIZATION AMOUNT |
|---|---|---|---|---|---|---|
| GROUP I   (161011) | 364,048.86 | -1,288.39 | 0.00 | 0.00 | -1,288.39 | 280,100.72 |
| GROUP II  (161000) | 5,528.63 | -167.38 | 0.00 | 0.00 | -167.38 | 5,071.34 |
| DEAL TOTALS | 369,577.49 | -1,455.77 | 0.00 | 0.00 | -1,455.77 | 285,172.06 |

## CREDIT ENHANCEMENT SUMMARY

| POOL/GROUP | CREDIT ENHANCER | PREVIOUS UNREIMBURSED CREDIT PREMIUM | INTEREST ON PREVIOUS UNREIMBURSED PREMIUM | CURRENT MONTH ENHANCEMENT PREMIUM DUE | CREDIT ENHANCEMENT PREMIUM AMOUNT PAID | CREDIT ENHANCEMENT UNREIMBURSED PREMIUM | CREDIT ENHANCEMENT DRAW AMOUNT | CREDIT ENHANCEMENT REIMBURSEMENT AMOUNT | CREDIT ENHANCEMENT UNREIMBURSED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| GROUP I   (161011) | MBIA Insurance Corporation | 0.00 | 0.00 | 552.43 | 0.00 | 552.43 | 66,350.62 | 0.00 | 2,278,393.53 |
| GROUP II  (161000) | MBIA Insurance Corporation | 19.30 | 0.05 | 19.13 | 38.48 | 0.00 | 0.00 | 335.39 | 983,897.41 |
| DEAL TOTALS | | 19.30 | 0.05 | 571.56 | 38.48 | 552.43 | 66,350.62 | 335.39 | 3,262,290.94 |

## EXCLUDED AMOUNTS SUMMARY

| POOL/GROUP | BEGINNING EXCLUDED AMOUNT | PRINCIPAL DRAWS | EXCLUDED PRINCIPAL PAYMENT | EXCLUDED LOSS AMOUNT | ENDING EXCLUDED AMOUNT |
|---|---|---|---|---|---|
| GROUP I   (161011) | 1,966,568.62 | 0.00 | 82,877.14 | 0.00 | 1,883,691.48 |
| GROUP II  (161000) | 152,812.12 | 0.00 | 8,138.36 | 0.00 | 144,673.76 |
| DEAL TOTALS | 2,119,380.74 | 0.00 | 91,015.50 | 0.00 | 2,028,365.24 |

HOME EQUITY LOAN TRUST 2000-HE2
RESIDENTIAL FUNDING COMPANY, LLC - MASTER SERVICER
STATEMENT TO CERTIFICATEHOLDERS

## REPURCHASE SUMMARY

| POOL/GROUP | BREACH OF REPS AND WARRANTIES | | OPTIONAL REPURCHASE OF DEFAULTED LOANS | | SELLER SERVICER REPURCHASES | | TOTAL | |
|---|---|---|---|---|---|---|---|---|
| | COUNT | AMOUNT | COUNT | AMOUNT | COUNT | AMOUNT | COUNT | AMOUNT |
| GROUP I  (161011) | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 |
| GROUP II (161000) | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 |
| DEAL TOTALS | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 |

## MISCELLANEOUS INFORMATION SUMMARY

| | CURRENT PERIOD SERVICE MEMBERS CIVIL RELIEF ACT INTEREST SHORTFALL | CURRENT PERIOD LOAN MODIFICATION RATE REDUCTION INTEREST SHORTFALL | CURRENT YEAR LIEN RELEASE LOAN COUNT | CURRENT YEAR LIEN RELEASE LOAN AMOUNT | CUMULATIVE LIEN RELEASE LOAN COUNT | CUMULATIVE LIEN RELEASE LOAN AMOUNT |
|---|---|---|---|---|---|---|
| GROUP I  (161011) | 94.76 | 1,140.25 | 0 | 0.00 | 5 | 0.00 |
| GROUP II (161000) | 0.00 | 109.18 | 0 | 0.00 | 0 | 0.00 |
| DEAL TOTALS | 94.76 | 1,249.43 | 0 | 0.00 | 5 | 0.00 |

| | LIEN RELEASE OUTSTANDING PRINCIPAL AMOUNT AS A PERCENTAGE OF POOL BALANCE | CURRENT PERIOD ADVANCES OUTSTANDING | CURRENT PERIOD ADVANCES REIMBURSED | | |
|---|---|---|---|---|---|
| GROUP I  (161011) | 0.00000 | 0.00 | 0.00 | 0 | 0.00 |
| GROUP II (161000) | 0.00000 | 0.00 | 0.00 | 0 | 0.00 |
| DEAL TOTALS | 0.00000 | 0.00 | 0.00 | 0 | 0.00 |

