# EXHIBIT 3

# EXHIBIT 3
## ANALYSIS OF SILLMAN MODELS WITH DISCOUNTS REMOVED

### Table 1: Sillman's Higher Range Model Adjusted to Remove Audit Rate Discount and GSE Agree Rate Discount ($bb)

| Description | Current Outstanding Trusts' UPB | Frequency Rate | Severity Rate | Trusts' Estimated Lifetime Losses | Demand Rate | *WITHOUT DISCOUNTS TO AUDIT OR AGREE RATES* | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Audit Rate | Breach Rate | Agree Rate | Loss Share Rate | Potential Repurchase Requirements |
| Liquidated Loans | | | | $30.3 | 65% | 100% | 65% | 68% | 44% | $13.3 |
| Current (Non-Modified) | $34.10 | 17% | 80% | $4.6 | 40% | 100% | 40% | 23% | 9% | $0.4 |
| Current (Modified) | $11.30 | 41% | 78% | $3.6 | 60% | 100% | 60% | 43% | 26% | $0.9 |
| 30-59 Days Delinquent | $2.20 | 20% | 77% | $0.3 | 65% | 100% | 65% | 68% | 44% | $0.1 |
| 60-89 Days Delinquent | $1.00 | 87% | 75% | $0.7 | 65% | 100% | 65% | 68% | 44% | $0.3 |
| 90+ Days Delinquent | $6.30 | 97% | 75% | $4.6 | 65% | 100% | 65% | 68% | 44% | $2.0 |
| Foreclosure | $7.50 | 99% | 77% | $5.7 | 65% | 100% | 65% | 68% | 44% | $2.5 |
| Total Exposure Using Sillman's Shelf Level Estimate of Lifetime Losses | | | | $49.80 | | | | | 39% | $19.6 |
| Total Exposure Using Sillman's Trust Level Estimate of Lifetime Losses | | | | $46.80 | | | | | 39% | $18.4 |

### Table 2: Sillman's Lower Range Model Adjusted to Remove Audit Rate Discount and GSE Agree Rate Discount ($bb)

| Description | Current Outstanding Trusts' UPB | Frequency Rate | Severity Rate | Trusts' Estimated Lifetime Losses | Demand Rate | *WITHOUT DISCOUNTS TO AUDIT OR AGREE RATES* | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Audit Rate | Breach Rate | Agree Rate | Loss Share Rate | Potential Repurchase Requirements |
| Liquidated Loans | | | | $30.3 | 55% | 100% | 55% | 68% | 37% | $11.3 |
| Current (Non-Modified) | $34.10 | 11% | 72% | $2.8 | 30% | 100% | 30% | 13% | 4% | $0.1 |
| Current (Modified) | $11.30 | 36% | 68% | $2.8 | 50% | 100% | 50% | 32% | 16% | $0.4 |
| 30-59 Days Delinquent | $2.20 | 15% | 68% | $0.2 | 55% | 100% | 55% | 68% | 37% | $0.1 |
| 60-89 Days Delinquent | $1.00 | 84% | 66% | $0.6 | 55% | 100% | 55% | 68% | 37% | $0.2 |
| 90+ Days Delinquent | $6.30 | 96% | 67% | $4.0 | 55% | 100% | 55% | 68% | 37% | $1.5 |
| Foreclosure | $7.50 | 99% | 67% | $5.0 | 55% | 100% | 55% | 68% | 37% | $1.9 |
| Total Exposure Using Sillman's Shelf Level Estimate of Lifetime Losses | | | | $45.60 | | | | | 34% | $15.5 |
| Total Exposure Using Sillman's Trust Level Estimate of Lifetime Losses | | | | $43.50 | | | | | 34% | $14.7 |

**EXHIBIT 3**
**ANALYSIS OF SILLMAN MODELS WITH DISCOUNTS REMOVED**

Table 3: Sillman's Higher Range Model Adjusted to Remove Audit Rate Discount ($bb)

| Description | Current Outstanding Trusts' UPB | Frequency Rate | Severity Rate | Trusts' Estimated Lifetime Losses | Demand Rate | *WITHOUT DISCOUNTS TO AUDIT RATE* | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Audit Rate | Breach Rate | Agree Rate | Loss Share Rate | Potential Repurchase Requirements |
| Liquidated Loans | | | | $30.3 | 65% | 100% | 65% | 48% | 31% | $9.5 |
| Current (Non-Modified) | $34.10 | 17% | 80% | $4.6 | 40% | 100% | 40% | 23% | 9% | $0.4 |
| Current (Modified) | $11.30 | 41% | 78% | $3.6 | 60% | 100% | 60% | 43% | 26% | $0.9 |
| 30-59 Days Delinquent | $2.20 | 20% | 77% | $0.3 | 65% | 100% | 65% | 48% | 31% | $0.1 |
| 60-89 Days Delinquent | $1.00 | 87% | 75% | $0.7 | 65% | 100% | 65% | 48% | 31% | $0.2 |
| 90+ Days Delinquent | $6.30 | 97% | 75% | $4.6 | 65% | 100% | 65% | 48% | 31% | $1.4 |
| Foreclosure | $7.50 | 99% | 77% | $5.7 | 65% | 100% | 65% | 48% | 31% | $1.8 |
| Total Exposure Using Sillman's Shelf Level Estimate of Lifetime Losses | | | | $49.80 | | | | | 29% | $14.3 |
| Total Exposure Using Sillman's Trust Level Estimate of Lifetime Losses | | | | $46.80 | | | | | 29% | $13.5 |

