**EXHIBIT A**

**Nature and Amount of Disclosable Economic Interest** [1]

| Name | Address | RMBS Included in RMBS Trust Settlement Agreement | | | |
|---|---|---|---|---|---|
| | | Holdings as of Sept. 30, 2011 | | Holdings as of Sept. 26, 2012 [9] | |
| | | Original Face | Current Face | Original Face | Current Face |
| **AEGON USA Investment Management, LLC** | 4333 Edgewood Road NE<br>Cedar Rapids, IO 52499-5110<br>Attn: Renee Montz | $623,897,000 | $366,942,487 | $603,897,000 | $330,397,514 |
| **Angelo, Gordon & Co., L.P.** [2] | 245 Park Avenue, 42nd Floor<br>New York, NY 10167<br>Attn: Allan N. Krinsman | $316,795,819 | $120,264,216 | $822,174,736 | $323,085,820 |
| **Bayerische Landesbank** | 560 Lexington Ave<br>New York, NY 10022<br>Attn: Lorraine Briganti | $931,462,000 | $423,278,308 | $931,462,000 | $360,161,278 |
| **BlackRock Financial Management Inc.** [3] | 40 East 52nd Street<br>New York, NY 10022<br>Attn: Stephen Ahrens | $6,616,820,542 | $2,473,186,738 | $2,929,494,781 | $1,074,063,893 |
| **Cascade Investment, LLC** | 2365 Carillon Point<br>Kirkland, WA 98033<br>Attn: Laurie Smiley | $513,018,600 | $199,332,370 | $513,018,600 | $175,288,407 |
| **Federal Home Loan Bank of Atlanta** | 1475 Peachtree Street NE<br>Atlanta, GA 30309<br>Attn: Branden Baltich | $32,000,000 | $6,053,463 | $32,000,000 | $5,386,527 |
| **Goldman Sachs Asset Management, L.P.** | 200 West Street<br>New York, NY 10282<br>Attn: Caroline Straus | $2,132,989,063 | $1,059,963,595 | $2,156,195,283 | $979,369,120 |
| **ING Investment Management Co. LLC** [4] | 5780 Powers Ferry Road, NW<br>Atlanta, GA 30327<br>Attn: Kate Ippen | $2,230,369,890 | $946,259,036 | $2,230,369,890 | $813,905,690 |
| **ING Investment Management, LLC** [5] | 5780 Powers Ferry Road, NW<br>Atlanta, GA 30327<br>Attn: Kate Ippen | $926,184,517 | $406,315,843 | $926,184,517 | $344,937,763 |
| **Kore Advisors, L.P.** | 1501 Corporate Dr., Ste 230<br>Boynton Beach, FL 33426<br>Attn: Cory Nass | $155,725,598 | $100,247,215 | $210,128,583 | $131,306,131 |
| **Metropolitan Life Insurance Company** | 1095 Avenue of the Americas<br>New York, NY 10036<br>Attn: Kevin Finnegan | $2,322,117,860 | $1,025,326,497 | $2,759,428,360 | $1,128,036,448 |
| **Neuberger Berman Europe Limited** | Lansdowne House<br>57 Berkeley Square<br>London W1J 6ER<br>United Kingdom<br>Attn: Paul de Francisci | $558,615,000 | $403,705,776 | $558,615,000 | $363,426,470 |
| **Pacific Investment Management Company LLC** | 840 Newport Center Drive<br>Newport Beach, CA 92660<br>Attn: Rick LeBrun | $4,853,503,231 | $2,022,960,894 | $6,432,565,824 | $2,828,164,723 |
| **SNB StabFund** [6] | 1285 Avenue of the America<br>3rd Floor<br>New York, NY 10019<br>Attn: Jeffrey Lavine | $2,402,868,378 | $612,104,393 | $2,392,868,378 | $464,098,342 |
| **Teachers Insurance and Annuity Association of America** | 8500 Andrew Carnegie Blvd.<br>C2-08-04<br>Charlotte, NC 28262<br>Attn: John D. McCally | $1,791,426,859 | $1,410,181,631 | $2,116,407,442 | $1,346,349,486 |
| **The TCW Group, Inc.** [7] | 865 S Figueroa Street<br>Los Angeles, CA 90017<br>Attn: Sean Plater | $1,665,339,720 | $864,830,483 | $2,281,512,675 | $845,705,800 |

**EXHIBIT A**
**Nature and Amount of Disclosable Economic Interest** [1]

| Name | Address | RMBS Included in RMBS Trust Settlement Agreement | | | |
|---|---|---|---|---|---|
| | | Holdings as of Sept. 30, 2011 | | Holdings as of Sept. 26, 2012 [9] | |
| | | Original Face | Current Face | Original Face | Current Face |
| Thrivent Financial for Lutherans | 625 Fourth Ave. S. Minneapolis, MN 55415-1665 Attn: David Royal | $192,592,000 | $77,880,077 | $198,010,000 | $64,038,917 |
| Western Asset Management Company [8] | 385 E. Colorado Blvd. Pasadena, CA 91101 Attn: Stephen Venable | $2,984,143,449 | $1,120,202,439 | $1,682,632,412 | $549,218,291 |
| **TOTAL** | | **$31,249,869,526** | **$13,639,035,462** | **$29,776,965,481** | **$12,126,940,619** |

**Notes**

[1] Holdings for the Steering Committee investors do not include holdings of other securities issued by the Debtor(s) that are not "represented by" the Steering Committee group.

[2] Excludes interest-only holdings as of September 30, 2011 ($549mm in original face, $286mm in current face) and September 26, 2012 ($929mm in original face, $414mm in current face).

[3] Excludes interest-only holdings as of September 30, 2011 ($3.569bb in original face, $999mm in current face) and September 26, 2012 ($1.785bb in original face, $433mm in current face).

[4] In February 2012, beneficial ownership of the RMBS currently managed by ING Investment Management Co. LLC was transferred from ING Bank, fsb to ING Bank, NV.

[5] Excludes interest-only holdings as of September 30, 2011 ($145mm in original face, $49mm in current face) and September 26, 2012 ($145mm in original face, $40mm in current face).

[6] Excludes interest-only holdings as of September 30, 2011 ($10.572bb in original face, $4.689bb in current face) and September 26, 2012 ($10.572bb in original face, $3.990bb in current face).

[7] Excludes interest-only holdings as of September 30, 2011 ($585mm in original face, $257mm in current face) and September 26, 2012 ($10.435bb in original face, $4.403bb in current face).

[8] Excludes interest-only holdings as of September 30, 2011 ($10mm in original face, $3mm in current face) and September 26, 2012 ($10mm in original face, $3mm in current face).

[9] Holdings for ING Investment Management Co. LLC and ING Investment Management LLC are as of September 30, 2012.