Gregory M. Petrick
Ingrid Bagby
Jonathan M. Hoff
CADWALADER, WICKERSHAM & TAFT LLP
One World Financial Center
New York, New York 10281
Telephone: (212) 504-6000
Facsimile: (212) 504-6666

-and-

Mark C. Ellenberg
CADWALADER, WICKERSHAM & TAFT LLP
700 Sixth Street, N.W.
Washington, DC 20001
Telephone: (202) 862-2200
Facsimile: (202) 862-2400

*Attorneys for MBIA Insurance Corporation*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **RESIDENTIAL CAPITAL, LLC, *et al.*,** | **Case No. 12-12020 (MG)** |
| Debtors. | **(Jointly Administered)** |

### MBIA INSURANCE CORPORATION'S DESIGNATION OF FACT WITNESSES

Pursuant to Paragraph 6 of the Second Revised Joint Omnibus Scheduling Order Regarding Debtors' Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of RMBS Trust Settlement Agreements dated September 25, 2012 [Docket No. 1551], MBIA Insurance Corporation ("***MBIA***"), by its counsel, Cadwalader, Wickersham & Taft LLP, hereby designates as its fact witness an MBIA representative sufficient to authenticate MBIA records if necessary. MBIA reserves its right to modify or amend this designation.

Dated: New York, New York
October 5, 2012

        CADWALADER, WICKERSHAM & TAFT LLP

        By  /s/ *Jonathan M. Hoff*
        Gregory M. Petrick
        Ingrid Bagby
        Jonathan M. Hoff
        CADWALADER, WICKERSHAM & TAFT LLP
        One World Financial Center
        New York, New York 10281
        Telephone: (212) 504-6000
        Facsimile: (212) 504-6666

        -and-

        Mark C. Ellenberg
        CADWALADER, WICKERSHAM & TAFT LLP
        700 Sixth Street, N.W.
        Washington, DC 20001
        Telephone: (202) 862-2200
        Facsimile: (202) 862-2400

        *Attorneys for MBIA Insurance Corporation*