Richard L. Wynne (N.Y. Bar No. 1861426)
Howard F. Sidman (N.Y. Bar No. 3970985)
**JONES DAY**
222 East 41st Street
New York, New York  10017.6702
Phone: (212) 326-3418
Fax: (212) 755-7306

Attorneys for Creditor
*Financial Guaranty Insurance Company*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------- x
In the matter of:                                      )
                                                       )     Case No. 12-12020 (MG)
RESIDENTIAL CAPITAL, LLC,                              )
                                                       )     Chapter 11
          Debtors.                                     )
                                                       )
                                                       )
                                                       )
                                                       )
-------------------------------------------------------- x

**FEDERAL GUARANTY INSURANCE CORPORATION'S
FACT WITNESS DISCLOSURES PURSUANT TO RULE 26  OF THE FEDERAL
RULES OF CIVIL PROCEDURE**

Pursuant to Rule 26(a)(3)(i) of the Federal Rules of Civil Procedure, as incorporated by

Rule 7026 of the Federal Rules of Bankruptcy Procedure, Federal Guaranty Insurance

Corporation ("FGIC"), by its attorneys, hereby makes the following fact witness disclosure.

FGIC may call as a fact witness to testify at trial or any hearing concerning the Debtors'

Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of RMBS Trust Settlement Agreements

[ECF Doc. # 320] and the Debtors' Supplemental Motion Pursuant to Fed. R. Bankr. P. 9019 for

Approval of RMBS Trust Settlement Agreements [ECF # 1176] (the "9019 Motion") a FGIC

representative or representatives sufficient to authenticate any necessary FGIC records.

FGIC reserves its right to identify additional fact witnesses as more facts are developed in connection with the 9019 Motion and in response to the fact witness disclosures or expert disclosures by other parties.

Dated: October 5, 2012

/s/ Richard L. Wynne

Richard L. Wynne (1861426)
rlwynne@JonesDay.com
Howard F. Sidman (3970985)
hfsidman@JonesDay.com
JONES DAY
222 East 41st Street
New York, New York  10017.6702
Phone: (212) 326-3418
Fax: (212) 755-7306

Attorneys for Creditor
*Financial Guaranty Insurance Company*