Hearing Date:  November 19, 2012, 10:00 a.m. E.T.
Objection Deadline: October 5, 2012
(extended pursuant to agreement with the Debtors)

Richard L. Wynne (N.Y. Bar No. 1861426)
Howard F. Sidman (N.Y. Bar No. 3970985)
**JONES DAY**
222 East 41st Street
New York, New York  10017.6702
Phone: (212) 326-3418
Fax: (212) 755-7306

Attorneys for Creditor
*Financial Guaranty Insurance Company*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------- x
**In the matter of:**                    )
                                          )
**RESIDENTIAL CAPITAL, LLC,**    )    Case No. 12-12020 (MG)
                                          )
        **Debtors.**                    )    Chapter 11
                                          )
                                          )
                                          )
---------------------------------------------------------- x

**DECLARATION OF LORI SINANYAN IN SUPPORT OF THE
LIMITED OBJECTION OF FINANCIAL GUARANTY INSURANCE
COMPANY TO THE DEBTORS' SALE MOTION AND ASSUMPTION NOTICE**

TO THE HONORABLE MARTIN GLENN
UNITED STATES BANKRUPTCY JUDGE

I, Lori Sinanyan, declare:

1.  I am an attorney at the law firm of Jones Day, counsel for Financial Guaranty Insurance Company ("FGIC"). I am a member in good standing of the State Bar of California. I have personal knowledge of the following matters unless otherwise stated.

2.  I make this declaration in support of the Limited Objection of Financial Guaranty Insurance Company to the Debtors' Sale Motion and Assumption Notice (the "Limited Objection").[1]

3.  Attached hereto as Exhibit 1 is a true and correct copy of the GMAC 2005-HE1 Servicing Agreement.

4.  Attached hereto as Exhibit 2 is a true and correct copy of the GMAC 2005-HE1 I&I Agreement.

5.  Attached hereto as Exhibit 3 is a true and correct copy of the GMAC 2005-HE1 Complaint.

6.  Attached hereto as Exhibit 4 is a true and correct copy of the GMAC 2006-HE1 Servicing Agreement.

7.  Attached hereto as Exhibit 5 is a true and correct copy of the GMAC 2006-HE1 I&I Agreement.

8.  Attached hereto as Exhibit 6 is a true and correct copy of the GMAC 2006-HE1 Complaint.

9.  Attached hereto as Exhibit 7 is a true and correct copy of the RASC 2007-EMX1 Servicing Agreement.

10. Attached hereto as Exhibit 8 is a true and correct copy of the RASC 2007-EMX1 I&I Agreement.

---

[1] Any capitalized terms not defined herein shall have the meaning ascribed to them in the Limited Objection.

LAI-3177504v1

11. Attached hereto as Exhibit 9 is a true and correct copy of the RASC 2007-EMX1 Complaint.

12. Attached hereto as Exhibit 10 is a list of the loan files in support of section II(C)(f) of the Limited Objection.

13. Copies of any other documents referenced in the Limited Objection are available upon request to FGIC's counsel. They are not attached hereto as they are too voluminous.

14. I reached out to Nationstar's counsel on September 24, 2012. She suggested that it would be best for a FGIC business person to contact someone at Nationstar with whom they may already have a pre-existing relationship as she was not sure who to direct FGIC to.

15. I contacted Nationstar's counsel again on September 28 to inform her that FGIC's efforts did not bear fruit. Counsel for Nationstar responded on September 28 that she would follow-up immediately. She did not respond further.

16. On October 2, I again contacted Nationstar's counsel. Counsel for Nationstar responded immediately that she would follow-up.

17. On October 3, counsel for Nationstar provided me with a name of a business person at Nationstar which I immediately forwarded to my client.

18. Nationstar sent FGIC a brief presentation and directed FGIC to visit Nationstar's website for more information on October 4.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge. Executed on October 5, 2012 in Los Angeles, California.

/s/ Lori Sinanyan
Lori Sinanyan

LAI-3177504v1