UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
In re:                                          :
                                                :    Chapter 11
                                                :
RESIDENTIAL CAPITAL, LLC, *et al.*,             :    Case No. 12-12020 (MG)
                                                :
                                                :    (Jointly Administered)
                    **Debtors.**                :
                                                :
------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK:
                    : SS
COUNTY OF NEW YORK:

    WENDY H. KANE, being duly sworn, deposes and says:

    1. I am not a party to this action, am over 18 years of age and am employed by Cadwalader, Wickersham & Taft LLP, One World Financial Center, New York, New York 10281.

    2. On the 5th day of October 2012, I caused a true and correct copy of the:

- Objection of MBIA Insurance Corporation to First Amended and Restated Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of NonResidential Real Property and (II) Cure Amounts Related Thereto [Docket No. 1484]

to be served upon the parties listed on the Special Service List dated as of October 2, 2012 and the parties listed on the attached service list by first class mail service and electronic mail service and upon the parties listed on the General Service List dated as of October 2, 2012 by electronic mail service.

                                                           /s/ Wendy H. Kane
                                                            Wendy H. Kane

Sworn to before me this
9th day of October, 2012

 /s/ Anthony Moore
Notary Public

Anthony Guy Moore
Notary Public, State of New York
No. 01MO6231555
Qualified in New York County
Commission Expires Nov. 29, 2014

USActive 26871217.1

## Service List

Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104
Attn: Gary S. Lee

Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104
Attn: Alexandra Barrage

Sidley Austin LLP
One South Dearborn
Chicago, IL 60603
Attn: Jessica Boelter

Kramer Levin Naftalis & Frankel
1177 Avenue of the Americas
New York, NY 10035
Attn: Kenneth Eckstein

Kramer Levin Naftalis & Frankel
1177 Avenue of the Americas
New York, NY 10035
Attn: Douglas Mannal

Office of the United States Trustee for the Southern District of NY
33 Whitehall Street, 21st Fl.
New York, NY 10004
Attn: Brian Masumoto

Munger, Tolles & Olson LLP
355 South Grand Avenue
Los Angeles, CA 90071
Attn: Seth Goldman

Munger, Tolles & Olson LLP
355 South Grand Avenue
Los Angeles, CA 90071
Attn: Thomas Walper