UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
IN RE:

    Residential Capital, LLC
    aka Residential Capital Corporation,          **NOTICE OF APPEARANCE**

                  Debtor.                      Case No.: 12-12020-mg
------------------------------------------------------------X

S I R S :

    **PLEASE TAKE NOTICE,** that the Secured Creditor, Wells Fargo Bank, N.A., as Trustee on behalf of the certificate holders of the HSI Asset Loan Obligation Truste 2007-AR1, Mortgage Pass Through Certificates, Series 2007-AR c/o Select Portfolio Servicing, hereby appears in this action and the undersigned has been retained as attorneys for said creditor and demands that you serve all papers in this action upon the undersigned at the address stated below.

Dated: Bay Shore, New York
       October 8, 2012

                                      Very truly yours,

                                      Frenkel, Lambert, Weiss,
                                      Weisman & Gordon, LLP
                                      Karen M. Sheehan, Esq.
                                      20 West Main Street
                                      Bay Shore, New York 11706
                                      (631) 969-3100
                                      Our File No.:01-058981-B00

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
IN RE:                                                                       CASE NO.: 12-12020-mg

   Jesse J. Connolly,                                              CHAPTER 11

                               Debtor.                                 Judge: Martin Glenn
------------------------------------------------------------x
STATE OF NEW YORK  )
                          ) ss.:
COUNTY OF SUFFOLK  )

      Melody Hoppie, being duly sworn, deposes and says: deponent is not a party to the action. Is over 18 years of age and resides in Suffolk County, New York.

      On October 9, 2012 deponent served the within Notice of Appearance upon:

Anthony Princi, Esq.
Attorney for the debtor
Morrison & Foerster 1290 Avenue of the Americas
New York, NY 10104

U.S. Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004

      The above parties were served via the Court's Electronic Case Filing system ("ECF").

                                                                 _____
Sworn to before me this                                         Melody Hoppie
9th day of October, 2012.

_____
Notary Public

```
DAWN L MANERI
NOTARY PUBLIC STATE OF NEW YORK
LIC: #01MA6217594
COMMISSION IN SUFFOLK COUNTY
COMM. EXP. 02/08/20__
```