FEATHERSTONE PETRIE DESISTO LLP
600 Seventeenth Street
Suite 2400-S
Denver, Colorado 80202-5424
Sarah B. Wallace (CO Reg. #31859)
Phone: 303-626-7100
Fax: 303-626-7101
swallace@featherstonelaw.com



**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x
In re                                                      :
                                                           :   Case No. 12-12020 (MG)
RESIDENTIAL CAPITAL, LLC, et al.,                          :
                                                           :   Chapter 11
                                                           :
                        Debtors.                           :   Jointly Administered
-----------------------------------------------------------x

### MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

     Pursuant to LBR 2090-1(b), Sarah B. Wallace, a member in good standing of the bar in the State of Colorado (Reg. No. 31859), the bar of the U. S. District Court for the District of Colorado, and the bar in the State of New York (Reg. No. 4433314) hereby requests admission to appear *pro hac vice* before the Honorable Martin Glenn to represent CitiMortgage, Inc., as a party-in-interest in the above-referenced cases (as well as in any adversary proceeding to which CitiMortgage, Inc. may be a party or contested matter in which CitiMortgage, Inc. may have an interest).

     Contact information:   Sarah B. Wallace
                                 Featherstone Petrie DeSisto LLP
                                 600 Seventeenth Street, Suite 2400-S
                                 Denver, Colorado 80202
                                 Phone: 303-626-7100
                                 Fax: 303-626-7101
                                 swallace@featherstonelaw.com

     The filing fee of $200.00 has been submitted with this motion for *pro hac vice* admission.

Dated: October 1, 2012
Denver, Colorado

                                          Respectfully submitted,

*/s/ Sarah B. Wallace*
Sarah B. Wallace
Featherstone Petrie DeSisto LLP
600 Seventeenth Street, Suite 2400-S
Denver, Colorado 80202-5424
Phone: 303-626-7100
Fax: 303-626-7101
swallace@featherstonelaw.com

Attorneys for CitiMortgage, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x
In re                                                           :
                                                                : Case No. 12-12020 (MG)
RESIDENTIAL CAPITAL, LLC, et al.,                               :
                                                                : Chapter 11
                                                                :
                        Debtors.                                : Jointly Administered
----------------------------------------------------------------x

### ORDER GRANTING MOTION FOR ADMISSION TO PRACTICE
### PRO HAC VICE

**IT IS ORDERED,**

that Sarah B. Wallace is admitted *pro hac vice* in the above-referenced cases and adversary proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to the payment of the filing fee.

Dated: _____, New York.

> HONORABLE MARTIN GLENN
> UNITED STATES BANKRUPTCY JUDGE