**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------------x
In re                                                                  :
                                                                       :   Case No. 12-12020 (MG)
**RESIDENTIAL CAPITAL, LLC, <u>et al.</u>,**                           :
                                                                       :   Chapter 11
                                                                       :
                                           Debtors.                    :   Jointly Administered
-----------------------------------------------------------------------x

**ORDER GRANTING MOTION FOR ADMISSION TO PRACTICE**
*PRO HAC VICE*

    **IT IS ORDERED,**

    that Sarah B. Wallace is admitted *pro hac vice* in the above-referenced cases and adversary proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to the payment of the filing fee.

Dated: **October 9, 2012**
      New York, New York

                                               **/s/Martin Glenn**
                                         THE HONORABLE MARTIN GLENN
                                         UNITED STATES BANKRUPTCY JUDGE