UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x
                                                                :
In re                                                           :    Chapter 11
                                                                :
RESIDENTIAL CAPITAL, LLC, et al.,[1]                            :    Case No. 12-12020 (MG)
                                                                :
                                                                :
                                                                :    (Jointly Administered)
                    Debtors.                                    :
----------------------------------------------------------------x

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Clarissa D. Cu, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors.

A.  On October 5, 2012, at my direction and under my supervision, employees of KCC caused the following document to be served via First Class Mail upon the service attached hereto as **Exhibit A**:

1. [Customized] First Amended and Restated Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto [re: Docket No. 1484]

Dated: October 9, 2012

_____
Clarissa D. Cu

State of California

County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 9th of October, 2012, by Clarissa D. Cu, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

AIMEE M. PAREL
Commission # 1866499
Notary Public - California
Los Angeles County
My Comm. Expires Sep 27, 2013

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Residential Capital, LLC (0738); ditech, LLC (7228); DOA Holding Properties, LLC (4257); DOA Properties IX (Lots-Other), LLC (3274); EPRE LLC (7974); Equity Investment I, LLC (2797); ETS of Virginia, Inc. (1445); ETS of Washington, Inc. (0665); Executive Trustee Services, LLC (8943); GMAC Model Home Finance I, LLC (8469); GMAC Mortgage USA Corporation (6930); GMAC Mortgage, LLC (4840); GMAC Residential Holding Company, LLC (2190); GMAC RH Settlement Services, LLC (6156); GMACM Borrower LLC (4887); GMACM REO LLC (2043); GMACR Mortgage Products, LLC (6369); GMAC-RFC Holding Company, LLC (3763); HFN REO Sub II, LLC (N/A); Home Connects Lending Services, LLC (9412); Homecomings Financial Real Estate Holdings, LLC (6869); Homecomings Financial, LLC (9458); Ladue Associates, Inc. (3048); Passive Asset Transactions, LLC (4130); PATI A, LLC (2729); PATI B, LLC (2937); PATI Real Estate Holdings, LLC (5201); RAHI A, LLC (3321); RAHI B, LLC (3553); RAHI Real Estate Holdings, LLC (5287); RCSFJV204, LLC (2722); Residential Accredit Loans, Inc. (8240); Residential Asset Mortgage Products, Inc. (5181); Residential Asset Securities Corporation (2653); Residential Consumer Services of Alabama, LLC (5449); Residential Consumer Services of Ohio, LLC (4796); Residential Consumer Services of Texas, LLC (0515); Residential Consumer Services, LLC (2167); Residential Funding Company, LLC (1336); Residential Funding Mortgage Exchange, LLC (4247); Residential Funding Mortgage Securities I, Inc. (6294); Residential Funding Mortgage Securities II, Inc. (8858); Residential Funding Real Estate Holdings, LLC (6505); Residential Mortgage Real Estate Holdings, LLC (7180); RFC Asset Holdings II, LLC (4034); RFC Asset Management, LLC (4678); RFC Borrower LLC (5558); RFC Constructing Funding, LLC (5730); RFC REO LLC (2407); RFC SFJV-2002, LLC (4670); RFC-GSAP Servicer Advance, LLC (0289)

# EXHIBIT A

**Exhibit A**

| Counterparty | Notice Name | Address 1 | Address 2 | Address 3 | City | ST | Zip |
|---|---|---|---|---|---|---|---|
| Aurora Loan Services LLC | Attn Director/Officer | 10350 PARK MEADOWS DR | | | LITTLETON | CO | 80124 |
| Banc Of America Mortgage Capital | Attn: Master Servicing | 101 E. Main Street | Suite 400 | P.O. Box 35140 | Louisville | KY | 40232 |
| Bank One - FB | Attn Director/Officer | 1744 E Southern Ave | | | Tempe | AZ | 85282 |
| California Housing Finance Agency | Attn Director/Officer | 500 Capitol Mall, Ste 1400 | | | Sacramento | CA | 95814 |
| Cape Cod Bank & Trust | Attn Director/Officer | 10 Main Street | | | Wellfleet | MA | 02667 |
| Carrington Mortgage Services, LLC | Attn Director/Officer | 1610 E. St Andrew Pl | Suite B150 | | Santa Ana | CA | 92705 |
| Citigroup Global Markets - FB | Attn Director/Officer | 6707 Democracy Blvd #905 | | | Bethesda | MD | 20817-1129 |
| Citigroup Mortgage Loan Trust Inc. | Attn Director/Officer | 390 Greenwich Street, 6th Floor | | | New York | NY | 10013 |
| Community Financial Services FCU | Attn Director/Officer | PO BOX 392 | | | ROSELLE | NJ | 07203-0392 |
| Dollar Bank | Attn Director/Officer | 1301 East Ninth Street | | | Clevelan | OH | 44114 |
| FPA Corporation | Attn Director/Officer | 3500 Gateway Drive | | | Pompano Beach | FL | 33069 |
| Franklin Bank, SSB | Attn Director/Officer | 1301 North Mechanic | | | El Campo | TX | 77437 |
| Irwin Home Equity Corp | Attn Director/Officer | 2400 Camino Ramon | Suite 375 | | Columbus | IN | 47201 |
| Kidder Peabody Mortgage Capital Corporation | Attn Director/Officer | C/O UBS | 1285 Avenue of the Americas | | New York | NY | 10019 |
| National Bank Of Commerce | Attn Director/Officer | C/O SunTrust | 999 S Shady Grove Rd | | Memphis | TN | 38120 |
| Prudential Resourses Management | Attn Director/Officer | Prudential Plaza 802 | | | Newark | NJ | 07102 |
| Rochester Community Savings Bank - FB | Attn Director/Officer | 10561 Telegraph Road | C/O Charter One Mortgage Company | | Glen Allen | VA | 23059 |
| San Diego Housing Commision | Attn Director/Officer | 1122 Broadway | Suite 300 | | San Diego | CA | 92101 |
| US Bank, N.A. | Attn Director/Officer | 60 Livingston Ave. | | | St. Paul | MN | 55107 |
| Wells Fargo Bank, N.A. | Attn Director/Officer | 420 Montgomery St | | | San Francisco | CA | 94163 |
| Wells Fargo Bank, N.A. | Attn Director/Officer | 420 Montgomery St | | | San Francisco | CA | 94163 |