MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:   (212) 468-8000
Facsimile:   (212) 468-7900
Gary S. Lee
Lorenzo Marinuzzi
Norman S. Rosenbaum

*Counsel for the Debtors and*
*Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ------------------------------------------------------ ) | |
| In re:                                                          ) | Case No. 12-12020 (MG) |
|                                                                  ) | |
| RESIDENTIAL CAPITAL, LLC, et al.,          ) | Chapter 11 |
|                                                                  ) | |
|                                        Debtors.          ) | Jointly Administered |
| ------------------------------------------------------ ) | |

**AMENDED[1] PROPOSED AGENDA FOR MATTERS SCHEDULED**
**TO BE HEARD ON OCTOBER 10, 2012 AT 10:00 A.M. (EST)**

Location of Hearing:  United States Bankruptcy Court for the Southern District of New York,
Alexander Hamilton U.S. Custom House, Courtroom 501, One Bowling Green, New York, NY
10004-1408

**I.**          **ADJOURNED MATTERS**

**1.**          Motion of PHH Mortgage Corporation Seeking an Order Granting Relief from the
Automatic Stay (in regards to property located at 1031 Wylin Court, Ferguson, MO)
[Docket No. 1181]

          **Related Documents:**

          **a.**          Notice of Adjournment of Hearing on Lift Stay Motions to September 27,
2012 at 10:00 a.m. [Docket No. 1340]

          **b.**          Notice of Adjournment of Hearing on Motions Requesting Relief from the
Automatic Stay to October 10, 2012 [Docket No. 1530]

---

[1] Amended items appear in **bold**.

    c.           Notice of Adjournment of Hearing on Motions Requesting Relief from the Automatic Stay to October 31, 2012 at 10:00 a.m. [Docket No. 1711]

    **Responses**:      None.

    **Status**:      The hearing on this matter has been adjourned to October 31, 2012.

**2.**      Motion of HSBC Bank USA, NA to Vacate the Automatic Stay (and Other Relief) and Hearing Date (as it relates to property located at 7631 Inverary Drive, Frankfort, IL) [Docket No. 1460]

    **Related Documents**:

    a.           Notice of Adjournment of Hearing on Motions Requesting Relief from the Automatic Stay to October 31, 2012 at 10:00 a.m. [Docket No. 1711]

    **Responses**:      None.

    **Status**:      The hearing on this matter has been adjourned to October 31, 2012.

**3.**      Application of Household Finance Corporation, III for Relief from the Automatic Stay Under 11 U.S.C. § 362(d) and 11 U.S.C. § 1301 with Respect to Property:  1931 Reo Road, Lansing, MI  48910 [Docket No. 1462]

    **Related Documents**:

    a.           Notice of Adjournment of Hearing on Motions Requesting Relief from the Automatic Stay to October 31, 2012 at 10:00 a.m. [Docket No. 1711]

    **Responses**:      None.

    **Status**:      The hearing on this matter has been adjourned to October 31, 2012.

## II.      STATUS CONFERENCES

**1.**      **Debtors' Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of RMBS Trust Settlement Agreements [Docket No. 320]**

    **Related Documents:**

    a.           **Second Revised Joint Omnibus Scheduling Order Regarding Debtors' Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of RMBS Trust Settlement Agreements [Docket No. 1551]**

    **Status:**      **A status conference on discovery issues will be going forward.**

**2.**      Debtors' Motion Pursuant to 11 U.S.C. §§ 105, 363(b), (f), and (m), 365 and 1123, and Fed. R. Bankr. P. 2002, 6004, 6006, and 9014 For Order: (A)(I) Authorizing and Approving Sale Procedures, Including Break-Up Fee and Expense Reimbursement;

(II) Scheduling Bid Deadline and Sale Hearing; (III) Approving Form and Manner of Notice Thereof; and (IV) Granting Related Relief and (B)(I) Authorizing the Sale of Certain Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (II) Authorizing and Approving Asset Purchase Agreements Thereto; (III) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto; and (IV) Granting Related Relief [Docket No. 61]

