October 03, 2012

Vito Genna
Clerk of the Court
U.S. Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004

To whom it may concern:

I received the notice of Chapter 11 Bankruptcy in the Residential Capital, LLC, et al., Debtors case. GMAC Mortgage, LLC is one of those debtors. I am a mortgage holder with GMAC.

The reason I am writing this letter is to withdraw my request of the court to allow me to pay my mortgage in full at the current appraisal value to GMAC on my mortgage loan # 7426681573.

I appreciate your time and consideration in this matter.

Sincerely,

*Barbara L. Stephens*

Barbara L. Stephens
1-253-874-8898
514 204th Ave. Ct-KPS
Lakebay, WA 98349

OCT - 9 2012