Douglas C. Wigley (*pro hac vice*)
**DESSAULES LAW GROUP**
2700 North Central Avenue, Suite 1250
Phoenix, Arizona 85004
Tel. 602.274.5400
Fax 602.274.5401
dwigley@dessauleslaw.com

*Attorney for Creditor Gregory Balensiefer*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| In re: | Chapter 11 |
|---|---|
| Residential Capital, LLC, *et al.* Debtors. | Case No.12-12020 (MG) (Jointly Administered) |

**CERTIFICATE OF SERVICE**

I, Douglas C. Wigley, attorney for creditor Gregory Balensiefer ("Balensiefer"), do hereby certify that on October 5, 2012 true and correct copies of Balensiefer's *Amended* Notice of Hearing [Docket No. 1778] were served on:

1. The parties listed on the Special Service List, as indicated in the Monthly Service List dated as of October 1, 2012 [Docket No. 1694], specifically pages 1-3, pursuant to the Order Establishing Certain Notice, Case Management and Administrative Procedures, via electronic mail and regular mail; and

2. The parties listed on the General Service List, as indicated in the Monthly Service List dated as of October 1, 2012 [Docket No. 1694], specifically pages 4-18, pursuant to the Order Establishing Certain Notice, Case Management and Administrative Procedures, via electronic mail or regular mail, if no email address is provided.

DATED this 10th day of October, 2012.
Phoenix, Arizona

By:  /s/ Douglas C. Wigley
Douglas C. Wigley (*pro hac vice*)
DESSAULES LAW GROUP
2700 North Central Avenue, Suite 1250
Phoenix, Arizona 85004
Tel. 602.274.5400
dwigley@dessauleslaw.com