Richard L. Wynne
Howard F. Sidman
JONES DAY
222 East 41st Street
New York, New York 10017.6702
Phone: (212) 326-3418
Fax: (212) 755-7306

*Attorneys for Creditor*
*Financial Guaranty Insurance Company*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Case No. 12-12020 (MG) |
| | : | |
| RESIDENTIAL CAPITAL, LLC, <u>et al</u>., | : | Chapter 11 |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | |

-------------------------------------------------------------x

### <u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK          )
                                                )    SS.:
COUNTY OF NEW YORK     )

Denise Hirtzel, being duly sworn, deposes and says:

1.  The deponent is employed by Jones Day, 222 East 41st Street, New York, New York

10017, is over 18 years of age and is not a party to the above captioned proceeding.

2.  On October 5, 2012, deponent caused to be served a true and correct copy of the

following documents:

- Limited Objection of Financial Guaranty Insurance Company to the Debtors' Sale Motion and Assumption Notice (Docket No. 1746)

- Federal Guaranty Insurance Corporation's Fact Witness Disclosures Pursuant to Rule 26 of the Federal Rules of Civil Procedure (Docket No. 1747)

NYI-4479128v2

via the Court's ECF electronic filing system.

      3.      On October 6, 2012, deponent caused to be served a true and correct copy of the

following document:

- Declaration of Lori Sinanyan in Support of the Limited Objection of Financial Guaranty Insurance Company to the Debtors' Sale Motion and Assumption Notice (Docket No. 1748)

via the Court's ECF electronic filing system.

      4.      Further on October 6, 2012, deponent caused a true and correct copy of all of the

documents mentioned above to be served upon the parties listed on the annexed service list via

email.


                    /s/ Denise Hirtzel

                    Denise Hirtzel

Sworn to before me on this
10th day of October, 2012


/s/ Julian Entner
Notary Public

Julian Entner
Notary Public, State of New York
No. 01EN6078424
Qualified in Kings County
Commission Expires July 29, 2014

## SERVICE LIST

Morrison & Foerster LLP
1290 Avenue of the Americas
New York, New York 10104
Attn: Gary S. Lee
glee@mofo.com
Alexandra Steinberg Barrage
abarrage@mofo.com

Sidley Austin LLP
One South Dearborn
Chicago, Illinois 60603
Attn: Jessica C.K Boelter
jboelter@sidley.com

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, N Y 10036
Attn: Kenneth H. Eckstein
keckstein@kramerlevin.com
Douglas H. Mannal
dmannal@kramerlevin.com

Munger, Tolles & Olson LLP
355 South Grand Avenue
Los Angeles, CA 90071
Attn: Seth Goldman
seth.goldman@mto.com
Thomas Walper
twalper@mto.com

The Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street
21st Floor
New York, New York 10004
Attn: Brian S. Masumoto
Brian.masumoto@usdoj.gov
**(Also Served via Hand Delivery on 10/09/12)**