**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, <u>et al.</u>, | Chapter 11 |
| Debtors. | Jointly Administered |

**ORDER SHORTENING THE NOTICE PERIOD FOR HEARING ON THE DEBTORS' MOTION TO APPROVE AMENDMENT TO THE BARCLAYS DIP FACILITY AND <u>FEES PAYABLE THEREUNDER</u>**

Upon consideration of the motion (the "<u>Motion</u>"),[1] dated October 10, 2012, of the debtors and debtors in possession (collectively, the "<u>Debtors</u>") for entry of an order pursuant to Fed. R. Bankr. P. 9006(c) and Local Bankruptcy Rules 9006-1(b) and 9077 shortening the time for notice of and scheduling a hearing to consider the Debtors' Motion to Approve Amendment to the Barclays DIP Facility and Fees Payable Thereunder (the "<u>DIP Amendment Motion</u>"); and the Court having jurisdiction to consider the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and venue being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and the Debtors having provided adequate and appropriate notice of the Motion under the circumstances; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

1. The Motion is granted to the extent provided herein.

2. The Court's hearing on the DIP Amendment Motion shall be October 17, 2012 at 2:00 p.m. (prevailing Eastern Time) (the "Hearing").

3. Objections to the DIP Amendment Motion, if any, must be filed on the docket and served by **October 12, 2012 at 12:00 p.m.** (prevailing eastern Time) upon each of the following parties: (a) the Office of the United States Trustee for the Southern District of New York; (b) the office of the United States Attorney General; (c) the office of the New York Attorney General; (d) the office of the United States Attorney for the Southern District of New York; (e) the Internal Revenue Service; (f) the Securities and Exchange Commission; (g) each of the Debtors' prepetition lenders, or their agents, if applicable; (h) each of the indenture trustees for the Debtors' outstanding notes issuances; (i) counsel for AFI Financial Inc.; (j) counsel for Barclays Bank PLC, as administrative agent for the DIP Lenders; (k) Nationstar Mortgage LLC and its counsel; (l) counsel for the Creditors' Committee; and (m) all parties requesting notice pursuant to Bankruptcy Rule 2002.

4. Objections not timely filed and served in the manner set forth above shall not be considered and shall be overruled. Responses to any Objections shall be due by October 15, 2012 at 4:00 p.m. (prevailing eastern Time) and served on the objecting party.

5. This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: New York, New York
October 11, 2012

                                                  **/s/Martin Glenn**
                                                  MARTIN GLENN
                                    United States Bankruptcy Judge