Hearing Date: October 17, 2012 at 2:00 p.m. (ET)

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Gary S. Lee
Todd M. Goren
Alexandra Steinberg Barrage

*Counsel for the Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------------ )
                                                                               )
In re:                                                                         )    Case No. 12-12020 (MG)
                                                                               )
RESIDENTIAL CAPITAL, LLC, et al.,                                              )    Chapter 11
                                                                               )
                                    Debtors.                                   )    Jointly Administered
------------------------------------------------------------------------------ )

**NOTICE OF HEARING ON THE PRE-AUCTION
OBJECTIONS OF THE RMBS TRUSTEES TO THE DEBTORS' SALE
MOTION AND RELATED JOINDERS**

**PLEASE TAKE NOTICE** that the Court will hold a hearing regarding the *Pre-Auction Objections of the RMBS Trustees to the Debtors' Sale Motion* (the "Objection") [Docket No. 1242] and the joinders filed thereto[1] on **October 17, 2012 at 2:00 p.m. (prevailing Eastern**

---

[1] (i) *Joinder of Wells Fargo Bank, N.A., as Master Servicer for Residential Mortgage Backed Securities Trusts to "Pre-Auction Objections of the RMBS Trustees to the Debtors' Sale Motion"* [Docket No. 1243]; (ii) *Joinder of U.S. Bank National Association as Master Servicer for Residential Mortgage Backed Securities Trusts to the Pre-Auction Objections of the RMBS Trustees to the Debtors' Sale Motion* [Docket No. 1246]; (iii) *Joinder of Frost National Bank in RMBS Trustees' Pre-Auction Objection to Debtors' Sale Motion* [Docket No. 1249]; (iv) *Joinder of the Bank of New York Mellon as Master Servicer for Residential Mortgage Backed Securities Trusts to the Pre-Auction Objections of the RMBS Trustees to the Debtors' Sale Motion* [Docket No. 1250]; (v) *Joinder of HSBC Bank USA, National Association as Trustee under Certain Mortgage Backed Securities Trusts to the Pre-Auction Objections of the RMBS Trustees to the Debtors' Sale Motion* [Docket 1501]; (vi) *Objection of CIBM Bank and Joinder in the Pre-Auction Objection of the RMBS Trustees* [Docket No. 1612] (collectively, the "Joinders").

ny-1061519

**Time**) before the Honorable Martin Glenn, at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004-1408, Room 501.

      **PLEASE TAKE FURTHER NOTICE THAT** copies of the Objection and the Joinders may be obtained at no charge by visiting the Debtors' restructuring website at http://www.kccllc.net/rescap or for a fee via PACER at http://www.nysb.uscourts.gov.

Dated: October 11, 2012
      New York, New York

                        /s/ Gary S. Lee
                        Gary S. Lee
                        Todd M. Goren
                        Alexandra Steinberg Barrage
                        MORRISON & FOERSTER LLP
                        1290 Avenue of the Americas
                        New York, New York 10104
                        Telephone: (212) 468-8000
                        Facsimile: (212) 468-7900

                        *Counsel for the Debtors and Debtors in Possession*

ny-1061519