STEIN, WIENER & ROTH, LLP
One Old Country Road, Suite 113
Carle Place, New York 11514
Telephone: (516)742-1212
Facsimile: (516) 742-6595

*Attorneys for OneWest Bank, FSB.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
:
:
 In re:                                                          :    Case No. 12-12020 (MG)
                                                                 :    **Chapter: 11**
**RESIDENTIAL CAPITAL, LLC, <u>et al</u>.,**                    :
                                                                 :
                          Debtors'                               :    Jointly Administered
                                                                 :
                                                                 :
-----------------------------------------------------------------x

      PLEASE TAKE NOTICE that OneWest Bank, FSB, hereby withdraws its Notice

of Appearance with regard to the above matter.

Dated: Carle Place, New York
      October 12, 2012

          Respectfully submitted,

          STEIN, WIENER & ROTH, LLP


          By:<u>/s/ Pranali Datta</u>
             Pranali Datta, Esq.
             STEIN, WIENER & ROTH, LLP
           One Old Country Road, Suite 113
           Carle Place, New York 11514
           Telephone: (516)742-1212
           Facsimile: (516) 742-6595
           *Attorneys for OneWest Bank, FSB.*