## **EXHIBIT A**

Exhibit A: Ambac Transaction Documents Designated for Assumption and Assignment to Purchaser

***Ambac reserves all rights with respect to the list of contracts set forth on this Exhibit A, including the right to amend, modify or supplement this list at any time prior to the hearing to consider entry of the Sale Order. Among other things, certain Debtor contracts to which Ambac is a party or of which Ambac is an express third-party beneficiary were not included on the Notice. To the extent the Debtors subsequently seek to include such contracts on the Notice, Ambac reserves the right to object on any grounds.***[1]

| Debtor Entity | Contract Name | Shelf-Series ID |
|---|---|---|
| Residential Funding Company | RAMP 2003-RP1 Insurance & Indemnity (I&I) Ambac | 2003-RP1 |
| GMAC Mortgage, LLC | American Home HELOC Servicing Agreement June 22, 2005 | AHM 2005-2 |
| GMAC Mortgage, LLC | EMC Mortgage Servicing Agreement (HELOCS) Amendment February 1, 2006 | BSSLT 2007-1 |
| GMAC Mortgage, LLC | EMC Servicing Agreement Amendment Three December 20, 2005 | BSSLT 2007-1 |
| GMAC Mortgage, LLC | DB Structured Products Servicing Agreement April 1, 2004 | DBALT 2006-AB2 |
| GMAC Mortgage | Custodial Agreement | 2001-HLTV1 |
| Residential Funding Company | HE GMACM 2001-HLTV1 Insurance and Indemnity Agreement | 2001-HLTV1 |
| GMAC Mortgage, LLC | GMACM Home Equity Loan Trust Servicing Agreement January 30, 2001 | GMACM 2001-HLTV1 |
| Residential Funding Company | HE GMACM 2001-HLTV2 Insurance and Indemnity Agreement | 2001-HLTV2 |
| GMAC Mortgage, LLC | GMACM Home Equity Loan Trust Servicing Agreement October 30, 2001 | GMACM 2001-HLTV2 |
| GMAC Mortgage, LLC | GMACM 2002-HLTV1 Insurance and Indemnity Agreement AMBAC | 2002-HLTV1 |
| GMAC Mortgage, LLC | GMACM Home Equity Loan Trust Servicing Agreement September 26, 2002 | GMACM 2002-HLTV1 |
| GMAC Mortgage, LLC | GMACM Home Equity Loan Trust Servicing Agreement September 29, 2005 | GMACM 2005-HE3 |
| GMAC Mortgage, LLC | GS Mortgage Securities Trust & Servicing Agreement Series 2003-1 January 1, 2003 | GSRPM 2003-1 |
| GMAC Mortgage, LLC | Impac Funding Corporation Servicing Agreement September 9, 2005 | ICMB 2005-6 |
| GMAC Mortgage, LLC | IMPAC Fund Corp Mortgage Loan Purchase and Interim SA Sept 29, 2006 | ISAC 2006-3 |
| GMAC Mortgage, LLC | Lehman Brothers Master Mortgage Loan Sale & Servicing Agreement June 1, 2005 | LXS 2005-4 |
| GMAC Mortgage, LLC | Lehman Brothers Holdings Inc Securitization Subservicing Agreement July 1, 2007 | LXS 2007-15N |
| GMAC Mortgage, LLC | Nomura Pooling & Servicing Agreement June 1, 2007 | NAAC 2007-3 |

---

[1] The Debtors' Notice appears to contain a number of duplicate references to the same agreement, which Ambac removed in preparing this Exhibit. Ambac reserves the right to assert its Objection to the assumption and assignment of any Transaction Document or other agreement, whether or not it is listed on the Notice and whether or not it is listed on this Exhibit A.

