**EXHIBIT B**

.

## Terminated Servicer Transctions

Residential Asset Mortgage Products 2001-RS3
Residential Asset Mortgage Products 2002-RP2
Residential Asset Mortgage Products 2002-RS6
Residential Asset Mortgage Products 2002-RS7
Residential Asset Mortgage Products 2003-RS1
Residential Asset Mortgage Products 2003-RS2
Residential Asset Mortgage Products 2003-RS3
Residential Asset Mortgage Products 2003-RS4
Residential Asset Mortgage Products 2003-RS5
Residential Asset Securities Corp 2002-KS1
Residential Asset Securities Corp. 2004-KS4
Residential Funding Corporation 2004-RS9
Residential Asset Mortgage Products 2001-RS1