NICHOLS KASTER, LLP
Matthew C. Helland (*pro hac vice* pending)
One Embarcadero Center
Suite 720
San Francisco, CA 94111
Telephone: (415) 277-7235
Fax: (415) 277-7238
E-Mail:  helland@nka.com

*Bankruptcy Counsel for Deborah Bollinger and Bryan Bubnick*
*and the Putative Class Members*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------X
| | |
|---|---|
| **In re:** | : |
| | : **Chapter 11** |
| **Residential Capital, LLC,** *et al.*, | : |
| | : **Case No. 12-12020 (MG)** |
| Debtors. | : |
| | : **Jointly Administered** |

--------------------------------------------------------X

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Matthew C. Helland, request admission, ***pro hac vice***, before the Honorable Martin Glenn, to represent Plaintiffs Deborah Bollinger and Bryan Bubnick in the above-captioned case in connection with her claims on behalf of herself and the putative classes in *Bollinger and Bubnick, et al. v. Residential Capital, LLC, et al.*, No. C10-1123 (RSM).  I certify that I am a member in good standing of the bar of the state of California, as well as United States Court of Appeals for the Eighth Circuit, United States District Court, District of Minnesota, United States District Court, Central District of California, United States District Court, Eastern District of California, United States District Court, Northern District of California, United States District Court, Southern District of California, and United States District Court, District of Colorado.

Pg 2 of 3

My address is:

> Matthew C. Helland
> NICHOLS KASTER, LLP
> One Embarcadero Center
> Suite 720
> San Francisco, CA 94111
> Telephone: (415) 277-7235
> Fax: (415) 277-7238
> E-Mail: helland@nka.com

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated:  October 11, 2012
San Francisco, California

Respectfully Submitted,

**NICHOLS KASTER, LLP**

/s/ Matthew Helland
Matthew Helland, CA Bar No. 250451*
   *(*pro hac vice* application pending)
One Embarcadero Center
Suite 720
San Francisco, CA 94111
Telephone: (415) 277-7235
Fax: (415) 277-7238
E-Mail: helland@nka.com

*Bankruptcy Counsel for Deborah Bollinger and Bryan Bubnick and the Putative Class Members*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------X
**In re:**                                           :
                                                     : **Chapter 11**
**Residential Capital, LLC,** *et al.***,**          :
                                                     : **Case No. 12-12020 (MG)**
                    **Debtors.**                     :
                                                     : **Jointly Administered**
------------------------------------------------------X

**ORDER GRANTING ADMISSION TO PRACTICE,** *PRO HAC VICE*

Upon the motion of Matthew C. Helland to be admitted, *pro hac vice*, to represent Plaintiffs Deborah Bollinger and Bryan Bubnick in the above-captioned case, and upon the movant's certification that the movant is a member in good standing of the state bar of California, as well as the United States Court of Appeals for the Eighth Circuit, United States District Court, District of Minnesota, United States District Court, Central District of California, United States District Court, Eastern District of California, United States District Court, Northern District of California, United States District Court, Southern District of California, and United States District Court, District of Colorado, it is hereby:

**ORDERED**, that Matthew C. Helland is admitted to practice, *pro hac vice*, in the above-captioned case, to represent Plaintiffs Deborah Bollinger and Bryan Bubnick in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated:        _____, 2012
              New York, New York

                                              _____
                                              United States Bankruptcy Judge