# AFFIDAVIT OF SERVICE

STATE OF NEW YORK            )
                             :ss.:
COUNTY OF NEW YORK           )

PATRICK FAY, being duly sworn, deposes and says:

1. I am over 18 years of age, not a party to this action, and am employed by the law firm of Patterson Belknap Webb & Tyler LLP, located at 1133 Avenue of the Americas, New York, New York 10036.

2. On October 12, 2012, I served a copy of the foregoing **STATEMENT AND RESERVATION OF RIGHTS OF AMBAC ASSURANCE CORPORATION AND THE SEGREGATED ACCOUNT OF AMBAC ASSURANCE CORPORATION WITH RESPECT TO THE PRE-AUCTION OBJECTIONS OF THE RMBS TRUSTEES TO THE DEBTORS' SALE MOTION** by overnight courier service (Federal Express) upon the following, directed to them at the address below:

> U.S. Department of Justice
> 950 Pennsylvania Avenue NW
> Washington, DC 20530-0001
> Attn: US Attorney General, Eric H. Holder, Jr.
>
> Office of the New York State Attorney General The Capitol
> Albany, NY 12224-0341
> Attn: Nancy Lord, Esq.
> Neal Mann, Esq.
>
> Office of U.S. Attorney for the Southern District of New York
> One St. Andrews Plaza
> New York, NY 10007
> Attn: Joseph N. Cordaro, Esq.
>
> Residential Capital, LLC
> 1177 Avenue of the Americas
> New York, NY 10036
> Attn: Tammy Hamzehpour

Morrison & Foerster LLP
1290 Avenue of the Americas New York, NY 10104
Attn: Larren Nashelskly, Esq.
Gary S. Lee, Esq.
Lorenzo Marinuzzi, Esq.

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
Attn: Ken Eckstein
Doug Mannal

Citibank N.A.
390 Greenwich Street, 6th Floor
New York, NY 10013
Attn: Bobbie Theivakurnaran

3900 Wisconsin Avenue NW
Mail Stop 8H-504
Washington DC 20016
Attn: Vice President, Credit Management, John S. Forlines

Kirkland & Ellis
601 Lexington Avenue
New York, NY 10022
Attn: Ray C. Schrock
Richard M. Cieri

Deutsche Bank Trust Company Americas
25 DeForest Avenue
Summit, NJ 07901
Attn: Kevin Vargas

The Bank of New York Mellon Asset Backed Securities Group
101 Barclay Street 4W
New York, NY 10286

U.S. Bank National Association
50 South 16th Street, Suite 2000
Philadelphia, PA 19102
Attn: George Rayzis

U.S. Bank National Association
60 Livingston Avenue EP-MN-WS1D
St. Paul, MN 55107
Attn: Irina Palchuk

Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178
Attn: James S. Carr
Eric R. Wilson

Skadden Arps Slate Meagher & Flom LLP
Four Times Square
New York, NY 10036

4073908v.1

Attn: Jonathan H. Hofer
Ken Ziman

Nationstar Mortgage LLC
350 Highland Drive
Lewisville, TX 75067
Attn: General Counsel

Sidley Austin LLP
One Dearborn
Chicago, IL 60603
Attn: Larry J. Nyhan
Jessica CK Boelter

Internal Revenue Service
2970 Market Street
Mail Stop 5-Q30.133
Philadelphia, PA 19104-5016

Securities and Exchange Commission, New York Regional Office
3 World Financial Center, Suite 400
New York, NY 10281-1022
Attn: George S. Canellos, Regional Director

_____
PATRICK FAY

Sworn to before me this
12th day of October, 2012

_____
Notary Public
ELIZABETH WILLIS
Notary Public, State of New York
No. 01WI6014358
Qualified in New York County
Commission Expires October 13, 2014

4073908v.1

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         :ss.:
COUNTY OF NEW YORK       )

PATRICK FAY, being duly sworn, deposes and says:

1. I am over 18 years of age, not a party to this action, and am employed by the law firm of Patterson Belknap Webb & Tyler LLP, located at 1133 Avenue of the Americas, New York, New York 10036.

2. On October 12, 2012 I caused the foregoing **STATEMENT AND RESERVATION OF RIGHTS OF AMBAC ASSURANCE CORPORATION AND THE SEGREGATED ACCOUNT OF AMBAC ASSURANCE CORPORATION WITH RESPECT TO THE PRE-AUCTION OBJECTIONS OF THE RMBS TRUSTEES TO THE DEBTORS' SALE MOTION** to be served by hand upon the following attorney for the party herein, directed to them at the address below:

Office of the United States Trustee 33 Whitehall Street
21st Floor
New York, NY 10004
Attn: Tracy Hope Davis, Esq.
Brian Masumoto, Esq.
Linda Riffkin, Esq.

*/s/ Patrick Fay*
PATRICK FAY

Sworn to before me this 12th day of October, 2012

*/s/ Elizabeth Willis*
Notary Public

ELIZABETH WILLIS
Notary Public, State of New York
No. 01WI6014358
Qualified in New York County
Commission Expires October 13, 2014

1812489v.1