

October 14, 2012

Clerk, United States Bankruptcy Court
Southern District of New York
Manhattan Division

## REQUEST FOR SERVICE OF NOTICES

RE:  Debtor(s)         :   Residential Capital, LLC
    Case Number       :   12-12020
    Chapter           :   11
    Secured Creditor  :   PennyMac Loan Services, LLC
    Loan Number       :   6152

Dear Sir / Madam:

    Would you please add the following interested party to the mailing / service list in the above referenced case:

        PennyMac Loan Services, LLC
        c/o Aldridge Connors LLP
        Bankruptcy Department
        Fifteen Piedmont Center
        3575 Piedmont Road, N.E., Suite 500
        Atlanta, GA 30305

    Please provide this office with a copy of each notice of any proceeding, hearing and/or report in this matter including, but not limited to notices required by Bankruptcy Rules 2002(g) and the Local Rules of the Bankruptcy Court.

   Thank you for your assistance in this matter.  If you have any questions, please do not hesitate to call me.

        Very Truly Yours,

        /s/ Matthew J. Dyer
        Matthew J. Dyer, Esq.
        Agent for PennyMac Loan Services, LLC

cc:  Debtor's Counsel

        Fifteen Piedmont Center
        3575 Piedmont Road, N.E.
        Suite 500
        Atlanta, GA 30305
        P:  404~994~7400
        F:  888~246~7307