UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>RESIDENTIAL CAPITAL, LLC, *et al.*,<br><br>　　　　　　　　　　　Debtors. | Case No. 12-12020 (MG)<br><br>Chapter 11<br><br>Jointly Administered |

**NOTICE OF APPEAL OF MEMORANDUM OPINION AND ORDER DENYING THE
MOTIONS OF THE FEDERAL HOUSING FINANCE AGENCY AND UNDERWRITER
<u>DEFENDANTS TO COMPEL DOCUMENT DISCOVERY FROM THE DEBTORS</u>**

The Federal Housing Finance Agency ("<u>FHFA</u>"), as Conservator for the Federal Home Loan Mortgage Corporation, hereby appeals under 28 U.S.C. § 158(a) and Fed. R. Bankr. P. 8001 and 8002, from the *Memorandum Opinion and Order Denying the Motions of the Federal Housing Finance Agency and Underwriter Defendants to Compel Document Discovery from the Debtors* (the "<u>Order</u>") [Docket No. 1813], entered in the above-captioned chapter 11 case on October 12, 2012, denying the *Motion of the Federal Housing Finance Agency Pursuant to the July 11, 2012 Order of the Honorable Denise L. Cote Seeking Limited Discovery from the Debtors and, if Necessary to that Purpose, Relief from the Automatic Stay* [Docket No. 810] and the *Supplement to July 17, 2012 Motion of the Federal Housing Finance Agency Pursuant to the July 11, 2012 Order of the Honorable Denise L. Cote Seeking Limited Discovery from the Debtors and, if Necessary to that Purpose, Relief from the Automatic Stay* [Docket No. 859].

The parties to the Order appealed from and the names, addresses and telephone numbers of their respective attorneys are as follows:

# APPELLANT

### Counsel for FHFA

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
Andrew K. Glenn, Esq.
Kanchana W. Leung, Esq.
Daniel A. Fliman, Esq.
1633 Broadway
New York, New York 10019
Tel. No. (212) 506-1700

# DEBTORS

### Counsel for the Debtors

MORRISON & FOERSTER LLP
Gary S. Lee, Esq.
Joel C. Haims, Esq.
1290 Avenue of the Americas
New York, New York 10019
Tel. No. (212) 468-8000

# UNDERWRITER DEFENDANTS

### Counsel for Credit Suisse Securities (USA) LLC

CRAVATH, SWAINE & MOORE LLP
Richard W. Clary, Esq.
Michael T. Reynolds, Esq.
Worldwide Plaza
825 Eighth Avenue
New York, New York
Tel. No. (212) 474-1000

**Counsel for J.P Morgan Securities LLC**

SULLIVAN & CROMWELL LLP
Penny Shane, Esq.
Sharon L. Nelles, Esq.
Jonathan M. Sedlak, Esq.
125 Broad Street
New York, New York 10004
Tel. No. (212) 558-4000

**Counsel for Goldman, Sachs & Co.**

SULLIVAN & CROMWELL LLP
Richard H. Klapper, Esq.
Theodore Edelman, Esq.
Michael T. Tomaino, Jr., Esq.
125 Broad Street
New York, New York 10004
Tel. No. (212) 558-4000

**Counsel for UBS Securities LLC**

SKADDEN, ARPS, MEAGHER & FLOM LLP
Jay B. Kasner, Esq.
Scott Musoff, Esq.
Robert A. Fumerton, Esq.
Four Times Square
New York, New York 10036
Tel. No. (212) 735-3000

**Counsel for Citigroup Global Markets, Inc.**

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
Brad S. Karp, Esq.
Bruce Birenboim, Esq.
Susanna M. Buergel, Esq.
1285 Avenue of the Americas
New York, New York 10019
Tel. No. (212) 373-3000

**Counsel for Barclays Capital, Inc.**

SULLIVAN & CROMWELL LLP
David H. Braff, Esq.
Brian T. Frawley, Esq.
Jeffrey T. Scott, Esq.
Joshua Fritsch, Esq.
125 Broad Street
New York, New York 10004
Tel. No. (212) 558-4000

**Counsel for RBS Securities, Inc.**

SIMPSON THACHER & BARTLETT LLP
Thomas C. Rice, Esq.
David J. Woll, Esq.
Alan Turner, Esq.
425 Lexington Avenue
New York, New York 10017
Tel. No. (212) 455-2000

## OTHER PARTIES

**United States Trustee**

OFFICE OF THE UNITED STATES TRUSTEE
FOR THE SOUTHERN DISTRICT OF NEW YORK
33 Whitehall Street, 21st Floor
New York, NY 10004
Tel. No. (212) 510-0500

Dated: October 15, 2012
       New York, New York

                                  KASOWITZ, BENSON, TORRES &
                                    FRIEDMAN LLP

/s/ Andrew K. Glenn
Andrew K. Glenn (aglenn@kasowitz.com)
Daniel A. Fliman (dfliman@kasowitz.com)
1633 Broadway
New York, New York 10019
Telephone:  (212) 506-1700
Facsimile:  (212) 506-1800

*Attorneys for Federal Housing
Finance Agency, as Conservator for the Federal
Home Loan Mortgage Corporation
Partners*

5