**IN THE UNITED STATES BANKRUPTCY
COURT FOR THE SOUTHERN DISTRICT
OF NEW YORK**

------------------------------------------------)(

In re:                                                     Chapter 11

Residential Capital, LLC, et al., Case No. 12-12020 (MG)
                                          Case No. 12-12032 (MG)
                                              Jointly Administered

Debtors.


------------------------------------------------ )(

## AFFIRMATION IN SUPPORT OF MOTION FOR RELIEF FROM STAY

M. Nawaz Raja and Neelum Nawaz Raja, Pro Se in the above-captioned court, under penalty of perjury, duly affirms as follows:

1. We are the Movants  unsecured creditors herein.

2. Jurisdiction is conferred on this Court by the provisions of 28 U.S.C. §1334. This  is  a  core  proceeding  within  the  meaning of28  U.S.C. §157(b).

3. Movants have  pending litigation in the Loudoun County Circuit Court Leesburg Virginia, titled M. Nawaz Raja and Neelum Nawaz Raja *v. Indy Mac Bank FSB, et al* CL No. 55523, the complaint for which was filed on April 27, 2009 as instructed by the US Bankruptcy Court Eastern District of Virginia Alexandria Division. A First Amended Complaint ("FAC") was filed on February 25, 2010, alleging Unlawful/Unfair Acts pursuant to Virginia Business and Professions Code  and 15 USC 1641g (Truth in Lending Act or "TILA") violations

1

against Debtor.

4.  The Debtors in a joint venture with Indy Mac Bank FSB and Deutsche
    Bank sold the Movant's loan of $ 492, 250.00 for $ 91, 662, 688.32 as
    unregistered and un-regulated Security in more than 48 Trusts (each of
    these Trust have 06 more sub-shell Trusts and total makes 48x06=288
    Trusts)   Certified Copies of proof from Securities and Exchange
    Commission Available and cannot be attached with this Affidavit
    because these are more than 10,000 pages.

5.  The details of the Trusts in which Movant's loan was sold for $ 91, 662,
    688.32 are as under;

Note **the Movants have only one loan with Indy Mac but in securitization
Indy Mac and Deutsche Bank has created two loans reasons.**

- **Only one loan number was on the settlement papers; this loan
  number is active on MERS. Under this loan number, Indy Mac
  receiving payments from the Movants.**

- **These loans were sold multiple times by Indy Mac, Deutsche Bank.
  GMAC, Residential et al and others in illegal securitization and
  made billions of dollars.**

- **Indy Mac INDX Mortgage, Loan Trust 2006-AR11 10k for
  03/29/2007 Ex. 33.2, filed on 03/29/2007, 5:45 PM ET, SEC File #
  333-132042-01 Accession # 1020242-7-435**

| Loan # | Sale # | Sale Name | Amount of sale |
|--------|--------|-----------|----------------|
| 6762 | 665 | ITF INDX 2006 AR4 03/31/2006 | $ 258,214.28 |
| 6762 | 666 | ITF INDX 2006, AR5 03/30/2006 | $ 378,000.00 |
| 6762 | 374 | ITF LX5 2006 16N, 09/29/2006 | $ 199,489.59 |
| 3696 | 680 | 4108 LMT 2006-9 12/29/2006 | $ 287,726.73 |

| 3696 | 672 | INDX 2006 AR15 Settled 05/30/2006 INDX 2006, AR6 04/28/2006 $ 572,688.74 | $ 213, 520.00 |

- **Indy Mac INDX Mortgage Loan Trust 2006 AR9, 10K, 03/29/2007 Ex. 33.2, filed on 03/29/2007 at 5:14 PM ET, SEC File # 333-132042-02 Accession # 1020242-7-434**

| Loan # | Sale # | Sale Name | Amount of sale |
|--------|--------|-----------|----------------|
| 6762 | 665 | ITF INDX 2006 AR4 03/31/2006 | $ 258,214.28 |
| 6762 | 666 | ITF INDX 2006, AR5 03/30/2006 | $ 378,000.00 |
| 6762 | 374 | ITF LX5 2006 16N, 09/29/2006 | $ 199,489.59 |
| 6762 | 4108 | 4108 LMT 2006-9 12/29/2006 | $ 287,726.73 |
| 3696 | 680 | INDX 2006 AR15 Settled 05/30/2006 | $ 213,520.00 |
| 3696 | 672 | INDX 2006, AR6 04/28/2006 | $ 572,688.74 |

- **Indy Mac INDX Mortgage Loan Trust 2006 – AR6, 10k for 03/29/2007 Ex. 33.2 filed on 03/29/2007, 5:16 PM ET,SEC file#333-132042-03,Accession # 1020242-7-431**

| Loan # | Sale # | Sale Name | Amount of sale |
|--------|--------|-----------|----------------|
| 6762 | 665 | ITF INDX 2006 AR4 03/31/2006 | $ 258,214.28 |
| 6762 | 666 | ITF INDX 2006, AR5 03/30/2006 | $ 378,000.00 |
| 6762 | 374 | ITF LX5 2006 16N, 09/29/2006 | $ 199,489.59 |
| 6762 | 4108 | 4108 LMT 2006-9 12/29/2006 | $ 287,726.73 |
| 3696 | 680 | INDX 2006 AR15 Settled 05/30/2006 | $ 213,520.00 |
| 3696 | 672 | INDX 2006, AR6 04/28/2006 | $ 572,688.74 |

- **Redirected Asset Securitization Trust 2006 A5CB, 10K for 03/29/2007 Ex.33.2, filed on 03/30/2007 at 10:12 am ET. SEC File # 333-132042-04, Accession # 1020242-7-464**

| Loan # | Sale # | Sale Name | Amount of |
|--------|--------|-----------|-----------|

|      |      |                                       | sale         |
|------|------|---------------------------------------|--------------|
| 6762 | 665  | ITF INDX 2006 AR4 03/31/2006          | $ 258,214.28 |
| 6762 | 666  | ITF INDX 2006, AR5 03/30/2006         | $ 378,000.00 |
| 6762 | 374  | ITF LX5 2006 16N, 09/29/2006          | $ 199,489.59 |
| 6762 | 4108 | 4108 LMT 2006-9 12/29/2006            | $ 287,726.73 |
| 3696 | 680  | INDX 2006 AR15 Settled 05/30/2006     | $ 213, 520.00 |
| 3696 | 672  | INDX 2006, AR6 04/28/2006             | $ 572,688.74 |

- **Indy Mac MBS/ Inc Home Equity Mortgage Loan Asset- Backed Trust Series. INDS 2006-I, 10K, for 03/29/2007 Ex. 33.2 filed on 03/30/2007 SEC File # 333-132042-05, Accession # 1020245-7-454**

| Loan # | Sale # | Sale Name                          | Amount of sale |
|--------|--------|------------------------------------|----------------|
| 6762   | 665    | ITF INDX 2006 AR4 03/31/2006       | $ 258,214.28   |
| 6762   | 666    | ITF INDX 2006, AR5 03/30/2006      | $ 378,000.00   |
| 6762   | 374    | ITF LX5 2006 16N, 09/29/2006       | $ 199,489.59   |
| 6762   | 4108   | 4108 LMT 2006-9 12/29/2006         | $ 287,726.73   |
| 3696   | 680    | INDX 2006 AR15 Settled 05/30/2006  | $ 213, 520.00  |
| 3696   | 672    | INDX 2006, AR6 04/28/2006          | $ 572,688.74   |

