UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
                                                             :  Chapter 11
In re:                                                       :
                                                             :  Case No. 12-12020 (MG)
RESIDENTIAL CAPITAL, LLC, et al.,                            :
                                                             :  Jointly Administered
                                                             :
            Debtors.                                         :
------------------------------------------------------------ x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

KERRY O'NEIL, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 11, 2012, I caused to be served the "Notice of Establishment of an Informal Creditors' Committee Website and Email Address for General Unsecured Creditor Inquiries," dated October 9, 2012, annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    _____
                                                             Kerry O'Neil

Sworn to before me this
12th day of October, 2012

_____
Notary Public

PANAGIOTIS CARIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01CA6237515
COMM. EXP. MARCH 21, 2015

T:\Clients\Rescap\Affidavits\Creditors Notice_AFF_10-11-12.doc

# EXHIBIT A

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x
                                                                        :

In re:                                                   :     Chapter 11
                                                       :

Residential Capital LLC, et al.,            :     Case No. 12-12020 (MG)
                                                       :

                        Debtors.     :     Jointly Administered
                                                         :

------------------------------------------------------------ x

### NOTICE OF ESTABLISHMENT OF AN
### INFORMAL CREDITORS' COMMITTEE WEBSITE AND
### EMAIL ADDRESS FOR GENERAL UNSECURED CREDITOR INQUIRIES

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

        1.        On May 14, 2012, the above-captioned debtors and debtors-in-possession (the "**Debtors**") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") commencing these chapter 11 cases (the "**Chapter 11 Cases**").

        2.        On October 4, 2012, the United States Bankruptcy Court for the Southern District of New York entered an order (the "**Order**") authorizing the Official Committee of Unsecured Creditors (the "**Committee**") in these Chapter 11 Cases to establish a website and email address for the purposes of providing general information concerning these Chapter 11 Cases in compliance with section 1102(b)(3)(A) of the Bankruptcy Code.

        3.        Unsecured creditors are referred to www.rescapcommittee.com for certain non-confidential and non-privileged information regarding these Chapter 11 Cases. In addition, unsecured creditors may direct any specific case inquiries to rescapcommittee@epiqsystems.com.

Dated: October 9, 2012
       New York, New York

                                                            BY ORDER OF THE COURT