UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------X
**In re:**                                              :
                                                        :  **Chapter 11**
**Residential Capital, LLC,** *et al.***,**             :
                                                        :  **Case No. 12-12020 (MG)**
                **Debtors.**                            :
                                                        :  **Jointly Administered**
------------------------------------------------------X

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Matthew C. Helland to be admitted, *pro hac vice*, to represent Plaintiffs Deborah Bollinger and Bryan Bubnick in the above-captioned case, and upon the movant's certification that the movant is a member in good standing of the state bar of California, as well as the United States Court of Appeals for the Eighth Circuit, United States District Court, District of Minnesota, United States District Court, Central District of California, United States District Court, Eastern District of California, United States District Court, Northern District of California, United States District Court, Southern District of California, and United States District Court, District of Colorado, it is hereby:

**ORDERED**, that Matthew C. Helland is admitted to practice, *pro hac vice*, in the above-captioned case, to represent Plaintiffs Deborah Bollinger and Bryan Bubnick in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated:    **October 16, 2012**
          New York, New York

                                            _/s/Martin Glenn_
                                            United States Bankruptcy Judge