```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
FEDERAL HOUSING FINANCE AGENCY,          :
                                         :
                         Plaintiff,      :    11 Civ. 7010 (DLC)
           -v-                           :
                                         :       Also filed in
ALLY FINANCIAL INC., et al.,             :    11 Civ. 5201 (DLC)
                                         :
                         Defendants.     :
                                         :
-----------------------------------------X


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
In re:                                   :
                                         :       12-12020 (MG)
RESIDENTIAL CAPITAL, LLC, et al.,        :
                                         :            ORDER
                         Debtors.        :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge, and
MARTIN GLENN, Bankruptcy Judge:

The debtors are in possession of Loan Files crucial to the prosecution of the plaintiff's claims in <u>Federal Housing Finance Agency v. Ally Financial, et al.</u>, 11 Civ. 7010 (DLC) (S.D.N.Y.) ("11 Civ. 7010").[1] At a conference on October 16, 2012, the District Court indicated its intent to order defendant Ally Financial to request a limited production of loan files from the

---

[1] As described in the August 10, 2012 Order in 11 Civ. 7010, the term "Loan Files" refers to loan files for supporting loan groups for each of the securitizations at issue in the FHFA cases.

debtors and to bear the cost of that production (the "Proposed Production Order"). A briefing schedule was set for any opposition to the Proposed Production Order. It is hereby

ORDERED that the briefing schedule is modified as follows: All briefing on the Proposed Production Order must be fully submitted by **October 24**. The parties shall confer and reach agreement on any interim deadlines.

IT IS FURTHER ORDERED that by October 19, the parties in 11 Civ. 7010 may collectively identify, by loan identification number, approximately 500 to 1000 loan files -- beyond the 2100 already identified by the plaintiff -- that they wish the debtors to produce.

IT IS FURTHER ORDERED that our Courts will hold a joint conference to address the Proposed Production Order at **5:00 PM** on **October 29** in Courtroom 15B of the United States Courthouse, 500 Pearl Street, New York, New York.

SO ORDERED:

Dated:  New York, New York
        October 16, 2012

_____  _____/s/ Martin Glenn\_\_\_\_
     DENISE COTE                          MARTIN GLENN
United States District Judge       United States Bankruptcy Judge