UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x
                                                           :  Chapter 11
In re:                                                     :
                                                           :  Case No. 12-12020 (MG)
RESIDENTIAL CAPITAL, LLC, et al.,                          :
                                                           :  Jointly Administered
                                                           :
                                Debtors.                   :
---------------------------------------------------------- x  Ref. Docket No. 1808

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

PETE CARIS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 12, 2012, I caused to be served the "Reservation of Rights of the Official Committee of Unsecured Creditors with Respect to the Debtors' Motion to Approve Amendment to the Barclays DIP Facility and Fees Payable Thereunder," dated October 12, 2012 [Docket No. 1808], by causing true and correct copies to be:

   i. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A, and

   ii. delivered via electronic mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                  /s/ Pete Caris
                                                                  Pete Caris

Sworn to before me this
/s/ day of October, 2012

/s/ Notary Public

PANAGIOTA MANATAKIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01MA6221096
COMM. EXP. APRIL 26, 2014

T:\Clients\Rescap\Affidavits\Reservation of Rights_DI_1808_AFF_10-12-12.doc

# EXHIBIT A

| Claim Name | Address Information |
|---|---|
| CITIBANK NA | ATTN BOBBIE THEIVAKUMARAN 390 GREENWICH ST 6TH FL NEW YORK NY 10013 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS | C/O KELVIN VARGAS 25 DE FOREST AVE SUMMIT NJ 07901 |
| FANNIE MAE | ATTN JOHN S FORLINES VP, CREDIT MANAGEMENT 3900 WISCONSIN AVE NW MAIL STOP 8H-504 WASHINGTON DC 20016 |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION 2970 MARKET ST PHILADELPHIA PA 19104 |
| INTERNAL REVENUE SERVICE | INSOLVENCY SECTION 31 HOPKINS PLZ RM 1150 BALTIMORE MD 21201 |
| KELLEY DRYE & WARREN LLP | JAMES S CARR & ERIC R WILSON 101 PARK AVE NEW YORK NY 10178 |
| KIRKLAND & ELLIS | RICHARD M CIERI 601 LEXINGTON AVE NEW YORK NY 10022 |
| KIRKLAND & ELLIS LLP | ATTN RAY C SCHROCK, RAY C CIERI & STEPHEN E HESSLER 601 LEXINGTON AVE NEW YORK NY 10022-4611 |
| KRAMER LEVIN NAFTALLIS & FRANKEL LLP | KENNETH H ECKSTEIN, THOMAS MOERS MAYER & DOUGLAS H MANNAL 1177 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| KURTZMAN CARSON CONSULTANTS | ALISON M. TEARNEN SCHEPPER 2335 ALASKA AVE EL SEGUNDO CA 90245 |
| MORRISON & FOERSTER LLP | LARREN M NASHELSKY, GARY S LEE & LORENZO MARINUZZI 1290 AVENUE OF THE AMERICAS NEW YORK NY 10104 |
