UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
IN RE:

Residential Capital, LLC aka Residential         **NOTICE OF APPEARANCE**
Capital Corporation
                           Debtor.         Case No.: 12-12020-mg
------------------------------------------------------------X

S I R S:

    **PLEASE TAKE NOTICE,** that MidFirst Bank, hereby appears in this action and the undersigned has been retained as attorneys for said creditor and demands that you serve all papers in this action upon the undersigned at the address stated below.

Dated: Bay Shore, New York
       October 8, 2012

                                       Very truly yours,

                                       Frenkel, Lambert, Weiss,
                                       Weisman & Gordon, LLP
                                       Attorneys for Secured Creditor
                                       Karen M. Sheehan, Esq.
                                       20 West Main Street
                                       Bay Shore, New York 11706
                                       (631) 969-3100
                                       Our File No.:01-057169-B01

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
IN RE:                                                                                          CASE NO.: 12-12020-mg

Residential Capital, LLC aka Residential                                CHAPTER 11
Capital Corporation
                                                                                                    Judge: Martin Glenn
                                                    Debtor.
-----------------------------------------------------------------x

STATE OF NEW YORK  )
                                    ) ss.:
COUNTY OF SUFFOLK  )

    Melody Hoppie, being duly sworn, deposes and says: deponent is not a party to the action. Is over 18 years of age and resides in Suffolk County, New York.

    On October 16, 2012 deponent served the within Notice of Appearance upon:

Anthony Princi, Esq.
Attorney for the debtor
Morrison & Foerster 12990 Avenue of the Americas
New York, NY 10104

U.S. Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004

    The above parties were served via the Court's Electronic Case Filing system ("ECF").

_____
Melody Hoppie

Sworn to before me this
16th day of October, 2012.

_____
Notary Public

JESSICA SPIEGELMAN
Notary Public, State of New York
No. 01SP6093750
Qualified in Suffolk County
Commission Expires June 9, 2015