Hearing Date:  October 17, 2012, 2:00 p.m.

FEATHERSTONE PETRIE DESISTO LLP
600 Seventeenth Street
Suite 2400-S
Denver, Colorado  80202-5424
Andrew J. Petrie (*pro hac vice*)
Phone:  303-626-7100
Fax:  303-626-7101
apetrie@featherstonelaw.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re                                                          :
                                                               :   Case No. 12-12020 (MG)
**RESIDENTIAL CAPITAL, LLC, et al.**,                          :
                                                               :   Chapter 11
                                                               :
                    Debtors.                                   :   Jointly Administered
---------------------------------------------------------------x

### CITIMORTGAGE, INC.'S JOINDER IN SYNCORA GUARANTEE INC.'S REQUEST FOR CLARIFICATION ON OCTOBER 17, 2012 HEARING AND RESERVATION OF RIGHTS REGARDING EARLY CONSIDERATION OF OBJECTIONS TO TREATMENT OF MORTGAGE SERVICING CONTRACTS PURSUANT TO DEBTORS' SALE MOTION

Counterparty and objector [Dkt. no. 1646] CitiMortgage, Inc. joins in *Syncora Guarantee Inc.'s Request for Clarification on October 17, 2012 Hearing and Reservation of Rights Regarding Early Consideration of Objections to Treatment of Mortgage Servicing Contracts Pursuant to Debtors' Sale Motion* [Dkt. no. 1827], requests clarification of the same matters for the same reasons as those Syncora sets forth, and reserves all of its rights, remedies and objections regarding the Debtors' request that this Court determine some, but not all, counterparty objections to the Debtors' proposed assignment, assumption, cure and other treatment of mortgage servicing contracts.

Dated: October 16, 2012
      Denver, Colorado

                                      Respectfully submitted,

                                      **FEATHERSTONE PETRIE DESISTO LLP**

                                      /s/ Andrew J. Petrie
                                      Andrew J. Petrie (*pro hac vice*)
                                      Sarah B. Wallace (*pro hac vice*)
                                      600 Seventeenth Street, Suite 2400-S
                                      Denver, Colorado 80202-5424
                                      Telephone: 303-626-7100
                                      Facsimile: 303-626-7101
                                      apetrie@featherstonelaw.com
                                      swallace@featherstonelaw.com
                                      *Attorneys for CitiMortgage, Inc.*