Hearing Date: October 17, 2012, 2:00 p.m. E.T.

**WINSTON & STRAWN LLP**
David Neier (dneier@winston.com)
Carey D. Schreiber (cschreiber@winston.com)
200 Park Avenue
New York, NY  10166-4193
Telephone:  (212) 294-6700
Facsimile:  (212) 294-4700

*Attorneys for Fannie Mae*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**JOINDER OF FANNIE MAE TO (I) SYNCORA GUARANTEE INC.'S REQUEST FOR CLARIFICATION ON OCTOBER 17, 2012 HEARING AND RESERVATION OF RIGHTS REGARDING EARLY CONSIDERATION OF OBJECTIONS TO TREATMENT OF MORTGAGE SERVICING CONTRACTS PURSUANT TO DEBTORS' SALE MOTION AND (II) FEDERAL HOME LOAN MORTGAGE CORPORATION'S STATEMENT AND RESERVATION OF RIGHTS WITH RESPECT TO THE PRE-AUCTION OBJECTIONS OF THE RMBS TRUSTEES TO THE DEBTORS' SALE MOTION**

TO THE HONORABLE MARTIN GLENN
UNITED STATES BANKRUPTCY JUDGE:

Fannie Mae hereby submits this joinder (the "Joinder") to (I) *Syncora Guarantee Inc.'s Request for Clarification on October 17, 2012 Hearing and Reservation of Rights Regarding Early Consideration of Objections to Treatment of Mortgage Servicing Contracts Pursuant to Debtors' Seal Motion dated October 16, 2012* [Docket No. 1827] (the "Syncora Request") and (II) *Federal Home Loan Mortgage Corporation's Statement and Reservation of Rights With Respect to the Pre-Auction Objections of the RMBS Trustees to the Debtors' Sale Motion*

[Docket No. 1839], (the "Freddie Mac Statement").[1]  In support of its Joinder, Fannie Mae respectfully states as follows:[2]

1. On October 1, 2012, Fannie Mae filed its *Objection to the Debtors' Motion and Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Non-Residential Real Property, and (II) Cure Amounts Related Thereto* dated October 1, 2012 [Docket No. 1689] (the "Fannie Mae Objection").  The Fannie Mae Objection is set to be heard on November 19, 2012, at the Sale Hearing.

2. Consideration of the Trustee's Objection at a hearing on October 17, 2012 without, at the same time and on appropriate notice, considering issues raised in the Fannie Mae Objection that are similar, if not identical, will prejudice Fannie Mae's interests and could have profound consequences on the Debtors' chapter 11 cases.

3. Accordingly, for the reasons set forth in the Syncora Request and the Freddie Mac Statement, Fannie Mae joins in the Syncora Request and the Freddie Mac Statement and fully incorporates the legal and factual arguments contained therein.

4. Fannie Mae reserves its rights with respect to the Fannie Mae Objection and the sale of substantially all of the Debtors' assets

[Joinder continues on following page]

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to those terms in the Syncora Request.
[2] This Joinder does not constitute submission to this Court's jurisdiction by Fannie Mae's Conservator, the Federal Housing Finance Agency under the Housing and Economic Recovery Act of 2008.

WHEREFORE, Fannie Mae respectfully request that the Court grant the Syncora Request and grant such other and further relief as is just and necessary.

Dated: New York, New York
       October 16, 2012

**WINSTON & STRAWN LLP**

By: /s/David Neier
David Neier (dneier@winston.com)
Carey D. Schreiber (cschreiber@winston.com)
200 Park Avenue
New York, NY 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-4700

*Attorneys for Fannie Mae*