David M. Powlen (DP – 0678)  Hearing Date and Time: Oct. 17, 2012 at 2:00 p.m. ET
BARNES & THORNBURG LLP
1000 North West Street, Suite 1200
Wilmington, Delaware 19801
Telephone:  302-888-4536
Facsimile:  302-888-0246
Email:  *david.powlen@btlaw.com*

*Attorneys for USAA Federal Savings Bank*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, *et al.*, | ) | Case No. 12-12020 (MG) |
| | ) | |
| Debtors. | ) | Jointly Administered |

**JOINDER OF USAA FEDERAL SAVINGS BANK TO (I) SYNCORA
GUARANTEE INC.'S REQUEST FOR CLARIFICATION ON OCTOBER 17, 2012
HEARING AND RESERVATION OF RIGHTS REGARDING EARLY
CONSIDERATION OF OBJECTIONS TO TREATMENT OF MORTGAGE
SERVICING CONTRACTS PURSUANT TO DEBTORS' SALE MOTION AND (II)
FEDERAL HOME LOAN MORTGAGE CORPORATION'S STATEMENT AND
RESERVATION OF RIGHTS WITH RESPECT TO THE PRE-AUCTION
OBJECTIONS OF THE RMBS TRUSTEES TO THE DEBTORS' SALE MOTION**

USAA Federal Savings Bank ("**USAA**"), submits this joinder (the "**Joinder**") to (I) *Syncora Guarantee Inc.'s Request for Clarification on October 17, 2012 Hearing and Reservation of Rights Regarding Early Consideration of Objections to Treatment of Mortgage Servicing Contracts Pursuant to Debtors' Seal Motion* dated October 16, 2012 [Docket No. 1827] (the "**Syncora Request**") and (II) *Federal Home Loan Mortgage Corporation's Statement and Reservation of Rights With Respect to the Pre-Auction Objections of the RMBS Trustees to the Debtors' Sale Motion* dated October 16, 2012 [Docket No. 1839] (the "**Freddie Mac Statement**").

In support of its Joinder, USAA respectfully states as follows: [1]

1. USAA objected to the Debtors' **Contract Notice**[2] by filing, on September 27, 2012, its *Limited Objection to Debtors (I) Motion Pursuant to 11 U.S.C. §§ 105, 363(b), (f), and (m), 365 and 1123, and Fed. R. Bankr. P. 2002, 6004, 6006, and 9014 for an Order (A) Authorizing the Sale of Certain Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests, (B) Authorizing and Approving Asset Purchase Agreements Thereto, (C) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto, and (D) Granting Related Relief; and (II) Notice of Intend to (A) Assume and Assign Certain Executory Contracts and (B) Cure Amounts* [Docket No. 1611] (the "**Limited Objection**"). USAA's Limited Objection is set to be heard on November 19, 2012, at the Sale Hearing.[3]

2. Consideration of the RMBS Trustees' Pre-Auction Objections at a hearing on October 17, 2012, without, at the same time and on appropriate notice, considering issues raised in USAA's Limited Objection that are similar, if not identical, could result in prejudice to USAA's interests. USAA respectfully requests clarification of the extent to which possible determinations on or other resolution of the RMBS Trustees' Pre-Auction Objections could affect the rights, remedies and objections of USAA in relation to its Limited Objection.

---

[1] All capitalized terms used but not defined herein shall have the meanings ascribed to them in the Sale Motion, the proposed *Order Under 11 U.S.C. §§ 105, 363, 365 and Fed. R. Bankr. P. 2002, 6004, 6006, and 9014 (I) Approving(A) Sale of Debtors' Assets Pursuant to Asset Purchase Agreement with Nationstar Mortgage LLC; (B) Sale of Purchased Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (C)Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto; (D) Related Agreements; and (II) Granting Related Relief* which is attached to the Sale Motion as "Exhibit D" (the "**Sale Order**").

[2] **Contract Notice** means the *Notice of (i) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (ii) Cure Amounts Related Thereto* [Docket No. 924] (as supplemented and amended).

[3] *See* Sale Procedures Order ¶ 27 [Docket No. 538] ("If a Contract Objection cannot be consensually resolved, it shall be heard by the Court either at the Sale Hearing or such other date as determined by the Court . . . .").

2

3. Accordingly, USAA joins in the Syncora Request and the Freddie Mac Statement, hereby incorporates the arguments contained therein to the extent pertinent to USAA's Limited Objection, and respectfully reserves all of its rights, remedies and objections in relation to its Limited Objection.

Respectfully submitted,

Dated:  October 17, 2012

*/s/ David M. Powlen*
David M. Powlen (DP – 0678)
BARNES & THORNBURG LLP
1000 North West Street, Suite 1200
Wilmington, Delaware 19801
Telephone:  302-888-4536
Facsimile:  302-888-0246
Email:  *david.powlen@btlaw.com*

*Attorneys for USAA Federal Savings Bank*