William H. Hoch
CROWE & DUNLEVY, P.C.
20 N. Broadway Ave., Ste. 1800
Oklahoma City, OK  73102
(405) 235-7700 – Phone
(405) 239-6651 – Fax
will.hoch@crowedunlevy.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| RESIDENTIAL CAPITAL, LLC, et al., | ) Case No.12-12020 (MG) |
| | ) (Jointly Administered) |
| Debtors. | ) |

**JOINDER OF MIDFIRST BANK TO SYNCORA'S REQUEST FOR CLARIFICATION
ON OCTOBER 17, 2012 HEARING AND RESERVATION OF RIGHTS**

MidFirst Bank ("MidFirst"), creditor and counter-party to certain contracts with the Debtors, hereby files a Joinder to the *Request for Clarification on October 17, 2012 Hearing and Reservation of Rights Regarding Early Consideration of Objections to Treatment of Mortgage Servicing Contracts Pursuant to Debtors' Sale Motion* [Dkt. No. 1827] (the "Syncora Request"). MidFirst respectfully states as follows:

1. Like Syncora, MidFirst has a pending objection to the Debtors' request to assume and assign certain mortgage servicing contracts to which MidFirst is a party [Dkt. No. 1653].

2. As set forth in the Syncora Request, if the Court considers the Pre-Auction Objections of the RMBS Trustees to the Debtors' Sale Motion [Dkt. No. 1242] (the "Trustees' Objection") at the hearing scheduled for October 17, 2012, certain issues may be decided that have potential to impact MidFirst's interests.

3. However, the notice of hearing on the Trustees' Objection was not filed until after 8:00 p.m. CST on Thursday, October 11, 2012.  Thus, MidFirst has not had sufficient time to adequately prepare for the hearing.  In fact, MidFirst was unable to arrange travel arrangements

for its counsel (located in Oklahoma) to travel to the Court for the hearing and, as a result, MidFirst's counsel is authorized only to listen to the hearing but cannot otherwise affirmatively participate.

4. As a result, MidFirst requests that the Court defer ruling on the Trustees' Objection until MidFirst has an opportunity to appear and be heard on its pending objection or otherwise informally resolve the issues underlying the objection with the Debtors.

WHEREFORE MidFirst Bank respectfully requests that the Court allow it to be heard on its pending objection to the Debtors' request to assume and assign certain mortgage servicing contracts to which MidFirst is a party or otherwise informally resolve the issues underlying the objection with the Debtors prior to ruling upon the Trustees' Objection. MidFirst Bank further requests clarification of the same matters for the same reasons as those set forth in the Syncora Request, and reserves all of its rights, remedies and objections regarding the Debtors' request that this Court determine some, but not all, objections by certain counter-parties to the Debtors' proposed assignment, assumption, cure and other treatment of mortgage servicing contracts.

Respectfully submitted,

s/ *William H. Hoch*
William H. Hoch, OBA #15788
-Of the Firm-
CROWE & DUNLEVY
A Professional Corporation
20 North Broadway, Suite 1800
Oklahoma City, OK 73102-8273
(405) 235-7700
(405) 239-6651 (Facsimile)
will.hoch@crowedunlevy.com

Attorney for MidFirst Bank

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 17th day of October, 2012, a true and correct copy of the foregoing document was served via the Court's ECF system to all registered recipients and the following were served via U.S. Mail, postage prepaid or via email if provided:

Curtis, Mallet-Prevost, Colt & Mosle LLP
Attn: Steven J. Reisman
101 Park Avenue
New York, NY 10178

Brian Masumoto
Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004

Kenneth H. Eckstein
Douglas H. Mannal
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
keckstein@kramerlevin.com
dmannal@kramerlevin.com

Seth Goldman
Thomas Walper
Munger, Tolles & Olson LLP
355 South Grand Avenue
Los Angeles, CA 90071
seth.goldman@mto.com
twalper@mto.com

Edward Haywood Payne
214 North 52nd Street
Philadelphia, PA 19139

Willie L. Boykin
250 Sterling Ridge Dr
Atoka, TN 38004

Larry D. Walls
3831 W. 60th St.
Los Angeles, CA 90043

Sidley Austin, LLP
Jessica C.K. Boelter
One South Dearborn
Chicago, IL 60603
jboelter@sidley.com

Larren M. Nashelsky
Gary S. Lee
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104
lnashelsky@mofo.com
glee@mofo.com

