Howard O. Godnick
Marguerite E. Gardiner
SCHULTE ROTH & ZABEL LLP
919 Third Ave
New York, New York 10022
Tel: (212) 756-2000
Fax: (212) 593-5955

*Attorneys for Cerberus Capital Management, L.P.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ X
:
In re:                                              :    Chapter 11
:
RESIDENTIAL CAPITAL, LLC, et al.,                   :    Case No. 12-12020 (MG)
:
Debtors.                         :    Jointly Administered
:
------------------------------------------------------------ X

**NOTICE OF STIPULATION ADOPTING UNIFORM PROTECTIVE ORDER FOR**
**EXAMINER DISCOVERY FOR PURPOSES OF DISCOVERY OF**
**CERBERUS CAPITAL MANAGEMENT, L.P. BY THE TRIAXX ENTITIES**

PLEASE TAKE NOTICE that non-Debtors Cerberus Capital Management, L.P. ("Cerberus") and Triaxx Prime CDO 2006-1, LLC, Triaxx Prime CDO 2006-2, LLC and Triaxx Prime CDO 2007-1, LLC (collectively, "Triaxx") hereby file the *Stipulation Adopting Uniform Protective Order for Examiner Discovery for Purposes of Discovery of Cerberus Capital Management, L.P. by the Triaxx Entities*, attached hereto as Exhibit A, in connection with the *Order (I) Granting Examiner Authority to Issue Subpoenas for the Production of Documents and Authorizing the Examination of Persons and Entities, (II) Establishing Procedures for Responding to Those Subpoenas, (III) Approving Establishment of a Document Depository and Procedures to Govern Use, and (IV) Approving Protective Order,* dated August 20, 2012 [ECF No. 1223].

- 2 -

                Respectfully Submitted,

Dated: October 17, 2012          SCHULTE ROTH & ZABEL LLP
      New York, New York

                By: /s/: Howard O. Godnick
                    Howard O. Godnick
                    Marguerite E. Gardiner
                    Schulte Roth & Zabel LLP
                    919 Third Avenue
                    New York, New York  10022
                    Tel: (212) 756-2000
                    Fax: (212) 593-5955

                *Attorneys for Cerberus Capital Management, L.P.*