**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ X
                                                             :
In re:                                         :       Chapter 11
                                                             :
RESIDENTIAL CAPITAL, LLC, et al.,              :       Case No. 12-12020 (MG)
                                                             :
                          Debtors.             :       Jointly Administered
                                                             :
------------------------------------------------------------ X

**STIPULATION ADOPTING UNIFORM PROTECTIVE ORDER FOR EXAMINER
DISCOVERY FOR PURPOSES OF DISCOVERY OF
CERBERUS CAPITAL MANAGEMENT, L.P. BY THE TRIAXX ENTITIES**

Non-Debtor Cerberus Capital Management, L.P. ("Cerberus") and Triaxx Prime CDO 2006-1, LLC, Triaxx Prime CDO 2006-2, LLC and Triaxx Prime CDO 2007-1, LLC (collectively, "Triaxx") hereby stipulate to and adopt by reference the terms and conditions of the Order [Docket 1223] and Uniform Protective Order for Examiner Discovery [Docket No. 1223-1] such that these terms and conditions shall govern the disclosure, discovery, production, and use of documents and other information provided by Cerberus to Triaxx in the above referenced chapter 11 cases.

For the avoidance of doubt, Triaxx stipulates and agrees that its legal or financial Advisor may receive material designated Professionals' Eyes Only if such legal or financial Advisor is not (a) currently assisting and will not later assist Triaxx or any party in any mortgage related litigation against the Debtors, Ally Financial Inc., Cerberus, or their affiliates, and (b) is not itself a party nor does it intend to be a party in any mortgage-backed securities litigation against the Debtors, Ally Financial Inc., Cerberus, or their affiliates; provided, however, that the legal or financial Advisor will not share the Professionals' Eyes Only information with Triaxx or

Triaxx's legal or financial advisors who are assisting Triaxx or any party in any mortgage-backed securities litigation against the Debtors, Ally Financial Inc., Cerberus, or their affiliates.

Triaxx further stipulates that all materials contained in the Examiner's Document Repository that do not relate to Debtors' RMBS Settlement/9019 Motion shall be treated as outside counsels' eyes only notwithstanding any provision of the Protective Order to the contrary.

                                  Respectfully submitted,

Dated: October 17, 2012        MILLER & WRUBEL P.C.

                                  By: /s/: Claire L. Huene
                                      Claire L. Huene
                                      Miller & Wrubel P.C.
                                      570 Lexington Avenue
                                      New York, NY 10022
                                      (212) 336-3519

                                      *Attorneys for the Triaxx Entities*

Dated: October 17, 2012        SCHULTE ROTH & ZABEL LLP

                                  By: /s/: Howard O. Godnick
                                      Howard O. Godnick
                                      Marguerite E. Gardiner
                                      Schulte Roth & Zabel LLP
                                      919 Third Avenue
                                      New York, New York 10022
                                      Tel: (212) 756-2000
                                      Fax: (212) 593-5955
                                      howard.godnick@srz.com
                                      marguerite.gardiner@srz.com

                                      *Attorneys for Cerberus Capital Management, L.P.*

- 3 -

Dated: _____, 2012      **SO ORDERED:**

_____
Honorable Martin Glenn
United States Bankruptcy Judge