# Exhibit B

## EXHIBIT B

### SUMMARY OF PROFESSIONAL SERVICES RENDERED BY PROJECT CATEGORY BY SEVERSON & WERSON, P.C. ON BEHALF OF THE DEBTORS FOR THE PERIOD MAY 15, 2012 THROUGH AUGUST 31, 2012

#### Compensation by Matter

| Task Code | Matter Description | Total Billed Hours | Total Compensation |
|---|---|---|---|
| A106 | Communication with client | 0.20 | $47.70 |
| A107 | Communication with other than client | 0.80 | $190.80 |
| A110 | Manage Data/Files | 0.30 | $81.00 |
| L110 | Fact Investigation/Development | 176.40 | $32,588.40 |
| L120 | Aanalysis/Strategy | 832.70 | $229,750.95 |
| L130 | Experts/Consultants | 0.70 | $195.30 |
| L140 | Document/File Management | 63.90 | $13,778.10 |
| L150 | Budgeting | 0.40 | $108.00 |
| L160 | Settlement/Non-Binding ADR | 295.20 | $79,251.75 |
| L190 | Other Case Assessment | 544.10 | $138,268.80 |
| L210 | Pleadings | 916.30 | $234,940.20 |
| L220 | Preliminary Injunctions | 47.00 | $12,472.65 |
| L230 | Court Mandated Conferenced | 192.20 | $49,661.10 |
| L240 | Dispositive Motions | 545.50 | $145,503.00 |
| L250 | Other Written Motions | 300.10 | $81,094.50 |
| L310 | Written Discovery | 147.60 | $39,144.15 |
| L320 | Document Production | 11.80 | $3,152.25 |
| L330 | Depositions | 85.00 | $23,377.95 |
| L340 | Expert Discovery | 1.10 | $316.80 |
| L350 | Discovery Motions | 11.10 | $2,935.35 |
| L390 | Other Discovery | 9.00 | $1,541.25 |
| L410 | Fact Witnesses | 0.80 | $219.60 |
| L420 | Expert Witnesses | 0.60 | $172.80 |
| L430 | Written Motions/Submissions | 134.30 | $38,689.20 |
| L440 | Other Trial Preparation | 34.50 | $9,024.75 |
| L450 | Trial and Hearing Attendance | 50.00 | $12,103.20 |
| L460 | Post-Trial Motions and Submissions | 14.70 | $3,599.10 |
| L470 | Enforcement | 3.10 | $772.65 |
| L510 | Appellate Motions & Submissions | 113.20 | $32,696.55 |
| L520 | Appellate Briefs | 164.00 | $53,692.20 |
| L530 | Oral Arguments | 7.50 | $3,434.40 |
| **Total Fees Incurred** | | **4,704.10** | **$1,242,804.45** |

19000.9997/2421386.1