# Exhibit C

## EXHIBIT C

## SUMMARY OF PROFESSIONAL SERVICES RENDERED BY PROFESSIONAL BY SEVERSON & WERSON, P.C. ON BEHALF OF THE DEBTORS FOR THE PERIOD MAY 15, 2012 THROUGH AUGUST 31, 2012

| Name of Professional Individual | Department and Licensure | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| **Partners** | | | | |
| Hutchinson, Adam | Financial Svcs. 1997 | $310.50 | 0.30 | $93.15 |
| Cram, Donald | Bankruptcy 1992 | $337.50 | 29.50 | $9,956.25 |
| Troutman, Eric | Financial Svcs.2003 | $274.50 | 0.30 | $82.35 |
| Sullivan, John | Financial Svcs.1980 | $427.50 | 25.80 | $11,029.50 |
| Chilton, Jan T. | Appellate  1971 | $490.50 | 69.50 | $34,089.75 |
| Walker, Kristin | Financial Svcs.1999 | $337.50 | 0.40 | $135.00 |
| Wraight, Mark | Financial Svcs.2003 | $274.50 | 26.00 | $7,137.00 |
| Steiner, Michael | Financial Svcs.1983 | $400.50 | 0.30 | $120.15 |
| Sullivan, Mary Kate | Financial Svcs.1995 | $270.00 | 93.90 | $25,353.00 |
| Hankins, Suzanne | Financial Svcs.1992 | $333.00 | 62.30 | $20,745.90 |
| **Associates and Of Counsel** | | | | |
| Givental, Alisa | Financial Svcs.2010 | $238.50 | 89.00 | $21,226.50 |
| Torkamani, Amir | Financial Svcs.2008 | $238.50 | 6.80 | $1,621.80 |
| Wood, Andrew | Financial Svcs.2011 | $225.00 | 2.80 | $630.00 |
| Kenney, Austin | Financial Svcs.2006 | $247.50 | 10.10 | $2,499.75 |
| Sears, Alex | Financial Svcs.2004 | $288.00 | 96.40 | $27,763.20 |
| Le, An | Financial Svcs.2008 | $234.00 | 35.10 | $8,213.40 |
| Barasch, Adam | Bankruptcy 2008 | $292.50 | 91.20 | $26,527.25 |
| Eilenberg, Benjamin A. | Financial Svcs.2008 | $247.50 | 171.50 | $42,446.25 |
| Kornberg, Bernard | Bankruptcy 2007 | $234.00 | 13.40 | $3,135.60 |
| Whittemore, Brian | Financial Svcs.2006 | $265.50 | 27.00 | $7,168.50 |
| Gaddis, Clayton | Financial Svcs.2009 | $238.50 | 9.60 | $2,289.60 |
| McTigue, Casey | Financial Svcs.2009 | $238.50 | 23.30 | $5,557.05 |
| Shama, Daniel | Financial Svcs.2004 | $274.50 | 4.30 | $1,180.35 |
| Liu, David | Financial Svcs.2001 | $288.00 | 386.80 | $111,398.40 |
| Ellis, Danielle | Financial Svcs.2003 | $247.50 | 1.10 | $272.25 |
| Glasser, Dana | Financial Svcs.2007 | $274.50 | 14.30 | $3,925.35 |
| Kemp, Erik | Financial Svcs.2006 | $274.50 | 37.90 | $10,403.55 |
| Kouvabina, Elena | Financial Svcs.2005 | $279.00 | 103.30 | $28,820.70 |
| Buell, Edward | Financial Svcs.2005 | $279.00 | 223.50 | $62,356.50 |
| Manukyan, Evelina | Financial Svcs.2004 | $279.00 | 94.70 | $26,421.30 |
| Walser-Jolly, Genevieve | Financial Svcs.2009 | $261.00 | 21.10 | $5,507.10 |
| Jones, Harold R. | Financial Svcs.2000 | $306.00 | 26.10 | $7,986.60 |
| Da Cunha, Ian | Financial Svcs.2009 | $238.50 | 35.00 | $8,347.50 |
| Dykstra, Jonathan | Financial Svcs.2008 | $238.50 | 45.80 | $10,923.30 |
| Ives, Jon | Appellate2004 | $279.00 | 198.30 | $55,325.70 |
| Tuffaha, Joe | Financial Svcs.2007 | $238.50 | 269.40 | $64,251.90 |
| Richardson, Jason | Financial Svcs.2007 | $261.00 | 1.00 | $261.00 |
| Campbell, J. Owen | Financial Svcs.2004 | $279.00 | 5.40 | $1,506.60 |
| Van Zandt, Jonah | Financial Svcs.2003 | $288.00 | 31.90 | $9,187.20 |
| Wendlenner, Kurt | Financial Svcs.2005 | $265.50 | 1.90 | $504.45 |
| Franich, Kerry | Financial Svcs.2006 | $270.00 | 319.70 | $86,319.00 |
| Garfinkle, Matthew | Financial Svcs.2009 | $238.50 | 2.10 | $500.85 |
| Gruber, Megan | Financial Svcs.2006 | $261.00 | 95.90 | $25,029.90 |
| Holt, M. Elizabeth | Appellate2009 | $261.00 | 133.50 | $34,843.50 |
| Cross, Michael | Financial Svcs.2010 | $238.50 | 57.70 | $13,761.45 |
| Esposito, Matthew | Financial Svcs.2002 | $279.00 | 128.70 | $35,907.30 |
| Tran, Michael | Financial Svcs.2007 | $238.50 | 0.80 | $190.80 |
| McGuinness, Michelle | Financial Svcs.2008 | $288.00 | 27.40 | $7,891.20 |
| Schindler, Maria | Financial Svcs.2011 | $216.00 | 64.10 | $13,845.60 |
| Riedman, Natilee | Financial Svcs.2008 | $238.50 | 87.80 | $20,940.30 |
| Grammatico, Paul | Financial Svcs.2006 | $247.50 | 38.50 | $9,528.75 |
| Gandy, Robert | Financial Svcs.2003 | $274.50 | 366.50 | $100,604.25 |
| Ito, Ryan | Financial Svcs.2007 | $247.50 | 19.70 | $4,875.75 |

