# Exhibit D

## EXHIBIT D

### SUMMARY OF EXPENSES INCURRED BY SEVERSON & WERSON, P.C. ON BEHALF OF THE DEBTORS FOR THE PERIOD MAY 15, 2012 THROUGH AUGUST 31, 2012

| Expense Category | Amount |
| --- | --- |
| Arbitrator Fees | $1,500.00 |
| Court & Filing Fees | $9,912.84 |
| Deposition Transcripts | $5,828.67 |
| Messenger | $159.14 |
| Court Services | $8,692.49 |
| Trial Transcripts | $914.50 |
| Outside Copy Services | $1,626.99 |
| Process Service | $1,403.46 |
| Travel Expenses | $4,163.89 |
| Transmittal Filing to Court | $48,846.86 |
| Data Search | $4,477.02 |
| Professional Services | $25,837.50 |
| Court Conference Call Service | $11,123.08 |
| **Total** | **$124,486.44** |

19000.9997/2421396.1