# Exhibit E-4

# Severson
# &Werson
### A Professional Corporation

Donald H. Cram
Attorney
Direct Line: (415) 677-5536
dhc@severson.com

One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

September 5, 2012

**VIA FEDEX**

**Counsel for Debtors**
Morrison & Foerster LLP
Attn: Larren M. Nashelsky, Gary S. Lee and
Lorenzo Marinuzzi
1290 Avenue of the Americas
New York, NY 10104

**United States Trustee**
Office of the U.S. Trustee for the Southern
District of New York
Attn: Tracy Hope Davis, Linda A. Rifkin and
Brian S. Masumoto
33 Whitehall Street, 21st Floor
New York, NY 10004

**Counsel for Creditors' Committee**
Kramer Levin Naftalis & Frankel LLP
Attn: Kenneth H. Eckstein and Douglas H.
Mannal
1177 Avenue of the Americas
New York, NY 10036

**Counsel for Ally Financial Inc.**
Kirkland & Ellis
Attn: Richard M. Cieri and Ray C. Schrock
601 Lexington Avenue
New York, NY 10022

**Counsel for Barclays Bank PLC**
Skadden, Arps, Slate,Meagher & Flom LLP
Attn: Kenneth S. Ziman and Jonathan H. Hofer
4 Times Square
New York, NY 10036

Re:    *In re Residential Capital, LLC, et al.*
Case No. 12-12020
Monthly Statement for Compensation and Expense Reimbursement

Dear Counsel:

Pursuant to the Court's July 17, 2012 *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* (the "Order"), enclosed please find Severson & Werson's monthly fee statement for the period July 1, 2012 through July 31, 2012 (the "Statement"), which was served on the parties listed in paragraph (a) of the Order, on September 5, 2012.



*Severson*
*&Werson*
A Professional Corporation

Morrison & Foerster LLP, et al.
September 5, 2012
Page 2

In the absence of a timely objection, the Debtors shall pay $307,622.64, consisting of the sum of (a) $279,724.76, an amount equal to 80% of the fees ($279,724.76 = $349,655.95 x 0.80) and (b) 100% of the expenses ($27,897.88) being requested in the Statement.

Objections to the Statement are due by September 26, 2012.

Please contact me should you have any questions.

Very truly yours,

Donald H. Cram

DHC:dc
Enclosures

cc:    John B. Sullivan
       Duane M. Geck

DUANE M. GECK (State Bar No. 114823)
dmg@severson.com
DONALD H. CRAM (State Bar No. 160004)
dhc@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Retained Professionals

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**SEVERSON & WERSON, P.C.'S MONTHLY STATEMENT**
**FOR COMPENSATION AND EXPENSE REIMBURSEMENT**
**FOR THE TIME PERIOD JULY 1, 2012 THROUGH JULY 31, 2012**

Pursuant to the Court's Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals entered July 17, 2012 ("Order"), Retained Professional, Severson & Werson, P.C., submits this monthly statement for compensation and expense reimbursement for the time period July 1, 2012 through July 31, 2012 ("Monthly Statement"), respectfully showing as follows:

1.      During the Monthly Statement period, individuals from Severson & Werson, P.C. performed services on behalf of one or more of the Debtor entities with respect to 220 different litigation matters in California concerning mortgage loans held by and/or serviced by one or more of the Debtor entities.  The total compensation sought for the Monthly Statement period is $349,655.95 and the total expense reimbursement sought for the Monthly Statement period is $27,897.88.

2.      A list of individuals who provided services during the Monthly Statement period, their respective titles, billing rates and aggregate hours spent by each individual during the

Monthly Statement period is attached hereto as **Exhibit A**.

     3.     A detailed breakdown of disbursements incurred and contemporaneously maintained time entries for the services performed by individuals from Severson & Werson, P.C. for each respective matter during the Monthly Statement period are itemized in the corresponding invoices attached hereto as **Exhibit B**.

     4.     Pursuant to the Court's Order, the deadline within which to serve a Notice of Objection to Fee Statement is 20 days after receipt of this Monthly Statement.

DATED:  September 5, 2012

SEVERSON & WERSON
A Professional Corporation


By:  _____
           Donald H. Cram

Retained Professionals

# Exhibit A

07/01/12-07/31/12

| GMAC ResCap | Title | Billed Amount | Billed Hours | Rate |
|---|---|---|---|---|
| Givental, Alisa | Associate | $5,056.20 | 21.20 | $238.50 |
| Kenney, Austin | Associate | $297.00 | 1.20 | $247.50 |
| Sears, Alex | Associate | $5,990.40 | 20.80 | $288.00 |
| Le, An | Associate | $608.40 | 2.60 | $234.00 |
| Strayer, Ann | Associate/Special Counsel | $1,579.50 | 5.40 | $292.50 |
| Barasch, Adam | Associate/Special Counsel | $9,126.00 | 31.20 | $292.50 |
| Eilenberg, Benjamin A. | Associate | $11,137.50 | 45.00 | $247.50 |
| Johnson, Betty | Paralegal | $300.15 | 2.30 | $130.50 |
| Kornberg, Bernard | Associate | $2,971.80 | 12.70 | $234.00 |
| Whittemore, Brian | Associate | $1,539.90 | 5.80 | $265.50 |
| Gaddis, Clayton | Associate | $1,908.00 | 8.00 | $238.50 |
| Rommell, Clair | Paralegal | $1,605.15 | 12.30 | $130.50 |
| McTigue, Casey | Associate | $2,027.25 | 8.50 | $238.50 |
| Shama, Daniel | Associate | $329.40 | 1.20 | $274.50 |
| Cram, Donald | Member | $3,037.50 | 9.00 | $337.50 |
| Reed, David J. | Associate/Special Counsel | $965.25 | 3.90 | $247.50 |
| Liu, David | Associate | $26,496.00 | 92.00 | $288.00 |
| Babcock, Daska | Associate/Special Counsel | $1,180.80 | 4.10 | $288.00 |
| Glasser, Dana | Associate | $2,141.10 | 7.80 | $274.50 |
| Kemp, Erik | Associate | $1,015.65 | 3.70 | $274.50 |
| Kouvabina, Elena | Associate | $9,179.10 | 32.90 | $279.00 |
| Feldfeber, Edward | Paralegal | $39.15 | 0.30 | $130.50 |
| Roman, Eleanor | Associate/Special Counsel | $5,967.00 | 19.50 | $306.00 |
| Buell, Edward | Associate | $16,488.90 | 59.10 | $279.00 |
| Manukyan, Evelina | Associate | $7,588.80 | 27.20 | $279.00 |
| Eisner, Gregory E | Associate/Special Counsel | $548.10 | 2.10 | $261.00 |
| Webb, Gilla | Paralegal | $991.80 | 7.60 | $130.50 |
| Walser-Jolly, Genevieve | Associate | $3,132.00 | 12.00 | $261.00 |
| Jones, Harold R. | Associate | $3,274.20 | 10.70 | $306.00 |
| Da Cunha, Ian | Associate | $3,243.60 | 13.60 | $238.50 |
| Sullivan, John | Member | $3,505.50 | 8.20 | $427.50 |
| Spann, Joel | Paralegal | $313.20 | 2.40 | $130.50 |
| Dykstra, Jonathan | Associate | $3,887.55 | 16.30 | $238.50 |
| Ives, Jon | Associate | $12,638.70 | 45.30 | $279.00 |
| Tuffaha, Joe | Associate | $17,768.25 | 74.50 | $238.50 |
| Campbell, J. Owen | Associate | $362.70 | 1.30 | $279.00 |
| Chilton, Jan T. | Member | $14,420.70 | 29.40 | $490.50 |
| Van Zandt, Jonah | Associate | $144.00 | 0.50 | $288.00 |
| Brown, Kimberly | Paralegal | $29.70 | 0.20 | $148.50 |
| Lee, Kristina | Paralegal | $114.75 | 1.50 | $76.50 |
| Franich, Kerry | Associate | $22,032.00 | 81.60 | $270.00 |
| Ash, Laura | Paralegal | $326.25 | 2.50 | $130.50 |
| Tarwater, Linda | Paralegal | $3,027.60 | 23.20 | $130.50 |
| Garfinkle, Matthew | Associate | $500.85 | 2.10 | $238.50 |
| Kelly, Megan | Associate/Special Counsel | $5,241.60 | 22.40 | $234.00 |
| Nowlin, Marlene | Associate/Special Counsel | $11,658.60 | 38.10 | $306.00 |
| Gruber, Megan | Associate | $5,220.00 | 20.00 | $261.00 |
| Holt, M. Elizabeth | Associate | $9,056.70 | 34.70 | $261.00 |
| Cross, Michael | Associate | $2,265.75 | 9.50 | $238.50 |
| Wraight, Mark | Member | $1,454.85 | 5.30 | $274.50 |
| Esposito, Matthew | Associate | $3,906.00 | 14.00 | $279.00 |
| Nelson, Michele | Associate/Special Counsel | $6,342.30 | 24.30 | $261.00 |
| Kamka, Mary Kate | Associate/Special Counsel | $5,410.00 | 23.90 | $226.36 |
| Sullivan, Mary Kate | Member | $5,859.00 | 21.70 | $270.00 |
| McGuinness, Michelle | Associate | $3,916.80 | 13.60 | $288.00 |
| Schindler, Maria | Associate | $3,132.00 | 14.50 | $216.00 |
| Riedman, Natilee | Associate | $8,347.50 | 35.00 | $238.50 |
| Barilovits, Philip | Associate | $777.60 | 2.70 | $288.00 |
| Grammatico, Paul | Associate | $2,648.25 | 10.70 | $247.50 |
| Gandy, Robert | Associate | $31,347.90 | 114.20 | $274.50 |
| Ito, Ryan | Associate | $495.00 | 2.00 | $247.50 |
| Firoozabadi, Rozie | Paralegal | $956.25 | 8.50 | $112.50 |
| Saelao, Rebecca | Associate/Special Counsel | $2,217.60 | 7.70 | $288.00 |
| Hankins, Suzanne | Member | $4,628.70 | 13.90 | $333.00 |
| Tilton, Seana | Paralegal | $724.50 | 7.00 | $103.50 |
| Abbott, Thomas | Associate | $3,699.00 | 13.70 | $270.00 |
| Shaham, Yaron | Associate/Special Counsel | $21,512.70 | 90.20 | $238.50 |
| **Report Grand Totals** | | **$349,655.95** | **1,320.30** | |

# Exhibit B

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      323618      JBS                                      August 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000      GMAC ResCap
MATTER      0003      Anderson, Karl T. and Hooper, Monique v. ETS Services, LLC
                      GMAC Matter No.: 691868

**TOTAL AMOUNT DUE**          **$2,191.95**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      323618      JBS                                    August 8, 2012

GMAC Mortgage, LLC

Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter      19000  0003      Anderson, Karl T. and Hooper, Monique v. ETS Services, LLC
GMAC Matter No.: 691868

FOR PROFESSIONAL SERVICES RENDERED      01/01/1994      07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| JDI | 07/02/12 | Correspond with A. Starr re effect of bankruptcy stay on appeal. | L120 | 0.30 | 279.00 | 83.70 |
| JDI | 07/03/12 | Analyze effect of GMAC bankruptcy stay and whether named appellee MERS needs to file appellee brief. | L120 | 1.50 | 279.00 | 418.50 |
| ERB | 07/03/12 | Review matter and prepare status report for client. | L120 | 0.10 | 279.00 | 27.90 |
| JDI | 07/05/12 | Correspond with A. Starr re effect of bankruptcy stay on appeal. | L120 | 0.30 | 279.00 | 83.70 |
| JDI | 07/10/12 | Prepare Notice of Bankruptcy Stay for ETS Services, LLC. | L510 | 0.90 | 279.00 | 251.10 |
| JDI | 07/11/12 | Draft motion for MERS to be excused from having to file an appellate brief. | L510 | 4.20 | 279.00 | 1,171.80 |
| JDI | 07/19/12 | Attention to court order staying appeal and granting MERS's motion to be excused from filing appellate brief. | L510 | 0.30 | 279.00 | 83.70 |
| YS | 07/20/12 | Draft correspondence to client regarding status of the appeal before the Ninth Circuit | L190 | 0.20 | 238.50 | 47.70 |
| YS | 07/31/12 | Draft case status update for client report | L190 | 0.10 | 238.50 | 23.85 |
| | | **TOTAL** | | **7.90** | | **$2,191.95** |

### COSTS & EXPENSES

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 2.20 | $613.80 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| | | | | | | |
|---|---|---|---|---|---|---|
| Invoice No.    323618 | **CLIENT** | GMAC ResCap | | | Page | 2 |
| | **MATTER** | Anderson, Karl & Hooper, M. | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| L190 | Other Case Assessment | | 0.30 | $71.55 | | |
| L510 | Appellate Motions & Submission | | 5.40 | $1,506.60 | | |
| | **TOTAL** | | **7.90** | **$2,191.95** | | |

| **Timekeeper** | | **Position** | **Hours** | **Rate** | **Value** |
|---|---|---|---|---|---|
| Buell, Edward | ERB | Associate | 0.10 | 279.00 | $27.90 |
| Ives, Jon | JDI | Associate | 7.50 | 279.00 | $2,092.50 |
| Shaham, Yaron | YS | Special Counsel | 0.30 | 238.50 | $71.55 |
| | **Total** | | **7.90** | | **$2,191.95** |

| | |
|---|---|
| PRIOR FEES | $23,504.85 |
| PRIOR COSTS & EXPENSES | $2,233.65 |

| | |
|---|---|
| FEES | $2,191.95 |
| **TOTAL THIS INVOICE** | **$2,191.95** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      323619      JBS                                      August 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000      GMAC ResCap
MATTER      0070      Awadalla, Evette v. Magdalena Garcia
                     GMAC Matter No.: 692925

**TOTAL AMOUNT DUE**          $2,620.39

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    323619    JBS                                August 8, 2012

GMAC Mortgage, LLC

Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0070    Awadalla, Evette v. Magdalena Garcia
GMAC Matter No.: 692925

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| LJT | 07/06/12 | Draft proposed order on motion to expunge lis pendens. | L250 | 0.30 | 130.50 | 39.15 |
| YS | 07/06/12 | Draft proposed order granting client's motion to dismiss plaintiff Olivia Awadalla's complaint | L210 | 0.30 | 238.50 | 71.55 |
| YS | 07/06/12 | Draft client's request for judicial notice in support of motion to dismiss plaintiff Olivia Awadalla's complaint | L210 | 0.40 | 238.50 | 95.40 |
| YS | 07/06/12 | Draft client's notice of motion, motion to dismiss, and memorandum of points and authorities in response to plaintiff Olivia Awadalla's complaint | L210 | 3.40 | 238.50 | 810.90 |
| YS | 07/06/12 | Draft client's notice of motion, motion to expunge lis pendens, memorandum of points and authorities, and declaration of Yaron Shaham in support of motion | L210 | 3.00 | 238.50 | 715.50 |
| YS | 07/06/12 | Draft correspondence to client regarding the Court's amended minute order stating Noel McNally's bench warrant was recalled and quashed | L190 | 0.20 | 238.50 | 47.70 |
| YS | 07/11/12 | Receipt, review and analysis of the Court's order requiring plaintiff to electronically file pleadings | L120 | 0.10 | 238.50 | 23.85 |
| ERB | 07/13/12 | Attention to Bankruptcy issues re impact of stay based on supplemental order. | L120 | 0.30 | 279.00 | 83.70 |
| MEH | 07/13/12 | Open appellate working file and review case for upcoming deadlines. | L510 | 0.70 | 261.00 | 182.70 |
| MEH | 07/13/12 | Draft email to client (C. DiCicco) | L510 | 0.30 | 261.00 | 78.30 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    323619        CLIENT    GMAC ResCap                              Page        2
                            MATTER    Awadalla, Evette

|     |         |                                                                  |      |       |        |          |
|-----|---------|------------------------------------------------------------------|------|-------|--------|----------|
|     |         | enclosing draft of status update letter for filing with appellate court re: bankruptcy proceedings. |      |       |        |          |
| MEH | 07/13/12 | Prepare status update re: bankruptcy proceedings per order of appellate court. | L510 | 1.20 | 261.00 | 313.20 |
| YS  | 07/16/12 | Receipt, review and analysis of plaintiff's opposition to client's motion to dismiss | L120 | 0.10 | 238.50 | 23.85 |
| YS  | 07/20/12 | Draft and prepare client's certificate of interested parties in light of the ongoing litigation before the Federal Court | L210 | 0.30 | 238.50 | 71.55 |
| YS  | 07/31/12 | Draft case status update for client report | L190 | 0.10 | 238.50 | 23.85 |
|     |         | **TOTAL** |      | **10.70** |    | **$2,581.20** |

## COSTS & EXPENSES

|          |                                                                  |        |
|----------|------------------------------------------------------------------|--------|
| 07/06/12 | Cardmember Service/Bank One (Acct #7755); Data Search; 3929 Randolph Avenue Los Angeles, CA 06/07/12 | 39.19 |
|          | **TOTAL COSTS & EXPENSES**                                       | **$39.19** |

## BILLING SUMMARY

| Task Code and Description |                              | Hours | Amount |
|--------------------------|------------------------------|-------|--------|
| L120 | Analysis/Strategy                         | 0.50 | $131.40 |
| L190 | Other Case Assessment                     | 0.30 | $71.55 |
| L210 | Pleadings                                 | 7.40 | $1,764.90 |
| L250 | Other Written Motions                     | 0.30 | $39.15 |
| L510 | Appellate Motions & Submission            | 2.20 | $574.20 |
|      | **TOTAL**                                 | **10.70** | **$2,581.20** |

| Timekeeper |     | Position | Hours | Rate | Value |
|------------|-----|----------|-------|------|-------|
| Buell, Edward | ERB | Associate | 0.30 | 279.00 | $83.70 |
| Tarwater, Linda | LJT | Paralegal | 0.30 | 130.50 | $39.15 |
| Holt, M. Elizabeth | MEH | Associate | 2.20 | 261.00 | $574.20 |
| Shaham, Yaron | YS | Special Counsel | 7.90 | 238.50 | $1,884.15 |
|            | **Total** |  | **10.70** |  | **$2,581.20** |

| PRIOR FEES | $152,200.16 |
|------------|-------------|
| PRIOR COSTS & EXPENSES | $23,558.94 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| | | | | | |
|---|---|---|---|---|---|
| Invoice No.   323619 | CLIENT | GMAC ResCap | | Page | 3 |
| | MATTER | Awadalla, Evette | | | |

| | |
|---|---|
| FEES | $2,581.20 |
| COSTS & EXPENSES | $39.19 |
| **TOTAL THIS INVOICE** | **$2,620.39** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     323620     JBS                                    August 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000     GMAC ResCap
MATTER      0073      Bonner, Charles A. v. GMAC Mortgage, Inc., et al.
                      GMAC Matter No.: 696525

**TOTAL AMOUNT DUE**          **$572.85**

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    323620    JBS                                        August 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  0073    Bonner, Charles A. v. GMAC Mortgage, Inc., et al.
GMAC Matter No.: 696525

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ERB | 07/03/12 | Review matter and prepare status report for client. | L120 | 0.10 | 279.00 | 27.90 |
| MGC | 07/12/12 | Call with client re: case issues. | L190 | 0.20 | 238.50 | 47.70 |
| MGC | 07/20/12 | Draft notice of bankruptcy stay. | L190 | 0.80 | 238.50 | 190.80 |
| MGC | 07/23/12 | Revise notice of bankruptcy stay. | L190 | 0.70 | 238.50 | 166.95 |
| ERB | 07/26/12 | Attention to Bankruptcy issues and analysis of claims subject to stay and impact of final supplemental order. | L120 | 0.50 | 279.00 | 139.50 |
| | | **TOTAL** | | **2.30** | | **$572.85** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.60 | $167.40 |
| L190 | Other Case Assessment | 1.70 | $405.45 |
| | **TOTAL** | **2.30** | **$572.85** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Buell, Edward | ERB | Associate | 0.60 | 279.00 | $167.40 |
| Cross, Michael | MGC | Associate | 1.70 | 238.50 | $405.45 |
| | **Total** | | **2.30** | | **$572.85** |

PRIOR FEES                        $33,567.57
PRIOR COSTS & EXPENSES            $2,090.52

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 323620 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Bonner, Charles A. | | |

|  |  |
|---|---|
| FEES | $572.85 |
| **TOTAL THIS INVOICE** | **$572.85** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      323622      JBS                                                    August 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000      GMAC ResCap
MATTER      0156      Alton, Patricia v. GMAC Mortgage, LLC
                              GMAC Matter No.: 695737

**TOTAL AMOUNT DUE**          $1,669.65

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    323622    JBS                                    August 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0156    Alton, Patricia v. GMAC Mortgage, LLC
GMAC Matter No.: 695737

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ERB | 07/03/12 | Review matter and prepare status report for client. | L120 | 0.10 | 279.00 | 27.90 |
| ACS | 07/03/12 | Phone call with D. Chavez (counsel on related case, Alton v. JPMorgan Chase) re: witnesses, evidence, plaintiff's counsel | L190 | 0.50 | 288.00 | 144.00 |
| ACS | 07/05/12 | Prepare case management statement | L190 | 0.30 | 288.00 | 86.40 |
| ERB | 07/06/12 | Communiactions with client re status fo matter and issues re potential title claim. | L120 | 0.20 | 279.00 | 55.80 |
| ACS | 07/06/12 | Monitor pretrial activity in related Alton v JPMorgan Chase case (SCSC No. 110CV177771) | L440 | 0.40 | 288.00 | 115.20 |
| ERB | 07/10/12 | Prepare status update and information re Bankruptcy stay per clients request. | L120 | 0.10 | 279.00 | 27.90 |
| ACS | 07/10/12 | Analyze opposition and reply papers on Greenpoint demurrer to amended complaint | L250 | 0.40 | 288.00 | 115.20 |
| ACS | 07/10/12 | Revise verifications for answers to amended complaint | L210 | 0.20 | 288.00 | 57.60 |
| ACS | 07/10/12 | Plan further discovery tasks | L390 | 0.40 | 288.00 | 115.20 |
| ERB | 07/12/12 | Review and revise Answer to 5AC and communications re same. | L210 | 0.40 | 279.00 | 111.60 |
| ACS | 07/17/12 | Attend hearing on Greenpoint demurrer to amended complaint | L250 | 0.90 | 288.00 | 259.20 |
| ACS | 07/17/12 | Attend case management conference | L190 | 0.40 | 288.00 | 115.20 |
| ACS | 07/23/12 | Prepare verifications for answers to amended complaint | L210 | 0.30 | 288.00 | 86.40 |
| ACS | 07/23/12 | Analyze title insurance coverage of claims | L190 | 0.30 | 288.00 | 86.40 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 323622 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Alton, Patricia | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ACS | 07/27/12 | Analyze trial outcome of related Alton v. JPMorgan Chase case (SCSC No. 110CV177771) | L190 | 0.30 | 288.00 | | 86.40 |
| | | **TOTAL** | | **5.20** | | | **$1,490.40** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 07/02/12 | CourtCall, LLC; CourtCall - Conference Service; 07/17/12 | 78.00 |
| 07/06/12 | First Legal Network, LLC; Transmittal of filing to court; SCSC- San Jose 6/12/12 | 29.75 |
| 07/06/12 | First Legal Network, LLC; Transmittal of filing to court; SCSC- San Jose 6/12/12 | 29.75 |
| 07/06/12 | First Legal Network, LLC; Transmittal of filing to court; Santa Clara County Court 6/14/12 | 41.75 |
| | **TOTAL COSTS & EXPENSES** | **$179.25** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.40 | $111.60 |
| L190 | Other Case Assessment | 1.80 | $518.40 |
| L210 | Pleadings | 0.90 | $255.60 |
| L250 | Other Written Motions | 1.30 | $374.40 |
| L390 | Other Discovery | 0.40 | $115.20 |
| L440 | Other Trial Preparation | 0.40 | $115.20 |
| | **TOTAL** | **5.20** | **$1,490.40** |

| Timekeeper | | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|---|
| Sears, Alex | | ACS | Associate | 4.40 | 288.00 | $1,267.20 |
| Buell, Edward | | ERB | Associate | 0.80 | 279.00 | $223.20 |
| | | Total | | 5.20 | | $1,490.40 |

| | | |
|---|---|---|
| PRIOR FEES | $36,345.60 | |
| PRIOR COSTS & EXPENSES | $3,449.94 | |

| | |
|---|---|
| FEES | $1,490.40 |
| COSTS & EXPENSES | $179.25 |
| **TOTAL THIS INVOICE** | **$1,669.65** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    323623    JBS                                      August 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    0260    Krause, Paul and Jennifer v. Homecomings Financial, LLC
C/M# 697891

**TOTAL AMOUNT DUE**            **$948.30**

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    323623    JBS                                    August 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0260    Krause, Paul and Jennifer v. Homecomings Financial, LLC
C/M# 697891

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ERB | 07/03/12 | Review matter and prepare status report for client. | L120 | 0.10 | 279.00 | 27.90 |
| GWJ | 07/05/12 | Conference with T. Buell re bankruptcy status conference. | L230 | 0.20 | 261.00 | 52.20 |
| GWJ | 07/12/12 | Preparation of bankruptcy status report. | L230 | 0.70 | 261.00 | 182.70 |
| GWJ | 07/12/12 | Correspondence with parties re draft joint report. | L230 | 0.20 | 261.00 | 52.20 |
| ERB | 07/12/12 | Attention to issues re Bankruptcy and COurt's request for status update. | L120 | 0.40 | 279.00 | 111.60 |
| GWJ | 07/13/12 | Preparation of status report re bankruptcy stay. | L230 | 0.20 | 261.00 | 52.20 |
| GWJ | 07/13/12 | Correspondence with co-defense counsel re status report. | L230 | 0.20 | 261.00 | 52.20 |
| GWJ | 07/19/12 | Attendance at OSC re BK status. | L230 | 1.10 | 261.00 | 287.10 |
| GWJ | 07/30/12 | Drafting of case status report to client. | L120 | 0.20 | 261.00 | 52.20 |
| | | **TOTAL** | | **3.30** | | **$870.30** |

### COSTS & EXPENSES

| | | |
|---|---|---|
| 07/16/12 | CourtCall, LLC; CourtCall - Conference Service; 07/19/12 | 78.00 |

**TOTAL COSTS & EXPENSES**                **$78.00**

### BILLING SUMMARY

| Task Code and Description | Hours | Amount |
|--------------------------|-------|--------|
| L120    Analysis/Strategy | 0.70 | $191.70 |
| L230    Court Mandated Conferences | 2.60 | $678.60 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. 323623 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|
| | MATTER | Krause, Paul & Jennifer | | |

| | TOTAL | 3.30 | $870.30 |
|---|---|---|---|

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Buell, Edward | ERB | Associate | 0.50 | 279.00 | $139.50 |
| Walser-Jolly, Genevieve | GWJ | Associate | 2.80 | 261.00 | $730.80 |
| | **Total** | | **3.30** | | **$870.30** |

| PRIOR FEES | $84,193.65 |
|---|---|
| PRIOR COSTS & EXPENSES | $2,547.18 |

| FEES | $870.30 |
|---|---|
| COSTS & EXPENSES | $78.00 |
| **TOTAL THIS INVOICE** | **$948.30** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     323624     JBS                                                    August 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     19000     GMAC ResCap
MATTER     0268      Olson, Cari
                     GMAC Matter No.: 695432

**TOTAL AMOUNT DUE**          **$1,101.15**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    323624    JBS                                        August 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0268    Olson, Cari
                          GMAC Matter No.: 695432

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ERB | 07/03/12 | Review matter and prepare status report for client. | L120 | 0.10 | 279.00 | 27.90 |
| JHT | 07/16/12 | Drafted Opposition to Plaintiff's Motion for New Trial. | L210 | 3.00 | 238.50 | 715.50 |
| JHT | 07/18/12 | Revised/Continued to Draft Opposition to Plaintiff's Motion for New Trial. | L210 | 1.00 | 238.50 | 238.50 |
| YS | 07/19/12 | telephone conference with client regarding status of the case and opposing plaintiff's motion for a new trial | L190 | 0.20 | 238.50 | 47.70 |
| YS | 07/23/12 | Further drafting and revising of client's opposition to plaintiff's motion for new trial | L210 | 0.30 | 238.50 | 71.55 |
| | | **TOTAL** | | **4.60** | | **$1,101.15** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.10 | $27.90 |
| L190 | Other Case Assessment | 0.20 | $47.70 |
| L210 | Pleadings | 4.30 | $1,025.55 |
| | **TOTAL** | **4.60** | **$1,101.15** |

| Timekeeper | | Position | Hours | Rate | Value |
|-----------|---|----------|-------|------|-------|
| Buell, Edward | ERB | Associate | 0.10 | 279.00 | $27.90 |
| Tuffaha, Joe | JHT | Associate | 4.00 | 238.50 | $954.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.   323624 | CLIENT<br>MATTER | GMAC ResCap<br>Olson, Cari | | | Page | 2 |
|---|---|---|---|---|---|---|
| Shaham, Yaron | YS | Special Counsel | 0.50 | 238.50 | $119.25 | |
| | **Total** | | **4.60** | | **$1,101.15** | |

PRIOR FEES                         $54,752.85
PRIOR COSTS & EXPENSES      $6,350.99

|  | FEES | $1,101.15 |
|---|---|---|
| **TOTAL THIS INVOICE** | | **$1,101.15** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    323625    JBS                                        August 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    0370    Marques, Reynaldo and Anne v. MortgageIT, Inc.
GMAC Matter No.: 694913

**TOTAL AMOUNT DUE**          **$757.69**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    323625    JBS                                    August 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0370    Marques, Reynaldo and Anne v. MortgageIT, Inc.
GMAC Matter No.: 694913

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| ERB | 07/03/12 | Review matter and prepare status report for client. | L120 | 0.10 | 279.00 | 27.90 |
| YS | 07/03/12 | Receipt, review and analysis of the Plaintiffs' fourth writ of error | L120 | 0.10 | 238.50 | 23.85 |
| YS | 07/18/12 | Receipt, review and analysis of the Court's judgment on client's motion for summary judgment | L120 | 0.10 | 238.50 | 23.85 |
| YS | 07/18/12 | Draft notice of judgment on the clients' motion for summary judgment, or alternatively, summary adjudication | L210 | 0.30 | 238.50 | 71.55 |
| JHT | 07/18/12 | Reviewed Judgment on MSJ. | L190 | 0.10 | 238.50 | 23.85 |
| JHT | 07/18/12 | Corresponded with Client Re. Judgment on MSJ. | L190 | 0.10 | 238.50 | 23.85 |
| LJT | 07/19/12 | Attention to certified copy of judgment and draft e-mail re same. | L190 | 0.10 | 130.50 | 13.05 |
| YS | 07/27/12 | Further drafting and revising of clients' motion for attorney's fees in light of judgment in clients' favor in this case | L210 | 0.80 | 238.50 | 190.80 |
| YS | 07/30/12 | Receipt, review and analysis of plaintiffs' fifth writ of error in light of judgment of dismissal of the case | L120 | 0.10 | 238.50 | 23.85 |
| JHT | 07/31/12 | Reviewed Motion for Attorney's Fees. | L210 | 0.40 | 238.50 | 95.40 |
| | | **TOTAL** | | **2.20** | | **$517.95** |

## COSTS & EXPENSES

07/06/12    One Legal, Inc.; Transmittal of filing to court;                9.95
Notice of Continued Hearing on Defendant's
GMAC Mortgage, LLC's and HSBC Bank

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 323625 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Marques, Reynaldo & Anne | | |

|  |  |  |
|---|---|---|
| | USA, N.A.'s Ex Parte Application for...06/20/12 | |
| 07/06/12 | First Legal Network, LLC; Transmittal of filing to court; OCSC- Central, Santa Ana 6/4/12; Advance ck. $40.00 | 70.00 |
| 07/12/12 | NORCO Delivery Services; Messenger; Reynaldo Marques at 11791 Montecito Td., Los Alamitos Ca. 6/20/12 | 20.17 |
| 07/12/12 | NORCO Delivery Services; Messenger; Reynaldo Marques at 11791 Montecito Rd., LA CA. 6/21/12 | 20.17 |
| 07/12/12 | One Legal, Inc.; Transmittal of filing to court; Notice of New Trial, Notice of Ruling on Plaintiff's Motion to Strike, Notice of Continuance of Hearing on Ex Parte...including Court Filing Fee $20 06/22/12 | 29.95 |
| 07/20/12 | First Legal Network, LLC; Transmittal of filing to court; OCSC- Santa Ana, Advance ck. $40.00 6/19/12 | 49.75 |
| 07/20/12 | First Legal Network, LLC; Transmittal of filing to court; OCSC- Santa Ana 6/27/12 | 9.75 |
| 07/23/12 | Cardmember Service/Bank One (Acct #7755); Court and Filing Fees; Orange CO Superior Court WE - CA 06/18/12 | 15.00 |
| 07/23/12 | Cardmember Service/Bank One (Acct #7755); Court and Filing Fees; Orange CO Superior Court WE - CA 06/18/12 | 7.50 |
| 07/23/12 | Cardmember Service/Bank One (Acct #7755); Court and Filing Fees; Orange CO Superior Court WE - CA 06/19/12 | 7.50 |
| | **TOTAL COSTS & EXPENSES** | **$239.74** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.40 | $99.45 |
| L190 | Other Case Assessment | 0.30 | $60.75 |
| L210 | Pleadings | 1.50 | $357.75 |
| | **TOTAL** | **2.20** | **$517.95** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Buell, Edward | ERB | Associate | 0.10 | 279.00 | $27.90 |
| Tuffaha, Joe | JHT | Associate | 0.60 | 238.50 | $143.10 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. 323625 | CLIENT | GMAC ResCap | | | Page | 3 |
|---|---|---|---|---|---|---|
| | MATTER | Marques, Reynaldo & Anne | | | | |
| Tarwater, Linda | LJT | Paralegal | 0.10 | 130.50 | $13.05 | |
| Shaham, Yaron | YS | Special Counsel | 1.40 | 238.50 | $333.90 | |
| | **Total** | | **2.20** | | **$517.95** | |

| | | |
|---|---|---|
| PRIOR FEES | $85,415.40 | |
| PRIOR COSTS & EXPENSES | $4,323.56 | |

| | |
|---|---|
| FEES | $517.95 |
| COSTS & EXPENSES | $239.74 |
| **TOTAL THIS INVOICE** | **$757.69** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      323626      JBS                                          August 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 0382 | Kirk, Randall v. Homecomings Financial Network |
| | | GMAC Matter No.: 36561 |

713814

**TOTAL AMOUNT DUE**              **$502.20**

### *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      323626      JBS                                          August 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter      19000  0382      Kirk, Randall v. Homecomings Financial Network
GMAC Matter No.: 36561

FOR PROFESSIONAL SERVICES RENDERED      01/01/1994          07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| ERB | 07/02/12 | Communications with client and Plaintiff re appliaction of modification based on subsequent incorrect monthly statements. | L160 | 0.60 | 279.00 | 167.40 |
| ERB | 07/03/12 | Communications with client and plaintiff re payments due under settlement and modification. | L160 | 0.30 | 279.00 | 83.70 |
| ERB | 07/13/12 | Communications with plaintiff and client re status fo modification payment stubs, correct amount to submit and confirmation modification has been boarded. | L160 | 0.50 | 279.00 | 139.50 |
| ERB | 07/23/12 | Calls with client and Plaintiff re status of monthly payment and account based on modified terms and incorrect monthly statement received by Plaintiff. | L160 | 0.40 | 279.00 | 111.60 |
| | | **TOTAL** | | **1.80** | | **$502.20** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|--|-------|--------|
| L160   Settlement/Non-Binding ADR | | 1.80 | $502.20 |
| **TOTAL** | | **1.80** | **$502.20** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|--|----------|-------|------|-------|
| Buell, Edward | ERB | Associate | 1.80 | 279.00 | $502.20 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 323626 | CLIENT | GMAC ResCap | | Page | 2 |
| | | MATTER | Kirk, Randall | | | |

|  | **Total** | | 1.80 | **$502.20** |
|---|---|---|---|---|

PRIOR FEES                             $14,989.95
PRIOR COSTS & EXPENSES        $2,432.70

|  | FEES | $502.20 |
|---|---|---|
|  | **TOTAL THIS INVOICE** | **$502.20** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     323628     JBS                                August 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     19000     GMAC ResCap
MATTER     0433      Haroutunian, Hedeya
                     C/M# 697640

**TOTAL AMOUNT DUE**          $2,925.00

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     323628     JBS                                      August 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter     19000  0433     Haroutunian, Hedeya
C/M# 697640

FOR PROFESSIONAL SERVICES RENDERED     01/01/1994          07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| RJG | 07/13/12 | Attention to bankruptcy stay and pending appeal issues and correspondence with our client to advise regarding the same. | L510 | 0.40 | 274.50 | 109.80 |
| ERB | 07/13/12 | Attention to Bankruptcy issues re impact of stay based on supplemental order. | L120 | 0.30 | 279.00 | 83.70 |
| MEH | 07/13/12 | Open appellate working file and review for upcoming deadlines. | L510 | 0.80 | 261.00 | 208.80 |
| MEH | 07/13/12 | Draft email to client (C. Bonello) enclosing draft of status update letter for filing with appellate court re: bankruptcy proceedings. | L510 | 0.30 | 261.00 | 78.30 |
| MEH | 07/13/12 | Prepare status update re: bankruptcy proceedings per order of appellate court. | L510 | 1.20 | 261.00 | 313.20 |
| RJG | 07/18/12 | Analysis and evaluation of bankruptcy stay and pending appeal issues and correspondence with our client to address the same. | L510 | 0.40 | 274.50 | 109.80 |
| KWF | 07/18/12 | Prepare response to E. Holt email re bankruptcy hearing transcript. | L190 | 0.10 | 270.00 | 27.00 |
| MEH | 07/18/12 | Exchange multiple emails with client (C. Bonello) re: appellants' pending motion in bankruptcy court for relief from automatic stay. | L120 | 0.50 | 261.00 | 130.50 |
| RJG | 07/19/12 | Analysis and evaluation of bankruptcy stay and pending appeal issues and correspondence with our client to respond to an inquiry regarding the | L120 | 0.30 | 274.50 | 82.35 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 323628 | CLIENT | GMAC ResCap | | | | Page | 2 |
| | | MATTER | Haroutunian, Hedeya | | | | | |

| | | | | | | |
|------|----------|-------------------------------------------------------------------------------------------------------------------|-------|------|--------|--------|
| | | same. | | | | |
| MEH | 07/20/12 | Monitor bankruptcy docket for appellant's motion for relief from automatic stay. | L120 | 0.20 | 261.00 | 52.20 |
| DHC | 07/25/12 | Conference with Kerry Franich, Elizabeth Holt, Robert Gandy, and Ted Buell re plaintiff's/appellant's motion for relief from stay. | L250 | 0.50 | 337.50 | 168.75 |
| RJG | 07/25/12 | Analysis and evaluation of bankruptcy stay, motion for relief from stay and pending appeal issues and correspondence with our client to respond to multiple inquiries regarding the same. | L510 | 0.40 | 274.50 | 109.80 |
| KWF | 07/25/12 | Review and analyze motion for relief from automatic stay. | L250 | 0.30 | 270.00 | 81.00 |
| KWF | 07/25/12 | Prepare notes re motion for relief, prepare email to E. Holt with same. | L250 | 0.60 | 270.00 | 162.00 |
| MEH | 07/25/12 | Review/analyze plaintiff-appellant's motion for relief from bankruptcy stay. | L510 | 0.50 | 261.00 | 130.50 |
| MEH | 07/25/12 | Exchange multiple emails with client (C. Bonello) re: strategizing response to appellant's motion for relief from bankruptcy stay. | L510 | 0.50 | 261.00 | 130.50 |
| MEH | 07/25/12 | Marshall key case documents in preparation for conference call re: appellant's motion for relief from bankruptcy stay. | L510 | 0.80 | 261.00 | 208.80 |
| KWF | 07/26/12 | Prepare for client teleconference re motion for relief from stay. | L190 | 0.30 | 270.00 | 81.00 |
| DHC | 07/27/12 | Conference with Client, Mo Fo counsel, Ted Buell, Elizabeth Holt, re pending RFS motion and strategy. | L250 | 0.50 | 337.50 | 168.75 |
| RJG | 07/27/12 | Analysis and evaluation of bankruptcy stay and pending appeal issues and telephone call conference with our client and bankruptcy counsel to address the same. | L510 | 0.50 | 274.50 | 137.25 |
| ERB | 07/27/12 | Prepare for and attend call with client re Plaintiffs motion for relief from stay. | L120 | 0.50 | 279.00 | 139.50 |
| KWF | 07/27/12 | Conference call with client C. Bonello and bankruptcy counsel. | L190 | 0.30 | 270.00 | 81.00 |
| MEH | 07/27/12 | Telephone conference with client (C. | L120 | 0.50 | 261.00 | 130.50 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 323628 | CLIENT | GMAC ResCap | Page | 3 |
|---|---|---|---|---|---|
| | | MATTER | Haroutunian, Hedeya | | |

Bonello) and bankruptcy counsel to plan strategy for opposing appellant's motion for relief from stay.

**TOTAL**          10.70          **$2,925.00**

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 2.30 | $618.75 |
| L190 | Other Case Assessment | 0.70 | $189.00 |
| L250 | Other Written Motions | 1.90 | $580.50 |
| L510 | Appellate Motions & Submission | 5.80 | $1,536.75 |
| | **TOTAL** | **10.70** | **$2,925.00** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Cram, Donald | DHC | Member | 1.00 | 337.50 | $337.50 |
| Buell, Edward | ERB | Associate | 0.80 | 279.00 | $223.20 |
| Franich, Kerry | KWF | Associate | 1.60 | 270.00 | $432.00 |
| Holt, M. Elizabeth | MEH | Associate | 5.30 | 261.00 | $1,383.30 |
| Gandy, Robert | RJG | Special Counsel | 2.00 | 274.50 | $549.00 |
| | **Total** | | **10.70** | | **$2,925.00** |

| PRIOR FEES | $76,337.10 |
|---|---|
| PRIOR COSTS & EXPENSES | $3,995.83 |

| FEES | $2,925.00 |
|---|---|
| **TOTAL THIS INVOICE** | **$2,925.00** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    323629    JBS                                      August 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    0452    Washington, Manya
C/M# 699353

**TOTAL AMOUNT DUE**          **$1,709.55**

### *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     323629     JBS                                            August 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter     19000 0452     Washington, Manya
C/M# 699353

FOR PROFESSIONAL SERVICES RENDERED     01/01/1994          07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| RJG | 07/03/12 | Attention to notice of appeal and pending appeal issues. | L510 | 0.20 | 274.50 | 54.90 |
| ERB | 07/03/12 | Review matter and prepare status report for client. | L120 | 0.10 | 279.00 | 27.90 |
| KWF | 07/05/12 | Teleconference with E. Holt re case status and bankruptcy stay. | L190 | 0.20 | 270.00 | 54.00 |
| MEH | 07/05/12 | Update/reopen files in light of reinstatement of appeal. | L120 | 1.00 | 261.00 | 261.00 |
| MEH | 07/05/12 | Calculate and calendar upcoming appellate deadlines. | L120 | 0.20 | 261.00 | 52.20 |
| MEH | 07/05/12 | Draft email to client (C. DiCicco) re: reinstatement of appeal and current case status. | L120 | 0.20 | 261.00 | 52.20 |
| MEH | 07/05/12 | Analyze propriety of notice of stay in light of interim order from bankruptcy court. | L120 | 0.60 | 261.00 | 156.60 |
| KWF | 07/18/12 | Prepare email to E. Holt re filing of notices of bankruptcy. | L190 | 0.30 | 270.00 | 81.00 |
| MEH | 07/18/12 | Review case file for propriety of notice of automatic stay in light of recently issued final supplemental bankruptcy order. | L120 | 0.40 | 261.00 | 104.40 |
| RJG | 07/19/12 | Analysis and evaluation of issues regarding the applicability of the bankruptcy automatic stay to pending appeal issues and attention to appeal strategy. | L120 | 0.30 | 274.50 | 82.35 |
| MEH | 07/23/12 | Strategize re: propriety of filing notice of bankruptcy stay, per client request. | L120 | 0.40 | 261.00 | 104.40 |
| MEH | 07/25/12 | Draft notice of automatic stay | L510 | 0.70 | 261.00 | 182.70 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. 323629 | CLIENT | GMAC ResCap | Page | 2 |
| | MATTER | Washington, Manya | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | stay. | | | | |
| MEH | 07/26/12 | Draft cover letter to plaintiffs to accompany notice of bankruptcy stay. | L510 | 1.40 | 261.00 | 365.40 |
| MEH | 07/26/12 | Exchange emails with client (C. DiCicco) re: drafts of cover letter and notice of bankruptcy stay. | L120 | 0.50 | 261.00 | 130.50 |
| | | **TOTAL** | | **6.50** | | **$1,709.55** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 3.70 | $971.55 |
| L190 | Other Case Assessment | 0.50 | $135.00 |
| L510 | Appellate Motions & Submission | 2.30 | $603.00 |
| | **TOTAL** | **6.50** | **$1,709.55** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Buell, Edward | ERB | Associate | 0.10 | 279.00 | $27.90 |
| Franich, Kerry | KWF | Associate | 0.50 | 270.00 | $135.00 |
| Holt, M. Elizabeth | MEH | Associate | 5.40 | 261.00 | $1,409.40 |
| Gandy, Robert | RJG | Special Counsel | 0.50 | 274.50 | $137.25 |
| | **Total** | | **6.50** | | **$1,709.55** |

| | | |
|---|---|---|
| PRIOR FEES | $15,893.55 | |
| PRIOR COSTS & EXPENSES | $2,353.91 | |

| | | |
|---|---|---|
| FEES | | $1,709.55 |
| **TOTAL THIS INVOICE** | | **$1,709.55** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      323630      JBS                                          August 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 0495 | Frick, Linda v. Valerie Pina |
| | | GMAC Matter No.: 700169 |

**TOTAL AMOUNT DUE**              $1,214.10

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    323630    JBS                                              August 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0495    Frick, Linda v. Valerie Pina
GMAC Matter No.: 700169

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ERB | 07/03/12 | Review matter and prepare status report for client. | L120 | 0.10 | 279.00 | 27.90 |
| EMR | 07/09/12 | Analysis of effect of bankruptcy stay order on pending settlement. | L120 | 0.30 | 306.00 | 91.80 |
| ERB | 07/11/12 | Attention to Bankrupcy issues and determination of abiltiy to complete settlement under terms of supplemental order. | L120 | 0.50 | 279.00 | 139.50 |
| EMR | 07/11/12 | E-mail communications with C. Hancock re status of settlement; effect of stay on same. | L160 | 0.20 | 306.00 | 61.20 |
| EMR | 07/12/12 | Review plaintiff's proposed changes to settlement agreement, as needed to respond to same. | L160 | 0.80 | 306.00 | 244.80 |
| EMR | 07/12/12 | E-mail to opposing counsel regarding response to proposed changes to settlement agreement. | L160 | 0.20 | 306.00 | 61.20 |
| ERB | 07/13/12 | Analysis of settlement issue re title company request to not be included in the settlement agreement despite being payee of settlement amount. | L160 | 0.50 | 279.00 | 139.50 |
| EMR | 07/13/12 | Review responsive e-mail from plaintiff's counsel regarding proposed revisions to settlement agreement. | L160 | 0.10 | 306.00 | 30.60 |
| EMR | 07/13/12 | Analysis of issues raised pertaining to plaintiff's title insurer and role in settlement. | L160 | 0.30 | 306.00 | 91.80 |
| EMR | 07/17/12 | E-mail communications with M. Maciejweski, counsel for Plaintiff regarding proposed revisions to | L160 | 0.10 | 306.00 | 30.60 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 323630 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Frick, Linda | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | settlement agreement and effect of bankruptcy court order granting limited stay relief on settlement. | | | | |
| EMR | 07/23/12 | Further e-mail communications with M. Maciejweski, counsel for Plaintiff regarding proposed revisions to settlement agreement and effect of bankruptcy court order granting limited stay relief on settlement. | L160 | 0.10 | 306.00 | 30.60 |
| ERB | 07/24/12 | Analysis of title insurers request for release but unwillingness to sign agreement and strategize re same and completion of settlement. | L160 | 0.40 | 279.00 | 111.60 |
| EMR | 07/24/12 | Telephone conversation with M. Maciejewski, counsel for Plaintiff regarding his proposed revisions to settlement agreement, as needed to finalize same. | L160 | 0.20 | 306.00 | 61.20 |
| EMR | 07/24/12 | E-mail to C. Hancock containing recommendation regarding response to Plaintiff's proposed changes to settlement agreement. | L160 | 0.20 | 306.00 | 61.20 |
| EMR | 07/25/12 | Conversation with C. Hancock regarding analysis and recommendation pertaining to Plaintiff's requested revisions to settlement agreement, as needed to complete same. | L160 | 0.10 | 306.00 | 30.60 |
| | | **TOTAL** | | **4.10** | | **$1,214.10** |


## COSTS & EXPENSES


## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.90 | $259.20 |
| L160 | Settlement/Non-Binding ADR | 3.20 | $954.90 |
| | **TOTAL** | **4.10** | **$1,214.10** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Roman, Eleanor | EMR | Special Counsel | 2.60 | 306.00 | $795.60 |
| Buell, Edward | ERB | Associate | 1.50 | 279.00 | $418.50 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| | | | | | | |
|---|---|---|---|---|---|---|
| Invoice No.    323630 | CLIENT | GMAC ResCap | | | Page | 3 |
| | MATTER | Frick, Linda | | | | |

| | | | |
|---|---|---|---|
| **Total** | | 4.10 | **$1,214.10** |

| | |
|---|---|
| PRIOR FEES | $90,278.55 |
| PRIOR COSTS & EXPENSES | $11,566.82 |

| | |
|---|---|
| FEES | $1,214.10 |
| **TOTAL THIS INVOICE** | **$1,214.10** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     323631     JBS                                    August 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     19000     GMAC ResCap
MATTER     0512     Mangan, Andrea
                    C/M# 701217

**TOTAL AMOUNT DUE**          $3,126.04

***REMITTANCE COPY***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    323631    JBS                                    August 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0512    Mangan, Andrea
C/M# 701217

### FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| ERB | 07/03/12 | Review matter and prepare status report for client. | L120 | 0.10 | 279.00 | 27.90 |
| ERB | 07/10/12 | Prepare status update and information re Bankruptcy stay per clients request. | L120 | 0.20 | 279.00 | 55.80 |
| MEG | 07/13/12 | Review and analysis of discovery received and propounded on MERS. | L310 | 1.40 | 261.00 | 365.40 |
| MEG | 07/17/12 | Review and analysis of opposition to demurrer. | L240 | 0.80 | 261.00 | 208.80 |
| MEG | 07/18/12 | Review pleadings and provide case status regarding bankruptcy and servicing. | L110 | 0.30 | 261.00 | 78.30 |
| MEG | 07/23/12 | Correspondence to K.Lee (counsel for MERS) regarding discovery and demurrer. | L120 | 0.30 | 261.00 | 78.30 |
| MEG | 07/23/12 | Correspondence to C.Hancock regarding demurrer, questions from plaintiff regarding bankruptcy, and discovery. | L120 | 0.40 | 261.00 | 104.40 |
| MEG | 07/23/12 | Draft reply brief in support of demurrer. | L240 | 5.90 | 261.00 | 1,539.90 |
| MEG | 07/23/12 | Analysis regarding plaintiff's res judicata arguments and research regarding cases cited. | L240 | 0.60 | 261.00 | 156.60 |
| MEG | 07/24/12 | Correspondence to and from plaintiff's counsel regarding his question re: sale of assets controlled by trustee. | L110 | 0.30 | 261.00 | 78.30 |
| MEG | 07/29/12 | Review document provided by plaintiff's counsel re: sale of assets and draft correspondence to client regarding same. | L110 | 0.50 | 261.00 | 130.50 |
| MEG | 07/31/12 | Review and analysis of tentative ruling | L240 | 0.30 | 261.00 | 78.30 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 323631 | CLIENT | GMAC ResCap | | | Page | 2 |
| | | MATTER | Mangan, Andrea | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | as to MERS demurrer. | | | | | |
| MEG | 07/31/12 | Correspondence to client regarding demurrer ruling and UD judgment. | L120 | 0.40 | 261.00 | | 104.40 |
| | | **TOTAL** | | **11.50** | | | **$3,006.90** |

## COSTS & EXPENSES

| | | | |
|---|---|---|---|
| 07/06/12 | First Legal Network, LLC; Transmittal of filing to court; SFSC- San Francisco 6/4/12 | | 41.00 |
| 07/06/12 | Cardmember Service/Bank One (Acct #7755); Data Search; 798 Anderson Street San Francisco, CA 06/21/12 | | 8.39 |
| 07/20/12 | First Legal Network, LLC; Transmittal of filing to court; SFSC- San Francisco 6/22/12; Advance ck. $40.00 | | 69.75 |
| | **TOTAL COSTS & EXPENSES** | **$119.14** | |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 1.10 | $287.10 |
| L120 | Analysis/Strategy | 1.40 | $370.80 |
| L240 | Dispositive Motions | 7.60 | $1,983.60 |
| L310 | Written Discovery | 1.40 | $365.40 |
| | **TOTAL** | **11.50** | **$3,006.90** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Buell, Edward | ERB | Associate | 0.30 | 279.00 | $83.70 |
| Gruber, Megan | MEG | Associate | 11.20 | 261.00 | $2,923.20 |
| | **Total** | | **11.50** | | **$3,006.90** |

| | | |
|---|---|---|
| PRIOR FEES | $27,108.90 | |
| PRIOR COSTS & EXPENSES | $1,555.58 | |

| | | |
|---|---|---|
| FEES | $3,006.90 |
| COSTS & EXPENSES | $119.14 |
| **TOTAL THIS INVOICE** | **$3,126.04** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      323632      JBS                                          August 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 0572 | Laughlin, Charles v. Homecomings Financial, LLC |
| | | GMAC Matter No.: 702852 |

**TOTAL AMOUNT DUE**              **$300.25**

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    323632    JBS                                     August 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0572    Laughlin, Charles v. Homecomings Financial, LLC
GMAC Matter No.: 702852

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ERB | 07/03/12 | Review matter and prepare status report for client. | L120 | 0.10 | 279.00 | 27.90 |
| AAG | 07/16/12 | Prepare internal case update. | L190 | 0.20 | 238.50 | 47.70 |
| AAG | 07/26/12 | Communicate with client regarding settlement offer. | L160 | 0.20 | 238.50 | 47.70 |
| AAG | 07/31/12 | Draft letter to plaintiff's attorney regarding client's offer to write off junior lien. | L160 | 0.20 | 238.50 | 47.70 |
| | | **TOTAL** | | **0.70** | | **$171.00** |

### COSTS & EXPENSES

| | | |
|---|---|---|
| 07/06/12 | First Legal Network, LLC; Transmittal of filing to court; Butte County Court 6/4/12 | 129.25 |

**TOTAL COSTS & EXPENSES**                          **$129.25**

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.10 | $27.90 |
| L160 | Settlement/Non-Binding ADR | 0.40 | $95.40 |
| L190 | Other Case Assessment | 0.20 | $47.70 |
| | **TOTAL** | **0.70** | **$171.00** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Givental, Alisa | AAG | Associate | 0.60 | 238.50 | $143.10 |
| Buell, Edward | ERB | Associate | 0.10 | 279.00 | $27.90 |
| | **Total** | | **0.70** | | **$171.00** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    323632    CLIENT    GMAC ResCap                                    Page        2
                        MATTER    Laughlin, Charles

PRIOR FEES                              $15,562.35
PRIOR COSTS & EXPENSES                   $2,386.98

|                     |          |
|---------------------|----------|
| FEES                | $171.00  |
| COSTS & EXPENSES    | $129.25  |
| **TOTAL THIS INVOICE** | **$300.25** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# INVOICE

...etwork LLC
49806 Los Angeles, CA 90074—9806

X ID# 27-3093840

| Invoice No. | Customer No. |
|---|---|
| 266261 | 82035 |
| Invoice Date | Total Due |
| 6/15/12 | 36,858.22 |

SEVERSON & WERSON
1 EMBARCADERO CENTER
SUITE 2600
SAN FRANCISCO, CA 94111

BILLING QUESTIONS CALL:
BILLING DEPT(213)213-2631
PAYMENT QUESTIONS CALL:
PAYMENT DEPT(213)213-2640

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 82035 | 266261 | 6/15/12 | 36,858.22 | 8 |

| Date | Ordr No. | Svc | Service Detail | | Charges | | Total |
|---|---|---|---|---|---|---|---|
| 6/04/12 RESEARCH-BRANCH SAME DAY | 6801651 | BAR | SDSC-VISTA 325 SOUTH MELROSE DRIVE VISTA        CA 92083 Caller: BETH ELLIOTT Case No.: 37 2012 00051494 Signed: copied/pdf/pouched | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO    CA 94111 Case Title: RIVERA V GUILD Ref: 119311.0000 | Base Chg : Research : Adv/Wit Ck: | 155.50 30.15 9.00 | 194.65 |
| 6/04/12 RESEARCH-FORWARD NEXT DAY | 6801681 | FNR | Stanislaus County Court 800 11th St. MODESTO        CA 95354 Caller: Clair Romell Case No.: 668815 please see attached Signed: obtained | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO    CA 94111 instuctions and reco Ref: 55000.0003 | Base Chg : Adv/Wit Ck: | 125.00 27.00 | 152.00 |
| 6/04/12 OC-UNLIMITED PDF/FAX FILE | 6801682 | OCU | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO    CA 94111 Caller: Joel Spann Case No.: 30-2012-000559264-SC Please file the atta Signed: RCVD/PDF/PCHD | Orange County Court 700 Civic Center Dr West SANTA ANA    CA 92701 Comment: 2 COURTS Case Title: Boychuk v. GMAC Mort ched document in the Ref: 19000.1255 | Base Chg : Atmpt/StkO: | 9.75 9.75 | 19.50 |
| 6/04/12 FILING-BRANCH FAX/PDF | 6801684 | BFX | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO    CA 94111 Caller: Joel Spann Case No.: CVCS 11-0509 Please file the atta Signed: FILED | Sutter County Court 463 Second St YUBA CITY    CA 95991 Case Title: Fenn v. GMAC Mortgag ched document in the Ref: 19000.0873 | Base Chg : PDF/OvrNte: | 125.75 12.00 | 137.75 |
| 6/04/12 FILING-FORWARD FAX/PDF | 6801688 | FFX | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO    CA 94111 Caller: Joel Spann Case No.: M110803 Please file the atta Signed: FILED | Monterey County Court 1200 Aguajito Rd MONTEREY    CA 93940 Case Title: Lai v Naiman ched document in the Ref: 19000.0813 | Base Chg : PDF/OvrNte: | 48.25 12.75 | 61.00 |
| 6/04/12 FILING-FORWARD FAX/PDF | 6801689 | FFX | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO    CA 94111 Caller: Joel Spann Case No.: 151457 Please file the atta Signed: filed | Butte County Court 655 Oleander Ave CHICO        CA 95926 Case Title: Laughlin v. Homecomi ched document in the Ref: 19000.0572 | Base Chg : PDF/OvrNte: | 117.25 12.00 | 129.25 |

Continued

# INVOICE PAYMENT DUE UPON RECEIPT

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      323633      JBS                                                August 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     19000    GMAC ResCap
MATTER    0588      Inoue, Hitoshi and Wakana
                    C/M# 703325

**TOTAL AMOUNT DUE**              **$2,648.60**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     323633        JBS                                        August 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter      19000 0588     Inoue, Hitoshi and Wakana
                           C/M# 703325

FOR PROFESSIONAL SERVICES RENDERED          01/01/1994          07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| RSS | 07/02/12 | Review and analyze complaint and draft demurrer and coordinate with team regarding same. | L210 | 0.90 | 288.00 | 259.20 |
| ERB | 07/03/12 | Review matter and prepare status report for client. | L120 | 0.10 | 279.00 | 27.90 |
| RSS | 07/06/12 | Review, draft and revise demurrer and confer with A. Sears regarding same. | L240 | 1.20 | 288.00 | 345.60 |
| ACS | 07/18/12 | Analyze plaintiffs' motion for relief from bankruptcy stay | L250 | 0.30 | 288.00 | 86.40 |
| ACS | 07/18/12 | Analyze trial preparation tasks and timeline | L440 | 0.40 | 288.00 | 115.20 |
| JBS | 07/20/12 | Analysis and evaluation of motion for relief from stay and impact on litigation | L120 | 0.90 | 427.50 | 384.75 |
| ERB | 07/20/12 | Attention to Bankruptcy stay issues based on Plaintiff's motion for relief from stay | L120 | 0.80 | 279.00 | 223.20 |
| ERB | 07/20/12 | Prepare for and attend meeting  with client re Plaintiff's motion for relief from stay and determination of permitted claims under supplemental order. | L120 | 0.70 | 279.00 | 195.30 |
| ERB | 07/20/12 | Prepare requested summary of matter based on joint representation of debtor entity and Ally Financial | L120 | 0.20 | 279.00 | 55.80 |
| ACS | 07/20/12 | Analyze effect of modified bankruptcy stay on claims & cross-claims | L190 | 0.90 | 288.00 | 259.20 |
| JBS | 07/23/12 | Analysis and evaluation of further defense strategy | L120 | 0.30 | 427.50 | 128.25 |
| ERB | 07/24/12 | Communications from Bankruptcy counsel re tender to title carrier and | L120 | 0.30 | 279.00 | 83.70 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 323633 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Inoue, Hitoshi & Wakana | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | analysis re same. | | | | |
| ERB | 07/25/12 | Call with Bankruptcy counsel re status of matter, potential title claim and request for additional documents based on Plaintiffs motion for relief from stay. | L120 | 0.30 | 279.00 | 83.70 |
| ACS | 07/25/12 | Analyze effect of modified bankruptcy stay on claims & cross-claims | L190 | 0.50 | 288.00 | 144.00 |
| ACS | 07/27/12 | Analyze motion for relief from bankruptcy stay & effect of same on trial planning | L190 | 0.40 | 288.00 | 115.20 |
| ERB | 07/31/12 | Communications form Bankruptcy counsel re motion for relief from stay and strategy re response. | L120 | 0.30 | 279.00 | 83.70 |
| | | **TOTAL** | | **8.50** | | **$2,591.10** |

### COSTS & EXPENSES

| | | |
|---|---|---|
| 07/06/12 | First Legal Network, LLC; Transmittal of filing to court; Sonoma County Superior Court 6/11/12 | 57.50 |
| | **TOTAL COSTS & EXPENSES** | **$57.50** |

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 3.90 | $1,266.30 |
| L190 | Other Case Assessment | 1.80 | $518.40 |
| L210 | Pleadings | 0.90 | $259.20 |
| L240 | Dispositive Motions | 1.20 | $345.60 |
| L250 | Other Written Motions | 0.30 | $86.40 |
| L440 | Other Trial Preparation | 0.40 | $115.20 |
| | **TOTAL** | **8.50** | **$2,591.10** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Sears, Alex | ACS | Associate | 2.50 | 288.00 | $720.00 |
| Buell, Edward | ERB | Associate | 2.70 | 279.00 | $753.30 |
| Sullivan, John | JBS | Member | 1.20 | 427.50 | $513.00 |
| Saelao, Rebecca | RSS | Special Counsel | 2.10 | 288.00 | $604.80 |
| | **Total** | | **8.50** | | **$2,591.10** |

| | |
|---|---|
| PRIOR FEES | $92,409.75 |
| PRIOR COSTS & EXPENSES | $8,406.51 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 323633 | CLIENT | GMAC ResCap | | Page | 3 |
| | | MATTER | Inoue, Hitoshi & Wakana | | | |

| | |
|---|---|
| FEES | $2,591.10 |
| COSTS & EXPENSES | $57.50 |
| **TOTAL THIS INVOICE** | **$2,648.60** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    323634    JBS                                    August 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000    GMAC ResCap
MATTER      0628     Gjurovich, Alan and Star Hill v. GMAC Mortgage, LLC
                     GMAC Matter No.: 704149

**TOTAL AMOUNT DUE**          $3,269.67

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    323634    JBS                                    August 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0628    Gjurovich, Alan and Star Hill v. GMAC Mortgage, LLC
GMAC Matter No.: 704149

### FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| MEH | 07/10/12 | Review appellate pleadings file for upcoming deadlines. | L510 | 0.40 | 261.00 | 104.40 |
| RJG | 07/12/12 | Attention to Appellant's Brief and pending appeal issues and correspondence with our client to advise regarding the same. | L520 | 0.30 | 274.50 | 82.35 |
| DL | 07/12/12 | Analyze appellate court docket re filing of appellants' opening brief; prepare correspondence to client re brief filed. | L190 | 0.20 | 288.00 | 57.60 |
| MEH | 07/17/12 | Review appellants' opening brief. | L520 | 1.80 | 261.00 | 469.80 |
| MEH | 07/17/12 | Draft email to client (C. DiCicco) enclosing copy of appellants' opening brief with comments and analysis. | L520 | 0.40 | 261.00 | 104.40 |
| RJG | 07/18/12 | Analysis and evaluation of Plaintiff's opening appellate brief and correspondence with our client to advise regarding respondent's brief strategy. | L520 | 0.70 | 274.50 | 192.15 |
| DL | 07/18/12 | Analyze plaintiffs' 55-page appellants' opening brief re possible arguments to make in respondents' brief. | L430 | 0.60 | 288.00 | 172.80 |
| RJG | 07/24/12 | Analysis and evaluation of application of bankruptcy stay to pending appeal claims and attention to appeal strategy. | L120 | 0.30 | 274.50 | 82.35 |
| RJG | 07/24/12 | Attention to appeal strategy and pending appeal issues and correspondence with our client contact to advise regarding the same. | L510 | 0.40 | 274.50 | 109.80 |
| ERB | 07/24/12 | Attention to Bankruptcy issues and analysis of claims subject to stay and | L120 | 0.50 | 279.00 | 139.50 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 323634 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Gjurovich, Alan | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | impact of final supplemental order. | | | | |
| MEH | 07/24/12 | Draft notice of bankruptcy stay. | L250 | 0.50 | 261.00 | 130.50 |
| MEH | 07/24/12 | Draft cover letter to plaintiffs re: notice of automatic stay. | L510 | 1.20 | 261.00 | 313.20 |
| MEH | 07/24/12 | Draft alternate version of cover letter. | L510 | 1.20 | 261.00 | 313.20 |
| MEH | 07/24/12 | Draft email to client (C. DiCicco) enclosing notice of stay, alternate versions of cover letter, with comments and request for feedback. | L510 | 0.50 | 261.00 | 130.50 |
| MEH | 07/24/12 | Strategize re: content of appellate brief in light of complications posed by client's bankruptcy filing. | L520 | 1.00 | 261.00 | 261.00 |
| RJG | 07/25/12 | Analysis and evaluation of bankruptcy stay and pending appeal issues and multiple correspondence with our client contact to advise regarding the same. | L510 | 0.40 | 274.50 | 109.80 |
| MEH | 07/25/12 | Finalize notice of bankruptcy stay and cover letter re: same. | L510 | 0.30 | 261.00 | 78.30 |
| MEH | 07/25/12 | Exchange emails with client (C. DiCicco) re: notice of stay and cover letter. | L510 | 0.20 | 261.00 | 52.20 |
| DL | 07/25/12 | Analyze draft notice of bankrutpcy stay and analyze correspondence from client re staying all actions based on monetary damages. | L190 | 0.20 | 288.00 | 57.60 |
| MEH | 07/26/12 | Revise cover letter re: notice of bankruptcy stay. | L510 | 0.60 | 261.00 | 156.60 |
| MEH | 07/26/12 | Finalize notice of stay and accompanying cover letter for filing/service. | L510 | 0.40 | 261.00 | 104.40 |
| DL | 07/30/12 | Prepare case update on chart for client. | L190 | 0.10 | 288.00 | 28.80 |
| | | **TOTAL** | | **12.20** | | **$3,251.25** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 07/06/12 | Cardmember Service/Bank One (Acct #7755); Data Search; 3018 Linden Avenue Kern, CA 06/11/12 | 8.39 |
| 07/06/12 | Cardmember Service/Bank One (Acct #7755); Data Search; 3018 Linden Ave Kern, CA 93305 06/04/12 | 10.03 |
| | **TOTAL COSTS & EXPENSES** | **$18.42** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 323634 | CLIENT | GMAC ResCap | | Page | 3 |
|---|---|---|---|---|---|---|
| | | MATTER | Gjurovich, Alan | | | |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.80 | $221.85 |
| L190 | Other Case Assessment | 0.50 | $144.00 |
| L250 | Other Written Motions | 0.50 | $130.50 |
| L430 | Written Motions/Submissions | 0.60 | $172.80 |
| L510 | Appellate Motions & Submission | 5.60 | $1,472.40 |
| L520 | Appellate Briefs | 4.20 | $1,109.70 |
| | **TOTAL** | **12.20** | **$3,251.25** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Liu, David | DL | Associate | 1.10 | 288.00 | $316.80 |
| Buell, Edward | ERB | Associate | 0.50 | 279.00 | $139.50 |
| Holt, M. Elizabeth | MEH | Associate | 8.50 | 261.00 | $2,218.50 |
| Gandy, Robert | RJG | Special Counsel | 2.10 | 274.50 | $576.45 |
| | **Total** | | **12.20** | | **$3,251.25** |

| | |
|---|---|
| PRIOR FEES | $39,798.45 |
| PRIOR COSTS & EXPENSES | $8,317.42 |

| | |
|---|---|
| FEES | $3,251.25 |
| COSTS & EXPENSES | $18.42 |
| **TOTAL THIS INVOICE** | **$3,269.67** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      323635        JBS                                                                August 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
|--------|-------|-------------|
| MATTER | 0652 | Rodriguez, Luis |
|        |      | C/M# 700059 |

**TOTAL AMOUNT DUE**              **$311.10**

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    323635        JBS                                         August 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0652    Rodriguez, Luis
C/M# 700059

FOR PROFESSIONAL SERVICES RENDERED        01/01/1994        07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ERB | 07/03/12 | Review matter and prepare status report for client. | L120 | 0.10 | 279.00 | 27.90 |
| DJR | 07/19/12 | Review email from J. Stein re status of settlement, email to T. Buell re same | L160 | 0.20 | 247.50 | 49.50 |
| DJR | 07/19/12 | Review and respond to email from J. Stein re status of settlement | L160 | 0.10 | 247.50 | 24.75 |
| ERB | 07/19/12 | Attention to Bankruptcy stay issues regarding ability to settle and resolve matters pursuant to the supplemental order. | L120 | 0.50 | 279.00 | 139.50 |
| | | **TOTAL** | | **0.90** | | **$241.65** |

## COSTS & EXPENSES

| | | |
|--|--|--|
| 07/12/12 | Norco Delivery Services; Messenger; LA Offices of Jonathan G. at 5050 Laguna Blvd., Ste. 1, Elk Grove, CA. 6/1/12 | 20.50 |
| 07/12/12 | DDS Legal Support Systems;  Transmittal of filing to court ; Orange Superior - Main 6/1/12 | 48.95 |
| | **TOTAL COSTS & EXPENSES** | **$69.45** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|--|-------|--------|
| L120 | Analysis/Strategy | 0.60 | $167.40 |
| L160 | Settlement/Non-Binding ADR | 0.30 | $74.25 |
| | **TOTAL** | **0.90** | **$241.65** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.   323635      CLIENT   GMAC ResCap                          Page          2
                          MATTER   Rodriguez, Luis

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Reed, David J. | DJR | Special Counsel | 0.30 | 247.50 | $74.25 |
| Buell, Edward | ERB | Associate | 0.60 | 279.00 | $167.40 |
| | **Total** | | **0.90** | | **$241.65** |

PRIOR FEES                          $22,756.95
PRIOR COSTS & EXPENSES               $1,750.54

                              FEES        $241.65
                    COSTS & EXPENSES       $69.45
                    **TOTAL THIS INVOICE**   **$311.10**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    323636    JBS                                    August 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    0656     Tajbakhsh, Abdi E.
                   C/M# 705333

**TOTAL AMOUNT DUE**            **$570.85**

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    323636    JBS                                    August 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0656    Tajbakhsh, Abdi E.
C/M# 705333

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| ERB | 07/02/12 | Review matter and prepare status report for client. | L120 | 0.10 | 279.00 | 27.90 |
| ERB | 07/09/12 | Communications with Plaintiff's counsel re counter-offer and analysis of same. | L160 | 0.50 | 279.00 | 139.50 |
| ERB | 07/18/12 | Communications with client re status of matter and settlement discussions and confirmation of hearing date on demurrer | L210 | 0.40 | 279.00 | 111.60 |
| ERB | 07/19/12 | Multiple communications with client re Plaintiff's counter offer and strategy if settlement is not possible. | L120 | 0.60 | 279.00 | 167.40 |
| | | **TOTAL** | | **1.60** | | **$446.40** |

### COSTS & EXPENSES

| | | |
|--|--|--|
| 07/30/12 | One Legal, Inc.; Transmittal of filing to court; Notice of Demurrer and Demurrer to Complaint, Memorandum of Points & Authorities including Court Filing Fee $60 07/18/12 | 124.45 |
| | **TOTAL COSTS & EXPENSES** | **$124.45** |

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|--|-------|--------|
| L120 | Analysis/Strategy | 0.70 | $195.30 |
| L160 | Settlement/Non-Binding ADR | 0.50 | $139.50 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 323636 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Tajbakhsh, Abdi E. | | | | |

| L210 | Pleadings | | 0.40 | $111.60 | | |
|---|---|---|---|---|---|---|
| | **TOTAL** | | **1.60** | **$446.40** | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Buell, Edward | ERB | Associate | 1.60 | 279.00 | $446.40 |
| | **Total** | | **1.60** | | **$446.40** |

| PRIOR FEES | $14,308.20 |
|---|---|
| PRIOR COSTS & EXPENSES | $2,054.10 |

| FEES | $446.40 |
|---|---|
| COSTS & EXPENSES | $124.45 |
| **TOTAL THIS INVOICE** | **$570.85** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

Novato, CA  94947
(800) 938-8815

26-0259046

SEVERSON & WERSON
ATTN:
1 Embarcadero Ctr
Suite 2600
San Francisco, CA  94111

504 Redwood Blvd, Suite
Novato, CA  94947
(800) 938-8815

| INVOICE No. | |
|---|---|
| 5221322 | |
| **Date:** | 7/18/12 |
| **Cust. No.:** | 0000562 |

| Cust. No.: | 0000562 |
|---|---|
| Invoice No.: | 5221322 |
| Inv. Date: | 7/18/12 |
| Due Date: | 8/2/12 |
| Total: | $124.45 |
| Terms: | Net 15 |

| | |
|---|---|
| **Law Firm Contact:** | Edward R. Buell, III |
| **Client File No.:** | 19000-0656 |
| **Case Short Title:** | Abdi E. Tajbakhsh, et al. V. Wells Fargo Bank, et al. |
| **Documents:** | Notice of Demurrer and Demurrer to Complaint, Memorandum of Points & Authorities |
| **One Legal Branch:** | Marin |
| **Court: Description:** | Superior Court of California, Marin County |

| | |
|---|---|
| **COURT FILING FEE** | $60.00 |
| **COURT FILING SERVICE FEE** | $49.95 |
| **COURT FILING COPY CHARGE** | $4.50 |
| **COURTESY COPY** | $10.00 |

Ok to pay

19000-0656

| Due Date | 8/2/12 | Total This Invoice | $124.45 |
|---|---|---|---|



# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    323637    JBS                                        August 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER   0717    Ganesan, Skandapriya (2)
                       C/M# 697731

**TOTAL AMOUNT DUE**          **$984.80**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    323637    JBS                                          August 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0717    Ganesan, Skandapriya (2)
C/M# 697731

FOR PROFESSIONAL SERVICES RENDERED       01/01/1994        07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| MCK | 07/02/12 | Review of Court's Order Staying Case pending outcome of bankruptcy proceedings. | L120 | 0.10 | 234.00 | 23.40 |
| MCK | 07/02/12 | Review of online register of actions re: case activity. | L120 | 0.10 | 234.00 | 23.40 |
| MCK | 07/05/12 | Review of online register of actions regarding status of cases, in relation to non-debtor parties, following Order Staying Case. | L120 | 0.30 | 234.00 | 70.20 |
| MKS | 07/08/12 | Update to client re: new developments, new deadlines and hearing dates and status. | L120 | 0.20 | 270.00 | 54.00 |
| MKS | 07/18/12 | Study and review filing by plaintiff's counsel purporting to give notice of lifting of stay. | L210 | 0.30 | 270.00 | 81.00 |
| MCK | 07/18/12 | Review of state court register of actions re: case activity. | L120 | 0.10 | 234.00 | 23.40 |
| MCK | 07/25/12 | E-mail correspondence with plaintiff's counsel regarding bankruptcy stay. | L120 | 0.20 | 234.00 | 46.80 |
| ERB | 07/26/12 | Attention to Bankruptcy issues and analysis of claims subject to stay and impact of final supplemental order. | L120 | 0.40 | 279.00 | 111.60 |
| MCK | 07/27/12 | Meeting with Ted Buell, Alisa Givental and Natilee Riedman regarding final bankruptcy order and applicability to case. | L120 | 1.00 | 234.00 | 234.00 |
| | | **TOTAL** | | **2.70** | | **$667.80** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.   323637 | CLIENT   GMAC ResCap | | Page | 2 |
|---|---|---|---|---|
| | MATTER   Ganesan, Skandapriya (2) | | | |

### COSTS & EXPENSES

| | | |
|---|---|---|
| 07/06/12 | First Legal Network, LLC; Court Services; ACMC- Hayward 6/12/12 | 107.75 |
| 07/12/12 | Nationwide Legal Express, LLC; Court Services; USDC/San Francisco Northern Dist. 6/12/12 | 9.00 |
| 07/20/12 | First Legal Network, LLC; Court Services; ACSC- Hayward 6/26/12 | 107.75 |
| 07/20/12 | First Legal Network, LLC; Transmittal of filing to court; Alameda County Court 6/18/12 | 92.50 |
| | **TOTAL COSTS & EXPENSES** | **$317.00** |

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 2.40 | $586.80 |
| L210 | Pleadings | 0.30 | $81.00 |
| | **TOTAL** | **2.70** | **$667.80** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Buell, Edward | ERB | Associate | 0.40 | 279.00 | $111.60 |
| Kelly, Megan | MCK | Special Counsel | 1.80 | 234.00 | $421.20 |
| Sullivan, Mary Kate | MKS | Member | 0.50 | 270.00 | $135.00 |
| | **Total** | | **2.70** | | **$667.80** |

| | |
|---|---|
| PRIOR FEES | $84,772.80 |
| PRIOR COSTS & EXPENSES | $5,965.65 |

| | |
|---|---|
| FEES | $667.80 |
| COSTS & EXPENSES | $317.00 |
| **TOTAL THIS INVOICE** | **$984.80** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# INVOICE

FAX ID# 27-3093840

...ork LLC
...806 Los Angeles, CA 90074-9806

| Invoice No. | Customer No. |
|---|---|
| 266261 | 82035 |
| Invoice Date | Total Due |
| 6/15/12 | 36,858.22 |

SEVERSON & WERSON
1 EMBARCADERO CENTER
SUITE 2600
SAN FRANCISCO, CA 94111

BILLING QUESTIONS CALL:
BILLING DEPT(213)213-2631
PAYMENT QUESTIONS CALL:
PAYMENT DEPT(213)213-2640

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg | | |
|---|---|---|---|---|---|---|
| 82035 | 266261 | 6/15/12 | 36,858.22 | 30 | | |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 6/12/12 | 6804686 | REF | SEVERSON & WERSON | ACMC-HAYWARD | Base Chg : 107.75 | 107.75 |
| FILING-REGULAR VEHICLE | | | 1 EMBARCADERO CENTER | 24405 AMADOR STREET | | |
| | | | SAN FRANCISCO  CA 94111 | HAYWARD  CA 94544 | | |
| | | | Caller: Chilly Kada | | | |
| | | | Case No.: RG10551572 | Case Title: GANESAN V GMAC | | |
| | | | FILE/CONFORM/RETURN | Ref: 1900.0717 | | |
| | | | Signed: FILED | | | |
| 6/13/12 | 6804678 | SRS | CCSC-MARTINEZ | SEVERSON & WERSON | Base Chg : 153.50 | 199.60 |
| RESEARCH-SAME DAY | | | 725 COURT STREET | 1 EMBARCADERO CENTER | Research : 20.10 | |
| | | | MARTINEZ  CA 94553 | SAN FRANCISCO  CA 94111 | Adv/Wit Ck: 26.00 | |
| | | | Caller: ANGELA L. EURE | | | |
| | | | Case No.: CIVMSC12-00847 | Case Title: SOMERA V. MORTGAGE E | | |
| | | | OBTAIN A *CERTIFIED* | COPY OF THE | | |
| | | | Signed: OBTAINED | Ref: 19000.1262 SOMERA(4) | | |
| 6/13/12 | 6804705 | FFX | SEVERSON & WERSON | Merced County Court | Base Chg : 48.25 | 48.25 |
| FILING-FORWARD FAX/PDF | | | 1801 N. California Bl. | 2260 "N" Street | | |
| | | | WALNUT CREEK  CA 94596 | MERCED  CA 95340 | | |
| | | | Caller: Caroline Pfahl | | | |
| | | | deliver letter to ju | dge | | |
| | | | Signed: DELIVERED TO CHAMBERS | Ref: 03632.1016 | | |
| 6/13/12 | 6804732 | FFX | SEVERSON & WERSON | Monterey County Court | Base Chg : 48.25 | 444.00 |
| FILING-FORWARD FAX/PDF | | | 1 EMBARCADERO CENTER | 1200 Aguajito Rd. | PDF/OvrNte: .75 | |
| | | | SAN FRANCISCO  CA 94111 | MONTEREY  CA 93940 | Adv/Wit Ck: 395.00 | |
| | | | Caller: Deborah L. | | | |
| | | | Case No.: GNM116652 | Case Title: Contreras Campos v. | | |
| | | | Please advance fees. | Please file Green | | |
| | | | Signed: FILED | Ref: 11293.0144 | | |
| 6/13/12 | 6804739 | FFX | SEVERSON & WERSON | SANTA CRUZ CO SUP CT-SANTA CRUZ | Base Chg : 57.50 | 57.50 |
| FILING-FORWARD FAX/PDF | | | 1 EMBARCADERO CENTER | 701 OCEAN STREET | | |
| | | | SAN FRANCISCO  CA 94111 | SANTA CRUZ  CA 95060-4086 | | |
| | | | Caller: Isabel Kunst | | | |
| | | | Case No.: CV173294 | Case Title: LINTOTT V WELLS FARG | | |
| | | | FILE/CONFORM/RETURN | | | |
| | | | Signed: FILED | Ref: 55000.0197 | | |
| 6/13/12 | 6804750 | FFX | SEVERSON & WERSON | SANTA CRUZ CO SUP CT-SANTA CRUZ | Base Chg : 57.50 | 60.50 |
| FILING-FORWARD FAX/PDF | | | 1 EMBARCADERO CENTER | 701 OCEAN STREET | PDF/OvrNte: 3.00 | |
| | | | SAN FRANCISCO  CA 94111 | SANTA CRUZ  CA 95060-4086 | | |
| | | | Caller: VERONICA APPLEBE | | | |
| | | | Case No.: CV173346 | Case Title: CASTILLO V US BANK | | |
| | | | FILE/CONFORM/RETURN | | | |
| | | | Signed: FILED | Ref: CV173346 | | |

55000 0227

Continued

# INVOICE PAYMENT DUE UPON RECEIPT

# INVOICE

_____ Network LLC
_____ 49806 Los Angeles, CA 90074-9806

TAX ID# 27-3093840

| Invoice No. | Customer No. |
|---|---|
| 266949 | 82035 |
| **Invoice Date** | **Total Due** |
| 6/30/12 | 24,713.66 |

SEVERSON & WERSON
1 EMBARCADERO CENTER
SUITE 2600
SAN FRANCISCO, CA 94111

BILLING QUESTIONS CALL:
BILLING DEPT(213)213-2631
PAYMENT QUESTIONS CALL:
PAYMENT DEPT(213)213-2640

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 82035 | 266949 | 6/30/12 | 24,713.66 | 26 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 6/26/12<br>FILING-FORWARD FAX/PDF | 6809212 | FFX | SEVERSON & WERSON<br>1 EMBARCADERO CENTER<br>SAN FRANCISCO   CA 94111<br>Caller: Chilly Kada<br>Case No.: M114945<br>FILE/CONFORM/RETURN<br>Signed: FILED | MONTEREY CO SUPERIOR CT-MONTEREY<br>1200 AGUAJITO ROAD<br>MONTEREY      CA 93940<br><br>Case Title: HERNANDEZ<br><br>Ref: 70000.0459 | Base Chg : 83.25 | 83.25 |
| 6/26/12<br>FILING-REGULAR VEHICLE | 6809222 | REF | SEVERSON & WERSON<br>1 EMBARCADERO CENTER<br>SAN FRANCISCO   CA 94111<br>Caller: DEBORAH L.<br>Case No.: RG10551572<br>FILE/CONFORM/RETURN<br>Signed: FILED | ACSC-HAYWARD<br>24405 AMADOR STREET<br>HAYWARD      CA 94544<br><br>Case Title: GANESAN V GMAC, ETAL<br>ADVANCE FEES<br>Ref: 19000.0717 | Base Chg : 107.75 | 107.75 |
| 6/26/12<br>FILING-FAX/PDF | 6809237 | FAX | SEVERSON & WERSON<br>1 EMBARCADERO CENTER<br>SAN FRANCISCO   CA 94111<br>Caller: Marilyn Li<br>Case No.: 111cv211505<br>FILE/CONFORM/RETURN<br>Signed: filed/obtained | SCSC-SAN JOSE<br>191 NORTH 1ST STREET<br>SAN JOSE      CA 95113<br><br>Case Title: Illathu v. b of a<br>OBTAIN CERTIFIED<br>Ref: 70000.0738 | Base Chg : 64.75<br>Adv/Wit Ck: 26.00 | 90.75 |
| 6/26/12<br>FILING-BRANCH NEXT DAY | 6809239 | BFL | SCSC-SAN JOSE<br>191 NORTH 1ST STREET<br>SAN JOSE      CA 95113<br>Caller: Marilyn Li<br>Case No.: 111cv211505<br>RECORD AND RETURN<br>Signed: RECORDED | RECORDER-SAN JOSE<br>70 WEST HEDDING STREET<br>SAN JOSE      CA 95110<br><br>Case Title: Illathu v. b of a<br><br>Ref: 70000.0738 | Base Chg : 98.00<br>Adv/Wit Ck: 32.00 | 130.00 |
| 6/27/12<br>MONTHLY RETAINER FEE | 6809300 | RET | SEVERSON & WERSON<br>1 EMBARCADERO CENTER<br>SAN FRANCISCO   CA 94111<br>Caller: DAILY ROUTE<br>BILL FOR DAILY ROUTE<br>Signed: complete | FIRST LEGAL SUPPORT-CO#2<br><br>SAN FRANCISCO   CA 94103<br><br>Ref: DAILY ROUTE | Base Chg : 150.00 | 150.00 |
| 6/27/12<br>FILING-BRANCH FAX/PDF | 6809433 | BFX | SEVERSON & WERSON<br>1 EMBARCADERO CENTER<br>SAN FRANCISCO   CA 94111<br>Caller: Chilly Kada<br>Case No.: civ 501890<br>FILE/CONFORM/RETURN<br>Signed: FILED | SMSC-REDWOOD CITY<br>400 COUNTY CENTER DR<br>REDWOOD CITY   CA 94063<br>Wait: 15 Min   Case Title: hernandez v. deutsch<br><br>Ref: 15314.0256 | Base Chg : 57.50 | 57.50 |

Continued

## INVOICE PAYMENT DUE UPON RECEIPT

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    323638    JBS                                    August 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 0718 | Filipelli, (Estate of Ewert) |
| | | GMAC Matter No.: 707490 |

### TOTAL AMOUNT DUE            $904.05

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    323638    JBS                                      August 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0718    Filipelli, (Estate of Ewert)
GMAC Matter No.: 707490

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ERB | 05/15/12 | Review matter re filing notice of bankruptcy stay based on client instructions. | L120 | 0.10 | 279.00 | 27.90 |
| ERB | 05/17/12 | Communications with client re status and strategy for disposition. | L120 | 0.30 | 279.00 | 83.70 |
| AAG | 05/17/12 | Review court docket, communicate with calendar clerk, and update client about status of demurrer under submission. | L110 | 0.60 | 238.50 | 143.10 |
| ERB | 06/02/12 | Communications with client re status of matter and strategy. | L120 | 0.10 | 279.00 | 27.90 |
| ERB | 06/08/12 | Attention to and strategize re filing Notice of Stay based on Court taking demurrer under submission for significant period of time and communications with client re same. | L120 | 0.50 | 279.00 | 139.50 |
| AAG | 06/13/12 | Communicate with T. Buell and client about filing notice of stay. | L110 | 0.20 | 238.50 | 47.70 |
| ERB | 06/14/12 | Communications with client re strategy and filing notice of stay based on Bankruptcy. | L120 | 0.40 | 279.00 | 111.60 |
| AAG | 06/19/12 | Update T. Buell about conversation with plaintiff's attorney. | L110 | 0.20 | 238.50 | 47.70 |
| ERB | 06/22/12 | Review Court's order re demurrer and communications with client re same. | L210 | 0.30 | 279.00 | 83.70 |
| ERB | 06/25/12 | Attention to Court order sustaining demurrer without leave, prepare notice of entry of order and communications with client re same. | L120 | 0.50 | 279.00 | 139.50 |
| ERB | 07/03/12 | Review matter and prepare status report | L120 | 0.10 | 279.00 | 27.90 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    323638    **CLIENT**    GMAC ResCap    Page    2
                          **MATTER**    Filipelli, (Estate of Ewert)

| | | | | | | |
|---|---|---|---|---|---|---|
| | | for client. | | | | |
| AAG | 07/16/12 | Prepare internal case update. | L190 | 0.10 | 238.50 | 23.85 |
| | | **TOTAL** | | **3.40** | | **$904.05** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 1.00 | $238.50 |
| L120 | Analysis/Strategy | 2.00 | $558.00 |
| L190 | Other Case Assessment | 0.10 | $23.85 |
| L210 | Pleadings | 0.30 | $83.70 |
| | **TOTAL** | **3.40** | **$904.05** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Givental, Alisa | AAG | Associate | 1.10 | 238.50 | $262.35 |
| Buell, Edward | ERB | Associate | 2.30 | 279.00 | $641.70 |
| | **Total** | | **3.40** | | **$904.05** |

PRIOR FEES                       $11,862.90
PRIOR COSTS & EXPENSES            $1,775.37

FEES                $904.05
**TOTAL THIS INVOICE**    **$904.05**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    323640    JBS                                    August 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    0753     Labostrie, Alvin and Sandra
                   GMAC Matter No.: 708651

**TOTAL AMOUNT DUE**          **$648.00**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    323640    JBS                                  August 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0753    Labostrie, Alvin and Sandra
GMAC Matter No.: 708651

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|------|-------|------|--------|
| ERB | 07/10/12 | Prepare status update and information re Bankruptcy stay per clients request. | L120 | 0.20 | 279.00 | 55.80 |
| RJG | 07/18/12 | Analysis and evaluation of proposed informal resolution terms and bankruptcy issues and correspondence with Plaintiffs' counsel regarding the same. | L120 | 0.40 | 274.50 | 109.80 |
| RJG | 07/23/12 | Analysis and evaluation of motion for summary judgment, cross-complaint and pending case issues and correspondence with our client contact to respond to an inquiry regarding the same. | L120 | 0.40 | 274.50 | 109.80 |
| RJG | 07/24/12 | Attention to proposed informal resolution and pending motion for summary judgment and bankruptcy issues and correspondence with Plaintiffs' counsel to respond to an inquiry regarding the same. | L120 | 0.30 | 274.50 | 82.35 |
| RJG | 07/25/12 | Attention to motion for summary judgment, bankruptcy stay and proposed informal resolution issues and correspondence with our client contact to advise regarding the same. | L250 | 0.30 | 274.50 | 82.35 |
| KWF | 07/25/12 | Prepare response to client inquiry re motion for summary judgment and advise re filing notice of stay. | L190 | 0.40 | 270.00 | 108.00 |
| | | **TOTAL** | | **2.00** | | **$548.10** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.   323640 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|
| | MATTER | Labostrie, Alvin & Sandra | | |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 07/06/12 | One Legal, Inc.; Transmittal of filing to court; Request for Dismissal of Cross-Complaint 06/15/12 | 49.95 |
| 07/12/12 | One Legal, Inc.; Transmittal of filing to court; Notice of Hearing 06/22/12 | 49.95 |
| | **TOTAL COSTS & EXPENSES** | **$99.90** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 1.30 | $357.75 |
| L190 | Other Case Assessment | 0.40 | $108.00 |
| L250 | Other Written Motions | 0.30 | $82.35 |
| | **TOTAL** | **2.00** | **$548.10** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Buell, Edward | ERB | Associate | 0.20 | 279.00 | $55.80 |
| Franich, Kerry | KWF | Associate | 0.40 | 270.00 | $108.00 |
| Gandy, Robert | RJG | Special Counsel | 1.40 | 274.50 | $384.30 |
| | **Total** | | **2.00** | | **$548.10** |

| | |
|---|---|
| PRIOR FEES | $135,481.05 |
| PRIOR COSTS & EXPENSES | $16,898.89 |

| | |
|---|---|
| FEES | $548.10 |
| COSTS & EXPENSES | $99.90 |
| **TOTAL THIS INVOICE** | **$648.00** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    323641    JBS                                                August 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     19000     GMAC ResCap
MATTER    0789     Gandrup, Gerald S.
                            GMAC Matter No.: 710153

**TOTAL AMOUNT DUE**                **$600.30**

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    323641    JBS                                        August 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0789    Gandrup, Gerald S.
                        GMAC Matter No.: 710153

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| IJD | 07/02/12 | Prepare email to client J. Holtgren regarding case status update. | L120 | 0.20 | 238.50 | 47.70 |
| ERB | 07/03/12 | Review matter and prepare status report for client. | L120 | 0.10 | 279.00 | 27.90 |
| IJD | 07/03/12 | Prepare joint case management conference statement. | L210 | 1.50 | 238.50 | 357.75 |
| IJD | 07/09/12 | Assess the impact of the bankruptcy stay on particular cases, | L120 | 0.30 | 238.50 | 71.55 |
| IJD | 07/17/12 | Review and reply to email from K. Lee, counsel for MERS, regarding case status. | L120 | 0.20 | 238.50 | 47.70 |
| IJD | 07/18/12 | Review notice of lis pendens. | L210 | 0.20 | 238.50 | 47.70 |
| | | **TOTAL** | | **2.50** | | **$600.30** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.80 | $194.85 |
| L210 | Pleadings | 1.70 | $405.45 |
| | **TOTAL** | **2.50** | **$600.30** |

| Timekeeper | | Position | Hours | Rate | Value |
|-----------|---|----------|-------|------|-------|
| Buell, Edward | ERB | Associate | 0.10 | 279.00 | $27.90 |
| Da Cunha, Ian | IJD | Associate | 2.40 | 238.50 | $572.40 |
| | **Total** | | **2.50** | | **$600.30** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.  323641 | CLIENT | GMAC ResCap | Page | 2 |
| | MATTER | Gandrup, Gerald S. | | |

| PRIOR FEES | $9,449.55 |
| PRIOR COSTS & EXPENSES | $183.73 |

|  | FEES | $600.30 |
| **TOTAL THIS INVOICE** | | **$600.30** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      323642      JBS                                                    August 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000      GMAC ResCap
MATTER      0810       Villanueva, Jun
                       GMAC No.: 710872

**TOTAL AMOUNT DUE**          $4,712.55

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    323642    JBS                                         August 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0810    Villanueva, Jun
GMAC No.: 710872

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| SMH | 07/02/12 | Attention to motion for summary judgment issues. | L240 | 0.20 | 333.00 | 66.60 |
| JHT | 07/02/12 | Drafted/Revised Separate Statement ISO MSJ. | L210 | 3.00 | 238.50 | 715.50 |
| JHT | 07/02/12 | Edited/Revised MSJ Points and Authorities. | L210 | 1.00 | 238.50 | 238.50 |
| JHT | 07/02/12 | Reviewed Discovery Clip. | L190 | 0.70 | 238.50 | 166.95 |
| SMH | 07/03/12 | Review and edit motion for summary judgment, supplement briefing, review declaration and separate statement. | L240 | 0.60 | 333.00 | 199.80 |
| SMH | 07/03/12 | Attention to distinction in case law re Union Bank discovery issues. | L110 | 0.20 | 333.00 | 66.60 |
| ERB | 07/03/12 | Review matter and prepare status report for client. | L120 | 0.10 | 279.00 | 27.90 |
| JHT | 07/03/12 | Revised Separate Statement ISO MSJ. | L210 | 0.50 | 238.50 | 119.25 |
| JHT | 07/03/12 | Revised Deutsche Bank's Motion for Summary Judgment Points and Authorities. | L210 | 3.50 | 238.50 | 834.75 |
| JHT | 07/03/12 | Revised Notice of Motion for Summary Judgment. | L210 | 0.20 | 238.50 | 47.70 |
| JHT | 07/03/12 | Revised Separately Bound Volume of Evidence ISO Motion for Summary Judgment. | L210 | 0.20 | 238.50 | 47.70 |
| JHT | 07/03/12 | Corresponded With and Strategized with Suzanne Hankins as to Substance of Deutsche Bank's MSJ. | L210 | 0.40 | 238.50 | 95.40 |
| SMH | 07/05/12 | Attention to edits to motion for summary judgment, separate statement, review and execute same. | L240 | 0.40 | 333.00 | 133.20 |
| SMH | 07/05/12 | Attention to verbiage of discovery | L310 | 0.20 | 333.00 | 66.60 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson
**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 323642 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Villanueva, Jun | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | responses. | | | | | |
| JHT | 07/05/12 | Corresponded with Suzanne Hankins Re. Amended Discovery. | L210 | 0.30 | 238.50 | 71.55 |
| JHT | 07/05/12 | Prepared for Filing Exhibits for Separately Bound Volume of Evidence ISO MSJ. | L210 | 1.00 | 238.50 | 238.50 |
| JHT | 07/05/12 | Revised Notice of MSJ. | L210 | 0.20 | 238.50 | 47.70 |
| JHT | 07/05/12 | Revised MSJ Points and Authorities. | L210 | 0.20 | 238.50 | 47.70 |
| JHT | 07/05/12 | Revised Separately Bound Volume of Evidence ISO MSJ. | L210 | 0.20 | 238.50 | 47.70 |
| JHT | 07/05/12 | Revised Declaration ISO MSJ. | L210 | 0.20 | 238.50 | 47.70 |
| JHT | 07/05/12 | Reviewed MSJ and Supporting Documents in Preparation for Filing. | L210 | 0.70 | 238.50 | 166.95 |
| JHT | 07/09/12 | Compiled Update as to Debtor Client. | L190 | 0.70 | 238.50 | 166.95 |
| | | **TOTAL** | | **14.70** | | **$3,661.20** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 07/18/12 | One Legal, Inc.; Transmittal of filing to court; MSJ, Declaration, Separate Statement, Separately Boun Evid, Part 1, Separately Bound Evid - Part 2, Separately....including Court Filing Fee $500 07/06/12 | 549.95 |
| 07/24/12 | One Legal, Inc.; Transmittal of filing to court; Notice of Stay of Proceedings 07/16/12 | 61.45 |
| 07/30/12 | One Legal, Inc.; Transmittal of filing to court; Proposed Order 07/20/12 | 49.95 |
| 07/31/12 | Clerk, Court of Appeal; Court and Filing Fees; First appearance fee. Draft#28119 7/16/12 | 390.00 |
| | **TOTAL COSTS & EXPENSES** | **$1,051.35** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 0.20 | $66.60 |
| L120 | Analysis/Strategy | 0.10 | $27.90 |
| L190 | Other Case Assessment | 1.40 | $333.90 |
| L210 | Pleadings | 11.60 | $2,766.60 |
| L240 | Dispositive Motions | 1.20 | $399.60 |
| L310 | Written Discovery | 0.20 | $66.60 |
| | **TOTAL** | **14.70** | **$3,661.20** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.   323642    **CLIENT**   GMAC ResCap                                    Page        3
                        **MATTER**   Villanueva, Jun

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Buell, Edward | ERB | Associate | 0.10 | 279.00 | $27.90 |
| Tuffaha, Joe | JHT | Associate | 13.00 | 238.50 | $3,100.50 |
| Hankins, Suzanne | SMH | Member | 1.60 | 333.00 | $532.80 |
| | **Total** | | **14.70** | | **$3,661.20** |

PRIOR FEES                              $32,482.80
PRIOR COSTS & EXPENSES        $2,806.45

FEES                $3,661.20
COSTS & EXPENSES    $1,051.35
**TOTAL THIS INVOICE**    **$4,712.55**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

Novato, CA  94947
(800) 938-8815

26-0259046

One Legal LLC
504 Redwood Blvd., Suite 223
Novato, CA  94947
(800) 938-8815



SEVERSON & WERSON
ATTN:
1 Embarcadero Ctr
Suite 2600
San Francisco, CA  94111

| INVOICE No. | |
|---|---|
| 2096783 | |
| Date: | 7/6/12 |
| Cust. No.: | 0000562 |

| Cust. No.: | 0000562 |
|---|---|
| Invoice No.: | 2096783 |
| Inv. Date: | 7/6/12 |
| Due Date: | 7/21/12 |
| Total: | $549.95 |
| Terms: | Net 15 |

| | |
|---|---|
| Law Firm Contact: | Suzanne M Hankins |
| Client File No.: | 19000.0810 |
| Case Short Title: | Villanueva, Jun V. GMAC Mortgage |
| | |
| Documents: | MSJ, Declaration, Separate Statement, Separately Bound Evid. - Part 1, Separately Bound Evid - Part 2, Separately... |
| One Legal Branch: | San Diego |
| Court: Description: | Superior Court of California, San Diego County |

| | |
|---|---|
| **COURT FILING FEE** | $500.00 |
| **COURT FILING SERVICE FEE** | $49.95 |



| Due Date | 7/21/12 | | Total This Invoice | $549.95 |
|---|---|---|---|---|



28119

| | DATE | CLIENT | MATTER | | PURPOSE |
|---|---|---|---|---|---|
| CASE/CLIENT | | 17000 | 0810 | | D060860 – first appearance fee |

*Jun Villanueva vs. Tyne Merritt, et al*

**(VOID 60 DAYS AFTER DATE)**

90-3779
1211

PAY TO THE
ORDER OF    *Clerk, Court of Appeal*

THE SUM OF    *Three Hundred Ninety exactly* ——————— DOLLARS $ *390.00*

PAYEE IS AUTHORIZED TO INSERT CORRECT AMOUNT NOT TO EXCEED $650.00.

PAYABLE THROUGH

**Borel Private Bank & Trust Company®**
433 CALIFORNIA STREET · SAN FRANCISCO, CA 94104

SEVERSON & WERSON
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

BY _____    NON NEGOTIABLE

ONE EMBARCADERO CENTER 26th FLOOR · SAN FRANCISCO, CA 94111 · (415) 396-3344
19100 VON KARMAN, SUITE 700 · IRVINE, CA 92612 · (949) 442-7110

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    323643    JBS                                             August 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     19000     GMAC ResCap
MATTER     0811      Villanueva, Jun
                     GMAC No.: 710872

**TOTAL AMOUNT DUE            $426.60**

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    323643    JBS                                             August 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0811    Villanueva, Jun
GMAC No.: 710872

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| EK | 06/01/12 | Analysis and evaluation of appeal issues | L120 | 0.20 | 274.50 | 54.90 |
| EK | 06/01/12 | Call to Villanueva's counsel, M. Ermer, re request for extension on deadline to file opening brief | L520 | 0.10 | 274.50 | 27.45 |
| ERB | 06/02/12 | Communications with client re status of matter and strategy. | L120 | 0.10 | 279.00 | 27.90 |
| SMH | 06/04/12 | Attention to outcome of resolution efforts. | L160 | 0.20 | 333.00 | 66.60 |
| EK | 06/05/12 | Revise and revise proposed stipulation to extend time for appellant's opening brief, and draft reply to M. Ermer re same | L160 | 0.20 | 274.50 | 54.90 |
| ERB | 07/03/12 | Review matter and prepare status report for client. | L120 | 0.10 | 279.00 | 27.90 |
| JHT | 07/09/12 | Compiled Update as to Debtor Client. | L190 | 0.70 | 238.50 | 166.95 |
| | | **TOTAL** | | **1.60** | | **$426.60** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|--|-------|--------|
| L120 | Analysis/Strategy | 0.40 | $110.70 |
| L160 | Settlement/Non-Binding ADR | 0.40 | $121.50 |
| L190 | Other Case Assessment | 0.70 | $166.95 |
| L520 | Appellate Briefs | 0.10 | $27.45 |
| | **TOTAL** | **1.60** | **$426.60** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.    323643 | CLIENT | GMAC ResCap | | | Page | 2 |
| | MATTER | Villanueva, Jun | | | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Kemp, Erik | EK | Associate | 0.50 | 274.50 | $137.25 |
| Buell, Edward | ERB | Associate | 0.20 | 279.00 | $55.80 |
| Tuffaha, Joe | JHT | Associate | 0.70 | 238.50 | $166.95 |
| Hankins, Suzanne | SMH | Member | 0.20 | 333.00 | $66.60 |
| | **Total** | | **1.60** | | **$426.60** |

PRIOR FEES                          $10,872.90
PRIOR COSTS & EXPENSES        $3,176.50

|  | FEES | $426.60 |
|---|---|---|
| **TOTAL THIS INVOICE** | | **$426.60** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     323644      JBS                                                      August 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 0863 | Stricker, Lisa |
| | | GMAC Matter No.: 712122 |

**TOTAL AMOUNT DUE**          $1,693.80

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    323644    JBS                                        August 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0863    Stricker, Lisa
GMAC Matter No.: 712122

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ERB | 07/03/12 | Review matter and prepare status report for client. | L120 | 0.10 | 279.00 | 27.90 |
| YS | 07/05/12 | Draft correspondence to plaintiff's counsel regarding status of settlement negotiations between the parties | L160 | 0.20 | 238.50 | 47.70 |
| YS | 07/10/12 | Draft the settlement agreement in light of the parties agreement to resolve this case rather than proceed with further litigation | L160 | 2.90 | 238.50 | 691.65 |
| YS | 07/10/12 | Draft correspondence to and review of correspondence from plaintiff's counsel regarding certain terms of the proposed settlement agreement | L160 | 0.20 | 238.50 | 47.70 |
| YS | 07/11/12 | Draft correspondence to plaintiff's counsel regarding hold placed on the unlawful detainer action in light of pending settlement agreement | L190 | 0.20 | 238.50 | 47.70 |
| YS | 07/12/12 | Further drafting and revising of proposed settlement agreement | L160 | 0.20 | 238.50 | 47.70 |
| YS | 07/12/12 | Draft correspondence to plaintiff's counsel regarding terms and conditions of the proposed settlement agreement | L160 | 0.30 | 238.50 | 71.55 |
| ERB | 07/13/12 | Attentinon to and anaylsis of class action complaint filed by plaintiff in separate matter and potential impact on pending matter and pending resolution. | L120 | 0.50 | 279.00 | 139.50 |
| YS | 07/13/12 | Receipt, review and analysis of correspondence from plaintiff regarding items missing from the subject property | L160 | 0.10 | 238.50 | 23.85 |
| YS | 07/13/12 | Draft correspondence to client | L160 | 0.30 | 238.50 | 71.55 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 323644 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Stricker, Lisa | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | regarding items missing from the subject property and how this may affect settlement negotiations | | | | |
| YS | 07/18/12 | Draft correspondence to plaintiff's counsel regarding amending the terms of the settlement agreement in light of missing items in the subject property | L160 | 0.20 | 238.50 | 47.70 |
| YS | 07/18/12 | Further drafting and revising of the terms and conditions of the parties' settlement agreement | L160 | 0.30 | 238.50 | 71.55 |
| YS | 07/18/12 | Draft correspondence to plaintiff's counsel regarding revisions made to the settlement agreement | L160 | 0.20 | 238.50 | 47.70 |
| YS | 07/20/12 | Receipt, review and analysis of plaintiff's and her counsel's signatures to the proposed settlement and release agreement | L160 | 0.10 | 238.50 | 23.85 |
| YS | 07/20/12 | Draft correspondence to client regarding obtaining its signature to the settlement agreement in light of plaintiff already executing and approving it | L160 | 0.20 | 238.50 | 47.70 |
| YS | 07/24/12 | Draft correspondence to plaintiff's counsel regarding obtaining executed W-9 form in order to effectuate settlement payment | L160 | 0.20 | 238.50 | 47.70 |
| YS | 07/24/12 | Draft correspondence to client regarding the executed W-9 form per the terms of the parties' settlement agreement | L160 | 0.20 | 238.50 | 47.70 |
| YS | 07/26/12 | Receipt, review and analysis of client's comments to the proposed settlement agreement | L160 | 0.10 | 238.50 | 23.85 |
| YS | 07/26/12 | Draft correspondence to plaintiff's counsel regarding the fully executed settlement agreement, dismissal of the adversary proceeding, and when plaintiff intends to move out of the subject property | L160 | 0.40 | 238.50 | 95.40 |
| YS | 07/31/12 | Draft case status update for client report | L190 | 0.10 | 238.50 | 23.85 |
| | | **TOTAL** | | **7.00** | | **$1,693.80** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.   323644   CLIENT   GMAC ResCap                                          Page      3
                      MATTER   Stricker, Lisa

---

## COSTS & EXPENSES

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.60 | $167.40 |
| L160 | Settlement/Non-Binding ADR | 6.10 | $1,454.85 |
| L190 | Other Case Assessment | 0.30 | $71.55 |
| | **TOTAL** | **7.00** | **$1,693.80** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Buell, Edward | ERB | Associate | 0.60 | 279.00 | $167.40 |
| Shaham, Yaron | YS | Special Counsel | 6.40 | 238.50 | $1,526.40 |
| | **Total** | | **7.00** | | **$1,693.80** |

PRIOR FEES                          $19,755.45
PRIOR COSTS & EXPENSES          $2,652.61

| | | |
|---|---|---|
| FEES | | $1,693.80 |
| **TOTAL THIS INVOICE** | | **$1,693.80** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      323645      JBS                                            August 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT       19000      GMAC ResCap
MATTER       0885       Haan, Chang and Sheng
                        C/M# 712557


**TOTAL AMOUNT DUE**            **$2,805.00**


### *** *REMITTANCE COPY* ***
*Please include this page with payment.*


Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    323645    JBS                                                      August 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter        19000 0885    Haan, Chang and Sheng
                            C/M# 712557

FOR PROFESSIONAL SERVICES RENDERED        01/01/1994        07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ERB | 07/03/12 | Review matter and prepare status report for client. | L120 | 0.10 | 279.00 | 27.90 |
| MJN | 07/09/12 | Read and respond to emails regarding client bankruptcy review. | L110 | 0.10 | 261.00 | 26.10 |
| MTM | 07/09/12 | Attention to status. | L210 | 0.10 | 288.00 | 28.80 |
| ERB | 07/10/12 | Strategize re bankruptcy impact and upcoming hearing including potential disposition at demurrer stage. | L120 | 0.30 | 279.00 | 83.70 |
| BJJ | 07/10/12 | Determine if a notice of default or other foreclosure documents had been recorded against 10145 Passaro Way, Elk Grove, CA | L190 | 0.20 | 130.50 | 26.10 |
| MJN | 07/10/12 | Draft letter for propsed order regarding leave to amend and begin draft of reply in support of demurrer to second amended complaint. | L210 | 3.70 | 261.00 | 965.70 |
| ERB | 07/11/12 | Review and revise reply in support of demurrer. | L210 | 0.50 | 279.00 | 139.50 |
| MJN | 07/11/12 | Draft reply to oppositions and communicate internally regarding the same. | L210 | 3.10 | 261.00 | 809.10 |
| MJN | 07/12/12 | Coordinate filing of reply. | L210 | 0.50 | 261.00 | 130.50 |
| ERB | 07/18/12 | Attention to Tentative ruling re demurrer. | L210 | 0.20 | 279.00 | 55.80 |
| MJN | 07/18/12 | Review tentative and discuss same internally. | L210 | 0.40 | 261.00 | 104.40 |
| MXS | 07/18/12 | Prepared for hearing on demurrer. E-mailed with litigation team to see if opposing counsel provided notice of contestation or ruling to team members. | L240 | 0.50 | 216.00 | 108.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 323645 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Haan, Chang & Sheng | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| MXS | 07/19/12 | Prepared for hearing on demurrer (.2), cancelled hearing on demurrer (.1). | L240 | 0.30 | 216.00 | | 64.80 |
| MJN | 07/24/12 | Draft proposed order and letter to plaintiff and communicate internally regarding same. | L210 | 0.60 | 261.00 | | 156.60 |
| | | **TOTAL** | | **10.60** | | | **$2,727.00** |

### COSTS & EXPENSES

| | | | |
|---|---|---|---|
| 07/16/12 | CourtCall, LLC; CourtCall - Conference Service; 07/19/12 | | 78.00 |
| | **TOTAL COSTS & EXPENSES** | **$78.00** | |

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 0.10 | $26.10 |
| L120 | Analysis/Strategy | 0.40 | $111.60 |
| L190 | Other Case Assessment | 0.20 | $26.10 |
| L210 | Pleadings | 9.10 | $2,390.40 |
| L240 | Dispositive Motions | 0.80 | $172.80 |
| | **TOTAL** | **10.60** | **$2,727.00** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Johnson, Betty | BJJ | Paralegal | 0.20 | 130.50 | $26.10 |
| Buell, Edward | ERB | Associate | 1.10 | 279.00 | $306.90 |
| Nelson, Michele | MJN | Special Counsel | 8.40 | 261.00 | $2,192.40 |
| McGuinness, Michelle | MTM | Associate | 0.10 | 288.00 | $28.80 |
| Schindler, Maria | MXS | Associate | 0.80 | 216.00 | $172.80 |
| | **Total** | | **10.60** | | **$2,727.00** |

| | | |
|---|---|---|
| PRIOR FEES | $28,300.05 | |
| PRIOR COSTS & EXPENSES | $2,479.55 | |

| | |
|---|---|
| FEES | $2,727.00 |
| COSTS & EXPENSES | $78.00 |
| **TOTAL THIS INVOICE** | **$2,805.00** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    323646    JBS                                                    August 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     19000     GMAC ResCap
MATTER     0928      Chavers, Linda M.
                     GMAC Matter No.:  713706

**TOTAL AMOUNT DUE**          $1,478.50

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    323646    JBS                                   August 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0928    Chavers, Linda M.
GMAC Matter No.: 713706

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| RJG | 07/02/12 | Analysis and evaluation of case investigation issues and attention to written discovery to propound to Plaintiff. | L310 | 0.60 | 274.50 | 164.70 |
| YS | 07/03/12 | Receipt, review and analysis of the Court's order to show cause regarding lack of prosecution of co-defendant Direct Funding | L120 | 0.10 | 238.50 | 23.85 |
| RJG | 07/06/12 | Analysis and evaluation of application of bankruptcy stay to pending case issues to advise our client regarding the same. | L120 | 0.20 | 274.50 | 54.90 |
| ERB | 07/10/12 | Prepare status update and information re Bankruptcy stay per clients request. | L120 | 0.20 | 279.00 | 55.80 |
| RJG | 07/13/12 | Analysis and evaluation of applicability of bankruptcy stay and pending case issues and attention to litigation strategy. | L120 | 0.30 | 274.50 | 82.35 |
| YS | 07/17/12 | Review and analysis of plaintiff's request for entry of default of defendant Direct Funding | L120 | 0.20 | 238.50 | 47.70 |
| YS | 07/17/12 | Receipt, review and analysis of the Clerk's default entered as to defendant Direct Funding | L120 | 0.10 | 238.50 | 23.85 |
| YS | 07/17/12 | Draft correspondence to K. Lee at MERS regarding status of the case, discovery propounded upon plaintiff, and pending hearing dates | L190 | 0.30 | 238.50 | 71.55 |
| RJG | 07/20/12 | Attention to answer to third amended complaint, written discovery and | L120 | 0.30 | 274.50 | 82.35 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 323646 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Chavers, Linda M. | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | pending case issues and correspondence with our client to advise regarding the same. | | | | |
| YS | 07/20/12 | Draft correspondence to K. Lee at MERS regarding status of the case and pending hearings dates | L190 | 0.30 | 238.50 | 71.55 |
| RJG | 07/23/12 | Analysis and evaluation of bankruptcy stay application to pending case issues and correspondence with our client contact to advise regarding the same. | L120 | 0.40 | 274.50 | 109.80 |
| YS | 07/23/12 | Draft notice of bankruptcy stay | L210 | 0.30 | 238.50 | 71.55 |
| YS | 07/23/12 | Draft correspondence to plaintiff's counsel regarding the clients' bankruptcy filing and affect of the automatic stay | L190 | 0.40 | 238.50 | 95.40 |
| YS | 07/23/12 | Draft correspondence to client regarding proposed notice of bankruptcy stay and correspondence to plaintiff's counsel regarding the affect of the automatic stay on this case | L190 | 0.20 | 238.50 | 47.70 |
| RJG | 07/26/12 | Attention to written discovery issues and correspondence with Plaintiff's counsel to respond to an inquiry regarding the same. | L310 | 0.40 | 274.50 | 109.80 |
| YS | 07/26/12 | Receipt, review and analysis of correspondence from plaintiff's counsel requesting an extension of time to respond to discovery | L120 | 0.10 | 238.50 | 23.85 |
| YS | 07/26/12 | Draft correspondence to plaintiff's counsel regarding granting extension of time to respond to clients' written discovery | L310 | 0.20 | 238.50 | 47.70 |
| JHT | 07/26/12 | Reviewed Letter from Plaintiff's Counsel Re. Extension to Respond to Discovery. | L190 | 0.10 | 238.50 | 23.85 |
| YS | 07/30/12 | Further drafting and revising of clients' notice of bankruptcy stay | L210 | 0.20 | 238.50 | 47.70 |
| RJG | 07/31/12 | Analysis and evaluation of application of the bankruptcy final order to pending case claims and correspondence with our client to respond to an inquiry regarding the same. | L120 | 0.30 | 274.50 | 82.35 |
| RJG | 07/31/12 | Attention to application of bankruptcy | L120 | 0.30 | 274.50 | 82.35 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. 323646 | CLIENT | GMAC ResCap | | Page | 3 |
| | MATTER | Chavers, Linda M. | | | |

| | | | | | |
|---|---|---|---|---|---|
| | | stay final order to pending case issues and correspondence with our client to respond to an inquiry regarding the same. | | | |
| YS | 07/31/12 | Draft case status update for client report L190 | 0.10 | 238.50 | 23.85 |
| | | **TOTAL** | **5.60** | | **$1,444.50** |

## COSTS & EXPENSES

| | | | |
|---|---|---|---|
| 07/20/12 | First Legal Network, LLC; Court Services; USDC- Central Spring St. 6/26/12 | | 34.00 |
| | **TOTAL COSTS & EXPENSES** | **$34.00** | |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 2.50 | $669.15 |
| L190 | Other Case Assessment | 1.40 | $333.90 |
| L210 | Pleadings | 0.50 | $119.25 |
| L310 | Written Discovery | 1.20 | $322.20 |
| | **TOTAL** | **5.60** | **$1,444.50** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Buell, Edward | ERB | Associate | 0.20 | 279.00 | $55.80 |
| Tuffaha, Joe | JHT | Associate | 0.10 | 238.50 | $23.85 |
| Gandy, Robert | RJG | Special Counsel | 2.80 | 274.50 | $768.60 |
| Shaham, Yaron | YS | Special Counsel | 2.50 | 238.50 | $596.25 |
| | **Total** | | **5.60** | | **$1,444.50** |

| | | |
|---|---|---|
| PRIOR FEES | $15,970.05 | |
| PRIOR COSTS & EXPENSES | $464.04 | |

| | |
|---|---|
| FEES | $1,444.50 |
| COSTS & EXPENSES | $34.00 |
| **TOTAL THIS INVOICE** | **$1,478.50** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      323647      JBS                                                August 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000      GMAC ResCap
MATTER      0933      Valenzuela, Alexander
C/M# 713796

**TOTAL AMOUNT DUE**          **$2,115.00**

***\*\*\* REMITTANCE COPY \*\*\****
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    323647    JBS

August 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0933    Valenzuela, Alexander
C/M# 713796

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| ERB | 07/03/12 | Review matter and prepare status report for client. | L120 | 0.10 | 279.00 | 27.90 |
| PG | 07/06/12 | Review and analyze Plaintiff's Second Amended Complaint and Plaintiff's Motion for Injunction re: drafting Opposition to Injunction and drafting Demurrer to Second Amended Complaint. | L210 | 0.60 | 247.50 | 148.50 |
| ERB | 07/09/12 | Review and Revise demurrer to TAC | L210 | 0.80 | 279.00 | 223.20 |
| PG | 07/09/12 | Draft moving papers for Demurrer to Third Amended Complaint. | L240 | 2.80 | 247.50 | 693.00 |
| PG | 07/09/12 | Draft Opposition to Motion for Preliminary Injunction. | L220 | 1.30 | 247.50 | 321.75 |
| LJT | 07/12/12 | Draft request for judicial notice in support of demurrer to third amended complaint and request for judicial notice in support of opposition to motion for preliminary injunction. | L250 | 0.90 | 130.50 | 117.45 |
| PG | 07/13/12 | Review email from client re: comments on Demurrer to Third Amended Complaint. | L240 | 0.20 | 247.50 | 49.50 |
| PG | 07/26/12 | Prepare for and appear telephonically at hearing on Plaintiff's Motion for an Injunction. | L220 | 1.70 | 247.50 | 420.75 |
| LJT | 07/30/12 | Review Court docket re case status re preparation of case management statement for upcoming hearing, e-mail re same. | L230 | 0.10 | 130.50 | 13.05 |
| | | **TOTAL** | | **8.50** | | **$2,015.10** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 323647 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Valenzuela, Alexander | | |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 07/24/12 | One Legal, Inc.; Transmittal of filing to court; Opposition, Request for Judicial Notice 07/13/12 | 49.95 |
| 07/24/12 | One Legal, Inc.; Transmittal of filing to court; Demurrer, Request for Judicial Notice 07/17/12 | 49.95 |
| | **TOTAL COSTS & EXPENSES** | **$99.90** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.10 | $27.90 |
| L210 | Pleadings | 1.40 | $371.70 |
| L220 | Preliminary Injunctions/Provis | 3.00 | $742.50 |
| L230 | Court Mandated Conferences | 0.10 | $13.05 |
| L240 | Dispositive Motions | 3.00 | $742.50 |
| L250 | Other Written Motions | 0.90 | $117.45 |
| | **TOTAL** | **8.50** | **$2,015.10** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Buell, Edward | ERB | Associate | 0.90 | 279.00 | $251.10 |
| Tarwater, Linda | LJT | Paralegal | 1.00 | 130.50 | $130.50 |
| Grammatico, Paul | PG | Associate | 6.60 | 247.50 | $1,633.50 |
| | **Total** | | **8.50** | | **$2,015.10** |

| | |
|---|---|
| PRIOR FEES | $6,979.95 |
| PRIOR COSTS & EXPENSES | $2,173.21 |

| | |
|---|---|
| FEES | $2,015.10 |
| COSTS & EXPENSES | $99.90 |
| **TOTAL THIS INVOICE** | **$2,115.00** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    323648    JBS                                     August 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    0943    Quijada, Monica
GMAC Matter No.: 714330

**TOTAL AMOUNT DUE**          **$671.85**

*** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    323648    JBS                                           August 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0943    Quijada, Monica
                         GMAC Matter No.: 714330

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ERB | 07/03/12 | Review matter and prepare status report for client. | L120 | 0.10 | 279.00 | 27.90 |
| YS | 07/05/12 | Review and analysis of co-defendant Greenpoint Mortgage Funding's demurrer and motion to strike plaintiff's third amended complaint | L120 | 0.20 | 238.50 | 47.70 |
| YS | 07/13/12 | telephone conference with plaintiff's counsel regarding pending hearing dates and deadlines | L190 | 0.20 | 238.50 | 47.70 |
| YS | 07/24/12 | Receipt, review and analysis of the plaintiff's opposition to co-defendant Greenpoint Mortgage's demurrer and motion to strike plaintiff's third amended complaint | L120 | 0.10 | 238.50 | 23.85 |
| YS | 07/31/12 | Draft case status update for client report | L190 | 0.10 | 238.50 | 23.85 |
| YS | 07/31/12 | Draft correspondence to K. Lee at MERS regarding status of the case and pending demurrer hearing to plaintiff's amended complaint | L190 | 0.20 | 238.50 | 47.70 |
| JHT | 07/31/12 | Reviewed Opposition to Demurrer to TAC. | L210 | 0.40 | 238.50 | 95.40 |
| JHT | 07/31/12 | Drafted Reply ISO Demurrer to TAC. | L210 | 1.50 | 238.50 | 357.75 |
| | | **TOTAL** | | **2.80** | | **$671.85** |

## COSTS & EXPENSES

## BILLING SUMMARY

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    323648    **CLIENT**    GMAC ResCap                          Page        2
                         **MATTER**    Quijada, Monica

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.40 | $99.45 |
| L190 | Other Case Assessment | 0.50 | $119.25 |
| L210 | Pleadings | 1.90 | $453.15 |
| | **TOTAL** | **2.80** | **$671.85** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Buell, Edward | ERB | Associate | 0.10 | 279.00 | $27.90 |
| Tuffaha, Joe | JHT | Associate | 1.90 | 238.50 | $453.15 |
| Shaham, Yaron | YS | Special Counsel | 0.80 | 238.50 | $190.80 |
| | **Total** | | **2.80** | | **$671.85** |

PRIOR FEES                        $19,776.15
PRIOR COSTS & EXPENSES            $2,510.07


FEES                $671.85
**TOTAL THIS INVOICE**            $671.85

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.   323649   JBS                          August 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
|--------|-------|-------------|
| MATTER | 0962  | Ward, Bernard |
|        |       | GMAC Matter No.: 714861 |

**TOTAL AMOUNT DUE**            **$298.80**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    323649    JBS                                    August 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  0962    Ward, Bernard
                         GMAC Matter No.: 714861

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ERB | 07/03/12 | Review matter and prepare status report for client. | L120 | 0.10 | 279.00 | 27.90 |
| CG | 07/09/12 | Respond to internal questionnaire regarding status of action. | L190 | 0.20 | 238.50 | 47.70 |
| ERB | 07/18/12 | Attention to supplemental order and analysis of stayed vs. permitted claims and process for Plaintiff's to seek relief from stay or amend to add non-debtor entity. | L120 | 0.80 | 279.00 | 223.20 |
| | | **TOTAL** | | **1.10** | | **$298.80** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.90 | $251.10 |
| L190 | Other Case Assessment | 0.20 | $47.70 |
| | **TOTAL** | **1.10** | **$298.80** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Gaddis, Clayton | CG | Associate | 0.20 | 238.50 | $47.70 |
| Buell, Edward | ERB | Associate | 0.90 | 279.00 | $251.10 |
| | Total | | **1.10** | | **$298.80** |

PRIOR FEES                    $113,987.97
PRIOR COSTS & EXPENSES        $8,450.51

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 323649 | CLIENT | GMAC ResCap | | Page | 2 |
|---|---|---|---|---|---|---|
| | | MATTER | Ward, Bernard | | | |

|  | FEES | $298.80 |
|---|---|---|
| **TOTAL THIS INVOICE** | | **$298.80** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     323650      JBS                                        August 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 0972 | David, Ashley and Nosheen |
| | | GMAC Matter No.:  714953 |

**TOTAL AMOUNT DUE**          **$507.10**

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    323650    JBS

August 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0972    David, Ashley and Nosheen
GMAC Matter No.: 714953

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| IJD | 07/02/12 | Prepare email to client C. Hancock regarding case status update. | L120 | 0.20 | 238.50 | 47.70 |
| IJD | 07/06/12 | Review court's order to show cause. | L210 | 0.20 | 238.50 | 47.70 |
| ERB | 07/10/12 | Prepare status update and information re Bankruptcy stay per clients request. | L120 | 0.20 | 279.00 | 55.80 |
| IJD | 07/11/12 | Review and reply to email from client C. Hancock regarding status of motion to dismiss. | L120 | 0.20 | 238.50 | 47.70 |
| IJD | 07/12/12 | Review and reply to email from client C. Hancock regarding lis pendens. | L120 | 0.20 | 238.50 | 47.70 |
| IJD | 07/19/12 | Prepare email to client C. Hancock regarding plaintiffs' non-compliance with Court's OSC order. | L120 | 0.20 | 238.50 | 47.70 |
| IJD | 07/23/12 | Review and reply to email from C. Hancock regarding ninth circuit appeal. | L120 | 0.20 | 238.50 | 47.70 |
| IJD | 07/24/12 | Prepare email to client C. Hancock regarding dismissal of action. | L120 | 0.20 | 238.50 | 47.70 |
| IJD | 07/24/12 | Analyze court's order and judgment of dismissal. | L210 | 0.20 | 238.50 | 47.70 |
| IJD | 07/27/12 | Review and reply to email from client C. Hancock regarding appeals period. | L120 | 0.20 | 238.50 | 47.70 |
| | | **TOTAL** | | **2.00** | | **$485.10** |

## COSTS & EXPENSES

| | | |
|--|--|--|
| 07/12/12 | Nationwide Legal Express, LLC; Court Services; USDC/San Francisco Northern Dist. 6/13/12 | 22.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.   323650 | CLIENT   GMAC ResCap | Page | 2 |
|---|---|---|---|
| | MATTER   David, Ashley & Nosheen | | |

| **TOTAL COSTS & EXPENSES** | **$22.00** |
|---|---|

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | |
|---|---|---|---|---|---|
| L120 | Analysis/Strategy | 1.60 | $389.70 | | |
| L210 | Pleadings | 0.40 | $95.40 | | |
| | **TOTAL** | **2.00** | **$485.10** | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Buell, Edward | ERB | Associate | 0.20 | 279.00 | $55.80 |
| Da Cunha, Ian | IJD | Associate | 1.80 | 238.50 | $429.30 |
| | | **Total** | **2.00** | | **$485.10** |

| PRIOR FEES | $14,708.25 |
|---|---|
| PRIOR COSTS & EXPENSES | $579.86 |

| | FEES | $485.10 |
|---|---|---|
| | COSTS & EXPENSES | $22.00 |
| | **TOTAL THIS INVOICE** | **$507.10** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    323651    JBS                                      August 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1016    Lin, Stephen and Evelyn
                  GMAC Matter No.:  717087

**TOTAL AMOUNT DUE**          **$1,009.80**

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    323651    JBS                                                    August 8, 2012

GMAC Mortgage, LLC
    Attn: Natasha I. Campbell
    1100 Virginia Drive
    Fort Washington, PA 19006

Matter    19000  1016    Lin, Stephen and Evelyn
                     GMAC Matter No.:  717087

FOR PROFESSIONAL SERVICES RENDERED      01/01/1994        07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ERB | 07/03/12 | Review matter and prepare status report for client. | L120 | 0.10 | 279.00 | 27.90 |
| ACS | 07/05/12 | Analyze reply briefing status and deadlines | L520 | 0.20 | 288.00 | 57.60 |
| ERB | 07/12/12 | Attention to and analysis of remaining claims on appeal re supp order and impact of Bankruptcy stay. | L120 | 0.60 | 279.00 | 167.40 |
| ACS | 07/12/12 | Analyze effect of interim bankruptcy order on claims | L190 | 0.40 | 288.00 | 115.20 |
| ACS | 07/26/12 | Analyze effect of modified bankruptcy stay on claims | L190 | 0.60 | 288.00 | 172.80 |
| ACS | 07/26/12 | Analyze status of appellate reply brief and oral argument notice | L520 | 0.20 | 288.00 | 57.60 |
| ERB | 07/27/12 | Prepare for and attend call with client re Plaintiffs motion for relief from stay. | L120 | 0.40 | 279.00 | 111.60 |
| ACS | 07/27/12 | Analyze effect of modified bankruptcy stay on claims | L190 | 0.30 | 288.00 | 86.40 |
| ACS | 07/27/12 | Draft notice of bankruptcy & automatic stay | L250 | 0.60 | 288.00 | 172.80 |
| | | **TOTAL** | | **3.40** | | **$969.30** |

## COSTS & EXPENSES

| | | | |
|---|---|---|---|
| 07/06/12 | First Legal Network, LLC; Court Services; CACOA- San Francisco 6/15/12 | | 40.50 |
| | **TOTAL COSTS & EXPENSES** | **$40.50** | |

## BILLING SUMMARY

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

**Severson**
**&Werson**

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.   323651      CLIENT    GMAC ResCap                          Page          2
                         MATTER    Lin, Stephen & Evelyn

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 1.10 | $306.90 |
| L190 | Other Case Assessment | 1.30 | $374.40 |
| L250 | Other Written Motions | 0.60 | $172.80 |
| L520 | Appellate Briefs | 0.40 | $115.20 |
| | **TOTAL** | **3.40** | **$969.30** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Sears, Alex | ACS | Associate | 2.30 | 288.00 | $662.40 |
| Buell, Edward | ERB | Associate | 1.10 | 279.00 | $306.90 |
| | **Total** | | **3.40** | | **$969.30** |

PRIOR FEES                        $18,767.70
PRIOR COSTS & EXPENSES            $2,371.82

| | | |
|---|---|---|
| FEES | $969.30 |
| COSTS & EXPENSES | $40.50 |
| **TOTAL THIS INVOICE** | **$1,009.80** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    323652    JBS                                          August 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1059 | Silva, Guadalupe and Robin |
| | | C/M# 718655 |

**TOTAL AMOUNT DUE**            **$687.60**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 323652 | JBS | | August 8, 2012 |

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1059    Silva, Guadalupe and Robin
C/M# 718655

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ERB | 07/03/12 | Review matter and prepare status report for client. | L120 | 0.10 | 279.00 | 27.90 |
| ERB | 07/12/12 | Analysis of status of matter based on Plaintiffs failure to serve complaint following Court granting motion to quash. | L120 | 0.40 | 279.00 | 111.60 |
| MJN | 07/12/12 | Review loan file, complaint and title documents and communicate internally and with client regarding next steps vis-a-vis a notice of stay of proceedings and motion to expunge lis pendens. | L110 | 2.10 | 261.00 | 548.10 |
| | | **TOTAL** | | **2.60** | | **$687.60** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L110 | Fact Investigation/Development | 2.10 | $548.10 |
| L120 | Analysis/Strategy | 0.50 | $139.50 |
| | **TOTAL** | **2.60** | **$687.60** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Buell, Edward | ERB | Associate | 0.50 | 279.00 | $139.50 |
| Nelson, Michele | MJN | Special Counsel | 2.10 | 261.00 | $548.10 |
| | **Total** | | **2.60** | | **$687.60** |

| PRIOR FEES | $13,210.65 |
| PRIOR COSTS & EXPENSES | $1,201.28 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| | | | | | |
|---|---|---|---|---|---|
| Invoice No. | 323652 | CLIENT | GMAC ResCap | Page | 2 |
| | | MATTER | Silva, Guadalupe & Robin | | |

| | | |
|---|---|---|
| FEES | | $687.60 |
| **TOTAL THIS INVOICE** | | **$687.60** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    323653    JBS                                      August 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1095    Boyd, Michael E.
GMAC Matter No.: 719832

**TOTAL AMOUNT DUE**          $4,009.05

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    323653    JBS

August 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  1095    Boyd, Michael E.
GMAC Matter No.: 719832

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MXS | 07/02/12 | Researched new Northern District rules regarding timing of opposition to motion to dismiss to determine and calendar plaintiff's opposition response and our reply dates. | L240 | 0.40 | 216.00 | 86.40 |
| ERB | 07/03/12 | Review matter and prepare status report for client. | L120 | 0.10 | 279.00 | 27.90 |
| ERB | 07/09/12 | Attention to Bankruptcy issues and analysis of suplemental orders on pending claims and action. | L120 | 0.50 | 279.00 | 139.50 |
| MXS | 07/09/12 | Responded to MKS/GMAC request for information to determine if case was exempt from automatic stay pursuant to S.D.N.Y. order. | L250 | 0.30 | 216.00 | 64.80 |
| MXS | 07/09/12 | E-mailed with H. Franchii regarding whether plaintiff's latest motion qualified case for inclusion in BK stay. (.4), strategized re case's inclusion in stay given interim order of S.D.N.Y. (.4). | L120 | 0.80 | 216.00 | 172.80 |
| MXS | 07/11/12 | Drafted federal notice of non-receipt of opposition | L240 | 0.60 | 216.00 | 129.60 |
| MXS | 07/11/12 | E-mailed with client re approval of filing notice of non-receipt of opposition. | L240 | 0.30 | 216.00 | 64.80 |
| MXS | 07/11/12 | Strategized re possibility of filing notice of non-receipt of opposition in federal court. | L240 | 0.20 | 216.00 | 43.20 |
| ERB | 07/12/12 | Analysis of Bankruptcy issues based on Plaintiff filing notice of stay and | L120 | 0.80 | 279.00 | 223.20 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 323653 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Boyd, Michael E. | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | strategize re disposition of matter on upcoming motion to dismiss. | | | | | |
| MEH | 07/12/12 | Strategize re: appropriate response to plaintiff's motion to enforce automatic bankruptcy stay against client GMAC. | L120 | 1.00 | 261.00 | | 261.00 |
| MXS | 07/12/12 | Received motion for stay from plaintiff. Reviewed motion and researched cases cited in brief. | L250 | 0.80 | 216.00 | | 172.80 |
| MXS | 07/12/12 | Drafted opposition to plaintiff's motion for stay. | L250 | 2.10 | 216.00 | | 453.60 |
| MXS | 07/16/12 | Strategized re opposition to motion for procedural relief regarding opposition deadlines. | L250 | 0.40 | 216.00 | | 86.40 |
| MEH | 07/17/12 | Revise opposition to plaintiff's procedural motion re: bankruptcy stay. | L250 | 1.50 | 261.00 | | 391.50 |
| MXS | 07/17/12 | Drafted, edited, and researched opposition to motion for procedural relief from opposition deadline. (2.8) Reviewed Final Suppelemental Order of Bankruptcy Court in preparation for motion (.3) | L250 | 3.10 | 216.00 | | 669.60 |
| MXS | 07/18/12 | Edited opposition to motion for procedural relief per litigation team comments (.8), Drafted e-mail to client re opposition and exemption from automatic stay (.3), Strategized re opposition to motion with litigation team (.4) | L250 | 1.50 | 216.00 | | 324.00 |
| MEH | 07/19/12 | Finalize opposition to plaintiff's procedural motion. | L250 | 0.30 | 261.00 | | 78.30 |
| MXS | 07/19/12 | Edited and filed opposition to procedural motion (.8), e-mailed with client re filing of motion (.4). | L250 | 1.20 | 216.00 | | 259.20 |
| MXS | 07/20/12 | E-mailed with client re motion for procedural relief. | L250 | 0.20 | 216.00 | | 43.20 |
| MEH | 07/23/12 | Revise email to client MERS (C. Malycke) responding to request for case status and enclosing key documents. | L120 | 0.30 | 261.00 | | 78.30 |
| MXS | 07/23/12 | Wrote detailed update to MERS regarding case progress (.4), strategized re case update (.2) | L250 | 0.60 | 216.00 | | 129.60 |
| MXS | 07/24/12 | E-mailed with MERS contact C. Malycke re: case update and August 7 | L120 | 0.40 | 216.00 | | 86.40 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 323653 | CLIENT | GMAC ResCap | Page | 3 |
|---|---|---|---|---|---|
| | | MATTER | Boyd, Michael E. | | |

hearing.
**TOTAL**                                     17.40                    $3,986.10


## COSTS & EXPENSES

07/12/12  One Legal, Inc.; Transmittal of filing to court;                                      22.95
Defendant's Notice of Motion and Motion to
Dismiss First Amended Complaint;
Memorandum of Points and Authorities
in...06/26/12
**TOTAL COSTS & EXPENSES**                              **$22.95**


## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 3.90 | $989.10 |
| L240 | Dispositive Motions | 1.50 | $324.00 |
| L250 | Other Written Motions | 12.00 | $2,673.00 |
| | **TOTAL** | **17.40** | **$3,986.10** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Buell, Edward | ERB | Associate | 1.40 | 279.00 | $390.60 |
| Holt, M. Elizabeth | MEH | Associate | 3.10 | 261.00 | $809.10 |
| Schindler, Maria | MXS | Associate | 12.90 | 216.00 | $2,786.40 |
| | **Total** | | **17.40** | | **$3,986.10** |

PRIOR FEES                           $35,234.55
PRIOR COSTS & EXPENSES               $451.02


FEES                        $3,986.10
COSTS & EXPENSES                $22.95
**TOTAL THIS INVOICE**          **$4,009.05**


Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    323654    JBS                                    August 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     19000    GMAC ResCap
MATTER     1106     Villicana, Jose M.
                    GMAC Matter No.: 720505

**TOTAL AMOUNT DUE**          **$262.80**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    323654    JBS                                      August 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1106    Villicana, Jose M.
GMAC Matter No.: 720505

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| ERB | 07/03/12 | Review matter and prepare status report for client. | L120 | 0.10 | 279.00 | 27.90 |
| ERB | 07/10/12 | Prepare status update and information re Bankruptcy stay per clients request. | L120 | 0.20 | 279.00 | 55.80 |
| ERB | 07/12/12 | Communication with client re status of matter and review matter per request. | L120 | 0.30 | 279.00 | 83.70 |
| MGC | 07/24/12 | Advise client re: current case issues. | L190 | 0.40 | 238.50 | 95.40 |
| | | **TOTAL** | | **1.00** | | **$262.80** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | |
|---------------------------|--|-------|--------|--|--|
| L120 | Analysis/Strategy | 0.60 | $167.40 | | |
| L190 | Other Case Assessment | 0.40 | $95.40 | | |
| | **TOTAL** | **1.00** | **$262.80** | | |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|--|----------|-------|------|-------|
| Buell, Edward | ERB | Associate | 0.60 | 279.00 | $167.40 |
| Cross, Michael | MGC | Associate | 0.40 | 238.50 | $95.40 |
| | Total | | **1.00** | | **$262.80** |

PRIOR FEES                     $17,660.70
PRIOR COSTS & EXPENSES         $1,903.37

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 323654 | CLIENT | GMAC ResCap | Page | 2 |
| | | MATTER | Villicana, Jose M. | | |

|  | FEES | $262.80 |
|---|---|---|
|  | **TOTAL THIS INVOICE** | **$262.80** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    323656    JBS                                    August 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1135     Liu, Betty
                   GMAC Matter No.: 721612

**TOTAL AMOUNT DUE**          **$342.45**

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    323656    JBS                                    August 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter   19000  1135    Liu, Betty
GMAC Matter No.: 721612

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| ERB | 07/03/12 | Review matter and prepare status report for client. | L120 | 0.10 | 279.00 | 27.90 |
| AAG | 07/16/12 | Update client regarding hearing on demurrer date and case status generally. | L210 | 0.20 | 238.50 | 47.70 |
| AAG | 07/16/12 | Prepare internal case update. | L190 | 0.20 | 238.50 | 47.70 |
| AAG | 07/16/12 | Revise request to appear at demurrer hearing via courtcall. | L210 | 0.20 | 238.50 | 47.70 |
| AAG | 07/25/12 | Update client regarding outcome of demurrer and case dismissal. | L210 | 0.20 | 238.50 | 47.70 |
| AAG | 07/31/12 | Communicate with client regarding dismissal. | L190 | 0.10 | 238.50 | 23.85 |
| | | **TOTAL** | | **1.00** | | **$242.55** |

## COSTS & EXPENSES

| | | |
|--|--|--|
| 07/23/12 | One Legal, Inc.; Transmittal of filing to court; Opposition to Plaintiff's Motion to Consolidate, RJN in Support of Opp...05/30/12 | 49.95 |
| 07/30/12 | One Legal, Inc.; Transmittal of filing to court; Case Management Statement 07/18/12 | 49.95 |
| | **TOTAL COSTS & EXPENSES** | **$99.90** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|------|------|-------|--------|
| L120 | Analysis/Strategy | 0.10 | $27.90 |
| L190 | Other Case Assessment | 0.30 | $71.55 |
| L210 | Pleadings | 0.60 | $143.10 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 323656 | CLIENT | GMAC ResCap | | Page | 2 |
| | | MATTER | Liu, Betty | | | |

| | **TOTAL** | | **1.00** | **$242.55** | |
|---|---|---|---|---|---|

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Givental, Alisa | AAG | Associate | 0.90 | 238.50 | $214.65 |
| Buell, Edward | ERB | Associate | 0.10 | 279.00 | $27.90 |
| | **Total** | | **1.00** | | **$242.55** |

PRIOR FEES                                   $10,671.30
PRIOR COSTS & EXPENSES          $2,224.10

| | FEES | $242.55 |
|---|---|---|
| | COSTS & EXPENSES | $99.90 |
| | **TOTAL THIS INVOICE** | **$342.45** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    323657    JBS                                    August 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1156 | Suckow, Jeffrey |
| | | GMAC Matter No.: 722444 |

**TOTAL AMOUNT DUE**          **$1,792.80**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    323657    JBS                                    August 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1156    Suckow, Jeffrey
                        GMAC Matter No.: 722444

FOR PROFESSIONAL SERVICES RENDERED      01/01/1994      07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ERB | 07/03/12 | Review matter and prepare status report for client. | L120 | 0.10 | 279.00 | 27.90 |
| IJD | 07/03/12 | Prepare case management conference statement. | L210 | 0.50 | 238.50 | 119.25 |
| IJD | 07/04/12 | Begin to prepare demurrer to plaintiffs' second amended complaint. | L210 | 5.00 | 238.50 | 1,192.50 |
| IJD | 07/04/12 | Analyze plaintiffs' second amended complaint in preparation for drafting demurrer. | L210 | 0.60 | 238.50 | 143.10 |
| IJD | 07/09/12 | Provide case specific information to assess the impact of the bankruptcy stay on case. | L120 | 0.30 | 238.50 | 71.55 |
| IJD | 07/13/12 | Review and reply to email from MERS counsel, K. Lee, regarding case status. | L120 | 0.20 | 238.50 | 47.70 |
| IJD | 07/16/12 | Continue to prepare demurrer to plaintiffs' first amended complaint. | L210 | 0.60 | 238.50 | 143.10 |
| IJD | 07/30/12 | Review and reply to email from K. Lee, counsel for MERS, regarding case status. | L120 | 0.20 | 238.50 | 47.70 |
| | | **TOTAL** | | **7.50** | | **$1,792.80** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | Hours | Amount |
|---------------------------|-------|--------|
| L120   Analysis/Strategy | 0.80 | $194.85 |
| L210   Pleadings | 6.70 | $1,597.95 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 323657 | CLIENT | GMAC ResCap | Page | 2 |
| --- | --- | --- | --- | --- | --- |
| | | MATTER | Suckow, Jeffrey | | |

| | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| **TOTAL** | | | **7.50** | **$1,792.80** | | |
| **Timekeeper** | | **Position** | | **Hours** | **Rate** | **Value** |
| Buell, Edward | ERB | Associate | | 0.10 | 279.00 | $27.90 |
| Da Cunha, Ian | IJD | Associate | | 7.40 | 238.50 | $1,764.90 |
| | | **Total** | | **7.50** | | **$1,792.80** |

PRIOR FEES                          $8,030.70
PRIOR COSTS & EXPENSES              $2,263.04

|  |  |  |
| --- | --- | --- |
| FEES | | $1,792.80 |
| **TOTAL THIS INVOICE** | | **$1,792.80** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     323658     JBS                                          August 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     19000     GMAC ResCap
MATTER     1178      Matias, Lailo
                     GMAC Matter No: 723522
                     Loan No.: 7442411955

**TOTAL AMOUNT DUE**          **$390.60**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    323658    JBS                                    August 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1178    Matias, Lailo
                       GMAC Matter No: 723522
                       Loan No.: 7442411955

FOR PROFESSIONAL SERVICES RENDERED        01/01/1994        07/31/2012

| Atty | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| ERB | 07/02/12 | Communications with plaintiff re return L210 of signed settlement agreement and completion of settlement.. | 0.40 | 279.00 | 111.60 |
| ERB | 07/03/12 | Review matter and prepare status report L120 for client. | 0.10 | 279.00 | 27.90 |
| ERB | 07/23/12 | Call from counsel for Bank of America L120 (tendered defense to client) re status of matter, status of settlement, confirmation of representation and strategy. | 0.60 | 279.00 | 167.40 |
| ERB | 07/27/12 | Communiactions with client re status of L160 settlement and modification. | 0.30 | 279.00 | 83.70 |
| | | **TOTAL** | **1.40** | | **$390.60** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|--|-------|--------|
| L120 | Analysis/Strategy | 0.70 | $195.30 |
| L160 | Settlement/Non-Binding ADR | 0.30 | $83.70 |
| L210 | Pleadings | 0.40 | $111.60 |
| | **TOTAL** | **1.40** | **$390.60** |

| Timekeeper | Position | | Hours | Rate | Value |
|------------|----------|--|-------|------|-------|
| Buell, Edward | ERB | Associate | 1.40 | 279.00 | $390.60 |
| | **Total** | | **1.40** | | **$390.60** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | | | | |
|---|---|---|---|---|
| Invoice No.    323658 | CLIENT | GMAC ResCap | Page | 2 |
| | MATTER | Matias, Lailo | | |

| | |
|---|---|
| PRIOR FEES | $2,816.55 |
| PRIOR COSTS & EXPENSES | $323.75 |

| | |
|---|---|
| FEES | $390.60 |
| **TOTAL THIS INVOICE** | **$390.60** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    323659    JBS                                      August 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
|--------|-------|-------------|
| MATTER | 1179 | Dumalanta, Dwayne |
| | | GMAC Matter No.: 723459 |

**TOTAL AMOUNT DUE**          **$779.40**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      323659       JBS                                    August 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter      19000  1179      Dumalanta, Dwayne
GMAC Matter No.: 723459

FOR PROFESSIONAL SERVICES RENDERED      01/01/1994          07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| CJM | 07/02/12 | Analyze notice of errata filed by plaintiff, draft client recommendation re same. | L190 | 0.50 | 238.50 | 119.25 |
| ERB | 07/02/12 | Review and attention to Plaitniff's Noticeof Errata adding US Bank as a defendant and determination of impact on | L250 | 0.30 | 279.00 | 83.70 |
| CJM | 07/03/12 | Confer with client re short sale proposal. | L160 | 0.20 | 238.50 | 47.70 |
| ERB | 07/03/12 | Review matter and prepare status report for client. | L120 | 0.10 | 279.00 | 27.90 |
| CJM | 07/11/12 | Review, respond to inquiry re status of case for purposes of whether to apply bankruptcy stay (.3), draft email to M. Sullivan re same (.2). | L190 | 0.50 | 238.50 | 119.25 |
| CJM | 07/13/12 | Series of telephone calls to plaintiff's counsel re service of US Bank, draft email to plaintiff's counsel confirming status of same. | L190 | 0.50 | 238.50 | 119.25 |
| CJM | 07/20/12 | Attention to file re court docket and case status. | L190 | 0.10 | 238.50 | 23.85 |
| CJM | 07/24/12 | Review, respond to message from plaintiff's counsel re postponement of foreclosure sale. | L160 | 0.20 | 238.50 | 47.70 |
| CJM | 07/25/12 | Series of telephone plaintiff's counsel re loan modification, bankruptcy status (x2) (.4), analyze bankruptcy docket re same (.2), draft email to client re same (.2). | L160 | 0.80 | 238.50 | 190.80 |
| | | **TOTAL** | | **3.20** | | **$779.40** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson
## &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.   323659      CLIENT    GMAC ResCap                           Page        2
                          MATTER    Dumalanta, Dwayne

---

### COSTS & EXPENSES

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.10 | $27.90 |
| L160 | Settlement/Non-Binding ADR | 1.20 | $286.20 |
| L190 | Other Case Assessment | 1.60 | $381.60 |
| L250 | Other Written Motions | 0.30 | $83.70 |
| | **TOTAL** | **3.20** | **$779.40** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| McTigue, Casey | CJM | Associate | 2.80 | 238.50 | $667.80 |
| Buell, Edward | ERB | Associate | 0.40 | 279.00 | $111.60 |
| | **Total** | | **3.20** | | **$779.40** |

PRIOR FEES                          $4,215.15
PRIOR COSTS & EXPENSES              $1,043.29

                                    FEES        _____   $779.40
                          **TOTAL THIS INVOICE**             $779.40

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      323660      JBS                                    August 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000      GMAC ResCap
MATTER      1204       McLaine, Carol
                       GMAC Matter No.: 724911

**TOTAL AMOUNT DUE**          **$313.50**

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    323660    JBS                                          August 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1204    McLaine, Carol
GMAC Matter No.: 724911

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ERB | 07/10/12 | Prepare status update and information re Bankruptcy stay per clients request. | L120 | 0.20 | 279.00 | 55.80 |
| RJG | 07/13/12 | Analysis and evaluation of demurrer and pending case issues and attention to litigation strategy. | L120 | 0.30 | 274.50 | 82.35 |
| RJG | 07/23/12 | Attention to demurrer, informal resolution, and pending case issues and correspondence with our client to respond to an inquiry regarding the same. | L120 | 0.30 | 274.50 | 82.35 |
| | | **TOTAL** | | **0.80** | | **$220.50** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 07/12/12 | CourtCall, LLC; CourtCall - Conference Service; 07/13/12 | 78.00 |
| 07/23/12 | Cardmember Service/Bank One (Acct #7755); Transmittal of filing to court; E-Filing.Com Inc. CA 06/28/12 | 15.00 |
| | **TOTAL COSTS & EXPENSES** | **$93.00** |

## BILLING SUMMARY

| Task Code and Description | Hours | Amount |
|--------------------------|-------|--------|
| L120    Analysis/Strategy | 0.80 | $220.50 |
| **TOTAL** | **0.80** | **$220.50** |

| Timekeeper | Position | Hours | Rate | Value |
|------------|----------|-------|------|-------|

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.   323660 | CLIENT | GMAC ResCap | | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | MATTER | McLaine, Carol | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Buell, Edward | ERB | Associate | 0.20 | 279.00 | $55.80 | |
| Gandy, Robert | RJG | Special Counsel | 0.60 | 274.50 | $164.70 | |
| | **Total** | | **0.80** | | **$220.50** | |

PRIOR FEES                          $10,837.35
PRIOR COSTS & EXPENSES          $1,295.98

| | |
|---|---|
| FEES | $220.50 |
| COSTS & EXPENSES | $93.00 |
| **TOTAL THIS INVOICE** | **$313.50** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    323661    JBS                                        August 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1207    Mechenstock, Thomas E.
                  GMAC Matter No.: 725102
                  Loan No.: 035492305

**TOTAL AMOUNT DUE**            $2,809.35

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    323661    JBS                                    August 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1207    Mechenstock, Thomas E.
                        GMAC Matter No.: 725102
                        Loan No.: 035492305

FOR PROFESSIONAL SERVICES RENDERED      01/01/1994        07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ERB | 07/03/12 | Review matter and prepare status report for client. | L120 | 0.10 | 279.00 | 27.90 |
| ERB | 07/09/12 | attention to issues re discovery propounded on investor which was subsequently dropped as party from caption and analysis of potentially waiving objections if no response. | L310 | 0.40 | 279.00 | 111.60 |
| AAG | 07/09/12 | Communicate with T. Buell about discovery responses and draft letter to opposing counsel regarding same. | L310 | 0.70 | 238.50 | 166.95 |
| ERB | 07/10/12 | Prepare status update and information re Bankruptcy stay per clients request. | L120 | 0.20 | 279.00 | 55.80 |
| AAG | 07/10/12 | Communicate with opposing counsel regarding discovery requests. | L310 | 0.30 | 238.50 | 71.55 |
| AAG | 07/16/12 | Communicate with M. Nelson regarding opposition to plaintiff's first amended complaint. | L210 | 0.10 | 238.50 | 23.85 |
| AAG | 07/16/12 | Prepare internal case update. | L190 | 0.20 | 238.50 | 47.70 |
| MJN | 07/22/12 | Draft reply | L210 | 1.40 | 261.00 | 365.40 |
| BJJ | 07/23/12 | Verify existance of Preliminary Injunction granted by the court. | L190 | 0.20 | 130.50 | 26.10 |
| AAG | 07/23/12 | Communicate with M. Nelson about reply in support of defendant's demurrer. | L210 | 0.10 | 238.50 | 23.85 |
| MJN | 07/23/12 | Draft reply in support of demurrer to first amended complaint and communicate with client regarding the same. | L210 | 3.60 | 261.00 | 939.60 |
| AAG | 07/24/12 | Revise reply in support of demurrer. | L210 | 0.90 | 238.50 | 214.65 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. 323661 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|
| | MATTER | Mechenstock, Thomas E. | | | | |

| AAG | 07/30/12 | Monitor tentative ruling and update client about same. | L210 | 0.30 | 238.50 | 71.55 |
|---|---|---|---|---|---|---|
| | | **TOTAL** | | **8.50** | | **$2,146.50** |

## COSTS & EXPENSES

| | | | |
|---|---|---|---|
| 07/06/12 | One Legal, Inc.; Transmittal of filing to court; Case Management Statement 06/15/12 | | 444.95 |
| 07/12/12 | CourtCall, LLC; CourtCall - Conference Service; 07/31/12 | | 78.00 |
| 07/16/12 | One Legal, Inc.; Transmittal of filing to court; Demurrer, Request for Judicial Notice including Court Filing Fee $40 06/21/12 | | 89.95 |
| 07/30/12 | One Legal, Inc.; Transmittal of filing to court; Reply 07/24/12 | | 49.95 |
| | **TOTAL COSTS & EXPENSES** | **$662.85** | |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.30 | $83.70 |
| L190 | Other Case Assessment | 0.40 | $73.80 |
| L210 | Pleadings | 6.40 | $1,638.90 |
| L310 | Written Discovery | 1.40 | $350.10 |
| | **TOTAL** | **8.50** | **$2,146.50** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Givental, Alisa | AAG | Associate | 2.60 | 238.50 | $620.10 |
| Johnson, Betty | BJJ | Paralegal | 0.20 | 130.50 | $26.10 |
| Buell, Edward | ERB | Associate | 0.70 | 279.00 | $195.30 |
| Nelson, Michele | MJN | Special Counsel | 5.00 | 261.00 | $1,305.00 |
| | **Total** | | **8.50** | | **$2,146.50** |

| | | |
|---|---|---|
| PRIOR FEES | $6,183.45 | |
| PRIOR COSTS & EXPENSES | $1,131.53 | |

| | | |
|---|---|---|
| FEES | $2,146.50 |
| COSTS & EXPENSES | $662.85 |
| **TOTAL THIS INVOICE** | **$2,809.35** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

Novato, CA 94947
(800) 938-8815
26-0259046

304 Redwood Blvd., Suite 220
Novato, CA 94947
(800) 938-8815

SEVERSON & WERSON
ATTN:
1 Embarcadero Ctr
Suite 2600
San Francisco, CA  94111

| INVOICE No. | |
|---|---|
| 5818002 | |
| Date: | 6/15/12 |
| Cust. No.: | 0000562 |



| Cust. No.: | 0000562 |
|---|---|
| Invoice No.: | 5818002 |
| Inv. Date: | 6/15/12 |
| Due Date: | 6/30/12 |
| Total: | $444.95 |
| Terms: | Net 15 |

| | |
|---|---|
| Law Firm Contact: | Alisa A. Givental |
| Client File No.: | 19000.1207 |
| Case Short Title: | Thomas E. Mechenstock V. GMAC Mortgage, LLC |
| Documents: | Case Management Statement |
| One Legal Branch: | Santa Clara |
| Court: Description: | Superior Court of California, Santa Clara County |

| | |
|---|---|
| **COURT FILING FEE** | $395.00 |
| **COURT FILING SERVICE FEE** | $49.95 |

*OK to pay*
*A AO/TP*

| Due Date | 6/30/12 | Total This Invoice | $444.95 |
|---|---|---|---|



**Severson**
**&Werson**

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    323662    JBS                                        August 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1218     Flores, Panfilo and Irene
                   GMAC Matter No.:  725898

**TOTAL AMOUNT DUE**            $556.49

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    323662    JBS                                          August 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1218    Flores, Panfilo and Irene
                        GMAC Matter No.: 725898

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ERB | 07/02/12 | Review matter and prepare status report for client. | L120 | 0.10 | 279.00 | 27.90 |
| JDI | 07/12/12 | Attend ADR telephone conference. | L230 | 0.60 | 279.00 | 167.40 |
| JDI | 07/18/12 | Attemp to confer with and correspond with plaintiffs' counsel re "cash for keys" settlement offer. | L160 | 0.60 | 279.00 | 167.40 |
| JDI | 07/19/12 | Correspond with J. Holtgren re "cash for keys" settlement offer. | L160 | 0.30 | 279.00 | 83.70 |
| JDI | 07/27/12 | Correspond with J. Holtgren re settlement. | L160 | 0.20 | 279.00 | 55.80 |
| | | **TOTAL** | | **1.80** | | **$502.20** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 07/06/12 | One Legal, Inc.; Transmittal of filing to court; Certificate of Interested Entities 06/15/12 | 22.95 |
| 07/06/12 | One Legal, Inc.; Transmittal of filing to court; Joint Case Management Stmt, Amended Notice of Hearing 06/18/12 | 22.95 |
| 07/06/12 | Cardmember Service/Bank One (Acct #7755); Data Search; 203 Bar Ridge Dr San Mateo, CA 06/27/12 | 8.39 |

**TOTAL COSTS & EXPENSES**                          **$54.29**

## BILLING SUMMARY

| Task Code and Description | Hours | Amount |
|--------------------------|-------|--------|

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 323662 | CLIENT | GMAC ResCap | | Page | 2 |
| | | MATTER | Flores, Panfilo & Irene | | | |

| | | | | | | |
|------|------------------------------|-------|--------|----------|-------|---------|
| L120 | Analysis/Strategy | | 0.10 | $27.90 | | |
| L160 | Settlement/Non-Binding ADR | | 1.10 | $306.90 | | |
| L230 | Court Mandated Conferences | | 0.60 | $167.40 | | |
| | **TOTAL** | | **1.80** | **$502.20** | | |

| Timekeeper | | Position | Hours | Rate | Value |
|----------------|-----|-----------|-------|--------|----------|
| Buell, Edward | ERB | Associate | 0.10 | 279.00 | $27.90 |
| Ives, Jon | JDI | Associate | 1.70 | 279.00 | $474.30 |
| | Total | | **1.80** | | **$502.20** |

PRIOR FEES                    $7,781.85
PRIOR COSTS & EXPENSES        $125.39

| | | |
|---------------------|-----------|
| FEES | $502.20 |
| COSTS & EXPENSES | $54.29 |
| **TOTAL THIS INVOICE** | **$556.49** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      323663      JBS                                    August 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000      GMAC ResCap
MATTER      1237       Gangitano, Jane
                       GMAC Matter No.: 726620

**TOTAL AMOUNT DUE**          **$331.20**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    323663    JBS                                          August 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1237    Gangitano, Jane
                       GMAC Matter No.: 726620

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994          07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| MKK | 07/05/12 | Draft letter to court regarding proposed order sustaining demurrer. | L210 | 0.60 | 225.00 | 135.00 |
| ERB | 07/23/12 | Communications with client re status of file and potential for appeal. | L120 | 0.30 | 279.00 | 83.70 |
| MKK | 07/24/12 | Meet with T. Buell regarding notice of entry of order. | L210 | 0.10 | 225.00 | 22.50 |
| MKK | 07/25/12 | Draft notice of entry of order (.3); prepare notice of entry of order to be filed (.1). | L210 | 0.40 | 225.00 | 90.00 |
| | | **TOTAL** | | **1.40** | | **$331.20** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|--|-------|--------|
| L120 | Analysis/Strategy | 0.30 | $83.70 |
| L210 | Pleadings | 1.10 | $247.50 |
| | **TOTAL** | **1.40** | **$331.20** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|--|----------|-------|------|-------|
| Buell, Edward | ERB | Associate | 0.30 | 279.00 | $83.70 |
| Kamka, Mary Kate | MKK | Special Counsel | 1.10 | 225.00 | $247.50 |
| | **Total** | | **1.40** | | **$331.20** |

PRIOR FEES                              $7,464.60
PRIOR COSTS & EXPENSES                  $143.89

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 323663 | CLIENT | GMAC ResCap | Page | 2 |
| --- | --- | --- | --- | --- | --- |
| | | MATTER | Gangitano, Jane | | |

|  | FEES | $331.20 |
| --- | --- | --- |
| | **TOTAL THIS INVOICE** | **$331.20** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    323664    JBS                                    August 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000    GMAC ResCap
MATTER      1242     Fetty, Frederick and Susan
                     GMAC Matter No.: 726842

**TOTAL AMOUNT DUE**            **$597.15**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    323664    JBS                                    August 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  1242    Fetty, Frederick and Susan
GMAC Matter No.: 726842

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ERB | 07/03/12 | Review matter and prepare status report for client. | L120 | 0.10 | 279.00 | 27.90 |
| MGC | 07/03/12 | Update M. K. Sullivan with case analysis and bankruptcy status. | L190 | 0.20 | 238.50 | 47.70 |
| MGC | 07/05/12 | Update client re: strategy on case with respect to bankruptcy. | L190 | 0.20 | 238.50 | 47.70 |
| MGC | 07/12/12 | Update client on case status. | L190 | 0.30 | 238.50 | 71.55 |
| MGC | 07/24/12 | Call to plaintiffs' counsel re: bankruptcy. | L190 | 0.20 | 238.50 | 47.70 |
| MGC | 07/25/12 | Call to plaintiffs' counsel re: bankruptcy. | L190 | 0.20 | 238.50 | 47.70 |
| ERB | 07/27/12 | Attention to Bankruptcy issues and default filed by Plaintiff against debtor entity | L120 | 0.30 | 279.00 | 83.70 |
| ERB | 07/30/12 | Communications with client re Bankruptcy issues and analysis of Permitted Claims prusuant to Final Supplemental Order. | L120 | 0.40 | 279.00 | 111.60 |
| ERB | 07/31/12 | Communications with client and analysis of claims and application of final supplemental order. | L120 | 0.40 | 279.00 | 111.60 |
| | | **TOTAL** | | **2.30** | | **$597.15** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | Hours | Amount |
|---------------------------|-------|--------|

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.   323664       CLIENT   GMAC ResCap                          Page        2
                           MATTER   Fetty, Frederick & Susan

| | | | | |
|---|---|---|---|---|
| L120 | Analysis/Strategy | | 1.20 | $334.80 |
| L190 | Other Case Assessment | | 1.10 | $262.35 |
| | **TOTAL** | | **2.30** | **$597.15** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Buell, Edward | ERB | Associate | 1.20 | 279.00 | $334.80 |
| Cross, Michael | MGC | Associate | 1.10 | 238.50 | $262.35 |
| | **Total** | | **2.30** | | **$597.15** |

PRIOR FEES                           $6,630.30
PRIOR COSTS & EXPENSES                $82.64

                                    FEES        $597.15
                    **TOTAL THIS INVOICE**      **$597.15**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    323665    JBS                                          August 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1256    Teang, Srey (Meas)
                  GMAC Matter No.: 725847

**TOTAL AMOUNT DUE**                    $3,840.30

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    323665    JBS                                    August 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1256    Teang, Srey (Meas)
GMAC Matter No.: 725847

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| EMR | 07/02/12 | Analysis of claims and defenses, as needed to advise J. Hoy on effect of supplemental order for interim stay relief. | L120 | 0.50 | 306.00 | 153.00 |
| EMR | 07/02/12 | Prepare reply memorandum of points and authorities in support of FNMA's motion to dismiss plaintiff's claims. | L240 | 1.30 | 306.00 | 397.80 |
| ERB | 07/03/12 | Review matter and prepare status report for client. | L120 | 0.10 | 279.00 | 27.90 |
| EMR | 07/05/12 | E-mail to J. Hoy analyzing Plaintiffs' claims, as needed to complete reply in support of motion to dismiss. | L240 | 0.30 | 306.00 | 91.80 |
| EMR | 07/05/12 | Continue preparation of reply memorandum of points and authorities in support of motion to dismiss. | L240 | 1.20 | 306.00 | 367.20 |
| EMR | 07/05/12 | Analysis of effect of supplemental order for interim relief on claims asserted against GMACM and Homecomings, per request for J. Hoy. | L120 | 0.30 | 306.00 | 91.80 |
| ERB | 07/06/12 | Attention to Bankruptcy Issues and application of supplemental order re potential limited relief from stay. | L120 | 0.60 | 279.00 | 167.40 |
| EMR | 07/06/12 | Complete and file reply memorandum of points and authorities in support of motion to dismiss. | L240 | 5.80 | 306.00 | 1,774.80 |
| EMR | 07/09/12 | Analysis of effect of bankruptcy stay order on plaintiffs' claims. | L120 | 0.30 | 306.00 | 91.80 |
| EMR | 07/09/12 | Prepare application to appear telephonically at hearing of motion to dismiss. | L240 | 0.30 | 306.00 | 91.80 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 323665 | CLIENT | GMAC ResCap | | | Page | 2 |
| | | MATTER | Teang, Srey (Meas) | | | | |

| | | | | | | |
|-----|---------|------------------------------------------------------------------------------------------------------------|------|-------|--------|--------|
| EMR | 07/09/12 | Prepare proposed order on application for telephonic appearance. | L240 | 0.20 | 306.00 | 61.20 |
| ERB | 07/10/12 | Attention to Bankruptcy issues and analysis of potential relief from stay under supplemental order. | L120 | 0.40 | 279.00 | 111.60 |
| EMR | 07/10/12 | E-mail communications with J. Hoy re status, strategy. | L120 | 0.20 | 306.00 | 61.20 |
| EMR | 07/11/12 | Review court's minute order taking FNMA's motion under submission. | L240 | 0.10 | 306.00 | 30.60 |
| EMR | 07/11/12 | E-mail to J. Hoy regarding court's minute order taking FNMA's motion to dismiss under submission. | L240 | 0.10 | 306.00 | 30.60 |
| ERB | 07/13/12 | Attention to Bankruptcy issues and amended notice of stay based on supplemental order and communications with client re same. | L120 | 0.60 | 279.00 | 167.40 |
| EMR | 07/13/12 | E-mail update to J. Hoy. | L120 | 0.20 | 306.00 | 61.20 |
| EMR | 07/13/12 | E-mail communications re strategy pertaining to claims against GMACM and Homecomings given interinm stay relief order. | L120 | 0.20 | 306.00 | 61.20 |
| | | **TOTAL** | | **12.70** | | **$3,840.30** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|--------------------|-------|-----------|
| L120 | Analysis/Strategy | 3.40 | $994.50 |
| L240 | Dispositive Motions | 9.30 | $2,845.80 |
| | **TOTAL** | **12.70** | **$3,840.30** |

| Timekeeper | | Position | Hours | Rate | Value |
|-----------------|-----|-----------------|-------|--------|-----------|
| Roman, Eleanor | EMR | Special Counsel | 11.00 | 306.00 | $3,366.00 |
| Buell, Edward | ERB | Associate | 1.70 | 279.00 | $474.30 |
| | **Total** | | **12.70** | | **$3,840.30** |

PRIOR FEES                          $7,994.70

|  | FEES | $3,840.30 |
|--|------|-----------|
| | **TOTAL THIS INVOICE** | **$3,840.30** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    323666    JBS                                    August 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1264    Von Brincken, Shelley (3)
GMAC Matter No.:

730041

**TOTAL AMOUNT DUE**            $2,143.15

# *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    323666    JBS                                    August 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1264    Von Brincken, Shelley (3)
                        GMAC Matter No.:

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994         07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ERB | 07/03/12 | Review matter and prepare status report for client. | L120 | 0.10 | 279.00 | 27.90 |
| PB | 07/16/12 | Review of procedural status in all von Brincken cases. | L210 | 2.70 | 288.00 | 777.60 |
| ERB | 07/16/12 | Attention to status of matter based on multiple filing sby plaintiffs and Bankruptcy issues absed on supplemental order. | L120 | 0.30 | 279.00 | 83.70 |
| MGC | 07/20/12 | Review case posture to prepare for strategy meeting on plaintiff's multiple filings. | L190 | 0.70 | 238.50 | 166.95 |
| | | **TOTAL** | | **3.80** | | **$1,056.15** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 07/03/12 | CourtCall, LLC; CourtCall - Conference Service; 07/30/12 | 78.00 |
| 07/06/12 | First Legal Network, LLC; Transmittal of filing to court; Nevada County Superior Court 6/1/12, Advance ck. $790.00 | 1,009.00 |

**TOTAL COSTS & EXPENSES**                    **$1,087.00**

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.40 | $111.60 |
| L190 | Other Case Assessment | 0.70 | $166.95 |
| L210 | Pleadings | 2.70 | $777.60 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson
## &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    323666    CLIENT    GMAC ResCap                    Page        2
                        MATTER    Von Brincken, Shelley (3)

| | | TOTAL | 3.80 | $1,056.15 | | |
|---|---|---|---|---|---|---|

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Buell, Edward | ERB | Associate | 0.40 | 279.00 | $111.60 |
| Cross, Michael | MGC | Associate | 0.70 | 238.50 | $166.95 |
| Barilovits, Philip | PB | Special Counsel | 2.70 | 288.00 | $777.60 |
| | Total | | 3.80 | | $1,056.15 |

| | | |
|---|---|---|
| FEES | | $1,056.15 |
| COSTS & EXPENSES | | $1,087.00 |
| TOTAL THIS INVOICE | | $2,143.15 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# INVOICE

...gal Network LLC
PO Box 749806 Los Angeles, CA 90074-9806

TAX ID# 27-3093840

| Invoice No. | Customer No. |
|---|---|
| 266261 | 82035 |
| **Invoice Date** | **Total Due** |
| 6/15/12 | 36,858.22 |

SEVERSON & WERSON
1 EMBARCADERO CENTER
SUITE 2600
SAN FRANCISCO, CA 94111

BILLING QUESTIONS CALL:
BILLING DEPT (213) 213-2631
PAYMENT QUESTIONS CALL:
PAYMENT DEPT (213) 213-2640

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 82035 | 266261 | 6/15/12 | 36,858.22 | 3 |

| Date | Ord No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 6/01/12 RESEARCH-FORWARD SAME | 6801035 | FSR DAY | MONTEREY CO SUPERIOR CT-MONTEREY 1200 AGUAJITO ROAD MONTEREY    CA 93940 Caller: Chilly Kada Case No.: M114201 GET FILED COPY OF Signed: obtained | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO  CA 94111 Case Title: SALGADO V BAC HOME DISMISSAL Ref: 70000.0416 | Base Chg :    145.00 | 145.00 |
| 6/01/12 FILING-BRANCH FAX/PDF | 6801039 | BFX | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO  CA 94111 Caller: Chilly Kada Case No.: cv12-370 FILE/CONFORM/RETURN Signed: FILED | YLCSC-WOODLAND 725 COURT STREET WOODLAND    CA 95695 Case Title: marin v. boa Ref: 70000.0620 | Base Chg :    57.50 PDF/OvrNte:   28.50 Adv/Wit Ck:  40.00 | 126.00 |
| 6/01/12 FILING-BRANCH FAX/PDF | 6801045 | BFX | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO  CA 94111 Caller: ANGELA L. EURE Case No.: CIV 1104285 FILE/CONFORM/RETURN Signed: FILED | MCSC-SAN RAFAEL 3501 CIVIC CENTER DRIVE SAN RAFAEL    CA 94903 Case Title: RAMAN V. CAPITAL ONE Ref: 15314.0276-RAMAN | Base Chg :    57.50 | 57.50 |
| 6/01/12 FILING-BRANCH FAX/PDF | 6801068 | BFX | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO  CA 94111 Caller: Verdia Nash    Wait: 15 Min Case No.: C12-00203 FILE/CONFORM/RETURN Signed: FILED | CCSC-MARTINEZ 725 COURT STREET MARTINEZ    CA 94553 Case Title: CHILDS V. WELLS FARG CC TO DEPT 9 Ref: 55000.0168 | Base Chg :    71.50 | 71.50 |
| 6/01/12 FILING-FORWARD FAX/PDF | 6801083 | FFX | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO  CA 94111 Caller: Linda Han Case No.: 78503 Please file today. Signed: FILED | Nevada County Superior Court 201 Church Street NEVADA CITY    CA 95959 Case Title: Von Brincken asap!!! Ref: 19000-1264 | Base Chg :    120.75 PDF/OvrNte:   98.25 Adv/Wit Ck:  790.00 | 1,009.00 |
| 6/01/12 FILING-BRANCH FAX/PDF | 6801098 | BFX | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO  CA 94111 Caller: Verdia Nash    Wait: 15 Min Case No.: CIV 506014 FILE/CONFORM/RETURN Signed: filed | SMSC-REDWOOD CITY 400 COUNTY CENTER DR REDWOOD CITY    CA 94063 Case Title: ITENGAN V. BOFA ADVANCE FEES Ref: 70000.0468 | Base Chg :    57.50 | 57.50 |

Continued

## INVOICE PAYMENT DUE UPON RECEIPT

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     323667        JBS                                      August 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
|--------|-------|-------------|
| MATTER | 1268 | Albery, Kenneth and Sheila |
| | | GMAC Matter No.: 728382 |

**TOTAL AMOUNT DUE**            $4,432.84

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    323667    JBS                                      August 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1268    Albery, Kenneth and Sheila
                        GMAC Matter No.: 728382

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| JCP | 06/06/12 | Conduct Title Search and Prepare Property Profile | L190 | 0.80 | 130.50 | 104.40 |
| ERB | 07/02/12 | Review and attention to notice to appear and OSC re status of case. | L250 | 0.30 | 279.00 | 83.70 |
| ERB | 07/02/12 | Attention to and review of Notice of Errata based on role of defendant GMAC Commercial Mortgage Corp. | L210 | 0.30 | 279.00 | 83.70 |
| EXM | 07/02/12 | Review court's order re application for preliminary injunction; communications re the same | L210 | 0.30 | 279.00 | 83.70 |
| EXM | 07/02/12 | Call with client (re proper defendants and notice of errata) ; revise notice of errata | L210 | 1.20 | 279.00 | 334.80 |
| ERB | 07/03/12 | Attention to Notice of Errata and revisions of same based on communications with client. | L210 | 0.40 | 279.00 | 111.60 |
| ERB | 07/03/12 | Review matter and prepare status report for client. | L120 | 0.10 | 279.00 | 27.90 |
| EXM | 07/03/12 | Review and analyze most recent draft of the notice of errata | L210 | 0.40 | 279.00 | 111.60 |
| MKS | 07/06/12 | Review of pleadings and captions related to action.  Attention to client's concern about possible FNMA defendant. Telephone call to plaintiff's counsel to clarify and call to client to provide clarification. | L210 | 0.40 | 270.00 | 108.00 |
| EXM | 07/06/12 | Strategize re issues of representation (GMACM and Fannie) (.2); draft letter to opposing counsel re dismissal of Capmark and Fannie Mae [.8]; | L210 | 1.50 | 279.00 | 418.50 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 323667 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Albery, Kenneth & Sheila | | | | |

| | | communications with client re the same | | | | |
|---|---|---|---|---|---|---|
| ERB | 07/09/12 | Analysis of Notice of Errata based on Plaintiff's agreement to dismiss FNMA and CapMark Mortgage. | L120 | 0.20 | 279.00 | 55.80 |
| EXM | 07/10/12 | Follow up with opposing counsel and court re dismissal of Capmark and Fannie Mae | L210 | 0.60 | 279.00 | 167.40 |
| EXM | 07/11/12 | Draft notice to court clarifying the demurring defendants; communications re the same | L210 | 0.90 | 279.00 | 251.10 |
| ERB | 07/12/12 | Attention to dismissal of CapMark by Plaintiff and strategize re potential resolution and disposition for GMACM and remaining defendants. | L120 | 0.40 | 279.00 | 111.60 |
| EXM | 07/12/12 | File notice claryfing proper demurring defendants | L210 | 0.10 | 279.00 | 27.90 |
| EXM | 07/12/12 | Communications with opposing counsel re notice of dismissal; internal communications re the same | L210 | 0.40 | 279.00 | 111.60 |
| EXM | 07/16/12 | Review local rule re telephonic appearance | L210 | 0.30 | 279.00 | 83.70 |
| EXM | 07/17/12 | Look into issue of loan modification (per opposing counsel's 7/12 email) ; communications re the same | L160 | 0.30 | 279.00 | 83.70 |
| ERB | 07/18/12 | Attention to plaintiff's request for a modification review and analysis of potential resolution options. | L120 | 0.40 | 279.00 | 111.60 |
| EXM | 07/19/12 | Communications with client and opposing counsel  re loan modification | L160 | 0.40 | 279.00 | 111.60 |
| ERB | 07/20/12 | Communications with client re potential resolution via loan modification. | L160 | 0.30 | 279.00 | 83.70 |
| EXM | 07/20/12 | Communications with client and opposing counsel re possible modification review | L160 | 0.30 | 279.00 | 83.70 |
| EXM | 07/31/12 | Communications re endorsed copy of notice clarycing demurring defendants | L210 | 0.20 | 279.00 | 55.80 |
| | | **TOTAL** | | **10.50** | | **$2,807.10** |

## COSTS & EXPENSES

| | | | |
|---|---|---|---|
| 07/06/12 | First Legal Network, LLC; Transmittal of filing to court; Placer Superior Court 6/13/12 | | 163.75 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.   323667 | CLIENT   GMAC ResCap | Page      3 |
|---|---|---|
| | MATTER   Albery, Kenneth & Sheila | |

| | | |
|---|---|---|
| 07/06/12 | First Legal Network, LLC; Transmittal of filing to court; Placer Superior Court 6/13/12; Advance ck. $1185.00 | 1,364.50 |
| 07/06/12 | Cardmember Service/Bank One (Acct #7755); Data Search; 9191 Los Puentes Road Placer, CA 06/06/12 | 97.49 |
| | **TOTAL COSTS & EXPENSES** | **$1,625.74** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 1.10 | $306.90 |
| L160 | Settlement/Non-Binding ADR | 1.30 | $362.70 |
| L190 | Other Case Assessment | 0.80 | $104.40 |
| L210 | Pleadings | 7.00 | $1,949.40 |
| L250 | Other Written Motions | 0.30 | $83.70 |
| | **TOTAL** | **10.50** | **$2,807.10** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Buell, Edward | ERB | Associate | 2.40 | 279.00 | $669.60 |
| Manukyan, Evelina | EXM | Associate | 6.90 | 279.00 | $1,925.10 |
| Spann, Joel | JCP | Paralegal | 0.80 | 130.50 | $104.40 |
| Sullivan, Mary Kate | MKS | Member | 0.40 | 270.00 | $108.00 |
| | **Total** | | **10.50** | | **$2,807.10** |

| | | |
|---|---|---|
| PRIOR FEES | $7,245.90 | |
| PRIOR COSTS & EXPENSES | $78.00 | |

| | | |
|---|---|---|
| FEES | $2,807.10 | |
| COSTS & EXPENSES | $1,625.74 | |
| **TOTAL THIS INVOICE** | **$4,432.84** | |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# INVOICE



| Invoice No. | Customer No. |
|---|---|
| 266261 | 82035 |
| Invoice Date | Total Due |
| 6/15/12 | 36,858.22 |

BILLING QUESTIONS CALL:
BILLING DEPT (213) 213-2631
PAYMENT QUESTIONS CALL:
PAYMENT DEPT (213) 213-2640

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 82035 | 266261 | 6/15/12 | 36,858.22 | 31 |

**Service Detail**

| | | | | | Charges | Total |
|---|---|---|---|---|---|---|

| | 6804766 | FSR | SANTA CRUZ RECORDERS | SEVERSON & WERSON | Base Chg : 145.00 | 145.00 |

RESEARCH-FORWARD SAME DAY
Caller: Karri Murphy
Case No.: FBN 2011 0000592
Signed: OBTAINED
SEVERSON & WERSON
1 EMBARCADERO CENTER
SAN FRANCISCO  CA 94111
Case Title: AMER WHOLESALE LENDE
Ref: 70000.0811

| 6/13/12 | 6804767 | BAR | USBC-SAN JOSE | SEVERSON & WERSON | Base Chg : 108.00 | 158.40 |

RESEARCH-BRANCH SAME DAY
280 SOUTH 1ST STREET
SAN JOSE    CA 95113
Caller: Karri Murphy
Case No.: 11-05106
Signed: OBATINED
SEVERSON & WERSON
1 EMBARCADERO CENTER
SAN FRANCISCO   CA 94111
Research : 13.40
Adv/Wit Ck: 37.00
Case Title: COX VS. AMERICAN
Ref: 2001-0000592
70000,811

| 6/13/12 | 6804807 | FFX | SEVERSON & WERSON | NAPA COUNTY SUPERIOR COURT | Base Chg : 57.50 | 57.50 |

FILING-FORWARD FAX/PDF
1 EMBARCADERO CENTER
SAN FRANCISCO   CA 94111
.Caller: Mary Azerbergi
FILE/CONFORM/RETURN
Signed: FILED
825 BROWN STREET
NAPA     CA 94559
Case Title: de leon v preferred
1ST APP FEES ALREADY
Ref: 70000.0718

| 6/13/12 | 6804808 | FAX | SEVERSON & WERSON | SCSC-SAN JOSE | Base Chg : 29.75 | 29.75 |

FILING-FAX/PDF
1 EMBARCADERO CENTER
SAN FRANCISCO   CA 94111
Caller: ANGELA L. EURE
Case No.: 112CV221429
FILE/CONFORM/RETURN
Signed: FILED
191 NORTH 1ST STREET
SAN JOSE     CA 95113
Case Title: RAMIREZ V U.S BANK
Ref: 15314.0313- RAMIREZ

| 6/13/12 | 6804827 | BFX | SEVERSON & WERSON | Alameda County Court | Base Chg : 57.50 | 260.25 |

FILING-BRANCH FAX/PDF
1 EMBARCADERO CENTER
SAN FRANCISCO   CA 94111
Caller: Deborah L.
Case No.: RG11583369
Please advance fees.
Signed: FILED/CC
24405 Amador St
HAYWARD    CA 94544
Case Title: Gonzales v. Greenpoi
Please file Demurre
Ref: 15314.0307
PDF/OvrNte: 162.75
Adv/Wit Ck: 40.00

| 6/13/12 | 6804835 | BFX | SEVERSON & WERSON | PLACER SUPERIOR COURT | Base Chg : 48.25 | 163.75 |

FILING-BRANCH FAX/PDF
1 EMBARCADERO CENTER
SAN FRANCISCO   CA 94111
Caller: ANGELA L. EURE
Case No.: SCV0030396
FILE/CONFORM/RETURN
Signed: REJECTED
10820 JUSTICE CENTER DRIVE
ROSEVILLE    CA 95678
Case Title: ALBERY V ALLY BANK
Ref: 19000.1268-ALBERY
PDF/OvrNte: 115.50

Continued

# INVOICE PAYMENT DUE UPON RECEIPT

# INVOICE

| Invoice No. | Customer No. |
|---|---|
| 266261 | 82035 |
| Invoice Date | Total Due |
| 6/15/12 | 36,858.22 |
| | |
| | |

TAX ID# 27-3093840

...208 Los Angeles, CA 90074-9806

SEVERSON & WERSON
1 EMBARCADERO CENTER
SUITE 2600
SAN FRANCISCO, CA 94111

BILLING QUESTIONS CALL:
BILLING DEPT (213)213-2631
PAYMENT QUESTIONS CALL:
PAYMENT DEPT (213)213-2640

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 82035 | 266261 | 6/15/12 | 36,858.22 | 33 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 6/13/12 FILING-ASAP | 6804955 BICYCLE | ASF | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO    CA 94111 Caller: Linda Han Case No.: a135621 FILE/CONFORM/RETURN Signed: FILED | CACOA-SAN FRANCISCO 350 MCALLISTER STREET SAN FRANCISCO    CA 94102  Case Title: mezger v. wells farg  Ref: 07685-0748 | Base Chg : 40.50 | 40.50 |
| 6/13/12 FILING-BRANCH | 6804973 FAX/PDF | BFX | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO    CA 94111 Caller: Isabel Kunst Case No.: C12-00346 FILE/CONFORM/RETURN Signed: filed | CCSC-MARTINEZ 725 COURT STREET MARTINEZ    CA 94553  Case Title: AMIRI V. HSBC BANK  Ref: 55000.0208 | Base Chg : 71.50 | 71.50 |
| 6/13/12 FILING-BRANCH | 6804984 FAX/PDF | BFX | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO    CA 94111 Caller: ANGELA L. EURE Case No.: MSC11-01549 FILE/CONFORM/RETURN Signed: filed | CCSC-MARTINEZ 725 COURT STREET MARTINEZ    CA 94553 Comment: RELATED JOB Case Title: LEWIS V. WELLS FARGO  Ref: 55000.0190 | Base Chg : 35.00 | 35.00 |
| 6/13/12 FILING-BRANCH | 6805011 FAX/PDF | BFX | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO    CA 94111 Caller: ANGELA L. EURE Case No.: SCV0030396 FILE/CONFORM/RETURN Signed: filed | PLACER SUPERIOR COURT 10820 JUSTICE CENTER DRIVE ROSEVILLE    CA 95678  Case Title: ALBERY V ALLY BANK  Ref: 19000.1268-ALBERY | Base Chg : 48.25 PDF/OvrNte: 131.25 Adv/Wit Ck: 1185.00 | 1,364.50 |
| 6/13/12 FILING SAME DAY-DAILY | 6805022 RUN | SDF | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO    CA 94111 Caller: TERI JONES Case No.: CGC-11-515785 FILE/CONFORM/RETURN Signed: FILED/CC DELV TO 501 | SFSC-SAN FRANCISCO 400 MCALLISTER STREET SAN FRANCISCO    CA 94102  Case Title: LAFARRE V US BANK COURTESY COPY TO JDG Ref: 55000.0054 | Base Chg : 10.25 Adv/Wit Ck: 40.00 | 50.25 |
| 6/13/12 FILING SAME DAY-DAILY | 6805023 RUN | SDF | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO    CA 94111 Caller: Chilly Kada Case No.: CIV501890 FILE/CONFORM/RETURN Signed: FILED | SMSC-REDWOOD CITY 400 COUNTY CENTER DR REDWOOD CITY    CA 94063  Case Title: JOSE HERNADEXZ V DEU  Ref: 15314.0256 | Base Chg : 111.75 | 111.75 |
| | | | | | | Continued |

# INVOICE PAYMENT DUE UPON RECEIPT

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      323668      JBS                                        August 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1276 | Robinson, Tena |
| | | GMAC Matter No.: 728564 |

**TOTAL AMOUNT DUE**          $1,964.09

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    323668    JBS                                    August 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1276    Robinson, Tena
GMAC Matter No.: 728564

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| JCP | 06/01/12 | Conduct Title Seach and Prepare Property Profile | L190 | 1.20 | 130.50 | 156.60 |
| EXM | 07/02/12 | Search docket for order on PI motion | L210 | 0.20 | 279.00 | 55.80 |
| ERB | 07/03/12 | Review matter and prepare status report for client. | L120 | 0.10 | 279.00 | 27.90 |
| EXM | 07/10/12 | Communications with client and opposing counsel re missing documents for modification review | L160 | 0.70 | 279.00 | 195.30 |
| EXM | 07/20/12 | Communications with client and opposing counsel re modification documents and upcoming foreclosure sale date | L160 | 0.30 | 279.00 | 83.70 |
| ERB | 07/25/12 | Attention to status of matter and modficiation review. | L120 | 0.30 | 279.00 | 83.70 |
| EXM | 07/26/12 | Communications with client and opposing counsel re foreclosure sale date and missing documents in connection with modification review | L160 | 0.40 | 279.00 | 111.60 |
| EXM | 07/31/12 | Communications with opposing counsel re loan modiifcation | L160 | 0.20 | 279.00 | 55.80 |
| | | **TOTAL** | | **3.40** | | **$770.40** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 07/06/12 | First Legal Network, LLC; Transmittal of filing to court; SCSC- Sacramento 6/4/12, Advance ck. $790.00 | 882.75 |
| 07/06/12 | Cardmember Service/Bank One (Acct #7755); Data Search; 3350 Y Street Sacramento, CA | 102.44 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 323668 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Robinson, Tena | | |

|  |  |  |
|---|---|---|
| | 06/01/12 | |
| 07/12/12 | CourtCall, LLC; CourtCall - Conference Service; 12/07/12 | 78.00 |
| 07/20/12 | First Legal Network, LLC; Transmittal of filing to court; SCSC- Sacramento 6/29/12; Advance ck. $40.00 | 130.50 |
| | **TOTAL COSTS & EXPENSES** | **$1,193.69** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.40 | $111.60 |
| L160 | Settlement/Non-Binding ADR | 1.60 | $446.40 |
| L190 | Other Case Assessment | 1.20 | $156.60 |
| L210 | Pleadings | 0.20 | $55.80 |
| | **TOTAL** | **3.40** | **$770.40** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Buell, Edward | ERB | Associate | 0.40 | 279.00 | $111.60 |
| Manukyan, Evelina | EXM | Associate | 1.80 | 279.00 | $502.20 |
| Spann, Joel | JCP | Paralegal | 1.20 | 130.50 | $156.60 |
| | **Total** | | **3.40** | | **$770.40** |

| | | |
|---|---|---|
| PRIOR FEES | $5,656.50 | |
| PRIOR COSTS & EXPENSES | $274.50 | |

| | |
|---|---|
| FEES | $770.40 |
| COSTS & EXPENSES | $1,193.69 |
| **TOTAL THIS INVOICE** | **$1,964.09** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# INVOICE

...twork LLC
...9806 Los Angeles, CA 90074—9806

EDP 27-3093840

| Invoice No. | Customer No. |
|---|---|
| 266261 | 82035 |
| Invoice Date | Total Due |
| 6/15/12 | 36,858.22 |

SEVERSON & WERSON
1 EMBARCADERO CENTER
SUITE 2600
SAN FRANCISCO, CA 94111

BILLING QUESTIONS CALL:
BILLING DEPT(213)213-2631
PAYMENT QUESTIONS CALL:
PAYMENT DEPT(213)213-2640

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 82035 | 266261 | 6/15/12 | 36,858.22 | 7 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 6/04/12 FILING-FORWARD FAX/PDF | 6801583 | FFX | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO   CA 94111 Caller: MARILYN HECMER Case No.: SC20110261 FILE/CONFORM/RETURN Signed: FILED/CC | EDCMC-SOUTH LAKE TAHOE 1354 JOHNSON BOULEVARD SOUTH LAKE TAHOE CA 96150 Case Title: STROM V SUNTRUST COURTESY COPY TO JDG Ref: 11950.0106 | Base Chg : 120.75 | 120.75 |
| 6/04/12 FILING-FAX/PDF | 6801602 | FAX | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO   CA 94111 Caller: Verdia Nash Case No.: 34-2011-00094852 FILE/CONFORM/RETURN Signed: FILED | SCSC-SACRAMENTO 720 9TH STREET SACRAMENTO   CA 95814 Case Title: Sahansra v. lawyers Ref: 07685.0986 | Base Chg : 29.75 Adv/Wit Ck: 225.00 | 254.75 |
| 6/04/12 FILING-FAX/PDF | 6801612 | FAX | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO   CA 94111 Caller: ANGELA L. EURE Case No.: 34-2012-00123823 FILE/CONFORM/RETURN Signed: FILED | SCSC-SACRAMENTO 720 9TH STREET SACRAMENTO   CA 95814 Case Title: Robinson v. GMAC Ref: 19000.1276 | Base Chg : 29.75 PDF/OvrNte: 63.00 Adv/Wit Ck: 790.00 | 882.75 |
| 6/04/12 FILING-REGULAR BICYCLE | 6801615 | REF | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO   CA 94111 Caller: Sylvia Coleman Case No.: A134461 FILE/CONFORM/RETURN Signed: FILED | CACOA-SAN FRANCISCO 360 MCALLISTER STREET SAN FRANCISCO   CA 94102 Case Title: ANIEL V. ETS SERVICE ADVANCE FEES Ref: 19000.0779 | Base Chg : 27.25 Adv/Wit Ck: 325.00 | 352.25 |
| 6/04/12 PDF COURTESY DELIVERY | 6801617 | PDF | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO   CA 94111 Caller: Sylvia Coleman Case No.: 4;10-CV-00475-PJH COURTESY COPY TO JDG Signed: DELIVERED | USDC-OAKLAND 1301 CLAY STREET OAKLAND   CA 94612 Case Title: TV INTERACTIVE V. SO PHYLIS HAMILTON Ref: 12037.0002 | Base Chg : 45.00 | 45.00 |
| 6/04/12 PDF COURTESY DELIVERY | 6801622 | PDF | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO   CA 94111 Caller: Sylvia Coleman Case No.: 8;11-CV-01943-AGRBx COURTESY COPY TO JDG Signed: delivered (ag) | USDC-SANTA ANA 411 WEST 4TH STREET SANTA ANA   CA 92701 Case Title: GAUNT V. HOMECOMING ANDREW GUILFORD Ref: 19000.1153 | Base Chg : 25.00 | 25.00 |
| | | | | | | Continued |

## INVOICE PAYMENT DUE UPON RECEIPT

| rem.severson | 6/8/2012 | Voluntary Lien Search | $8.39 |
| rem.severson | 6/8/2012 | Document 2010.000000041484 | |
| rem.severson | 6/8/2012 | Document 2008.000000186028 | |
| rem.severson | 6/8/2012 | Document 2005.000000075606 | $4.95 |
| rem.severson | 6/8/2012 | Document 2012.000000050439 | $4.95 |
| rem.severson | 6/8/2012 | Document 2008.000000108315 | $4.95 |

**Property Search:** 1219 Hartwell Avenue SAN JOAQUIN, CA  APN: 070-590-28

| rem.severson | 6/16/2012 | Voluntary Lien Search | $8.39 |
| rem.severson | 6/16/2012 | Document 2011.000000144817 | $4.95 |
| rem.severson | 6/16/2012 | Document 2006.000000103289 | $4.95 |
| rem.severson | 6/16/2012 | Document 2006.000000103288 | $4.95 |
| rem.severson | 6/16/2012 | Document 2010.000000051344 | $4.95 |
| rem.severson | 6/16/2012 | Document 2011.000000132345 | $4.95 |

**Subtotal  $66.28**

**Reference #:** 19000.1276

**Documents:**

| rem.severson | 6/1/2012 | CA - Sacramento, Document 20060410.374 | $4.95 |
| rem.severson | 6/1/2012 | CA - Sacramento, Document 20060519.1248 | $4.95 |
| rem.severson | 6/1/2012 | CA - Sacramento, Document 20060727.1184 | $4.95 |
| rem.severson | 6/1/2012 | CA - Sacramento, Document 20080213.1089 | $4.95 |
| rem.severson | 6/1/2012 | CA - Sacramento, Document 20080213.1090 | $4.95 |
| rem.severson | 6/1/2012 | CA - Sacramento, Document 20080811.370 | $4.95 |
| rem.severson | 6/1/2012 | CA - Sacramento, Document 20090319.571 | $4.95 |
| rem.severson | 6/1/2012 | CA - Sacramento, Document 20090420.556 | $4.95 |
| rem.severson | 6/1/2012 | CA - Sacramento, Document 20100917.462 | $4.95 |
| rem.severson | 6/1/2012 | CA - Sacramento, Document 20100917.463 | $4.95 |
| rem.severson | 6/1/2012 | CA - Sacramento, Document 20101223.800 | $4.95 |
| rem.severson | 6/1/2012 | CA - Sacramento, Document 20110317.978 | $4.95 |
| rem.severson | 6/1/2012 | CA - Sacramento, Document 20120413.349 | $4.95 |

**Property Search:** 3350 Y Street SACRAMENTO, CA  APN: 010-0311-009-0000

| rem.severson | 6/1/2012 | Voluntary Lien Search | $8.39 |
| rem.severson | 6/1/2012 | Document 20090519.1191 | $4.95 |
| rem.severson | 6/1/2012 | Document 20041019.2801 | $4.95 |
| rem.severson | 6/1/2012 | Document 20050309.2465 | $4.95 |
| rem.severson | 6/1/2012 | Document 20041019.2800 | $4.95 |
| rem.severson | 6/1/2012 | Document 20060505.1799 | $4.95 |
| rem.severson | 6/1/2012 | Document 20060505.1798 | $4.95 |

Page 58 of 77

**Subtotal  $102.44**

**Reference #:** 19000.1268

**Documents:**

| rem.severson | 6/6/2012 | CA - Placer, Document 2009.44628 | $4.95 |
| rem.severson | 6/6/2012 | CA - Placer, Document 2005.154120 | $4.95 |
| rem.severson | 6/6/2012 | CA - Placer, Document 2005.162978 | $4.95 |
| rem.severson | 6/6/2012 | CA - Placer, Document 2011.6777 | $4.95 |

**Property Search:** 9191 Los Puentes Road PLACER, CA  APN: 042-201-020-000

| rem.severson | 6/6/2012 | Voluntary Lien Search | $8.39 |
| rem.severson | 6/6/2012 | Document 2011.000000047233 | $4.95 |
| rem.severson | 6/6/2012 | Document 2005.000000154121 | $4.95 |
| rem.severson | 6/6/2012 | Document 2011.000000006778 | $4.95 |
| rem.severson | 6/6/2012 | Document 2011.000000040484 | $4.95 |
| rem.severson | 6/6/2012 | Document 2004.101014 | $4.95 |
| rem.severson | 6/6/2012 | Document 2011.000000073353 | $4.95 |
| rem.severson | 6/6/2012 | Document 2004.000000101015 | $4.95 |
| rem.severson | 6/6/2012 | Document 2011.000000001464 | $4.95 |

_____ Network LLC

___ Box 749806 Los Angeles, CA 90074—9806

TAX ID# 27-3093840

# INVOICE

| Invoice No. | Customer No. |
|---|---|
| 266949 | 82035 |
| Invoice Date | Total Due |
| 6/30/12 | 24,713.66 |

SEVERSON & WERSON
1 EMBARCADERO CENTER
SUITE 2600
SAN FRANCISCO, CA 94111

BILLING QUESTIONS CALL:
BILLING DEPT(213)213-2631
PAYMENT QUESTIONS CALL:
PAYMENT DEPT(213)213-2640

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 82035 | 266949 | 6/30/12 | 24,713.66 | 33 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 6/29/12 FILING-FAX/PDF | 6810498 | FAX | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO CA 94111 Caller: Verdia Nash Case No.: 110CV181628 FILE/CONFORM/RETURN Signed: FILED | SCSC-SAN JOSE 191 NORTH 1ST STREET SAN JOSE CA 95113 Case Title: GANGULY VS. AMERICAS Ref: 07685.1018 | Base Chg : 29.75 | 29.75 |
| 6/29/12 FILING-BRANCH FAX/PDF | 6810515 | BFX | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO CA 94111 Caller: Veronica A. Case No.: BC161400 FILE/CONFORM/RETURN Signed: FILED | LASC-CCW 600 SOUTH COMMONWEALTH STREET LOS ANGELES CA 90005 Case Title: CISNEROS V WACHOVIA Ref: CISNEROS V WACHOVIA | Base Chg : 48.25 PDF/OvrNte: 3.75 | 52.00 |
| 6/29/12 FILING-BRANCH FAX/PDF | 6810535 | BFX | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO CA 94111 Caller: Isabel Kunst Wait: 15 Min Case No.: MSC11-01677 FILE/CONFORM/RETURN Signed: FILED | CCSC-MARTINEZ 725 COURT STREET MARTINEZ CA 94553 Case Title: MOORE V. PMC BANCORP Ref: 11991.0109 | Base Chg : 106.50 | 106.50 |
| 6/29/12 FILING-FAX/PDF | 6810553 | FAX | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO CA 94111 Caller: ANGELA L. EURE Case No.: 34-2012-00123823 FILE/CONFORM/RETURN Signed: FILED | SCSC-SACRAMENTO 720 9TH STREET SACRAMENTO CA 95814 Case Title: Robinson v. GMAC Mor Ref: 19000.1276 ROBINSON | Base Chg : 29.75 PDF/OvrNte: 60.75 Adv/Wit Ck: 40.00 | 130.50 |
| 6/29/12 DELIVERY-BRANCH SAME DAY | 6810591 | BSM | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO CA 94111 Caller: Chilly Kada IN TWO PARTS DELIVER Signed: kelly bandak | LP LAW 28484 CONSTELLATION ROAD VALENCIA CA 91355 Ref: 70000.0262 | Base Chg : 173.25 | 173.25 |

07685.1005

Invoice Amount: 15,849.41
Fees Advanced: 8,864.25
**Total  Amount Due:** 24,713.66

Total    24,713.66

# INVOICE PAYMENT DUE UPON RECEIPT

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    323669    JBS                                          August 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER   1282     Kingston, Terrance R. and Sybil
                         GMAC Matter No.: 728777

**TOTAL AMOUNT DUE**          $2,040.30

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    323669    JBS

August 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  1282    Kingston, Terrance R. and Sybil
GMAC Matter No.: 728777

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ERB | 07/10/12 | Prepare status update and information re Bankruptcy stay per clients request. | L120 | 0.20 | 279.00 | 55.80 |
| YS | 07/20/12 | Telephone conference with plaintiff's counsel regarding pending hearing on client's demurrer | L190 | 0.20 | 238.50 | 47.70 |
| RJG | 07/23/12 | Attention to demurrer and pending case issues and telephone call Plaintiff's counsel to respond to an inquiry regarding the same. | L120 | 0.20 | 274.50 | 54.90 |
| YS | 07/25/12 | Draft client's notice of non-opposition to demurrer to the complaint | L210 | 0.30 | 238.50 | 71.55 |
| RJG | 07/27/12 | Attention to demurrer and pending case issues and correspondence with our client to respond to an inquiry regarding the same. | L120 | 0.30 | 274.50 | 82.35 |
| JHT | 07/30/12 | Prepared for Hearing on Demurrer to Complaint. | L210 | 1.00 | 238.50 | 238.50 |
| RJG | 07/31/12 | Attention to the court's ruling on the demurrer to the complaint and correspondence with our client to advise regarding the same. | L250 | 0.30 | 274.50 | 82.35 |
| YS | 07/31/12 | Draft case status update for client report | L190 | 0.10 | 238.50 | 23.85 |
| JHT | 07/31/12 | Appeared at Hearing on Demurrer to Complaint. | L210 | 5.50 | 238.50 | 1,311.75 |
| JHT | 07/31/12 | Provided Client with a Update as to Case Status. | L190 | 0.30 | 238.50 | 71.55 |
| | | **TOTAL** | | **8.40** | | **$2,040.30** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| | | | |
|---|---|---|---|
| Invoice No.   323669 | CLIENT   GMAC ResCap | Page | 2 |
| | MATTER   Kingston, Terrance R. & Sybil | | |

### COSTS & EXPENSES

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.70 | $193.05 |
| L190 | Other Case Assessment | 0.60 | $143.10 |
| L210 | Pleadings | 6.80 | $1,621.80 |
| L250 | Other Written Motions | 0.30 | $82.35 |
| | **TOTAL** | **8.40** | **$2,040.30** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Buell, Edward | ERB | Associate | 0.20 | 279.00 | $55.80 |
| Tuffaha, Joe | JHT | Associate | 6.80 | 238.50 | $1,621.80 |
| Gandy, Robert | RJG | Special Counsel | 0.80 | 274.50 | $219.60 |
| Shaham, Yaron | YS | Special Counsel | 0.60 | 238.50 | $143.10 |
| | **Total** | | **8.40** | | **$2,040.30** |

| | |
|---|---|
| PRIOR FEES | $4,981.05 |
| PRIOR COSTS & EXPENSES | $588.64 |

| | |
|---|---|
| FEES | $2,040.30 |
| **TOTAL THIS INVOICE** | $2,040.30 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    323670    JBS                                      August 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000      GMAC ResCap
MATTER      1284       Liu, Ceeou Ju
                       GMAC Matter No.: 728686

**TOTAL AMOUNT DUE**              **$1,170.70**

## \*\*\* *REMITTANCE COPY* \*\*\*
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    323670    JBS                                        August 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1284    Liu, Ceeou Ju
GMAC Matter No.: 728686

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ERB | 07/03/12 | Review matter and prepare status report for client. | L120 | 0.10 | 279.00 | 27.90 |
| ERB | 07/26/12 | Attention to Bankruptcy issues and analysis of claims subject to stay, impact of final supplemental order and impact on responding to discovery propounded on debtor entity. | L120 | 0.70 | 279.00 | 195.30 |
| AAG | 07/26/12 | Prepare discovery responses and communicate with T. Buell and plaintiff's attorney regarding same. | L310 | 1.40 | 238.50 | 333.90 |
| AAG | 07/27/12 | Communicate with T. Buell, M. Kelly, and N. Riedman about interpreting court's final preliminary order regarding bankruptcy stay application. | L190 | 0.80 | 238.50 | 190.80 |
| AAG | 07/30/12 | Communicate with T. Buell and client about GMAC's position on relief from stay. | L190 | 0.30 | 238.50 | 71.55 |
| ERB | 07/31/12 | Attention to Bankruptcy issues and analysis of claims subject to stay. | L120 | 0.60 | 279.00 | 167.40 |
| AAG | 07/31/12 | Prepare notice of automatic stay and cover letter and communicate with T. Buell and client regarding same. | L190 | 0.40 | 238.50 | 95.40 |
| | | **TOTAL** | | **4.30** | | **$1,082.25** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 07/06/12 | Cardmember Service/Bank One (Acct #7755); Data Search; CA - Contra Costa, Document 2008.108314 06/08/12 | 4.95 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 323670 | CLIENT | GMAC ResCap | Page | 2 |
| | | MATTER | Liu, Ceeou Ju | | |

| | | | |
|---|---|---|---|
| 07/20/12 | First Legal Network, LLC; Transmittal of filing to court; Contra Costa County Trials Depts. 6/15/12 | | 83.50 |
| | **TOTAL COSTS & EXPENSES** | | **$88.45** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 1.40 | $390.60 |
| L190 | Other Case Assessment | 1.50 | $357.75 |
| L310 | Written Discovery | 1.40 | $333.90 |
| | **TOTAL** | **4.30** | **$1,082.25** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Givental, Alisa | AAG | Associate | 2.90 | 238.50 | $691.65 |
| Buell, Edward | ERB | Associate | 1.40 | 279.00 | $390.60 |
| | **Total** | | **4.30** | | **$1,082.25** |

| | |
|---|---|
| PRIOR FEES | $1,714.05 |
| PRIOR COSTS & EXPENSES | $78.00 |

| | |
|---|---|
| FEES | $1,082.25 |
| COSTS & EXPENSES | $88.45 |
| **TOTAL THIS INVOICE** | **$1,170.70** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    323671    JBS                                        August 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1308 | Ellison, Keith Edward |
| | | GMAC Matter No.: 729778 |

**TOTAL AMOUNT DUE**          $6,073.20

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    323671    JBS                                      August 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1308    Ellison, Keith Edward
                        GMAC Matter No.: 729778

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ERB | 07/03/12 | Review matter and prepare status report for client. | L120 | 0.10 | 279.00 | 27.90 |
| ERB | 07/06/12 | Review and analysis of Complaint. | L120 | 0.60 | 279.00 | 167.40 |
| EXM | 07/19/12 | Review complaint and title documents; outline material allegations | L210 | 1.20 | 279.00 | 334.80 |
| EXM | 07/20/12 | Draft Demurrer | L210 | 5.90 | 279.00 | 1,646.10 |
| ERB | 07/23/12 | Attention to Bankruptcy issues and analysis of claims re stay and supplemental order. | L120 | 0.50 | 279.00 | 139.50 |
| ERB | 07/23/12 | Review and analysis of ex parte notice re TRO for today and communications with client re strategies for opposition. | L220 | 0.80 | 279.00 | 223.20 |
| EXM | 07/23/12 | Communication with T. Buell re material allegation in the complaint | L210 | 0.30 | 279.00 | 83.70 |
| EXM | 07/23/12 | Communications with client re case analysis and strategy | L210 | 0.30 | 279.00 | 83.70 |
| BJJ | 07/25/12 | Draft Request for Judicial Notice in support of Demurrer and prepare exhibits. | L190 | 1.00 | 130.50 | 130.50 |
| EXM | 07/25/12 | Communications with A. Hartshorn re demurrer | L210 | 0.10 | 279.00 | 27.90 |
| EXM | 07/25/12 | Draft Demurrer | L210 | 5.40 | 279.00 | 1,506.60 |
| EXM | 07/25/12 | Research "reformation of unconscionable contract" cause of action | L210 | 1.70 | 279.00 | 474.30 |
| ERB | 07/26/12 | Review and revise demurrer. | L210 | 0.80 | 279.00 | 223.20 |
| EXM | 07/26/12 | Follow up with the court re TRO and OSC re preliminary injunction | L210 | 0.30 | 279.00 | 83.70 |
| EXM | 07/26/12 | Revise demurrer; communications with the client re draft of the demurrer | L210 | 0.90 | 279.00 | 251.10 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

**Severson & Werson**

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 323671 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Ellison, Keith Edward | | | | |

| EXM | 07/27/12 | Prepare demurrer for filing | L210 | 0.50 | 279.00 | 139.50 |
|---|---|---|---|---|---|---|
| EXM | 07/30/12 | Revise demurrer and RJNs and prepare for filing | L210 | 1.90 | 279.00 | 530.10 |
| | | **TOTAL** | | **22.30** | | **$6,073.20** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 1.20 | $334.80 |
| L190 | Other Case Assessment | 1.00 | $130.50 |
| L210 | Pleadings | 19.30 | $5,384.70 |
| L220 | Preliminary Injunctions/Provis | 0.80 | $223.20 |
| | **TOTAL** | **22.30** | **$6,073.20** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Johnson, Betty | BJJ | Paralegal | 1.00 | 130.50 | $130.50 |
| Buell, Edward | ERB | Associate | 2.80 | 279.00 | $781.20 |
| Manukyan, Evelina | EXM | Associate | 18.50 | 279.00 | $5,161.50 |
| | **Total** | | **22.30** | | **$6,073.20** |

| | | FEES | $6,073.20 |
|---|---|---|---|
| | | **TOTAL THIS INVOICE** | **$6,073.20** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.       323672       JBS                                                                August 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006


CLIENT       19000       GMAC ResCap
MATTER      1311        Chao, Yao Sae
                                     GMAC Matter No.: 729670




**TOTAL AMOUNT DUE**                    **$859.05**




## *** *REMITTANCE COPY* ***
*Please include this page with payment.*




Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     323672     JBS                                    August 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter      19000  1311     Chao, Yao Sae
                            GMAC Matter No.: 729670

FOR PROFESSIONAL SERVICES RENDERED     01/01/1994        07/31/2012

| Atty | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| ERB | 07/17/12 | Multiple communications with client re L210 status of service of complaint, deadline to respond and strategy for response. | 0.40 | 279.00 | 111.60 |
| ERB | 07/20/12 | Prepare requested summary of matter L120 based on joint representation of debtor entity and Ally Financial | 0.20 | 279.00 | 55.80 |
| AAG | 07/27/12 | Review complaint and client documents L110 and draft preliminary assessment for M. Wraight. | 2.20 | 238.50 | 524.70 |
| AAG | 07/30/12 | Review client documents, communicate L190 with plaintiffs' attorneys regarding service of complaint and factual allegations, and update client regarding same. | 0.70 | 238.50 | 166.95 |
| | | **TOTAL** | **3.50** | | **$859.05** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|--|-------|--------|
| L110 | Fact Investigation/Development | 2.20 | $524.70 |
| L120 | Analysis/Strategy | 0.20 | $55.80 |
| L190 | Other Case Assessment | 0.70 | $166.95 |
| L210 | Pleadings | 0.40 | $111.60 |
| | **TOTAL** | **3.50** | **$859.05** |

| Timekeeper | Position | Hours | Rate | Value |
|------------|----------|-------|------|-------|

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 323672 | CLIENT | GMAC ResCap | | | Page | 2 |
| | | MATTER | Chao, Yao Sae | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Givental, Alisa | AAG | Associate | | 2.90 | 238.50 | $691.65 | |
| Buell, Edward | ERB | Associate | | 0.60 | 279.00 | $167.40 | |
| | **Total** | | | **3.50** | | **$859.05** | |

PRIOR FEES                           $459.45

FEES                   $859.05
**TOTAL THIS INVOICE**            **$859.05**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    323673    JBS

August 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1313 | Maciel, Martha and Antonio |
| | | GMAC Matter No.: 729795 |

**TOTAL AMOUNT DUE**        $3,731.95

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    323673    JBS                                        August 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter      19000 1313    Maciel, Martha and Antonio
                          GMAC Matter No.: 729795

FOR PROFESSIONAL SERVICES RENDERED      01/01/1994            07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| ERB | 07/02/12 | Review matter and prepare status report for client. | L120 | 0.10 | 279.00 | 27.90 |
| MKK | 07/10/12 | Leave voicemail for opposing counsel regarding extension of filing deadline (.1); draft email to opposing counsel regarding extension of filing deadline. | L210 | 0.20 | 250.00 | 50.00 |
| MKK | 07/10/12 | Draft stipulation to request an extension of time to respond to complaint. | L210 | 0.30 | 250.00 | 75.00 |
| ERB | 07/11/12 | Attention to response deadlines and review and revise stipulation re same. | L250 | 0.20 | 279.00 | 55.80 |
| MKK | 07/11/12 | Revise stipulation to extend time to answer to complaint (1.).; draft email to opposing counsel regarding stipulation to extend time to answer to complaint (.1). | L210 | 0.20 | 250.00 | 50.00 |
| MKK | 07/13/12 | Prepare stipulations regarding exenstion of time to be filed. | L210 | 0.10 | 250.00 | 25.00 |
| ERB | 07/17/12 | Communications with client re status of matter and strategy | L120 | 0.30 | 279.00 | 83.70 |
| MKK | 07/17/12 | Review case file in preparation of drafting email to client regarding case status. | L110 | 0.20 | 250.00 | 50.00 |
| MKK | 07/17/12 | Draft email to client regarding case status. | L110 | 0.10 | 250.00 | 25.00 |
| MKK | 07/19/12 | Prepare stipulation to extend time to respond to complaint for filing. | L210 | 0.20 | 250.00 | 50.00 |
| MKK | 07/24/12 | Meet with T. Beule regarding case status and 26F conference. | L210 | 0.10 | 225.00 | 22.50 |
| ERB | 07/25/12 | Attention to scheduling order and stipulation to continue all dates and | L230 | 0.30 | 279.00 | 83.70 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson *&* Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 323673 | CLIENT | GMAC ResCap | | | Page | 2 |
| | | MATTER | Maciel, Martha & Antonio | | | | |

| | | status conference based on communications with plaintiff's counsel. | | | | |
|------|---------|-------------|------|------|--------|--------|
| MKK | 07/25/12 | Review previous case filings and scheduling order. | L210 | 0.20 | 225.00 | 45.00 |
| MKK | 07/25/12 | Draft email to V. St. John regarding stipulation to extend case management conference. | L210 | 0.10 | 225.00 | 22.50 |
| MKK | 07/25/12 | Draft stipulation to continue case management conference. | L120 | 0.60 | 225.00 | 135.00 |
| MKK | 07/26/12 | Review and analyze complaint in preparation of drafting the motion to dismiss(1.3); Review and analyze title chronology in preparation of drafting motion to dismiss (.5). | L210 | 1.80 | 225.00 | 405.00 |
| MKK | 07/26/12 | Legal research in preparation of drafting the motion to dismiss. | L210 | 1.70 | 225.00 | 382.50 |
| MKK | 07/26/12 | Draft motion to dismiss. | L210 | 0.80 | 225.00 | 180.00 |
| MKK | 07/26/12 | Review and revise stipulation to continue case management conference. | L210 | 0.30 | 225.00 | 67.50 |
| KPL | 07/27/12 | Prepare title chronology. | L140 | 1.50 | 76.50 | 114.75 |
| MKK | 07/30/12 | Legal research in preparation of drafting motion to dismiss. | L210 | 2.90 | 225.00 | 652.50 |
| MKK | 07/30/12 | Draft, proofread, and revise motion to dismiss. | L210 | 3.10 | 225.00 | 697.50 |
| ERB | 07/31/12 | Review and revise Motion to Dismiss. | L210 | 0.90 | 279.00 | 251.10 |
| MKK | 07/31/12 | Proofread and revise motion to dismiss. | L210 | 0.80 | 225.00 | 180.00 |
| | | **TOTAL** | | **17.00** | | **$3,731.95** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|------|-------------|-------|--------|
| L110 | Fact Investigation/Development | 0.30 | $75.00 |
| L120 | Analysis/Strategy | 1.00 | $246.60 |
| L140 | Document/File Management | 1.50 | $114.75 |
| L210 | Pleadings | 13.70 | $3,156.10 |
| L230 | Court Mandated Conferences | 0.30 | $83.70 |
| L250 | Other Written Motions | 0.20 | $55.80 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 323673 | CLIENT | GMAC ResCap | | Page | 3 |
|---|---|---|---|---|---|---|
| | | MATTER | Maciel, Martha & Antonio | | | |

| | TOTAL | | **17.00** | **$3,731.95** | | |
|---|---|---|---|---|---|---|

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Buell, Edward | ERB | Associate | 1.80 | 279.00 | $502.20 |
| Lee, Kristina | KPL | Legal Assistant | 1.50 | 76.50 | $114.75 |
| Kamka, Mary Kate | MKK | Special Counsel | 12.40 | 225.00 | $2,790.00 |
| Kamka, Mary Kate | MKK | Special Counsel | 1.30 | 250.00 | $325.00 |
| | Total | | **17.00** | | **$3,731.95** |

PRIOR FEES                                      $407.25

|  |  |  |
|---|---|---|
| | FEES | $3,731.95 |
| | **TOTAL THIS INVOICE** | **$3,731.95** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    323674    JBS                                    August 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1317    Von Brincken, Shelley (3)
                  GMAC Matter No.: 730041

**TOTAL AMOUNT DUE**          **$1,229.70**

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    323674    JBS

August 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  1317    Von Brincken, Shelley (3)
GMAC Matter No.: 730041

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| CHR | 07/02/12 | Prepare Confirmation to Client re Receipt and Contact Attorney Assignment. Review Initial Correspondence and Pleadings. Review Court Docket for Additional Pleadings and Calendar Dates. Draft New Matter Form. Prepare Conflicts and Calendar Request Memo. | L190 | 0.30 | 130.50 | 39.15 |
| ERB | 07/03/12 | Review matter and prepare status report for client. | L120 | 0.10 | 279.00 | 27.90 |
| IJD | 07/05/12 | Analyze plaintiff's complaint in preparation for drafting demurrer. | L210 | 0.50 | 238.50 | 119.25 |
| IJD | 07/05/12 | Analyze plaintiffs' title chronology. | L210 | 0.50 | 238.50 | 119.25 |
| IJD | 07/05/12 | Review case file. | L120 | 1.00 | 238.50 | 238.50 |
| ERB | 07/06/12 | Initial review and analysis of complaint. | L120 | 1.00 | 279.00 | 279.00 |
| ERB | 07/16/12 | Attention to status of matter based on multiple filing sby plaintiffs and Bankruptcy issues absed on supplemental order. | L120 | 0.30 | 279.00 | 83.70 |
| MGC | 07/20/12 | Review case posture to prepare for strategy meeting on plaintiff's multiple filings. | L190 | 0.70 | 238.50 | 166.95 |
| | | **TOTAL** | | **4.40** | | **$1,073.70** |

### COSTS & EXPENSES

| | | | |
|---|---|---|---|
| 07/12/12 | CourtCall, LLC; CourtCall - Conference Service; 07/30/12 | | 78.00 |
| 07/12/12 | CourtCall, LLC; CourtCall - Conference | | 78.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 323674 | CLIENT | GMAC ResCap | Page | 2 |
| | | MATTER | Von Brincken, Shelley (3) | | |

Service; 07/27/12

**TOTAL COSTS & EXPENSES**                                **$156.00**

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | | |
|---|---|---|---|---|---|---|
| L120 | Analysis/Strategy | 2.40 | $629.10 | | | |
| L190 | Other Case Assessment | 1.00 | $206.10 | | | |
| L210 | Pleadings | 1.00 | $238.50 | | | |
| | **TOTAL** | **4.40** | **$1,073.70** | | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Rommell, Clair | CHR | Paralegal | 0.30 | 130.50 | $39.15 |
| Buell, Edward | ERB | Associate | 1.40 | 279.00 | $390.60 |
| Da Cunha, Ian | IJD | Associate | 2.00 | 238.50 | $477.00 |
| Cross, Michael | MGC | Associate | 0.70 | 238.50 | $166.95 |
| | **Total** | | **4.40** | | **$1,073.70** |

|  |  |
|---|---|
| FEES | $1,073.70 |
| COSTS & EXPENSES | $156.00 |
| **TOTAL THIS INVOICE** | **$1,229.70** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    323675    JBS                                    August 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000    GMAC ResCap
MATTER      1321     Martinez, Guadalupe
                     GMAC Matter No.:  730067

**TOTAL AMOUNT DUE**        **$459.45**

# *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement·

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| | | |
|---|---|---|
| Invoice No.    323675    JBS | | August 8, 2012 |

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  1321    Martinez, Guadalupe
GMAC Matter No.:  730067

### FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| JBS | 07/03/12 | Analysis and evaluation of defense strategy and bankruptcy implications | L120 | 0.30 | 427.50 | 128.25 |
| CHR | 07/03/12 | Prepare Confirmation of Receipt to Client. Review Initial Correspondence and Pleadings. Review Court Docket and Download additional pleadings. Review Title re recorded Lis Pendens. Prepare Conflicts Request and Calendaring Memo. | L190 | 0.40 | 130.50 | 52.20 |
| ERB | 07/06/12 | Initial review and analysis of complaint. | L120 | 1.00 | 279.00 | 279.00 |
| | | **TOTAL** | | **1.70** | | **$459.45** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | | |
|---|---|---|---|---|---|---|
| L120 | Analysis/Strategy | 1.30 | $407.25 | | | |
| L190 | Other Case Assessment | 0.40 | $52.20 | | | |
| | **TOTAL** | **1.70** | **$459.45** | | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Rommell, Clair | CHR | Paralegal | 0.40 | 130.50 | $52.20 |
| Buell, Edward | ERB | Associate | 1.00 | 279.00 | $279.00 |
| Sullivan, John | JBS | Member | 0.30 | 427.50 | $128.25 |
| | **Total** | | **1.70** | | **$459.45** |

| | | |
|---|---|---|
| | FEES | $459.45 |
| | **TOTAL THIS INVOICE** | **$459.45** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    323676    JBS

August 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1324 | Benson, Burton and Eric |
| | | GMAC Matter No.: 729873 |

**TOTAL AMOUNT DUE**          $1,452.15

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    323676    JBS                                          August 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter      19000 1324    Benson, Burton and Eric
                          GMAC Matter No.: 729873

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| CHR | 07/06/12 | Prepare Confirmation of Receipt to Client. Review Initial Correspondence and Pleadings. Review Court Docket and Download additional pleadings. Review Title re recorded Lis Pendens. Prepare Conflicts Request and Calendaring Memo. | L190 | 0.40 | 130.50 | 52.20 |
| ERB | 07/09/12 | Initial review and analysis of complaint. | L120 | 1.00 | 279.00 | 279.00 |
| CJM | 07/13/12 | Analyze civil forfeiture complaint. | L210 | 0.60 | 238.50 | 143.10 |
| CJM | 07/13/12 | Analyze criminal indictment, legal research re criminal forfeiture. | L210 | 2.50 | 238.50 | 596.25 |
| CJM | 07/17/12 | Legal research re criminal forfeiture (1.0), telephone Assistant United States Attorney re stipulation to lien priority, leave message (.1). | L210 | 1.10 | 238.50 | 262.35 |
| CJM | 07/19/12 | Draft email to client re deadline to respond to government seizure. | L190 | 0.40 | 238.50 | 95.40 |
| CJM | 07/20/12 | Attention to file re court docket and case status. | L190 | 0.10 | 238.50 | 23.85 |
| | | **TOTAL** | | **6.10** | | **$1,452.15** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 1.00 | $279.00 |
| L190 | Other Case Assessment | 0.90 | $171.45 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 323676 | CLIENT | GMAC ResCap | | | Page | 2 |
| | | MATTER | Benson, Burton & Eric | | | | |

| L210 | Pleadings | | | 4.20 | $1,001.70 | | |
| | **TOTAL** | | | **6.10** | **$1,452.15** | | |

| Timekeeper | | Position | | Hours | Rate | Value |
|---|---|---|---|---|---|---|
| Rommell, Clair | CHR | Paralegal | | 0.40 | 130.50 | $52.20 |
| McTigue, Casey | CJM | Associate | | 4.70 | 238.50 | $1,120.95 |
| Buell, Edward | ERB | Associate | | 1.00 | 279.00 | $279.00 |
| | **Total** | | | **6.10** | | **$1,452.15** |

|  |  |
|---|---|
| FEES | $1,452.15 |
| **TOTAL THIS INVOICE** | **$1,452.15** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      323677      JBS                                            August 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000      GMAC ResCap
MATTER      1325       Miller, Joan Frances
                       GMAC Matter No.: 730093

**TOTAL AMOUNT DUE**            **$370.35**

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    323677    JBS                                    August 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1325    Miller, Joan Frances
GMAC Matter No.: 730093

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| CHR | 07/06/12 | Prepare Confirmation of Receipt to Client. Review Initial Correspondence and Pleadings. Review Court Docket and Download additional pleadings. Review Title re recorded Lis Pendens. Prepare Conflicts Request and Calendaring Memo. | L190 | 0.40 | 130.50 | 52.20 |
| ERB | 07/06/12 | Initial review and analysis of complaint. | L120 | 1.00 | 279.00 | 279.00 |
| CHR | 07/11/12 | Prepare Notice of Bankruptcy, Notice of Stay and Proof of Service. Prepare documents for filing and service. Prepare service request. | L190 | 0.30 | 130.50 | 39.15 |
| | | **TOTAL** | | **1.70** | | **$370.35** |

## COSTS & EXPENSES

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 1.00 | $279.00 |
| L190 | Other Case Assessment | 0.70 | $91.35 |
| | **TOTAL** | **1.70** | **$370.35** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Rommell, Clair | CHR | Paralegal | 0.70 | 130.50 | $91.35 |
| Buell, Edward | ERB | Associate | 1.00 | 279.00 | $279.00 |
| | **Total** | | **1.70** | | **$370.35** |

|  | FEES | $370.35 |
|--|------|---------|

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| | | | | |
|---|---|---|---|---|
| Invoice No. | 323677 | CLIENT | GMAC ResCap | Page   2 |
| | | MATTER | Miller, Joan Frances | |

**TOTAL THIS INVOICE**                    **$370.35**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    323678    JBS                                    August 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000    GMAC ResCap
MATTER     1329     Arthur, Ronald and Brenda
                    GMAC Matter No.: 730214

**TOTAL AMOUNT DUE**          $3,273.30

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    323678    JBS                                    August 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1329    Arthur, Ronald and Brenda
GMAC Matter No.: 730214

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| ERB | 07/09/12 | Initial review and analysis of complaint. | L120 | 1.00 | 279.00 | 279.00 |
| CHR | 07/11/12 | Prepare Confirmation of Receipt to Client. Review Initial Correspondence and Pleadings. Review Court Docket and Download additional pleadings. Review Title re recorded Lis Pendens. Prepare Conflicts Request and Calendaring Memo. | L190 | 0.40 | 130.50 | 52.20 |
| ACS | 07/13/12 | Analyze claims, defenses and facts | L190 | 0.60 | 288.00 | 172.80 |
| ACS | 07/13/12 | Prepare demurrer to complaint | L240 | 1.80 | 288.00 | 518.40 |
| ACS | 07/16/12 | Prepare demurrer to complaint | L240 | 2.70 | 288.00 | 777.60 |
| RRF | 07/17/12 | Obtain over 20 title docs & prepare property profile. | L110 | 2.30 | 112.50 | 258.75 |
| ACS | 07/17/12 | Complete case assessment | L240 | 0.40 | 288.00 | 115.20 |
| ACS | 07/17/12 | Analyze title history and plaintiff's bankruptcy status | L110 | 0.60 | 288.00 | 172.80 |
| RRF | 07/18/12 | Investigate trustee sale date since Trustee's Deed Upon Sale has yet to be recorded by county. | L110 | 0.30 | 112.50 | 33.75 |
| ACS | 07/18/12 | Prepare demurrer to complaint | L240 | 2.10 | 288.00 | 604.80 |
| ACS | 07/19/12 | Prepare demurrer to complaint | L240 | 0.70 | 288.00 | 201.60 |
| ACS | 07/25/12 | Analyze status of plaintiff's bankruptcy proceeding & automatic stay | L190 | 0.30 | 288.00 | 86.40 |
| | | **TOTAL** | | **13.20** | | **$3,273.30** |

## COSTS & EXPENSES

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.   323678      **CLIENT**   GMAC ResCap                           Page        2
                         **MATTER**   Arthur, Ronald & Brenda

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 3.20 | $465.30 |
| L120 | Analysis/Strategy | 1.00 | $279.00 |
| L190 | Other Case Assessment | 1.30 | $311.40 |
| L240 | Dispositive Motions | 7.70 | $2,217.60 |
| | **TOTAL** | **13.20** | **$3,273.30** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Sears, Alex | ACS | Associate | 9.20 | 288.00 | $2,649.60 |
| Rommell, Clair | CHR | Paralegal | 0.40 | 130.50 | $52.20 |
| Buell, Edward | ERB | Associate | 1.00 | 279.00 | $279.00 |
| Firoozabadi, Rozie | RRF | Paralegal | 2.60 | 112.50 | $292.50 |
| | **Total** | | **13.20** | | **$3,273.30** |

|  |  |  |
|---|---|---|
| | FEES | $3,273.30 |
| | **TOTAL THIS INVOICE** | **$3,273.30** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      323679      JBS                                    August 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000      GMAC ResCap
MATTER      1330       Country Meadows Landscape
                       GMAC Matter No.: 729409

**TOTAL AMOUNT DUE**           **$230.85**

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    323679    JBS                                        August 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1330    Country Meadows Landscape
GMAC Matter No.: 729409

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ERB | 07/09/12 | Initial review and analysis of complaint. | L120 | 0.50 | 279.00 | 139.50 |
| CHR | 07/11/12 | Prepare Notice of Bankruptcy, Notice of Stay and Proof of Service. Prepare documents for filing and service. Prepare service request. | L190 | 0.30 | 130.50 | 39.15 |
| CHR | 07/11/12 | Prepare Confirmation of Receipt to Client. Review Initial Correspondence and Pleadings. Review Court Docket and Download additional pleadings. Review Title re recorded Lis Pendens. Prepare Conflicts Request and Calendaring Memo. | L190 | 0.40 | 130.50 | 52.20 |
| | | **TOTAL** | | **1.20** | | **$230.85** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.50 | $139.50 |
| L190 | Other Case Assessment | 0.70 | $91.35 |
| | **TOTAL** | **1.20** | **$230.85** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Rommell, Clair | CHR | Paralegal | 0.70 | 130.50 | $91.35 |
| Buell, Edward | ERB | Associate | 0.50 | 279.00 | $139.50 |
| | **Total** | | **1.20** | | **$230.85** |

FEES            $230.85

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 323679 | CLIENT | GMAC ResCap | | Page | 2 |
|---|---|---|---|---|---|---|
| | | MATTER | Country Meadows Landscape | | | |

**TOTAL THIS INVOICE**                    **$230.85**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    323680    JBS                                      August 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     19000    GMAC ResCap
MATTER    1339    Stanton, Gary Josef
                  GMAC Matter No.: 730521

**TOTAL AMOUNT DUE**          **$489.15**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson
## &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    323680    JBS                                    August 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1339    Stanton, Gary Josef
                        GMAC Matter No.: 730521

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994      07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| ERB | 07/18/12 | Initial review and analysis of complaint. | L120 | 1.00 | 279.00 | 279.00 |
| JBS | 07/19/12 | Analysis and evaluation of defense strategy and potential stay issues | L120 | 0.40 | 427.50 | 171.00 |
| CHR | 07/19/12 | Prepare Confirmation to Client re Receipt and Contact Attorney Assignment. Review Initial Correspondence and Pleadings. Review Court Docket for Additional Pleadings and Calendar Dates. Draft New Matter Form. Prepare Conflicts and Calendar Request Memo. | L190 | 0.30 | 130.50 | 39.15 |
| | | **TOTAL** | | **1.70** | | **$489.15** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|--|-------|--------|
| L120 | Analysis/Strategy | 1.40 | $450.00 |
| L190 | Other Case Assessment | 0.30 | $39.15 |
| | **TOTAL** | **1.70** | **$489.15** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|--|----------|-------|------|-------|
| Rommell, Clair | CHR | Paralegal | 0.30 | 130.50 | $39.15 |
| Buell, Edward | ERB | Associate | 1.00 | 279.00 | $279.00 |
| Sullivan, John | JBS | Member | 0.40 | 427.50 | $171.00 |
| | **Total** | | **1.70** | | **$489.15** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 323680 | CLIENT | GMAC ResCap | | Page | 2 |
| | | MATTER | Stanton, Gary Josef | | | |

|  | FEES | $489.15 |
|---|---|---|
|  | **TOTAL THIS INVOICE** | **$489.15** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     323681     JBS                                    August 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     19000     GMAC ResCap
MATTER     1341      Phal & McCay (Lucich)
                     GMAC Matter No.: 730663

**TOTAL AMOUNT DUE**          **$1,042.20**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     323681     JBS                                   August 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter     19000 1341     Phal & McCay (Lucich)
                          GMAC Matter No.: 730663

FOR PROFESSIONAL SERVICES RENDERED     01/01/1994        07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| RRF | 07/24/12 | Obtain title docs & prepare property profile. | L110 | 1.50 | 112.50 | 168.75 |
| RRF | 07/25/12 | Attempt to obtain Sub of Trustee, and Deeds of trust from 1989 & 1998. | L110 | 0.50 | 112.50 | 56.25 |
| ERB | 07/27/12 | Initial review and analysis of complaint. | L120 | 1.00 | 279.00 | 279.00 |
| JBS | 07/28/12 | Analysis and evaluation of defense strategy and e-mail from client | L120 | 0.40 | 427.50 | 171.00 |
| HRJ | 07/31/12 | Initial review of complaint and plaintiff's claims. | L110 | 0.70 | 306.00 | 214.20 |
| HRJ | 07/31/12 | Conduct factual research re title history of property. | L110 | 0.50 | 306.00 | 153.00 |
| | | **TOTAL** | | **4.60** | | **$1,042.20** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | | |
|--------------------------|---|-------|--------|---|---|---|
| L110 | Fact Investigation/Development | 3.20 | $592.20 | | | |
| L120 | Analysis/Strategy | 1.40 | $450.00 | | | |
| | **TOTAL** | **4.60** | **$1,042.20** | | | |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Buell, Edward | ERB | Associate | 1.00 | 279.00 | $279.00 |
| Jones, Harold R. | HRJ | Associate | 1.20 | 306.00 | $367.20 |
| Sullivan, John | JBS | Member | 0.40 | 427.50 | $171.00 |
| Firoozabadi, Rozie | RRF | Paralegal | 2.00 | 112.50 | $225.00 |
| | **Total** | | **4.60** | | **$1,042.20** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| | | | | |
|---|---|---|---|---|
| Invoice No. | 323681 | CLIENT | GMAC ResCap | Page 2 |
| | | MATTER | Phal & McCay (Lucich) | |

|  |  |
|---|---|
| FEES | $1,042.20 |
| **TOTAL THIS INVOICE** | **$1,042.20** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324027    JBS                                       August 13, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
|--------|-------|-------------|
| MATTER | 0328  | Moss, Alan Irving |
|        |       | GMAC Matter No.: 712506 |

**TOTAL AMOUNT DUE**              **$12,413.20**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      324027      JBS                                    August 13, 2012

GMAC Mortgage, LLC

Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter      19000  0328      Moss, Alan Irving
                             GMAC Matter No.:  712506

FOR PROFESSIONAL SERVICES RENDERED      01/01/1994      07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ERB | 07/03/12 | Review matter and prepare status report for client. | L120 | 0.10 | 279.00 | 27.90 |
| ERB | 07/10/12 | Attention to status of eviction and strategize re rescission of sale as means of disposition of action and steps required to complete in order to effectively rescind and restart sale process.. | L120 | 0.50 | 279.00 | 139.50 |
| EKK | 07/11/12 | Research effect of remand on time to file motion to compel (0.5); draft notice of deposition (1); draft meet and confer letter regarding Plaintiff's responses to BONYMT's request for production of documents (1) | L310 | 2.50 | 279.00 | 697.50 |
| EKK | 07/12/12 | Draft meet and confer letter (2), research rules regarding motion to compel after remand (3) | L310 | 5.00 | 279.00 | 1,395.00 |
| ERB | 07/13/12 | Attention to discovery issues re potential motion to compel and review and revise meet and confer letter re Plaintiff's responses to requests for production of documents. | L120 | 0.70 | 279.00 | 195.30 |
| EKK | 07/13/12 | Draft meet and confer letter concerning Plaintiff's responses to BONYMT's request for production | L310 | 2.10 | 279.00 | 585.90 |
| GSW | 07/17/12 | Review and compile documents, create work discovery binder for attorney | L110 | 6.30 | 130.50 | 822.15 |
| EKK | 07/18/12 | Draft form interrogatories to Plaintiff | L310 | 1.00 | 279.00 | 279.00 |
| ERB | 07/19/12 | Attention to and review of discovery propounded on Plaintiff. | L310 | 0.40 | 279.00 | 111.60 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 324027 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Moss, Alan | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| EKK | 07/19/12 | Prepare form interrogatories (0.5); prepare for deposition (1); prepare outline for summary judgment motion (0.6) | L310 | 2.10 | 279.00 | 585.90 |
| EKK | 07/20/12 | Prepare for depostion (3.4); review rules regarding summary judgment motion (1.5) | L330 | 4.90 | 279.00 | 1,367.10 |
| ERB | 07/23/12 | Review objections to deposition and attention to discovery issues and potential motions to compel. | L330 | 0.60 | 279.00 | 167.40 |
| EKK | 07/23/12 | Review objections to depostition notice; draft email to Plaintiff concerning objections to deposition notice | L330 | 0.70 | 279.00 | 195.30 |
| GSW | 07/24/12 | Retrieve docket and complaint in Moss v. ETS, Case No. CIV 505386, San Mateo Superior Court, scan and email to attorney for review | L110 | 0.30 | 130.50 | 39.15 |
| ERB | 07/24/12 | Attention to and analysis of Plaintiffs motion for reconsideration of ruling on remand and strategize re opposition. | L250 | 0.90 | 279.00 | 251.10 |
| EKK | 07/24/12 | Meet with T. Buell re case (1); draft email to client regarding case (0.5) | L120 | 1.50 | 279.00 | 418.50 |
| EKK | 07/24/12 | Review deposition exhibits, revise deposition outline | L330 | 1.90 | 279.00 | 530.10 |
| SXT | 07/25/12 | Assist attorney in preparation for deposition, including organization of key documents to be introduced as exhibits to same. | L140 | 6.20 | 103.50 | 641.70 |
| EKK | 07/25/12 | Review deposition exhibits, revise deposition outline | L330 | 0.90 | 279.00 | 251.10 |
| EKK | 07/26/12 | Attend deposition (1); draft summary of the Moss v. ETS action for discussion with client (1.7) | L330 | 2.70 | 279.00 | 753.30 |
| GSW | 07/27/12 | Review and continue to update attorney work discovery binder | L110 | 1.00 | 130.50 | 130.50 |
| DHC | 07/27/12 | Conference with Client, Mo Fo Counsel, Ted Buell and Elena Kouvabina re pending RFS motion and strategy. | L250 | 0.50 | 337.50 | 168.75 |
| ERB | 07/27/12 | Review meet and confer letters from plaintiff and attention to discovery issues and potential response to motion to compel. | L350 | 1.20 | 279.00 | 334.80 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 324027 | CLIENT | GMAC ResCap | | | Page | 3 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Moss, Alan | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ERB | 07/27/12 | Prepare for and attend call with client re Plaintiffs motion for relief from stay. | L120 | 0.50 | 279.00 | 139.50 |
| EKK | 07/27/12 | Call with client's bankruptcy counsel regarding GMAC's bankruptcy proceedings | L120 | 0.50 | 279.00 | 139.50 |
| EKK | 07/27/12 | Review Plaintiff's meet and confer letters (0.5); draft response to Plaintiff's meet and confer letters concerning purported deficiencies in BONYMT's responses to Plaintiff's discovery and Plaintiff's deficiencies in his responses to BONYMT's discovery request (1.5); draft motion to compel (2.6) | L310 | 4.60 | 279.00 | 1,283.40 |
| EKK | 07/30/12 | Draft meet and confer letter to Plaintiff regarding discovery | L310 | 2.50 | 279.00 | 697.50 |
| | | **TOTAL** | | **52.10** | | **$12,348.45** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 07/17/12 | Pacer Service Center; Data Search; 04/01/12-06/30/12 | 3.90 |
| 07/17/12 | Pacer Service Center; Data Search; 04/01/12-06/30/12 | 37.90 |
| 07/18/12 | One Legal, Inc.; Transmittal of filing to court; Reply in Support of Motion to Removal; Opposition to Plaintiff's Motion for Additional Time, Errata: Part 1...06/14/12 | 22.95 |
| | **TOTAL COSTS & EXPENSES** | **$64.75** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 7.60 | $991.80 |
| L120 | Analysis/Strategy | 3.80 | $1,060.20 |
| L140 | Document/File Management | 6.20 | $641.70 |
| L250 | Other Written Motions | 1.40 | $419.85 |
| L310 | Written Discovery | 20.20 | $5,635.80 |
| L330 | Depositions | 11.70 | $3,264.30 |
| L350 | Discovery Motions | 1.20 | $334.80 |
| | **TOTAL** | **52.10** | **$12,348.45** |

| Timekeeper | Position | Hours | Rate | Value |
|---|---|---|---|---|

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 324027 | CLIENT | GMAC ResCap | | | Page | 4 |
| | | MATTER | Moss, Alan | | | | |

| Cram, Donald | DHC | Member | 0.50 | 337.50 | $168.75 |
|---|---|---|---|---|---|
| Kouvabina, Elena | EKK | Associate | 32.90 | 279.00 | $9,179.10 |
| Buell, Edward | ERB | Associate | 4.90 | 279.00 | $1,367.10 |
| Webb, Gilla | GSW | Paralegal | 7.60 | 130.50 | $991.80 |
| Tilton, Seana | SXT | Paralegal | 6.20 | 103.50 | $641.70 |
| | **Total** | | **52.10** | | **$12,348.45** |

PRIOR FEES                       $117,661.53
PRIOR COSTS & EXPENSES       $1,887.38

| FEES | $12,348.45 |
|---|---|
| COSTS & EXPENSES | $64.75 |
| **TOTAL THIS INVOICE** | **$12,413.20** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324028    JBS                                August 13, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    0415    Gutierrez, Douglas
                        GMAC Matter No.: 688449

**TOTAL AMOUNT DUE**        $1,568.30

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324028    JBS                                      August 13, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0415    Gutierrez, Douglas
                        GMAC Matter No.: 688449

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994      07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ERB | 07/03/12 | Review matter and prepare status report for client. | L120 | 0.10 | 279.00 | 27.90 |
| MJE | 07/10/12 | Exchange of emails with C. Hancock re how BK stay affects status of case | L190 | 0.30 | 279.00 | 83.70 |
| PG | 07/12/12 | Legal analysis and strategizing with M. Esposito re: application of interim bankruptcy stay order to case. | L210 | 0.20 | 247.50 | 49.50 |
| MJE | 07/12/12 | Exchange of emails with C. Hancock re status of case and relating it to BK Stay and order of Court | L140 | 0.40 | 279.00 | 111.60 |
| MJE | 07/13/12 | Review of BK order from Court and email with C. Hancock regarding strategy re stay of matter | L190 | 0.40 | 279.00 | 111.60 |
| PG | 07/18/12 | Legal analysis and strategizing with M. Esposito and client re: whether bankruptcy interim order applies to case and disposition of case following bankruptcy. | L120 | 0.70 | 247.50 | 173.25 |
| MJE | 07/18/12 | Receipt and review of email from C. Hancock and review of attached notes regarding her assessment of BK stay on case | L190 | 0.30 | 279.00 | 83.70 |
| SMH | 07/23/12 | Attention to effect of final supplemental order re stay on pending matter. | L120 | 0.40 | 333.00 | 133.20 |
| MJE | 07/23/12 | In-depth review of Final BK order and analysis of application to case with Ms. Hankins | L190 | 0.40 | 279.00 | 111.60 |
| SMH | 07/24/12 | Attention to revised bankruptcy notice, impact of paragraph 17 as to lien priority dispute. | L190 | 0.20 | 333.00 | 66.60 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 324028 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Gutierrez, Douglas | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| MJE | 07/24/12 | Draft of letter to Plaintiff's counsel describing affect of Bankruptcy stay | L190 | 0.50 | 279.00 | | 139.50 |
| MJE | 07/24/12 | Draft of Updated Notice of Stay and attachment of Order | L250 | 0.40 | 279.00 | | 111.60 |
| MJE | 07/24/12 | Review of Final Supplemental Order and draft email memorandum to C. Hancock re its import | L190 | 0.50 | 279.00 | | 139.50 |
| MJE | 07/25/12 | Meeting with Ms. Hankins to review and approve Notice of Stay and cover letter and delivery to C. Hancock of same.with email attachment | L250 | 0.70 | 279.00 | | 195.30 |
| | | **TOTAL** | | **5.50** | | | **$1,538.55** |

## COSTS & EXPENSES

| | | | |
|---|---|---|---|
| 07/06/12 | First Legal Network, LLC; Transmittal of filing to court; LA County Court- Unlimited 6/4/12 | | 29.75 |
| | **TOTAL COSTS & EXPENSES** | **$29.75** | |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 1.20 | $334.35 |
| L140 | Document/File Management | 0.40 | $111.60 |
| L190 | Other Case Assessment | 2.60 | $736.20 |
| L210 | Pleadings | 0.20 | $49.50 |
| L250 | Other Written Motions | 1.10 | $306.90 |
| | **TOTAL** | **5.50** | **$1,538.55** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Buell, Edward | ERB | Associate | 0.10 | 279.00 | $27.90 |
| Esposito, Matthew | MJE | Associate | 3.90 | 279.00 | $1,088.10 |
| Grammatico, Paul | PG | Associate | 0.90 | 247.50 | $222.75 |
| Hankins, Suzanne | SMH | Member | 0.60 | 333.00 | $199.80 |
| | **Total** | | **5.50** | | **$1,538.55** |

| | |
|---|---|
| PRIOR FEES | $75,847.05 |
| PRIOR COSTS & EXPENSES | $8,978.78 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| | | | |
|---|---|---|---|
| Invoice No.    324028 | CLIENT    GMAC ResCap | Page | 3 |
| | MATTER    Gutierrez, Douglas | | |

| | |
|---|---|
| FEES | $1,538.55 |
| COSTS & EXPENSES | $29.75 |
| **TOTAL THIS INVOICE** | **$1,568.30** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324094    JBS                                      August 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     19000    GMAC ResCap
MATTER    0017      Sweeting, Robert v. Jason Kishaba, et al.
                    GMAC Matter No.: 693709

**TOTAL AMOUNT DUE**              **$329.40**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324094    JBS

August 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0017    Sweeting, Robert v. Jason Kishaba, et al.
GMAC Matter No.: 693709

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| DAS | 07/25/12 | Evaluate client email and prepare response. | L110 | 1.20 | 274.50 | 329.40 |
| | | **TOTAL** | | **1.20** | | **$329.40** |

## COSTS & EXPENSES

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|---|-------|--------|
| L110 | Fact Investigation/Development | 1.20 | $329.40 |
| | **TOTAL** | **1.20** | **$329.40** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Shama, Daniel | DAS | Associate | 1.20 | 274.50 | $329.40 |
| | **Total** | | **1.20** | | **$329.40** |

| | |
|---|---|
| PRIOR FEES | $45,156.69 |
| PRIOR COSTS & EXPENSES | $5,070.90 |

| | |
|---|---|
| FEES | $329.40 |
| **TOTAL THIS INVOICE** | **$329.40** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      324095      JBS                                    August 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000      GMAC ResCap
MATTER      0106       Veldghorn, Ella v. GMAC Mortgage, et al.
                       GMAC Matter No.: 696528

**TOTAL AMOUNT DUE**          **$821.95**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.   324095   JBS | August 14, 2012 |
|---|---|

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter   19000 0106   Veldghorn, Ella v. GMAC Mortgage, et al.
GMAC Matter No.: 696528

FOR PROFESSIONAL SERVICES RENDERED   01/01/1994   07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| MKS | 07/08/12 | Update to client re: new developments, new deadlines and hearing dates and status. | L120 | 0.20 | 270.00 | 54.00 |
| ACS | 07/12/12 | Analyze effect of interim bankruptcy order on claims | L190 | 0.40 | 288.00 | 115.20 |
| ACS | 07/12/12 | Research issues related to offer of compromise statute | L160 | 0.50 | 288.00 | 144.00 |
| ACS | 07/16/12 | E-mail and phone follow-up to plaintiff's counsel re: modification / settlement terms and case status | L160 | 0.40 | 288.00 | 115.20 |
| ACS | 07/17/12 | Phone followup with plaintiff's counsel re: loan modification & case status | L160 | 0.20 | 288.00 | 57.60 |
| ACS | 07/18/12 | Communicate with client & plaintiff's counsel re: new loan modification application | L160 | 0.40 | 288.00 | 115.20 |
| ACS | 07/20/12 | Analyze effect of modified bankruptcy stay on claims | L190 | 0.50 | 288.00 | 144.00 |
| | | **TOTAL** | | **2.60** | | **$745.20** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 07/06/12 | First Legal Network, LLC; Transmittal of filing to court; SCSC- San Jose 6/5/12 | 76.75 |
| | **TOTAL COSTS & EXPENSES** | **$76.75** |

## BILLING SUMMARY

| Task Code and Description | Hours | Amount |
|---|---|---|

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 324095 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Veldghorn, Ella | | | | |

| | | | | | |
|---|---|---|---|---|---|
| L120 | Analysis/Strategy | | 0.20 | $54.00 | |
| L160 | Settlement/Non-Binding ADR | | 1.50 | $432.00 | |
| L190 | Other Case Assessment | | 0.90 | $259.20 | |
| | **TOTAL** | | **2.60** | **$745.20** | |

| Timekeeper | | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|---|
| Sears, Alex | ACS | | Associate | 2.40 | 288.00 | $691.20 |
| Sullivan, Mary Kate | MKS | | Member | 0.20 | 270.00 | $54.00 |
| | **Total** | | | **2.60** | | **$745.20** |

| | |
|---|---|
| PRIOR FEES | $37,075.50 |
| PRIOR COSTS & EXPENSES | $2,413.56 |

| | |
|---|---|
| FEES | $745.20 |
| COSTS & EXPENSES | $76.75 |
| **TOTAL THIS INVOICE** | **$821.95** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     324096      JBS                                     August 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     19000     GMAC ResCap
MATTER     0439      Israel, Alan
                     C/M# 700241

**TOTAL AMOUNT DUE**          **$217.60**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     324096     JBS                                      August 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter     19000  0439     Israel, Alan
C/M# 700241

FOR PROFESSIONAL SERVICES RENDERED     01/01/1994     07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MEG | 07/17/12 | Review and analysis of OSC regarding plaintiff's failure to appear and regarding GMAC bankruptcy status. | L120 | 0.30 | 261.00 | 78.30 |
| MEG | 07/18/12 | Review pleadings and provide case status regarding bankruptcy and servicing. | L110 | 0.30 | 261.00 | 78.30 |
| | | **TOTAL** | | **0.60** | | **$156.60** |

### COSTS & EXPENSES

| | | | |
|---|---|---|---|
| 07/06/12 | First Legal Network, LLC; Transmittal of filing to court; FCSC- Fresno 6/4/12 | | 61.00 |
| | **TOTAL COSTS & EXPENSES** | **$61.00** | |

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L110 | Fact Investigation/Development | 0.30 | $78.30 |
| L120 | Analysis/Strategy | 0.30 | $78.30 |
| | **TOTAL** | **0.60** | **$156.60** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Gruber, Megan | MEG | Associate | 0.60 | 261.00 | $156.60 |
| | **Total** | | **0.60** | | **$156.60** |

| | |
|---|---|
| PRIOR FEES | $50,815.35 |
| PRIOR COSTS & EXPENSES | $416.10 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| | | | | |
|---|---|---|---|---|
| Invoice No. | 324096 | CLIENT | GMAC ResCap | Page    2 |
| | | MATTER | Israel, Alan | |

|  |  |
|---|---|
| FEES | $156.60 |
| COSTS & EXPENSES | $61.00 |
| **TOTAL THIS INVOICE** | **$217.60** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      324097      JBS                                    August 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000      GMAC ResCap
MATTER     0770       Locker v. Ally Bank
                                C/M# 709371

**TOTAL AMOUNT DUE**              **$335.95**

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# *&Werson*

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 324097 | JBS | August 14, 2012 |
|---|---|---|---|

GMAC Mortgage, LLC

Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter      19000 0770      Locker v. Ally Bank
                                         C/M# 709371

**FOR PROFESSIONAL SERVICES RENDERED**      01/01/1994      07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| EK | 07/02/12 | Review and analyze E. Davis's notice of disassociation of counsel and designation of new counsel | L120 | 0.20 | 274.50 | 54.90 |
| EK | 07/03/12 | Review and revise discovery to be served on Locker plaintiffs | L310 | 0.30 | 274.50 | 82.35 |
| EK | 07/03/12 | Draft email to D. Booth updating on discovery status and substitution of new plaintiffs' attorney | L310 | 0.40 | 274.50 | 109.80 |
| EK | 07/11/12 | Email to D. Booth updating on case status | L310 | 0.10 | 274.50 | 27.45 |
| | | **TOTAL** | | **1.00** | | **$274.50** |

### COSTS & EXPENSES

| | | |
|---|---|---|
| 07/13/12 | One Legal, Inc.; Transmittal of filing to court; Notice of Court Ruling...06/28/12 | 61.45 |

**TOTAL COSTS & EXPENSES**                    **$61.45**

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.20 | $54.90 |
| L310 | Written Discovery | 0.80 | $219.60 |
| | **TOTAL** | **1.00** | **$274.50** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Kemp, Erik | EK | Associate | 1.00 | 274.50 | $274.50 |
| | **Total** | | **1.00** | | **$274.50** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 324097 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Locker v. Ally Bank | | |

| | |
|---|---|
| PRIOR FEES | $68,553.90 |
| PRIOR COSTS & EXPENSES | $10,707.01 |

| | |
|---|---|
| FEES | $274.50 |
| COSTS & EXPENSES | $61.45 |
| **TOTAL THIS INVOICE** | **$335.95** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     324098      JBS                                      August 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT       19000      GMAC ResCap
MATTER       0796       CPN Pipeline Company
                        GMAC Matter No.: 710028

**TOTAL AMOUNT DUE**            **$604.80**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324098    JBS                                    August 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0796    CPN Pipeline Company
GMAC Matter No.: 710028

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MKS | 07/09/12 | Attention to status of settlement discussions and method of quantified inpact on value of property by pipeline. | L160 | 0.20 | 270.00 | 54.00 |
| HRJ | 07/09/12 | Review and analyze issues re BPOs. | L110 | 0.70 | 306.00 | 214.20 |
| HRJ | 07/10/12 | Draft status report and recommendation to C. DiCicco. | L160 | 0.90 | 306.00 | 275.40 |
| HRJ | 07/12/12 | Review and analyze correspondence from C. DiCicco re settlement issues. | L160 | 0.20 | 306.00 | 61.20 |
| | | **TOTAL** | | **2.00** | | **$604.80** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | |
|---------------------------|---|-------|--------|---|---|
| L110 | Fact Investigation/Development | 0.70 | $214.20 | | |
| L160 | Settlement/Non-Binding ADR | 1.30 | $390.60 | | |
| | **TOTAL** | **2.00** | **$604.80** | | |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Jones, Harold R. | HRJ | Associate | 1.80 | 306.00 | $550.80 |
| Sullivan, Mary Kate | MKS | Member | 0.20 | 270.00 | $54.00 |
| | | Total | 2.00 | | $604.80 |

PRIOR FEES                        $9,923.40
PRIOR COSTS & EXPENSES            $344.42

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324098        CLIENT    GMAC ResCap                              Page        2
                             MATTER    CPN Pipeline Company

|  | FEES | $604.80 |
|---|---|---|
|  | **TOTAL THIS INVOICE** | **$604.80** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324099    JBS                          August 14, 2012


GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006


CLIENT      19000    GMAC ResCap
MATTER      0813     Lai, Van Kim
                     GMAC Matter No.: 718663


**TOTAL AMOUNT DUE**            **$283.30**



## *** REMITTANCE COPY ***
*Please include this page with payment.*


Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324099      JBS                                    August 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter     19000 0813     Lai, Van Kim
                          GMAC Matter No.: 718663

FOR PROFESSIONAL SERVICES RENDERED     01/01/1994     07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MKS | 07/08/12 | Update to client re: new developments, new deadlines and hearing dates and status. | L120 | 0.20 | 270.00 | 54.00 |
| AAG | 07/16/12 | Prepare internal case update. | L190 | 0.10 | 238.50 | 23.85 |
| | | **TOTAL** | | **0.30** | | **$77.85** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 07/06/12 | One Legal, Inc.; Transmittal of filing to court; Declaration 06/15/12 | 49.95 |
| 07/06/12 | First Legal Network, LLC; Transmittal of filing to court; Monterey County Court 6/4/12 | 61.00 |
| 07/06/12 | First Legal Network, LLC; Transmittal of filing to court; Monterey Co Superior Ct- Monterey 6/13/12 | 94.50 |

**TOTAL COSTS & EXPENSES**          **$205.45**

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | |
|--------------------------|---|-------|--------|---|---|
| L120 | Analysis/Strategy | 0.20 | $54.00 | | |
| L190 | Other Case Assessment | 0.10 | $23.85 | | |
| | **TOTAL** | **0.30** | **$77.85** | | |

| Timekeeper | | Position | Hours | Rate | Value |
|-----------|---|----------|-------|------|-------|
| Givental, Alisa | AAG | Associate | 0.10 | 238.50 | $23.85 |
| Sullivan, Mary Kate | MKS | Member | 0.20 | 270.00 | $54.00 |
| | **Total** | | **0.30** | | **$77.85** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 324099 | CLIENT | GMAC ResCap | Page | 2 |
| --- | --- | --- | --- | --- | --- |
| | | MATTER | Lai, Van Kim | | |

| | | |
| --- | --- | --- |
| PRIOR FEES | $6,912.90 | |
| PRIOR COSTS & EXPENSES | $268.36 | |

|  |  |
| --- | --- |
| FEES | $77.85 |
| COSTS & EXPENSES | $205.45 |
| **TOTAL THIS INVOICE** | **$283.30** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324100    JBS

August 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    0839    Neal, Dennis and Jacqueline
GMAC Matter No.: 711542

**TOTAL AMOUNT DUE**        **$674.85**

### *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324100    JBS                                    August 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0839    Neal, Dennis and Jacqueline
GMAC Matter No.: 711542

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| BSW | 07/02/12 | Prepare and appear for Case Management Conference. | L230 | 0.80 | 265.50 | 212.40 |
| BSW | 07/02/12 | Receipt and review Plaintiff's Notice of Bankruptcy and Automatic Stay. | L140 | 0.20 | 265.50 | 53.10 |
| BSW | 07/06/12 | Receipt and review Case Management Order. | L230 | 0.20 | 265.50 | 53.10 |
| BSW | 07/09/12 | Analysis of debtor client's role in litigation and draft report regarding same. | L140 | 0.40 | 265.50 | 106.20 |
| BSW | 07/13/12 | Communicate with client regarding the Court's decision to stay action. | L140 | 0.20 | 265.50 | 53.10 |
| BSW | 07/13/12 | Review GMAC Bankruptcy Initerim Supplemental Order regarding bankruptcy stay. | L140 | 0.40 | 265.50 | 106.20 |
| | | **TOTAL** | | **2.20** | | **$584.10** |

## COSTS & EXPENSES

| | | | |
|--|--|--|--|
| 07/06/12 | First Legal Network, LLC; Transmittal of filing to court; Yuba CMC- Marysville 6/13/12 | | 90.75 |

**TOTAL COSTS & EXPENSES**                    **$90.75**

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|--|-------|--------|
| L140 | Document/File Management | 1.20 | $318.60 |
| L230 | Court Mandated Conferences | 1.00 | $265.50 |
| | **TOTAL** | **2.20** | **$584.10** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 324100 | CLIENT | GMAC ResCap | | Page | 2 |
| | | MATTER | Neal, Dennis and Jacqueline | | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Whittemore, Brian | BSW | Associate | 2.20 | 265.50 | $584.10 |
| | **Total** | | **2.20** | | **$584.10** |

PRIOR FEES                    $24,524.10
PRIOR COSTS & EXPENSES        $3,998.68


|  | | |
|---|---|---|
| FEES | $584.10 |
| COSTS & EXPENSES | $90.75 |
| **TOTAL THIS INVOICE** | **$674.85** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324101    JBS                                          August 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
|--------|-------|-------------|
| MATTER | 0851  | Feliciano, Jose |
|        |       | GMAC Matter No.: 711719 |

**TOTAL AMOUNT DUE**          $2,305.80

### *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324101    JBS                                              August 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  0851    Feliciano, Jose
GMAC Matter No.: 711719

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MKS | 07/02/12 | Attention to plaintiff's counsel demand for "detailed relocation agreement" and strategy re: response to same. | L190 | 0.40 | 270.00 | 108.00 |
| BSW | 07/04/12 | Communicate with opposing cousnel regarding approval of moving expenses. | L140 | 0.20 | 265.50 | 53.10 |
| MKS | 07/05/12 | Assist in drafting letter to plaintiff's counsel in satisfaction of request for written relocation agreement.  Strategy re: same. | L190 | 0.30 | 270.00 | 81.00 |
| MIW | 07/05/12 | Review correspondence re "letter agreement" for relocation.  Confer with M. K. Sullivan and B. Whittemore re same. | L190 | 0.20 | 274.50 | 54.90 |
| MKS | 07/06/12 | Attention to plaintiff's counsel's response to letter confirming agreement to pay relocation costs and strategy re: response to same. | L190 | 0.20 | 270.00 | 54.00 |
| BSW | 07/06/12 | Communicate with client regarding GMAC letter approving repairs and revise letter. | L140 | 0.60 | 265.50 | 159.30 |
| BSW | 07/06/12 | Communicate with opposing cousnel regarding GMAC's agreement to pay moving expenses. | L140 | 0.30 | 265.50 | 79.65 |
| MKS | 07/08/12 | Update to client re: new developments, new deadlines and hearing dates and status. | L120 | 0.20 | 270.00 | 54.00 |
| BSW | 07/09/12 | Analyze status of debtor client in case and draft report regarding same. | L140 | 0.40 | 265.50 | 106.20 |
| BSW | 07/13/12 | Communicate with opposing counsel regarding tenant relocation and move | L140 | 0.30 | 265.50 | 79.65 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 324101 | CLIENT | GMAC ResCap | | | Page | 2 |
| | | MATTER | Feliciano, Jose | | | | |

| | | out date. | | | | |
|-----|----------|------------|------|------|--------|--------|
| BSW | 07/16/12 | Communicate with client regarding status of repairs. | L140 | 0.30 | 265.50 | 79.65 |
| DHC | 07/20/12 | Conference with Brian Whittmore re client's ability to move forward with repairs without Bankruptcy Court authorization. | L190 | 0.50 | 337.50 | 168.75 |
| DHC | 07/23/12 | Conference with Norm Rosenbaum, Kathy Priore, Natasha Campbell, Mary Kate Sullivan, Mark Wraight and Brian Whittmore re tenants' counsel raising Res Cap bankruptcy issue to delay repairs to property. | L190 | 1.00 | 337.50 | 337.50 |
| MKS | 07/23/12 | Prepare for and participate in conference call with client and MoFo bankruptcy counsel re: request by plaintiff's counsel for assurances regarding payment for repairs in light of B/K. | L190 | 0.50 | 270.00 | 135.00 |
| MIW | 07/23/12 | Confer with M. K. Sullivan re relocation and repair issues. | L190 | 0.40 | 274.50 | 109.80 |
| MIW | 07/23/12 | Prepare for and participate in conference call to discuss bankruptcy and repair issues. | L190 | 0.70 | 274.50 | 192.15 |
| BSW | 07/23/12 | Prepare and participate in teleconference with client (K. Priore, N. Rosenbaum) regarding effect of bankruptcy on approved repairs. | L120 | 0.80 | 265.50 | 212.40 |
| BSW | 07/24/12 | Communicate with client's bankrupcy counsel regarding requested letter stating approved repairs does not violate bankruptcy stay. | L140 | 0.30 | 265.50 | 79.65 |
| MIW | 07/25/12 | Confer with M. K. Sullivan and B. Whittemore re status of BK letter. | L190 | 0.20 | 274.50 | 54.90 |
| BSW | 07/25/12 | Communicate with client's bankruptcy counsel regarding status of letter to opposing counsel. | L140 | 0.20 | 265.50 | 53.10 |
| BSW | 07/27/12 | Communicate with client regarding conference with Bankruptcy counsel. | L140 | 0.20 | 265.50 | 53.10 |
| | | **TOTAL** | | **8.20** | | **$2,305.80** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | | | |
|---|---|---|---|
| Invoice No. 324101 | CLIENT GMAC ResCap | | Page 3 |
| | MATTER Feliciano, Jose | | |

## COSTS & EXPENSES

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 1.00 | $266.40 |
| L140 | Document/File Management | 2.80 | $743.40 |
| L190 | Other Case Assessment | 4.40 | $1,296.00 |
| | **TOTAL** | **8.20** | **$2,305.80** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Whittemore, Brian | BSW | Associate | 3.60 | 265.50 | $955.80 |
| Cram, Donald | DHC | Member | 1.50 | 337.50 | $506.25 |
| Wraight, Mark | MIW | Member | 1.50 | 274.50 | $411.75 |
| Sullivan, Mary Kate | MKS | Member | 1.60 | 270.00 | $432.00 |
| | **Total** | | **8.20** | | **$2,305.80** |

| | |
|---|---|
| PRIOR FEES | $78,282.45 |
| PRIOR COSTS & EXPENSES | $8,137.79 |

| | |
|---|---|
| FEES | $2,305.80 |
| **TOTAL THIS INVOICE** | **$2,305.80** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324102    JBS                                       August 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    0967    Murray, Burnel R.
                  GMAC Matter No.:  715022

**TOTAL AMOUNT DUE**          $1,579.50

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324102    JBS                                    August 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0967    Murray, Burnel R.
                        GMAC Matter No.: 715022

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| ALS | 06/29/12 | Email to and from Amy Hartshorn inquiring as to the status of the rescission | L160 | 0.20 | 292.50 | 58.50 |
| ALS | 07/02/12 | Telephone call from Amy Hartshorn re: status of rescission and loan modification | L110 | 0.20 | 292.50 | 58.50 |
| ALS | 07/17/12 | Receipt and review of plaintiff's CMCS statement | L160 | 0.20 | 292.50 | 58.50 |
| ALS | 07/19/12 | Telephone call from Amy Hartshorn re: status of rescission | L160 | 0.20 | 292.50 | 58.50 |
| ALS | 07/19/12 | Receipt and review of recorded Rescission of Trustee's Sale | L160 | 0.20 | 292.50 | 58.50 |
| ALS | 07/19/12 | Forward copy of recorded Rescission of Trustee's Sale to plaintiff's counsel | L160 | 0.20 | 292.50 | 58.50 |
| ALS | 07/19/12 | Email from plaintiff's counsel re: still awaiting receipt of executed loan documents, rescission of notice of default and first statement | L160 | 0.20 | 292.50 | 58.50 |
| ALS | 07/19/12 | Telephone call to plaintiff's counsel re: still awaiting receipt of executed loan documents, rescission of notice of default and first statement | L160 | 0.20 | 292.50 | 58.50 |
| ALS | 07/19/12 | Email to Amy Hartshorn re: still awaiting receipt of executed loan documents, rescission of notice of default and first statement | L160 | 0.20 | 292.50 | 58.50 |
| ALS | 07/19/12 | Forward plaintiff's CMS to Amy Hartshorn - advsing that I am concerned about sanctions because GMAC in breach of settlement agreement | L160 | 0.20 | 292.50 | 58.50 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## *&*Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 324102 | CLIENT | GMAC ResCap | | | | Page | 2 |
| | | MATTER | Murray, Burnel R. | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ALS | 07/20/12 | Email from Amy Hartshorn providing status update regarding settlement and rescission related documents | L160 | 0.20 | 292.50 | | 58.50 |
| ALS | 07/23/12 | Telephone call from Amy Hartshorn re: further snafus with settlement | L160 | 0.20 | 292.50 | | 58.50 |
| ALS | 07/24/12 | Email to plaintiff's counsel forwarding file endorsed copy of rescission of notice of default and inquiry into whther Mr. Murray is currently paying property insurance | L160 | 0.20 | 292.50 | | 58.50 |
| ALS | 07/24/12 | Email from plaintiff's counsel advising that Murray is currently paying property insurance - forward same to Amy Hartshorn | L160 | 0.20 | 292.50 | | 58.50 |
| ALS | 07/24/12 | Receipt and review of filed rescission of notice of default | L160 | 0.20 | 292.50 | | 58.50 |
| ALS | 07/24/12 | Several email and phone calls with plaintiff's counsel re: taxes and property insurance | L160 | 0.50 | 292.50 | | 146.25 |
| ALS | 07/25/12 | Several telephone call from and to Amy Hartshorn to discuss changes to Mr. Murray's monthy payment due to tax and insurance issues | L160 | 0.50 | 292.50 | | 146.25 |
| ALS | 07/30/12 | Email from plaintiff's counsel re: Murray's payment of property taxes | L160 | 0.20 | 292.50 | | 58.50 |
| ALS | 07/31/12 | Telephone call to Augustin Pina re: asking if he will specially appear on my behalf at today's CMC and discussing Murray payment of property taxes | L160 | 0.30 | 292.50 | | 87.75 |
| ALS | 07/31/12 | Telephone call to Amy Hartshorn to and discuss terms of loan modification agreement and Murray's payment of property taxes | L160 | 0.30 | 292.50 | | 87.75 |
| ALS | 07/31/12 | Review loan modification agreement to determine if GMAC can escrow taxes and property insurance | L160 | 0.60 | 292.50 | | 175.50 |
| | | **TOTAL** | | **5.40** | | | **$1,579.50** |

## COSTS & EXPENSES

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | | | | |
|---|---|---|---|---|
| Invoice No.    324102 | CLIENT    GMAC ResCap | | Page | 3 |
| | MATTER    Murray, Burnel R. | | | |

## BILLING SUMMARY

| Task Code and Description | Hours | Amount |
|---|---|---|
| L110    Fact Investigation/Development | 0.20 | $58.50 |
| L160    Settlement/Non-Binding ADR | 5.20 | $1,521.00 |
| **TOTAL** | **5.40** | **$1,579.50** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Strayer, Ann | ALS | Special Counsel | 5.40 | 292.50 | $1,579.50 |
| **Total** | | | **5.40** | | **$1,579.50** |

| | |
|---|---|
| PRIOR FEES | $38,846.25 |
| PRIOR COSTS & EXPENSES | $2,066.03 |

| | |
|---|---|
| FEES | $1,579.50 |
| **TOTAL THIS INVOICE** | **$1,579.50** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     324103     JBS                                          August 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000     GMAC ResCap
MATTER     0970      Ali, Ershad
                              GMAC Matter No.:  714965

**TOTAL AMOUNT DUE**                    **$1,440.45**

### *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324103    JBS                                    August 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0970    Ali, Ershad
                    GMAC Matter No.: 714965

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| MKS | 07/02/12 | Attention to receipt of approval of proposed purchase agreement as resolution of matter. | L160 | 0.30 | 270.00 | 81.00 |
| NSR | 07/02/12 | Analysis of correspondence from Ms. Bonello regarding status of approval of the residential purchase agreement | L160 | 0.10 | 238.50 | 23.85 |
| NSR | 07/05/12 | Analysis of correspondence from Plaintiffs' prior attorney to GMAC's listing agent regarding reassignment of the case to Plaintiffs' new counsel | L160 | 0.10 | 238.50 | 23.85 |
| NSR | 07/05/12 | Analysis of correspondence from the listing agent regarding GMACM's asset manager | L160 | 0.10 | 238.50 | 23.85 |
| NSR | 07/06/12 | Analysis of lengthy correspondence from Plaintiffs' new attorney | L160 | 0.30 | 238.50 | 71.55 |
| NSR | 07/06/12 | Numerous telephone communications with the listing agent's office regarding the GMAC asset manager and status of the sale transaction | L160 | 0.60 | 238.50 | 143.10 |
| NSR | 07/06/12 | Communicate via telephone with Plaintiffs' new counsel regarding status of the sale of the property | L160 | 0.30 | 238.50 | 71.55 |
| NSR | 07/06/12 | Draft correspondence to Ms. Bonello regarding the asset manager assigned to manage the sale of the subject property | L160 | 0.20 | 238.50 | 47.70 |
| NSR | 07/06/12 | Analysis of correspondence from Plaintiffs' counsel regarding escrow instructions and all attachments | L160 | 0.30 | 238.50 | 71.55 |
| NSR | 07/09/12 | Email communications with the listing agent's office regarding identity of the | L160 | 0.30 | 238.50 | 71.55 |

Payment is due **30 days** of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 324103 | CLIENT | GMAC ResCap | | | | Page | 2 |
| | | MATTER | Ali, Ershad | | | | | |

GMAC asset manager

| NSR | 07/09/12 | Telephone communication with Plaintiffs' counsel regarding status of the purchase and sale agreement | L160 | 0.20 | 238.50 | 47.70 |
| NSR | 07/10/12 | Prepare case recap for bankruptcy evaluation | L190 | 0.30 | 238.50 | 71.55 |
| NSR | 07/10/12 | Exchange correspondence with Ms. Bonello regarding the asset manager and apparent occupants of the subject property | L160 | 0.20 | 238.50 | 47.70 |
| NSR | 07/10/12 | Communicate via telephone with the listing agent's office regarding the asset manager and occupants of the subject property | L160 | 0.30 | 238.50 | 71.55 |
| NSR | 07/10/12 | Numerous telephone communications with Plaintiffs' counsel regarding the occupants of the subject property and status of the sale transaction | L160 | 0.60 | 238.50 | 143.10 |
| NSR | 07/10/12 | Communicate via telephone with Plaintiffs' counsel regarding written confirmation of the vacancy of the subject property | L160 | 0.30 | 238.50 | 71.55 |
| NSR | 07/10/12 | Draft correspondence to Ms. Bonello regarding our discussions with Plaintiffs' counsel regarding occupancy of the subject property | L160 | 0.40 | 238.50 | 95.40 |
| NSR | 07/18/12 | Analysis of correspondence from Plaintiffs' counsel regarding the listing agent's difficulties in preparing closing documents. | L160 | 0.10 | 238.50 | 23.85 |
| NSR | 07/18/12 | Draft correspondence to Plaintiffs' counsel regarding our follow up with GMAC concerning the required closing documents | L160 | 0.20 | 238.50 | 47.70 |
| NSR | 07/18/12 | Analysis of the proposed grant deed from Plaintiffs | L160 | 0.10 | 238.50 | 23.85 |
| NSR | 07/25/12 | Telephone communications with listing agent regarding the title company and the status of the sale transaction | L160 | 0.30 | 238.50 | 71.55 |
| NSR | 07/30/12 | Analysis of the Court's final supplemental order and possible interaction with pending settlement efforts | L160 | 0.40 | 238.50 | 95.40 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.   324103    CLIENT   GMAC ResCap                Page        3
                       MATTER   Ali, Ershad

| | | | |
|---|---|---|---|
| **TOTAL** | | 6.00 | **$1,440.45** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | Hours | Amount | | |
|---|---|---|---|---|
| L160        Settlement/Non-Binding ADR | 5.70 | $1,368.90 | | |
| L190        Other Case Assessment | 0.30 | $71.55 | | |
| **TOTAL** | **6.00** | **$1,440.45** | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Sullivan, Mary Kate | MKS | Member | 0.30 | 270.00 | $81.00 |
| Riedman, Natilee | NSR | Associate | 5.70 | 238.50 | $1,359.45 |
| | **Total** | | **6.00** | | **$1,440.45** |

| | | |
|---|---|---|
| PRIOR FEES | $13,374.00 | |
| PRIOR COSTS & EXPENSES | $289.04 | |

| | | |
|---|---|---|
| FEES | $1,440.45 |
| **TOTAL THIS INVOICE** | **$1,440.45** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324104    JBS                                   August 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1068    Gonzalez, Jerry D. and Amalia P.
                  GMAC Matter No.: 719031

**TOTAL AMOUNT DUE          $1,672.50**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.   324104   JBS                                    August 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter   19000 1068   Gonzalez, Jerry D. and Amalia P.
                       GMAC Matter No.: 719031

FOR PROFESSIONAL SERVICES RENDERED   01/01/1994      07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| MKS | 07/08/12 | Update to client re: new developments, new deadlines and hearing dates and status. | L120 | 0.20 | 270.00 | 54.00 |
| TNA | 07/09/12 | Review court docket to confirm plaintiffs did not file an opposition to the demurrer; prepare notice of non-opposition. | L210 | 0.30 | 270.00 | 81.00 |
| TNA | 07/13/12 | Prepare for and attend hearing on demurrer and motion to strike. | L210 | 0.70 | 270.00 | 189.00 |
| TNA | 07/13/12 | Communications with C. DiCicco at GMACM regarding continuation of demurrer hearing. | L210 | 0.20 | 270.00 | 54.00 |
| TNA | 07/16/12 | Analyze late-filed opposition to demurrer. | L210 | 0.60 | 270.00 | 162.00 |
| TNA | 07/16/12 | Commence preparing reply in support of demurrer. | L210 | 0.80 | 270.00 | 216.00 |
| TNA | 07/17/12 | Prepare final revision to reply in support of demurrer. | L210 | 0.60 | 270.00 | 162.00 |
| DHC | 07/19/12 | Review Bankruptcy Court docket of plaintiff's various bankruptcy case. | L120 | 0.50 | 337.50 | 168.75 |
| DHC | 07/19/12 | Conference with client re effect of recent bankruptcy filing upon foreclosure sale. | L120 | 0.50 | 337.50 | 168.75 |
| TNA | 07/26/12 | Analyze tentative ruling sustaining demurrer to formulate strategy for oral argument requested by plaintiffs. | L210 | 0.30 | 270.00 | 81.00 |
| TNA | 07/27/12 | Prepare for and attend hearing on demurrer to second amended complaint. | L210 | 1.10 | 270.00 | 297.00 |
| | | **TOTAL** | | **5.80** | | **$1,633.50** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324104    CLIENT    GMAC ResCap                         Page         2
                        MATTER    Gonzalez, Jerry D. & Amalia P.

---

### COSTS & EXPENSES

| | | |
|---|---|---:|
| 07/16/12 | CourtCall, LLC; CourtCall - Conference Service;  07/27/12 | 39.00 |
| | **TOTAL COSTS & EXPENSES** | **$39.00** |

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---:|---:|
| L120 | Analysis/Strategy | 1.20 | $391.50 |
| L210 | Pleadings | 4.60 | $1,242.00 |
| | **TOTAL** | **5.80** | **$1,633.50** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---:|---:|---:|
| Cram, Donald | DHC | Member | 1.00 | 337.50 | $337.50 |
| Sullivan, Mary Kate | MKS | Member | 0.20 | 270.00 | $54.00 |
| Abbott, Thomas | TNA | Associate | 4.60 | 270.00 | $1,242.00 |
| | | **Total** | **5.80** | | **$1,633.50** |

| | |
|---|---:|
| PRIOR FEES | $18,687.15 |
| PRIOR COSTS & EXPENSES | $2,567.68 |

| | |
|---|---:|
| FEES | $1,633.50 |
| COSTS & EXPENSES | $39.00 |
| **TOTAL THIS INVOICE** | **$1,672.50** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324105    JBS

August 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1072 | Malinowski, Kenneth J. and Patricia L. |
| | | GMAC Matter No.: 719341 |

**TOTAL AMOUNT DUE**        **$270.00**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324105    JBS                                     August 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1072    Malinowski, Kenneth J. and Patricia L.
GMAC Matter No.: 719341

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| KWF | 07/05/12 | Review and analyze correspondence from borrower. | L190 | 0.10 | 270.00 | 27.00 |
| KWF | 07/05/12 | Review and analyze U.S. response to plaintiff's request for disclosure. | L210 | 0.30 | 270.00 | 81.00 |
| KWF | 07/11/12 | Analysis and evaluation of court docket, prepare response to client inquiry re status of litigation. | L190 | 0.30 | 270.00 | 81.00 |
| KWF | 07/19/12 | Review and analyze borrower's "mandatory judicial notice." | L210 | 0.20 | 270.00 | 54.00 |
| KWF | 07/20/12 | Review and analyze plaintiff's mid-litigation statement. | L190 | 0.10 | 270.00 | 27.00 |
| | | **TOTAL** | | **1.00** | | **$270.00** |

### COSTS & EXPENSES

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | | |
|--------------------------|---|-------|--------|---|---|---|
| L190 | Other Case Assessment | 0.50 | $135.00 | | | |
| L210 | Pleadings | 0.50 | $135.00 | | | |
| | **TOTAL** | **1.00** | **$270.00** | | | |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Franich, Kerry | KWF | Associate | 1.00 | 270.00 | $270.00 |
| | **Total** | | **1.00** | | **$270.00** |

PRIOR FEES                        $6,114.60
PRIOR COSTS & EXPENSES            $220.24

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| | | | | |
|---|---|---|---|---|
| Invoice No. | 324105 | CLIENT | GMAC ResCap | Page    2 |
| | | MATTER | Malinowski, Kenneth & Patricia | |

| | |
|---|---|
| FEES | $270.00 |
| **TOTAL THIS INVOICE** | **$270.00** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324106    JBS                                    August 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1080    Enriquez, Romualdo D. and Olivia S.
GMAC Matter No.: 719059

**TOTAL AMOUNT DUE**          **$801.09**

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324106    JBS                                    August 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1080    Enriquez, Romualdo D. and Olivia S.
                        GMAC Matter No.: 719059

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MCK | 07/02/12 | Draft e-mail correspondence to client regarding amended pleading and recommended response. | L120 | 0.30 | 234.00 | 70.20 |
| MCK | 07/02/12 | Review of amended pleading and analysis in comparison to original complaint and demurrer order. | L120 | 0.70 | 234.00 | 163.80 |
| MCK | 07/03/12 | E-mail correspondence from client agreeing with proposal to file notice of bankruptcy stay. | L120 | 0.10 | 234.00 | 23.40 |
| MCK | 07/05/12 | E-mail correspondence to client re: revised notice of stay. | L120 | 0.10 | 234.00 | 23.40 |
| MKS | 07/08/12 | Update to client re: new developments, new deadlines and hearing dates and status. | L120 | 0.20 | 270.00 | 54.00 |
| CHR | 07/16/12 | Prepare Notice of Bankruptcy, Proof of Service and Notice of Stay. | L190 | 0.30 | 130.50 | 39.15 |
| MCK | 07/31/12 | Continued drafting of demurrer to First Amended Complaint; analysis in light of bankruptcy stay. | L210 | 1.50 | 234.00 | 351.00 |
| | | **TOTAL** | | **3.20** | | **$724.95** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 07/02/12 | CourtCall, LLC; CourtCall - Conference Service; 08/28/12 | 39.00 |
| 07/06/12 | Cardmember Service/Bank One (Acct #7755); Data Search; 756 87th Street San Mateo, CA 06/26/12 | 8.39 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | | | | Page | 2 |
|---|---|---|---|---|---|
| Invoice No. 324106 | CLIENT | GMAC ResCap | | | |
| | MATTER | Enriquez, Romualdo & Olivia | | | |

| | | |
|---|---|---|
| 07/20/12 | First Legal Network, LLC; Transmittal of filing to court; San Mateo County Court 6/26/12 | 28.75 |
| | **TOTAL COSTS & EXPENSES** | **$76.14** |

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 1.40 | $334.80 |
| L190 | Other Case Assessment | 0.30 | $39.15 |
| L210 | Pleadings | 1.50 | $351.00 |
| | **TOTAL** | **3.20** | **$724.95** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Rommell, Clair | CHR | Paralegal | 0.30 | 130.50 | $39.15 |
| Kelly, Megan | MCK | Special Counsel | 2.70 | 234.00 | $631.80 |
| Sullivan, Mary Kate | MKS | Member | 0.20 | 270.00 | $54.00 |
| | | **Total** | **3.20** | | **$724.95** |

| | |
|---|---|
| PRIOR FEES | $4,776.75 |
| PRIOR COSTS & EXPENSES | $1,612.35 |

| | |
|---|---|
| FEES | $724.95 |
| COSTS & EXPENSES | $76.14 |
| **TOTAL THIS INVOICE** | **$801.09** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324107    JBS

August 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1139    Jones, Louis H.
GMAC Matter No.: 722027

**TOTAL AMOUNT DUE**          **$216.00**

### *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson
## &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324107    JBS                                        August 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1139    Jones, Louis H.
GMAC Matter No.: 722027

### FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| KWF | 07/10/12 | Prepare email to client K. Lee re case status and representation of MERS. | L190 | 0.20 | 270.00 | 54.00 |
| KWF | 07/27/12 | Prepare notice of bankruptcy. | L210 | 0.30 | 270.00 | 81.00 |
| KWF | 07/27/12 | Prepare letter to plaintiff's counsel re amended bankruptcy notice. | L190 | 0.30 | 270.00 | 81.00 |
| | | **TOTAL** | | **0.80** | | **$216.00** |

### COSTS & EXPENSES

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L190 | Other Case Assessment | 0.50 | $135.00 |
| L210 | Pleadings | 0.30 | $81.00 |
| | **TOTAL** | **0.80** | **$216.00** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Franich, Kerry | KWF | Associate | 0.80 | 270.00 | $216.00 |
| | **Total** | | **0.80** | | **$216.00** |

| PRIOR FEES | $5,974.65 |
|------------|-----------|
| PRIOR COSTS & EXPENSES | $3,069.60 |

| | FEES | $216.00 |
|---|------|---------|
| | **TOTAL THIS INVOICE** | **$216.00** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324108    JBS                                      August 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1149    Mathew, Vincent and Rosemole
                  GMAC Matter No.: 722251

**TOTAL AMOUNT DUE**              $2,031.90

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324108    JBS                               August 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1149    Mathew, Vincent and Rosemole
GMAC Matter No.: 722251

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MKS | 07/02/12 | Attention to clarification of terms of modification to be offered to plaintiffs. Compare with previous correspondence re: same and comparison of modification terms. Strategy re: same. | L160 | 0.40 | 270.00 | 108.00 |
| NSR | 07/02/12 | Analysis of correspondence from Plaintiffs' counsel regarding status of the loan modification agreement | L160 | 0.10 | 238.50 | 23.85 |
| NSR | 07/02/12 | Analysis of correspondence from Ms. Bonello regarding the interest-only period set forth in the loan modification agreement | L160 | 0.10 | 238.50 | 23.85 |
| NSR | 07/02/12 | Draft correspondence to Plaintiff's counsel regarding the proposed modification agreement | L160 | 0.40 | 238.50 | 95.40 |
| NSR | 07/03/12 | Draft case management statement | L230 | 0.30 | 238.50 | 71.55 |
| NSR | 07/05/12 | Analysis regarding possible postponement of foreclosure | L160 | 0.20 | 238.50 | 47.70 |
| NSR | 07/12/12 | Analysis of correspondence from Plaintiffs' counsel regarding Plaintiff's execution of the modification agreement | L160 | 0.10 | 238.50 | 23.85 |
| NSR | 07/12/12 | Analysis of the modification agreement as executed by Plaintiffs | L160 | 0.10 | 238.50 | 23.85 |
| NSR | 07/12/12 | Draft correspondence to Ms. Bonello regarding Plaintiff's execution of the modification agreement | L160 | 0.20 | 238.50 | 47.70 |
| NSR | 07/12/12 | Analysis of Ms. Bonello's correspondence regarding a settlement agreement | L160 | 0.10 | 238.50 | 23.85 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 324108 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Mathew, Vincent & Rosemole | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| NSR | 07/13/12 | Draft correspondence to Plaintiff's counsel regarding our preparation of a proposed settlement agreement | L160 | 0.30 | 238.50 | | 71.55 |
| NSR | 07/13/12 | Draft correspondence to Ms. Bonello regarding our preparation of a proposed settlement agreement | L160 | 0.10 | 238.50 | | 23.85 |
| MKS | 07/17/12 | Review and revise draft settlement agreement. | L160 | 0.30 | 270.00 | | 81.00 |
| NSR | 07/17/12 | Draft settlement agreement | L160 | 1.60 | 238.50 | | 381.60 |
| NSR | 07/17/12 | Draft stipulation to dismiss | L160 | 0.50 | 238.50 | | 119.25 |
| NSR | 07/17/12 | Draft voluntary notice of withdrawal of lis pendens | L160 | 0.50 | 238.50 | | 119.25 |
| NSR | 07/17/12 | Draft correspondence to Ms. Bonello regarding the proposed settlement agreement | L160 | 0.40 | 238.50 | | 95.40 |
| NSR | 07/20/12 | Prepare to attend case management conference | L230 | 0.30 | 238.50 | | 71.55 |
| NSR | 07/20/12 | Attend case management conference | L230 | 1.20 | 238.50 | | 286.20 |
| NSR | 07/20/12 | Draft correspondence to Ms. Bonello regarding the continued case management conference | L230 | 0.20 | 238.50 | | 47.70 |
| NSR | 07/25/12 | Draft correspondence to Ms. Bonello regarding status of GMAC's review of the proposed settlement agreement | L160 | 0.20 | 238.50 | | 47.70 |
| NSR | 07/26/12 | Analysis of the Court's recent final supplemental order and possible implications on current settlement efforts | L190 | 0.50 | 238.50 | | 119.25 |
| | | **TOTAL** | | **8.10** | | | **$1,953.90** |

### COSTS & EXPENSES

| | | | |
|---|---|---|---|
| 07/12/12 | CourtCall, LLC; CourtCall - Conference Service; 07/20/12 | | 78.00 |
| | **TOTAL COSTS & EXPENSES** | **$78.00** | |

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L160 | Settlement/Non-Binding ADR | 5.60 | $1,357.65 |
| L190 | Other Case Assessment | 0.50 | $119.25 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.   324108 | CLIENT | GMAC ResCap | | | | Page | 3 |
| | MATTER | Mathew, Vincent & Rosemole | | | | | |

| L230 | Court Mandated Conferences | | 2.00 | $477.00 | | | |
| | **TOTAL** | | **8.10** | **$1,953.90** | | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Sullivan, Mary Kate | MKS | Member | 0.70 | 270.00 | $189.00 |
| Riedman, Natilee | NSR | Associate | 7.40 | 238.50 | $1,764.90 |
| | **Total** | | **8.10** | | **$1,953.90** |

PRIOR FEES                         $6,542.10
PRIOR COSTS & EXPENSES      $196.30

|  | FEES | $1,953.90 |
|---|---|---|
|  | COSTS & EXPENSES | $78.00 |
|  | **TOTAL THIS INVOICE** | **$2,031.90** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324109    JBS                                    August 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1169     Wood, Kenneth and Christine
                   GMAC Matter No.: 723077

**TOTAL AMOUNT DUE**        **$271.28**

## \*\*\* *REMITTANCE COPY* \*\*\*
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324109    JBS                                      August 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1169    Wood, Kenneth and Christine
                        GMAC Matter No.: 723077

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MKS | 07/02/12 | Telephone conference with Jennifer Hotgren re: changes needed to draft settlement agreement.  Correspondence to plaintiff re: final draft of agreement and request for signature. | L160 | 0.40 | 270.00 | 108.00 |
| MKS | 07/08/12 | Update to client re: new developments, new deadlines and hearing dates and status. | L120 | 0.20 | 270.00 | 54.00 |
| MKS | 07/10/12 | Receive signed settlement agreement and forward to client with request for client signature. | L160 | 0.20 | 270.00 | 54.00 |
| | | **TOTAL** | | **0.80** | | **$216.00** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 07/06/12 | Cardmember Service/Bank One (Acct #7755); Data Search; 610 Gardner Street EL Dorado, CA 06/04/12 | 22.14 |
| 07/06/12 | Cardmember Service/Bank One (Acct #7755); Data Search; 610 Gardner Street EL Dorado, CA 06/13/12 | 33.14 |

**TOTAL COSTS & EXPENSES**                              **$55.28**

## BILLING SUMMARY

| Task Code and Description | Hours | Amount |
|--------------------------|-------|--------|
| L120    Analysis/Strategy | 0.20 | $54.00 |
| L160    Settlement/Non-Binding ADR | 0.60 | $162.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| | | | | | |
|---|---|---|---|---|---|
| Invoice No. | 324109 | **CLIENT** | GMAC ResCap | Page | 2 |
| | | **MATTER** | Wood, Kenneth & Christine | | |

| | | TOTAL | | 0.80 | $216.00 | | |
|---|---|---|---|---|---|---|---|

| Timekeeper | | Position | | Hours | Rate | Value |
|---|---|---|---|---|---|---|
| Sullivan, Mary Kate | MKS | Member | | 0.80 | 270.00 | $216.00 |
| | **Total** | | | **0.80** | | **$216.00** |

| | | | | |
|---|---|---|---|---|
| PRIOR FEES | | $2,504.25 | | |
| | | | FEES | $216.00 |
| | | | COSTS & EXPENSES | $55.28 |
| | | | **TOTAL THIS INVOICE** | **$271.28** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severon
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     324110     JBS                                    August 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
|--------|-------|-------------|
| MATTER | 1184 | Berdan, Felino V. and Belinda |
| | | GMAC Matter No.: 723763 |

**TOTAL AMOUNT DUE**          $3,333.60

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324110    JBS                                    August 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1184    Berdan, Felino V. and Belinda
GMAC Matter No.: 723763

FOR PROFESSIONAL SERVICES RENDERED     01/01/1994         07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MTM | 07/13/12 | Review opposition to demurrer. | L210 | 1.20 | 288.00 | 345.60 |
| MTM | 07/13/12 | Draft reply brief in support of demurrer. | L210 | 1.60 | 288.00 | 460.80 |
| MTM | 07/16/12 | Draft reply in support of demurrer. | L210 | 0.20 | 288.00 | 57.60 |
| MTM | 07/17/12 | Continue to draft reply memorandum to demurrer. | L210 | 0.80 | 288.00 | 230.40 |
| MTM | 07/18/12 | Draft reply brief in support of demurrer. | L210 | 5.40 | 288.00 | 1,555.20 |
| MKS | 07/19/12 | Study and review plaintiff's opposition to demurrer.  Review and revise draft reply in response to same. | L240 | 0.40 | 270.00 | 108.00 |
| MTM | 07/19/12 | Attention to filing reply brief. | L210 | 0.10 | 288.00 | 28.80 |
| MTM | 07/25/12 | Review tentative ruling. | L210 | 0.20 | 288.00 | 57.60 |
| MTM | 07/26/12 | Prepare for and attend case management conference. | L230 | 0.50 | 288.00 | 144.00 |
| MTM | 07/26/12 | Prepare letter and draft order and judgment of dismissal and communicate with client regarding same. | L210 | 1.20 | 288.00 | 345.60 |
| | | **TOTAL** | | **11.60** | | **$3,333.60** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L210 | Pleadings | 10.70 | $3,081.60 |
| L230 | Court Mandated Conferences | 0.50 | $144.00 |
| L240 | Dispositive Motions | 0.40 | $108.00 |
| | **TOTAL** | **11.60** | **$3,333.60** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# *&*Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.   324110       CLIENT    GMAC ResCap                        Page        2
                           MATTER   Berdan, Felino V. & Belinda

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Sullivan, Mary Kate | MKS | Member | 0.40 | 270.00 | $108.00 |
| McGuinness, Michelle | MTM | Associate | 11.20 | 288.00 | $3,225.60 |
| | **Total** | | **11.60** | | **$3,333.60** |

PRIOR FEES                          $11,456.55
PRIOR COSTS & EXPENSES              $1,967.73

                                        FEES          $3,333.60
                        **TOTAL THIS INVOICE**        **$3,333.60**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## *&*Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324111    JBS                                    August 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT       19000      GMAC ResCap
MATTER      1192       Gridley, Julie
                              GMAC Matter No.:

**TOTAL AMOUNT DUE**              $1,908.55

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324111    JBS

August 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1192    Gridley, Julie
GMAC Matter No.:

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| CG | 07/09/12 | Respond to internal questionnaire regarding status of action. | L190 | 0.20 | 238.50 | 47.70 |
| CG | 07/18/12 | Research recoverable fees resulting from prevailing in a trial de novo appealing a small claims judgment. | L210 | 1.50 | 238.50 | 357.75 |
| CG | 07/19/12 | Draft Opposition to Plaintiff's Motion to strike fees and costs. | L210 | 4.70 | 238.50 | 1,120.95 |
| CG | 07/25/12 | Settlement communications with opposing counsel regarding opposition to motion to strike costs. | L460 | 0.20 | 238.50 | 47.70 |
| CG | 07/25/12 | Communications with client contact regarding settlement offer concerning recoverable fees post judgment. | L460 | 0.20 | 238.50 | 47.70 |
| CG | 07/27/12 | Analyze plaintiff's reply in support of motion to strike fees and costs. | L210 | 0.60 | 238.50 | 143.10 |
| CG | 07/31/12 | Review tentative ruling on GMAC's motion for costs and fees. | L460 | 0.20 | 238.50 | 47.70 |
| CG | 07/31/12 | Communication with Kari Krull regarding not contesting the Court's ruling on GMAC's motion for costs and fees. | L460 | 0.20 | 238.50 | 47.70 |
| | | **TOTAL** | | **7.80** | | **$1,860.30** |

### COSTS & EXPENSES

| | | |
|---|---|---|
| 07/06/12 | First Legal Network, LLC; Transmittal of filing to court; SCMC- North/Fairfiled 6/7/12 | 48.25 |

**TOTAL COSTS & EXPENSES**                    **$48.25**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 324111 | CLIENT | GMAC ResCap | | Page | 2 |
| | | MATTER | Gridley, Julie | | | |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L190 | Other Case Assessment | 0.20 | $47.70 |
| L210 | Pleadings | 6.80 | $1,621.80 |
| L460 | Post-Trial Motions & Submissio | 0.80 | $190.80 |
| | **TOTAL** | **7.80** | **$1,860.30** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Gaddis, Clayton | CG | Associate | 7.80 | 238.50 | $1,860.30 |
| | **Total** | | **7.80** | | **$1,860.30** |

PRIOR FEES                              $5,849.55

|  |  |
|---|---|
| FEES | $1,860.30 |
| COSTS & EXPENSES | $48.25 |
| **TOTAL THIS INVOICE** | **$1,908.55** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324112    JBS                                        August 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     19000    GMAC ResCap
MATTER     1238     Novak, James
                    GMAC Matter No.: 726566

**TOTAL AMOUNT DUE**                **$636.50**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324112    JBS                                    August 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  1238    Novak, James
GMAC Matter No.: 726566

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| TNA | 07/27/12 | Analyze plaintiff's opposition to demurrer and motion to strike. | L210 | 0.40 | 270.00 | 108.00 |
| TNA | 07/27/12 | Prepare memorandum of points and authorities in reply and support of the demurrer. | L210 | 1.70 | 270.00 | 459.00 |
| | | **TOTAL** | | **2.10** | | **$567.00** |

### COSTS & EXPENSES

| | | | |
|---|---|---|---|
| 07/06/12 | First Legal Network, LLC; Transmittal of filing to court; Sonoma County Court, Santa Rosa 6/8/12 | | 69.50 |
| | **TOTAL COSTS & EXPENSES** | **$69.50** | |

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | |
|---|---|---|---|---|---|
| L210 | Pleadings | 2.10 | $567.00 | | |
| | **TOTAL** | **2.10** | **$567.00** | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Abbott, Thomas | TNA | Associate | 2.10 | 270.00 | $567.00 |
| | **Total** | | **2.10** | | **$567.00** |

| | |
|---|---|
| PRIOR FEES | $2,504.70 |
| PRIOR COSTS & EXPENSES | $393.23 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 324112 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Novak, James | | |

| | | |
|---|---|---|
| FEES | | $567.00 |
| COSTS & EXPENSES | | $69.50 |
| **TOTAL THIS INVOICE** | | **$636.50** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     324113      JBS                                      August 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000    GMAC ResCap
MATTER      1274     Lee, Sally
                     GMAC Matter No.: 728468

**TOTAL AMOUNT DUE**          **$1,110.60**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324113    JBS                                    August 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  1274    Lee, Sally
                        GMAC Matter No.: 728468

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MIW | 07/09/12 | Complete review of client documents and begin to drafting complaint. | L210 | 3.40 | 274.50 | 933.30 |
| RRF | 07/09/12 | Obtain title docs & prepare property profile. | L110 | 0.60 | 112.50 | 67.50 |
| MIW | 07/10/12 | Finalize draft of complaint.  Send to client for review and approval. | L210 | 0.30 | 274.50 | 82.35 |
| MIW | 07/18/12 | Follow-up with client re status of complaint. | L210 | 0.10 | 274.50 | 27.45 |
| | | **TOTAL** | | **4.40** | | **$1,110.60** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L110 | Fact Investigation/Development | 0.60 | $67.50 |
| L210 | Pleadings | 3.80 | $1,043.10 |
| | **TOTAL** | **4.40** | **$1,110.60** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Wraight, Mark | MIW | Member | 3.80 | 274.50 | $1,043.10 |
| Firoozabadi, Rozie | RRF | Paralegal | 0.60 | 112.50 | $67.50 |
| | | **Total** | **4.40** | | **$1,110.60** |

PRIOR FEES                        $1,176.75

                                        FEES            $1,110.60
                        **TOTAL THIS INVOICE**        **$1,110.60**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324115    JBS

August 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1307 | Henle, Thomas N. |
| | | GMAC Matter No.: 729616 |

**TOTAL AMOUNT DUE**        $743.40

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.    324115    JBS | August 14, 2012 |
|---|---|

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1307    Henle, Thomas N.
GMAC Matter No.: 729616

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| MKS | 07/02/12 | Strategy re: possible use of Stipulation for Limited Participation following answer to complaint. | L210 | 0.30 | 270.00 | 81.00 |
| MTM | 07/03/12 | Attention to status. | L210 | 0.20 | 288.00 | 57.60 |
| MTM | 07/06/12 | Attention to title chronology. | L210 | 0.30 | 288.00 | 86.40 |
| MTM | 07/09/12 | Attention to status and email client regarding same. | L210 | 0.30 | 288.00 | 86.40 |
| MTM | 07/11/12 | Review correspondence from opposing counsel and title chronology and email J. Hoy regarding same. | L210 | 0.60 | 288.00 | 172.80 |
| MTM | 07/11/12 | Communicate with opposing counsel regarding service of process. | L210 | 0.20 | 288.00 | 57.60 |
| MTM | 07/12/12 | Communicate with J. Hoy and M. Sullivan regarding strategy. | L210 | 0.50 | 288.00 | 144.00 |
| MTM | 07/27/12 | Communicate with counsel for Plaintiffs and leave message for counsel for MERS. | L210 | 0.20 | 288.00 | 57.60 |
| | | **TOTAL** | | **2.60** | | **$743.40** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | Hours | Amount | | | |
|---|---|---|---|---|---|
| L210    Pleadings | 2.60 | $743.40 | | | |
| **TOTAL** | **2.60** | **$743.40** | | | |

| Timekeeper | Position | Hours | Rate | Value |
|---|---|---|---|---|

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.   324115 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|
| | MATTER | Henle, Thomas N. | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Sullivan, Mary Kate | MKS | Member | 0.30 | 270.00 | $81.00 | |
| McGuinness, Michelle | MTM | Associate | 2.30 | 288.00 | $662.40 | |
| | **Total** | | **2.60** | | **$743.40** | |

PRIOR FEES                                    $886.50

FEES                    $743.40
**TOTAL THIS INVOICE**        **$743.40**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     324116     JBS                                    August 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     19000     GMAC ResCap
MATTER     1309      Kinman, Kenneth James
                     GMAC Matter No.: 729769

### TOTAL AMOUNT DUE          $1,043.55

### *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324116    JBS                                    August 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1309    Kinman, Kenneth James
                        GMAC Matter No.: 729769

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| DPB | 07/02/12 | Communications with A.Hartshorn regarding status of service of process by plaintiffs. | L210 | 0.20 | 288.00 | 57.60 |
| DPB | 07/02/12 | Communications with plaintiffs' counsel, M.Yesk, regarding plaintiffs' voluntary dismissal of complaint as against Wells Fargo, Deutsche Bank, and MERS (.1); review dismissal (.1). | L210 | 0.20 | 288.00 | 57.60 |
| DPB | 07/02/12 | E-mail to A.Hartshorn regarding plaintiffs' voluntary dismissal of complaint. | L210 | 0.10 | 288.00 | 28.80 |
| DPB | 07/05/12 | Telephone call to M.Yesk requesting confirmation of dismissal. | L210 | 0.10 | 288.00 | 28.80 |
| MKS | 07/08/12 | Update to client re: new developments, new deadlines and hearing dates and status. | L120 | 0.20 | 270.00 | 54.00 |
| DPB | 07/11/12 | Communications with M.Yesk regarding file-endorsed dismissal (.2) and inquiring whether a lis pendens was recorded (.1). | L210 | 0.30 | 288.00 | 86.40 |
| DPB | 07/11/12 | Communications with M.Yesk regarding plaintiffs' dismissal and status of any lis pendens plaintiffs may have recorded. | L250 | 0.30 | 288.00 | 86.40 |
| DPB | 07/12/12 | Communications with M.Yesk to determine whether a lis pendens was recorded. | L210 | 0.20 | 288.00 | 57.60 |
| DPB | 07/12/12 | E-mail to A.Hartshorn regarding plaintiffs' dismissal and lis pendens. | L210 | 0.10 | 288.00 | 28.80 |
| DPB | 07/12/12 | Communications with M.Yesk | L210 | 0.20 | 288.00 | 57.60 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324116    CLIENT    GMAC ResCap                                    Page        2
                        MATTER    Kinman, Kenneth James

| | | regarding whether plaintiffs recorded any lis pendens. | | | | |
|---|---|---|---|---|---|---|
| CHR | 07/13/12 | Conduct Title Search to Confirm a Lis Pendens was not recorded. | L190 | 0.10 | 130.50 | 13.05 |
| DPB | 07/13/12 | Communications with M.Yesk tentatively confirming absence of lis pendens (.2); confer with paralegal about reviewing title records to confirm absence of lis pendens (.1). | L210 | 0.30 | 288.00 | 86.40 |
| DPB | 07/13/12 | Communications with A.Hartshorn regarding closing file in light of plaintiffs' dismissal and absence of lis pendens. | L120 | 0.20 | 288.00 | 57.60 |
| DPB | 07/23/12 | E-mail from M.Yesk regarding his having located plaintiffs' lis pendens. | L210 | 0.10 | 288.00 | 28.80 |
| DPB | 07/30/12 | Communications with M.Yesk regarding plaintiffs' lis pendens and request for voluntary withdrawal of same (.2); review lis pendens (.1); e-mails to A.Hartshorn regarding lis pendens and related motion (.2). | L210 | 0.50 | 288.00 | 144.00 |
| DPB | 07/30/12 | Request title documents from C.Rommell for use in preparing motion to expunge. | L110 | 0.10 | 288.00 | 28.80 |
| RRF | 07/31/12 | Obtain title docs & prepare property profile. | L110 | 1.00 | 112.50 | 112.50 |
| DPB | 07/31/12 | E-mail from R.Firoozabadi regarding title documents, for use in preparing motion to expunge. | L110 | 0.10 | 288.00 | 28.80 |
| | | **TOTAL** | | **4.30** | | **$1,043.55** |

### COSTS & EXPENSES

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 1.20 | $170.10 |
| L120 | Analysis/Strategy | 0.40 | $111.60 |
| L190 | Other Case Assessment | 0.10 | $13.05 |
| L210 | Pleadings | 2.30 | $662.40 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 324116 | CLIENT | GMAC ResCap | | | Page | 3 |
| | | MATTER | Kinman, Kenneth James | | | | |

| L250 | Other Written Motions | | 0.30 | $86.40 | | |
|------|-----------------------|---|------|--------|---|---|
| | **TOTAL** | | **4.30** | **$1,043.55** | | |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Rommell, Clair | CHR | Paralegal | 0.10 | 130.50 | $13.05 |
| Babcock, Daska | DPB | Special Counsel | 3.00 | 288.00 | $864.00 |
| Sullivan, Mary Kate | MKS | Member | 0.20 | 270.00 | $54.00 |
| Firoozabadi, Rozie | RRF | Paralegal | 1.00 | 112.50 | $112.50 |
| | **Total** | | **4.30** | | **$1,043.55** |

PRIOR FEES                          $1,166.85

|  | FEES | $1,043.55 |
|---|------|-----------|
|  | **TOTAL THIS INVOICE** | **$1,043.55** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     324114     JBS                                August 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000     GMAC ResCap
MATTER      1301      Torres, Jose Gabriel
                      GMAC Matter No.: 729520

**TOTAL AMOUNT DUE**          $2,472.75

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324114    JBS                                    August 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1301    Torres, Jose Gabriel
                        GMAC Matter No.: 729520

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MKS | 07/05/12 | Analysis of claims and prayer for relief to determine applicability of bankruptcy stay and interim order for limited relief from stay. | L120 | 0.30 | 270.00 | 81.00 |
| RRF | 07/05/12 | Review transactional history of property. | L110 | 0.50 | 112.50 | 56.25 |
| RRF | 07/05/12 | Obtain 17 title docs & prepare property profile. | L110 | 1.80 | 112.50 | 202.50 |
| TNA | 07/05/12 | Analyze interim supplemental order of relief from automatic stay in bankruptcy to determine whether plaintiff's claims are barred by pending bankruptcy. | L120 | 0.70 | 270.00 | 189.00 |
| TNA | 07/05/12 | Review title chronology for subject property. | A110 | 0.30 | 270.00 | 81.00 |
| MKS | 07/10/12 | Attention to draft Notice of Automatic stay and strategy re: response to single claim permitted by relief from stay. | L210 | 0.40 | 270.00 | 108.00 |
| MKS | 07/10/12 | Review and revise draft answer to verified complaint and asserting bankrutcy stay to all but one claim. | L210 | 0.50 | 270.00 | 135.00 |
| TNA | 07/10/12 | Commence preparing verified answer to verified complaint, including review of servicing notes to determine appropriate response to allegations concerning compliance with Civil Code § 2923.5. | L210 | 2.80 | 270.00 | 756.00 |
| TNA | 07/10/12 | Prepare notice of automatic bankruptcy stay, including review of court docket to determine whether a final order on debtor motion was issued. | L210 | 0.80 | 270.00 | 216.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 324114 | CLIENT | GMAC ResCap | | | Page | 2 |
| | | MATTER | Torres, Jose Gabriel | | | | |

| TNA | 07/11/12 | Prepare final revisions to verified answer, including review of foreclosure notices to reference facts relevant to compliance with Civil Code § 2923.5. | L210 | 2.20 | 270.00 | 594.00 |
| TNA | 07/16/12 | Telephone conference with plaintiff's counsel regarding litigation goal and effect of bankruptcy on lawsuit. | L110 | 0.20 | 270.00 | 54.00 |
| | | **TOTAL** | | **10.50** | | **$2,472.75** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| A110 | Manage data/flies | 0.30 | $81.00 |
| L110 | Fact Investigation/Development | 2.50 | $312.75 |
| L120 | Analysis/Strategy | 1.00 | $270.00 |
| L210 | Pleadings | 6.70 | $1,809.00 |
| | **TOTAL** | **10.50** | **$2,472.75** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Sullivan, Mary Kate | MKS | Member | 1.20 | 270.00 | $324.00 |
| Firoozabadi, Rozie | RRF | Paralegal | 2.30 | 112.50 | $258.75 |
| Abbott, Thomas | TNA | Associate | 7.00 | 270.00 | $1,890.00 |
| | | **Total** | **10.50** | | **$2,472.75** |

| PRIOR FEES | $801.45 | |
| | FEES | $2,472.75 |
| | **TOTAL THIS INVOICE** | **$2,472.75** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324118    JBS                                        August 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1315    Bentancourt, Ruben and Rosa
GMAC Matter No.:

**TOTAL AMOUNT DUE**            **$769.95**

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324118    JBS

August 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1315    Bentancourt, Ruben and Rosa
GMAC Matter No.:

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MKS | 06/28/12 | Study and review new complaint and cross-complaint for evaluation, handling and defense strategy. | L210 | 1.00 | 270.00 | 270.00 |
| MKS | 06/29/12 | Telephone call with cross-compainant's counsel re: response date, intended filing of Notice of B/K Stay and obtaining extension of time to respond to complaint.  Confirming letter re: same. | L210 | 0.30 | 270.00 | 81.00 |
| JBS | 07/02/12 | Analysis and evaluation of mechanic's lien complaint | L120 | 0.30 | 427.50 | 128.25 |
| CHR | 07/02/12 | Prepare Confirmation to Client re Receipt and Contact Attorney Assignment. Review Initial Correspondence and Pleadings. Review Court Docket for Additional Pleadings and Calendar Dates. Draft New Matter Form. Prepare Conflicts and Calendar Request Memo. | L190 | 0.40 | 130.50 | 52.20 |
| NSR | 07/09/12 | Analysis of the cross-complaint by Builder's Concrete | L210 | 0.60 | 238.50 | 143.10 |
| NSR | 07/09/12 | Analysis of the first amendment to the complaint by Builders Concrete | L210 | 0.20 | 238.50 | 47.70 |
| NSR | 07/09/12 | Analysis of the answer filed by defendant and cross-plaintiff Builder's Concrete | L210 | 0.20 | 238.50 | 47.70 |
| | | **TOTAL** | | **3.00** | | **$769.95** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324118        CLIENT    GMAC ResCap                          Page        2
                             MATTER    Bentancourt, Ruben & Rosa

## COSTS & EXPENSES

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.30 | $128.25 |
| L190 | Other Case Assessment | 0.40 | $52.20 |
| L210 | Pleadings | 2.30 | $589.50 |
| **TOTAL** | | **3.00** | **$769.95** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Rommell, Clair | CHR | Paralegal | 0.40 | 130.50 | $52.20 |
| Sullivan, John | JBS | Member | 0.30 | 427.50 | $128.25 |
| Sullivan, Mary Kate | MKS | Member | 1.30 | 270.00 | $351.00 |
| Riedman, Natilee | NSR | Associate | 1.00 | 238.50 | $238.50 |
| **Total** | | | **3.00** | | **$769.95** |

|  |  |
|---|---|
| FEES | $769.95 |
| **TOTAL THIS INVOICE** | $769.95 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324119    JBS                              August 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     19000     GMAC ResCap
MATTER     1328      Sosoban, Junkey and Brenda
                     GMAC Matter No.:

**TOTAL AMOUNT DUE**          $549.40

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324119    JBS                          August 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1328    Sosoban, Junkey and Brenda
                        GMAC Matter No.:

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| MKS | 07/10/12 | Review new small claims matter and clients request for filing of Notice of stay. Attention to removability of matter to Federal Court. | L210 | 0.50 | 270.00 | 135.00 |
| CHR | 07/11/12 | Prepare Confirmation of Receipt to Client. Review Initial Correspondence and Pleadings. Review Court Docket and Download additional pleadings. Review Title re recorded Lis Pendens. Prepare Conflicts Request and Calendaring Memo. | L190 | 0.40 | 130.50 | 52.20 |
| KWF | 07/12/12 | Prepare notice of removal, notice of interested parties and notice of bankruptcy. | L210 | 1.20 | 270.00 | 324.00 |
| | | **TOTAL** | | **2.10** | | **$511.20** |

### COSTS & EXPENSES

| | | | |
|--|--|--|--|
| 07/30/12 | One Legal, Inc.; Transmittal of filing to court; Cetificate of Service, Notice of BK 07/23/12 | | 38.20 |
| | **TOTAL COSTS & EXPENSES** | **$38.20** | |

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|--|-------|--------|
| L190 | Other Case Assessment | 0.40 | $52.20 |
| L210 | Pleadings | 1.70 | $459.00 |
| | **TOTAL** | **2.10** | **$511.20** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 324119 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Sosoban, Junkey & Brenda | | | | |

| Timekeeper | | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|---|
| Rommell, Clair | CHR | | Paralegal | 0.40 | 130.50 | $52.20 |
| Franich, Kerry | KWF | | Associate | 1.20 | 270.00 | $324.00 |
| Sullivan, Mary Kate | MKS | | Member | 0.50 | 270.00 | $135.00 |
| | **Total** | | | **2.10** | | **$511.20** |

| | | |
|---|---|---|
| FEES | | $511.20 |
| COSTS & EXPENSES | | $38.20 |
| **TOTAL THIS INVOICE** | | **$549.40** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      324202      JBS                                      August 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000      GMAC ResCap
MATTER     0019      NAACP v. Ameriquest Mortgage Company, et al.
                              GMAC Matter No.: 687244

**TOTAL AMOUNT DUE**                          **$357.75**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324202    JBS                                    August 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0019    NAACP v. Ameriquest Mortgage Company, et al.
GMAC Matter No.: 687244

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| NSR | 07/09/12 | Analysis of the cross-complaint filed by Bella Vista Estates, Bella Vista Estates and Laurel Tree Homes | L210 | 0.30 | 238.50 | 71.55 |
| NSR | 07/09/12 | Analysis of the Court's various Pretrial Orders | L210 | 0.30 | 238.50 | 71.55 |
| NSR | 07/09/12 | Analysis of the original complaint | L210 | 0.40 | 238.50 | 95.40 |
| NSR | 07/09/12 | Analysis of the third roe amendment to the cross complaint by Bella Vista Estates, Laurel Tree and Lambeth Construction | L210 | 0.10 | 238.50 | 23.85 |
| NSR | 07/09/12 | Obtain and analyze recorded documents relating to the subject property | L110 | 0.40 | 238.50 | 95.40 |
| | | **TOTAL** | | **1.50** | | **$357.75** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L110 | Fact Investigation/Development | 0.40 | $95.40 |
| L210 | Pleadings | 1.10 | $262.35 |
| | **TOTAL** | **1.50** | **$357.75** |

| Timekeeper | Position | | Hours | Rate | Value |
|------------|----------|---|-------|------|-------|
| Riedman, Natilee | NSR | Associate | 1.50 | 238.50 | $357.75 |
| | **Total** | | **1.50** | | **$357.75** |

PRIOR FEES                        $94,607.10

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| | | | | |
|---|---|---|---|---|
| Invoice No.   324202 | CLIENT   GMAC ResCap | | Page | 2 |
| | MATTER   NAACP | | | |

---

PRIOR COSTS & EXPENSES                    $8,044.93

FEES                    $357.75
**TOTAL THIS INVOICE**                    **$357.75**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| | | | |
|---|---|---|---|
| Invoice No. | 324203 | JBS | August 14, 2012 |

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 0034 | Yee, Seewing and Chom Suk v. E*Trade, et al. |
| | | GMAC Matter No.: 698209 |

**TOTAL AMOUNT DUE**          **$653.85**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     324203     JBS                                    August 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter     19000 0034     Yee, Seewing and Chom Suk v. E*Trade, et al.
GMAC Matter No.: 698209

FOR PROFESSIONAL SERVICES RENDERED     01/01/1994          07/31/2012

| Atty | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| EK | 07/02/12 | Review plaintiff's designation of record, L510 and draft designation of additional reporter's transcripts on appeal | 0.90 | 274.50 | 247.05 |
| EK | 07/17/12 | Analysis of email from C. Hancock re    L510 bond on appeal and draft reply to same | 0.40 | 274.50 | 109.80 |
| EK | 07/20/12 | Analysis and evluation of email from C. L120 Hancock re whether TDUS was recorded | 0.20 | 274.50 | 54.90 |
| EK | 07/23/12 | Draft email to C. Hancock responding    L160 to questions re prior settlement discussions and recording of TDUS | 0.20 | 274.50 | 54.90 |
| EK | 07/23/12 | Draft email to C. Hancock updating on    L510 status of appeal | 0.50 | 274.50 | 137.25 |
| | | **TOTAL** | **2.20** | | **$603.90** |

### COSTS & EXPENSES

| | | |
|---|---|---|
| 07/18/12 | One Legal, Inc.; Transmittal of filing to court; Notice of Designation of Addition Reporter's Transcripts on Appeal 07/02/12 | 49.95 |

**TOTAL COSTS & EXPENSES**                              **$49.95**

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|------|------|-------|--------|
| L120 | Analysis/Strategy | 0.20 | $54.90 |
| L160 | Settlement/Non-Binding ADR | 0.20 | $54.90 |
| L510 | Appellate Motions & Submission | 1.80 | $494.10 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| | | | | | | |
|---|---|---|---|---|---|---|
| Invoice No.    324203 | CLIENT | GMAC ResCap | | | Page | 2 |
| | MATTER | Yee, Seewing & Chom Suk | | | | |

| | | TOTAL | **2.20** | **$603.90** | | |
|---|---|---|---|---|---|---|
| **Timekeeper** | | **Position** | **Hours** | **Rate** | **Value** | |
| Kemp, Erik | EK | Associate | 2.20 | 274.50 | $603.90 | |
| | **Total** | | **2.20** | | **$603.90** | |

| | |
|---|---|
| PRIOR FEES | $41,681.25 |
| PRIOR COSTS & EXPENSES | $3,298.11 |

| | |
|---|---|
| FEES | $603.90 |
| COSTS & EXPENSES | $49.95 |
| **TOTAL THIS INVOICE** | **$653.85** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324204    JBS                                    August 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1312    Kotsinsh, Kenneth James
GMAC Matter No.: 729803

**TOTAL AMOUNT DUE**          $1,805.69

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# *&*Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     324204     JBS                                    August 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter     19000 1312     Kotsinsh, Kenneth James
                          GMAC Matter No.: 729803

FOR PROFESSIONAL SERVICES RENDERED     01/01/1994          07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| MKS | 06/25/12 | move to matter 1312 - Kotsinish - Study and review new complaint for handling, evaluation and defese strategy. | L210 | 1.20 | 270.00 | 324.00 |
| CHR | 06/25/12 | 1312 Prepare Confirmation to Client re Receipt and Contact Attorney Assignment. Review Initial Correspondence and Pleadings. Review Court Docket for Additional Pleadings and Calendar Dates. Draft New Matter Form. Prepare Conflicts and Calendar Request Mem | L190 | 0.40 | 130.50 | 52.20 |
| SXT | 06/29/12 | Prepare title chronology. 19000.1312 Kotsinsh | L110 | 0.80 | 103.50 | 82.80 |
| MGC | 07/03/12 | Review complaint. | L190 | 1.00 | 238.50 | 238.50 |
| MGC | 07/04/12 | Draft summary of case for client. | L190 | 1.50 | 238.50 | 357.75 |
| CHR | 07/16/12 | Prepare Notice of Bankruptcy, Proof of Service and Notice of Stay. | L190 | 0.30 | 130.50 | 39.15 |
| MKS | 07/17/12 | Attention to need to file Notice of B/K stay and determination of correct format for same following entry of Final Supplement Order. | L210 | 0.30 | 270.00 | 81.00 |
| MGC | 07/19/12 | Draft notice of stay. | L190 | 0.70 | 238.50 | 166.95 |
| MGC | 07/20/12 | Strategize re: bankruptcy issues. | L120 | 0.40 | 238.50 | 95.40 |
| MGC | 07/20/12 | Revise notice of bankruptcy stay. | L190 | 1.00 | 238.50 | 238.50 |
| MGC | 07/20/12 | Telephone call with plaintiff's counsel. | L190 | 0.30 | 238.50 | 71.55 |
| | | **TOTAL** | | **7.90** | | **$1,747.80** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | | | |
|---|---|---|---|
| Invoice No.   324204 | CLIENT   GMAC ResCap | Page | 2 |
| | MATTER   Kotsinsh, Kenneth James | | |

### COSTS & EXPENSES

| | | |
|---|---|---|
| 07/06/12 | Cardmember Service/Bank One (Acct #7755); Data Search; 3534 Mount Davidson Ct Santa Clara, CA 06/29/12 | 57.89 |
| | **TOTAL COSTS & EXPENSES** | **$57.89** |

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 0.80 | $82.80 |
| L120 | Analysis/Strategy | 0.40 | $95.40 |
| L190 | Other Case Assessment | 5.20 | $1,164.60 |
| L210 | Pleadings | 1.50 | $405.00 |
| | **TOTAL** | **7.90** | **$1,747.80** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Rommell, Clair | CHR | Paralegal | 0.70 | 130.50 | $91.35 |
| Cross, Michael | MGC | Associate | 4.90 | 238.50 | $1,168.65 |
| Sullivan, Mary Kate | MKS | Member | 1.50 | 270.00 | $405.00 |
| Tilton, Seana | SXT | Paralegal | 0.80 | 103.50 | $82.80 |
| | **Total** | | **7.90** | | **$1,747.80** |

| | | |
|---|---|---|
| | FEES | $1,747.80 |
| | COSTS & EXPENSES | $57.89 |
| | **TOTAL THIS INVOICE** | **$1,805.69** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324120    JBS                                        August 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     19000    GMAC ResCap
MATTER     1217     Knutson, Diana
                    GMAC Matter No.: 725497

**TOTAL AMOUNT DUE**          $476.40

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324120    JBS                                    August 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1217    Knutson, Diana
                         GMAC Matter No.: 725497

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MKS | 07/03/12 | Strategy re: filig a noticed motion for a dismissal for failure to amend or filing of an ex parte application for same releif. | L240 | 0.30 | 270.00 | 81.00 |
| CJM | 07/03/12 | Analyze local rules for ex parte applications re motion to dismiss for failure to amend, confer with M. Sullivan re same. | L240 | 0.50 | 238.50 | 119.25 |
| MKS | 07/08/12 | Update to client re: new developments, new deadlines and hearing dates and status. | L120 | 0.20 | 270.00 | 54.00 |
| CJM | 07/13/12 | Analyze request for dismissal, draft closing email to client re same. | L190 | 0.50 | 238.50 | 119.25 |
| | | **TOTAL** | | **1.50** | | **$373.50** |

## COSTS & EXPENSES

| | | | |
|---|---|---|---|
| | 07/24/12 | One Legal, Inc.; Court Services; Retrieval Document at Supperior Court of California, Nevada County 07/12/12 | 102.90 |

**TOTAL COSTS & EXPENSES**                        **$102.90**

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.20 | $54.00 |
| L190 | Other Case Assessment | 0.50 | $119.25 |
| L240 | Dispositive Motions | 0.80 | $200.25 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.    324120 | CLIENT | GMAC ResCap | | | Page | 2 |
| | MATTER | Knutson, Diana | | | | |

|  | **TOTAL** | | **1.50** | **$373.50** | | |
|---|---|---|---|---|---|---|
| **Timekeeper** | | **Position** | **Hours** | **Rate** | **Value** | |
| McTigue, Casey | CJM | Associate | 1.00 | 238.50 | $238.50 | |
| Sullivan, Mary Kate | MKS | Member | 0.50 | 270.00 | $135.00 | |
|  | **Total** | | **1.50** | | **$373.50** | |

| PRIOR FEES | $3,569.85 |
|---|---|
| PRIOR COSTS & EXPENSES | $3,749.99 |

| FEES | $373.50 |
|---|---|
| COSTS & EXPENSES | $102.90 |
| **TOTAL THIS INVOICE** | **$476.40** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

One Legal LLC
504 Redwood Blvd., Suite 223
Novato, CA  94947
(800) 938-8815

26-0259046

SEVERSON & WERSON
ATTN:
1 Embarcadero Ctr
Suite 2600
San Francisco, CA  94111

| INVOICE No. | |
|---|---|
| 5990694 | |
| Date: | 7/12/12 |
| Cust. No.: | 0000562 |

| Cust. No.: | 0000562 |
|---|---|
| Invoice No.: | 5990694 |
| Inv. Date: | 7/12/12 |
| Due Date: | 7/27/12 |
| Total: | $102.90 |
| Terms: | Net 15 |

| Law Firm Contact: | Valerie Vitullo |
|---|---|
| Client File No.: | 19000.1217 |
| Case Short Title: | Research |

*Ok to pay* (w)

| Documents: | Retrieval |
|---|---|
| One Legal Branch: | Sacramento |
| Court: | Superior Court of California, Nevada County |
| Description: | |

| DOCUMENT RETRIEVAL FEE | $32.95 |
|---|---|
| COURT RESEARCH AREA SURCHARGE | $69.95 |

| Due Date | 7/27/12 | Total This Invoice | $102.90 |
|---|---|---|---|



# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      324121      JBS                                             August 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006


CLIENT      19000      GMAC ResCap
MATTER      1221       Robertson, Thomas
                       GMAC Matter No.: 725973


**TOTAL AMOUNT DUE**            **$1,042.80**


## *** *REMITTANCE COPY* ***
*Please include this page with payment.*


Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324121    JBS                                             August 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1221    Robertson, Thomas
GMAC Matter No.: 725973

FOR PROFESSIONAL SERVICES RENDERED        01/01/1994        07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ABK | 07/02/12 | Plan and prepare for Status Conference. | L230 | 0.20 | 247.50 | 49.50 |
| ABK | 07/02/12 | Attend Status Conference via Courtcall. | L230 | 0.30 | 247.50 | 74.25 |
| ABK | 07/02/12 | Communicate with client re: case status following Initial Status Conference. | L120 | 0.10 | 247.50 | 24.75 |
| MKS | 07/08/12 | Update to client re: new developments, new deadlines and hearing dates and status. | L120 | 0.20 | 270.00 | 54.00 |
| ABK | 07/13/12 | Plan and prepare for hearing on Motion to Dismiss. | L240 | 0.30 | 247.50 | 74.25 |
| MXS | 07/13/12 | Prepare to cover hearing on motion to dismiss for A. Kenney.  (.1) (Strategized re tentative ruling and hearing. (.2) | L250 | 0.30 | 216.00 | 64.80 |
| ABK | 07/20/12 | Plan and prepare for hearing on Motion to Dismiss, including analysis and evaluation of Tentative Ruling re: same. | L250 | 0.20 | 247.50 | 49.50 |
| MXS | 07/23/12 | Prepared for hearing and strategized re tentative ruling. | L250 | 0.50 | 216.00 | 108.00 |
| ABK | 07/25/12 | Communicate by phone with J. Holtgren at ResCap re: case status following motion to dismiss. | L240 | 0.10 | 247.50 | 24.75 |
| | | **TOTAL** | | **2.20** | | **$523.80** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 07/02/12 | CourtCall, LLC; CourtCall - Conference Service;  07/02/12 | 78.00 |
| 07/02/12 | CourtCall, LLC; CourtCall - Conference | 78.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | | | |
|---|---|---|---|
| Invoice No.    324121 | CLIENT    GMAC ResCap | Page    2 | |
| | MATTER    Robertson, Thomas | | |

Service; 07/23/12

| | | |
|---|---|---|
| 07/06/12 | First Legal Network, LLC; Transmittal of filing to court; Shasta County Court 6/4/12 | 167.75 |
| 07/20/12 | First Legal Network, LLC; Transmittal of filing to court; Shasta Co Supeior Ct- Redding 6/20/12; Advance ck. $40.00 | 195.25 |
| | **TOTAL COSTS & EXPENSES** | **$519.00** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.30 | $78.75 |
| L230 | Court Mandated Conferences | 0.50 | $123.75 |
| L240 | Dispositive Motions | 0.40 | $99.00 |
| L250 | Other Written Motions | 1.00 | $222.30 |
| | **TOTAL** | **2.20** | **$523.80** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Kenney, Austin | ABK | Associate | 1.20 | 247.50 | $297.00 |
| Sullivan, Mary Kate | MKS | Member | 0.20 | 270.00 | $54.00 |
| Schindler, Maria | MXS | Associate | 0.80 | 216.00 | $172.80 |
| | **Total** | | **2.20** | | **$523.80** |

| | |
|---|---|
| PRIOR FEES | $4,966.20 |
| PRIOR COSTS & EXPENSES | $1,449.39 |

| | |
|---|---|
| FEES | $523.80 |
| COSTS & EXPENSES | $519.00 |
| **TOTAL THIS INVOICE** | **$1,042.80** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# INVOICE

...gal Network LLC
PO Box 749806 Los Angeles, CA 90074-9806

TAX ID# 27-3093840

| Invoice No. | Customer No. |
|---|---|
| 266949 | 82035 |
| Invoice Date | Total Due |
| 6/30/12 | 24,713.66 |

SEVERSON & WERSON
1 EMBARCADERO CENTER
SUITE 2600
SAN FRANCISCO, CA 94111

BILLING QUESTIONS CALL:
BILLING DEPT (213) 213-2631
PAYMENT QUESTIONS CALL:
PAYMENT DEPT (213) 213-2640

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 82035 | 266949 | 6/30/12 | 24,713.66 | 14 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 6/20/12 FILING-FAX/PDF | 6807176 | FAX | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO   CA 94111 Caller: Chilly Kada Case No.: 34-2011-00116294 FILE/CONFORM/RETURN Signed: FILED | SCSC-SACRAMENTO 720 9TH STREET SACRAMENTO      CA 95814 Case Title: VIELMA VS. GMAC Ref: 19000.1164 | Base Chg  :    29.75 | 29.75 |
| 6/20/12 FILING-FAX/PDF | 6807192 | FAX | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO   CA 94111 Caller: MARILYN HECHMER Case No.: 112CV 218677 Signed: FILED | SCSC-SAN JOSE 191 NORTH 1ST STREET SAN JOSE         CA 95113 Case Title: HANNA V  WELLS FARGO FILE/CONFORM/RETURN Ref: 55000.0025 | Base Chg  :    29.75 | 29.75 |
| 6/20/12 PROCESS-SAME DAY | 6807221 | APS | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO   CA 94111 Caller: EMILY RHEA Case No.: CGC-12-518298 Signed: PERSONAL | JILL ANN BERGMAN 5128 MILES AVENUE OAKLAND         CA 94618 Comment: 6 ATTEMPTS Case Title: HAMROL VS. BERGMAN Ref: 12284.0001 | Base Chg  :   134.50 PDF/OvrNte:     9.00 Atmpt/StkO:   134.50 | 278.00 |
| 6/20/12 PROCESS-SAME DAY | 6807222 | APS | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO   CA 94111 Caller: EMILY RHEA Case No.: CGC-12-518298 Signed: JILL ANN BERGMAN, OCC. | MARK JAMES SEIBERLICH 5128 MILES AVENUE OAKLAND         CA 94618 Comment: RELATED PROCESS Case Title: HAMROL VS. BERGMAN Ref: 12284.0001 | Base Chg  :    35.00 PDF/OvrNte:     9.00 | 44.00 |
| 6/20/12 FILING-FORWARD FAX/PDF | 6807231 | FFX | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO   CA 94111 Caller: Theresa V. Henry Case No.: 174240 FILE/CONFORM/RETURN Signed: FILED/CC | SHASTA CO SUPERIOR CT-REDDING 1500 COURT STREET REDDING         CA 96001-1686 Case Title: ROBERTSON V MORT ELE COURTESY COPY TO JDG Ref: 19000.1221 | Base Chg  :   120.75 PDF/OvrNte:    34.50 Adv/Wit Ck:    40.00 | 195.25 |
| 6/20/12 FILING-BRANCH FAX/PDF | 6807290 | BFX | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO   CA 94111 Caller: MARILYN HECHMER  Wait: 15 Min Case No.: CIV 509021 FILE/CONFORM/RETURN Signed: FILED/CC TO LM | SMSC-REDWOOD CITY 400 COUNTY CENTER DR REDWOOD CITY    CA 94063 Case Title: CHUKWUDEBE V WACHOVI COURTESY COPY TO JDG Ref: 55000.0018 | Base Chg  :    92.50 PDF/OvrNte:    21.75 Adv/Wit Ck:    40.00 | 154.25 |
| | | | | | | Continued |

## INVOICE PAYMENT DUE UPON RECEIPT

# INVOICE

...er Network LLC
O Box 749806 Los Angeles, CA 90074—9806

TAX ID# 27-3093840

| Invoice No. | Customer No. |
|---|---|
| 266261 | 82035 |
| Invoice Date | Total Due |
| 6/15/12 | 36,858.22 |

SEVERSON & WERSON
1 EMBARCADERO CENTER
SUITE 2600
SAN FRANCISCO, CA 94111

BILLING QUESTIONS CALL:
BILLING DEPT (213) 213-2631
PAYMENT QUESTIONS CALL:
PAYMENT DEPT (213) 213-2640

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 82035 | 266261 | 6/15/12 | 36,858.22 | 9 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 6/04/12 FILING-FORWARD FAX/PDF | 6801691 | FFX | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO   CA 94111 Caller: Joel Spann Case No.: 174240 Please file the atta Signed: FILED | Shasta County Court 1500 Court St REDDING       CA 96001 Case Title: Robertson v. MERS, e ched document in the Ref: 19000.1221 | Base Chg : 155.75 PDF/OvrNte: 12.00 | 167.75 |
| 6/04/12 FILING-FORWARD FAX/PDF | 6801694 | FFX | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO   CA 94111 Caller: Imelda Hernandez Case No.: CV173313 Please file the atta Signed: FILED | Santa Cruz County Court 701 Ocean St SANTA CRUZ    CA 95060 Case Title: County of Santa Cruz ched with the Court Ref: 70000.0651 | Base Chg : 57.50 | 57.50 |
| 6/04/12 FILING-BRANCH FAX/PDF | 6801705 | BFX | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO   CA 94111 Caller: Joel Spann Case No.: 37-2012-00279551-CU- Please file the atta Signed: filed | San Joaquin County Court 222 E Weber Ave STOCKTON      CA 95202 Case Title: Munguia v. Aurora Ba ched document in the Ref: 19000.1283 | Base Chg : 83.25 PDF/OvrNte: 12.00 | 95.25 |
| 6/04/12 FILING-FAX/PDF | 6801706 | FAX | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO   CA 94111 Caller: Deborah L.    Wait: 15 Min Case No.: CGC-11-516813 Please advance fees. Signed: filed | San Francisco County Court 400 McAllister St SAN FRANCISCO  CA 94102 Case Title: Randolph v. US Bank Please file Opposit Ref: 11989.0016 | Base Chg : 29.75 | 29.75 |
| 6/04/12 FILING-BRANCH FAX/PDF | 6801707 | BFX | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO   CA 94111 Caller: Mary Azerbergi   Wait: 10 Min Case No.: RG11575664 FILE/CONFORM/RETURN Signed: FILED CC | ACSC-OAKLAND 1225 FALLON STREET OAKLAND       CA 94612 Case Title: THOMAS V BOFA CC TO DEPT 16 Ref: 700000132 | Base Chg : 92.50 | 92.50 |
| 6/05/12 RESEARCH-SAME DAY | 6801859 | SRS | Contra Costa County Trial Depts. 725 Court St MARTINEZ      CA 94553 Caller: Clair Romell Case No.: CIVMSC11-02883 Please obtain a copy Signed: OBTAINED | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO  CA 94111 Case Title: Meier v. Deutsche Ba of the Complaint fi Ref: 55000.0316 | Base Chg : 153.50 Adv/Wit Ck: 20.00 | 173.50 |
| | | | | | | Continued |

# INVOICE PAYMENT DUE UPON RECEIPT

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324122    JBS                                      August 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT        19000    GMAC ResCap
MATTER        1262    Somera, Jonathan (4)
                      GMAC Matter No.: 728109

**TOTAL AMOUNT DUE**                $253.60

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324122    JBS                                      August 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1262    Somera, Jonathan (4)
GMAC Matter No.: 728109

FOR PROFESSIONAL SERVICES RENDERED        01/01/1994        07/31/2012

| Atty | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| MKS | 07/08/12 | Update to client re: new developments, L120 new deadlines and hearing dates and status. | 0.20 | 270.00 | 54.00 |
| | | **TOTAL** | **0.20** | | **$54.00** |

## COSTS & EXPENSES

| | | | |
|---|---|---|---|
| 07/06/12 | First Legal Network, LLC; Court Services; CCSC- Martinez 6/13/12; Advance ck. $26.00 | | 199.60 |
| **TOTAL COSTS & EXPENSES** | | **$199.60** | |

## BILLING SUMMARY

| Task Code and Description | Hours | Amount |
|--------------------------|-------|--------|
| L120    Analysis/Strategy | 0.20 | $54.00 |
| **TOTAL** | **0.20** | **$54.00** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Sullivan, Mary Kate | MKS | Member | 0.20 | 270.00 | $54.00 |
| **Total** | | | **0.20** | | **$54.00** |

| | |
|---|---|
| PRIOR FEES | $3,442.05 |
| PRIOR COSTS & EXPENSES | $1,864.84 |

| | |
|---|---|
| FEES | $54.00 |
| COSTS & EXPENSES | $199.60 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| | | | | |
|---|---|---|---|---|
| Invoice No.    324122 | CLIENT | GMAC ResCap | Page | 2 |
| | MATTER | Somera, Jonathan (4) . | | |

**TOTAL THIS INVOICE**                     $253.60

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# INVOICE

| Invoice No. | Customer No. |
|---|---|
| 266261 | 82035 |
| Invoice Date | Total Due |
| 6/15/12 | 36,858.22 |

TAX ID# 27-3093840

~~Los Angeles, CA 90074-9806~~

SEVERSON & WERSON
1 EMBARCADERO CENTER
SUITE 2600
SAN FRANCISCO, CA 94111

BILLING QUESTIONS CALL:
BILLING DEPT (213)213-2631
PAYMENT QUESTIONS CALL:
PAYMENT DEPT (213)213-2640

| | Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|---|
| | 82035 | 266261 | 6/15/12 | 36,858.22 | 30 |

| Date | Ordr No. | Svc | Service Detail | | Charges | | Total |
|---|---|---|---|---|---|---|---|
| 6/12/12<br>FILING-REGULAR VEHICLE | 6804686 | REF | SEVERSON & WERSON<br>1 EMBARCADERO CENTER<br>SAN FRANCISCO    CA 94111<br>Caller: Chilly Kada<br>Case No.: RG10551572<br>FILE/CONFORM/RETURN<br>Signed: FILED | ACMC-HAYWARD<br>24405 AMADOR STREET<br>HAYWARD    CA 94544<br><br>Case Title: GANESAN V GMAC<br><br>Ref: 1900.0717 | Base Chg : | 107.75 | 107.75 |
| 6/13/12<br>RESEARCH-SAME DAY | 6804678 | SRS | CCSC-MARTINEZ<br>725 COURT STREET<br>MARTINEZ    CA 94553<br>Caller: ANGELA L. EURE<br>Case No.: CIVMSC12-00847<br>OBTAIN A *CERTIFIED*<br>Signed: OBTAINED | SEVERSON & WERSON<br>1 EMBARCADERO CENTER<br>SAN FRANCISCO    CA 94111<br><br>Case Title: SOMERA V. MORTGAGE E<br>COPY OF THE<br>Ref: 19000.1262 SOMERA(4) | Base Chg :<br>Research :<br>Adv/Wit Ck: | 153.50<br>20.10<br>26.00 | 199.60 |
| 6/13/12<br>FILING-FORWARD FAX/PDF | 6804705 | FFX | SEVERSON & WERSON<br>1801 N. California Bl.<br>WALNUT CREEK    CA 94596<br>Caller: Caroline Pfahl<br>deliver letter to ju<br>Signed: DELIVERED TO CHAMBERS | Merced County Court<br>2260 "N" Street<br>MERCED    CA 95340<br><br>dge<br>Ref: 03632.1016 | Base Chg : | 48.25 | 48.25 |
| 6/13/12<br>FILING-FORWARD FAX/PDF | 6804732 | FFX | SEVERSON & WERSON<br>1 EMBARCADERO CENTER<br>SAN FRANCISCO    CA 94111<br>Caller: Deborah L.<br>Case No.: GNM116652<br>Please advance fees.<br>Signed: FILED | Monterey County Court<br>1200 Aguajito Rd.<br>MONTEREY    CA 93940<br><br>Case Title: Contreras Campos v.<br>Please file Green<br>Ref: 11293.0144 | Base Chg :<br>PDF/OvrNte:<br>Adv/Wit Ck: | 48.25<br>.75<br>395.00 | 444.00 |
| 6/13/12<br>FILING-FORWARD FAX/PDF | 6804739 | FFX | SEVERSON & WERSON<br>1 EMBARCADERO CENTER<br>SAN FRANCISCO    CA 94111<br>Caller: Isabel Kunst<br>Case No.: CVI73294<br>FILE/CONFORM/RETURN<br>Signed: FILED | SANTA CRUZ CO SUP CT-SANTA CRUZ<br>701 OCEAN STREET<br>SANTA CRUZ    CA 95060-4086<br><br>Case Title: LINTOTT V WELLS FARG<br><br>Ref: 55000.0197 | Base Chg : | 57.50 | 57.50 |
| 6/13/12<br>FILING-FORWARD FAX/PDF | 6804750 | FFX | SEVERSON & WERSON<br>1 EMBARCADERO CENTER<br>SAN FRANCISCO    CA 94111<br>Caller: VERONICA APPLEBE<br>Case No.: CVI73346<br>FILE/CONFORM/RETURN<br>Signed: FILED | SANTA CRUZ CO SUP CT-SANTA CRUZ<br>701 OCEAN STREET<br>SANTA CRUZ    CA 95060-4086<br><br>Case Title: CASTILLO V US BANK<br><br>Ref: CVI73346 | Base Chg :<br>PDF/OvrNte: | 57.50<br>3.00 | 60.50 |

55000 0227

Continued

# INVOICE PAYMENT DUE UPON RECEIPT

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      324123      JBS                                      August 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000      GMAC ResCap
MATTER      1266       Pacheco, Phal (4)
                       GMAC Matter No.: 716327

**TOTAL AMOUNT DUE**            $240.00

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | | |
|---|---|---|
| Invoice No.   324123   JBS | | August 15, 2012 |

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter   19000 1266   Pacheco, Phal (4)
GMAC Matter No.: 716327

FOR PROFESSIONAL SERVICES RENDERED   01/01/1994   07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MKS | 07/08/12 | Update to client re: new developments, new deadlines and hearing dates and status. | L120 | 0.20 | 270.00 | 54.00 |
| | | **TOTAL** | | **0.20** | | **$54.00** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 07/03/12 | CourtCall, LLC; CourtCall - Conference Service; 06/29/12 | 108.00 |
| 07/16/12 | CourtCall, LLC; CourtCall - Conference Service; 08/10/12 | 78.00 |
| | **TOTAL COSTS & EXPENSES** | **$186.00** |

## BILLING SUMMARY

| Task Code and Description | Hours | Amount | | |
|--------------------------|-------|--------|---|---|
| L120   Analysis/Strategy | 0.20 | $54.00 | | |
| **TOTAL** | **0.20** | **$54.00** | | |

| Timekeeper | Position | Hours | Rate | Value |
|------------|----------|-------|------|-------|
| Sullivan, Mary Kate   MKS | Member | 0.20 | 270.00 | $54.00 |
| **Total** | | **0.20** | | **$54.00** |

| | | | |
|---|---|---|---|
| PRIOR FEES | $270.00 | | |
| | | FEES | $54.00 |
| | | COSTS & EXPENSES | $186.00 |
| | | **TOTAL THIS INVOICE** | **$240.00** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Debit Account Number CCDA-01-378

for 06/16/2012 through

| CCID# | JURISDICTION | DEPT | JUDGE | CASENAME/NUMBER | FEE | LATE FEE | TOTAL | BALANCE |
|---|---|---|---|---|---|---|---|---|
| 5024250 | Los Angeles Superior Court-Central(A-L) | 34 | Judge Amy D. Hogue | Flores vs. Peak Finance Co., et al/BC458091 | $78.00 | $30.00 | $108.00 | ($15,007.30) |
| 5007698 | U.S. Bankruptcy Court-N.D. California (Oakland) | 215 | Honorable M. Elaine Hammond | Virk/12-44097 | $30.00 | $0.00 | $30.00 | ($14,977.30) |
| **Reference # 15314/0326** | | | | | | | | |
| 5024688 | Los Angeles Superior Court-Pomona | H | Judge Bruce R. Minto | Sau King Chan & Phong Ackerman vs. Wells Fargo Bank, et al/KC062392 | $78.00 | $0.00 | $78.00 | ($14,899.30) |
| **Reference # 55000.0040** | | | | | | | | |
| 5024892 | San Joaquin County Superior Court | 33 | Judge Linda Lofthus(8:30) | Phal Pacheco v. Deutsche Bank, et al./39-2011-0027399D | $78.00 | $30.00 | $108.00 | ($14,791.30) |
| 5025040 | Santa Clara County Superior Court | 8 | Judge Peter Kirwan | Sparizione Management vs V F C Partners/112CV223690 | $78.00 | $0.00 | $78.00 | ($14,713.30) |
| **Reference # 15314.0196** | | | | | | | | |
| 5025075 | Sonoma County Superior Court | 19 | Judge Arthur A. Wick | McVay vs. BAC Home Loans, et al/249789 | $78.00 | $0.00 | $78.00 | ($14,635.30) |
| **Reference # 70000-0249** | | | | | | | | |
| 5025650 | Contra Costa County Superior Court | 31 | Judge Laurel S. Brady | Debra Staudhammer vs. US Bank/C1200424 | $78.00 | $0.00 | $78.00 | ($14,557.30) |
| **Reference # 70000.0640** | | | | | | | | |
| 5026177 | San Mateo County Superior Court | L&M | Judge Raymond Swope (L&M) | Kalotkin vs. America's Wholesale Lender, et al/507649 | $78.00 | $0.00 | $78.00 | ($14,479.30) |
| **Reference # 70000.0376** | | | | | | | | |

Page 18

From Auto Debit Send on 06/30/12 at 11:15 PM



## ⚠ File Errors : 324123.TXT

View: [Only unique errors ▼]                              << Return to Upload Invoices

| **Errors have occurred during the invoice upload process. Please check your LEDES file and try again.** |
|---|

| Type | Invoice | Description |
|------|---------|-------------|
| ⓘ | 324123 | CLIENT_MATTER_ID "716327" is invalid. ID must be client authorized. |

Error 1 - 1 of 1                                    Errors per page [200 ▼]

Contact Us  -  Technical Support  - License Agreement
Copyright © 2007-2012  Mitratech Holdings, Inc. All Rights Reserved

# Severson
# & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324124    JBS                                    August 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1278    Lin. Calvin
GMAC Matter No.: 728846

**TOTAL AMOUNT DUE**          $373.25

# *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324124    JBS                                    August 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1278    Lin. Calvin
                GMAC Matter No.: 728846

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| YS | 07/06/12 | Receipt, review and analysis of the Court's amended minute order stating Noel McNally's bench warrant was recalled and quashed | L120 | 0.10 | 238.50 | 23.85 |
| YS | 07/06/12 | Draft correspondence to client regarding proceeding to sale in light of the ongoing small claims matter | L190 | 0.20 | 238.50 | 47.70 |
| YS | 07/31/12 | Draft case status update for client report | L190 | 0.10 | 238.50 | 23.85 |
| | | **TOTAL** | | **0.40** | | **$95.40** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 07/06/12 | First Legal Network, LLC; Transmittal of filing to court; LA County Court- Pomona Limited 6/13/12 | 120.75 |
| 07/20/12 | First Legal Network, LLC; Court Services; LA County Court- Pomona Limited 6/20/12 | 157.10 |

**TOTAL COSTS & EXPENSES**                    **$277.85**

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | |
|--------------------------|---|-------|--------|---|---|
| L120 | Analysis/Strategy | 0.10 | $23.85 | | |
| L190 | Other Case Assessment | 0.30 | $71.55 | | |
| | **TOTAL** | **0.40** | **$95.40** | | |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Shaham, Yaron | YS | Special Counsel | 0.40 | 238.50 | $95.40 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. 324124 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|
| | MATTER | Lin. Calvin | | |

| | | | |
|---|---|---:|---:|
| **Total** | | **0.40** | **$95.40** |

PRIOR FEES $2,664.45

| | |
|---|---:|
| FEES | $95.40 |
| COSTS & EXPENSES | $277.85 |
| **TOTAL THIS INVOICE** | $373.25 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# INVOICE

| Invoice No. | Customer No. |
|---|---|
| 365778 | 23103 |
| **Invoice Date** | **Total Due** |
| 6/15/12 | 16,117.14 |

...work LLC
...box 749806 Los Angeles, CA 90074-9806

TAX ID# 27-3093840

SEVERSON & WERSON
CARRIE TINKER (OFFICE MNGR)
19100 VON KARMAN, SUITE 700
IRVINE, CA 92612

BILLING QUESTIONS CALL:
BILLING DEPT(213)213-2631
PAYMENT QUESTIONS CALL:
PAYMENT DEPT(213)213-2640

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 23103 | 365778 | 6/15/12 | 16,117.14 | 15 |

| Date | Ordr No. | Svc | Service Detail | | Charges | | Total |
|---|---|---|---|---|---|---|---|
| 6/13/12 | 9477995 | BFX | SEVERSON & WERSON 19100 VON KARMAN IRVINE        CA 92605 Caller: Debra Edwards Case No.: 11S00729 Please file and call Signed: received | LA County Court-Pomona Limited 350 West Mission Blvd POMONA        CA 91766 Case Title: Lin v. Executive Tru me if any problems Ref: 19000.1278 | Base Chg  : | 120.75 | 120.75 |
| FILING-BRANCH FAX/PDF | | | | | | | |
| 6/13/12 | 9478035 | FAX | SEVERSON & WERSON 19100 VON KARMAN IRVINE        CA 92605 Caller: Liz C. Roberts Case No.: 37 2011 00097478 Please file the atta Signed: LODGED/PDF | SDSC-SAN DIEGO 330 WEST BROADWAY SAN DIEGO    CA 92101 Case Title: Nemour (37-2011-0009 ched doc (1) with th Ref: 19000.1051 | Base Chg  : | 29.75 | 29.75 |
| FILING-FAX/PDF | | | | | | | |
| 6/14/12 | 9478310 | BSP | SEVERSON & WERSON 19100 VON KARMAN IRVINE        CA 92605 Caller: Liz C. Roberts Case No.: 70001.0034 (Part 1 of 4)This is Signed: v. patel | L/O of Robert S. Shtofman 18034 Ventura Blvd ENCINO        CA 91316 Case Title: Shtofman (BC462283) a heads up for Frid Ref: FOR FRIDAY 06-15-12 | Base Chg  : PDF Chg   : | 166.00 133.50 | 299.50 |
| PROCESS-BRANCH IMMEDIATE | | | | | | | |
| 6/14/12 | 9478315 | FAX | SEVERSON & WERSON 19100 VON KARMAN IRVINE        CA 92605 Caller: DIANA J LOPEZ    Wait: 20 Min Case No.: 37 2012 00091959 FILE/CONFORM/RETURN Signed: FILED | SDSC-SAN DIEGO 330 WEST BROADWAY SAN DIEGO    CA 92101 Case Title: ARBIB V BANK OF AMER NEEDS EMAIL CONFIRMA Ref: 70000.0642 | Base Chg  : PDF Chg   : Adv/Wit Ck: | 29.75 42.00 395.00 | 466.75 |
| FILING-FAX/PDF | | | | | | | |
| 6/14/12 | 9478322 | BSP | SEVERSON & WERSON 19100 VON KARMAN IRVINE        CA 92605 Caller: Liz C. Roberts Case No.: 70001.0034 (Part 2 of 4)This is Signed: "JANE DOE", RECPT | L/O of Richard M. Chaskin 3435 Wilshire Blvd LOS ANGELES    CA 90010 Case Title: Shtofman (BC462283) a heads up for Frid Ref: FOR FRIDAY 06-15-12 | Base Chg  : PDF Chg   : | 122.75 133.50 | 256.25 |
| PROCESS-BRANCH IMMEDIATE | | | | | | | |
| 6/14/12 | 9478327 | BSP | SEVERSON & WERSON 19100 VON KARMAN IRVINE        CA 92605 Caller: Liz C. Roberts Case No.: 70001.0034 (Part 3 of 4)This i Signed: JAY JOHNSON, ATA | Lewis Brisbois Bisgaard & Smith 221 N. Figueroa St LOS ANGELES    CA 90012 Case Title: Shtofman (BC462283) s a heads up for Fri Ref: FOR FRIDAY 06-15-12 | Base Chg  : PDF Chg   : | 117.75 133.50 | 251.25 |
| PROCESS-BRANCH IMMEDIATE | | | | | | | |
| | | | | | | | Continued |

## INVOICE PAYMENT DUE UPON RECEIPT

# INVOICE

_____ Legal Network LLC
PO Box 749806 Los Angeles, CA 90074–9806

TAX ID# 27-3093840

| Invoice No. | Customer No. |
|---|---|
| 366223 | 23103 |
| Invoice Date | Total Due |
| 6/30/12 | 9,731.31 |

SEVERSON & WERSON
CARRIE TINKER (OFFICE MNGR)
19100 VON KARMAN, SUITE 700
IRVINE, CA 92612

BILLING QUESTIONS CALL:
BILLING DEPT (213) 213-2631
PAYMENT QUESTIONS CALL:
PAYMENT DEPT (213) 213-2640

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 23103 | 366223 | 6/30/12 | 9,731.31 | 3 |

| Date | Ord. No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 6/19/12 | 9480016 | BAR | LASC-POMONA<br>400 CIVIC CENTER PLAZA<br>POMONA          CA 91766<br>Caller: Debra Edwards<br>Case No.: kc062978<br>OBTAIN A COPY OF THE<br>Signed: OBTAINED | SEVERSON & WERSON<br>19100 VON KARMAN<br>IRVINE          CA 92605<br><br>Case Title: N/A<br>ORDER OF DISMISSAL<br>Ref: 70000.0008 | Base Chg :   137.00<br>Adv/Wit Ck:     1.00 | 138.00 |
| RESEARCH-BRANCH SAME DAY | | | | 70000.0087 | | |
| 6/19/12 | 9480116 | BNR | SDSC-SAN DIEGO<br>330 WEST BROADWAY<br>SAN DIEGO      CA 92101<br>Caller: Jeff Weddle<br>Case No.: NA<br>Per the attached SDS<br>Signed: COPIED/PDF | SEVERSON & WERSON<br>19100 VON KARMAN<br>IRVINE          CA 92605<br><br>C Court Docket, date<br>Ref: 08999.0106 | Base Chg :   34.75<br>Adv/Wit Ck:    1.00 | 35.75 |
| RESEARCH-BRANCH NEXT DAY | | | | | | |
| 6/19/12 | 9480200 | BFX<br>RET | SEVERSON & WERSON<br>19100 VON KARMAN<br>IRVINE          CA 92605<br>Caller: Rosa      Wait: 20 Min<br>Case No.: KC063138<br>FILE/CONFORM/RETURN<br>Signed: ror filed/c | LASC-POMONA<br>400 CIVIC CENTER PLAZA<br>POMONA          CA 91766<br><br>Case Title: JUAN CASTILLO V GREE<br>ALSO DELIVER CC TO<br>Ref: 70000.0629 | Base Chg :   120.75 | 120.75 |
| FILING-BRANCH FAX/PDF | | | | | | |
| 6/19/12 | 9480211 | BNR | LASC-COMPTON<br>200 WEST COMPTON BOULEVARD<br>COMPTON        CA 90220<br>Caller: Terri Keller<br>Case No.: TC 026076<br>Signed: completed/pdf | SEVERSON & WERSON<br>19100 VON KARMAN<br>IRVINE          CA 92605<br><br>Case Title: MARIA GRAY V B.O.A.<br>Ref: 70000.0544 | Base Chg :   61.75<br>Research :   30.15<br>Adv/Wit Ck:    1.00 | 92.90 |
| RESEARCH-BRANCH NEXT DAY | | | | | | |
| 6/19/12 | 9480213 | BNR | LASC-LONG BEACH<br>415 WEST OCEAN BOULEVARD<br>LONG BEACH      CA 90802<br>Caller: Terri Keller<br>Case No.: NC 044363<br>Signed: COMPLETED/PDF | SEVERSON & WERSON<br>19100 VON KARMAN<br>IRVINE          CA 92605<br><br>Case Title: LUIS GOMEZ V B.O.A<br>Ref: 70000.0625 | Base Chg :   61.75<br>Research :   23.45 | 85.20 |
| RESEARCH-BRANCH NEXT DAY | | | | | | |
| 6/20/12 | 9480412 | BAR | LA County Court-Pomona Limited<br>350 West Mission Blvd<br>POMONA        CA 91766<br>Caller: Debra Edwards<br>Case No.: 11S00729<br>OBTAIN A MINUTE ORDE R<br>Signed: COPIED | SEVERSON & WERSON<br>19100 VON KARMAN<br>IRVINE          CA 92605<br><br>Case Title: Lin v. Executive Tru R<br>Ref: 19000.1278 | Base Chg :   137.00<br>Research :   20.10 | 157.10 |
| RESEARCH-BRANCH SAME DAY | | | | | | Continued |

## INVOICE PAYMENT DUE UPON RECEIPT

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      324125      JBS                                          August 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000      GMAC ResCap
MATTER      1283      Munguia, Jorge and Michele
                                GMAC Matter No.: 728959

**TOTAL AMOUNT DUE**          **$1,257.28**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     324125     JBS                                    August 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter     19000  1283     Munguia, Jorge and Michele
                           GMAC Matter No.: 728959

FOR PROFESSIONAL SERVICES RENDERED     01/01/1994          07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MCK | 07/05/12 | Review of notice of non-receipt of opposition and online register of actions re: case activity | L120 | 0.20 | 234.00 | 46.80 |
| MCK | 07/07/12 | Review of online register of actions re: case activity. | L120 | 0.10 | 234.00 | 23.40 |
| MCK | 07/09/12 | Review of tentative ruling and online register of actions re: case activity. | L120 | 0.20 | 234.00 | 46.80 |
| MCK | 07/09/12 | Voicemail for counsel for co-defendant Aurora Bank. | L120 | 0.20 | 234.00 | 46.80 |
| MCK | 07/09/12 | Review of plaintiff's notice of pendancy of action. | L120 | 0.10 | 234.00 | 23.40 |
| MCK | 07/09/12 | Review of file and preparation for appearance at hearing on motion for preliminary injunction. | L220 | 0.80 | 234.00 | 187.20 |
| MCK | 07/10/12 | Telephonic appearance for preliminary injunction hearing due to tentative ruling. | L220 | 0.60 | 234.00 | 140.40 |
| MCK | 07/10/12 | E-mail to client regarding preliminary injunction hearing. | L120 | 0.20 | 234.00 | 46.80 |
| MCK | 07/18/12 | Review of online register of actions and tentative ruling re: motion for preliminary injunction. | L120 | 0.20 | 234.00 | 46.80 |
| MCK | 07/19/12 | Review of online docket re: tentative ruling. | L120 | 0.10 | 234.00 | 23.40 |
| MCK | 07/23/12 | Telephone call with co-defendant's counsel re: outcome of preliminary injunction hearing. | L120 | 0.20 | 234.00 | 46.80 |
| MCK | 07/23/12 | E-mail correspondence with Christy Hancock regarding preliminary injunction hearing and case activity. | L120 | 0.10 | 234.00 | 23.40 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 324125 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Munguia, Jorge & Michele | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| MCK | 07/23/12 | Review of online register of actions re: outcome of preliminary injunction hearing. | L120 | | 0.10 | 234.00 | 23.40 |
| AAG | 07/25/12 | Communicate with plaintiff's attorney and MK Sullivan regarding position about bankruptcy stay. | L190 | | 0.40 | 238.50 | 95.40 |
| AAG | 07/26/12 | Communicate with T. Buell and plaintiff's attorney regarding client's position on bankruptcy stay. | L190 | | 0.70 | 238.50 | 166.95 |
| | | **TOTAL** | | | **4.20** | | **$987.75** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 07/06/12 | First Legal Network, LLC; Transmittal of filing to court; San Joaquin County Court 6/4/12 | 95.25 |
| 07/06/12 | Cardmember Service/Bank One (Acct #7755); Data Search; 204 Compton Circle Contra Costa, CA 06/08/12 | 66.28 |
| 07/12/12 | CourtCall, LLC; CourtCall - Conference Service; 07/10/12 | 108.00 |
| | **TOTAL COSTS & EXPENSES** | **$269.53** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 1.70 | $397.80 |
| L190 | Other Case Assessment | 1.10 | $262.35 |
| L220 | Preliminary Injunctions/Provis | 1.40 | $327.60 |
| | **TOTAL** | **4.20** | **$987.75** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Givental, Alisa | AAG | Associate | 1.10 | 238.50 | $262.35 |
| Kelly, Megan | MCK | Special Counsel | 3.10 | 234.00 | $725.40 |
| | **Total** | | **4.20** | | **$987.75** |

| PRIOR FEES | $1,312.20 | | |
|---|---|---|---|
| | | FEES | $987.75 |
| | | COSTS & EXPENSES | $269.53 |
| | | **TOTAL THIS INVOICE** | **$1,257.28** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Debit Account Number CCDA-01-378

### Debit Ledger for 07/01/2012 through

| DATE ATTORNEY | CCID# | JURISDICTION | DEPT | JUDGE | CASENAME/NUMBER | FEE | LATE FEE | TOTAL | BALANCE |
|---|---|---|---|---|---|---|---|---|---|
| 4/12 Michael Bertinetti | 5042179 | Alameda County Superior Court-Oakland | 24 | Judge Frank Roesch | Lial Little, et al vs HSBC, et al/RG11610012 | $78.00 | $0.00 | $78.00 | ($17,089.70) |
| Reference # 70000682 | | | | | | | | | |
| 9/12  8/6/12  Andrew Elliott | 5042208 | Sacramento County Superior Court | 54 | Judge Shelleyanne W. L. Chang | California Department of Resources Recycling & Recovery v. American Metal & Iron, Inc., et al./34-2010-00091160 | $78.00 | $0.00 | $78.00 | ($17,011.70) |
| Reference # 07685.1144 | | | | | | | | | |
| 7/9/12  7/11/12  Nannette De Lara | 5042313 | San Luis Obispo Superior Court | P2 | Judge Jac A. Crawford | Coast Unified School District vs. RRM Design Group/CV098248 | $78.00 | $0.00 | $78.00 | ($16,933.70) |
| Reference # 11270.0017 | | | | | | | | | |
| 7/9/12  7/13/12  David Liu | 5042391 | Alameda County Superior Court-Hayward HOJ | 516 | Judge Brenda Harbin-Forte | Mayorga vs. Bank of America, N.A., et al/HG11603746 | $78.00 | $0.00 | $78.00 | ($16,855.70) |
| Reference # 16314.0324 | | | | | | | | | |
| 7/9/12  7/10/12  Megan Kelly | 4887079 | Contra Costa County Superior Court | 6 | Judge David Flinn | Hamid v. Wells Fargo Bank/C1102680 | $78.00 | $30.00 | $108.00 | ($16,747.70) |
| 7/9/12  7/10/12  Paul Grammatico | 5042554 | Los Angeles Superior Court-Van Nuys | NWI | Judge James A. Kaddo(**) | Trust Holding Service, Co. vs. First American Lonestar Trustee/LC093593 | $78.00 | $30.00 | $108.00 | ($16,639.70) |
| Reference # 11960-0253 | | | | | | | | | |
| 7/9/12  7/10/12  Megan Kelly | 5042587 | San Joaquin County Superior Court | 41 | Judge Michael D. Coughlan(9:00) | Munguia vs. Aurora Bank/39-2012-00279551 | $78.00 | $30.00 | $108.00 | $16,531.70 |
| Reference # 19000.1283 | | | | | | | | | |
| 7/9/12  7/25/12  Andrew Elliott | 5042625 | Los Angeles Superior Court-Chatsworth | F47 | Judge Melvin D. Sandvig | Nissan Motor Acceptance Corporation v. Superior Auto - Mission Hills, LLC, et al./PC044750 | $78.00 | $0.00 | $78.00 | ($16,453.70) |

From Auto Debit Send on 07/10/12 at 11:01 PM

Page 14

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324355    JBS                                    August 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    0032    Johnson, Wes W. v. Homecomings Financial, et al.
                  GMAC Matter No.: 692775

**TOTAL AMOUNT DUE**        **$448.85**

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324355    JBS                                   August 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  0032    Johnson, Wes W. v. Homecomings Financial, et al.
GMAC Matter No.: 692775

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| RJG | 07/02/12 | Attention to Plaintiff's objections to the opposition to Plaintiff's motion for reconsideration. | L120 | 0.10 | 274.50 | 27.45 |
| DL | 07/02/12 | Exchange correspondence with plaintiff's counsel re filing of opposition to motion for reconsideration pending stay of action; analyze objection to filing of opposition. | L190 | 0.30 | 288.00 | 86.40 |
| JDI | 07/10/12 | Attention to Ninth Circuit Mediation Order and correspond with mediator re same. | L510 | 0.60 | 279.00 | 167.40 |
| RJG | 07/10/12 | Attention to the court's order regarding settlement conference and mediation issues. | L120 | 0.10 | 274.50 | 27.45 |
| DL | 07/10/12 | Analyze correspondence re case assessment in Ninth Circuit. | L190 | 0.10 | 288.00 | 28.80 |
| DL | 07/11/12 | Analyze order setting case assessment in Ninth Circuit. | L160 | 0.10 | 288.00 | 28.80 |
| DL | 07/17/12 | Analyze mediation order from Ninth Circuit. | L190 | 0.10 | 288.00 | 28.80 |
| DL | 07/30/12 | Prepare case update on chart for client. | L190 | 0.10 | 288.00 | 28.80 |
| | | **TOTAL** | | **1.50** | | **$423.90** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 07/13/12 | One Legal, Inc.; Transmittal of filing to court; Opposition, Request for Judicial Notice 06/27/12 | 24.95 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 324355 | CLIENT | GMAC ResCap | | Page | 2 |
|---|---|---|---|---|---|---|
| | | MATTER | Johnson, Wes W. | | | |

**TOTAL COSTS & EXPENSES**                                    $24.95

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.20 | $54.90 |
| L160 | Settlement/Non-Binding ADR | 0.10 | $28.80 |
| L190 | Other Case Assessment | 0.60 | $172.80 |
| L510 | Appellate Motions & Submission | 0.60 | $167.40 |
| | **TOTAL** | **1.50** | **$423.90** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Liu, David | DL | Associate | 0.70 | 288.00 | $201.60 |
| Ives, Jon | JDI | Associate | 0.60 | 279.00 | $167.40 |
| Gandy, Robert | RJG | Special Counsel | 0.20 | 274.50 | $54.90 |
| | **Total** | | **1.50** | | **$423.90** |

| PRIOR FEES | $26,486.55 |
|---|---|
| PRIOR COSTS & EXPENSES | $2,314.66 |

| FEES | $423.90 |
|---|---|
| COSTS & EXPENSES | $24.95 |
| **TOTAL THIS INVOICE** | **$448.85** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324356    JBS                               August 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    0113    Ballecer, Neil S. v. GMAC Mortgage, LLC
                  GMAC Matter No.: 697088

**TOTAL AMOUNT DUE**          $3,465.34

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     324356     JBS                                    August 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter     19000  0113     Ballecer, Neil S. v. GMAC Mortgage, LLC
                           GMAC Matter No.: 697088

FOR PROFESSIONAL SERVICES RENDERED     01/01/1994          07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| RJG | 07/05/12 | Attention to deposition, discovery strategy and pending case issues. | L330 | 0.20 | 274.50 | 54.90 |
| SMH | 07/06/12 | Attention to modification offer and plaintiff's response, draft email re same. | L160 | 0.30 | 333.00 | 99.90 |
| RJG | 07/06/12 | Analysis and evaluation of the court's tentative ruling on the motion for judgment on the pleadings and attention to hearing and argument issues. | L250 | 0.30 | 274.50 | 82.35 |
| DHC | 07/09/12 | Conference with Kerry Franich re impact of ResCap BK on case. | L120 | 0.50 | 337.50 | 168.75 |
| RJG | 07/09/12 | Analysis and evaluation of the case file and motion for judgment on the pleading documents to prepare for court appearance and court appearance at the hearing on the motion for judgment on the pleadings. | L250 | 3.90 | 274.50 | 1,070.55 |
| KWF | 07/09/12 | Prepare for deposition of plaintiff Neil Ballecer. | L330 | 2.00 | 270.00 | 540.00 |
| KWF | 07/09/12 | Conference with D. Cram re effect of automatic stay and pending deposition. | L190 | 0.20 | 270.00 | 54.00 |
| RJG | 07/10/12 | Attention to the court's minute order on the motion for judgment on the pleadings hearing. | L250 | 0.10 | 274.50 | 27.45 |
| RJG | 07/11/12 | Analysis and evaluation of the court's order granting the motion for judgment on the pleadings and pending case issues and correspondence with our client to advise regarding the same. | L250 | 0.40 | 274.50 | 109.80 |
| RJG | 07/11/12 | Attention to pending Plaintiff deposition issues and correspondence | L330 | 0.30 | 274.50 | 82.35 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 324356 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Ballecer, Neil S. | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | with Plaintiff's counsel to respond to an inquiry regarding the same. | | | | |
| KWF | 07/11/12 | Review and analyze order granting motion for judgment on the pleadings, prepare email to client J. Hoy advising of developments. | L250 | 0.50 | 270.00 | 135.00 |
| KWF | 07/11/12 | Prepare email to plaintiff's counsel re deposition of plaintiff. | L330 | 0.30 | 270.00 | 81.00 |
| RJG | 07/12/12 | Attention to motion for judgment on the pleading ruling, Plaintiff's deposition and pending case issues and correspondence with our client to address the same. | L120 | 0.40 | 274.50 | 109.80 |
| RJG | 07/12/12 | Attention to issues regarding Plaintiff's deposition and correspondence with Plaintiff's counsel to address the same. | L120 | 0.30 | 274.50 | 82.35 |
| KWF | 07/12/12 | Teleconference with co-counsel R. Anderson re status of litigation and affect of bankruptcy. | L190 | 0.10 | 270.00 | 27.00 |
| KWF | 07/12/12 | Prepare email to client J. Hoy advising re reinitiation of foreclosure proceedings. | L110 | 0.10 | 270.00 | 27.00 |
| RJG | 07/13/12 | Analysis and evaluation of foreclosure and pending case issues and multiple correspondence with our client to address the same. | L120 | 0.40 | 274.50 | 109.80 |
| KWF | 07/13/12 | Email exchange with client re return of suspense funds in the account. | L190 | 0.20 | 270.00 | 54.00 |
| RJG | 07/16/12 | Attention to bankruptcy stay and pending case issues and correspondence with Plaintiff's counsel to address the same. | L120 | 0.30 | 274.50 | 82.35 |
| KWF | 07/16/12 | Evaluate file status, prepare email to plaintiff's counsel re case management and trial date. | L190 | 0.10 | 270.00 | 27.00 |
| RJG | 07/27/12 | Analysis and evaluation of bankruptcy stay and final order application to pending case issues and correspondence with our client to advise regarding the same. | L120 | 0.30 | 274.50 | 82.35 |
| KWF | 07/27/12 | Prepare notice of bankruptcy. | L210 | 0.30 | 270.00 | 81.00 |
| KWF | 07/27/12 | Prepare letter to plaintiff's counsel with explanation re amended notice of | L190 | 0.30 | 270.00 | 81.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 324356 | CLIENT | GMAC ResCap | | | Page | 3 |
| | | MATTER | Ballecer, Neil S. | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|
| | | bankruptcy. | | | | |
| RJG | 07/31/12 | Attention to application of the bankruptcy final order to pending case claims and correspondence with our client to advise regarding the same. | L120 | 0.30 | 274.50 | 82.35 |
| KWF | 07/31/12 | Prepare email to client re amended notice of stay and remaining claims against GMAC. | L210 | 0.30 | 270.00 | 81.00 |
| | | **TOTAL** | | **12.40** | | **$3,433.05** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 07/06/12 | One Legal, Inc.; Transmittal of filing to court; Reply 06/21/12 | 22.95 |
| 07/19/12 | Robert Gandy; Transportation; Hearing on Motion for Judgment on the Pleadings, Orange County 7/9/12 | 9.34 |
| | **TOTAL COSTS & EXPENSES** | **$32.29** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 0.10 | $27.00 |
| L120 | Analysis/Strategy | 2.50 | $717.75 |
| L160 | Settlement/Non-Binding ADR | 0.30 | $99.90 |
| L190 | Other Case Assessment | 0.90 | $243.00 |
| L210 | Pleadings | 0.60 | $162.00 |
| L250 | Other Written Motions | 5.20 | $1,425.15 |
| L330 | Depositions | 2.80 | $758.25 |
| | **TOTAL** | **12.40** | **$3,433.05** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Cram, Donald | DHC | Member | 0.50 | 337.50 | $168.75 |
| Franich, Kerry | KWF | Associate | 4.40 | 270.00 | $1,188.00 |
| Gandy, Robert | RJG | Special Counsel | 7.20 | 274.50 | $1,976.40 |
| Hankins, Suzanne | SMH | Member | 0.30 | 333.00 | $99.90 |
| | **Total** | | **12.40** | | **$3,433.05** |

| | |
|---|---|
| PRIOR FEES | $38,425.90 |
| PRIOR COSTS & EXPENSES | $2,441.30 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 324356 | CLIENT | GMAC ResCap | Page | 4 |
| | | MATTER | Ballecer, Neil S. | | |

|  | | |
| --- | --- | --- |
| FEES | $3,433.05 |
| COSTS & EXPENSES | $32.29 |
| **TOTAL THIS INVOICE** | **$3,465.34** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.       324357       JBS                                      August 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT       19000       GMAC ResCap
MATTER       0190        Khan, Tazim and Jaibul Nisha v. GMAC Mortgage, LLC
                         GMAC Matter No.: 697120

**TOTAL AMOUNT DUE**          $2,410.20

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.   324357   JBS                                    August 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter   19000 0190   Khan, Tazim and Jaibul Nisha v. GMAC Mortgage, LLC
                      GMAC Matter No.: 697120

FOR PROFESSIONAL SERVICES RENDERED   01/01/1994   07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| HRJ | 07/02/12 | Draft motion for entry of judgment in defendants' favor. | L240 | 2.70 | 306.00 | 826.20 |
| HRJ | 07/02/12 | Draft declaration in support of motion for entry of judgment in defendants' favor. | L240 | 0.50 | 306.00 | 153.00 |
| HRJ | 07/02/12 | Draft notice of motion for entry of judgment in defendants' favor. | L240 | 0.50 | 306.00 | 153.00 |
| MKS | 07/08/12 | Update to client re: new developments, new deadlines and hearing dates and status. | L120 | 0.20 | 270.00 | 54.00 |
| HRJ | 07/20/12 | Draft notice non-receipt of opposition to motion for entry of judgment. | L240 | 0.50 | 306.00 | 153.00 |
| HRJ | 07/26/12 | Review and analyze tentative ruling re motion for entry of judgment. | L120 | 0.20 | 306.00 | 61.20 |
| HRJ | 07/26/12 | Telephone conference with T. Khan re hearing on motion for entry of judgment. | L110 | 0.10 | 306.00 | 30.60 |
| HRJ | 07/26/12 | Prepare for hearing re motion for entry of judgment. | L240 | 0.70 | 306.00 | 214.20 |
| HRJ | 07/27/12 | Appear at hearing re motion for entry of judgment. | L240 | 1.00 | 306.00 | 306.00 |
| HRJ | 07/27/12 | Draft status report to A. Hartshorn. | L120 | 0.20 | 306.00 | 61.20 |
| HRJ | 07/27/12 | Draft proposed order granting motion for entry of judgment. | L240 | 0.50 | 306.00 | 153.00 |
| HRJ | 07/27/12 | Draft proposed judgment of dismissal. | L240 | 0.40 | 306.00 | 122.40 |
| HRJ | 07/27/12 | Draft correspondence to plaintiffs re proposed order and proposed judgment. | L240 | 0.40 | 306.00 | 122.40 |
| | | **TOTAL** | | 7.90 | | $2,410.20 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. 324357 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|
| | MATTER | Khan, Tazim | | |

## COSTS & EXPENSES

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 0.10 | $30.60 |
| L120 | Analysis/Strategy | 0.60 | $176.40 |
| L240 | Dispositive Motions | 7.20 | $2,203.20 |
| | **TOTAL** | **7.90** | **$2,410.20** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Jones, Harold R. | HRJ | Associate | 7.70 | 306.00 | $2,356.20 |
| Sullivan, Mary Kate | MKS | Member | 0.20 | 270.00 | $54.00 |
| | **Total** | | **7.90** | | **$2,410.20** |

| PRIOR FEES | $11,726.73 |
|---|---|
| PRIOR COSTS & EXPENSES | $836.32 |

| | FEES | $2,410.20 |
|---|---|---|
| | **TOTAL THIS INVOICE** | **$2,410.20** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324358    JBS                                        August 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    0212    Ortiz, Rita v. Deutsche Bank National Trust Co.
GMAC Matter No.: 698450

**TOTAL AMOUNT DUE**            $4,052.25

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324358    JBS                                      August 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0212    Ortiz, Rita v. Deutsche Bank National Trust Co.
GMAC Matter No.: 698450

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| JD | 07/01/12 | Prepare for MSJ hearing. | L240 | 2.30 | 238.50 | 548.55 |
| JD | 07/02/12 | Prepare for and attend hearing on MSJ. | L240 | 6.20 | 238.50 | 1,478.70 |
| JD | 07/02/12 | Review plaintiff's late filed opposition and research for proposed order granting MSJ. | L240 | 2.40 | 238.50 | 572.40 |
| RJG | 07/02/12 | Analysis and evaluation of the results of the motion for summary judgment hearing and attention to pending case issues. | L250 | 0.30 | 274.50 | 82.35 |
| JD | 07/03/12 | Research for, draft, and revise proposed order granting MSJ. | L240 | 5.40 | 238.50 | 1,287.90 |
| RJG | 07/27/12 | Analysis and evaluation of motion for summary judgment, deposition and pending case issues and attention to litigation strategy. | L120 | 0.30 | 274.50 | 82.35 |
| | | **TOTAL** | | **16.90** | | **$4,052.25** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.30 | $82.35 |
| L240 | Dispositive Motions | 16.30 | $3,887.55 |
| L250 | Other Written Motions | 0.30 | $82.35 |
| | **TOTAL** | **16.90** | **$4,052.25** |

| Timekeeper | Position | Hours | Rate | Value |
|------------|----------|-------|------|-------|

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 324358 | CLIENT | GMAC ResCap | | | Page | 2 |
| | | MATTER | Ortiz, Rita | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Dykstra, Jonathan | JD | Associate | | 16.30 | 238.50 | $3,887.55 |
| Gandy, Robert | RJG | Special Counsel | | 0.60 | 274.50 | $164.70 |
| | **Total** | | | **16.90** | | **$4,052.25** |

| | | |
|---|---|---|
| PRIOR FEES | $54,720.23 | |
| PRIOR COSTS & EXPENSES | $5,980.02 | |

| | | |
|---|---|---|
| FEES | | $4,052.25 |
| **TOTAL THIS INVOICE** | | **$4,052.25** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324359    JBS                                    August 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000    GMAC ResCap
MATTER      0230     Castrellon, Elia v. Homecomings Financial, LLC, et al.
                     GMAC Matter No.: 692995

**TOTAL AMOUNT DUE**          **$1,131.53**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | | | |
|---|---|---|---|
| Invoice No.   324359   JBS | | | August 15, 2012 |

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter   19000 0230   Castrellon, Elia v. Homecomings Financial, LLC, et al.
GMAC Matter No.: 692995

FOR PROFESSIONAL SERVICES RENDERED   01/01/1994   07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| SMH | 07/02/12 | Attention to C. Bonello email re DIL requirements. | L190 | 0.20 | 333.00 | 66.60 |
| ALE | 07/02/12 | Attention to communications with C. Bonnello re finalization of deed in lieu of foreclosure. | L190 | 0.30 | 234.00 | 70.20 |
| ALE | 07/08/12 | Further communicate with T. Lu re finalization of application for deed in lieu. | L190 | 0.40 | 234.00 | 93.60 |
| SMH | 07/09/12 | Attention to request to counsel regarding finance package. | L160 | 0.20 | 333.00 | 66.60 |
| ALE | 07/09/12 | Continued communications with T. Lu re objections to application for deed in lieu of foreclosure. | L190 | 0.60 | 234.00 | 140.40 |
| SMH | 07/10/12 | Attention to T. Lu's email regarding refusal to provide financial information in support of DIL offer. | L190 | 0.20 | 333.00 | 66.60 |
| ALE | 07/10/12 | Strategize re further handling of T. Lu re objections to application for deed in lieu of foreclosure. | L190 | 0.40 | 234.00 | 93.60 |
| ALE | 07/15/12 | Further strategize re handling of T. Lu objections to application for deed in lieu of foreclosure and communicate with C. Bonnello re same. | L190 | 0.70 | 234.00 | 163.80 |
| SMH | 07/16/12 | Attention to plaintiff's response to request for financial information on DIL. | L120 | 0.20 | 333.00 | 66.60 |
| ALE | 07/17/12 | Communicate with C. Bonnello re deed in lieu. | L190 | 0.20 | 234.00 | 46.80 |
| | | **TOTAL** | | **3.40** | | **$874.80** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severison
## &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 324359 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Castrellon, Elia | | |

### COSTS & EXPENSES

| | | |
|---|---|---|
| 07/02/12 | CourtCall, LLC; CourtCall - Conference Service; 06/29/12 | 78.00 |
| 07/06/12 | One Legal, Inc.; Transmittal of filing to court; Defs. Brief ISO Court's Jurisdiction to Dismiss, RJN ISO Defs. Brief re Court's Jurisdiction to Dismiss 06/20/12 | 49.95 |
| 07/10/12 | An Le; Transportation; Transportation to/from SBSC- Central, Dept. S38, for Court-ordered (cont'd) OSC re Dismissal, San Bernardino 6/29/12 | 78.83 |
| 07/18/12 | One Legal, Inc.; Transmittal of filing to court; Notice of Ruling re OSC re Dismissal 07/03/12 | 49.95 |
| | **TOTAL COSTS & EXPENSES** | **$256.73** |

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.20 | $66.60 |
| L160 | Settlement/Non-Binding ADR | 0.20 | $66.60 |
| L190 | Other Case Assessment | 3.00 | $741.60 |
| | **TOTAL** | **3.40** | **$874.80** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Le, An | ALE | Associate | 2.60 | 234.00 | $608.40 |
| Hankins, Suzanne | SMH | Member | 0.80 | 333.00 | $266.40 |
| | **Total** | | **3.40** | | **$874.80** |

| | |
|---|---|
| PRIOR FEES | $65,718.45 |
| PRIOR COSTS & EXPENSES | $3,388.39 |

| | |
|---|---|
| FEES | $874.80 |
| COSTS & EXPENSES | $256.73 |
| **TOTAL THIS INVOICE** | **$1,131.53** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324360    JBS                                      August 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    0595    Reyes, Felicito and Carolina Laurente Reyes v. GMAC Mortgage, LLC
GMAC Matter No.: 703347

**TOTAL AMOUNT DUE**          **$2,199.70**

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324360    JBS                                    August 15, 2012

GMAC Mortgage, LLC

Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0595    Reyes, Felicito and Carolina Laurente Reyes v. GMAC Mortgage, LLC
GMAC Matter No.: 703347

FOR PROFESSIONAL SERVICES RENDERED        01/01/1994        07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MEG | 07/02/12 | Correspondence to client regarding motion for reconsideration and regarding demurrer order. | L240 | 0.30 | 261.00 | 78.30 |
| MEG | 07/16/12 | Draft opposition to motion for reconsideration. | L210 | 4.50 | 261.00 | 1,174.50 |
| MEG | 07/26/12 | Receipt, review and analysis of reply in support of motion for reconsideration. | L210 | 0.80 | 261.00 | 208.80 |
| MEG | 07/27/12 | Review all pleadings and documents; prepare for hearing on motion for reconsideration. | L210 | 0.80 | 261.00 | 208.80 |
| MEG | 07/27/12 | Review and analysis of tentative ruling on motion for reconsideration. | L210 | 0.30 | 261.00 | 78.30 |
| MEG | 07/27/12 | Telephone call from plaintiff regarding oral argument. | L210 | 0.10 | 261.00 | 26.10 |
| MEG | 07/30/12 | Attend oral argument on motion for reconsideration. | L210 | 0.80 | 261.00 | 208.80 |
| MEG | 07/30/12 | Review pleadings and briefing; prepare for oral argument regarding motion for reconsideration. | L210 | 0.60 | 261.00 | 156.60 |
| | | **TOTAL** | | **8.20** | | **$2,140.20** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 07/06/12 | First Legal Network, LLC; Transmittal of filing to court; SCSC- Sacramento 6/14/12 | 29.75 |
| 07/20/12 | First Legal Network, LLC; Transmittal of filing to court; SCSC- Sacramento 6/19/12 | 29.75 |

**TOTAL COSTS & EXPENSES**                    **$59.50**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | | | | | |
|---|---|---|---|---|---|
| Invoice No. 324360 | CLIENT | GMAC ResCap | | Page | 2 |
| | MATTER | Reyes, Felicito & Carolina | | | |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | | |
|---|---|---|---|---|---|---|
| L210 | Pleadings | 7.90 | $2,061.90 | | | |
| L240 | Dispositive Motions | 0.30 | $78.30 | | | |
| | **TOTAL** | **8.20** | **$2,140.20** | | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Gruber, Megan | MEG | Associate | 8.20 | 261.00 | $2,140.20 |
| | **Total** | | **8.20** | | **$2,140.20** |

| | |
|---|---|
| PRIOR FEES | $17,156.70 |
| PRIOR COSTS & EXPENSES | $2,810.20 |

| | |
|---|---|
| FEES | $2,140.20 |
| COSTS & EXPENSES | $59.50 |
| **TOTAL THIS INVOICE** | **$2,199.70** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324361    JBS                                      August 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 0678 | Winick, Daniel S. and Claire |
| | | GMAC Matter No.: 705967 |

**TOTAL AMOUNT DUE**          $1,009.80

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324361    JBS                                    August 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0678    Winick, Daniel S. and Claire
                        GMAC Matter No.: 705967

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| RJG | 07/05/12 | Attention to performance of settlement obligations and correspondence with Plaintiffs' counsel to address the same. | L160 | 0.30 | 274.50 | 82.35 |
| RJG | 07/09/12 | Attention to informal resolution payment and settlement agreement performance issues and correspondence with our client to address the same. | L160 | 0.30 | 274.50 | 82.35 |
| RJG | 07/09/12 | Attention to performance of settlement terms and pending settlement issues and correspondence with Plaintiffs' counsel and our client to address the same. | L160 | 0.30 | 274.50 | 82.35 |
| KWF | 07/09/12 | Prepare email to client C. Bonello re inquiry about status of settlement. | L160 | 0.30 | 270.00 | 81.00 |
| KWF | 07/09/12 | Prepare email to plaintiffs' counsel re settlement agreement. | L160 | 0.10 | 270.00 | 27.00 |
| RJG | 07/10/12 | Attention to enforcement of settlement term issues and correspondence with our client to address the same. | L160 | 0.30 | 274.50 | 82.35 |
| RJG | 07/16/12 | Attention to final settlement obligations and issues and correspondence with Plaintiffs' counsel to address the same. | L160 | 0.30 | 274.50 | 82.35 |
| KWF | 07/16/12 | Evaluate status of settlement, prepare email to plaintiffs' counsel re signature and July payment. | L160 | 0.10 | 270.00 | 27.00 |
| RJG | 07/20/12 | Attention to settlement issues and correspondence with our client to advise regarding the same. | L160 | 0.30 | 274.50 | 82.35 |
| KWF | 07/20/12 | Evaluate file status, prepare email to client C. Bonello advising of status of settlement negotiations. | L160 | 0.20 | 270.00 | 54.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 324361 | CLIENT | GMAC ResCap | | | Page | 2 |
| | | MATTER | Winick, Daniel S. & Claire | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|
| KWF | 07/20/12 | Prepare declaration for refund of deposit on appeal. | L510 | 0.20 | 270.00 | 54.00 |
| RJG | 07/24/12 | Attention to settlement obligation performance issues and correspondence with our client contact to address the same. | L160 | 0.30 | 274.50 | 82.35 |
| KWF | 07/24/12 | Teleconference with client C. Bonello re status of settlement. | L160 | 0.10 | 270.00 | 27.00 |
| RJG | 07/26/12 | Attention to settlement terms and issues and correspondence with Plaintiffs' counsel to address the same. | L160 | 0.30 | 274.50 | 82.35 |
| KWF | 07/26/12 | Prepare letter to plaintiff's counsel, J. Winick, re settlement. | L160 | 0.30 | 270.00 | 81.00 |
| | | **TOTAL** | | **3.70** | | **$1,009.80** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L160 | Settlement/Non-Binding ADR | 3.50 | $955.80 |
| L510 | Appellate Motions & Submission | 0.20 | $54.00 |
| | **TOTAL** | **3.70** | **$1,009.80** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Franich, Kerry | KWF | Associate | 1.30 | 270.00 | $351.00 |
| Gandy, Robert | RJG | Special Counsel | 2.40 | 274.50 | $658.80 |
| | **Total** | | **3.70** | | **$1,009.80** |

| | | |
|---|---|---|
| PRIOR FEES | $74,939.40 | |
| PRIOR COSTS & EXPENSES | $13,383.19 | |

| | | |
|---|---|---|
| | FEES | $1,009.80 |
| **TOTAL THIS INVOICE** | | **$1,009.80** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     324362     JBS                                    August 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     19000     GMAC ResCap
MATTER     0683      Burnett (Daniels)
                     GMAC Matter No.: 706245

**TOTAL AMOUNT DUE**          $1,979.55

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324362    JBS                                    August 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  0683    Burnett (Daniels)
                         GMAC Matter No.: 706245

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| JHT | 07/02/12 | Reviewed Case File for First Time. | L190 | 1.00 | 238.50 | 238.50 |
| JHT | 07/03/12 | Prepared for OSC Hearing Re. Service of Fourth Amended Petition. | L190 | 0.70 | 238.50 | 166.95 |
| JHT | 07/03/12 | Attended OSC Hearing Re. Service of Fourth Amended Petition. | L210 | 2.00 | 238.50 | 477.00 |
| YS | 07/09/12 | Receipt, review and analysis of the notice of continued case management conference hearing | L120 | 0.10 | 238.50 | 23.85 |
| YS | 07/10/12 | Telephone conference with UD Counsel regarding pending settlement of the adversary proceeding | L190 | 0.20 | 238.50 | 47.70 |
| YS | 07/11/12 | Receipt, review and analysis of co-defendant CitiMortgage's notice of deposition of conservator Grover Burnett | L330 | 0.10 | 238.50 | 23.85 |
| JHT | 07/12/12 | Prepared for Status Conference. | L190 | 0.40 | 238.50 | 95.40 |
| JHT | 07/13/12 | Attended Status Conference. | L230 | 3.00 | 238.50 | 715.50 |
| JHT | 07/18/12 | Reviewed Declaration and Matrix from Plaintiff's Counsel Re. Service. | L190 | 0.30 | 238.50 | 71.55 |
| YS | 07/19/12 | Receipt, review and analysis petitioner's form interrogatories served on respondent Candace Pantaleon | L120 | 0.10 | 238.50 | 23.85 |
| YS | 07/19/12 | Receipt, review and analysis petitioner's form interrogatories served on respondent LaTanya Townsend | L120 | 0.10 | 238.50 | 23.85 |
| YS | 07/27/12 | review and analysis of proposed joint status report regarding discovery efforts by the parties | L120 | 0.20 | 238.50 | 47.70 |
| YS | 07/31/12 | Draft case status update for client report | L190 | 0.10 | 238.50 | 23.85 |
| | | **TOTAL** | | **8.30** | | **$1,979.55** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. 324362 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|
| | MATTER | Burnett (Daniels) | | |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.50 | $119.25 |
| L190 | Other Case Assessment | 2.70 | $643.95 |
| L210 | Pleadings | 2.00 | $477.00 |
| L230 | Court Mandated Conferences | 3.00 | $715.50 |
| L330 | Depositions | 0.10 | $23.85 |
| | **TOTAL** | **8.30** | **$1,979.55** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Tuffaha, Joe | JHT | Associate | 7.40 | 238.50 | $1,764.90 |
| Shaham, Yaron | YS | Special Counsel | 0.90 | 238.50 | $214.65 |
| | **Total** | | **8.30** | | **$1,979.55** |

| PRIOR FEES | $12,645.00 |
|---|---|
| PRIOR COSTS & EXPENSES | $1,354.57 |

| | FEES | $1,979.55 |
|---|---|---|
| | **TOTAL THIS INVOICE** | **$1,979.55** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324363    JBS                                    August 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    0712    Vargas, Mario and Aida
                  GMAC Matter No.: 707209

**TOTAL AMOUNT DUE**          $5,199.30

**\*\*\* *REMITTANCE COPY* \*\*\***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | | | |
|---|---|---|---|
| Invoice No. | 324363 | JBS | August 15, 2012 |

GMAC Mortgage, LLC

Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter   19000 0712    Vargas, Mario and Aida
GMAC Matter No.: 707209

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| JTC | 07/27/12 | Review appellate briefs and supplemental filings re mootness. Outline oral argument. Research re interaction between LARSO and CCP 1161a. | L520 | 4.20 | 490.50 | 2,060.10 |
| JTC | 07/30/12 | Prepare for and present oral argument on appeal. | L530 | 6.40 | 490.50 | 3,139.20 |
| | | **TOTAL** | | **10.60** | | **$5,199.30** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L520 | Appellate Briefs | 4.20 | $2,060.10 |
| L530 | Oral Argument | 6.40 | $3,139.20 |
| | **TOTAL** | **10.60** | **$5,199.30** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Chilton, Jan T. | JTC | Member | 10.60 | 490.50 | $5,199.30 |
| | **Total** | | **10.60** | | **$5,199.30** |

| | | |
|---|---|---|
| PRIOR FEES | $48,334.95 | |
| PRIOR COSTS & EXPENSES | $7,947.71 | |

| | | |
|---|---|---|
| | FEES | $5,199.30 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 324363 | CLIENT | GMAC ResCap | Page | 2 |
| --- | --- | --- | --- | --- | --- |
| | | MATTER | Vargas, Mario & Aida | | |

**TOTAL THIS INVOICE**                    $5,199.30

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324364    JBS                                     August 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    0844    Nguyen, Diem T.
                  GMAC Matter No.:  712197

**TOTAL AMOUNT DUE**              $1,270.41

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      324364      JBS                                      August 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter      19000  0844      Nguyen, Diem T.
                             GMAC Matter No.:  712197

FOR PROFESSIONAL SERVICES RENDERED      01/01/1994      07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| JTC | 07/11/12 | Review and revise respondent's brief. Add certificate of interested parties and edits suggests by M. Coutts.  E-mails to and from Coutts. | L520 | 1.30 | 490.50 | 637.65 |
| JTC | 07/26/12 | Prepare letter to Court of Appeal responding to order asking about status of GMAC bankruptcy. | L510 | 1.10 | 490.50 | 539.55 |
| KWF | 07/26/12 | Proofread draft letter to Court of Appeal re status of Rescap Bankruptcy. | L510 | 0.10 | 270.00 | 27.00 |
| | | **TOTAL** | | **2.50** | | **$1,204.20** |

## COSTS & EXPENSES

| | | |
|--|--|--|
| 07/19/12 | Copy Central  Maritime; Outside Copies; Black & White 11 x 17 Copies - 17 Orig. x 18 Sets 07/13/12 | 66.21 |
| | **TOTAL COSTS & EXPENSES** | **$66.21** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|--|-------|--------|
| L510 | Appellate Motions & Submission | 1.20 | $566.55 |
| L520 | Appellate Briefs | 1.30 | $637.65 |
| | **TOTAL** | **2.50** | **$1,204.20** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|--|----------|-------|------|-------|
| Chilton, Jan T. | JTC | Member | 2.40 | 490.50 | $1,177.20 |
| Franich, Kerry | KWF | Associate | 0.10 | 270.00 | $27.00 |
| | | Total | 2.50 | | $1,204.20 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| | | | | |
|---|---|---|---|---|
| Invoice No.    324364 | CLIENT | GMAC ResCap | Page | 2 |
| | MATTER | Nguyen, Diem T. | | |

| | |
|---|---|
| PRIOR FEES | $23,305.05 |
| PRIOR COSTS & EXPENSES | $820.60 |

| | |
|---|---|
| FEES | $1,204.20 |
| COSTS & EXPENSES | $66.21 |
| **TOTAL THIS INVOICE** | **$1,270.41** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324365    JBS

August 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000    GMAC ResCap
MATTER    0935     City of Whittier (Varela)
                              C/M# 713850

**TOTAL AMOUNT DUE**        **$518.40**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      324365        JBS                                              August 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter      19000  0935      City of Whittier (Varela)
C/M# 713850

FOR PROFESSIONAL SERVICES RENDERED      01/01/1994      07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| DL | 07/02/12 | Exchange correspondence with City of Whittier's counsel re final payoff of its attorneys' fees. | L190 | 0.10 | 288.00 | 28.80 |
| DL | 07/02/12 | Exchange correspondence with receiver re status of payment of receiver's loan. | L190 | 0.10 | 288.00 | 28.80 |
| DL | 07/03/12 | Exchange further correspondence with client and City of Whittier re payment of outstanding fees and status of sale of property. | L160 | 0.20 | 288.00 | 57.60 |
| DL | 07/10/12 | Exchange correspondence with client re status of sale and obtaining final settlement statement. | L190 | 0.20 | 288.00 | 57.60 |
| DL | 07/11/12 | Exchange correspondence with client re obtaining HUD-1 and review same. | L190 | 0.20 | 288.00 | 57.60 |
| DL | 07/17/12 | Exchange correspondence with City of Whittier and receiver re final settlement statement and determining final payment of fees. | L190 | 0.30 | 288.00 | 86.40 |
| DL | 07/18/12 | Exchange multiple correspondence with city and escrow re final payment of city's attorneys' fees. | L190 | 0.20 | 288.00 | 57.60 |
| DL | 07/23/12 | Exchange correspondence with City of Whittier's attorney confirming payment of final invoice for city's attorneys' fees. | L190 | 0.20 | 288.00 | 57.60 |
| DL | 07/24/12 | Analyze file re ensuring final payments to City of Whittier and receiver; exchange correspondence with client to close file. | L190 | 0.20 | 288.00 | 57.60 |
| DL | 07/30/12 | Prepare case update on chart for client. | L190 | 0.10 | 288.00 | 28.80 |
| | | **TOTAL** | | **1.80** | | **$518.40** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 324365 | CLIENT | GMAC ResCap | | Page | 2 |
|---|---|---|---|---|---|---|
| | | MATTER | City of Whittier (Varela) | | | |

## COSTS & EXPENSES

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | | |
|---|---|---|---|---|---|---|
| L160 | Settlement/Non-Binding ADR | 0.20 | $57.60 | | | |
| L190 | Other Case Assessment | 1.60 | $460.80 | | | |
| | **TOTAL** | **1.80** | **$518.40** | | | |

| Timekeeper | | Position | | Hours | Rate | Value |
|---|---|---|---|---|---|---|
| Liu, David | DL | Associate | | 1.80 | 288.00 | $518.40 |
| | **Total** | | | **1.80** | | **$518.40** |

| | | |
|---|---|---|
| PRIOR FEES | $24,364.80 | |
| PRIOR COSTS & EXPENSES | $1,841.91 | |

| | | |
|---|---|---|
| FEES | | $518.40 |
| **TOTAL THIS INVOICE** | | **$518.40** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324366    JBS                              August 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006


CLIENT    19000    GMAC ResCap
MATTER    0944     Sin, Soon Hee
                   GMAC Matter No.: 714247


**TOTAL AMOUNT DUE**         $4,279.95


*** *REMITTANCE COPY* ***
*Please include this page with payment.*


Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324366      JBS                                    August 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter     19000  0944     Sin, Soon Hee
                           GMAC Matter No.: 714247

FOR PROFESSIONAL SERVICES RENDERED     01/01/1994        07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| RJG | 07/02/12 | Analysis and evaluation of demurrer and pending case issues and attention to litigation strategy. | L120 | 0.30 | 274.50 | 82.35 |
| MCN | 07/18/12 | Analysis and evaluation of strategy in view of late opposition and whether to prepare statement of non-opposition or move to dismiss. | L240 | 0.30 | 306.00 | 91.80 |
| MCN | 07/23/12 | Analysis and evaluation of bankruptcy court's order to determine strategy for notice of stay. | L120 | 0.30 | 306.00 | 91.80 |
| MCN | 07/23/12 | Analysis and evaluation of causes of action to determine whether notice of stay should be filed. | L120 | 0.30 | 306.00 | 91.80 |
| MCN | 07/23/12 | Analysis and evaluation of status of opposition and call from Court regarding same. | L250 | 0.20 | 306.00 | 61.20 |
| MCN | 07/24/12 | Correspondence with Darab regarding notice of continuance of demurrer and case management conference. | L240 | 0.20 | 306.00 | 61.20 |
| MCN | 07/24/12 | Preparation of notice of ruling regarding continuance of demurrer and case management conference hearing. | L240 | 0.40 | 306.00 | 122.40 |
| MCN | 07/24/12 | Initial review and analysis of opposition to demurrer in order to draft reply. | L240 | 0.70 | 306.00 | 214.20 |
| MCN | 07/24/12 | Initial draft arguments in support of reply regarding wrongful foreclosure and cancellation of instruments. | L240 | 0.80 | 306.00 | 244.80 |
| MCN | 07/24/12 | Multiple telephonic calls and correspondence with courtroom clerk regarding continuance of demurrer | L240 | 0.40 | 306.00 | 122.40 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 324366 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Sin, Soon Hee | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | hearing based on late filed opposition. | | | | |
| SMH | 07/25/12 | Attention to revised bankruptcy notice, impact on plaintiff's claims | L120 | 0.20 | 333.00 | 66.60 |
| MCN | 07/25/12 | Further draft reply brief in support of demurrer regarding failure to allege quiet title, fraud and 17200 violation. | L240 | 2.40 | 306.00 | 734.40 |
| MCN | 07/25/12 | Correspondence with Holtgren. | L250 | 0.40 | 306.00 | 122.40 |
| MCN | 07/25/12 | Further analysis of strategy for notice of Bankruptcy stay. | L250 | 0.30 | 306.00 | 91.80 |
| MCN | 07/26/12 | Correspondence with Holtgren. | L120 | 0.40 | 306.00 | 122.40 |
| MCN | 07/26/12 | Drafting of reply in support of demurrer and review of authorities cited in opposition to demurrer. | L240 | 2.50 | 306.00 | 765.00 |
| MCN | 07/26/12 | Further analysis of opposition cited in demurrer in order to draft reply. | L240 | 1.40 | 306.00 | 428.40 |
| MCN | 07/26/12 | Correspondence with Holtgren. | L120 | 0.20 | 306.00 | 61.20 |
| MCN | 07/30/12 | Correspondence with Holtgren. | L120 | 0.60 | 306.00 | 183.60 |
| MCN | 07/30/12 | Further draft letter to plaintiff's counsel regarding application for Bankruptcy stay order and analysis of claims in order to draft same. | L120 | 0.60 | 306.00 | 183.60 |
| MCN | 07/30/12 | Draft notice of stay and further analysis of application to plaintiff's counsel. | L120 | 0.70 | 306.00 | 214.20 |
| MCN | 07/31/12 | Correspondence with Holtgren. | L120 | 0.20 | 306.00 | 61.20 |
| MCN | 07/31/12 | Analysis and evaluation of status of decision to issue notice of stay. | L120 | 0.20 | 306.00 | 61.20 |
| | | **TOTAL** | | **14.00** | | **$4,279.95** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 4.00 | $1,219.95 |
| L240 | Dispositive Motions | 9.10 | $2,784.60 |
| L250 | Other Written Motions | 0.90 | $275.40 |
| | **TOTAL** | **14.00** | **$4,279.95** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Nowlin, Marlene | MCN | Special Counsel | 13.50 | 306.00 | $4,131.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 324366 | CLIENT | GMAC ResCap | | | Page | 3 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Sin, Soon Hee | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Gandy, Robert | RJG | Special Counsel | | 0.30 | 274.50 | $82.35 | |
| Hankins, Suzanne | SMH | Member | | 0.20 | 333.00 | $66.60 | |
| | | **Total** | | **14.00** | | **$4,279.95** | |

PRIOR FEES                         $42,370.65
PRIOR COSTS & EXPENSES     $2,654.31

FEES                 $4,279.95
**TOTAL THIS INVOICE**     **$4,279.95**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324368    JBS                                   August 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1007     Abed-Stephen, Vachagan and Susie
                   C/M# 716689


**TOTAL AMOUNT DUE**            **$1,462.50**


## *** REMITTANCE COPY ***
*Please include this page with payment.*


Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324368    JBS                                          August 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1007    Abed-Stephen, Vachagan and Susie
C/M# 716689

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| RJG | 07/02/12 | Attention to Plaintiff's notice of appeal and analysis and evaluation of pending appeal issues and strategy. | L510 | 0.30 | 274.50 | 82.35 |
| RJG | 07/03/12 | Analysis and evaluation of final case and pending appeal issues and telephone call and correspondence with our client to respond to an inquiry regarding the same. | L120 | 0.50 | 274.50 | 137.25 |
| RJG | 07/05/12 | Analysis and evaluation of appeal pending issues and attention to appeal strategy and pending case issues. | L510 | 0.20 | 274.50 | 54.90 |
| MEH | 07/05/12 | Review appellate case file for immediate deadlines. | L120 | 0.30 | 261.00 | 78.30 |
| RJG | 07/09/12 | Attention to appeal notices and pending appeal issues. | L510 | 0.10 | 274.50 | 27.45 |
| RJG | 07/18/12 | Attention to designation of record and pending appeal issues. | L510 | 0.30 | 274.50 | 82.35 |
| MEH | 07/18/12 | Open appellate working file and review initial case documents. | L510 | 1.20 | 261.00 | 313.20 |
| RJG | 07/19/12 | Attention to notice of dismissal for Plaintiffs' failure to designate record and pending appeal issues and strategy. | L510 | 0.30 | 274.50 | 82.35 |
| RJG | 07/20/12 | Analysis and evaluation of Plaintiffs' designation of appellate record and attention to pending appeal issues and strategy. | L510 | 0.30 | 274.50 | 82.35 |
| MEH | 07/24/12 | Prepare counter-designations of appellate record for clerk's transcript and reporter's transcript. | L510 | 1.80 | 261.00 | 469.80 |
| MEH | 07/26/12 | Fianlize counter-designations to | L510 | 0.20 | 261.00 | 52.20 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | | | |
|---|---|---|---|
| Invoice No.    324368 | CLIENT    GMAC ResCap | Page | 2 |
| | MATTER    Abed-Stephen, Vachagan | | |

appellate record.

**TOTAL**                                    **5.50**                      **$1,462.50**

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.80 | $215.55 |
| L510 | Appellate Motions & Submission | 4.70 | $1,246.95 |
| | **TOTAL** | **5.50** | **$1,462.50** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Holt, M. Elizabeth | MEH | Associate | 3.50 | 261.00 | $913.50 |
| Gandy, Robert | RJG | Special Counsel | 2.00 | 274.50 | $549.00 |
| | **Total** | | **5.50** | | **$1,462.50** |

PRIOR FEES                              $18,505.80
PRIOR COSTS & EXPENSES            $1,494.97

FEES                      $1,462.50
**TOTAL THIS INVOICE**                **$1,462.50**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324369    JBS

August 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1010    Vogel, Michael A.
C/M# 717033

**TOTAL AMOUNT DUE**         **$325.35**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324369    JBS                                     August 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1010    Vogel, Michael A.
C/M# 717033

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| KWF | 07/02/12 | Teleconference with client C. Adams re settlement and loan modification, review and analyze client reinstatement quote, place call to plaintiffs' counsel re same. | L190 | 0.30 | 270.00 | 81.00 |
| KWF | 07/09/12 | Analyze file status, prepare for call to plaintiff's counsel re settlement. | L160 | 0.10 | 270.00 | 27.00 |
| KWF | 07/11/12 | teleconference with plaintiff's counsel a. Leon re settlement and forbearance agreement. | L190 | 0.30 | 270.00 | 81.00 |
| RJG | 07/16/12 | Attention to settlement terms and issues and correspondence with our client to address the same. | L160 | 0.30 | 274.50 | 82.35 |
| KWF | 07/16/12 | Prepare email to client, C. Ademo advising of status of settlement negotiations. | L160 | 0.20 | 270.00 | 54.00 |
| | | **TOTAL** | | **1.20** | | **$325.35** |

### COSTS & EXPENSES

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|--|-------|--------|
| L160 | Settlement/Non-Binding ADR | 0.60 | $163.35 |
| L190 | Other Case Assessment | 0.60 | $162.00 |
| | **TOTAL** | **1.20** | **$325.35** |

| Timekeeper | Position | Hours | Rate | Value |
|------------|----------|-------|------|-------|

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.    324369 | CLIENT | GMAC ResCap | | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | MATTER | Vogel, Michael A. | | | | | |
| Franich, Kerry | KWF | Associate | 0.90 | 270.00 | $243.00 | | |
| Gandy, Robert | RJG | Special Counsel | 0.30 | 274.50 | $82.35 | | |
| | **Total** | | **1.20** | | **$325.35** | | |

| PRIOR FEES | $8,017.65 |
|---|---|
| PRIOR COSTS & EXPENSES | $22.48 |

| | | |
|---|---|---|
| FEES | | $325.35 |
| **TOTAL THIS INVOICE** | | **$325.35** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      324370      JBS                                    August 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1011 | Von Brincken, Shelley and John |
| | | C/M# 717020 |

**TOTAL AMOUNT DUE**                    **$1,103.40**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324370    JBS                                         August 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  1011    Von Brincken, Shelley and John
C/M# 717020

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994          07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MEH | 07/11/12 | Review case file for upcoming deadlines and research clerks transcript. | L510 | 0.50 | 261.00 | 130.50 |
| MEH | 07/12/12 | Assemble appellate working file. | L510 | 0.80 | 261.00 | 208.80 |
| MEH | 07/12/12 | Multiple telephone calls with superior court clerk's office re: appellate clerk's transcript. | L510 | 0.40 | 261.00 | 104.40 |
| MEH | 07/12/12 | Review/analyze appellants' opening brief. | L520 | 0.40 | 261.00 | 104.40 |
| MEH | 07/13/12 | Review/analyze case file for propriety of notice of bankruptcy stay. | L510 | 0.40 | 261.00 | 104.40 |
| ERB | 07/16/12 | Attention to status of matter based on multiple filing by plaintiffs and Bankruptcy issues based on supplemental order. | L120 | 0.40 | 279.00 | 111.60 |
| MEH | 07/17/12 | Review multiple pending cases filed by borrowers and analyze for possible effect on appeal. | L120 | 0.40 | 261.00 | 104.40 |
| MEH | 07/20/12 | Monitor docket for filing of corrected appellants' opening brief. | L520 | 0.20 | 261.00 | 52.20 |
| MEH | 07/24/12 | Monitor docket for corrected appellants' opening brief. | L520 | 0.20 | 261.00 | 52.20 |
| MEH | 07/25/12 | Review appellants' motion for extension of time to file corrected appellants' opening brief and strategize appropriate response. | L510 | 0.50 | 261.00 | 130.50 |
| | | **TOTAL** | | **4.20** | | **$1,103.40** |

## COSTS & EXPENSES

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| | | | |
|---|---|---|---|
| Invoice No.    324370 | CLIENT    GMAC ResCap | | Page        2 |
| | MATTER    Von Brincken, Shelley & John | | |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.80 | $216.00 |
| L510 | Appellate Motions & Submission | 2.60 | $678.60 |
| L520 | Appellate Briefs | 0.80 | $208.80 |
| | **TOTAL** | **4.20** | **$1,103.40** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Buell, Edward | ERB | Associate | 0.40 | 279.00 | $111.60 |
| Holt, M. Elizabeth | MEH | Associate | 3.80 | 261.00 | $991.80 |
| | **Total** | | **4.20** | | **$1,103.40** |

| | |
|---|---|
| PRIOR FEES | $8,761.50 |
| PRIOR COSTS & EXPENSES | $2,338.75 |

| | |
|---|---|
| FEES | $1,103.40 |
| **TOTAL THIS INVOICE** | **$1,103.40** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      324371      JBS                                          August 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000      GMAC ResCap
MATTER      1014      Villapando, Christine L.
C/M# 716898

**TOTAL AMOUNT DUE**              **$314.10**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      324371      JBS                                      August 15, 2012

GMAC Mortgage, LLC
  Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1014      Villapando, Christine L.
                      C/M# 716898

### FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| SMH | 07/31/12 | Attention to proposed notice of bankruptcy stay. | L210 | 0.20 | 333.00 | 66.60 |
| PG | 07/31/12 | Revise and finalize revised notice of stay with cover letter to Plaintiff's Counsel and draft email to client re: same. | L210 | 1.00 | 247.50 | 247.50 |
| | | **TOTAL** | | **1.20** | | **$314.10** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L210 | Pleadings | 1.20 | $314.10 |
| | **TOTAL** | **1.20** | **$314.10** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Grammatico, Paul | PG | Associate | 1.00 | 247.50 | $247.50 |
| Hankins, Suzanne | SMH | Member | 0.20 | 333.00 | $66.60 |
| | | **Total** | **1.20** | | **$314.10** |

PRIOR FEES                        $25,988.40
PRIOR COSTS & EXPENSES              $1,397.40

| | | |
|---|---|---|
| FEES | | $314.10 |
| **TOTAL THIS INVOICE** | | **$314.10** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324372    JBS                                    August 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1042 | Gillard, Griselda L. |
| | | GMAC Matter No.: 718047 |

**TOTAL AMOUNT DUE**            **$463.05**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324372    JBS                                              August 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1042    Gillard, Griselda L.
GMAC Matter No.: 718047

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| RJG | 07/11/12 | Attention to demurrer, bankruptcy stay, interim stay order and pending case issues and correspondence with our client to advise regarding the same. | L120 | 0.30 | 274.50 | 82.35 |
| RJG | 07/11/12 | Attention to demurrer, pending case and bankruptcy stay issues and correspondence with title company counsel to address the same. | L250 | 0.30 | 274.50 | 82.35 |
| KWF | 07/11/12 | Review and analyze supplemental order from bankruptcy court re scope of automatic stay, prepare email to client A. Hartshorn re rescheduling demurrer. | L190 | 0.60 | 270.00 | 162.00 |
| KWF | 07/11/12 | Teleconference with client A. Hartshorn ; prepare email to title counsel re rescheduling of demurrer. | L240 | 0.20 | 270.00 | 54.00 |
| RJG | 07/31/12 | Attention to application of the bankruptcy final order to pending case claims and correspondence with title company counsel to advise regarding the same. | L120 | 0.30 | 274.50 | 82.35 |
| KWF | 07/31/12 | Analyze file status, prepare email to title counsel, D. Leonhardt, re amended notice of bankruptcy. | L190 | 0.00 | 270.00 | 0.00 |
| | | **TOTAL** | | **1.70** | | **$463.05** |

## COSTS & EXPENSES

## BILLING SUMMARY
Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement