# Exhibit E-5

# Severson &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324372    CLIENT    GMAC ResCap                                    Page        2
                        MATTER    Gillard, Griselda L.

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.60 | $164.70 |
| L190 | Other Case Assessment | 0.60 | $162.00 |
| L240 | Dispositive Motions | 0.20 | $54.00 |
| L250 | Other Written Motions | 0.30 | $82.35 |
| | **TOTAL** | **1.70** | **$463.05** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Franich, Kerry | KWF | Associate | 0.80 | 270.00 | $216.00 |
| Gandy, Robert | RJG | Special Counsel | 0.90 | 274.50 | $247.05 |
| | **Total** | | **1.70** | | **$463.05** |

PRIOR FEES                          $8,248.95
PRIOR COSTS & EXPENSES           $516.09

                                                    FEES            $463.05
                          **TOTAL THIS INVOICE**              $463.05

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324373    JBS                                    August 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1051 | Nemour, Heather A. |
| | | C/M# 718273 |

**TOTAL AMOUNT DUE**        **$425.70**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324373    JBS                                        August 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1051    Nemour, Heather A.
                        C/M# 718273

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    07/31/2012

| Atty | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| MJE | 07/06/12 | Review of file and docket and exchange L140 of emails with counsel for MERS | 0.50 | 279.00 | 139.50 |
| MJE | 07/10/12 | Draft and revision of revised Notice of L250 Judgment pursuant to recently received demand from Court | 0.50 | 279.00 | 139.50 |
| | | **TOTAL** | **1.00** | | **$279.00** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 07/06/12 | First Legal Network, LLC; Transmittal of filing to court; SDSC- San Diego 6/12/12 | 29.75 |
| 07/06/12 | First Legal Network, LLC; Transmittal of filing to court; SDSC- San Diego 6/13/12 | 29.75 |
| 07/16/12 | One Legal, Inc.; Transmittal of filing to court; Defendant's Reply in Support of Demurrer to Plaintiff's Second...05/15/12 | 49.95 |
| 07/20/12 | First Legal Network, LLC; Transmittal of filing to court; San Diego County Court 6/26/12 | 29.75 |
| 07/23/12 | Cardmember Service/Bank One (Acct #7755); Court and Filing Fees; SDSUPCT ROA - CA 06/27/12 | 7.50 |

**TOTAL COSTS & EXPENSES**                              **$146.70**

## BILLING SUMMARY

| Task Code and Description | Hours | Amount |
|---------------------------|-------|--------|

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.  324373 | CLIENT  GMAC ResCap | | | Page | 2 |
| | MATTER  Nemour, Heather A. | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| L140 | Document/File Management | | 0.50 | $139.50 | | |
| L250 | Other Written Motions | | 0.50 | $139.50 | | |
| | **TOTAL** | | **1.00** | **$279.00** | | |

| **Timekeeper** | | **Position** | | **Hours** | **Rate** | **Value** |
|---|---|---|---|---|---|---|
| Esposito, Matthew | MJE | Associate | | 1.00 | 279.00 | $279.00 |
| | **Total** | | | **1.00** | | **$279.00** |

PRIOR FEES                  $25,885.35
PRIOR COSTS & EXPENSES      $3,064.84

|  |  |
|---|---|
| FEES | $279.00 |
| COSTS & EXPENSES | $146.70 |
| **TOTAL THIS INVOICE** | **$425.70** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324374    JBS

August 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     19000    GMAC ResCap
MATTER     1053     Crnic, Carol Ann and Terry
                    C/M# 718068

**TOTAL AMOUNT DUE**          **$520.25**

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324374    JBS                                            August 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  1053    Crnic, Carol Ann and Terry
C/M# 718068

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| JHT | 07/03/12 | Reviewed Court's Order Requesting Revised Proposed Order on Ex Parte Application to Dismiss Action. | L210 | 0.20 | 238.50 | 47.70 |
| JHT | 07/09/12 | Revised Proposed Order on Ex Parte Application to Dismiss Carol Ann Crnic's Action. | L210 | 0.30 | 238.50 | 71.55 |
| RJG | 07/27/12 | Attention to bankruptcy stay and pending case issues and correspondence with our client to respond to an inquiry regarding the same. | L120 | 0.30 | 274.50 | 82.35 |
| YS | 07/27/12 | Draft notice of ruling on ex parte application dismissing plaintiff Carol Ann Crnic's case | L210 | 0.30 | 238.50 | 71.55 |
| YS | 07/30/12 | Receipt, review and analysis of the Court's order continuing the hearing on co-defendant Aurora's demurrer and motion to strike plaintiffs' amended complaint | L120 | 0.10 | 238.50 | 23.85 |
| YS | 07/31/12 | Draft case status update for client report | L190 | 0.10 | 238.50 | 23.85 |
| | | **TOTAL** | | **1.30** | | **$320.85** |

## COSTS & EXPENSES

| | | |
|--|--|--|
| 07/06/12 | First Legal Network, LLC; Transmittal of filing to court; VCSC- Ventura 6/1/12 | 29.75 |
| 07/12/12 | One Legal, Inc.; Transmittal of filing to court; Def. ETS' Notice of BK, Def. Homecoming's Notice of BK 06/26/12 | 49.95 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. 324374 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|
| | MATTER | Crnic, Carol Ann & Terry | | |

| | | |
|---|---|---|
| 07/18/12 | One Legal, Inc.; Transmittal of filing to court; Notice of Ruling re Defs. Ex Parte, Proposed Order 07/02/12 | 49.95 |
| 07/20/12 | First Legal Network, LLC; Transmittal of filing to court; VCSC- Ventura, Advance ck. $40.00 6/19/12 | 69.75 |
| | **TOTAL COSTS & EXPENSES** | **$199.40** |

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.40 | $106.20 |
| L190 | Other Case Assessment | 0.10 | $23.85 |
| L210 | Pleadings | 0.80 | $190.80 |
| | **TOTAL** | **1.30** | **$320.85** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Tuffaha, Joe | JHT | Associate | 0.50 | 238.50 | $119.25 |
| Gandy, Robert | RJG | Special Counsel | 0.30 | 274.50 | $82.35 |
| Shaham, Yaron | YS | Special Counsel | 0.50 | 238.50 | $119.25 |
| | **Total** | | **1.30** | | **$320.85** |

| | |
|---|---|
| PRIOR FEES | $20,533.50 |
| PRIOR COSTS & EXPENSES | $2,565.30 |

| | |
|---|---|
| FEES | $320.85 |
| COSTS & EXPENSES | $199.40 |
| **TOTAL THIS INVOICE** | **$520.25** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324375    JBS

August 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1074 | Smith, Tia |
| | | GMAC Matter No.:  719188 |

**TOTAL AMOUNT DUE**        **$1,074.60**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324375    JBS                                          August 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1074    Smith, Tia
GMAC Matter No.:  719188

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| DL | 07/16/12 | Receive telephone call from plaintiff re ex parte to extend time to file amended complaint; and analyze written notice re same; prepare correspondence to client re same. | L190 | 0.30 | 288.00 | 86.40 |
| DL | 07/20/12 | Exchange correspondence with mediator and plaintiff re status o GMAC's bankruptcy, litigation and filing of amended complaint. | L160 | 0.20 | 288.00 | 57.60 |
| DL | 07/23/12 | Analyze court docket re status of plaintif filing amended complaint. | L190 | 0.10 | 288.00 | 28.80 |
| DL | 07/25/12 | Analyze plaintiff's notice of ruling denying motion to consolidate cases. | L210 | 0.10 | 288.00 | 28.80 |
| DL | 07/25/12 | Analyze plaintiff's notice of ruling denying leave to file third amended complaint. | L430 | 0.10 | 288.00 | 28.80 |
| DL | 07/25/12 | Analyze plaintiff's 180-page second amended complaint alleging 30 causes of action. | L210 | 0.80 | 288.00 | 230.40 |
| DL | 07/26/12 | Analyze plaintiff's motion for leave to file third amended complaint; and analyze 200 page third amended complaint. | L430 | 0.70 | 288.00 | 201.60 |
| DL | 07/27/12 | Prepare correspondence to client re status of filing second amended complaint. | L190 | 0.10 | 288.00 | 28.80 |
| SMH | 07/30/12 | Attention to second amended complaint, recommended strategy. | L210 | 0.20 | 333.00 | 66.60 |
| DL | 07/30/12 | Prepare analysis of parties and claims alleged in second amended complaint | L210 | 1.00 | 288.00 | 288.00 |

Payment is due **30 days** of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. 324375 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|
| | MATTER | Smith, Tia | | | | |

|   |   | and responding to complaint; prepare correspondence to client re filing of motion for leave to file third amended complaint. |   |   |   |   |
|---|---|---|---|---|---|---|
| DL | 07/30/12 | Prepare case update on chart for client. | L190 | 0.10 | 288.00 | 28.80 |
|   |   | **TOTAL** | | **3.70** | | **$1,074.60** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L160 | Settlement/Non-Binding ADR | 0.20 | $57.60 |
| L190 | Other Case Assessment | 0.60 | $172.80 |
| L210 | Pleadings | 2.10 | $613.80 |
| L430 | Written Motions/Submissions | 0.80 | $230.40 |
| | **TOTAL** | **3.70** | **$1,074.60** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Liu, David | DL | Associate | 3.50 | 288.00 | $1,008.00 |
| Hankins, Suzanne | SMH | Member | 0.20 | 333.00 | $66.60 |
| | Total | | **3.70** | | **$1,074.60** |

| PRIOR FEES | $20,239.20 |
|---|---|
| PRIOR COSTS & EXPENSES | $3,697.75 |

| FEES | $1,074.60 |
|---|---|
| **TOTAL THIS INVOICE** | **$1,074.60** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324376    JBS                                      August 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     19000    GMAC ResCap
MATTER     1077    Schneidereit, Jeff and Adele
                   GMAC Matter No.: 719297

**TOTAL AMOUNT DUE**        $9,184.05

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324376    JBS                                        August 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  1077    Schneidereit, Jeff and Adele
                         GMAC Matter No.: 719297

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| RJG | 07/02/12 | Analysis and evaluation of Plaintiff's notices of appeal, attention to appeal strategy and issues and attention to our client to advise regarding the same. | L510 | 0.40 | 274.50 | 109.80 |
| KWF | 07/02/12 | Review and analyze notices of appeal from plaintiffs, prepare emails to J. Chilton and client A. Angelo. | L510 | 0.50 | 270.00 | 135.00 |
| JTC | 07/03/12 | Review emergency application for stay. Research re appointment of counsel under 42 USC 3613 and appealability of order denying appointment.  Draft opposition to stay motion. | L190 | 4.30 | 490.50 | 2,109.15 |
| RJG | 07/03/12 | Analysis and evaluation of issues regarding Plaintiffs' multiple appeals and correspondence with our client to advise regarding the same. | L510 | 0.50 | 274.50 | 137.25 |
| RJG | 07/03/12 | Attention to pending case and appeal issues and correspondence with co-defendants' counsel to address the same. | L510 | 0.30 | 274.50 | 82.35 |
| KWF | 07/03/12 | Review and analyze emergency motion to stay trial court proceedings in North Circuit Court of Appeals, confer with J. Chilton re same. | L250 | 1.50 | 270.00 | 405.00 |
| KWF | 07/03/12 | Prepare email to client A. Angelo re emergency motion to stay trial court proceedings. | L150 | 0.40 | 270.00 | 108.00 |
| RJG | 07/05/12 | Analysis and evaluation of pending appeal issues, attention to appeal strategy, and correspondence with our | L510 | 0.40 | 274.50 | 109.80 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 324376 | CLIENT | GMAC ResCap | | | | Page | 2 |
| | | MATTER | Schneidereit, Jeff & Adele | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | client to address the same. | | | | |
| KWF | 07/05/12 | Review and analyze draft opposition to emergency motion to stay trial court proceedings. | L250 | 0.20 | 270.00 | 54.00 |
| RJG | 07/06/12 | Analysis and evaluation of Plaintiffs' reply to opposition to the motion to stay the district court action and attention to pending appeal issues. | L510 | 0.30 | 274.50 | 82.35 |
| KWF | 07/06/12 | Review and analyze plaintiffs' reply in support of motion to stay trial proceedings. | L250 | 0.30 | 270.00 | 81.00 |
| RJG | 07/09/12 | Attention to pending civil case and appeal issues and correspondence with our client to address the same. | L120 | 0.30 | 274.50 | 82.35 |
| JTC | 07/11/12 | Review motion for appointment of counsel | L190 | 0.40 | 490.50 | 196.20 |
| RJG | 07/11/12 | Analysis and evaluation of the appellate order regarding Plaintiffs' appointment of counsel appeal and Plaintiffs' motion for appointment of counsel and correspondence with our client to advise regarding the same. | L510 | 0.50 | 274.50 | 137.25 |
| KWF | 07/11/12 | Review and analyze order from Ninth Circuit Court dismissing appeal and vacating motion, analyze Wilburn decision. | L510 | 0.40 | 270.00 | 108.00 |
| KWF | 07/11/12 | Review and analyze motion for appointment of counsel in Ninth Circuit, prepare email to client A. Angelo re same. | L510 | 1.50 | 270.00 | 405.00 |
| RJG | 07/12/12 | Analysis and evaluation of the court's ruling on Plaintiffs' motion for leave to file a fourth amended complaint, and pending case and appeal issues and strategy, and correspondence with our client to advise regarding the same. | L250 | 0.40 | 274.50 | 109.80 |
| KWF | 07/12/12 | Review and analyze order granting motion for leave to amend, confer with R. Gandy re impact of same. | L210 | 0.50 | 270.00 | 135.00 |
| KWF | 07/12/12 | Prepare email to client A. Angelo re order granting motion for leave to amend. | L210 | 0.50 | 270.00 | 135.00 |
| JTC | 07/13/12 | Prepare and file motion to dismiss | L510 | 3.90 | 490.50 | 1,912.95 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.   324376        CLIENT    GMAC ResCap                          Page      3
                            MATTER    Schneidereit, Jeff & Adele

| | | | | | | |
|---|---|---|---|---|---|---|
| | | appeal and opposition to motion for appointment of appellate counsel. | | | | |
| RJG | 07/13/12 | Analysis and evaluation of issues regarding Plaintiffs' pending appeal motions and correspondence with our client to address the same. | L510 | 0.50 | 274.50 | 137.25 |
| KWF | 07/13/12 | Review and analyze draft motion to dismiss appeals and opposition to motion to appoint counsel. | L240 | 0.20 | 270.00 | 54.00 |
| RJG | 07/16/12 | Analysis and evaluation of issues regarding Plaintiffs' motion to appoint counsel and to file documents under seal and attention to pending case issues and response strategy. | L120 | 0.50 | 274.50 | 137.25 |
| RJG | 07/18/12 | Analysis and evaluation of Plaintiffs' reply to response to Plaintiffs' motion to appoint counsel and pending appeal issues. | L510 | 0.40 | 274.50 | 109.80 |
| KWF | 07/18/12 | Review and analyze plaintiffs' reply to motion to appoint counsel, motion to dismiss appeals. | L510 | 0.30 | 270.00 | 81.00 |
| RJG | 07/19/12 | Attention to response to oppositions to Plaintiffs' motion to appoint counsel and pending appeal issues and strategy. | L510 | 0.30 | 274.50 | 82.35 |
| RJG | 07/23/12 | Analysis and evaluation of Plaintiffs' oppositions to the motions to dismiss the appeal and supporting documents. | L250 | 0.50 | 274.50 | 137.25 |
| KWF | 07/23/12 | Review and analyze plaintiffs' opposition to motion to dismiss appeals. | L250 | 0.40 | 270.00 | 108.00 |
| JTC | 07/26/12 | Review opposition to motion to dismiss appeals. Draft reply memo. | L210 | 3.20 | 490.50 | 1,569.60 |
| RJG | 07/26/12 | Attention to reply to motion to dismiss and appeal strategy issues. | L510 | 0.30 | 274.50 | 82.35 |
| KWF | 07/27/12 | Review and analyze reply in support of motion to dismissal appeal. | L210 | 0.10 | 270.00 | 27.00 |
| | | **TOTAL** | | **24.20** | | **$9,161.10** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 07/12/12 | One Legal, Inc.; Transmittal of filing to court; Opposition 06/25/12 | 22.95 |
| | **TOTAL COSTS & EXPENSES** | **$22.95** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.   324376 | CLIENT | GMAC ResCap | Page | 4 |
|---|---|---|---|---|
| | MATTER | Schneidereit, Jeff & Adele | | |

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.80 | $219.60 |
| L150 | Budgeting | 0.40 | $108.00 |
| L190 | Other Case Assessment | 4.70 | $2,305.35 |
| L210 | Pleadings | 4.30 | $1,866.60 |
| L240 | Dispositive Motions | 0.20 | $54.00 |
| L250 | Other Written Motions | 3.30 | $895.05 |
| L510 | Appellate Motions & Submission | 10.50 | $3,712.50 |
| | **TOTAL** | **24.20** | **$9,161.10** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Chilton, Jan T. | JTC | Member | 11.80 | 490.50 | $5,787.90 |
| Franich, Kerry | KWF | Associate | 6.80 | 270.00 | $1,836.00 |
| Gandy, Robert | RJG | Special Counsel | 5.60 | 274.50 | $1,537.20 |
| | **Total** | | **24.20** | | **$9,161.10** |

| | |
|---|---|
| PRIOR FEES | $78,305.85 |
| PRIOR COSTS & EXPENSES | $828.69 |

| | |
|---|---|
| FEES | $9,161.10 |
| COSTS & EXPENSES | $22.95 |
| **TOTAL THIS INVOICE** | **$9,184.05** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     324377     JBS                                    August 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1093 | Vasquez, Eusebio and Susana |
| | | GMAC Matter No.: 719657 |

**TOTAL AMOUNT DUE**          $4,334.83

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324377    JBS

August 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1093    Vasquez, Eusebio and Susana
GMAC Matter No.: 719657

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| JHT | 07/08/12 | Corresponded with Client Re. Loan Modification Docuemtns. | L190 | 0.20 | 238.50 | 47.70 |
| DL | 07/09/12 | Attend mandatory case management conference; prepare memorandum re continuance of status conference. | L230 | 3.10 | 288.00 | 892.80 |
| JHT | 07/09/12 | Corresponded with Client Re. Postponment of Foreclosure Sale. | L190 | 0.20 | 238.50 | 47.70 |
| JHT | 07/10/12 | Corresponded with Client Re. Loan Modification Offer. | L190 | 0.20 | 238.50 | 47.70 |
| JHT | 07/10/12 | Corresponded with Plaintiffs' Counsel Re. Loan Modification Offer. | L190 | 0.20 | 238.50 | 47.70 |
| YS | 07/11/12 | Review and analysis of the plaintiffs' opposition to clients' demurrer to plaintiffs' second amended complaint and determine how to reply | L120 | 0.20 | 238.50 | 47.70 |
| JHT | 07/11/12 | Reviewed/Analysed Opposition to Demurrer to SAC. | L210 | 0.50 | 238.50 | 119.25 |
| YS | 07/18/12 | Further drafting and revising of clients' reply to opposition received to demurrer to plaintiffs' second amended complaint | L210 | 0.20 | 238.50 | 47.70 |
| JHT | 07/18/12 | Drafted Reply ISO Demurrer to SAC. | L210 | 2.00 | 238.50 | 477.00 |
| RJG | 07/19/12 | Attention to bankruptcy stay and pending case issues and correspondence with Plaintiffs' counsel to respond to an inquiry regarding the same. | L120 | 0.30 | 274.50 | 82.35 |
| YS | 07/19/12 | Draft correspondence to plaintiff's counsel regarding the effect of Homecomings' bankruptcy filing on the progress of this case | L190 | 0.30 | 238.50 | 71.55 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 324377 | CLIENT | GMAC ResCap | | | Page | 2 |
| | | MATTER | Vasquez, Eusebio & Susana | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| JHT | 07/19/12 | Reviewed Correspondence from Plaintiffs' Counsel Re. Bankruptcy Status of GMACM. | L190 | 0.20 | 238.50 | 47.70 |
| RJG | 07/25/12 | Attention to informal resolution terms and issues and correspondence with Plaintiff's counsel to address the same. | L160 | 0.30 | 274.50 | 82.35 |
| RJG | 07/25/12 | Attention to settlement issues and correspondence with our client to advise regarding the same. | L160 | 0.20 | 274.50 | 54.90 |
| JHT | 07/25/12 | Corresponded with Plaintiffs' Counsel Re. Loan Modification and Dismissal of Case. | L190 | 0.30 | 238.50 | 71.55 |
| JHT | 07/25/12 | Corresponded with Client Re. Loan Modification and Dismissal of Case. | L190 | 0.10 | 238.50 | 23.85 |
| RJG | 07/26/12 | Attention to settlement terms and issues and correspondence with our client contact to respond to an inquiry regarding the same. | L160 | 0.30 | 274.50 | 82.35 |
| RJG | 07/26/12 | Attention to settlement agreement terms and issues and correspondence with our client contact to advise regarding the same. | L160 | 0.30 | 274.50 | 82.35 |
| YS | 07/26/12 | Receipt, review and analysis of proposed dismissal of the case from plaintiff's counsel | L120 | 0.10 | 238.50 | 23.85 |
| YS | 07/26/12 | telephone conference with plaintiff's counsel regarding the dismissal of the case, loan modification, and settlement agreement | L190 | 0.20 | 238.50 | 47.70 |
| JHT | 07/26/12 | Reviewed Request for Dismissal. | L190 | 0.10 | 238.50 | 23.85 |
| JHT | 07/26/12 | Corresponded with Client Re. Settlement Agreement. | L190 | 0.10 | 238.50 | 23.85 |
| JHT | 07/29/12 | Prepared for Hearing on Demurrer to SAC. | L210 | 1.00 | 238.50 | 238.50 |
| RJG | 07/30/12 | Attention to the court's ruling on the demurrer to the second amended complaint and proposed informal resolution issues and correspondence with our client to advise regarding the same. | L120 | 0.30 | 274.50 | 82.35 |
| JHT | 07/30/12 | Drafted Letter to Plaintiffs' Counsel Re. Erroneous Notice of Settlement. | L190 | 0.70 | 238.50 | 166.95 |
| JHT | 07/30/12 | Drafted Notice of Ruling. | L210 | 0.30 | 238.50 | 71.55 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 324377 | CLIENT | GMAC ResCap | | | Page | 3 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Vasquez, Eusebio & Susana | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| JHT | 07/30/12 | Drafted Proposed Judgment of Dismissal. | L210 | 0.40 | 238.50 | 95.40 |
| JHT | 07/30/12 | Corresponded with Client Re. Case Status. | L190 | 0.20 | 238.50 | 47.70 |
| JHT | 07/30/12 | Appeared at Hearing on Demurrer to SAC. | L210 | 4.00 | 238.50 | 954.00 |
| YS | 07/31/12 | Draft case status update for client report | L190 | 0.10 | 238.50 | 23.85 |
| | | **TOTAL** | | **16.60** | | **$4,173.75** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 07/12/12 | One Legal, Inc.; Transmittal of filing to court; Case Management Statement 06/26/12 | 61.45 |
| 07/19/12 | David M. Liu; Transportation; Case Mangaement Conference, LA- Torrance 7/9/12 | 39.68 |
| 07/30/12 | One Legal, Inc.; Transmittal of filing to court; Defs, Reply ISO Demurrrer to Pl's SAC 07/24/12 | 59.95 |
| | **TOTAL COSTS & EXPENSES** | **$161.08** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.90 | $236.25 |
| L160 | Settlement/Non-Binding ADR | 1.10 | $301.95 |
| L190 | Other Case Assessment | 3.10 | $739.35 |
| L210 | Pleadings | 8.40 | $2,003.40 |
| L230 | Court Mandated Conferences | 3.10 | $892.80 |
| | **TOTAL** | **16.60** | **$4,173.75** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Liu, David | DL | Associate | 3.10 | 288.00 | $892.80 |
| Tuffaha, Joe | JHT | Associate | 10.70 | 238.50 | $2,551.95 |
| Gandy, Robert | RJG | Special Counsel | 1.70 | 274.50 | $466.65 |
| Shaham, Yaron | YS | Special Counsel | 1.10 | 238.50 | $262.35 |
| | **Total** | | **16.60** | | **$4,173.75** |

| | |
|---|---|
| PRIOR FEES | $11,140.20 |
| PRIOR COSTS & EXPENSES | $2,035.49 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324377        CLIENT    GMAC ResCap                    Page        4
                            MATTER    Vasquez, Eusebio & Susana

| | |
|---|---|
| FEES | $4,173.75 |
| COSTS & EXPENSES | $161.08 |
| **TOTAL THIS INVOICE** | **$4,334.83** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324378    JBS

August 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1101    Yuasa, Sherri
C/M# 720122

**TOTAL AMOUNT DUE**          **$1,028.25**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324378    JBS                                    August 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1101    Yuasa, Sherri
C/M# 720122

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| KWF | 07/06/12 | Review and analyze plaintiff's opposition to demurrer and motion for judgment on the pleadings. | L240 | 0.30 | 270.00 | 81.00 |
| KWF | 07/11/12 | Review and analyze co-defendant's rely in support of demurrer to complaint. | L240 | 0.20 | 270.00 | 54.00 |
| KWF | 07/12/12 | Review and analyze reply brief in support of co-defendant's demurrer. | L240 | 0.20 | 270.00 | 54.00 |
| KWF | 07/17/12 | Review file in preparation for hearing on case management conference and co-defendants' demurrer. | L240 | 0.30 | 270.00 | 81.00 |
| KWF | 07/18/12 | Appear at case management conference. | L230 | 2.40 | 270.00 | 648.00 |
| SMH | 07/19/12 | Attention to demurrer results, i.e. overruled as to breach of contract. | L190 | 0.10 | 333.00 | 33.30 |
| KWF | 07/19/12 | Prepare status update to client J. Holtgren re results of case management conference. | L230 | 0.10 | 270.00 | 27.00 |
| | | **TOTAL** | | **3.60** | | **$978.30** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 07/13/12 | One Legal, Inc.; Transmittal of filing to court; Case Management Statement 06/28/12 | 49.95 |
| | **TOTAL COSTS & EXPENSES** | **$49.95** |

## BILLING SUMMARY

| Task Code and Description | Hours | Amount |
|--------------------------|-------|--------|

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. 324378 | CLIENT | GMAC ResCap | | Page | 2 |
|---|---|---|---|---|---|
| | MATTER | Yuasa, Sherri | | | |

| | | | | | |
|---|---|---|---|---|---|
| L190 | Other Case Assessment | | 0.10 | $33.30 | |
| L230 | Court Mandated Conferences | | 2.50 | $675.00 | |
| L240 | Dispositive Motions | | 1.00 | $270.00 | |
| | **TOTAL** | | **3.60** | **$978.30** | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Franich, Kerry | KWF | Associate | 3.50 | 270.00 | $945.00 |
| Hankins, Suzanne | SMH | Member | 0.10 | 333.00 | $33.30 |
| | **Total** | | **3.60** | | **$978.30** |

| | | |
|---|---|---|
| PRIOR FEES | $13,167.90 | |
| PRIOR COSTS & EXPENSES | $1,157.89 | |

| | | |
|---|---|---|
| FEES | $978.30 |
| COSTS & EXPENSES | $49.95 |
| **TOTAL THIS INVOICE** | **$1,028.25** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324379    JBS                                   August 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1109 | Avila, Magdalena |
| | | GMAC Matter No.: 720637 |

**TOTAL AMOUNT DUE**          **$1,888.20**

# *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324379    JBS                                     August 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1109    Avila, Magdalena
                         GMAC Matter No.: 720637

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| RJG | 07/02/12 | Attention to settlement terms and issues and correspondence with our client to address the same. | L160 | 0.30 | 274.50 | 82.35 |
| RJG | 07/03/12 | Attention to settlement and pending case issues and correspondence with our client to address the same. | L160 | 0.30 | 274.50 | 82.35 |
| JHT | 07/03/12 | Corresponded with Plaintiff's Counsel Re. Renegotiated Settlement Agreement. | L190 | 0.20 | 238.50 | 47.70 |
| JHT | 07/09/12 | Corresponded with Plaintiff's Counsel Re. Settlement Agreement. | L190 | 0.20 | 238.50 | 47.70 |
| RJG | 07/17/12 | Analysis and evaluation of settlement terms and final case issues and correspondence with our client and Plaintiff's counsel to address the same. | L160 | 0.40 | 274.50 | 109.80 |
| JHT | 07/17/12 | Corresponded with Client Re. Settlement Agreement. | L190 | 0.20 | 238.50 | 47.70 |
| JHT | 07/17/12 | Reviewed Executed Settlement Agreement. | L160 | 0.20 | 238.50 | 47.70 |
| JHT | 07/17/12 | Corresponded with Plaintiff's Counsel Re. Executed Settlement Agreement. | L160 | 0.20 | 238.50 | 47.70 |
| RJG | 07/23/12 | Analysis and evaluation of order to show cause regarding dismissal and final settlement issues and correspondence with our client contact and Plaintiffs' counsel to address the same. | L230 | 0.50 | 274.50 | 137.25 |
| JHT | 07/23/12 | Prepared for OSC Re. Dismissal. | L190 | 0.30 | 238.50 | 71.55 |
| JHT | 07/23/12 | Reviewed Request for Dismissal of Action. | L210 | 0.10 | 238.50 | 23.85 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 324379 | CLIENT | GMAC ResCap | | | Page | 2 |
| | | MATTER | Avila, Magdalena | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| JHT | 07/23/12 | Corresponded with Plaintiff's Counsel Re. Request for Dismissal and Scheduled OSC Re. Dismissal. | L190 | 0.30 | 238.50 | 71.55 |
| RJG | 07/24/12 | Attention to results of the order to show cause regarding dismissal hearing and correspondence with our client contact and Plaintiffs' counsel to advise regarding final case issues. | L120 | 0.30 | 274.50 | 82.35 |
| YS | 07/24/12 | Receipt, review and analysis of plaintiff's dismissal of the case | L120 | 0.10 | 238.50 | 23.85 |
| JHT | 07/24/12 | Appeared for OSC Re. Dismissal. | L210 | 3.00 | 238.50 | 715.50 |
| JHT | 07/24/12 | Corresponded with Plaintiffs' Counsel Re. Dismissal and Documentation Re. Reduction in Principal Per Agreement. | L190 | 0.20 | 238.50 | 47.70 |
| JHT | 07/24/12 | Corresponded with Client Re. Case Status Update. | L190 | 0.10 | 238.50 | 23.85 |
| RJG | 07/26/12 | Attention to final settlement terms and issues and correspondence with our client to respond to an inquiry regarding the same. | L160 | 0.30 | 274.50 | 82.35 |
| JHT | 07/27/12 | Corresponded with Client Re. Loan Modification. | L190 | 0.10 | 238.50 | 23.85 |
| JHT | 07/30/12 | Corresponded with Client Re. Plaintiff's Inquiry Regarding Loan Payments. | L190 | 0.10 | 238.50 | 23.85 |
| JHT | 07/30/12 | Corresponded with Client Re. Plaintiff's Prior Payments on Loan. | L190 | 0.20 | 238.50 | 47.70 |
| | | **TOTAL** | | **7.60** | | **$1,888.20** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.40 | $106.20 |
| L160 | Settlement/Non-Binding ADR | 1.70 | $452.25 |
| L190 | Other Case Assessment | 1.90 | $453.15 |
| L210 | Pleadings | 3.10 | $739.35 |
| L230 | Court Mandated Conferences | 0.50 | $137.25 |
| | **TOTAL** | **7.60** | **$1,888.20** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.   324379 | CLIENT | GMAC ResCap | | | Page | 3 |
|---|---|---|---|---|---|---|
| | MATTER | Avila, Magdalena | | | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Tuffaha, Joe | JHT | Associate | 5.40 | 238.50 | $1,287.90 |
| Gandy, Robert | RJG | Special Counsel | 2.10 | 274.50 | $576.45 |
| Shaham, Yaron | YS | Special Counsel | 0.10 | 238.50 | $23.85 |
| | **Total** | | **7.60** | | **$1,888.20** |

PRIOR FEES                          $15,544.35
PRIOR COSTS & EXPENSES         $807.92


FEES          $1,888.20
**TOTAL THIS INVOICE**          **$1,888.20**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324380    JBS                                August 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
|--------|-------|-------------|
| MATTER | 1113 | Guo, Yong X. |
| | | GMAC Matter No.: 720229 |

**TOTAL AMOUNT DUE**        $2,570.99

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324380    JBS                                    August 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1113    Guo, Yong X.
GMAC Matter No.: 720229

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| YS | 07/02/12 | Review and analysis of client's proposed temporary loan modification in an effort to resolve this case | L120 | 0.20 | 238.50 | 47.70 |
| YS | 07/02/12 | Draft correspondence to plaintiff's counsel regarding proposed trial loan modification offer in an attempt to resolve this case | L160 | 0.40 | 238.50 | 95.40 |
| YS | 07/05/12 | Review and analysis of plaintiff's third amended complaint and determine how to respond | L120 | 0.40 | 238.50 | 95.40 |
| YS | 07/06/12 | Draft correspondence to plaintiffs' counsel regarding client's trial loan modification documents | L190 | 0.20 | 238.50 | 47.70 |
| YS | 07/06/12 | Receipt, review and analysis of the plaintiff's counteroffer to client's trial loan modification offer | L120 | 0.10 | 238.50 | 23.85 |
| YS | 07/06/12 | Review and analysis of client's proposed trial loan modification documents | L120 | 0.20 | 238.50 | 47.70 |
| SMH | 07/09/12 | Attention to modification offer, no potential for negotiation, discuss same with J. Tuffaha. | L160 | 0.20 | 333.00 | 66.60 |
| YS | 07/09/12 | Draft correspondence to plaintiffs' counsel regarding client's rejection of the counteroffer made ot the trial loan modification offer | L160 | 0.30 | 238.50 | 71.55 |
| YS | 07/10/12 | Telephone conference with plaintiffs' counsel regarding terms of the proposed trial loan modification offer | L160 | 0.20 | 238.50 | 47.70 |
| YS | 07/10/12 | Draft correspondence to client | L190 | 0.30 | 238.50 | 71.55 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.   324380     CLIENT   GMAC ResCap                    Page      2
                        MATTER   Guo, Yong X.

| | | | | | | |
|---|---|---|---|---|---|---|
| | | regarding plaintiffs acceptance of trial modification offer and request to continue foreclosure sale in light of said trial modification | | | | |
| JHT | 07/10/12 | Reviewed/Analyzed Third Amended Complaint. | L210 | 0.50 | 238.50 | 119.25 |
| JHT | 07/10/12 | Reviewed Correspondence from Plaintiffs' Counsel Re. Loan Modification Offer. | L190 | 0.20 | 238.50 | 47.70 |
| JHT | 07/10/12 | Reviewed Correspondence from Plaintiff's Counsel Re. Loan Modification Review. | L190 | 0.20 | 238.50 | 47.70 |
| YS | 07/16/12 | Attend the Court's case management conference hearing and determine how to proceed based on the Court's ruling | L450 | 1.30 | 238.50 | 310.05 |
| YS | 07/16/12 | Draft correspondence to and review of correspondence from plaintiffs' counsel regarding their inquiries about the proposed trial modification | L190 | 0.40 | 238.50 | 95.40 |
| YS | 07/16/12 | Receipt, review and analysis of the plaintiff's case management statement in light of pending case management conference hearing | L120 | 0.10 | 238.50 | 23.85 |
| JHT | 07/16/12 | Reviewed Correspondence from Plaintiffs' Counsel Re. Trial Modification. | L190 | 0.20 | 238.50 | 47.70 |
| YS | 07/17/12 | Draft client's verified answer, and affirmative defenses, in response to plaintiffs' verified third amended complaint | L210 | 3.30 | 238.50 | 787.05 |
| YS | 07/18/12 | Draft correspondence to client regarding content of the answer to plaintiffs' third amended complaint | L190 | 0.30 | 238.50 | 71.55 |
| YS | 07/23/12 | Draft correspondence to client regarding obtaining approval of drafted answer to plaintiff's third amended complaint | L190 | 0.20 | 238.50 | 47.70 |
| YS | 07/25/12 | Receipt, review and analysis of client's executed verification to be attached to verified answer in response to plaintiff's amended complaint | L120 | 0.10 | 238.50 | 23.85 |
| YS | 07/25/12 | Receipt, review and analysis of the Grant Deed wherein the Trust has | L120 | 0.10 | 238.50 | 23.85 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | | | | | | |
|---|---|---|---|---|---|---|
| Invoice No.   324380 | CLIENT   GMAC ResCap | | | | Page | 3 |
| | MATTER   Guo, Yong X. | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | transferred its interest in the property to plaintiffs | | | | |
| JHT | 07/25/12 | Reviewed Correspondence from Plaintiffs' Counsel Re. Title to Subject Property. | L190 | 0.20 | 238.50 | 47.70 |
| YS | 07/31/12 | Draft case status update for client report | L190 | 0.10 | 238.50 | 23.85 |
| | | **TOTAL** | | **9.70** | | **$2,332.35** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 07/06/12 | One Legal, Inc.; Transmittal of filing to court; Def. GMAC's Reply ISO Demurrer to Pl's SAC 06/20/12 | 61.20 |
| 07/11/12 | Yaron Shaham; Transportation; Transportation to/from RCSC- Central, Dept 7, hearing on Def. GMAC's Demurrer to PL's, Riverside 6/27/12 | 49.49 |
| 07/12/12 | CourtCall, LLC; CourtCall - Conference Service; 07/16/12 | 78.00 |
| 07/24/12 | One Legal, Inc.; Transmittal of filing to court; Case Management Statement 07/10/12 | 49.95 |
| | **TOTAL COSTS & EXPENSES**         **$238.64** | |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 1.20 | $286.20 |
| L160 | Settlement/Non-Binding ADR | 1.10 | $281.25 |
| L190 | Other Case Assessment | 2.30 | $548.55 |
| L210 | Pleadings | 3.80 | $906.30 |
| L450 | Trial and Hearing Attendance | 1.30 | $310.05 |
| | **TOTAL** | **9.70** | **$2,332.35** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Tuffaha, Joe | JHT | Associate | 1.30 | 238.50 | $310.05 |
| Hankins, Suzanne | SMH | Member | 0.20 | 333.00 | $66.60 |
| Shaham, Yaron | YS | Special Counsel | 8.20 | 238.50 | $1,955.70 |
| | **Total** | | **9.70** | | **$2,332.35** |

| | |
|---|---|
| PRIOR FEES | $15,945.75 |
| PRIOR COSTS & EXPENSES | $756.57 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324380    CLIENT    GMAC ResCap                    Page        4
                        MATTER    Guo, Yong X.

| | |
|---|---|
| FEES | $2,332.35 |
| COSTS & EXPENSES | $238.64 |
| **TOTAL THIS INVOICE** | **$2,570.99** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      324381      JBS

August 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000      GMAC ResCap
MATTER      1120      Manuel, Aubrey
                      GMAC Matter No.: 721026

**TOTAL AMOUNT DUE**          **$232.72**

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324381    JBS                                  August 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1120    Manuel, Aubrey
                        GMAC Matter No.: 721026

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| YS | 07/09/12 | Receipt, review and analysis of plaintiff's notice of intention to move for new trial | L120 | 0.10 | 238.50 | 23.85 |
| JHT | 07/10/12 | Reviewed Plaintiff's Notice of Intention to Move for New Trial. | L210 | 0.20 | 238.50 | 47.70 |
| YS | 07/23/12 | Receipt, review and analysis of the judgment of dismissal of the case | L120 | 0.10 | 238.50 | 23.85 |
| | | **TOTAL** | | **0.40** | | **$95.40** |

### COSTS & EXPENSES

| | | | |
|---|---|---|---|
| 07/06/12 | One Legal, Inc.; Transmittal of filing to court; Case Management Statement 06/15/12 | | 49.95 |
| 07/11/12 | Joe H. Tuffaha; Transportation; Transportation to/from LASC-Central, Dept. 72, for hearing on Def's. MERS' & GMAC's Demurrer to PL's SAC/PL's Motion for Leave File Amended Complaint 6/27/12 | | 24.42 |
| 07/13/12 | One Legal, Inc.; Transmittal of filing to court; Notice of Ruling re Pl's Motion for Leave, Notice of Ruling re Defs. Demurrer to Pl's SAC, [Proposed] Judgment 06/29/12 | | 62.95 |

**TOTAL COSTS & EXPENSES**                              **$137.32**

### BILLING SUMMARY

**Task Code and Description**              **Hours**        **Amount**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.   324381 | CLIENT   GMAC ResCap | | | | Page | 2 |
|---|---|---|---|---|---|---|
| | MATTER   Manuel, Aubrey | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| L120 | Analysis/Strategy | | 0.20 | $47.70 | | |
| L210 | Pleadings | | 0.20 | $47.70 | | |
| | **TOTAL** | | **0.40** | **$95.40** | | |

| Timekeeper | | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|---|
| Tuffaha, Joe | JHT | | Associate | 0.20 | 238.50 | $47.70 |
| Shaham, Yaron | YS | | Special Counsel | 0.20 | 238.50 | $47.70 |
| | | **Total** | | **0.40** | | **$95.40** |

| | | |
|---|---|---|
| PRIOR FEES | $15,918.30 | |
| PRIOR COSTS & EXPENSES | $2,255.66 | |

| | |
|---|---|
| FEES | $95.40 |
| COSTS & EXPENSES | $137.32 |
| **TOTAL THIS INVOICE** | **$232.72** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      324382      JBS                                        August 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1121 | Alfaro, Leonel |
| | | GMAC Matter No.: 721103 |

**TOTAL AMOUNT DUE**          $3,859.39

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324382    JBS                                    August 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  1121    Alfaro, Leonel
                         GMAC Matter No.: 721103

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| RJG | 07/03/12 | Analysis and evaluation of Plaintiff's motion for reconsideration, review and revise the opposition to the motion and correspondence with our client to advise regarding the same. | L250 | 0.70 | 274.50 | 192.15 |
| DL | 07/03/12 | Prepare and revise opposition to plaintiff's motion for reconsideration; review and distinguish cases cited in motion; prepare correspondence to client re same. | L430 | 2.30 | 288.00 | 662.40 |
| RJG | 07/05/12 | Analysis and evaluation of demurrer, motion for reconsideration and pending case issues and correspondence with our client to advise regarding the same. | L250 | 0.30 | 274.50 | 82.35 |
| DL | 07/05/12 | Prepare case update for counsel for MERS. | L190 | 0.20 | 288.00 | 57.60 |
| DL | 07/10/12 | Finalize opposition to plaintiff's motion for reconsideration; prepare case management statement. | L430 | 0.50 | 288.00 | 144.00 |
| DL | 07/11/12 | Analyze court docket for opposition to motion to dismiss. | L190 | 0.10 | 288.00 | 28.80 |
| DL | 07/12/12 | Analyze docket for filing of opposition to motion to dismiss. | L190 | 0.10 | 288.00 | 28.80 |
| RJG | 07/13/12 | Analysis and evaluation of demurrer and pending case issues and attention to the reply to the same. | L250 | 0.30 | 274.50 | 82.35 |
| DL | 07/13/12 | Analyze court docket for opposition to motion to dismiss. | L190 | 0.10 | 288.00 | 28.80 |
| DL | 07/16/12 | Check docket for opposition to motion to dismiss. | L190 | 0.10 | 288.00 | 28.80 |

Payment is due **30** days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 324382 | CLIENT | GMAC ResCap | | | Page | 2 |
| | | MATTER | Alfaro, Leonel | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| RJG | 07/20/12 | Analysis and evaluation of Plaintiff's motion to extend time to file an amended complaint and supporting documents. | L250 | 0.30 | 274.50 | 82.35 |
| DL | 07/20/12 | Revise orders for motion to dismiss and prepare for hearing on motion to dismiss. | L430 | 0.20 | 288.00 | 57.60 |
| DL | 07/20/12 | Analyze plaintiff's application to file untimely complaint and analyze proposed first amended complaint with 8 causes of action | L430 | 0.40 | 288.00 | 115.20 |
| RJG | 07/23/12 | Attention to the court's ruling on the motion for reconsideration/motion to dismiss and correspondence with our client contact to advise regarding the same. | L250 | 0.30 | 274.50 | 82.35 |
| DL | 07/23/12 | Attend hearing on GMAC's motion to dismiss and plaintiff's motion for reconsideration; prepare correspondence to client re plaintiff granted 10 days leave to amend. | L430 | 4.60 | 288.00 | 1,324.80 |
| DL | 07/24/12 | Prepare notice of ruling on motion for reconsideration, motion to dismiss and continuance of case management conference. | L430 | 0.40 | 288.00 | 115.20 |
| RJG | 07/27/12 | Attention to the results of the motion to dismiss and motion for reconsideration hearing and correspondence with our client to respond to an inquiry regarding the same. | L250 | 0.30 | 274.50 | 82.35 |
| DL | 07/30/12 | Prepare case update on chart for client. | L190 | 0.10 | 288.00 | 28.80 |
| RJG | 07/31/12 | Analysis and evaluation of third amended complaint issues and correspondence with our client to advise regarding responsive pleading strategy. | L250 | 0.40 | 274.50 | 109.80 |
| RJG | 07/31/12 | Analysis and evaluation of Plaintiff's third amended complaint. | L210 | 0.50 | 274.50 | 137.25 |
| DL | 07/31/12 | Analyze amended complaint; prepare strategy for demurring to complaint to client and MERS. | L210 | 0.80 | 288.00 | 230.40 |
| | | **TOTAL** | | **13.00** | | **$3,702.15** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.   324382 | CLIENT   GMAC ResCap | Page | 3 |
|---|---|---|---|
| | MATTER   Alfaro, Leonel | | |

### COSTS & EXPENSES

| | | |
|---|---|---|
| 07/02/12 | CourtCall, LLC; CourtCall - Conference Service; 06/27/12 | 78.00 |
| 07/06/12 | Cardmember Service/Bank One (Acct #7755); Data Search; 2541 Lombardy Blvd Los Angeles, CA 06/26/12 | 29.29 |
| 07/24/12 | One Legal, Inc.; Transmittal of filing to court; Case Management Statement, Opposition 07/11/12 | 49.95 |
| | **TOTAL COSTS & EXPENSES** | **$157.24** |

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L190 | Other Case Assessment | 0.70 | $201.60 |
| L210 | Pleadings | 1.30 | $367.65 |
| L250 | Other Written Motions | 2.60 | $713.70 |
| L430 | Written Motions/Submissions | 8.40 | $2,419.20 |
| | **TOTAL** | **13.00** | **$3,702.15** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Liu, David | DL | Associate | 9.90 | 288.00 | $2,851.20 |
| Gandy, Robert | RJG | Special Counsel | 3.10 | 274.50 | $850.95 |
| | **Total** | | **13.00** | | **$3,702.15** |

| | |
|---|---|
| PRIOR FEES | $12,884.40 |
| PRIOR COSTS & EXPENSES | $2,611.75 |

| | |
|---|---|
| FEES | $3,702.15 |
| COSTS & EXPENSES | $157.24 |
| **TOTAL THIS INVOICE** | **$3,859.39** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      324383      JBS                                    August 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000      GMAC ResCap
MATTER      1124      Simril, Barbara J.
                              GMAC Matter No.: 721144

**TOTAL AMOUNT DUE**          $5,850.00

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324383    JBS                                    August 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1124    Simril, Barbara J.
                        GMAC Matter No.: 721144

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MCN | 07/02/12 | Correspondence with Plaintiff's counsel regarding request to continue demurrer and analysis of same. | L240 | 0.40 | 306.00 | 122.40 |
| MCN | 07/05/12 | Analysis and evaluation of plaintiff's request to continue demurrer hearing and request. | L120 | 0.20 | 306.00 | 61.20 |
| MCN | 07/05/12 | Correspondence with Bonello regarding strategy for demurrer hearing and request for continuance. | L120 | 0.20 | 306.00 | 61.20 |
| MCN | 07/06/12 | Analysis and evaluation of plaintiff's request for continuance of demurrer. | L240 | 0.30 | 306.00 | 91.80 |
| MCN | 07/06/12 | Correspondence with plaintiff's counsel regarding response to request to continue and analysis of strategy for demurrer hearing. | L240 | 0.40 | 306.00 | 122.40 |
| MCN | 07/09/12 | Analysis and evaluation of settlement demand made by plaintiff and whether to continue demurrer hearing. | L160 | 0.40 | 306.00 | 122.40 |
| MCN | 07/09/12 | Correspondence with Bonello regarding settlement demand made by plaintiff. | L160 | 0.30 | 306.00 | 91.80 |
| MCN | 07/13/12 | Analysis and evaluation of court docket for status of opposition to demurrer and call to court regarding same. | L240 | 0.30 | 306.00 | 91.80 |
| MCN | 07/13/12 | Analysis and evaluation of strategy for reply brief and whether to file statement of non-receipt of opposition. | L240 | 0.70 | 306.00 | 214.20 |
| MCN | 07/13/12 | Initial draft of reply in support of demurrer. | L240 | 0.60 | 306.00 | 183.60 |
| MCN | 07/16/12 | Analysis and evaluation of opposition to demurrer and authorities cited therein | L240 | 1.70 | 306.00 | 520.20 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 324383 | CLIENT | GMAC ResCap | | | Page | 2 |
| | | MATTER | Simril, Barbara J. | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | to draft reply. | | | | |
| MCN | 07/16/12 | Drafting of arguments in reply to opposition to demurrer to fraud and 17200 claims. | L240 | 1.40 | 306.00 | 428.40 |
| MCN | 07/16/12 | Drafting of arguments in reply to opposition to negligence, breach of contract and breach of implied covenant claims. | L240 | 1.30 | 306.00 | 397.80 |
| MCN | 07/17/12 | Review and revise reply in support of demurrer. | L430 | 0.90 | 306.00 | 275.40 |
| MCN | 07/17/12 | Correspondence with Bonello. | L430 | 0.30 | 306.00 | 91.80 |
| MCN | 07/17/12 | Correspondence with Bonello. | L240 | 0.20 | 306.00 | 61.20 |
| MCN | 07/19/12 | Further analysis of strategy in view of non-receipt of demurrer opposition. | L240 | 0.20 | 306.00 | 61.20 |
| MCN | 07/19/12 | Analysis and evaluation of court's procedure for issuance of tentative ruling on demurrer and request for courtcall appearance. | L240 | 0.20 | 306.00 | 61.20 |
| MCN | 07/20/12 | Analysis and evaluation of court docket for opposition and strategy in view of plaintiff's failure to file. | L240 | 0.30 | 306.00 | 91.80 |
| MCN | 07/20/12 | Drafting of statement of NOW receipt of opposition to demurrer and analysis of deadlines for opposition and reply. | L240 | 1.30 | 306.00 | 397.80 |
| MCN | 07/23/12 | Analysis and evaluation of allegations to determine whether notice of stay should be filed. | L120 | 0.50 | 306.00 | 153.00 |
| MCN | 07/23/12 | Analysis and evaluation of Bankruptcy Court's Order to determine strategy for notice of stay. | L120 | 0.30 | 306.00 | 91.80 |
| MCN | 07/24/12 | Preparation for demurrer and case management conference hearing and review of pleadings. | L240 | 0.60 | 306.00 | 183.60 |
| MCN | 07/24/12 | Attendance at demurrer hearing and case management conference hearing. | L240 | 2.60 | 306.00 | 795.60 |
| MCN | 07/24/12 | Analysis and evaluation of strategy in view of order sustaining demurrer. | L240 | 0.30 | 306.00 | 91.80 |
| SMH | 07/25/12 | Attention to revised bankruptcy notice, impact on plaintiff's claims | L120 | 0.20 | 333.00 | 66.60 |
| MCN | 07/26/12 | Analysis and evaluation of information to be included in notice of ruling. | L120 | 0.30 | 306.00 | 91.80 |
| MCN | 07/26/12 | Analysis and evaluation of Bankruptcy stay terms and correspondence. | L120 | 0.20 | 306.00 | 61.20 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 324383 | CLIENT | GMAC ResCap | | Page | 3 |
| | | MATTER | Simril, Barbara J. | | | |

| MCN | 07/26/12 | Further draft notice of ruling regarding order sustaining demurrer and deadline to amend. | L240 | 0.20 | 306.00 | 61.20 |
|---|---|---|---|---|---|---|
| MCN | 07/26/12 | Analysis and evaluation of causes of action to determine import of stay order. | L120 | 0.30 | 306.00 | 91.80 |
| MCN | 07/30/12 | Correspondence with Bonello. | L120 | 0.60 | 306.00 | 183.60 |
| MCN | 07/30/12 | Further draft letter to plaintiff's counsel regarding summary of bankruptcy stay order and analysis of claims in order to complete same. | L120 | 0.80 | 306.00 | 244.80 |
| MCN | 07/30/12 | Draft notice of stay and analysis of procedure for serving and filing same. | L120 | 0.40 | 306.00 | 122.40 |
| MCN | 07/30/12 | Further analysis of Bankruptcy Supplemental Order to advise plaintiff's counsel of impact on case. | L120 | 0.20 | 306.00 | 61.20 |
| | | **TOTAL** | | **19.10** | | **$5,850.00** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | | |
|---|---|---|---|---|---|---|
| L120 | Analysis/Strategy | 4.20 | $1,290.60 | | | |
| L160 | Settlement/Non-Binding ADR | 0.70 | $214.20 | | | |
| L240 | Dispositive Motions | 13.00 | $3,978.00 | | | |
| L430 | Written Motions/Submissions | 1.20 | $367.20 | | | |
| | **TOTAL** | **19.10** | **$5,850.00** | | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Nowlin, Marlene | MCN | Special Counsel | 18.90 | 306.00 | $5,783.40 |
| Hankins, Suzanne | SMH | Member | 0.20 | 333.00 | $66.60 |
| | Total | | 19.10 | | $5,850.00 |

PRIOR FEES                       $19,545.75
PRIOR COSTS & EXPENSES           $2,046.39

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 324383 | CLIENT | GMAC ResCap | | Page | 4 |
| | | MATTER | Simril, Barbara J. | | | |

|  | FEES | $5,850.00 |
| --- | --- | --- |
| | **TOTAL THIS INVOICE** | **$5,850.00** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324384    JBS                                      August 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1125    Sims, Donald and Staceylynn
                  GMAC Matter No.: 721394

**TOTAL AMOUNT DUE**            **$200.25**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324384    JBS                                    August 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1125    Sims, Donald and Staceylynn
GMAC Matter No.: 721394

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| RJG | 07/06/12 | Analysis and evaluation of judgment of dismissal and final case issues and attention to the same. | L120 | 0.20 | 274.50 | 54.90 |
| YS | 07/24/12 | Receipt, review and analysis of the Judgment of Dismissal of the case with prejudice | L120 | 0.10 | 238.50 | 23.85 |
| YS | 07/24/12 | Draft notice of Judgment of Dismissal of the case with prejudice | L210 | 0.30 | 238.50 | 71.55 |
| | | **TOTAL** | | **0.60** | | **$150.30** |

### COSTS & EXPENSES

| | | |
|---|---|---|
| 07/30/12 | One Legal, Inc.; Transmittal of filing to court; Proposed Judgment of Dismissal 07/24/12 | 49.95 |
| **TOTAL COSTS & EXPENSES** | | **$49.95** |

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.30 | $78.75 |
| L210 | Pleadings | 0.30 | $71.55 |
| | **TOTAL** | **0.60** | **$150.30** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Gandy, Robert | RJG | Special Counsel | 0.20 | 274.50 | $54.90 |
| Shaham, Yaron | YS | Special Counsel | 0.40 | 238.50 | $95.40 |
| | **Total** | | **0.60** | | **$150.30** |

PRIOR FEES                          $7,967.70

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| | | | | |
|---|---|---|---|---|
| Invoice No.   324384 | CLIENT | GMAC ResCap | Page | 2 |
| | MATTER | Sims, Donald & Staceylynn | | |

PRIOR COSTS & EXPENSES                    $1,642.21

|  |  |
|---|---|
| FEES | $150.30 |
| COSTS & EXPENSES | $49.95 |
| **TOTAL THIS INVOICE** | **$200.25** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      324386      JBS                                    August 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000      GMAC ResCap
MATTER    1150      Wieland, Jacqueline O.
                          GMAC Matter No.: 722387

**TOTAL AMOUNT DUE**              **$1,322.70**

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.   324386   JBS                                                    August 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter   19000 1150   Wieland, Jacqueline O.
                      GMAC Matter No.: 722387

FOR PROFESSIONAL SERVICES RENDERED   01/01/1994          07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| DL | 07/09/12 | Analyze court docket re status of filing second amended complaint. | L190 | 0.10 | 288.00 | 28.80 |
| DL | 07/10/12 | Analyze plaintiff's adding of MortgageIT to second amended complaint; and review plaintiff's case management statement. | L190 | 0.20 | 288.00 | 57.60 |
| DL | 07/10/12 | Analyze plaintiff's second amended complaint and Doe amendments adding Deutsche Bank and HSBC Bank. | L430 | 0.40 | 288.00 | 115.20 |
| RJG | 07/11/12 | Analysis and evaluation of Plaintiff's second amended complaint and responsive pleading issues and correspondence with our client to advise regarding the same. | L250 | 0.50 | 274.50 | 137.25 |
| DL | 07/11/12 | Prepare analysis to client re claims in second amended complaint and representation of newly-added defendants. | L190 | 0.40 | 288.00 | 115.20 |
| RJG | 07/12/12 | Attention to responsive pleading issues and correspondence with our client to address the same. | L250 | 0.30 | 274.50 | 82.35 |
| DL | 07/12/12 | Analyze correspondence from client re representation of HSBC and Deutsche Bank on second amended complaint. | L190 | 0.10 | 288.00 | 28.80 |
| DL | 07/13/12 | Analyze client's correspondence to MERS' counsel re case status. | L190 | 0.10 | 288.00 | 28.80 |
| DL | 07/13/12 | Draft demurrer to second amended complaint re notice, demurrer, and strategy re defense for MERS, HSBC and Deutsche Bank; exchange | L430 | 0.50 | 288.00 | 144.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. 324386 | CLIENT   GMAC ResCap | | | | Page   2 |
|---|---|---|---|---|---|
| | MATTER   Wieland, Jacqueline O. | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | | correspondence with MortgageIT's counsel re demurring to complaint. | | | |
| DL | 07/16/12 | Exchange further correspondence with MortgageIT re representation of co-defendants and challenging assigned judge. | L190 | 0.20 | 288.00 | 57.60 |
| RJG | 07/17/12 | Attention to responsive pleading to second amended complaint and pending case issues and correspondence with our client to advise regarding the same. | L250 | 0.30 | 274.50 | 82.35 |
| DL | 07/18/12 | Analyze MortgageIT's case management statement. | L190 | 0.10 | 288.00 | 28.80 |
| DL | 07/18/12 | Attend case management conference. | L230 | 0.90 | 288.00 | 259.20 |
| DL | 07/30/12 | Prepare case update on chart for client. | L190 | 0.10 | 288.00 | 28.80 |
| | | TOTAL | | 4.20 | | $1,194.75 |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 07/16/12 | CourtCall, LLC; CourtCall - Conference Service;  07/18/12 | 78.00 |
| 07/18/12 | One Legal, Inc.; Transmittal of filing to court; Case Management Statement 07/09/12 | 49.95 |
| | **TOTAL COSTS & EXPENSES** | **$127.95** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L190 | Other Case Assessment | 1.30 | $374.40 |
| L230 | Court Mandated Conferences | 0.90 | $259.20 |
| L250 | Other Written Motions | 1.10 | $301.95 |
| L430 | Written Motions/Submissions | 0.90 | $259.20 |
| | **TOTAL** | **4.20** | **$1,194.75** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Liu, David | DL | Associate | 3.10 | 288.00 | $892.80 |
| Gandy, Robert | RJG | Special Counsel | 1.10 | 274.50 | $301.95 |
| | Total | | 4.20 | | $1,194.75 |

| | |
|---|---|
| PRIOR FEES | $23,760.60 |
| PRIOR COSTS & EXPENSES | $2,334.15 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 324386 | CLIENT | GMAC ResCap | Page | 3 |
| --- | --- | --- | --- | --- | --- |
| | | MATTER | Wieland, Jacqueline O. | | |

|  |  |
| --- | --- |
| FEES | $1,194.75 |
| COSTS & EXPENSES | $127.95 |
| **TOTAL THIS INVOICE** | **$1,322.70** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324387    JBS

August 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1151 | Shomaker, Joyce |
| | | GMAC Matter No.: 722371 |

**TOTAL AMOUNT DUE**          **$253.85**

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson
## & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| | | | | August 15, 2012 |
|---|---|---|---|---|
| Invoice No. | 324387 | JBS | | |

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter      19000 1151      Shomaker, Joyce
                                    GMAC Matter No.: 722371

FOR PROFESSIONAL SERVICES RENDERED      01/01/1994      07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| DL | 07/02/12 | Analyze recorded order on motion to expunge lis pendens. | L190 | 0.10 | 288.00 | 28.80 |
| DL | 07/11/12 | Analyze correspondence re receipt of recorded order on motion to expunge. | L190 | 0.10 | 288.00 | 28.80 |
| DL | 07/30/12 | Prepare case update on chart for client. | L190 | 0.10 | 288.00 | 28.80 |
| DL | 07/31/12 | Analyze court docket re filing of appeal from dismissal; recalculate dates for filing appeal; exchange correspondence with client to close file. | L190 | 0.30 | 288.00 | 86.40 |
| | | **TOTAL** | | **0.60** | | **$172.80** |

### COSTS & EXPENSES

| | | | |
|---|---|---|---|
| 07/20/12 | First Legal Network, LLC; Court Services; USDC- Central District 6/28/12 | | 40.55 |
| 07/20/12 | First Legal Network, LLC; Court Services; Orange County Recorder 6/29/12, Advance ck. $23.00 | | 40.50 |
| | **TOTAL COSTS & EXPENSES** | **$81.05** | |

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L190 | Other Case Assessment | 0.60 | $172.80 |
| | **TOTAL** | **0.60** | **$172.80** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Liu, David | DL | Associate | 0.60 | 288.00 | $172.80 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 324387 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Shomaker, Joyce | | |

| | **Total** | **0.60** | **$172.80** |
|---|---|---|---|

PRIOR FEES                             $15,672.00
PRIOR COSTS & EXPENSES          $705.05


| | | |
|---|---|---|
| FEES | $172.80 |
| COSTS & EXPENSES | $81.05 |
| **TOTAL THIS INVOICE** | **$253.85** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324388    JBS                                                August 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1160    Cheng, Justin and Lida
                  GMAC Matter No.: 722705

**TOTAL AMOUNT DUE**          **$648.29**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324388     JBS                                    August 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1160    Cheng, Justin and Lida
                        GMAC Matter No.: 722705

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| LJA | 07/02/12 | Conduct detailed review of file. Calculate recoverable costs associated with the case. Prepare Memorandum of Costs worksheets and summary. | L210 | 1.80 | 130.50 | 234.90 |
| RJG | 07/13/12 | Analysis and evaluation of title and foreclosure issues and attention to resolution of the same. | L120 | 0.30 | 274.50 | 82.35 |
| RJG | 07/16/12 | Analysis and evaluation of notice of entry of judgment and title issues and attention to the same. | L120 | 0.30 | 274.50 | 82.35 |
| KWF | 07/16/12 | Evaluate file status and deadline to appeal; prepare email to B. Eilenberg re notice of entry. | L190 | 0.20 | 270.00 | 54.00 |
| RJG | 07/17/12 | Analysis and evaluation of judgment of dismissal, resolution of improperly recorded title documents and final case issues and attention to the same. | L120 | 0.30 | 274.50 | 82.35 |
| BAE | 07/17/12 | Draft notice of entry of judgment. | L460 | 0.40 | 247.50 | 99.00 |
| | | **TOTAL** | | **3.30** | | **$634.95** |

### COSTS & EXPENSES

| | | |
|---|---|---|
| 07/06/12 | Cardmember Service/Bank One (Acct #7755); Data Search; 13534 Darvalle Street Los Angeles, CA 06/25/12 | 13.34 |

**TOTAL COSTS & EXPENSES**                        **$13.34**

### BILLING SUMMARY

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324388        CLIENT    GMAC ResCap                                    Page        2
                            MATTER    Cheng, Justin & Lida

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.90 | $247.05 |
| L190 | Other Case Assessment | 0.20 | $54.00 |
| L210 | Pleadings | 1.80 | $234.90 |
| L460 | Post-Trial Motions & Submissio | 0.40 | $99.00 |
| | **TOTAL** | **3.30** | **$634.95** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Eilenberg, Benjamin A. | BAE | Associate | 0.40 | 247.50 | $99.00 |
| Franich, Kerry | KWF | Associate | 0.20 | 270.00 | $54.00 |
| Ash, Laura | LJA | Paralegal | 1.80 | 130.50 | $234.90 |
| Gandy, Robert | RJG | Special Counsel | 0.90 | 274.50 | $247.05 |
| | **Total** | | **3.30** | | **$634.95** |

PRIOR FEES                        $23,883.75
PRIOR COSTS & EXPENSES             $1,694.45


                                              FEES        $634.95
                                COSTS & EXPENSES        $13.34
                            **TOTAL THIS INVOICE**        **$648.29**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     324389     JBS                                          August 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     19000     GMAC ResCap
MATTER     1163      Abele, Robert
                     GMAC Matter No.: 722707

**TOTAL AMOUNT DUE**          **$317.25**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

**Severson
&Werson**

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324389    JBS                                        August 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1163    Abele, Robert
GMAC Matter No.: 722707

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| RJG | 07/02/12 | Analysis and evaluation of demurrer and pending case issues and attention to litigation strategy. | L120 | 0.20 | 274.50 | 54.90 |
| YS | 07/25/12 | Receipt, review and analysis of co-defendant Quality Loan Service Corp.'s case management statement in light of pending case management conference hearing | L120 | 0.10 | 238.50 | 23.85 |
| JHT | 07/25/12 | Reviewed Co-Defendant Quality Loan's CMC Statement. | L190 | 0.10 | 238.50 | 23.85 |
| YS | 07/31/12 | Draft case status update for client report | L190 | 0.10 | 238.50 | 23.85 |
| YS | 07/31/12 | Receipt, review and analysis of the plaintiffs' opposition to client's demurrer to the amended complaint | L120 | 0.10 | 238.50 | 23.85 |
| JHT | 07/31/12 | Reviewed Opposition to Demurrer to FAC. | L210 | 0.70 | 238.50 | 166.95 |
| | | **TOTAL** | | **1.30** | | **$317.25** |

COSTS & EXPENSES

**BILLING SUMMARY**

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.40 | $102.60 |
| L190 | Other Case Assessment | 0.20 | $47.70 |
| L210 | Pleadings | 0.70 | $166.95 |
| | **TOTAL** | **1.30** | **$317.25** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 324389 | CLIENT | GMAC ResCap | | | Page | 2 |
| | | MATTER | Abele, Robert | | | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Tuffaha, Joe | JHT | Associate | 0.80 | 238.50 | $190.80 |
| Gandy, Robert | RJG | Special Counsel | 0.20 | 274.50 | $54.90 |
| Shaham, Yaron | YS | Special Counsel | 0.30 | 238.50 | $71.55 |
| | **Total** | | **1.30** | | **$317.25** |

PRIOR FEES                         $11,129.40
PRIOR COSTS & EXPENSES        $1,139.54

|  | FEES | $317.25 |
|---|---|---|
|  | **TOTAL THIS INVOICE** | **$317.25** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     324390      JBS                                          August 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     19000     GMAC ResCap
MATTER     1165      Robinson, Russel
                     GMAC Matter No.: 722712

**TOTAL AMOUNT DUE**          **$703.80**

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324390    JBS                                   August 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1165    Robinson, Russel
GMAC Matter No.: 722712

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MCN | 07/05/12 | Correspondence with client regarding case strategy. | L120 | 0.20 | 306.00 | 61.20 |
| MCN | 07/05/12 | Analysis and evaluation of city records to determine status of plaintiff's correction of code violations. | L120 | 0.40 | 306.00 | 122.40 |
| MCN | 07/05/12 | Analysis and evaluation of plaintiff's request to stop foreclosure in view of pending inspection. | L120 | 0.20 | 306.00 | 61.20 |
| MCN | 07/11/12 | Analysis and evaluation of request from plaintiff's counsel to further postpone trustee's sale. | L120 | 0.30 | 306.00 | 91.80 |
| MCN | 07/11/12 | Correspondence with Bonello regarding status of code violations and whether trustee's sale should be postponed. | L120 | 0.30 | 306.00 | 91.80 |
| MCN | 07/11/12 | Telephone call city inspector regarding status of violations. | L120 | 0.20 | 306.00 | 61.20 |
| MCN | 07/11/12 | Correspondence with Bonello regarding plaintiff's request for further postponement of trustee's sale based on pending inspection and analysis of strategy. | L120 | 0.50 | 306.00 | 153.00 |
| MCN | 07/12/12 | Correspondence with Bonello regarding decision to proceed with trustee's sale and telephone call to plaintiff regarding same. | L120 | 0.20 | 306.00 | 61.20 |
| | | **TOTAL** | | **2.30** | | **$703.80** |

## COSTS & EXPENSES

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324390    CLIENT    GMAC ResCap                                    Page        2
MATTER    Robinson, Russel

---

### BILLING SUMMARY

| Task Code and Description | Hours | Amount | | | |
|---|---|---|---|---|---|
| L120    Analysis/Strategy | 2.30 | $703.80 | | | |
| **TOTAL** | **2.30** | **$703.80** | | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Nowlin, Marlene | MCN | Special Counsel | 2.30 | 306.00 | $703.80 |
| | **Total** | | **2.30** | | **$703.80** |

| | |
|---|---|
| PRIOR FEES | $32,825.25 |
| PRIOR COSTS & EXPENSES | $790.78 |

| | |
|---|---|
| FEES | $703.80 |
| **TOTAL THIS INVOICE** | **$703.80** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     324391     JBS                                         August 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     19000     GMAC ResCap
MATTER     1168      Hungerford, Timothy
                     GMAC Matter No.: 723040

**TOTAL AMOUNT DUE**          $1,044.05

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324391    JBS                                         August 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1168    Hungerford, Timothy
                        GMAC Matter No.: 723040

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| RJG | 07/03/12 | Attention to informal resolution terms and issues and correspondence with our client to advise regarding the same. | L160 | 0.30 | 274.50 | 82.35 |
| DL | 07/03/12 | Analyze correspondence from plaintiff re bank statements for loan modification and postponement of sale; prepare correspondence to client re same. | L190 | 0.20 | 288.00 | 57.60 |
| RJG | 07/05/12 | Analysis and evaluation of final case issues, attention to litigation strategy and correspondence with our client to address the same. | L120 | 0.30 | 274.50 | 82.35 |
| DL | 07/05/12 | Exchange correspondence with plaintiff's counsel re loan modification and bankruptcy; exchange correspondence with client re same and seeking attorneys' fees; analyze plaintiff's notice of filing bankruptcy and prepare correspondence to client re same. | L190 | 0.40 | 288.00 | 115.20 |
| DL | 07/06/12 | Exchange correspondence with client re postponement of sale due to plaintiff's bankruptcy; prepare correspondence to plaintiff's counsel re same. | L190 | 0.20 | 288.00 | 57.60 |
| DL | 07/09/12 | Strategy re preparing for status conference required by court although defendants were dismissed. | L190 | 0.10 | 288.00 | 28.80 |
| RJG | 07/12/12 | Attention to judgment of dismissal, bankruptcy and pending case issues and correspondence with our client to advise regarding the same. | L120 | 0.30 | 274.50 | 82.35 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.  324391   CLIENT  GMAC ResCap                          Page      2
                      MATTER  Hungerford, Timothy

| DL | 07/12/12 | Strategy re results of status conference; prepare correspondence to client re continuance of status conference due to plaintiff's bankruptcy. | L190 | 0.20 | 288.00 | 57.60 |
| BAE | 07/12/12 | Attend court mandated conference in Orange County Supeior Court. | L230 | 1.30 | 247.50 | 321.75 |
| DL | 07/30/12 | Prepare case update on chart for client. | L190 | 0.10 | 288.00 | 28.80 |
| | | **TOTAL** | | **3.40** | | **$914.40** |

## COSTS & EXPENSES

| 07/06/12 | First Legal Network, LLC; Court Services; Orange County Recorder 6/11/12; Advance ck. $20.00 | 47.50 |
| 07/12/12 | DDS Legal Support Systems; Court Services; CJC, Santa Ana 6/8/12; Advance fees $26.50 | 82.15 |
| | **TOTAL COSTS & EXPENSES** | **$129.65** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.60 | $164.70 |
| L160 | Settlement/Non-Binding ADR | 0.30 | $82.35 |
| L190 | Other Case Assessment | 1.20 | $345.60 |
| L230 | Court Mandated Conferences | 1.30 | $321.75 |
| | **TOTAL** | **3.40** | **$914.40** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Eilenberg, Benjamin A. | BAE | Associate | 1.30 | 247.50 | $321.75 |
| Liu, David | DL | Associate | 1.20 | 288.00 | $345.60 |
| Gandy, Robert | RJG | Special Counsel | 0.90 | 274.50 | $247.05 |
| | **Total** | | **3.40** | | **$914.40** |

| PRIOR FEES | $17,556.75 |
| PRIOR COSTS & EXPENSES | $924.79 |

| FEES | $914.40 |
| COSTS & EXPENSES | $129.65 |
| **TOTAL THIS INVOICE** | **$1,044.05** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      324392      JBS                                        August 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000      GMAC ResCap
MATTER      1175      McLain, Patricia
                     GMAC Matter No.: 723224

**TOTAL AMOUNT DUE**            $1,642.95

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324392    JBS                                          August 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1175    McLain, Patricia
                       GMAC Matter No.: 723224

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| BAE | 07/18/12 | Draft notice of demurrer, demurrer, and memorandum of points of authorities supporting demurrer to second amended complaint. | L240 | 4.80 | 247.50 | 1,188.00 |
| KWF | 07/20/12 | Prepare revisions and additions to demurrer to second amended complaint. | L240 | 0.70 | 270.00 | 189.00 |
| LJT | 07/23/12 | Draft request for judicial notice in support of demurrer to second amended complaint. | L250 | 0.90 | 130.50 | 117.45 |
| BAE | 07/24/12 | Draft proposed order sustaining demurrer. | L240 | 0.30 | 247.50 | 74.25 |
| BAE | 07/24/12 | Draft proposed judgment. | L240 | 0.30 | 247.50 | 74.25 |
| | | **TOTAL** | | **7.00** | | **$1,642.95** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|--|-------|--------|
| L240 | Dispositive Motions | 6.10 | $1,525.50 |
| L250 | Other Written Motions | 0.90 | $117.45 |
| | **TOTAL** | **7.00** | **$1,642.95** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|--|----------|-------|------|-------|
| Eilenberg, Benjamin A. | BAE | Associate | 5.40 | 247.50 | $1,336.50 |
| Franich, Kerry | KWF | Associate | 0.70 | 270.00 | $189.00 |
| Tarwater, Linda | LJT | Paralegal | 0.90 | 130.50 | $117.45 |
| | **Total** | | **7.00** | | **$1,642.95** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.   324392 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|
| | MATTER | McLain, Patricia | | |

| | | |
|---|---|---|
| PRIOR FEES | $18,365.85 | |
| PRIOR COSTS & EXPENSES | $1,575.15 | |

| | | |
|---|---|---|
| FEES | $1,642.95 |
| **TOTAL THIS INVOICE** | **$1,642.95** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324393    JBS                                   August 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1183    Kimbrough, William IV
                  GMAC Matter No.: 723491

**TOTAL AMOUNT DUE**          $2,595.70

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.   324393   JBS                                      August 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter   19000 1183   Kimbrough, William IV
GMAC Matter No.: 723491

FOR PROFESSIONAL SERVICES RENDERED   01/01/1994      07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| RJG | 07/02/12 | Analysis and evaluation of case management conference results and pending demurrer issues and correspondence with our client to advise regarding the same. | L120 | 0.30 | 274.50 | 82.35 |
| JOC | 07/02/12 | Attend case management conference, including necessary preparation. | L230 | 1.30 | 279.00 | 362.70 |
| DL | 07/02/12 | Strategy re result of case management conference; prepare correspondence to client re continuance of status conference. | L230 | 0.10 | 288.00 | 28.80 |
| DL | 07/03/12 | Analyze court docket for filing of opposition to demurrer. | L190 | 0.10 | 288.00 | 28.80 |
| DL | 07/05/12 | Analyze court docket for filing of complaint to demurrer. | L190 | 0.10 | 288.00 | 28.80 |
| RJG | 07/06/12 | Attention to demurrer and pending case issues and correspondence with our client to advise regarding the same. | L120 | 0.30 | 274.50 | 82.35 |
| DL | 07/06/12 | Analyze docket for opposition to demurrer to first amended complaint; prepare correspondence to client re no opposition was timely filed. | L190 | 0.20 | 288.00 | 57.60 |
| RJG | 07/09/12 | Analysis and evaluation of Plaintiff's late filed opposition to the demurrer to the first amended complaint and correspondence with our client to advise regarding the same. | L250 | 0.30 | 274.50 | 82.35 |
| DL | 07/09/12 | Analyze plaintiff's late filed opposition; begin drafting reply in support of demurrer to first amended complaint. | L430 | 1.10 | 288.00 | 316.80 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 324393 | CLIENT | GMAC ResCap | | | Page | 2 |
| | | MATTER | Kimbrough, William IV | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| RJG | 07/10/12 | Analysis and evaluation of Plaintiffs' late opposition to the demurrer to the first amended complaint, attention to the reply and correspondence with our client to advise regarding the same. | L250 | 0.50 | 274.50 | 137.25 |
| RJG | 07/10/12 | Attention to reply to demurrer and pending case issues and correspondence with our client to advise regarding the same. | L250 | 0.30 | 274.50 | 82.35 |
| DL | 07/10/12 | Make final revisions to reply for demurrer and exchange correspondence with client re same. | L430 | 1.50 | 288.00 | 432.00 |
| RJG | 07/17/12 | Analysis and evaluation of the court's ruling on the demurrer to the first amended complaint and pending case issues and correspondence with our client to advise regarding the same. | L120 | 0.40 | 274.50 | 109.80 |
| DL | 07/17/12 | Strategy re results of hearing on demurrer; prepare correspondence to client re demurrer sustained with leave to amend. | L190 | 0.20 | 288.00 | 57.60 |
| BAE | 07/17/12 | Attend court mandated conference in Riverside Superior Court. | L230 | 2.30 | 247.50 | 569.25 |
| DL | 07/30/12 | Prepare case update on chart for client. | L190 | 0.10 | 288.00 | 28.80 |
| | | **TOTAL** | | **9.10** | | **$2,487.60** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 07/06/12 | One Legal, Inc.; Transmittal of filing to court; Case Management Statement 06/15/12 | 49.95 |
| 07/23/12 | Cardmember Service/Bank One (Acct #7755); Court and Filing Fees; Riverside Court Web - CA 07/10/12 | 8.20 |
| 07/24/12 | One Legal, Inc.; Transmittal of filing to court; Reply 07/10/12 | 49.95 |
| | **TOTAL COSTS & EXPENSES** | **$108.10** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 1.00 | $274.50 |
| L190 | Other Case Assessment | 0.70 | $201.60 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.   324393      CLIENT   GMAC ResCap                    Page        3
                          MATTER   Kimbrough, William IV

| L230 | Court Mandated Conferences | 3.70 | $960.75 |
| L250 | Other Written Motions | 1.10 | $301.95 |
| L430 | Written Motions/Submissions | 2.60 | $748.80 |
| | **TOTAL** | **9.10** | **$2,487.60** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Eilenberg, Benjamin A. | BAE | Associate | 2.30 | 247.50 | $569.25 |
| Liu, David | DL | Associate | 3.40 | 288.00 | $979.20 |
| Campbell, J. Owen | JOC | Associate | 1.30 | 279.00 | $362.70 |
| Gandy, Robert | RJG | Special Counsel | 2.10 | 274.50 | $576.45 |
| | **Total** | | **9.10** | | **$2,487.60** |

PRIOR FEES                        $12,964.05
PRIOR COSTS & EXPENSES            $1,556.55


                                            FEES         $2,487.60
                            COSTS & EXPENSES          $108.10
                            **TOTAL THIS INVOICE**        **$2,595.70**


Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      324394      JBS                                      August 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000      GMAC ResCap
MATTER      1190       Alvarez, Silvia M.
                       GMAC Matter No.: 724073

**TOTAL AMOUNT DUE**            **$762.60**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324394    JBS                                    August 15, 2012

GMAC Mortgage, LLC

Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1190    Alvarez, Silvia M.
GMAC Matter No.: 724073

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| RJG | 07/12/12 | Attention to judgment of dismissal and final case issues and correspondence with our client to advise regarding the same. | L120 | 0.30 | 274.50 | 82.35 |
| DL | 07/12/12 | Analyze court docket re status of judgment of dismissal; prepare correspondence to client re judgment not yet signed. | L190 | 0.20 | 288.00 | 57.60 |
| DL | 07/13/12 | Further strategy re obtaining signed judgment from court. | L190 | 0.10 | 288.00 | 28.80 |
| RJG | 07/16/12 | Analysis and evaluation of judgment of dismissal and final case issues and attention to the same. | L120 | 0.30 | 274.50 | 82.35 |
| DL | 07/17/12 | Strategy re receiving recorded order on motion to expunge. | L190 | 0.10 | 288.00 | 28.80 |
| RJG | 07/19/12 | Attention to expungement of lis pendens and final case issues. | L120 | 0.30 | 274.50 | 82.35 |
| DL | 07/20/12 | Analyze certified copy of order for motion to expunge for possible recording on property. | L190 | 0.10 | 288.00 | 28.80 |
| DL | 07/30/12 | Prepare case update on chart for client. | L190 | 0.10 | 288.00 | 28.80 |
| DL | 07/31/12 | Analyze court docket re status of signing of judgment and prepare correspondence to client re same. | L190 | 0.10 | 288.00 | 28.80 |
| | | **TOTAL** | | **1.60** | | **$448.65** |

## COSTS & EXPENSES

07/06/12  First Legal Network, LLC; Court Services;                            77.25

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| | | | Page | 2 |
|---|---|---|---|---|
| Invoice No.   324394 | CLIENT | GMAC ResCap | | |
| | MATTER | Alvarez, Silvia M. | | |

| | | |
|---|---|---:|
| | Riverside County Recorder 6/14/12, Advance ck. $29.00 | |
| 07/12/12 | DDS Legal Support Systems; Court Services; RSC, Riverside 6/11/12 | 84.15 |
| 07/12/12 | DDS Legal Support Systems; Court Services; RSC, Riverside 6/4/12 | 63.50 |
| 07/12/12 | DDS Legal Support Systems; Court Services; RSC, Riverside 6/7/12 | 35.00 |
| 07/12/12 | DDS Legal Support Systems;  Transmittal of filing to court; LASC- Pomona East District 6/8/12 | 54.05 |
| | **TOTAL COSTS & EXPENSES** | **$313.95** |

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.90 | $247.05 |
| L190 | Other Case Assessment | 0.70 | $201.60 |
| | **TOTAL** | **1.60** | **$448.65** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Liu, David | DL | Associate | 0.70 | 288.00 | $201.60 |
| Gandy, Robert | RJG | Special Counsel | 0.90 | 274.50 | $247.05 |
| | **Total** | | **1.60** | | **$448.65** |

| | |
|---|---|
| PRIOR FEES | $9,005.40 |
| PRIOR COSTS & EXPENSES | $1,618.16 |

| | |
|---|---:|
| FEES | $448.65 |
| COSTS & EXPENSES | $313.95 |
| **TOTAL THIS INVOICE** | **$762.60** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324395    JBS                                        August 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1197    Vargas, Raymond
                  GMAC Matter No.: 724684

**TOTAL AMOUNT DUE**        **$572.85**

***\*\*\* REMITTANCE COPY \*\*\****
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      324395        JBS                                    August 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter       19000 1197       Vargas, Raymond
                             GMAC Matter No.: 724684

FOR PROFESSIONAL SERVICES RENDERED      01/01/1994        07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| RJG | 07/03/12 | Analysis and evaluation of the court's ruling on the demurrer to the first amended complaint and pending case issues and correspondence with our client to advise regarding the same. | L250 | 0.40 | 274.50 | 109.80 |
| YS | 07/03/12 | Telephone conference with plaintiffs' counsel regarding his clients response to the tentative ruling on client's demurrer to plaintiffs' first amended complaint | L190 | 0.20 | 238.50 | 47.70 |
| YS | 07/03/12 | Draft notice of ruling on client's demurrer to plaintiffs' first amended complaint | L210 | 0.30 | 238.50 | 71.55 |
| YS | 07/03/12 | Draft correspondence to client regarding status of the case and the Court sustaining the client's demurrer with out leave | L190 | 0.30 | 238.50 | 71.55 |
| RJG | 07/10/12 | Attention to demurrer results and pending case issues and correspondence with our client to respond to an inquiry regarding the same. | L120 | 0.30 | 274.50 | 82.35 |
| | | **TOTAL** | | **1.50** | | **$382.95** |

## COSTS & EXPENSES

| | | |
|--|--|--|
| 07/13/12 | One Legal, Inc.; Transmittal of filing to court; Notice of Non-Opposition 06/29/12 | 60.70 |
| 07/20/12 | First Legal Network, LLC; Court Services; LASC- Norwalk 6/28/12 | 129.20 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.   324395 | CLIENT | GMAC ResCap | Page | 2 |
| --- | --- | --- | --- | --- |
| | MATTER | Vargas, Raymond | | |

| **TOTAL COSTS & EXPENSES** | | **$189.90** |
| --- | --- | --- |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
| --- | --- | --- | --- |
| L120 | Analysis/Strategy | 0.30 | $82.35 |
| L190 | Other Case Assessment | 0.50 | $119.25 |
| L210 | Pleadings | 0.30 | $71.55 |
| L250 | Other Written Motions | 0.40 | $109.80 |
| | **TOTAL** | **1.50** | **$382.95** |

| Timekeeper | | Position | Hours | Rate | Value |
| --- | --- | --- | --- | --- | --- |
| Gandy, Robert | RJG | Special Counsel | 0.70 | 274.50 | $192.15 |
| Shaham, Yaron | YS | Special Counsel | 0.80 | 238.50 | $190.80 |
| | **Total** | | **1.50** | | **$382.95** |

| PRIOR FEES | $5,355.00 |
| --- | --- |
| PRIOR COSTS & EXPENSES | $1,154.84 |

| FEES | $382.95 |
| --- | --- |
| COSTS & EXPENSES | $189.90 |
| **TOTAL THIS INVOICE** | **$572.85** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# INVOICE

_____ Legal Network LLC
PO Box 749806 Los Angeles, CA 90074—9806

TAX ID# 27-3093840

| Invoice No. | Customer No. |
|---|---|
| 366223 | 23103 |
| Invoice Date | Total Due |
| 6/30/12 | 9,731.31 |

SEVERSON & WERSON
CARRIE TINKER (OFFICE MNGR)
19100 VON KARMAN, SUITE 700
IRVINE, CA 92612

BILLING QUESTIONS CALL:
BILLING DEPT(213)213-2631
PAYMENT QUESTIONS CALL:
PAYMENT DEPT(213)213-2640

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 23103 | 366223 | 6/30/12 | 9,731.31 | 12 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 6/28/12 9483584 BAR RESEARCH-BRANCH SAME DAY | | | LASC-NORWALK 12720 NORWALK BOULEVARD NORWALK      CA 90650 Caller: Jeff Weddle Case No.: vc060137 Per the attached LAS Signed: completed/pdf | SEVERSON & WERSON 19100 VON KARMAN IRVINE      CA 92605 Case Title: RAYMOND VARGAS V FRE C-SE Dist (Norwalk) Ref: 19000.1197 | Base Chg : 98.75 Research : 23.45 Adv/Wit Ck: 7.00 | 129.20 |
| 6/28/12 9483587 NRS RESEARCH-NEXT DAY | | | USDC-Central District 411 W 4th St SANTA ANA      CA 92701 Caller: Ryan Brooks Case No.: SACV12-00087 JVS Please obtain a CERT Signed: obtain/ror | SEVERSON & WERSON 19100 VON KARMAN IRVINE      CA 92605 Case Title: Shomaker v. GMAC IFIED copy of the at Ref: 19000-1151 | Base Chg : 17.50 Research : 10.05 Adv/Wit Ck: 13.00 | 40.55 |
| 6/28/12 9483766 OCU OC-UNLIMITED PDF/FAX FILE | | | SEVERSON & WERSON 19100 VON KARMAN IRVINE      CA 92605 Caller: Liz C. Roberts Case No.: Liz C. Roberts Please file the atta Signed: filed | Orange County Court 700 Civic Center Dr West SANTA ANA      CA 92701 Case Title: Williams (2009-00120 ched doc (1) with th Ref: FILE W/CT TODAY 11608.0440 | Base Chg : 9.75 | 9.75 |
| 6/28/12 9483783 BFX FILING-BRANCH FAX/PDF | | | SEVERSON & WERSON 19100 VON KARMAN IRVINE      CA 92605 Caller: Liz C. Roberts   Wait: 49 Min Case No.: 19000.1216 Please file the atta Signed: FILED | LA County Court-Van Nuys East 6230 Sylmar Ave VAN NUYS      CA 91401 Case Title: Glazer (LC096267 ched docs (2) with t Ref: FILE WITH COURT | Base Chg : 71.75 Wait : 12.73 | 84.48 |
| 6/29/12 9484051 BFX FILING-BRANCH FAX/PDF | | | SEVERSON & WERSON 19100 VON KARMAN IRVINE      CA 92605 Caller: DIANA J LOPEZ Case No.: TC026180 FILE/CONFORM/RETURN Signed: RCVD | LASC-COMPTON 200 WEST COMPTON BOULEVARD COMPTON      CA 90220 Case Title: GMAC MARTGAGE V RODR NEED EMAIL CONFIRMAT Ref: 19000.1098 | Base Chg : 62.50 Adv/Wit Ck: 2.00 | 64.50 |
| 6/29/12 9484161 RSF FILING-RUSH VEHICLE | | | SEVERSON & WERSON 19100 VON KARMAN IRVINE      CA 92605 Caller: VICTORIA Case No.: N/A FILE IN 2 HOURS Signed: FILED/PDF/ROR | USDC-SANTA ANA 411 WEST 4TH STREET SANTA ANA      CA 92701 Case Title: LAZO V BANK OF AMERI Ref: 70000.0788 | Base Chg : 23.75 Adv/Wit Ck: 350.00 | 373.75 |
| | | | | | | Continued |

# INVOICE PAYMENT DUE UPON RECEIPT

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      324396      JBS                                        August 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1199 | Kham, Kimlyn |
| | | GMAC Matter No.: 724962 |

**TOTAL AMOUNT DUE**          $316.80

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324396    JBS                                        August 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1199    Kham, Kimlyn
GMAC Matter No.: 724962

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| DPB | 06/21/12 | Review state court's order setting case management conference (.2); prepare letter to clerk of state court reminding of removal and advising of judgment entered in federal court (.4). | L230 | 0.60 | 288.00 | 172.80 |
| DPB | 06/21/12 | Review state court's notice of case management conference (.1); prepare letter to state court advising that federal court dismissed case in its entirety (.3); prepare enclosures for letter (.1). | L230 | 0.50 | 288.00 | 144.00 |
| | | **TOTAL** | | **1.10** | | **$316.80** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|---|-------|--------|
| L230 | Court Mandated Conferences | 1.10 | $316.80 |
| | **TOTAL** | **1.10** | **$316.80** |

| Timekeeper | Position | Hours | Rate | Value |
|------------|----------|-------|------|-------|
| Babcock, Daska | DPB    Special Counsel | 1.10 | 288.00 | $316.80 |
| | **Total** | **1.10** | | **$316.80** |

| | |
|---|---|
| PRIOR FEES | $17,631.90 |
| PRIOR COSTS & EXPENSES | $509.34 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 324396 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Kham, Kimlyn | | |

| | | FEES | $316.80 |
|---|---|---|---|
| | | **TOTAL THIS INVOICE** | **$316.80** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324397    JBS

August 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER   1200     Hernandez, Enrique
                  GMAC Matter No.: 724893

**TOTAL AMOUNT DUE**            $589.50

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324397    JBS                                    August 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1200    Hernandez, Enrique
GMAC Matter No.: 724893

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| RJG | 07/02/12 | Analysis and evaluation of amended complaint, bankruptcy stay and pending case issues and attention to litigation strategy. | L120 | 0.30 | 274.50 | 82.35 |
| RJG | 07/09/12 | Attention to judgment and final case issues and correspondence with our client to address the same. | L120 | 0.30 | 274.50 | 82.35 |
| RJG | 07/10/12 | Attention to order and judgment and final case issues. | L120 | 0.30 | 274.50 | 82.35 |
| RJG | 07/13/12 | Attention to judgment of dismissal and final case issues and correspondence with our client to advise regarding the same. | L120 | 0.30 | 274.50 | 82.35 |
| RJG | 07/20/12 | Attention to proposed settlement terms and issues and correspondence with our client to advise regarding the same. | L160 | 0.30 | 274.50 | 82.35 |
| RJG | 07/23/12 | Attention to application of bankruptcy stay to pending case issues and correspondence with our client contact to advise regarding the same. | L120 | 0.30 | 274.50 | 82.35 |
| JHT | 07/23/12 | Corresponded with Mediator Re. Scheduled Mediation and Stay of Action. | L190 | 0.30 | 238.50 | 71.55 |
| YS | 07/31/12 | Draft case status update for client report | L190 | 0.10 | 238.50 | 23.85 |
| | | **TOTAL** | | **2.20** | | **$589.50** |

## COSTS & EXPENSES

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.   324397      CLIENT    GMAC ResCap                          Page        2
                          MATTER    Hernandez, Enrique

---

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 1.50 | $411.75 |
| L160 | Settlement/Non-Binding ADR | 0.30 | $82.35 |
| L190 | Other Case Assessment | 0.40 | $95.40 |
| | **TOTAL** | **2.20** | **$589.50** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Tuffaha, Joe | JHT | Associate | 0.30 | 238.50 | $71.55 |
| Gandy, Robert | RJG | Special Counsel | 1.80 | 274.50 | $494.10 |
| Shaham, Yaron | YS | Special Counsel | 0.10 | 238.50 | $23.85 |
| | **Total** | | **2.20** | | **$589.50** |

PRIOR FEES                          $7,407.90
PRIOR COSTS & EXPENSES              $675.78


                                    FEES          _____      $589.50
                        **TOTAL THIS INVOICE**                     **$589.50**


Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324521    JBS                                    August 16, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1258    Fleming, Ana (SCE)
                  Email Invoice to Kari Krull

**TOTAL AMOUNT DUE            $759.15**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     324521     JBS                                    August 16, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter     19000  1258     Fleming, Ana (SCE)
                           Email Invoice to Kari Krull

FOR PROFESSIONAL SERVICES RENDERED     01/01/1994     07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| KWF | 07/06/12 | Evaluate file status and court docket re upcoming case management conference. | L190 | 0.10 | 270.00 | 27.00 |
| KWF | 07/09/12 | Review and analyze plaintiff's case management statement. | L210 | 0.20 | 270.00 | 54.00 |
| RJG | 07/23/12 | Analysis and evaluation of easement and pending case issues and Correspondence with our client to advise regarding the same. | L120 | 0.40 | 274.50 | 109.80 |
| KWF | 07/23/12 | Prepare for case management conference, place call to plaintiff's counsel re same. | L230 | 0.30 | 270.00 | 81.00 |
| KWF | 07/23/12 | Prepare disclaimer of interest. | L210 | 0.50 | 270.00 | 135.00 |
| KWF | 07/23/12 | Prepare email to client K. Krull advising re recommendation to file disclaimer of interest. | L210 | 0.30 | 270.00 | 81.00 |
| KWF | 07/23/12 | Teleconference with plaintiff's counsel A. Jones re case management conference, bankruptcy and disclaimer of interest. | L190 | 0.10 | 270.00 | 27.00 |
| RJG | 07/24/12 | Attention to easement and pending case issues and correspondence with our client contact to advise regarding disclaimer of interest as to the easement strategy. | L120 | 0.30 | 274.50 | 82.35 |
| KWF | 07/24/12 | Appear at case management conference. | L230 | 0.50 | 270.00 | 135.00 |
| KWF | 07/24/12 | Prepare email to client with disclaimer. | L210 | 0.10 | 270.00 | 27.00 |
| | | **TOTAL** | | **2.80** | | **$759.15** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.   324521 | CLIENT   GMAC ResCap | | Page | 2 |
| | MATTER   Fleming, Ana (SCE) | | | |

## COSTS & EXPENSES

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | | |
|---|---|---|---|---|---|---|
| L120 | Analysis/Strategy | 0.70 | $192.15 | | | |
| L190 | Other Case Assessment | 0.20 | $54.00 | | | |
| L210 | Pleadings | 1.10 | $297.00 | | | |
| L230 | Court Mandated Conferences | 0.80 | $216.00 | | | |
| | **TOTAL** | **2.80** | **$759.15** | | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Franich, Kerry | KWF | Associate | 2.10 | 270.00 | $567.00 |
| Gandy, Robert | RJG | Special Counsel | 0.70 | 274.50 | $192.15 |
| | **Total** | | **2.80** | | **$759.15** |

| | | |
|---|---|---|
| PRIOR FEES | $2,533.95 | |
| PRIOR COSTS & EXPENSES | $49.95 | |

| | | |
|---|---|---|
| FEES | | $759.15 |
| **TOTAL THIS INVOICE** | | **$759.15** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324522    JBS                                            August 16, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    0926    Vargas, Robert
C/M# 713841

**TOTAL AMOUNT DUE**            $2,469.75

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324522    JBS                                    August 16, 2012

GMAC Mortgage, LLC

Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0926    Vargas, Robert
C/M# 713841

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MKS | 07/08/12 | Update to client re: new developments, new deadlines and hearing dates and status. | L120 | 0.20 | 270.00 | 54.00 |
| AAG | 07/09/12 | Communicate with plaintiff's attorney and MK Sullivan about postponing date of trial and hearing on demurrer. | L440 | 0.20 | 238.50 | 47.70 |
| AAG | 07/09/12 | Communicate with opposing counsel about signing stipulation to postpone trial and draft same. | L250 | 0.90 | 238.50 | 214.65 |
| MKS | 07/10/12 | Review Stipulation to continue trial date and supporting declaration. | L210 | 0.20 | 270.00 | 54.00 |
| AAG | 07/10/12 | Review the local rules regarding stipulation to continue trial. | L250 | 0.30 | 238.50 | 71.55 |
| AAG | 07/10/12 | Communicate with opposing counsel and client regarding stipulation to continue trial date. | L250 | 0.20 | 238.50 | 47.70 |
| AAG | 07/16/12 | Communicate with MK Sullivan regarding trial postponement. | L440 | 0.10 | 238.50 | 23.85 |
| AAG | 07/16/12 | Prepare internal case update. | L190 | 0.10 | 238.50 | 23.85 |
| MKS | 07/17/12 | Review Opposition and review and revise draft Reply in support of demurrer. | L240 | 0.50 | 270.00 | 135.00 |
| AAG | 07/17/12 | Draft reply in support of demurrer to plaintiff's complaint. | L210 | 4.10 | 238.50 | 977.85 |
| AAG | 07/17/12 | Communicate with client regarding reply in support of demurrer. | L210 | 0.10 | 238.50 | 23.85 |
| AAG | 07/19/12 | Update MK Sullivan and client regarding trial postponement. | L440 | 0.20 | 238.50 | 47.70 |
| AAG | 07/23/12 | Review tentative ruling on demurrer and update client about same. | L210 | 0.30 | 238.50 | 71.55 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 324522 | CLIENT | GMAC ResCap | | | Page | 2 |
| | | MATTER | Vargas, Robert | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| AAG | 07/24/12 | Prepare for and participate in hearing on demurrer and update client about same. | L210 | 1.90 | 238.50 | | 453.15 |
| AAG | 07/26/12 | Update client regarding postponement of trial date. | L190 | 0.10 | 238.50 | | 23.85 |
| AAG | 07/30/12 | Review court's ruling on demurrer and update MK Sullivan and client about same. | L210 | 0.30 | 238.50 | | 71.55 |
| | | **TOTAL** | | **9.70** | | **$2,341.80** | |

### COSTS & EXPENSES

| | | |
|---|---|---|
| 07/12/12 | CourtCall, LLC; CourtCall - Conference Service; 07/24/12 | 78.00 |
| 07/30/12 | One Legal, Inc.; Transmittal of filing to court; Reply 07/18/12 | 49.95 |
| | **TOTAL COSTS & EXPENSES** | **$127.95** |

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.20 | $54.00 |
| L190 | Other Case Assessment | 0.20 | $47.70 |
| L210 | Pleadings | 6.90 | $1,651.95 |
| L240 | Dispositive Motions | 0.50 | $135.00 |
| L250 | Other Written Motions | 1.40 | $333.90 |
| L440 | Other Trial Preparation | 0.50 | $119.25 |
| | **TOTAL** | **9.70** | **$2,341.80** |

| Timekeeper | | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|---|
| Givental, Alisa | | AAG | Associate | 8.80 | 238.50 | $2,098.80 |
| Sullivan, Mary Kate | | MKS | Member | 0.90 | 270.00 | $243.00 |
| | | Total | | **9.70** | | **$2,341.80** |

| | | |
|---|---|---|
| PRIOR FEES | $11,149.20 | |
| PRIOR COSTS & EXPENSES | $1,908.38 | |

| | | |
|---|---|---|
| | FEES | $2,341.80 |
| | COSTS & EXPENSES | $127.95 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 324522 | CLIENT | GMAC ResCap | Page | 3 |
| | | MATTER | Vargas, Robert | | |

**TOTAL THIS INVOICE**          $2,469.75

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324523    JBS

August 16, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1001    Hayomyom LLC (Zygleman)
GMAC Matter No.:  716183

**TOTAL AMOUNT DUE**    $2,762.08

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324523    JBS                                August 16, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1001    Hayomyom LLC (Zygleman)
GMAC Matter No.: 716183

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| DL | 07/02/12 | Strategy re possibility of filing motion for writ of mandate based on denial of motions to quash. | L510 | 0.20 | 288.00 | 57.60 |
| DL | 07/02/12 | Analyze documents produced per subpoena by Mark's Mitzvahs. | L320 | 0.30 | 288.00 | 86.40 |
| DL | 07/03/12 | Analyze Zygelman's counsel's notice of unavailability. | L430 | 0.10 | 288.00 | 28.80 |
| EMF | 07/05/12 | Review letter from attorney service re attempted service of subpoena on Mesika. Draft letter to counsel. | L390 | 0.30 | 130.50 | 39.15 |
| DL | 07/05/12 | Analyze correspondence re failure to locate Jacob Mesika for subpoena; analyze correspondence from Kaiser re needing patient's signed authorization to release documents and strategy re same. | L390 | 0.30 | 288.00 | 86.40 |
| DL | 07/05/12 | Draft answer to complaint and cross-complaint for Robbie Robertson re claims for breach of contract, fraud and interference with contract; research re possible statute of fraud defenses. | L430 | 1.50 | 288.00 | 432.00 |
| DL | 07/05/12 | Strategy re objecting to Zygelman's document requests to GMAC Bank based on stay of action. | L310 | 0.10 | 288.00 | 28.80 |
| RJG | 07/06/12 | Analysis and evaluation of the complaint and cross-complaint, attention to Robertson's answers to the complaint and cross-complaint and correspondence with our clients to advise regarding the same. | L210 | 0.90 | 274.50 | 247.05 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 324523 | CLIENT | GMAC ResCap | | | | Page | 2 |
|---|---|---|---|---|---|---|---|---|
| | | MATTER | Hayomyom LLC (Zygleman) | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| DL | 07/06/12 | Revise Robertson's answers to complaint and cross-complaint; prepare correspondence to client re same and not pursuing writ of mandate. | L210 | 0.60 | 288.00 | 172.80 |
| RJG | 07/09/12 | Attention to Robertson's answers to complaint and cross-complaint and pending case issues and correspondence with our client to address the same. | L210 | 0.20 | 274.50 | 54.90 |
| DL | 07/09/12 | Strategy re withdrawing subpoenas based on stay of action. | L310 | 0.20 | 288.00 | 57.60 |
| DL | 07/09/12 | Analyze correspondence from GMAC re no changes to answers to complaint and cross-complaint. | L190 | 0.10 | 288.00 | 28.80 |
| DL | 07/12/12 | Exchange correspondenc with Hayomyom's counsel re status of bankruptcy and attempt to participate in mediation. | L160 | 0.20 | 288.00 | 57.60 |
| DL | 07/13/12 | Exchange correspondence with Lyon Title re subpoena issued to it. | L390 | 0.20 | 288.00 | 57.60 |
| DL | 07/13/12 | Draft objections to Zygelman's second set of document requests to GMAC Bank based on stay of action. | L310 | 0.30 | 288.00 | 86.40 |
| DL | 07/18/12 | Analyze correspondence from hospital re Zygelman's medical records; analyze response from Kaiser re Zygelman's medical records; analyze documents from Mark's Mitzvahs in response to subpoenas. | L310 | 0.50 | 288.00 | 144.00 |
| RJG | 07/19/12 | Attention to answers and affirmative defenses to the complaint and cross-complaint and correspondence with our client to address the same. | L210 | 0.30 | 274.50 | 82.35 |
| DL | 07/19/12 | Finalize Robertson's answers to complaint and cross-complaint and exchange correspondence re same; finalize Ally Bank's objections to Zygelman's first set of document requests. | L430 | 0.50 | 288.00 | 144.00 |
| DL | 07/26/12 | Exchange correspondence with Hayomyom's counsel re status of litigation stay and possible settlement through mediation. | L160 | 0.20 | 288.00 | 57.60 |
| DL | 07/30/12 | Prepare case update on chart for client. | L190 | 0.10 | 288.00 | 28.80 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 324523 | CLIENT | GMAC ResCap | | Page | 3 |
|---|---|---|---|---|---|---|
| | | MATTER | Hayomyom LLC (Zygleman) | | | |

| | | **TOTAL** | | **7.10** | **$1,978.65** |
|---|---|---|---|---|---|

### COSTS & EXPENSES

| | | |
|---|---|---|
| 07/10/12 | David M. Liu; Transportation; Hearing on Motions to Quash, Los Angeles 6/22/12 | 54.29 |
| 07/26/12 | Titan Legal Services, Inc.; Serv Process, Subpoena Fees; Pertaining to: Sigmund Zygelman From: Kaiser Permanente (Med. Records Dept.) 3240 Arden Way Sacramento, CA, 95825 07/16/12 | 99.76 |
| 07/26/12 | Titan Legal Services, Inc.; Serv Process, Subpoena Fees;  Peratining to: Sigmund Zygelman From: Sutter Center for Psychiatry 7700 Folsom Blvd. Sacramento, CA, 95826 07/16/12 | 70.44 |
| 07/26/12 | Titan Legal Services, Inc.; Serv Process, Subpoena Fees;  Pertaining to: See Attachment 3 Lyons Real Estate 2580 Fair Oaks Blvd. Suite 20 Sacramento, CA, 90010 07/16/12 | 70.44 |
| 07/26/12 | Titan Legal Services, Inc.; Serv Process, Subpoena Fees;  Pertaining to: See Attachment 3 from  Wilshire Escrow Company/Windsor Exchange Corp. 4270 Wilshire Blvd. Los Angeles, CA 90010 07/16/12 | 70.44 |
| 07/26/12 | Titan Legal Services, Inc.; Serv Process, Subpoena Fees; Pertaining to; Sigmund Zygelman From: Anthem Blue Cross 21555 Oxnard Street Woodland Hills, CA, 91367 07/16/12 | 70.44 |
| 07/26/12 | Titan Legal Services, Inc.; Serv Process, Subpoena Fees;  Peratining to: Sigmund Zygelman From: Kaiser Permanente - Billing Dept. 2835 Mitchell Drive, Suite 200 Walnut Creek, CA, 94598 07/16/12 | 99.76 |
| 07/26/12 | Titan Legal Services, Inc.; Serv Process, Subpoena Fees; Pertaining to: Sigmund Zygelman From: Sutter Center for Psychiatry (Billing Record) 7700 Folsom Blvd. 07/16/12 | 99.76 |
| 07/26/12 | Titan Legal Services, Inc.; Serv Process, Subpoena Fees; Pertaining to: Sigmund Zygelman From: Kaiser Permanente (Radiology Dept.) 3240 Arden Way | 98.15 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| | | | |
|---|---|---|---|
| Invoice No.    324523 | CLIENT    GMAC ResCap | | Page    4 |
| | MATTER    Hayomyom LLC (Zygleman) | | |

| | | |
|---|---|---|
| | Sacramento, CA, 95825 07/16/12 | |
| 07/30/12 | One Legal, Inc.; Transmittal of filing to court; Answer to Complaint, Answer to X-Complaint 07/23/12 | 49.95 |
| | **TOTAL COSTS & EXPENSES** | **$783.43** |

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L160 | Settlement/Non-Binding ADR | 0.40 | $115.20 |
| L190 | Other Case Assessment | 0.20 | $57.60 |
| L210 | Pleadings | 2.00 | $557.10 |
| L310 | Written Discovery | 1.10 | $316.80 |
| L320 | Document Production | 0.30 | $86.40 |
| L390 | Other Discovery | 0.80 | $183.15 |
| L430 | Written Motions/Submissions | 2.10 | $604.80 |
| L510 | Appellate Motions & Submission | 0.20 | $57.60 |
| | **TOTAL** | **7.10** | **$1,978.65** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Liu, David | DL | Associate | 5.40 | 288.00 | $1,555.20 |
| Feldfeber, Edward | EMF | Paralegal | 0.30 | 130.50 | $39.15 |
| Gandy, Robert | RJG | Special Counsel | 1.40 | 274.50 | $384.30 |
| | **Total** | | **7.10** | | **$1,978.65** |

| | |
|---|---|
| PRIOR FEES | $74,444.85 |
| PRIOR COSTS & EXPENSES | $4,448.49 |

| | |
|---|---|
| FEES | $1,978.65 |
| COSTS & EXPENSES | $783.43 |
| **TOTAL THIS INVOICE** | **$2,762.08** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.        324524        JBS                                          August 16, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1035 | Ross, Richard |
| | | GMAC Matter No.: 718077 |

**TOTAL AMOUNT DUE**          **$4,627.55**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

**Stevenson & Werson**

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324524    JBS                                      August 16, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1035    Ross, Richard
GMAC Matter No.: 718077

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| NSR | 07/02/12 | Communicate via telephone with the Court regarding the upcoming case management conference | L230 | 0.30 | 238.50 | 71.55 |
| NSR | 07/02/12 | Determine whether the Court issued a tentative ruling on the upcoming case management conference | L230 | 0.30 | 238.50 | 71.55 |
| NSR | 07/03/12 | Prepare to attend case management conference | L230 | 0.30 | 238.50 | 71.55 |
| NSR | 07/03/12 | Attend case management conference | L230 | 1.20 | 238.50 | 286.20 |
| NSR | 07/03/12 | Draft memorialization of case management conference | L230 | 0.30 | 238.50 | 71.55 |
| NSR | 07/10/12 | Prepare case recap for bankruptcy evaluation | L230 | 0.30 | 238.50 | 71.55 |
| NSR | 07/10/12 | Analysis of the Court's order to show cause | L230 | 0.20 | 238.50 | 47.70 |
| NSR | 07/19/12 | Outline memorandum of points and authorities in support of demurrer to FAC | L240 | 1.80 | 238.50 | 429.30 |
| NSR | 07/23/12 | Draft memorandum of points and authorities in support of demurrer to first amended complaint | L240 | 3.90 | 238.50 | 930.15 |
| NSR | 07/23/12 | Draft motion to strike portions of the first amended complaint | L240 | 1.90 | 238.50 | 453.15 |
| MKS | 07/24/12 | Review and revise draft demurrer and motion to strike | L240 | 0.40 | 270.00 | 108.00 |
| NSR | 07/24/12 | Review and revise memorandum of points and authorities in support of demurrer to first amended complaint | L240 | 0.90 | 238.50 | 214.65 |
| NSR | 07/24/12 | Review and revise memorandum of points and authorities in support of | L240 | 0.70 | 238.50 | 166.95 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 324524 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Ross, Richard | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | motion to strike portions of first amended complaint | | | | |
| NSR | 07/25/12 | Draft revised version of demurrer | L240 | 0.80 | 238.50 | 190.80 |
| NSR | 07/25/12 | Analysis of correspondence from Ms. Hoy regarding the notice of bankruptcy | L210 | 0.10 | 238.50 | 23.85 |
| NSR | 07/25/12 | Analysis of the bankruptcy court's recent final supplemental order and analysis of possible implications on our notice of bankruptcy and litigation against GMAC | L190 | 0.40 | 238.50 | 95.40 |
| NSR | 07/25/12 | Draft correspondence to Ms. Hoy regarding our options concerning GMAC's inclusion in the demurrer and motion to strike | L240 | 0.50 | 238.50 | 119.25 |
| NSR | 07/25/12 | Draft correspondence to Ms. Hoy regarding the proposed demurrer to and motion to strike portions of the first amended complaint | L240 | 0.20 | 238.50 | 47.70 |
| ERB | 07/26/12 | Attention to Bankruptcy issues and analysis of claims subject to stay and impact of final supplemental order re demurrer and parsing of individual claims within responsive pleading. | L120 | 0.50 | 279.00 | 139.50 |
| NSR | 07/27/12 | Develop strategy regarding the bankruptcy court's final supplemental order in the event that the case moves forward | L190 | 1.30 | 238.50 | 310.05 |
| NSR | 07/27/12 | Finalize revised versions of the demurrer and motion to strike prior to sending the revised motions to J. Hoy | L240 | 0.70 | 238.50 | 166.95 |
| NSR | 07/27/12 | Draft correspondence to J. Hoy regarding the revised demurrer and motion to strike | L240 | 0.30 | 238.50 | 71.55 |
| NSR | 07/30/12 | Exchange correspondence with Ms. Hoy regarding a redlined version of the demurrer and motion to strike, the Court's order to show cause and future filing of an amended notice of bankruptcy | L240 | 0.30 | 238.50 | 71.55 |
| NSR | 07/30/12 | Draft request for judicial notice in support of demurrer | L240 | 0.60 | 238.50 | 143.10 |
| | | **TOTAL** | | **18.20** | | **$4,373.55** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson
**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| | | | |
|---|---|---|---|
| Invoice No.    324524 | CLIENT    GMAC ResCap | | Page        3 |
| | MATTER    Ross, Richard | | |

---

### COSTS & EXPENSES

| | | |
|---|---|---|
| 07/02/12 | CourtCall, LLC; CourtCall - Conference Service; 07/03/12 | 78.00 |
| 07/12/12 | CourtCall, LLC; CourtCall - Conference Service;  08/09/12 | 78.00 |
| 07/20/12 | First Legal Network, LLC; Court Services; SCSC- San Jose 6/15/12 | 98.00 |
| | **TOTAL COSTS & EXPENSES** | **$254.00** |

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.50 | $139.50 |
| L190 | Other Case Assessment | 1.70 | $405.45 |
| L210 | Pleadings | 0.10 | $23.85 |
| L230 | Court Mandated Conferences | 2.90 | $691.65 |
| L240 | Dispositive Motions | 13.00 | $3,113.10 |
| | **TOTAL** | **18.20** | **$4,373.55** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Buell, Edward | ERB | Associate | 0.50 | 279.00 | $139.50 |
| Sullivan, Mary Kate | MKS | Member | 0.40 | 270.00 | $108.00 |
| Riedman, Natilee | NSR | Associate | 17.30 | 238.50 | $4,126.05 |
| | **Total** | | **18.20** | | **$4,373.55** |

| | |
|---|---|
| PRIOR FEES | $14,510.25 |
| PRIOR COSTS & EXPENSES | $2,130.00 |

| | |
|---|---|
| FEES | $4,373.55 |
| COSTS & EXPENSES | $254.00 |
| **TOTAL THIS INVOICE** | **$4,627.55** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324525    JBS                                   August 16, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1044    Benton, Linda D.
                  GMAC Matter No.: 718063

**TOTAL AMOUNT DUE**            $2,046.55

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.   324525   JBS                                August 16, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter   19000 1044   Benton, Linda D.
                      GMAC Matter No.: 718063

FOR PROFESSIONAL SERVICES RENDERED   01/01/1994   07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|------|-------|------|--------|
| DZG | 07/17/12 | Analyze plaintiff's complaint and exhibits thereto in preparation to draft motion to dismiss | L250 | 0.60 | 274.50 | 164.70 |
| DZG | 07/17/12 | Prepare outline for and prepare GMAC's motion to dismiss plaintiff's complaint | L250 | 3.10 | 274.50 | 850.95 |
| DZG | 07/18/12 | Further prepare GMAC's motion to dismiss plaintiff's complaint | L250 | 1.70 | 274.50 | 466.65 |
| DZG | 07/19/12 | Revise GMAC's motion to dismiss plaintiff's complaint and prepare memorandum to J. Holtgren transmitting draft motion | L250 | 0.40 | 274.50 | 109.80 |
| LJT | 07/20/12 | Draft request for judicial notice in support of motion to dismiss and proposed order granting same, prepare certificate of interested parties and brief edits to motion. | L250 | 1.80 | 130.50 | 234.90 |
| DZG | 07/20/12 | Finalize GMAC's motion to dismiss and request for judicial notice in support thereof | L250 | 0.40 | 274.50 | 109.80 |
| | | **TOTAL** | | **8.00** | | **$1,936.80** |

### COSTS & EXPENSES

| | | |
|---|---|---|
| 07/06/12 | First Legal Network, LLC; Transmittal of filing to court; LASC- Los Angeles 6/1/12 | 29.75 |
| 07/12/12 | O.C. Corporate Courier; Court Services; LA County Recorder 6/20/12 | 80.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | | | | |
|---|---|---|---|---|
| Invoice No. 324525 | CLIENT | GMAC ResCap | Page | 2 |
| | MATTER | Benton, Linda D. | | |

---

**TOTAL COSTS & EXPENSES**                                          **$109.75**

## BILLING SUMMARY

| Task Code and Description | Hours | Amount |
|---|---|---|
| L250    Other Written Motions | 8.00 | $1,936.80 |
| **TOTAL** | **8.00** | **$1,936.80** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Glasser, Dana | DZG | Associate | 6.20 | 274.50 | $1,701.90 |
| Tarwater, Linda | LJT | Paralegal | 1.80 | 130.50 | $234.90 |
| | **Total** | | **8.00** | | **$1,936.80** |

| | |
|---|---|
| PRIOR FEES | $6,721.65 |
| PRIOR COSTS & EXPENSES | $2,339.59 |

| | |
|---|---|
| FEES | $1,936.80 |
| COSTS & EXPENSES | $109.75 |
| **TOTAL THIS INVOICE** | **$2,046.55** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324526    JBS                                      August 16, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006


CLIENT    19000    GMAC ResCap
MATTER    1057    DeLery, Henry
                  GMAC Matter No.: 718687


**TOTAL AMOUNT DUE**              $1,965.15


## *** *REMITTANCE COPY* ***
*Please include this page with payment.*


Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324526    JBS                                      August 16, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1057    DeLery, Henry
                        GMAC Matter No.: 718687

FOR PROFESSIONAL SERVICES RENDERED        01/01/1994        07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| KWF | 07/02/12 | Prepare email response to title counsel J. Lowenthal re motion to compel. | L190 | 0.20 | 270.00 | 54.00 |
| KWF | 07/03/12 | Confer with S. Hankins re conflict of bankruptcy on prosecution of defense. | L190 | 0.10 | 270.00 | 27.00 |
| KWF | 07/06/12 | Teleconference with court research attorney re motion to compel. | L350 | 0.10 | 270.00 | 27.00 |
| KWF | 07/10/12 | Prepare revisions to debt validation letter, prepare email to client re same. | L190 | 0.40 | 270.00 | 108.00 |
| KWF | 07/11/12 | Teleconference with title counsel T. Lowenthal re hearing on motion to compel and status of bankruptcy. | L350 | 0.30 | 270.00 | 81.00 |
| KWF | 07/11/12 | Prepare for hearing on motion to compel. | L350 | 0.40 | 270.00 | 108.00 |
| KWF | 07/12/12 | Appear at hearing on motion to compel. | L350 | 2.00 | 270.00 | 540.00 |
| KWF | 07/12/12 | Prepare notice of ruling re motion to compel. | L210 | 0.30 | 270.00 | 81.00 |
| KWF | 07/25/12 | Confer with S. Hankins re effect of automatic stay and scope of supplemental order. | L190 | 0.30 | 270.00 | 81.00 |
| KWF | 07/25/12 | Evaluate complaint and bankruptcy order re permitted and stay claims. | L190 | 0.40 | 270.00 | 108.00 |
| KWF | 07/25/12 | Prepare email to client J. Hoy with analysis and recommendations re permitted claims. | L190 | 0.70 | 270.00 | 189.00 |
| KWF | 07/25/12 | Prepare amended notice of bankruptcy. | L210 | 0.20 | 270.00 | 54.00 |
| KWF | 07/25/12 | Prepare letter to plaintiff's counsel re final supplemental order. | L210 | 0.30 | 270.00 | 81.00 |
| SMH | 07/26/12 | Evaluate J. Hoy instructions re parsing of claims, potential pushback where judges refuse to move forward with | L120 | 0.20 | 333.00 | 66.60 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.   324526 | CLIENT | GMAC ResCap | | | Page | 2 |
| | MATTER | DeLery, Henry | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | permitted claims. | | | | |
| SMH | 07/26/12 | Attention to J. Hoy instructions re modification of revised notice of stay order. | L190 | 0.20 | 333.00 | 66.60 |
| KWF | 07/26/12 | Prepare email to client J. Hoy re revisions to amended notice of bankruptcy. | L210 | 0.30 | 270.00 | 81.00 |
| KWF | 07/30/12 | Prepare email to client with amended bankruptcy notice and correspondence to counsel. | L190 | 0.20 | 270.00 | 54.00 |
| KWF | 07/31/12 | Prepare email to title counsel, J. Lowenthal, re status and amended bankruptcy notice. | L190 | 0.10 | 270.00 | 27.00 |
| KWF | 07/31/12 | Prepare email to title counsel, J. Lowenthal, re strategy re demurrer, motion to compel and bankruptcy stay. | L190 | 0.30 | 270.00 | 81.00 |
| | | **TOTAL** | | **7.00** | | **$1,915.20** |

## COSTS & EXPENSES

| 07/24/12 | One Legal, Inc.; Transmittal of filing to court; Notice 07/13/12 | | 49.95 |
|---|---|---|---|
| | **TOTAL COSTS & EXPENSES** | **$49.95** | |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.20 | $66.60 |
| L190 | Other Case Assessment | 2.90 | $795.60 |
| L210 | Pleadings | 1.10 | $297.00 |
| L350 | Discovery Motions | 2.80 | $756.00 |
| | **TOTAL** | **7.00** | **$1,915.20** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Franich, Kerry | KWF | Associate | 6.60 | 270.00 | $1,782.00 |
| Hankins, Suzanne | SMH | Member | 0.40 | 333.00 | $133.20 |
| | **Total** | | **7.00** | | **$1,915.20** |

| PRIOR FEES | $30,209.85 |
|---|---|
| PRIOR COSTS & EXPENSES | $1,859.21 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson
## &Werson
**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| | | | |
|---|---|---|---|
| Invoice No. | 324526 | CLIENT | GMAC ResCap |
| | | MATTER | DeLery, Henry |

Page    3

| | |
|---|---|
| FEES | $1,915.20 |
| COSTS & EXPENSES | $49.95 |
| **TOTAL THIS INVOICE** | **$1,965.15** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson
## &Werson
**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      324527      JBS

August 16, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1098 | Rodriguez, Ignacio and Rosa Maria |
| | | C/M# 719794 |

**TOTAL AMOUNT DUE**          $1,238.40

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324527    JBS                                    August 16, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  1098    Rodriguez, Ignacio and Rosa Maria
C/M# 719794

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MCN | 07/02/12 | Analysis and evaluation of strategy for preparing live witness for prove-up hearing. | L230 | 0.30 | 306.00 | 91.80 |
| MCN | 07/02/12 | Correspondence with Hancock. | L230 | 0.40 | 306.00 | 122.40 |
| MCN | 07/11/12 | Analysis and evaluation of status of entry of default regarding Quinoness and call to court regarding same. | L210 | 0.30 | 306.00 | 91.80 |
| MCN | 07/19/12 | Analysis and evaluation of status of entry of Quinones' default and court's scheduling of live testimony for prove-up hearing. | L120 | 0.20 | 306.00 | 61.20 |
| MCN | 07/23/12 | Analysis and evaluation of status of courts' calendaring of default prove up and strategy for live testimony. | L250 | 0.30 | 306.00 | 91.80 |
| MCN | 07/23/12 | Analysis and evaluation of entry of default as to Quinones and call to clerk re same. | L250 | 0.30 | 306.00 | 91.80 |
| MCN | 07/25/12 | Correspondence with Hancock. | L230 | 0.30 | 306.00 | 91.80 |
| MCN | 07/26/12 | Analysis and evaluation of regarding waiver of punitives as to Quinones. | L120 | 0.20 | 306.00 | 61.20 |
| MCN | 07/30/12 | Correspondence with Hancock. | L250 | 0.30 | 306.00 | 91.80 |
| MCN | 07/30/12 | Analysis and evaluation of strategy for entry of Quinones default and waiver of punitive damages. | L250 | 0.40 | 306.00 | 122.40 |
| MCN | 07/31/12 | Telephone call with court clerk regarding confirmation that punitive damages will be waived and default should be entered as to Quinones and analysis of procedure for same. | L250 | 0.40 | 306.00 | 122.40 |
| | | **TOTAL** | | 3.40 | | **$1,040.40** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

**Severson**
**&Werson**
A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | | | |
|---|---|---|---|
| Invoice No.   324527 | CLIENT   GMAC ResCap | | Page      2 |
| | MATTER   Rodriguez, Ignacio & Rosa | | |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 07/06/12 | First Legal Network, LLC; Court Services; LASC- Compton 6/1/12 | 71.00 |
| 07/06/12 | First Legal Network, LLC; Transmittal of filing to court; LASC- Compton 6/1/12 | 62.50 |
| 07/20/12 | First Legal Network, LLC; Transmittal of filing to court; LASC- Compton 6/29/12 | 64.50 |
| | **TOTAL COSTS & EXPENSES** | **$198.00** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.40 | $122.40 |
| L210 | Pleadings | 0.30 | $91.80 |
| L230 | Court Mandated Conferences | 1.00 | $306.00 |
| L250 | Other Written Motions | 1.70 | $520.20 |
| | **TOTAL** | **3.40** | **$1,040.40** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Nowlin, Marlene | MCN | Special Counsel | 3.40 | 306.00 | $1,040.40 |
| | **Total** | | **3.40** | | **$1,040.40** |

| | |
|---|---|
| PRIOR FEES | $16,602.30 |
| PRIOR COSTS & EXPENSES | $1,558.51 |

| | |
|---|---|
| FEES | $1,040.40 |
| COSTS & EXPENSES | $198.00 |
| **TOTAL THIS INVOICE** | **$1,238.40** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.   324528   JBS

August 16, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1164 | Vielma, Martha |
| | | GMAC Matter No.: 722889 |

**TOTAL AMOUNT DUE**        **$530.95**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324528    JBS                              August 16, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1164    Vielma, Martha
                        GMAC Matter No.: 722889

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| NSR | 07/02/12 | Analysis of case management statement by plaintiffs | L230 | 0.10 | 238.50 | 23.85 |
| NSR | 07/02/12 | Analysis of correspondence from Ms. Holtgren requesting filing of the proposed demurrer and motion to strike | L240 | 0.10 | 238.50 | 23.85 |
| NSR | 07/03/12 | Obtain and analyze the Court's tentative ruling on the case management conference | L230 | 0.40 | 238.50 | 95.40 |
| NSR | 07/05/12 | Obtain and analyze the Court's minute order referring the case to the trial setting process | L230 | 0.20 | 238.50 | 47.70 |
| NSR | 07/05/12 | Draft correspondence to Ms. Holtgren regarding the conformed demurrer and motion to strike and the Court's referral to the trial setting process | L230 | 0.40 | 238.50 | 95.40 |
| MKS | 07/08/12 | Update to client re: new developments, new deadlines and hearing dates and status. | L120 | 0.20 | 270.00 | 54.00 |
| NSR | 07/30/12 | Analysis of the Court's recent final supplemental order and possible implications on further litigation | L190 | 0.50 | 238.50 | 119.25 |
| | | **TOTAL** | | **1.90** | | **$459.45** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 07/06/12 | First Legal Network, LLC; Transmittal of filing to court; SCSC- Sacramento 6/11/12 | 41.75 |
| 07/20/12 | First Legal Network, LLC; Transmittal of filing to court; SCSC- Sacramento 6/20/12 | 29.75 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson
**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.   324528 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|
| | MATTER | Vielma, Martha | | |

---

**TOTAL COSTS & EXPENSES**                                $71.50

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | |
|---|---|---|---|---|---|
| L120 | Analysis/Strategy | 0.20 | $54.00 | | |
| L190 | Other Case Assessment | 0.50 | $119.25 | | |
| L230 | Court Mandated Conferences | 1.10 | $262.35 | | |
| L240 | Dispositive Motions | 0.10 | $23.85 | | |
| | **TOTAL** | **1.90** | **$459.45** | | |

| Timekeeper | | Position | | Hours | Rate | Value |
|---|---|---|---|---|---|---|
| Sullivan, Mary Kate | MKS | Member | | 0.20 | 270.00 | $54.00 |
| Riedman, Natilee | NSR | Associate | | 1.70 | 238.50 | $405.45 |
| | **Total** | | | **1.90** | | **$459.45** |

| PRIOR FEES | $28,733.40 |
|---|---|
| PRIOR COSTS & EXPENSES | $1,529.49 |

| | | |
|---|---|---|
| FEES | | $459.45 |
| COSTS & EXPENSES | | $71.50 |
| **TOTAL THIS INVOICE** | | **$530.95** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324529    JBS

August 16, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1173    Liguori, Lisa
GMAC Matter No.: 723336

**TOTAL AMOUNT DUE**            **$620.20**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324529    JBS                                    August 16, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  1173    Liguori, Lisa
                         GMAC Matter No.: 723336

FOR PROFESSIONAL SERVICES RENDERED        01/01/1994        07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| KWF | 07/03/12 | Perform legal research re notice of request for punitive damages, prepare request pursuant to CCP 425.115(b). | L110 | 0.50 | 270.00 | 135.00 |
| KWF | 07/20/12 | Evaluate court docket and file status, prepare request for entry of default. | L190 | 0.40 | 270.00 | 108.00 |
| KWF | 07/26/12 | Evaluate file status and court docket, prepare email to client, G. Albright. | L190 | 0.30 | 270.00 | 81.00 |
| | | **TOTAL** | | **1.20** | | **$324.00** |

## COSTS & EXPENSES

| | | |
|--|--|--|
| 07/18/12 | One Legal, Inc.; Serv Process, Subpoena Fees; Summons; Complaint; Civil Case Cover Sheet; Notice of Related Case; Notice of Case Assigment; ADR Packet; Notice....Not Served: Lynn McLaughlin (aka Lynn McLaughlin-Montero) 300 W Broadway San Diego, CA 92101 07/09/12 | 99.95 |
| 07/18/12 | One Legal, Inc.; Transmittal of filing to court; Request for Entry of Default 07/05/12 | 49.95 |
| 07/23/12 | Cardmember Service/Bank One (Acct #7755); Court and Filing Fees; SDSUPCT ROA - CA 06/22/12 | 7.50 |
| 07/24/12 | One Legal, Inc.; Serv Process, Subpoena Fees; Notice of Request for Punitive Damages Served: Lynn McLaughlin, PLLC 7514 Girard Avenue La Jolla, CA 92037 07/17/12 | 63.40 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 324529 | CLIENT | GMAC ResCap | | Page | 2 |
|---|---|---|---|---|---|---|
| | | MATTER | Liguori, Lisa | | | |

| | | |
|---|---|---|
| 07/24/12 | One Legal, Inc.; Serv Process, Subpoena Fees; Notice of Request for Punitive Damages Served: Lynn McLaughlin (aka Lynn McLaughlin-Montero) 07/17/12 | 75.40 |
| | **TOTAL COSTS & EXPENSES** | **$296.20** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 0.50 | $135.00 |
| L190 | Other Case Assessment | 0.70 | $189.00 |
| | **TOTAL** | **1.20** | **$324.00** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Franich, Kerry | KWF | Associate | 1.20 | 270.00 | $324.00 |
| | **Total** | | **1.20** | | **$324.00** |

| | |
|---|---|
| PRIOR FEES | $11,744.10 |
| PRIOR COSTS & EXPENSES | $933.01 |

| | |
|---|---|
| FEES | $324.00 |
| COSTS & EXPENSES | $296.20 |
| **TOTAL THIS INVOICE** | **$620.20** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      324530      JBS                                                      August 16, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT        19000      GMAC ResCap
MATTER       1203       Hodlin, Matthew and Bridgette
                                   GMAC Matter No.: 725005

**TOTAL AMOUNT DUE**              **$972.00**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324530    JBS                         August 16, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  1203    Hodlin, Matthew and Bridgette
                         GMAC Matter No.: 725005

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| KWF | 07/11/12 | Prepare email to UD counsel, K. Islam, inquiry re status of UD case. | L190 | 0.20 | 270.00 | 54.00 |
| KWF | 07/11/12 | Continue preparation of motion to expunge lis pendens, including supporting declarations of Kerry Franich and P. Knapp. | L250 | 3.00 | 270.00 | 810.00 |
| KWF | 07/23/12 | Review and revise motion to expunge lis pendens and supporting declaration. | L250 | 0.40 | 270.00 | 108.00 |
| | | **TOTAL** | | **3.60** | | **$972.00** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|---|-------|--------|
| L190 | Other Case Assessment | 0.20 | $54.00 |
| L250 | Other Written Motions | 3.40 | $918.00 |
| | **TOTAL** | **3.60** | **$972.00** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Franich, Kerry | KWF | Associate | 3.60 | 270.00 | $972.00 |
| | **Total** | | **3.60** | | **$972.00** |

PRIOR FEES                        $10,008.90
PRIOR COSTS & EXPENSES            $1,978.89

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 324530 | CLIENT | GMAC ResCap | Page | 2 |
| | | MATTER | Hodlin, Matthew & Bridgette | | |

|  | | |
|---|---|---|
| FEES | | $972.00 |
| **TOTAL THIS INVOICE** | | **$972.00** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324531    JBS                                                    August 16, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1205    Gonzalez, Antonio and Eva
GMAC Matter No.: 725162

**TOTAL AMOUNT DUE**              **$441.20**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

Pg 124 of 379

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324531    JBS                                      August 16, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  1205    Gonzalez, Antonio and Eva
                         GMAC Matter No.: 725162

FOR PROFESSIONAL SERVICES RENDERED        01/01/1994        07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|-|-------|------|--------|
| DZG | 07/02/12 | Analyze memorandum from H. Keshishyan re plaintiffs' acceptance of proposed modification terms and prepare memorandum to A. Hartshorn re same | L160 | 0.20 | 274.50 | 54.90 |
| DZG | 07/03/12 | Analyze memorandum from A. Hartshorn re status of investor approval of loan modification and prepare response | L160 | 0.20 | 274.50 | 54.90 |
| DZG | 07/10/12 | Analyze memorandum from A. Hartshorn re investor approval of modification terms and payment schedule | L160 | 0.10 | 274.50 | 27.45 |
| DZG | 07/11/12 | Exchange memoranda with H. Keshishyan re status of investor approval of modification and payment schedule | L160 | 0.20 | 274.50 | 54.90 |
| DZG | 07/12/12 | Prepare memorandum to A. Hartshorn re status of modification agreement | L160 | 0.10 | 274.50 | 27.45 |
| DZG | 07/13/12 | Analyze memorandum from A. Hartshorn re status of loan modification agreement and payment information for plaintiffs | L160 | 0.10 | 274.50 | 27.45 |
| DZG | 07/19/12 | Prepare memorandum to A. Hartshorn requesting update on status of modification agreement | L160 | 0.10 | 274.50 | 27.45 |
| DZG | 07/23/12 | Exchange memoranda with L. Lopez and A. Hartshorn re status of modification agreement | L160 | 0.20 | 274.50 | 54.90 |
| DZG | 07/23/12 | Prepare memorandum to H. Keshishyan | L160 | 0.10 | 274.50 | 27.45 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 324531 | CLIENT | GMAC ResCap | Page | 2 |
| | | MATTER | Gonzalez, Antonio & Eva | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | re status of modification agreement and providing payment information/instructions to plaintiffs | | | | |
| DZG | 07/30/12 | Analyze memorandum from A. Hartshorn re modification agreement, analyze agreement and prepare response | L160 | 0.20 | 274.50 | 54.90 |
| DZG | 07/30/12 | Prepare memorandum to H. Keshisyan transmitting loan modification agreement | L160 | 0.10 | 274.50 | 27.45 |
| | | **TOTAL** | | **1.60** | | **$439.20** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 07/23/12 | Cardmember Service/Bank One (Acct #7755); Court and Filing Fees; Riverside Court Web Imagi - CA 06/28/12 | 2.00 |
| | **TOTAL COSTS & EXPENSES** | **$2.00** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L160 | Settlement/Non-Binding ADR | 1.60 | $439.20 |
| | **TOTAL** | **1.60** | **$439.20** |

| Timekeeper | Position | Hours | Rate | Value |
|---|---|---|---|---|
| Glasser, Dana | DZG | Associate | 1.60 | 274.50 | $439.20 |
| | **Total** | | **1.60** | | **$439.20** |

| | |
|---|---|
| PRIOR FEES | $6,431.40 |
| PRIOR COSTS & EXPENSES | $1,054.26 |

| | |
|---|---|
| FEES | $439.20 |
| COSTS & EXPENSES | $2.00 |
| **TOTAL THIS INVOICE** | **$441.20** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson
## &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324532    JBS                                         August 16, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1213    Woods-White, Elizabeth
                  GMAC Matter No.: 725602
                  Loan No.: 359479670

**TOTAL AMOUNT DUE**          **$1,203.75**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324532    JBS                    August 16, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1213    Woods-White, Elizabeth
                        GMAC Matter No.: 725602
                        Loan No.: 359479670

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| RJG | 07/02/12 | Attention to informal resolution issues and correspondence with our client to address the same. | L160 | 0.20 | 274.50 | 54.90 |
| YS | 07/02/12 | Review and analysis of additional documents from plaintiff in an effort to obtain a loan modification | L120 | 0.20 | 238.50 | 47.70 |
| YS | 07/02/12 | Draft correspondence to client regarding plaintiff's documents in an effort to obtain a loan modification | L190 | 0.30 | 238.50 | 71.55 |
| YS | 07/11/12 | Receipt, review and analysis of correspondence from plaintiff's counsel regarding authorization to allow third party to discuss loan modification with client | L120 | 0.10 | 238.50 | 23.85 |
| RJG | 07/12/12 | Attention to informal resolution terms and issues and correspondence with our client and Plaintiff's counsel to address the same. | L160 | 0.40 | 274.50 | 109.80 |
| YS | 07/12/12 | Receipt, review and analysis of the client's trial loan modification offer | L120 | 0.10 | 238.50 | 23.85 |
| YS | 07/12/12 | Draft correspondence to plaintiff's counsel regarding client's proposed trial loan modification in an effort to resolve this case | L160 | 0.30 | 238.50 | 71.55 |
| RJG | 07/13/12 | Analysis and evaluation of informal resolution terms and issues and correspondence with our client to address the same. | L160 | 0.40 | 274.50 | 109.80 |
| RJG | 07/19/12 | Analysis and evaluation of settlement | L160 | 0.40 | 274.50 | 109.80 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 324532 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Woods-White, Elizabeth | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | terms and issues and correspondence with our client to address the same. | | | | |
| RJG | 07/19/12 | Attention to settlement terms and issues and correspondence with Plaintiff's counsel to address the same. | L160 | 0.30 | 274.50 | 82.35 |
| YS | 07/19/12 | Receipt, review and analysis of client's trial modification offer to plaintiff in an attempt to settle this case | L120 | 0.10 | 238.50 | 23.85 |
| YS | 07/19/12 | Draft correspondence to plaintiff's counsel regarding client's trial loan modification proposal in an attempt to resolve this case | L160 | 0.30 | 238.50 | 71.55 |
| RJG | 07/20/12 | Attention to settlement terms and issues and correspondence with Plaintiff's counsel to address the same. | L160 | 0.30 | 274.50 | 82.35 |
| RJG | 07/23/12 | Attention to negotiation of informal resolution terms and issues and correspondence with our client and Plaintiff's counsel to address the same. | L160 | 0.30 | 274.50 | 82.35 |
| YS | 07/23/12 | Review and analysis of plaintiff's counter offer to trial loan modification and proposed modification and settlement offer | L120 | 0.30 | 238.50 | 71.55 |
| YS | 07/23/12 | Draft correspondence to client regarding plaintiff's counter offer to proposed trial loan modification agreement | L190 | 0.30 | 238.50 | 71.55 |
| YS | 07/23/12 | Draft correspondence to plaintiff's counsel regarding the client's denial of plaintiff's counter offer to the trial loan modification offer | L190 | 0.30 | 238.50 | 71.55 |
| YS | 07/31/12 | Draft case status update for client report | L190 | 0.10 | 238.50 | 23.85 |
| | | **TOTAL** | | **4.70** | | **$1,203.75** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.80 | $190.80 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 324532 | CLIENT | GMAC ResCap | | | | Page | 3 |
| | | MATTER | Woods-White, Elizabeth | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| L160 | Settlement/Non-Binding ADR | | 2.90 | $774.45 | | | |
| L190 | Other Case Assessment | | 1.00 | $238.50 | | | |
| | **TOTAL** | | **4.70** | **$1,203.75** | | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Gandy, Robert | RJG | Special Counsel | 2.30 | 274.50 | $631.35 |
| Shaham, Yaron | YS | Special Counsel | 2.40 | 238.50 | $572.40 |
| | **Total** | | **4.70** | | **$1,203.75** |

PRIOR FEES                                $6,431.40
PRIOR COSTS & EXPENSES          $676.19

| | | |
|---|---|---|
| FEES | $1,203.75 |
| **TOTAL THIS INVOICE** | **$1,203.75** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     324533     JBS                                      August 16, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     19000     GMAC ResCap
MATTER     1214     Ratnayake, Janaka and Radika
                    C/M# 720829

**TOTAL AMOUNT DUE**            **$1,051.75**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     324533     JBS                                    August 16, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter     19000 1214     Ratnayake, Janaka and Radika
                          C/M# 720829

FOR PROFESSIONAL SERVICES RENDERED        01/01/1994        07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| SMH | 07/24/12 | Attention to court's denial of plaintiffs' motion for reconsideration. | L250 | 0.20 | 333.00 | 66.60 |
| BAE | 07/24/12 | Attend hearing on motion for reconsideration of demurrer to fourth amended complaint and motion to file fifth amended complaint. | L240 | 2.70 | 247.50 | 668.25 |
| BAE | 07/24/12 | Attend court mandated conference in Riverside Superior Court [transportation time already included in motion for reconsideration]. | L230 | 0.80 | 247.50 | 198.00 |
| | | **TOTAL** | | **3.70** | | **$932.85** |

## COSTS & EXPENSES

| | | |
|--|--|--|
| 07/12/12 | DDS Legal Support Systems;  Transmittal of filing to court ; Riverside Superior- Main 6/1/12 | 68.95 |
| 07/18/12 | One Legal, Inc.; Transmittal of filing to court; Case Management Statement, Opposition to Motion for Reconsideration, RJN ISO Opposition to Motion for...07/09/12 | 49.95 |
| | **TOTAL COSTS & EXPENSES** | **$118.90** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|--|-------|--------|
| L230 | Court Mandated Conferences | 0.80 | $198.00 |
| L240 | Dispositive Motions | 2.70 | $668.25 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.   324533 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|
| | MATTER | Ratnayake, Janaka & Radika | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| L250 | Other Written Motions | | 0.20 | $66.60 | | |
| | **TOTAL** | | **3.70** | **$932.85** | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Eilenberg, Benjamin A. | BAE | Associate | 3.50 | 247.50 | $866.25 |
| Hankins, Suzanne | SMH | Member | 0.20 | 333.00 | $66.60 |
| | **Total** | | **3.70** | | **$932.85** |

| PRIOR FEES | $10,534.05 |
|---|---|
| PRIOR COSTS & EXPENSES | $376.93 |

| FEES | $932.85 |
|---|---|
| COSTS & EXPENSES | $118.90 |
| **TOTAL THIS INVOICE** | **$1,051.75** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      324534      JBS                                                                August 16, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1215 | Cruz, Pilar and David  (Hernandez) |
| | | GMAC Matter No.: 725713 |

**TOTAL AMOUNT DUE**             **$904.50**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     324534     JBS                                        August 16, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter     19000 1215     Cruz, Pilar and David  (Hernandez)
                          GMAC Matter No.: 725713

FOR PROFESSIONAL SERVICES RENDERED     01/01/1994          07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| SMH | 07/02/12 | Forward dismissal to A. Hartshorn. | L190 | 0.20 | 333.00 | 66.60 |
| DL | 07/06/12 | Analyze court docket re status of signing judgment. | L190 | 0.10 | 288.00 | 28.80 |
| DL | 07/09/12 | Exchange correspondence with client re status of obtaining judgment from court. | L190 | 0.10 | 288.00 | 28.80 |
| DL | 07/10/12 | Analyze correspondence with court clerk re judgment was signed but cannot be located. | L190 | 0.10 | 288.00 | 28.80 |
| DL | 07/13/12 | Analyze judgment signed by court and prepare notice of entry of judgment. | L190 | 0.20 | 288.00 | 57.60 |
| DL | 07/17/12 | Exchange correspondence with client and prepare correspondence to plaintiff re waiver of appeal and waiver of costs. | L190 | 0.20 | 288.00 | 57.60 |
| DL | 07/18/12 | Prepare correspondence to plaintiff re waiving right to appeal; begin preparing memorandum of costs. | L190 | 0.20 | 288.00 | 57.60 |
| DL | 07/20/12 | Exchange correspondence with client re attempts to contact plaintiff to discuss waiver of appeal and waiver of costs. | L190 | 0.10 | 288.00 | 28.80 |
| RJG | 07/24/12 | Attention to proposed settlement terms and final case issues and correspondence with our client contact to advise regarding the same. | L160 | 0.30 | 274.50 | 82.35 |
| DL | 07/24/12 | Exchange multiple correspondence with client and plaintiffs' counsel re waiver of appeal for waiver of costs and recording withdrawal of lis pendens. | L190 | 0.40 | 288.00 | 115.20 |
| RJG | 07/26/12 | Attention to settlement terms and lis pendens issues and correspondence | L160 | 0.30 | 274.50 | 82.35 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.   324534 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|
| | MATTER | Cruz, Pilar & David | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | with our client contact to advise regarding the same. | | | | |
| DL | 07/26/12 | Revise notice of withdrawal of lis pendens; prepare correspondence to plaintiff re same and prepare case update to client re same. | L430 | 0.40 | 288.00 | 115.20 |
| LJT | 07/27/12 | Research title records to confirm no recording of lis pendens against Encina property, e-mail re same. | L110 | 0.20 | 130.50 | 26.10 |
| DL | 07/30/12 | Prepare case update on chart for client. | L190 | 0.10 | 288.00 | 28.80 |
| | | **TOTAL** | | **2.90** | | **$804.60** |

### COSTS & EXPENSES

| | | |
|---|---|---|
| 07/24/12 | One Legal, Inc.; Transmittal of filing to court; Notice of Entry 07/13/12 | 49.95 |
| 07/30/12 | One Legal, Inc.; Transmittal of filing to court; Memorandum of Costs 07/24/12 | 49.95 |
| | **TOTAL COSTS & EXPENSES** | **$99.90** |

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 0.20 | $26.10 |
| L160 | Settlement/Non-Binding ADR | 0.60 | $164.70 |
| L190 | Other Case Assessment | 1.70 | $498.60 |
| L430 | Written Motions/Submissions | 0.40 | $115.20 |
| | **TOTAL** | **2.90** | **$804.60** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Liu, David | DL | Associate | 1.90 | 288.00 | $547.20 |
| Tarwater, Linda | LJT | Paralegal | 0.20 | 130.50 | $26.10 |
| Gandy, Robert | RJG | Special Counsel | 0.60 | 274.50 | $164.70 |
| Hankins, Suzanne | SMH | Member | 0.20 | 333.00 | $66.60 |
| | **Total** | | **2.90** | | **$804.60** |

| | |
|---|---|
| PRIOR FEES | $5,731.65 |
| PRIOR COSTS & EXPENSES | $664.88 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324534      CLIENT    GMAC ResCap                          Page        3
                           MATTER    Cruz, Pilar & David

| | | |
|---|---|---|
| FEES | | $804.60 |
| COSTS & EXPENSES | | $99.90 |
| **TOTAL THIS INVOICE** | | **$904.50** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

Pg 137 of 379

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324535    JBS                                    August 16, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000      GMAC ResCap
MATTER      1223       Silver, Francine
                       GMAC Matter No.: 726131

**TOTAL AMOUNT DUE**           **$3,305.25**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324535    JBS                                    August 16, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1223    Silver, Francine
GMAC Matter No.: 726131

FOR PROFESSIONAL SERVICES RENDERED        01/01/1994        07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ANB | 07/02/12 | Review, revise and make final changes to response to objection to proof of claim | L210 | 2.00 | 292.50 | 585.00 |
| ANB | 07/05/12 | Review communication from client, respond advising settlement proposal has been made as has a request to view original Note, and communication with Plaintiffs counsel regarding joint status report for continued status conference due today | L120 | 0.50 | 292.50 | 146.25 |
| ANB | 07/05/12 | Review and revise draft of conditional opposition to motion to compel answer to complaint and proposed order | L210 | 1.00 | 292.50 | 292.50 |
| ANB | 07/10/12 | Draft, review and revise Uniliateral Status Report | L210 | 1.00 | 292.50 | 292.50 |
| ANB | 07/11/12 | Multiple communications between myself and plaintiffs counsel regarding settlement and with client advising of status and ultimately rejected settlement proposal | L120 | 1.00 | 292.50 | 292.50 |
| ANB | 07/17/12 | Phone conference with client to discuss strategy to resolve matter now that Plaintiff has rejected settlement proposal and seeks money damages | L110 | 0.50 | 292.50 | 146.25 |
| ANB | 07/17/12 | Prepare for phone conference with client to discuss strategy to resolve matter now that Plaintiff has rejected settlement proposal and seeks money damages | L110 | 0.30 | 292.50 | 87.75 |
| ANB | 07/27/12 | Begin drafting facts section to MPA in | L210 | 1.00 | 292.50 | 292.50 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 324535 | CLIENT | GMAC ResCap | | | Page | 2 |
| | | MATTER | Silver, Francine | | | | |

| ANB | 07/30/12 | support of Motion to Dismiss Draft legal arguments for MPA in support of MTD | L210 | 4.00 | 292.50 | 1,170.00 |
| | | **TOTAL** | | **11.30** | | **$3,305.25** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 0.80 | $234.00 |
| L120 | Analysis/Strategy | 1.50 | $438.75 |
| L210 | Pleadings | 9.00 | $2,632.50 |
| | **TOTAL** | **11.30** | **$3,305.25** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Barasch, Adam | ANB | Special Counsel | 11.30 | 292.50 | $3,305.25 |
| | **Total** | | **11.30** | | **$3,305.25** |

| PRIOR FEES | $5,902.20 |
| PRIOR COSTS & EXPENSES | $1,051.52 |

| | FEES | $3,305.25 |
| | **TOTAL THIS INVOICE** | **$3,305.25** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     324536     JBS                                    August 16, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     19000     GMAC ResCap
MATTER     1224      Biala, Delfin and Wilma
                     GMAC Matter No.: 726225

**TOTAL AMOUNT DUE**          $2,352.40

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324536    JBS                                                    August 16, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1224    Biala, Delfin and Wilma
GMAC Matter No.: 726225

FOR PROFESSIONAL SERVICES RENDERED        01/01/1994        07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MJN | 06/25/12 | Draft demurrer to first amended complaint | L210 | 4.70 | 261.00 | 1,226.70 |
| MJN | 06/26/12 | Draft demurrer to first amended complaint and send client for review. | L210 | 2.10 | 261.00 | 548.10 |
| MJN | 06/27/12 | Draft request for judicial notice and prepare demurrer for filing | L210 | 0.80 | 261.00 | 208.80 |
| MJN | 06/28/12 | Internal communication regarding filing of demurrer to the first amended complaint. | L210 | 0.30 | 261.00 | 78.30 |
| AAG | 07/16/12 | Prepare internal case update. | L190 | 0.20 | 238.50 | 47.70 |
| | | **TOTAL** | | **8.10** | | **$2,109.60** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 07/02/12 | CourtCall, LLC; CourtCall - Conference Service; 07/19/12 | 78.00 |
| 07/06/12 | One Legal, Inc.; Transmittal of filing to court; Case Management Statement 06/15/12 | 49.95 |
| 07/13/12 | One Legal, Inc.; Transmittal of filing to court; Notice of Demurrer and Demurrer to Complaint, Request for Judicial Notice 06/28/12 | 64.90 |
| 07/13/12 | One Legal, Inc.; Transmittal of filing to court; Proof of Service 06/29/12 | 49.95 |

**TOTAL COSTS & EXPENSES**                    **$242.80**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.   324536 | CLIENT   GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|
| | MATTER   Biala, Delfin & Wilma | | | | |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | |
|---|---|---|---|---|---|
| L190 | Other Case Assessment | 0.20 | $47.70 | | |
| L210 | Pleadings | 7.90 | $2,061.90 | | |
| | **TOTAL** | **8.10** | **$2,109.60** | | |

| Timekeeper | | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|---|
| Givental, Alisa | | AAG | Associate | 0.20 | 238.50 | $47.70 |
| Nelson, Michele | | MJN | Special Counsel | 7.90 | 261.00 | $2,061.90 |
| | | **Total** | | **8.10** | | **$2,109.60** |

| PRIOR FEES | $7,787.10 |
|---|---|
| PRIOR COSTS & EXPENSES | $1,269.69 |

| FEES | $2,109.60 |
|---|---|
| COSTS & EXPENSES | $242.80 |
| **TOTAL THIS INVOICE** | **$2,352.40** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324537    JBS                                      August 16, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1225    Daly, Nellie C.
GMAC Matter No.: 726060

**TOTAL AMOUNT DUE**          $3,302.55

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324537    JBS                                          August 16, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  1225       Daly, Nellie C.
                            GMAC Matter No.: 726060

FOR PROFESSIONAL SERVICES RENDERED        01/01/1994        07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| RJG | 07/05/12 | Analysis and evaluation of Plaintiff's first amended complaint, attention to responsive pleading strategy and correspondence with our client to advise regarding the same. | L120 | 0.50 | 274.50 | 137.25 |
| RJG | 07/09/12 | Attention to informal resolution and pending foreclosure issues and correspondence with Plaintiff's counsel to address the same. | L160 | 0.30 | 274.50 | 82.35 |
| RJG | 07/09/12 | Attention to informal resolution and pending foreclosure issues and correspondence with our client to address the same. | L120 | 0.30 | 274.50 | 82.35 |
| RJG | 07/10/12 | Analysis and evaluation of Plaintiff's first amended complaint and review and revise the demurrer to the same. | L250 | 1.10 | 274.50 | 301.95 |
| BAE | 07/10/12 | Draft notice of demurrer, demurrer. and memorandum of points and authorities supporting demurrer to first amended complaint. | L240 | 4.70 | 247.50 | 1,163.25 |
| RJG | 07/11/12 | Attention to demurrer to first amended complaint and pending case issues. | L250 | 0.20 | 274.50 | 54.90 |
| YS | 07/11/12 | Further drafting and revising of client's demurrer to plaintiff's first amended complaint, the request for judicial notice, and proposed order | L210 | 0.90 | 238.50 | 214.65 |
| BAE | 07/11/12 | Draft request for judicial notice supporting demurrer to first amended complaint. | L240 | 0.90 | 247.50 | 222.75 |
| BAE | 07/11/12 | Draft proposed order sustaining | L240 | 0.40 | 247.50 | 99.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 324537 | CLIENT | GMAC ResCap | | | Page | 2 |
| | | MATTER | Daly, Nellie C. | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | demurrer. | | | | |
| RJG | 07/12/12 | Attention to informal resolution and pending case issues and correspondence with Plaintiff's counsel to address the same. | L120 | 0.30 | 274.50 | 82.35 |
| BAE | 07/12/12 | Investigation with client as to whether Plaintiff ever completed a loan modification application. | L160 | 0.30 | 247.50 | 74.25 |
| RJG | 07/13/12 | Attention to ex parte temporary restraining order notice and pending foreclosure issues and correspondence with our client and Plaintiff's counsel to address the same. | L120 | 0.40 | 274.50 | 109.80 |
| RJG | 07/16/12 | Attention to proposed informal resolution terms and issues and multiple correspondence with Plaintiff's counsel to address the same. | L160 | 0.40 | 274.50 | 109.80 |
| RJG | 07/16/12 | Attention to informal resolution terms and issues and correspondence with our client to advise regarding the same. | L160 | 0.30 | 274.50 | 82.35 |
| RJG | 07/17/12 | Attention to informal resolution and case investigation issues and correspondence with our client to address the same. | L160 | 0.30 | 274.50 | 82.35 |
| BAE | 07/17/12 | Negotiating settlement of matter: Dismissal with prejudice in exchange for loan modification review with no guarantee of acceptance. | L160 | 1.20 | 247.50 | 297.00 |
| RJG | 07/30/12 | Attention to informal resolution terms and issues and correspondence with our client contact to respond to an inquiry regarding the same. | L160 | 0.30 | 274.50 | 82.35 |
| YS | 07/31/12 | Draft case status update for client report | L190 | 0.10 | 238.50 | 23.85 |
| | | **TOTAL** | | **12.90** | | **$3,302.55** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | Hours | Amount |
|---|---|---|

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson
## &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 324537 | CLIENT | GMAC ResCap | | | Page | 3 |
| | | MATTER | Daly, Nellie C. | | | | |

| | | | | | | | |
|------|------------------------------|--------|-----------|--------|-------|-------|--|
| L120 | Analysis/Strategy | | 1.50 | $411.75 | | | |
| L160 | Settlement/Non-Binding ADR | | 3.10 | $810.45 | | | |
| L190 | Other Case Assessment | | 0.10 | $23.85 | | | |
| L210 | Pleadings | | 0.90 | $214.65 | | | |
| L240 | Dispositive Motions | | 6.00 | $1,485.00 | | | |
| L250 | Other Written Motions | | 1.30 | $356.85 | | | |
| | **TOTAL** | | **12.90** | **$3,302.55** | | | |

| Timekeeper | | Position | Hours | Rate | Value |
|----------------------|-----|------------------|-------|--------|-----------|
| Eilenberg, Benjamin A. | BAE | Associate | 7.50 | 247.50 | $1,856.25 |
| Gandy, Robert | RJG | Special Counsel | 4.40 | 274.50 | $1,207.80 |
| Shaham, Yaron | YS | Special Counsel | 1.00 | 238.50 | $238.50 |
| | | **Total** | **12.90** | | **$3,302.55** |

| | |
|-------------------------|----------|
| PRIOR FEES | $12,320.10 |
| PRIOR COSTS & EXPENSES | $70.45 |

| | |
|--------------------|-----------|
| FEES | $3,302.55 |
| **TOTAL THIS INVOICE** | **$3,302.55** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324538    JBS                                    August 16, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1226     Vaught, Robert and Melody
                   GMAC Matter No.: 726136

**TOTAL AMOUNT DUE**            $2,443.90

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324538    JBS

August 16, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1226    Vaught, Robert and Melody
GMAC Matter No.: 726136

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| LJA | 07/01/12 | Draft Case Management Conference Statement in advance of Hearing | L210 | 0.70 | 130.50 | 91.35 |
| MJE | 07/02/12 | Receipt and review of CMC statement and prepare for hearing | L230 | 0.40 | 279.00 | 111.60 |
| MJE | 07/03/12 | Review of Complaint and prepare for Reply in support of Demurrer | L240 | 0.80 | 279.00 | 223.20 |
| MJE | 07/05/12 | Receipt and review of Plaintiff's statement of case and emails regarding possible settlement | L190 | 0.50 | 279.00 | 139.50 |
| MJE | 07/06/12 | Review of Reply in Support of Preliminary Injunction and draft outline for reply to demurrer | L240 | 0.70 | 279.00 | 195.30 |
| MJE | 07/09/12 | Exchange of emails with J. Holtgren and D. Lewis re status of short sale review and approval | L160 | 0.30 | 279.00 | 83.70 |
| MJE | 07/10/12 | Prepare reply in support of demurrer to Complaint | L250 | 0.80 | 279.00 | 223.20 |
| MJE | 07/11/12 | Receipt and review of First Amended Complaint and analysis of same | L210 | 0.80 | 279.00 | 223.20 |
| MJE | 07/13/12 | Exchange of emails with J. Holtgren and Plaintiff's counsel D. Lewis regarding First Amended Complaint and status of Short Sale offer | L190 | 0.40 | 279.00 | 111.60 |
| MJE | 07/16/12 | Email with J. Holtgren re status of short sale and follow up regarding second lien holder | L190 | 0.40 | 279.00 | 111.60 |
| MJE | 07/16/12 | Removal of Demurrer to Complaint from calendar and prepare for demurer to First Amended Complaint | L240 | 0.30 | 279.00 | 83.70 |
| MJE | 07/17/12 | Attended Case Management | L230 | 1.30 | 279.00 | 362.70 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 324538 | CLIENT | GMAC ResCap | | | Page | 2 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | MATTER | Vaught, Robert & Melody | | | | |

| | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | Conference and received new calendaring schedule | | | | |
| MJE | 07/18/12 | Receipt and review of documents required by client for Plaintiff to execute re short sale and delivery of same to Plaintiff | L190 | 0.40 | 279.00 | 111.60 |
| MJE | 07/25/12 | Receipt and review of Short Sale information from Plaintiff's counsel and email with counsel re same. | L190 | 0.30 | 279.00 | 83.70 |
| MJE | 07/30/12 | Review of file and sale date and email to J. Holtgren re short sale information delivered from Plaintiff | L190 | 0.30 | 279.00 | 83.70 |
| | | **TOTAL** | | **8.40** | | **$2,239.65** |

## COSTS & EXPENSES

| | | |
| --- | --- | --- |
| 07/06/12 | First Legal Network, LLC; Transmittal of filing to court; OCSC- Santa Ana 6/1/12; Advance ck. $40.00 6/1/12 | 52.00 |
| 07/06/12 | First Legal Network, LLC; Transmittal of filing to court; Orange County Court 6/7/12 | 74.25 |
| 07/12/12 | CourtCall, LLC; CourtCall - Conference Service; 07/17/12 | 78.00 |
| | **TOTAL COSTS & EXPENSES** | **$204.25** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
| --- | --- | --- | --- |
| L160 | Settlement/Non-Binding ADR | 0.30 | $83.70 |
| L190 | Other Case Assessment | 2.30 | $641.70 |
| L210 | Pleadings | 1.50 | $314.55 |
| L230 | Court Mandated Conferences | 1.70 | $474.30 |
| L240 | Dispositive Motions | 1.80 | $502.20 |
| L250 | Other Written Motions | 0.80 | $223.20 |
| | **TOTAL** | **8.40** | **$2,239.65** |

| Timekeeper | | Position | Hours | Rate | Value |
| --- | --- | --- | --- | --- | --- |
| Ash, Laura | LJA | Paralegal | 0.70 | 130.50 | $91.35 |
| Esposito, Matthew | MJE | Associate | 7.70 | 279.00 | $2,148.30 |
| | **Total** | | **8.40** | | **$2,239.65** |

PRIOR FEES                    $10,907.10

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324538    **CLIENT**    GMAC ResCap                                   Page        3
                        **MATTER**    Vaught, Robert & Melody

---

PRIOR COSTS & EXPENSES                    $819.67

|                        |           |
|------------------------|-----------|
| FEES                   | $2,239.65 |
| COSTS & EXPENSES       | $204.25   |
| **TOTAL THIS INVOICE** | **$2,443.90** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.        324539        JBS                                              August 16, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT        19000        GMAC ResCap
MATTER        1229        Owner Management Service, LLC dba Trust Holding Service Co.
                          GMAC  No: 726233

**TOTAL AMOUNT DUE**                    **$263.70**

# *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324539    JBS                                                    August 16, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1229    Owner Management Service, LLC dba Trust Holding Service Co.
                        GMAC No: 726233

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| RJG | 07/02/12 | Attention to case investigation, pending case and litigation strategy issues. | L120 | 0.20 | 274.50 | 54.90 |
| RJG | 07/06/12 | Analysis and evaluation of pending case issues and attention to litigation strategy. | L120 | 0.20 | 274.50 | 54.90 |
| YS | 07/23/12 | Draft correspondence to client regarding status of the case, pending hearing dates, and whether GMAC Mortgage has been named as a defendant in the case | L190 | 0.20 | 238.50 | 47.70 |
| RJG | 07/24/12 | Attention to responsive pleading and pending case issues and correspondence with our client to respond to an inquiry regarding the same. | L120 | 0.30 | 274.50 | 82.35 |
| YS | 07/31/12 | Draft case status update for client report | L190 | 0.10 | 238.50 | 23.85 |
| | | **TOTAL** | | **1.00** | | **$263.70** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.70 | $192.15 |
| L190 | Other Case Assessment | 0.30 | $71.55 |
| | **TOTAL** | **1.00** | **$263.70** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Gandy, Robert | RJG | Special Counsel | 0.70 | 274.50 | $192.15 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.   324539 | CLIENT | GMAC ResCap | | | Page | 2 |
| | MATTER | Owner Management  Service, LLC | | | | |

| Shaham, Yaron | YS | Special Counsel | 0.30 | 238.50 | $71.55 |
| | **Total** | | **1.00** | | **$263.70** |

PRIOR FEES                          $1,558.35
PRIOR COSTS & EXPENSES        $230.77

| | FEES | $263.70 |
| **TOTAL THIS INVOICE** | | **$263.70** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson

## &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324540    JBS    August 16, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
|---|---|---|
| MATTER | 1230 | Bradford, Rickey |
| | | GMAC Matter No.: 726198 |

**TOTAL AMOUNT DUE**        $1,536.75

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324540    JBS                                  August 16, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  1230    Bradford, Rickey
                          GMAC Matter No.: 726198

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994         07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|------|-------|------|--------|
| DL | 07/03/12 | Analyze court docket re status of filing amended complaint; prepare correspondence to client re no complaint filed and preparation of motion to dismiss. | L190 | 0.20 | 288.00 | 57.60 |
| BAE | 07/10/12 | Draft notice of motion and motion to dismiss for failure to file a first amended complaint. | L240 | 1.20 | 247.50 | 297.00 |
| DL | 07/12/12 | Work on revising motion to dismiss for failure to timely amend; and begin revising Scheduling Report. | L430 | 0.60 | 288.00 | 172.80 |
| BAE | 07/12/12 | Draft declaration of Ben A. Eilenberg regarding Joint 26(f) report. | L230 | 0.90 | 247.50 | 222.75 |
| DL | 07/13/12 | Revise motion to dismiss for failure to timely amend and prepare correspondence to client re same; revise scheduling report and prepare proposed timetable of pre-trial dates. | L430 | 1.40 | 288.00 | 403.20 |
| DL | 07/17/12 | Strategy re revisions to Rule 26 report. | L430 | 0.20 | 288.00 | 57.60 |
| SMH | 07/24/12 | Attention to OSC re dismissal for lack of prosecution. | L190 | 0.20 | 333.00 | 66.60 |
| DL | 07/25/12 | Analyze order setting OSC re dismissal and prepare correspondence to client re same. | L190 | 0.20 | 288.00 | 57.60 |
| DL | 07/26/12 | Further strategy re finalizing Rule 26 report for filing. | L430 | 0.10 | 288.00 | 28.80 |
| DL | 07/27/12 | Finalize Rule 26 report including proposed timetable of events; revise supporting declaration and exhibits re attempts to contact plaintiff. | L430 | 0.50 | 288.00 | 144.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 324540 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Bradford, Rickey | | | | |

| DL | 07/30/12 | Prepare case update on chart for client. | L190 | 0.10 | 288.00 | 28.80 |
|---|---|---|---|---|---|---|
| | | **TOTAL** | | **5.60** | | **$1,536.75** |

### COSTS & EXPENSES

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L190 | Other Case Assessment | 0.70 | $210.60 |
| L230 | Court Mandated Conferences | 0.90 | $222.75 |
| L240 | Dispositive Motions | 1.20 | $297.00 |
| L430 | Written Motions/Submissions | 2.80 | $806.40 |
| | **TOTAL** | **5.60** | **$1,536.75** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Eilenberg, Benjamin A. | BAE | Associate | 2.10 | 247.50 | $519.75 |
| Liu, David | DL | Associate | 3.30 | 288.00 | $950.40 |
| Hankins, Suzanne | SMH | Member | 0.20 | 333.00 | $66.60 |
| | **Total** | | **5.60** | | **$1,536.75** |

| PRIOR FEES | $9,318.60 |
|---|---|
| PRIOR COSTS & EXPENSES | $629.89 |

| FEES | $1,536.75 |
|---|---|
| **TOTAL THIS INVOICE** | **$1,536.75** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324541    JBS                                      August 16, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1231    Reise, Willie R.
                  GMAC Matter No.: 726395

**TOTAL AMOUNT DUE**              $1,784.90

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 324541 | JBS | August 16, 2012 |
|---|---|---|---|

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1231    Reise, Willie R.
GMAC Matter No.: 726395

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| RJG | 07/02/12 | Attention to demurrer and pending case issues and correspondence with our client to respond to an inquiry regarding the same. | L250 | 0.30 | 274.50 | 82.35 |
| JHT | 07/02/12 | Reviewed Demurrer to FAC and Prepared for Filing. | L210 | 0.50 | 238.50 | 119.25 |
| YS | 07/13/12 | Draft and prepare clients' case management conference statement in light of pending case management conference hearing | L210 | 0.30 | 238.50 | 71.55 |
| YS | 07/18/12 | Receipt, review and analysis of the plaintiff's case management statement in light of pending case management conference hearing | L120 | 0.10 | 238.50 | 23.85 |
| JHT | 07/18/12 | Reviewed Plaintiffs' CMC Statement. | L210 | 0.20 | 238.50 | 47.70 |
| RJG | 07/31/12 | Attention to the court's ruling at the case management conference and Plaintiff's proposed settlement terms and correspondence with our client to advise regarding the same. | L120 | 0.30 | 274.50 | 82.35 |
| YS | 07/31/12 | Draft correspondence to plaintiff's counsel regarding clients' settlement offer | L160 | 0.20 | 238.50 | 47.70 |
| YS | 07/31/12 | Attend the Court's case management conference hearing and determine how to proceed based on the Court's ruling | L450 | 5.10 | 238.50 | 1,216.35 |
| YS | 07/31/12 | Draft case status update for client report | L190 | 0.10 | 238.50 | 23.85 |
| | | **TOTAL** | | **7.10** | | **$1,714.95** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | | | | |
|---|---|---|---|---|
| Invoice No.   324541 | CLIENT | GMAC ResCap | Page | 2 |
| | MATTER | Reise, Willie R. | | |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 07/18/12 | One Legal, Inc.; Transmittal of filing to court; Demurrer to First Amended Complaint, Request for Judicial Notice, Proposed Order including Court Filing Fee $60 07/09/12 | 69.95 |
| | **TOTAL COSTS & EXPENSES** | **$69.95** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.40 | $106.20 |
| L160 | Settlement/Non-Binding ADR | 0.20 | $47.70 |
| L190 | Other Case Assessment | 0.10 | $23.85 |
| L210 | Pleadings | 1.00 | $238.50 |
| L250 | Other Written Motions | 0.30 | $82.35 |
| L450 | Trial and Hearing Attendance | 5.10 | $1,216.35 |
| | **TOTAL** | **7.10** | **$1,714.95** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Tuffaha, Joe | JHT | Associate | 0.70 | 238.50 | $166.95 |
| Gandy, Robert | RJG | Special Counsel | 0.60 | 274.50 | $164.70 |
| Shaham, Yaron | YS | Special Counsel | 5.80 | 238.50 | $1,383.30 |
| | **Total** | | **7.10** | | **$1,714.95** |

| | |
|---|---|
| PRIOR FEES | $8,012.70 |
| PRIOR COSTS & EXPENSES | $1,040.00 |

| | |
|---|---|
| FEES | $1,714.95 |
| COSTS & EXPENSES | $69.95 |
| **TOTAL THIS INVOICE** | **$1,784.90** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324542    JBS                                August 16, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1233 | Uddin, Mohammed and Rebeka |
| | | GMAC Matter No.: 726554 |

**TOTAL AMOUNT DUE**            $3,711.27

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324542    JBS                                    August 16, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1233    Uddin, Mohammed and Rebeka
                        GMAC Matter No.: 726554

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| JHT | 07/08/12 | Prepared for Hearing on Demurrer to Complaint. | L210 | 1.00 | 238.50 | 238.50 |
| SMH | 07/09/12 | Brief attention to first amended complaint. | L210 | 0.20 | 333.00 | 66.60 |
| YS | 07/09/12 | Draft correspondence to plaintiffs' counsel regarding the dismissal of Ally Financial in light of plaintiffs prior representation said defendant would be dismissed from the case | L190 | 0.30 | 238.50 | 71.55 |
| YS | 07/09/12 | Review and analysis of plaintiffs' first amended complaint and determine how to respond | L120 | 0.60 | 238.50 | 143.10 |
| YS | 07/09/12 | Draft correspondence to client regarding status of the case, content of plaintiffs' first amended complaint, and responding to said complaint | L190 | 0.40 | 238.50 | 95.40 |
| JHT | 07/09/12 | Attended Hearing on Demurrer to Complaint. | L210 | 5.00 | 238.50 | 1,192.50 |
| JHT | 07/09/12 | Reviewed/Analyzed FAC. | L210 | 0.70 | 238.50 | 166.95 |
| SMH | 07/10/12 | Attention to J. Hoy's email regarding impact of bankruptcy stay. | L190 | 0.20 | 333.00 | 66.60 |
| YS | 07/11/12 | Review and analysis of Mohammed and Rebeka Uddin's motion to impose the automatic stay against GMAC Mortgage, LLC | L120 | 0.20 | 238.50 | 47.70 |
| YS | 07/11/12 | Draft correspondence to client regarding Mohammed and Rebeka Uddin's motion to impose the automatic stay as to GMAC Mortgage and how the client should respond | L190 | 0.30 | 238.50 | 71.55 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. 324542 | CLIENT | GMAC ResCap | | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | MATTER | Uddin, Mohammed & Rebeka | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| YS | 07/12/12 | Receipt, review and analysis of the Bankruptcy Court requiring debtor to re-notice the motion seeking an imposition of the automatic stay | L120 | 0.10 | 238.50 | 23.85 |
| YS | 07/12/12 | Draft correspondence to client regarding the Bankruptcy Court requiring debtor to re-notice the motion seeking an imposition of the automatic stay | L190 | 0.20 | 238.50 | 47.70 |
| JHT | 07/12/12 | Reviewed Client Correspondence. | L190 | 0.10 | 238.50 | 23.85 |
| YS | 07/25/12 | Draft correspondence to plaintiff's counsel regarding obtaining the dismissal of Ally Financial and the automatic stay as it applies to GMAC Mortgage, LLC | L190 | 0.30 | 238.50 | 71.55 |
| YS | 07/26/12 | Telephone conference with plaintiffs' counsel regarding application of the bankruptcy automatic stay and dismissal of Ally Financial | L190 | 0.20 | 238.50 | 47.70 |
| YS | 07/27/12 | Receipt, review and analysis of correspondence from plaintiffs' counsel requesting the foreclosure sale date be continued | L120 | 0.10 | 238.50 | 23.85 |
| YS | 07/27/12 | Draft correspondence to client regarding plaintiffs' counsel request to continue the foreclosure sale date and affect of the automatic stay on the pending foreclosure sale date | L190 | 0.30 | 238.50 | 71.55 |
| YS | 07/27/12 | Receipt, review and analysis of the reinstatement figure for the subject loan | L120 | 0.10 | 238.50 | 23.85 |
| YS | 07/27/12 | Draft correspondence to plaintiffs' counsel regarding amount necessary to reinstate the subject loan | L190 | 0.20 | 238.50 | 47.70 |
| YS | 07/30/12 | Draft proposed order on client's demurrer to plaintiffs' first amended complaint | L210 | 0.30 | 238.50 | 71.55 |
| YS | 07/30/12 | Draft client's request for judicial notice in support of demurrer to plaintiffs' first amended complaint | L210 | 0.60 | 238.50 | 143.10 |
| YS | 07/30/12 | Draft client's notice of demurrer, demurrer, and memorandum of points and authorities in support of demurrer to plaintiffs' first amended complaint | L210 | 3.80 | 238.50 | 906.30 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. 324542 | CLIENT | GMAC ResCap | | | Page | 3 |
| | MATTER | Uddin, Mohammed & Rebeka | | | | |

| YS | 07/31/12 | Draft case status update for client report L190 | 0.10 | 238.50 | 23.85 |
| | | **TOTAL** | **15.30** | | **$3,686.85** |

## COSTS & EXPENSES

| 07/19/12 | Joe H. Tuffaha; Transportation; Transportation to/from LASC-Central, Dept. 24, for hearing on Def. GMAC's Demurrer to PL's Complaint, Los Angeles 7/9/12 | 24.42 |
| | **TOTAL COSTS & EXPENSES** | **$24.42** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 1.10 | $262.35 |
| L190 | Other Case Assessment | 2.60 | $639.00 |
| L210 | Pleadings | 11.60 | $2,785.50 |
| | **TOTAL** | **15.30** | **$3,686.85** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Tuffaha, Joe | JHT | Associate | 6.80 | 238.50 | $1,621.80 |
| Hankins, Suzanne | SMH | Member | 0.40 | 333.00 | $133.20 |
| Shaham, Yaron | YS | Special Counsel | 8.10 | 238.50 | $1,931.85 |
| | **Total** | | **15.30** | | **$3,686.85** |

| PRIOR FEES | $8,306.55 |
| PRIOR COSTS & EXPENSES | $1,374.58 |

| FEES | $3,686.85 |
| COSTS & EXPENSES | $24.42 |
| **TOTAL THIS INVOICE** | **$3,711.27** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      324543      JBS                                                    August 16, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000      GMAC ResCap
MATTER    1239      Garavito, Flora Margot
                              GMAC Matter No.: 726515

**TOTAL AMOUNT DUE**            **$1,532.25**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324543    JBS                                August 16, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1239    Garavito, Flora Margot
                        GMAC Matter No.: 726515

FOR PROFESSIONAL SERVICES RENDERED      01/01/1994      07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| RJG | 07/02/12 | Analysis and evaluation of informal resolution and case investigation issues and correspondence with our client to respond to an inquiry regarding supplemental bankruptcy notice issues. | L120 | 0.50 | 274.50 | 137.25 |
| DL | 07/02/12 | Exchange correspondence with client re loan modification approval and filing notice of bankruptcy stay as to GMAC. | L190 | 0.10 | 288.00 | 28.80 |
| DL | 07/03/12 | Analyze trial loan modification plan; exchange correspondence with plaintiff re same; prepare letter enclosing trial plan. | L160 | 0.40 | 288.00 | 115.20 |
| DL | 07/09/12 | Exchange correspondence with plaintiff and client re plaintiff's acceptance of trial loan modification. | L190 | 0.20 | 288.00 | 57.60 |
| RJG | 07/10/12 | Attention to informal resolution terms and issues and correspondence with our client to advise regarding the same. | L160 | 0.30 | 274.50 | 82.35 |
| RJG | 07/10/12 | Analysis and evaluation of application of interim bankruptcy orders and pending civil case issues and attention to litigation strategy. | L120 | 0.30 | 274.50 | 82.35 |
| DL | 07/16/12 | Revise case management statement. | L430 | 0.10 | 288.00 | 28.80 |
| DL | 07/17/12 | Analyze correspondence from plaintiff re making first payment on trial loan modification plan. | L160 | 0.10 | 288.00 | 28.80 |
| DL | 07/26/12 | Strategy re preparing notice of bankruptcy stay. | L430 | 0.10 | 288.00 | 28.80 |
| RJG | 07/27/12 | Attention to bankruptcy stay and application of final stay order to | L120 | 0.30 | 274.50 | 82.35 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 324543 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Garavito, Flora Margot | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | pending case issues and correspondence with our client to advise regarding the same. | | | | | |
| DL | 07/27/12 | Exchange correspondence with plaintiff re making first trial loan modification payment. | L160 | 0.10 | 288.00 | | 28.80 |
| DL | 07/27/12 | Draft notice of bankruptcy stay and prepare letter to plaintiff re claims affected by stay; prepare correspondence to client re same. | L430 | 0.70 | 288.00 | | 201.60 |
| DL | 07/30/12 | Analyze plaintiff's case management statement. | L190 | 0.10 | 288.00 | | 28.80 |
| DL | 07/30/12 | Revise notice of bankruptcy stay based on new template provided by client and revise letter to plaintiff re bankruptcy. | L430 | 0.50 | 288.00 | | 144.00 |
| DL | 07/30/12 | Prepare case update on chart for client. | L190 | 0.10 | 288.00 | | 28.80 |
| RJG | 07/31/12 | Attention to status conference and pending case issues and correspondence with our client to advise regarding the same. | L120 | 0.30 | 274.50 | | 82.35 |
| DL | 07/31/12 | Attend status conference and prepare case update to client. | L230 | 1.20 | 288.00 | | 345.60 |
| | | **TOTAL** | | **5.40** | | | **$1,532.25** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | |
|---|---|---|---|---|---|
| L120 | Analysis/Strategy | 1.40 | $384.30 | | |
| L160 | Settlement/Non-Binding ADR | 0.90 | $255.15 | | |
| L190 | Other Case Assessment | 0.50 | $144.00 | | |
| L230 | Court Mandated Conferences | 1.20 | $345.60 | | |
| L430 | Written Motions/Submissions | 1.40 | $403.20 | | |
| | **TOTAL** | **5.40** | **$1,532.25** | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Liu, David | DL | Associate | 3.70 | 288.00 | $1,065.60 |
| Gandy, Robert | RJG | Special Counsel | 1.70 | 274.50 | $466.65 |
| | **Total** | | **5.40** | | **$1,532.25** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 324543 | CLIENT | GMAC ResCap | Page | 3 |
|---|---|---|---|---|---|
| | | MATTER | Garavito, Flora Margot | | |

PRIOR FEES                     $7,326.45

FEES           $1,532.25
**TOTAL THIS INVOICE**        **$1,532.25**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      324544      JBS                                                    August 16, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000      GMAC ResCap
MATTER    1246      Cypress, Brett M.
                            GMAC Matter No.: 727068

**TOTAL AMOUNT DUE**              **$511.20**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson
**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.   324544   JBS                              August 16, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1246    Cypress, Brett M.
                        GMAC Matter No.: 727068

FOR PROFESSIONAL SERVICES RENDERED        01/01/1994        07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| KWF | 07/02/12 | Prepare revisions and additions to draft settlement agreement, prepare email to client J. Holtgren with same. | L160 | 0.50 | 270.00 | 135.00 |
| SMH | 07/03/12 | Attention to proposed settlement agreement. | L160 | 0.20 | 333.00 | 66.60 |
| KWF | 07/06/12 | Prepare revisions to draft settlement agreement; email client J. Holtgren re same and inquiry re wire transfer information. | L160 | 0.50 | 270.00 | 135.00 |
| KWF | 07/11/12 | Evaluate file status, prepare email to client J. Holtgren re settlement agreement. | L160 | 0.10 | 270.00 | 27.00 |
| KWF | 07/19/12 | Prepare emails to client, J. Holtgren and plaintiffs' counsel, R. Breitman re settlement agreement. | L160 | 0.10 | 270.00 | 27.00 |
| SMH | 07/26/12 | Attention to status of settlement agreement, execution of same. | L160 | 0.20 | 333.00 | 66.60 |
| KWF | 07/27/12 | Prepare email to client, J. Holtgren re settlement agreement. | L160 | 0.20 | 270.00 | 54.00 |
| | | **TOTAL** | | **1.80** | | **$511.20** |

### COSTS & EXPENSES

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|---|-------|--------|
| L160 | Settlement/Non-Binding ADR | 1.80 | $511.20 |
| | **TOTAL** | **1.80** | **$511.20** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 324544 | CLIENT | GMAC ResCap | | Page | 2 |
|---|---|---|---|---|---|---|
| | | MATTER | Cypress, Brett M. | | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Franich, Kerry | KWF | Associate | 1.40 | 270.00 | $378.00 |
| Hankins, Suzanne | SMH | Member | 0.40 | 333.00 | $133.20 |
| | **Total** | | **1.80** | | **$511.20** |

PRIOR FEES                $7,393.05
PRIOR COSTS & EXPENSES        $156.48

|  | FEES | $511.20 |
|---|---|---|
| **TOTAL THIS INVOICE** | | **$511.20** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324545    JBS                                August 16, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1253 | De Vico, Robert |
| | | GMAC Matter No.: 727337 |

**TOTAL AMOUNT DUE**              **$620.53**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324545    JBS                                      August 16, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1253    De Vico, Robert
                        GMAC Matter No.: 727337

FOR PROFESSIONAL SERVICES RENDERED        01/01/1994        07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| YS | 07/02/12 | Draft clients' reply brief in light of plaintiff's reply to the Court's order to show cause regarding dismissal of the case due to a lack of subject matter jurisdiction | L210 | 1.70 | 238.50 | 405.45 |
| YS | 07/18/12 | Draft correspondence to client regarding status of the case and plaintiff's request to continue the foreclosure sale date | L190 | 0.30 | 238.50 | 71.55 |
| YS | 07/18/12 | Receipt, review and analysis of plaintiff's request to continue the foreclosure sale | L120 | 0.10 | 238.50 | 23.85 |
| YS | 07/19/12 | Draft correspondence to plaintiff's counsel regarding possible continuance of the foreclosure sale | L190 | 0.20 | 238.50 | 47.70 |
| YS | 07/31/12 | Draft case status update for client report | L190 | 0.10 | 238.50 | 23.85 |
| | | **TOTAL** | | **2.40** | | **$572.40** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 07/06/12 | First Legal Network, LLC; Court Services; USDC- Central - Royball 6/11/12 | 25.00 |
| 07/12/12 | Norco Delivery Services.; Court Services ; U.S. District Court- Center 6/11/12 | 23.13 |

**TOTAL COSTS & EXPENSES**        **$48.13**

## BILLING SUMMARY

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.  324545 | CLIENT  GMAC ResCap | | | | Page | 2 |
| | MATTER  De Vico, Robert | | | | | |

| Task Code and Description | | Hours | Amount | | | |
|---|---|---|---|---|---|---|
| L120 | Analysis/Strategy | 0.10 | $23.85 | | | |
| L190 | Other Case Assessment | 0.60 | $143.10 | | | |
| L210 | Pleadings | 1.70 | $405.45 | | | |
| | **TOTAL** | **2.40** | **$572.40** | | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Shaham, Yaron | YS | Special Counsel | 2.40 | 238.50 | $572.40 |
| | **Total** | | **2.40** | | **$572.40** |

| | | |
|---|---|---|
| PRIOR FEES | $5,727.15 | |
| PRIOR COSTS & EXPENSES | $73.84 | |

| | |
|---|---|
| FEES | $572.40 |
| COSTS & EXPENSES | $48.13 |
| **TOTAL THIS INVOICE** | **$620.53** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324546    JBS                                              August 16, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000    GMAC ResCap
MATTER    1254      Stone, Lance
                          GMAC Matter No.: 727306

**TOTAL AMOUNT DUE**              $2,187.00

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.   324546   JBS                                    August 16, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter   19000 1254   Stone, Lance
GMAC Matter No.: 727306

FOR PROFESSIONAL SERVICES RENDERED   01/01/1994        07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| DL | 07/05/12 | Analyze plaintiff's notice of proof of service on all parties. | L190 | 0.10 | 288.00 | 28.80 |
| SMH | 07/09/12 | Attention to discovery issues in unlawful detainer, review J. Hoy's email regarding same. | L390 | 0.20 | 333.00 | 66.60 |
| DL | 07/09/12 | Analyze correspondence from eviction counsel re discovery issues in eviction and continuance of trial date. | L190 | 0.30 | 288.00 | 86.40 |
| DL | 07/10/12 | Analyze correspondence from client re settlement of eviction and foreclosure action. | L160 | 0.10 | 288.00 | 28.80 |
| DL | 07/12/12 | Work on drafting and revising settlement agreement to resolve eviction and foreclosure actions; exchange correspondence with client and eviction counsel re same. | L160 | 1.50 | 288.00 | 432.00 |
| DL | 07/18/12 | Review updated settlement agreement prepared by eviction counsel and revise same. | L160 | 0.80 | 288.00 | 230.40 |
| SMH | 07/19/12 | Attention to bankruptcy revisions required to settlement agreement. | L160 | 0.20 | 333.00 | 66.60 |
| DL | 07/19/12 | Exchange correspondence with client re drafting settlement agreement from GMAC's stock agreement instead of using plaintiff's agreement; and draft and revise settlement agreement. | L160 | 2.40 | 288.00 | 691.20 |
| DL | 07/26/12 | Analyze correspondence with eviction counsel and plaintiff's counsel re status of settlement. | L160 | 0.10 | 288.00 | 28.80 |
| SMH | 07/27/12 | Attention to revise settlement | L160 | 0.20 | 333.00 | 66.60 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 324546 | CLIENT | GMAC ResCap | | | Page | 2 |
| | | MATTER | Stone, Lance | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|
| | | agreement in light of bankruptcy. | | | | |
| DL | 07/27/12 | Revise settlement with new bankruptcy language; analyze new bankruptcy settlement agreement; exchange correspondence with client and plaintiff's counsel re same. | L160 | 1.20 | 288.00 | 345.60 |
| DL | 07/30/12 | Analyze correspondence with client re determining payee for settlement. | L160 | 0.10 | 288.00 | 28.80 |
| DL | 07/30/12 | Analyze plaintiff's notice of settlement. | L160 | 0.10 | 288.00 | 28.80 |
| DL | 07/30/12 | Prepare case update on chart for client. | L190 | 0.10 | 288.00 | 28.80 |
| DL | 07/31/12 | Prepare correspondence to plaintiff's counsel re status of signature on settlement agreement. | L160 | 0.10 | 288.00 | 28.80 |
| | | **TOTAL** | | **7.50** | | **$2,187.00** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L160 | Settlement/Non-Binding ADR | 6.80 | $1,976.40 |
| L190 | Other Case Assessment | 0.50 | $144.00 |
| L390 | Other Discovery | 0.20 | $66.60 |
| | **TOTAL** | **7.50** | **$2,187.00** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Liu, David | DL | Associate | 6.90 | 288.00 | $1,987.20 |
| Hankins, Suzanne | SMH | Member | 0.60 | 333.00 | $199.80 |
| | **Total** | | **7.50** | | **$2,187.00** |

| PRIOR FEES | $13,520.10 |
|---|---|
| PRIOR COSTS & EXPENSES | $1,209.39 |

| FEES | $2,187.00 |
|---|---|
| **TOTAL THIS INVOICE** | **$2,187.00** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

**Stevenson**
**&Werson**
A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324547    JBS                                                      August 16, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000    GMAC ResCap
MATTER    1259    Garay, Sandra and Epigmenio
GMAC Matter No.: 727475

**TOTAL AMOUNT DUE**          **$1,003.95**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324547    JBS                                    August 16, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1259    Garay, Sandra and Epigmenio
                        GMAC Matter No.: 727475

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| KWF | 07/12/12 | Teleconference with client A. Hartshorn re Freddie Mac and short sale. | L190 | 0.20 | 270.00 | 54.00 |
| KWF | 07/17/12 | Teleconference with client A. Hartshorn re status of short sale. | L190 | 0.10 | 270.00 | 27.00 |
| KWF | 07/17/12 | Teleconference with borrower, E. Garay re chronology of title, consent to foreclosure. | L190 | 0.30 | 270.00 | 81.00 |
| KWF | 07/17/12 | Correspondence with client A. Hartshorn re rescission of reconveyance and reinstatement of deed of trust. | L190 | 0.30 | 270.00 | 81.00 |
| KWF | 07/17/12 | Prepare draft settlement agreement. | L160 | 1.00 | 270.00 | 270.00 |
| KWF | 07/18/12 | Prepare email to A. Hartshorn re rescission of reconveyance. | L190 | 0.10 | 270.00 | 27.00 |
| KWF | 07/19/12 | Prepare rescission of substitution of trustee and full reconveyance, and reinstatement of deed of trust, prepare addition to settlement agreement. | L190 | 1.00 | 270.00 | 270.00 |
| KWF | 07/20/12 | Prepare email to client A. Hartshorn with draft settlement agreement and rescission. | L160 | 0.10 | 270.00 | 27.00 |
| KWF | 07/25/12 | Teleconference with A. Hartshorn re settlement and short sale status. | L160 | 0.10 | 270.00 | 27.00 |
| KWF | 07/25/12 | Prepare revisions to draft settlement agreement and rescission of buyer reconveyance. | L160 | 0.40 | 270.00 | 108.00 |
| KWF | 07/25/12 | Prepare email to client advising of new draft of settlement agreement and rescission. | L160 | 0.10 | 270.00 | 27.00 |
| | | **TOTAL** | | **3.70** | | **$999.00** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Stevenson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| | | | | | |
|---|---|---|---|---|---|
| Invoice No.  324547 | CLIENT | GMAC ResCap | | Page | 2 |
| | MATTER | Garay, Sandra & Epigmenio | | | |

## COSTS & EXPENSES

07/06/12  Cardmember Service/Bank One (Acct #7755);                                    4.95
          Data Search; CA - San Bernardino, Document
          2012.211635 06/13/12
          **TOTAL COSTS & EXPENSES**                                   **$4.95**

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | |
|---|---|---|---|---|---|
| L160 | Settlement/Non-Binding ADR | 1.70 | $459.00 | | |
| L190 | Other Case Assessment | 2.00 | $540.00 | | |
| | **TOTAL** | **3.70** | **$999.00** | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Franich, Kerry | KWF | Associate | 3.70 | 270.00 | $999.00 |
| | **Total** | | **3.70** | | **$999.00** |

PRIOR FEES                                    $2,686.05
PRIOR COSTS & EXPENSES              $126.83

| | |
|---|---|
| FEES | $999.00 |
| COSTS & EXPENSES | $4.95 |
| **TOTAL THIS INVOICE** | **$1,003.95** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson
**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     324548       JBS                                    August 16, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000    GMAC ResCap
MATTER      1261     Johnson, Debra
                     GMAC Matter No.: 727537

**TOTAL AMOUNT DUE**          $716.85

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324548    JBS                                      August 16, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  1261    Johnson, Debra
GMAC Matter No.: 727537

FOR PROFESSIONAL SERVICES RENDERED        01/01/1994        07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| GEE | 05/18/12 | Review draft release agreement. | L160 | 0.30 | 261.00 | 78.30 |
| GEE | 05/21/12 | Evaluate strategy regarding notice of automatic stay given co-defendant's settlement with plaintiff, forthcoming dismissal, release of GMAC. | L190 | 0.30 | 261.00 | 78.30 |
| DHC | 05/22/12 | Conference with Greg Eisner re filing notice of Bankruptcy and impact on settlement. | L120 | 0.50 | 337.50 | 168.75 |
| GEE | 05/22/12 | Prepare notice of automatic stay. | L190 | 0.20 | 261.00 | 52.20 |
| GEE | 06/01/12 | Attention to procedures associated with notice of automatic stay. | L190 | 0.50 | 261.00 | 130.50 |
| GEE | 06/01/12 | Update case status chart. | L190 | 0.10 | 261.00 | 26.10 |
| GEE | 06/01/12 | Evaluate necessity of filing notice of bankruptcy stay given pending settlement of matter. | L190 | 0.50 | 261.00 | 130.50 |
| GEE | 06/08/12 | Provide client with notice of automatic stay. | L190 | 0.10 | 261.00 | 26.10 |
| GEE | 06/27/12 | Update case status chart. | L190 | 0.10 | 261.00 | 26.10 |
| | | **TOTAL** | | **2.60** | | **$716.85** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|--|-------|--------|
| L120 | Analysis/Strategy | 0.50 | $168.75 |
| L160 | Settlement/Non-Binding ADR | 0.30 | $78.30 |
| L190 | Other Case Assessment | 1.80 | $469.80 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.   324548 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|
| | MATTER | Johnson, Debra | | | | |

| | **TOTAL** | | **2.60** | **$716.85** | | |
|---|---|---|---|---|---|---|
| **Timekeeper** | | **Position** | **Hours** | **Rate** | **Value** | |
| Cram, Donald | DHC | Member | 0.50 | 337.50 | $168.75 | |
| Eisner, Gregory E | GEE | Special Counsel | 2.10 | 261.00 | $548.10 | |
| | **Total** | | **2.60** | | **$716.85** | |

| PRIOR FEES | $1,345.50 | | |
|---|---|---|---|
| | | FEES | $716.85 |
| | **TOTAL THIS INVOICE** | | **$716.85** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson

# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324549    JBS                                        August 16, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1263 | Fernandez, Ricardo and Resurreccion |
| | | GMAC Matter No.: 728258 |

**TOTAL AMOUNT DUE**              $1,879.20

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324549    JBS                                           August 16, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1263    Fernandez, Ricardo and Resurreccion
GMAC Matter No.: 728258

FOR PROFESSIONAL SERVICES RENDERED        01/01/1994        07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| RJG | 07/02/12 | Attention to informal resolution issues and correspondence with our client to respond to an inquiry regarding the same. | L160 | 0.30 | 274.50 | 82.35 |
| DL | 07/02/12 | Analyze correspondence from client re further documents needed for loan modification; and prepare correspondence to plaintiff's counsel re same. | L190 | 0.20 | 288.00 | 57.60 |
| RJG | 07/03/12 | Attention to informal resolution proposals and telephone call with Plaintiff's counsel to address the same. | L160 | 0.30 | 274.50 | 82.35 |
| DL | 07/03/12 | Analyze correspondence from plaintiff's loan modification representative to discuss loan modification and prepare correspondence re same. | L190 | 0.10 | 288.00 | 28.80 |
| DL | 07/05/12 | Exchange correspondence with plaintiff's counsel re documents needed for loan modification; analyze previously submitted documents and prepare further correspondence to plaintiff's counsel re same; analyze status of sale of property to prepare for demurrer. | L190 | 0.40 | 288.00 | 115.20 |
| RJG | 07/06/12 | Attention to the court's ruling on the demurrer to Plaintiffs' complaint and correspondence with our client to advise regarding the same. | L250 | 0.30 | 274.50 | 82.35 |
| DL | 07/06/12 | Analyze order sustaining demurrer without leave to amend; prepare correspondence to client re same; | L190 | 0.30 | 288.00 | 86.40 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Pillsbury
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 324549 | CLIENT | GMAC ResCap | | | Page | 2 |
| | | MATTER | Fernandez, Ricardo & Resurrecc | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | review proposed judgment of dismissal with prejudice. | | | | |
| BAE | 07/06/12 | Draft proposed judgment. | L240 | 0.50 | 247.50 | 123.75 |
| BAE | 07/06/12 | Hearing on demurrer in Riverside Superior Court. | L240 | 2.80 | 247.50 | 693.00 |
| RJG | 07/09/12 | Attention to proposed informal resolution terms and issues and correspondence with our client to advise regarding the same. | L160 | 0.30 | 274.50 | 82.35 |
| DL | 07/09/12 | Analyze further loan modification documents from plaintiff and prepare correspondence to client re same. | L190 | 0.20 | 288.00 | 57.60 |
| DL | 07/19/12 | Exchange correspondence with plaintiff and client re status of loan modification application. | L160 | 0.20 | 288.00 | 57.60 |
| RJG | 07/20/12 | Attention to informal resolution terms and issues and correspondence with our client to advise regarding the same. | L160 | 0.30 | 274.50 | 82.35 |
| RJG | 07/24/12 | Attention to informal resolution terms and issues and correspondence with our client contact to respond to an inquiry regarding the same. | L160 | 0.30 | 274.50 | 82.35 |
| DL | 07/24/12 | Analyze court docket re status of signing of judgment. | L190 | 0.10 | 288.00 | 28.80 |
| DL | 07/24/12 | Exchange correspondence with plaintiff's counsel and client re documents needed for loan modification application. | L160 | 0.20 | 288.00 | 57.60 |
| DL | 07/30/12 | Prepare case update on chart for client. | L190 | 0.10 | 288.00 | 28.80 |
| | | **TOTAL** | | **6.90** | | **$1,829.25** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 07/13/12 | One Legal, Inc.; Transmittal of filing to court; Reply 06/28/12 | 49.95 |
| | **TOTAL COSTS & EXPENSES** | **$49.95** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L160 | Settlement/Non-Binding ADR | 1.90 | $526.95 |
| L190 | Other Case Assessment | 1.40 | $403.20 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 324549 | CLIENT | GMAC ResCap | | Page | 3 |
| | | MATTER | Fernandez, Ricardo & Resurrecc | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| L240 | Dispositive Motions | | 3.30 | $816.75 | | | |
| L250 | Other Written Motions | | 0.30 | $82.35 | | | |
| | **TOTAL** | | **6.90** | **$1,829.25** | | | |

| Timekeeper | | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|---|
| Eilenberg, Benjamin A. | BAE | | Associate | 3.30 | 247.50 | $816.75 |
| Liu, David | DL | | Associate | 1.80 | 288.00 | $518.40 |
| Gandy, Robert | RJG | | Special Counsel | 1.80 | 274.50 | $494.10 |
| | **Total** | | | **6.90** | | **$1,829.25** |

| | | |
|---|---|---|
| PRIOR FEES | $5,427.90 | |
| PRIOR COSTS & EXPENSES | $1,279.95 | |

| | |
|---|---|
| FEES | $1,829.25 |
| COSTS & EXPENSES | $49.95 |
| **TOTAL THIS INVOICE** | **$1,879.20** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

### ❖ Collaborati ®

## 📤 Upload Invoices

**Invoice Type:** Standard ▼

**File to upload:**                                                                         [ Browse... ]

     (LEDES 1998B format or LEDES98BIv2 format)

☐ Submit invoices directly to the client without previewing

[ Upload File ]

### Recent Activity

| File Name | Date Uploaded | User | File Status |
|---|---|---|---|
| 324549.TXT | 8/17/12 1:41:59 PM | Aurora Bourbin | Waiting for Client to Accept |
| 324548.TXT | 8/17/12 1:41:40 PM | Aurora Bourbin | Waiting for Client to Accept |
| 324547.TXT | 8/17/12 1:41:14 PM | Aurora Bourbin | Waiting for Client to Accept |
| 324546.TXT | 8/17/12 1:40:41 PM | Aurora Bourbin | Waiting for Client to Accept |
| 324545.TXT | 8/17/12 1:40:27 PM | Aurora Bourbin | Waiting for Client to Accept |
| 324544.TXT | 8/17/12 1:40:04 PM | Aurora Bourbin | Waiting for Client to Accept |
| 324543.TXT | 8/17/12 1:39:47 PM | Aurora Bourbin | Waiting for Client to Accept |
| 324542.TXT | 8/17/12 1:39:03 PM | Aurora Bourbin | Waiting for Client to Accept |
| 324541.TXT | 8/17/12 1:38:43 PM | Aurora Bourbin | Waiting for Client to Accept |
| 324540.TXT | 8/17/12 1:38:20 PM | Aurora Bourbin | Waiting for Client to Accept |
| 324539.TXT | 8/17/12 1:36:42 PM | Aurora Bourbin | Completed |
| 324538.TXT | 8/17/12 1:34:42 PM | Aurora Bourbin | Completed |
| 324537.TXT | 8/17/12 1:34:26 PM | Aurora Bourbin | Completed |
| 324536.TXT | 8/17/12 1:33:55 PM | Aurora Bourbin | Completed |
| 324535.TXT | 8/17/12 1:33:35 PM | Aurora Bourbin | Completed |
| 324534.TXT | 8/17/12 1:33:20 PM | Aurora Bourbin | Completed |
| 324533.TXT | 8/17/12 1:32:58 PM | Aurora Bourbin | Completed |
| 324532.TXT | 8/17/12 1:32:38 PM | Aurora Bourbin | Completed |
| 324531.TXT | 8/17/12 1:32:16 PM | Aurora Bourbin | Completed |
| 324530.TXT | 8/17/12 1:31:59 PM | Aurora Bourbin | Completed |
| 324529.TXT | 8/17/12 1:30:11 PM | Aurora Bourbin | Completed |

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324550    JBS                                    August 16, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1269 | Nyamekye, Adwoa |
| | | GMAC Matter No.: 717293 |

**TOTAL AMOUNT DUE**            $1,859.80

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324550    JBS

August 16, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1269    Nyamekye, Adwoa
GMAC Matter No.: 717293

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| YS | 05/21/12 | Draft proposed order on clients' demurrer to plaintiff's complaint | L210 | 0.30 | 238.50 | 71.55 |
| YS | 05/21/12 | Draft declaration of non-monetary status in response to plaintiff's complaint for ETS Services, LLC | L210 | 0.40 | 238.50 | 95.40 |
| YS | 05/21/12 | Draft clients' request for judicial notice in support of demurrer to plaintiff's complaint | L210 | 0.60 | 238.50 | 143.10 |
| RJG | 05/22/12 | Attention to responsive pleading and pending case issues and correspondence with our client to address the same. | L250 | 0.20 | 274.50 | 54.90 |
| YS | 05/22/12 | Draft clients' notice of demurrer, demurrer, and memorandum of points and authorities in support of demurrer to plaintiff's complaint | L210 | 3.20 | 238.50 | 763.20 |
| YS | 05/22/12 | Draft correspondence to client regarding the declaration of non-monetary status for ETS Services in response to plaintiff's complaint | L190 | 0.30 | 238.50 | 71.55 |
| YS | 05/24/12 | Draft correspondence to client regarding content of demurrer in response to plaintiff's complaint | L190 | 0.30 | 238.50 | 71.55 |
| YS | 05/24/12 | Telephone conference with co-defendant's counsel regarding content of the complaint | L190 | 0.20 | 238.50 | 47.70 |
| RJG | 05/29/12 | Analysis and evaluation of demurrer and pending case issues and attention to litigation strategy. | L250 | 0.30 | 274.50 | 82.35 |
| YS | 06/04/12 | Draft case status update | L190 | 0.10 | 238.50 | 23.85 |
| RJG | 06/25/12 | Analysis and evaluation of demurrer | L120 | 0.30 | 274.50 | 82.35 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.   324550 | CLIENT | GMAC ResCap | | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | MATTER | Nyamekye, Adwoa | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | and pending case issues and attention to litigation strategy. | | | | |
| YS | 06/25/12 | Draft status update in light of client's bankruptcy filing | L190 | 0.10 | 238.50 | 23.85 |
| YS | 06/28/12 | Draft update regarding status of the case | L190 | 0.10 | 238.50 | 23.85 |
| RJG | 07/03/12 | Attention to pending case and litigation strategy issues. | L120 | 0.20 | 274.50 | 54.90 |
| RJG | 07/27/12 | Analysis and evaluation of demurrer and pending case issues and attention to litigation strategy. | L120 | 0.30 | 274.50 | 82.35 |
| YS | 07/31/12 | Draft case status update for client report | L190 | 0.10 | 238.50 | 23.85 |
| | | **TOTAL** | | **7.00** | | **$1,716.30** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 06/13/12 | One Legal, Inc.; Transmittal of filing to court; Declaration of Non-Monetary Status 05/24/12 | 49.95 |
| 06/20/12 | First Legal Network, LLC; Court Services; LA County Court- Unlimited 5/21/12 | 63.55 |
| 06/27/12 | Cardmember Service/Bank One (Acct #2707); Court and Filing Fees; LA@Court Online Civil Images 05/21/12 | 30.00 |
| | **TOTAL COSTS & EXPENSES** | **$143.50** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.80 | $219.60 |
| L190 | Other Case Assessment | 1.20 | $286.20 |
| L210 | Pleadings | 4.50 | $1,073.25 |
| L250 | Other Written Motions | 0.50 | $137.25 |
| | **TOTAL** | **7.00** | **$1,716.30** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Gandy, Robert | RJG | Special Counsel | 1.30 | 274.50 | $356.85 |
| Shaham, Yaron | YS | Special Counsel | 5.70 | 238.50 | $1,359.45 |
| | **Total** | | **7.00** | | **$1,716.30** |

| | | | |
|---|---|---|---|
| PRIOR FEES | | $1,319.85 | |
| | | FEES | $1,716.30 |
| | | COSTS & EXPENSES | $143.50 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.   324550      CLIENT    GMAC ResCap                        Page        3
                          MATTER    Nyamekye, Adwoa

**TOTAL THIS INVOICE**          **$1,859.80**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson
**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324551    JBS                                    August 16, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1271    Anyanwu, Charity
                  GMAC Matter No.: 728855

**TOTAL AMOUNT DUE**            **$426.60**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324551    JBS                                    August 16, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1271    Anyanwu, Charity
                        GMAC Matter No.: 728855

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| DL | 07/02/12 | Analyze correspondence from plaintiff's counsel to discuss litigation and leave message re same. | L190 | 0.10 | 288.00 | 28.80 |
| DL | 07/03/12 | Exchange correspondence with plaintiff's counsel re GMAC filing notice of bankruptcy and not accepting service of summons on complaint. | L190 | 0.20 | 288.00 | 57.60 |
| DL | 07/06/12 | Analyze plaintiff's notice of setting of status conference. | L190 | 0.10 | 288.00 | 28.80 |
| DL | 07/12/12 | Prepare correspondence to title company re obtaining copy of title policy for title claim. | L190 | 0.10 | 288.00 | 28.80 |
| DL | 07/18/12 | Prepare correspondence to title company re preparing title claim. | L190 | 0.10 | 288.00 | 28.80 |
| RJG | 07/20/12 | Analysis and evaluation of litigation strategy, REO insurance coverage and pending case issues and correspondence with our client to advise regarding the same. | L120 | 0.40 | 274.50 | 109.80 |
| DL | 07/20/12 | Analyze plaintiff's substitution of attorney; research new attorney's background; prepare case update to client re status of litigation and making insurance claim. | L190 | 0.40 | 288.00 | 115.20 |
| DL | 07/30/12 | Prepare case update on chart for client. | L190 | 0.10 | 288.00 | 28.80 |
| | | **TOTAL** | | **1.50** | | **$426.60** |

## COSTS & EXPENSES

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. 324551 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|
| | MATTER | Anyanwu, Charity | | |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.40 | $109.80 |
| L190 | Other Case Assessment | 1.10 | $316.80 |
| | **TOTAL** | **1.50** | **$426.60** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Liu, David | DL | Associate | 1.10 | 288.00 | $316.80 |
| Gandy, Robert | RJG | Special Counsel | 0.40 | 274.50 | $109.80 |
| | **Total** | | **1.50** | | **$426.60** |

| PRIOR FEES | $2,461.50 |
|---|---|
| PRIOR COSTS & EXPENSES | $49.95 |

| | FEES | $426.60 |
|---|---|---|
| | **TOTAL THIS INVOICE** | **$426.60** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.        324552        JBS

August 16, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT        19000        GMAC ResCap
MATTER        1279        Davalos, Jaime and Angelica
                          GMAC Matter No.: 728748

**TOTAL AMOUNT DUE**        **$1,894.50**

### *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324552    JBS                                    August 16, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1279    Davalos, Jaime and Angelica
GMAC Matter No.: 728748

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| KWF | 07/17/12 | Evaluate file status and court docket, prepare notice of non-opposition to demurrer. | L210 | 0.30 | 270.00 | 81.00 |
| KWF | 07/24/12 | Prepare for hearing on demurrer to complaint. | L240 | 0.40 | 270.00 | 108.00 |
| KWF | 07/24/12 | Prepare proposed judgment. | L210 | 0.40 | 270.00 | 108.00 |
| SMH | 07/25/12 | Attention to court's order sustaining demurrer without leave to amend. | L240 | 0.20 | 333.00 | 66.60 |
| KWF | 07/25/12 | Appear at hearing on demurrer, travel to and from same. | L240 | 4.50 | 270.00 | 1,215.00 |
| KWF | 07/25/12 | Prepare email to client A. Hartshorn advising of hearing results on demurrer. | L240 | 0.30 | 270.00 | 81.00 |
| KWF | 07/25/12 | Prepare notice of ruling re demurrer. | L210 | 0.30 | 270.00 | 81.00 |
| KWF | 07/31/12 | Prepare email to client, A. Hartshorn, re judgment and appeal deadline. | L190 | 0.20 | 270.00 | 54.00 |
| | | **TOTAL** | | **6.60** | | **$1,794.60** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 07/06/12 | One Legal, Inc.; Transmittal of filing to court; Amended Proof of Service 06/21/12 | 49.95 |
| 07/30/12 | One Legal, Inc.; Transmittal of filing to court; Notice of Non-Receipt of Opposition 07/18/12 | 49.95 |

**TOTAL COSTS & EXPENSES**                          **$99.90**

## BILLING SUMMARY

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | | | | | | |
|---|---|---|---|---|---|---|
| Invoice No.  324552 | CLIENT | GMAC ResCap | | | Page | 2 |
| | MATTER | Davalos, Jaime & Angelica | | | | |

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L190 | Other Case Assessment | 0.20 | $54.00 |
| L210 | Pleadings | 1.00 | $270.00 |
| L240 | Dispositive Motions | 5.40 | $1,470.60 |
| | **TOTAL** | **6.60** | **$1,794.60** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Franich, Kerry | KWF | Associate | 6.40 | 270.00 | $1,728.00 |
| Hankins, Suzanne | SMH | Member | 0.20 | 333.00 | $66.60 |
| | **Total** | | **6.60** | | **$1,794.60** |

| | |
|---|---|
| PRIOR FEES | $2,861.10 |
| PRIOR COSTS & EXPENSES | $625.49 |

| | |
|---|---|
| FEES | $1,794.60 |
| COSTS & EXPENSES | $99.90 |
| **TOTAL THIS INVOICE** | **$1,894.50** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      324553      JBS                                                      August 16, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000      GMAC ResCap
MATTER     1280       Tikhonov, Albina (BK)
                              GMAC Matter No.: 723392

**TOTAL AMOUNT DUE**            $10,449.45

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324553    JBS                                August 16, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1280    Tikhonov, Albina (BK)
GMAC Matter No.: 723392

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|------|-------|------|--------|
| DHC | 05/24/12 | Review Bankruptcy approval matter and BAP docket. | L120 | 1.00 | 337.50 | 337.50 |
| ANB | 05/24/12 | Review bankruptcy appeal docket including all pleadings, determine opening brief due 5/23, response to mootness argument due 5/31 | L120 | 1.50 | 292.50 | 438.75 |
| ANB | 05/24/12 | Draft, review and revise motion for extension of time for file opening brief until after court determine whether appeal is moot | L210 | 2.50 | 292.50 | 731.25 |
| CHR | 05/24/12 | Prepare Confirmation to Client re Receipt and Contact Attorney Assignment. Review Initial Correspondence and Pleadings. Review Court Docket for Additional Pleadings and Calendar Dates. Draft New Matter Form. Prepare Conflicts and Calendar Request Memo. | L190 | 0.40 | 130.50 | 52.20 |
| RJG | 05/29/12 | Analysis and evaluation of bankruptcy mootness issues and attention to litigation strategy. | L120 | 0.30 | 274.50 | 82.35 |
| ANB | 05/30/12 | Research standard to argue mootness on appeal of relief from stay order and begin drafting response | L210 | 2.50 | 292.50 | 731.25 |
| RJG | 05/30/12 | Analysis and evaluation of bankruptcy mootness and pending bankruptcy appeal issues and correspondence with our client to address the same. | L120 | 0.40 | 274.50 | 109.80 |
| DHC | 05/31/12 | Conference with Adam Barasch re mootness issue in BAP Appeal. | L190 | 0.50 | 337.50 | 168.75 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 324553 | CLIENT | GMAC ResCap | | | Page | 2 |
| | | MATTER | Tikhonov, Albina (BK) | | | | |

| ANB | 05/31/12 | Draft, review and revise response to BAP request for briefing on the issue of mootness | L210 | 3.00 | 292.50 | 877.50 |
|---|---|---|---|---|---|---|
| ANB | 06/01/12 | Advise JLC on status of appeal | L120 | 0.30 | 292.50 | 87.75 |
| RJG | 06/06/12 | Attention to pending bankruptcy and foreclosure issues and correspondence with our client to address the same. | L120 | 0.30 | 274.50 | 82.35 |
| ANB | 06/11/12 | Review date of bankruptcy filing, date NOD recorded, determine if was recorded post filing, advise client NOD recorded post filing and RFS was not annul stay so NOD needs to rescinded and foreclosure restarted | L120 | 1.00 | 292.50 | 292.50 |
| BJK | 06/24/12 | Drafted appellee brief | L210 | 1.80 | 234.00 | 421.20 |
| ANB | 06/25/12 | Review Order Re: Mootness and Extension of Time, forward to client and advise of current status and next steps to respond to appeal | L120 | 1.00 | 292.50 | 292.50 |
| RJG | 06/25/12 | Analysis and evaluation of the bankruptcy court's ruling on the mootness motion and as to an extension of time to file a response and pending case issues and correspondence with our client to advise regarding the same. | L250 | 0.40 | 274.50 | 109.80 |
| RJG | 06/27/12 | Attention to bankruptcy and foreclosure issues and correspondence with our client to address the same. | L120 | 0.30 | 274.50 | 82.35 |
| BJK | 06/27/12 | Drafted appellee brief | L520 | 2.30 | 234.00 | 538.20 |
| BJK | 06/28/12 | Drafted appellate brief | L520 | 4.10 | 234.00 | 959.40 |
| ANB | 06/29/12 | Review BJK draft of opening brief | L210 | 0.50 | 292.50 | 146.25 |
| RJG | 06/29/12 | Analysis and evaluation of bankruptcy stay issues and correspondence with our client to advise regarding the same. | L120 | 0.30 | 274.50 | 82.35 |
| BJK | 06/29/12 | Drafted appellee brief | L520 | 2.50 | 234.00 | 585.00 |
| JTC | 06/30/12 | Review and revise appellee's brief. | L520 | 4.60 | 490.50 | 2,256.30 |
| RJG | 07/02/12 | Attention to foreclosure issues and correspondence with our client to respond to an inquiry regarding the same. | L120 | 0.30 | 274.50 | 82.35 |
| BJK | 07/05/12 | Revised appellee brief and excerpt of record in preparation for filing | L520 | 2.00 | 234.00 | 468.00 |
| ANB | 07/06/12 | Forward opening appellate brief to client and advise of status | L120 | 0.20 | 292.50 | 58.50 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.   324553 | CLIENT | GMAC ResCap | | | | Page | 3 |
|---|---|---|---|---|---|---|---|
| | MATTER | Tikhonov, Albina (BK) | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| RJG | 07/06/12 | Analysis and evaluation of bankruptcy appeal issues, attention to the Appellee's Brief, and correspondence with our client to advise regarding the same. | L520 | | 0.60 | 274.50 | 164.70 |
| JBS | 07/12/12 | Analysis and evaluation of defense strategy and bankruptcy issues | L120 | | 0.30 | 427.50 | 128.25 |
| RJG | 07/18/12 | Analysis and evaluation of bankruptcy and foreclosure issues and attention to litigation strategy. | L120 | | 0.30 | 274.50 | 82.35 |
| | | **TOTAL** | | | **35.20** | | **$10,449.45** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 7.50 | $2,239.65 |
| L190 | Other Case Assessment | 0.90 | $220.95 |
| L210 | Pleadings | 10.30 | $2,907.45 |
| L250 | Other Written Motions | 0.40 | $109.80 |
| L520 | Appellate Briefs | 16.10 | $4,971.60 |
| | **TOTAL** | **35.20** | **$10,449.45** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Barasch, Adam | ANB | Special Counsel | 12.50 | 292.50 | $3,656.25 |
| Kornberg, Bernard | BJK | Associate | 12.70 | 234.00 | $2,971.80 |
| Rommell, Clair | CHR | Paralegal | 0.40 | 130.50 | $52.20 |
| Cram, Donald | DHC | Member | 1.50 | 337.50 | $506.25 |
| Sullivan, John | JBS | Member | 0.30 | 427.50 | $128.25 |
| Chilton, Jan T. | JTC | Member | 4.60 | 490.50 | $2,256.30 |
| Gandy, Robert | RJG | Special Counsel | 3.20 | 274.50 | $878.40 |
| | **Total** | | **35.20** | | **$10,449.45** |

| | | FEES | $10,449.45 |
|---|---|---|---|
| | | **TOTAL THIS INVOICE** | **$10,449.45** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324554    JBS                                August 16, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1281    Espinoza, Manuel A.
GMAC Matter No.: 730670

**TOTAL AMOUNT DUE**              **$847.39**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 324554 | JBS | August 16, 2012 |
|---|---|---|---|

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter   19000 1281   Espinoza, Manuel A.
GMAC Matter No.: 730670

### FOR PROFESSIONAL SERVICES RENDERED   01/01/1994   07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| CHR | 05/30/12 | Prepare Confirmation to Client re Receipt and Contact Attorney Assignment. Review Initial Correspondence and Pleadings. Review Court Docket for Additional Pleadings and Calendar Dates. Draft New Matter Form. Prepare Conflicts and Calendar Request Memo. | L190 | 0.40 | 130.50 | 52.20 |
| YS | 05/30/12 | Receipt, review and analysis of plaintiff's complaint, the allegations contained therein, and title history in order to determine client's available legal remedies and defenses | L120 | 1.80 | 238.50 | 429.30 |
| LJT | 05/31/12 | Review complaint and client e-mail, brief research of title records re servicer on first deed of trust, assignments and status of foreclosure. | L110 | 0.40 | 130.50 | 52.20 |
| YS | 06/04/12 | Draft notice of bankruptcy and effect of the automatic stay in response to plaintiff's complaint | L120 | 0.30 | 238.50 | 71.55 |
| YS | 06/04/12 | Draft correspondence to client regarding the pending filing of the notice of bankruptcy stay in response to plaintiff's complaint | L190 | 0.20 | 238.50 | 47.70 |
| YS | 06/04/12 | Draft case status update | L190 | 0.10 | 238.50 | 23.85 |
| YS | 06/25/12 | Draft status update in light of client's bankruptcy filing | L190 | 0.10 | 238.50 | 23.85 |
| YS | 06/28/12 | Draft update regarding status of the case | L190 | 0.10 | 238.50 | 23.85 |
| YS | 07/31/12 | Draft case status update for client report | L190 | 0.10 | 238.50 | 23.85 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

**SEVERSON**
**& Werson**
A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. 324554 | CLIENT | GMAC ResCap | | Page | 2 |
| | MATTER | Espinoza, Manuel A. | | | |

| | | | | |
|---|---|---|---|---|
| **TOTAL** | | | 3.50 | $748.35 |

### COSTS & EXPENSES

| | | |
|---|---|---|
| 06/04/12 | Cardmember Service/Bank One; Data Search; 8831 Ranchito Avenue Los Angeles, CA 91402 05/30/12 | 49.09 |
| 06/26/12 | One Legal, Inc.; Transmittal of filing to court; Notice of Bankruptcy and Effect of Automatic Stay 06/05/12 | 49.95 |
| | **TOTAL COSTS & EXPENSES** | **$99.04** |

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 0.40 | $52.20 |
| L120 | Analysis/Strategy | 2.10 | $500.85 |
| L190 | Other Case Assessment | 1.00 | $195.30 |
| | **TOTAL** | **3.50** | **$748.35** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Rommell, Clair | CHR | Paralegal | 0.40 | 130.50 | $52.20 |
| Tarwater, Linda | LJT | Paralegal | 0.40 | 130.50 | $52.20 |
| Shaham, Yaron | YS | Special Counsel | 2.70 | 238.50 | $643.95 |
| | **Total** | | **3.50** | | **$748.35** |

| | | |
|---|---|---|
| | FEES | $748.35 |
| | COSTS & EXPENSES | $99.04 |
| | **TOTAL THIS INVOICE** | **$847.39** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324555    JBS                                 August 16, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1286 | Brooks, Eric E. and Jack T. |
| | | GMAC Matter No.: 729183 |

**TOTAL AMOUNT DUE**           **$545.39**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324555    JBS                                    August 16, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1286    Brooks, Eric E. and Jack T.
GMAC Matter No.: 729183

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| RJG | 07/02/12 | Attention to case investigation, pending case and litigation strategy issues. | L120 | 0.20 | 274.50 | 54.90 |
| RJG | 07/12/12 | Attention to pending case issues and correspondence with our client to advise regarding the same. | L120 | 0.30 | 274.50 | 82.35 |
| DL | 07/12/12 | Analyze court docket re status of action after filing notice of bankruptcy; prepare correspondence to client re upcoming status conference. | L190 | 0.20 | 288.00 | 57.60 |
| RJG | 07/13/12 | Attention to pending case issues and correspondence with our client to address the same. | L120 | 0.30 | 274.50 | 82.35 |
| DL | 07/30/12 | Prepare case update on chart for client. | L190 | 0.10 | 288.00 | 28.80 |
| RJG | 07/31/12 | Attention to notice of related cases and pending case issues and correspondence with our client to advise regarding the same. | L120 | 0.30 | 274.50 | 82.35 |
| DL | 07/31/12 | Analyze notice of related cases and prepare correspondence to client re same. | L190 | 0.20 | 288.00 | 57.60 |
| | | **TOTAL** | | **1.60** | | **$445.95** |

## COSTS & EXPENSES

| | | | |
|---|---|---|---|
| 07/06/12 | Cardmember Service/Bank One (Acct #7755); Data Search; 13324 Bluefield Avenue Los Angeles, CA 06/06/12 | | 99.44 |
| | **TOTAL COSTS & EXPENSES** | **$99.44** | |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| | | | | |
|---|---|---|---|---|
| Invoice No. 324555 | CLIENT | GMAC ResCap | Page | 2 |
| | MATTER | Brooks, Eric E. & Jack T. | | |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | |
|---|---|---|---|---|---|
| L120 | Analysis/Strategy | 1.10 | $301.95 | | |
| L190 | Other Case Assessment | 0.50 | $144.00 | | |
| | **TOTAL** | **1.60** | **$445.95** | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Liu, David | DL | Associate | 0.50 | 288.00 | $144.00 |
| Gandy, Robert | RJG | Special Counsel | 1.10 | 274.50 | $301.95 |
| | **Total** | | **1.60** | | **$445.95** |

| | |
|---|---|
| PRIOR FEES | $1,754.10 |
| PRIOR COSTS & EXPENSES | $49.95 |

| | |
|---|---|
| FEES | $445.95 |
| COSTS & EXPENSES | $99.44 |
| **TOTAL THIS INVOICE** | **$545.39** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.        324556        JBS                                            August 16, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
|--------|-------|-------------|
| MATTER | 1287 | Valero, Juan and Evangelina |
| | | GMAC Matter No.: 729174 |

**TOTAL AMOUNT DUE**                    **$819.00**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324556    JBS                                    August 16, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1287    Valero, Juan and Evangelina
                        GMAC Matter No.: 729174

FOR PROFESSIONAL SERVICES RENDERED        01/01/1994        07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ANB | 07/10/12 | Review Reply to Opposition to Objection to proof of claim, forward to client along with payment history and request review and agreement to provide history and declaration that note Deutsche is in possession of Note to resolve objection | L120 | 1.00 | 292.50 | 292.50 |
| ANB | 07/17/12 | Prepare for objection to proof of claim hearing and review tentative ruling on client's opposition | L250 | 0.30 | 292.50 | 87.75 |
| ANB | 07/17/12 | Appear at hearing on objection to client's proof of claim | L250 | 1.30 | 292.50 | 380.25 |
| ANB | 07/18/12 | Communication with client on results of objection to proof of claim hearing | L120 | 0.20 | 292.50 | 58.50 |
| | | **TOTAL** | | **2.80** | | **$819.00** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 1.20 | $351.00 |
| L250 | Other Written Motions | 1.60 | $468.00 |
| | **TOTAL** | **2.80** | **$819.00** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Barasch, Adam | ANB | Special Counsel | 2.80 | 292.50 | $819.00 |
| | **Total** | | **2.80** | | **$819.00** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 324556 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Valero, Juan & Evangelina | | |

| PRIOR FEES | $4,009.95 | |
|---|---|---|
| | **FEES** | $819.00 |
| | **TOTAL THIS INVOICE** | **$819.00** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      324557      JBS                                            August 16, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000      GMAC ResCap
MATTER      1289       Rojas/Fernandez
                       GMAC Matter No.: 728258

**TOTAL AMOUNT DUE**            **$1,961.29**

### *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324557    JBS                                    August 16, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  1289    Rojas/Fernandez
GMAC Matter No.: 728258

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| SMH | 07/10/12 | Attention to demurrer draft, potential for additional argument. | L210 | 0.30 | 333.00 | 99.90 |
| KWF | 07/10/12 | Continue preparation and finalization of demurrer to complaint. | L240 | 3.10 | 270.00 | 837.00 |
| KWF | 07/10/12 | Prepare email to client C. Hancock re draft demurrer. | L240 | 0.10 | 270.00 | 27.00 |
| KWF | 07/10/12 | Conference with S.Hankins re pursuant fraudulent reconveyance without first obtaining judgment. | L240 | 0.10 | 270.00 | 27.00 |
| KWF | 07/11/12 | Perform final review and edit of draft demurrer and supporting request for judicial notice prior to filing with court. | L240 | 0.30 | 270.00 | 81.00 |
| KWF | 07/12/12 | Teleconference with plaintiffs' counsel G. Pacheco re potential consolidation and stay of action. | L190 | 0.40 | 270.00 | 108.00 |
| KWF | 07/12/12 | Perform legal research re title insurance coverage for litigation, prepare report to client inquiry confirming no coverage for fraudulent conveyance. | L110 | 0.50 | 270.00 | 135.00 |
| KWF | 07/13/12 | Review and analyze plaintiffs' reply to co-defendant's demurrer to complaint. | L240 | 0.20 | 270.00 | 54.00 |
| KWF | 07/13/12 | Review and analyze motion to consolidate and deem cases complex, prepare email to file re same. | L250 | 0.40 | 270.00 | 108.00 |
| SMH | 07/16/12 | Attention to plaintiff's motion to consolidate, recommendation re same. | L260 | 0.20 | 333.00 | 66.60 |
| KWF | 07/16/12 | Prepare email to client advising of motion to consolidate and order deeming action complex. | L250 | 0.30 | 270.00 | 81.00 |
| KWF | 07/19/12 | Evaluate file status and court docket, | L190 | 0.30 | 270.00 | 81.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson
## &Werson
**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.  324557    CLIENT  GMAC ResCap                          Page    2
                        MATTER  Rojas/Fernandez

|  |  | | | | |
|---|---|---|---|---|---|
|  |  | noting demurrer sustained without leave to amend, prepare email to co-defendant's counsel re same. | | | |
| KWF | 07/20/12 | Teleconference with plaintiff's counsel re consolidation and possible dismissal. | L190 | 0.20 | 270.00 | 54.00 |
|  |  | **TOTAL** | | **6.40** | | **$1,759.50** |

### COSTS & EXPENSES

| | | |
|---|---|---|
| 07/06/12 | First Legal Network, LLC; Court Services; San Bernardino County Court 6/11/12 | 92.85 |
| 07/06/12 | One Legal, Inc.; Transmittal of filing to court; Case Management Statement 06/15/12 | 49.95 |
| 07/06/12 | Cardmember Service/Bank One (Acct #7755); Data Search; 4570 Hastings Court San Bernardino, CA 06/07/12 | 58.99 |
| | **TOTAL COSTS & EXPENSES** | **$201.79** |

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 0.50 | $135.00 |
| L190 | Other Case Assessment | 0.90 | $243.00 |
| L210 | Pleadings | 0.30 | $99.90 |
| L240 | Dispositive Motions | 3.80 | $1,026.00 |
| L250 | Other Written Motions | 0.90 | $255.60 |
| | **TOTAL** | **6.40** | **$1,759.50** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Franich, Kerry | KWF | Associate | 5.90 | 270.00 | $1,593.00 |
| Hankins, Suzanne | SMH | Member | 0.50 | 333.00 | $166.50 |
| | **Total** | | **6.40** | | **$1,759.50** |

| | |
|---|---|
| PRIOR FEES | $3,717.90 |
| PRIOR COSTS & EXPENSES | $78.00 |

| | |
|---|---|
| FEES | $1,759.50 |
| COSTS & EXPENSES | $201.79 |
| **TOTAL THIS INVOICE** | **$1,961.29** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      324558      JBS                                    August 16, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000      GMAC ResCap
MATTER      1290      Evans, George (Estate of)
                      GMAC Matter No.: 729147

**TOTAL AMOUNT DUE**              **$1,004.34**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

**Severson**
**& Werson**
A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     324558     JBS                                        August 16, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter     19000 1290     Evans, George (Estate of)
                          GMAC Matter No.: 729147

FOR PROFESSIONAL SERVICES RENDERED     01/01/1994          07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| RJG | 07/02/12 | Analysis and evaluation of preliminary injunction opposition and pending case issues and attention to our client to respond to an inquiry regarding the same. | L250 | 0.30 | 274.50 | 82.35 |
| DL | 07/02/12 | Exchange correspondence with client re not filing bankruptcy stay in action. | L190 | 0.10 | 288.00 | 28.80 |
| RJG | 07/05/12 | Attention to preliminary injunction and pending case issues and correspondence with our client to advise regarding the same. | L250 | 0.20 | 274.50 | 54.90 |
| RJG | 07/23/12 | Analysis and evaluation of preliminary injunction hearing and pending case issues and correspondence with our client contact to respond to an inquiry regarding the same. | L120 | 0.40 | 274.50 | 109.80 |
| DL | 07/23/12 | Exchange correspondence with client re status of upcoming hearing on preliminary injunction and sale date for property. | L190 | 0.20 | 288.00 | 57.60 |
| DL | 07/25/12 | Exchange correspondence with petitioner's counsel re reply for OSC re preliminary injunction. | L160 | 0.10 | 288.00 | 28.80 |
| DL | 07/27/12 | Exchange correspondence with plaintiff's counsel re plaintiff's attempts to refinance property. | L160 | 0.20 | 288.00 | 57.60 |
| RJG | 07/30/12 | Attention to preliminary injunction and proposed informal resolution terms and correspondence with our client to advise regarding the same. | L120 | 0.30 | 274.50 | 82.35 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 324558 | CLIENT | GMAC ResCap | | Page | 2 |
|---|---|---|---|---|---|---|
| | | MATTER | Evans, George (Estate of) | | | |

| DL | 07/30/12 | Analyze settlement letter from petitioner and prepare correspondence to client re same. | L160 | 0.30 | 288.00 | 86.40 |
|---|---|---|---|---|---|---|
| DL | 07/30/12 | Strategy re filing creditor's claim with probate court based on deed of trust. | L190 | 0.30 | 288.00 | 86.40 |
| DL | 07/30/12 | Prepare case update on chart for client. | L190 | 0.10 | 288.00 | 28.80 |
| DL | 07/31/12 | Analyze court docket for tentative ruling on OSC re preliminary injunction and prepare correspondence to petitioner re settlement. | L190 | 0.20 | 288.00 | 57.60 |
| | | **TOTAL** | | **2.70** | | **$761.40** |

### COSTS & EXPENSES

| 07/06/12 | First Legal Network, LLC; Court Services; LA County Court- Unlimited 6/6/12; Advance ck. $33.00 | 99.35 |
|---|---|---|
| 07/06/12 | Cardmember Service/Bank One (Acct #7755); Data Search; 3525 W. 118th Street Los Angeles, CA 06/06/12 | 93.64 |
| 07/18/12 | One Legal, Inc.; Transmittal of filing to court; Opposition, Request for Judicial Notice 07/02/12 | 49.95 |
| | **TOTAL COSTS & EXPENSES** | **$242.94** |

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.70 | $192.15 |
| L160 | Settlement/Non-Binding ADR | 0.60 | $172.80 |
| L190 | Other Case Assessment | 0.90 | $259.20 |
| L250 | Other Written Motions | 0.50 | $137.25 |
| | **TOTAL** | **2.70** | **$761.40** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Liu, David | DL | Associate | 1.50 | 288.00 | $432.00 |
| Gandy, Robert | RJG | Special Counsel | 1.20 | 274.50 | $329.40 |
| | **Total** | | **2.70** | | **$761.40** |

| PRIOR FEES | | $4,882.50 | |
|---|---|---|---|
| | | FEES | $761.40 |
| | | COSTS & EXPENSES | $242.94 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| | | | | |
|---|---|---|---|---|
| Invoice No.    324558 | CLIENT | GMAC ResCap | Page | 3 |
| | MATTER | Evans, George (Estate of) | | |

**TOTAL THIS INVOICE**                    **$1,004.34**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324559    JBS                                          August 16, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000    GMAC ResCap
MATTER     1292     Chavez, Joseph J.
                    GMAC Matter No.: 728841

**TOTAL AMOUNT DUE**            $1,423.29

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324559    JBS                                                      August 16, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1292    Chavez, Joseph J.
                        GMAC Matter No.: 728841

FOR PROFESSIONAL SERVICES RENDERED        01/01/1994        07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| RJG | 07/02/12 | Analysis and evaluation of stipulation regarding non-monetary judgment against MERS issues and correspondence with our client to address the same. | L120 | 0.40 | 274.50 | 109.80 |
| KWF | 07/02/12 | Prepare case management statement. | L210 | 0.30 | 270.00 | 81.00 |
| KWF | 07/02/12 | Prepare stipulation for non-monetary judgment as to MERS. | L210 | 1.20 | 270.00 | 324.00 |
| KWF | 07/02/12 | Prepare email to client C. Bonello re stipulation for non-monetary judgment. | L210 | 0.20 | 270.00 | 54.00 |
| KWF | 07/05/12 | Teleconference with A. Burns re case management conference. | L230 | 0.20 | 270.00 | 54.00 |
| RJG | 07/06/12 | Attention to informal resolution terms and issues and correspondence with our client to address the same. | L160 | 0.30 | 274.50 | 82.35 |
| RJG | 07/10/12 | Attention to informal resolution and pending case issues and correspondence with our client and Plaintiff's counsel to address the same. | L120 | 0.40 | 274.50 | 109.80 |
| KWF | 07/10/12 | Prepare revisions to draft stipulation, email same to plaintiff's counsel and client, C. Bonello. | L210 | 0.40 | 270.00 | 108.00 |
| RJG | 07/13/12 | Attention to stipulation for informal resolution issues and correspondence with our client to address the same. | L120 | 0.30 | 274.50 | 82.35 |
| RJG | 07/16/12 | Attention to informal resolution and stipulation regarding pending case issues and correspondence with Plaintiff's counsel to address the same. | L120 | 0.30 | 274.50 | 82.35 |
| KWF | 07/23/12 | Review and analyze doe amendment | L190 | 0.10 | 270.00 | 27.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 324559 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Chavez, Joseph J. | | | | |

| | | and court minute order re stipulation for non-monetary judgment. | | | | |
|---|---|---|---|---|---|---|
| KWF | 07/24/12 | Review and analyze plaintiff's case management statement. | L210 | 0.10 | 270.00 | 27.00 |
| | | **TOTAL** | | **4.20** | | **$1,141.65** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 07/06/12 | Cardmember Service/Bank One (Acct #7755); Data Search; 4940 118th Place Los Angeles, CA 06/06/12 | 83.74 |
| 07/12/12 | CourtCall, LLC; CourtCall - Conference Service; 08/10/12 | 78.00 |
| 07/18/12 | One Legal, Inc.; Transmittal of filing to court; Case Management Statement 07/05/12 | 49.95 |
| 07/30/12 | One Legal, Inc.; Transmittal of filing to court; Stipulation including Court Filing Fee $20 07/18/12 | 69.95 |
| | **TOTAL COSTS & EXPENSES** | **$281.64** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 1.40 | $384.30 |
| L160 | Settlement/Non-Binding ADR | 0.30 | $82.35 |
| L190 | Other Case Assessment | 0.10 | $27.00 |
| L210 | Pleadings | 2.20 | $594.00 |
| L230 | Court Mandated Conferences | 0.20 | $54.00 |
| | **TOTAL** | **4.20** | **$1,141.65** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Franich, Kerry | KWF | Associate | 2.50 | 270.00 | $675.00 |
| Gandy, Robert | RJG | Special Counsel | 1.70 | 274.50 | $466.65 |
| | Total | | 4.20 | | $1,141.65 |

| | |
|---|---|
| PRIOR FEES | $1,943.55 |
| PRIOR COSTS & EXPENSES | $49.95 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| | | | | |
|---|---|---|---|---|
| Invoice No. | 324559 | CLIENT | GMAC ResCap | Page    3 |
| | | MATTER | Chavez, Joseph J. | |

| | | |
|---|---|---|
| FEES | $1,141.65 |
| COSTS & EXPENSES | $281.64 |
| **TOTAL THIS INVOICE** | **$1,423.29** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      324560      JBS                                    August 16, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT       19000      GMAC ResCap
MATTER       1299      Pacheco, Carlos
                              GMAC Matter No.: 729442

**TOTAL AMOUNT DUE**                    **$760.50**

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## *&* Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324560    JBS                                      August 16, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1299    Pacheco, Carlos
                         GMAC Matter No.: 729442

FOR PROFESSIONAL SERVICES RENDERED        01/01/1994        07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ANB | 07/09/12 | Review and revise notice of continue relief from stay hearing | L210 | 0.30 | 292.50 | 87.75 |
| ANB | 07/09/12 | Communication with local counsel that appeared at initial relief from stay hearing, and with client to discuss continuing relief from stay hearing to allow additional time to respond to court's concerns about possession of note, copying of note, etc. | L120 | 1.00 | 292.50 | 292.50 |
| ANB | 07/10/12 | Communication with client on status of association of counsel, filing of notice of continued RFS hearing and steps needed to resolve standing issue with Judge's procedures | L120 | 0.30 | 292.50 | 87.75 |
| ANB | 07/24/12 | Draft, review and revise supplemental declaration in support of motion for relief from stay to resolve standing issue | L210 | 1.00 | 292.50 | 292.50 |
| | | **TOTAL** | | **2.60** | | **$760.50** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 1.30 | $380.25 |
| L210 | Pleadings | 1.30 | $380.25 |
| | **TOTAL** | **2.60** | **$760.50** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.   324560 | CLIENT | GMAC ResCap | | | Page | 2 |
| | MATTER | Pacheco, Carlos | | | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Barasch, Adam | ANB | Special Counsel | 2.60 | 292.50 | $760.50 |
| | **Total** | | **2.60** | | **$760.50** |

PRIOR FEES                         $945.00

| | FEES | $760.50 |
|---|---|---|
| | **TOTAL THIS INVOICE** | **$760.50** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      324561      JBS

August 16, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1300 | Hildebrandt, Joanne |
| | | GMAC Matter No.: 729582 |

**TOTAL AMOUNT DUE**          **$401.23**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      324561      JBS                                      August 16, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter      19000  1300      Hildebrandt, Joanne
GMAC Matter No.: 729582

FOR PROFESSIONAL SERVICES RENDERED      01/01/1994          07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| KWF | 07/17/12 | Prepare email to plaintiff's counsel re missing documents in loss mitigation package and settlement agreement, prepare email to client C. DiCicco advising of status of same. | L160 | 0.30 | 270.00 | 81.00 |
| KWF | 07/20/12 | Review and analyze borrower loss mitigation package, prepare email to client C. DiCicco re same and prepare email to plaintiff's counsel re settlement agreement. | L160 | 0.40 | 270.00 | 108.00 |
| KWF | 07/24/12 | Prepare email to plaintiff's counsel re missing item in loss mitigation package, evaluate financial documents provided in same. | L160 | 0.50 | 270.00 | 135.00 |
| | | **TOTAL** | | **1.20** | | **$324.00** |

## COSTS & EXPENSES

| | | |
|--|--|--|
| 07/06/12 | Cardmember Service/Bank One (Acct #7755); Data Search; 523 N. Buttonwood Street Orange, CA 06/14/12 | 68.89 |
| 07/23/12 | Cardmember Service/Bank One (Acct #7755); Court and Filing Fees; Orange CO Superior Court WE - CA 06/14/12 | 8.34 |

**TOTAL COSTS & EXPENSES**                    **$77.23**

## BILLING SUMMARY

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | | | | Page | 2 |
|---|---|---|---|---|---|

Invoice No.   324561      CLIENT   GMAC ResCap
                          MATTER   Hildebrandt, Joanne

| Task Code and Description | Hours | Amount |
|---|---|---|
| L160    Settlement/Non-Binding ADR | 1.20 | $324.00 |
| **TOTAL** | **1.20** | **$324.00** |

| Timekeeper | Position | | Hours | Rate | Value |
|---|---|---|---|---|---|
| Franich, Kerry | KWF | Associate | 1.20 | 270.00 | $324.00 |
| **Total** | | | **1.20** | | **$324.00** |

PRIOR FEES                            $2,709.90

|  |  |
|---|---|
| FEES | $324.00 |
| COSTS & EXPENSES | $77.23 |
| **TOTAL THIS INVOICE** | **$401.23** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

**Severson**
**&Werson**

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      324562      JBS                                                    August 16, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1304 | Esparza, Roy and Lisa |
| | | GMAC Matter No.: 729444 |

**TOTAL AMOUNT DUE**                    **$992.29**

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324562    JBS                                    August 16, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1304    Esparza, Roy and Lisa
GMAC Matter No.: 729444

FOR PROFESSIONAL SERVICES RENDERED        01/01/1994        07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| RJG | 07/02/12 | Attention to notice of bankruptcy issues and correspondence with our client to advise regarding the same. | L120 | 0.20 | 274.50 | 54.90 |
| DL | 07/02/12 | Confirm filing of notice of bankruptcy stay for GMAC and correspondence to client re same. | L190 | 0.10 | 288.00 | 28.80 |
| DL | 07/05/12 | Analyze court docket re status of service on Fannie Mae. | L190 | 0.10 | 288.00 | 28.80 |
| RJG | 07/11/12 | Analysis and evaluation of responsive pleading and removal issues and correspondence with our client to respond to inquiries regarding the same. | L120 | 0.50 | 274.50 | 137.25 |
| DL | 07/11/12 | Prepare correspondence to client re moving forward with demurrer for FNMA; analyze court docket re service on FNMA and status of State Bar's complaint against plaintiff's counsel. | L190 | 0.30 | 288.00 | 86.40 |
| RJG | 07/12/12 | Attention to demurrer and pending case issues and correspondence with our client to address the same. | L250 | 0.30 | 274.50 | 82.35 |
| DL | 07/12/12 | Exchange correspondence with client re demurring for FNMA; strategy re filing of notice of removal for FNMA as listed on court docket although no removal was filed; check federal docket re filing of removal. | L190 | 0.20 | 288.00 | 57.60 |
| RJG | 07/13/12 | Analysis and evaluation of bankruptcy stay and pending case issues and attention to litigation strategy. | L120 | 0.30 | 274.50 | 82.35 |
| DL | 07/13/12 | Follow up on obtaining filed notice of | L190 | 0.10 | 288.00 | 28.80 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. 324562 | CLIENT GMAC ResCap | | | Page 2 |
| | MATTER Esparza, Roy & Lisa | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | removal by Fannie Mae. | | | | |
| RJG | 07/17/12 | Analysis and evaluation of responsive pleading and litigation strategy issues and multiple correspondence with our client to respond to an inquiry regarding the same. | L120 | 0.50 | 274.50 | 137.25 |
| DL | 07/17/12 | Analyze state docket and bankruptcy docket re filing of notice of removal; prepare correspondence to client and Fannie Mae re no notice of removal filed; exchange multiple correspondence with Fannie Mae re waiting for service of complaint before filing demurrer. | L190 | 0.40 | 288.00 | 115.20 |
| DL | 07/30/12 | Prepare case update on chart for client. | L190 | 0.10 | 288.00 | 28.80 |
| | | **TOTAL** | | **3.10** | | **$868.50** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 07/06/12 | Cardmember Service/Bank One (Acct #7755); Data Search; 9629 Danville Street Los Angeles, CA 06/22/12 | 73.84 |
| 07/18/12 | One Legal, Inc.; Transmittal of filing to court; Notice of Bankruptcy 07/02/12 | 49.95 |
| | **TOTAL COSTS & EXPENSES** | **$123.79** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | | |
|---|---|---|---|---|---|---|
| L120 | Analysis/Strategy | 1.50 | $411.75 | | | |
| L190 | Other Case Assessment | 1.30 | $374.40 | | | |
| L250 | Other Written Motions | 0.30 | $82.35 | | | |
| | **TOTAL** | **3.10** | **$868.50** | | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Liu, David | DL | Associate | 1.30 | 288.00 | $374.40 |
| Gandy, Robert | RJG | Special Counsel | 1.80 | 274.50 | $494.10 |
| | **Total** | | **3.10** | | **$868.50** |

| | | |
|---|---|---|
| PRIOR FEES | $1,456.65 | |
| | FEES | $868.50 |
| | COSTS & EXPENSES | $123.79 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 324562 | CLIENT | GMAC ResCap | Page | 3 |
| | | MATTER | Esparza, Roy & Lisa | | |

**TOTAL THIS INVOICE**                    **$992.29**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324563    JBS                                        August 16, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1305 | Ross, Collin (2) |
| | | Email Invoice to Kari Krull |

**TOTAL AMOUNT DUE**                 **$832.90**

# *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324563    JBS                                        August 16, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1305        Ross, Collin (2)
                            Email Invoice to Kari Krull

FOR PROFESSIONAL SERVICES RENDERED        01/01/1994        07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| RJG | 07/02/12 | Attention to bankruptcy stay, pending small claims and litigation strategy issues. | L120 | 0.20 | 274.50 | 54.90 |
| RJG | 07/12/12 | Attention to bankruptcy stay and pending case issues and correspondence with our client to address the same. | L120 | 0.30 | 274.50 | 82.35 |
| RJG | 07/13/12 | Analysis and evaluation of small claims trial and pending case issues and attention to litigation strategy. | L120 | 0.30 | 274.50 | 82.35 |
| RJG | 07/18/12 | Analysis and evaluation of pending case, trial and trial preparation issues and attention to strategy regarding the same. | L440 | 0.40 | 274.50 | 109.80 |
| BAE | 07/18/12 | Call with courtroom to confirm that because of bankruptcy stay no client appearance was necessary. | L440 | 0.30 | 247.50 | 74.25 |
| RJG | 07/19/12 | Analysis and evaluation of bankruptcy stay and pending small claims trial issues and attention to trial strategy. | L440 | 0.40 | 274.50 | 109.80 |
| RJG | 07/20/12 | Attention to bankruptcy stay and trial issues and correspondence with our client to advise regarding the same. | L120 | 0.40 | 274.50 | 109.80 |
| RJG | 07/24/12 | Analysis and evaluation of pending small claims trial and bankruptcy stay issues and attention to litigation strategy. | L440 | 0.30 | 274.50 | 82.35 |
| RJG | 07/27/12 | Attention to the court's ruling dismissing the case at the small claims trial and correspondence with our client to advise regarding the same. | L120 | 0.40 | 274.50 | 109.80 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson
## &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 324563 | CLIENT | GMAC ResCap | | Page | 2 |
|---|---|---|---|---|---|---|
| | | MATTER | Ross, Collin (2) | | | |

| | | | |
|---|---|---|---|
| **TOTAL** | | **3.00** | **$815.40** |

### COSTS & EXPENSES

| | | |
|---|---|---|
| 07/20/12 | First Legal Network, LLC; Court Services; Orange County Court 6/28/12 | 17.50 |
| | **TOTAL COSTS & EXPENSES** | **$17.50** |

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 1.60 | $439.20 |
| L440 | Other Trial Preparation | 1.40 | $376.20 |
| | **TOTAL** | **3.00** | **$815.40** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Eilenberg, Benjamin A. | BAE | Associate | 0.30 | 247.50 | $74.25 |
| Gandy, Robert | RJG | Special Counsel | 2.70 | 274.50 | $741.15 |
| | **Total** | | **3.00** | | **$815.40** |

| | | |
|---|---|---|
| PRIOR FEES | $653.40 | |
| | FEES | $815.40 |
| | COSTS & EXPENSES | $17.50 |
| | **TOTAL THIS INVOICE** | **$832.90** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson
**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324564    JBS                                        August 16, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1310 | Abed-Stephen, Vachagan and Susie |
| | | GMAC Matter No.: 730159 |

**TOTAL AMOUNT DUE**            $4,308.30

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## & Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324564    JBS                                August 16, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1310    Abed-Stephen, Vachagan and Susie
                        GMAC Matter No.: 730159

FOR PROFESSIONAL SERVICES RENDERED        01/01/1994        07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| RJG | 07/06/12 | Analysis and evaluation of case investigation and small claims trial issues and attention to litigation strategy. | L120 | 0.30 | 274.50 | 82.35 |
| RJG | 07/10/12 | Analysis and evaluation of responsive pleading and small claims trial issues and attention to litigation strategy. | L120 | 0.30 | 274.50 | 82.35 |
| RJG | 07/13/12 | Analysis and evaluation of small claims trial and pending case issues and attention to litigation strategy. | L120 | 0.30 | 274.50 | 82.35 |
| RJG | 07/13/12 | Analysis and evaluation of small claims trial and pending case issues and attention to litigation strategy. | L120 | 0.30 | 274.50 | 82.35 |
| DL | 07/13/12 | Exchange correspondence with client re service on MERS and Fannie Mae; analyze file for title policy; draft motion to dismiss re factual background and claims for quiet title, failure to record assignment, lack of standing to foreclose, TILA and cancellation of instruments. | L190 | 2.40 | 288.00 | 691.20 |
| RJG | 07/16/12 | Attention to small claims trial case investigation and pending case issues and correspondence with our client to address the same. | L120 | 0.40 | 274.50 | 109.80 |
| RJG | 07/17/12 | Analysis and evaluation of motion to dismiss and pending trial issues and correspondence with our client to advise regarding the same. | L120 | 0.40 | 274.50 | 109.80 |
| BAE | 07/17/12 | Emails with J. Holtgren regarding trial | L440 | 0.20 | 247.50 | 49.50 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 324564 | CLIENT | GMAC ResCap | | Page | 2 |
|---|---|---|---|---|---|---|
| | | MATTER | Abed-Stephen, Vachagan & Susie | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | attendance. | | | | |
| RJG | 07/18/12 | Analysis and evaluation of motion to dismiss and motion to postpone small claims trial issues and correspondence with our client to advise regarding the same. | L120 | 0.60 | 274.50 | 164.70 |
| BAE | 07/18/12 | Call with courtroom regarding trial preparation and availability of witnesses. | L440 | 0.20 | 247.50 | 49.50 |
| BAE | 07/18/12 | Draft request for trial continuance. | L440 | 0.30 | 247.50 | 74.25 |
| RJG | 07/19/12 | Review and revise the motion to dismiss, attention to pending trial preparation and issues and correspondence with our client to address the same. | L250 | 0.50 | 274.50 | 137.25 |
| BAE | 07/19/12 | Phone calls with J. Holtgren regarding representation at trial and arguments to be presented. | L440 | 0.40 | 247.50 | 99.00 |
| RJG | 07/23/12 | Attention to motion to dismiss and pending small claims trial issues and correspondence with our client contact to respond to an inquiry regarding the same. | L250 | 0.40 | 274.50 | 109.80 |
| RJG | 07/24/12 | Analysis and evaluation of motion to dismiss and pending small claims trial issues and correspondence with our client contact to advise regarding strategy regarding the same. | L440 | 0.60 | 274.50 | 164.70 |
| RJG | 07/25/12 | Analysis and evaluation of small claims trial issues and preparation of arguments to the client contact to address at trial. | L440 | 1.40 | 274.50 | 384.30 |
| RJG | 07/25/12 | Attention to client preparation for the small claims trial and correspondence with our client contact to address the same. | L440 | 0.30 | 274.50 | 82.35 |
| BAE | 07/25/12 | Order certified copies of title documents for small claims trial exhibits. | L440 | 0.40 | 247.50 | 99.00 |
| RJG | 07/26/12 | Analysis and evaluation of small claims trial strategy and issues and telephone call with our client contact to advise regarding the same. | L440 | 0.50 | 274.50 | 137.25 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. 324564 | CLIENT | GMAC ResCap | | | | Page | 3 |
|---|---|---|---|---|---|---|---|
| | MATTER | Abed-Stephen, Vachagan & Susie | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| RJG | 07/27/12 | Analysis and evaluation of case investigation and small claims trial issues to advise our client regarding small claims trial arguments. | L440 | 0.60 | 274.50 | | 164.70 |
| RJG | 07/27/12 | Telephone call conference with our client to prepare our client representative for the pending small claims trial. | L440 | 1.00 | 274.50 | | 274.50 |
| RJG | 07/27/12 | Attention to trial documents and trial strategy and multiple correspondence with our client to advise regarding the same. | L440 | 0.50 | 274.50 | | 137.25 |
| BAE | 07/27/12 | Prepare trial binder with all exhibits and arguments. | L440 | 2.80 | 247.50 | | 693.00 |
| RJG | 07/31/12 | Analysis and evaluation of small claims trial issues and correspondence with our client representative to prepare him for the pending trial. | L440 | 0.90 | 274.50 | | 247.05 |
| | | **TOTAL** | | **16.00** | | | **$4,308.30** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | | |
|---|---|---|---|---|---|---|
| L120 | Analysis/Strategy | 2.60 | $713.70 | | | |
| L190 | Other Case Assessment | 2.40 | $691.20 | | | |
| L250 | Other Written Motions | 0.90 | $247.05 | | | |
| L440 | Other Trial Preparation | 10.10 | $2,656.35 | | | |
| | **TOTAL** | **16.00** | **$4,308.30** | | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Eilenberg, Benjamin A. | BAE | Associate | 4.30 | 247.50 | $1,064.25 |
| Liu, David | DL | Associate | 2.40 | 288.00 | $691.20 |
| Gandy, Robert | RJG | Special Counsel | 9.30 | 274.50 | $2,552.85 |
| | **Total** | | **16.00** | | **$4,308.30** |

PRIOR FEES                              $231.30

| | | |
|---|---|---|
| | FEES | $4,308.30 |
| | **TOTAL THIS INVOICE** | **$4,308.30** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     324565     JBS                                            August 16, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000    GMAC ResCap
MATTER      1316     Zeppeiro, Peter
                     GMAC Matter No.: 730045

**TOTAL AMOUNT DUE**            $4,651.65

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

**Severson**
**&Werson**

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324565    JBS                                     August 16, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1316    Zeppeiro, Peter
                         GMAC Matter No.: 730045

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994         07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| RJG | 06/29/12 | Analysis and evaluation of the complaint and case investigation issues and Attention to responsive pleading and litigation strategies. [ZEPPEIRO 19000.1316] | L120 | 1.20 | 274.50 | 329.40 |
| RJG | 06/29/12 | Attention to responsive pleading and litigation strategies and correspondence with our client to advise regarding the same. [ZEPPEIRO 19000.1316] | L120 | 0.30 | 274.50 | 82.35 |
| CHR | 07/02/12 | Prepare Confirmation to Client re Receipt and Contact Attorney Assignment. Review Initial Correspondence and Pleadings. Review Court Docket for Additional Pleadings and Calendar Dates. Draft New Matter Form. Prepare Conflicts and Calendar Request Memo. | L190 | 0.40 | 130.50 | 52.20 |
| RJG | 07/02/12 | Attention to case investigation, pending case and litigation strategy issues. | L120 | 0.20 | 274.50 | 54.90 |
| DL | 07/02/12 | [19000.1316] Analyze lengthy complaint alleging history of title issues; analyze court docket re case status; analyze file from previously filed case re allegations of title problems. | L110 | 1.00 | 288.00 | 288.00 |
| RJG | 07/03/12 | Analysis and evaluation of case investigation issues and attention to litigation strategy. | L120 | 0.30 | 274.50 | 82.35 |
| LJT | 07/07/12 | Brief review of prior cases, title chronology and title analysis re necessity for additional title work, | L110 | 0.20 | 130.50 | 26.10 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

**Severson**
**&Werson**

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 324565 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Zeppeiro, Peter | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | e-mail re same. | | | | |
| JBS | 07/09/12 | Analysis and evaluation of defense strategy and bankruptcy issues | L120 | 0.30 | 427.50 | 128.25 |
| RJG | 07/09/12 | Attention to responsive pleading and case strategy issues and correspondence with our client to respond to an inquiry regarding the same. | L120 | 0.30 | 274.50 | 82.35 |
| DL | 07/09/12 | [19000.1316] Analyze correspondence from client re sending draft pleadings to FNMA. | L190 | 0.10 | 288.00 | 28.80 |
| DL | 07/09/12 | [19000.1316] Strategy re procedural history in prior action alleging same claims; research re possible effect of res judicata or collateral estoppel in new federal action; research re effect of voluntary dismissal in state court and effect in federal court; review prior case docket re litigation history; strategy re preparing title claim; strategy re preparing cross-claim for quiet title | L430 | 1.30 | 288.00 | 374.40 |
| RJG | 07/11/12 | Analysis and evaluation of title and responsive pleading issues and correspondence with our client to advise regarding the same. | L120 | 0.50 | 274.50 | 137.25 |
| DL | 07/11/12 | [19000.1316] Review docket in federal court re prior action filed alleging same claims; prepare litigation strategy to client re filing motion to dismiss, status of service on defendants and preparing title claim. | L190 | 0.50 | 288.00 | 144.00 |
| LJT | 07/13/12 | Research title records re current status of title, review new notice of default, research trustee's website and telephone call to trustee re status of foreclosure sale, and draft e-mail re same. | L110 | 0.60 | 130.50 | 78.30 |
| RJG | 07/13/12 | Analysis and evaluation of title, responsive pleading and pending case issues and correspondence with our client to respond to an inquiry regarding the same. | L120 | 0.30 | 274.50 | 82.35 |
| LJT | 07/16/12 | Review title records and update title chronology and notebook re newly recorded documents. | L110 | 1.20 | 130.50 | 156.60 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 324565 | CLIENT  GMAC ResCap | | | | Page | 3 |
| | | MATTER  Zeppeiro, Peter | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| RJG | 07/16/12 | Analysis and evaluation of case investigation and client files, attention to litigation strategy, and correspondence with our client to address the same. | L120 | 0.60 | 274.50 | 164.70 |
| RJG | 07/16/12 | Attention to application of bankruptcy stay to pending case and responsive pleading issues and correspondence with our client to advise regarding the same. | L250 | 0.30 | 274.50 | 82.35 |
| DL | 07/16/12 | [19000.1316] Exchange correspondence with client re obtaining loan file and advise on extension to respond to complaint. | L190 | 0.20 | 288.00 | 57.60 |
| RJG | 07/17/12 | Attention to responsive pleading and pending case issues and correspondence with our client to address the same. | L120 | 0.30 | 274.50 | 82.35 |
| DL | 07/17/12 | [19000.1316] Analyze correspondence from client re service on Fannie Mae. | L190 | 0.10 | 288.00 | 28.80 |
| RJG | 07/23/12 | Attention to informal resolution terms and issues and correspondence with our client contact to address the same. | L160 | 0.30 | 274.50 | 82.35 |
| DL | 07/23/12 | Exchange correspondence with plaintiff's counsel and client re plaintiff's request for loan modification. | L160 | 0.20 | 288.00 | 57.60 |
| DL | 07/24/12 | Exchange correspondence with plaintiff's counsel re arranging time to meet and confer for defendants' motion to dismiss. | L430 | 0.10 | 288.00 | 28.80 |
| RJG | 07/26/12 | Attention to proposed informal resolution terms and issues and correspondence with our client contact to advise regarding the same. | L160 | 0.30 | 274.50 | 82.35 |
| RJG | 07/26/12 | Analysis and evaluation of Plaintiff's complaint, review and revise the motion to dismiss to the complaint and correspondence with our client to advise regarding the same. | L250 | 0.80 | 274.50 | 219.60 |
| DL | 07/26/12 | Further draft and revise motion to dismiss complaint based on claims for quiet title, breach of contract, assignment issues, TILA, cancellation of instruments, unfair competition and emotional distress; prepare factual | L430 | 3.10 | 288.00 | 892.80 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 324565 | CLIENT | GMAC ResCap | | | Page | 4 |
| | | MATTER | Zeppeiro, Peter | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | background of loan, deed transfers and foreclosure; and prepare correspondence to client re same. | | | | |
| RJG | 07/27/12 | Analysis and evaluation of bankruptcy stay and final order application to pending case issues and correspondence with our client to advise regarding the same. | L120 | 0.30 | 274.50 | 82.35 |
| DL | 07/27/12 | Prepare correspondence to plaintiff re loan modification application and to discuss motion to dismiss. | L160 | 0.20 | 288.00 | 57.60 |
| DL | 07/27/12 | Draft notice of bankruptcy stay for GMAC, Homecomings and ETS Services and draft letter to plaintiff's counsel re same; and prepare correspondence to client re same. | L430 | 0.50 | 288.00 | 144.00 |
| DL | 07/30/12 | Exchange further correspondence with plaintiff's counsel re meet and confer for motion to dismiss. | L190 | 0.10 | 288.00 | 28.80 |
| DL | 07/30/12 | Prepare case update on chart for client. | L190 | 0.10 | 288.00 | 28.80 |
| DL | 07/31/12 | Exchange correspondence with plaintiff's counsel re meet and confer for motion to dismiss. | L430 | 0.30 | 288.00 | 86.40 |
| DL | 07/31/12 | Work on further revisions to motion to dismiss, revise notice re meet and confer efforts with plaintiff's counsel; prepare request for judicial notice and order. | L430 | 0.70 | 288.00 | 201.60 |
| DL | 07/31/12 | Analyze loan file provided by client for title policy to make title claim. | L190 | 0.40 | 288.00 | 115.20 |
| | | **TOTAL** | | **17.60** | | **$4,651.65** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 3.00 | $549.00 |
| L120 | Analysis/Strategy | 4.60 | $1,308.60 |
| L160 | Settlement/Non-Binding ADR | 1.00 | $279.90 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 324565 | CLIENT | GMAC ResCap | | | Page | 5 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Zeppeiro, Peter | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| L190 | Other Case Assessment | | 1.90 | $484.20 | | |
| L250 | Other Written Motions | | 1.10 | $301.95 | | |
| L430 | Written Motions/Submissions | | 6.00 | $1,728.00 | | |
| | **TOTAL** | | **17.60** | **$4,651.65** | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Rommell, Clair | CHR | Paralegal | 0.40 | 130.50 | $52.20 |
| Liu, David | DL | Associate | 8.90 | 288.00 | $2,563.20 |
| Sullivan, John | JBS | Member | 0.30 | 427.50 | $128.25 |
| Tarwater, Linda | LJT | Paralegal | 2.00 | 130.50 | $261.00 |
| Gandy, Robert | RJG | Special Counsel | 6.00 | 274.50 | $1,647.00 |
| | **Total** | | **17.60** | | **$4,651.65** |

| | | | |
|---|---|---|---|
| | FEES | | $4,651.65 |
| | **TOTAL THIS INVOICE** | | $4,651.65 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Peterson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324566    JBS

August 16, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
|--------|-------|-------------|
| MATTER | 1318 | Corona, Octavio and Angelica |
| | | GMAC Matter No.: 729890 |

**TOTAL AMOUNT DUE**               **$1,924.65**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

Peterson
&Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324566    JBS                                    August 16, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1318    Corona, Octavio and Angelica
                        GMAC Matter No.: 729890

FOR PROFESSIONAL SERVICES RENDERED        01/01/1994        07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| CHR | 07/02/12 | Prepare Confirmation to Client re Receipt and Contact Attorney Assignment. Review Initial Correspondence and Pleadings. Review Court Docket for Additional Pleadings and Calendar Dates. Draft New Matter Form. Prepare Conflicts and Calendar Request Memo. | L190 | 0.40 | 130.50 | 52.20 |
| DL | 07/05/12 | [19000.1318] Analyze complaint and court docket re case status; formulate initial strategy for responding. | L190 | 0.40 | 288.00 | 115.20 |
| LJT | 07/07/12 | Research title records to prepare chronology and Pacer research to ascertain bankruptcy filings by plaintiffs, review dockets on seven bankruptcy cases re status and review orders on motions for relief from stay as to foreclosure and eviction. | L110 | 0.60 | 130.50 | 78.30 |
| LJT | 07/11/12 | Review title documents and prepare title chronology. | L110 | 1.10 | 130.50 | 143.55 |
| DL | 07/12/12 | Further review complaint and court docket; analyze title chronology; prepare litigation strategy for client. | L190 | 0.40 | 288.00 | 115.20 |
| SMH | 07/13/12 | Attention to inclusion of erroneously named entity. | L190 | 0.20 | 333.00 | 66.60 |
| DL | 07/13/12 | Analyze correspondence from client re not representing U.S. Bank and strategy re seeking dismissal of entity from plaintiffs. | L190 | 0.20 | 288.00 | 57.60 |
| DL | 07/18/12 | Draft demurrer to complaint re notice, | L430 | 1.60 | 288.00 | 460.80 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Peterson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Invoice No. | 324566 | CLIENT | GMAC ResCap | | | Page | 2 |
| | | MATTER | Corona, Octavio & Angelica | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | demurrer and address arguments for claims for lack of standing to foreclose, fraud, emotional distress, quiet title, slander of title, declaratory relief, unfair competition and failure to properly assign deed of trust. | | | | |
| DL | 07/19/12 | Further prepare and revise demurrer to complaint re introduction and address claims for quiet title, declaratory relief, slander of title and unfair competition. | L430 | 1.40 | 288.00 | 403.20 |
| DL | 07/20/12 | Revise demurrer to complaint and prepare correspondence to client re same. | L430 | 0.70 | 288.00 | 201.60 |
| DL | 07/24/12 | Begin drafting notice of bankruptcy stay for GMAC and ETS. | L430 | 0.10 | 288.00 | 28.80 |
| DL | 07/26/12 | Analyze bankruptcy order identifying claims which are stayed; draft notice of bankruptcy stay and draft letter with determination of which claims are stayed; prepare correspondence to client re same. | L430 | 0.60 | 288.00 | 172.80 |
| DL | 07/30/12 | Prepare case update on chart for client. | L190 | 0.10 | 288.00 | 28.80 |
| | | **TOTAL** | | **7.80** | | **$1,924.65** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 1.70 | $221.85 |
| L190 | Other Case Assessment | 1.70 | $435.60 |
| L430 | Written Motions/Submissions | 4.40 | $1,267.20 |
| | **TOTAL** | **7.80** | **$1,924.65** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Rommell, Clair | CHR | Paralegal | 0.40 | 130.50 | $52.20 |
| Liu, David | DL | Associate | 5.50 | 288.00 | $1,584.00 |
| Tarwater, Linda | LJT | Paralegal | 1.70 | 130.50 | $221.85 |
| Hankins, Suzanne | SMH | Member | 0.20 | 333.00 | $66.60 |
| | | **Total** | **7.80** | | **$1,924.65** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| | | | | |
|---|---|---|---|---|
| Invoice No. | 324566 | CLIENT | GMAC ResCap | Page    3 |
| | | MATTER | Corona, Octavio & Angelica | |

|  | | |
|---|---|---|
| FEES | | $1,924.65 |
| **TOTAL THIS INVOICE** | | **$1,924.65** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324567    JBS                                    August 16, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1320    Krajnyak-Vestil, Ildiko
GMAC Matter No.: 730087

**TOTAL AMOUNT DUE**              $4,382.10

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324567    JBS                                    August 16, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  1320    Krajnyak-Vestil, Ildiko
                        GMAC Matter No.: 730087

FOR PROFESSIONAL SERVICES RENDERED        01/01/1994            07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| CHR | 07/03/12 | Prepare Confirmation of Receipt to Client. Review Initial Correspondence and Pleadings. Review Court Docket and Download additional pleadings. Review Title re recorded Lis Pendens. Prepare Conflicts Request and Calendaring Memo. | L190 | 0.40 | 130.50 | 52.20 |
| RJG | 07/03/12 | Analysis and evaluation of Plaintiff's complaint and client documents received and attention to case investigation and litigation and responsive pleading strategies. | L120 | 1.20 | 274.50 | 329.40 |
| RJG | 07/03/12 | Attention to litigation strategy and pending case issues and correspondence with our client to advise regarding the same. | L120 | 0.30 | 274.50 | 82.35 |
| YS | 07/03/12 | Review and analysis of plaintiff's compliant, the allegations contained therein, title history, and determine how to respond to plaintiff's complaint and what defenses and remedies are available to client | L120 | 1.80 | 238.50 | 429.30 |
| LJT | 07/07/12 | Research title records to prepare chronology and Pacer research to ascertain bankruptcy filings by plaintiff. | L110 | 0.50 | 130.50 | 65.25 |
| RJG | 07/09/12 | Analysis and evaluation of responsive pleading and case investigation issues and correspondence with our client to respond to an inquiry regarding the same. | L120 | 0.40 | 274.50 | 109.80 |
| YS | 07/09/12 | Draft correspondence to client | L190 | 0.40 | 238.50 | 95.40 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Patterson
## & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 324567 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Krajnyak-Vestil, Ildiko | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | regarding status of the case, pending foreclosure sale, and status of co-borrower in connection to the lawsuit | | | | |
| LJT | 07/10/12 | Review title documents and prepare title chronology. | L110 | 0.90 | 130.50 | 117.45 |
| RJG | 07/10/12 | Attention to title analysis and case investigation and correspondence with our client to advise regarding the same. | L120 | 0.30 | 274.50 | 82.35 |
| YS | 07/10/12 | Draft correspondence to client regarding proceeding with the planned non-judicial foreclosure sale of the subject property | L190 | 0.30 | 238.50 | 71.55 |
| JHT | 07/10/12 | Reviewed/Analyzed Complaint. | L210 | 0.70 | 238.50 | 166.95 |
| JHT | 07/16/12 | Reviewed/Analyzed Complaint. | L210 | 0.70 | 238.50 | 166.95 |
| JHT | 07/16/12 | Reviewed/Analyzed Title Binder. | L190 | 0.50 | 238.50 | 119.25 |
| RJG | 07/18/12 | Analysis and evaluation of responsive pleading and litigation strategy issues and attention to the same. | L250 | 0.30 | 274.50 | 82.35 |
| JHT | 07/20/12 | Drafted Demurrer to Complaint. | L210 | 5.70 | 238.50 | 1,359.45 |
| JHT | 07/20/12 | Drafted RJN ISO Demurrer to Complaint. | L210 | 0.50 | 238.50 | 119.25 |
| JHT | 07/20/12 | Drafted Proposed Order on Demurrer to Complaint. | L210 | 0.30 | 238.50 | 71.55 |
| JHT | 07/20/12 | Drafted Declaration of Non-Monetary Status for ETS. | L210 | 0.50 | 238.50 | 119.25 |
| RJG | 07/23/12 | Attention to responsive pleading and pending case issues and correspondence with our client contact to advise regarding the same. | L210 | 0.30 | 274.50 | 82.35 |
| YS | 07/23/12 | Draft correspondence to client regarding content of declaration of non-monetary status as a response for ETS to plaintiff's complaint | L190 | 0.20 | 238.50 | 47.70 |
| JHT | 07/23/12 | Reviewed Demurrer and Supporting Documents. | L210 | 0.40 | 238.50 | 95.40 |
| JHT | 07/23/12 | Revised Demurrer to Complaint. | L210 | 0.20 | 238.50 | 47.70 |
| JHT | 07/23/12 | Revised RJN ISO Demurrer to Complaint. | L210 | 0.10 | 238.50 | 23.85 |
| JHT | 07/23/12 | Revised Declaration of Non-Monetary Status for ETS. | L210 | 0.10 | 238.50 | 23.85 |
| RJG | 07/24/12 | Analysis and evaluation of Plaintiff's complaint and review and revise the | L250 | 0.50 | 274.50 | 137.25 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 324567 | CLIENT | GMAC ResCap | | | Page | 3 |
| | | MATTER | Krajnyak-Vestil, Ildiko | | | | |

| | | demurrer to the complaint. | | | | |
|---|---|---|---|---|---|---|
| RJG | 07/24/12 | Attention to responsive pleading issues and correspondence with our client contact to advise regarding the same. | L250 | 0.30 | 274.50 | 82.35 |
| JHT | 07/24/12 | Corresponded with Client Re. Demurrer to Complaint and Filing. | L190 | 0.20 | 238.50 | 47.70 |
| RJG | 07/26/12 | Attention to responsive pleading issues and correspondence with our client contact to address the same. | L250 | 0.30 | 274.50 | 82.35 |
| JHT | 07/26/12 | Reviewed Signed Declaration of Non-Monetary Status for ETS. | L210 | 0.20 | 238.50 | 47.70 |
| YS | 07/31/12 | Draft case status update for client report | L190 | 0.10 | 238.50 | 23.85 |
| | | **TOTAL** | | **18.60** | | **$4,382.10** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 1.40 | $182.70 |
| L120 | Analysis/Strategy | 4.00 | $1,033.20 |
| L190 | Other Case Assessment | 2.10 | $457.65 |
| L210 | Pleadings | 9.70 | $2,324.25 |
| L250 | Other Written Motions | 1.40 | $384.30 |
| | **TOTAL** | **18.60** | **$4,382.10** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Rommell, Clair | CHR | Paralegal | 0.40 | 130.50 | $52.20 |
| Tuffaha, Joe | JHT | Associate | 10.10 | 238.50 | $2,408.85 |
| Tarwater, Linda | LJT | Paralegal | 1.40 | 130.50 | $182.70 |
| Gandy, Robert | RJG | Special Counsel | 3.90 | 274.50 | $1,070.55 |
| Shaham, Yaron | YS | Special Counsel | 2.80 | 238.50 | $667.80 |
| | **Total** | | **18.60** | | **$4,382.10** |

| | | FEES | $4,382.10 |
|---|---|---|---|
| | | **TOTAL THIS INVOICE** | **$4,382.10** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Patterson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324568    JBS                                    August 16, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1322    Wainwright, Barbara
                  GMAC Matter No.: 730134

**TOTAL AMOUNT DUE**          **$947.45**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson
**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324568    JBS

August 16, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1322    Wainwright, Barbara
GMAC Matter No.: 730134

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| MKS | 07/05/12 | Review of new complaint and TRO Application to address immediate need for postponement of TRO hearing. Strategy re: same. | L210 | 0.50 | 270.00 | 135.00 |
| SMH | 07/05/12 | Attention to new matter, TRO, telephone conversation with M.Sullivan re same. | L190 | 0.30 | 333.00 | 99.90 |
| KWF | 07/05/12 | Review and analyze file in preparation for further handling. | L190 | 0.40 | 270.00 | 108.00 |
| KWF | 07/05/12 | Teleconference with client B. Northrup-Day re postponement of foreclosure sale. | L190 | 0.10 | 270.00 | 27.00 |
| KWF | 07/05/12 | Telephone conference with plaintiff's counsel C. Magana re settlement and loan modification. | L160 | 0.20 | 270.00 | 54.00 |
| KWF | 07/05/12 | Prepare email to client B. Northrup-Day re initial analysis and recommendations. | L190 | 0.40 | 270.00 | 108.00 |
| CHR | 07/06/12 | Prepare Confirmation of Receipt to Client. Review Initial Correspondence and Pleadings. Review Court Docket and Download additional pleadings. Review Title re recorded Lis Pendens. Prepare Conflicts Request and Calendaring Memo. | L190 | 0.40 | 130.50 | 52.20 |
| KWF | 07/06/12 | Prepare email to client B. Northrup-Day advising of possible dismissal without prejudice. | L190 | 0.20 | 270.00 | 54.00 |
| LJT | 07/07/12 | Research title records to prepare chronology and Pacer research to | L110 | 0.30 | 130.50 | 39.15 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 324568 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Wainwright, Barbara | | | | |

| | | ascertain bankruptcy filings by plaintiff. | | | | |
|---|---|---|---|---|---|---|
| LJT | 07/11/12 | Review docket re case status and filing of dismissal by plaintiff, e-mail re same. | L110 | 0.10 | 130.50 | 13.05 |
| KWF | 07/23/12 | Evaluate file status and court docket, prepare email to client B. Northrup-Day, advising of dismissal and failure to deliver completed loan mitigation package. | L190 | 0.40 | 270.00 | 108.00 |
| SMH | 07/27/12 | Attention to potential modification, non-receipt of documents. | L160 | 0.10 | 333.00 | 33.30 |
| KWF | 07/27/12 | Prepare letter to plaintiff's counsel, C. Magana, re loan modification request. | L160 | 0.30 | 270.00 | 81.00 |
| KWF | 07/27/12 | Prepare email to client J. Holtgren advising of status of loan modification discussions. | L160 | 0.10 | 270.00 | 27.00 |
| | | **TOTAL** | | **3.80** | | **$939.60** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 07/23/12 | Cardmember Service/Bank One (Acct #7755); Court and Filing Fees; Orange CO Superior Court WE - CA 07/05/12 | 7.85 |
| | **TOTAL COSTS & EXPENSES** | **$7.85** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 0.40 | $52.20 |
| L160 | Settlement/Non-Binding ADR | 0.70 | $195.30 |
| L190 | Other Case Assessment | 2.20 | $557.10 |
| L210 | Pleadings | 0.50 | $135.00 |
| **TOTAL** | | **3.80** | **$939.60** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Rommell, Clair | CHR | Paralegal | 0.40 | 130.50 | $52.20 |
| Franich, Kerry | KWF | Associate | 2.10 | 270.00 | $567.00 |
| Tarwater, Linda | LJT | Paralegal | 0.40 | 130.50 | $52.20 |
| Sullivan, Mary Kate | MKS | Member | 0.50 | 270.00 | $135.00 |
| Hankins, Suzanne | SMH | Member | 0.40 | 333.00 | $133.20 |
| **Total** | | | **3.80** | | **$939.60** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324568    CLIENT    GMAC ResCap                                    Page       3
                        MATTER    Wainwright, Barbara

|  |  |
|---|---|
| FEES | $939.60 |
| COSTS & EXPENSES | $7.85 |
| **TOTAL THIS INVOICE** | **$947.45** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     324569     JBS                                    August 16, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000     GMAC ResCap
MATTER    1323      Powderly, Christina and Paul
                              GMAC Matter No.: 730151

**TOTAL AMOUNT DUE**          $3,535.24

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson
**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324569    JBS                                          August 16, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1323    Powderly, Christina and Paul
GMAC Matter No.: 730151

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| MKS | 07/05/12 | Study and review packet received on new case including only partial ex parte application. Search court website for further information and telephone call with client re: same. | L210 | 1.40 | 270.00 | 378.00 |
| DL | 07/05/12 | Analyze order granting TRO and setting preliminary injunction; analyze correspondence from client re same; analyze court docket re case status. | L190 | 0.40 | 288.00 | 115.20 |
| SMH | 07/06/12 | Brief review of complaint. | L210 | 0.20 | 333.00 | 66.60 |
| SMH | 07/06/12 | Draft email to B. Northrup-Day re handling of matter. | L190 | 0.10 | 333.00 | 33.30 |
| LJT | 07/06/12 | Review complaint and research and review title records and prepare chronology, Pacer research re bankruptcy filings by plaintiffs and review docket, order on motion for relief from stay, adversary complaint and docket and order on motion to dismiss same. | L110 | 1.60 | 130.50 | 208.80 |
| CHR | 07/06/12 | Prepare Confirmation of Receipt to Client. Review Initial Correspondence and Pleadings. Review Court Docket and Download additional pleadings. Review Title re recorded Lis Pendens. Prepare Conflicts Request and Calendaring Memo. | L190 | 0.40 | 130.50 | 52.20 |
| DL | 07/06/12 | Analyze complaint; analyze minute order granting TRO; analyze plaintiff's bankruptcy filing and adversary proceeding against GMAC; analyze | L430 | 2.20 | 288.00 | 633.60 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 324569 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Powderly, Christina & Paul | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | title chronology; prepare strategy to client for opposing preliminary injunction; draft opposition to request for preliminary injunction. | | | | |
| DL | 07/08/12 | Revise opposition to OSC re preliminary injunction and prepare request for judicial notice. | L430 | 0.80 | 288.00 | 230.40 |
| DL | 07/13/12 | Analyze court docket for reply for OSC re preliminary injunction. | L190 | 0.10 | 288.00 | 28.80 |
| DL | 07/16/12 | Analyze court docket for tentative ruling on OSC re preliminary injunction. | L190 | 0.10 | 288.00 | 28.80 |
| DL | 07/17/12 | Prepare for and attend hearing on OSC re preliminary injunction; advise client that injunction was denied and to move forward with sale of property. | L220 | 3.30 | 288.00 | 950.40 |
| DL | 07/18/12 | Draft demurrer to complaint re failure to state cause of action; prepare notice, demurrer, background and argument; prepare request for judicial notice and order. | L430 | 1.30 | 288.00 | 374.40 |
| DL | 07/18/12 | Prepare notice of ruling re denial of preliminary injunction. | L190 | 0.30 | 288.00 | 86.40 |
| DL | 07/20/12 | Work on further revisions to demurrer and prepare introduction; revise request for judicial notice and order. | L430 | 0.40 | 288.00 | 115.20 |
| DL | 07/25/12 | Finalize demurrer, request for judicial notice and order; prepare correspondence to client re same. | L430 | 0.50 | 288.00 | 144.00 |
| DL | 07/30/12 | Prepare case update on chart for client. | L190 | 0.10 | 288.00 | 28.80 |
| | | **TOTAL** | | **13.20** | | **$3,474.90** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 07/18/12 | One Legal, Inc.; Transmittal of filing to court; Opposition, Request for Judicial Notice 07/09/12 | 9.95 |
| 07/23/12 | Cardmember Service/Bank One (Acct #7755); Court and Filing Fees; Orange CO Superior Court WE - CA 07/06/12 | 7.50 |
| 07/23/12 | Cardmember Service/Bank One (Acct #7755); Court and Filing Fees; Orange CO Superior | 8.20 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson
## &Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 324569 | CLIENT | GMAC ResCap | | Page | 3 |
|---|---|---|---|---|---|---|
| | | MATTER | Powderly, Christina & Paul | | | |

|  |  |  |
|---|---|---|
| | Court WE - CA 07/06/12 | |
| 07/24/12 | David M. Liu; Transportation; Hearing on OSC Re. Preliminary Injunction 7/17/12 | 14.79 |
| 07/30/12 | One Legal, Inc.; Transmittal of filing to court; Notice of Ruling 07/19/12 | 9.95 |
| 07/30/12 | One Legal, Inc.; Transmittal of filing to court; Proof of Personal Service 07/23/12 | 9.95 |
| | **TOTAL COSTS & EXPENSES** | **$60.34** |

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 1.60 | $208.80 |
| L190 | Other Case Assessment | 1.50 | $373.50 |
| L210 | Pleadings | 1.60 | $444.60 |
| L220 | Preliminary Injunctions/Provis | 3.30 | $950.40 |
| L430 | Written Motions/Submissions | 5.20 | $1,497.60 |
| | **TOTAL** | **13.20** | **$3,474.90** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Rommell, Clair | CHR | Paralegal | 0.40 | 130.50 | $52.20 |
| Liu, David | DL | Associate | 9.50 | 288.00 | $2,736.00 |
| Tarwater, Linda | LJT | Paralegal | 1.60 | 130.50 | $208.80 |
| Sullivan, Mary Kate | MKS | Member | 1.40 | 270.00 | $378.00 |
| Hankins, Suzanne | SMH | Member | 0.30 | 333.00 | $99.90 |
| | **Total** | | **13.20** | | **$3,474.90** |

| | | |
|---|---|---|
| FEES | | $3,474.90 |
| COSTS & EXPENSES | | $60.34 |
| **TOTAL THIS INVOICE** | | **$3,535.24** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson
## & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324570    JBS                                    August 16, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1326    Rabbitt, Mark and Maria Teresa
GMAC Matter No.: 730109

**TOTAL AMOUNT DUE**            **$3,251.15**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324570    JBS                                            August 16, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1326    Rabbitt, Mark and Maria Teresa
                        GMAC Matter No.: 730109

FOR PROFESSIONAL SERVICES RENDERED        01/01/1994          07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| JBS | 07/06/12 | Analysis and evaluation of defense strategy and bankruptcy issues | L120 | 0.30 | 427.50 | 128.25 |
| CHR | 07/06/12 | Prepare Confirmation of Receipt to Client. Review Initial Correspondence and Pleadings. Review Court Docket and Download additional pleadings. Review Title re recorded Lis Pendens. Prepare Conflicts Request and Calendaring Memo. | L190 | 0.40 | 130.50 | 52.20 |
| RJG | 07/06/12 | Analysis and evaluation of Plaintiffs' complaint and attention to initial case investigation, responsive pleading and litigation strategy. | L120 | 1.10 | 274.50 | 301.95 |
| RJG | 07/06/12 | Attention to initial case analysis and correspondence with our client to advise regarding the same. | L120 | 0.30 | 274.50 | 82.35 |
| LJT | 07/07/12 | Research title records to prepare chronology and Pacer research to ascertain bankruptcy filings by plaintiffs. | L110 | 0.30 | 130.50 | 39.15 |
| RJG | 07/09/12 | Attention to litigation and informal resolution strategy and correspondence with our client to respond to an inquiry regarding the same. | L120 | 0.30 | 274.50 | 82.35 |
| YS | 07/09/12 | Review and analysis of plaintiff's compliant, the allegations contained therein, title history, and determine how to respond to plaintiff's complaint and what defenses and remedies are available to client | L120 | 1.80 | 238.50 | 429.30 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

**Patterson & Werson**

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 324570 | CLIENT | GMAC ResCap | | | Page | 2 |
| | | MATTER | Rabbitt, Mark & Maria Teresa | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|
| RJG | 07/10/12 | Analysis and evaluation of responsive pleading and potential informal resolution issues and attention to litigation strategy. | L120 | 0.30 | 274.50 | 82.35 |
| JHT | 07/10/12 | Reviewed/Analyzed Complaint. | L210 | 0.50 | 238.50 | 119.25 |
| LJT | 07/11/12 | Additional title research, review title records and prepare chronology. | L110 | 0.60 | 130.50 | 78.30 |
| YS | 07/11/12 | Draft proposed order on demurrer to plaintiffs' complaint | L210 | 0.30 | 238.50 | 71.55 |
| YS | 07/11/12 | Draft request for judicial notice in support of demurrer to plaintiffs' complaint | L210 | 0.50 | 238.50 | 119.25 |
| YS | 07/11/12 | Draft client's notice of demurrer, demurrer and memorandum of points and authorities in support of demurrer to plaintiffs' complaint | L210 | 4.70 | 238.50 | 1,120.95 |
| JHT | 07/12/12 | Revied/Revised Demurrer to Complaint. | L210 | 0.50 | 238.50 | 119.25 |
| RJG | 07/13/12 | Attention to service and responsive pleading issues and correspondence with our client to address the same. | L120 | 0.30 | 274.50 | 82.35 |
| RJG | 07/16/12 | Analysis and evaluation of Plaintiff's complaint and title issues, attention to the demurrer to the complaint and correspondence with our client to advise regarding the same. | L250 | 0.90 | 274.50 | 247.05 |
| YS | 07/31/12 | Draft case status update for client report | L190 | 0.10 | 238.50 | 23.85 |
| | | **TOTAL** | | **13.20** | | **$3,179.70** |

### COSTS & EXPENSES

| | | |
|---|---|---|
| 07/24/12 | One Legal, Inc.; Transmittal of filing to court; Def. GMAC's Demurrer to Pl's Complaint, Def. GMAC's RJN ISO Demurrer to Pl's Complaint, Def. GMAC's Proposed Order....07/16/12 | 71.45 |
| | **TOTAL COSTS & EXPENSES** | **$71.45** |

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 0.90 | $117.45 |
| L120 | Analysis/Strategy | 4.40 | $1,188.90 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. 324570 | CLIENT | GMAC ResCap | | | Page | 3 |
|---|---|---|---|---|---|---|
| | MATTER | Rabbitt, Mark & Maria Teresa | | | | |

| | | | Hours | Value | | |
|---|---|---|---|---|---|---|
| L190 | Other Case Assessment | | 0.50 | $76.05 | | |
| L210 | Pleadings | | 6.50 | $1,550.25 | | |
| L250 | Other Written Motions | | 0.90 | $247.05 | | |
| | **TOTAL** | | **13.20** | **$3,179.70** | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Rommell, Clair | CHR | Paralegal | 0.40 | 130.50 | $52.20 |
| Sullivan, John | JBS | Member | 0.30 | 427.50 | $128.25 |
| Tuffaha, Joe | JHT | Associate | 1.00 | 238.50 | $238.50 |
| Tarwater, Linda | LJT | Paralegal | 0.90 | 130.50 | $117.45 |
| Gandy, Robert | RJG | Special Counsel | 3.20 | 274.50 | $878.40 |
| Shaham, Yaron | YS | Special Counsel | 7.40 | 238.50 | $1,764.90 |
| | **Total** | | **13.20** | | **$3,179.70** |

| | | |
|---|---|---|
| FEES | | $3,179.70 |
| COSTS & EXPENSES | | $71.45 |
| **TOTAL THIS INVOICE** | | **$3,251.15** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.       324571       JBS                                        August 16, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT       19000       GMAC ResCap
MATTER       1327       Ganci, Ashley
                      GMAC Matter No.: 730090

**TOTAL AMOUNT DUE**              **$2,114.55**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

**Severson**
**&Werson**
A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324571    JBS                                    August 16, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1327    Ganci, Ashley
            GMAC Matter No.: 730090

FOR PROFESSIONAL SERVICES RENDERED        01/01/1994        07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| JBS | 07/09/12 | Analysis and evaluation of complaint and bankruptcy issues | L120 | 0.30 | 427.50 | 128.25 |
| SMH | 07/09/12 | Review and evaluate new complaint. | L210 | 0.30 | 333.00 | 99.90 |
| YS | 07/10/12 | Review and analysis of plaintiff's compliant, the allegations contained therein, title history, and determine how to respond to plaintiff's complaint and what defenses and remedies are available to client | L120 | 1.80 | 238.50 | 429.30 |
| YS | 07/12/12 | Draft proposed order on clients' demurrer to plaintiff's complaint | L210 | 0.30 | 238.50 | 71.55 |
| YS | 07/12/12 | Draft clients' request for judicial notice in support of demurrer to plaintiff's complaint | L210 | 0.50 | 238.50 | 119.25 |
| YS | 07/12/12 | Draft clients' notice of demurrer, demurrer, and memorandum of points and authorities in support of demurrer to plaintiff's complaint | L210 | 3.90 | 238.50 | 930.15 |
| SMH | 07/13/12 | Draft email to C. Bonello regarding complaint. | L110 | 0.20 | 333.00 | 66.60 |
| LJT | 07/14/12 | Research title records to prepare chronology and Pacer research to ascertain bankruptcy filings by plaintiff. | L110 | 0.40 | 130.50 | 52.20 |
| LJT | 07/16/12 | Review title records and prepare chronology. | L110 | 1.10 | 130.50 | 143.55 |
| YS | 07/31/12 | Draft case status update for client report | L190 | 0.10 | 238.50 | 23.85 |
| | | **TOTAL** | | **8.90** | | **$2,064.60** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson
## &Werson
**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.   324571      CLIENT   GMAC ResCap                          Page      2
                          MATTER   Ganci, Ashley

---

### COSTS & EXPENSES

07/24/12  One Legal, Inc.; Transmittal of filing to court;                         49.95
          Defs. Demurrer to Pl's Complaint, Defs. RJN
          ISO Demurrer to Pl's Complaint, Defs.
          Proposed Order ISO Demurrer to....07/17/12
          **TOTAL COSTS & EXPENSES**                              **$49.95**

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 1.70 | $262.35 |
| L120 | Analysis/Strategy | 2.10 | $557.55 |
| L190 | Other Case Assessment | 0.10 | $23.85 |
| L210 | Pleadings | 5.00 | $1,220.85 |
| | **TOTAL** | **8.90** | **$2,064.60** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Sullivan, John | JBS | Member | 0.30 | 427.50 | $128.25 |
| Tarwater, Linda | LJT | Paralegal | 1.50 | 130.50 | $195.75 |
| Hankins, Suzanne | SMH | Member | 0.50 | 333.00 | $166.50 |
| Shaham, Yaron | YS | Special Counsel | 6.60 | 238.50 | $1,574.10 |
| | **Total** | | **8.90** | | **$2,064.60** |

|  |  |
|---|---|
| FEES | $2,064.60 |
| COSTS & EXPENSES | $49.95 |
| **TOTAL THIS INVOICE** | **$2,114.55** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      324572      JBS                                    August 16, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000      GMAC ResCap
MATTER      1331      Kemp, Tracy Strode
                      GMAC Matter No.: 730275

**TOTAL AMOUNT DUE**          $2,516.85

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324572    JBS                                    August 16, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1331    Kemp, Tracy Strode
                        GMAC Matter No.: 730275

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| SMH | 07/10/12 | Review and evaluate new complaint. | L210 | 0.30 | 333.00 | 99.90 |
| KWF | 07/10/12 | Analysis and review of file in preparation for further handling. | L190 | 0.30 | 270.00 | 81.00 |
| SMH | 07/11/12 | Attention to potential issue related to code enforcement. | L190 | 0.20 | 333.00 | 66.60 |
| LJT | 07/11/12 | Review complaint and research title records to prepare chronology. | L110 | 0.50 | 130.50 | 65.25 |
| CHR | 07/11/12 | Prepare Confirmation of Receipt to Client. Review Initial Correspondence and Pleadings. Review Court Docket and Download additional pleadings. Review Title re recorded Lis Pendens. Prepare Conflicts Request and Calendaring Memo. | L190 | 0.40 | 130.50 | 52.20 |
| KWF | 07/11/12 | Prepare initial evaluation to client C. DiCicco including inquiry re code enforcement. | L190 | 0.40 | 270.00 | 108.00 |
| SMH | 07/12/12 | Attention to Wells Fargo inquiry, potential for GMAC bankruptcy stay. | L190 | 0.30 | 333.00 | 99.90 |
| JBS | 07/13/12 | Analysis and evaluation of defense strategy and bankruptcy issues | L120 | 0.30 | 427.50 | 128.25 |
| LJT | 07/16/12 | Review title records and prepare chronology. | L110 | 1.50 | 130.50 | 195.75 |
| LJT | 07/16/12 | Pacer research re bankruptcy filings by transferees of interest in subject property and review numerous bankruptcy dockets re status of same. | L110 | 0.60 | 130.50 | 78.30 |
| KWF | 07/16/12 | Prepare email to client C. DiCicco advising of bankruptcy strategy and need to demurrer for Wells Fargo. | L190 | 0.20 | 270.00 | 54.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 324572 | CLIENT  GMAC ResCap | | | | Page | 2 |
| | | MATTER  Kemp, Tracy Strode | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| KWF | 07/16/12 | Prepare email to client, U. Ifon re case status and likely need to demur. | L190 | 0.20 | 270.00 | 54.00 |
| LJT | 07/17/12 | Complete Pacer research on bankruptcy filings by transferees of interest in property and review dockets re status of same. | L110 | 0.40 | 130.50 | 52.20 |
| KWF | 07/17/12 | Review and analyze title chronology and accompanying bankruptcy schedules. | L190 | 0.30 | 270.00 | 81.00 |
| KWF | 07/19/12 | Commence preparation of demurrer to complaint. | L240 | 1.00 | 270.00 | 270.00 |
| SMH | 07/20/12 | Brief attention to proposed demurrer. | L240 | 0.20 | 333.00 | 66.60 |
| KWF | 07/20/12 | Continue preparation of demurrer to complaint. | L240 | 1.40 | 270.00 | 378.00 |
| KWF | 07/20/12 | Prepare request for judicial notice in support of demurrer. | L240 | 0.50 | 270.00 | 135.00 |
| KWF | 07/23/12 | Prepare email to client U. Ifon with draft demurrer. | L240 | 0.10 | 270.00 | 27.00 |
| KWF | 07/23/12 | Prepare email to client C. DiCicco re draft demurrer and notice of bankruptcy. | L240 | 0.10 | 270.00 | 27.00 |
| KWF | 07/24/12 | Teleconference with plaintiff T. Kemp re settlement and dismissal. | L160 | 0.10 | 270.00 | 27.00 |
| KWF | 07/24/12 | Prepare email to client C. DiCicco re filing notice of bankruptcy stay as to GMAC. | L190 | 0.30 | 270.00 | 81.00 |
| SMH | 07/26/12 | Attention to proposed bankruptcy stay, notice of demurrer. | L210 | 0.30 | 333.00 | 99.90 |
| KWF | 07/26/12 | Prepare final letter to plaintiff re final supplemental order. | L190 | 0.30 | 270.00 | 81.00 |
| KWF | 07/26/12 | Prepare notice of bankruptcy. | L210 | 0.30 | 270.00 | 81.00 |
| KWF | 07/26/12 | Prepare email to client inquiry re notice of bankruptcy and demurrer on behalf of Wells Fargo. | L190 | 0.10 | 270.00 | 27.00 |
| | | **TOTAL** | | **10.60** | | **$2,516.85** |

## COSTS & EXPENSES

## BILLING SUMMARY

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 324572 | CLIENT | GMAC ResCap | Page | 3 |
| | | MATTER | Kemp, Tracy Strode | | |

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 3.00 | $391.50 |
| L120 | Analysis/Strategy | 0.30 | $128.25 |
| L160 | Settlement/Non-Binding ADR | 0.10 | $27.00 |
| L190 | Other Case Assessment | 3.00 | $785.70 |
| L210 | Pleadings | 0.90 | $280.80 |
| L240 | Dispositive Motions | 3.30 | $903.60 |
| | **TOTAL** | **10.60** | **$2,516.85** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Rommell, Clair | CHR | Paralegal | 0.40 | 130.50 | $52.20 |
| Sullivan, John | JBS | Member | 0.30 | 427.50 | $128.25 |
| Franich, Kerry | KWF | Associate | 5.60 | 270.00 | $1,512.00 |
| Tarwater, Linda | LJT | Paralegal | 3.00 | 130.50 | $391.50 |
| Hankins, Suzanne | SMH | Member | 1.30 | 333.00 | $432.90 |
| | **Total** | | **10.60** | | **$2,516.85** |

|  |  |
|---|---|
| FEES | $2,516.85 |
| **TOTAL THIS INVOICE** | $2,516.85 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.        324573        JBS                                          August 16, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT       19000       GMAC ResCap
MATTER      1332        Dale, Robert D.
                        GMAC Matter No.: 730281

**TOTAL AMOUNT DUE**           $1,432.80

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324573    JBS                                    August 16, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1332    Dale, Robert D.
GMAC Matter No.: 730281

FOR PROFESSIONAL SERVICES RENDERED      01/01/1994      07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| CHR | 07/11/12 | Prepare Confirmation of Receipt to Client. Review Initial Correspondence and Pleadings. Review Court Docket and Download additional pleadings. Review Title re recorded Lis Pendens. Prepare Conflicts Request and Calendaring Memo. | L190 | 0.40 | 130.50 | 52.20 |
| RJG | 07/11/12 | Analysis and evaluation of Plaintiff's complaint and attention to initial case investigation and responsive pleading and litigation strategies. | L120 | 1.10 | 274.50 | 301.95 |
| RJG | 07/11/12 | Attention to initial case analysis and responsive pleading strategy and correspondence with our client to advise regarding the same. | L120 | 0.30 | 274.50 | 82.35 |
| DL | 07/11/12 | [19000.1332] Analyze complaint and court docket re case status; formulate strategy for filing declaration of non-monetary status for ETS. | L190 | 0.30 | 288.00 | 86.40 |
| RJG | 07/13/12 | Attention to service and responsive pleading issues and correspondence with our client to address the same. | L120 | 0.30 | 274.50 | 82.35 |
| LJT | 07/14/12 | Research title records to prepare chronology and Pacer research to ascertain bankruptcy filings by plaintiff and review docket re status of same. | L110 | 0.40 | 130.50 | 52.20 |
| LJT | 07/16/12 | Review title records and prepare chronology. | L110 | 1.40 | 130.50 | 182.70 |
| RJG | 07/16/12 | Attention to removal and responsive pleading issues and correspondence | L120 | 0.30 | 274.50 | 82.35 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 324573 | CLIENT | GMAC ResCap | | | Page | 2 |
| | | MATTER | Dale, Robert D. | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | with co-defendants' counsel to address the same. | | | | |
| RJG | 07/17/12 | Attention to removal and responsive pleading issues and correspondence with our client and co-defendants' counsel to address the same. | L120 | 0.30 | 274.50 | 82.35 |
| DL | 07/17/12 | Exchange correspondence with Wells Fargo and client re consenting to removal of action; prepare declaration of non-monetary status. | L190 | 0.40 | 288.00 | 115.20 |
| RJG | 07/18/12 | Attention to responsive pleading issues and correspondence with our client to address the same. | L210 | 0.30 | 274.50 | 82.35 |
| DL | 07/18/12 | Analyze correspondence from client with signature for declaration of non-monetary status. | L190 | 0.10 | 288.00 | 28.80 |
| DL | 07/19/12 | Finalize declaration of non-monetary status for filing; exchange correspondence with Wells Fargo re consent to removal. | L430 | 0.20 | 288.00 | 57.60 |
| DL | 07/24/12 | Revise consent to removal and exchange correspondence with Wells Fargo's counsel re same. | L190 | 0.30 | 288.00 | 86.40 |
| DL | 07/25/12 | Analyze declaration of non-monetary status returned by postal service. | L190 | 0.10 | 288.00 | 28.80 |
| DL | 07/30/12 | Prepare case update on chart for client. | L190 | 0.10 | 288.00 | 28.80 |
| | | **TOTAL** | | **6.30** | | **$1,432.80** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 1.80 | $234.90 |
| L120 | Analysis/Strategy | 2.30 | $631.35 |
| L190 | Other Case Assessment | 1.70 | $426.60 |
| L210 | Pleadings | 0.30 | $82.35 |
| L430 | Written Motions/Submissions | 0.20 | $57.60 |
| | **TOTAL** | **6.30** | **$1,432.80** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.   324573 | CLIENT | GMAC ResCap | | | Page | 3 |
| | MATTER | Dale, Robert D. | | | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Rommell, Clair | CHR | Paralegal | 0.40 | 130.50 | $52.20 |
| Liu, David | DL | Associate | 1.50 | 288.00 | $432.00 |
| Tarwater, Linda | LJT | Paralegal | 1.80 | 130.50 | $234.90 |
| Gandy, Robert | RJG | Special Counsel | 2.60 | 274.50 | $713.70 |
| | **Total** | | **6.30** | | **$1,432.80** |

| | FEES | $1,432.80 |
|---|---|---|
| | **TOTAL THIS INVOICE** | **$1,432.80** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324574    JBS                                    August 16, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1333     Tikhonov, Albina (3)
                   GMAC Matter No.: 729305

**TOTAL AMOUNT DUE**            $3,652.20

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324574    JBS                                      August 16, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1333    Tikhonov, Albina (3)
                        GMAC Matter No.: 729305

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| RJG | 07/12/12 | Analysis and evaluation of Plaintiff's new complaint and attention to prior action and pending bankruptcy issues to prepare responsive pleading. | L120 | 1.00 | 274.50 | 274.50 |
| RJG | 07/12/12 | Analysis and evaluation of initial case analysis and responsive pleading issues and multiple correspondence with our client to advise regarding the same. | L120 | 0.40 | 274.50 | 109.80 |
| RJG | 07/12/12 | Analysis and evaluation of issues regarding Plaintiffs' complaint and review and revise the demurrer and request for judicial notice to the same. | L250 | 1.10 | 274.50 | 301.95 |
| RJG | 07/12/12 | Attention to demurrer to complaint and pending case issues and correspondence with our client to advise regarding the same. | L250 | 0.30 | 274.50 | 82.35 |
| BAE | 07/12/12 | Draft notice of demurrer, demurrer, and motion of points and authorities supporting demurrer to complaint. | L240 | 2.60 | 247.50 | 643.50 |
| RJG | 07/13/12 | Analysis and evaluation of discovery plan and pending case issues and attention to litigation strategy. | L120 | 0.30 | 274.50 | 82.35 |
| RJG | 07/17/12 | Analysis and evaluation of case investigation issues and review and revise written discovery to propound to Plaintiffs. | L310 | 1.20 | 274.50 | 329.40 |
| BAE | 07/17/12 | Draft form interrogatories - general - to G. Tikhonov. | L310 | 0.20 | 247.50 | 49.50 |
| BAE | 07/17/12 | Draft form interrogatories - general - to A. Tikhonov. | L310 | 0.20 | 247.50 | 49.50 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 324574 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Tikhonov, Albina (3) | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| BAE | 07/17/12 | Draft form interrogatories - general - to G&M Management.. | L310 | 0.20 | 247.50 | 49.50 |
| BAE | 07/17/12 | Draft form interrogatories - general - to West Coast Imagin. | L310 | 0.20 | 247.50 | 49.50 |
| BAE | 07/17/12 | Draft special interrogatories to G. Tikhonov. | L310 | 0.60 | 247.50 | 148.50 |
| BAE | 07/17/12 | Draft special interrogatories to A. Tikhonov. | L310 | 0.60 | 247.50 | 148.50 |
| BAE | 07/17/12 | Draft special interrogatories to G&M Management. | L310 | 0.60 | 247.50 | 148.50 |
| BAE | 07/17/12 | Draft special interrogatories to West Coast Imagin. | L310 | 0.60 | 247.50 | 148.50 |
| BAE | 07/17/12 | Draft requests for admissions to G. Tikhonov. | L310 | 0.30 | 247.50 | 74.25 |
| BAE | 07/17/12 | Draft requests for admissions to A. Tikhonov. | L310 | 0.30 | 247.50 | 74.25 |
| BAE | 07/17/12 | Draft requests for admissions to G&M Management. | L310 | 0.30 | 247.50 | 74.25 |
| BAE | 07/17/12 | Draft requests for admissions to West Coast Imagin. | L310 | 0.30 | 247.50 | 74.25 |
| BAE | 07/17/12 | Draft form interrogatories - unlawful detainer - to G. Tikhonov. | L310 | 0.20 | 247.50 | 49.50 |
| BAE | 07/17/12 | Draft form interrogatories - unlawful detainer - to A. Tikhonov. | L310 | 0.20 | 247.50 | 49.50 |
| BAE | 07/17/12 | Draft form interrogatories - unlawful detainer - to G&M Management. | L310 | 0.20 | 247.50 | 49.50 |
| BAE | 07/17/12 | Draft form interrogatories - unlawful detainer - to West Coast Imagin. | L310 | 0.20 | 247.50 | 49.50 |
| RJG | 07/18/12 | Review and revise written discovery to propound to Plaintiffs and attention to discovery plan and strategy. | L310 | 0.50 | 274.50 | 137.25 |
| RJG | 07/23/12 | Attention to results of the Case Management Conference and correspondence with our client contact to advise regarding the same. | L120 | 0.30 | 274.50 | 82.35 |
| BAE | 07/23/12 | Attend court mandated conference. | L230 | 0.80 | 247.50 | 198.00 |
| BAE | 07/23/12 | Draft notice of continued Case Management Conference. | L230 | 0.50 | 247.50 | 123.75 |
| | | **TOTAL** | | **14.20** | | **$3,652.20** |

## COSTS & EXPENSES
Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.  324574      CLIENT   GMAC ResCap                          Page      3
                         MATTER   Tikhonov, Albina (3)

---

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 2.00 | $549.00 |
| L230 | Court Mandated Conferences | 1.30 | $321.75 |
| L240 | Dispositive Motions | 2.60 | $643.50 |
| L250 | Other Written Motions | 1.40 | $384.30 |
| L310 | Written Discovery | 6.90 | $1,753.65 |
| | **TOTAL** | **14.20** | **$3,652.20** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Eilenberg, Benjamin A. | BAE | Associate | 9.10 | 247.50 | $2,252.25 |
| Gandy, Robert | RJG | Special Counsel | 5.10 | 274.50 | $1,399.95 |
| | **Total** | | **14.20** | | **$3,652.20** |

|  | |
|---|---|
| FEES | $3,652.20 |
| **TOTAL THIS INVOICE** | **$3,652.20** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson
**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      324575      JBS                                     August 16, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000      GMAC ResCap
MATTER      1334      Villanueva, Manuel, Lourdes and Angel
                            GMAC Matter No.: 730481

### TOTAL AMOUNT DUE              $2,504.70

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324575    JBS                                              August 16, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1334    Villanueva, Manuel, Lourdes and Angel
GMAC Matter No.: 730481

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| SMH | 07/16/12 | Attention to new complaint, review same. | L210 | 0.30 | 333.00 | 99.90 |
| LJT | 07/16/12 | Research title records to prepare chronology and Pacer research to ascertain bankruptcy filings by plaintiffs. | L110 | 0.50 | 130.50 | 65.25 |
| JBS | 07/17/12 | Analysis and evaluation of defense strategy and potential bankruptcy ramifications | L120 | 0.40 | 427.50 | 171.00 |
| YS | 07/17/12 | Review and analysis of plaintiffs' complaint and allegations contained therein, title history, and case status to determine clients' available legal remedies and defenses | L120 | 1.80 | 238.50 | 429.30 |
| LJT | 07/20/12 | Review title records and prepare chronology. | L110 | 0.90 | 130.50 | 117.45 |
| YS | 07/23/12 | Review and analysis of the subject loan file and servicing notes in light of plaintiff's allegations and ongoing litigation | L120 | 1.40 | 238.50 | 333.90 |
| YS | 07/23/12 | Draft declaration of non-monetary status on behalf of ETS in response to plaintiffs' complaint | L210 | 0.30 | 238.50 | 71.55 |
| YS | 07/23/12 | Draft proposed order on clients' demurrer to plaintiffs' complaint | L210 | 0.30 | 238.50 | 71.55 |
| YS | 07/23/12 | Draft clients' request for judicial notice in support of demurrer to plaintiffs' complaint | L210 | 0.50 | 238.50 | 119.25 |
| YS | 07/24/12 | Draft clients' notice of demurrer, demurrer and memorandum of points | L210 | 4.20 | 238.50 | 1,001.70 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 324575 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Villanueva, Manuel & Lourdes | | |

|  |  | and authorities in support of demurrer to plaintiffs' complaint and the seven causes of action contained therein | | | |
|---|---|---|---|---|---|
| YS | 07/31/12 | Draft case status update for client report L190 | 0.10 | 238.50 | 23.85 |
| | | **TOTAL** | **10.70** | | **$2,504.70** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 1.40 | $182.70 |
| L120 | Analysis/Strategy | 3.60 | $934.20 |
| L190 | Other Case Assessment | 0.10 | $23.85 |
| L210 | Pleadings | 5.60 | $1,363.95 |
| | **TOTAL** | **10.70** | **$2,504.70** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Sullivan, John | JBS | Member | 0.40 | 427.50 | $171.00 |
| Tarwater, Linda | LJT | Paralegal | 1.40 | 130.50 | $182.70 |
| Hankins, Suzanne | SMH | Member | 0.30 | 333.00 | $99.90 |
| Shaham, Yaron | YS | Special Counsel | 8.60 | 238.50 | $2,051.10 |
| | **Total** | | **10.70** | | **$2,504.70** |

| | | FEES | $2,504.70 |
|---|---|---|---|
| | | **TOTAL THIS INVOICE** | **$2,504.70** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson
**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     324576     JBS                                    August 16, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT       19000      GMAC ResCap
MATTER    1335       Jones, Emertha
                              GMAC Matter No.: 730533

**TOTAL AMOUNT DUE**              $1,280.70

### *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson
## &Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324576    JBS                                    August 16, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1335    Jones, Emertha
                        GMAC Matter No.: 730533

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| RJG | 07/16/12 | Analysis and evaluation of Plaintiff's complaint and attention to case investigation and litigation and responsive pleading strategies. | L120 | 1.10 | 274.50 | 301.95 |
| RJG | 07/16/12 | Attention to case investigation and responsive pleading strategy and correspondence with our client to advise regarding the same. | L120 | 0.30 | 274.50 | 82.35 |
| JBS | 07/17/12 | Analysis and evaluation of defense strategy and bankruptcy stay issues | L120 | 0.40 | 427.50 | 171.00 |
| LJT | 07/17/12 | Research title records to prepare chronology. | L110 | 0.60 | 130.50 | 78.30 |
| CHR | 07/17/12 | Prepare Confirmation to Client re Receipt and Contact Attorney Assignment. Review Initial Correspondence and Pleadings. Review Court Docket for Additional Pleadings and Calendar Dates. Draft New Matter Form. Prepare Conflicts and Calendar Request Memo. | L190 | 0.40 | 130.50 | 52.20 |
| DL | 07/17/12 | Analyze complaint and court docket re status of litigation. | L190 | 0.40 | 288.00 | 115.20 |
| LJT | 07/21/12 | Review title records and prepare chronology and Pacer research to ascertain bankruptcy filings by plaintiff, review docket re status and order on motion for relief from stay re unlawful detainer. | L110 | 1.10 | 130.50 | 143.55 |
| RJG | 07/25/12 | Attention to responsive pleading and pending case issues and correspondence | L250 | 0.40 | 274.50 | 109.80 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 324576 | CLIENT | GMAC ResCap | | | | Page | 2 |
|---|---|---|---|---|---|---|---|---|
| | | MATTER | Jones, Emertha | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | with our client contact to advise regarding the same. | | | | | |
| DL | 07/25/12 | Finalize declaration of non-monetary status; prepare correspondence to client re same. | L430 | 0.20 | 288.00 | | 57.60 |
| RJG | 07/26/12 | Attention to responsive pleading issues and correspondence with our client contact to address the same. | L250 | 0.30 | 274.50 | | 82.35 |
| DL | 07/26/12 | Exchange correspondence with client re signature for declaration of non-monetary status and prepare declaration for filing. | L430 | 0.20 | 288.00 | | 57.60 |
| DL | 07/30/12 | Prepare case update on chart for client. | L190 | 0.10 | 288.00 | | 28.80 |
| | | **TOTAL** | | **5.50** | | | **$1,280.70** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 1.70 | $221.85 |
| L120 | Analysis/Strategy | 1.80 | $555.30 |
| L190 | Other Case Assessment | 0.90 | $196.20 |
| L250 | Other Written Motions | 0.70 | $192.15 |
| L430 | Written Motions/Submissions | 0.40 | $115.20 |
| | **TOTAL** | **5.50** | **$1,280.70** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Rommell, Clair | CHR | Paralegal | 0.40 | 130.50 | $52.20 |
| Liu, David | DL | Associate | 0.90 | 288.00 | $259.20 |
| Sullivan, John | JBS | Member | 0.40 | 427.50 | $171.00 |
| Tarwater, Linda | LJT | Paralegal | 1.70 | 130.50 | $221.85 |
| Gandy, Robert | RJG | Special Counsel | 2.10 | 274.50 | $576.45 |
| | **Total** | | **5.50** | | **$1,280.70** |

| | | FEES | $1,280.70 |
|---|---|---|---|
| | **TOTAL THIS INVOICE** | | **$1,280.70** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson
**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      324577      JBS                                    August 16, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
|--------|-------|-------------|
| MATTER | 1336 | Goebel, G. Gunnar |
| | | GMAC Matter No.: 730223 |

**TOTAL AMOUNT DUE**                    $1,088.10

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson
**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324577    JBS                                            August 16, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1336    Goebel, G. Gunnar
GMAC Matter No.: 730223

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| SMH | 07/16/12 | Attention to new complaint. | L210 | 0.30 | 333.00 | 99.90 |
| JBS | 07/17/12 | Analysis and evaluation of defense strategy and impact of bankruptcy stay | L120 | 0.40 | 427.50 | 171.00 |
| CHR | 07/17/12 | Prepare Confirmation to Client re Receipt and Contact Attorney Assignment. Review Initial Correspondence and Pleadings. Review Court Docket for Additional Pleadings and Calendar Dates. Draft New Matter Form. Prepare Conflicts and Calendar Request Memo. | L190 | 0.40 | 130.50 | 52.20 |
| CHR | 07/18/12 | Prepare Confirmation to Client re Receipt and Contact Attorney Assignment. Review Initial Correspondence and Pleadings. Review Court Docket for Additional Pleadings and Calendar Dates. Draft New Matter Form. Prepare Conflicts and Calendar Request Memo. | L190 | 0.40 | 130.50 | 52.20 |
| MKS | 07/20/12 | Study and review new complaint for evaluation, handling and defense strategy. | L120 | 1.00 | 270.00 | 270.00 |
| SMH | 07/29/12 | Attention to status, draft email regarding same. | L120 | 0.20 | 333.00 | 66.60 |
| SMH | 07/30/12 | Attention to bankruptcy notice, preparation of same. | L110 | 0.20 | 333.00 | 66.60 |
| SMH | 07/31/12 | Attention to proposed notice of bankruptcy stay. | L210 | 0.20 | 333.00 | 66.60 |
| KWF | 07/31/12 | Prepare initial evaluation to client, C. Bonello. | L190 | 0.30 | 270.00 | 81.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 324577 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Goebel, G. Gunnar | | | | |

| KWF | 07/31/12 | Prepare notice of bankruptcy. | L210 | 0.30 | 270.00 | 81.00 |
|---|---|---|---|---|---|---|
| KWF | 07/31/12 | Prepare letter to plaintiff's counsel re effect of automatic stay. | L190 | 0.30 | 270.00 | 81.00 |
| | | **TOTAL** | | **4.00** | | **$1,088.10** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 0.20 | $66.60 |
| L120 | Analysis/Strategy | 1.60 | $507.60 |
| L190 | Other Case Assessment | 1.40 | $266.40 |
| L210 | Pleadings | 0.80 | $247.50 |
| | **TOTAL** | **4.00** | **$1,088.10** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Rommell, Clair | CHR | Paralegal | 0.80 | 130.50 | $104.40 |
| Sullivan, John | JBS | Member | 0.40 | 427.50 | $171.00 |
| Franich, Kerry | KWF | Associate | 0.90 | 270.00 | $243.00 |
| Sullivan, Mary Kate | MKS | Member | 1.00 | 270.00 | $270.00 |
| Hankins, Suzanne | SMH | Member | 0.90 | 333.00 | $299.70 |
| | **Total** | | **4.00** | | **$1,088.10** |

| | FEES | $1,088.10 |
|---|---|---|
| | **TOTAL THIS INVOICE** | **$1,088.10** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324578    JBS                                    August 16, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1337     Pichardo, Julio
                   GMAC Matter No.: 730487

**TOTAL AMOUNT DUE**          **$2,097.00**

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324578    JBS                                    August 16, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1337    Pichardo, Julio
GMAC Matter No.: 730487

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| CHR | 07/17/12 | Prepare Confirmation to Client re Receipt and Contact Attorney Assignment. Review Initial Correspondence and Pleadings. Review Court Docket for Additional Pleadings and Calendar Dates. Draft New Matter Form. Prepare Conflicts and Calendar Request Memo. | L190 | 0.40 | 130.50 | 52.20 |
| RJG | 07/17/12 | Analysis and evaluation of Plaintiff's complaint and attention to case investigation, responsive pleading and litigation strategies. | L120 | 1.10 | 274.50 | 301.95 |
| RJG | 07/17/12 | Attention to litigation and responsive pleading strategy and correspondence with our client to advise regarding the same.   [PRICHARDO - 19000.1337] | L120 | 0.30 | 274.50 | 82.35 |
| YS | 07/17/12 | Review and analysis of plaintiff's complaint and allegations contained therein, title history, and case status to determine client's available legal remedies and defenses | L120 | 1.80 | 238.50 | 429.30 |
| JHT | 07/17/12 | Reviewed/Analyzed Complaint. | L210 | 0.40 | 238.50 | 95.40 |
| JBS | 07/18/12 | Analysis and evaluation of defense strategy and effect of bankruptcy stay on certain claims in complaint | L160 | 0.50 | 427.50 | 213.75 |
| RJG | 07/18/12 | Analysis and evaluation of applicability of bankruptcy stay and attention to litigation and responsive pleading strategy. | L120 | 0.30 | 274.50 | 82.35 |
| RJG | 07/25/12 | Analysis and evaluation of applicability of bankruptcy stay to pending case | L120 | 0.30 | 274.50 | 82.35 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 324578 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Pichardo, Julio | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|
| | | issues and correspondence with our client contact to advise regarding the same. | | | | |
| YS | 07/25/12 | Draft client's notice of bankruptcy and suggestion of stay | L210 | 0.50 | 238.50 | 119.25 |
| YS | 07/25/12 | Draft correspondence to plaintiff's counsel regarding client's bankruptcy filing and affect of the automatic stay | L190 | 0.40 | 238.50 | 95.40 |
| JHT | 07/25/12 | Reviewed Letter to Plaintiff's Counsel Re. Bankruptcy Filing of Client. | L190 | 0.20 | 238.50 | 47.70 |
| JHT | 07/25/12 | Reviewed Notice of Bankruptcy Stay on Behalf of Client. | L190 | 0.20 | 238.50 | 47.70 |
| JHT | 07/25/12 | Reviewed Bankruptcy Court's Final Supplemental Order and Applicability to Claims of Case. | L190 | 1.00 | 238.50 | 238.50 |
| JHT | 07/25/12 | Corresponded with Client Re. Bankruptcy Stay. | L190 | 0.20 | 238.50 | 47.70 |
| RJG | 07/31/12 | Analysis and evaluation of client files and attention to case and fact investigation. | L120 | 0.50 | 274.50 | 137.25 |
| YS | 07/31/12 | Draft case status update for client report | L190 | 0.10 | 238.50 | 23.85 |
| | | **TOTAL** | | **8.20** | | **$2,097.00** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 4.30 | $1,115.55 |
| L160 | Settlement/Non-Binding ADR | 0.50 | $213.75 |
| L190 | Other Case Assessment | 2.50 | $553.05 |
| L210 | Pleadings | 0.90 | $214.65 |
| | **TOTAL** | **8.20** | **$2,097.00** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Rommell, Clair | CHR | Paralegal | 0.40 | 130.50 | $52.20 |
| Sullivan, John | JBS | Member | 0.50 | 427.50 | $213.75 |
| Tuffaha, Joe | JHT | Associate | 2.00 | 238.50 | $477.00 |
| Gandy, Robert | RJG | Special Counsel | 2.50 | 274.50 | $686.25 |
| Shaham, Yaron | YS | Special Counsel | 2.80 | 238.50 | $667.80 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| | | | |
|---|---|---|---|
| Invoice No.    324578 | CLIENT    GMAC ResCap | | Page         3 |
| | MATTER    Pichardo, Julio | | |

| | | | |
|---|---|---|---|
| **Total** | | 8.20 | **$2,097.00** |
| | | FEES | $2,097.00 |
| | **TOTAL THIS INVOICE** | | **$2,097.00** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324579    JBS                                        August 16, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1338    Saldana, Mariana and Juan
GMAC Matter No.: 730413

**TOTAL AMOUNT DUE**            **$2,702.70**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson

## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324579    JBS                                   August 16, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  1338    Saldana, Mariana and Juan
                         GMAC Matter No.: 730413

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994      07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| JBS | 07/18/12 | Analysis and evaluation of emails regarding new case | L120 | 0.30 | 427.50 | 128.25 |
| CHR | 07/18/12 | Prepare Confirmation to Client re Receipt and Contact Attorney Assignment. Review Initial Correspondence and Pleadings. Review Court Docket for Additional Pleadings and Calendar Dates. Draft New Matter Form. Prepare Conflicts and Calendar Request Memo. | L190 | 0.40 | 130.50 | 52.20 |
| SMH | 07/19/12 | Attention to new complaint | L210 | 0.20 | 333.00 | 66.60 |
| SMH | 07/20/12 | Attention to new mater, draft email to C. Bonello re assignment. | L190 | 0.30 | 333.00 | 99.90 |
| SMH | 07/20/12 | Attention to early case evaluation. | L190 | 0.20 | 333.00 | 66.60 |
| KWF | 07/20/12 | Review and analyze file in preparation for further handling. | L190 | 0.70 | 270.00 | 189.00 |
| KWF | 07/20/12 | Prepare initial evaluation and recommendation to client re demurrer. | L190 | 0.50 | 270.00 | 135.00 |
| LJT | 07/23/12 | Review title records and prepare chronology. | L110 | 1.10 | 130.50 | 143.55 |
| SMH | 07/24/12 | Attention to C. Bonello email re bankruptcy stay issues, potential modification. | L190 | 0.20 | 333.00 | 66.60 |
| KWF | 07/24/12 | Review and revise client servicing notes and payment history, place call to plaintiffs' counsel re settlement - left voicemail. | L190 | 0.80 | 270.00 | 216.00 |
| KWF | 07/24/12 | Prepare notice of bankruptcy and suggestion of automatic stay, evaluate language in supplemental order to court | L210 | 0.40 | 270.00 | 108.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 324579 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Saldana, Mariana & Juan | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | in preparing same. | | | | | |
| KWF | 07/24/12 | Prepare draft letter to plaintiff's counsel re scope of stay, evaluate complaint to assist with preparation of same. | L210 | | 1.10 | 270.00 | 297.00 |
| KWF | 07/26/12 | Prepare notice of bankruptcy as to GMAC and ETS. | L210 | | 0.30 | 270.00 | 81.00 |
| KWF | 07/26/12 | Prepare letter to plaintiff's counsel re final supplemental order. | L190 | | 0.40 | 270.00 | 108.00 |
| KWF | 07/26/12 | Commence preparation of demurrer to complaint. | L240 | | 3.50 | 270.00 | 945.00 |
| | | **TOTAL** | | | **10.40** | | **$2,702.70** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | | |
|---|---|---|---|---|---|---|
| L110 | Fact Investigation/Development | 1.10 | $143.55 | | | |
| L120 | Analysis/Strategy | 0.30 | $128.25 | | | |
| L190 | Other Case Assessment | 3.50 | $933.30 | | | |
| L210 | Pleadings | 2.00 | $552.60 | | | |
| L240 | Dispositive Motions | 3.50 | $945.00 | | | |
| | **TOTAL** | **10.40** | **$2,702.70** | | | |

| Timekeeper | | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|---|
| Rommell, Clair | | CHR | Paralegal | 0.40 | 130.50 | $52.20 |
| Sullivan, John | | JBS | Member | 0.30 | 427.50 | $128.25 |
| Franich, Kerry | | KWF | Associate | 7.70 | 270.00 | $2,079.00 |
| Tarwater, Linda | | LJT | Paralegal | 1.10 | 130.50 | $143.55 |
| Hankins, Suzanne | | SMH | Member | 0.90 | 333.00 | $299.70 |
| | **Total** | | | **10.40** | | **$2,702.70** |

| | | | | FEES | | $2,702.70 |
|---|---|---|---|---|---|---|
| | | | **TOTAL THIS INVOICE** | | | **$2,702.70** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324580    JBS                                    August 16, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000      GMAC ResCap
MATTER      1340       Grossman, William H.
                       GMAC Matter No.: 730664

**TOTAL AMOUNT DUE**              $1,262.70

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324580    JBS                                          August 16, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1340    Grossman, William H.
                        GMAC Matter No.: 730664

FOR PROFESSIONAL SERVICES RENDERED        01/01/1994        07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ERB | 07/24/12 | Communications with client re tenders from other defendants and confirmation of representations. | L120 | 0.20 | 279.00 | 55.80 |
| JBS | 07/25/12 | Analysis and evaluation of defense strategy and bankruptcy strategies | L120 | 0.40 | 427.50 | 171.00 |
| MEH | 07/25/12 | Perform initial case intake and review opening documents. | L120 | 1.40 | 261.00 | 365.40 |
| MEH | 07/25/12 | Marshall and review title documents. | L110 | 0.50 | 261.00 | 130.50 |
| MEH | 07/25/12 | Multiple telephone calls with client (A. Hartshorn) re: initial case assessment. | L120 | 0.40 | 261.00 | 104.40 |
| MEH | 07/25/12 | Draft email to client (A. Hartshorn) following up on telephone calls re: initial case strategy. | L120 | 0.50 | 261.00 | 130.50 |
| MEH | 07/26/12 | Exchange telephone calls with client (A. Hartshorn) re: initial case strategy. | L120 | 0.10 | 261.00 | 26.10 |
| ERB | 07/27/12 | Initial review and analysis of complaint. | L120 | 1.00 | 279.00 | 279.00 |
| | | **TOTAL** | | **4.50** | | **$1,262.70** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L110 | Fact Investigation/Development | 0.50 | $130.50 |
| L120 | Analysis/Strategy | 4.00 | $1,132.20 |
| | **TOTAL** | **4.50** | **$1,262.70** |

| Timekeeper | Position | Hours | Rate | Value |
|------------|----------|-------|------|-------|

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

**Severson & Werson**

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.   324580      CLIENT   GMAC ResCap                                    Page      2
                         MATTER   Grossman, William H.

| Buell, Edward | ERB | Associate | 1.20 | 279.00 | $334.80 |
|---|---|---|---|---|---|
| Sullivan, John | JBS | Member | 0.40 | 427.50 | $171.00 |
| Holt, M. Elizabeth | MEH | Associate | 2.90 | 261.00 | $756.90 |
| | **Total** | | **4.50** | | **$1,262.70** |

| | FEES | $1,262.70 |
|---|---|---|
| | **TOTAL THIS INVOICE** | **$1,262.70** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

**Severson**
**& Werson**
A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     324581     JBS                                    August 16, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006


CLIENT      19000      GMAC ResCap
MATTER      1342       Cole, Karen
                       GMAC Matter No.: 730726


**TOTAL AMOUNT DUE**            **$758.25**


### *** REMITTANCE COPY ***
*Please include this page with payment.*


Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     324581     JBS                                    August 16, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter     19000 1342     Cole, Karen
                          GMAC Matter No.: 730726

FOR PROFESSIONAL SERVICES RENDERED     01/01/1994        07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| DHC | 07/25/12 | Review Adversary Complaint, Bankruptcy Court docket, pleadings and schedules. | L120 | 1.00 | 337.50 | 337.50 |
| ANB | 07/27/12 | Initial review of adversary complaint and documents filed in the underlying bankruptcy case to determine strategy to recommend to client for resolving this matter | L120 | 1.00 | 292.50 | 292.50 |
| JBS | 07/28/12 | Analysis and evaluation of defense strategy | L120 | 0.30 | 427.50 | 128.25 |
| | | **TOTAL** | | **2.30** | | **$758.25** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | |
|--------------------------|---|-------|--------|---|---|
| L120     Analysis/Strategy | | 2.30 | $758.25 | | |
| **TOTAL** | | **2.30** | **$758.25** | | |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Barasch, Adam | ANB | Special Counsel | 1.00 | 292.50 | $292.50 |
| Cram, Donald | DHC | Member | 1.00 | 337.50 | $337.50 |
| Sullivan, John | JBS | Member | 0.30 | 427.50 | $128.25 |
| | **Total** | | **2.30** | | **$758.25** |

|  | | | FEES | $758.25 |
|---|---|---|------|---------|
| | | | **TOTAL THIS INVOICE** | **$758.25** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324582    JBS                                    August 16, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER   1343     Wood, Daniel and Ana
                  GMAC Matter No.: 730976

**TOTAL AMOUNT DUE**          **$798.75**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson
**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324582    JBS                                    August 16, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1343    Wood, Daniel and Ana
                        GMAC Matter No.: 730976

FOR PROFESSIONAL SERVICES RENDERED      01/01/1994        07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| DHC | 07/26/12 | Review Adversary Complaint, Bankruptcy Court docket, pleadings and schedules. | L120 | 1.00 | 337.50 | 337.50 |
| DHC | 07/26/12 | Correspondence with Client re strategy in responding to Adversary Complaint. | L120 | 0.50 | 337.50 | 168.75 |
| ANB | 07/30/12 | Initial review of adversary complaint and documents filed in the underlying bankruptcy case to determine strategy to recommend to client for resolving this matter | L120 | 1.00 | 292.50 | 292.50 |
| | | **TOTAL** | | **2.50** | | **$798.75** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | |
|---------------------------|---|-------|--------|---|---|
| L120    Analysis/Strategy | | 2.50 | $798.75 | | |
| **TOTAL** | | **2.50** | **$798.75** | | |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Barasch, Adam | ANB | Special Counsel | 1.00 | 292.50 | $292.50 |
| Cram, Donald | DHC | Member | 1.50 | 337.50 | $506.25 |
| | **Total** | | **2.50** | | **$798.75** |

| | | | FEES | | $798.75 |
|---|---|---|------|---|---------|
| | | | **TOTAL THIS INVOICE** | | **$798.75** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson
**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324583    JBS                                    August 16, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
|--------|-------|-------------|
| MATTER | 1344 | Edwards, Lawrence M. |
| | | GMAC Matter No.: 731153 |

**TOTAL AMOUNT DUE**                    **$469.80**

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324583    JBS                                          August 16, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1344    Edwards, Lawrence M.
                        GMAC Matter No.: 731153

FOR PROFESSIONAL SERVICES RENDERED      01/01/1994        07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| SMH | 07/30/12 | Attention to new complaint, lack of GMAC interest. | L210 | 0.20 | 333.00 | 66.60 |
| KWF | 07/30/12 | Review and analyze file in preparation for further handling. | L190 | 0.40 | 270.00 | 108.00 |
| CHR | 07/31/12 | Open Prepare Confirmation of Receipt to Client. Review Initial Correspondence and Pleadings. Review Court Docket and Download additional pleadings. Review Title re recorded Lis Pendens. Prepare Conflicts Request and Calendaring Memo. | L190 | 0.40 | 130.50 | 52.20 |
| KWF | 07/31/12 | Analyze final supplemental order re scope of permitted claims and compare with causes of action in complaint. | L190 | 0.30 | 270.00 | 81.00 |
| KWF | 07/31/12 | Prepare notice of bankruptcy. | L210 | 0.30 | 270.00 | 81.00 |
| KWF | 07/31/12 | Prepare correspondence to plaintiff's counsel, k. Crone, re effect of automatic stay. | L190 | 0.30 | 270.00 | 81.00 |
| | | **TOTAL** | | **1.90** | | **$469.80** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|------|------|-------|--------|
| L190 | Other Case Assessment | 1.40 | $322.20 |
| L210 | Pleadings | 0.50 | $147.60 |
| | **TOTAL** | **1.90** | **$469.80** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

**Severson & Werson**

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.   324583 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|
| | MATTER | Edwards, Lawrence M. | | | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Rommell, Clair | CHR | Paralegal | 0.40 | 130.50 | $52.20 |
| Franich, Kerry | KWF | Associate | 1.30 | 270.00 | $351.00 |
| Hankins, Suzanne | SMH | Member | 0.20 | 333.00 | $66.60 |
| | **Total** | | **1.90** | | **$469.80** |
| | | | FEES | | $469.80 |
| | | **TOTAL THIS INVOICE** | | | **$469.80** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      324584        JBS                                    August 16, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000      GMAC ResCap
MATTER      0873       Fenn, Ira Michael
                       GMAC Matter No.:  712438

**TOTAL AMOUNT DUE**              **$287.15**

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324584    JBS                                   August 16, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0873    Fenn, Ira Michael
                        GMAC Matter No.: 712438

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MKS | 07/08/12 | Update to client re: new developments, new deadlines and hearing dates and status. | L120 | 0.20 | 270.00 | 54.00 |
| NSR | 07/30/12 | Analysis of the recent bankruptcy final supplemental order and possible effect on the stipulation of validity | L190 | 0.40 | 238.50 | 95.40 |
| | | **TOTAL** | | **0.60** | | **$149.40** |

## COSTS & EXPENSES

| | | | |
|---|---|---|---|
| 07/06/12 | First Legal Network, LLC; Transmittal of filing to court; Sutter County Court 6/4/12 | | 137.75 |
| | **TOTAL COSTS & EXPENSES** | **$137.75** | |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.20 | $54.00 |
| L190 | Other Case Assessment | 0.40 | $95.40 |
| | **TOTAL** | **0.60** | **$149.40** |

| Timekeeper | | Position | Hours | Rate | Value |
|-----------|---|----------|-------|------|-------|
| Sullivan, Mary Kate | MKS | Member | 0.20 | 270.00 | $54.00 |
| Riedman, Natilee | NSR | Associate | 0.40 | 238.50 | $95.40 |
| | | **Total** | **0.60** | | **$149.40** |

PRIOR FEES                        $2,368.80
PRIOR COSTS & EXPENSES            $1,101.99

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 324584 | CLIENT | GMAC ResCap | | Page | 2 |
|---|---|---|---|---|---|---|
| | | MATTER | Fenn, Ira Michael | | | |

|  |  |
|---|---|
| FEES | $149.40 |
| COSTS & EXPENSES | $137.75 |
| **TOTAL THIS INVOICE** | **$287.15** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# INVOICE

... gal Network LLC
... O Box 749806 Los Angeles, CA 90074—9806

TAX ID# 27-3093840

| Invoice No. | Customer No. |
|---|---|
| 266261 | 82035 |
| Invoice Date | Total Due |
| 6/15/12 | 36,858.22 |

SEVERSON & WERSON
1 EMBARCADERO CENTER
SUITE 2600
SAN FRANCISCO, CA 94111

BILLING QUESTIONS CALL:
BILLING DEPT(213)213-2631
PAYMENT QUESTIONS CALL:
PAYMENT DEPT(213)213-2640

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 82035 | 266261 | 6/15/12 | 36,858.22 | 8 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 6/04/12 RESEARCH-BRANCH SAME DAY | 6801651 | BAR | SDSC-VISTA 325 SOUTH MELROSE DRIVE VISTA          CA 92083 Caller: BETH ELLIOTT Case No.: 37 2012 00051494 Signed: copied/pdf/pouched | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO   CA 94111 Case Title: RIVERA V GUILD Ref: 119911.0000 | Base Chg : 155.50 Research   : 30.15 Adv/Wit Ck:    9.00 | 194.65 |
| 6/04/12 RESEARCH-FORWARD NEXT DAY | 6801681 | FNR | Stanislaus County Court 800 11th St. MODESTO          CA 95354 Caller: Clair Romell Case No.: 668815 please see attached Signed: obtained | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO   CA 94111 instuctions and reco Ref: 55000.0003 | Base Chg : 125.00 Adv/Wit Ck:   27.00 | 152.00 |
| 6/04/12 OC-UNLIMITED PDF/FAX FILE | 6801682 | OCU | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO   CA 94111 Caller: Joel Spann Case No.: 30-2012-000559264-SC Please file the atta Signed: RCVD/PDF/PCHD | Orange County Court 700 Civic Center Dr West SANTA ANA      CA 92701 Comment: 2 COURTS Case Title: Boychuk v. GMAC Mort ched document in the Ref: 19000.1255 | Base Chg :    9.75 Atmpt/StkO:    9.75 | 19.50 |
| 6/04/12 FILING-BRANCH FAX/PDF | 6801684 | BFX | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO   CA 94111 Caller: Joel Spann Case No.: CVCS 11-0509 Please file the atta Signed: FILED | Sutter County Court 463 Second St YUBA CITY      CA 95991 Case Title: Fenn v. GMAC Mortgag ched document in the Ref: 19000.0873 | Base Chg : 125.75 PDF/OvrNte:   12.00 | 137.75 |
| 6/04/12 FILING-FORWARD FAX/PDF | 6801688 | FFX | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO   CA 94111 Caller: Joel Spann Case No.: M110803 Please file the atta Signed: FILED | Monterey County Court 1200 Aguajito Rd MONTEREY       CA 93940 Case Title: Lai v Naiman ched document in the Ref: 19000.0813 | Base Chg :   48.25 PDF/OvrNte:   12.75 | 61.00 |
| 6/04/12 FILING-FORWARD FAX/PDF | 6801689 | FFX | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO   CA 94111 Caller: Joel Spann Case No.: 151457 Please file the atta Signed: filed | Butte County Court 655 Oleander Ave CHICO          CA 95926 Case Title: Laughlin v. Homecomi ched document in the Ref: 19000.0572 | Base Chg : 117.50 PDF/OvrNte:   12.00 | 129.25 |

Continued

## INVOICE PAYMENT DUE UPON RECEIPT

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324585    JBS                                      August 16, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    0903    Galacia, Pricilla
                  GMAC No.: 712550

**TOTAL AMOUNT DUE**          **$284.75**

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324585    JBS                                    August 16, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  0903    Galacia, Pricilla
                         GMAC No.:  712550

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    07/31/2012

| Atty | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
|      |      | **TOTAL**   | **0.00** |      | **$0.00** |

### COSTS & EXPENSES

| | | | |
|---|---|---|---|
| 07/06/12 | First Legal Network, LLC; Transmittal of filing to court; LA County Court- Unlimited 6/14/12 | | 64.75 |
| 07/12/12 | O.C. Corporate Courier; Court Services; LASC. 6/18/12 | | 220.00 |
| | **TOTAL COSTS & EXPENSES** | **$284.75** | |

### BILLING SUMMARY

|  | | | |
|---|---|---|---|
| **TOTAL** | 0.00 | **$0.00** | |

| Timekeeper | Position | Hours | Rate | Value |
|------------|----------|-------|------|-------|
| Total      |          | 0.00  |      | $0.00 |

| | |
|---|---|
| PRIOR FEES | $22,359.10 |
| PRIOR COSTS & EXPENSES | $2,417.35 |

| | |
|---|---|
| COSTS & EXPENSES | $284.75 |
| **TOTAL THIS INVOICE** | **$284.75** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

DATE-07/06/12
PAGE-    1

## O.C. Corporate Courier, Inc.
### Billing Statement

Account #96103108   Billing Period   From 06/17/12  To 06/23/12

| *DATE * | *INV # * | * CUST * REF | * AUTHOR * BY | * TRANSACTION DESCRIPTION * | | CHARGE * |
|---|---|---|---|---|---|---|
| 06/18/12 | 171840 | 19000.0903 | LIZ | CORPEX IRV/LA | | 90.00 |
| 06/18/12 | 171840 | 19000.0903 | LIZ | ADD STOP | | 90.00 |
| 06/18/12 | 171840 | 19000.0903 | LIZ | RESEARCH TIME | | 40.00 |
| | | | | | TOTAL | 220.00 |
| 06/19/12 | 171803 | 55000.0283 | LIZ | CORPEX IRV/LA | | 90.00 |
| | | | | | TOTAL | 90.00 |
| 06/20/12 | 153476 | 70000.0213 | T.KELLER | REGULAR   IRV./L.A. | | 75.00 |
| 06/20/12 | 153476 | 70000.0213 | T.KELLER | WAIT TIME | | 20.00 |
| | | | | | TOTAL | 95.00 |
| 06/20/12 | 155707 | 19000.1044 | LINDA T. | REGULAR   IRV./NORWALK | | 50.00 |
| 06/20/12 | 155707 | 19000.1044 | LINDA T. | WAIT TIME | | 30.00 |
| | | | | | TOTAL | 80.00 |
| 06/22/12 | 155697 | 15314.0134 | KLW/NATALI | REGULAR   IRV./S.A. | | 20.00 |
| | | | | | TOTAL | 20.00 |
| 06/22/12 | 171740 | NISSAN/SUP | ANDREW | CORPEX IRV/INDIO | | 275.00 |
| | | | | | TOTAL | 275.00 |

06888.024

******BALANCE DUE IN FULL********   INVOICE TOTAL   780.00

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324587    JBS

August 16, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1019 | Pawar, Sheela |
| | | GMAC Matter No.: 716738 |

**TOTAL AMOUNT DUE**        **$855.41**

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324587    JBS                                    August 16, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1019    Pawar, Sheela
GMAC Matter No.: 716738

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| RMI | 07/02/12 | Correspond with court clerk re dismissal of case and demurrer hearing on calendar. Call to court calendar re dismissal of case. Correspond with plaintiff's counsel re impact of bankruptcy. Prepare memorandum re closure of case. | L120 | 0.80 | 247.50 | 198.00 |
| RMI | 07/03/12 | Multiple calls to court re dismissal of demurrer hearing. Attention to docket re dismissal and cancellation of hearing. | L120 | 0.40 | 247.50 | 99.00 |
| RMI | 07/06/12 | Attention to docket re dismissal and demurrer hearing. Call to court re taking demurrer off calendar. | L120 | 0.30 | 247.50 | 74.25 |
| RMI | 07/09/12 | Review email from client re status update. Attention to file re case closure. Prepare email to client and M.Sullivan re case closure. | L120 | 0.30 | 247.50 | 74.25 |
| RMI | 07/11/12 | Call to court re dismissal based on GMAC still reflected on docket. | L120 | 0.20 | 247.50 | 49.50 |
| RJG | 07/19/12 | Attention to bankruptcy stay and pending case issues and correspondence with Plaintiff's counsel to respond to an inquiry regarding the same. | L120 | 0.30 | 274.50 | 82.35 |
| | | **TOTAL** | | **2.30** | | **$577.35** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 07/20/12 | First Legal Network, LLC; Court Services; LASC- Long Beach 6/18/12 | 147.82 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.   324587 | CLIENT | GMAC ResCap | Page | 2 |
| --- | --- | --- | --- | --- |
| | MATTER | Pawar, Sheela | | |

| | | |
| --- | --- | --- |
| 07/20/12 | First Legal Network, LLC; Court Services; LASC- San Pedro 6/18/12 | 130.24 |
| | **TOTAL COSTS & EXPENSES** | **$278.06** |

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | |
| --- | --- | --- | --- | --- | --- |
| L120    Analysis/Strategy | | 2.30 | $577.35 | | |
| **TOTAL** | | **2.30** | **$577.35** | | |

| Timekeeper | | Position | Hours | Rate | Value |
| --- | --- | --- | --- | --- | --- |
| Gandy, Robert | RJG | Special Counsel | 0.30 | 274.50 | $82.35 |
| Ito, Ryan | RMI | Associate | 2.00 | 247.50 | $495.00 |
| | **Total** | | **2.30** | | **$577.35** |

| | |
| --- | --- |
| PRIOR FEES | $38,140.20 |
| PRIOR COSTS & EXPENSES | $1,692.89 |

| | |
| --- | --- |
| FEES | $577.35 |
| COSTS & EXPENSES | $278.06 |
| **TOTAL THIS INVOICE** | **$855.41** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# INVOICE

**First Legal Network** LLC
PO Box 749806 Los Angeles, CA 90074—9806

TAX ID# 27-3093840

| Invoice No. | Customer No. |
|---|---|
| 366223 | 23103 |
| Invoice Date | Total Due |
| 6/30/12 | 9,731.31 |

SEVERSON & WERSON
CARRIE TINKER (OFFICE MNGR)
19100 VON KARMAN, SUITE 700
IRVINE, CA 92612

BILLING QUESTIONS CALL:
BILLING DEPT(213)213-2631
PAYMENT QUESTIONS CALL:
PAYMENT DEPT(213)213-2640

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 23103 | 366223 | 6/30/12 | 9,731.31 | 1 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 6/13/12 | 9477791 | BAR | San Bernardino County Court 14455 Civic Dr VICTORVILLE  CA 92392 Caller: Debra Edwards Case No.: CIVVS1202583 PLEASE OBTAIN A COPY Signed: copied | SEVERSON & WERSON 19100 VON KARMAN IRVINE  CA 92605 Case Title: Sheffeitt v. Green T OF THE 6/5/12 ORDER Ref: 11293.0158 | Base Chg : 171.00 Research : 40.20 Adv/Wit Ck: 1.00 | 212.20 |
| RESEARCH-BRANCH SAME DAY | | | | | | |
| 6/18/12 | 9479297 | FAX | SEVERSON & WERSON 19100 VON KARMAN IRVINE  CA 92605 Caller: Rosa    Wait: 12 Min Case No.: bc457269 FILE/CONFORM/RETURN Signed: FILED IN DEPT | LASC-LOS ANGELES 111 NORTH HILL STREET LOS ANGELES  CA 90012 Case Title: MORRIS V BAC PDF CC Ref: 70000.0521 | Base Chg : 29.75 | 29.75 |
| FILING-FAX/PDF | | | | | | |
| 6/18/12 | 9479388 | REF | SEVERSON & WERSON 19100 VON KARMAN IRVINE  CA 92605 Caller: Ryan Brooks Case No.: 30-2011-00532278 Please pick up the o Signed: rejected/p.s./ror | Orange County Recorder 12 Civic Center Plaza SANTA ANA  CA 92701 Case Title: Quental v. Green Tre riginal from my offi Ref: 11293-0137 | Base Chg : 17.50 | 17.50 |
| FILING-REGULAR VEHICLE | | | | | | |
| 6/18/12 | 9479427 | FAX | SEVERSON & WERSON 19100 VON KARMAN IRVINE  CA 92605 Caller: Rosa Case No.: 111cv209804 FILE/CONFORM/RETURN Signed: FILED | SCSC-SAN JOSE 191 NORTH 1ST STREET SAN JOSE  CA 95113 Case Title: sepehry-fard v auror PDF CC Ref: 70000.0807 | Base Chg : 29.75 | 29.75 |
| FILING-FAX/PDF | | | | | | |
| 6/18/12 | 9479430 | FAX | SEVERSON & WERSON 19100 VON KARMAN IRVINE  CA 92605 Caller: Rosa Case No.: 111cv210028 FILE/CONFORM/RETURN Signed: FILED | SCSC-SAN JOSE 191 NORTH 1ST STREET SAN JOSE  CA 95113 Case Title: sepehry-fard v auror Ref: 70000.0808 | Base Chg : 29.75 | 29.75 |
| FILING-FAX/PDF | | | | | | |
| 6/18/12 | 9479448 | BAR | LASC-LONG BEACH 415 WEST OCEAN BOULEVARD LONG BEACH  CA 90802 Caller: Lorraine Johnson Wait: 36 Min Case No.: NC056337 COPY DISMISSAL FILED Signed: attempt | SEVERSON & WERSON 19100 VON KARMAN IRVINE  CA 92605 Case Title: PAWAR V HOMECOMING F 6-13-12 PARTIAL DEFT Ref: 19000.1019 | Base Chg : 98.75 Wait : 21.60 Research : 27.47 | 147.82 |
| RESEARCH-BRANCH SAME DAY | | | | | | |

Continued

## INVOICE PAYMENT DUE UPON RECEIPT

# INVOICE

**~~~~ Legal Network LLC**
PO Box 749806 Los Angeles, CA 90074-9806

TAX ID# 27-3093840

| Invoice No. | Customer No. |
|---|---|
| 366223 | 23103 |
| Invoice Date | Total Due |
| 6/30/12 | 9,731.31 |

SEVERSON & WERSON
CARRIE TINKER (OFFICE MNGR)
19100 VON KARMAN, SUITE 700
IRVINE, CA 92612

BILLING QUESTIONS CALL:
BILLING DEPT(213)213-2631
PAYMENT QUESTIONS CALL:
PAYMENT DEPT(213)213-2640

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 23103 | 366223 | 6/30/12 | 9,731.31 | 2 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 6/18/12 FILING-FAX/PDF | 9479547 | FAX | SEVERSON & WERSON 19100 VON KARMAN IRVINE         CA 92605 Caller: Terri Keller    Wait: 20 Min Case No.: BC484258 FILE/CONFORM/RETURN Signed: FILED | LASC-LOS ANGELES 111 NORTH HILL STREET LOS ANGELES   CA 90012 Case Title: RIJS VS. BANK OF AME PDF FACE PAGE Ref: RIJS VS. B OF A | Base Chg :    64.75 | 64.75 |
| 6/18/12 RESEARCH-BRANCH SAME DAY | 9479562 | BAR | LASC-SAN PEDRO 505 SOUTH CENTRE STREET SAN PEDRO      CA 90731 Caller: Lorraine Johnson Case No.: NC056337 COPY DISMISSAL FILED Signed: COMPLETED | SEVERSON & WERSON 19100 VON KARMAN IRVINE         CA 92605 Case Title: PAWAR V HOMECOMING F 6-13-12 PARTIAL DEPT Ref: 19000.1019 | Base Chg :    98.75 Research  :    31.49 | 130.24 |
| 6/19/12 FILING-FAX/PDF | 9479859 | FAX | SEVERSON & WERSON 19100 VON KARMAN IRVINE         CA 92605 Caller: Debra Edwards Case No.: 5620110040 2904 FILE BY NOON Signed: FILED | VCSC-VENTURA 800 SOUTH VICTORIA AVENUE VENTURA       CA 93009 Case Title: CRNIC V HOMECOMING CALL ONCE COMPLETED Ref: 19000.1053 | Base Chg :    29.75 Adv/Wit Ck:    40.00 | 69.75 |
| 6/19/12 OC-UNLIMITED PDF/FAX FILE | 9479906 | OCU | SEVERSON & WERSON 19100 VON KARMAN IRVINE         CA 92605 Caller: Debra Edwards Case No.: 30-2009-00300778 FILE BY 3:00PM Signed: filed/rcvd | OCSC-SANTA ANA 700 CIVIC CENTER DRIVE WEST SANTA ANA     CA 92701 Case Title: MARQUEZ V GMAC FILE IN DEPT C31 Ref: 19000.370 | Base Chg :     9.75 Adv/Wit Ck:    40.00 | 49.75 |
| 6/19/12 FILING-BRANCH FAX/PDF | 9479962 | BFX | SEVERSON & WERSON 19100 VON KARMAN IRVINE         CA 92605 Caller: Liz C. Roberts Case No.: lc095559 Please file the atta Signed: FILED | LA County Court-Van Nuys East 6230 Sylmar Ave VAN NUYS      CA 91401 Case Title: Cardenas (LC095559) ched docs (2) with t Ref: 55000.0158 | Base Chg :    71.75 | 71.75 |
| 6/19/12 RESEARCH-BRANCH SAME DAY | 9480002 | BAR | San Diego County Recorder 1600 Pacific Hwy SAN DIEGO     CA 92101 Caller: Ryan Brooks Please obtain CERTIF Signed: COPIED | SEVERSON & WERSON 19100 VON KARMAN IRVINE         CA 92605 Case Title: Park v Green Tree IED copies of the do Ref: 11293-0066 | Base Chg :    62.25 Research  :    13.40 Adv/Wit Ck:    57.00 | 132.65 |

Continued

**INVOICE PAYMENT DUE UPON RECEIPT**

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324588    JBS

August 16, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
|--------|-------|-------------|
| MATTER | 1171 | Zamora, Elsa |
| | | GMAC Matter No.: 723112 |

**TOTAL AMOUNT DUE**        **$886.45**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324588    JBS                                      August 16, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1171    Zamora, Elsa
                        GMAC Matter No.: 723112

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994      07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| RJG | 07/06/12 | Telephone call with Plaintiff's counsel to address judgment of dismissal, final civil case issues and Plaintiff's intent to appeal the judgment. | L510 | 0.40 | 274.50 | 109.80 |
| MJE | 07/06/12 | Receipt of call from Plaintiff's counsel re status of dismissal and exchange of emails with R. Gandy re possible appeal to be filed by Plaintiff and status of BK. | L190 | 0.50 | 279.00 | 139.50 |
| RJG | 07/10/12 | Attention to opposition to motion for reconsideration issues and correspondence with our client to address the same. | L250 | 0.30 | 274.50 | 82.35 |
| MJE | 07/25/12 | Phone call from Plaintiff's counsel and draft of email response regarding status of conformed Judgment | L140 | 0.50 | 279.00 | 139.50 |
| MJE | 07/26/12 | Receipt and review of conformed order and delivery and service on Plaintiff | L250 | 0.40 | 279.00 | 111.60 |
| | | **TOTAL** | | **2.10** | | **$582.75** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 07/06/12 | First Legal Network, LLC; Transmittal of filing to court; LA County Court- Norwalk 6/1/12 | 78.45 |
| 07/20/12 | First Legal Network, LLC; Court Services; LASC- Norwalk 6/21/12 | 118.50 |
| 07/20/12 | First Legal Network, LLC; Transmittal of filing to court; LA County Court- Norwalk 6/25/12 | 106.75 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.    324588 | CLIENT    GMAC ResCap | Page    2 |
|---|---|---|
| | MATTER    Zamora, Elsa | |

---

**TOTAL COSTS & EXPENSES**                                        $303.70

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L140 | Document/File Management | 0.50 | $139.50 |
| L190 | Other Case Assessment | 0.50 | $139.50 |
| L250 | Other Written Motions | 0.70 | $193.95 |
| L510 | Appellate Motions & Submission | 0.40 | $109.80 |
| | **TOTAL** | **2.10** | **$582.75** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Esposito, Matthew | MJE | Associate | 1.40 | 279.00 | $390.60 |
| Gandy, Robert | RJG | Special Counsel | 0.70 | 274.50 | $192.15 |
| | **Total** | | **2.10** | | **$582.75** |

| PRIOR FEES | $19,693.80 |
|---|---|
| PRIOR COSTS & EXPENSES | $2,451.54 |

| FEES | $582.75 |
|---|---|
| COSTS & EXPENSES | $303.70 |
| **TOTAL THIS INVOICE** | **$886.45** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# INVOICE

Legal ~~~~~ Network LLC
PO BOX 749806 Los Angeles, CA 90074—9806

TAX ID# 27-3093840

| Invoice No. | Customer No. |
|---|---|
| 366223 | 23103 |
| Invoice Date | Total Due |
| 6/30/12 | 9,731.31 |

SEVERSON & WERSON
CARRIE TINKER (OFFICE MNGR)
19100 VON KARMAN, SUITE 700
IRVINE, CA 92612

BILLING QUESTIONS CALL:
BILLING DEPT (213) 213-2631
PAYMENT QUESTIONS CALL:
PAYMENT DEPT (213) 213-2640

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 23103 | 366223 | 6/30/12 | 9,731.31 | 6 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 6/21/12 FILING-FAX/PDF | 9481165 | FAX | SEVERSON & WERSON 19100 VON KARMAN IRVINE CA 92605 Caller: Rosa    Wait: 20 Min Case No.: bc450622 FILE/CONFORM/RETURN Signed: FILED/DELVR CC | LASC-LOS ANGELES 111 NORTH HILL STREET LOS ANGELES CA 90012 Case Title: ghobadpour v coldwel ALSO DELIVER CC TO Ref: 70000052 | Base Chg : 64.75 | 64.75 |
| 6/21/12 RESEARCH-BRANCH SAME DAY | 9481196 | BAR | LASC-NORWALK 12720 NORWALK BOULEVARD NORWALK CA 90650 Caller: Liz C. Roberts Case No.: vc059937 Please go the above- Signed: COMPLETED/PDF | SEVERSON & WERSON 19100 VON KARMAN IRVINE CA 92605 Case Title: Zamora (VC059937 referenced Court and Ref: 19000.1171 | Base Chg : 98.75 Research : 16.75 Adv/Wit Ck: 3.00 | 118.50 |
| 6/21/12 FILING-FAX/PDF | 9481212 | FAX | SEVERSON & WERSON 19100 VON KARMAN IRVINE CA 92605 Caller: Rosa    Wait: 19 Min Case No.: bc450622 FILE/CONFORM/RETURN Signed: FILED/DEL CC | LASC-LOS ANGELES 111 NORTH HILL STREET LOS ANGELES CA 90012 Case Title: ghobadpourt v coldw ALSO DELIVER CC TO Ref: GHOBADPOUR V COLDWELL | Base Chg : 29.75 | 29.75 |
| 6/22/12 RESEARCH-BRANCH SAME DAY | 9481406 | BAR | LA County Court-Pomona Unlimited 400 Civic Center Plaza POMONA CA 91766 Caller: Ryan Brooks Case No.: KC063721 Please obtain a copy Signed: completed/pdf | SEVERSON & WERSON 19100 VON KARMAN IRVINE CA 92605 Case Title: Schasa v. Nationstar of the complete sou Ref: 11951-0024 | Base Chg : 137.00 Research : 23.45 Adv/Wit Ck: 20.00 | 180.45 |
| 6/22/12 OC-UNLIMITED PDF/FAX FILE | 9481613 | OCU | SEVERSON & WERSON 19100 VON KARMAN IRVINE CA 92605 Caller: Jeff Weddle Case No.: 30-2011-00508360-CU- Pls. file the attach Signed: filed/cc-c23 | OCSC-Central 700 Civic Center Drive West SANTA ANA CA 92701 Case Title: Stark v. CA. Carpet, ed today, 6/22/12, Ref: 07685.1094 | Base Chg : 9.75 | 9.75 |
| 6/22/12 FILING-BRANCH FAX/PDF | 9481631 | BFX | SEVERSON & WERSON 19100 VON KARMAN IRVINE CA 92605 Caller: Rosa    Wait: 30 Min Case No.: 37 2010 00053363 FILE/CONFORM/RETURN Signed: FILED | SDSC-VISTA 325 SOUTH MELROSE DRIVE VISTA CA 92083 Case Title: chen v boa advance fees. pdf cc Ref: 70000792 | Base Chg : 106.50 PDF Chg : 54.00 Adv/Wit Ck: 395.00 | 555.50 |

Continued

## INVOICE PAYMENT DUE UPON RECEIPT

# INVOICE

Legal **Legal Network LLC**
PO Box 749806 Los Angeles, CA 90074—9806

TAX ID# 27-3093840

| Invoice No. | Customer No. |
|---|---|
| 366203 | 23103 |
| **Invoice Date** | **Total Due** |
| 6/30/12 | 9,731.31 |

SEVERSON & WERSON
CARRIE TINKER (OFFICE MNGR)
19100 VON KARMAN, SUITE 700
IRVINE, CA 92612

BILLING QUESTIONS CALL:
BILLING DEPT(213)213-2631
PAYMENT QUESTIONS CALL:
PAYMENT DEPT(213)213-2640

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 23103 | 366223 | 6/30/12 | 9,731.31 | 8 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 6/25/12 FILING-FORWARD FAX/PDF | 9482030 | FFX | SEVERSON & WERSON 19100 VON KARMAN IRVINE CA 92605 Caller: DIANA J LOPEZ Case No.: cvl20309 FILE BY 4PM TODAY Signed: filed/pdf | SAN LUIS OBISPO SUPERIOR COURT 1035 PALM STREET SAN LUIS OBISPO CA 93408-2500 Case Title: brown v bofa Ref: 70000.0783 | Base Chg : 145.00 PDF Chg : 7.50 Adv/Wit Ck: 790.00 | 942.50 |
| 6/25/12 FILING-FORWARD FAX/PDF | 9482075 | FFX RET | SEVERSON & WERSON 19100 VON KARMAN IRVINE CA 92605 Caller: Liz C. Roberts Case No.: 55000.0127 Please file the atta Signed: filed/pdf | Kern County Court 1415 Truxtun Ave BAKERSFIELD CA 93301 Case Title: Ames (S-1500-CV-2753 ched doc (1) with th Ref: FILE W/CT TODAY | Base Chg : 145.00 | 145.00 |
| 6/25/12 FILING-FORWARD FAX/PDF | 9482133 | FFX | SEVERSON & WERSON 19100 VON KARMAN IRVINE CA 92605 Caller: Liz C. Roberts Case No.: 55000.0127 Please file the atta Signed: filed/pdf | Kern County Court 1415 Truxtun Ave BAKERSFIELD CA 93301 Comment: -special Case Title: Ames (S-1500-CV-2753 ched doc (1) with th Ref: FILE W/CT TODAY | Base Chg : 180.00 | 180.00 |
| 6/25/12 FILING-BRANCH FAX/PDF | 9482139 | BFX RET | SEVERSON & WERSON 19100 VON KARMAN IRVINE CA 92605 Caller: Liz C. Roberts Wait: 30 Min Case No.: vc059937 Please file the atta Signed: rcvd | LA County Court-Norwalk 12720 Norwalk Blvd NORWALK CA 90650 Case Title: Zamora (VC059937) ched doc (1) with th Ref: 19000.1171 | Base Chg : 106.75 | 106.75 |
| 6/25/12 OC-UNLIMITED PDF/FAX FILE | 9482219 | OCU | SEVERSON & WERSON 19100 VON KARMAN IRVINE CA 92605 Caller: Jeff Weddle Case No.: 30-2011-00452574-CU- Pls. file the attach Signed: consol must efile ps | OCSC-Central 700 Civic Center Drive West SANTA ANA CA 92701 Case Title: Kerns v. Aurora Loan ed tomorrow, 6/26/12 Ref: 19000.1251 | Base Chg : 9.75 | 9.75 |
| 6/26/12 OC-UNLIMITED PDF/FAX FILE | 9482466 | OCU | SEVERSON & WERSON 19100 VON KARMAN IRVINE CA 92605 Caller: DIANA J LOPEZ Case No.: 30 2012 00545318 FILE/CONFORM/RETURN Signed: filed | OCSC-SANTA ANA 700 CIVIC CENTER DRIVE WEST SANTA ANA CA 92701 Case Title: choo v megerchichian NEED EMAIL CONFIRMAT Ref: 70000.0618 | Base Chg : 9.75 Adv/Wit Ck: 40.00 | 49.75 |

Continued

## INVOICE PAYMENT DUE UPON RECEIPT

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     324589     JBS                                    August 16, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     19000     GMAC ResCap
MATTER     0642     Byeon, Young
                    C/M# 704886

**TOTAL AMOUNT DUE**          **$212.70**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324589    JBS                                August 16, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0642    Byeon, Young
C/M# 704886

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|-|-------|------|--------|
| DJR | 06/14/12 | Follow up re status of dismissal of action | L460 | 0.20 | 247.50 | 49.50 |
| DJR | 06/15/12 | Draft email to J. Holtgren re entry of request for dismissal and lis pendens | L460 | 0.30 | 247.50 | 74.25 |
| KKB | 07/11/12 | Review client file and draft recorders coversheet and coordinate recording withdrawal of lis pendens with county recorder | L110 | 0.20 | 148.50 | 29.70 |
| | | **TOTAL** | | **0.70** | | **$153.45** |

## COSTS & EXPENSES

| | | |
|--|--|--|
| 07/12/12 | DDS Legal Support Systems; Court Services; SBSCV- Victorville 6/5/12 | 59.25 |
| | **TOTAL COSTS & EXPENSES** | **$59.25** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|--|-------|--------|
| L110 | Fact Investigation/Development | 0.20 | $29.70 |
| L460 | Post-Trial Motions & Submissio | 0.50 | $123.75 |
| | **TOTAL** | **0.70** | **$153.45** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|--|----------|-------|------|-------|
| Reed, David J. | DJR | Special Counsel | 0.50 | 247.50 | $123.75 |
| Brown, Kimberly | KKB | Paralegal | 0.20 | 148.50 | $29.70 |
| | | **Total** | **0.70** | | **$153.45** |

PRIOR FEES                        $14,130.90

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 324589 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Byeon, Young | | |

PRIOR COSTS & EXPENSES                        $4,949.22

| | |
|---|---|
| FEES | $153.45 |
| COSTS & EXPENSES | $59.25 |
| **TOTAL THIS INVOICE** | **$212.70** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      324590      JBS                                    August 16, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000      GMAC ResCap
MATTER      1247      Galaviz, Jorge and Consuelo
                      GMAC Matter No.: 727068

**TOTAL AMOUNT DUE**            $2,229.30

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324590    JBS

August 16, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1247    Galaviz, Jorge and Consuelo
GMAC Matter No.: 727068

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MKK | 07/02/12 | Review Rescap bankruptcy filing in preparation of assessing its application to the causes of action in the case. | L210 | 0.50 | 225.00 | 112.50 |
| MKK | 07/03/12 | Draft, review, and revise email to client regarding Rescap Bankruptcy order and complaint. | L210 | 2.00 | 225.00 | 450.00 |
| MKK | 07/03/12 | Review complaint, Rescap bankruptcy order, and demurrer in preparation of drafting email to client regarding Rescap bankruptcy order. | L210 | 1.10 | 225.00 | 247.50 |
| MKK | 07/05/12 | Meet with M.K. Sullivan to discuss edits to client email regarding Rescap bankruptcy order. | L210 | 0.20 | 225.00 | 45.00 |
| MKK | 07/05/12 | Review and revise client email regarding Rescap bankruptcy order. | L110 | 0.50 | 225.00 | 112.50 |
| MKK | 07/05/12 | Review title chronology and loan documents in preparation of revising client email regarding Rescap bankruptcy order. | L110 | 0.30 | 225.00 | 67.50 |
| MKK | 07/10/12 | Review and respond to client's email regarding demurrer hearing date. | L110 | 0.10 | 225.00 | 22.50 |
| MKK | 07/11/12 | Review and revise letter to court regarding proposed order (.2); prepare letter and enclosures to court regarding proposed order (.1). | L210 | 0.30 | 225.00 | 67.50 |
| MKK | 07/11/12 | Draft case management statement. | L210 | 0.50 | 225.00 | 112.50 |
| MKK | 07/13/12 | Review plaintiff's case management statement (.2); review and revise case management statement (.1). | L210 | 0.30 | 225.00 | 67.50 |
| MKK | 07/16/12 | Review and revise case management | L210 | 0.50 | 225.00 | 112.50 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. 324590 | CLIENT | GMAC ResCap | | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | MATTER | Galaviz, Jorge & Consuelo | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | conference statement in preparation of filing. | | | | |
| MKK | 07/27/12 | Review email from client regarding Notice of Bankruptcy stay (.1); revise final supplemental bankruptcy order (.5). | L210 | 0.60 | 225.00 | 135.00 |
| MKK | 07/27/12 | Draft and proofread Notice of Bankruptcy Stay. | L210 | 0.60 | 225.00 | 135.00 |
| MCK | 07/30/12 | Meet with Mary Kate Kamka to discuss case management conference. | L120 | 0.30 | 234.00 | 70.20 |
| MKK | 07/30/12 | Review case materials to prepare for case management conference. | L210 | 0.40 | 225.00 | 90.00 |
| ERB | 07/31/12 | Review and revise Notice of Bankruptcy Stay | L250 | 0.40 | 279.00 | 111.60 |
| MKK | 07/31/12 | Review case filings in preparation for case management conference. | L210 | 0.50 | 225.00 | 112.50 |
| MKK | 07/31/12 | Attend case management conference hearing. | L210 | 0.70 | 225.00 | 157.50 |
| | | **TOTAL** | | **9.80** | | **$2,229.30** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 0.90 | $202.50 |
| L120 | Analysis/Strategy | 0.30 | $70.20 |
| L210 | Pleadings | 8.20 | $1,845.00 |
| L250 | Other Written Motions | 0.40 | $111.60 |
| | **TOTAL** | **9.80** | **$2,229.30** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Buell, Edward | ERB | Associate | 0.40 | 279.00 | $111.60 |
| Kelly, Megan | MCK | Special Counsel | 0.30 | 234.00 | $70.20 |
| Kamka, Mary Kate | MKK | Special Counsel | 9.10 | 225.00 | $2,047.50 |
| | **Total** | | **9.80** | | **$2,229.30** |

| | |
|---|---|
| PRIOR FEES | $10,066.50 |
| PRIOR COSTS & EXPENSES | $1,346.44 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324590        CLIENT    GMAC ResCap                                    Page        3
                             MATTER    Galaviz, Jorge & Consuelo

---

|  | FEES | $2,229.30 |
|---|---|---|
| **TOTAL THIS INVOICE** | | **$2,229.30** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 324591 | JBS | August 16, 2012 |
|---|---|---|---|

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
|---|---|---|
| MATTER | 1319 | Baker, Tyler |

GMAC Matter No.: 730118

**TOTAL AMOUNT DUE**             $4,993.20

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.   324591   JBS

August 16, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter   19000 1319   Baker, Tyler
GMAC Matter No.: 730118

FOR PROFESSIONAL SERVICES RENDERED   01/01/1994   07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| JBS | 07/03/12 | Analysis and evaluation of e-mail from client and ex parte hearing issues | L120 | 0.40 | 427.50 | 171.00 |
| MKS | 07/03/12 | Baker - Study and review new case and TRO Application and order for evaluation , handling and defense strategy. Arrange for appearance or continuance of TRO. | L210 | 1.20 | 270.00 | 324.00 |
| CHR | 07/03/12 | Prepare Confirmation of Receipt to Client. Review Initial Correspondence and Pleadings. Review Court Docket and Download additional pleadings. Review Title re recorded Lis Pendens. Prepare Conflicts Request and Calendaring Memo. | L190 | 0.40 | 130.50 | 52.20 |
| MCK | 07/03/12 | Preliminary review of e-mail correspondence and account notes; search court docket for information. | L120 | 0.50 | 234.00 | 117.00 |
| MCK | 07/03/12 | Telephone call to Plaintiff's counsel re: request to postpone ex parte hearing. | L120 | 0.20 | 234.00 | 46.80 |
| MCK | 07/03/12 | Appear by telephone for ex parte application re: TRO. | L220 | 0.50 | 234.00 | 117.00 |
| MCK | 07/03/12 | Preliminary review of Ex Parte Application re: TRO and pull title chronology. | L120 | 0.40 | 234.00 | 93.60 |
| MCK | 07/03/12 | Correspondence with Plaintiff's counsel in advance of ex parte hearing. | L120 | 0.20 | 234.00 | 46.80 |
| MCK | 07/03/12 | E-mail correspondence with client re: postponing trustee's sale. | L120 | 0.20 | 234.00 | 46.80 |
| MCK | 07/03/12 | Detailed review of ex parte application and Account Notes. | L120 | 0.50 | 234.00 | 117.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 324591 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Baker, Tyler | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| MCK | 07/03/12 | Draft preliminary file summary e-mail for client; includes preliminary research of probate issues. | L120 | 0.50 | 234.00 | 117.00 |
| MCK | 07/05/12 | Voicemail for clerk regarding telephonic appearance. | L120 | 0.20 | 234.00 | 46.80 |
| MCK | 07/05/12 | Correspondence with client regarding upcoming hearing. | L120 | 0.30 | 234.00 | 70.20 |
| MCK | 07/05/12 | Further research regarding overlap between non-judicial foreclosure proceedings and testamentary sale of real property. | L120 | 0.50 | 234.00 | 117.00 |
| MCK | 07/05/12 | E-mail correspondence from client re postponement of trustee's sale. | L120 | 0.10 | 234.00 | 23.40 |
| MKS | 07/06/12 | Prepare for and attend (telephonically) hearing on TRO/PI to enforce probate order. | L250 | 1.50 | 270.00 | 405.00 |
| MKS | 07/10/12 | Telephone call with client re:status of short sale approval; upcoming hearing re: PI; strategy re: same. | L120 | 0.20 | 270.00 | 54.00 |
| MKS | 07/10/12 | Telephone call to plaintiff's counsel re: status of Freddie Mac short sale approval process and renewed request for copy of death certificate. | L120 | 0.30 | 270.00 | 81.00 |
| MKS | 07/11/12 | Correspondence with client re: receipt of death certification and status of possible postponement of foreclosure sale to all new review of short sale proposal and probate court order re: same. | L190 | 0.30 | 270.00 | 81.00 |
| MCK | 07/11/12 | Review of death certificate for authorization re: probate matter. | L120 | 0.10 | 234.00 | 23.40 |
| MKS | 07/12/12 | Receive and review correspondence from plaintiff's counsel re: death certificate.  Review correspondence from client re: new short sale review and postponement of foreclosure sale. Responsive correspondence to both re: same. | L120 | 0.40 | 270.00 | 108.00 |
| MCK | 07/16/12 | Correspondence with client regarding status of short sale review and new sale date. | L120 | 0.20 | 234.00 | 46.80 |
| MCK | 07/16/12 | Telephone call with Juliette Robertson regarding case activity. | L120 | 0.20 | 234.00 | 46.80 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 324591 | CLIENT | GMAC ResCap | | | Page | 3 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Baker, Tyler | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| MCK | 07/16/12 | Telephone call with Probate Attorney re: buyer's status. | L120 | 0.10 | 234.00 | 23.40 |
| MKS | 07/17/12 | Attention to impending hearing on OSC re: PI. Strategy re: retrieval of documents resulting in entry of Probate Order setting short sale price and distribution of proceeds. | L250 | 0.40 | 270.00 | 108.00 |
| MCK | 07/17/12 | Additional research regarding sale of decedent's encumbered real property, statutory requirements. | L120 | 1.00 | 234.00 | 234.00 |
| MCK | 07/17/12 | Draft e-mail to client regarding case activity. | L120 | 0.30 | 234.00 | 70.20 |
| MCK | 07/18/12 | Telephone call with opposing counsel re: case activity. | L120 | 0.20 | 234.00 | 46.80 |
| MCK | 07/18/12 | Review of pleadings regarding request for confirmation of sale. | L120 | 0.60 | 234.00 | 140.40 |
| MCK | 07/19/12 | E-mail correspondence from client regarding short sale information. | L120 | 0.10 | 234.00 | 23.40 |
| MKS | 07/20/12 | Review application for PI. Strategy re: response to same. | L250 | 0.30 | 270.00 | 81.00 |
| MCK | 07/20/12 | Review of memo in support of motion re: order confirming sale; analysis re: research. | L120 | 0.80 | 234.00 | 187.20 |
| MCK | 07/23/12 | Review of amended proof of service sent by Plaintiff's counsel. | L120 | 0.10 | 234.00 | 23.40 |
| MCK | 07/23/12 | Draft opposition to memo in support of application for further orders to enforce order and issuance of preliminary injunction. | L120 | 2.00 | 234.00 | 468.00 |
| MKS | 07/24/12 | Review and revise opposition to OSC re: preliminary injunction | L250 | 0.50 | 270.00 | 135.00 |
| MCK | 07/24/12 | Continued drafting of opposition to application for further orders to enforce court order & injunctive relief; request for judicial notice and declaration. | L120 | 2.00 | 234.00 | 468.00 |
| MCK | 07/24/12 | E-mail correspondence with client re: opposition to application for further orders to enforce order. | L120 | 0.50 | 234.00 | 117.00 |
| MCK | 07/24/12 | E-mail correspondence with Petitioner's counsel re: e-mailing courtesy copy of pleadings. | L120 | 0.20 | 234.00 | 46.80 |
| MCK | 07/25/12 | Preparation for hearing re: petitioner motion for preliminary injunction. | L220 | 0.50 | 234.00 | 117.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 324591 | CLIENT | GMAC ResCap | | | | Page | 4 |
|---|---|---|---|---|---|---|---|---|
| | | MATTER | Baker, Tyler | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| MCK | 07/25/12 | Appearance by telephone at hearing re: Petitioner request for preliminary injunction. | L220 | 0.70 | 234.00 | | 163.80 |
| MCK | 07/25/12 | Draft e-mail to client re: hearing on preliminary injunction. | L120 | 0.30 | 234.00 | | 70.20 |
| MCK | 07/25/12 | Correspondence from Petitioner's counsel regarding continued short sale negotiations. | L120 | 0.20 | 234.00 | | 46.80 |
| MCK | 07/25/12 | E-mail correspondence from client with signed declaration. | L120 | 0.10 | 234.00 | | 23.40 |
| MCK | 07/25/12 | E-mail correspondence with Petitioner's counsel re: telephonic appearance at hearing and court delay. | L120 | 0.10 | 234.00 | | 23.40 |
| MCK | 07/26/12 | E-mail correspondence to Petitioner's counsel re: continued negotiations. | L120 | 0.10 | 234.00 | | 23.40 |
| | | **TOTAL** | | **20.40** | | | **$4,993.20** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 14.10 | $3,409.20 |
| L190 | Other Case Assessment | 0.70 | $133.20 |
| L210 | Pleadings | 1.20 | $324.00 |
| L220 | Preliminary Injunctions/Provis | 1.70 | $397.80 |
| L250 | Other Written Motions | 2.70 | $729.00 |
| | **TOTAL** | **20.40** | **$4,993.20** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Rommell, Clair | CHR | Paralegal | 0.40 | 130.50 | $52.20 |
| Sullivan, John | JBS | Member | 0.40 | 427.50 | $171.00 |
| Kelly, Megan | MCK | Special Counsel | 14.50 | 234.00 | $3,393.00 |
| Sullivan, Mary Kate | MKS | Member | 5.10 | 270.00 | $1,377.00 |
| | **Total** | | **20.40** | | **$4,993.20** |

| | | | | |
|---|---|---|---|---|
| | | | FEES | $4,993.20 |
| | | | **TOTAL THIS INVOICE** | **$4,993.20** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324609    JBS                                    August 17, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    0704    Casas, Hermina
                  GMAC Matter No.:

**TOTAL AMOUNT DUE**          $2,857.50

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324609    JBS

August 17, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0704    Casas, Hermina
GMAC Matter No.:

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| RJG | 07/05/12 | Analysis and evaluation of case investigation issues and attention to litigation and informal resolution strategies. | L120 | 0.30 | 274.50 | 82.35 |
| RJG | 07/06/12 | Analysis and evaluation of informal resolution and case investigation issues and attention to litigation strategy. | L120 | 0.20 | 274.50 | 54.90 |
| RJG | 07/13/12 | Analysis and evaluation of complaint and informal resolution issues and attention to litigation strategy. | L120 | 0.30 | 274.50 | 82.35 |
| RJG | 07/19/12 | Attention to complaint and case strategy issues and correspondence with our client to advise regarding the same. | L120 | 0.40 | 274.50 | 109.80 |
| BAE | 07/19/12 | Email with client regarding draft complaint. | L210 | 0.30 | 247.50 | 74.25 |
| RJG | 07/20/12 | Attention to complaint issues and correspondence with our client to advise regarding the same. | L210 | 0.30 | 274.50 | 82.35 |
| BAE | 07/20/12 | Prepare complaint and civil case cover sheet for filing. | L210 | 0.80 | 247.50 | 198.00 |
| SMH | 07/26/12 | Attention to GMAC complaint for failure to obtain payoff fund, conference re recovery from alternative parties, including closing agent. | L120 | 0.40 | 333.00 | 133.20 |
| RSS | 07/26/12 | Confer with J. Sullivan and R. Gandy regarding status and strategy and review case materials in connection with same. | L120 | 0.90 | 288.00 | 259.20 |
| JBS | 07/30/12 | Analysis and evaluation of strategy for recovering of funds mistakenly paid in | L120 | 1.00 | 427.50 | 427.50 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 324609 | CLIENT | GMAC ResCap | | | | Page | 2 |
|---|---|---|---|---|---|---|---|---|
| | | MATTER | Casas, Hermina | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | loan payoff | | | | | |
| RSS | 07/30/12 | Review and analyze case materials and research revised complaint based on same. | L210 | 2.30 | 288.00 | 662.40 |
| RSS | 07/31/12 | Research, draft and revise complaint. | L210 | 2.40 | 288.00 | 691.20 |
| | | **TOTAL** | | **9.60** | | **$2,857.50** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 3.50 | $1,149.30 |
| L210 | Pleadings | 6.10 | $1,708.20 |
| | **TOTAL** | **9.60** | **$2,857.50** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Eilenberg, Benjamin A. | BAE | Associate | 1.10 | 247.50 | $272.25 |
| Sullivan, John | JBS | Member | 1.00 | 427.50 | $427.50 |
| Gandy, Robert | RJG | Special Counsel | 1.50 | 274.50 | $411.75 |
| Saelao, Rebecca | RSS | Special Counsel | 5.60 | 288.00 | $1,612.80 |
| Hankins, Suzanne | SMH | Member | 0.40 | 333.00 | $133.20 |
| | **Total** | | **9.60** | | **$2,857.50** |

| PRIOR FEES | $3,269.25 |
|---|---|
| PRIOR COSTS & EXPENSES | $184.13 |

| | FEES | $2,857.50 |
|---|---|---|
| | **TOTAL THIS INVOICE** | **$2,857.50** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      324628      JBS                                    August 20, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000      GMAC ResCap
MATTER      0188       Breining, Fred and Cathy v. Wells Fargo Bank
                       C/M# 699646

**TOTAL AMOUNT DUE**          $10,739.80

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     324628     JBS                                     August 20, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter     19000 0188     Breining, Fred and Cathy v. Wells Fargo Bank
C/M# 699646

FOR PROFESSIONAL SERVICES RENDERED     01/01/1994     07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| ERB | 07/03/12 | Review matter and prepare status report for client. | L120 | 0.10 | 279.00 | 27.90 |
| JDI | 07/05/12 | Review plaintiffs' loan modification application and correspond with plaintiffs' counsel re same. | L160 | 0.50 | 279.00 | 139.50 |
| JDI | 07/05/12 | Draft letter to plaintiffs' counsel re recording withdrawals of lis pendens. | L190 | 1.10 | 279.00 | 306.90 |
| BJJ | 07/05/12 | Determine if Withdrawals of Lis Pendens have been recorded by plaintiff's counsel. | L190 | 0.20 | 130.50 | 26.10 |
| JDI | 07/09/12 | Draft reply in support of motion for sanctions. | L250 | 5.70 | 279.00 | 1,590.30 |
| JDI | 07/09/12 | Review new loan modification application and correspond with plaintiffs' counsel and client re same. | L160 | 0.80 | 279.00 | 223.20 |
| JDI | 07/10/12 | Draft reply in support of motion for sanctions. | L250 | 6.50 | 279.00 | 1,813.50 |
| JDI | 07/11/12 | Draft reply in support of motion for sanctions. | L250 | 1.70 | 279.00 | 474.30 |
| JDI | 07/11/12 | Correspond with plaintiffs' counsel re lis pendens. | L190 | 0.30 | 279.00 | 83.70 |
| BJJ | 07/11/12 | Determine if the Withdrawals of Lis Pendens filed against 935 Amador Ave. and 965 Piermont Ct, Galt, CA had been recorded in the office of the Sacramento County Recorder. | L190 | 0.20 | 130.50 | 26.10 |
| BJJ | 07/13/12 | Determine if withdrawals of Lis Pendens have been recorded. | L190 | 0.10 | 130.50 | 13.05 |
| JDI | 07/16/12 | Draft supplemental briefing on attorneys' fee motion per court order. | L250 | 1.00 | 279.00 | 279.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 324628 | CLIENT | GMAC ResCap | | | Page | 2 |
| | | MATTER | Breining, Fred & Cathy | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|
| BJJ | 07/16/12 | Determine if withdrawals of lis pendens had been recorded for 935 Amador Ave and 965 Piermont Ct., Galt, CA. | L190 | 0.20 | 130.50 | 26.10 |
| JDI | 07/17/12 | Draft supplemental brief in support of motion for attorneys' fee per court order. | L250 | 5.60 | 279.00 | 1,562.40 |
| JDI | 07/17/12 | Review tentative ruling on motion for sanctions. | L250 | 0.30 | 279.00 | 83.70 |
| JDI | 07/18/12 | Draft supplemental briefing in support of motion for attorneys' fee per court order. | L250 | 4.00 | 279.00 | 1,116.00 |
| JDI | 07/18/12 | Correspond with plaintiffs' counsel re lis pendens and motion to expunge lis pendens. | L190 | 0.80 | 279.00 | 223.20 |
| JDI | 07/19/12 | Correspond with J. Holtgren re lis pendens. | L190 | 0.30 | 279.00 | 83.70 |
| JDI | 07/19/12 | Draft supplemental briefing in support of motion for attorneys' fees per court order. | L250 | 3.10 | 279.00 | 864.90 |
| BJJ | 07/19/12 | Retrieve copy of recorded Withdrawal of Lis Pendens for the 935 Amador Ave. property . | L190 | 0.20 | 130.50 | 26.10 |
| JDI | 07/26/12 | Draft second reply in support of motion for sanctions after court struck plaintiffs' original opposition. | L250 | 3.50 | 279.00 | 976.50 |
| JDI | 07/27/12 | Finalize reply in support of motion for sanctions. | L250 | 0.30 | 279.00 | 83.70 |
| | | **TOTAL** | | **36.50** | | **$10,049.85** |

## COSTS & EXPENSES

| | | | |
|---|---|---|
| 07/02/12 | CourtCall, LLC; CourtCall - Conference Service; 07/31/12 | 78.00 |
| 07/02/12 | CourtCall, LLC; CourtCall - Conference Service; 07/18/12 | 78.00 |
| 07/06/12 | First Legal Network, LLC; Transmittal of filing to court; SCSC- Sacramento 6/12/12 | 35.00 |
| 07/06/12 | First Legal Network, LLC; Transmittal of filing to court; SCSC- Sacramento 6/13/12 | 32.75 |
| 07/06/12 | Cardmember Service/Bank One (Acct #7755); Data Search; 935 Amador Ave Sacramento, CA 06/12/12 | 41.95 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.   324628 | CLIENT   GMAC ResCap | Page    3 |
|---|---|---|
| | MATTER   Breining, Fred & Cathy | |

| Date | Description | Amount |
|---|---|---|
| 07/20/12 | First Legal Network, LLC; Transmittal of filing to court; SCSC- Sacramento 6/19/12; Advance ck. $40.00 | 106.50 |
| 07/20/12 | First Legal Network, LLC; Transmittal of filing to court; SCSC- Sacramento 6/19/12 | 29.75 |
| 07/20/12 | First Legal Network, LLC; Transmittal of filing to court; SCSC- Sacramento, Advance ck. $40.00 6/19/12 | 288.00 |
| | **TOTAL COSTS & EXPENSES** | **$689.95** |

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.10 | $27.90 |
| L160 | Settlement/Non-Binding ADR | 1.30 | $362.70 |
| L190 | Other Case Assessment | 3.40 | $814.95 |
| L250 | Other Written Motions | 31.70 | $8,844.30 |
| | **TOTAL** | **36.50** | **$10,049.85** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Johnson, Betty | BJJ | Paralegal | 0.90 | 130.50 | $117.45 |
| Buell, Edward | ERB | Associate | 0.10 | 279.00 | $27.90 |
| Ives, Jon | JDI | Associate | 35.50 | 279.00 | $9,904.50 |
| | **Total** | | **36.50** | | **$10,049.85** |

| | |
|---|---|
| PRIOR FEES | $86,643.90 |
| PRIOR COSTS & EXPENSES | $1,944.38 |

| | |
|---|---|
| FEES | $10,049.85 |
| COSTS & EXPENSES | $689.95 |
| **TOTAL THIS INVOICE** | **$10,739.80** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# INVOICE

...egal Network LLC
...Box 749806 Los Angeles, CA 90074—9806

TAX ID# 27-3093840

| Invoice No. | Customer No. |
|---|---|
| 266949 | 82035 |
| Invoice Date | Total Due |
| 6/30/12 | 24,713.66 |

SEVERSON & WERSON
1 EMBARCADERO CENTER
SUITE 2600
SAN FRANCISCO, CA 94111

BILLING QUESTIONS CALL:
BILLING DEPT(213)213-2631
PAYMENT QUESTIONS CALL:
PAYMENT DEPT(213)213-2640

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 82035 | 266949 | 6/30/12 | 24,713.66 | 8 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 6/19/12 | 6806632 | BFX | SEVERSON & WERSON<br>1 EMBARCADERO CENTER<br>SAN FRANCISCO   CA 94111<br>Caller: Imelda Hernandez Wait: 20 Min<br>Case No.: 37-2012-00067354-CU-<br>Signed: FILED/PDF/PCHD | SDSC-EL CAJON<br>250 EAST MAIN STREET<br>EL CAJON    CA 92020<br>Case Title: Jarvis v. Bank of Am<br>Ref: 70000.0782 | Base Chg : 48.25<br>PDF/OvrNte: 55.50<br>Adv/Wit Ck: 1185.00 | 1,288.75 |
| FILING-BRANCH FAX/PDF | | | | | | |
| 6/19/12 | 6806655 | BFX | SEVERSON & WERSON<br>1 EMBARCADERO CENTER<br>SAN FRANCISCO   CA 94111<br>Caller: Isabel Kunst   Wait: 25 Min<br>Case No.: C12-01060<br>FILE/CONFORM/RETURN<br>Signed: FILED | CCSC-MARTINEZ<br>725 COURT STREET<br>MARTINEZ    CA 94553<br>Case Title: RODRIGUEZ V. WELLS F<br>Ref: 55000.0286 | Base Chg : 71.50 | 71.50 |
| FILING-BRANCH FAX/PDF | | | | | | |
| 6/19/12 | 6806666 | FAX | SEVERSON & WERSON<br>1 EMBARCADERO CENTER<br>SAN FRANCISCO   CA 94111<br>Caller: Isabel Kunst   Wait: 15 Min<br>Case No.: CGC11515008<br>FILE/CONFORM/RETURN<br>Signed: filed/cc to dept 610 | SFSC-SAN FRANCISCO<br>400 MCALLISTER STREET<br>SAN FRANCISCO   CA 94102<br>Case Title: MASSIS<br>CC TO DEPT 610<br>Ref: 55000.0017 | Base Chg : 29.75 | 29.75 |
| FILING-FAX/PDF | | | | | | |
| 6/19/12 | 6806686 | BFX | SEVERSON & WERSON<br>1 EMBARCADERO CENTER<br>SAN FRANCISCO   CA 94111<br>Caller: Mary Azerbergi<br>Case No.: VG115833433<br>FILE/CONFORM/RETURN<br>Signed: FILED CC | ACSC-OAKLAND<br>1225 FALLON STREET<br>OAKLAND    CA 94612<br>Case Title: HERNANDEZ VS DEUTSCH<br>CC TO DEPT 16<br>Ref: 70000.0246 | Base Chg : 57.50 | 57.50 |
| FILING-BRANCH FAX/PDF | | | | | | |
| 6/19/12 | 6806699 | FAX | SEVERSON & WERSON<br>1 EMBARCADERO CENTER<br>SAN FRANCISCO   CA 94111<br>Caller: Valerie Vitullo<br>Case No.: 34-2010-00076832<br>FILE/CONFORM/RETURN<br>Signed: FILED | SCSC-SACRAMENTO<br>720 9TH STREET<br>SACRAMENTO   CA 95814<br>Case Title: BREINING VS.CATHY<br>Ref: WFB19000.0188 | Base Chg : 29.75<br>PDF/OvrNte: 36.75<br>Adv/Wit Ck: 40.00 | 106.50 |
| FILING-FAX/PDF | | | | | | |
| 6/19/12 | 6806754 | FSP | SEVERSON & WERSON<br>1 EMBARCADERO CENTER<br>SAN FRANCISCO   CA 94111<br>Caller: Isabel Kunst<br>Case No.: C1101941<br>ADVANCE $40.00<br>Signed: PERSONAL | TAJ LOCKETT<br>1145 2ND STREET<br>BRENTWOOD    CA 94513<br>Comment: 2 ADDRESSES<br>Case Title: SCHAL V. FEDERAL<br>Ref: 07685.0964 | Base Chg : 175.00<br>PDF/OvrNte: 25.00<br>Attmpt/StkO: 175.00<br>Adv/Wit Ck: 40.00 | 415.00 |
| PROCESS-FORWARD SAME DAY | | | | | | |
| | | | | | | Continued |

## INVOICE PAYMENT DUE UPON RECEIPT

# INVOICE

Legal Network LLC
PO Box 749806 Los Angeles, CA 90074-9806

TAX ID# 27-3093840

| Invoice No. | Customer No. |
|---|---|
| 266949 | 82035 |
| Invoice Date | Total Due |
| 6/30/12 | 24,713.66 |

SEVERSON & WERSON
1 EMBARCADERO CENTER
SUITE 2600
SAN FRANCISCO, CA 94111

BILLING QUESTIONS CALL:
BILLING DEPT (213) 213-2631
PAYMENT QUESTIONS CALL:
PAYMENT DEPT (213) 213-2640

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 82035 | 266949 | 6/30/12 | 24,713.66 | 10 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 6/19/12 FILING-FAX/PDF | 6806830 | FAX | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO    CA 94111 Caller: Valerie Vitullo Case No.: 34-2012-00121374 FILE/CONFORM/RETURN Signed: FILED | SCSC-SACRAMENTO 720 9TH STREET SACRAMENTO       CA 95814 Case Title: FRED VS. WELLS Ref: FRED VS. WELLS | Base Chg : 29.75 | 29.75 |
| 6/19/12 FILING-FAX/PDF | 6806832 | FAX | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO   .CA 94111 Caller: Valerie Vitullo Case No.: 34-2012-00121374 FILE/CONFORM/RETURN Signed: FILED | SCSC-SACRAMENTO 720 9TH STREET SACRAMENTO       CA 95814 Case Title: FRED VS. WELLS FARGO Ref: FRED VS. WELLS | Base Chg : 29.75 PDF/OvrNte: 218.25 Adv/Wit Ck: 40.00 | 288.00 |
| 6/19/12 FILING-FAX/PDF | 6806833 | FAX | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO    CA 94111 Caller: ANGELA L. EURE Case No.: 34-2011-00095268 FILE/CONFORM/RETURN Signed: FILED | SCSC-SACRAMENTO 720 9TH STREET SACRAMENTO       CA 95814 Case Title: Reyes v. Deutsche Ba Ref: 19000.0595-REYES | Base Chg : 29.75 | 29.75 |
| 6/19/12 FILING-BRANCH FAX/PDF | 6806834 | BFX | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO    CA 94111 Caller: Isabel Kunst Case No.: SCV250077 FILE/CONFORM/RETURN Signed: RECEIVED | SONOMA COUNTY SUPERIOR COURT 600 ADMINSTRATION DRIVE SANTA ROSA       CA 95403-2818 Case Title: WESTON V WELLS FARGO Ref: 07685.1045 | Base Chg : 92.50 | 92.50 |
| 6/19/12 FILING-BRANCH FAX/PDF | 6806847 | BFX | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO    CA 94111 Caller: Isabel Kunst Case No.: 250077 FILE/CONFORM/RETURN Signed: RECEIVED | SONOMA COUNTY SUPERIOR COURT 600 ADMINSTRATION DRIVE SANTA ROSA       CA 95403-2818 Case Title: weston v wells fargo Ref: 07685.1045 | Base Chg : 92.50 | 92.50 |
| 6/19/12 FILING-BRANCH NEXT DAY | 6806872 | BFL | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO    CA 94111 Caller: Marilyn Li Case No.: VC056231 RECORD/CONFORM/RETRN Signed: RECORDED | RECORDER-NORWALK 12400 EAST IMPERIAL HIGHWAY NORWALK        CA 90650 Case Title: SANCHEZ V BANK OF NY Ref: 70000.0310 | Base Chg : 119.25 Adv/Wit Ck: 48.00 | 167.25 |

*19000.0188*

*19000.0186*

Continued

## INVOICE PAYMENT DUE UPON RECEIPT

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324629    JBS                                    August 20, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1209    La Bella, Steven
GMAC Matter No.: 725278

**TOTAL AMOUNT DUE**           $5,560.39

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324629    JBS                                    August 20, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1209    La Bella, Steven
                         GMAC Matter No.: 725278

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| RJG | 07/03/12 | Analysis and evaluation of Plaintiff's first amended complaint, review and revise the demurrer to the first amended complaint and correspondence with our client to advise regarding the same. | L250 | 0.80 | 274.50 | 219.60 |
| DL | 07/03/12 | Prepare demurrer to first amended complaint for newly added defendants; prepare arguments for demurrer re claims for violation of Civil Code section 2934, slander of title, fraud, statute of limitations, cancellation of instruments, unfair competition, declaratory relief, injunctive relief, emotional distress and other allegations in first amended complaint; prepare correspondence to client re same. | L430 | 3.20 | 288.00 | 921.60 |
| RJG | 07/06/12 | Attention to demurrer to first amended complaint and pending case issues and correspondence with our client to address the same. | L250 | 0.30 | 274.50 | 82.35 |
| DL | 07/06/12 | Finalize demurrer to first amended complaint as to ten claims against defendants; prepare request for judicial notice and order; exchange correspondence with client re representation of U.S. Bank. | L430 | 1.50 | 288.00 | 432.00 |
| DL | 07/08/12 | Work on getting default judgment package from court filed by plaintiff. | L190 | 0.10 | 288.00 | 28.80 |
| RJG | 07/10/12 | Attention to demurrer and pending case issues and correspondence with our client to advise regarding the same. | L120 | 0.30 | 274.50 | 82.35 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 324629 | CLIENT | GMAC ResCap | | | Page | 2 |
| | | MATTER | La Bella, Steven | | | | |

| | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| DL | 07/10/12 | Strategy re preparing motion to expunge lis pendens. | L190 | 0.10 | 288.00 | 28.80 |
| RJG | 07/20/12 | Analysis and evaluation of lis pendens issues and review and revise the motion to expunge lis pendens. | L250 | 0.80 | 274.50 | 219.60 |
| DL | 07/20/12 | Strategy re preparing motion to expunge lis pendens. | L430 | 0.10 | 288.00 | 28.80 |
| BAE | 07/20/12 | Draft notice of motion, motion to expunge lis pendens, memorandum of points and authorities supporting motion, declaration of Ben A. Eilenberg, and proposed order. | L220 | 3.60 | 247.50 | 891.00 |
| RJG | 07/23/12 | Attention to motion to expunge lis pendens and pending litigation strategy issues. | L250 | 0.30 | 274.50 | 82.35 |
| DL | 07/23/12 | Work on revising motion to expunge lis pendens and order; strategy with Ben Eilienberg re revisions and obtaining hearing date. | L430 | 0.40 | 288.00 | 115.20 |
| RJG | 07/25/12 | Analysis and evaluation of first amended complaint issues and attention to the demurrer to the first amended complaint. | L250 | 0.30 | 274.50 | 82.35 |
| DL | 07/30/12 | Prepare case update on chart for client. | L190 | 0.10 | 288.00 | 28.80 |
| DL | 07/31/12 | Analyze court docket re status of default judgment and analyze correspondence with court clerk re same. | L190 | 0.20 | 288.00 | 57.60 |
| | | **TOTAL** | | **12.10** | | **$3,301.20** |

## COSTS & EXPENSES

| | | |
| --- | --- | --- |
| 07/06/12 | Cardmember Service/Bank One (Acct #7755); Data Search; 10984 Sinclair Street San Bernardino, CA 06/27/12 | 34.24 |
| 07/18/12 | One Legal, Inc.; Transmittal of filing to court; Demurrer, Request for Judicial Notice, Order including Court Filing Fee $2175 07/06/12 | 2,224.95 |
| | **TOTAL COSTS & EXPENSES** | **$2,259.19** |

## BILLING SUMMARY

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| | | | |
|---|---|---|---|
| Invoice No.   324629 | **CLIENT**   GMAC ResCap | Page | 3 |
| | **MATTER**   La Bella, Steven | | |

| Task Code and Description | | Hours | Amount |
|---|---|---:|---:|
| L120 | Analysis/Strategy | 0.30 | $82.35 |
| L190 | Other Case Assessment | 0.50 | $144.00 |
| L220 | Preliminary Injunctions/Provis | 3.60 | $891.00 |
| L250 | Other Written Motions | 2.50 | $686.25 |
| L430 | Written Motions/Submissions | 5.20 | $1,497.60 |
| | **TOTAL** | **12.10** | **$3,301.20** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---:|---:|---:|
| Eilenberg, Benjamin A. | BAE | Associate | 3.60 | 247.50 | $891.00 |
| Liu, David | DL | Associate | 5.70 | 288.00 | $1,641.60 |
| Gandy, Robert | RJG | Special Counsel | 2.80 | 274.50 | $768.60 |
| | **Total** | | **12.10** | | **$3,301.20** |

| | |
|---|---|
| PRIOR FEES | $6,827.40 |
| PRIOR COSTS & EXPENSES | $488.24 |

| | |
|---|---:|
| FEES | $3,301.20 |
| COSTS & EXPENSES | $2,259.19 |
| **TOTAL THIS INVOICE** | **$5,560.39** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

Novato, CA 94947
(800) 938-8815

26-0259046

504 Redwood Blvd., Suite 223
Novato, CA 94947
(800) 938-8815



SEVERSON & WERSON
ATTN:
1 Embarcadero Ctr
Suite 2600
San Francisco, CA 94111

| Cust. No.: | 0000562 |
| Invoice No.: | 2019303 |
| Inv. Date: | 7/6/12 |
| Due Date: | 7/21/12 |
| Total: | $2,224.95 |
| Terms: | Net 15 |

| INVOICE No. | |
|---|---|
| 2019303 | |
| Date: | 7/6/12 |
| Cust. No.: | 0000562 |

| Law Firm Contact: | David Liu |
|---|---|
| Client File No.: | 19000.1209 |
| Case Short Title: | La Bella, Steven V. GMAC Mortgage |
| Documents: | Demurrer, Request for Judicial Notice, Order |
| One Legal Branch: | Riverside |
| Court Description: | Superior Court of California, San Bernardino County |

| COURT FILING FEE | $2,175.00 |
|---|---|
| COURT FILING SERVICE FEE | $49.95 |

| Due Date | 7/21/12 | | Total This Invoice | $2,224.95 |
|---|---|---|---|---|



# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324630    JBS                                    August 20, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER   1235     Cuesta, Sheila
                  GMAC Matter No.: 726545

**TOTAL AMOUNT DUE**          **$697.25**

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

**Severson**
**&Werson**

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324630    JBS                                                    August 20, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1235    Cuesta, Sheila
                        GMAC Matter No.: 726545

FOR PROFESSIONAL SERVICES RENDERED       01/01/1994        07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| BAE | 07/25/12 | Attend court mandated conference. | L230 | 0.80 | 247.50 | 198.00 |
| | | **TOTAL** | | **0.80** | | **$198.00** |

### COSTS & EXPENSES

| | | |
|---|---|---|
| 07/06/12 | Cardmember Service/Bank One (Acct #7755); Data Search; CA - Orange, Document 2010.413555 06/08/12 | 14.85 |
| 07/12/12 | DDS Legal Support Systems;  Transmittal of filing to court; Orange County Superior Court 6/8/12; Advance fees $6/8/12 | 474.45 |
| 07/13/12 | One Legal, Inc.; Transmittal of filing to court; Memorandum of Costs 06/28/12 | 9.95 |

**TOTAL COSTS & EXPENSES**                         **$499.25**

### BILLING SUMMARY

| Task Code and Description | Hours | Amount |
|--------------------------|-------|--------|
| L230    Court Mandated Conferences | 0.80 | $198.00 |
| **TOTAL** | **0.80** | **$198.00** |

| Timekeeper | Position | Hours | Rate | Value |
|------------|----------|-------|------|-------|
| Eilenberg, Benjamin A.    BAE | Associate | 0.80 | 247.50 | $198.00 |
| **Total** | | **0.80** | | **$198.00** |

| | |
|---|---|
| PRIOR FEES | $3,000.15 |
| PRIOR COSTS & EXPENSES | $507.90 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 324630 | CLIENT | GMAC ResCap | | Page | 2 |
|---|---|---|---|---|---|---|
| | | MATTER | Cuesta, Sheila | | | |

|  | |
|---|---|
| FEES | $198.00 |
| COSTS & EXPENSES | $499.25 |
| **TOTAL THIS INVOICE** | **$697.25** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

Customer Number
4669
Invoice Number
264762

Costa Mesa, CA 92626
714-662-5555
DDS Tax ID: 33-0298466

References   -   19000|1235 BAE CUESTA

| Order Date | Order ID | | | |
|------------|----------|--------|-------------|------------|
| Order Type | | Origin | Destination | References |
| Caller | | | | |
| 06/08/2012 | 2339291 | DDS | Orange County Superior Court | 19000|1235 BAE Cuesta |
| E-File/Fax File/E-Delivery | | 2900 Bristol St | 700 Civic Center Dr W | Sheila Cuesta v. US Bank |
| Sabrina Gridley (949) 442-7110 | | Costa Mesa CA 92626-5981 | Santa Ana CA 92701 | 30-2012-00547322-CU-OI |

Remarks:   (1) Notice of Demurrer/Demurrer to First

Documents:

| | |
|---|---|
| E-File/Fax File/E-Delivery | $39.95 |
| Advanced Fees | $395.00    347523 |
| Advanced Costs Surcharge | $39.50 |
| Order Total: | $474.45 |

References - 19000|1235 BAE CUESTA Total:          $474.45

References   -   19000-1214

| Order Date | Order ID | | | |
|------------|----------|--------|-------------|------------|
| Order Type | | Origin | Destination | References |
| Caller | | | | |
| 06/01/2012 | 2335859 | DDS Riverside | Riverside Superior - (MAIN) | 19000-1214 |
| E-File/Fax File/E-Delivery | | 3638 University Ave # 226 | 4050 Main St | Janaka Ratnayake v GMA |
| Sabrina Gridley (949) 442-7110 | | Riverside CA 92501-3331 | Riverside CA 92501 | RIC535667 |

Remarks:   (1) Notice of Ruling on Demurrer and Motion

Documents:

| | |
|---|---|
| E-File/Fax File/E-Delivery | $59.95 |
| Waiting Time | $9.00 |
| Order Total: | $68.95 |

References - 19000-1214 Total:          $68.95

References   -   55000.0069

| Order Date | Order ID | | | |
|------------|----------|--------|-------------|------------|
| Order Type | | Origin | Destination | References |
| Caller | | | | |
| 06/13/2012 | 2341227 | Lasc West District - Santa Monica | Severson & Werson | 55000.0069 |
| "Research" On Demand Delivery | | 1725 Main St | 19100 Von Karman Ave Ste 700 | |
| Linda Owen | | Santa Monica CA 90401-3289 | Irvine CA 92612-6578 | SC114140 |

Remarks:   Obtain copy of DISM (as to wells fargo or

Documents:

| | |
|---|---|
| "Research" On Demand Delivery | $35.00 |
| Waiting Time | $4.50 |
| Research Time | $9.00 |
| Order Total: | $48.50 |

References - 55000.0069 Total:          $48.50

We appreciate your business!

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324631    JBS

August 20, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1249    Kanagaki, Robert
GMAC Matter No.:  726999

**TOTAL AMOUNT DUE**          $310.10

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324631    JBS                                                August 20, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1249    Kanagaki, Robert
                GMAC Matter No.: 726999

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| JVZ | 07/15/12 | Review case file to respond to inquiry re case status | L120 | 0.50 | 288.00 | 144.00 |
| | | **TOTAL** | | **0.50** | | **$144.00** |

### COSTS & EXPENSES

| | | | |
|---|---|---|---|
| | 07/16/12 | One Legal, Inc.; Transmittal of filing to court; Amended Notice of Removal, Exhibit A to Amended Notice of Re...05/22/12 | 143.15 |
| | 07/16/12 | One Legal, Inc.; Transmittal of filing to court; Defendant's Ally Financial Inc's Memorandum of Points and Authorities... 05/23/12 | 22.95 |

**TOTAL COSTS & EXPENSES**                        **$166.10**

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L120    Analysis/Strategy | | 0.50 | $144.00 |
| **TOTAL** | | **0.50** | **$144.00** |

| Timekeeper | | Position | Hours | Rate | Value |
|-----------|---|----------|-------|------|-------|
| Van Zandt, Jonah | JVZ | Associate | 0.50 | 288.00 | $144.00 |
| **Total** | | | **0.50** | | **$144.00** |

PRIOR FEES                        $16,437.60
PRIOR COSTS & EXPENSES            $73.16

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 324631 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Kanagaki, Robert | | |

| | |
|---|---|
| FEES | $144.00 |
| COSTS & EXPENSES | $166.10 |
| **TOTAL THIS INVOICE** | **$310.10** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

REMIT PAYMENT TO:
One Legal LLC
504 Redwood Blvd., Suite 223
Novato CA  94947
(800) 938-8815

SEVERSON & WERSON
ATTN:
1 Embarcadero Ctr
Suite 2600
San Francisco CA  94111

| | |
|---|---|
| Cust. No.: | 0000562 |
| Invoice No.: | 7164758 |
| Inv. Date: | 5/22/2012 |
| Due Date: | 6/6/2012 |
| Total: | $143.15 |
| Terms: | Net 15 |

## INVOICE No.
### 7164758

| | |
|---|---|
| Date: | 5/22/2012 |
| Cust No. | 0000562 |

Law Firm Contact : Jonah S. Van Zandt
Client File No. : 19000.1249
Case Short Title: Robert Kanagaki et al. V. Ally Financial Inc. et al.
Documents: Amended Notice of Removal, Exhibit A to Amended Notice of Re
One Legal Branch: LOS ANGELES
Court: United States District Court, Central District of California
Description:

PLEASE NOTE
NEW ADDRESS
ABOVE

| | |
|---|---|
| COURT FILING SERVICE FEE | $49.95 |
| COURT FILING COPY CHARGE | $43.25 |
| COURT FILING URGENT CHARGE | $49.95 |

FROM ACCOUNTING
Please provide the following:
☐ Client/Match # 19000-1249
☐ Firm - G/L #
☐ Authorization  ADI

| Due Date | 6/6/2012 | Total This Invoice | $143.15 |
|---|---|---|---|



# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324632    JBS                                        August 20, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1285    White, Terence E. and Linda
                  GMAC Matter No.: 724563

**TOTAL AMOUNT DUE**        $2,427.45

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324632    JBS                                          August 20, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1285    White, Terence E. and Linda
                        GMAC Matter No.: 724563

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    07/31/2012

| Atty | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| YS | 07/31/12 | Draft case status update for client report L190 | 0.10 | 238.50 | 23.85 |
| JHT | 07/31/12 | Corresponded with Plaintiff's Counsel    L190 Re. FAC and Demurrer Hearing. | 0.20 | 238.50 | 47.70 |
| | | **TOTAL** | **0.30** | | **$71.55** |

## COSTS & EXPENSES

| | | | |
|--|--|--|--|
| 07/12/12 | One Legal, Inc.; Transmittal of filing to court; Demurrer to Pl's FAC, RJN ISO Demurrer to Pl's FAC, Proposed including Court Filing Fee $40 06/25/12 | | 119.95 |
| 07/24/12 | One Legal, Inc.; Transmittal of filing to court; Def. ETS' Decl. of Non-Monetary Status including Court Filing Fee $2175 07/13/12 | | 2,235.95 |

**TOTAL COSTS & EXPENSES**                    **$2,355.90**

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L190 | Other Case Assessment | 0.30 | $71.55 |
| | **TOTAL** | **0.30** | **$71.55** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Tuffaha, Joe | JHT | Associate | 0.20 | 238.50 | $47.70 |
| Shaham, Yaron | YS | Special Counsel | 0.10 | 238.50 | $23.85 |
| | **Total** | | **0.30** | | **$71.55** |

PRIOR FEES                    $3,663.90

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 324632 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | White, Terence E. & Linda | | |

PRIOR COSTS & EXPENSES                          $78.79

|  |  |
|---|---|
| FEES | $71.55 |
| COSTS & EXPENSES | $2,355.90 |
| **TOTAL THIS INVOICE** | **$2,427.45** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

One Legal LLC
504 Redwood Blvd., Suite 223
Novato, CA  94947
(800) 938-8815

26-0259046

**REMIT PAYMENT TO:**
One Legal LLC
504 Redwood Blvd., Suite 223
Novato, CA  94947
(800) 938-8815

SEVERSON & WERSON
ATTN:
1 Embarcadero Ctr
Suite 2600
San Francisco, CA  94111

| INVOICE No. | |
|---|---|
| 7167734 | |
| Date: · 6/25/12 | |
| Cust. No.: | 0000562 |

| | |
|---|---|
| Cust. No.: | 0000562 |
| Invoice No.: | 7167734 |
| Inv. Date: 6/25/12 | |
| Due Date: 7/10/12 | |
| Total: $119.95 | |
| Terms: Net 15 | |

Law Firm Contact:   Yaron Shaham
Client File No.:   19000.1285
Case Short Title:   Terence E. & Linda T. White V. MortgageIt, et al.

Documents:   Demurrer to Pls' FAC, RJN ISO Demurrer to Pls' FAC, Proposed
Order ISO Demurrer to Pls' FAC
One Legal Branch:   Los Angeles
Court
Description:   Superior Court of California, Los Angeles County

OK to Pay
J. W.

| | |
|---|---|
| COURT FILING FEE | |
| COURT FILING SERVICE FEE | $40.00 |
| COURT FILING COPY CHARGE | $49.95 |
| COURTESY COPY | $20.00 |
| | $10.00 |

| Due Date | 7/10/12 | Total This Invoice | $119.95 |
|---|---|---|---|



**One Legal LLC**
**504 Redwood Blvd., Suite 223**
**Novato, CA 94947**
**(800) 938-8815**

**26-0259046**

SEVERSON & WERSON
ATTN:
1 Embarcadero Ctr
Suite 2600
San Francisco, CA 94111

| INVOICE No. | |
|---|---|
| 7168037 | |
| **Date:** | 7/13/12 |
| **Cust. No.:** | 0000562 |

| | |
|---|---|
| Cust. No.: | 0000562 |
| Invoice No.: | 7168037 |
| Inv. Date: | 7/13/12 |
| Due Date: | 7/28/12 |
| Total: | $2,235.95 |
| Terms: | Net 15 |

| Law Firm Contact: | Yaron Shaham |
|---|---|
| Client File No.: | 19000.1285 |
| Case Short Title: | Terence E. & Linda T. White V. Mortgagelt, et al. |
| Documents: | Def. ETS' Decl. of Non-Monetary Status |
| One Legal Branch: | Los Angeles |
| Court: | Superior Court of California, Los Angeles County |
| Description: | |

*OK to Pay J. W.*

| | |
|---|---|
| **COURT FILING FEE** | $2,175.00 |
| **COURT FILING SERVICE FEE** | $49.95 |
| **COURT FILING COPY CHARGE** | $1.00 |
| **COURTESY COPY** | $10.00 |

| Due Date | 7/28/12 | Total This Invoice | $2,235.95 |
|---|---|---|---|

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324633    JBS                                         August 20, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1291    Allen, Pearlie
GMAC Matter No.: 728835

**TOTAL AMOUNT DUE**            $2,244.93

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324633    JBS                                    August 20, 2012

GMAC Mortgage, LLC

Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  1291    Allen, Pearlie
GMAC Matter No.: 728835

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|-----|-------|------|--------|
| KWF | 07/10/12 | Prepare email to plaintiff's counsel G. Vitiello re loan modification and case status. | L190 | 0.10 | 270.00 | 27.00 |
| KWF | 07/20/12 | Evaluate file status and court docket, prepare email to client advising of status and recommending answer to complaint. | L190 | 0.40 | 270.00 | 108.00 |
| KWF | 07/23/12 | Prepare draft answer to complaint. | L210 | 1.50 | 270.00 | 405.00 |
| KWF | 07/23/12 | Prepare draft declaration of non-monetary status for ETS. | L210 | 0.40 | 270.00 | 108.00 |
| KWF | 07/24/12 | Prepare email to client C. Bonello with draft answer and draft declaration of non-monetary status. | L210 | 0.20 | 270.00 | 54.00 |
| KWF | 07/25/12 | Prepare revisions to notice of order on stipulation. | L210 | 0.10 | 270.00 | 27.00 |
| | | **TOTAL** | | **2.70** | | **$729.00** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 07/06/12 | One Legal, Inc.; Transmittal of filing to court; Stipulation including Court Filing Fee $20 06/15/12 | 71.20 |
| 07/06/12 | Cardmember Service/Bank One (Acct #7755); Data Search; 125 S. Laxore Street Orange, CA 06/05/12 | 34.24 |
| 07/06/12 | Cardmember Service/Bank One (Acct #7755); Data Search; 22933 Saticoy Street, Los Angeles, CA 06/05/12 | 54.04 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.  324633 | CLIENT   GMAC ResCap | Page      2 |
|---|---|---|
| | MATTER   Allen, Pearlie | |

| | | |
|---|---|---|
| 07/24/12 | One Legal, Inc.; Transmittal of filing to court; Stipulation including Court Filing $1305 1st App Fee: GMAC WFB ETS 07/13/12 | 1,356.45 |
| | **TOTAL COSTS & EXPENSES** | **$1,515.93** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | |
|---|---|---|---|---|---|
| L190 | Other Case Assessment | 0.50 | $135.00 | | |
| L210 | Pleadings | 2.20 | $594.00 | | |
| | **TOTAL** | **2.70** | **$729.00** | | |

| Timekeeper | Position | | Hours | Rate | Value |
|---|---|---|---|---|---|
| Franich, Kerry | KWF | Associate | 2.70 | 270.00 | $729.00 |
| | | **Total** | **2.70** | | **$729.00** |

| | |
|---|---|
| PRIOR FEES | $1,753.65 |
| PRIOR COSTS & EXPENSES | $127.95 |

| | |
|---|---|
| FEES | $729.00 |
| COSTS & EXPENSES | $1,515.93 |
| **TOTAL THIS INVOICE** | **$2,244.93** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

504 Redwood Blvd., Suite 223
Novato, CA 94947
(800) 938-8815

26-0259046

504 Redwood Blvd., Suite 223
Novato, CA 94947
(800) 938-8815

SEVERSON & WERSON
ATTN:
1 Embarcadero Ctr
Suite 2600
San Francisco, CA 94111

*OK RJB*

| Cust. No.: | 0000562 |
| Invoice No.: | 7169564 |
| Inv. Date: | 7/13/12 |
| Due Date: | 7/28/12 |
| Total: | $1,356.45 |
| Terms: | Net 15 |

| INVOICE No. |  |
| 7169564 |  |
| Date: | 7/13/12 |
| Cust. No.: | 0000562 |

Law Firm Contact:   KERRY W FRANICH
Client File No.:   19000-1291
Case Short Title:   Allen, Pearlie V. GMAC Mortgage, LLC

Documents:   Stipulation

One Legal Branch:   Los Angeles

Court
Description:   Superior Court of California, Los Angeles County

| COURT FILING FEE | $1,305.00 |
| COURT FILING SERVICE FEE | $49.95 |
| COURT FILING COPY CHARGE | $1.50 |

*1st APP Fee:*
*GMAC*
*WOFB*
*ITS*

| Due Date | 7/28/12 | | Total This Invoice | $1,356.45 |



# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     324634     JBS                                    August 20, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1293 | Orozco, Javier and Ada |
| | | GMAC Matter No.: 729255 |

**TOTAL AMOUNT DUE**        $1,833.49

# *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324634    JBS                                        August 20, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1293    Orozco, Javier and Ada
GMAC Matter No.: 729255

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| SMH | 07/02/12 | Attention to J. Hoy email re claims in bankruptcy. | L190 | 0.20 | 333.00 | 66.60 |
| PG | 07/02/12 | Draft email to Plaintiff's Counsel re: extension of time to respond to Complaint. | L210 | 0.20 | 247.50 | 49.50 |
| SMH | 07/03/12 | Attention to J. Hoy emails with answers to questions posed as to default calculations. | L190 | 0.30 | 333.00 | 99.90 |
| PG | 07/03/12 | Exchange series of emails and telephone call with client re: which causes of action are stayed in case. | L120 | 0.50 | 247.50 | 123.75 |
| PG | 07/07/12 | Review and analyze revised draft of stay notice from client. | L210 | 0.30 | 247.50 | 74.25 |
| CHR | 07/11/12 | Prepare Notice of Bankruptcy, Notice of Stay and Proof of Service. Prepare documents for filing and service. Prepare service request. | L190 | 0.40 | 130.50 | 52.20 |
| PG | 07/11/12 | Review notice of bankruptcy to submit to Court. | L210 | 0.20 | 247.50 | 49.50 |
| PG | 07/12/12 | Exchange of emails with client re: whether revised stay notice should be submitted based on interim bankruptcy order and legal analysis and strategizing with S. Hankins re: same. | L120 | 0.50 | 247.50 | 123.75 |
| PG | 07/16/12 | Review emails from client re: revised notice of stay and calculation of delinquency based on HAMP modification. | L210 | 0.50 | 247.50 | 123.75 |
| SMH | 07/26/12 | Attention to review of potential stayed claims. | L120 | 0.20 | 333.00 | 66.60 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.   324634 | CLIENT   GMAC ResCap | | Page | 2 |
| | MATTER   Orozco, Javier & Ada | | | |

|  | **TOTAL** | **3.30** | **$829.80** |
|---|---|---|---|

## COSTS & EXPENSES

| 07/06/12 | Cardmember Service/Bank One (Acct #7755); Data Search; 15025 Larkspur Street Los Angeles, CA 06/07/12 | 83.74 |
|---|---|---|
| 07/30/12 | One Legal, Inc.; Transmittal of filing to court; Answer including Court Filing Fee $870 07/18/12 | 919.95 |
|  | **TOTAL COSTS & EXPENSES** | **$1,003.69** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | |
|---|---|---|---|---|---|
| L120 | Analysis/Strategy | 1.20 | $314.10 | | |
| L190 | Other Case Assessment | 0.90 | $218.70 | | |
| L210 | Pleadings | 1.20 | $297.00 | | |
| | **TOTAL** | **3.30** | **$829.80** | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Rommell, Clair | CHR | Paralegal | 0.40 | 130.50 | $52.20 |
| Grammatico, Paul | PG | Associate | 2.20 | 247.50 | $544.50 |
| Hankins, Suzanne | SMH | Member | 0.70 | 333.00 | $233.10 |
| | **Total** | | **3.30** | | **$829.80** |

| PRIOR FEES | $2,822.40 | | |
|---|---|---|---|
| | FEES | $829.80 |
| | COSTS & EXPENSES | $1,003.69 |
| | **TOTAL THIS INVOICE** | **$1,833.49** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

26-0259046

SEVERSON & WERSON
ATTN:
1 Embarcadero Ctr
Suite 2600
San Francisco, CA  94111

| INVOICE No. | |
| --- | --- |
| 7169967 | |
| Date: | 7/18/12 |
| Cust. No.: | 0000562 |

| Cust. No.: | 0000562 |
| --- | --- |
| Invoice No.: | 7169967 |
| Inv. Date: | 7/18/12 |
| Due Date: | 8/2/12 |
| Total: | $919.95 |
| Terms: | Net 15 |

| | |
| --- | --- |
| Law Firm Contact: | PAUL GRAMMATICO |
| Client File No.: | 9000.1293 |
| Case Short Title: | Orozco, Javier V. GMAC Mortgage |
| | |
| Documents: | Answer |
| | |
| One Legal Branch: | Los Angeles |
| Court: | Superior Court of California, Los Angeles County |
| Description: | |

| | |
| --- | --- |
| COURT FILING FEE | $870.00 |
| COURT FILING SERVICE FEE | $49.95 |



| Due Date | 8/2/12 | Total This Invoice | $919.95 |
| --- | --- | --- | --- |

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     324635     JBS                                    August 20, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     19000     GMAC ResCap
MATTER     1294      Rozen, Kelly Joseph
                     GMAC Matter No.: 729236

**TOTAL AMOUNT DUE**          **$1,092.18**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      324635        JBS                                                    August 20, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter      19000 1294      Rozen, Kelly Joseph
                            GMAC Matter No.: 729236

FOR PROFESSIONAL SERVICES RENDERED      01/01/1994        07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| RJG | 07/02/12 | Analysis and evaluation of demurrer and case investigation issues and correspondence with our client to address the same. | L250 | 0.30 | 274.50 | 82.35 |
| DL | 07/02/12 | Exchange correspondence with client re revisions to demurrer; finalize demurrer and order; prepare correspondence to client with hearing date. | L430 | 0.40 | 288.00 | 115.20 |
| RJG | 07/10/12 | Attention to demurrer and pending case issues and correspondence with our client to advise regarding the same. | L250 | 0.30 | 274.50 | 82.35 |
| DL | 07/10/12 | Exchange correspondence with client re filing bankruptcy notice for GMAC and ETS and possible filing of lis pendens. | L190 | 0.20 | 288.00 | 57.60 |
| DL | 07/11/12 | Prepare and revise notice of bankruptcy filing for GMAC; analyze correspondence from plaintiff's counsel re same. | L430 | 0.30 | 288.00 | 86.40 |
| RJG | 07/19/12 | Attention to bankruptcy stay and pending case issues and correspondence with our client to advise regarding the same. | L120 | 0.30 | 274.50 | 82.35 |
| DL | 07/30/12 | Prepare case update on chart for client. | L190 | 0.10 | 288.00 | 28.80 |
| DL | 07/31/12 | Analyze court docket for opposition to demurrer. | L190 | 0.10 | 288.00 | 28.80 |
| | | **TOTAL** | | **2.00** | | **$563.85** |

## COSTS & EXPENSES

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. 324635 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|
| | MATTER | Rozen, Kelly Joseph | | |

| | | |
|---|---|---|
| 07/06/12 | Cardmember Service/Bank One (Acct #7755); Data Search; 617 Springbrook North Orange, CA 06/08/12 | 73.43 |
| 07/18/12 | One Legal, Inc.; Transmittal of filing to court; Demurrer, Proposed Order including Court Filing Fee $435 1st App Fee: GMAC 07/09/12 | 444.95 |
| 07/30/12 | One Legal, Inc.; Transmittal of filing to court; Notice of Bankruptcy and Effect of Automatic Stay 07/19/12 | 9.95 |
| | **TOTAL COSTS & EXPENSES** | **$528.33** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.30 | $82.35 |
| L190 | Other Case Assessment | 0.40 | $115.20 |
| L250 | Other Written Motions | 0.60 | $164.70 |
| L430 | Written Motions/Submissions | 0.70 | $201.60 |
| | **TOTAL** | **2.00** | **$563.85** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Liu, David | DL | Associate | 1.10 | 288.00 | $316.80 |
| Gandy, Robert | RJG | Special Counsel | 0.90 | 274.50 | $247.05 |
| | **Total** | | **2.00** | | **$563.85** |

| | | |
|---|---|---|
| PRIOR FEES | $1,959.30 | |
| | FEES | $563.85 |
| | COSTS & EXPENSES | $528.33 |
| | **TOTAL THIS INVOICE** | **$1,092.18** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

(800) 938-8815

26-0259046

SEVERSON & WERSON
ATTN:
1 Embarcadero Ctr
Suite 2600
San Francisco, CA 94111



(800) 938-8815

| INVOICE No. | |
|---|---|
| 5126975 | |
| Date: | 7/9/12 |
| Cust. No.: | 0000562 |

| Cust. No.: | 0000562 |
|---|---|
| Invoice No.: | 5126975 |
| Inv. Date: | 7/9/12 |
| Due Date: | 7/24/12 |
| Total: | $444.95 |
| Terms: | Net 15 |

| Law Firm Contact: | David Liu |
|---|---|
| Client File No.: | 19000-1294 |
| Case Short Title: | Kelly Joseph Rozen vs. GMAC Mortgage, LLC V. N/A |
| Documents: | Demurrer, Proposed Order |
| One Legal Branch: | |
| Court: | Superior Court of California, Orange County |
| Description: | |

| COURT FILING FEE | $435.00 |
|---|---|
| E-FILING SERVICE FEE - UNLIMITED | $9.95 |

1st App fee:
GMAC

| Due Date | 7/24/12 | Total This Invoice | $444.95 |
|---|---|---|---|



# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     324636     JBS                                                      August 20, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000      GMAC ResCap
MATTER      1303       Caldera, Yolanda
                       GMAC Matter No.: 729718

**TOTAL AMOUNT DUE**            **$850.24**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    324636    JBS                                    August 20, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1303    Caldera, Yolanda
                        GMAC Matter No.: 729718

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    07/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| KWF | 07/06/12 | Evaluate file status and court docket re upcoming demurrer and case management conference. | L190 | 0.10 | 270.00 | 27.00 |
| SMH | 07/11/12 | Attention to C. DiCiccio email regarding sale status. | L110 | 0.10 | 333.00 | 33.30 |
| KWF | 07/27/12 | Evaluate court docket and file status, prepare rely to plaintiff's non-opposition to demurrer. | L210 | 0.30 | 270.00 | 81.00 |
| KWF | 07/31/12 | Review and analyze plaintiff's opposition to demurrer. | L240 | 0.40 | 270.00 | 108.00 |
| KWF | 07/31/12 | Prepare reply brief in support of demurrer to plaintiff's complaint. | L240 | 1.70 | 270.00 | 459.00 |
| | | **TOTAL** | | **2.60** | | **$708.30** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 07/02/12 | CourtCall, LLC; CourtCall - Conference Service; 08/07/12 | 78.00 |
| 07/06/12 | Cardmember Service/Bank One (Acct #7755); Data Search; 13252 Loumont Street Los Angeles, CA 06/22/12 | 63.94 |

**TOTAL COSTS & EXPENSES**                    **$141.94**

## BILLING SUMMARY

| Task Code and Description | Hours | Amount |
|--------------------------|-------|--------|
| L110    Fact Investigation/Development | 0.10 | $33.30 |
| L190    Other Case Assessment | 0.10 | $27.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.   324636 | CLIENT   GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|
| | MATTER   Caldera, Yolanda | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| L210 | Pleadings | | 0.30 | $81.00 | | |
| L240 | Dispositive Motions | | 2.10 | $567.00 | | |
| | **TOTAL** | | **2.60** | **$708.30** | | |

| **Timekeeper** | | | **Position** | **Hours** | **Rate** | **Value** |
|---|---|---|---|---|---|---|
| Franich, Kerry | | KWF | Associate | 2.50 | 270.00 | $675.00 |
| Hankins, Suzanne | | SMH | Member | 0.10 | 333.00 | $33.30 |
| | | **Total** | | **2.60** | | **$708.30** |

| PRIOR FEES | $2,245.50 | | |
|---|---|---|---|
| | FEES | | $708.30 |
| | COSTS & EXPENSES | | $141.94 |
| | **TOTAL THIS INVOICE** | | **$850.24** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

DUANE M. GECK (State Bar No. 114823)
dmg@severson.com
DONALD H. CRAM (State Bar No. 160004)
dhc@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Retained Professionals

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

## PROOF OF SERVICE

## PROOF OF SERVICE

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of San Francisco, State of California. My business address is One Embarcadero Center, Suite 2600, San Francisco, CA 94111.

On September 5, 2012, I served true copies of the following document(s):

**SEVERSON & WERSON, P.C.'S MONTHLY STATEMENT FOR COMPENSATION AND EXPENSE REIMBURSEMENT FOR THE TIME PERIOD JULY 1, 2012 THROUGH JULY 31, 2012 (W/Exhibits A & B)**

on the interested parties in this action as follows:

### SEE ATTACHED SERVICE LIST

**BY FEDEX:** I enclosed said document(s) in an envelope or package provided by FedEx and addressed to the persons at the addresses listed in the Service List. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of FedEx or delivered such document(s) to a courier or driver authorized by FedEx to receive documents.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on September 5, 2012, at San Francisco, California.

_____
Linda K. Han

## SERVICE LIST

**Counsel for Debtors**
Morrison & Foerster LLP
Attn: Larren M. Nashelsky, Gary S. Lee and
Lorenzo Marinuzzi
1290 Avenue of the Americas
New York, NY 10104

**Counsel for Creditors' Committee**
Kramer Levin Naftalis & Frankel LLP
Attn: Kenneth H. Eckstein and Douglas H.
Mannal
1177 Avenue of the Americas
New York, NY 10036

**Counsel for Barclays Bank PLC**
Skadden, Arps, Slate,Meagher & Flom LLP
Attn: Kenneth S. Ziman and Jonathan H. Hofer
4 Times Square
New York, NY 10036

**United States Trustee**
Office of the U.S. Trustee for the Southern
District of New York
Attn: Tracy Hope Davis, Linda A. Rifkin and
Brian S. Masumoto
33 Whitehall Street, 21st Floor
New York, NY 10004

**Counsel for Ally Financial Inc.**
Kirkland & Ellis
Attn: Richard M. Cieri and Ray C. Schrock
601 Lexington Avenue
New York, NY 10022