# **EXHIBIT 2**

HOME EQUITY LOAN TRUST 2000-HE4
RESIDENTIAL FUNDING COMPANY, LLC - MASTER SERVICER
STATEMENT TO CERTIFICATEHOLDERS

## DISTRIBUTION SUMMARY

| CLASS | CUSIP | ORIGINAL FACE VALUE | PRINCIPAL BALANCE BEFORE DISTRIBUTION | CURRENT PASS-THROUGH RATE | PRINCIPAL DISTRIBUTION | INTEREST DISTRIBUTION | TOTAL DISTRIBUTION | *DEFERRED INTEREST | PRINCIPAL LOSS | ADDITIONAL BALANCE | REMAINING PRINCIPAL BALANCE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| A-1 | 361856AQ0 | 272,716,000.00 | 5,215,934.01 | 0.65550 % | 228,508.93 | 2,754.23 | 231,263.16 | 0.00 | 0.00 | 0.00 | 4,987,425.08 |
| A-2 | 361856AR8 | 59,284,000.00 | 491,352.48 | 0.72550 % | 4,942.98 | 287.16 | 5,230.14 | 0.00 | 0.00 | 0.00 | 486,409.50 |
| CERTS-1 | | 0.00 | 0.00 | 0.00000 % | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| CERTS-2 | | 0.00 | 0.00 | 0.00000 % | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 332,000,000.00 | 5,707,286.49 | | 233,451.91 | 3,041.39 | 236,493.30 | 0.00 | 0.00 | | |
| | | | | | | | | | | 0.00 | 5,473,834.58 |

| | DISTRIBUTION FACTOR SUMMARY AMOUNTS PER $1,000 UNIT | | | | | | | * DEFERRED INTEREST - INCLUDES NON-CASH ALLOCATIONS |
|---|---|---|---|---|---|---|---|---|

| CLASS | PRINCIPAL BALANCE BEFORE DISTRIBUTION | PRINCIPAL DISTRIBUTION | INTEREST DISTRIBUTION | ADDITIONAL BALANCE | TOTAL DISTRIBUTION | DEFERRED INTEREST | PRINCIPAL BALANCE AFTER DISTRIBUTION |
|---|---|---|---|---|---|---|---|
| A-1 | 19.125882 | 0.837901 | 0.010099 | 0.000000 | 0.848000 | 0.000000 | 18.287981 |
| A-2 | 8.288113 | 0.083378 | 0.004844 | 0.000000 | 0.088222 | 0.000000 | 8.204735 |

DETERMINATION DATE          18-September-2012
PAYMENT DATE                25-September-2012

RESIDENTIAL FUNDING COMPANY, LLC
2255 NORTH ONTARIO STREET, SUITE 400
BURBANK, CA  91504-2130
(818) 260-1441
www.gmacrfc.com/investors/

HOME EQUITY LOAN TRUST 2000-HE4
RESIDENTIAL FUNDING COMPANY, LLC - MASTER SERVICER
STATEMENT TO CERTIFICATEHOLDERS

REPT2.FRG

## INTEREST DISTRIBUTION SUMMARY

| CLASS | RECORD DATE | ACCRUAL DATES | INTEREST ACCRUAL METHODOLOGY | ACCRUED CERTIFICATE INTEREST | PREPAYMENT INTEREST SHORTFALL ALLOCATED | SERVICEMEMBERS CIVIL RELIEF ACT SHORTFALL ALLOCATED | PRIOR PERIOD SHORTFALLS REPAID | CERTIFICATE INTEREST DISTRIBUTION AMOUNT |
|---|---|---|---|---|---|---|---|---|
| A-1 | 09/24/2012 | 08/27/2012-09/24/2012 | Actual/360 | 2,754.23 | 0.00 | 0.00 | 0.00 | 2,754.23 |
| A-2 | 09/24/2012 | 08/27/2012-09/24/2012 | Actual/360 | 287.16 | 0.00 | 0.00 | 0.00 | 287.16 |
| CERTS-1 | 09/24/2012 | 08/27/2012-09/24/2012 | Actual/360 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| CERTS-2 | 09/24/2012 | 08/27/2012-09/24/2012 | Actual/360 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| DEAL TOTALS | | | | 3,041.39 | 0.00 | 0.00 | 0.00 | 3,041.39 |

| | PREPAYMENT INTEREST SHORTFALL AMOUNTS | | | | | BASIS RISK/NET WAC SHORTFALL AMOUNTS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| CLASS | CURRENT PERIOD | PRIOR PERIOD UNPAID | PRIOR UNPAID ACCRUED INTEREST | TOTAL PAID | REMAINING UNPAID | CURRENT PERIOD | PRIOR PERIOD UNPAID | PRIOR UNPAID ACCRUED INTEREST | TOTAL PAID | REMAINING UNPAID |
| A-1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| A-2 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| DEAL TOTALS | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