Table 4: Sillman's Lower Range Model Adjusted to Remove Audit Rate Discount ($bb)

| Description | Current Outstanding Trusts' UPB | Frequency Rate | Severity Rate | Trusts' Estimated Lifetime Losses | Demand Rate | *WITHOUT DISCOUNTS TO AUDIT RATE* | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Audit Rate | Breach Rate | Agree Rate | Loss Share Rate | Potential Repurchase Requirements |
| Liquidated Loans | | | | $30.3 | 55% | 100% | 55% | 42% | 23% | $7.0 |
| Current (Non-Modified) | $34.10 | 11% | 72% | $2.8 | 30% | 100% | 30% | 13% | 4% | $0.1 |
| Current (Modified) | $11.30 | 36% | 68% | $2.8 | 50% | 100% | 50% | 32% | 16% | $0.4 |
| 30-59 Days Delinquent | $2.20 | 15% | 68% | $0.2 | 55% | 100% | 55% | 42% | 23% | $0.0 |
| 60-89 Days Delinquent | $1.00 | 84% | 66% | $0.6 | 55% | 100% | 55% | 42% | 23% | $0.1 |
| 90+ Days Delinquent | $6.30 | 96% | 67% | $4.0 | 55% | 100% | 55% | 42% | 23% | $0.9 |
| Foreclosure | $7.50 | 99% | 67% | $5.0 | 55% | 100% | 55% | 42% | 23% | $1.2 |
| Total Exposure Using Sillman's Shelf Level Estimate of Lifetime Losses | | | | $45.60 | | | | | 22% | $9.8 |
| Total Exposure Using Sillman's Trust Level Estimate of Lifetime Losses | | | | $43.50 | | | | | 22% | $9.4 |

**EXHIBIT 3**
**ANALYSIS OF SILLMAN MODELS WITH DISCOUNTS REMOVED**

Table 5: Sillman's Higher Range Model Adjusted to Remove GSE Agree Rate Discount ($bb)

| Description | Current Outstanding Trusts' UPB | Frequency Rate | Severity Rate | Trusts' Estimated Lifetime Losses | Demand Rate | *WITHOUT DISCOUNTS TO AGREE RATE* | | | | Potential Repurchase Requirements |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | Audit Rate | Breach Rate | Agree Rate | Loss Share Rate | |
| Liquidated Loans | | | | $30.3 | 65% | 75% | 49% | 68% | 33% | $10.0 |
| Current (Non-Modified) | $34.10 | 17% | 80% | $4.6 | 40% | 30% | 12% | 23% | 3% | $0.1 |
| Current (Modified) | $11.30 | 41% | 78% | $3.6 | 60% | 50% | 30% | 43% | 13% | $0.5 |
| 30-59 Days Delinquent | $2.20 | 20% | 77% | $0.3 | 65% | 75% | 49% | 68% | 33% | $0.1 |
| 60-89 Days Delinquent | $1.00 | 87% | 75% | $0.7 | 65% | 75% | 49% | 68% | 33% | $0.2 |
| 90+ Days Delinquent | $6.30 | 97% | 75% | $4.6 | 65% | 75% | 49% | 68% | 33% | $1.5 |
| Foreclosure | $7.50 | 99% | 77% | $5.7 | 65% | 75% | 49% | 68% | 33% | $1.9 |
| Total Exposure Using Sillman's Shelf Level Estimate of Lifetime Losses | | | | $49.80 | | | | | 29% | $14.3 |
| Total Exposure Using Sillman's Trust Level Estimate of Lifetime Losses | | | | $46.80 | | | | | 29% | $13.4 |

Table 6: Sillman's Lower Range Model Adjusted to Remove GSE Agree Rate Discount ($bb)

| Description | Current Outstanding Trusts' UPB | Frequency Rate | Severity Rate | Trusts' Estimated Lifetime Losses | Demand Rate | *WITHOUT DISCOUNTS TO AGREE RATE* | | | | Potential Repurchase Requirements |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | Audit Rate | Breach Rate | Agree Rate | Loss Share Rate | |
| Liquidated Loans | | | | $30.3 | 55% | 70% | 39% | 68% | 26% | $7.9 |
| Current (Non-Modified) | $34.10 | 11% | 72% | $2.8 | 30% | 15% | 5% | 13% | 1% | $0.0 |
| Current (Modified) | $11.30 | 36% | 68% | $2.8 | 50% | 45% | 23% | 32% | 7% | $0.2 |
| 30-59 Days Delinquent | $2.20 | 15% | 68% | $0.2 | 55% | 70% | 39% | 68% | 26% | $0.1 |
| 60-89 Days Delinquent | $1.00 | 84% | 66% | $0.6 | 55% | 70% | 39% | 68% | 26% | $0.2 |
| 90+ Days Delinquent | $6.30 | 96% | 67% | $4.0 | 55% | 70% | 39% | 68% | 26% | $1.0 |
| Foreclosure | $7.50 | 99% | 67% | $5.0 | 55% | 70% | 39% | 68% | 26% | $1.3 |
| Total Exposure Using Sillman's Shelf Level Estimate of Lifetime Losses | | | | $45.60 | | | | | 23% | $10.6 |
| Total Exposure Using Sillman's Trust Level Estimate of Lifetime Losses | | | | $43.50 | | | | | 23% | $10.2 |