**Related Documents**:

a.      Order Under 11 U.S.C. §§ 105, 363(b) and 365 (I) Authorizing and Approving Sale Procedures, Including Payment of Break-Up Fees; (II) Scheduling Bid Deadline; Auction (If Necessary) and Sale Hearing; (III) Establishing Assumption and Assignment Procedures, Including Procedures for Fixing Cure Amounts; and (IV) Establishing Notice Procedures and Approving Forms of Notice [Docket No. 538]

b.      Revised Joint Omnibus Scheduling Order and Provisions for Other Relief Regarding (I) Debtors' Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of RMBS Trust Settlement Agreements, and (II) The RMBS Trustees' Limited Objection to the Sale Motion [Docket No. 945]

c.      Notice of Status Conference on the Pre-Auction Objections of the RMBS Trustees to the Debtors' Sale Motion and Related Joinders [Docket No. 1445]

**Responses**:

a.      Pre-Auction Objections of the RMBS Trustees to the Debtors' Sale Motion [Docket No. 1242]

b.      Joinder of Wells Fargo Bank, N.A., as Master Servicer for Residential Mortgage Backed Securities Trusts to Pre-Auction Objections of the RMBS Trustees to the Debtors' Sale Motion [Docket No. 1243]

c.      Joinder of U.S. Bank National Association as Master Servicer for Residential Mortgage Backed Securities Trusts to The Pre-Auction Objections of the RMBS Trustees to the Debtors' Sale Motion [Docket No. 1246]

d.      Joinder of Frost National Bank in RMBS Trustees' Pre-Auction Objection to Debtors' Sale Motion [Docket No. 1249]

e.      Joinder of The Bank of New York Mellon as Master Servicer for Residential Mortgage Backed Securities Trusts to The Pre-Auction Objections of the RMBS Trustees to the Debtors' Sale Motion [Docket No. 1250]

      f.        Objection of TCF National Bank and Joinder in the Pre-Auction Objection of the RMBS Trustees [Docket No. 1452]

      g.       Joinder of HSBC Bank, National Association as Trustee Under Certain Mortgage Backed Securities Trusts to the Pre-Auction Objections of the RMBS Trustees to the Debtors' Sale Motion [Docket No. 1501]

      h.       Objection of CIBM Bank and Joinder in the Pre-Auction Objection of the RMBS Trustees [Docket No. 1612]

**Replies**:

      a.       **Debtors' Omnibus Reply to the RMBS Trustees' Pre-Auction Objections to the Debtors' Sale Motion [Docket No. 1768]**

**Status**:     The status conference on the Pre-Auction Objections of the RMBS Trustees and related Joinders will be going forward.

## III.    CONTESTED MATTERS

**1.**    Debtors' Motion for Entry of an Order Under Bankruptcy Code Section 363 and Bankruptcy Rule 6004 (I) Authorizing the Debtors to Compensate PricewaterhouseCoopers, LLP for Foreclosure Review Services in Furtherance of the Debtors' Compliance Obligations Under Federal Reserve Board Consent Order and (II) Reaffirming Relief Granting in the GA Servicing Order [Docket No. 1357]

**Related Documents**:

      a.       Notice of Filing Supplemental Exhibits to Debtors' Motion for Entry of an Order Under Bankruptcy Code Section 363 and Bankruptcy Rule 6004 (I) Authorizing the Debtors to Compensate PricewaterhouseCoopers, LLP for Foreclosure Review Services in Furtherance of the Debtors' Compliance Obligations Under Federal Reserve Board Consent Order and (II) Reaffirming Relief Granting in the GA Servicing Order [Docket No. 1527]

      b.       Notice of Adjournment of Hearing [Docket No. 1556]