5669236v.2

| Debtor Entity | Contract Name | Shelf-Series ID |
|---|---|---|
| Residential Funding Company | Custodial Agreement | 2000-HL1 |
| Residential Funding Company | RFMSII 2000-HL1 Insurance & Indemnity (I&I) AMBAC | 2000-HL1 |
| GMAC Mortgage, LLC | RFMSII Servicing Agreement August 25, 2000 | RFMSII 2000-HL1 |
| Residential Funding Company | Pooling & Servicing Agreement | 2001-RS1 |
| Residential Funding Company | Pooling & Servicing Agreementexhbts | 2001-RS1 |
| Residential Funding Company | RAMP 2001-RS1 Insurance & Indemnity (I&I) AMBAC Assurance Corporation | 2001-RS1 |
| GMAC Mortgage, LLC | RAMP Pooling Servicing Agreement March 1, 2001 | RAMP 2001-RS1 |
| Residential Funding Company | Pooling & Servicing Agreement | 2001-RS3 |
| Residential Funding Company | Pooling & Servicing Agreementexhbts | 2001-RS3 |
| Residential Funding Company | RAMP 2001-RS3 Insurance & Indemnity (I&I) AMBAC Assurance Corporation | 2001-RS3 |
| GMAC Mortgage, LLC | RAMP Pooling Servicing Agreement October 1, 2001 | RAMP 2001-RS3 |
| Residential Funding Company | Custodial Agreement | 2002-RS1 |
| Residential Funding Company | Pooling & Servicing Agreement | 2002-RS1 |
| Residential Funding Company | Pooling & Servicing Agreementcerts | 2002-RS1 |
| Residential Funding Company | Pooling & Servicing Agreementexhbts | 2002-RS1 |
| GMAC Mortgage, LLC | RAMP Pooling Servicing Agreement January 1, 2002 | RAMP 2002-RS1 |
| Residential Funding Company | Custodial Agreement | 2002-RS4 |
| Residential Funding Company | Pooling & Servicing Agreement | 2002-RS4 |
| Residential Funding Company | Pooling & Servicing Agreementexhbts | 2002-RS4 |
| Residential Funding Company | Pooling & Servicing Agreement-Master Amendment (11-30-04) | 2002-RS4 |
| Residential Funding Company | RAMP 2002-RS4 Insurance & Indemnity (I&I) Ambac Assurance Corporation | 2002-RS4 |
| GMAC Mortgage, LLC | RAMP Pooling Servicing Agreement August 1, 2002 | RAMP 2002-RS4 |
| Residential Funding Company | Custodial Agreement | 2002-RS5 |
| Residential Funding Company | Pooling & Servicing Agreement | 2002-RS5 |
| Residential Funding Company | Pooling & Servicing Agreementexhbts | 2002-RS5 |
| Residential Funding Company | RAMP 2002-RS5 Insurance & Indemnity (I&I) Ambac Assurance Corporation | 2002-RS5 |
| GMAC Mortgage, LLC | RAMP Pooling Servicing Agreement September 1, 2002 | RAMP 2002-RS5 |
| Residential Funding Company | Custodial Agreement | 2002-RS6 |

| Debtor Entity | Contract Name | Shelf-Series ID |
|---|---|---|
| Residential Funding Company | Pooling & Servicing Agreement | 2002-RS6 |
| Residential Funding Company | Pooling & Servicing Agreementexhbts | 2002-RS6 |
| Residential Funding Company | Pooling & Servicing Agreement-Master Amendment (11-30-04) | 2002-RS6 |
| Residential Funding Company | RAMP 2002-RS6 Insurance & Indemnity (I&I) Ambac Assurance Corporation | 2002-RS6 |
| GMAC Mortgage, LLC | RAMP Pooling Servicing Agreement November 1, 2002 | RAMP 2002-RS6 |
| Residential Funding Company | Custodial Agreement | 2002-RS7 |
| Residential Funding Company | Pooling & Servicing Agreement | 2002-RS7 |
| Residential Funding Company | Pooling & Servicing Agreementexhbts | 2002-RS7 |
| Residential Funding Company | RAMP 2002-RS7 Insurance & Indemnity (I&I) Ambac Assurance Corporation | 2002-RS7 |
| GMAC Mortgage, LLC | RAMP Pooling Servicing Agreement December 1, 2002 | RAMP 2002-RS7 |
| Residential Funding Company | Custodial Agreement | 2002-RZ4 |
| Residential Funding Company | Pooling & Servicing Agreement | 2002-RZ4 |
| Residential Funding Company | RAMP 2002-RZ4 Insurance & Indemnity (I&I) Ambac Assurance Corporation | 2002-RZ4 |
| GMAC Mortgage, LLC | RAMP Pooling Servicing Agreement October 1, 2002 | RAMP 2002-RZ4 |
| Residential Funding Company | Custodial Agreement | 2003-RS1 |
| Residential Funding Company | Pooling & Servicing Agreement | 2003-RS1 |
| Residential Funding Company | Pooling & Servicing Agreementexhbts | 2003-RS1 |
| Residential Funding Company | Pooling & Servicing Agreement-Master Amendment (11-30-2004) | 2003-RS1 |
| Residential Funding Company | RAMP 2003-RS1 Insurance & Indemnity (I&I) Ambac Assurance Corporation | 2003-RS1 |
| GMAC Mortgage, LLC | RAMP PSA February 1, 2003 | RAMP 2003-RS1 |
| Residential Funding Company | Custodial Agreement | 2003-RS11 |
| Residential Funding Company | Pooling & Servicing Agreement | 2003-RS11 |
| Residential Funding Company | Pooling & Servicing Agreement amendment (4-6-06) | 2003-RS11 |
| Residential Funding Company | Pooling & Servicing AgreementAmendment (12-18-2007) (Residual Sale) | 2003-RS11 |
| Residential Funding Company | Pooling & Servicing Agreementexhbts | 2003-RS11 |
| Residential Funding Company | Pooling & Servicing Agreement-Master Amendment (11-30-04) | 2003-RS11 |
| GMAC Mortgage, LLC | RAMP PSA December 1, 2003 | RAMP 2003-RS11 |
| Residential Funding Company | Custodial Agreement | 2003-RS2 |