- **Residential Asset Securitization Trust 2006 – A6, 10K, for 03/29/2007 Ex.33.2 filed on 03/30/2007, at 10:19 AM ET. SEC File # 333-132042-06, Accession # 1020242-7-466**

| Loan # | Sale # | Sale Name                          | Amount of sale |
|--------|--------|------------------------------------|----------------|
| 6762   | 665    | ITF INDX 2006 AR4 03/31/2006       | $ 258,214.28   |
| 6762   | 666    | ITF INDX 2006, AR5 03/30/2006      | $ 378,000.00   |
| 6762   | 374    | ITF LX5 2006 16N, 09/29/2006       | $ 199,489.59   |
| 6762   | 4108   | 4108 LMT 2006-9 12/29/2006         | $ 287,726.73   |
| 3696   | 680    | INDX 2006 AR15 Settled 05/30/2006  | $ 213, 520.00  |

| 3696 | 672 | INDX 2006, AR6 04/28/2006 | $ 572,688.74 |

- **Indy Mac INDX Mortgage Loan Trust 2006- AR8 10K, Ex.33.2, filed on 03/29/2007 at 5:15 PM ET SEC File # 333-132042-07, Accession # 1020262-7-433**

| Loan # | Sale # | Sale Name | Amount of sale |
|--------|--------|-----------|----------------|
| 6762 | 665 | ITF INDX 2006 AR4 03/31/2006 | $ 258,214.28 |
| 6762 | 666 | ITF INDX 2006, AR5 03/30/2006 | $ 378,000.00 |
| 6762 | 374 | ITF LX5 2006 16N, 09/29/2006 | $ 199,489.59 |
| 6762 | 4108 | 4108 LMT 2006-9 12/29/2006 | $ 287,726.73 |
| 3696 | 680 | INDX 2006 AR15 Settled 05/30/2006 | $ 213, 520.00 |
| 3696 | 672 | INDX 2006, AR6 04/28/2006 | $ 572,688.74 |

- **Indy Mac INDX Mortgage Loan Trust 2006-AR15, 10K for 03/29/2007 Ex.33.2 filed on 03/29/2007 at 5:39 PM ET, SEC File # 333-132042-08, Accession #1020242-7-439**

| Loan # | Sale # | Sale Name | Amount of sale |
|--------|--------|-----------|----------------|
| 6762 | 665 | ITF INDX 2006 AR4 03/31/2006 | $ 258,214.28 |
| 6762 | 666 | ITF INDX 2006, AR5 03/30/2006 | $ 378,000.00 |
| 6762 | 374 | ITF LX5 2006 16N, 09/29/2006 | $ 199,489.59 |
| 6762 | 4108 | 4108 LMT 2006-9 12/29/2006 | $ 287,726.73 |
| 3696 | 680 | INDX 2006 AR15 Settled 05/30/2006 | $ 213, 520.00 |
| 3696 | 672 | INDX 2006, AR6 04/28/2006 | $ 572,688.74 |

- **Indy Mac INDX Mortgage Loan Trust 2006 AR13,10K for 03/29/07 EX 33.2 filed on 03/29/2007 at 5:45 PM ET, SEC File # 333-132042-13, Accession # 1020242-7-437**

| Loan # | Sale # | Sale Name | Amount of sale |
|--------|--------|-----------|----------------|
| 6762 | 665 | ITF INDX 2006 AR4 03/31/2006 | $ 258,214.28 |

| 6762 | 666 | ITF INDX 2006, AR5 03/30/2006 | $ 378,000.00 |
| 6762 | 374 | ITF LX5 2006 16N, 09/29/2006 | $ 199,489.59 |
| 6762 | 4108 | 4108 LMT 2006-9 12/29/2006 | $ 287,726.73 |
| 3696 | 680 | INDX 2006 AR15 Settled 05/30/2006 | $ 213, 520.00 |
| 3696 | 672 | INDX 2006, AR6 04/28/2006 | $ 572,688.74 |

- **Indy Mac INDX Mortgage Loan Trust 2006- AR-13, 10K, for
  03/29/2007, Ex.35.1 filed on 03/30/2007 at 5:41 PM ET, SEC File
  # 333-132042-10, Accession # 1020242-7-514**
  
  *Service Compliance Report for Asset Backed Securitization*

- **Indy Mac MBS / Inc / Home Equity Mortgage Loan Asset Backed
  Trust Series INDS 2006-A, 10K for 03/31/2006 Ex. 33.2, filed on
  12/14/2007 at 7:55 AM ET, SEC File # 333-132042-11, Accession #
  1020242-7-1337**

| Loan # | Sale # | Sale Name | Amount of sale |
|---|---|---|---|
| 6762 | 665 | ITF INDX 2006 AR4 03/31/2006 | $ 258,214.28 |
| 6762 | 666 | ITF INDX 2006, AR5 03/30/2006 | $ 378,000.00 |
| 6762 | 374 | ITF LX5 2006 16N, 09/29/2006 | $ 199,489.59 |
| 6762 | 4108 | 4108 LMT 2006-9 12/29/2006 | $ 287,726.73 |
| 3696 | 680 | INDX 2006 AR15 Settled 05/30/2006 | $ 213, 520.00 |
| 3696 | 672 | INDX 2006, AR6 04/28/2006 | $ 572,688.74 |

- **Residential Asset Securitization Trust 2006-A7CB for 03/29/2007
  Ex.33.2, filed on 03/30/2007 at 10:20 AM ET, SEC File # 333-
  132042-12, Accession # 1020242-7-467**

| Loan # | Sale # | Sale Name | Amount of sale |
|---|---|---|---|
| 6762 | 665 | ITF INDX 2006 AR4 03/31/2006 | $ 258,214.28 |
| 6762 | 666 | ITF INDX 2006, AR5 03/30/2006 | $ 378,000.00 |
| 6762 | 374 | ITF LX5 2006 16N, 09/29/2006 | $ 199,489.59 |

| 6762 | 4108 | 4108 LMT 2006-9 12/29/2006 | $ 287,726.73 |
| 3696 | 680 | INDX 2006 AR15 Settled 05/30/2006 | $ 213, 520.00 |
| 3696 | 672 | INDX 2006, AR6 04/28/2006 | $ 572,688.74 |

- **Indy Mac INDX Mortgage Loan Trust 2006-AR-13, 10K, EX.33.2, for 03/29/2007 filed on 03/29/2007 at 5:45 PM ET, SEC File # 333-132048-13, Accession # 1020242-7-437**

| Loan # | Sale # | Sale Name | Amount of sale |
| --- | --- | --- | --- |
| 6762 | 665 | ITF INDX 2006 AR4 03/31/2006 | $ 258,214.28 |
| 6762 | 666 | ITF INDX 2006, AR5 03/30/2006 | $ 378,000.00 |
| 6762 | 374 | ITF LX5 2006 16N, 09/29/2006 | $ 199,489.59 |
| 6762 | 4108 | 4108 LMT 2006-9 12/29/2006 | $ 287,726.73 |
| 3696 | 680 | INDX 2006 AR15 Settled 05/30/2006 | $ 213, 520.00 |
| 3696 | 672 | INDX 2006, AR6 04/28/2006 | $ 572,688.74 |

- **Residential Asset Securitization Trust  2006-A8, 10K, for 03/29/2007 Ex. 33.2, filed on 03/30/2007 at 10:20 AM ET, SEC File # 333-132042-14, Accession # 1020242-7-468**

| Loan # | Sale # | Sale Name | Amount of sale |
| --- | --- | --- | --- |
| 6762 | 665 | ITF INDX 2006 AR4 03/31/2006 | $ 258,214.28 |
| 6762 | 666 | ITF INDX 2006, AR5 03/30/2006 | $ 378,000.00 |
| 6762 | 374 | ITF LX5 2006 16N, 09/29/2006 | $ 199,489.59 |
| 6762 | 4108 | 4108 LMT 2006-9 12/29/2006 | $ 287,726.73 |
| 3696 | 680 | INDX 2006 AR15 Settled 05/30/2006 | $ 213, 520.00 |
| 3696 | 672 | INDX 2006, AR6 04/28/2006 | $ 572,688.74 |