| NATIONSTAR MORTGAGE LLC | ATTN: GENERAL COUNSEL 350 HIGHLAND DRIVE LEWISVILLE TX 75067 |
| OFFICE OF THE NY STATE ATTORNEY GENERAL | ERIC T SCHNEIDERMAN THE CAPITOL ALBANY NY 12224-0341 |
| OFFICE OF THE US ATTORNEY FOR | THE SOUTHERN DISTRICT OF NY UNITED STATES ATTORNEY PREET BHARARA ONE ST ANDREWS PLAZA NEW YORK NY 10007 |
| RESIDENTIAL CAPITAL LLC | TAMMY HAMZEHPOUR 1100 VIRGINIA DR FT WASHINGTON PA 19034 |
| SECURITIES & EXCHANGE COMMISSION | NY REGIONAL OFFICE GEORGE S CANELLOS REGIONAL DIRECTOR 3 WORLD FINANCIAL CENTER STE 400 NEW YORK NY 10281-1022 |
| SECURITIES & EXCHANGE COMMISSION | SECRETARY OF THE TREASURY 100 F ST NE WASHINGTON DC 20549 |
| SIDLEY AUSTIN LLP | LARRY J NYHAN & JESSICA CK BOELTER ONE DEARBORN CHICAGO IL 60603 |
| SKADDEN ARPS SLATE MEAGHER & FLOM LLP | JONATHAN H. HOFER FOUR TIMES SQUARE NEW YORK NY 10036 |
| SKADDEN ARPS SLATE MEAGHER & FLOM LLP | KEN ZIMAN FOUR TIMES SQUARE NEW YORK NY 10036 |
| SKADDEN ARPS SLATE MEAGHER & FLOM LLP | SARAH M WARD FOUR TIMES SQUARE NEW YORK NY 10036 |
| SKADDEN ARPS SLATE MEAGHER & FLOM LLP | SUZANNE D T LOVETT FOUR TIMES SQUARE NEW YORK NY 10036 |
| THE BANK OF NEW YORK MELLON | ASSET-BACKED SECURITIES GROUP 101 BARCLAY ST 4W NEW YORK NY 10286 |
| TIFFANY SMITH | C/O SCHROETER GOLDMARK & BENDER 500 CENTRAL BLDG., 810 THIRD AVE. SEATTLE WA 98104 |
| U.S. BANK NATIONAL ASSOCIATION | C/O SEWARD & KISSEL LLP ONE BATTERY PARK PLAZA NEW YORK NY 10004 |
| U.S. BANK NATIONAL ASSOCIATION | ATTN: GEORGE RAYZIS 50 SOUTH 16 TH STREET SUITE 2000 PHILADELPHIA PA 19102 |
| U.S. BANK NATIONAL ASSOCIATION | ATTN: IRINA PALCHUK 60 LIVINGSTON AVENUE EP-MN-WS1D ST. PAUL MN 55107 |
| U.S. BANK NATIONAL ASSOCIATION | MICHELLE MOELLER 60 LIVINGSTON AVE. ST. PAUL MN 55107 |
| U.S. BANK NATIONAL ASSOCIATION | TANVER ASHRAF, CORPORATE TRUST SERVICES WEST SIDE FLATS, EP-MN-WS3D 60 LIVINGSTON AVE. ST. PAUL MN 55107 |
| U.S. BANK NATIONAL ASSOCIATION | ATTN: MAMTA K SCOTT 190 S. LASALLE STREET CHICAGO IL 60603 |
| U.S. DEPARTMENT OF JUSTICE | ATTN: GLENN D. GILLETTE CIVIL DIVISION 1100 L STREET NW, ROOM 10018 WASHINGTON DC 20005 |
| U.S. DEPARTMENT OF JUSTICE | US ATTORNEY GENERAL, ERIC H. HOLDER, JR. 950 PENNSYLVANIA AVE NW WASHINGTON DC 20530-0001 |
| UNITED STATES ATTORNEY'S OFFICE | FOR THE SOUTHERN DISTRICT OF NEW YORK CIVIL DIVISION, ATTN JOSEPH CORDARO 86 CHAMBERS ST 3RD FL NEW YORK NY 10007 |
| US TRUSTEE FOR THE SOUTHERN DISTRICT OF NY | TRACY HOPE DAVIS, LINDA A. RIFFKIN AND BRIAN S. MASUMOTO 33 WHITEHALL ST 21ST FL, REGION 2 NEW YORK NY 10004 |
| WELLS FARGO BANK NA | ATTN CORP TRUST SERVICES - GMACM HOME EQUITY NOTES 2004 VARIABLE FUNDING TRUST PO BOX 98 COLUMBIA MD 21046 |