Allstate Life Insurance Company
c/o Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022

Corinne Ball on behalf of Interested Party
Financial Guaranty Insurance Company
Jones Day
222 East 41st Street
New York, NY 10017
dsciabarassi@jonesday.com

Judson Brown on behalf of Interested Party
Ally Financial Inc.
Kirkland & Ellis LLP
665 15th Street, N.W. Ste. 1200
Washington, DC 20005

3

Kurtzman Carson Consultants LLC, Claims Agent
Attn: James Le
2335 Alaska Avenue
El Segundo, CA 90245
www.kccllc.com

Jeffrey L. Cohen on behalf of Creditor ClearCapital.com, Inc.
Cooley LLP
1114 Avenue of the Americas
New York, NY 10036
jcohen@cooley.com

Joseph A Connor III
PO Box 1474
Cobb, CA 95426

DB Structured Products, Inc.
c/o Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022

Stefan W. Engelhardt on behalf of Debtor Residential Capital, LLC
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104
docketny@mofo.com

Rhodrick Harden
1568 Loretta Ave
Columbus, OH 43211

Patrick J Hopper
220 McCartney Dr
Moon Twp, PA 15108

Richard W. Clary on behalf of Interested Party Barclays Capital, Inc.
Cravath, Swaine & Moore, LLP
825 Eighth Avenue
New York, NY 10019

Nelson C. Cohen on behalf of Unknown Constitution Corporate Federal Credit Union
Zuckerman, Spaeder, Goldstein Taylor & Kolker, LLP
1201 Connecticut Avenue, NW
Washington, DC 20036

Kristin L. Crone on behalf of Creditor Ahmed Moujahid
UFAN Legal Group PC
1490 Stone Point Drive
Suite 100
Roseville, CA 95661

Debt Acquisition Co of America V, LLC
1565 Hotel Circle S, #310
San Diego, CA 92108

Talcott Franklin on behalf of Unknown Talcott Franklin Group
Talcott Franklin, P.C.
208 North Market Street
Suite 200
Dallas, TX 75202

Courteney F. Harris on behalf of Unknown Aldine Independent School District
14910 Aldine-Westfield Road
Houston, TX 77032

Imperial County Tax Collector
940 West Main Street
Suite 106
El Centro, CA 92243

John G. Hutchinson on behalf of Interested
Party Nationstar Mortgage LLC
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019
emcdonnell@sidley.com;bhoffart@sidley.com;
ashear@sidley.com

Scott Talmadge on behalf of Creditor Bank of
America, N.A.
Kaye Scholer, LLP
425 Park Avenue
New York, NY 10022
jonathan.agudelo@kayescholer.com;rcappiello
@kayescholer.com

Corla Jackson
13230 Tom Gaston Rd
Mobile, AL 36695

Oskar A. Johanson
105 Rivergate Pl
Lodi, CA 95240-0557

Jump Trading, LLC
600 W. Chicago Avenue
Suite 825
Chicago, IL 60654

Ken Burton, Jr. Manatee County Tax Collector
Attn: Susan D. Profant
4333 US 301 North
Ellenton, FL 34222

Taggart Kenneth
45 Heron Rd
Holland, PA 18966

Rafael Malave
1060 Post Avenue
Staten Island, NY 10302

Kevin C. Kovacs
1876 Highpoint Road
Coopersburg, PA 18036

Madeline Martin
14587 Berklee Drive
Addison, TX 75001-3533

Sidney T. Lewis
1875 Alvason Avenue
Columbus, OH 43219

Yvonne D. Lewis
1875 Alvason Avenue
Columbus, OH 43219

James J. Lotz on behalf of Creditor CIBM
Bank
Foley & Mansfield, P.L.L.P.
545 Madison Avenue
15th Floor
New York, NY 10022
jlotz@foleymansfield.com

Michael Klein on behalf of Creditor
ClearCapital.com, Inc.
Cooley LLP
1114 Avenue of the Americas
New York, NY 10036-2714
mklein@cooley.com

James R. Martin
14587 Berklee Drive
Addison, TX 75001-3533

Jean Milliance
7 Lucille Court
Edison, NJ 08820

Robert N. Michaelson on behalf of Unknown
Wendy Nora
The Michaelson Law Firm
11 Broadway
Suite 615