| Abbott, Thomas | Financial Svcs.2006 | $270.00 | 21.80 | $5,886.00 |
|---|---|---|---|---|
| Strayer, Ann | Financial Svcs.1991 | $292.50 | 11.10 | $3,246.75 |
| Reed, David J. | Financial Svcs.2000 | $247.50 | 7.80 | $1,930.50 |
| Babcock, Daska | Financial Svcs.2001 | $288.00 | 22.60 | $6,508.80 |
| Roman, Eleanor | Financial Svcs.1995 | $306.00 | 62.00 | $18,972.00 |
| Eisner, Gregory E | Financial Svcs.1997 | $261.00 | 10.70 | $2,792.70 |
| Julian, Jason | Financial Svcs.2001 | $274.50 | 1.70 | $466.65 |
| Kelly, Megan | Financial Svcs.2007 | $234.00 | 61.40 | $14,367.60 |
| Nowlin, Marlene | Financial Svcs.1991 | $306.00 | 116.60 | $35,679.60 |
| Nelson, Michele | Financial Svcs.1989 | $261.00 | 56.10 | $14,642.10 |
| Kamka, Mary Kate | Financial Svcs.2012 | $225.00 | 44.20 | $9,977.50 |
| Barilovits, Philip | Financial Svcs.1998 | $288.00 | 13.10 | $3,772.80 |
| Saelao, Rebecca | Financial Svcs.2002 | $288.00 | 10.70 | $3,081.60 |
| Shaham, Yaron | Financial Svcs.2001 | $238.50 | 295.00 | $70,357.50 |
| **Paraprofessionals** | | | | |
| Johnson, Betty | Financial Svcs.N/A | $130.50 | 17.90 | $2,335.95 |
| Rommell, Clair | Financial Svcs.N/A | $130.50 | 42.50 | $5,546.25 |
| Feldfeber, Edward | Financial Svcs.N/A | $130.50 | 10.50 | $1,370.25 |
| Webb, Gilla | Financial Svcs.N/A | $130.50 | 14.30 | $1,866.15 |
| Spann, Joel | Financial Svcs.N/A | $130.50 | 11.60 | $1,513.80 |
| Negrete, Jennifer | Financial Svcs.N/A | $130.50 | 13.40 | $1,748.70 |
| Brown, Kimberly | Financial Svcs.N/A | $148.50 | 1.90 | $282.15 |
| Lee, Kristina | Financial Svcs.N/A | $76.50 | 4.20 | $321.30 |
| Ash, Laura | Financial Svcs.N/A | $130.50 | 5.70 | $743.85 |
| Tarwater, Linda | Financial Svcs.N/A | $130.50 | 82.80 | $10,805.40 |
| Athas, Natalie | Financial Svcs.N/A | $130.50 | 3.30 | $430.65 |
| Firoozabadi, Rozie | Financial Svcs.N/A | $112.50 | 17.20 | $1,935.00 |
| Tilton, Seana | Financial Svcs.N/A | $103.50 | 15.30 | $1,583.55 |
| **Professionals Totals** | | **Blended Rate** | | |
| **Total Fees Incurred** | | **$264.196** | **4,704.10** | **$1,242,804.45** |