INDEX VALUE USED FOR THE CURRENT DISTRIBUTION :    LIBOR - 1 MONTH      0.23550

HOME EQUITY LOAN TRUST 2000-HE4
RESIDENTIAL FUNDING COMPANY, LLC - MASTER SERVICER
STATEMENT TO CERTIFICATEHOLDERS

COLLATERAL SUMMARY

| POOL/GROUP | MASTER SERVICER FEE AMOUNT | SUBSERVICER FEE AMOUNT | WEIGHTED AVERAGE GROSS RATE | WEIGHTED AVERAGE NET RATE | WEIGHTED AVERAGE REMAINING AMORTIZATION TERM | WEIGHTED AVERAGE MONTHS TO MATURITY | WEIGHTED AVERAGE REMAINING DRAW MONTHS | PERCENTAGE OF DELINQUENT LOANS | ADDITIONAL DRAW AMOUNTS |
|---|---|---|---|---|---|---|---|---|---|
| GROUP I -161016 | 0.00 | 3,065.08 | 4.33398914 % | 3.30412670 % | 124.88 | 112.52 | 17.27 | 12.6784208 % | 0.00 |
| GROUP II-161001 | 0.00 | 245.81 | 3.01304555 % | 1.93763333 % | 0.00 | 183.43 | 135.61 | 0.0000000 % | 0.00 |
| DEAL TOTALS | 0.00 | 3,310.89 | | | | | | 11.6963646 % | 0.00 |

| POOL/GROUP | BEGINNING OF PERIOD COUNT | BEGINNING OF PERIOD AMOUNT | SCHEDULED PRINCIPAL COUNT | SCHEDULED PRINCIPAL AMOUNT | CURTAILMENTS COUNT | CURTAILMENTS AMOUNT | PAYOFFS COUNT | PAYOFFS AMOUNT | MATURED LOANS COUNT | MATURED LOANS AMOUNT | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| GROUP I  (161016) | 494 | 7,356,111.30 | N/A | 74,766.07 | N/A | 150,231.89 | 4 | 196,591.33 | 0 | N/A | |
| GROUP II (161001) | 10 | 589,965.48 | N/A | 5,524.51 | N/A | 2,201.08 | 0 | 0.00 | 0 | N/A | |
| DEAL TOTALS | 504 | 7,946,076.78 | N/A | 80,290.58 | N/A | 152,432.97 | 4 | 196,591.33 | 0 | N/A | |

| POOL/GROUP | REPURCHASES COUNT | REPURCHASES AMOUNT | LIQUIDATIONS COUNT | LIQUIDATIONS AMOUNT | LOSSES COUNT | LOSSES AMOUNT | DRAWS COUNT | DRAWS AMOUNT | END OF PERIOD COUNT | END OF PERIOD AMOUNT | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| GROUP I  (161016) | 0 | 0.00 | 0 | 0.00 | N/A | 0.00 | N/A | 0.00 | 490 | 6,934,522.01 | |
| GROUP II (161001) | 0 | 0.00 | 0 | 0.00 | N/A | 0.00 | N/A | 0.00 | 10 | 582,239.89 | |
| DEAL TOTALS | 0 | 0.00 | 0 | 0.00 | N/A | 0.00 | N/A | 0.00 | 500 | 7,516,761.90 | |

GMACM Recovery Fee for the Current Period is 1,702.49

HOME EQUITY LOAN TRUST 2000-HE4
RESIDENTIAL FUNDING COMPANY, LLC - MASTER SERVICER
STATEMENT TO CERTIFICATEHOLDERS

## DELINQUENCY SUMMARY

| | CURRENT | | DELINQUENCY | | | | | | | | |
| | | | 30-59 DAYS | | 60-89 DAYS | | 90-119 DAYS | | 120-149 DAYS | | 150-179 DAYS | |
| POOL/GROUP | COUNT | AMOUNT | COUNT | AMOUNT | COUNT | AMOUNT | COUNT | AMOUNT | COUNT | AMOUNT | COUNT | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GROUP I  (161016) | 467 | 6,055,334.13 | 6 | 88,437.80 | 2 | 24,784.92 | 5 | 171,509.92 | 3 | 143,961.64 | 0 | 0.00 |
| GROUP II (161001) | 10 | 582,239.89 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 |
| DEAL TOTALS | 477 | 6,637,574.02 | 6 | 88,437.80 | 2 | 24,784.92 | 5 | 171,509.92 | 3 | 143,961.64 | 0 | 0.00 |

| | 180+ DAYS | | FORECLOSURE | | REO LOANS | | PAID OFF | | REPURCHASED | | LIQUIDATED | |
| POOL/GROUP | COUNT | AMOUNT | COUNT | AMOUNT | COUNT | AMOUNT | COUNT | AMOUNT | COUNT | AMOUNT | COUNT | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GROUP I  (161016) | 5 | 285,308.79 | 2 | 165,184.81 | 0 | 0.00 | 4 | 196,591.33 | 0 | 0.00 | 0 | 0.00 |
| GROUP II (161001) | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 |
| DEAL TOTALS | 5 | 285,308.79 | 2 | 165,184.81 | 0 | 0.00 | 4 | 196,591.33 | 0 | 0.00 | 0 | 0.00 |

Delinquency information appearing on this statement has been derived using the OTS method.