**Responses**:

      a.       Limited Objection of Wilmington Trust, National Association to Debtors' Motion for Entry of an Order (I) Authorizing Debtors to Compensate PricewaterhouseCoopers, LLP for Foreclosure Review Services and (II) Reaffirming Relief Granted in the GA Servicing Order [Docket No. 1465]

      b.       Omnibus Objection of the Official Committee of Unsecured Creditors to (A) The Debtors' Motion for Entry of an Order Under Bankruptcy Code Section 363 and Bankruptcy Rule 6004 (I) Authorizing the Debtors to Compensate PricewaterhouseCoopers, LLP for Foreclosure Review

       Services in Furtherance of the Debtors' Compliance Obligations Under
Federal Reserve Board Consent Order and (II) Reaffirming Relief Granted
in the GA Servicing Order, (B) Pepper Hamilton Retention Application,
and (C) Hudson Cook Retention Application [Docket No. 1493]

   **c.**     Ally Financial Inc.'s (A) Position Statement Regarding the Debtors' (I)
PricewaterhouseCoopers Motion and (II) Pepper Hamilton and Hudson
Cook Retention Applications and (B) Status Report Regarding the
Committee's Related Discovery Requests [Docket No. 1573]

   **d.**     Supplemental Objection of the Official Committee of Unsecured Creditors
to (A) the Debtors' Motion for Entry of an Order Under Bankruptcy Code
Section 363 and Bankruptcy Rule 6004 (I) Authorizing the Debtors to
Compensate PricewaterhouseCoopers, LLP for Foreclosure Review
Services in Furtherance of the Debtors' Compliance Obligations Under
Federal Reserve Board Consent Order and (II) Reaffirming Relief Granted
in the GA Servicing Order, (B) Pepper Hamilton Retention Application,
and (C) Hudson Cook Retention Application [Docket No. 1725]

  <u>**Replies**</u>:

   **a.**     **Debtors' Statement in Further Support of (A) Debtors' Motion for an
Order (I) To Compensate PricewaterhouseCoopers, LLP for
Foreclosure Review Services and (II) Reaffirming Relief Granting in
the GA Servicing Order (B) Debtors' Application to Employ and
Retain Hudson Cook, LLP as Special Counsel, and (C) Debtors'
Application to Employ and Retain Pepper Hamilton LLP as Special
Foreclosure Review Counsel for Bankruptcy Issues [Docket No. 1749]**

  <u>**Status**</u>:    The hearing on this matter will be going forward.  A proposed interim
order will be submitted at the hearing.

**2.**    Debtors' Application for an Order Under Section 327(e) of the Bankruptcy Code,
Bankruptcy Rule 2014(a) and Local Rule 2014-1 Authorizing the Debtors to Employ
and Retain Pepper Hamilton LLP as Special Foreclosure Review Counsel for
Bankruptcy Issues to the Debtors, *Nunc Pro Tunc* to May 14, 2012 [Docket No. 1426]

  <u>**Related Documents**</u>:

   **a.**     Notice of Adjournment of Hearing [Docket No. 1556]

  <u>**Responses**</u>:

   **a.**     Omnibus Objection of the Official Committee of Unsecured Creditors to
(A) The Debtors' Motion for Entry of an Order Under Bankruptcy Code
Section 363 and Bankruptcy Rule 6004 (I) Authorizing the Debtors to
Compensate PricewaterhouseCoopers, LLP for Foreclosure Review
Services in Furtherance of the Debtors' Compliance Obligations Under

Federal Reserve Board Consent Order and (II) Reaffirming Relief Granted
in the GA Servicing Order, (B) Pepper Hamilton Retention Application,
and (C) Hudson Cook Retention Application [Docket No. 1493]

    **b.**    Ally Financial Inc.'s (A) Position Statement Regarding the Debtors' (I)
PricewaterhouseCoopers Motion and (II) Pepper Hamilton and Hudson
Cook Retention Applications and (B) Status Report Regarding the
Committee's Related Discovery Requests [Docket No. 1573]