| Debtor Entity | Contract Name | Shelf-Series ID |
|---|---|---|
| Residential Funding Company | Pooling & Servicing Agreement | 2003-RS2 |
| Residential Funding Company | Pooling & Servicing Agreement-Master Amendment (11-30-2004) | 2003-RS2 |
| Residential Funding Company | RAMP 2003-RS2 Insurance & Indemnity (I&I) Ambac Assurance Corporation | 2003-RS2 |
| GMAC Mortgage, LLC | RAMP PSA March 1, 2003 | RAMP 2003-RS2 |
| Residential Funding Company | Custodial Agreement | 2003-RS3 |
| Residential Funding Company | Pooling & Servicing Agreement | 2003-RS3 |
| Residential Funding Company | Pooling & Servicing Agreement-Master Amendment (11-25-2004) | 2003-RS3 |
| Residential Funding Company | Pooling & Servicing Agreement-Master Amendment (11-30-04) | 2003-RS3 |
| Residential Funding Company | RAMP 2003-RS3 Insurance & Indemnity (I&I) Ambac Assurance Corporation | 2003-RS3 |
| GMAC Mortgage, LLC | RAMP PSA April 1, 2003 | RAMP 2003-RS3 |
| Residential Funding Company | Custodial Agreement | 2003-RS4 |
| Residential Funding Company | Pooling & Servicing Agreement | 2003-RS4 |
| Residential Funding Company | Pooling & Servicing Agreementexhbts | 2003-RS4 |
| Residential Funding Company | Pooling & Servicing Agreement-Master Amendment (11-25-2004) | 2003-RS4 |
| Residential Funding Company | Pooling & Servicing Agreement-Master Amendment (11-30-04) | 2003-RS4 |
| Residential Funding Company | RAMP 2003-RS4 Insurance & Indemnity (I&I) Ambac Assurance Corporation | 2003-RS4 |
| GMAC Mortgage, LLC | RAMP PSA May 1, 2003 | RAMP 2003-RS4 |
| Residential Funding Company | Custodial Agreement | 2003-RS5 |
| Residential Funding Company | Pooling & Servicing Agreement | 2003-RS5 |
| Residential Funding Company | Pooling & Servicing Agreementexhbts | 2003-RS5 |
| Residential Funding Company | Pooling & Servicing Agreement-Master Amendment (11-30-2004) | 2003-RS5 |
| Residential Funding Company | RAMP 2003-RS5 Insurance & Indemnity (I&I) Ambac Assurance Corporation | 2003-RS5 |
| GMAC Mortgage, LLC | RAMP PSA June 1, 2003 | RAMP 2003-RS5 |
| Residential Funding Company | Custodial Agreement | 2003-RS6 |
| Residential Funding Company | Pooling & Servicing Agreement | 2003-RS6 |
| Residential Funding Company | Pooling & Servicing Agreementexhbts | 2003-RS6 |
| Residential Funding Company | Pooling & Servicing Agreement-Master Amendment (11-30-2004) | 2003-RS6 |
| Residential Funding Company | RAMP 2003-RS6 Insurance & Indemnity (I&I) Ambac Assurance Corporation | 2003-RS6 |