- **Indy Mac INDA  Mortgage Loan Trust 2006-AR1 for 03/29/2007 Ex. 33.2, filed on 03/30/2007 at 10:6 am ET, SEC File # 333-132042-15, Accession # 1020242-7-450**

| Loan # | Sale # | Sale Name | Amount of sale |
|--------|--------|-----------|----------------|
| 6762 | 665 | ITF INDX 2006 AR4 03/31/2006 | $ 258,214.28 |
| 6762 | 666 | ITF INDX 2006, AR5 03/30/2006 | $ 378,000.00 |
| 6762 | 374 | ITF LX5 2006 16N, 09/29/2006 | $ 199,489.59 |
| 6762 | 4108 | 4108 LMT 2006-9 12/29/2006 | $ 287,726.73 |
| 3696 | 680 | INDX 2006 AR15 Settled 05/30/2006 | $ 213, 520.00 |
| 3696 | 672 | INDX 2006, AR6 04/28/2006 | $ 572,688.74 |

- **Indy Mac INDX Mortgage Loan Trust  2006-AR-19, 10K , for 03/29/2007 Ex.33.2, filed on 03/29/2007 at 5:39 PM ET, SEC File # 333-132042-16, Accession # 1020242-7-440**

| Loan # | Sale # | Sale Name | Amount of sale |
|--------|--------|-----------|----------------|
| 6762 | 665 | ITF INDX 2006 AR4 03/31/2006 | $ 258,214.28 |
| 6762 | 666 | ITF INDX 2006, AR5 03/30/2006 | $ 378,000.00 |
| 6762 | 374 | ITF LX5 2006 16N, 09/29/2006 | $ 199,489.59 |
| 6762 | 4108 | 4108 LMT 2006-9 12/29/2006 | $ 287,726.73 |
| 3696 | 680 | INDX 2006 AR15 Settled 05/30/2006 | $ 213, 520.00 |
| 3696 | 672 | INDX 2006, AR6 04/28/2006 | $ 572,688.74 |

- **Indy Mac Home Equity Mortgage Loan Asset Backed Trust / Series INABS 2006-C, 10K, for 03/30/2007 at 10:16 AM ET, SEC File # 333-132042-17, Accession # 1020242-7-478**

| Loan # | Sale # | Sale Name | Amount of sale |
|--------|--------|-----------|----------------|
| 6762 | 665 | ITF INDX 2006 AR4 03/31/2006 | $ 258,214.28 |
| 6762 | 666 | ITF INDX 2006, AR5 03/30/2006 | $ 378,000.00 |
| 6762 | 374 | ITF LX5 2006 16N, 09/29/2006 | $ 199,489.59 |
| 6762 | 4108 | 4108 LMT 2006-9 12/29/2006 | $ 287,726.73 |

| 3696 | 680 | INDX 2006 AR15 Settled 05/30/2006 | $ 213, 520.00 |
| 3696 | 672 | INDX 2006, AR6 04/28/2006 | $ 572,688.74 |

- **Indy Mac INDB Mortgage Loan Trust 2006-1, 10K for 03/29/2007 Ex. 33.2, filed on 03/30/2007 at 10:07 AM ET, SEC File # 333-132042-18, Accession # 1020242-7-449**

| Loan # | Sale # | Sale Name | Amount of sale |
| --- | --- | --- | --- |
| 6762 | 665 | ITF INDX 2006 AR4 03/31/2006 | $ 258,214.28 |
| 6762 | 666 | ITF INDX 2006, AR5 03/30/2006 | $ 378,000.00 |
| 6762 | 374 | ITF LX5 2006 16N, 09/29/2006 | $ 199,489.59 |
| 6762 | 4108 | 4108 LMT 2006-9 12/29/2006 | $ 287,726.73 |
| 3696 | 680 | INDX 2006 AR15 Settled 05/30/2006 | $ 213, 520.00 |
| 3696 | 672 | INDX 2006, AR6 04/28/2006 | $ 572,688.74 |

- **IndyMac Residential Mortgage Backed Trust/ Series 2006-12, 10K for 03/29/2007 Ex.33.2, filed on 03/30/2007 at 10:04 AM ET, SEC File # 333-132042-19, Accession # 1020242-7-456**

| Loan # | Sale # | Sale Name | Amount of sale |
| --- | --- | --- | --- |
| 6762 | 665 | ITF INDX 2006 AR4 03/31/2006 | $ 258,214.28 |
| 6762 | 666 | ITF INDX 2006, AR5 03/30/2006 | $ 378,000.00 |
| 6762 | 374 | ITF LX5 2006 16N, 09/29/2006 | $ 199,489.59 |
| 6762 | 4108 | 4108 LMT 2006-9 12/29/2006 | $ 287,726.73 |
| 3696 | 680 | INDX 2006 AR15 Settled 05/30/2006 | $ 213, 520.00 |
| 3696 | 672 | INDX 2006, AR6 04/28/2006 | $ 572,688.74 |

- **IndyMac INDX Mortgage Loan Trust 2006-AR21, 10K for 03/29/2007 Ex.33.2, filed on 03/29/2007 at 5:51 PM ET, SEC File # 333-132042-20, Accession # 1020242-7-441**

| Loan # | Sale # | Sale Name | Amount of |
| --- | --- | --- | --- |

| | | | sale |
|---|---|---|---|
| 6762 | 665 | ITF INDX 2006 AR4 03/31/2006 | $ 258,214.28 |
| 6762 | 666 | ITF INDX 2006, AR5 03/30/2006 | $ 378,000.00 |
| 6762 | 374 | ITF LX5 2006 16N, 09/29/2006 | $ 199,489.59 |
| 6762 | 4108 | 4108 LMT 2006-9 12/29/2006 | $ 287,726.73 |
| 3696 | 680 | INDX 2006 AR15 Settled 05/30/2006 | $ 213, 520.00 |
| 3696 | 672 | INDX 2006, AR6 04/28/2006 | $ 572,688.74 |

- **IndyMac Home Equity Mortgage Loan Asset Backed Trust/Series 2006-H2, 10K, for 03/30/2007, Ex. 35.1, filed on 04/02/2007 at 8:43 am ET, SEC File # 333-132042-21, Accession #1020242-7-523**

*Service Compliance*

- **IndyMac INDX Mortgage Loan Trust 2006-AR25, 10K, for 03/29/2007, Ex.33.2, filed 03/29/2007 at 5:52 PM ET, SEC File # 333-132042-22, Accession # 1020242-7-443**

| Loan # | Sale # | Sale Name | Amount of sale |
|---|---|---|---|
| 6762 | 665 | ITF INDX 2006 AR4 03/31/2006 | $ 258,214.28 |
| 6762 | 666 | ITF INDX 2006, AR5 03/30/2006 | $ 378,000.00 |
| 6762 | 374 | ITF LX5 2006 16N, 09/29/2006 | $ 199,489.59 |
| 6762 | 4108 | 4108 LMT 2006-9 12/29/2006 | $ 287,726.73 |
| 3696 | 680 | INDX 2006 AR15 Settled 05/30/2006 | $ 213, 520.00 |
| 3696 | 672 | INDX 2006, AR6 04/28/2006 | $ 572,688.74 |