| **Claim Name** | **Address Information** |
|---|---|

**Total Creditor count  36**

**EXHIBIT B**

**RESIDENTIAL CAPITAL, LLC**
SPECIAL EMAIL SERVICE LIST

accesslegalservices@gmail.com
adam.parkin@tdsecurities.com
aglenn@kasowitz.com
alicia.borys@barclays.com
almoskowitz@winston.com
ayala.hassell@hp.com
balaji.v@indecomm.net
bankruptcy@morrisoncohen.com
bateman@sewkis.com
bbressler@schnader.com
bdeutsch@schnader.com
bguiney@pbwt.com
bill.macurda@alston.com
brandon.johnson@pillsburylaw.com
brian.greer@dechert.com
catherine_lasher@fanniemae.com
cball@jonesday.com
ceblack@jonesday.com
christopher.stevens@tdsecurities.com
clometti@cohenmilstein.com
courtney.lowman@ally.com
cschreiber@winston.com
danbrockett@quinnemanuel.com
das@sewkis.com
dflanigan@polsinelli.com
dfliman@kasowitz.com
dloeser@kellerrohrback.com
dneier@winston.com
drehns@cohenmilstein.com
dskeens@wbsvlaw.com
dwdykhouse@pbwt.com
dwollmuth@wmd-law.com
ebcalvo@pbfcm.com
ecf@kaalaw.com
echou@coleschotz.com
eciolko@ktmc.com
rmaney@wilmingtontrust.com
frank@loanvaluegroup.com
fsosnick@shearman.com
generalcounsel@fhfa.org
gjarvis@gelaw.com
glenn.gillett@usdoj.gov
glenn.siegel@dechert.com
gregory.petrick@cwt.com
guzzi@whitecase.com
hector.gonzalez@dechert.com
hector.gonzalez@dechert.com
heidifurlong@siegelbrill.com
ilevee@lowenstein.com
info@emortgagelogic.com
info@sgb-law.com

ingrid.bagby@cwt.com
jbernstein@labaton.com
jcorneau@klestadt.com
jeff.brown@gmacfs.com
jennifer.provenzano@bnymellon.com
jgarrity@morganlewis.com
jhaake@wbsvlaw.com
jlaitman@cohenmilstein.com
jmiller@tcfbank.com
jmoldovan@morrisoncohen.com
jnagi@polsinelli.com
joe.salama@db.com
john.stern@texasattorneygeneral.gov
jpaget@hunton.com
jwilliams@wilmingtontrust.com
jzajac@proskauer.com
kapil.chopra@aegisglobal.com
kathryn.thorpe@tdsecurities.com
keith.wofford@ropesgray.com
kelly.j.rentz@wellsfargo.com
kenton_hambrick@freddiemac.com
kit.weitnauer@alston.com
kpatrick@gibbsbruns.com
krehns@cohenmilstein.com
lemiller@jonesday.com
lpulford@corelogic.com
macohen@curtis.com
mageshwaran.ramasamy@bnymellon.com
malbaiady@corelogic.com
mamta.scott@usbank.com
mark.ellenberg@cwt.com
marty.bunin@alston.com
mauricio.espana@dechert.com
mcarney@mckoolsmith.com
meisenkraft@cohenmilstein.com
metkin@lowenstein.com
mgallagher@curtis.com
michael.spataro@bnymellon.com
michelle.moeller@usbank.com
mkraut@morganlewis.com
mrollin@rplaw.com
msd@dcglaw.com
mseltzer@susmangodfrey.com
mstein@kasowitz.com
mvaughan@wbsvlaw.com
mwarner@coleschotz.com
myanney@assuredguaranty.com
namamoo@kasowitz.com
nichlaus.m.ross@wellsfargo.com
patrick.kerner@barclays.com
paul_mullings@freddiemac.com