Brett A. Mearkle on behalf of Creditor Marie
McKenzie
The Law Office of Brett A. Mearkle, P.A.
8777 San Jose Boulevard
Churchill Park, Suite 801

5

New York, NY 10004

Russell D. Mays
250 West Depot Street
Greeneville, TN 37743

Monroe County Tax Claim Bureau
1 Quaker Plaza, Room 104
Stroudsburg, PA 18360

MortgageIT Holdings, Inc.
c/o Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022

Sophia Mullen on behalf of Interested Party
Nationstar Mortgage LLC
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019
smullen@sidley.com,
emcdonnell@sidley.com;blohan@sidley.com;dkao@sidley.com;kstark@sidley.com

Larren M Nasbelky on behalf of Defendant
GMAC Mortgage LLC (Successor by Merger
to GMAC Mortgage Corporation) As Servicer
For The Bank of New York Mellon Trust
Company, National Association
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104

Gerald Niesen
2140 Sweeney Road
Lompoc, CA 93436

Office of UnemploymentCompensation Tax
Services (UCTS)
Dept of Labor and Industry
Commonwealth of Pennsylvania
625 Cherry Street, Room 203
Reading, PA 19602-1152

Jacksonville, Fl 32217

Pamela H. Walters on behalf of Unknown
Aldine Independent School District
14910 Aldine-Westfield Road
Houston, TX 18493

Janice Marie Montgomery
2607 N. Shartel Avenue
Oklahoma City, OK 73103

Alan Moss
PO Box 721
Moss Beach, CA 94038

Larren M Nasbelky on behalf of Defendant
GMAC Mortgage LLC (Successor by Merger
to GMAC Mortgage Corporation) As Servicer
For The Bank of New York Mellon Trust
Company, National Association
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104

Donald T. Prather on behalf of Unknown
Donald Prather
Mathis, Riggs & Prather, P.S.C.
500 Main Street
Sute 5
Shelbyville, KY 40065

Joan F. Niesen
1335 Purisima Road
Lompoc, CA 93436

Arlene M. Richardson on behalf of Creditor
Mary Gardner
Richardson Legal Center, LLC
PO Box 6
Highland Home, AL 36041

6

| | |
|---|---|
| Julio Pichardo<br>1201 E. Sudene Avenue<br>Fullerton, CA 92831 | Diem T. Nguyen<br>16478 Beach Boulevard #331<br>Westminster, CA 92683 |
| Patricia S. Pringle<br>104 Freestone St<br>Greenville, SC 29605 | Paul Papas<br>4727 E. Bell Road<br>#45 PMB 350<br>Phoenix, AZ 85032 |
| Michael P. Roland on behalf of Unknown<br>Jacques and Deirdre Raphael<br>Law Office Of Michael P. Roland<br>6400 Manatee Ave. W<br>Suite L-112<br>Bradenton, FL 34209 | Fedelina Roybal-Deaguero 2008 Trust<br>42265 Little Lake Road<br>Medocino, CA 94560 |
| Jordan Segal on behalf of Creditor Select Portfolio Servicing, Inc.<br>Morris, Hardwickm Schneider<br>6 Nashua Court<br>Suite D<br>Baltimore, MD 21221 | Glenn E. Siegel on behalf of Creditor The Bank of New York Mellon Trust Company, N.A.<br>Dechert LLP<br>1095 Avenue of the Americas<br>New York, NY 10036-6797<br>Glenn.Siegel@dechert.com |
| Siupo Chan & Associates, PC<br>3635 Peachtree Industrial Blvd<br>Suite 100<br>Duluth, GA 30096 | Fredric Sosnick on behalf of Creditor CITIBANK, N.A.<br>Shearman & Sterling<br>599 Lexington Avenue<br>New York, NY 10022-6069<br>randy.martin@shearman.com;kerri.silver@shearman.com |
| Barbara L. Stephens<br>514 204th Ave.<br>Ct-KPS<br>Lakebay, WA 98349 | Keith Wofford on behalf of Interested Party Steering Committee Group of RMBS Holders<br>Ropes & Gray LLP<br>1211 Avenue of the Americas<br>New York, NY 10036-8704<br>keith.wofford@ropesgray.com,<br>SSally@ropesgray.com |
| United States Trustee<br>33 Whitehall Street<br>21st Floor<br>New York, NY 10004 | Joe R. Vargas<br>213 U. St.<br>Bakersfield, CA 93304 |

                                               s / *William H. Hoch*

William H. Hoch