## MODIFICATION SUMMARY

| | CAPITALIZATION WORKOUTS | | | | | | | OTHER MODIFICATIONS | | | |
| | CURRENT PERIOD | | CALENDAR YEAR | | CUMULATIVE | | | CURRENT PERIOD | | CUMULATIVE | |
| POOL/GROUP | COUNT | CAPITALIZED AMOUNT | COUNT | CAPITALIZED AMOUNT | COUNT | CAPITALIZED AMOUNT | % OF ORIG BAL | COUNT | BALANCE | COUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| GROUP I  (161016) | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0.000000% | 17 | 668,565.98 | 19 | 668,565.98 |
| GROUP II (161001) | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0.000000% | 0 | 0.00 | 0 | 0.00 |
| DEAL TOTALS | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0.000000% | 17 | 668,565.98 | 19 | 668,565.98 |

Calendar Year Capitalization Workouts represent all Capitalization Workouts entered into during the current calendar year as it relates to the
Collection Period

HOME EQUITY LOAN TRUST 2000-HE4
RESIDENTIAL FUNDING COMPANY, LLC - MASTER SERVICER
STATEMENT TO CERTIFICATEHOLDERS

## COLLECTIONS SUMMARY

|  |  | GROUP I (161016) | GROUP II (161001) | DEAL TOTALS |
|---|---|---|---|---|
| (1) | INTEREST COLLECTIONS | 26,794.74 | 1,272.36 | 28,067.10 |
| (1a) | LESS EXCLUDED INTEREST | 6,269.30 | 185.22 | 6,454.52 |
| (1b) | =INCLUDED INTEREST COLLECTIONS | 20,525.44 | 1,087.14 | 21,612.58 |
| (2) | PRINCIPAL COLLECTIONS | 421,589.29 | 7,725.59 | 429,314.88 |
| (2a) | LESS EXCLUDED PRINCIPAL | 193,080.36 | 2,782.61 | 195,862.97 |
| (2b) | =INCLUDED PRINCIPAL COLLECTIONS | 228,508.93 | 4,942.98 | 233,451.91 |
| (3) | ADDITIONAL BALANCE | 0.00 | 0.00 | 0.00 |
| (4) | NET PRINCIPAL COLLECTIONS | 228,508.93 | 4,942.98 | 233,451.91 |
| (5) | ADJUSTMENT AMOUNT | 0.00 | 0.00 | 0.00 |
| (6) | INSURED PAYMENT AMOUNT | 0.00 | 0.00 | 0.00 |
| (7) | TOTAL COLLECTIONS AMOUNT | 249,034.37 | 6,030.12 | 255,064.49 |

## ALLOCATION OF PAYMENTS

|  |  | GROUP I (161016) | GROUP II (161001) | DEAL TOTALS |
|---|---|---|---|---|
| (1) | TOTAL COLLECTIONS | 249,034.37 | 6,030.12 | 255,064.49 |
| (2) | INTEREST DISTRIBUTION AMOUNT | 2,754.23 | 287.16 | 3,041.39 |
| (3) | PRINCIPAL COLLECTION DISTRIBUTION AMOUNT | 228,508.93 | 4,942.98 | 233,451.91 |
| (4) | LIQUIDATION LOSS DISTRIBUTION AMOUNT | 0.00 | 0.00 | 0.00 |
| (5) | CREDIT ENHANCEMENT PREMIUM AMOUNT | 1,255.39 | 57.32 | 1,312.71 |
| (6) | CREDIT ENHANCEMENT REIMBURSEMENT AMOUNT | 16,515.82 | 742.66 | 17,258.48 |
| (7) | OVERCOLLATERALIZATION INCREASE AMOUNT | 0.00 | 0.00 | 0.00 |
| (8) | CREDIT ENHANCEMENT - OTHER AMOUNTS OWED | 0.00 | 0.00 | 0.00 |
| (9) | PREPAYMENT INTEREST SHORTFALL | 0.00 | 0.00 | 0.00 |
| (10) | BASIS RISK/NET WAC SHORTFALL | 0.00 | 0.00 | 0.00 |
| (11) | SERVICEMEMBERS CIVIL RELIEF ACT SHORTFALL | 0.00 | 0.00 | 0.00 |
| (12) | REMAINING AMOUNT TO SB CERTIFICATES | 0.00 | 0.00 | 0.00 |

## PREPAYMENT FEE SUMMARY

|  |  | GROUP I (161016) | GROUP II (161001) | DEAL TOTALS |
|---|---|---|---|---|
| (1) | PREPAYMENT FEE COLLECTED | 0.00 | 0.00 | 0.00 |
| (2) | PREPAYMENT FEE PAID TO SB CERTIFICATES | 0.00 | 0.00 | 0.00 |

HOME EQUITY LOAN TRUST 2000-HE4
RESIDENTIAL FUNDING COMPANY, LLC - MASTER SERVICER
STATEMENT TO CERTIFICATEHOLDERS

## LIQUIDATION LOSS SUMMARY

| CURRENT PERIOD REALIZED LOSSES | | DEEMED LIQUIDATIONS | CHARGE-OFFS | BANKRUPTCY | TOTAL LIQUIDATIONS |
|---|---|---|---|---|---|
| GROUP I  (161016) | (1) LOSS COUNT | 0 | 0 | 0 | 0 |
| | (2) BEGINNING AGGREGATE ACTUAL BALANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| | (3) REALIZED LOSS AMOUNT | 0.00 | 0.00 | 0.00 | 0.00 |
| GROUP II (161001) | (1) LOSS COUNT | 0 | 0 | 0 | 0 |
| | (2) BEGINNING AGGREGATE ACTUAL BALANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| | (3) REALIZED LOSS AMOUNT | 0.00 | 0.00 | 0.00 | 0.00 |
| DEAL TOTAL | (1) LOSS COUNT | 0 | 0 | 0 | 0 |
| | (2) BEGINNING AGGREGATE ACTUAL BALANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| | (3) REALIZED LOSS AMOUNT | 0.00 | 0.00 | 0.00 | 0.00 |