    **c.**    Supplemental Objection of the Official Committee of Unsecured Creditors
to (A) the Debtors' Motion for Entry of an Order Under Bankruptcy Code
Section 363 and Bankruptcy Rule 6004 (I) Authorizing the Debtors to
Compensate PricewaterhouseCoopers, LLP for Foreclosure Review
Services in Furtherance of the Debtors' Compliance Obligations Under
Federal Reserve Board Consent Order and (II) Reaffirming Relief Granted
in the GA Servicing Order, (B) Pepper Hamilton Retention Application,
and (C) Hudson Cook Retention Application [Docket No. 1725]

**Replies**:

    **a.**    **Debtors' Statement in Further Support of (A) Debtors' Motion for an
Order (I) To Compensate PricewaterhouseCoopers, LLP for
Foreclosure Review Services and (II) Reaffirming Relief Granting in
the GA Servicing Order (B) Debtors' Application to Employ and
Retain Hudson Cook, LLP as Special Counsel, and (C) Debtors'
Application to Employ and Retain Pepper Hamilton LLP as Special
Foreclosure Review Counsel for Bankruptcy Issues [Docket No. 1749]**

    **Status**:    The hearing on this matter will be going forward.  A proposed interim
order will be submitted at the hearing.

**3.**    Debtors' Application Under Section 327(e) of the Bankruptcy Code, Bankruptcy Rule
2014(a) and Local Rule 2014-1 for Authorization to Employ and Retain Hudson Cook,
LLP as Special Counsel to the Debtors, *Nunc Pro Tunc* to May 14, 2012 [Docket No.
1427]

**Related Documents**:

    **a.**    Notice of Adjournment of Hearing [Docket No. 1556]

**Responses**:

    **a.**    Omnibus Objection of the Official Committee of Unsecured Creditors to
(A) The Debtors' Motion for Entry of an Order Under Bankruptcy Code
Section 363 and Bankruptcy Rule 6004 (I) Authorizing the Debtors to
Compensate PricewaterhouseCoopers, LLP for Foreclosure Review
Services in Furtherance of the Debtors' Compliance Obligations Under
Federal Reserve Board Consent Order and (II) Reaffirming Relief Granted

in the GA Servicing Order, (B) Pepper Hamilton Retention Application, and (C) Hudson Cook Retention Application [Docket No. 1493]

b.    Ally Financial Inc.'s (A) Position Statement Regarding the Debtors' (I) PricewaterhouseCoopers Motion and (II) Pepper Hamilton and Hudson Cook Retention Applications and (B) Status Report Regarding the Committee's Related Discovery Requests [Docket No. 1573]

c.    Supplemental Objection of the Official Committee of Unsecured Creditors to (A) the Debtors' Motion for Entry of an Order Under Bankruptcy Code Section 363 and Bankruptcy Rule 6004 (I) Authorizing the Debtors to Compensate PricewaterhouseCoopers, LLP for Foreclosure Review Services in Furtherance of the Debtors' Compliance Obligations Under Federal Reserve Board Consent Order and (II) Reaffirming Relief Granted in the GA Servicing Order, (B) Pepper Hamilton Retention Application, and (C) Hudson Cook Retention Application [Docket No. 1725]

**Replies**:

a.    **Debtors' Statement in Further Support of (A) Debtors' Motion for an Order (I) To Compensate PricewaterhouseCoopers, LLP for Foreclosure Review Services and (II) Reaffirming Relief Granting in the GA Servicing Order (B) Debtors' Application to Employ and Retain Hudson Cook, LLP as Special Counsel, and (C) Debtors' Application to Employ and Retain Pepper Hamilton LLP as Special Foreclosure Review Counsel for Bankruptcy Issues [Docket No. 1749]**

**Status**:    The hearing on this matter will be going forward.  A proposed interim order will be submitted at the hearing.