| Debtor Entity | Contract Name | Shelf-Series ID |
|---|---|---|
| GMAC Mortgage, LLC | RAMP PSA July 1, 2003 | RAMP 2003-RS6 |
| Residential Funding Company | Custodial Agreement | 2003-RS8 |
| Residential Funding Company | Pooling & Servicing Agreement | 2003-RS8 |
| Residential Funding Company | Pooling & Servicing Agreement amendment (4-6-06) | 2003-RS8 |
| Residential Funding Company | Pooling & Servicing Agreement (12-18-2007) (Residual Sale) | 2003-RS8 |
| Residential Funding Company | Pooling & Servicing Agreementexhbts | 2003-RS8 |
| Residential Funding Company | Pooling & Servicing Agreement-Master Amendment (11-30-04) | 2003-RS8 |
| GMAC Mortgage, LLC | RAMP PSA September 1, 2003 | RAMP 2003-RS8 |
| Residential Funding Company | Custodial Agreement | 2003-RS9 |
| Residential Funding Company | Pooling & Servicing Agreement | 2003-RS9 |
| Residential Funding Company | Pooling & Servicing Agreement amendment (4-6-06) | 2003-RS9 |
| Residential Funding Company | Pooling & Servicing AgreementAmendment (12-18-2007) (Residual Sale) | 2003-RS9 |
| Residential Funding Company | Pooling & Servicing Agreementexhbts | 2003-RS9 |
| Residential Funding Company | Pooling & Servicing Agreement-Master Amendment (11-30-04) | 2003-RS9 |
| GMAC Mortgage, LLC | RAMP PSA October 1, 2003 | RAMP 2003-RS9 |
| Residential Funding Company | Custodial Agreement | 2003-RZ1 |
| Residential Funding Company | Pooling & Servicing Agreement | 2003-RZ1 |
| Residential Funding Company | RAMP 2003-RZ1 Insurance & Indemnity (I&I) Ambac Assurance Corporation | 2003-RZ1 |
| GMAC Mortgage, LLC | RAMP PSA January 1, 2003 | RAMP 2003-RZ1 |
| Residential Funding Company | Custodial Agreement | 2003-RZ2 |
| Residential Funding Company | Pooling & Servicing Agreement | 2003-RZ2 |
| Residential Funding Company | Pooling & Servicing AgreementAmendment (12-18-2007) (Residual Sale) | 2003-RZ2 |
| Residential Funding Company | Pooling & Servicing Agreementexhbts | 2003-RZ2 |
| Residential Funding Company | RAMP 2003-RZ2 Insurance & Indemnity (I&I) Ambac Assurance Corporation | 2003-RZ2 |
| GMAC Mortgage, LLC | RAMP PSA March 1, 2003 | RAMP 2003-RZ2 |
| Residential Funding Company | Custodial Agreement | 2003-RZ3 |
| Residential Funding Company | Pooling & Servicing Agreement | 2003-RZ3 |
| Residential Funding Company | Pooling & Servicing AgreementAmendment (12-18-2007) (Residual Sale) | 2003-RZ3 |

| Debtor Entity | Contract Name | Shelf-Series ID |
|---|---|---|
| Residential Funding Company | Pooling & Servicing Agreementexhbts | 2003-RZ3 |
| GMAC Mortgage, LLC | RAMP PSA June 1, 2003 | RAMP 2003-RZ3 |
| Residential Funding Company | Custodial Agreement | 2003-RZ4 |
| Residential Funding Company | Pooling & Servicing Agreement | 2003-RZ4 |
| Residential Funding Company | Pooling & Servicing Agreement amendment (Residual Sale) (11-20-2007) | 2003-RZ4 |
| Residential Funding Company | Pooling & Servicing Agreementexhbts | 2003-RZ4 |
| GMAC Mortgage, LLC | RAMP PSA September 1, 2003 | RAMP 2003-RZ4 |
| Residential Funding Company | Custodial Agreement | 2003-RZ5 |
| Residential Funding Company | Pooling & Servicing Agreement | 2003-RZ5 |
| Residential Funding Company | Pooling & Servicing AgreementAmendment (12-18-2007) (Residual Sale) | 2003-RZ5 |
| Residential Funding Company | Pooling & Servicing Agreementexhbts | 2003-RZ5 |
| GMAC Mortgage, LLC | RAMP PSA December 1, 2003 | RAMP 2003-RZ5 |
| Residential Funding Company | Custodial Agreement | 2004-RS1 |
| Residential Funding Company | Pooling & Servicing Agreement | 2004-RS1 |
| Residential Funding Company | Pooling & Servicing Agreement amendment (4-6-06) | 2004-RS1 |
| Residential Funding Company | Pooling & Servicing AgreementAmendment (12-18-2007) (Residual Sale) | 2004-RS1 |
| Residential Funding Company | Pooling & Servicing Agreementexhbts | 2004-RS1 |
| Residential Funding Company | Pooling & Servicing Agreement-Master Amendment (11-30-04) | 2004-RS1 |
| GMAC Mortgage, LLC | Residential Asset Mortgage Products, Inc PSA January 1, 2004 | RAMP 2004-RS1 |
| Residential Funding Company | Custodial Agreement | 2004-RS5 |
| Residential Funding Company | Pooling & Servicing Agreement | 2004-RS5 |
| Residential Funding Company | Pooling & Servicing AgreementAmendment (12-18-2007) (Residual Sale) | 2004-RS5 |
| Residential Funding Company | Pooling & Servicing Agreementexhbts | 2004-RS5 |
| Residential Funding Company | Pooling & Servicing Agreement-Master Amendment (11-30-04) | 2004-RS5 |
| Residential Funding Company | RAMP 2004-RS5 Insurance & Indemnity (I&I) Ambac Assurance Corporation | 2004-RS5 |
| GMAC Mortgage, LLC | Residential Asset Mortgage Products Inc PSA May 1, 2004 | RAMP 2004-RS5 |
| Residential Funding Company | Custodial Agreement | 2004-RS9 |
| Residential Funding Company | Pooling & Servicing Agreement | 2004-RS9 |