- **Residential Asset Securitization Trust 2006-A9CB, 10K, for 03/29/2007 Ex.33.2, filed on 03/30/2007, at 10:20 AM ET, SEC File # 333-132042-23, Accession # 1020242-7-469**

| Loan # | Sale # | Sale Name | Amount of sale |
|---|---|---|---|
| | | | |

| 6762 | 665 | ITF INDX 2006 AR4 03/31/2006 | $ 258,214.28 |
| 6762 | 666 | ITF INDX 2006, AR5 03/30/2006 | $ 378,000.00 |
| 6762 | 374 | ITF LX5 2006 16N, 09/29/2006 | $ 199,489.59 |
| 6762 | 4108 | 4108 LMT 2006-9 12/29/2006 | $ 287,726.73 |
| 3696 | 680 | INDX 2006 AR15 Settled 05/30/2006 | $ 213, 520.00 |
| 3696 | 672 | INDX 2006, AR6 04/28/2006 | $ 572,688.74 |

- **IndyMac INDX Mortgage  Loan Trust 2006-RI, 10K, for 04/02/2007 Ex.33.1, filed on 04/02/2007 at 11:33 AM ET, SEC File # 333-132042-24, Accession # 1020242-7-543**

*Annual Reports with Certifications from Deutsch Bank*

- **IndyMac INDX Mortgage Loan Trust 2006-AR23, 10K, for 03/29/2007 Ex. 33.2, filed on 03/29/2007 at 5:50 PM ET, SEC File # 333-132042-25, Accession # 1020242-7-442**

| Loan # | Sale # | Sale Name | Amount of sale |
|--------|--------|-----------|----------------|
| 6762 | 665 | ITF INDX 2006 AR4 03/31/2006 | $ 258,214.28 |
| 6762 | 666 | ITF INDX 2006, AR5 03/30/2006 | $ 378,000.00 |
| 6762 | 374 | ITF LX5 2006 16N, 09/29/2006 | $ 199,489.59 |
| 6762 | 4108 | 4108 LMT 2006-9 12/29/2006 | $ 287,726.73 |
| 3696 | 680 | INDX 2006 AR15 Settled 05/30/2006 | $ 213, 520.00 |
| 3696 | 672 | INDX 2006, AR6 04/28/2006 | $ 572,688.74 |

- **Indy Mac INDX Mortgage Loan Trust 2006-AR12, 10K, for 03/29/2007 Ex.33.2, filed on 03/29/2007 at 5:46 PM ET, SEC File # 333-132042-26, Accession # 1020242-7-436**

| Loan # | Sale # | Sale Name | Amount of sale |
|--------|--------|-----------|----------------|
| 6762 | 665 | ITF INDX 2006 AR4 03/31/2006 | $ 258,214.28 |

| 6762 | 666 | ITF INDX 2006, AR5 03/30/2006 | $ 378,000.00 |
| 6762 | 374 | ITF LX5 2006 16N, 09/29/2006 | $ 199,489.59 |
| 6762 | 4108 | 4108 LMT 2006-9 12/29/2006 | $ 287,726.73 |
| 3696 | 680 | INDX 2006 AR15 Settled 05/30/2006 | $ 213,520.00 |
| 3696 | 672 | INDX 2006, AR6 04/28/2006 | $ 572,688.74 |

- **IndyMac INDA Mortgage Loan Trust 2006-AR2, 10K, for
  03/29/2007, Ex. 33.2, filed on 03/30/2007 at 10:06 AM ET, SEC
  File # 333-132042-29, Accession # 1020242-7-451**

| Loan # | Sale # | Sale Name | Amount of sale |
|--------|--------|-----------|----------------|
| 6762 | 665 | ITF INDX 2006 AR4 03/31/2006 | $ 258,214.28 |
| 6762 | 666 | ITF INDX 2006, AR5 03/30/2006 | $ 378,000.00 |
| 6762 | 374 | ITF LX5 2006 16N, 09/29/2006 | $ 199,489.59 |
| 6762 | 4108 | 4108 LMT 2006-9 12/29/2006 | $ 287,726.73 |
| 3696 | 680 | INDX 2006 AR15 Settled 05/30/2006 | $ 213,520.00 |
| 3696 | 672 | INDX 2006, AR6 04/28/2006 | $ 572,688.74 |

- **Residential Asset Securitization Trust 2006-A10, 10K, for
  03/29/2007, Ex.33.2, filed on 03/30/2007 at 10:20 AM ET, SEC
  File # 333-132042-28, Accession # 1020242-7-470**

| Loan # | Sale # | Sale Name | Amount of sale |
|--------|--------|-----------|----------------|
| 6762 | 665 | ITF INDX 2006 AR4 03/31/2006 | $ 258,214.28 |
| 6762 | 666 | ITF INDX 2006, AR5 03/30/2006 | $ 378,000.00 |
| 6762 | 374 | ITF LX5 2006 16N, 09/29/2006 | $ 199,489.59 |
| 6762 | 4108 | 4108 LMT 2006-9 12/29/2006 | $ 287,726.73 |
| 3696 | 680 | INDX 2006 AR15 Settled 05/30/2006 | $ 213,520.00 |
| 3696 | 672 | INDX 2006, AR6 04/28/2006 | $ 572,688.74 |

- **IndyMac INDA Mortgage Loan Trust 2006-AR2, 10K, for
03/29/2007, Ex.33.2 filed on 03/30/2007 at 10:06 AM ET, SEC File
# 33-132042-29, Accession # 1020242-7-451**

| Loan # | Sale # | Sale Name | Amount of sale |
|--------|--------|-----------|----------------|
| 6762 | 665 | ITF INDX 2006 AR4 03/31/2006 | $ 258,214.28 |
| 6762 | 666 | ITF INDX 2006, AR5 03/30/2006 | $ 378,000.00 |
| 6762 | 374 | ITF LX5 2006 16N, 09/29/2006 | $ 199,489.59 |
| 6762 | 4108 | 4108 LMT 2006-9 12/29/2006 | $ 287,726.73 |
| 3696 | 680 | INDX 2006 AR15 Settled 05/30/2006 | $ 213,520.00 |
| 3696 | 672 | INDX 2006, AR6 04/28/2006 | $ 572,688.74 |

- **Residential Asset Securitization Trust 2006-A11, 10K, for
03/29/007, Ex.33.2 filed on 03/30/2007 at 9:45 AM ET, SEC File #
333-132042-30, Accession # 1020242-7-471**

| Loan # | Sale # | Sale Name | Amount of sale |
|--------|--------|-----------|----------------|
| 6762 | 665 | ITF INDX 2006 AR4 03/31/2006 | $ 258,214.28 |
| 6762 | 666 | ITF INDX 2006, AR5 03/30/2006 | $ 378,000.00 |
| 6762 | 374 | ITF LX5 2006 16N, 09/29/2006 | $ 199,489.59 |
| 6762 | 4108 | 4108 LMT 2006-9 12/29/2006 | $ 287,726.73 |
| 3696 | 680 | INDX 2006 AR15 Settled 05/30/2006 | $ 213,520.00 |
| 3696 | 672 | INDX 2006, AR6 04/28/2006 | $ 572,688.74 |

- **IndyMac INDX Mortgage Loan Trust 2006-AR27, 10K, for
03/29/2007, Ex.33.2 filed on 03/29/2007, 5:51 PM ET, SEC File #
333-132042-31, Accession # 1020242-7-444**

| Loan # | Sale # | Sale Name | Amount of sale |
|--------|--------|-----------|----------------|

| 6762 | 665 | ITF INDX 2006 AR4 03/31/2006 | $ 258,214.28 |
| 6762 | 666 | ITF INDX 2006, AR5 03/30/2006 | $ 378,000.00 |
| 6762 | 374 | ITF LX5 2006 16N, 09/29/2006 | $ 199,489.59 |
| 6762 | 4108 | 4108 LMT 2006-9 12/29/2006 | $ 287,726.73 |
| 3696 | 680 | INDX 2006 AR15 Settled 05/30/2006 | $ 213, 520.00 |
| 3696 | 672 | INDX 2006, AR6 04/28/2006 | $ 572,688.74 |