# RESIDENTIAL CAPITAL, LLC
SPECIAL EMAIL SERVICE LIST

| | |
|---|---|
| pfleming@morganlewis.com | thadwilson@kslaw.com |
| pmoak@mckoolsmith.com | gbush@zuckerman.com |
| prforlenza@pbwt.com | ncohen@zuckerman.com |
| rajan@indecomm.net | lneish@zuckerman.com |
| rbarkasy@schnader.com | cmomjian@attorneygeneral.gov |
| rescapinfo@kccllc.com | chris@myfaircredit.com |
| rlwynne@jonesday.com | jglucksman@scarincihollenbeck.com |
| roblin@williamslaw.com | david.tillem@wilsonelser.com |
| rosa.mendez@db.com | tfawkes@freebornpeters.com |
| ross.martin@ropesgray.com | deggert@freebornpeters.com |
| rzwerling@zsz.com | taconrad@sbwlawfirm.com |
| sarah.stout@bnymellon.com | dprather@iglou.com |
| scott.slifer@isgn.com | dstichesq@gmail.com |
| scottshelley@quinnemanuel.com | joel@shafeldlaw.com |
| seth.goldman@mto.com | accesslegalservices@gmail.com |
| sfennessey@shearman.com | jberkowitz@gibbonslaw.com |
| sharon.squillario@wellsfargo.com | kgiannelli@gibbonslaw.com |
| sheehan@txschoollaw.com | kristi.garcia@wellsfargo.com |
| shumphries@gibbsbruns.com | mkbroyles@feinsuchcrane.com |
| sreisman@curtis.com | rnorton@hunton.com |
| srutsky@proskauer.com | rrich2@hunton.com |
| stevep@rgrdlaw.com | derek@talcottfranklin.com |
| susan.khokher@tdsecurities.com | bankruptcy@clm.com |
| susheelkirpalani@quinnemanuel.com | dlemay@chadbourne.com |
| tal@talcottfranklin.com | hseife@chadbourne.com |
| tanveer.ashraf@usbank.com | mdyer@aclawllp.com |
| theodore.w.tozer@hud.gov | victoria.safran@ag.ny.gov |
| thomas.walper@mto.com | romero@mromerolawfirm.com |
| tklestadt@klestadt.com | jteitelbaum@tblawllp.com |
| tlallier@foleymansfield.com | wcurchack@loeb.com |
| tom.houghton@ally.com | vrubinstein@loeb.com |
| westchesterlegal@aol.com | dminoff@loeb.com |
| william.hao@alston.com | bankruptcy2@ironmountain.com |
| xrausloanops5@barclays.com | adoshi@magnozzikye.com |
| pdefilippo@wmd-law.com | sdnyecf@dor.mo.gov |
| sfitzgerald@wmd-law.com | ggraber@hodgsonruss.com |
| jlawlor@wmd-law.com | adam.harris@srz.com |
| jglucksman@scarincihollenbeck.com | howard.godnick@srz.com |
| david.powlen@btlaw.com | marguerite.gardiner@srz.com |
| diane.sanders@lgbs.com | michael.cutini@srz.com |
| lberkoff@moritthock.com | metkin@lowenstein.com |
| will.hoch@crowedunlevy.com | ilevee@lowenstein.com |
| cwood@rgrdlaw.com | eciolko@ktmc.com |
| stevep@rgrdlaw.com | dmoffa@ktmc.com |
| abehlmann@lowenstein.com | tziegler@ktmc.com |
| davids@blbglaw.com | harrisj12@michigan.gov |
| jonathanu@blbglaw.com | kay.brock@co.travis.tx.us |
| matthewj@blbglaw.com | bnkatty@aldine.k12.tx.us |
| jai@blbglaw.com | david.jason@usbank.com |
| pferdinands@kslaw.com | binder@sewkis.com |
| ajowers@kslaw.com | rbrown@robertbrownlaw.com |

**RESIDENTIAL CAPITAL, LLC**
SPECIAL EMAIL SERVICE LIST

choward@lockelord.com
maofiling@cgsh.com
rajohnson@akingump.com
ccarty@akingump.com
andrea.hartley@akerman.com
susan.balaschak@akerman.com
hadi.khatib@akerman.com
ronald.rowland@rms-iqor.com
houston_bankruptcy@lgbs.com
jleibowitz@kandfllp.com
dcaley@wongfleming.com
ken.coleman@allenovery.com
john.kibler@allenovery.com
lee.gordon@mvbalaw.com
bdk@schlamstone.com
ppascuzzi@ffwplaw.com
gary.holtzer@weil.com
mknitter@co.monroe.pa.us
ksheehan@flwlaw.com