| CUMULATIVE REALIZED LOSSES | | DEEMED LIQUIDATIONS | CHARGE-OFFS | BANKRUPTCY | TOTAL LIQUIDATIONS |
|---|---|---|---|---|---|
| GROUP I  (161016) | (1) LOSS COUNT | 0 | 104 | 0 | 104 |
| | (2) TOTAL REALIZED LOSS | 0.00 | 10,633,492.07 | 0.00 | 10,633,492.07 |
| GROUP II (161001) | (1) LOSS COUNT | 0 | 6 | 0 | 6 |
| | (2) TOTAL REALIZED LOSS | 0.00 | 1,111,665.45 | 0.00 | 1,111,665.45 |
| DEAL TOTAL | (1) LOSS COUNT | 0 | 110 | 0 | 110 |
| | (2) TOTAL REALIZED LOSS | 0.00 | 11,745,157.52 | 0.00 | 11,745,157.52 |

| SUBSEQUENT RECOVERIES | | CURRENT PERIOD | CUMULATIVE |
|---|---|---|---|
| GROUP I  (161016) | (1) SUBSEQUENT RECOVERIES COUNT | 13 | 74 |
| | (2) SUBSEQUENT PRINCIPAL RECOVERIES | 11,269.47 | 832,420.80 |
| | (3) NET LOSS | -11,269.47 | 9,801,071.27 |
| | (4) NET LOSS % | -0.007646 % | 6.649726 % |
| GROUP II (161001) | (1) SUBSEQUENT RECOVERIES COUNT | 0 | 5 |
| | (2) SUBSEQUENT PRINCIPAL RECOVERIES | 0.00 | 132,329.32 |
| | (3) NET LOSS | 0.00 | 979,336.13 |
| | (4) NET LOSS % | 0.000000 % | 2.488121 % |
| DEAL TOTAL | (1) SUBSEQUENT RECOVERIES COUNT | 13 | 79 |
| | (2) SUBSEQUENT PRINCIPAL RECOVERIES | 11,269.47 | 964,750.12 |
| | (3) NET LOSS | -11,269.47 | 10,780,407.40 |
| | (4) NET LOSS % | -0.006034 % | 5.772609 % |

The Cumulative Loan Count for Subsequent Recoveries and Realized Losses begins with the January 2010 Distribution.

HOME EQUITY LOAN TRUST 2000-HE4
RESIDENTIAL FUNDING COMPANY, LLC - MASTER SERVICER
STATEMENT TO CERTIFICATEHOLDERS

PERFORMANCE TRIGGER SUMMARY

| POOL/GROUP | TRIGGER TEST NAME | TRIGGER TEST DESCRIPTION | TRIGGER TEST RESULT |
|---|---|---|---|
| GROUP I  (161016) | Stepdown Date - Clause (i) | Payment Date >= 06/25/2003 | Pass |
| GROUP I  (161016) | Stepdown Date - Clause (ii) | Pool Balance < 50% of Cut-Off Balance | Pass |
| GROUP I  (161016) | Stepdown Date | Later to occur of Clause (x) and Clause (y) | Stepdown Date has occurred |
| GROUP I  (161016) | Excess Spread Test | Excess Spread < 2.00% | Trigger not in effect |
| GROUP II (161001) | Stepdown Date - Clause (i) | Payment Date >= 06/25/2003 | Pass |
| GROUP II (161001) | Stepdown Date - Clause (ii) | Pool Balance < 50% of Cut-Off Balance | Pass |
| GROUP II (161001) | Stepdown Date | Later to occur of Clause (x) and Clause (y) | Stepdown Date has occurred |
| GROUP II (161001) | Excess Spread Test | Excess Spread < 2.00% | Trigger in effect |

HOME EQUITY LOAN TRUST 2000-HE4
RESIDENTIAL FUNDING COMPANY, LLC - MASTER SERVICER
STATEMENT TO CERTIFICATEHOLDERS

## OVERCOLLATERALIZATION SUMMARY

|  | PRIOR REQUIRED OVERCOLLATERALIZATION AMOUNT | BEGINNING OVERCOLLATERALIZATION/ UNDERCOLLATERALIZATION AMOUNT | OVERCOLLATERALIZATION INCREASE AMOUNT | OVERCOLLATERALIZATION REDUCTION AMOUNT | ENDING OVERCOLLATERALIZATION/ UNDERCOLLATERALIZATION AMOUNT | CURRENT REQUIRED OVERCOLLATERALIZATION AMOUNT |
|---|---|---|---|---|---|---|
| GROUP I   (161016) | 405,864.62 | 0.00 | 0.00 | 0.00 | 0.00 | 412,119.94 |
| GROUP II  (161001) | 17,197.34 | 0.00 | 0.00 | 0.00 | 0.00 | 17,024.33 |
| DEAL TOTALS | 423,061.96 | 0.00 | 0.00 | 0.00 | 0.00 | 429,144.27 |