4.    Debtors' Motion Under Bankruptcy Code Sections 105(a) and 362(d) for Entry of an Order Approving Procedures by Which Third Parties May Request and Obtain Stipulated Relief from the Automatic Stay to Commence or Continue Actions to Foreclose Senior Liens [Docket No. 1416]

**Related Documents**:    None.

**Responses**:

a.    Response and Objection by JPMorgan Chase Bank, N.A. to Debtors' Motion for Entry of an Order Approving Procedures by Which Parties May Request and Obtain Stipulated Relief from the Automatic Stay to Commence or Continue Actions to Foreclose Senior Liens [Docket No. 1490]

**Status**:    The Debtors will submit a proposed order approving the motion as it applies to all non-objecting parties.  The Debtors are continuing discussions with JPMorgan in an effort to resolve the JPMorgan objection

on a consensual basis and thereafter submit an order on consent; the
Debtors will provide a status update to the Court at the hearing. If they
cannot reach agreement, the parties have agreed to adjourn the matter to
October 31, 2012 for hearing on the merits.

5.      Renewed Motion of Paul N. Papas II to Convert Debtor to Chapter 7 Bankruptcy
[Docket No. 1472]

**Related Documents**:

a.      Memorandum of Law of Paul N. Papas II in Support of Renewed Motion
to Convert Debtor to Chapter 7 Bankruptcy [Docket No. 1547]

b.      Notice of Motion of Paul N. Papas II to Convert Debtor ResCap/GMAC to
Chapter 7 [Docket No. 1607]

**Responses**:

a.      Debtors' Objection to Renewed Motion of Paul N. Papas II to Convert
Debtor to Chapter 7 Bankruptcy [Docket No. 1687]

b.      Objection of the Official Committee of Unsecured Creditors to the
Renewed Motion of Paul N. Papas II to Convert Debtor to Chapter 7
[Docket No. 1708]

**Replies**:

a.      Reply of Paul N. Papas II to Debtor ResCap/GMAC Opposition to Motion
to Convert the Debtor to Chapter 7 [Docket No. 1731]

**Status**:      The hearing on this matter will be going forward.

6.      Motion of Kenneth Taggart for Stay to Order Regarding Limited Relief from Stay
Until Order on Motion to Void Pleadings & Sanctions Due to Violation of Bankruptcy
Code is Issued by the Court [Docket No. 1397]

**Related Documents**:

a.      Notice of Hearing on Motions of Kenneth Taggart in Reference to Void
Pleadings & Sanctions Due to Violation of the Bankruptcy Code [Docket
No. 1430]

b.      Notice of Hearing on Motions of Kenneth Taggart in Reference to Void
Pleadings & Sanctions Due to Violation of Bankruptcy Code [Docket No.
1693]

**Responses**:

    a.      Debtors' Omnibus Objection to Kenneth Taggart's (I) Motion to Void Pleadings & Sanctions Due to Violation of Bankruptcy Code and (II) "Motion for Stay to Order Regarding Limited Relief from Stay" Until Order on "Motion to Void Pleadings & Sanctions Due to Violation of Bankruptcy Code" is Issued by the Court and (III) Amended Motion to Void Pleadings & Sanctions Due to Violation of Bankruptcy Code and (IV) Motion to Remove Mortgage Loan Alleged by Kenneth Taggart from Assets of GMAC Mortgage, LLC & Motion to Prove Ownership of Mortgage Assets (Mortgages & Notes) Kenneth Taggart Dispute Asset(s) of GMAC Mortgage, LLC [Docket No. 1707]

**Status**:    The hearing on this matter will be going forward.

7.      Motion of Kenneth Taggart to Void Pleadings & Sanctions Due to Violation of Bankruptcy Code [Docket No. 1114]

**Related Documents**:

    a.      Brief of Kenneth Taggart in Support of Motion to Clarification of Stay and Relief from Stay [Docket No. 1115]