| Debtor Entity | Contract Name | Shelf-Series ID |
|---|---|---|
| Residential Funding Company | Pooling & Servicing AgreementAmendment (12-18-2007) (Residual Sale) | 2004-RS9 |
| Residential Funding Company | Pooling & Servicing Agreementexhbts | 2004-RS9 |
| Residential Funding Company | Pooling & Servicing Agreement-Master Amendment (11-30-04) | 2004-RS9 |
| Residential Funding Company | RAMP 2004-RS9 Insurance & Indemnity (I&I) Ambac Assurance Corporation | 2004-RS9 |
| GMAC Mortgage, LLC | Residential Asset Mortgage Products Inc PSA September 1, 2004 | RAMP 2004-RS9 |
| Residential Funding Company | Custodial Agreement | 1999-RS1 |
| Residential Funding Company | Pooling & Servicing Agreement | 1999-RS1 |
| Residential Funding Company | Pooling & Servicing Agreementexhbts | 1999-RS1 |
| Residential Funding Company | RASC 1999-RS1 Insurance & Indemnity (I&I) | 1999-RS1 |
| GMAC Mortgage, LLC | RASC PSA March 1, 1999 | RASC 1999-RS1 |
| Residential Funding Company | Custodial Agreement | 2002-KS1 |
| Residential Funding Company | Pooling & Servicing Agreement | 2002-KS1 |
| Residential Funding Company | Pooling & Servicing Agreementexhbts | 2002-KS1 |
| Residential Funding Company | RASC 2002-KS1 Insurance & Indemnity (I&I) Ambac Assurance Corporation | 2002-KS1 |
| GMAC Mortgage, LLC | RASC PSA January 1, 2002 | RASC 2002-KS1 |
| Residential Funding Company | Custodial Agreement | 2002-KS4 |
| Residential Funding Company | Pooling & Servicing Agreement | 2002-KS4 |
| Residential Funding Company | Pooling & Servicing Agreementexhbts | 2002-KS4 |
| Residential Funding Company | RASC 2002-KS4 Insurance & Indemnity (I&I) Ambac Assurance Corporation | 2002-KS4 |
| GMAC Mortgage, LLC | RASC PSA June 1, 2002 | RASC 2002-KS4 |
| Residential Funding Company | Custodial Agreement | 2002-KS6 |
| Residential Funding Company | Pooling & Servicing Agreement | 2002-KS6 |
| Residential Funding Company | Pooling & Servicing Agreementexhbts | 2002-KS6 |
| Residential Funding Company | RASC 2002-KS6 Insurance & Indemnity (I&I) Ambac Assurance Corporation | 2002-KS6 |
| GMAC Mortgage, LLC | RASC PSA September 1, 2002 | RASC 2002-KS6 |
| Residential Funding Company | Custodial Agreement | 2002-KS8 |
| Residential Funding Company | Pooling & Servicing Agreement | 2002-KS8 |
| Residential Funding Company | Pooling & Servicing Agreementexhbts | 2002-KS8 |