- **IndyMac MBS Home Equity Mortgage Loan Asset Backed Trust/ Series, INABS 2006-D, 10K, for 03/29/2007, Ex.33.2, filed on 3/30/07 at 10:14AM ET, SEC File # 333-132042-32, Accession # 1020242-7-474**

| Loan # | Sale # | Sale Name | Amount of sale |
| --- | --- | --- | --- |
| 6762 | 665 | ITF INDX 2006 AR4 03/31/2006 | $ 258,214.28 |
| 6762 | 666 | ITF INDX 2006, AR5 03/30/2006 | $ 378,000.00 |
| 6762 | 374 | ITF LX5 2006 16N, 09/29/2006 | $ 199,489.59 |
| 6762 | 4108 | 4108 LMT 2006-9 12/29/2006 | $ 287,726.73 |
| 3696 | 680 | INDX 2006 AR15 Settled 05/30/2006 | $ 213, 520.00 |
| 3696 | 672 | INDX 2006, AR6 04/28/2006 | $ 572,688.74 |

- **IndyMac INDX Mortgage Loan Trust 2006-AR31, 10K, for 03/29/2007, Ex.33.2, filed on 03/29/2007 at 5:51 PM ET, SEC File # 333-132042-33, Accession # 1020242-7-446**

| Loan # | Sale # | Sale Name | Amount of sale |
| --- | --- | --- | --- |
| 6762 | 665 | ITF INDX 2006 AR4 03/31/2006 | $ 258,214.28 |
| 6762 | 666 | ITF INDX 2006, AR5 03/30/2006 | $ 378,000.00 |
| 6762 | 374 | ITF LX5 2006 16N, 09/29/2006 | $ 199,489.59 |
| 6762 | 4108 | 4108 LMT 2006-9 12/29/2006 | $ 287,726.73 |

| 3696 | 680 | INDX 2006 AR15 Settled 05/30/2006 | $ 213, 520.00 |
| 3696 | 672 | INDX 2006, AR6 04/28/2006 | $ 572,688.74 |

- **IndyMac INDX Mortgage Loan Trust 2006-AR-29, 10K, for 03/29/2007, Ex.33.2, filed on 03/29/2007 at 5:51 PM ET, SEC File # 333-132042-34, Accession # 1020242-7-445**

| Loan # | Sale # | Sale Name | Amount of sale |
|---|---|---|---|
| 6762 | 665 | ITF INDX 2006 AR4 03/31/2006 | $ 258,214.28 |
| 6762 | 666 | ITF INDX 2006, AR5 03/30/2006 | $ 378,000.00 |
| 6762 | 374 | ITF LX5 2006 16N, 09/29/2006 | $ 199,489.59 |
| 6762 | 4108 | 4108 LMT 2006-9 12/29/2006 | $ 287,726.73 |
| 3696 | 680 | INDX 2006 AR15 Settled 05/30/2006 | $ 213, 520.00 |
| 3696 | 672 | INDX 2006, AR6 04/28/2006 | $ 572,688.74 |

- **IndyMac Home Equity Loan Asset Backed Trust/Series INDS 2006 2B, 10K, for 03/29/2007 Ex.33.2 filed on 03/30/2007 at 10:05 AM ET, SEC File # 333-132042-35, Accession # 1020242-7-455**

| Loan # | Sale # | Sale Name | Amount of sale |
|---|---|---|---|
| 6762 | 665 | ITF INDX 2006 AR4 03/31/2006 | $ 258,214.28 |
| 6762 | 666 | ITF INDX 2006, AR5 03/30/2006 | $ 378,000.00 |
| 6762 | 374 | ITF LX5 2006 16N, 09/29/2006 | $ 199,489.59 |
| 6762 | 4108 | 4108 LMT 2006-9 12/29/2006 | $ 287,726.73 |
| 3696 | 680 | INDX 2006 AR15 Settled 05/30/2006 | $ 213, 520.00 |
| 3696 | 672 | INDX 2006, AR6 04/28/2006 | $ 572,688.74 |

- **IndyMac Residential Mortgage Backed Trust/ Series 2006 L3, 10 K, for 03/29/2007, Ex.33.2 filed on 03/30/2007 at 10:03 AM ET, SEC File #333-132042-36, Accession # 1020242-7-457**

| Loan # | Sale # | Sale Name | Amount of sale |
|--------|--------|-----------|----------------|
| 6762 | 665 | ITF INDX 2006 AR4 03/31/2006 | $ 258,214.28 |
| 6762 | 666 | ITF INDX 2006, AR5 03/30/2006 | $ 378,000.00 |
| 6762 | 374 | ITF LX5 2006 16N, 09/29/2006 | $ 199,489.59 |
| 6762 | 4108 | 4108 LMT 2006-9 12/29/2006 | $ 287,726.73 |
| 3696 | 680 | INDX 2006 AR15 Settled 05/30/2006 | $ 213, 520.00 |
| 3696 | 672 | INDX 2006, AR6 04/28/2006 | $ 572,688.74 |

- **IndyMac Home Equity Mortgage Loan Asset Backed Trust/Series 2006-H3, 10 K, for 03/30/2007, Ex.33.2 filed on 04/02/2007 at 8:42 AM ,ET, SEC File # 333-132042-37, Accession # 1020242-7-524**

*Compliance Report*

- **IndyMac INDX Mortgage Loan Trust 2006-FLX 1, 10K, 03/29/2007, Ex. 33.2, filed on 03/30/2007 at 10:05 AM ET, SEC File # 333-132042-38, Accession # 1020242-7-453**

| Loan # | Sale # | Sale Name | Amount of sale |
|--------|--------|-----------|----------------|
| 6762 | 665 | ITF INDX 2006 AR4 03/31/2006 | $ 258,214.28 |
| 6762 | 666 | ITF INDX 2006, AR5 03/30/2006 | $ 378,000.00 |
| 6762 | 374 | ITF LX5 2006 16N, 09/29/2006 | $ 199,489.59 |
| 6762 | 4108 | 4108 LMT 2006-9 12/29/2006 | $ 287,726.73 |
| 3696 | 680 | INDX 2006 AR15 Settled 05/30/2006 | $ 213, 520.00 |
| 3696 | 672 | INDX 2006, AR6 04/28/2006 | $ 572,688.74 |

- **Residential Asset Securitization Trust 2006-A12, 10K, for 03/29/2007, Ex.33.2 filed on 03/30/2007 at 10:15 AM ET, SEC File # 333-132042-39, Accession # 1020242-7-472**

| Loan # | Sale # | Sale Name | Amount of sale |
|--------|--------|-----------|----------------|
|  |  |  |  |

| 6762 | 665 | ITF INDX 2006 AR4 03/31/2006 | $ 258,214.28 |
| 6762 | 666 | ITF INDX 2006, AR5 03/30/2006 | $ 378,000.00 |
| 6762 | 374 | ITF LX5 2006 16N, 09/29/2006 | $ 199,489.59 |
| 6762 | 4108 | 4108 LMT 2006-9 12/29/2006 | $ 287,726.73 |
| 3696 | 680 | INDX 2006 AR15 Settled 05/30/2006 | $ 213, 520.00 |
| 3696 | 672 | INDX 2006, AR6 04/28/2006 | $ 572,688.74 |