## CREDIT ENHANCEMENT SUMMARY

| POOL/GROUP | CREDIT ENHANCER | PREVIOUS UNREIMBURSED CREDIT PREMIUM | INTEREST ON PREVIOUS UNREIMBURSED PREMIUM | CURRENT MONTH ENHANCEMENT PREMIUM DUE | CREDIT ENHANCEMENT PREMIUM AMOUNT PAID | CREDIT ENHANCEMENT UNREIMBURSED PREMIUM | CREDIT ENHANCEMENT DRAW AMOUNT | CREDIT ENHANCEMENT REIMBURSEMENT AMOUNT | CREDIT ENHANCEMENT UNREIMBURSED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| GROUP I   (161016) | MBIA Insurance Corporation | 645.17 | 1.69 | 608.53 | 1,255.39 | 0.00 | 0.00 | 16,515.82 | 1,839,053.98 |
| GROUP II  (161001) | MBIA Insurance Corporation | 0.00 | 0.00 | 57.32 | 57.32 | 0.00 | 0.00 | 742.66 | 229,104.09 |
| DEAL TOTALS |  | 645.17 | 1.69 | 665.85 | 1,312.71 | 0.00 | 0.00 | 17,258.48 | 2,068,158.07 |

## EXCLUDED AMOUNTS SUMMARY

| POOL/GROUP | BEGINNING EXCLUDED AMOUNT | PRINCIPAL DRAWS | EXCLUDED PRINCIPAL PAYMENT | EXCLUDED LOSS AMOUNT | ENDING EXCLUDED AMOUNT |
|---|---|---|---|---|---|
| GROUP I   (161016) | 2,140,177.29 | 0.00 | 193,080.36 | 0.00 | 1,947,096.93 |
| GROUP II  (161001) | 98,613.00 | 0.00 | 2,782.61 | 0.00 | 95,830.39 |
| DEAL TOTALS | 2,238,790.29 | 0.00 | 195,862.97 | 0.00 | 2,042,927.32 |

HOME EQUITY LOAN TRUST 2000-HE4
RESIDENTIAL FUNDING COMPANY, LLC - MASTER SERVICER
STATEMENT TO CERTIFICATEHOLDERS

### REPURCHASE SUMMARY

| POOL/GROUP | BREACH OF REPS AND WARRANTIES | | OPTIONAL REPURCHASE OF DEFAULTED LOANS | | SELLER SERVICER REPURCHASES | | TOTAL | |
|---|---|---|---|---|---|---|---|---|
| | COUNT | AMOUNT | COUNT | AMOUNT | COUNT | AMOUNT | COUNT | AMOUNT |
| GROUP I  (161016) | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 |
| GROUP II (161001) | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 |
| DEAL TOTALS | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 |

### MISCELLANEOUS INFORMATION SUMMARY

| | CURRENT PERIOD SERVICE MEMBERS CIVIL RELIEF ACT INTEREST SHORTFALL | CURRENT PERIOD LOAN MODIFICATION RATE REDUCTION INTEREST SHORTFALL | CURRENT YEAR LIEN RELEASE LOAN COUNT | CURRENT YEAR LIEN RELEASE LOAN AMOUNT | CUMULATIVE LIEN RELEASE LOAN COUNT | CUMULATIVE LIEN RELEASE LOAN AMOUNT |
|---|---|---|---|---|---|---|
| GROUP I  (161016) | 0.00 | 1,482.43 | 0 | 0.00 | 3 | 0.00 |
| GROUP II (161001) | 0.00 | 0.00 | 0 | 0.00 | 0 | 0.00 |
| DEAL TOTALS | 0.00 | 1,482.43 | 0 | 0.00 | 3 | 0.00 |

| | LIEN RELEASE OUTSTANDING PRINCIPAL AMOUNT AS A PERCENTAGE OF POOL BALANCE | CURRENT PERIOD ADVANCES OUTSTANDING | CURRENT PERIOD ADVANCES REIMBURSED | | |
|---|---|---|---|---|---|
| GROUP I  (161016) | 0.00000 | 0.00 | 0.00 | 0 | 0.00 |
| GROUP II (161001) | 0.00000 | 0.00 | 0.00 | 0 | 0.00 |
| DEAL TOTALS | 0.00000 | 0.00 | 0.00 | 0 | 0.00 |

# EXHIBIT 3

Run:  09/14/2012   12-12020-mg   Doc 1736   Filed 10/05/12   Entered 10/05/12 16:53:55   Main Document     REPT1HI.FRG
15:28:11                                  Pg 26 of 29
Page:    1

RESIDENTIAL FUNDING MORTGAGE SECURITIES II, INC.
HOME EQUITY LOAN TRUST 2004-HS2
RESIDENTIAL FUNDING COMPANY, LLC (MASTER SERVICER)