**Responses**:

    a.      Debtors' Omnibus Objection to Kenneth Taggart's (I) Motion to Void Pleadings & Sanctions Due to Violation of Bankruptcy Code and (II) "Motion for Stay to Order Regarding Limited Relief from Stay" Until Order on "Motion to Void Pleadings & Sanctions Due to Violation of Bankruptcy Code" is Issued by the Court and (III) Amended Motion to Void Pleadings & Sanctions Due to Violation of Bankruptcy Code and (IV) Motion to Remove Mortgage Loan Alleged by Kenneth Taggart from Assets of GMAC Mortgage, LLC & Motion to Prove Ownership of Mortgage Assets (Mortgages & Notes) Kenneth Taggart Dispute Asset(s) of GMAC Mortgage, LLC [Docket No. 1707]

**Status**:    The hearing on this matter will be going forward.

8.      Amended Motion of Kenneth Taggart for Stay to Order Regarding Limited Relief from Stay Until Order on Motion to Void Pleadings & Sanctions Due to Violation of Bankruptcy Code is Issued by the Court [Docket No. 1585]

**Related Documents**:

    a.      Notice of Hearing on Motions of Kenneth Taggart in Reference to Void Pleadings & Sanctions Due to Violation of the Bankruptcy Code [Docket No. 1430]

     **b.**      Notice of Hearing on Motions of Kenneth Taggart in Reference to Void Pleadings & Sanctions Due to Violation of Bankruptcy Code [Docket No. 1693]

**Responses**:

     **a.**      Debtors' Omnibus Objection to Kenneth Taggart's (I) Motion to Void Pleadings & Sanctions Due to Violation of Bankruptcy Code and (II) "Motion for Stay to Order Regarding Limited Relief from Stay" Until Order on "Motion to Void Pleadings & Sanctions Due to Violation of Bankruptcy Code" is Issued by the Court and (III) Amended Motion to Void Pleadings & Sanctions Due to Violation of Bankruptcy Code and (IV) Motion to Remove Mortgage Loan Alleged by Kenneth Taggart from Assets of GMAC Mortgage, LLC & Motion to Prove Ownership of Mortgage Assets (Mortgages & Notes) Kenneth Taggart Dispute Asset(s) of GMAC Mortgage, LLC [Docket No. 1707]

    **Status**:     The hearing on this matter will be going forward.

**9.**     Motion of Kenneth Taggart to Remove Mortgage Loan alleged by Kenneth Taggart from Assets of GMAC Mortgage, LLC & Motion to Prove Ownership of Mortgage Assets (Mortgages & Notes) Kenneth Taggart Dispute Asset(s) of GMAC Mortgage, LLC [Docket No. 1586]

**Related Documents**:

     **a.**      Memorandum of Law of Kenneth Taggart in Support of Motion to Remove Mortgage Loan alleged by Kenneth Taggart from Assets of GMAC Mortgage, LLC & Motion to Prove Ownership of Mortgage Assets (Mortgages & Notes) Kenneth Taggart Dispute Asset(s) of GMAC Mortgage, LLC [Docket No. 1587]

     **b.**      Notice of Hearing on Motions of Kenneth Taggart in Reference to Void Pleadings & Sanctions Due to Violation of Bankruptcy Code [Docket No. 1693]

**Responses**:

     **a.**      Debtors' Omnibus Objection to Kenneth Taggart's (I) Motion to Void Pleadings & Sanctions Due to Violation of Bankruptcy Code and (II) "Motion for Stay to Order Regarding Limited Relief from Stay" Until Order on "Motion to Void Pleadings & Sanctions Due to Violation of Bankruptcy Code" is Issued by the Court and (III) Amended Motion to Void Pleadings & Sanctions Due to Violation of Bankruptcy Code and (IV) Motion to Remove Mortgage Loan Alleged by Kenneth Taggart from Assets of GMAC Mortgage, LLC & Motion to Prove Ownership of Mortgage Assets (Mortgages & Notes) Kenneth Taggart Dispute Asset(s) of GMAC Mortgage, LLC [Docket No. 1707]