| Debtor Entity | Contract Name | Shelf-Series ID |
|---|---|---|
| Residential Funding Company | RASC 2002-KS8 Insurance & Indemnity (I&I) Ambac Assurance Corporation | 2002-KS8 |
| GMAC Mortgage, LLC | RASC PSA December 1, 2002 | RASC 2002-KS8 |
| Residential Funding Company | Custodial Agreement | 2003-KS4 |
| Residential Funding Company | Pooling & Servicing Agreement | 2003-KS4 |
| Residential Funding Company | Pooling & Servicing AgreementAmendment (12-18-2007) (Residual Sale) | 2003-KS4 |
| Residential Funding Company | Pooling & Servicing Agreementexhbts | 2003-KS4 |
| Residential Funding Company | RASC 2003-KS4 Insurance & Indemnity (I&I) Ambac Assurance Corporation | 2003-KS4 |
| GMAC Mortgage, LLC | RASC PSA May 1, 2003 | RASC 2003-KS4 |
| Residential Funding Company | Custodial Agreement | 2003-KS5 |
| Residential Funding Company | Pooling & Servicing Agreement | 2003-KS5 |
| Residential Funding Company | Pooling & Servicing Agreementexhbts | 2003-KS5 |
| Residential Funding Company | RASC 2003-KS5 Insurance & Indemnity (I&I) Ambac Assurance Corporation | 2003-KS5 |
| GMAC Mortgage, LLC | RASC PSA June 1, 2003 | RASC 2003-KS5 |
| Residential Funding Company | Custodial Agreement | 2003-KS9 |
| Residential Funding Company | Pooling & Servicing Agreement | 2003-KS9 |
| Residential Funding Company | Pooling & Servicing Agreementexhbts | 2003-KS9 |
| Residential Funding Company | RASC 2003-KS9 Insurance & Indemnity (I&I) Ambac Assurance Corporation | 2003-KS9 |
| GMAC Mortgage, LLC | RASC PSA October 1, 2003 | RASC 2003-KS9 |
| Residential Funding Company | Custodial Agreement | 2004-KS4 |
| Residential Funding Company | Pooling & Servicing Agreement | 2004-KS4 |
| Residential Funding Company | Pooling & Servicing AgreementAmendment (12-18-2007) (Residual Sale) | 2004-KS4 |
| Residential Funding Company | Pooling & Servicing Agreementcerts | 2004-KS4 |
| Residential Funding Company | Pooling & Servicing Agreementexhbts | 2004-KS4 |
| Residential Funding Company | RASC 2004-KS4 Insurance & Indemnity (I&I) Ambac Assurance Corporation | 2004-KS4 |
| GMAC Mortgage, LLC | Residential Asset Securities Corporation PSA April 1, 2004 | RASC 2004-KS4 |
| Residential Funding Company | Custodial Agreement | 1999-HI1 |
| Residential Funding Company | Servicing Agreement | 1999-HI1 |
| Residential Funding Company | RFMSII 1999-HI1 Insurance & Indemnity (I&I) AMBAC | 1999-HI1 |

| Debtor Entity | Contract Name | Shelf-Series ID |
|---|---|---|
| GMAC Mortgage, LLC | RFMSII Servicing Agreement March 23, 1999 | RFMSII 1999-HI1 |
| Residential Funding Company | Custodial Agreement | 1999-HI4 |
| Residential Funding Company | Servicing Agreement | 1999-HI4 |
| Residential Funding Company | RFMSII 1999-HI4 Insurance & Indemnity (I&I) AMBAC | 1999-HI4 |
| GMAC Mortgage, LLC | RFMSII Servicing Agreement June 25, 1999 | RFMSII 1999-HI4 |
| Residential Funding Company | Custodial Agreement | 1999-HI6 |
| Residential Funding Company | Servicing Agreement | 1999-HI6 |
| Residential Funding Company | RFMSII 1999-HI6 Insurance & Indemnity (I&I) AMBAC | 1999-HI6 |
| GMAC Mortgage, LLC | RFMSII Servicing Agreement September 28, 1999 | RFMSII 1999-HI6 |
| Residential Funding Company | Custodial Agreement | 1999-HI8 |
| Residential Funding Company | Servicing Agreement | 1999-HI8 |
| Residential Funding Company | RFMSII 1999-HI8 Insurance & Indemnity (I&I) AMBAC | 1999-HI8 |
| GMAC Mortgage, LLC | RFMSII Servicing Agreement November 24, 1999 | RFMSII 1999-HI8 |
| Residential Funding Company | Custodial Agreement | 2000-HI1 |
| Residential Funding Company | Servicing Agreement | 2000-HI1 |
| Residential Funding Company | RFMSII 2000-HI1 Insurance & Indemnity (I&I) AMBAC | 2000-HI1 |
| GMAC Mortgage, LLC | RFMSII Servicing Agreement February 24, 2000 | RFMSII 2000-HI1 |
| Residential Funding Company | Custodial Agreement | 2000-HI2 |
| Residential Funding Company | Servicing Agreement | 2000-HI2 |
| Residential Funding Company | RFMSII 2000-HI2 Insurance & Indemnity (I&I) AMBAC | 2000-HI2 |
| GMAC Mortgage, LLC | RFMSII Servicing Agreement March 29, 2000 | RFMSII 2000-HI2 |
| Residential Funding Company | Custodial Agreement | 2000-HI3 |
| Residential Funding Company | Servicing Agreement | 2000-HI3 |
| Residential Funding Company | RFMSII 2000-HI3 Insurance & Indemnity (I&I) AMBAC | 2000-HI3 |
| GMAC Mortgage, LLC | RFMSII Servicing Agreement June 28, 2000 | RFMSII 2000-HI3 |
| Residential Funding Company | Custodial Agreement | 2000-HI4 |
| Residential Funding Company | Servicing Agreement | 2000-HI4 |
| Residential Funding Company | RFMSII 2000-HI4 Insurance & Indemnity (I&I) AMBAC | 2000-HI4 |