- **IndyMac INDX Mortgage Loan Trust 2006-AR-14, 10K for 03/29/2007, Ex.33.2 filed on 03/29/2007 at 5:43 PM ET, SEC File # 333-132042-40, Accession # 1020242-7-438**

| Loan # | Sale # | Sale Name | Amount of sale |
|---|---|---|---|
| 6762 | 665 | ITF INDX 2006 AR4 03/31/2006 | $ 258,214.28 |
| 6762 | 666 | ITF INDX 2006, AR5 03/30/2006 | $ 378,000.00 |
| 6762 | 374 | ITF LX5 2006 16N, 09/29/2006 | $ 199,489.59 |
| 6762 | 4108 | 4108 LMT 2006-9 12/29/2006 | $ 287,726.73 |
| 3696 | 680 | INDX 2006 AR15 Settled 05/30/2006 | $ 213, 520.00 |
| 3696 | 672 | INDX 2006, AR6 04/28/2006 | $ 572,688.74 |

- **IndyMac INDA Mortgage Loan Trust 2006-AR3, 10K, for 03/29/2007, Ex.33.2 filed on 03/30/2007 at 10:06 AM ET, SEC File # 333-132042-41, Accession # 1020242-7-452**

| Loan # | Sale # | Sale Name | Amount of sale |
|---|---|---|---|
| 6762 | 665 | ITF INDX 2006 AR4 03/31/2006 | $ 258,214.28 |
| 6762 | 666 | ITF INDX 2006, AR5 03/30/2006 | $ 378,000.00 |
| 6762 | 374 | ITF LX5 2006 16N, 09/29/2006 | $ 199,489.59 |
| 6762 | 4108 | 4108 LMT 2006-9 12/29/2006 | $ 287,726.73 |
| 3696 | 680 | INDX 2006 AR15 Settled 05/30/2006 | $ 213, 520.00 |

| 3696 | 672 | INDX 2006, AR6 04/28/2006 | $ 572,688.74 |

- **Residential Asset Securitization Trust 2006-A13, 10K, for 03/29/2007 at 10:09 AM ET, SEC File # 333-132042-42, Accession # 1020242-473**

| Loan # | Sale # | Sale Name | Amount of sale |
|--------|--------|-----------|----------------|
| 6762 | 665 | ITF INDX 2006 AR4 03/31/2006 | $ 258,214.28 |
| 6762 | 666 | ITF INDX 2006, AR5 03/30/2006 | $ 378,000.00 |
| 6762 | 374 | ITF LX5 2006 16N, 09/29/2006 | $ 199,489.59 |
| 6762 | 4108 | 4108 LMT 2006-9 12/29/2006 | $ 287,726.73 |
| 3696 | 680 | INDX 2006 AR15 Settled 05/30/2006 | $ 213, 520.00 |
| 3696 | 672 | INDX 2006, AR6 04/28/2006 | $ 572,688.74 |

- **IndyMac INDX Mortgage Loan Trust 2006-AR-33, 10K, for 03/29/2007 Ex.33.2 filed on 03/29/2007 at 5:51 PM ET, SEC File # 333-132042-43, Accession # 1020242-7-447**

| Loan # | Sale # | Sale Name | Amount of sale |
|--------|--------|-----------|----------------|
| 6762 | 665 | ITF INDX 2006 AR4 03/31/2006 | $ 258,214.28 |
| 6762 | 666 | ITF INDX 2006, AR5 03/30/2006 | $ 378,000.00 |
| 6762 | 374 | ITF LX5 2006 16N, 09/29/2006 | $ 199,489.59 |
| 6762 | 4108 | 4108 LMT 2006-9 12/29/2006 | $ 287,726.73 |
| 3696 | 680 | INDX 2006 AR15 Settled 05/30/2006 | $ 213, 520.00 |
| 3696 | 672 | INDX 2006, AR6 04/28/2006 | $ 572,688.74 |

- **Residential Asset Securitization Trust 2006-R2, 10K, for 03/30/2007, Ex.33.2 filed on 03/30/2007 at 5:56 PM ET, SEC File # 333-132042-44, Accession # 1020242-7-515**

*Annual Report, Article of Incorporation*

- **Residential Asset Securitization Trust 2006 A-15, 10K, for 03/29/2007, Ex.33.2 filed on 03/30/2007 at 10:20 AM ET, SEC File # 333-132042-45, Accession # 1020242-7-475**

| Loan # | Sale # | Sale Name | Amount of sale |
|--------|--------|-----------|----------------|
| 6762 | 665 | ITF INDX 2006 AR4 03/31/2006 | $ 258,214.28 |
| 6762 | 666 | ITF INDX 2006, AR5 03/30/2006 | $ 378,000.00 |
| 6762 | 374 | ITF LX5 2006 16N, 09/29/2006 | $ 199,489.59 |
| 6762 | 4108 | 4108 LMT 2006-9 12/29/2006 | $ 287,726.73 |
| 3696 | 680 | INDX 2006 AR15 Settled 05/30/2006 | $ 213, 520.00 |
| 3696 | 672 | INDX 2006, AR6 04/28/2006 | $ 572,688.74 |

- **Residential Asset Securitization Trust 2006 A-14 CB, 10K, for 03/29/2007, Ex.33.2 filed on 03/30/2007 at 10:09 AM ET, SEC File # 333-132042-46, Accession # 1020242-7-474**

| Loan # | Sale # | Sale Name | Amount of sale |
|--------|--------|-----------|----------------|
| 6762 | 665 | ITF INDX 2006 AR4 03/31/2006 | $ 258,214.28 |
| 6762 | 666 | ITF INDX 2006, AR5 03/30/2006 | $ 378,000.00 |
| 6762 | 374 | ITF LX5 2006 16N, 09/29/2006 | $ 199,489.59 |
| 6762 | 4108 | 4108 LMT 2006-9 12/29/2006 | $ 287,726.73 |
| 3696 | 680 | INDX 2006 AR15 Settled 05/30/2006 | $ 213, 520.00 |
| 3696 | 672 | INDX 2006, AR6 04/28/2006 | $ 572,688.74 |

- **Indy Mac MSB Inc. FWP Indy Mac INDX Mortgage Loan Trust 2006-AR-16 on 11/09/2006, filed on 11/09/2006 at 5:28 PM ET, SEC File # 333-132042-47, Accession # 905148-6-6647**

*Free Writing Prospectus*

- **IndyMac INDX Mortgage Loan Trust 2006-AR35, 10K, for 03/29/2007 Ex.33.2 filed on 03/29/2007 at 6:37 PM ET, SEC File #333-132042-48, Accession # 1020242-7-448**

| Loan # | Sale # | Sale Name | Amount of sale |
|--------|--------|-----------|----------------|
| 6762 | 665 | ITF INDX 2006 AR4 03/31/2006 | $ 258,214.28 |
| 6762 | 666 | ITF INDX 2006, AR5 03/30/2006 | $ 378,000.00 |
| 6762 | 374 | ITF LX5 2006 16N, 09/29/2006 | $ 199,489.59 |
| 6762 | 4108 | 4108 LMT 2006-9 12/29/2006 | $ 287,726.73 |
| 3696 | 680 | INDX 2006 AR15 Settled 05/30/2006 | $ 213, 520.00 |
| 3696 | 672 | INDX 2006, AR6 04/28/2006 | $ 572,688.74 |