PAYMENT DATE: 09/25/2012

| CLASS CUSIP | ORIGINAL BALANCE | BEGINNING BALANCE | PASS THROUGH RATE | PRINCIPAL DISTRIBUTION | TOTAL INTEREST DISTRIBUTION | ADDITIONAL BALANCE AMOUNT | ACCELERATED DISTRIBUTION AMOUNT | TOTAL DISTRIBUTION | PRINCIPAL LOSS AMOUNT | ENDING BALANCE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | FACTOR | FACTOR | FACTOR | FACTOR | FACTOR | | FACTOR |
| A-I-1 | 156,790,000.00 | 0.00 | 0.38550 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 76110VQF8 | | | | 0.000000 | 0.000000 | 0.000000 | 0.000000 | 0.000000 | | 0.000000 |
| A-I-2 | 24,550,000.00 | 0.00 | 3.76500 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 76110VQG6 | | | | 0.000000 | 0.000000 | 0.000000 | 0.000000 | 0.000000 | | 0.000000 |
| A-I-3 | 72,520,000.00 | 0.00 | 4.40000 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 76110VQH4 | | | | 0.000000 | 0.000000 | 0.000000 | 0.000000 | 0.000000 | | 0.000000 |
| A-I-4 | 35,290,000.00 | 3,281,108.06 | 5.91500 | 278,572.81 | 16,173.13 | 0.00 | 0.00 | 294,745.94 | 0.00 | 3,002,535.25 |
| 76110VQJ0 | | | | 7.893817 | 0.458292 | 0.000000 | 0.000000 | 8.352109 | | 85.081758 |
| A-I-5 | 19,250,000.00 | 19,250,000.00 | 6.33500 | 0.00 | 101,623.96 | 0.00 | 0.00 | 101,623.96 | 0.00 | 19,250,000.00 |
| 76110VQK7 | | | | 0.000000 | 5.279167 | 0.000000 | 0.000000 | 5.279167 | | 1000.000000 |
| A-I-6 | 21,600,000.00 | 4,282,712.38 | 5.17000 | 256,281.17 | 18,451.35 | 0.00 | 0.00 | 274,732.52 | 0.00 | 4,026,431.21 |
| 76110VQL5 | | | | 11.864869 | 0.854229 | 0.000000 | 0.000000 | 12.719098 | | 186.408852 |
| A-II | 274,050,000.00 | 14,272,928.49 | 0.46550 | 180,704.16 | 5,352.15 | 0.00 | 744.39 | 186,800.70 | 0.00 | 14,091,479.94 |
| 76110VQM3 | | | | 0.659384 | 0.019530 | 0.000000 | 0.002716 | 0.681630 | | 51.419376 |
| A-II-VFN | 0.00 | 1,342,144.96 | 0.46550 | 16,992.39 | 503.29 | 0.00 | 70.00 | 17,565.68 | 0.00 | 1,325,082.57 |
| SB-I | 1.64 | 0.00 | 0.00000 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SB-II | 0.00 | 59,889.59 | 0.00000 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 60,703.98 |
| R-I | 0.00 | 0.00 | 0.00000 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| R-II | 0.00 | 0.00 | 0.00000 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 604,050,001.64 | 42,488,783.48 | | 732,550.53 | 142,103.88 | 0.00 | 814.39 | 875,468.80 | 0.00 | 41,756,232.95 |

MASTER SERVICER    RESIDENTIAL FUNDING COMPANY, LLC
2255 NORTH ONTARIO STREET, SUITE 400
BURBANK, CA  91504-2130
(818) 260-1441

REPT2H1.FRG

RESIDENTIAL FUNDING MORTGAGE SECURITIES II, INC.
HOME EQUITY LOAN TRUST 2004-HS2
RESIDENTIAL FUNDING COMPANY, LLC (MASTER SERVICER)

PAYMENT DATE:  09/25/2012

ADDITIONAL INFORMATION

| CLASS | EXCESS LOSS AMOUNT | REMAINING UNPAID INTEREST | ENDING SECURITY PERCENTAGE |
|---|---|---|---|
| A-I-1 | 0.00 | 0.00 | 0.00000000 |
| A-I-2 | 0.00 | 0.00 | 0.00000000 |
| A-I-3 | 0.00 | 0.00 | 0.00000000 |
| A-I-4 | 0.00 | 341.52 | 7.19062769 |
| A-I-5 | 0.00 | 366.00 | 46.10090193 |
| A-I-6 | 0.00 | 262.71 | 9.64270703 |
| A-II | 0.00 | 0.00 | 33.74700959 |
| A-II-VFN | 0.00 | 0.00 | 3.17337671 |
| SB-I | 0.00 | 0.00 | 0.00000000 |
| SB-II | 0.00 | 0.00 | 0.14537705 |
| R-I | 0.00 | 0.00 | 0.00000000 |
| R-II | 0.00 | 0.00 | 0.00000000 |