**Status**:      The hearing on this matter will be going forward.

10.      Motion of Deborah Bollinger and Bryan Bubnick for Relief from Automatic Stay as to GMAC Mortgage, LLC and Residential Capital, LLC [Docket No. 677]

**Related Documents**:

    **a.**      Memorandum of Law in Support of Motion of Deborah Bollinger and Bryan Bubnick for Relief from Automatic Stay as to GMAC Mortgage, LLC and Residential Capital, LLC [Docket No. 678]

    **b.**      Declaration of Robert L. Schug in Support of Motion of Deborah Bollinger and Bryan Bubnick for Relief from Automatic Stay as to GMAC Mortgage, LLC and Residential Capital, LLC [Docket No. 679]

    **c.**      Notice of Hearing on Motion of Deborah Bollinger and Bryan Bubnick for Relief from Automatic Stay as to GMAC Mortgage, LLC and Residential Capital, LLC [Docket No. 680]

    **d.**      Notice of Adjournment of Hearing on Lift Stay Motions to August 14, 2012 at 10:00 a.m. [Docket No. 824]

    **e.**      Notice of Adjournment of Hearing on Motion of Deborah Bollinger and Bryan Bubnick for Relief from Automatic Stay as to GMAC Mortgage, LLC [Docket No. 1217]

    **f.**      Notice of Adjournment of Hearing on Lift Stay Motions to September 27, 2012 at 10:00 a.m. [Docket No. 1340]

    **g.**      Notice of Adjournment of Hearing on Motions Requesting Relief from the Automatic Stay to October 10, 2012 [Docket No. 1530]

**Responses**:

    **a.**      Debtors' Objection to Motion of Deborah Bollinger and Bryan Bubnick for Relief from Automatic Stay as to GMAC Mortgage, LLC and Residential Capital, LLC [Docket No. 1706]

**Replies**:

    **a.**      Reply Memorandum in Support of Motion of Deborah Bollinger and Bryan Bubnick for Relief from Automatic Stay as to GMAC Mortgage, LLC and Residential Capital, LLC [Docket No. 1733]

**Status**:      The hearing on this matter will be going forward.

11.      Joseph A. Connor's (i) Motion for Declaratory Ruling Pursuant to 28 U.S.C. Section 2201 and F.R.C.P. 57 as to Possible Violations of the Automatic Stay in Bankruptcy

11 U.S. Code Section 362(a) and (ii) Motion to Sever Defendants Protected by the Automatic Stay from those Not So Protected in a Washington State Court Action Pursuant to F.R.C.P. 19(a) & (b) and F.R.C.P. 21; WA Ct. Rules 19 & 21 [Docket No. 1359]

**Related Documents**:

a.      Supplement to Connor Motion (I) Seeking a Declaratory Ruling as to Possible Violations of the Automatic Stay [Docket No. 1431]

b.      Declaration of Jennifer Scoliard, In-House Senior Bankruptcy Counsel at Residential Capital, LLC, in Support of Debtors' Objection to Motion of Joseph A. Connor III (I) for Declaratory Ruling Regarding Possible Stay Violations and (II) to Sever Defendants Protected by Automatic Stay [Docket No. 1705]

**Responses**:

a.      Debtors' Objection to Motion of Joseph A. Connor III (I) for Declaratory Ruling Regarding Possible Stay Violations and (II) to Sever Defendants Protected by Automatic Stay [Docket No. 1704]

**Replies**:

a.      **Response of Joseph A. Connor (Movant) to Debtors' Objection to Motions of Joseph A. Connor III (I) for Declaratory Ruling Regarding Possible Stay Violations and (II) To Sever Defendants Protected by Automatic Stay [Docket No. TBD]**