| Debtor Entity | Contract Name | Shelf-Series ID |
|---|---|---|
| GMAC Mortgage, LLC | RFMSII Servicing Agreement September 28, 2000 | RFMSII 2000-HI4 |
| Residential Funding Company | Custodial Agreement | 2000-HI5 |
| Residential Funding Company | Servicing Agreement | 2000-HI5 |
| Residential Funding Company | RFMSII 2000-HI5 Insurance & Indemnity (I&I) AMBAC | 2000-HI5 |
| GMAC Mortgage, LLC | RFMSII Servicing Agreement December 21, 2000 | RFMSII 2000-HI5 |
| Residential Funding Company | Custodial Agreement | 2001-HI1 |
| Residential Funding Company | Servicing Agreement | 2001-HI1 |
| Residential Funding Company | RFMSII 2001-HI1 Insurance & Indemnity (I&I) AMBAC | 2001-HI1 |
| GMAC Mortgage, LLC | RFMSII Servicing Agreement February 22, 2001 | RFMSII 2001-HI1 |
| Residential Funding Company | Custodial Agreement | 2001-HI2 |
| Residential Funding Company | Servicing Agreement | 2001-HI2 |
| Residential Funding Company | RFMSII 2001-HI2 Insurance & Indemnity (I&I) AMBAC | 2001-HI2 |
| GMAC Mortgage, LLC | RFMSII Servicing Agreement March 28, 2001 | RFMSII 2001-HI2 |
| Residential Funding Company | Servicing Agreement | 2001-HI3 |
| Residential Funding Company | RFMSII 2001-HI3 Insurance & Indemnity (I&I) AMBAC | 2001-HI3 |
| GMAC Mortgage, LLC | RFMSII Servicing Agreement June 26, 2001 | RFMSII 2001-HI3 |
| Residential Funding Company | Custodial Agreement | 2001-HI4 |
| Residential Funding Company | Servicing Agreement | 2001-HI4 |
| Residential Funding Company | RFMSII 2001-HI4 Insurance & Indemnity (I&I) AMBAC | 2001-HI4 |
| GMAC Mortgage, LLC | RFMSII Servicing Agreement September 27, 2001 | RFMSII 2001-HI4 |
| Residential Funding Company | Custodial Agreement | 2001-HS2 |
| Residential Funding Company | Pooling & Servicing Agreement | 2001-HS2 |
| Residential Funding Company | RFMSII 2001-HS2 Insurance & Indemnity (I&I) AMBAC | 2001-HS2 |
| GMAC Mortgage, LLC | RFMSII Servicing Agreement June 1, 2001 | RFMSII 2001-HS2 |
| Residential Funding Company | Custodial Agreement | 2001-HS3 |
| Residential Funding Company | Servicing Agr-Amendment (9-27-2001) | 2001-HS3 |
| Residential Funding Company | Servicing Agreement | 2001-HS3 |
| Residential Funding Company | RFMSII 2001-HS3 Insurance & Indemnity (I&I)Radian & AMBAC | 2001-HS3 |