- **IndyMac Mortgage Loan Trust 2006-AR-35, 10K, for 03/29/2007, Ex.33.2 filed on 3/30/07 at 6:37 PM ET, SEC File # 333-132042-49, Accession # 1020242-7-448**

| Loan # | Sale # | Sale Name | Amount of sale |
|--------|--------|-----------|----------------|
| 6762 | 665 | ITF INDX 2006 AR4 03/31/2006 | $ 258,214.28 |
| 6762 | 666 | ITF INDX 2006, AR5 03/30/2006 | $ 378,000.00 |
| 6762 | 374 | ITF LX5 2006 16N, 09/29/2006 | $ 199,489.59 |
| 6762 | 4108 | 4108 LMT 2006-9 12/29/2006 | $ 287,726.73 |
| 3696 | 680 | INDX 2006 AR15 Settled 05/30/2006 | $ 213, 520.00 |
| 3696 | 672 | INDX 2006, AR6 04/28/2006 | $ 572,688.74 |

- **IndyMac/ NDX of Mortgage Loan Trust 2006-AR-37, 10K, Ex.33.2 filed on 03/30/2007 at 10:03 AM ET, SEC File # 333-132042-50, Accession # 1020242-7-458**

| Loan # | Sale # | Sale Name | Amount of sale |
|--------|--------|-----------|----------------|
|  |  |  |  |

| 6762 | 665 | ITF INDX 2006 AR4 03/31/2006 | $ 258,214.28 |
| 6762 | 666 | ITF INDX 2006, AR5 03/30/2006 | $ 378,000.00 |
| 6762 | 374 | ITF LX5 2006 16N, 09/29/2006 | $ 199,489.59 |
| 6762 | 4108 | 4108 LMT 2006-9 12/29/2006 | $ 287,726.73 |
| 3696 | 680 | INDX 2006 AR15 Settled 05/30/2006 | $ 213, 520.00 |
| 3696 | 672 | INDX 2006, AR6 04/28/2006 | $ 572,688.74 |

- **IndyMac Mortgage Loan Trust 2006-AR33 , 424B5 on 11/30/2006, filed on 11/30/2006 at 1:26 PM ET, SEC File # 333-132042-51, Accession # 891092-6-3665**

  *424B5 Prospectus*

- **IndyMac / NDA Mortgage Loan Trust 2007-AR-1, 10K, for 12/31/2007, Ex.33.2 filed on 03/28/2008 at 5:42 PM ET, SEC File # 333-132042-52, Accession # 1020242-8-252**

  *List of All Series*

- **Residential Asset Securitization Trust 2006-AR-16, 10K, for 03/28/2007, Ex. 33.2 filed on 03/30/2007 SEC File # 333-132042-53, Accession # 1020242-7-476**

| Loan # | Sale # | Sale Name | Amount of sale |
| --- | --- | --- | --- |
| 6762 | 665 | ITF INDX 2006 AR4 03/31/2006 | $ 258,214.28 |
| 6762 | 666 | ITF INDX 2006, AR5 03/30/2006 | $ 378,000.00 |
| 6762 | 374 | ITF LX5 2006 16N, 09/29/2006 | $ 199,489.59 |
| 6762 | 4108 | 4108 LMT 2006-9 12/29/2006 | $ 287,726.73 |
| 3696 | 680 | INDX 2006 AR15 Settled 05/30/2006 | $ 213, 520.00 |
| 3696 | 672 | INDX 2006, AR6 04/28/2006 | $ 572,688.74 |

- **IndyMac INDX Mortgage Loan Trust 2006-AR-41,6 filings for 01/03/2007-06/12/2007, filed on 03/30/2007 at 10:01 AM ET, SEC File # 333-132042-54, Accession # 1020242-7-460**

| Loan # | Sale # | Sale Name | Amount of sale |
|--------|--------|-----------|----------------|
| 6762 | 665 | ITF INDX 2006 AR4 03/31/2006 | $ 258,214.28 |
| 6762 | 666 | ITF INDX 2006, AR5 03/30/2006 | $ 378,000.00 |
| 6762 | 374 | ITF LX5 2006 16N, 09/29/2006 | $ 199,489.59 |
| 6762 | 4108 | 4108 LMT 2006-9 12/29/2006 | $ 287,726.73 |
| 3696 | 680 | INDX 2006 AR15 Settled 05/30/2006 | $ 213, 520.00 |
| 3696 | 672 | INDX 2006, AR6 04/28/2006 | $ 572,688.74 |

- **IndyMac INDX Mortgage Loan Trust 2006-AR-39, 6 Filings
01/03/2007-03/30/2007, filed on 03/29/2007 at 8:05 PM ET, SEC
File # 333-132092-55, Accession # 1020242-7-459**

| Loan # | Sale # | Sale Name | Amount of sale |
|--------|--------|-----------|----------------|
| 6762 | 665 | ITF INDX 2006 AR4 03/31/2006 | $ 258,214.28 |
| 6762 | 666 | ITF INDX 2006, AR5 03/30/2006 | $ 378,000.00 |
| 6762 | 374 | ITF LX5 2006 16N, 09/29/2006 | $ 199,489.59 |
| 6762 | 4108 | 4108 LMT 2006-9 12/29/2006 | $ 287,726.73 |
| 3696 | 680 | INDX 2006 AR15 Settled 05/30/2006 | $ 213, 520.00 |
| 3696 | 672 | INDX 2006, AR6 04/28/2006 | $ 572,688.74 |

- **Indy Mac INDX Mortgage Loan Trust 2007 FLX1, 10K, for
12/31/2007, Ex.33.2 filed on 03/28/2008 at 5:41 PM ET, SEC File
# 333-13042-56, Accession # 1020242-8-250**

  *List of Various Securitization Trusts with Sharing Series in Private
  Securitization*

- **IndyMac INDX Mortgage Loan Trust 2007 AR-1, 10K, for
12/31/2007, Ex.33.2 filed on 03/28/2008 at 5:30 PM ET, SEC File
# 333-132042-57, Accession # 1020242-8-240**

  *List of Various Securitization Trusts with Sharing Series in Private
  Securitization*

- **Residential Asset Securitization Trust 2007-A1, filed on 03/31/2008 at 2:07 PM ET, SEC File # 333-132042-58, Accession # 1020242-8-321, Ex.33.2**

    *List for 2006 Private Securitizations for Private Securitization*

- **IndyMac INDX Mortgage Loan Trust 2007-FLX2, 10K for 12/31/2007, Ex.33.2 filed on 03/28/2008 at 5:48 PM ET, SEC File # 333-132042-59, Accession # 1020242-8-261**

    *List of Various Securitization Trusts with Sharing Series in Private Securitization*

- **Indy Mac INDX Mortgage Loan Trust 2007-FLX2, 10K, for 12/31/2007, Ex.33.2 filed on 03/28/2008 at 5:45 PM ET, SEC File # 333-132042-59, Accession # 1020242-8-261**

    *List for 2006 Private Securitizations for Private Securitization*

- **Indy Mac Residential Asset Securitization Trust 2007-A2, 10K, for 12/31/2007 filed on 03/28/2008 at 5:20 PM ET, SEC File # 333-132042-60, Accession # 1020242-8233**

    *List for 2006 Private Securitization Trust Series for IndyMac, Newport Corp*

- **Indy Mac INDX Mortgage Loan Trust 2007-FLX2, 10K, for 12/31/2007, filed on 03/28/2008 at 5:48 PM ET, SEC File # 333-13242-59, Accession # 1020242-8-261**

    *List for 2006 Private Securitizations for Private Securitization*

- **Residential Asset Securitization Trust 2007-A4CB, on 03/02/2007 at 2:52 PM ET, SEC File # 333-132042-62, Accession # 905148-7-1912**

    *Free Writing Prospectus*

- **Indy Mac INDX Mortgage Loan Trust 2007-AR-5, 10K, for 12/31/2007, Ex.33.2 filed on 03/28/2008 at 5:31 PM ET, SEC File # 132042-63, Accession # 1020242-8-241**