| | GROUP I | GROUP II |
|---|---|---|
| SECURITY INT. COLLECTIONS | 155,593.31 | 70,695.41 |
| SECURITY PRIN. COLLECTIONS | 510,191.75 | 135,362.59 |
| TOTAL P & I COLLECTIONS (NET of SERVICING FEES) | 665,785.06 | 206,058.00 |
| PREPAYMENT CHARGES TO SB: | 0.00 | 0.00 |
| TOTAL WIRE AMOUNT: | 665,785.06 | 206,058.00 |
| TOTAL SERVICING FEES | 12,947.76 | 7,550.40 |
| ENDING ASSET BALANCE | 26,274,828.81 | 15,477,266.49 |
| ADDITIONAL BALANCES | N/A | 0.00 |
| NET WAC RATE | 6.4050 | 4.9326 |
| | | |
| OUTSTANDING OVER(UNDER)COLLATERALIZATION AMT | -4,137.65 | 60,703.98 |
| TARGET OVERCOLLATERALIZATION AMT | 1,650,000.01 | 1,350,000.01 |
| | | |
| CURRENT LIQ LOSS AMT/UNINSURED LOSS | 24,662.23 | 62,333.96 |
| CUMMULATIVE LIQ LOSS AMT/UNINSURED LOSS | | |
| AS DOLLAR AMT | 8,937,448.55 | 9,001,862.11 |
| AS PERCENTAGE OF CUT OFF BALANCE | 2.7083 | 3.3340 |
| | | |
| EXCESS LOSS AMOUNT | 0.00 | 0.00 |

DELINQUENCY INFORMATION

| | GROUP I | GROUP II |
|---|---|---|
| 30 - 59 DAYS DELINQUENT | 12 | 10 |
| | 438,964.94 | 413,029.96 |
| 60 - 89 DAYS DELINQUENT | 4 | 4 |
| | 78,171.36 | 84,119.72 |
| 90 - 179 DAYS DELINQUENT | 11 | 5 |
| | 447,453.64 | 189,173.04 |
| 180 OR MORE DAYS DELINQUENT | 0 | 0 |
| | 0.00 | 0.00 |

MASTER SERVICER
RESIDENTIAL FUNDING COMPANY, LLC
2255 N. ONTARIO STREET, SUITE 400
BURBANK, CA  91504-2130
(818) 260-1441

REPT2H2.FRG

**RESIDENTIAL FUNDING MORTGAGE SECURITIES II, INC.**
**HOME EQUITY LOAN TRUST 2004-HS2**
**RESIDENTIAL FUNDING COMPANY, LLC (MASTER SERVICER)**

PAYMENT DATE:  09/25/2012

**ADDITIONAL INFORMATION**

|                                | GROUP I      | GROUP II |
|--------------------------------|--------------|----------|
| SPECIAL HAZARD AMOUNT          | 0.00         | 0.00     |
| FRAUD LOSS AMOUNT              | 0.00         | 0.00     |
| BANKRUPTCY LOSS AMOUNT        | 0.00         | 0.00     |
| CREDIT ENHANCEMENT             |              |          |
| DRAW AMOUNT                    | 5,317.36     | 0.00     |
| PRIOR DRAW NOT YET REIMBURSED  | 438,648.09   | 0.00     |

**MASTER SERVICER**

RESIDENTIAL FUNDING COMPANY, LLC
2255 N. ONTARIO STREET, SUITE 400
BURBANK, CA  91504-2130
(818) 260-1441

Run:       9/20/12      9:59 AM
PAGE:        4

**RESIDENTIAL FUNDING MORTGAGE SECURITIES II, INC.**

**HOME EQUITY LOAN TRUST 2004-HS2**

**RESIDENTIAL FUNDING CORPORATION (MASTER SERVICER)**

9/25/12

RELEASE AGREEMENTS INFORMATION:

| | |
|---|---|
| AGGREGATE NUMBER OF RELEASE AGREEMENTS - YTD | 0.00 |
| AGGREGATE BALANCE OF RELEASE AGREEMENTS - YTD | 0.00 |
| AGGREGATE NUMBER OF RELEASE AGREEMENTS - LTD | 0.00 |
| AGGREGATE BALANCE OF RELEASE AGREEMENTS - LTD | 0.00 |
| OUTSTANDING PRINCIPAL AMOUNT / POOL BALANCE | 0.00 |

LOAN  MODIFICATION INFORMATION:

| | |
|---|---|
| GROUP I AGGREGATE NUMBER OF CAPITALIZATION AGREEMENTS | 0.00 |
| GROUP I AGGREGATE BALANCE OF CAPITALIZATION AGREEMENTS | 0.00 |
| GROUP I AGGREGATE NUMBER OF CAPITALIZATION AGREEMENTS | 0.00 |
| GROUP I AGGREGATE BALANCE OF CAPITALIZATION AGREEMENTS | 0.00 |
| GROUP II AGGREGATE NUMBER OF CAPITALIZATION AGREEMENTS | 0.00 |
| GROUP II AGGREGATE BALANCE OF CAPITALIZATION AGREEMENT | 0.00 |
| GROUP II AGGREGATE NUMBER OF CAPITALIZATION AGREEMENTS | 0.00 |
| GROUP II AGGREGATE BALANCE OF CAPITALIZATION AGREEMENT | 0.00 |
| OUTSTANING AMOUNT OF CAPITALIZATION WORKOUT / POOL BAL/ | 0.00 |