**Status**:     The hearing on this matter will be going forward.

IV.     **UNCONTESTED/SETTLED MATTERS**

1.      Notice of Motion for Relief from Stay (filed by GMAC Mortgage, LLC (in regards to property located at 3355 Sunhaven Oval, Parma, OH) [Docket No. 897]

**Related Documents**:

a.      Notice of Adjournment of Hearing on Lift Stay Motions to September 11, 2012 at 10:00 A.M. [Docket No. 1232]

b.      Notice of Adjournment of Hearing on Lift Stay Motions to September 27, 2012 at 10:00 a.m. [Docket No. 1340]

c.      Notice of Adjournment of Hearing on Motions Requesting Relief from the Automatic Stay to October 10, 2012 [Docket No. 1530]

**Responses**:     None.

**Status**:    A stipulation will be submitted to the Court prior to the hearing.

2.    Motion of Citibank, N.A. Seeking an Order Granting Relief from the Automatic Stay
Pursuant to 11 U.S.C. §  362(a) and Federal Bankruptcy Rule 4001 (in regards to
property located at 23904 Lakeside Road, Santa Clarita, CA) [Docket No. 996]

**Related Documents**:

a.    Notice of Adjournment of Hearing on Lift Stay Motions to September 27,
2012 at 10:00 a.m. [Docket No. 1340]

b.    Notice of Adjournment of Hearing on Motions Requesting Relief from the
Automatic Stay to October 10, 2012 [Docket No. 1530]

**Responses**:    None.

**Status**:    A stipulation will be submitted to the Court prior to the hearing.

3.    Motion of PHH Mortgage Corporation Seeking an Order Granting Relief from the
Automatic Stay Pursuant to 11 U.S.C. §  362(a) and Federal Bankruptcy Rule 4001 (in
regards to property located at 68 Hammock Lane, Staten Island, NY) [Docket No.
1105]

**Related Documents**:

a.    Notice of Adjournment of Hearing on Lift Stay Motions to September 27,
2012 at 10:00 a.m. [Docket No. 1340]

b.    Notice of Adjournment of Hearing on Motions Requesting Relief from the
Automatic Stay to October 10, 2012 [Docket No. 1530]

**Responses**:    None.

**Status**:    A stipulation will be submitted to the Court prior to the hearing.

4.    Motion of PHH Mortgage Corporation Seeking an Order Granting Relief from the
Automatic Stay (in regards to property located at 1700 North River Road, West
Lafayette, IN)  [Docket No. 1180]

**Related Documents**:

a.    Notice of Adjournment of Hearing on Lift Stay Motions to September 27,
2012 at 10:00 a.m. [Docket No. 1340]

b.    Notice of Adjournment of Hearing on Motions Requesting Relief from the
Automatic Stay to October 10, 2012 [Docket No. 1530]

**Responses**:    None.

**Status**:    A stipulation will be submitted to the Court prior to the hearing.

5.    Motion of the People of the State of California By and Through Its Department of Transportation Seeking an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. Section 362(a) and Federal Bankruptcy Rule 4001 [Docket No. 1261]

**Related Documents**:

a.    Stipulation and Order Pursuant to 11 U.S.C. § 362(d) Modifying the Automatic Stay Imposed by 11 U.S.C. 362(a) [Docket No. 1723]

**Responses**:    None.

**Status**:    A stipulation has been entered by the Court.  No hearing is required.

6.    Motion of Residential Credit Solutions, Inc. for Relief from the Automatic Stay (as it relates to property located at 4601 Pocatella Avenue, North Port, FL) [Docket No. 1438]

**Related Documents**:

a.    Memorandum of Law of Residential Credit Solutions, Inc. in Support of Motion for Relief from Automatic Stay [Docket No. 1439]

**Responses**:    None.

**Status**:    A stipulation will be submitted to the Court prior to the hearing.

Dated:  October 9, 2012
          New York, New York

/s/ Gary S. Lee
Gary S. Lee
Lorenzo Marinuzzi
Norman S. Rosenbaum
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel for the Debtors and
Debtors in Possession*