| Debtor Entity | Contract Name | Shelf-Series ID |
|---|---|---|
| GMAC Mortgage, LLC | RFMSII Servicing Agreement September 27, 2001 | RFMSII 2001-HS3 |
| Residential Funding Company | Custodial Agreement | 2002-HI1 |
| Residential Funding Company | Servicing Agreement | 2002-HI1 |
| Residential Funding Company | RFMSII 2002-HI1 Insurance & Indemnity (I&I) AMBAC | 2002-HI1 |
| GMAC Mortgage, LLC | RFMSII Servicing Agreement January 29, 2002 | RFMSII 2002-HI1 |
| Residential Funding Company | Custodial Agreement | 2002-HI2 |
| Residential Funding Company | Servicing Agreement | 2002-HI2 |
| Residential Funding Company | RFMSII 2002-HI2 Insurance & Indemnity (I&I) AMBAC | 2002-HI2 |
| GMAC Mortgage, LLC | RFMSII Servicing Agreement March 26, 2002 | RFMSII 2002-HI2 |
| Residential Funding Company | Custodial Agreement | 2002-HI3 |
| Residential Funding Company | Servicing Agreement | 2002-HI3 |
| Residential Funding Company | RFMSII 2002-HI3 Insurance & Indemnity (I&I) AMBAC | 2002-HI3 |
| GMAC Mortgage, LLC | RFMSII Servicing Agreement June 26, 2002 | RFMSII 2002-HI3 |
| Residential Funding Company | Custodial Agreement | 2003-HI3 |
| Residential Funding Company | Servicing Agreement | 2003-HI3 |
| Residential Funding Company | RFMSII 2003-HI3 Insurance & Indemnity (I&I) Ambac | 2003-HI3 |
| GMAC Mortgage, LLC | RFMSII Servicing Agreement September 25, 2003 | RFMSII 2003-HI3 |
| Residential Funding Company | Custodial Agreement | 2003-HS4 |
| Residential Funding Company | Servicing Agreement | 2003-HS4 |
| Residential Funding Company | RFMSII 2003-HS4 Insurance & Indemnity (I&I) Ambac | 2003-HS4 |
| GMAC Mortgage, LLC | RFMSII Servicing Agreement December 30, 2003 | RFMSII 2003-HS4 |
| Residential Funding Company | Custodial Agreement | 2002-RP1 |
| Residential Funding Company | Pooling & Servicing Agreement | 2002-RP1 |
| Residential Funding Company | Pooling & Servicing Agreementexhbts | 2002-RP1 |
| Residential Funding Company | RAMP 2002-RP1 Insurance & Indemnity (I&I) Ambac Assurance Corporation | 2002-RP1 |
| GMAC Mortgage, LLC | RAMP PSA February 1, 2002 | RFSC 2002-RP1 |
| Residential Funding Company | Custodial Agreement | 2002-RP2 |
| Residential Funding Company | RAMP 2002-RP2 Insurance & Indemnity (I&I) Ambac Assurance Corporation | 2002-RP2 |

11

| Debtor Entity | Contract Name | Shelf-Series ID |
|---|---|---|
| GMAC Mortgage, LLC | RAMP PSA October 1, 2002 | RFSC 2002-RP2 |
| Residential Funding Company | Custodial Agreement | 2003-RP2 |
| Residential Funding Company | Pooling & Servicing Agreement | 2003-RP2 |
| Residential Funding Company | Pooling & Servicing Agreement amendment (4-6-06) | 2003-RP2 |
| Residential Funding Company | Pooling & Servicing Agreementexhbts | 2003-RP2 |
| Residential Funding Company | RAMP 2003-RP2 Insurance & Indemnity (I&I) Ambac Assurance Corporation | 2003-RP2 |
| GMAC Mortgage, LLC | RAMP PSA August 1, 2003 | RFSC 2003-RP2 |
| GMAC Mortgage, LLC | EMC Mortgage Servicing Agreement (HELOCS) Amendment February 1, 2006 | SACO 2006-8 |
| GMAC Mortgage, LLC | E*Trade Bank SA Nov 30, 1999 Amended April 3, 2000 Amended Oct 27, 2000 | SASCO 2005-2XS |
| GMAC Mortgage, LLC | E*TRADE Whole Loan Mortgage Loan Servicing Agreement | SASCO 2005-7XS |
| Residential Funding Company | Terwin 2006-4SL Sale and Servicing Agreement 3-31-2006 | 2006-4SL |
| Residential Funding Company | Terwin 2006-6SL Sale and Servicing Agreement 3-31-2006 | 2006-6SL |