23

*List of 2006 Private Securitization Trust Series*

- **Residential Asset Securitization Trust 2007-A5, 10K, for
12/31/2007, Ex.33.2 filed on 03/31/2008 at 2:08 PM ET, SEC File #
333-132042-64, Accession # 1020242-8-322**

*List of 2006 Private Securitization Trust Series*

- **IndyMac INDX Mortgage Loan Trust 2007 AR-7, 10K, for
12/31/2007, Ex.33.2 filed on 03/28/2008 at 5:32 PM ET, SEC File
# 333-132042-65, Accession # 1020242-8242**

*List of 2006 Private Securitization Trust Series*

- **IndyMac INDA Mortgage Loan Trust 2007-AR-2, 10K, for
12/31/2007 Ex.33.2 filed on 03/28/2008 at 5:42 PM ET, SEC File #
333-132042-66, Accession # 1020242-8-253**

*List of 2006 Private Securitization Trust Series*

- **IndyMac INDX Mortgage Loan Trust 2007 AR-9, 10K, For
12/31/2007, EX.33.2 filed on 03/28/2008 at 5:38 PM ET, SEC File
# 333-132042-67, Accession # 1020242-8-243-8-243**

*List of 2006 Private Securitization Trust Series*

- **IndyMac INDX Mortgage Loan Trust 2007 FLX3, 10K, for
12/31/2007, Ex.33.2 filed on 03/28/2008 at 5:48 PM ET, SEC File
# 333-12042-68, Accession # 1020242-8-262**

*Private Securitization 2006 Series*

- **IndyMac INDX Mortgage Loan Trust 2007-AR-11, 10K, for
12/31/207 Ex.33.2 filed on 03/28/2008 at 5:38 PM ET, SEC File #
333-132042-69, Accession # 1620242-8-244**

*Private Securitization 2006 Series*

- **Residential Asset Securitization Trust 2007-A6, 10K, for
12/31/2007 Ex.33.2 filed on 03/28/2008 at 5:21 PM ET, SEC File #
333-132042-70, Accession # 1020242-8-235**

*Private Securitization 2006 Series*

- **Indy Mac INDA Mortgage Loan Trust 2007-AR-3, 10K, for
12/31/2007, Ex.33.2 filed on 03/28/2008 at 5:50 PM ET, SEC File
# 333-132042-71, Accession # 1020242-8-254**

*Private Securitization 2006 Series*

- **Indy Mac INDA Mortgage Loan Trust 2007-AR4, SEC File # 333-132042-72**

*Private Securitization 2006 Series*

- **Residential Asset Securitization Trust 2007-A7, 10K, for 12/31/2007, Ex.33.2, filed on 3/28/2008 at 5:21 PM ET, SEC File # 333-132042-73, Accession # 1020242-8-236**

*Private Securitization 2006 Series*

- **Indy Mac INDX Mortgage Loan Trust 2007-AR13, 10K, for 12/31/2007, Ex.33.2 filed on 03/28/2008 at 5:39 PM ET, SEC File # 333-132042-74, Accession # 1020242-8-245**

*Private Securitization 2006 Series*

- **Indy Mac INDX Mortgage Loan Trust 2007-FLX4, 10K, for 12/31/2007 filed on 03/28/2008 at 5:49 PM ET, SEC File # 333-132042-75, Accession # 1020242-8-263**

*Private Securitization 2006 Series*

- **Indy Mac IMSC Mortgage Loan Trust 2007-F1, 10K, for 12/31/2007, Ex.33.2 filed on 03/28/2008 at 7:21 PM ET, SEC File # 333-132042-76, Accession # 1020242-8-270**

*Private Securitization 2006 Series*

- **Indy Mac INDX Mortgage Loan Trust 2007-AR15, 10K, for 12/31/2007, Ex.33.2 filed on 03/28/2008 at 5:39 PM ET, SEC File # 333-140726-04, Accession # 1020242-8-246**

6. Recoupment is an equitable doctrine, defensive in nature, used to determine amounts owed on a given transaction. It is the ancestor of the compulsory counterclaim set forth in Federal Rule of Civil Procedure 13(a). *Coplay Cement Co.v. Willis & Paul Group*, 983 F.2d 1435 (7th Cir. 1993). In general, a right of The setoff should be asserted

before discharge or confirmation.

7.  The FAC claim for Unfair Competition relates to Debtor's systematic, institutionalized and, Movants believe, ongoing business practice of soliciting, coercing and influencing improper notarial acts with regard to the manufacturing of Assignments of Deeds of Trust, Substitutions of Trustee, Deeds Upon Trustee Sale and other mortgage related documents.

8.  This claim arises, in part, from findings set forth in a Consent Order issued the United States Department of Treasury's Office of the Comptroller of Currency (the "OCC") on April 13, 2011, in which the OCC found that Debtor "filed or caused to be filed in state and federal courts, or in local land records offices, numerous affidavits in other mortgage-related documents that were not properly notarized, including those not signed or affirmed in the presence of a notary."

9.  A true and correct. Movants' TILA claims are based on Debtor's failure to Notice borrowers of transfers of their mortgages as required by 15 USC §1641g. These claims are detailed in the Points and Authorities in Support of this Motion for Relief from Stay, filed concurrently herewith. The litigation was stayed upon Debtor's filing of bankruptcy (filed December 23, 2012), and present case in Loudoun County Circuit Court was filed as instructed by the Bankruptcy Court.

a   Promissory Estoppel

b   Unlawful/Unfair Actions Bus & Prof Code

c   Cancellation of Documents

d   Quiet Title

e   Fraud

f   Declaratory Relief

g   Slander of Title

8.  This application is brought pursuant to Rules 4001(a) and 9014 of the

Federal Bankruptcy Rules of Procedure and §362(d)(1) of the United

States Bankruptcy Code for an Order, terminating, annulling or modifying

stay imposed under §362(a) of the Code.

9.  No prior application for the relief requested herein has been filed before.

M. Nawaz Raja & Neelum Nawaz Raja
42907 Parkbrooke Ct Broadlands VA 20148
email: therajafamily@gmail.com
Telephone; (540) 687-0004
Date *10/10/2o2*                    10-10-12

**ACKNOWLEDGEMENT**

State of *VIRGINIA*

County of *LOUDOUN*

Acknowledged, subscribed and sworn to before me this ___10th___ day
of *OCTOBER* 2012

Notary Registration Number: 7165903      Notary Public: *Kashir Khan*

My Commission Expires: 10/31/2012          SEAL

KASHIR Z. KHAN
NOTARY PUBLIC
COMMONWEALTH OF VIRGINIA
REGISTRATION #7165403
MY COMM. EXPIRES 10/31/2012

27

## CERTIFICATE OF SERVICE

Certified that a copy of the above was mailed to the followings on October 10,
2012 via United States Postal Service, First Class Mail. Postage paid;

1. MORRISON & FOERSTER LLP (Counsel for Debtors and Debtors in
   Possession), 1290 Avenue of Americas New York, NY 10104
2. Deutsche Bank AG, 345 Park Avenue
   New York, NY 10154
3. Deutsche Bank Securities Inc, 60 Wall St. New York, NY, 10005
4. Deutsche Bank Structured Products Inc, 60 Wall St. New York, NY, 10005
5. Deutsche Bank ALT-A Securities, 60 Wall St. New York, NY, 10005
6. Duetsche Bank National Trust Company, 1761 E Saint Andrew Place Santa
   Ana CA 92705  Drive, 3rd Floor McLean VA 22101
7. Indy Mac Bank FSB  888 East Walnut Street Pasadena CA 91101

M. Nawaz Raja & Neelum Nawaz Raja Pro Se

Dated 10/10/2012                    10 - 10 - 12