# Exhibit E-6

# Severson
# &Werson

A Professional Corporation

Donald H. Cram
Attorney
Direct Line: (415) 677-5536
dhc@severson.com

One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

September 27, 2012

**VIA FEDEX**

**Counsel for Debtors**
Morrison & Foerster LLP
Attn: Larren M. Nashelsky, Gary S. Lee and
Lorenzo Marinuzzi
1290 Avenue of the Americas
New York, NY 10104

**United States Trustee**
Office of the U.S. Trustee for the Southern
District of New York
Attn: Tracy Hope Davis, Linda A. Rifkin and
Brian S. Masumoto
33 Whitehall Street, 21st Floor
New York, NY 10004

**Counsel for Creditors' Committee**
Kramer Levin Naftalis & Frankel LLP
Attn: Kenneth H. Eckstein and Douglas H.
Mannal
1177 Avenue of the Americas
New York, NY 10036

**Counsel for Ally Financial Inc.**
Kirkland & Ellis
Attn: Richard M. Cieri and Ray C. Schrock
601 Lexington Avenue
New York, NY 10022

**Counsel for Barclays Bank PLC**
Skadden, Arps, Slate,Meagher & Flom LLP
Attn: Kenneth S. Ziman and Jonathan H. Hofer
4 Times Square
New York, NY 10036

Re:     ***In re Residential Capital, LLC, et al.***
Case No. 12-12020
Monthly Statement for Compensation and Expense Reimbursement

Dear Counsel:

Pursuant to the Court's July 17, 2012 *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* (the "Order"), enclosed please find Severson & Werson's monthly fee statement for the period August 1, 2012 through August 31, 2012 (the "Statement"), which was served on the parties listed in paragraph (a) of the Order, on September 27, 2012.

19000.9997/2397249.1          San Francisco ~ Orange County ~ Walnut Creek



Severson
&Werson
A Professional Corporation

Morrison & Foerster LLP, et al.
September 27, 2012
Page 2


In the absence of a timely objection, the Debtors shall pay $280,488.12, consisting of the sum of (a) $243,329.92, an amount equal to 80% of the fees ($243,329.92 = $304,162.40 x 0.80) and (b) 100% of the expenses ($37,158.20) being requested in the Statement.

Objections to the Statement are due by October 18, 2012.

Please contact me should you have any questions.

Very truly yours,

Donald H. Cram

DHC:dc
Enclosures

cc:    John B. Sullivan
       Duane M. Geck

DUANE M. GECK (State Bar No. 114823)
dmg@severson.com
DONALD H. CRAM (State Bar No. 160004)
dhc@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Retained Professionals

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**SEVERSON & WERSON, P.C.'S MONTHLY STATEMENT**
**FOR COMPENSATION AND EXPENSE REIMBURSEMENT**
**FOR THE TIME PERIOD AUGUST 1, 2012 THROUGH AUGUST 31, 2012**

Pursuant to the Court's Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals entered July 17, 2012 ("Order"), Retained Professional, Severson & Werson, P.C., submits this monthly statement for compensation and expense reimbursement for the time period August 1, 2012 through August 31, 2012 ("Monthly Statement"), respectfully showing as follows:

1.      During the Monthly Statement period, individuals from Severson & Werson, P.C. performed services on behalf of one or more of the Debtor entities with respect to 225 different litigation matters in California concerning mortgage loans held by and/or serviced by one or more of the Debtor entities.  The total compensation sought for the Monthly Statement period is $304,162.40 and the total expense reimbursement sought for the Monthly Statement period is $37,158.20.

2.      A list of individuals who provided services during the Monthly Statement period, their respective titles, billing rates and aggregate hours spent by each individual during the

Monthly Statement period is attached hereto as **Exhibit A**.

3.    A detailed breakdown of disbursements incurred and contemporaneously maintained time entries for the services performed by individuals from Severson & Werson, P.C. for each respective matter during the Monthly Statement period are itemized in the corresponding invoices attached hereto as **Exhibit B**.

4.    Pursuant to the Court's Order, the deadline within which to serve a Notice of Objection to Fee Statement is 20 days after receipt of this Monthly Statement.

DATED:  September 27, 2012              SEVERSON & WERSON
                                        A Professional Corporation


                              By:   _____
                                            Donald H. Cram

                                        Retained Professionals

# Exhibit A

8/1/2012 - 8/31/2012

| GMAC ResCap | Title | Billed Amount | Billed Hours | Billed Rate |
|---|---|---|---|---|
| Givental, Alisa | Associate | $3,935.25 | 16.50 | $238.50 |
| Hutchinson, Adam | Member | $93.15 | 0.30 | $310.50 |
| Kenney, Austin | Associate | $767.25 | 3.10 | $247.50 |
| Sears, Alex | Associate | $3,398.40 | 11.80 | $288.00 |
| Strayer, Ann | Associate/Special Counsel | $497.25 | 1.70 | $292.50 |
| Barasch, Adam | Associate/Special Counsel | $9,182.00 | 31.90 | $287.84 |
| Eilenberg, Benjamin A. | Associate | $9,405.00 | 38.00 | $247.50 |
| Johnson, Betty | Paralegal | $717.75 | 5.50 | $130.50 |
| Whittemore, Brian | Associate | $663.75 | 2.50 | $265.50 |
| Rommell, Clair | Paralegal | $1,487.70 | 11.40 | $130.50 |
| McTigue, Casey | Associate | $2,814.30 | 11.80 | $238.50 |
| Cram, Donald | Member | $3,375.00 | 10.00 | $337.50 |
| Liu, David | Associate | $20,563.20 | 71.40 | $288.00 |
| Babcock, Daska | Associate/Special Counsel | $979.20 | 3.40 | $288.00 |
| Kemp, Erik | Associate | $5,764.50 | 21.00 | $274.50 |
| Kouvabina, Elena | Associate | $2,455.20 | 8.80 | $279.00 |
| Feldfeber, Edward | Paralegal | $39.15 | 0.30 | $130.50 |
| Roman, Eleanor | Associate/Special Counsel | $8,629.20 | 28.20 | $306.00 |
| Buell, Edward | Associate | $8,760.60 | 31.40 | $279.00 |
| Manukyan, Evelina | Associate | $8,760.60 | 31.40 | $279.00 |
| Eisner, Gregory E | Associate/Special Counsel | $1,931.40 | 7.40 | $261.00 |
| Webb, Gilla | Paralegal | $626.40 | 4.80 | $130.50 |
| Walser-Jolly, Genevieve | Associate | $861.30 | 3.30 | $261.00 |
| Jones, Harold R. | Associate | $2,754.00 | 9.00 | $306.00 |
| Da Cunha, Ian | Associate | $190.80 | 0.80 | $238.50 |
| Sullivan, John | Member | $3,633.75 | 8.50 | $427.50 |
| Spann, Joel | Paralegal | $261.00 | 2.00 | $130.50 |
| Ives, Jon | Associate | $17,939.70 | 64.30 | $279.00 |
| Tuffaha, Joe | Associate | $17,911.35 | 75.10 | $238.50 |
| Negrete, Jennifer | Paralegal | $652.50 | 5.00 | $130.50 |
| Campbell, J. Owen | Associate | $837.00 | 3.00 | $279.00 |
| Chilton, Jan T. | Member | $2,354.40 | 4.80 | $490.50 |
| Van Zandt, Jonah | Associate | $489.60 | 1.70 | $288.00 |
| Brown, Kimberly | Paralegal | $148.50 | 1.00 | $148.50 |
| Lee, Kristina | Paralegal | $206.55 | 2.70 | $76.50 |
| Franich, Kerry | Associate | $29,700.00 | 110.00 | $270.00 |
| Ash, Laura | Paralegal | $195.75 | 1.50 | $130.50 |
| Tarwater, Linda | Associate | $3,301.65 | 25.30 | $130.50 |
| Kelly, Megan | Associate/Special Counsel | $5,241.60 | 22.40 | $234.00 |
| Nowlin, Marlene | Associate/Special Counsel | $11,872.80 | 38.80 | $306.00 |
| Gruber, Megan | Associate | $7,830.00 | 30.00 | $261.00 |
| Holt, M. Elizabeth | Associate | $14,929.20 | 57.20 | $261.00 |
| Cross, Michael | Associate | $7,035.75 | 29.50 | $238.50 |
| Wraight, Mark | Member | $2,882.25 | 10.50 | $274.50 |
| Esposito, Matthew | Associate | $5,635.80 | 20.20 | $279.00 |
| Nelson, Michele | Associate/Special Counsel | $626.40 | 2.40 | $261.00 |
| Steiner, Michael | Member | $120.15 | 0.30 | $400.50 |
| Kamka, Mary Kate | Associate/Special Counsel | $2,812.50 | 12.50 | $225.00 |
| Sullivan, Mary Kate | Member | $4,185.00 | 15.50 | $270.00 |
| McGuinness, Michelle | Associate | $2,534.40 | 8.80 | $288.00 |
| Schindler, Maria | Associate | $4,622.40 | 21.40 | $216.00 |
| Athas, Natalie | Paralegal | $430.65 | 3.30 | $130.50 |
| Riedman, Natilee | Associate | $2,194.20 | 9.20 | $238.50 |
| Grammatico, Paul | Associate | $1,757.25 | 7.10 | $247.50 |
| Gandy, Robert | Associate | $31,100.85 | 113.30 | $274.50 |
| Firoozabadi, Rozie | Paralegal | $596.25 | 5.30 | $112.50 |
| Hankins, Suzanne | Member | $5,594.40 | 16.80 | $333.00 |
| Abbott, Thomas | Associate | $1,161.00 | 4.30 | $270.00 |
| Shaham, Yaron | Associate/Special Counsel | $14,715.45 | 61.70 | $238.50 |
| **Report Grand Totals** | | $304,162.40 | 1,161.10 | |

# Exhibit B

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326184    JBS                                      September 7, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000    GMAC ResCap
MATTER      1223     Silver, Francine
                     GMAC Matter No.: 726131

**TOTAL AMOUNT DUE**          $2,992.50

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## *&Werson*

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.   326184   JBS                                    September 7, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter   19000 1223   Silver, Francine
                     GMAC Matter No.: 726131

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ANB | 08/01/12 | Review and edit final draft of motion to dismiss adversary complaint | L210 | 1.50 | 292.50 | 438.75 |
| ANB | 08/01/12 | Communication with client to set up conference to discuss comments on draft of motion to dismiss | L120 | 0.20 | 292.50 | 58.50 |
| ANB | 08/03/12 | Phone conference with client to discuss draft of MPA in support of Motion to Dismiss adversary complaint | L120 | 0.30 | 292.50 | 87.75 |
| ANB | 08/03/12 | Make final revisions to MPA in support of MTD, review and revise RJN and Notice of Motion | L210 | 1.00 | 292.50 | 292.50 |
| ANB | 08/27/12 | Review opposition to MTD and begin drafting reply to opposition | L210 | 1.50 | 292.50 | 438.75 |
| ANB | 08/28/12 | Continue drafting Reply to Opposition to MPA iso of MTD | L210 | 1.50 | 292.50 | 438.75 |
| DHC | 08/29/12 | Review Plaintiff's opposition to motion to dismiss. | L240 | 1.00 | 337.50 | 337.50 |
| DHC | 08/29/12 | Conference with Adam Barasch re strategy & reply brief to Plaintiff's opposition to motion to dismiss. | L120 | 0.50 | 337.50 | 168.75 |
| ANB | 08/29/12 | Continue drafting reply to oppositon to MTD | L210 | 1.00 | 292.50 | 292.50 |
| ANB | 08/30/12 | Draft and revise unilateral status report | L210 | 0.50 | 292.50 | 146.25 |
| ANB | 08/30/12 | Make final revisions to Reply and file | L210 | 1.00 | 292.50 | 292.50 |
| | | **TOTAL** | | **10.00** | | **$2,992.50** |

## COSTS & EXPENSES

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 326184 | CLIENT | GMAC ResCap | | Page | 2 |
| | | MATTER | Silver, Francine | | | |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 1.00 | $315.00 |
| L210 | Pleadings | 8.00 | $2,340.00 |
| L240 | Dispositive Motions | 1.00 | $337.50 |
| | **TOTAL** | **10.00** | **$2,992.50** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Barasch, Adam | ANB | Special Counsel | 8.50 | 292.50 | $2,486.25 |
| Cram, Donald | DHC | Member | 1.50 | 337.50 | $506.25 |
| | **Total** | | **10.00** | | **$2,992.50** |

| | |
|---|---|
| PRIOR FEES | $9,207.45 |
| PRIOR COSTS & EXPENSES | $1,051.52 |

| | |
|---|---|
| FEES | $2,992.50 |
| **TOTAL THIS INVOICE** | **$2,992.50** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      326185      JBS                                September 7, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000    GMAC ResCap
MATTER     1257     Fernandez, Leyne R.
                    GMAC Matter No.: 727363

**TOTAL AMOUNT DUE**           **$292.50**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326185    JBS                                     September 7, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  1257    Fernandez, Leyne R.
                         GMAC Matter No.: 727363

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ANB | 08/23/12 | Prepare for Court Appearance on continued status conference | L230 | 0.50 | 292.50 | 146.25 |
| ANB | 08/23/12 | Telephonic Court Appearance on continued status conference | L230 | 0.50 | 292.50 | 146.25 |
| | | **TOTAL** | | **1.00** | | **$292.50** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | |
|--------------------------|---|-------|--------|---|---|
| L230    Court Mandated Conferences | | 1.00 | $292.50 | | |
| **TOTAL** | | **1.00** | **$292.50** | | |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Barasch, Adam | ANB | Special Counsel | 1.00 | 292.50 | $292.50 |
| | **Total** | | **1.00** | | **$292.50** |

PRIOR FEES                    $1,783.80

|  |  |  |
|---|---|---|
| | FEES | $292.50 |
| | **TOTAL THIS INVOICE** | **$292.50** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326186    JBS                                          September 7, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1287    Valero, Juan and Evangelina
GMAC Matter No.: 729174

**TOTAL AMOUNT DUE**            **$644.25**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326186    JBS                                    September 7, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1287    Valero, Juan and Evangelina
                         GMAC Matter No.: 729174

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ANB | 08/01/12 | Communication with client to discuss providing account history to resolve objection to claim | L120 | 0.20 | 292.50 | 58.50 |
| ANB | 08/03/12 | Phone conference with client to discuss debtors objection to proof of claim seeking clarification of application of trustee payments in two prior bankruptcy cases and how client arrived at escrow shortage listed in proof of claim | L120 | 0.30 | 292.50 | 87.75 |
| ANB | 08/14/12 | Communication with debtors counsel on his clients' objection to proof of claim, offer to provide escrow statements and account summary to resolve and forward same to counsel | L120 | 0.30 | 292.50 | 87.75 |
| ANB | 08/15/12 | Per request from client, update MERSCORP on the status of objection to proof of claim by debtors | L120 | 0.30 | 292.50 | 87.75 |
| ANB | 08/23/12 | Prepare for Court Appearance on continued hearing for objection to proof of claim | L240 | 0.20 | 292.50 | 58.50 |
| ANB | 08/23/12 | Telephonic Court Appearance on continued hearing for objection to proof of claim | L240 | 0.50 | 292.50 | 146.25 |
| ANB | 08/24/12 | Advise client of hearing results of continued objection to proof of claim hearing | L120 | 0.30 | 292.50 | 87.75 |
| | | **TOTAL** | | **2.10** | | **$614.25** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 326186 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Valero, Juan & Evangelina | | |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 08/01/12 | CourtCall, LLC; CourtCall - Conference Service; 07/17/12 | 30.00 |
| | **TOTAL COSTS & EXPENSES** | **$30.00** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 1.40 | $409.50 |
| L240 | Dispositive Motions | 0.70 | $204.75 |
| | **TOTAL** | **2.10** | **$614.25** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Barasch, Adam | ANB | Special Counsel | 2.10 | 292.50 | $614.25 |
| | **Total** | | **2.10** | | **$614.25** |

| | | |
|---|---|---|
| PRIOR FEES | $4,828.95 | |
| | FEES | $614.25 |
| | COSTS & EXPENSES | $30.00 |
| | **TOTAL THIS INVOICE** | **$644.25** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      326187      JBS                                September 7, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1297 | Kabat, Walter C. |
| | | GMAC Matter No.: 729092 |

**TOTAL AMOUNT DUE**              $890.59

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326187    JBS                                September 7, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1297    Kabat, Walter C.
                        GMAC Matter No.: 729092

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| YS | 07/31/12 | Draft case status update for client report | L190 | 0.10 | 238.50 | 23.85 |
| YS | 08/02/12 | Draft client's notice of motion, motion to vacate judgment in light of client's bankruptcy, memorandum of points and authorities, and declaration of Yaron Shaham in support of said motion | L210 | 2.60 | 238.50 | 620.10 |
| YS | 08/16/12 | Draft proposed order on client's motion to vacate judgment against it due to its bankruptcy filing | L210 | 0.30 | 238.50 | 71.55 |
| YS | 08/16/12 | Draft notice of lodging of proposed order on motion to vacate judgment against client in light of its bankruptcy filing | L210 | 0.30 | 238.50 | 71.55 |
| | | **TOTAL** | | **3.30** | | **$787.05** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 07/06/12 | Cardmember Service/Bank One (Acct #7755); Data Search; 9585 West Keyser Drive Maricopa, AZ 06/09/12 | 93.64 |
| 07/06/12 | Cardmember Service/Bank One (Acct #7755); Data Search; AZ - Maricopa, Document 2007.63667 06/08/12 | 9.90 |
| | **TOTAL COSTS & EXPENSES** | **$103.54** |

## BILLING SUMMARY

| Task Code and Description | Hours | Amount |
|---------------------------|-------|--------|

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 326187 | CLIENT | GMAC ResCap | | Page | 2 |
|---|---|---|---|---|---|---|
| | | MATTER | Kabat, Walter C. | | | |

| | | | | | |
|---|---|---|---|---|---|
| L190 | Other Case Assessment | | 0.10 | $23.85 | |
| L210 | Pleadings | | 3.20 | $763.20 | |
| | **TOTAL** | | **3.30** | **$787.05** | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Shaham, Yaron | YS | Special Counsel | 3.30 | 238.50 | $787.05 |
| | **Total** | | **3.30** | | **$787.05** |

PRIOR FEES                                    $1,084.95

| | | |
|---|---|---|
| | FEES | $787.05 |
| | COSTS & EXPENSES | $103.54 |
| | **TOTAL THIS INVOICE** | **$890.59** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326188    JBS                                  September 7, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1299 | Pacheco, Carlos |
| | | GMAC Matter No.: 729442 |

**TOTAL AMOUNT DUE**          $555.75

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326188    JBS                                September 7, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1299    Pacheco, Carlos
GMAC Matter No.: 729442

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ANB | 08/01/12 | Communication with client to set up conference to discuss draft of supplemental declaration in support of motion for relief from stay | L120 | 0.20 | 292.50 | 58.50 |
| ANB | 08/03/12 | Phone conference with client to discuss language required in supplemental declaration for Relief from Stay to overcome debtors standing claim | L120 | 0.30 | 292.50 | 87.75 |
| ANB | 08/14/12 | Review original loan documents sent to me by client, advise client via e-mail that documents are being returned by her review per the language in the supplemental declaration that states that she personally reviewed and copied the original documents that were in clients possession | L120 | 0.50 | 292.50 | 146.25 |
| ANB | 08/16/12 | Follow up with client on receipt of original loan documents, review and approval of supplemental declaration that needs to be filed in support of relief from stay | L120 | 0.20 | 292.50 | 58.50 |
| ANB | 08/20/12 | Review client communication regarding questions pertaining to supplemental declaration in support of relief from stay motion and respond | L120 | 0.20 | 292.50 | 58.50 |
| ANB | 08/21/12 | Draft, review and revise second notice of continued hearing on relief from the automatic stay | L210 | 0.50 | 292.50 | 146.25 |
| | | **TOTAL** | | **1.90** | | **$555.75** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| | | | | | |
|---|---|---|---|---|---|
| Invoice No.   326188 | CLIENT | GMAC ResCap | | Page | 2 |
| | MATTER | Pacheco, Carlos | | | |

### COSTS & EXPENSES

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 1.40 | $409.50 |
| L210 | Pleadings | 0.50 | $146.25 |
| | **TOTAL** | **1.90** | **$555.75** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Barasch, Adam | ANB | .Special Counsel | 1.90 | 292.50 | $555.75 |
| | Total | | **1.90** | | **$555.75** |

| | | | |
|---|---|---|---|
| PRIOR FEES | $1,705.50 | | |
| | | FEES | $555.75 |
| | | **TOTAL THIS INVOICE** | **$555.75** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326189    JBS                                     September 7, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1342    Cole, Karen
                  GMAC Matter No.: 730726

**TOTAL AMOUNT DUE**              **$965.25**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326189    JBS                                          September 7, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1342    Cole, Karen
GMAC Matter No.: 730726

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ANB | 08/07/12 | Review Complaint and identify causes of action that are stayed as to GMACM as they seek damages, leave message with opposing counsel to discuss complaint as to other defendants | L120 | 1.00 | 292.50 | 292.50 |
| ANB | 08/08/12 | Conference with Plaintiff's counsel to discuss stay of case as to Homecomings and GMAC, extension of time to respond as to Wells Fargo, review of Plaintiff for modification to resolve complaint, advise client of above and confirm via e-mail with Plaintiff's counsel | L120 | 1.00 | 292.50 | 292.50 |
| ANB | 08/08/12 | Review and revise notice of stay and cover letter attaching notice of stay | L210 | 0.50 | 292.50 | 146.25 |
| ANB | 08/14/12 | Communication with client requesting approval for sending letter advising counsel of stay as to Homecomings and GMACM and with plaintiffs counsel to confirm extension of time | L120 | 0.30 | 292.50 | 87.75 |
| ANB | 08/23/12 | Review bankruptcy docket including order denying application for shortening time to hear motion to abandon, advise plaintiffs counsel of failure to dismiss GMACM per Stay, and request dismissal of adversary complaint in its entirety due to lack of standing or jurisdiction | L120 | 0.50 | 292.50 | 146.25 |
| | | **TOTAL** | | **3.30** | | **$965.25** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 326189 | CLIENT | GMAC ResCap | | Page | 2 |
| | | MATTER | Cole, Karen | | | |

## COSTS & EXPENSES

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | | |
|---|---|---|---|---|---|---|
| L120 | Analysis/Strategy | 2.80 | $819.00 | | | |
| L210 | Pleadings | 0.50 | $146.25 | | | |
| | **TOTAL** | **3.30** | **$965.25** | | | |

| Timekeeper | | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|---|
| Barasch, Adam | | ANB | Special Counsel | 3.30 | 292.50 | $965.25 |
| | | Total | | **3.30** | | **$965.25** |

| PRIOR FEES | $758.25 | | |
|---|---|---|---|
| | | FEES | $965.25 |
| | **TOTAL THIS INVOICE** | | **$965.25** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      326190      JBS                                    September 7, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000      GMAC ResCap
MATTER      1343       Wood, Daniel and Ana
                       GMAC Matter No.: 730976

**TOTAL AMOUNT DUE**              **$841.50**

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326190    JBS                                    September 7, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1343    Wood, Daniel and Ana
                        GMAC Matter No.: 730976

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ANB | 08/16/12 | Review complaint to determined causes of action naming clients that are stayed and not stayed per Res Cap bankruptcy, review and revise cover letter and Notice of Bankruptcy and Suggestion of Stay, and forward to client for review and approval | L210 | 1.00 | 292.50 | 292.50 |
| ANB | 08/17/12 | E-mail communication to Plaintiffs' counsel advising of the filing of notice of stay and requesting dismissal of clients due to transfer of loan servicing or in the alternative extension of time to respond to complaint | L120 | 0.30 | 292.50 | 87.75 |
| DHC | 08/23/12 | Conference with Adam Barasch re Court's denial of debtor's motion to abandon and Court's dismissal of the Adversary Proceeding against GMAC & ETS. | L250 | 0.50 | 337.50 | 168.75 |
| ANB | 08/23/12 | Review motion to abandon claim in bankruptcy case, trustee's opposition, plaintiff/debtors reply and courts order denying motion to abandon claim in the estate | L120 | 0.50 | 292.50 | 146.25 |
| ANB | 08/23/12 | Review courts order dismissing adversary complaint without prejudice due to lack of standing and stay as to clients | L120 | 0.20 | 292.50 | 58.50 |
| ANB | 08/23/12 | Advise client as to status of motion to abandon claim, and court issuance of order dismissing adversary complaint sua sponte due to lack of standing and | L120 | 0.30 | 292.50 | 87.75 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 326190 | CLIENT | GMAC ResCap | | Page | 2 |
| | | MATTER | Wood, Daniel & Ana | | | |

stay of clients
**TOTAL**                                        2.80                    **$841.50**


## COSTS & EXPENSES


## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 1.30 | $380.25 |
| L210 | Pleadings | 1.00 | $292.50 |
| L250 | Other Written Motions | 0.50 | $168.75 |
| | **TOTAL** | **2.80** | **$841.50** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Barasch, Adam | ANB | Special Counsel | 2.30 | 292.50 | $672.75 |
| Cram, Donald | DHC | Member | 0.50 | 337.50 | $168.75 |
| | Total | | **2.80** | | **$841.50** |

PRIOR FEES                                  $798.75

|  |  |
|---|---|
| FEES | $841.50 |
| **TOTAL THIS INVOICE** | **$841.50** |


Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      326191      JBS                                         September 7, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000      GMAC ResCap
MATTER      1345       Rozier, Karen Michelle
                       GMAC Matter No.: 731151

**TOTAL AMOUNT DUE**          $1,627.65

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# *&* Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326191    JBS                                September 7, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1345    Rozier, Karen Michelle
                        GMAC Matter No.: 731151

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| CHR | 07/31/12 | Prepare Confirmation of Receipt to Client. Review Initial Correspondence and Pleadings. Review Court Docket and Download additional pleadings. Review Title re recorded Lis Pendens. Prepare Conflicts Request and Calendaring Memo. | L190 | 0.40 | 130.50 | 52.20 |
| ANB | 08/02/12 | Review new referral to oppose appeal by debtor of an order granting relief from stay, check bankruptcy and BAP docket to confirm to stay has been sought by debtor and advise client | L120 | 1.00 | 292.50 | 292.50 |
| ANB | 08/06/12 | Review bankruptcy relief from stay order to determine timing to proceed with FC sale, review debtors motion for stay pending appeal and discuss with debtor | L120 | 1.00 | 292.50 | 292.50 |
| YS | 08/06/12 | Review and analysis of plaintiff's litigation and bankruptcy history to determine how such history may affect clients' defenses and legal remedies | L190 | 0.50 | 238.50 | 119.25 |
| ANB | 08/07/12 | Review debtors motion for stay pending appeal | L120 | 0.50 | 292.50 | 146.25 |
| ANB | 08/07/12 | Phone conference with client to discuss status of foreclosure sale, motion for stay pending appeal, and strategy | L120 | 0.50 | 292.50 | 146.25 |
| JCP | 08/07/12 | Obtain Foreclosure Documents | L190 | 0.40 | 130.50 | 52.20 |
| ANB | 08/08/12 | Review and revise substitution of attorney and forward to client and prior BK counsel for signature | L210 | 0.50 | 292.50 | 146.25 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 326191 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Rozier, Karen Michelle | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ANB | 08/09/12 | Instruct paralegal for file and serve substitution of attorney | L210 | 0.30 | 292.50 | | 87.75 |
| ANB | 08/13/12 | Review appellant letter to congressman and advise client to forward draft of standard response for my review | L120 | 0.30 | 292.50 | | 87.75 |
| ANB | 08/29/12 | Review plaintiff communication pertaining to foreclosure sale date and advise of current sale date | L120 | 0.20 | 292.50 | | 58.50 |
| ANB | 08/29/12 | Review and revise letter to congressman per plaintiff complaint with congressman about her subject loan and forward to client for review | L210 | 0.50 | 292.50 | | 146.25 |
| | | **TOTAL** | | **6.10** | | **$1,627.65** | |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 3.50 | $1,023.75 |
| L190 | Other Case Assessment | 1.30 | $223.65 |
| L210 | Pleadings | 1.30 | $380.25 |
| | **TOTAL** | **6.10** | **$1,627.65** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Barasch, Adam | ANB | Special Counsel | 4.80 | 292.50 | $1,404.00 |
| Rommell, Clair | CHR | Paralegal | 0.40 | 130.50 | $52.20 |
| Spann, Joel | JCP | Paralegal | 0.40 | 130.50 | $52.20 |
| Shaham, Yaron | YS | Special Counsel | 0.50 | 238.50 | $119.25 |
| | **Total** | | **6.10** | | **$1,627.65** |

| | | FEES | $1,627.65 |
|---|---|---|---|
| | **TOTAL THIS INVOICE** | | **$1,627.65** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     326192     JBS                                    September 7, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     19000     GMAC ResCap
MATTER     1349     Martinez, Erica
                    GMAC Matter No.: 731380

**TOTAL AMOUNT DUE**          $1,676.25

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326192    JBS                                    September 7, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1349    Martinez, Erica
GMAC Matter No.: 731380

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| DHC | 08/07/12 | Review Adversary Complaint, Bankruptcy Court docket, pleadings and schedules. | L120 | 1.00 | 337.50 | 337.50 |
| CHR | 08/07/12 | Prepare Confirmation of Receipt to Client. Review Initial Correspondence and Pleadings. Review Court Docket and Download additional pleadings. Review Title re recorded Lis Pendens. Prepare Conflicts Request and Calendaring Memo. | L190 | 0.40 | 130.50 | 52.20 |
| CHR | 08/08/12 | Conduct Title Search and Prepare Property Profile. | L190 | 1.60 | 130.50 | 208.80 |
| JBS | 08/15/12 | Analysis and evaluation of new complaint | L120 | 0.40 | 427.50 | 171.00 |
| ANB | 08/20/12 | Review entire bankruptcy docket and client notes on history of modification reviews, etc. to understand grounds leading to filing of adversary complaint | L120 | 1.50 | 292.50 | 438.75 |
| ANB | 08/20/12 | Communications with clients bankruptcy counsel regarding history of underlying bankruptcy case that has involved four attempts to modify plan and with Chapter 13 Trustee's counsel, who has objected to each of the four attempts to modify the debtors plan | L120 | 0.50 | 292.50 | 146.25 |
| ANB | 08/21/12 | Communication with plaintiffs counsel seeking extension of deadline to respond to complaint to review of plaintiff for modification as a possible resolution of complaint and advise clietn | L120 | 0.60 | 292.50 | 175.50 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 326192 | CLIENT | GMAC ResCap | | | | Page | 2 |
|---|---|---|---|---|---|---|---|---|
| | | MATTER | Martinez, Erica | | | | | |

| ANB | 08/22/12 | Review modification package from client, advise will forward onto plaintiffs counsel and that extension to respond to complaint was approved to review plaintiff for modification, review draft of stipulation for extension of time to respond to complaint, and forward to plaintiffs counsel along with modification package | L120 | 0.50 | 292.50 | 146.25 |
|---|---|---|---|---|---|---|
| | | **TOTAL** | | **6.50** | | **$1,676.25** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | | |
|---|---|---|---|---|---|---|
| L120 | Analysis/Strategy | 4.50 | $1,415.25 | | | |
| L190 | Other Case Assessment | 2.00 | $261.00 | | | |
| | **TOTAL** | **6.50** | **$1,676.25** | | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Barasch, Adam | ANB | Special Counsel | 3.10 | 292.50 | $906.75 |
| Rommell, Clair | CHR | Paralegal | 2.00 | 130.50 | $261.00 |
| Cram, Donald | DHC | Member | 1.00 | 337.50 | $337.50 |
| Sullivan, John | JBS | Member | 0.40 | 427.50 | $171.00 |
| | **Total** | | **6.50** | | **$1,676.25** |

| | | | FEES | $1,676.25 |
|---|---|---|---|---|
| | | **TOTAL THIS INVOICE** | | **$1,676.25** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326193    JBS                                September 7, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER   1360     Espinosa, Amador
                 GMAC Matter No.: 731738

**TOTAL AMOUNT DUE**          **$2,139.95**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     326193     JBS                                    September 7, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1360      Espinosa, Amador
GMAC Matter No.: 731738

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        08/31/2012

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|--|--|-------|------|--------|
| DHC | 08/15/12 | Review Adversary Complaint, Bankruptcy Docket, schedules and pleadings. | L120 | | 1.00 | 337.50 | 337.50 |
| DHC | 08/15/12 | Correspondence with Client re strategy and dismissal of underlying BK Case. | L120 | | 0.50 | 337.50 | 168.75 |
| ANB | 08/17/12 | Review and analyze bankruptcy petition and schedules and adversary complaint with 12 causes of action all relating to alleged securization of loan that gives plaintiff a free house | L120 | A104 | 1.70 | 255.00 | 433.50 |
| JBS | 08/18/12 | Analysis and evaluation of emails from client and defense strategy | L120 | | 0.30 | 427.50 | 128.25 |
| ANB | 08/20/12 | Review adversary complaint causes of action to determine which are stayed by the Res Cap bankruptcy case as seeking damages | L120 | | 1.00 | 292.50 | 292.50 |
| CHR | 08/20/12 | Prepare Confirmation of Receipt to Client. Review Initial Correspondence and Pleadings. Review Court Docket and Download additional pleadings. Review Title re recorded Lis Pendens. Prepare Conflicts Request and Calendaring Memo. | L190 | | 0.40 | 130.50 | 52.20 |
| DHC | 08/21/12 | Conference with Adam Barasch re demanding dismissal of stayed claims as violating the Automatic Stay. | L250 | | 0.50 | 337.50 | 168.75 |
| ANB | 08/21/12 | Draft, review and revise Notice of Bankruptcy Stay and cover letter to Plaintiffs counsel for clients review | L210 | | 1.00 | 350.00 | 350.00 |
| ANB | 08/22/12 | Communication with Plaintiffs counsel | L120 | | 0.20 | 292.50 | 58.50 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 326193 | CLIENT | GMAC ResCap | | | Page | 2 |
| | | MATTER | Espinosa, Amador | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | advising of the filing of a notice of stay and cover letter seeking dismissal of those causes of stayed by Res Cap bankruptcy and request counsel stipulate to dismissal of adversary due to dismissal of underlying bankruptcy case | | | | | |
| ANB | 08/29/12 | Further communication with Plaintiffs counsel seeking dismissal of adversary, review response agreeing to dismiss, review and revise stipulation and order for dismissal of adversary and forward to plaintiffs counsel | L120 | 1.00 | 150.00 | | 150.00 |
| | | **TOTAL** | | **7.60** | | | **$2,139.95** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | | |
|---|---|---|---|---|---|---|
| L120 | Analysis/Strategy | 5.70 | $1,569.00 | | | |
| L190 | Other Case Assessment | 0.40 | $52.20 | | | |
| L210 | Pleadings | 1.00 | $350.00 | | | |
| L250 | Other Written Motions | 0.50 | $168.75 | | | |
| | **TOTAL** | **7.60** | **$2,139.95** | | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Barasch, Adam | ANB | Special Counsel | 1.00 | 150.00 | $150.00 |
| Barasch, Adam | ANB | Special Counsel | 1.70 | 255.00 | $433.50 |
| Barasch, Adam | ANB | Special Counsel | 1.20 | 292.50 | $351.00 |
| Barasch, Adam | ANB | Special Counsel | 1.00 | 350.00 | $350.00 |
| Rommell, Clair | CHR | Paralegal | 0.40 | 130.50 | $52.20 |
| Cram, Donald | DHC | Member | 2.00 | 337.50 | $675.00 |
| Sullivan, John | JBS | Member | 0.30 | 427.50 | $128.25 |
| | **Total** | | **7.60** | | **$2,139.95** |

| | | FEES | $2,139.95 |
|---|---|---|---|
| | | **TOTAL THIS INVOICE** | **$2,139.95** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     326203     JBS                                September 10, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     19000     GMAC ResCap
MATTER     0023      Jones, Sylvia v. GMAC Mortgage, LLC
                     GMAC Matter No.: 686344

**TOTAL AMOUNT DUE**          $3,741.55

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326203    JBS                                    September 10, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0023    Jones, Sylvia v. GMAC Mortgage, LLC
GMAC Matter No.: 686344

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MEG | 08/09/12 | Draft amended judgment. | L460 | 0.70 | 261.00 | 182.70 |
| MEG | 08/14/12 | Call to M.Chaney regarding clerk's entrance of judgment with costs. | L460 | 0.10 | 261.00 | 26.10 |
| MEG | 08/14/12 | Draft correspondence to M.Chaney regarding meeting with judge as to amended judgment. | L460 | 0.20 | 261.00 | 52.20 |
| MEG | 08/16/12 | Correspondence to and from M.Chaney regarding 8/24 chambers meeting as to amended judgment. | L470 | 0.40 | 261.00 | 104.40 |
| MEG | 08/17/12 | Draft letter to plaintiff's counsel regarding chambers meeting with judge. | L460 | 0.40 | 261.00 | 104.40 |
| MEG | 08/17/12 | Correspondence to and from Judge Bondonno's clerk regarding chambers meeting. | L460 | 0.20 | 261.00 | 52.20 |
| MIW | 08/24/12 | Prepare for and attend hearing on cost bill. | L230 | 3.50 | 274.50 | 960.75 |
| MKS | 08/27/12 | Update to client on status of post-trial submissions and any pending dates. | L190 | 0.20 | 270.00 | 54.00 |
| MIW | 08/27/12 | Confer with M. Gruber re cost memo issue. | L460 | 0.50 | 274.50 | 137.25 |
| JN | 08/27/12 | Continued closure of case files, depositon transcript and disassembly of additional trial binders. | L140 | 3.00 | 130.50 | 391.50 |
| JN | 08/27/12 | Disassemble all of plaintiff's exhibit binders used at trial. Preparation of attorney notes and witness binders for off-site storage. | L140 | 2.00 | 130.50 | 261.00 |
| MEG | 08/27/12 | Review and analysis of letter from S.Jones regarding objection to amended | L460 | 0.30 | 261.00 | 78.30 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 326203 | CLIENT | GMAC ResCap | | | | Page | 2 |
|---|---|---|---|---|---|---|---|---|
| | | MATTER | Jones, Sylvia | | | | | |

| | | proposed judgment. | | | | |
|---|---|---|---|---|---|---|
| MEG | 08/27/12 | Strategize regarding judge's order requesting letter breaking down costs. | L460 | 0.60 | 261.00 | 156.60 |
| MEG | 08/29/12 | Research and analysis of applicability of various trial preparation costs pursuant to Judge Bondonno's order for a memorandum. | L460 | 2.80 | 261.00 | 730.80 |
| MEG | 08/29/12 | Draft memorandum regarding trial costs to be entered, pursuant to Judge Bondonno's order. | L460 | 1.60 | 261.00 | 417.60 |
| | | **TOTAL** | | **16.50** | | **$3,709.80** |

## COSTS & EXPENSES

| | | | |
|---|---|---|---|
| 08/30/12 | Mark Wraight; Transportation; To attend court hearing on our motion for costs, San Jose 8/24/12 | | 31.75 |
| | **TOTAL COSTS & EXPENSES** | **$31.75** | |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L140 | Document/File Management | 5.00 | $652.50 |
| L190 | Other Case Assessment | 0.20 | $54.00 |
| L230 | Court Mandated Conferences | 3.50 | $960.75 |
| L460 | Post-Trial Motions & Submissio | 7.40 | $1,938.15 |
| L470 | Enforcement | 0.40 | $104.40 |
| | **TOTAL** | **16.50** | **$3,709.80** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Negrete, Jennifer | JN | Paralegal | 5.00 | 130.50 | $652.50 |
| Gruber, Megan | MEG | Associate | 7.30 | 261.00 | $1,905.30 |
| Wraight, Mark | MIW | Member | 4.00 | 274.50 | $1,098.00 |
| Sullivan, Mary Kate | MKS | Member | 0.20 | 270.00 | $54.00 |
| | **Total** | | **16.50** | | **$3,709.80** |

| PRIOR FEES | $151,050.51 |
|---|---|
| PRIOR COSTS & EXPENSES | $37,120.04 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 326203 | CLIENT | GMAC ResCap | Page | 3 |
|---|---|---|---|---|---|
| | | MATTER | Jones, Sylvia | | |

| | | |
|---|---|---|
| FEES | | $3,709.80 |
| COSTS & EXPENSES | | $31.75 |
| **TOTAL THIS INVOICE** | | **$3,741.55** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326204    JBS                          September 10, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    0655     Yeganeh, Fran v. GMAC Mortgage, LLC
                   GMAC Matter No.: 705330

**TOTAL AMOUNT DUE**          **$1,454.85**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326204    JBS                                    September 10, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0655    Yeganeh, Fran v. GMAC Mortgage, LLC
GMAC Matter No.: 705330

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| JDI | 08/01/12 | Draft letter to plaintiff's counsel re communications related to appeal. | L510 | 0.50 | 279.00 | 139.50 |
| JDI | 08/06/12 | Analyze whether GMAC should file a notice of bankruptcy stay. | L120 | 1.00 | 279.00 | 279.00 |
| BJJ | 08/06/12 | Obtain title documents recorded after May 2008 on property at 4437 Fellows St., Union City, CA | L190 | 0.50 | 130.50 | 65.25 |
| JDI | 08/07/12 | Prepare notice of bankruptcy stay and draft letter to opposing counsel re same. | L250 | 1.70 | 279.00 | 474.30 |
| MKS | 08/08/12 | Review and revise draft Notice of Bankruptcy Stay and cover letter re: same. | L210 | 0.40 | 270.00 | 108.00 |
| JDI | 08/08/12 | Revise letter re bankruptcy stay and correspond with C. Bonello re notice of bankruptcy stay. | L250 | 0.40 | 279.00 | 111.60 |
| JDI | 08/09/12 | Finalize bankruptcy stay notice and letter to opposing counsel re same. | L250 | 0.50 | 279.00 | 139.50 |
| JDI | 08/15/12 | Attention to court order staying case. | L190 | 0.30 | 279.00 | 83.70 |
| MKS | 08/27/12 | Update to client re: status of appeal and status of filing opening brief. | L120 | 0.20 | 270.00 | 54.00 |
| | | **TOTAL** | | **5.50** | | **$1,454.85** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 1.20 | $333.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 326204 | CLIENT | GMAC ResCap | | | Page | 2 |
| | | MATTER | Yeganeh, Fran | | | | |

| | | | Hours | Value | | | |
|---|---|---|---|---|---|---|---|
| L190 | Other Case Assessment | | 0.80 | $148.95 | | | |
| L210 | Pleadings | | 0.40 | $108.00 | | | |
| L250 | Other Written Motions | | 2.60 | $725.40 | | | |
| L510 | Appellate Motions & Submission | | 0.50 | $139.50 | | | |
| | **TOTAL** | | **5.50** | **$1,454.85** | | | |

| Timekeeper | | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|---|
| Johnson, Betty | BJJ | | Paralegal | 0.50 | 130.50 | $65.25 |
| Ives, Jon | JDI | | Associate | 4.40 | 279.00 | $1,227.60 |
| Sullivan, Mary Kate | MKS | | Member | 0.60 | 270.00 | $162.00 |
| | **Total** | | | **5.50** | | **$1,454.85** |

| PRIOR FEES | $19,591.20 |
|---|---|
| PRIOR COSTS & EXPENSES | $1,791.61 |

| FEES | $1,454.85 |
|---|---|
| **TOTAL THIS INVOICE** | **$1,454.85** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     326205     JBS                                    September 10, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     19000     GMAC ResCap
MATTER     0717      Ganesan, Skandapriya (2)
                     C/M# 697731

**TOTAL AMOUNT DUE**          $3,177.00

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326205    JBS                                     September 10, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0717    Ganesan, Skandapriya (2)
C/M# 697731

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| MCK | 08/02/12 | E-mail correspondence with MERS contact person, Krissy Lee, regarding case activity. | L120 | 0.10 | 234.00 | 23.40 |
| MCK | 08/06/12 | E-mail correspondence to MERS contact regarding case activity. | L120 | 0.20 | 234.00 | 46.80 |
| MCK | 08/06/12 | Review of Notice of Related Cases filed by Plaintiff. | L120 | 0.20 | 234.00 | 46.80 |
| MCK | 08/06/12 | Draft notice of Bankruptcy stay and accompanying correspondence. | L120 | 0.30 | 234.00 | 70.20 |
| MCK | 08/06/12 | Telephone call to unlawful detainer counsel for information regarding case activity and eviction proceedings. | L120 | 0.20 | 234.00 | 46.80 |
| MKS | 08/07/12 | Review and revise draft Notice of Bankruptcy Stay and cover letter re: same. | L210 | 0.40 | 270.00 | 108.00 |
| MCK | 08/07/12 | Correspondence with Unlawful Detainer counsel regarding status of UD proceedings and request to keep updated. | L120 | 0.40 | 234.00 | 93.60 |
| MCK | 08/07/12 | Review and analysis of jurisdiction issue. | L120 | 0.50 | 234.00 | 117.00 |
| MCK | 08/07/12 | E-mail correspondence to client re: propose bankrupty stay drafts and jurisdiction issue. | L120 | 0.30 | 234.00 | 70.20 |
| MCK | 08/07/12 | E-mail correspondence from Unlawful Detainer counsel with summary of UD activity and copies of pleadings. | L120 | 0.20 | 234.00 | 46.80 |
| MCK | 08/09/12 | Receipt and review of demurrer to unlawful detainer complaint. | L120 | 0.10 | 234.00 | 23.40 |
| MCK | 08/13/12 | E-mail correspondence to client re: | L120 | 0.10 | 234.00 | 23.40 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 326205 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Ganesan, Skandapriya (2) | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | proposed bankruptcy notice and correspondence to plaintiff's counsel. | | | | | |
| MCK | 08/16/12 | E-mail correspondence with client regarding bankruptcy stay notices. | L120 | 0.10 | 234.00 | | 23.40 |
| MCK | 08/16/12 | Receipt and review of notice of dismissal without prejudice as to GMAC Mortgage, LLC. | L120 | 0.10 | 234.00 | | 23.40 |
| MCK | 08/16/12 | E-mail correspondence to client regarding dismissal of GMAC Mortgage, LLC, lifting of stay and response date. | L120 | 0.20 | 234.00 | | 46.80 |
| MKS | 08/17/12 | Attention to dismissal of b/k debtor from lawsuit. Strategy re: same and expected lifting of b/k stay. | L120 | 0.30 | 270.00 | | 81.00 |
| MCK | 08/25/12 | Preliminary drafting of motion to dismiss Ganesan III Complaint. | L240 | 1.00 | 234.00 | | 234.00 |
| MKS | 08/27/12 | Update to client re: status of case and pending deadlines and dates. | L190 | 0.20 | 270.00 | | 54.00 |
| MCK | 08/27/12 | Continued drafting of motion to dismiss complaint (Ganesan III) | L240 | 4.50 | 234.00 | | 1,053.00 |
| MCK | 08/27/12 | Review and revision of motion to dismiss complaint. | L240 | 0.70 | 234.00 | | 163.80 |
| MCK | 08/27/12 | Telephone call and follow-up confirming e-mail with Plaintiff's counsel to meet and confer re: jurisdiction issue and filing of response to the complaint. | L120 | 0.10 | 234.00 | | 23.40 |
| MCK | 08/28/12 | E-mails with client contacts and unlawful detainer counsel regarding status of unlawful detainer and filing of motion to dismiss in Ganesan III. | L120 | 0.60 | 234.00 | | 140.40 |
| MCK | 08/28/12 | Draft request for judicial notice and certificate of interested parties to accompany filing of motion to dismiss. | L240 | 1.30 | 234.00 | | 304.20 |
| MCK | 08/29/12 | E-mail correspondence to client regarding Unlawful Detainer matter and follow-up on draft motion to dismiss. | L120 | 0.20 | 234.00 | | 46.80 |
| MCK | 08/29/12 | E-mail correspondence with client re: approved motion to dismiss. | L120 | 0.10 | 234.00 | | 23.40 |
| MCK | 08/30/12 | Finalize motion to dismiss; draft proposed order; prepare for filing. | L240 | 1.00 | 234.00 | | 234.00 |
| | | **TOTAL** | | **13.40** | | | **$3,168.00** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. 326205 | CLIENT | GMAC ResCap | Page | 3 |
|---|---|---|---|---|
| | MATTER | Ganesan, Skandapriya (2) | | |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 08/14/12 | First Nationwide Legal Services; Court Services; USDC/San Francisco Northern Dist. 6/18/12 | 9.00 |
| | **TOTAL COSTS & EXPENSES** | **$9.00** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 4.30 | $1,017.00 |
| L190 | Other Case Assessment | 0.20 | $54.00 |
| L210 | Pleadings | 0.40 | $108.00 |
| L240 | Dispositive Motions | 8.50 | $1,989.00 |
| | **TOTAL** | **13.40** | **$3,168.00** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Kelly, Megan | MCK | Special Counsel | 12.50 | 234.00 | $2,925.00 |
| Sullivan, Mary Kate | MKS | Member | 0.90 | 270.00 | $243.00 |
| | **Total** | | **13.40** | | **$3,168.00** |

| | |
|---|---|
| PRIOR FEES | $85,440.60 |
| PRIOR COSTS & EXPENSES | $6,282.65 |

| | |
|---|---|
| FEES | $3,168.00 |
| COSTS & EXPENSES | $9.00 |
| **TOTAL THIS INVOICE** | **$3,177.00** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      326206      JBS                                        September 10, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     19000     GMAC ResCap
MATTER     0769      Amerivest v. Wachovia
                     GMAC No.: 709177

**TOTAL AMOUNT DUE**                    **$270.00**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326206    JBS                              September 10, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0769    Amerivest v. Wachovia
GMAC No.: 709177

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| KWF | 07/06/12 | Evaluate file status and court docket re developments in litigation, including order granting motion for good faith settlement. | L190 | 0.10 | 270.00 | 27.00 |
| KWF | 07/23/12 | Evaluate court docket and file status, place call to plaintiff's counsel re further prosecution of lawsuit. | L190 | 0.30 | 270.00 | 81.00 |
| KWF | 07/23/12 | Teleconference with plaintiff's counsel M. Sitzer re case status and settlement negotiations. | L160 | 0.10 | 270.00 | 27.00 |
| KWF | 07/23/12 | Prepare email to client C. DiCicco advising of case status. | L190 | 0.10 | 270.00 | 27.00 |
| KWF | 08/01/12 | Evaluate file status and court docket noting absence of second amended complaint. | L120 | 0.20 | 270.00 | 54.00 |
| KWF | 08/27/12 | Evaluate court docket and file status, noting absence of dismissal and amended complaint. | L120 | 0.20 | 270.00 | 54.00 |
| | | **TOTAL** | | **1.00** | | **$270.00** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.40 | $108.00 |
| L160 | Settlement/Non-Binding ADR | 0.10 | $27.00 |
| L190 | Other Case Assessment | 0.50 | $135.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 326206 | CLIENT | GMAC ResCap | | | Page | 2 |
| | | MATTER | Amerivest v. Wachovia | | | | |

| | **TOTAL** | | | **1.00** | **$270.00** | | |
|---|---|---|---|---|---|---|---|
| **Timekeeper** | | **Position** | | **Hours** | **Rate** | **Value** | |
| Franich, Kerry | KWF | Associate | | 1.00 | 270.00 | $270.00 | |
| | **Total** | | | **1.00** | | **$270.00** | |

| PRIOR FEES | $1,932.75 |
|---|---|
| PRIOR COSTS & EXPENSES | $167.49 |

| | FEES | $270.00 |
|---|---|---|
| | **TOTAL THIS INVOICE** | **$270.00** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.       326207       JBS                                September 10, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT       19000     GMAC ResCap
MATTER      0796      CPN Pipeline Company
                             GMAC Matter No.: 710028

**TOTAL AMOUNT DUE**                    **$336.60**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326207    JBS                                    September 10, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0796    CPN Pipeline Company
GMAC Matter No.: 710028

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|------|-------|------|--------|
| HRJ | 08/08/12 | Review and analyze most recent BPO re subject property. | L110 | 0.40 | 306.00 | 122.40 |
| HRJ | 08/08/12 | Telephone conference with real estate broker re property valuation and BPO. | L110 | 0.20 | 306.00 | 61.20 |
| HRJ | 08/15/12 | Draft correspondence to title company's counsel re settlement and valuation issues. | L110 | 0.30 | 306.00 | 91.80 |
| HRJ | 08/30/12 | Review and analyze issues re settlement negotiations. | L160 | 0.20 | 306.00 | 61.20 |
| | | **TOTAL** | | **1.10** | | **$336.60** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|--|-------|--------|
| L110 | Fact Investigation/Development | 0.90 | $275.40 |
| L160 | Settlement/Non-Binding ADR | 0.20 | $61.20 |
| | **TOTAL** | **1.10** | **$336.60** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|--|----------|-------|------|-------|
| Jones, Harold R. | HRJ | Associate | 1.10 | 306.00 | $336.60 |
| | **Total** | | **1.10** | | **$336.60** |

| | |
|--|--|
| PRIOR FEES | $10,528.20 |
| PRIOR COSTS & EXPENSES | $344.42 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 326207 | CLIENT | GMAC ResCap | | Page | 2 |
| | | MATTER | CPN Pipeline Company | | | |

| | | |
|---|---|---|
| FEES | | $336.60 |
| **TOTAL THIS INVOICE** | | **$336.60** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.       326208       JBS                                      September 10, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000    GMAC ResCap
MATTER      0851     Feliciano, Jose
                     GMAC Matter No.: 711719

**TOTAL AMOUNT DUE**          **$1,702.80**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326208    JBS                                    September 10, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0851    Feliciano, Jose
                        GMAC Matter No.: 711719

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MIW | 08/01/12 | Review correspondence re status of letter from BK counsel. | L190 | 0.20 | 274.50 | 54.90 |
| MIW | 08/02/12 | Review draft BK letter and confer with B. Whittemore re same. | L190 | 0.20 | 274.50 | 54.90 |
| BSW | 08/02/12 | Receipt and review letter from bankrupcy counsel (N. Rosenbaum) regarding authorization to commence repairs. | L140 | 0.20 | 265.50 | 53.10 |
| BSW | 08/07/12 | Draft letter to opposing cousnel (S. McDonald) reqesting cofirmation of tenat relocation. | L140 | 0.30 | 265.50 | 79.65 |
| MIW | 08/09/12 | Review correspondence from plaintiffs' attorney re repair issue. Confer with B. Whittemore and M.K. Sullivan re same. | L190 | 0.30 | 274.50 | 82.35 |
| BSW | 08/09/12 | Communicate with client regarding status of tentant's relocation. | L140 | 0.20 | 265.50 | 53.10 |
| BSW | 08/09/12 | Receipt and review of opposing counsel's (S. McDonald) response to letter from GMANC bankruptcy counsel (N. Rosenbaum). | L140 | 0.20 | 265.50 | 53.10 |
| MKS | 08/10/12 | Study and review letter from plaintff's counsel in response to letter confirming ability to pay for repairs,/relocation costs. | L190 | 0.20 | 270.00 | 54.00 |
| MKS | 08/13/12 | Meeting with trial counsel re: strategy to move forward with repairs and response to plaintiff's obstacles to same. | L190 | 0.30 | 270.00 | 81.00 |
| MIW | 08/13/12 | Confer with M. K. Sullivan and B. Whittemore re strategy for responding to plaintiffs' repair demands. | L120 | 0.30 | 274.50 | 82.35 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 326208 | CLIENT | GMAC ResCap | | | Page | 2 |
| | | MATTER | Feliciano, Jose | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| BSW | 08/13/12 | Communicate with contractor (M. Zuniga) regarding status of building permits for proposed repairs to Property. | L140 | 0.10 | 265.50 | 26.55 |
| BSW | 08/13/12 | Communicate with Oakland City Inspector regarding tentant's refusal to vacate. | L140 | 0.10 | 265.50 | 26.55 |
| BSW | 08/16/12 | Communicate with client reagarding opposing counsel's (S. MCDonald) response to our request for tenant relocation. | L140 | 0.20 | 265.50 | 53.10 |
| MIW | 08/17/12 | Confer with M. K. Sullivan and B. Whittemore re obtaining BK order authorizing making repairs to property. | L190 | 0.20 | 274.50 | 54.90 |
| MIW | 08/20/12 | Review correspondence from client re possible BK order. (x2) Draft and send reply re same with recommendation to proceed. (x2) | L120 | 0.40 | 274.50 | 109.80 |
| MIW | 08/21/12 | Draft and send correspondence to BK attorney re specifics of request for order from BK court. | L190 | 0.90 | 274.50 | 247.05 |
| MIW | 08/23/12 | Draft and send follow-up request to BK attorney re comfort order. | L190 | 0.20 | 274.50 | 54.90 |
| BSW | 08/23/12 | Communicate with client (A. Peters) regarding status of comfort order from bankruptcy court. | L140 | 0.20 | 265.50 | 53.10 |
| BSW | 08/24/12 | Communicate with opposing counsel (S. McDonald) regarding relocation request. | L140 | 0.30 | 265.50 | 79.65 |
| MKS | 08/27/12 | Attention to further communication from plaintiff's counsel asserting the right to become involved in the drafting and seeking of a comfort order to go forward with repairs and relocation. Strategy re: same. | L190 | 0.40 | 270.00 | 108.00 |
| MIW | 08/27/12 | Review correspondence from plaintiffs' counsel re BK order. Confer with B. Whittemore, M. K. Sullivan, and D. Cram re same. | L190 | 0.20 | 274.50 | 54.90 |
| BSW | 08/29/12 | Communicate with Bankruptcy Counsel (E. Richards) regarding confort order for repairs. | L140 | 0.20 | 265.50 | 53.10 |
| BSW | 08/31/12 | Communicate with GMAC's | L140 | 0.30 | 265.50 | 79.65 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# *&*Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 326208 | CLIENT | GMAC ResCap | Page | 3 |
| | | MATTER | Feliciano, Jose | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | bankruptcy counsel (E. Richards) regarding comfort order. | | | | | |
| BSW | 08/31/12 | Communicate with client (A. Peters) regarding status of repairs. | L140 | | 0.20 | 265.50 | 53.10 |
| | | **TOTAL** | | | **6.30** | | **$1,702.80** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.70 | $192.15 |
| L140 | Document/File Management | 2.50 | $663.75 |
| L190 | Other Case Assessment | 3.10 | $846.90 |
| | **TOTAL** | **6.30** | **$1,702.80** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Whittemore, Brian | BSW | Associate | 2.50 | 265.50 | $663.75 |
| Wraight, Mark | MIW | Member | 2.90 | 274.50 | $796.05 |
| Sullivan, Mary Kate | MKS | Member | 0.90 | 270.00 | $243.00 |
| | **Total** | | **6.30** | | **$1,702.80** |

| | | |
|---|---|---|
| PRIOR FEES | $80,588.25 | |
| PRIOR COSTS & EXPENSES | $8,137.79 | |

| | | |
|---|---|---|
| FEES | $1,702.80 |
| **TOTAL THIS INVOICE** | **$1,702.80** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      326209      JBS                                September 10, 2012


GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006


CLIENT      19000      GMAC ResCap
MATTER      0893       Winkler, Jeffrey
                       C/M# 712992


**TOTAL AMOUNT DUE**              **$489.60**


## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326209    JBS                                        September 10, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0893    Winkler, Jeffrey
C/M# 712992

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| JVZ | 07/15/12 | Email to A. Hartshorn re possibl settlement | L160 | 0.20 | 288.00 | 57.60 |
| JVZ | 07/23/12 | Email to A. Hartshorn re whether appeal was filed | L110 | 0.20 | 288.00 | 57.60 |
| JVZ | 08/01/12 | Email to A. Hartshorn re unlawful detainer action and phone call to attorney in unlawful detainer action | L120 | 0.20 | 288.00 | 57.60 |
| JVZ | 08/02/12 | Email counsel in unlawful detainer action re case status and strategy going forward given failure of plaintiff to appeal | L120 | 0.30 | 288.00 | 86.40 |
| JVZ | 08/28/12 | Review files re related unlawful detainer action | L120 | 0.30 | 288.00 | 86.40 |
| JVZ | 08/28/12 | Phone calls with A. Hartshorn re unlawful detainer action and conversation with attorney in unlawful detainer case | L120 | 0.50 | 288.00 | 144.00 |
| | | **TOTAL** | | **1.70** | | **$489.60** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L110 | Fact Investigation/Development | 0.20 | $57.60 |
| L120 | Analysis/Strategy | 1.30 | $374.40 |
| L160 | Settlement/Non-Binding ADR | 0.20 | $57.60 |
| | **TOTAL** | **1.70** | **$489.60** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | | | | | | |
|---|---|---|---|---|---|---|
| Invoice No. 326209 | CLIENT | GMAC ResCap | | | Page | 2 |
| | MATTER | Winkler, Jeffrey | | | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Van Zandt, Jonah | JVZ | Associate | 1.70 | 288.00 | $489.60 |
| | **Total** | | **1.70** | | **$489.60** |

| | |
|---|---|
| PRIOR FEES | $24,315.30 |
| PRIOR COSTS & EXPENSES | $3,237.45 |

| | |
|---|---|
| FEES | $489.60 |
| **TOTAL THIS INVOICE** | **$489.60** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.        326210        JBS

September 10, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
|--------|-------|-------------|
| MATTER | 0967 | Murray, Burnel R. |
| | | GMAC Matter No.:  715022 |

**TOTAL AMOUNT DUE**            $497.25

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     326210     JBS                                    September 10, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter     19000 0967     Murray, Burnel R.
                          GMAC Matter No.:  715022

FOR PROFESSIONAL SERVICES RENDERED     01/01/1994     08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ALS | 08/01/12 | Receipt and review of notice of decreased assessment | L160 | 0.20 | 292.50 | 58.50 |
| ALS | 08/01/12 | Receipt and review of email from plaintiff's attorney re: property tax assessment reduction | L160 | 0.20 | 292.50 | 58.50 |
| ALS | 08/15/12 | Email from Amy Hartshorn re: status of GMAC's work to finalize Murray's interest only payment | L160 | 0.20 | 292.50 | 58.50 |
| ALS | 08/15/12 | Telephone call to (twice) and from Amy Hartshorn re: status of GMAC's work to finalize Murray's interest only payment | L160 | 0.30 | 292.50 | 87.75 |
| ALS | 08/15/12 | Telephone cal to plaintiff's counsel to advised him that we are in the final step and Murray should get a statement in October reflecting his interest only payment | L160 | 0.20 | 292.50 | 58.50 |
| ALS | 08/15/12 | Email from plaintiff's counsel with attachment asking why Murray received correspondence from GMAC advising that he was in default | L120 | 0.20 | 292.50 | 58.50 |
| ALS | 08/16/12 | Telephone call to Amy Hartshorn to ask why Murray received a letter saying he was in default | L120 | 0.20 | 292.50 | 58.50 |
| ALS | 08/16/12 | Email to plaintiff's counsel advising him to ignore foreclosure letter and explaining why letter generated | L120 | 0.20 | 292.50 | 58.50 |
| | | **TOTAL** | | **1.70** | | **$497.25** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.   326210      **CLIENT**   GMAC ResCap                        Page        2
                          **MATTER**  Murray, Burnel R.

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | Hours | Amount |
|---|---|---|
| L120    Analysis/Strategy | 0.60 | $175.50 |
| L160    Settlement/Non-Binding ADR | 1.10 | $321.75 |
| **TOTAL** | **1.70** | **$497.25** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Strayer, Ann | ALS | Special Counsel | 1.70 | 292.50 | $497.25 |
| | **Total** | | **1.70** | | **$497.25** |

PRIOR FEES                        $40,425.75
PRIOR COSTS & EXPENSES        $2,066.03

|  |  |
|---|---|
| FEES | $497.25 |
| **TOTAL THIS INVOICE** | **$497.25** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     326211     JBS                                September 10, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 0970 | Ali, Ershad |
| | | GMAC Matter No.: 714965 |

**TOTAL AMOUNT DUE**            $459.45

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326211    JBS                                  September 10, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0970    Ali, Ershad
                        GMAC Matter No.: 714965

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| NSR | 08/09/12 | Draft correspondence to listing agents regarding status of closing | L160 | 0.20 | 238.50 | 47.70 |
| NSR | 08/15/12 | Draft correspondence to the property management firm regarding the status of closing | L160 | 0.20 | 238.50 | 47.70 |
| NSR | 08/15/12 | Exchange numerous emails with V. Beers regarding items still needed to complete closing | L160 | 0.60 | 238.50 | 143.10 |
| MKS | 08/29/12 | Update client on status, developments and pending dates and deadlines. | L190 | 0.20 | 270.00 | 54.00 |
| NSR | 08/29/12 | Exchange numerous emails with GMAC's real estate agent regarding the status of the closing of the sale of the subject property | L160 | 0.40 | 238.50 | 95.40 |
| NSR | 08/29/12 | Draft correspondence to the buyer's agent regarding closing documents | L160 | 0.30 | 238.50 | 71.55 |
| | | **TOTAL** | | **1.90** | | **$459.45** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | Hours | Amount |
|--------------------------|-------|--------|
| L160    Settlement/Non-Binding ADR | 1.70 | $405.45 |
| L190    Other Case Assessment | 0.20 | $54.00 |
| **TOTAL** | **1.90** | **$459.45** |

| Timekeeper | Position | Hours | Rate | Value |
|------------|----------|-------|------|-------|

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 326211 | CLIENT | GMAC ResCap | | | Page | 2 |
| | | MATTER | Ali, Ershad | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Sullivan, Mary Kate | MKS | Member | | 0.20 | 270.00 | $54.00 |
| Riedman, Natilee | NSR | Associate | | 1.70 | 238.50 | $405.45 |
| | **Total** | | | **1.90** | | **$459.45** |

| | | |
|---|---|---|
| PRIOR FEES | $14,814.45 | |
| PRIOR COSTS & EXPENSES | $289.04 | |

| | | |
|---|---|---|
| FEES | $459.45 |
| **TOTAL THIS INVOICE** | **$459.45** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326212    JBS                                September 10, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1006    Juharyan, Ishkhan
C/M# 716686

**TOTAL AMOUNT DUE**                **$540.00**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326212    JBS                                September 10, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1006    Juharyan, Ishkhan
                        C/M# 716686

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|-|-------|------|--------|
| MKS | 07/08/12 | Update to client re: new developments, new deadlines and hearing dates and status. | L120 | 0.20 | 270.00 | 54.00 |
| MXS | 07/09/12 | Responded to MKS/GMAC request for information to determine if case was exempt from automatic stay pursuant to S.D.N.Y. order. | L250 | 0.30 | 216.00 | 64.80 |
| MXS | 08/17/12 | Reviewed incoming discovery requests (.6), reviewed propriety of requests (.3), strategized re appearance at status conference (.4) | L310 | 1.30 | 216.00 | 280.80 |
| MKS | 08/28/12 | Update to client re: case status, new developments and upcoming dates and deadlines. | L190 | 0.20 | 270.00 | 54.00 |
| MXS | 08/28/12 | Drafted detailed e-mail analyzing possible need to file a notice of stay in the case prior to answering discovery. | L320 | 0.40 | 216.00 | 86.40 |
| | | **TOTAL** | | **2.40** | | **$540.00** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|-|-------|--------|
| L120 | Analysis/Strategy | 0.20 | $54.00 |
| L190 | Other Case Assessment | 0.20 | $54.00 |
| L250 | Other Written Motions | 0.30 | $64.80 |
| L310 | Written Discovery | 1.30 | $280.80 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 326212 | CLIENT | GMAC ResCap | | | Page | 2 |
| | | MATTER | Juharyan, Ishkhan | | | | |

| L320 | Document Production | | 0.40 | $86.40 | | | |
| | **TOTAL** | | **2.40** | **$540.00** | | | |

| Timekeeper | | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|---|
| Sullivan, Mary Kate | MKS | | Member | 0.40 | 270.00 | $108.00 |
| Schindler, Maria | MXS | | Associate | 2.00 | 216.00 | $432.00 |
| | | **Total** | | **2.40** | | **$540.00** |

PRIOR FEES $21,892.50

PRIOR COSTS & EXPENSES $1,795.46

|  | FEES | $540.00 |
|---|---|---|
| **TOTAL THIS INVOICE** | | **$540.00** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     326213     JBS

September 10, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000     GMAC ResCap
MATTER     1043      Brockman, Edna C.
                          GMAC Matter No.: 718192

**TOTAL AMOUNT DUE**          **$985.20**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326213    JBS                                    September 10, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1043    Brockman, Edna C.
GMAC Matter No.: 718192

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MKS | 07/08/12 | Update to client re: new developments, new deadlines and hearing dates and status. | L120 | 0.20 | 270.00 | 54.00 |
| ACS | 07/30/12 | Phone call with plaintiff's counsel re: defendants' bankruptcy status | L190 | 0.20 | 288.00 | 57.60 |
| ACS | 07/30/12 | Analyze bankruptcy stay & effect on claims | L190 | 0.30 | 288.00 | 86.40 |
| ACS | 08/14/12 | Prepare case management statement | L190 | 0.30 | 288.00 | 86.40 |
| ACS | 08/17/12 | Prepare notice of bankruptcy stay | L190 | 0.40 | 288.00 | 115.20 |
| ACS | 08/20/12 | Prepare notice of bankruptcy stay | L250 | 0.80 | 288.00 | 230.40 |
| MKS | 08/21/12 | Review and revise draft Notice of Bankruptcy Stay. | L210 | 0.40 | 270.00 | 108.00 |
| MKS | 08/28/12 | Update to client re: case status, new developments and upcoming dates and deadlines. | L120 | 0.20 | 270.00 | 54.00 |
| ACS | 08/31/12 | Revise bankruptcy notice, cover letter re: same | L190 | 0.40 | 288.00 | 115.20 |
| | | **TOTAL** | | **3.20** | | **$907.20** |

## COSTS & EXPENSES

| | | | |
|---|---|---|---|
| 07/03/12 | CourtCall, LLC; CourtCall - Conference Service;  08/21/12 | | 78.00 |
| | **TOTAL COSTS & EXPENSES** | **$78.00** | |

## BILLING SUMMARY

| Task Code and Description | Hours | Amount |
|--------------------------|-------|--------|

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 326213 | CLIENT | GMAC ResCap | | | Page | 2 |
| | | MATTER | Brockman, Edna C. | | | | |

| | | | | | | | |
|------|---------------------------|----------|--------|---------|---------|---------|---------|
| L120 | Analysis/Strategy | | | 0.40 | $108.00 | | |
| L190 | Other Case Assessment | | | 1.60 | $460.80 | | |
| L210 | Pleadings | | | 0.40 | $108.00 | | |
| L250 | Other Written Motions | | | 0.80 | $230.40 | | |
| | **TOTAL** | | | **3.20** | **$907.20** | | |

| Timekeeper | | | Position | | Hours | Rate | Value |
|------|------|------|------|------|------|------|------|
| Sears, Alex | | ACS | Associate | | 2.40 | 288.00 | $691.20 |
| Sullivan, Mary Kate | | MKS | Member | | 0.80 | 270.00 | $216.00 |
| | | **Total** | | | **3.20** | | **$907.20** |

PRIOR FEES                            $14,142.60
PRIOR COSTS & EXPENSES           $2,387.20

| | | |
|---|---|---|
| FEES | $907.20 |
| COSTS & EXPENSES | $78.00 |
| **TOTAL THIS INVOICE** | **$985.20** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326214    JBS                                September 10, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1068    Gonzalez, Jerry D. and Amalia P.
                  GMAC Matter No.:  719031

**TOTAL AMOUNT DUE**            **$190.62**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 326214 | JBS | September 10, 2012 |
|---|---|---|---|

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1068    Gonzalez, Jerry D. and Amalia P.
GMAC Matter No.:  719031

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| TNA | 08/06/12 | Notify C. DiCicco at GMACM regarding receipt of conformed copy of notice of entry of order and appeals period. | L190 | 0.20 | 270.00 | 54.00 |
| MKS | 08/28/12 | Update to client re: case status, new developments and upcoming dates and deadlines. | L190 | 0.20 | 270.00 | 54.00 |
| | | **TOTAL** | | **0.40** | | **$108.00** |

### COSTS & EXPENSES

| | | |
|---|---|---|
| 07/27/12 | First Legal Network, LLC; Transmittal of filing to court; Alameda County Court Hayward, CA 07/09/12 | 28.75 |
| 08/10/12 | First Legal Network, LLC; Court Services; ACMC- Hayward 7/19/12 | 53.87 |

**TOTAL COSTS & EXPENSES**    **$82.62**

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L190 | Other Case Assessment | 0.40 | $108.00 |
| | **TOTAL** | **0.40** | **$108.00** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Sullivan, Mary Kate | MKS | Member | 0.20 | 270.00 | $54.00 |
| Abbott, Thomas | TNA | Associate | 0.20 | 270.00 | $54.00 |
| | **Total** | | **0.40** | | **$108.00** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 326214 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Gonzalez, Jerry D. & Amalia P. | | |

| | |
|---|---|
| PRIOR FEES | $20,320.65 |
| PRIOR COSTS & EXPENSES | $2,606.68 |

| | |
|---|---|
| FEES | $108.00 |
| COSTS & EXPENSES | $82.62 |
| **TOTAL THIS INVOICE** | **$190.62** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      326215      JBS                                    September 10, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000      GMAC ResCap
MATTER      1072      Malinowski, Kenneth J. and Patricia L.
                      GMAC Matter No.: 719341

**TOTAL AMOUNT DUE**                **$243.00**

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.   326215   JBS                                    September 10, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter   19000 1072   Malinowski, Kenneth J. and Patricia L.
GMAC Matter No.: 719341

FOR PROFESSIONAL SERVICES RENDERED   01/01/1994   08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| KWF | 08/07/12 | Receive and analyze stipulation for lien priority. | L120 | 0.20 | 270.00 | 54.00 |
| KWF | 08/09/12 | Receive and analyze Plaintiff's motion for summary judgment. | L120 | 0.50 | 270.00 | 135.00 |
| KWF | 08/09/12 | Prepare email to client, M. Verma, re: motion for summary judgment. | L190 | 0.20 | 270.00 | 54.00 |
| | | **TOTAL** | | **0.90** | | **$243.00** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.70 | $189.00 |
| L190 | Other Case Assessment | 0.20 | $54.00 |
| | **TOTAL** | **0.90** | **$243.00** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Franich, Kerry | KWF | Associate | 0.90 | 270.00 | $243.00 |
| | **Total** | | **0.90** | | **$243.00** |

| | | |
|---|---|---|
| PRIOR FEES | $6,384.60 | |
| PRIOR COSTS & EXPENSES | $220.24 | |

| | | |
|---|---|---|
| FEES | $243.00 |
| **TOTAL THIS INVOICE** | **$243.00** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 326215 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Malinowski, Kenneth & Patricia | | |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      326216      JBS                                September 10, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000      GMAC ResCap
MATTER     1080       Enriquez, Romualdo D. and Olivia S.
                               GMAC Matter No.: 719059

**TOTAL AMOUNT DUE**            $1,803.37

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      326216      JBS                                September 10, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1080      Enriquez, Romualdo D. and Olivia S.
                          GMAC Matter No.: 719059

FOR PROFESSIONAL SERVICES RENDERED      01/01/1994        08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| MCK | 08/01/12 | Correspondence with Plaintiffs' counsel regarding extension to respond to First Amended Complaint. | L120 | 0.30 | 234.00 | 70.20 |
| MCK | 08/04/12 | Analysis of bankruptcy issues and drafting of correspondence to Plaintiffs' counsel and notice of bankruptcy. | L120 | 0.70 | 234.00 | 163.80 |
| MCK | 08/04/12 | Continued drafting of demurrer to amended complaint. | L120 | 0.50 | 234.00 | 117.00 |
| MKS | 08/06/12 | Review and revise draft demurrer to complaint. | L240 | 0.50 | 270.00 | 135.00 |
| MKS | 08/06/12 | Review and revise draft Notice of Bankruptcy Stay and cover letter re: same. | L210 | 0.40 | 270.00 | 108.00 |
| MCK | 08/06/12 | Continued drafting of demurrer to first amended complaint. | L120 | 2.50 | 234.00 | 585.00 |
| MCK | 08/07/12 | Draft Request for Judicial Notice in Support of Demurrer to FAC. | L210 | 0.20 | 234.00 | 46.80 |
| MCK | 08/07/12 | Draft e-mail correspondence to client with proposed notice of bankruptcy, correspondence and demurrer. | L120 | 0.30 | 234.00 | 70.20 |
| MCK | 08/08/12 | Revision to demurrer memorandum. | L120 | 0.10 | 234.00 | 23.40 |
| MCK | 08/09/12 | E-mail correspondence to client to follow-up on draft demurrer. | L120 | 0.10 | 234.00 | 23.40 |
| MCK | 08/10/12 | Final review and revision to demurrer to first amended complaint; preparation for filing. | L120 | 0.50 | 234.00 | 117.00 |
| MCK | 08/10/12 | E-mail correspondence to client re: draft demurrer. | L120 | 0.10 | 234.00 | 23.40 |
| MCK | 08/10/12 | Draft case management statement. | L230 | 0.10 | 234.00 | 23.40 |
| MCK | 08/10/12 | E-mail correspondence from client | L120 | 0.10 | 234.00 | 23.40 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# *&*Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 326216 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Enriquez, Romualdo & Olivia | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | approving bankruptcy notices and demurrer for filing. | | | | |
| MCK | 08/10/12 | E-mail correspondence to client with copy of signed correspondence re: bankruptcy. | L120 | 0.10 | 234.00 | 23.40 |
| MKS | 08/28/12 | Update to client re: case status, new developments and upcoming dates and deadlines. | L190 | 0.20 | 270.00 | 54.00 |
| MCK | 08/28/12 | Appearance by Court Call for Case Management Conference. | L230 | 0.30 | 234.00 | 70.20 |
| MCK | 08/28/12 | E-mail correspondence to client regarding case management conference and demurrer hearing date. | L120 | 0.10 | 234.00 | 23.40 |
| | | **TOTAL** | | **7.10** | | **$1,701.00** |

### COSTS & EXPENSES

| | | |
|---|---|---|
| 08/10/12 | Cardmember Service/Bank One (Acct #2707); Data Search; 756 87th Street San Mateo, CA 07/02/12 | 8.39 |
| 08/16/12 | CourtCall, LLC; CourtCall - Conference Service; 12/14/12 | 39.00 |
| 08/21/12 | One Legal, Inc.; Transmittal of filing to court; Case Management Statement, Notice of Bankruptcy, Demurrer to First Amended Complaint, Request for Judicial Notice...including Court Filing Fee $60 08/10/12 | 54.98 |
| | **TOTAL COSTS & EXPENSES** | **$102.37** |

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 5.40 | $1,263.60 |
| L190 | Other Case Assessment | 0.20 | $54.00 |
| L210 | Pleadings | 0.60 | $154.80 |
| L230 | Court Mandated Conferences | 0.40 | $93.60 |
| L240 | Dispositive Motions | 0.50 | $135.00 |
| | **TOTAL** | **7.10** | **$1,701.00** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Kelly, Megan | MCK | Special Counsel | 6.00 | 234.00 | $1,404.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.    326216 | CLIENT | GMAC ResCap | | | Page | 3 |
|---|---|---|---|---|---|---|
| | MATTER | Enriquez, Romualdo & Olivia | | | | |

| Sullivan, Mary Kate | MKS | Member | 1.10 | 270.00 | $297.00 |
| | **Total** | | **7.10** | | **$1,701.00** |

PRIOR FEES                         $5,501.70
PRIOR COSTS & EXPENSES             $1,688.49

|  | FEES | $1,701.00 |
|---|---|---|
|  | COSTS & EXPENSES | $102.37 |
|  | **TOTAL THIS INVOICE** | **$1,803.37** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      326217      JBS                                        September 10, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000      GMAC ResCap
MATTER      1105       Negrete, Maricela
                       GMAC Matter No.: 719957

**TOTAL AMOUNT DUE**            $1,530.00

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326217    JBS                                    September 10, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1105    Negrete, Maricela
                        GMAC Matter No.: 719957

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| HRJ | 08/21/12 | Review and analyze Final Supplemental Bankruptcy Court order re determination of whether cross-claim is a Permitted Claim. | L110 | 0.80 | 306.00 | 244.80 |
| HRJ | 08/21/12 | Review and analyze supplemental bankruptcy order re preparation of notice. | L120 | 1.20 | 306.00 | 367.20 |
| HRJ | 08/23/12 | Prepare for case management conference. | L110 | 0.50 | 306.00 | 153.00 |
| HRJ | 08/23/12 | Appear at case management conference. | L230 | 0.50 | 306.00 | 153.00 |
| HRJ | 08/23/12 | Review and analyze issues re supplemental bankruptcy court order. | L110 | 0.60 | 306.00 | 183.60 |
| HRJ | 08/28/12 | Draft bankruptcy notice. | L110 | 0.70 | 306.00 | 214.20 |
| HRJ | 08/28/12 | Draft correspondence to cross-complainant's counsel re bankruptcy notice. | L110 | 0.50 | 306.00 | 153.00 |
| HRJ | 08/28/12 | Review and analyze issues re bankruptcy notice. | L110 | 0.20 | 306.00 | 61.20 |
| | | **TOTAL** | | **5.00** | | **$1,530.00** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L110 | Fact Investigation/Development | 3.30 | $1,009.80 |
| L120 | Analysis/Strategy | 1.20 | $367.20 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 326217 | CLIENT | GMAC ResCap | | Page | 2 |
|---|---|---|---|---|---|---|
| | | MATTER | Negrete, Maricela | | | |

| L230 | Court Mandated Conferences | | 0.50 | $153.00 | | |
|---|---|---|---|---|---|---|
| | **TOTAL** | | **5.00** | **$1,530.00** | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Jones, Harold R. | HRJ | Associate | 5.00 | 306.00 | $1,530.00 |
| | **Total** | | **5.00** | | **$1,530.00** |

| PRIOR FEES | $6,817.05 |
|---|---|
| PRIOR COSTS & EXPENSES | $534.59 |

| | FEES | $1,530.00 |
|---|---|---|
| | **TOTAL THIS INVOICE** | **$1,530.00** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     326218     JBS                                September 10, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000     GMAC ResCap
MATTER      1139      Jones, Louis H.
                      GMAC Matter No.: 722027

**TOTAL AMOUNT DUE**              $324.00

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326218    JBS                                September 10, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1139    Jones, Louis H.
                        GMAC Matter No.: 722027

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| KWF | 08/06/12 | Receive and analyze order from court. Prepare email to client, J. Holtgren, advising of CMC continuance. | L190 | 0.10 | 270.00 | 27.00 |
| KWF | 08/08/12 | Evaluate status of Deutsche Bank in litigation. Prepare letter to Plaintiff's counsel re: dismissal. | L120 | 0.40 | 270.00 | 108.00 |
| KWF | 08/09/12 | Prepare email to T. Dumres, re: scope of automatic stay. | L120 | 0.30 | 270.00 | 81.00 |
| KWF | 08/17/12 | Telephone conference with Plaintiff's counsel's office re: dismissal of Deutsche Bank. | L120 | 0.10 | 270.00 | 27.00 |
| KWF | 08/29/12 | Evaluate court docket and file status. Prepare letter to Plaintiff's counsel re: dismissal of Deutsche Bank. | L120 | 0.30 | 270.00 | 81.00 |
| | | **TOTAL** | | **1.20** | | **$324.00** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 1.10 | $297.00 |
| L190 | Other Case Assessment | 0.10 | $27.00 |
| | **TOTAL** | **1.20** | **$324.00** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Franich, Kerry | KWF | Associate | 1.20 | 270.00 | $324.00 |
| | **Total** | | **1.20** | | **$324.00** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 326218 | CLIENT | GMAC ResCap | | Page | 2 |
| | | MATTER | Jones, Louis H. | | | |

| | |
|---|---|
| PRIOR FEES | $6,190.65 |
| PRIOR COSTS & EXPENSES | $3,069.60 |

| | |
|---|---|
| FEES | $324.00 |
| **TOTAL THIS INVOICE** | **$324.00** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     326219     JBS                                      September 10, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     19000     GMAC ResCap
MATTER     1149     Mathew, Vincent and Rosemole
GMAC Matter No.: 722251

**TOTAL AMOUNT DUE**          **$988.39**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326219    JBS                                    September 10, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1149    Mathew; Vincent and Rosemole
GMAC Matter No.: 722251

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| NSR | 08/01/12 | Draft correspondence to Ms. Bonello regarding status of settlement | L160 | 0.20 | 238.50 | 47.70 |
| NSR | 08/02/12 | Analysis of correspondence from Ms. Bonello regarding requests for changes to the settlement agreement | L160 | 0.10 | 238.50 | 23.85 |
| NSR | 08/02/12 | Determine whether Plaintiffs filed a proof of claim in the bankruptcy action, in preparation of revising settlement agreement | L190 | 0.40 | 238.50 | 95.40 |
| NSR | 08/02/12 | Revise settlement agreement pursuant to the requests by Ms. Bonello | L160 | 0.30 | 238.50 | 71.55 |
| NSR | 08/02/12 | Draft correspondence to Ms. Bonello regarding the revised settlement agreement | L160 | 0.20 | 238.50 | 47.70 |
| NSR | 08/02/12 | Draft correspondence to Plaintiffs' counsel regarding the revised settlement agreement | L160 | 0.40 | 238.50 | 95.40 |
| NSR | 08/13/12 | Review correspondence from Plaintiffs' counsel regarding the executed settlement agreement | L160 | 0.10 | 238.50 | 23.85 |
| NSR | 08/13/12 | Analysis of the executed settlement agreement and comparison to the version provided to Plaintiff to ensure completion | L160 | 0.30 | 238.50 | 71.55 |
| NSR | 08/13/12 | Draft letter to Ms. Bonello regarding the modification check and the executed modification agreement and settlement agreement | L160 | 0.30 | 238.50 | 71.55 |
| NSR | 08/15/12 | Draft email to Ms. Bonnello regarding the impending letter, the executed | L160 | 0.20 | 238.50 | 47.70 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 326219 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Mathew, Vincent & Rosemole | | | | |

| | | settlement agreement and check | | | | |
|---|---|---|---|---|---|---|
| NSR | 08/17/12 | Analysis of email from Ms. Bonello regarding her inability to process a copy of the modification agreement | L160 | 0.10 | 238.50 | 23.85 |
| NSR | 08/17/12 | Draft various correspondence to Ms. Bonello regarding the incoming original copy of the modification agreement as executed by Plaintiff | L160 | 0.40 | 238.50 | 95.40 |
| NSR | 08/20/12 | Communicate via telephone with the foreclosing trustee regarding the scheduled trustee's sale date | L160 | 0.30 | 238.50 | 71.55 |
| NSR | 08/20/12 | Draft correspondence to Ms. Bonello regarding possible postponement of the scheduled trustee's sale | L160 | 0.20 | 238.50 | 47.70 |
| NSR | 08/22/12 | Exchange correspondence with Ms. Bonello regarding postponement of the trustee's sale | L160 | 0.10 | 238.50 | 23.85 |
| MKS | 08/28/12 | Update to client re: case status, new developments and upcoming dates and deadlines. | L120 | 0.20 | 270.00 | 54.00 |
| | | **TOTAL** | | **3.80** | | **$912.60** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 07/27/12 | First Legal Network, LLC; Transmittal of filing to court; SMSC-Redwood City, CA 07/03/12 | 57.50 |
| 08/10/12 | Cardmember Service/Bank One (Acct #2707); Data Search; 123 Lucca Drive San Mateo, CA 07/17/12 | 18.29 |
| | **TOTAL COSTS & EXPENSES** | **$75.79** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.20 | $54.00 |
| L160 | Settlement/Non-Binding ADR | 3.20 | $763.20 |
| L190 | Other Case Assessment | 0.40 | $95.40 |
| | **TOTAL** | **3.80** | **$912.60** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Sullivan, Mary Kate | MKS | Member | 0.20 | 270.00 | $54.00 |
| Riedman, Natilee | NSR | Associate | 3.60 | 238.50 | $858.60 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| | | | |
|---|---|---|---|
| Invoice No.    326219 | **CLIENT**    GMAC ResCap | Page | 3 |
| | **MATTER**    Mathew, Vincent & Rosemole | | |

| | | | |
|---|---|---|---|
| **Total** | | 3.80 | **$912.60** |

| | |
|---|---|
| PRIOR FEES | $8,496.00 |
| PRIOR COSTS & EXPENSES | $274.30 |

| | |
|---|---|
| FEES | $912.60 |
| COSTS & EXPENSES | $75.79 |
| **TOTAL THIS INVOICE** | **$988.39** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     326220     JBS                                    September 10, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     19000     GMAC ResCap
MATTER     1173      Liguori, Lisa
                     GMAC Matter No.: 723336

**TOTAL AMOUNT DUE**          $1,021.90

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326220    JBS                                    September 10, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1173    Liguori, Lisa
                        GMAC Matter No.: 723336

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| KWF | 08/01/12 | Evaluate file status and court docket noting submission of request for entry of default. | L120 | 0.20 | 270.00 | 54.00 |
| KWF | 08/13/12 | Evaluate file status and court docket. Prepare email to client, G. Albright, advising of case status and case management conference. | L120 | 0.20 | 270.00 | 54.00 |
| KWF | 08/13/12 | Prepare letter to department of real estate inquiring re: status of complaint and advising of post-complaint developments. | L190 | 0.40 | 270.00 | 108.00 |
| KWF | 08/16/12 | Telephone conference with court clerk re: OSC re: Certificate of Service. | L120 | 0.10 | 270.00 | 27.00 |
| KWF | 08/17/12 | Telephone conference with J. Hafen re: DRE investigation. | L120 | 0.20 | 270.00 | 54.00 |
| KWF | 08/17/12 | Prepare email to client, G. Albright, re: DRE investigation. | L120 | 0.20 | 270.00 | 54.00 |
| KWF | 08/23/12 | Prepare email to DRE investigator, J. Hafan, with documents and information re: offers submitted. | L120 | 0.80 | 270.00 | 216.00 |
| KWF | 08/23/12 | Evaluate file and status and court docket for request for entry of default and discovery dispute in Liguori litigation. | L120 | 0.30 | 270.00 | 81.00 |
| KWF | 08/23/12 | Receive and analyze court minute order and supplemental declaration of J. Reden in support of motion to compel. | L210 | 0.20 | 270.00 | 54.00 |
| KWF | 08/23/12 | Receive and analyze equator timeline of offers to purchase property. | L120 | 0.30 | 270.00 | 81.00 |
| KWF | 08/28/12 | Prepare case management conference | L230 | 0.40 | 270.00 | 108.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 326220 | CLIENT | GMAC ResCap | | | Page | 2 |
| | | MATTER | Liguori, Lisa | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | statement. | | | | | |
| KWF | 08/28/12 | Prepare email to McLaughlin re: meet and confer prior to case management conference. | L120 | 0.10 | 270.00 | | 27.00 |
| | | **TOTAL** | | **3.40** | | | **$918.00** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 08/03/12 | One Legal, Inc.; Transmittal of filing to court; pos - Lynn McLaughlin (aka Lynn McLaughlin - Montero) 07/25/12 | 12.95 |
| 08/17/12 | CourtCall, LLC; CourtCall - Conference Service; 09/28/12 | 78.00 |
| 08/20/12 | One Legal, Inc.; Transmittal of filing to court; pos- Lyn McLaughlin, PLLC, 08/08/12 | 12.95 |
| | **TOTAL COSTS & EXPENSES** | **$103.90** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 2.40 | $648.00 |
| L190 | Other Case Assessment | 0.40 | $108.00 |
| L210 | Pleadings | 0.20 | $54.00 |
| L230 | Court Mandated Conferences | 0.40 | $108.00 |
| | **TOTAL** | **3.40** | **$918.00** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Franich, Kerry | KWF | Associate | 3.40 | 270.00 | $918.00 |
| | **Total** | | **3.40** | | **$918.00** |

| | |
|---|---|
| PRIOR FEES | $12,068.10 |
| PRIOR COSTS & EXPENSES | $1,229.21 |

| | |
|---|---|
| FEES | $918.00 |
| COSTS & EXPENSES | $103.90 |
| **TOTAL THIS INVOICE** | **$1,021.90** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# $\mathcal{S}$everson
# $\mathcal{C}$Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      326221      JBS                                          September 10, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000      GMAC ResCap
MATTER      1184       Berdan, Felino V. and Belinda
                       GMAC Matter No.: 723763

**TOTAL AMOUNT DUE**              $491.50

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      326221      JBS                                September 10, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter      19000 1184      Berdan, Felino V. and Belinda
                            GMAC Matter No.: 723763

FOR PROFESSIONAL SERVICES RENDERED      01/01/1994      08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|-----|-------|------|--------|
| MTM | 08/06/12 | Prepare correspondence to judge regarding proposed order. | L210 | 0.30 | 288.00 | 86.40 |
| MTM | 08/08/12 | Finalize letter forwarding proposed order and judgment. | L210 | 0.10 | 288.00 | 28.80 |
| MTM | 08/22/12 | Follow up regarding status of order granting demurrer. | L210 | 0.20 | 288.00 | 57.60 |
| MTM | 08/22/12 | Attention to status. | L210 | 0.20 | 288.00 | 57.60 |
| MKS | 08/28/12 | Update to client re: case status, new developments and upcoming dates and deadlines. | L190 | 0.20 | 270.00 | 54.00 |
| MTM | 08/31/12 | Forward conformed copy of Notice of Entry of Order to client and advise same regarding appeals deadline. | L210 | 0.20 | 288.00 | 57.60 |
| | | **TOTAL** | | **1.20** | | **$342.00** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 08/02/12 | CourtCall, LLC; CourtCall - Conference Service; 09/26/12 | 78.00 |
| 08/10/12 | First Legal Network, LLC; Transmittal of filing to court; CCSC- Martinez 7/19/12 | 71.50 |
| | **TOTAL COSTS & EXPENSES** | **$149.50** |

## BILLING SUMMARY

| Task Code and Description | Hours | Amount |
|--------------------------|-------|--------|
| L190    Other Case Assessment | 0.20 | $54.00 |
| L210    Pleadings | 1.00 | $288.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 326221 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Berdan, Felino V. & Belinda | | | | |

| | **TOTAL** | | | **1.20** | **$342.00** | | |
|---|---|---|---|---|---|---|---|
| **Timekeeper** | | | **Position** | **Hours** | **Rate** | **Value** | |
| Sullivan, Mary Kate | | MKS | Member | 0.20 | 270.00 | $54.00 | |
| McGuinness, Michelle | | MTM | Associate | 1.00 | 288.00 | $288.00 | |
| | | **Total** | | **1.20** | | **$342.00** | |

| PRIOR FEES | $14,790.15 |
|---|---|
| PRIOR COSTS & EXPENSES | $1,967.73 |

| | |
|---|---|
| FEES | $342.00 |
| COSTS & EXPENSES | $149.50 |
| **TOTAL THIS INVOICE** | **$491.50** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      326222      JBS

September 10, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1221 | Robertson, Thomas |
| | | GMAC Matter No.: 725973 |

**TOTAL AMOUNT DUE**          **$259.50**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326222    JBS                                                September 10, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1221    Robertson, Thomas
GMAC Matter No.: 725973

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| ABK | 08/20/12 | Plan and prepare for upcoming Case Management Conference. | L230 | 0.20 | 247.50 | 49.50 |
| MKS | 08/28/12 | Update to client re: case status, new developments and upcoming dates and deadlines. | L120 | 0.20 | 270.00 | 54.00 |
| | | **TOTAL** | | **0.40** | | **$103.50** |

## COSTS & EXPENSES

| | | | |
|--|--|--|--|
| 08/13/12 | CourtCall, LLC; CourtCall - Conference Service; 09/04/12 | | 78.00 |
| 08/13/12 | CourtCall, LLC; CourtCall - Conference Service; 09/04/12 | | 78.00 |
| **TOTAL COSTS & EXPENSES** | | **$156.00** | |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|--|-------|--------|
| L120 | Analysis/Strategy | 0.20 | $54.00 |
| L230 | Court Mandated Conferences | 0.20 | $49.50 |
| | **TOTAL** | **0.40** | **$103.50** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|--|----------|-------|------|-------|
| Kenney, Austin | ABK | Associate | 0.20 | 247.50 | $49.50 |
| Sullivan, Mary Kate | MKS | Member | 0.20 | 270.00 | $54.00 |
| | **Total** | | **0.40** | | **$103.50** |

PRIOR FEES                                    $5,490.00

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| | | | | | |
|---|---|---|---|---|---|
| Invoice No. | 326222 | CLIENT | GMAC ResCap | Page | 2 |
| | | MATTER | Robertson, Thomas | | |

---

PRIOR COSTS & EXPENSES                    $1,968.39


| | |
|---|---|
| FEES | $103.50 |
| COSTS & EXPENSES | $156.00 |
| **TOTAL THIS INVOICE** | **$259.50** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      326223      JBS                                        September 10, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000      GMAC ResCap
MATTER     1236       Willow Haven Holding Company
                              GMAC Matter No.: 726529

**TOTAL AMOUNT DUE**              $849.75

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326223    JBS                                    September 10, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1236    Willow Haven Holding Company
GMAC Matter No.: 726529

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| ABK | 08/06/12 | Communicate with ResCap and FNMA re: case status follwoing substitution of counsel for plaintiff and recommendations for further handling. | L120 | 0.20 | 247.50 | 49.50 |
| ABK | 08/20/12 | Review case status and develop recommendations for further handling, particularly re: appearance at scheduled Case Management Conference. | L120 | 0.20 | 247.50 | 49.50 |
| ABK | 08/20/12 | Communicate with ETS and FNMA re: scheduled Case Management Conference and recommendations for further handling. | L120 | 0.10 | 247.50 | 24.75 |
| ABK | 08/20/12 | Plan and prepare for upcoming Case Management Conference. | L230 | 0.20 | 247.50 | 49.50 |
| MKS | 08/28/12 | Update to client re: case status, new developments and upcoming dates and deadlines. | L190 | 0.20 | 270.00 | 54.00 |
| ABK | 08/28/12 | Plan and prepare for Case Management Confeence. | L230 | 0.40 | 247.50 | 99.00 |
| ABK | 08/28/12 | Appear for Case Management Conference by Courtcall. | L230 | 1.60 | 247.50 | 396.00 |
| ABK | 08/28/12 | Report to H. Franchi at Ally and S. Friedman at FNMA re: case status following Case Management Conference. | L230 | 0.20 | 247.50 | 49.50 |
| | | **TOTAL** | | **3.10** | | **$771.75** |

## COSTS & EXPENSES

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 326223 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Willow Haven Holding Company | | |

| | | |
|---|---|---|
| 08/13/12 CourtCall, LLC; CourtCall - Conference Service; 08/28/12 | | 78.00 |
| **TOTAL COSTS & EXPENSES** | **$78.00** | |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.50 | $123.75 |
| L190 | Other Case Assessment | 0.20 | $54.00 |
| L230 | Court Mandated Conferences | 2.40 | $594.00 |
| | **TOTAL** | **3.10** | **$771.75** |

| Timekeeper | | Position | | Hours | Rate | Value |
|---|---|---|---|---|---|---|
| Kenney, Austin | ABK | Associate | | 2.90 | 247.50 | $717.75 |
| Sullivan, Mary Kate | MKS | Member | | 0.20 | 270.00 | $54.00 |
| | **Total** | | | **3.10** | | **$771.75** |

| | |
|---|---|
| PRIOR FEES | $5,959.58 |
| PRIOR COSTS & EXPENSES | $95.98 |

| | |
|---|---|
| FEES | $771.75 |
| COSTS & EXPENSES | $78.00 |
| **TOTAL THIS INVOICE** | **$849.75** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326224    JBS                                September 10, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1247    Galaviz, Jorge and Consuelo
                  GMAC Matter No.: 727068

**TOTAL AMOUNT DUE**            $1,473.25

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326224    JBS                                    September 10, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1247    Galaviz, Jorge and Consuelo
GMAC Matter No.: 727068

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ERB | 08/03/12 | Review and revise Notice of Bankruptcy Stay and analysis of claims re same. | L250 | 0.50 | 279.00 | 139.50 |
| MKK | 08/03/12 | Draft, proofread, and revise Notice of Bankruptcy Stay. | L210 | 0.80 | 225.00 | 180.00 |
| MKK | 08/07/12 | Prepare notice of bankruptcy for filing (.1); draft cover letter for notice of bankruptcy (.3). | L210 | 0.40 | 225.00 | 90.00 |
| MKS | 08/17/12 | Study and review tentative ruling on demurrer.  Strategy re: response to same and effect of b/k stay on non-debtor party.  Prepare for hearing. | L240 | 0.60 | 270.00 | 162.00 |
| MKK | 08/17/12 | Review and analyze tentative ruling on demurrer; Review case materials in preparation for hearing on demurrer. | L210 | 0.70 | 225.00 | 157.50 |
| MKK | 08/17/12 | Leave message for opposing counsel regarding appearance at demurrer hearing. | L210 | 0.10 | 225.00 | 22.50 |
| MKK | 08/17/12 | Phone call with clerk of court regarding appearance at demurrer hearing. | L210 | 0.10 | 225.00 | 22.50 |
| MKS | 08/20/12 | Attend (telephonically) hearing on demurrer. | L240 | 0.50 | 270.00 | 135.00 |
| MKK | 08/20/12 | Attend hearing regarding demurrer. | L210 | 0.60 | 225.00 | 135.00 |
| MKK | 08/20/12 | Draft and review email to client regarding outcome of hearing on demurrer. | L210 | 0.40 | 225.00 | 90.00 |
| MKS | 08/30/12 | Update to client re: status, developments and pending dates and deadlines. | L190 | 0.20 | 270.00 | 54.00 |
| MKS | 08/31/12 | Attention to plaintiff's failure to submit | L190 | 0.30 | 270.00 | 81.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# $\mathcal{S}$everson
# $\mathcal{C}$$\mathcal{W}$erson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 326224 | CLIENT | GMAC ResCap | | Page | 2 |
| | | MATTER | Galaviz, Jorge & Consuelo | | | |

court ordered further briefing on effect
of Stay on MERS defendant. Strategy
re: same.

| | | | | |
|---|---|---|---|---|
| **TOTAL** | | | 5.20 | **$1,269.00** |

## COSTS & EXPENSES

| Date | Description | Amount |
|---|---|---|
| 08/01/12 | CourtCall, LLC; CourtCall - Conference Service; 07/31/12 | 78.00 |
| 08/10/12 | First Legal Network, LLC; Transmittal of filing to court; Solano County Superior Court 7/16/12 | 48.25 |
| 08/13/12 | CourtCall, LLC; CourtCall - Conference Service; 08/20/12 | 78.00 |
| | **TOTAL COSTS & EXPENSES** | **$204.25** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L190 | Other Case Assessment | 0.50 | $135.00 |
| L210 | Pleadings | 3.10 | $697.50 |
| L240 | Dispositive Motions | 1.10 | $297.00 |
| L250 | Other Written Motions | 0.50 | $139.50 |
| | **TOTAL** | **5.20** | **$1,269.00** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Buell, Edward | ERB | Associate | 0.50 | 279.00 | $139.50 |
| Kamka, Mary Kate | MKK | Special Counsel | 3.10 | 225.00 | $697.50 |
| Sullivan, Mary Kate | MKS | Member | 1.60 | 270.00 | $432.00 |
| | **Total** | | **5.20** | | **$1,269.00** |

| | |
|---|---|
| PRIOR FEES | $12,295.80 |
| PRIOR COSTS & EXPENSES | $1,346.44 |

| | |
|---|---|
| FEES | $1,269.00 |
| COSTS & EXPENSES | $204.25 |
| **TOTAL THIS INVOICE** | **$1,473.25** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      326225      JBS                                September 10, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000      GMAC ResCap
MATTER      1278      Lin. Calvin
                      GMAC Matter No.: 728846

**TOTAL AMOUNT DUE**          $1,627.70

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326225    JBS                                    September 10, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1278    Lin. Calvin
GMAC Matter No.: 728846

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| YS | 08/02/12 | Draft status report to client regarding the case, the pending judgment debtor exam, and the impact of client's bankruptcy filing on the case | L190 | 0.20 | 238.50 | 47.70 |
| YS | 08/02/12 | Draft notice to plaintiff of amended minute order on client's bench warrant and judgment debtor exam | L210 | 0.30 | 238.50 | 71.55 |
| YS | 08/02/12 | Draft correspondence to plaintiff regarding client's bankruptcy filing, the effect of the automatic stay, and a proof of claim for him to file | L190 | 0.40 | 238.50 | 95.40 |
| DHC | 08/23/12 | Conference with Adam Barasch re hearing on objection to claim and strategy. | L120 | 0.50 | 337.50 | 168.75 |
| YS | 08/30/12 | Attend the Court's judgment debtor exam and status conference hearing and determine how to proceed based on the Court's ruling | L450 | 4.30 | 238.50 | 1,025.55 |
| YS | 08/30/12 | Draft notice of outcome from hearing on judgment/debtor exam and the status of client's bankruptcy case | L210 | 0.30 | 238.50 | 71.55 |
| | | **TOTAL** | | **6.00** | | **$1,480.50** |

### COSTS & EXPENSES

| | | |
|--|--|--|
| 07/27/12 | First Legal Network, LLC; Court Services; LASC - Pomona /Limited, CA 06/28/12 | 87.25 |
| 08/15/12 | One Legal, Inc.; Transmittal of filing to court; Notice of Amended Minute Order 08/03/12 | 59.95 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 326225 | CLIENT | GMAC ResCap | | Page | 2 |
|---|---|---|---|---|---|---|
| | | MATTER | Lin. Calvin | | | |

---

| | | | | | |
|---|---|---|---|---|---|
| **TOTAL COSTS & EXPENSES** | | | | **$147.20** | |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.50 | $168.75 |
| L190 | Other Case Assessment | 0.60 | $143.10 |
| L210 | Pleadings | 0.60 | $143.10 |
| L450 | Trial and Hearing Attendance | 4.30 | $1,025.55 |
| | **TOTAL** | **6.00** | **$1,480.50** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Cram, Donald | DHC | Member | 0.50 | 337.50 | $168.75 |
| Shaham, Yaron | YS | Special Counsel | 5.50 | 238.50 | $1,311.75 |
| | **Total** | | **6.00** | | **$1,480.50** |

| | |
|---|---|
| PRIOR FEES | $2,759.85 |
| PRIOR COSTS & EXPENSES | $277.85 |

| | |
|---|---|
| FEES | $1,480.50 |
| COSTS & EXPENSES | $147.20 |
| **TOTAL THIS INVOICE** | **$1,627.70** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      326226      JBS                                September 10, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000      GMAC ResCap
MATTER      1295       Stell, Eric
                       GMAC Matter No.: 696977

**TOTAL AMOUNT DUE**            **$318.25**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326226    JBS                                September 10, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1295    Stell, Eric
                GMAC Matter No.:

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| KWF | 07/16/12 | Analyze file status and court docket, prepare email to client advising of status of small claims matter. | L190 | 0.20 | 270.00 | 54.00 |
| KWF | 08/01/12 | Analyze file status and court docket, noting vacating of trial. | L190 | 0.10 | 270.00 | 27.00 |
| KWF | 08/06/12 | Prepare amended notice of bankruptcy. | L210 | 0.30 | 270.00 | 81.00 |
| KWF | 08/06/12 | Prepare letter to Plaintiff re: final supplemental order. | L120 | 0.30 | 270.00 | 81.00 |
| KWF | 08/13/12 | Prepare email to client, K. Krull, with amended bankruptcy notice and cover letter to Plaintiff. | L190 | 0.10 | 270.00 | 27.00 |
| | | **TOTAL** | | **1.00** | | **$270.00** |

## COSTS & EXPENSES

| | | |
|--|--|--|
| 07/20/12 | First Legal Network, LLC; Court Services; San Diego County Court 6/29/12 | 48.25 |

**TOTAL COSTS & EXPENSES**                        **$48.25**

## BILLING SUMMARY

| Task Code and Description | Hours | Amount |
|--------------------------|-------|--------|
| L120    Analysis/Strategy | 0.30 | $81.00 |
| L190    Other Case Assessment | 0.40 | $108.00 |
| L210    Pleadings | 0.30 | $81.00 |
| **TOTAL** | **1.00** | **$270.00** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|--|----------|-------|------|-------|
| Franich, Kerry | KWF | Associate | 1.00 | 270.00 | $270.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 326226 | CLIENT | GMAC ResCap | | Page | 2 |
|---|---|---|---|---|---|---|
| | | MATTER | Stell, Eric | | | |

| | | **Total** | | **1.00** | **$270.00** |
|---|---|---|---|---|---|

|  | FEES | $270.00 |
|---|---|---|
|  | COSTS & EXPENSES | $48.25 |
|  | **TOTAL THIS INVOICE** | **$318.25** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326227    JBS

September 10, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1307    Henle, Thomas N.
GMAC Matter No.: 729616

**TOTAL AMOUNT DUE**         $2,583.13

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326227    JBS                                    September 10, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1307    Henle, Thomas N.
GMAC Matter No.: 729616

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| JCP | 07/06/12 | Conduct Title Search and Prepare Property Profile | L190 | 0.80 | 130.50 | 104.40 |
| MTM | 08/08/12 | Revise answer. | L210 | 1.00 | 288.00 | 288.00 |
| MTM | 08/08/12 | Respond to J. Hoy regarding status of Answer. | L210 | 0.20 | 288.00 | 57.60 |
| MJS | 08/09/12 | Analysis of MERS tender re second lien only,but not first lien. | L120 | 0.30 | 400.50 | 120.15 |
| MTM | 08/09/12 | Retrieve and review title policy and pull and review recorded documents and maps. | L210 | 1.00 | 288.00 | 288.00 |
| MTM | 08/09/12 | Email opposing counsel regarding deadline. | L210 | 0.20 | 288.00 | 57.60 |
| MTM | 08/09/12 | Phone message to counsel for MERS. | L210 | 0.10 | 288.00 | 28.80 |
| MTM | 08/09/12 | Strategy regarding contents of Answer; revise Answer and draft correspondence to client forwarding same. | L210 | 2.30 | 288.00 | 662.40 |
| MKS | 08/10/12 | Review and revise draft answer to complaint and draft stipulation re: limited participation. | L210 | 0.50 | 270.00 | 135.00 |
| MTM | 08/10/12 | Follow up regarding representation of MERS. | L210 | 0.20 | 288.00 | 57.60 |
| MTM | 08/10/12 | Confer with counsel for MERS. | L210 | 0.40 | 288.00 | 115.20 |
| MTM | 08/14/12 | Review and finalize answer. | L210 | 0.30 | 288.00 | 86.40 |
| MTM | 08/14/12 | Respond to email from Plaintiffs' counsel. | L210 | 0.20 | 288.00 | 57.60 |
| MTM | 08/16/12 | Respond to inquiry from J. Hoy regarding file-stamped answer. | L210 | 0.20 | 288.00 | 57.60 |
| MTM | 08/22/12 | Confer with additional counsel for MERS. | L210 | 0.20 | 288.00 | 57.60 |
| MTM | 08/23/12 | Send update email to J. Hoy. | L210 | 0.10 | 288.00 | 28.80 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 326227 | CLIENT | GMAC ResCap | | | | Page | 2 |
|---|---|---|---|---|---|---|---|---|
| | | MATTER | Henle, Thomas N. | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| MTM | 08/29/12 | Attention to status of answers from co-defendants; email cousnel for MERS. | L120 | 0.20 | 288.00 | | 57.60 |
| MKS | 08/30/12 | Update to client re: status, developments and pending dates and deadlines. | L190 | 0.20 | 270.00 | | 54.00 |
| MTM | 08/30/12 | Review Interrogatories received from Plaintiff and review correspondence from J. Hoy regarding ownership of note and forward interrogatories to same. | L310 | 0.60 | 288.00 | | 172.80 |
| | | **TOTAL** | | **9.00** | | | **$2,487.15** |

## COSTS & EXPENSES

| | | | |
|---|---|---|---|
| 08/10/12 | Cardmember Service/Bank One (Acct #2707); Data Search; 2731 Corey Place Contra Costa, CA 07/01/12 | | 95.98 |
| | **TOTAL COSTS & EXPENSES** | **$95.98** | |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.50 | $177.75 |
| L190 | Other Case Assessment | 1.00 | $158.40 |
| L210 | Pleadings | 6.90 | $1,978.20 |
| L310 | Written Discovery | 0.60 | $172.80 |
| | **TOTAL** | **9.00** | **$2,487.15** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Spann, Joel | JCP | Paralegal | 0.80 | 130.50 | $104.40 |
| Steiner, Michael | MJS | Member | 0.30 | 400.50 | $120.15 |
| Sullivan, Mary Kate | MKS | Member | 0.70 | 270.00 | $189.00 |
| McGuinness, Michelle | MTM | Associate | 7.20 | 288.00 | $2,073.60 |
| | Total | | 9.00 | | $2,487.15 |

| PRIOR FEES | | $1,629.90 | | |
|---|---|---|---|---|
| | | FEES | $2,487.15 | |
| | | COSTS & EXPENSES | $95.98 | |
| | | **TOTAL THIS INVOICE** | **$2,583.13** | |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.       326228       JBS                                      September 10, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT       19000       GMAC ResCap
MATTER       1309        Kinman, Kenneth James
                         GMAC Matter No.: 729769

**TOTAL AMOUNT DUE**                  $291.73

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326228    JBS                                September 10, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1309    Kinman, Kenneth James
                         GMAC Matter No.: 729769

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2012

| Atty | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| DPB | 08/03/12 | Communications with A.Hartshorn (.2) L250 and with plaintiffs' counsel (.2) regarding withdrawing/expunging lis pendens. | 0.40 | 288.00 | 115.20 |
| DPB | 08/07/12 | Communications with A.Hartshorn L250 regarding moving forward with motion to expunge lis pendens. | 0.20 | 288.00 | 57.60 |
| DPB | 08/14/12 | Communications with A.Hartshorn L250 regarding time frame for bringing motion to expunge lis pendens. | 0.10 | 288.00 | 28.80 |
| DPB | 08/31/12 | Communications with A.Hartshorn L250 regarding time frame for brining motion to expunge lis pendens. | 0.10 | 288.00 | 28.80 |
|  |  | **TOTAL** | **0.80** |  | **$230.40** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 08/10/12 | Cardmember Service/Bank One (Acct #2707); Data Search; CA- Placer, Document 2012.34169 07/31/12 | 4.95 |
| 08/10/12 | Cardmember Service/Bank One (Acct #2707); Data Search; 1141 Snow Crest Road Placer, CA 07/31/12 | 47.99 |
| 08/10/12 | Cardmember Service/Bank One (Acct #2707); Data Search; 1141 Snow Crest Road, Placer, CA 07/13/12 | 8.39 |
| | **TOTAL COSTS & EXPENSES** | **$61.33** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.   326228 | CLIENT   GMAC ResCap | Page | 2 |
|---|---|---|---|
| | MATTER   Kinman, Kenneth James | | |

## BILLING SUMMARY

| Task Code and Description | Hours | Amount |
|---|---|---|
| L250    Other Written Motions | 0.80 | $230.40 |
| **TOTAL** | **0.80** | **$230.40** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Babcock, Daska | DPB | Special Counsel | 0.80 | 288.00 | $230.40 |
| | **Total** | | **0.80** | | **$230.40** |

| PRIOR FEES | $2,210.40 | | |
|---|---|---|---|
| | | FEES | $230.40 |
| | | COSTS & EXPENSES | $61.33 |
| | | **TOTAL THIS INVOICE** | **$291.73** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.　　326229　　JBS                                September 10, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT        19000      GMAC ResCap
MATTER     1311      Chao, Yao Sae
                              GMAC Matter No.: 729670

**TOTAL AMOUNT DUE**              **$244.80**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326229    JBS                                September 10, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1311    Chao, Yao Sae
GMAC Matter No.: 729670

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| AAG | 08/03/12 | Communicate with plaintiff's attorney regarding complaint and service of acknowledgement and receipt. | L110 | 0.30 | 238.50 | 71.55 |
| AAG | 08/23/12 | Update client about status of case. | L110 | 0.10 | 238.50 | 23.85 |
| AAG | 08/27/12 | Communicate with plaintiff's attorney regarding service of complaint. | L110 | 0.20 | 238.50 | 47.70 |
| AAG | 08/28/12 | Update Mary Kate Sullivan. | L190 | 0.20 | 238.50 | 47.70 |
| MKS | 08/30/12 | Update to client re: status, developments and pending dates and deadlines. | L190 | 0.20 | 270.00 | 54.00 |
| | | **TOTAL** | | **1.00** | | **$244.80** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L110 | Fact Investigation/Development | 0.60 | $143.10 |
| L190 | Other Case Assessment | 0.40 | $101.70 |
| | **TOTAL** | **1.00** | **$244.80** |

| Timekeeper | | Position | Hours | Rate | Value |
|-----------|---|----------|-------|------|-------|
| Givental, Alisa | AAG | Associate | 0.80 | 238.50 | $190.80 |
| Sullivan, Mary Kate | MKS | Member | 0.20 | 270.00 | $54.00 |
| | **Total** | | **1.00** | | **$244.80** |

PRIOR FEES                          $1,318.50

                                    FEES            $244.80

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 326229 | CLIENT | GMAC ResCap | Page | 2 |
| | | MATTER | Chao, Yao Sae | | |

**TOTAL THIS INVOICE**                    **$244.80**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      326231      JBS                                    September 10, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000      GMAC ResCap
MATTER      1358      Aniel, Erlinda Abibas
                      GMAC Matter No.:

**TOTAL AMOUNT DUE**          **$1,114.20**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326231    JBS                                      September 10, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1358    Aniel, Erlinda Abibas
GMAC Matter No.:

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MKS | 08/15/12 | Aniel - Study and review new complaint for handling, evaluation and defense strategy. | L210 | 1.00 | 270.00 | 270.00 |
| CHR | 08/16/12 | Prepare Confirmation of Receipt to Client. Review Initial Correspondence and Pleadings. Review Court Docket and Download additional pleadings. Review Title re recorded Lis Pendens. Prepare Conflicts Request and Calendaring Memo. | L190 | 0.40 | 130.50 | 52.20 |
| TNA | 08/16/12 | Analyze 38-page complaint, including multiple exhibits, to identify claims and formulate strategy for response. | L210 | 0.80 | 270.00 | 216.00 |
| JBS | 08/17/12 | Analysis and evaluation of defense strategy | L120 | 0.40 | 427.50 | 171.00 |
| TNA | 08/17/12 | Identify claims subject to bankruptcy stay and prepare notice of stay. | L210 | 0.40 | 270.00 | 108.00 |
| TNA | 08/17/12 | Leave message for plaintiffs' counsel regarding case. | L190 | 0.10 | 270.00 | 27.00 |
| TNA | 08/17/12 | Prepare notice of bankruptcy stay. | L210 | 0.20 | 270.00 | 54.00 |
| TNA | 08/27/12 | Telephone conference with plaintiffs' counsel regarding complaint and their litigation objectives. | L190 | 0.30 | 270.00 | 81.00 |
| TNA | 08/27/12 | Prepare stipulation to continue deadline to respond to complaint until after hearing on plaintiffs' application for preliminary injunction. | L210 | 0.20 | 270.00 | 54.00 |
| TNA | 08/28/12 | Prepare initial assessment and recommendations to J. Holtgren at GMACM regarding complaint, | L190 | 0.30 | 270.00 | 81.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 326231 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Aniel, Erlinda Abibas | | |

application for preliminary injunction,
and scope of bankruptcy stay.

| | | |
|---|---|---|
| **TOTAL** | **4.10** | **$1,114.20** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.40 | $171.00 |
| L190 | Other Case Assessment | 1.10 | $241.20 |
| L210 | Pleadings | 2.60 | $702.00 |
| | **TOTAL** | **4.10** | **$1,114.20** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Rommell, Clair | CHR | Paralegal | 0.40 | 130.50 | $52.20 |
| Sullivan, John | JBS | Member | 0.40 | 427.50 | $171.00 |
| Sullivan, Mary Kate | MKS | Member | 1.00 | 270.00 | $270.00 |
| Abbott, Thomas | TNA | Associate | 2.30 | 270.00 | $621.00 |
| | **Total** | | **4.10** | | **$1,114.20** |

| | | |
|---|---|---|
| FEES | | $1,114.20 |
| **TOTAL THIS INVOICE** | | **$1,114.20** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| | | | |
|---|---|---|---|
| Invoice No. | 326232 | JBS | September 10, 2012 |

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1372 | Anderegg, Michael |
| | | GMAC Matter No.: 731862 |

**TOTAL AMOUNT DUE**      **$450.45**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326232    JBS                                    September 10, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1372    Anderegg, Michael
                         GMAC Matter No.: 731862

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MKS | 08/23/12 | Anderegg - Study and review new pro per complaint for handling, evaluation and defense strategy. | L210 | 1.00 | 270.00 | 270.00 |
| JBS | 08/24/12 | Analysis and evaluation of defense strategy | L120 | 0.30 | 427.50 | 128.25 |
| CHR | 08/24/12 | 1372  Prepare Confirmation of Receipt to Client. Review Initial Correspondence and Pleadings. Review Court Docket and Download additional pleadings. Review Title re recorded Lis Pendens. Prepare Conflicts Request and Calendaring Memo. | L190 | 0.40 | 130.50 | 52.20 |
| | | **TOTAL** | | **1.70** | | **$450.45** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.30 | $128.25 |
| L190 | Other Case Assessment | 0.40 | $52.20 |
| L210 | Pleadings | 1.00 | $270.00 |
| | **TOTAL** | **1.70** | **$450.45** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Rommell, Clair | CHR | Paralegal | 0.40 | 130.50 | $52.20 |
| Sullivan, John | JBS | Member | 0.30 | 427.50 | $128.25 |
| Sullivan, Mary Kate | MKS | Member | 1.00 | 270.00 | $270.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 326232 | CLIENT | GMAC ResCap | Page | 2 |
| | | MATTER | Anderegg, Michael | | |

|  | **Total** | **1.70** | **$450.45** |
|---|---|---|---|
| | | FEES | $450.45 |
| | | **TOTAL THIS INVOICE** | **$450.45** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326356    JBS                                   September 11, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     19000    GMAC ResCap
MATTER     0770     Locker v. Ally Bank
                    C/M# 709371

**TOTAL AMOUNT DUE**          $1,921.50

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326356    JBS                         September 11, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0770    Locker v. Ally Bank
C/M# 709371

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| EK | 08/02/12 | Analysis and evaluation of motion to withdraw filed by E. Davis | L210 | 0.20 | 274.50 | 54.90 |
| EK | 08/02/12 | Call from plaintiffs' attorney, A. Weitz, re discovery and settlement issues | L160 | 0.10 | 274.50 | 27.45 |
| EK | 08/09/12 | Draft email to D. Booth updating on plaintiffs' re settlement overtures from plaintiffs and motion to withdraw filed by E. Davis | L160 | 1.40 | 274.50 | 384.30 |
| EK | 08/09/12 | Draft response to further email from D. Booth re settlement and loan modification issues | L160 | 1.20 | 274.50 | 329.40 |
| EK | 08/13/12 | Draft email to plaintiffs' counsel, A. Weitz, responding to question re loan modifications | L160 | 0.70 | 274.50 | 192.15 |
| EK | 08/15/12 | Review email from D. Booth re status of Locker plaintiffs' loans and draft reply to same | L190 | 0.60 | 274.50 | 164.70 |
| EK | 08/16/12 | Review and analyze email from A. Weitz re notice of withdrawal | L190 | 0.20 | 274.50 | 54.90 |
| EK | 08/17/12 | Draft email to D. Booth updating on case status and additional motion to withdraw | L160 | 0.30 | 274.50 | 82.35 |
| EK | 08/20/12 | Review and analyze notice of retraction of association of counsel filed by A. Weitz | L190 | 0.10 | 274.50 | 27.45 |
| EK | 08/29/12 | Attend Davis's motion to withdraw via CourtCall | L250 | 1.10 | 274.50 | 301.95 |
| EK | 08/30/12 | Draft email to D. Booth updating on plaintiffs' attorneys motion to withdraw | L190 | 0.90 | 274.50 | 247.05 |
| EK | 08/30/12 | Draft email to E. Davis re failure to | L110 | 0.20 | 274.50 | 54.90 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | | | | | |
|---|---|---|---|---|---|
| Invoice No. | 326356 | CLIENT | GMAC ResCap | Page | 2 |
| | | MATTER | Locker v. Ally Bank | | |

include one of the plaintiffs on proof of
service of order granting motion to
withdraw

| | | | |
|---|---|---|---|
| **TOTAL** | | 7.00 | **$1,921.50** |

## COSTS & EXPENSES

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 0.20 | $54.90 |
| L160 | Settlement/Non-Binding ADR | 3.70 | $1,015.65 |
| L190 | Other Case Assessment | 1.80 | $494.10 |
| L210 | Pleadings | 0.20 | $54.90 |
| L250 | Other Written Motions | 1.10 | $301.95 |
| | **TOTAL** | **7.00** | **$1,921.50** |

| Timekeeper | | Position | | Hours | Rate | Value |
|---|---|---|---|---|---|---|
| Kemp, Erik | EK | Associate | | 7.00 | 274.50 | $1,921.50 |
| | **Total** | | | **7.00** | | **$1,921.50** |

| | |
|---|---|
| PRIOR FEES | $68,828.40 |
| PRIOR COSTS & EXPENSES | $10,768.46 |

| | |
|---|---|
| FEES | $1,921.50 |
| **TOTAL THIS INVOICE** | **$1,921.50** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326357    JBS                                September 11, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000    GMAC ResCap
MATTER     0779     Aniel, Fermin and Erlinda
                    GMAC Matter No.: 731553

TOTAL AMOUNT DUE            $1,083.05

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326357    JBS                                September 11, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0779    Aniel, Fermin and Erlinda
GMAC Matter No.:

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| MEH | 07/06/12 | Review trial court order dismissing case and determine effect upon pending appeal. | L120 | 0.30 | 261.00 | 78.30 |
| MEH | 07/10/12 | Evaluate case file in light of court's letter re: waiver of oral argument. | L530 | 0.20 | 261.00 | 52.20 |
| MEH | 07/10/12 | Review appellants' reply brief. | L520 | 0.30 | 261.00 | 78.30 |
| MEH | 07/17/12 | Monitor online docket for plaintiffs' oral argument request. | L530 | 0.20 | 261.00 | 52.20 |
| MEH | 07/20/12 | Monitor online docket for oral argument requests by other parties. | L530 | 0.20 | 261.00 | 52.20 |
| MEH | 07/23/12 | Review/analyze co-respondent's request for oral argument. | L530 | 0.20 | 261.00 | 52.20 |
| MEH | 08/09/12 | Draft notice of bankruptcy stay. | L510 | 0.20 | 261.00 | 52.20 |
| MEH | 08/09/12 | Draft cover letter to plaintiffs re: automatic bankruptcy stay. | L510 | 0.40 | 261.00 | 104.40 |
| MEH | 08/09/12 | Draft email to client (J. Holtgren) enclosing drafts of notice and cover letter with comments. | L510 | 0.20 | 261.00 | 52.20 |
| MEH | 08/21/12 | Finalize notice of stay and accompanying cover letter. | L510 | 0.20 | 261.00 | 52.20 |
| MEH | 08/27/12 | Review case file for upcoming deadlines and to determine status of bankruptcy stay. | L510 | 0.40 | 261.00 | 104.40 |
| | | **TOTAL** | | **2.80** | | **$730.80** |

## COSTS & EXPENSES

| | | | |
|--|--|--|--|
| 07/06/12 | First Legal Network, LLC; Court Services; CACOA- San Francisco 6/4/12, Advance ck. | | 352.25 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 326357 | CLIENT | GMAC ResCap | Page | 2 |
| | | MATTER | Aniel, Fermin & Erlinda | | |

$325.00

**TOTAL COSTS & EXPENSES**                                    **$352.25**

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | | |
|---|---|---|---|---|---|---|
| L120 | Analysis/Strategy | 0.30 | $78.30 | | | |
| L510 | Appellate Motions & Submission | 1.40 | $365.40 | | | |
| L520 | Appellate Briefs | 0.30 | $78.30 | | | |
| L530 | Oral Argument | 0.80 | $208.80 | | | |
| | **TOTAL** | **2.80** | **$730.80** | | | |
| **Timekeeper** | | **Position** | | **Hours** | **Rate** | **Value** |
| Holt, M. Elizabeth | MEH | Associate | | 2.80 | 261.00 | $730.80 |
| | **Total** | | | **2.80** | | **$730.80** |

PRIOR FEES                              $16,842.60
PRIOR COSTS & EXPENSES          $3,305.38

| | | |
|---|---|---|
| FEES | $730.80 |
| COSTS & EXPENSES | $352.25 |
| **TOTAL THIS INVOICE** | **$1,083.05** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement



TAX ID# 27-3093040

SEVERSON & WERSON
1 EMBARCADERO CENTER
SUITE 2600
SAN FRANCISCO, CA 94111

BILLING QUESTIONS CALL:
BILLING DEPT(213)213-2631
PAYMENT QUESTIONS CALL:
PAYMENT DEPT (213)213-2640

| | | Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|---|---|
| | | 82035 | 266261 | 6/15/12 | 36,858.22 | 7 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 6/04/12 FILING-FORWARD FAX/PDF | 6801583 | FFX | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO    CA 94111 Caller: MARILYN HECMER Case No.: SC20110261 FILE/CONFORM/RETURN Signed: FILED/CC | EDCMC-SOUTH LAKE TAHOE 1354 JOHNSON BOULEVARD SOUTH LAKE TAHOE CA 96150  Case Title: STROM V SUNTRUST COURTESY COPY TO JDG Ref: 11950.0106 | Base Chg  :    120.75 | 120.75 |
| 6/04/12 FILING-FAX/PDF | 6801602 | FAX | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO    CA 94111 Caller: Verdia Nash Case No.: 34-2011-00094852 FILE/CONFORM/RETURN Signed: FILED | SCSC-SACRAMENTO 720 9TH STREET SACRAMENTO    CA 95814  Case Title: Sahansra v. lawyers  Ref: 07685.0986 | Base Chg  :    29.75 Adv/Wit Ck:   225.00 | 254.75 |
| 6/04/12 FILING-FAX/PDF | 6801612 | FAX | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO    CA 94111 Caller: ANGELA L. EURE Case No.: 34-2012-00123823 FILE/CONFORM/RETURN Signed: FILED | SCSC-SACRAMENTO 720 9TH STREET SACRAMENTO    CA 95814  Case Title: Robinson v. GMAC  Ref: 19000.1276 | Base Chg  :    29.75 PDF/OvrNte:    63.00 Adv/Wit Ck:   790.00 | 882.75 |
| 6/04/12 FILING-REGULAR BICYCLE | 6801615 | REF | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO    CA 94111 Caller: Sylvia Coleman Case No.: A134461 FILE/CONFORM/RETURN Signed: FILED | CACOA-SAN FRANCISCO 350 MCALLISTER STREET SAN FRANCISCO    CA 94102  Case Title: ANIEL V. ETS SERVICE ADVANCE FEES Ref: 19000.0779 | Base Chg  :    27.25 Adv/Wit Ck:   325.00 | 352.25 |
| 6/04/12 PDF COURTESY DELIVERY | 6801617 | PDF | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO    CA 94111 Caller: Sylvia Coleman Case No.: 4:10-CV-00475-PJH COURTESY COPY TO JDG Signed: DELIVERED | USDC-OAKLAND 1301 CLAY STREET OAKLAND    CA 94612  Case Title: TV INTERACTIVE V. SO PHYLIS HAMILTON Ref: 12037.0002 | Base Chg  :    45.00 | 45.00 |
| 6/04/12 PDF COURTESY DELIVERY | 6801622 | PDF | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO    CA 94111 Caller: Sylvia Coleman Case No.: 8:11-CV-01943-AGRBx COURTESY COPY TO JDG Signed: delivered (ag) | USDC-SANTA ANA 411 WEST 4TH STREET SANTA ANA    CA 92701  Case Title: GAUNT V. HOMECOMING ANDREW GUILFORD Ref: 19000.1153 | Base Chg  :    25.00 | 25.00 |

C

## INVOICE PAYMENT DUE UPON RECEIPT

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326358    JBS                                    September 11, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    0860    Flores, Lynn D.
GMAC Matter No.: 712011

**TOTAL AMOUNT DUE**            **$162.00**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326358    JBS                                September 11, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0860    Flores, Lynn D.
                        GMAC Matter No.: 712011

FOR PROFESSIONAL SERVICES RENDERED        01/01/1994        08/31/2012

| Atty | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| MKS | 07/08/12 | Update to client re: new developments, L120 new deadlines and hearing dates and status. | 0.20 | 270.00 | 54.00 |
| | | **TOTAL** | **0.20** | | **$54.00** |

## COSTS & EXPENSES

| | | | |
|--|--|--|--|
| 07/02/12 | CourtCall, LLC; CourtCall - Conference Service; 06/28/12 | | 108.00 |
| | **TOTAL COSTS & EXPENSES** | **$108.00** | |

## BILLING SUMMARY

| Task Code and Description | Hours | Amount |
|---------------------------|-------|--------|
| L120    Analysis/Strategy | 0.20 | $54.00 |
| **TOTAL** | **0.20** | **$54.00** |

| Timekeeper | Position | Hours | Rate | Value |
|------------|----------|-------|------|-------|
| Sullivan, Mary Kate    MKS | Member | 0.20 | 270.00 | $54.00 |
| **Total** | | **0.20** | | **$54.00** |

| | |
|--|--|
| PRIOR FEES | $10,031.85 |
| PRIOR COSTS & EXPENSES | $3,666.30 |

| | |
|--|--|
| FEES | $54.00 |
| COSTS & EXPENSES | $108.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 326358 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Flores, Lynn D. | | |

**TOTAL THIS INVOICE**                    **$162.00**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Debit Account Number CCDA-01-378

Ledger for 06/16/2012 through

| ATTORNEY | CCID# | JURISDICTION | DEPT | JUDGE | CASENAME/NUMBER | FEE | LATE FEE | FEE TOTAL | BALANCE |
|---|---|---|---|---|---|---|---|---|---|
| Mary Kate Sullivan | 5024250 | Los Angeles Superior Court-Central(A-L) | 34 | Judge Amy D. Hogue | Flores vs. Peak Finance Co., et al/BC458091 | $78.00 | $30.00 | $108.00 | ($15,007.30) |
| 6/27/12  6/21/12  Adam Sarasch | | | | | | | | | |
| Reference # 18000.0860 | | | | | | | | | |
| | 5007698 | U.S. Bankruptcy Court-N.D. California (Oakland) | 215 | Honorable M. Elaine Hammond | Virk/12-44097 | $30.00 | $0.00 | $30.00 | ($14,977.30) |
| 6/27/12  7/12/12  Jariath Curran II | | | | | | | | | |
| Reference # 15314.0326 | | | | | | | | | |
| | 5024688 | Los Angeles Superior Court-Pomona | H | Judge Bruce R. Minto | Sau King Chan & Phong Ackerman vs. Wells Fargo Bank, et al/KC062392 | $78.00 | $0.00 | $78.00 | ($14,899. ) |
| 6/27/12  6/29/12  Jason Julian | | | | | | | | | |
| Reference # 55000.0040 | | | | | | | | | |
| | 5024882 | San Joaquin County Superior Court | 33 | Judge Linda Lofthus(8:30) | Phat Pacheco v. Deutsche Bank, et al./39-2011-00273990 | $30.00 | $108.00 | ($14,791.3 ) |
| 6/27/12  8/21/12  Patricio Marquez | | | | | | | | | |
| | 5025040 | Santa Clara County Superior Court | 8 | Judge Peter Kirwan | Spartizione Management vs V F C Partners/112CV223690 | $78.00 | $78.00 | ($14,713.30) |
| Reference # 15314.0196 | | | | | | | | | |
| 6/27/12  7/12/12  Jason Julian | | | | | | | | | |
| | 5025075 | Sonoma County Superior Court | 19 | Judge Arthur A. Wick | McVay vs. BAC Home Loans, et al./249789 | $78.00 | $0.00 | $78.00 | ($14,635.30) |
| Reference # 70000-0249 | | | | | | | | | |
| 7/28/12  8/16/12  Brian Whittemore | | | | | | | | | |
| | 5025650 | Contra Costa County Superior Court | 31 | Judge Laurel S. Brady | Debra Staudhammer vs. US Bank/C1200424 | $78.00 | $0.00 | $78.00 | ($14,557.30) |
| Reference # 70000.0640 | | | | | | | | | |
| 7/8/12  7/6/12  Jason Julian | | | | | | | | | |
| | 5026177 | San Mateo County Superior Court | L&M | Judge Raymond Swope (L&M) | Kalotkin vs. America's Wholesale Lender, et al/507649 | $78.00 | $0.00 | $78.00 | ($14,479.30) |
| Reference # 70000.0376 | | | | | | | | | |

Auto Debit Send on 06/30/12 at 11:15 PM

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326359    JBS

September 11, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 0926 | Vargas, Robert |
| | | C/M# 713841 |

**TOTAL AMOUNT DUE**          $309.15

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326359    JBS                                    September 11, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0926    Vargas, Robert
                        C/M# 713841

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| MKS | 08/28/12 | Update to client re: case status, new developments and upcoming dates and deadlines. | L190 | 0.20 | 270.00 | 54.00 |
| AAG | 08/29/12 | Update client regarding case status. | L210 | 0.20 | 238.50 | 47.70 |
| | | **TOTAL** | | **0.40** | | **$101.70** |

## COSTS & EXPENSES

| | | |
|--|--|--|
| 07/16/12 | One Legal, Inc.; Transmittal of filing to court; Memorandum of Points & Authorities, Demurrer, Memorandum of Points & Authorities for Judicial Notice including Court Filing Fee $80 06/21/12 | 129.95 |
| 07/27/12 | First Legal Network, LLC; Transmittal of filing to court; Napa County Superior Court, CA 07/11/12 Adv/Ck; $20 | 77.50 |

**TOTAL COSTS & EXPENSES**            **$207.45**

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|--|-------|--------|
| L190 | Other Case Assessment | 0.20 | $54.00 |
| L210 | Pleadings | 0.20 | $47.70 |
| | **TOTAL** | **0.40** | **$101.70** |

| Timekeeper | | Position | Hours | Rate | Value |
|-----------|--|----------|-------|------|-------|
| Givental, Alisa | AAG | Associate | 0.20 | 238.50 | $47.70 |
| Sullivan, Mary Kate | MKS | Member | 0.20 | 270.00 | $54.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 326359 | CLIENT | GMAC ResCap | | Page | 2 |
| | | MATTER | Vargas, Robert | | | |

| | | | | |
|---|---|---|---|---|
| **Total** | | | 0.40 | **$101.70** |

PRIOR FEES                          $13,491.00
PRIOR COSTS & EXPENSES      $2,036.33

| | |
|---|---|
| FEES | $101.70 |
| COSTS & EXPENSES | $207.45 |
| **TOTAL THIS INVOICE** | **$309.15** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

One Legal LLC
504 Redwood Blvd., Suite 223
Novato, CA 94947
(800) 938-8815

26-0259046

One Legal LLC
504 Redwood Blvd., Suite 223
Novato, CA 94947
(800) 938-8815

SEVERSON & WERSON
ATTN:
1 Embarcadero Ctr
Suite 2600
San Francisco, CA 94111

| Cust. No.: | 0000562 |
|---|---|
| Invoice No.: | 6120266 |
| Inv. Date: | 6/21/12 |
| Due Date: | 7/6/12 |
| Total: | $129.95 |
| Terms: | Net 15 |

| INVOICE No. | |
|---|---|
| 6120266 | |
| Date: | 6/21/12 |
| Cust. No.: | 0000562 |

Law Firm Contact:    Alisa A. Givental

Client File No.:    19000-0926

Case Short Title:    Roberto Vargas V. GMAC Mortgage

Documents:    Memorandum of Points & Authorities, Demurrer, Memorandum of
Points & Authorities, Request for Judicial Notice

One Legal Branch:    Solano

Court
Description:    Superior Court of California, Napa County

| | |
|---|---|
| **COURT FILING FEE** | $80.00 |
| **COURT FILING SERVICE FEE** | $49.95 |

OK to pay
AACel/TP

| Due Date | 7/6/12 | Total This Invoice | $129.95 |
|---|---|---|---|



# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326360    JBS                                                    September 11, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
|--------|-------|-------------|
| MATTER | 1035 | Ross, Richard |
| | | GMAC Matter No.: 718077 |

**TOTAL AMOUNT DUE**          $1,269.74

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326360    JBS                                        September 11, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1035    Ross, Richard
GMAC Matter No.: 718077

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| NSR | 08/01/12 | Draft notice of demurrer and demurrer | L240 | 0.40 | 238.50 | 95.40 |
| NSR | 08/01/12 | Draft notice of motion and motion to strike | L240 | 0.40 | 238.50 | 95.40 |
| NSR | 08/01/12 | Finalize demurrer, motion to strike and all supporting pleadings prior to filing | L240 | 0.90 | 238.50 | 214.65 |
| NSR | 08/08/12 | Prepare to attend order to show cause re Plaintiffs' failure to appear at the prior CMC, including analysis regarding procedural history | L230 | 0.40 | 238.50 | 95.40 |
| NSR | 08/09/12 | Attend order to show cause regarding Plaintiffs' failure to appear at the prior case management conference | L230 | 1.20 | 238.50 | 286.20 |
| NSR | 08/09/12 | Draft correspondence to Ms. Hoy regarding the order to show cause re: Plaintiff's failure to appear at a prior case management conference and dismissal of the case without prejudice | L230 | 0.30 | 238.50 | 71.55 |
| MKS | 08/28/12 | Update to client re: case status, new developments and upcoming dates and deadlines. | L190 | 0.20 | 270.00 | 54.00 |
| NSR | 08/29/12 | Determine status of the Court's formal order of dismissal | L210 | 0.30 | 238.50 | 71.55 |
| | | **TOTAL** | | **4.10** | | **$984.15** |

## COSTS & EXPENSES

| | | | |
|---|---|---|---|
| 07/06/12 | First Legal Network, LLC; Court Services; SCSC- San Jose 6/11/12 | | 194.25 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 326360 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Ross, Richard | | |

| | | | |
|---|---|---|---|
| 08/10/12 | Cardmember Service/Bank One (Acct #2707); Data Search; 346 Los Pinos Way Santa Clara, CA 07/23/12 | | 13.34 |
| 08/13/12 | CourtCall, LLC; CourtCall - Conference Service; 09/27/12 | | 78.00 |
| | **TOTAL COSTS & EXPENSES** | **$285.59** | |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L190 | Other Case Assessment | 0.20 | $54.00 |
| L210 | Pleadings | 0.30 | $71.55 |
| L230 | Court Mandated Conferences | 1.90 | $453.15 |
| L240 | Dispositive Motions | 1.70 | $405.45 |
| | **TOTAL** | **4.10** | **$984.15** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Sullivan, Mary Kate | MKS | Member | 0.20 | 270.00 | $54.00 |
| Riedman, Natilee | NSR | Associate | 3.90 | 238.50 | $930.15 |
| | Total | | **4.10** | | **$984.15** |

| | |
|---|---|
| PRIOR FEES | $18,883.80 |
| PRIOR COSTS & EXPENSES | $2,384.00 |

| | |
|---|---|
| FEES | $984.15 |
| COSTS & EXPENSES | $285.59 |
| **TOTAL THIS INVOICE** | **$1,269.74** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     326361     JBS                                September 11, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     19000     GMAC ResCap
MATTER     1274      Lee, Sally
                     GMAC Matter No.: 728468

**TOTAL AMOUNT DUE**              **$902.39**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.   326361   JBS                                    September 11, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter     19000 1274   Lee, Sally
                        GMAC Matter No.: 728468

FOR PROFESSIONAL SERVICES RENDERED     01/01/1994        08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| MIW | 08/01/12 | Phone call with client re complaint. Revise complaint and send to client for final review and approval. | L210 | 0.50 | 274.50 | 137.25 |
| MIW | 08/02/12 | Finalize complaint and summons for filing and service. | L210 | 0.30 | 274.50 | 82.35 |
| MIW | 08/15/12 | Review correspondence from client re status of filing and service of complaint. Draft and send reply re same. | L190 | 0.20 | 274.50 | 54.90 |
| MIW | 08/17/12 | Draft and send correspondence to client with conformed copy of complaint. | L190 | 0.10 | 274.50 | 27.45 |
| MIW | 08/20/12 | Research Lee's address for service. | L210 | 0.50 | 274.50 | 137.25 |
| | | **TOTAL** | | **1.60** | | **$439.20** |

## COSTS & EXPENSES

| | | |
|--|--|--|
| 08/10/12 | Cardmember Service/Bank One (Acct #2707); Data Search; 138 South Bonnie Avenue, Unit 6, Los Angeles, CA 07/09/12 | 28.19 |
| 08/20/12 | Clerk, Superior Court; Court and Filing Fees; File Complaint againts Sally S. Lee. Draft#27728 8/3/12 | 435.00 |

**TOTAL COSTS & EXPENSES**                          **$463.19**

## BILLING SUMMARY

| Task Code and Description | Hours | Amount |
|--------------------------|-------|--------|
| L190   Other Case Assessment | 0.30 | $82.35 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 326361 | CLIENT | GMAC ResCap | | | Page | 2 |
| | | MATTER | Lee, Sally | | | | |

| L210 | Pleadings | | | 1.30 | $356.85 | | |
| | **TOTAL** | | | **1.60** | **$439.20** | | |

| Timekeeper | | Position | | Hours | Rate | Value | |
|---|---|---|---|---|---|---|---|
| Wraight, Mark | | MIW | Member | 1.60 | 274.50 | $439.20 | |
| | | **Total** | | **1.60** | | **$439.20** | |

PRIOR FEES                          $2,287.35

| | | FEES | $439.20 |
| | | COSTS & EXPENSES | $463.19 |
| | | **TOTAL THIS INVOICE** | **$902.39** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

**27728**
MIW/kmd

| | DATE 8/3/12 | CLIENT 19000 | MATTER 1274 | | PURPOSE File Complaint against Sally S. Lee |
|---|---|---|---|---|---|

CASE/CLIENT
GMAC vs. Lee

**(VOID 60 DAYS AFTER DATE)**

90-3779
1211

PAY TO THE
ORDER OF    Clerk, Superior Court

THE SUM OF    Four hundred and thirty-five dollars                    DOLLARS $ 435.00

PAYEE IS AUTHORIZED TO INSERT CORRECT AMOUNT NOT TO EXCEED $650.00.

PAYABLE THROUGH

**Borel Private Bank
& Trust Company®**
433 CALIFORNIA STREET · SAN FRANCISCO, CA 94104

SEVERSON & WERSON
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

NON NEGOTIABLE

BY

ONE EMBARCADERO CENTER 26th FLOOR · SAN FRANCISCO, CA 94111 - (415) 396-3344
19100 VON KARMAN, SUITE 700 · IRVINE, CA 92612 - (949) 442-7110

Mark I. Wraight, Esq.

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326362    JBS                                September 11, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1283    Munguia, Jorge and Michele
. GMAC Matter No.: 728959

**TOTAL AMOUNT DUE**           $796.49

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326362    JBS                                September 11, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1283    Munguia, Jorge and Michele
                        GMAC Matter No.: 728959

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MCK | 08/02/12 | E-mail correspondence to Plaintiffs' counsel requesting inclusion on any e-mail correspondence regarding this matter. | L120 | 0.10 | 234.00 | 23.40 |
| MCK | 08/02/12 | Review of Plaintiffs' Notice of Intent to file amended pleading. | L120 | 0.10 | 234.00 | 23.40 |
| MCK | 08/09/12 | Review of minutes after hearing and register of actions and telephone call with co-defendant counsel re: case activity and status of injunction. | L120 | 0.50 | 234.00 | 117.00 |
| MCK | 08/13/12 | E-mail correspondence with client regarding case activity. | L120 | 0.30 | 234.00 | 70.20 |
| MCK | 08/21/12 | Review of tenative ruling on demurrer; confirm filing of first amended complaint. | L120 | 0.10 | 234.00 | 23.40 |
| MCK | 08/28/12 | Review First Amended Complaint and draft amended notice of bankruptcy stay and accompanying correspondence. | L120 | 1.00 | 234.00 | 234.00 |
| MCK | 08/28/12 | E-mail correspondence to client with draft notice of bankruptcy, correspondence and first amended complaint. | L120 | 0.20 | 234.00 | 46.80 |
| MKS | 08/30/12 | Update to client re: status, developments and pending dates and deadlines. | L190 | 0.20 | 270.00 | 54.00 |
| | | **TOTAL** | | **2.50** | | **$592.20** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 326362 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Munguia, Jorge & Michele | | |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 08/01/12 | CourtCall, LLC; CourtCall - Conference Service; 07/26/12 | 108.00 |
| 08/02/12 | CourtCall, LLC; CourtCall - Conference Service; 09/27/12 | 78.00 |
| 08/10/12 | Cardmember Service/Bank One (Acct #2707); Data Search; 1219 Hartwell Avenue San Joaquin, CA 07/09/12 | 18.29 |
| | **TOTAL COSTS & EXPENSES** | **$204.29** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 2.30 | $538.20 |
| L190 | Other Case Assessment | 0.20 | $54.00 |
| | **TOTAL** | **2.50** | **$592.20** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Kelly, Megan | MCK | Special Counsel | 2.30 | 234.00 | $538.20 |
| Sullivan, Mary Kate | MKS | Member | 0.20 | 270.00 | $54.00 |
| | **Total** | | **2.50** | | **$592.20** |

| | |
|---|---|
| PRIOR FEES | $2,299.95 |
| PRIOR COSTS & EXPENSES | $269.53 |

| | |
|---|---|
| FEES | $592.20 |
| COSTS & EXPENSES | $204.29 |
| **TOTAL THIS INVOICE** | **$796.49** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Call Debit Ledger for 07/16/2012 through

## Debit Account Number CCDA-01-378

| APP DATE | ATTORNEY | CCID# | JURISDICTION | DEPT | JUDGE | CASENAME/NUMBER | FEE | LATE FEE | TOTAL | BALANCE |
|---|---|---|---|---|---|---|---|---|---|---|
| Reference # 11989-0030 | David Liu | | | | | | | | | |
| 7/31/12 | | 5071864 | Los Angeles Superior Court-Chatsworth | F50 | Judge Randy Rhodes | Flora Garavito vs. GMAC Mortgage LLC, et al/PC052580 | $78.00 | $0.00 | $78.00 | ($15,277.70) |
| Reference # 19000-1239 | Clayton Gaddis | | | | | | | | | |
| 9/25/12 | | 5071960 | Santa Clara County Superior Court | 8 | Judge Peter Kirwan | Yulma Rodriguez vs. Bank of America, N.A., et al/111CV204313 | $78.00 | $0.00 | $78.00 | ($15,199.70) |
| Reference # 70000.0262 | An Le | | | | | | | | | |
| 7/27/12 | | 5072636 | Butte County Superior Court | C12 | Judge Robert Glusman | Nicholas Battaglia vs. Wells Fargo Bank/155317 | $78.00 | $0.00 | $78.00 | ($15,121.70) |
| Reference # 07685.1078 | Adam Hutchinson | | | | | | | | | |
| 10/15/12 | | 5072648 | San Bernardino Superior Court-Victorville | V8 | Judge John Vander Feer | Bruhn v. Ally Financial Inc./CIVVS1202712 | $78.00 | $0.00 | $78.00 | ($15,04...) |
| Reference # 07462.0390 | Marlene Nowlin | | | | | | | | | |
| 10/10/12 | | 5072654 | Orange County Superior Court-Santa Ana | CX103 | Judge Ronald L. Bauer | Kassoff vs. Bank of America/30-2011-00474245 | $78.00 | $0.00 | $78.00 | ($14,96...) |
| Reference # 70000.0144 | Yaron Shaham | | | | | | | | | |
| 7/3/12 | | 5072806 | Ventura County Superior Court-Ventura | 43 | Judge Mark S. Borrell | Kingston vs. Deutsche Bank National Trust Co./2012004169409 | $78.00 | $0.00 | $78.00 | ($14,887.70) |
| Reference # 19000.1282 | Ailsa Giventar | | | | | | | | | |
| 7/26/12 | | 5073755 | Contra Costa County Superior Court | 33 | Judge Steven K. Austin | Liu vs. GMAC Mortgage LLC/C1102921 | $78.00 | $30.00 | $108.00 | ($14,779.70) |
| Reference # 19000-1283 | Tan Da Cunha | | | | | | | | | |
| 9/14/12 | | 5074023 | Alameda County Superior Court-Hayward HOJ | 516 | Judge Brenda Harbin-Forte | Bergeron v. Wells Fargo Bank, et al./RG11602759 | $78.00 | $0.00 | $78.00 | ($14,701.70) |

Auto Debit Send on 07/31/12 at 11:21 PM

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     326364     JBS                                    September 11, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     19000     GMAC ResCap
MATTER     1301      Torres, Jose Gabriel
                     GMAC Matter No.: 729520

**TOTAL AMOUNT DUE**          $1,440.04

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326364    JBS                                September 11, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1301    Torres, Jose Gabriel
                        GMAC Matter No.: 729520

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MKS | 08/15/12 | Review and reivse drat Notice of Bankruptcy Stay and cover letter re: same. | L210 | 0.40 | 270.00 | 108.00 |
| TNA | 08/15/12 | Prepare amended notice of bankruptcy stay and letter to counsel regarding same. | L190 | 0.30 | 270.00 | 81.00 |
| TNA | 08/16/12 | Prepare revisions to amended notice of bankruptcy stay. | L210 | 0.20 | 270.00 | 54.00 |
| MKS | 08/30/12 | Update to client re: status, developments and pending dates and deadlines. | L190 | 0.20 | 270.00 | 54.00 |
| | | **TOTAL** | | **1.10** | | **$297.00** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 07/27/12 | First Legal Network, LLC; Court Services; ACSC-Hayward, CA 07/11/12 | 107.75 |
| 07/27/12 | First Legal Network, LLC; Transmittal of filing to court; Alameda County Court Hayward, CA 07/12/12 Adv/Ck: $870 | 929.00 |
| 08/10/12 | Cardmember Service/Bank One (Acct #2707); Data Search; CA-Alameda, Document 2012.56990 07/05/12 | 4.95 |
| 08/10/12 | Cardmember Service/Bank One (Acct #2707); Data Search; 24873 Willimet Way Alameda, CA 94544 07/05/12 | 101.34 |

**TOTAL COSTS & EXPENSES**                    **$1,143.04**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| | | | | Page | 2 |
|---|---|---|---|---|---|
| Invoice No.   326364 | CLIENT | GMAC ResCap | | | |
| | MATTER | Torres, Jose Gabriel | | | |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | | |
|---|---|---|---|---|---|---|
| L190 | Other Case Assessment | 0.50 | $135.00 | | | |
| L210 | Pleadings | 0.60 | $162.00 | | | |
| | TOTAL | 1.10 | $297.00 | | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Sullivan, Mary Kate | MKS | Member | 0.60 | 270.00 | $162.00 |
| Abbott, Thomas | TNA | Associate | 0.50 | 270.00 | $135.00 |
| | Total | | 1.10 | | $297.00 |

PRIOR FEES                           $3,274.20

| | | |
|---|---|---|
| | FEES | $297.00 |
| | COSTS & EXPENSES | $1,143.04 |
| | TOTAL THIS INVOICE | $1,440.04 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

INVOICE

TAX ID# 27-3093840

| | |
|---|---|
| | 82035 |
| INVOICE DATE | Total Due |
| 7/15/12 | 30,880.93 |

SEVERSON & WERSON
1 EMBARCADERO CENTER
SUITE 2600
SAN FRANCISCO, CA 94111

BILLING QUESTIONS CALL:
BILLING DEPT (213) 213-2631
PAYMENT QUESTIONS CALL:
PAYMENT DEPT (213) 213-2640

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 82035 | 267594 | 7/15/12 | 30,880.93 | 25 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 7/11/12 RESEARCH-BRANCH NEXT DAY | 6814245 | BNR | SCSC-SAN JOSE 191 NORTH 1ST STREET SAN JOSE CA 95113 Caller: Theresa V. Henry Case No.: 112CV218717 GET DOCS Signed: OBTAINED | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO CA 94111 Case Title: SMITH V RYAN Ref: SMITH V RYAN | Base Chg : 85.00 Research : 13.40 Adv/Wit Ck: 20.00 | 118.40 |
| 7/11/12 FILING-REGULAR VEHICLE | 6814246 | REF | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO CA 94111 Caller: DEBORAH L.    Wait: 20 Min Case No.: HG12-633910 FILE/CONFORM/RETURN Signed: FILED | ACSC-HAYWARD 24405 AMADOR STREET HAYWARD CA 94544 Case Title: TORRES V RESIDENTIAL Ref: 19000.1301 | Base Chg : 107.75 | 107.75 |
| 7/11/12 FILING-SAME DAY-DAILY RUN | 6814247 | SDF | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO CA 94111 Caller: TERI JONES Case No.: 5:11-CV-05018PSG FILE/CONFORM/RETURN Signed: TIFFANY HARWELL | USBC-SAN JOSE 280 SOUTH 1ST STREET SAN JOSE CA 95113 Case Title: BOYD V GMAC MORTGAGE COURTESY COPY TO JDG Ref: 19000.1098 | Base Chg : 194.25 | 194.25 |
| 7/12/12 FILING-BRANCH FAX/PDF | 6814419 | BFX | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO CA 94111 Caller: Deborah L.    Wait: 20 Min Case No.: HG12633910 Please advance fees. Signed: FILED | Alameda County Court 24405 Amador St HAYWARD CA 94544 Case Title: Torres v. Residentia Please file GMAC Mo Ref: 19000.1301 | Base Chg : 57.50 PDF/OvrNte: 1.50 Adv/Wit Ck: 870.00 | 929.00 |
| 7/12/12 FILING-REGULAR BICYCLE | 6814460 | REF | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO CA 94111 Caller: Kathi DeLeon Please file with the Signed: FILED | USDC-Northern District 450 Golden Gate Ave SAN FRANCISCO CA 94102 Case Title: Almogeta v World Sav court as soon as po Ref: 55000-0363 | Base Chg : 27.25 Adv/Wit Ck: 350.00 | 377.25 |
| 7/12/12 FILING-BRANCH FAX/PDF | 6814466 | BFX | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO CA 94111 Caller: ANGELA L. EURE Case No.: SCV0030396 FILE/CONFORM/RETURN Signed: FILED | PLACER SUPERIOR COURT 10820 JUSTICE CENTER DRIVE ROSEVILLE CA 95678 Case Title: ALBERY V ALLY BANK Ref: 19000.1268 | Base Chg : 48.25 | 48.25 |

11894.0008

c

## INVOICE PAYMENT DUE UPON RECEIPT

| | | | | |
|---|---|---|---|---|
| rem.severson | 7/6/2012 | Document | 2005.316024 | $ 4.95 |
| rem.severson | 7/6/2012 | Document | 2012.000000139611 | $ 4.95 |
| rem.severson | 7/6/2012 | Document | 2005.000000315026 | $ 4.95 |
| rem.severson | 7/6/2012 | Document | 2006.000000315730 | $ 4.95 |
| rem.severson | 7/6/2012 | Document | 2010.000000266214 | $ 4.95 |
| rem.severson | 7/6/2012 | Document | 2008.000000160776 | $ 4.95 |
| rem.severson | 7/6/2012 | Document | 2008.000000248864 | $ 4.95 |

| | |
|---|---|
| **Subtotal** | **$95.98** |

### Reference #: 19000.1301 rrf

**Documents:**

| | | | |
|---|---|---|---|
| rem.severson | 7/5/2012 | CA - Alameda, Document  2012.56990 | $ 4.95 |

| | |
|---|---|
| **Subtotal** | **$4.95** |

### Reference #: 19000.1301

| **Property Search:** | 24873 willimet way ALAMEDA, CA 94544 APN: 443-0055-075 | | |
|---|---|---|---|
| rem.severson | 7/5/2012 | Transaction History Search | $ 8.80 |
| rem.severson | 7/5/2012 | Voluntary Lien Search | $ 8.39 |
| rem.severson | 7/5/2012 | Document  2006.000000406487 | $ 4.95 |
| rem.severson | 7/5/2012 | Document  2004.000000426138 | $ 4.95 |
| rem.severson | 7/5/2012 | Document  2003.000000289268 | $ 4.95 |
| rem.severson | 7/5/2012 | Document  2006.000000406486 | $ 4.95 |
| rem.severson | 7/5/2012 | Document  2003.000000345267 | $ 4.95 |
| rem.severson | 7/5/2012 | Document  2003.289267 | $ 4.95 |
| rem.severson | 7/5/2012 | Document  2012.000000056991 | $ 4.95 |
| rem.severson | 7/5/2012 | Document  2012.000000172309 | $ 4.95 |
| rem.severson | 7/5/2012 | Document  2012.000000028436 | $ 4.95 |
| rem.severson | 7/5/2012 | Document  2003.000000609328 | $ 4.95 |
| rem.severson | 7/5/2012 | Document  2000.359511 | $ 4.95 |
| rem.severson | 7/5/2012 | Document  2000.359512 | $ 4.95 |
| rem.severson | 7/5/2012 | Document  2000.359510 | $ 4.95 |
| rem.severson | 7/5/2012 | Document  2006.000000435525 | $ 4.95 |
| rem.severson | 7/5/2012 | Document  2004.000000475706 | $ 4.95 |
| rem.severson | 7/5/2012 | Document  2003.000000609330 | $ 4.95 |
| rem.severson | 7/5/2012 | Document  2003.000000592163 | $ 4.95 |

| | |
|---|---|
| **Subtotal** | **$101.34** |

### Reference #: 19000.1283

| **Property Search:** | 1219 Hartwell Avenue SAN JOAQUIN, CA  APN: 070-590-28 | | |
|---|---|---|---|
| rem.severson | 7/9/2012 | Voluntary Lien Search | $ 8.39 |
| rem.severson | 7/9/2012 | Document  2012.000000078887 | $ 4.95 |
| rem.severson | 7/9/2012 | Document  2011.000000144817 | $ 4.95 |

| | |
|---|---|
| **Subtotal** | **$18.29** |

### Reference #: 19000.1274 rrf

| **Property Search:** | 138 South Bonnie Avenue, Unit 6,  LOS ANGELES, CA  APN: 5736-023-037 | | |
|---|---|---|---|
| rem.severson | 7/9/2012 | Voluntary Lien Search | $ 8.39 |
| rem.severson | 7/9/2012 | Document  2006.1384037 | $ 4.95 |

# Severson
# & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      326365      JBS                                           September 11, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000      GMAC ResCap
MATTER      1319       Baker, Tyler
                       GMAC Matter No.: 730118

**TOTAL AMOUNT DUE**                    **$544.09**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326365    JBS                                    September 11, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1319    Baker, Tyler
                        GMAC Matter No.: 730118

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MCK | 08/03/12 | Review of Court's Order on Preliminary Injunction. | L120 | 0.20 | 234.00 | 46.80 |
| MCK | 08/03/12 | Draft e-mail to client re: Order on Preliminary Injunction. | L120 | 0.30 | 234.00 | 70.20 |
| MCK | 08/04/12 | Draft correspondence to court regarding request for correction to error in order. | L120 | 0.20 | 234.00 | 46.80 |
| MCK | 08/04/12 | E-mail correspondence to petitioner's counsel re: error in court order. | L120 | 0.20 | 234.00 | 46.80 |
| MCK | 08/07/12 | Correspondence with Petitioner's counsel re: correction to order and procedure for continued short sale negotiations. | L120 | 0.30 | 234.00 | 70.20 |
| MCK | 08/21/12 | Review of file re: status of request for new order reflecting proper name of respondent GMAC Mortgage, LLC. | L120 | 0.10 | 234.00 | 23.40 |
| MCK | 08/25/12 | Draft follow-up correspondence and proposed amended order nunc pro tunc to address clerical error in order. | L120 | 0.30 | 234.00 | 70.20 |
| | | **TOTAL** | | **1.60** | | **$374.40** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 08/10/12 | First Legal Network, LLC; Transmittal of filing to court; Yolo County Court 7/24/12 | 116.75 |
| 08/10/12 | Cardmember Service/Bank One (Acct #2707); Data Search; 1518 Alabama Avenue Yolo, CA 07/03/12 | 52.94 |

**TOTAL COSTS & EXPENSES**                    **$169.69**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| | | | | |
|---|---|---|---|---|
| Invoice No.    326365 | CLIENT    GMAC ResCap | | Page | 2 |
| | MATTER    Baker, Tyler | | | |

## BILLING SUMMARY

| Task Code and Description | Hours | Amount |
|---|---|---|
| L120    Analysis/Strategy | 1.60 | $374.40 |
| **TOTAL** | **1.60** | **$374.40** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Kelly, Megan | MCK | Special Counsel | 1.60 | 234.00 | $374.40 |
| | **Total** | | **1.60** | | **$374.40** |

PRIOR FEES                              $4,993.20

| | |
|---|---|
| FEES | $374.40 |
| COSTS & EXPENSES | $169.69 |
| **TOTAL THIS INVOICE** | **$544.09** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

PO BOX 844250 LOS ANGELES, CA 90084—4250

TAX ID# 27-3093840

| | InvoiceNo. | | CustomerNo. |
|---|---|---|---|
| | 26336 | | 82035 |
| | InvoiceDate | | TotalDue |
| | 7/31/12 | | 44,753.12 |

SEVERSON & WERSON
1 EMBARCADERO CENTER
SUITE 2600
SAN FRANCISCO, CA 94111

BILLING QUESTIONS CALL:
BILLING DEPT(213)213-2631
PAYMENT QUESTIONS CALL:
PAYMENT DEPT(213)213-2640

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 82035 | 268336 | 7/31/12 | 44,753.12 | 24 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 7/24/12 FILING-BRANCH FAX/PDF | 6818619 | BFX | SEVERSON & WERSON<br>1 EMBARCADERO CENTER<br>SAN FRANCISCO   CA 94111<br>Caller: Isabel Kunst    Wait: 15 Min<br>Case No.: RG1263835<br>FILE/CONFORM/RETURN<br>Signed: FILED/CC TO DPT 24 | ACSC-OAKLAND<br>1225 FALLON STREET<br>OAKLAND       CA 94612<br><br>Case Title: PATEL V. QUALITY LOA<br>CC TO DPT 24<br>Ref: 55000.0248 | Base Chg  :  57.50<br>PDF/OvrNte:  25.50<br>Adv/Wit Ck:  60.00 | 143.00 |
| 7/24/12 FILING-FAX/PDF | 6818627 | FAX | SEVERSON & WERSON<br>1 EMBARCADERO CENTER<br>SAN FRANCISCO   CA 94111<br>Caller: Chilly Kada<br>Case No.: 34 2011 00112100<br>FILE/CONFORM/RETURN<br>Signed: FILED | SCSC-SACRAMENTO<br>720 9TH STREET<br>SACRAMENTO    CA 95814<br><br>Case Title: PICAZO<br><br>Ref: 70000.0434 | Base Chg  :  29.75 | 29.75 |
| 7/24/12 FILING-FORWARD FAX/PDF | 6818681 | FFX | SEVERSON & WERSON<br>1 EMBARCADERO CENTER<br>SAN FRANCISCO   CA 94111<br>Caller: Theresa V. Henry<br>Case No.: SCV245798<br>FILE/CONFORM/RETURN<br>Signed: FILED/CC | SONOMA COUNTY SUPERIOR COURT<br>600 ADMINSTRATION DRIVE<br>SANTA ROSA    CA 95403-2818<br><br>Case Title: WEBSTER V PETALUMA<br>COURTESY COPY TO JDG<br>Ref: WEBSTER V PETALUMA | Base Chg  :  57.50<br>PDF/OvrNte:  97.50 | 155.00 |
| 7/24/12 FILING-BRANCH FAX/PDF | 6818696 | BFX | SEVERSON & WERSON<br>1 EMBARCADERO CENTER<br>SAN FRANCISCO   CA 94111<br>Caller: Deborah L.<br>Case No.: PB11-115<br>Please advance fees.<br>Signed: FILED/DROP BOXED | Yolo County Court<br>725 Court St<br>WOODLAND      CA 95695<br><br>Case Title: Estate of Jay Allen<br>Please file TODAY O<br>Ref: 19000.1319 | Base Chg  :  57.50<br>PDF/OvrNte:  59.25 | 116.75 |
| 7/24/12 PROP SERVE-REGULAR | 6818710 | RDS | SEVERSON & WERSON<br>1 EMBARCADERO CENTER<br>SAN FRANCISCO   CA 94111<br>Caller: Theresa V. Henry<br>SERVE BEFORE 4PM<br>Signed: NATALIE GAMMINS | VOGL MEREDITH BURKE LLP<br>456 MONTGOMERY STREET<br>SAN FRANCISCO   CA 94104<br><br>DAVID A. FIRESTONE<br>Ref: WEBSTER V CITY PETALUMA | Base Chg  :  19.00<br>PDF/OvrNte: 157.50 | 176.50 |
| 7/24/12 PROP SERVE-REGULAR | 6818711 | RDS | SEVERSON & WERSON<br>1 EMBARCADERO CENTER<br>SAN FRANCISCO   CA 94111<br>Caller: Theresa V. Henry<br>SERVE BEFORE 4PM<br>Signed: C. STOUFFER | LAW OFFICES OF BRIAN MCCLELLAN<br>505 14TH STREET<br>OAKLAND       CA 94612<br><br>Ref: WEBSTER V CITY PETALUMA | Base Chg  :  52.00<br>PDF/OvrNte: 157.50 | 209.50 |

07465.0271

07465.0271

07465.0271

Continued

## INVOICE PAYMENT DUE UPON RECEIPT

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     326367     JBS                                September 11, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
|--------|-------|-------------|
| MATTER | 1336 | Goebel, G. Gunnar |
| | | GMAC Matter No.: 730223 |

**TOTAL AMOUNT DUE**              $691.34

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326367    JBS                                    September 11, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1336    Goebel, G. Gunnar
                        GMAC Matter No.: 730223

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| KWF | 08/02/12 | Prepare revisions to draft notice of BK, and cover letter to Plaintiff's counsel. | L210 | 0.20 | 270.00 | 54.00 |
| KWF | 08/09/12 | Telephone conference with co-defendant's counsel re: removal. | L120 | 0.20 | 270.00 | 54.00 |
| KWF | 08/09/12 | Prepare email to client, C. Bonello, re: removal to federal court. | L190 | 0.10 | 270.00 | 27.00 |
| KWF | 08/09/12 | Telephone conference with co-defendant's counsel re: basis for removal. | L120 | 0.10 | 270.00 | 27.00 |
| KWF | 08/27/12 | Analyze file status, noting upcoming CMC and demurrer hearing. Prepare email to T. Abbott re: scope of representation. | L120 | 0.30 | 270.00 | 81.00 |
| | | **TOTAL** | | **0.90** | | **$243.00** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 08/10/12 | Cardmember Service/Bank One (Acct #2707); Data Search; 2183 Argyle Avenue Los Angeles, CA 90068 07/20/12 | 13.34 |
| 08/20/12 | Clerk of the Court -D; Court and Filing Fees; First Appearance Fee. Draft#28233 8/2/12 | 435.00 |
| | **TOTAL COSTS & EXPENSES** | **$448.34** |

## BILLING SUMMARY

| Task Code and Description | Hours | Amount |
|--------------------------|-------|--------|
| L120    Analysis/Strategy | 0.60 | $162.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 326367 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Goebel, G. Gunnar | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| L190 | Other Case Assessment | | 0.10 | $27.00 | | | |
| L210 | Pleadings | | 0.20 | $54.00 | | | |
| | **TOTAL** | | **0.90** | **$243.00** | | | |

| Timekeeper | | Position | | Hours | Rate | Value |
|---|---|---|---|---|---|---|
| Franich, Kerry | KWF | Associate | | 0.90 | 270.00 | $243.00 |
| | **Total** | | | **0.90** | | **$243.00** |

PRIOR FEES                              $1,088.10

|  |  |
|---|---|
| FEES | $243.00 |
| COSTS & EXPENSES | $448.34 |
| **TOTAL THIS INVOICE** | **$691.34** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement



28233

CASE/CLIENT GMac/Goebel

DATE: 8/24/2010   CLIENT 15000   MATTER 1336

PURPOSE 1st Appearance fee
GMac Mortgage LLC

PAY TO THE
ORDER OF   Clerk of the Court

THE SUM OF   Five hundred Thirty-five 00/100

**(VOID 60 DAYS AFTER DATE)**

DOLLARS $ 435 00

PAYABLE THROUGH

PAYEE IS AUTHORIZED TO INSERT CORRECT AMOUNT NOT TO EXCEED $650.00.

SEVERSON & WERSON
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

**Borel Private Bank
& Trust Company®**
433 CALIFORNIA STREET · SAN FRANCISCO, CA 94104

90-3678
1211

BY _____ **NON NEGOTIABLE**

ONE EMBARCADERO CENTER, 26th FLOOR · SAN FRANCISCO, CA 94111 · (415) 398-8344
19100 VON KARMAN, SUITE 700 · IRVINE, CA 92612 · (949) 442-7110

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     326369      JBS                                      September 11, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     19000     GMAC ResCap
MATTER     0190      Khan, Tazim and Jaibul Nisha v. GMAC Mortgage, LLC
                     GMAC Matter No.: 697120

**TOTAL AMOUNT DUE**            $1,628.50

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      326369      JBS                                      September 11, 2012

GMAC Mortgage, LLC

Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0190    Khan, Tazim and Jaibul Nisha v. GMAC Mortgage, LLC
GMAC Matter No.: 697120

FOR PROFESSIONAL SERVICES RENDERED      01/01/1994      08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| HRJ | 08/13/12 | Attend to issues re exeuction and entry of order granting motion for entry of judgment. | L110 | 0.20 | 306.00 | 61.20 |
| HRJ | 08/13/12 | Attend to issues re execution and entry of judgment. | L110 | 0.20 | 306.00 | 61.20 |
| HRJ | 08/27/12 | Review and analyze conformed order granting motion for entry of judgment. | L110 | 0.10 | 306.00 | 30.60 |
| HRJ | 08/27/12 | Review and analyze conformed entry of judgment. | L110 | 0.10 | 306.00 | 30.60 |
| HRJ | 08/27/12 | Dratt status report to A. Hartshorn. | L110 | 0.20 | 306.00 | 61.20 |
| HRJ | 08/28/12 | Review and analyze issues re case status. | L110 | 0.20 | 306.00 | 61.20 |
| | | **TOTAL** | | **1.00** | | **$306.00** |

## COSTS & EXPENSES

| | | |
|--|--|--|
| 07/27/12 | First Legal Network, LLC; Transmittal of filing to court; SCSC - Sacramento, CA 07/02/12 | 1,214.75 |
| 08/01/12 | CourtCall, LLC; CourtCall - Conference Service; 07/27/12 | 78.00 |
| 08/10/12 | First Legal Network, LLC; Transmittal of filing to court; SCSC- Sacramento 7/20/12 | 29.75 |

**TOTAL COSTS & EXPENSES**                    **$1,322.50**

## BILLING SUMMARY

**Task Code and Description**            **Hours**      **Amount**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 326369 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Khan, Tazim | | | | |

| L110 | Fact Investigation/Development | | 1.00 | $306.00 | | |
|---|---|---|---|---|---|---|
| | **TOTAL** | | **1.00** | **$306.00** | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Jones, Harold R. | HRJ | Associate | 1.00 | 306.00 | $306.00 |
| | **Total** | | **1.00** | | **$306.00** |

| PRIOR FEES | $14,136.93 |
|---|---|
| PRIOR COSTS & EXPENSES | $836.32 |

| | | |
|---|---|---|
| FEES | $306.00 |
| COSTS & EXPENSES | $1,322.50 |
| **TOTAL THIS INVOICE** | **$1,628.50** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement



TAX ID# 27-3093840

SEVERSON & WERSON
1 EMBARCADERO CENTER
SUITE 2600
SAN FRANCISCO, CA 94111

BILLING QUESTIONS CALL:
BILLING DEPT (213) 213-2631
PAYMENT QUESTIONS CALL:
PAYMENT DEPT (213) 213-2640

| | Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|---|
| | 82035 | 267594 | 7/15/12 | 30,880.93 | 3 |

| Date | Ordr No. | Svc | Service Detail | | | Charges | Total |
|---|---|---|---|---|---|---|---|
| 7/02/12 RESEARCH-BRANCH SAME DAY | 6810958 | BAR | SBSC-RANCHO CUCAMONGA 8303 HAVEN AVENUE RANCHO CUCAMONGA CA 91730 Caller: Marilyn Li Case No.: CIVRS1107135 Signed: obtained | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO   CA 94111 Case Title: ENSMINGER VS. BANK O Ref: 70000.0334 | Base Chg : 155.50 | | 155.50 |
| 7/02/12 FILING-FORWARD FAX/PDF | 6810960 | FFX | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO   CA 94111 Caller: Imelda Hernandez Case No.: T12/4938C Signed: FILED | Nevada County Court 10075 Levon Ave. TRUCKEE    CA 96161 Case Title: Noell v. Bank of Ame Ref: 70000.0746 | Base Chg : 120.75 | | 120.75 |
| 7/02/12 FILING-FAX/PDF | 6810981 | FAX | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO   CA 94111 Caller: ANGELA L. EURE Case No.: 34-2012-00125134 FILE/CONFORM/RETURN Signed: FILED | SCSC-SACRAMENTO 720 9TH STREET SACRAMENTO   CA 95814 Case Title: Zetz v. Wells Fargo Ref: 55000.0328 ZETZ | Base Chg : 29.75 PDF/OvrNte: 4.50 Adv/Wit Ck: 395.00 | | 429.25 |
| 7/02/12 FILING-BRANCH FAX/PDF | 6811030 | BFX | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO   CA 94111 Caller: Chilly Kada    Wait: 15 Min Case No.: CIV497844 FILE/CONFORM/RETURN Signed: filed | SMSC-REDWOOD CITY 400 COUNTY CENTER DR REDWOOD CITY   CA 94063 Case Title: CURLEY VS. WELLS FAR Ref: 07685.0693 | Base Chg : 57.50 | | 57.50 |
| 7/02/12 FILING-BRANCH FAX/PDF | 6811033 | BFX | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO   CA 94111 Caller: Isabel Kunst Case No.: SCV0029371 FILE/CONFORM/RETURN Signed: FILED | PLACER SUPERIOR COURT 10820 JUSTICE CENTER DRIVE ROSEVILLE   CA 95678 Case Title: GINGERY V AURORA Ref: 11991.0091 | Base Chg : 48.25 | | 48.25 |
| 7/02/12 FILING-FAX/PDF | 6811075 | FAX | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO   CA 94111 Caller: Valerie Vitullo Case No.: 34 2010 00070415 FILE/CONFORM/RETURN Signed: FILED | SCSC-SACRAMENTO 720 9TH STREET SACRAMENTO   CA 95814 Case Title: KHAN V GMAC Ref: 19000.0190 | Base Chg : 29.75 Adv/Wit Ck: 1185.00 | | 1,214.75 |

Con

# INVOICE PAYMENT DUE UPON RECEIPT

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     326370     JBS                                    September 11, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     19000     GMAC ResCap
MATTER     0595      Reyes, Felicito and Carolina Laurente Reyes v. GMAC Mortgage, LLC
                     GMAC Matter No.: 703347

**TOTAL AMOUNT DUE**          **$368.79**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326370    JBS                                      September 11, 2012

GMAC Mortgage, LLC

Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0595    Reyes, Felicito and Carolina Laurente Reyes v. GMAC Mortgage, LLC
GMAC Matter No.: 703347

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2012

| Atty | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| MEG | 08/09/12 | Draft judgment in favor of defendants.    L240 | 0.40 | 261.00 | 104.40 |
| MEG | 08/22/12 | Review case status and provide update to client regarding judgment of dismissal.    L110 | 0.30 | 261.00 | 78.30 |
| | | **TOTAL** | **0.70** | | **$182.70** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 08/02/12 | CourtCall, LLC; CourtCall - Conference Service;  07/30/12 | 108.00 |
| 08/10/12 | First Legal Network, LLC; Transmittal of filing to court; SCSC- Sacramento 7/16/12 | 64.75 |
| 08/10/12 | Cardmember Service/Bank One (Acct #2707); Data Search; 3217 Aurella Court Sacramento, CA 07/30/12 | 13.34 |

**TOTAL COSTS & EXPENSES**                    **$186.09**

## BILLING SUMMARY

| Task Code and Description | Hours | Amount |
|---------------------------|-------|--------|
| L110    Fact Investigation/Development | 0.30 | $78.30 |
| L240    Dispositive Motions | 0.40 | $104.40 |
| **TOTAL** | **0.70** | **$182.70** |

| Timekeeper | Position | | Hours | Rate | Value |
|------------|----------|---|-------|------|-------|
| Gruber, Megan | MEG    Associate | | 0.70 | 261.00 | $182.70 |
| | **Total** | | **0.70** | | **$182.70** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.    326370 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|
| | MATTER | Reyes, Felicito & Carolina | | |

| | | |
|---|---|---|
| PRIOR FEES | $19,296.90 | |
| PRIOR COSTS & EXPENSES | $2,869.70 | |

| | |
|---|---|
| FEES | $182.70 |
| COSTS & EXPENSES | $186.09 |
| **TOTAL THIS INVOICE** | **$368.79** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

**Debit Account Number CCDA-01-378**

...bit Ledger for 07/16/2012 through

| APP DATE | ATTORNEY | CCID# | JURISDICTION | DEPT | JUDGE | CASENAME/NUMBER | FEE | LATE FEE | FEE TOTAL | BALANCE |
|---|---|---|---|---|---|---|---|---|---|---|
| 7/27/12 | Daska Babcock | 5080383 | Tuolumne County Superior Court | 3 | Judge Donald Segerstrom | Bernard F. Clark vs. First Magnus Financial Corp., et al/CV54982 | $78.00 | $0.00 | $78.00 | ($11,678.30) |
| Reference # 11952-0235 | | | | | | | | | | |
| 8/1/12 | Genevieve Walser-Jolly | 5080770 | Los Angeles Superior Court-Central(A-I.) | 26 | Judge James R. Dunn | Summey vs. Magdish, et al/BC469564 | $78.00 | $30.00 | $108.00 | ($11,570.30) |
| Reference # 70000.0437 | | | | | | | | | | |
| 7/30/12 | Megan Gruber | 5081101 | Sacramento County Superior Court | 53 | Judge David I. Brown | Reyes vs. Deutsch/34-2011-00095268 | $78.00 | $30.00 | $108.00 | ($11,462.30) |
| Reference # 14000.0595 | | | | | | | | | | |
| 8/28/12 | Thomas Abbott | 5081306 | Sacramento County Superior Court | 53 | Judge David I. Brown | Scherer v. American Home Mortgage Investment Corp., et al/34-2010-00082189 | $78.00 | $0.00 | $78.00 | ($11,384.30) |
| Reference # 15288.0014 | | | | | | | | | | |
| 7/18/12 | Adam Barasch | 5052534 | U.S. Bankruptcy Court-N.D. California (Oakland) | 220 | Judge William Lafferty | Williams/12-44835 (DHC-6031) | $30.00 | $0.00 | $30.00 | ($11,354.30) |
| Reference # 30000-6031 | | | | | | | | | | |
| 7/31/12 | Dana Glasser | 5081421 | Orange County Superior Court-Santa Ana | C10 | Judge Tam Nomoto Schumann | Keith Armour, Proposed as executor for the Estate of Thomas G. Hills vs. Wells Fargo Bank, N.A./30-2011-00489446 | $78.00 | $30.00 | $108.00 | ($11,2 |
| Reference # 11960.0284 | | | | | | | | | | |
| 7/18/12 | Bernard Kornberg | 5052580 | U.S. Bankruptcy Court-E.D. California (Sacramento) | A | Honorable Michael S. McManus | Weaver/10-50408 (11-2359) | $30.00 | $0.00 | $30.00 | ($11,2 |
| Reference # 11293-0095 | | | | | | | | | | |
| 7/30/12 | Alisa Givental | 5081471 | Fresno County Superior Court-Fresno | 402 | Judge Jeffrey Hamilton Jr. | Auberry Road Investment LP vs. Wells Fargo Bank/12CECG01015 | $78.00 | $30.00 | $108.00 | ($11,108.30) |

From Auto Debit Send on 07/31/12 at 11:21 PM

# Severson
# & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326372    JBS                                September 11, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1367 | Parker, Edna |
| | | GMAC Matter No.: 731904 |

**TOTAL AMOUNT DUE**          **$763.20**

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326372    JBS                                      September 11, 2012

GMAC Mortgage, LLC

Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1367    Parker, Edna
                         GMAC Matter No.: 731904

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| JBS | 08/23/12 | Analysis and evaluation of TRO and defense strategy for complaint | L120 | 0.40 | 427.50 | 171.00 |
| MKS | 08/23/12 | Parker- - Study and review new complaint and TRO application and order to handlinhg evaluation and defense strategy. | L210 | 1.20 | 270.00 | 324.00 |
| CHR | 08/24/12 | 1367  Prepare Confirmation of Receipt to Client. Review Initial Correspondence and Pleadings. Review Court Docket and Download additional pleadings. Review Title re recorded Lis Pendens. Prepare Conflicts Request and Calendaring Memo. | L190 | 0.40 | 130.50 | 52.20 |
| TNA | 08/24/12 | Review pleadings, including complaint and application for preliminary injunction, to identify claims and formulate strategy for response. | L210 | 0.40 | 270.00 | 108.00 |
| TNA | 08/24/12 | Telephone conference with plaintiff's counsel regarding complaint and pending application for injunctive relief. | L190 | 0.20 | 270.00 | 54.00 |
| TNA | 08/28/12 | Prepare notice of bankruptcy stay based on review of complaint and determination of scope of permitted claims. | L210 | 0.20 | 270.00 | 54.00 |
| | | **TOTAL** | | **2.80** | | **$763.20** |

## COSTS & EXPENSES

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 326372 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Parker, Edna | | |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.40 | $171.00 |
| L190 | Other Case Assessment | 0.60 | $106.20 |
| L210 | Pleadings | 1.80 | $486.00 |
| | **TOTAL** | **2.80** | **$763.20** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Rommell, Clair | CHR | Paralegal | 0.40 | 130.50 | $52.20 |
| Sullivan, John | JBS | Member | 0.40 | 427.50 | $171.00 |
| Sullivan, Mary Kate | MKS | Member | 1.20 | 270.00 | $324.00 |
| Abbott, Thomas | TNA | Associate | 0.80 | 270.00 | $216.00 |
| | **Total** | | **2.80** | | **$763.20** |

|  | FEES | $763.20 |
|---|---|---|
| **TOTAL THIS INVOICE** | | $763.20 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     326419     JBS                                September 11, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     19000     GMAC ResCap
MATTER     0711      Peel, Timothy and Cheryl, et al.
                     C/M# 707366

**TOTAL AMOUNT DUE**          $2,552.85

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326419    JBS                                September 11, 2012

GMAC Mortgage, LLC

Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0711    Peel, Timothy and Cheryl, et al.
C/M# 707366

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| CJM | 07/20/12 | Attention to file re court docket and case status. | L190 | 0.10 | 238.50 | 23.85 |
| MKS | 08/27/12 | Update to client re: status of matter as to remaining defendatns and status of class certification motion. | L190 | 0.20 | 270.00 | 54.00 |
| | | **TOTAL** | | **0.30** | | **$77.85** |

### COSTS & EXPENSES

| | | | |
|---|---|---|---|
| | 08/24/12 | Thomas E. Lambert, CPA, APC; Professional Services; Professional Services 07/31/12 | 2,475.00 |
| | | **TOTAL COSTS & EXPENSES** | **$2,475.00** |

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | |
|--------------------------|---|-------|--------|---|---|
| L190    Other Case Assessment | | 0.30 | $77.85 | | |
| **TOTAL** | | **0.30** | **$77.85** | | |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| McTigue, Casey | CJM | Associate | 0.10 | 238.50 | $23.85 |
| Sullivan, Mary Kate | MKS | Member | 0.20 | 270.00 | $54.00 |
| | **Total** | | **0.30** | | **$77.85** |

| | |
|---|---|
| PRIOR FEES | $409,307.85 |
| PRIOR COSTS & EXPENSES | $79,842.95 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| | | | | |
|---|---|---|---|---|
| Invoice No. | 326419 | CLIENT | GMAC ResCap | Page    2 |
| | | MATTER | Peel, Timothy & Cheryl, et al. | |

|  |  |
|---|---|
| FEES | $77.85 |
| COSTS & EXPENSES | $2,475.00 |
| **TOTAL THIS INVOICE** | **$2,552.85** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# THOMAS E. LAMBERT, CPA, APC
**655 West Broadway**
**Suite 1400**
**San Diego, CA  92101-8491**
**(619) 239-5000   Fax (619) 239-5066**
**Tax ID # 46-0494741**

**Invoice submitted to:**

John B. Sullivan, Esq.
Severson & Werson
One Embarcadero Center
26th Floor
San Francisco, CA 94111

**June 01, 2012**

**Invoice #    5155**

**In Reference To:** Timothy R. Peel, et al. v. BrooksAmerica Mortgage Corp., et al.

## *Professional Services Rendered:*

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 5/7/2012 | T.L. | Review restitution issue | 2.50 | $1,125.00 |
| 5/8/2012 | T.L. | Review restitution issue; Draft declaration | 3.00 | $1,350.00 |
| | | *Total Professional Services* | | *$2,475.00* |
| | | *Previous balance* | | *$42,287.50* |

### *Payments/Credits*

| | | |
|---|---|---|
| 5/22/2012 | Payment - Severson & Werson - Thank you. Check No. 68993 | ($19,800.00) |
| 5/31/2012 | Payment-Thank you. Check No. 69398 | ($22,487.50) |
| | *Total payments/credits* | *($42,287.50)* |

**TOTAL BALANCE DUE**                                    **$2,475.00**

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326475    JBS                                September 12, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     19000    GMAC ResCap
MATTER     0034     Yee, Seewing and Chom Suk v. E*Trade, et al.
                    GMAC Matter No.: 698209

**TOTAL AMOUNT DUE**            $1,266.34

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      326475      JBS                                September 12, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter      19000 0034      Yee, Seewing and Chom Suk v. E*Trade, et al.
GMAC Matter No.: 698209

FOR PROFESSIONAL SERVICES RENDERED      01/01/1994      08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MIW | 08/02/12 | Review correspondence from client re factual background and merits of underlying dispute. Draft and send reply re same. | L190 | 0.30 | 274.50 | 82.35 |
| MIW | 08/14/12 | Phone call with GMAC and E*Trade client to discuss strategy re filing UD. | L120 | 0.60 | 274.50 | 164.70 |
| MIW | 08/15/12 | Review correspondence from client re recording TDUS. Confer with B. Kornberg re same. Draft and send reply re same to client. (x2) | L190 | 0.30 | 274.50 | 82.35 |
| MIW | 08/17/12 | Confer with D. Cram re BK issue with recording TDUS. Draft and send follow-up re same to client. | L190 | 0.20 | 274.50 | 54.90 |
| MIW | 08/17/12 | Review correspondence from plaintiffs' attorney re loan modification application. Draft and send reply re same. | L160 | 0.20 | 274.50 | 54.90 |
| MIW | 08/20/12 | Draft and send client correspondence re recommendation re recording trustee's deed. | L190 | 0.20 | 274.50 | 54.90 |
| MIW | 08/22/12 | Draft and send correspondence to client re loan modification package. | L160 | 0.20 | 274.50 | 54.90 |
| MKS | 08/28/12 | Update to client re: case status, new developments and upcoming dates and deadlines. | L190 | 0.20 | 270.00 | 54.00 |
| | | **TOTAL** | | **2.20** | | **$603.00** |

## COSTS & EXPENSES

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 326475 | CLIENT | GMAC ResCap | | Page | 2 |
|---|---|---|---|---|---|---|
| | | MATTER | Yee, Seewing & Chom Suk | | | |

| | | |
|---|---|---:|
| 07/17/12 | Clerk, Superior Court; Trial Transcripts; Estimated cost for Transcript on Appeal. Draft#27879 6/29/12 | 650.00 |
| 08/10/12 | Cardmember Service/Bank One (Acct #2707); Data Search; 40872 Marty Ter, Alameda, CA 07/23/12 | 13.34 |
| | **TOTAL COSTS & EXPENSES** | **$663.34** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.60 | $164.70 |
| L160 | Settlement/Non-Binding ADR | 0.40 | $109.80 |
| L190 | Other Case Assessment | 1.20 | $328.50 |
| | **TOTAL** | **2.20** | **$603.00** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Wraight, Mark | MIW | Member | 2.00 | 274.50 | $549.00 |
| Sullivan, Mary Kate | MKS | Member | 0.20 | 270.00 | $54.00 |
| | **Total** | | **2.20** | | **$603.00** |

| | |
|---|---|
| PRIOR FEES | $42,285.15 |
| PRIOR COSTS & EXPENSES | $3,348.06 |

| | |
|---|---:|
| FEES | $603.00 |
| COSTS & EXPENSES | $663.34 |
| **TOTAL THIS INVOICE** | **$1,266.34** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

27879

| | DATE 06/29/12 | CLIENT 19000 | MATTER 0034 | | PURPOSE Estimated cost for Transcri~ on Appeal |

CASE/CLIENT
Yee vs. E'Trade Services Center

Case No. FG9462263

**(VOID 60 DAYS AFTER DATE)**

90-3779
1211

PAY TO THE
ORDER OF    Clerk, SuperiorrCourt

THE SUM OF    Six hundred fifty abd 00/100----------------------DOLLARS $ 650.00**

PAYEE IS AUTHORIZED TO INSERT CORRECT AMOUNT NOT TO EXCEED $650.00.

PAYABLE THROUGH

**Borel Private Bank
& Trust Company®**
433 CALIFORNIA STREET · SAN FRANCISCO, CA 94104

SEVERSON & WERSON
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

BY _____    NON NEGOTIABLE

ONE EMBARCADERO CENTER 26th FLOOR - SAN FRANCISCO, CA 94111 - (415) 398-3344
19100 VON KARMAN, SUITE 700 - IRVINE, CA 92612 - (949) 442-7110

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      326585      JBS                                                     September 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1044 | Benton, Linda D. |
| | | GMAC Matter No.: 718063 |

**TOTAL AMOUNT DUE**              $241.30

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     326585     JBS                                    September 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter     19000 1044     Benton, Linda D.
                          GMAC Matter No.: 718063

FOR PROFESSIONAL SERVICES RENDERED     01/01/1994          08/31/2012

| Atty | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
|      |      | **TOTAL**   | **0.00** |   | **$0.00** |

### COSTS & EXPENSES

| | | | Amount |
|---|---|---|---|
| 07/06/12 | First Legal Network, LLC; Court Services; LASC- Los Angeles 6/11/12; Advance ck. $27.00 | | 168.40 |
| 08/03/12 | One Legal, Inc.; Transmittal of filing to court; Judge Copy Motion to Dismiss-Doc 6, Judge Copy RJN Doc 7 (with electronic bookmarks), Judge Copy Cert and Notice...07/23/12 | | 72.90 |
| | **TOTAL COSTS & EXPENSES** | **$241.30** | |

### BILLING SUMMARY

|  | TOTAL | 0.00 | $0.00 | | |
|---|---|---|---|---|---|
| Timekeeper | Position | Hours | Rate | Value |
| | Total | 0.00 | | $0.00 |

PRIOR FEES                    $8,658.45
PRIOR COSTS & EXPENSES        $2,449.34

COSTS & EXPENSES          $241.30
**TOTAL THIS INVOICE**    **$241.30**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# INVOICE

...49806 Los Angeles, CA 90074—9806

...work LLC

TAX ID# 27-3093840

| Invoice No. | Customer No. |
|---|---|
| 365778 | 23103 |
| Invoice Date | Total Due |
| 6/15/12 | 16,117.14 |

SEVERSON & WERSON
CARRIE TINKER (OFFICE MNGR)
19100 VON KARMAN, SUITE 700
IRVINE, CA 92612

BILLING QUESTIONS CALL:
BILLING DEPT(213)213-2631
PAYMENT QUESTIONS CALL:
PAYMENT DEPT(213)213-2640

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 23103 | 365778 | 6/15/12 | 16,117.14 | 11 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 6/11/12 9476851 BFX FILING-BRANCH FAX/PDF | | | SEVERSON & WERSON 19100 VON KARMAN IRVINE CA 92605 Caller: Ryan Brooks Case No.: hgl1603746 Please have filed/co Signed: filed | Alameda County Court 24405 Amador St HAYWARD CA 94544 Cape Title: mayorga y bank of am nformed today and de Ref: i5314-0324 | Base Chg : 71.75 PDF Chg : 39.00 Adv/Wit Ck: 395.00 | 505.75 |
| 6/11/12 9476853 BNR RESEARCH-BRANCH NEXT DAY | | | San Bernardino County Court 8303 N Haven Ave RANCHO CUCAMONGA CA 91730 Caller: Ryan Brooks Case No.: CIVRS1203394 Please obtain a copy Signed: COPIED | SEVERSON & WERSON 19100 VON KARMAN IRVINE CA 92605 Case Title: Rojas v. Fernandez of the Demurrer & M Ref: i9000-1289 | Base Chg : 61.75 Research : 20.10 Adv/Wit Ck: 11.00 | 92.85 |
| 6/11/12 9476872 BFX FILING-BRANCH FAX/PDF | | | SEVERSON & WERSON 19100 VON KARMAN IRVINE CA 92605 Caller: Terri Keller Wait: 20 Min Case No.: 37-2012-00050142 FILE/CONFORM/RETURN Signed: FILED | SDSC-VISTA 325 SOUTH MELROSE DRIVE VISTA CA 92083 Case Title: GONZALES V BAC HOME ADVANCE FEES Ref: 70000.0553 | Base Chg : 141.50 PDF Chg : 159.00 Adv/Wit Ck: 40.00 | 340.50 |
| 6/11/12 9476929 PDF PDF COURTESY DELIVERY | | | SEVERSON & WERSON 19100 VON KARMAN IRVINE CA 92605 Caller: Jeff Weddle Case No.: na Pls. deliver the att Signed: del | USDC-Central (Roybal) 255 E. Temple St. LOS ANGELES CA 90012 ached as a "courtesy Ref: i9000.1253 | Base Chg : 25.00 | 25.00 |
| 6/11/12 9476938 BFX FILING-BRANCH FAX/PDF | | | SEVERSON & WERSON 19100 VON KARMAN IRVINE CA 92605 Caller: DIANA J LOPEZ Wait: 44 Min Case No.: tc026180 FILE/CONFORM/RETURN Signed: filed | LASC-COMPTON 200 WEST COMPTON BOULEVARD COMPTON CA 90220 Case Title: gmac mortgage v rodr NEEDS EMAIL CONFIRMA Ref: i9000.1098 | Base Chg : 97.50 Wait : 9.38 PDF Chg : .75 | 107.63 |
| 6/11/12 9476981 BAR ASP RESEARCH-BRANCH SAME DAY | | | LASC-LOS ANGELES 111 NORTH HILL STREET LOS ANGELES CA 90012 Caller: Liz C. Roberts Case No.: bc468098 Please go to the abo Signed: ashley | SEVERSON & WERSON 19100 VON KARMAN IRVINE CA 92605 Case Title: Benton (BC468098) ve, referenced court Ref: 19000.1044 | Base Chg : 62.25 Return : 65.75 Research : 13.40 Adv/Wit Ck: 27.00 | 168.40 |
| | | | | | | Continued |

## INVOICE PAYMENT DUE UPON RECEIPT

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326586    JBS                                    September 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1119     Gonzalez, Carlos Ramirez
                   GMAC Matter No.: 721011

**TOTAL AMOUNT DUE**              **$106.50**

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326586    JBS                                     September 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  1119    Gonzalez, Carlos Ramirez
GMAC Matter No.: 721011

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994         08/31/2012

| Atty | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
|      |      | **TOTAL**   | **0.00** |   | **$0.00** |

## COSTS & EXPENSES

| | | | | |
|---|---|---|---|---|
| 07/06/12 | First Legal Network, LLC; Transmittal of filing to court; SDSC- Vista 6/1/12 | | | 106.50 |
| | **TOTAL COSTS & EXPENSES** | | **$106.50** | |

## BILLING SUMMARY

|  | TOTAL | 0.00 | $0.00 | | |
|---|-------|------|-------|---|---|
| **Timekeeper** | **Position** | **Hours** | **Rate** | **Value** | |
| | Total | 0.00 | | $0.00 | |

PRIOR FEES                           $10,163.70
PRIOR COSTS & EXPENSES               $1,116.16

COSTS & EXPENSES                    $106.50
**TOTAL THIS INVOICE**              **$106.50**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

**Legal**    PO Box 749808 Los Angeles, CA 90074-9808

TAX ID# 27-3093840

SEVERSON & WERSON
CARRIE TINKER (OFFICE MNGR)
19100 VON KARMAN, SUITE 700
IRVINE, CA 92612

BILLING QUESTIONS CALL:
BILLING DEPT(213)213-2631
PAYMENT QUESTIONS CALL:
PAYMENT DEPT(213)213-2640

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 23103 | 365778 | 6/15/12 | 16,117.14 | 2 |

### Service Detail

| ate | Order No. | Svc | | | Charges | | Total |
|---|---|---|---|---|---|---|---|
| 01/12 | 9471543 | REF RET | SEVERSON & WERSON 19100 VON KARMAN IRVINE    CA 92605 Caller: Ryan Brooks    Wait: 35 Min Case No.: CHA11W01622 Please pick up the o Signed: fld/ror | LA County Court-Chatsworth 9425 Penfield Ave CHATSWORTH    CA 91311 Case Title: Boyd V. GMAC riginal (& copies) f Ref: 19000-1172 | Base Chg : 117.75 Wait    : 3.35 | | 121.10 |
| 01/12 | 9473589 | ASF | SEVERSON & WERSON 19100 VON KARMAN IRVINE    CA 92605 Caller: DIANA J LOPEZ    Wait: 35 Min Case No.: N/A PICK UP DOCUMENT TO Signed: recorded/cert | RECORDER-NORWALK 12400 EAST IMPERIAL HIGHWAY NORWALK    CA 90650 Case Title: N/A BE RECORDED IN NORWA Ref: 19000.1098 | Base Chg : 67.00 Wait    : 3.35 Adv/Wit Ck: 48.00 | | 118.35 |
| 01/12 | 9473591 | ASF | RECORDER-NORWALK 12400 EAST IMPERIAL HIGHWAY NORWALK    CA 90650 Caller: DIANA J LOPEZ    Wait: 25 Min Case No.: N/A TAKE RECORDED CERTIF Signed: filed/conf | LASC-COMPTON 200 WEST COMPTON BOULEVARD COMPTON    CA 90220 Case Title: N/A IED CC OF CNTRLF Ref: 19000.1098 | Base Chg : 71.00 | | 71.00 |
| 01/12 | 9473593 | BFX | SEVERSON & WERSON 19100 VON KARMAN IRVINE    CA 92605 Caller: Rosa Case No.: 37 2011 0059634 FILE/CONFORM/RETURN Signed: FILED | SDSC-VISTA 325 SOUTH MELROSE DRIVE VISTA    CA 92083 Case Title: GONZALEZ V GMAC PDF CO Ref: 19000.1119 | Base Chg : 106.50 | | 106.50 |
| 01/12 | 9473606 | BFX | SEVERSON & WERSON 19100 VON KARMAN IRVINE    CA 92605 Caller: Liz C. Roberts Case No.: pc050699 Please file the atta Signed: RCD | LA County Court-Chatsworth 9425 Penfield Ave CHATSWORTH    CA 91311 Case Title: Ganlath - PC050699 ched doc (1) with th Ref: 11960.0263 | Base Chg : 62.50 | | 62.50 |
| 01/12 | 9473627 | BFX | SEVERSON & WERSON 19100 VON KARMAN IRVINE    CA 92605 Caller: DIANA J LOPEZ Case No.: tc026180 FILE/CONFORM/RETURN Signed: filed | LASC-COMPTON 200 WEST COMPTON BOULEVARD COMPTON    CA 90220 Case Title: gmac mortgage v rodr NEEDS EMAIL CONFIRMA Ref: 19000.1098 | Base Chg : 62.50 | | 62.50 |

Continued

## INVOICE PAYMENT DUE UPON RECEIPT

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     326587     JBS                                          September 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1164 | Vielma, Martha |
| | | GMAC Matter No.: 722889 |

**TOTAL AMOUNT DUE**              **$169.00**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326587    JBS                                    September 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  1164    Vielma, Martha
                         GMAC Matter No.: 722889

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2012

| Atty | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
|      |      | **TOTAL** | **0.00** |      | **$0.00** |

### COSTS & EXPENSES

| | | | |
|--|--|--|--|
| 07/20/12 | First Legal Network, LLC; Transmittal of filing to court; SCSC- Sacramento 6/21/12; Advance ck. $80.00 | | 169.00 |

**TOTAL COSTS & EXPENSES**                     **$169.00**

### BILLING SUMMARY

|  | TOTAL | 0.00 | $0.00 |  |
|--|-------|------|-------|--|

| Timekeeper | Position | Hours | Rate | Value |
|------------|----------|-------|------|-------|
|            | Total    | 0.00  |      | $0.00 |

| PRIOR FEES | $29,192.85 |
|------------|------------|
| PRIOR COSTS & EXPENSES | $1,600.99 |

| COSTS & EXPENSES | $169.00 |
|------------------|---------|
| **TOTAL THIS INVOICE** | **$169.00** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# INVOICE

Legal Network LLC
PO Box 749806 Los Angeles, CA 90074—9806

TAX ID# 27-3093840

| Invoice No. | Customer No. |
|---|---|
| 266949 | 82035 |
| Invoice Date | Total Due |
| 6/30/12 | 24,713.66 |

SEVERSON & WERSON
1 EMBARCADERO CENTER
SUITE 2600
SAN FRANCISCO, CA 94111

BILLING QUESTIONS CALL:
BILLING DEPT(213)213-2631
PAYMENT QUESTIONS CALL:
PAYMENT DEPT(213)213-2640

| | Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|---|
| | 82035 | 266949 | 6/30/12 | 24,713.66 | 17 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 6/1/12 RESEARCH-BRANCH SAME DAY | 6807608 | BAR | SCSC-SAN JOSE 191 NORTH 1ST STREET SAN JOSE CA 95113 Caller: Marilyn Li Case No.: 112CV225244 Signed: OBTAINED | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO CA 94111 Case Title: LLANTADA V BOA Ref: 70000.0000 | Base Chg : 108.00 Research : 13.40 Adv/Wit Ck: 1.00 | 122.40 |
| 6/21/12 FILING-FORWARD FAX/PDF | 6807683 | FFX | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO CA 94111 Caller: Imelda Hernandez Case No.: 673787 Signed: FILED | Stanislaus County Court 800 11th St. MODESTO CA 95354 Case Title: Fitzgerald v. Countr Ref: 70000.0764 | Base Chg : 57.50 | 57.50 |
| 6/21/12 FILING-FAX/PDF | 6807690 | FAX | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO CA 94111 Caller: VERONICA APPLEBE Case No.: 112CV219387 FILE/CONFORM/RETURN Signed: SUBMITTED | SCSC-SAN JOSE 191 NORTH 1ST STREET SAN JOSE CA 95113 Case Title: VERONICA VS, APPLEBE Ref: FALUSI VS, BOFA | Base Chg : 29.75 | 29.75 |
| 6/21/12 FILING-FAX/PDF | 6807747 | FAX | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO CA 94111 Caller: MARILYN HECHMER Case No.: 112CV218677 FILE/CONFORM/RETURN Signed: filed | SCSC-SAN JOSE 191 NORTH 1ST STREET SAN JOSE CA 95113 Case Title: HANNA V WELLS FARGO COURTESY COPY TO JDG Ref: 55000.0225 | Base Chg : 29.75 | 29.75 |
| 6/21/12 FILING-FAX/PDF | 6807776 | FAX | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO CA 94111 Caller: Chilly Kada Case No.: 34-2011-00115294 FILE/CONFORM/RETURN Signed: FILED | SCSC-SACRAMENTO 720 9TH STREET SACRAMENTO CA 95814 Case Title: MARTHA VS, GMAC Ref: 19000.1164 | Base Chg : 29.75 PDF/OvrNte: 59.25 Adv/Wit Ck: 80.00 | 169.00 |
| 6/21/12 PDF COURTESY DELIVERY | 6807778 | PDF | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO CA 94111 Caller: Isabel Kunst Case No.: 3:12-cv-02915-jsw JUDGE Rogers Signed: DELIVERED | USDC-OAKLAND 1301 CLAY STREET OAKLAND CA 94612 Case Title: FITCH VS WELLS Ref: 07685.1127 | Base Chg : 45.00 | 45.00 |

70000.0663

Continued

## INVOICE PAYMENT DUE UPON RECEIPT

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     326589     JBS                                September 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     19000     GMAC ResCap
MATTER     0017      Sweeting, Robert v. Jason Kishaba, et al.
                     GMAC Matter No.: 693709

**TOTAL AMOUNT DUE**              $679.75

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326589    JBS                                September 14, 2012

GMAC Mortgage, LLC

Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  0017    Sweeting, Robert v. Jason Kishaba, et al.
                         GMAC Matter No.: 693709

FOR PROFESSIONAL SERVICES RENDERED        01/01/1994        08/31/2012

| Atty | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| | | **TOTAL** | **0.00** | | **$0.00** |

### COSTS & EXPENSES

| | | |
|---|---|---|
| 08/10/12 | First Legal Network, LLC; Transmittal of filing to court; LASC- Los Angeles 7/26/12. Advance ck. $650.00 | 679.75 |

**TOTAL COSTS & EXPENSES**                    **$679.75**

### BILLING SUMMARY

| | **TOTAL** | **0.00** | **$0.00** | | |
|---|---|---|---|---|---|
| Timekeeper | Position | Hours | Rate | Value |
| | Total | 0.00 | | $0.00 |

PRIOR FEES                    $45,486.09
PRIOR COSTS & EXPENSES         $5,070.90

COSTS & EXPENSES              $679.75
**TOTAL THIS INVOICE**        **$679.75**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# INVOICE

| Invoice No. | Customer No. |
|---|---|
| 268336 | 82035 |
| Invoice Date | Total Due |
| 7/31/12 | 44,753.12 |

SEVERSON & WERSON
1 EMBARCADERO CENTER
SUITE 2600
SAN FRANCISCO, CA 94111

BILLING QUESTIONS CALL:
BILLING DEPT(213)213-2631
PAYMENT QUESTIONS CALL:
PAYMENT DEPT(213)213-2640

...NGELES, CA 90084-4250

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 82035 | 268336 | 7/31/12 | 44,753.12 | 29 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 7/26/12 FILING-FAX/PDF | 6819635 | FAX | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO   CA 94111 Caller: Isabel Kunst Case No.: 109CV155505 FILE/CONFORM/RETURN Signed: FILED | SCSC-SAN JOSE 191 NORTH 1ST STREET SAN JOSE   CA 95113 Case Title: ALTON V GMAC Ref: 19000.0156 | Base Chg :   29.75 | 29.75 |
| 7/26/12 FILING-FAX/PDF | 6819641 | FAX | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO   CA 94111 Caller: Doris Corpus   Wait: 15 Min Case No.: CGC12518925 FILE/CONFORM/RETURN Signed: filed/cc to dpet 610 | SFSC-SAN FRANCISCO 400 MCALLISTER STREET SAN FRANCISCO   CA 94102 Case Title: MARKARIAN V SHREE JA CC TO DPET 610 Ref: 11975-0013 | Base Chg :   29.75 | 29.75 |
| 7/26/12 DROP SERVE-REGULAR | 6819649 | RDS | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO   CA 94111 Caller: Theresa V. Henry DAVID A. FIRESTONE Signed: NATALIE MURILLO | VOGL MEREDITH BURKE LLP 456 MONTGOMERY STREET SAN FRANCISCO   CA 94104 LIZA C. MILANES Ref: 07465.0271 | Base Chg :   19.00 | 19.00 |
| 7/26/12 DROP SERVE-REGULAR | 6819653 | RDS | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO   CA 94111 Caller: Theresa V. Henry Signed: CAROL STOUFFER | LAW OFFICES OF BRIAN MCCLELLAN 505 14TH STREET OAKLAND   CA 94612 Ref: 07465.0271 | Base Chg :   52.00 | 52.00 |
| 7/26/12 FILING-FAX/PDF | 6819661 | FAX | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO   CA 94111 Caller: Sylvia Coleman   Wait: 25 Min Case No.: bc464367 FILE/CONFORM/RETURN Signed: FILED/ DEL CC | LASC-LOS ANGELES 111 NORTH HILL STREET LOS ANGELES   CA 90012 Case Title: ABED-STEPHEN V GMC M COURTESY COPY TO JDG Ref: 19000.0017 | Base Chg :   29.75 Adv/Wit Ck:  650.00 | 679.75 |
| 7/26/12 FILING-BRANCH FAX/PDF | 6819665 | BFX | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO   CA 94111 Caller: Clair Romell Case No.: C12-04136 nk you. Signed: REJECTED | CCSC-MARTINEZ 725 COURT STREET MARTINEZ   CA 94553 Case Title: Miller v. JP Morgan Ref: 19000.1325 | Base Chg :   106.50 | 106.50 |

Continued

# INVOICE PAYMENT DUE UPON RECEIPT

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326591    JBS                                    September 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    0253    Somera, Jonathan v. The Mortgage Store Financial, Inc.
                  GMAC Matter No.: 34803

**TOTAL AMOUNT DUE**            **$363.80**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      326591      JBS                                      September 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter      19000  0253      Somera, Jonathan v. The Mortgage Store Financial, Inc.
GMAC Matter No.: 34803

FOR PROFESSIONAL SERVICES RENDERED        01/01/1994        08/31/2012

| Atty | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
|      |      | **TOTAL**   | **0.00** |  | **$0.00** |

### COSTS & EXPENSES

| | | |
|---|---|---|
| 06/20/12 | First Legal Network, LLC; Court Services; CCSC- Martinez 5/30/12 | 170.90 |
| 07/06/12 | First Legal Network, LLC; Court Services; CCSC- Martinez 5/31/12, Advance ck. $26.00 | 192.90 |
| | **TOTAL COSTS & EXPENSES** | **$363.80** |

### BILLING SUMMARY

| | TOTAL | 0.00 | $0.00 | | |
|---|---|---|---|---|---|

| Timekeeper | Position | Hours | Rate | Value |
|------------|----------|-------|------|-------|
|            | Total    | 0.00  |      | $0.00 |

PRIOR FEES                          $13,408.20
PRIOR COSTS & EXPENSES          $2,069.30

|  |  |
|---|---|
| COSTS & EXPENSES | $363.80 |
| **TOTAL THIS INVOICE** | **$363.80** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

...gal **Network** LLC

...o Box 749806 Los Angeles, CA 90074—9806

# INVOICE

TAX ID# 27-3093840

| INVOICE NO. | CUSTOMER NO. |
|---|---|
| 265591 | 82035 |
| INVOICE DATE | TOTAL DUE |
| 5/31/12 | 36,930.33 |

SEVERSON & WERSON
1 EMBARCADERO CENTER
SUITE 2600
SAN FRANCISCO, CA 94111

BILLING QUESTIONS CALL:
BILLING DEPT (213)213-2631
PAYMENT QUESTIONS CALL:
PAYMENT DEPT (213)213-2640

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 82035 | 265591 | 5/31/12 | 36,930.33 | 34 |

| Date | Ord/No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 5/30/12 FILING-BRANCH FAX/PDF | 6799794 | BFX | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO CA 94111 Caller: Isabel Kunst Wait: 15 Min Case No.: MSC12-00220 FILE/CONFORM/RETURN Signed: FILED | CCSC-MARTINEZ 725 COURT STREET MARTINEZ CA 94553 Case Title: BENHAM V. WELLS FARG Ref: 07685.0365 | Base Chg : 71.50 | 71.50 |
| 5/30/12 RESEARCH-SAME DAY | 6799800 | SRS | CCSC-MARTINEZ 725 COURT STREET MARTINEZ CA 94553 Caller: ANGELA L. EURE Case No.: MSC09-03321 OBTAIN REQUEST FOR Signed: OBTAINED | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO CA 94111 Case Title: SOMERA V. SIAM DISMISSAL Ref: SOMERA V. SIAM | Base Chg : 153.50 Research : 13.40 Adv/Wit Ck: 4.00 | 170.90 |
| | | | | 19000 . 0253 | | |
| 5/30/12 FILING-BRANCH FAX/PDF | 6799818 | BFX | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO CA 94111 Caller: Isabel Kunst Case No.: SCV249375 FILE/CONFORM/RETURN Signed: filed | SONOMA COUNTY SUPERIOR COURT 600 ADMINSTRATION DRIVE SANTA ROSA CA 95403-2818 Case Title: BERNAL V WELLS FARGO Ref: 07685.0946 | Base Chg : 57.50 | 57.50 |
| 5/30/12 FILING-FORWARD FAX/PDF | 6799822 | FFX | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO CA 94111 Caller: MARILYN HECMER FILE/CONFORM/RETURN Signed: DROP BOXED/PS CLIENT | EDCMC-SOUTH LAKE TAHOE 1354 JOHNSON BOULEVARD SOUTH LAKE TAHOE CA 96150 Case Title: STROM V SUNTRUST COURTESY COPY TO JDG Ref: 11950.0106 | Base Chg : 120.75 | 120.75 |
| 5/30/12 FILING-FORWARD FAX/PDF | 6799827 | FFX | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO CA 94111 Caller: ANGELA L. EURE Case No.: CISCV172418 FILE/CONFORM/RETURN Signed: FILED | SANTA CRUZ CO SUP CT-SANTA CRUZ 701 OCEAN STREET SANTA CRUZ CA 95060-4086 Case Title: ROJAS V AURORA Ref: 11991.0133 | Base Chg : 57.50 PDF/OvrNte: 2.25 | 59.75 |
| 5/30/12 FILING-BRANCH FAX/PDF | 6799837 | BFX | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO CA 94111 Caller: ANGELA L. EURE Wait: 15 Min Case No.: FCS 039620 FILE/CONFORM/RETURN Signed: FILED | SCMC-NORTH/FAIRFIELD 530 UNION AVENUE FAIRFIELD CA 94533 Case Title: GALAVIZ V. GMAC MORT Ref: 19000.1247-GALAVIZ | Base Chg : 48.25 | 48.25 |
| | | | | | | Continued |

# INVOICE PAYMENT DUE UPON RECEIPT

# INVOICE

First Legal Network LLC
PO Box 749806 Los Angeles, CA 90074—9806

TAX ID# 27-3093840

| Invoice No. | Customer No. |
|---|---|
| 266261 | 82035 |
| Invoice Date | Total Due |
| 6/15/12 | 36,858.22 |

SEVERSON & WERSON
1 EMBARCADERO CENTER
SUITE 2600
SAN FRANCISCO, CA 94111

BILLING QUESTIONS CALL:
BILLING DEPT(213)213-2631
PAYMENT QUESTIONS CALL:
PAYMENT DEPT(213)213-2640

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 82035 | 266261 | 6/15/12 | 36,858.22 | 1 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 5/31/12 RESEARCH-SAME DAY | 6800461 | SRS | CCSC-MARTINEZ 725 COURT STREET MARTINEZ CA 94553 Caller: ANGELA L. EURE Case No.: MSC09-03321 OBTAIN A CERTIFIED COPY OF THE REQUEST Signed: OBTAINED | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO CA 94111 Case Title: SOMERA V. SIAM Ref: SOMERA V. SIAM | Base Chg : 153.50 Research : 13.40 Adv/Wit Ck: 26.00 | 192.90 |
| 5/31/12 PDF COURTESY DELIVERY | 6800554 | PDF | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO CA 94111 Caller: Sylvia Coleman Case No.: 3:12-cv-00740-jsw ENVELOPE Signed: delivered/lodged | USDC-SAN FRANCISCO 450 GOLDEN GATE AVENUE SAN FRANCISCO CA 94102 Case Title: guardado v. world sa COURTESY COPY TO JDG Ref: 5500.80133 | Base Chg : 19.25 | 19.25 |
| 5/31/12 PROCESS-4 DAYS | 6800572 | REP | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO CA 94111 Caller: Imelda (Temp) Case No.: HG12622151 Please serve Laurie Signed: CANCEL AND SEND DEC. | Laurie A. Klahn 6450 Dougherty Road DUBLIN CA 94568 Case Title: Santander Consumer U A. Klahn at 6450 Dou Ref: 12108.0056 | Base Chg : 131.00 | 131.00 |
| 5/31/12 FILING-BRANCH FAX/PDF | 6800658 | BFX | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO CA 94111 Caller: Imelda (Temp)    Wait: 15 Min Case No.: C12-00877 Please file the atta Signed: FILED | Contra Costa County Court 725 Court St MARTINEZ CA 94553 Case Title: Juarez v. U.S. Bank, ched with the Court Ref: 70000.0758 | Base Chg : 71.50 | 71.50 |
| 5/31/12 FILING-BRANCH FAX/PDF | 6800718 | BFX | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO CA 94111 Caller: Chilly Kada Case No.: RG12618008 FILE/CONFORM/RETURN Signed: FILED | ACSC-OAKLAND 1225 FALLON STREET OAKLAND CA 94612 Case Title: KWON VS. BOFA Ref: 700000612 | Base Chg : 92.50 Adv/Wit Ck: 20.00 | 112.50 |
| 5/31/12 PDF COURTESY DELIVERY | 6800724 | PDF | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO CA 94111 Caller: Sylvia Coleman Case No.: N/A COURTESY COPY TO JDG Signed: delivered | USDC-SAN FRANCISCO 450 GOLDEN GATE AVENUE SAN FRANCISCO CA 94102 Case Title: N/A JUDGE JACQUELINE Ref: 14000.0011 | Base Chg : 69.25 | 69.25 |

Continued

# INVOICE PAYMENT DUE UPON RECEIPT

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      326592      JBS                                    September 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
|--------|-------|-------------|
| MATTER | 0260  | Krause, Paul and Jennifer v. Homecomings Financial, LLC |
|        |       | C/M# 697891 |

**TOTAL AMOUNT DUE**              **$166.05**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     326592     JBS                                      September 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter     19000  0260     Krause, Paul and Jennifer v. Homecomings Financial, LLC
C/M# 697891

FOR PROFESSIONAL SERVICES RENDERED          01/01/1994          08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ERB | 08/05/12 | Attention to status and strategy and communications with client re same. | L120 | 0.10 | 279.00 | 27.90 |
| | | **TOTAL** | | **0.10** | | **$27.90** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 07/27/12 | First Legal Network, LLC; Court Services; LASC - Torrance, CA 07/02/12 | 88.20 |
| 08/17/12 | One Legal, Inc.; Transmittal of filing to court; General / Other 07/13/12 | 49.95 |

**TOTAL COSTS & EXPENSES**                    **$138.15**

## BILLING SUMMARY

| Task Code and Description | Hours | Amount |
|--------------------------|-------|--------|
| L120     Analysis/Strategy | 0.10 | $27.90 |
| **TOTAL** | **0.10** | **$27.90** |

| Timekeeper | Position | | Hours | Rate | Value |
|------------|----------|---|-------|------|-------|
| Buell, Edward | ERB | Associate | 0.10 | 279.00 | $27.90 |
| **Total** | | | **0.10** | | **$27.90** |

| | |
|---|---|
| PRIOR FEES | $85,063.95 |
| PRIOR COSTS & EXPENSES | $2,625.18 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 326592 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Krause, Paul & Jennifer | | |

| | |
|---|---|
| FEES | $27.90 |
| COSTS & EXPENSES | $138.15 |
| **TOTAL THIS INVOICE** | **$166.05** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      326593      JBS                                    September 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 0642 | Byeon, Young |
| | | C/M# 704886 |

**TOTAL AMOUNT DUE**              **$117.75**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326593    JBS                                          September 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0642    Byeon, Young
C/M# 704886

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        08/31/2012

| Atty | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| | | **TOTAL** | **0.00** | | **$0.00** |

### COSTS & EXPENSES

| | | | |
|------|------|------|------|
| 07/27/12 | First Legal Network, LLC; Court Services; San Bernardino Cournty Recorder, CA 07/11/12 Adv/Ck: $49 | | 117.75 |

**TOTAL COSTS & EXPENSES**    **$117.75**

### BILLING SUMMARY

|  | TOTAL | 0.00 | $0.00 |
|------|-------|------|-------|

| Timekeeper | Position | Hours | Rate | Value |
|------------|----------|-------|------|-------|
| | Total | 0.00 | | $0.00 |

| | |
|------|------|
| PRIOR FEES | $14,284.35 |
| PRIOR COSTS & EXPENSES | $5,008.47 |

| | |
|------|------|
| COSTS & EXPENSES | $117.75 |
| **TOTAL THIS INVOICE** | **$117.75** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# INVOICE

CA 90084-4250

| Invoice No. | Customer No. |
|---|---|
| 366675 | 23103 |
| Invoice Date | Total Due |
| 7/15/12 | 16,009.40 |

SEVERSON & WERSON
CARRIE TINKER (OFFICE MNGR)
19100 VON KARMAN, SUITE 700
IRVINE, CA 92612

BILLING QUESTIONS CALL:
BILLING DEPT (213) 213-2631
PAYMENT QUESTIONS CALL:
PAYMENT DEPT (213) 213-2640

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 23103 | 366675 | 7/15/12 | 16,009.40 | 11 |

| Date | Ordr.No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 7/11/12 FILING-FAX/PDF | 9487706 | FAX | SEVERSON & WERSON 19100 VON KARMAN IRVINE    CA 92605 Caller: Rosa    Wait: 22 Min Case No.: BC483183 SUBMIT TO DEPT 85 Signed: RECD | LASC-LOS ANGELES 111 NORTH HILL STREET LOS ANGELES    CA 90012 Case Title: CHUNG V BAC HOME LOA AND OBTAIN RCVD COPY Ref: 70000.0736 | Base Chg :    29.75 Adv/Wit CK:    20.00 | 49.75 |
| 7/11/12 FILING-FAX/PDF | 9487760 | FAX | SEVERSON & WERSON 19100 VON KARMAN IRVINE    CA 92605 Caller: Rosa    Wait: 17 Min Case No.: BC457269 FILE/CONFORM/RETURN Signed: filed/ del cc | LASC-LOS ANGELES 111 NORTH HILL STREET LOS ANGELES    CA 90012 Case Title: MORRIS V BAC HOME LO ALSO DELIVER CC TO Ref: 70000.0521 | Base Chg :    29.75 | 29.75 |
| 7/11/12 FILING-SPECIAL VEHICLE | 9487784 | SPF REG | SEVERSON & WERSON 19100 VON KARMAN IRVINE    CA 92605 Caller: Debra Edwards FILE TODAY Signed: kevin stewart | USDC-SANTA ANA 411 WEST 4TH STREET SANTA ANA    CA 92701 Case Title: BRUBHM V ALLOY Ref: 07462.390 | Base Chg :    54.75 Return :    14.50 | 69.25 |
| 7/11/12 FILING-FAX/PDF | 9487815 | FAX | SEVERSON & WERSON 19100 VON KARMAN IRVINE    CA 92605 Caller: DIANA J LOPEZ    Wait: 25 Min Case No.: BC484430 FILE/CONFORM/RETURN Signed: filed | LASC-LOS ANGELES 111 NORTH HILL STREET LOS ANGELES    CA 90012 Case Title: KIRAKOSYAN V B of A **DON'T CALL UNLESS Ref: 70000.0832 | Base Chg :    29.75 Adv/Wit CK:   435.00 | 464.75 |
| 7/11/12 FILING-FAX/PDF | 9487961 | FAX | SEVERSON & WERSON 19100 VON KARMAN IRVINE    CA 92605 Caller: Rosa Case No.: 111CV210028 FILE/CONFORM/RETURN Signed: filed | SCSC-SAN JOSE 191 NORTH 1ST STREET SAN JOSE    CA 95113 Case Title: SEPEHRY V THE BANCK Ref: 70000.0808 | Base Chg :    29.75 | 29.75 |
| 7/11/12 DELIVERY-REGULAR VEHICLE | 9488056 | REG RET | SEVERSON & WERSON 19100 VON KARMAN IRVINE    CA 92605 Caller: Kimberly Brown    Wait: 20 Min Case No.: CIVVS1006845 Please pick up the o Signed: gwen s | San Bernardino County Recorder 222 West Hospitality Ln SAN BERNARDINO    CA 92415 Case Title: Young Byeon v. GMAC riginal of the attac Ref: 19000.0642 | Base Chg :    64.75 Wait :    4.00 Adv/Wit CK:    49.00 | 117.75 |

Continued

## INVOICE PAYMENT DUE UPON RECEIPT

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     326595     JBS                                        September 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     19000     GMAC ResCap
MATTER     1196     Lykins, Alexander A.
                    GMAC Matter No.: 724878

**TOTAL AMOUNT DUE**                        **$249.90**

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326595    JBS                                September 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  1196    Lykins, Alexander A.
GMAC Matter No.: 724878

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| AAG | 07/16/12 | Prepare internal case update. | L190 | 0.10 | 238.50 | 23.85 |
| AAG | 07/16/12 | Communicate internally regarding substitution of attorney in dismissed case. | L190 | 0.20 | 238.50 | 47.70 |
| AAG | 07/17/12 | Communicate with client regarding dismissal without prejudice of plaintiff's complaint. | L190 | 0.10 | 238.50 | 23.85 |
| | | **TOTAL** | | **0.40** | | **$95.40** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 08/10/12 | First Legal Network, LLC; Court Services; Contra Costa County Trial Depts., Martinez 7/17/12 | 154.50 |
| | **TOTAL COSTS & EXPENSES** | **$154.50** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | | |
|--------------------------|---|-------|--------|---|---|---|
| L190 | Other Case Assessment | 0.40 | $95.40 | | | |
| | **TOTAL** | **0.40** | **$95.40** | | | |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Givental, Alisa | AAG | Associate | 0.40 | 238.50 | $95.40 |
| | **Total** | | **0.40** | | **$95.40** |

PRIOR FEES                     $4,864.95
PRIOR COSTS & EXPENSES         $884.49

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326595        CLIENT    GMAC ResCap                          Page        2
                             MATTER    Lykins, Alexander A.

|  |  |
|---|---|
| FEES | $95.40 |
| COSTS & EXPENSES | $154.50 |
| **TOTAL THIS INVOICE** | **$249.90** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# INVOICE

| Invoice No. | Customer No. |
|---|---|
| 268336 | 82035 |
| Invoice Date | Total Due |
| 7/31/12 | 44,753.12 |
| | |
| | |

LES, CA 90084-4250

SEVERSON & WERSON
1 EMBARCADERO CENTER
SUITE 2600
SAN FRANCISCO, CA 94111

BILLING QUESTIONS CALL:
BILLING DEPT(213)213-2631
PAYMENT QUESTIONS CALL:
PAYMENT DEPT(213)213-2640

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 82035 | 268336 | 7/31/12 | 44,753.12 | 6 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 7/16/12 FILING SAME DAY-DAILY | 6815767 | SDF RUN | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO    CA 94111 Caller: Perla Cruz Case No.: CGC10 498428 FILE/CONFORM/RETURN Signed: FILED | SFSC-SAN FRANCISCO 400 MCALLISTER STREET SAN FRANCISCO    CA 94102 Case Title: UNIVERSAL V CONTINEN Ref: 07685.0620 | Base Chg : 10.25 | 10.25 |
| 7/16/12 FILING NEXT DAY-DAILY | 6815906 | NDF RUN | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO    CA 94111 Caller: Chilly Kada Case No.: RG11562732 FILE/CONFORM/RETURN Signed: FILED | ACSC-OAKLAND 1225 FALLON STREET OAKLAND    CA 94612 Case Title: WILLIAMS V GREENPOIN Ref: 15314.0238 | Base Chg : 46.50 | 46.50 |
| 7/17/12 RESEARCH SAME DAY | 6815892 | SRS | Contra Costa County Trial Depts. 725 Court St MARTINEZ    CA 94553 Caller: Clair Romell Case No.: C11-02931 Please obtain a copy Signed: OBTAINED | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO    CA 94111 Case Title: Lykins v. GMAC of the dismissal an Ref: 19000.1196 | Base Chg : 153.50 Adv/Wit Ck: 1.00 | 154.50 |
| 7/17/12 FILING SAME DAY-DAILY | 6815904 | SDF RUN | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO    CA 94111 Caller: Joel Spann    Wait: 10 Min Case No.: VG11576566 PLEASE HAVE Signed: recorded | ALAMEDA CO RECORDER-OAKLAND 1106 MADISON ST OAKLAND    CA 94612 Case Title: MUJADDIDI V. BOFA THE ATTACHED Ref: 70000.0168 | Base Chg : 57.50 Adv/Wit Ck: 28.00 | 85.50 |
| 7/17/12 FILING-FORWARD FAX/PDF | 6815945 | FFX | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO    CA 94111 Caller: Deborah L. Case No.: MCV060059 Please advance fees. Signed: FILED | Madera County Court 209 West Yosemite Ave MADERA    CA 93637 Case Title: Hinote v. Specialize Please file Specia Ref: 11989.0035 | Base Chg : 120.75 | 120.75 |
| 7/17/12 FILING-BRANCH FAX/PDF | 6815959 | BFX | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO    CA 94111 Caller: MARILYN HECHMER Case No.: SCV0030248 Signed: FILED | PLACER SUPERIOR COURT 10820 JUSTICE CENTER DRIVE ROSEVILLE    CA 95678 Case Title: LANDAU V WELLS FARGO FILE/CONFORM/RETURN Ref: 11991.0117 | Base Chg : 48.25 | 48.25 |
| | | | | | | Continued |

## INVOICE PAYMENT DUE UPON RECEIPT

## Severson
## & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      326596      JBS                                    September 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT        19000      GMAC ResCap
MATTER        1326       Rabbitt, Mark and Maria Teresa
                         GMAC Matter No.: 730109

**TOTAL AMOUNT DUE**              **$528.88**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326596    JBS                                September 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1326    Rabbitt, Mark and Maria Teresa
                        GMAC Matter No.: 730109

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2012

| Atty | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
|      | **TOTAL** |        | **0.00** |  | **$0.00** |

### COSTS & EXPENSES

| Date | Description | Amount |
|------|-------------|--------|
| 07/30/12 | One Legal, Inc.; Transmittal of filing to court; Def. GMAC's Demurrer to Pl's Complaint, Def. GMAC's RJN ISO Demurrer to Pl's Complaint, Def. GMAC's Proposed Order...including Court Filing Fee $395 07/16/12 | 466.45 |
| 08/10/12 | Cardmember Service/Bank One (Acct #2707); Data Search; 4504 Morro Bay Street San Diego, CA 07/07/12 | 49.09 |
| 08/10/12 | Cardmember Service/Bank One (Acct #2707); Data Search; 4504 Morro Bay Street San Diego, CA 07/09/12 | 13.34 |

**TOTAL COSTS & EXPENSES**                        **$528.88**

### BILLING SUMMARY

| | TOTAL | 0.00 | $0.00 | | |
|---|---|---|---|---|---|
| **Timekeeper** | **Position** | **Hours** | **Rate** | **Value** | |
| | Total | 0.00 | | $0.00 | |

PRIOR FEES                        $3,179.70
PRIOR COSTS & EXPENSES            $71.45

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 326596 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Rabbitt, Mark & Maria Teresa | | |

| | |
|---|---|
| COSTS & EXPENSES | $528.88 |
| **TOTAL THIS INVOICE** | **$528.88** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

SEVERSON & WERSON
ATTN:
1 Embarcadero Ctr
Suite 2600
San Francisco, CA 94111

| Cust. No.: | 0000562 |
|---|---|
| Invoice No.: | 2096897-R1 |
| Inv. Date: | 7/16/12 |
| Due Date: | 7/31/12 |
| Total: | $466.45 |
| Terms: | Net 15 |

| INVOICE No. | |
|---|---|
| 2096897-R1 | |
| Date: | 7/16/12 |
| Cust. No.: | 0000562 |

| Law Firm Contact: | Yaron Shaham |
|---|---|
| Client File No.: | 19000.1326 |
| Case Short Title: | Mark A. & Maria T. Rabbitt V. GMAC Mortgage, LLC, et al. |
| Documents: | Def. GMAC's Demurrer to Pls' Complaint, Def. GMAC's RJN ISO Demurrer to Pls' Complaint, Def. GMAC's Proposed Order... |
| One Legal Branch: | San Diego |
| Court: | Superior Court of California, San Diego County |
| Description: | |

*OK to Pay J.W*

| | |
|---|---|
| COURT FILING FEE | $395.00 |
| COURT FILING SERVICE FEE | $49.95 |
| COURTESY COPY | $10.00 |
| COURT FILING COPY CHARGE | $11.50 |



| Due Date | 7/31/12 | Total This Invoice | $466.45 |
|---|---|---|---|

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.        326597        JBS                                                September 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT        19000        GMAC ResCap
MATTER        1330        Country Meadows Landscape
                          GMAC Matter No.: 729409

**TOTAL AMOUNT DUE**            **$167.90**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      326597      JBS                                    September 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter      19000 1330      Country Meadows Landscape
                            GMAC Matter No.: 729409

FOR PROFESSIONAL SERVICES RENDERED      01/01/1994      08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ERB | 08/06/12 | Attention to status and strategy and communications with client re same. | L120 | 0.10 | 279.00 | 27.90 |
| | | **TOTAL** | | **0.10** | | **$27.90** |

## COSTS & EXPENSES

| | | | |
|---|---|---|---|
| 08/10/12 | First Legal Network, LLC; Transmittal of filing to court; Riverside County Court, Temecula 7/26/12 | | 140.00 |

**TOTAL COSTS & EXPENSES**                              **$140.00**

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | |
|---------------------------|---|-------|--------|---|---|
| L120      Analysis/Strategy | | 0.10 | $27.90 | | |
| **TOTAL** | | **0.10** | **$27.90** | | |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Buell, Edward | ERB | Associate | 0.10 | 279.00 | $27.90 |
| **Total** | | | **0.10** | | **$27.90** |

| PRIOR FEES | $230.85 | | |
|------------|---------|---|---|
| | FEES | $27.90 |
| | COSTS & EXPENSES | $140.00 |
| | **TOTAL THIS INVOICE** | **$167.90** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# INVOICE

| Invoice No. | Customer No. |
|---|---|
| 268336 | 82035 |
| Invoice Date | Total Due |
| 7/31/12 | 44,753.12 |

.....ES, CA 90084-4250

SEVERSON & WERSON
1 EMBARCADERO CENTER
SUITE 2600
SAN FRANCISCO, CA 94111

BILLING QUESTIONS CALL:
BILLING DEPT(213)213-2631
PAYMENT QUESTIONS CALL:
PAYMENT DEPT(213)213-2640

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 82035 | 268336 | 7/31/12 | 44,753.12 | 30 |

### Service Detail

| Date | Ordr No. | Svc | | | Charges | Total |
|---|---|---|---|---|---|---|
| 7/26/12 | 6819668 | BFX | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO   CA 94111 Caller: Clair Romell   Wait: 30 Min Case No.: TES1201184 you. Signed: FILED | Riverside County Court 41002 County Center Dr TEMECULA   CA 92591  Case Title: Country Meadows v. G  Ref: 190001330 | Base Chg : 127.25 PDF/OvrNte: 12.75 | 140.00 |
| FILING-BRANCH FAX/PDF | | | | | | |
| 7/26/12 | 6819677 | BFX | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO   CA 94111 Caller: VERONICA APPLEBE Case No.: SCV 245798 FILE/CONFORM/RETURN Signed: FILED | SONOMA-CIVIL & FAMILY LAW 3055 CLEVELAND AVENUE SANTA ROSA   CA 95403  Case Title: WEBSTER V CITY OF PE COURTESY COPY TO JDG Ref: WEBSTER | Base Chg : 92.50 | 92.50 |
| FILING-BRANCH FAX/PDF | | | | | | |
| 7/26/12 | 6819684 | BFX | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO   CA 94111 Caller: Imelda Hernandez Case No.: HG12635055 FILE/CONFORM/RETURN Signed: FILED | ACSC-HAYWARD 24405 AMADOR STREET HAYWARD   CA 94544  Case Title: KLAHN V SANTANDER COURTESY COPY TO DPT Ref: 12108.0059 | Base Chg : 92.50 PDF/OvrNte: 17.25 Adv/Wit Ck: 435.00 | 544.75 |
| FILING-BRANCH FAX/PDF | | | | | | |
| 7/26/12 | 6819705 | FAX | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO   CA 94111 Caller: Isabel Kunst Case No.: 34 2011 00104150 FILE/CONFORM/RETURN Signed: FILED | SCSC-SACRAMENTO 720 9TH STREET SACRAMENTO   CA 95814  Case Title: AZEVEDO V SUNTRUST  Ref: 11950.0100 | Base Chg : 64.75 | 64.75 |
| FILING-FAX/PDF | | | | | | |
| 7/26/12 | 6819722 | BFX | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO   CA 94111 Caller: Theresa V. Henry Wait: 20 Min Case No.: CIV 1101648 FILE/CONFORM/RETURN Signed: FILED | MCSC-SAN RAFAEL 3501 CIVIC CENTER DRIVE SAN RAFAEL   CA 94903  Case Title: BUSSE V. LARKSPUR CC TO DEPT B Ref: 11506.0024 | Base Chg : 57.50 | 57.50 |
| FILING-BRANCH FAX/PDF | | | | | | |
| 7/26/12 | 6819723 | SRS | Contra Costa County Court 725 Court St MARTINEZ   CA 94553 Caller: Clair Romell Case No.: CIV MSC11-02174 On FRIDAY Please obt Signed: OBTAINED | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO   CA 94111  Case Title: Liu v. GMAC ain a copy of the di Ref: 19000.1135 | Base Chg : 153.50 Adv/Wit Ck: 2.00 | 155.50 |
| RESEARCH-SAME DAY | | | | | | |
| | | | | | Continued | |

## INVOICE PAYMENT DUE UPON RECEIPT

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326848    JBS                                    September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 0003 | Anderson, Karl T. and Hooper, Monique v. ETS Services, LLC |
| | | GMAC Matter No.: 691868 |

**TOTAL AMOUNT DUE**            $1,594.35

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     326848      JBS                                    September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0003     Anderson, Karl T. and Hooper, Monique v. ETS Services, LLC
                         GMAC Matter No.: 691868

FOR PROFESSIONAL SERVICES RENDERED     01/01/1994          08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ERB | 08/05/12 | Attention to status and strategy and communications with client re same. | L120 | 0.10 | 279.00 | 27.90 |
| JDI | 08/29/12 | Review the Hoopers' motion for relief from the bankruptcy stay and conduct research for potential responses. | L510 | 1.10 | 279.00 | 306.90 |
| DHC | 08/30/12 | Review Motion to Determine Existence of Stay in Ninth Circuit Case. | L250 | 0.50 | 337.50 | 168.75 |
| DHC | 08/30/12 | Conference with Jon Ives re exceptions to the automatic stay in the Res Cap bankruptcy pursuant to the Final Supplemental Order. | L190 | 1.00 | 337.50 | 337.50 |
| JDI | 08/30/12 | Conduct research in response to motion to set aside bankruptcy stay. | L510 | 2.70 | 279.00 | 753.30 |
| | | **TOTAL** | | **5.40** | | **$1,594.35** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.10 | $27.90 |
| L190 | Other Case Assessment | 1.00 | $337.50 |
| L250 | Other Written Motions | 0.50 | $168.75 |
| L510 | Appellate Motions & Submission | 3.80 | $1,060.20 |
| | **TOTAL** | **5.40** | **$1,594.35** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Cram, Donald | DHC | Member | 1.50 | 337.50 | $506.25 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.   326848    CLIENT   GMAC ResCap                                    Page      2
                        MATTER   Anderson, Karl & Hooper, M.

| Buell, Edward | ERB | Associate | 0.10 | 279.00 | $27.90 |
|---|---|---|---|---|---|
| Ives, Jon | JDI | Associate | 3.80 | 279.00 | $1,060.20 |
| | **Total** | | **5.40** | | **$1,594.35** |

PRIOR FEES                        $25,696.80
PRIOR COSTS & EXPENSES             $2,233.65

                                       FEES        $1,594.35
                         **TOTAL THIS INVOICE**    **$1,594.35**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326849    JBS                                    September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    0073    Bonner, Charles A. v. GMAC Mortgage, Inc., et al.
                  GMAC Matter No.: 696525

**TOTAL AMOUNT DUE**            **$958.05**

### *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326849    JBS

September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  0073    Bonner, Charles A. v. GMAC Mortgage, Inc., et al.
GMAC Matter No.: 696525

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MGC | 07/27/12 | Attend compliance hearing. | L230 | 2.80 | 238.50 | 667.80 |
| ERB | 08/05/12 | Attention to status and strategy and communications with client re same. | L120 | 0.10 | 279.00 | 27.90 |
| MGC | 08/13/12 | Finalize filing of revised notice of bankruptcy. | L250 | 1.10 | 238.50 | 262.35 |
| | | **TOTAL** | | **4.00** | | **$958.05** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | |
|---------------------------|---|-------|--------|---|---|
| L120 | Analysis/Strategy | 0.10 | $27.90 | | |
| L230 | Court Mandated Conferences | 2.80 | $667.80 | | |
| L250 | Other Written Motions | 1.10 | $262.35 | | |
| | **TOTAL** | **4.00** | **$958.05** | | |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Buell, Edward | ERB | Associate | 0.10 | 279.00 | $27.90 |
| Cross, Michael | MGC | Associate | 3.90 | 238.50 | $930.15 |
| | Total | | **4.00** | | **$958.05** |

| PRIOR FEES | $34,140.42 |
|------------|-----------|
| PRIOR COSTS & EXPENSES | $2,090.52 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 326849 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Bonner, Charles A. | | |

| | | |
|---|---|---|
| FEES | | $958.05 |
| **TOTAL THIS INVOICE** | | **$958.05** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     326850     JBS                                September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000    GMAC ResCap
MATTER     0111     Officer, Karen and Robert v. CitiMortgage, Inc.
                          GMAC Matter No.: 697786

**TOTAL AMOUNT DUE**          **$1,856.70**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326850    JBS                                September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0111    Officer, Karen and Robert v. CitiMortgage, Inc.
                        GMAC Matter No.: 697786

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ERB | 07/03/12 | Review matter and prepare status report for client. | L120 | 0.10 | 279.00 | 27.90 |
| MEH | 07/20/12 | Monitor case docket for appellants' opening brief. | L520 | 0.10 | 261.00 | 26.10 |
| MEH | 07/26/12 | Strategize re: notice of bankruptcy stay. | L120 | 0.20 | 261.00 | 52.20 |
| MEH | 07/27/12 | Draft email to co-defendants' counsel re: coordinating efforts on respondents brief. | L520 | 0.20 | 261.00 | 52.20 |
| ERB | 08/05/12 | Attention to status and strategy and communications with client re same. | L120 | 0.10 | 279.00 | 27.90 |
| MEH | 08/06/12 | Draft email to co-defendants' counsel re: joint respondents brief. | L520 | 0.20 | 261.00 | 52.20 |
| MEH | 08/07/12 | Telephone call with co-defendant's counsel (S. Kottmeier) re: joint respondents brief. | L120 | 0.10 | 261.00 | 26.10 |
| MEH | 08/07/12 | Review/analyze appellants' opening brief for possible division of labor among co-respondents. | L520 | 0.60 | 261.00 | 156.60 |
| MEH | 08/07/12 | Draft email to co-defendants' counsel re: division of labor for respondents' brief. | L520 | 0.50 | 261.00 | 130.50 |
| MEH | 08/08/12 | Draft notice of bankruptcy stay. | L510 | 0.70 | 261.00 | 182.70 |
| MEH | 08/08/12 | Draft cover letter to plaintiffs enclosing notice of bankruptcy stay. | L510 | 0.70 | 261.00 | 182.70 |
| MEH | 08/08/12 | Draft email to client (J. Holtgren) re: appellate strategy considerations. | L120 | 0.20 | 261.00 | 52.20 |
| MEH | 08/09/12 | Prepare for conference call with co-defendants re: joint respondents' brief. | L520 | 0.20 | 261.00 | 52.20 |
| MEH | 08/09/12 | Participate in conference call with | L520 | 0.30 | 261.00 | 78.30 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| | | | | | |
|---|---|---|---|---|---|
| Invoice No. | 326850 | CLIENT  GMAC ResCap | | Page | 2 |
| | | MATTER  Officer, Karen & Robert | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | co-respondents' counsel re: joint brief. | | | | |
| MEH | 08/09/12 | Draft follow-up email to co-respondents's counsel summarizing decisions made during conference call re: joint brief. | L520 | 0.20 | 261.00 | 52.20 |
| MEH | 08/10/12 | Exchange emails with client (J. Holtgren) re: notice of bankruptcy stay. | L510 | 0.20 | 261.00 | 52.20 |
| MEH | 08/14/12 | Exchange emails with co-defendant's counsel (S. Kottmeier) re: signature on stipulation to continue deadline for respondents' brief. | L520 | 0.10 | 261.00 | 26.10 |
| MEH | 08/16/12 | Based on new deadline for respondents' brief, create internal briefing schedule for joint brief and circulate same to co-defendants' counsel. | L520 | 0.60 | 261.00 | 156.60 |
| MEH | 08/16/12 | Draft email to client (J. Holtgren) enclosing new brief deadlines. | L520 | 0.20 | 261.00 | 52.20 |
| MEH | 08/21/12 | Finalize notice of stay and accompanying cover letter. | L510 | 0.20 | 261.00 | 52.20 |
| MEH | 08/27/12 | Review/analyze court order staying entire case. | L510 | 0.20 | 261.00 | 52.20 |
| MEH | 08/27/12 | Draft email to client (J. Holtgren) enclosing stay order with comments and recommended strategy. | L120 | 0.30 | 261.00 | 78.30 |
| MEH | 08/27/12 | Review case file for upcoming deadlines and to determine status of bankruptcy stay. | L510 | 0.30 | 261.00 | 78.30 |
| MEH | 08/27/12 | Exchange emails among co-defendants re: bankruptcy stay. | L510 | 0.20 | 261.00 | 52.20 |
| MEH | 08/28/12 | Strategize re: advisability of closing case file in light of appeal status. | L120 | 0.40 | 261.00 | 104.40 |
| | | **TOTAL** | | **7.10** | | **$1,856.70** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | Hours | Amount |
|---|---|---|
| L120    Analysis/Strategy | 1.40 | $369.00 |
| L510    Appellate Motions & Submission | 2.50 | $652.50 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.    326850 | CLIENT | GMAC ResCap | | Page | 3 |
| | MATTER | Officer, Karen & Robert | | | |

| L520 | Appellate Briefs | | | 3.20 | $835.20 | | | |
| | **TOTAL** | | | **7.10** | **$1,856.70** | | | |

| Timekeeper | | | Position | | Hours | Rate | Value |
|---|---|---|---|---|---|---|---|
| Buell, Edward | | ERB | Associate | | 0.20 | 279.00 | $55.80 |
| Holt, M. Elizabeth | | MEH | Associate | | 6.90 | 261.00 | $1,800.90 |
| | | **Total** | | | **7.10** | | **$1,856.70** |

PRIOR FEES                          $6,280.20
PRIOR COSTS & EXPENSES              $1,007.66

|  | FEES | $1,856.70 |
| | **TOTAL THIS INVOICE** | **$1,856.70** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      326851      JBS                                    September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000      GMAC ResCap
MATTER      0132      Pierce, Stephen D. and Tamara v. U.S. Bank, N.A.
                              GMAC Matter No.: 688951

**TOTAL AMOUNT DUE**          **$1,144.75**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      326851      JBS                                    September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter      19000 0132      Pierce, Stephen D. and Tamara v. U.S. Bank, N.A.
                            GMAC Matter No.: 688951

FOR PROFESSIONAL SERVICES RENDERED      01/01/1994          08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| GWJ | 08/03/12 | Telephone call with unlawful detainer counsel regarding unlawful detainer motion for summary judgment. | L240 | 0.30 | 261.00 | 78.30 |
| ERB | 08/05/12 | Attention to status and strategy and communications with client re same. | L120 | 0.10 | 279.00 | 27.90 |
| GWJ | 08/06/12 | Review and revise unlawful detainer motion for summary judgment. | L240 | 0.40 | 261.00 | 104.40 |
| GWJ | 08/06/12 | Correspondence with unlawful detainer counsel regarding client declaration and revised motion for summary judgment. | L240 | 0.20 | 261.00 | 52.20 |
| GWJ | 08/06/12 | Correspondence with client regarding declaration in support of unlawful detainer motion for summary judgment. | L240 | 0.20 | 261.00 | 52.20 |
| GWJ | 08/06/12 | Telephone call with unlawful detainer counsel regarding service of motion for summary judgment. | L240 | 0.20 | 261.00 | 52.20 |
| GWJ | 08/07/12 | Correspondence with client regarding motions to compel, discovery requests, unlawful detainer motion for summary judgment and client declaration. | L240 | 0.60 | 261.00 | 156.60 |
| GWJ | 08/07/12 | Correspondence with unlawful detainer counsel regarding client declaration. | L240 | 0.20 | 261.00 | 52.20 |
| GWJ | 08/07/12 | Correspondence with unlawful detainer counsel regarding service of Plaintiffs. | L240 | 0.20 | 261.00 | 52.20 |
| GWJ | 08/08/12 | Correspondence with client regarding rescission of notice of default. | L110 | 0.20 | 261.00 | 52.20 |
| GWJ | 08/08/12 | Correspondence with unlawful detainer counsel regarding changes to client declaration. | L240 | 0.20 | 261.00 | 52.20 |
| GWJ | 08/09/12 | Correspondence with client regarding | L240 | 0.20 | 261.00 | 52.20 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 326851 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Pierce, Stephen D. | | | | |

| | | declaration in support of motion for summary judgment. | | | | |
|---|---|---|---|---|---|---|
| GWJ | 08/09/12 | Correspondence with unlawful detainer counsel regarding service of motion for summary judgment and supporting declaration. | L240 | 0.20 | 261.00 | 52.20 |
| GWJ | 08/09/12 | Correspondence with Plaintiff regarding agreement regarding service of unlawful detainer motion for summary judgment. | L240 | 0.20 | 261.00 | 52.20 |
| | | **TOTAL** | | **3.40** | | **$889.20** |

### COSTS & EXPENSES

| 07/27/12 | First Legal Network, LLC; Court Services; SBSC - San Bernardino, CA 07/09/12 | 99.00 |
|---|---|---|
| 08/07/12 | Genevieve Walser-Jolly; Transportation; Travel to and from hearing on Motion for Judgment on the Pleadings; and Unlawful Detainer Motion for Summary Judgment hearing, San Bernardino 7/17/12 | 56.65 |
| 08/17/12 | One Legal, Inc.; Transmittal of filing to court; Reply to Opposition to Defendant's Motion for Judgment on the Pleadings 07/10/12 | 49.95 |
| 08/17/12 | One Legal, Inc.; Transmittal of filing to court; Notice of Continued Motion for Judgment on the Pleadings; Unlawful Detainer Motion for Summary Judgment; and Trial...07/17/12 | 49.95 |
| | **TOTAL COSTS & EXPENSES** | **$255.55** |

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 0.20 | $52.20 |
| L120 | Analysis/Strategy | 0.10 | $27.90 |
| L240 | Dispositive Motions | 3.10 | $809.10 |
| | **TOTAL** | **3.40** | **$889.20** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Buell, Edward | ERB | Associate | 0.10 | 279.00 | $27.90 |
| Walser-Jolly, Genevieve | GWJ | Associate | 3.30 | 261.00 | $861.30 |
| | Total | | **3.40** | | **$889.20** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 326851 | CLIENT | GMAC ResCap | | Page | 3 |
|---|---|---|---|---|---|---|
| | | MATTER | Pierce, Stephen D. | | | |

| | |
|---|---|
| PRIOR FEES | $55,757.45 |
| PRIOR COSTS & EXPENSES | $4,318.03 |

| | |
|---|---|
| FEES | $889.20 |
| COSTS & EXPENSES | $255.55 |
| **TOTAL THIS INVOICE** | **$1,144.75** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement



## ⚠ File Errors : 326851.TXT

View: [ Only unique errors  ▼ ]                                    << **Return to Upload Invoices**

**Errors have occurred during the invoice upload process. Please check your LEDES file and try again.**

| Type | Invoice | Description |
|------|---------|-------------|
| ❶ | 326851 | CLIENT_MATTER_ID "688951" is invalid. ID must be client authorized. |

Error 1 - 1 of 1                                    Errors per page [ 200 ▼ ]

---

Contact Us - Technical Support - License Agreement
Copyright © 2007-2012 Mitratech Holdings, Inc. All Rights Reserved

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     326852     JBS                          September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     19000     GMAC ResCap
MATTER     0156      Alton, Patricia v. GMAC Mortgage, LLC
                     GMAC Matter No.: 695737

**TOTAL AMOUNT DUE**          **$952.85**

# *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326852    JBS

September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  0156    Alton, Patricia v. GMAC Mortgage, LLC
GMAC Matter No.: 695737

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ACS | 08/02/12 | Prepare reply letter re: title insurance claim | L190 | 0.30 | 288.00 | 86.40 |
| ERB | 08/05/12 | Attention to status and strategy and communications with client re same. | L120 | 0.10 | 279.00 | 27.90 |
| ACS | 08/13/12 | Prepare case management statement | L190 | 0.30 | 288.00 | 86.40 |
| ACS | 08/20/12 | Draft title insurance demand letter | L190 | 0.40 | 288.00 | 115.20 |
| ACS | 08/28/12 | Attend case management conference | L190 | 0.40 | 288.00 | 115.20 |
| ACS | 08/28/12 | Prepare follow-up letter re: title insurance claim | L190 | 0.30 | 288.00 | 86.40 |
| ACS | 08/28/12 | Research motion for judgment on the pleadings | L240 | 0.60 | 288.00 | 172.80 |
| | | **TOTAL** | | **2.40** | | **$690.30** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 07/27/12 | First Legal Network, LLC; Court Services; SCSC-San Jose, CA 07/03/12 | 125.05 |
| 07/27/12 | First Legal Network, LLC; Transmittal of filing to court; SCSC-San Jose, CA 07/06/12 | 29.75 |
| 08/10/12 | First Legal Network, LLC; Transmittal of filing to court; SCSC- San Jose 7/26/12 | 29.75 |
| 08/13/12 | CourtCall, LLC; CourtCall - Conference Service; 08/28/12 | 78.00 |
| | **TOTAL COSTS & EXPENSES** | **$262.55** |

## BILLING SUMMARY

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.  326852    CLIENT    GMAC ResCap                                    Page        2
                       MATTER    Alton, Patricia

| Task Code and Description | Hours | Amount |
|---|---|---|
| L120 | Analysis/Strategy | 0.10 | $27.90 |
| L190 | Other Case Assessment | 1.70 | $489.60 |
| L240 | Dispositive Motions | 0.60 | $172.80 |
| | **TOTAL** | **2.40** | **$690.30** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Sears, Alex | ACS | Associate | 2.30 | 288.00 | $662.40 |
| Buell, Edward | ERB | Associate | 0.10 | 279.00 | $27.90 |
| | **Total** | | **2.40** | | **$690.30** |

PRIOR FEES                           $37,836.00
PRIOR COSTS & EXPENSES                $3,629.19

FEES                 $690.30
COSTS & EXPENSES     $262.55
**TOTAL THIS INVOICE**   **$952.85**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326853    JBS                                September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    0188     Breining, Fred and Cathy v. Wells Fargo Bank
                   C/M# 699646

**TOTAL AMOUNT DUE**          **$2,215.05**

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326853    JBS

September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  0188    Breining, Fred and Cathy v. Wells Fargo Bank
C/M# 699646

### FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| JDI | 08/01/12 | Correspond with plaintiffs' counsel re loan modification application. | L160 | 0.20 | 279.00 | 55.80 |
| ERB | 08/05/12 | Attention to status and strategy and communications with client re same. | L120 | 0.10 | 279.00 | 27.90 |
| JDI | 08/06/12 | Correspond with plaintiffs' counsel & J. Holtgren re loan modification application. | L160 | 0.30 | 279.00 | 83.70 |
| JDI | 08/07/12 | Review tentative ruling on motion for sanctions and correspond with J. Holtgren re same. | L190 | 0.30 | 279.00 | 83.70 |
| JDI | 08/20/12 | Provide case status update to N. Vaccaro. | L190 | 0.20 | 279.00 | 55.80 |
| JDI | 08/21/12 | Review plaintiffs' supplemental opposition to motion for attorney fees and draft supplemental reply brief in support of motion for attorney fees. | L250 | 4.80 | 279.00 | 1,339.20 |
| JDI | 08/22/12 | Correspond with plaintiffs' counsel re loan modification application. | L160 | 0.30 | 279.00 | 83.70 |
| JDI | 08/22/12 | Draft supplemental reply brief in support of motion for attorney fees. | L250 | 0.50 | 279.00 | 139.50 |
| JDI | 08/30/12 | Review tentative ruling on motion for attorney fees and correspond with J. Holtgren re same. | L250 | 0.30 | 279.00 | 83.70 |
| | | **TOTAL** | | **7.00** | | **$1,953.00** |

### COSTS & EXPENSES

| | | |
|---|---|---|
| 07/27/12 | First Legal Network, LLC; Transmittal of filing to court; SCSC-Sacramento, CA 07/11/12 | 42.50 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 326853 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Breining, Fred & Cathy | | |

| | | |
|---|---|---:|
| 08/01/12 | CourtCall, LLC; CourtCall - Conference Service; 08/31/12 | 78.00 |
| 08/10/12 | First Legal Network, LLC; Transmittal of filing to court; SCSC-Sacramento 7/27/12 | 47.75 |
| 08/10/12 | Cardmember Service/Bank One (Acct #2707); Data Search; 935 Amado Ave Sacramento, CA 07/05/12 | 93.80 |
| | **TOTAL COSTS & EXPENSES** | **$262.05** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.10 | $27.90 |
| L160 | Settlement/Non-Binding ADR | 0.80 | $223.20 |
| L190 | Other Case Assessment | 0.50 | $139.50 |
| L250 | Other Written Motions | 5.60 | $1,562.40 |
| | **TOTAL** | **7.00** | **$1,953.00** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Buell, Edward | ERB | Associate | 0.10 | 279.00 | $27.90 |
| Ives, Jon | JDI | Associate | 6.90 | 279.00 | $1,925.10 |
| | **Total** | | **7.00** | | **$1,953.00** |

| | |
|---|---|
| PRIOR FEES | $96,693.75 |
| PRIOR COSTS & EXPENSES | $2,634.33 |

| | |
|---|---:|
| FEES | $1,953.00 |
| COSTS & EXPENSES | $262.05 |
| **TOTAL THIS INVOICE** | **$2,215.05** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326854    JBS                                    September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
|--------|-------|-------------|
| MATTER | 0268 | Olson, Cari |
| | | GMAC Matter No.: 695432 |

**TOTAL AMOUNT DUE**            **$1,796.36**

### *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326854    JBS                                    September 19, 2012

GMAC Mortgage, LLC

Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0268    Olson, Cari
GMAC Matter No.: 695432

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| YS | 08/03/12 | Attend the hearing on plaintiff's motion for new trial and determine how to proceed based on the Court's ruling | L450 | 4.50 | 238.50 | 1,073.25 |
| YS | 08/03/12 | Review and analysis of plaintiff's reply brief in light of client's opposition to motion for new trial | L120 | 0.20 | 238.50 | 47.70 |
| ERB | 08/05/12 | Attention to status and strategy and communications with client re same. | L120 | 0.10 | 279.00 | 27.90 |
| RJG | 08/08/12 | Attention to the court's ruling on Plaintiff's motion for a new trial and correspondence with our client to advise regarding the same. | L250 | 0.30 | 274.50 | 82.35 |
| YS | 08/08/12 | Receipt, review and analysis of the Court's order denying plaintiff's motion for new trial | L120 | 0.10 | 238.50 | 23.85 |
| YS | 08/08/12 | Draft notice of ruling denying plaintiff's motion for new trial | L210 | 0.30 | 238.50 | 71.55 |
| YS | 08/08/12 | Draft correspondence to client regarding the Court's denial of the Plaintiff's motion for new trial | L190 | 0.20 | 238.50 | 47.70 |
| YS | 08/10/12 | Draft correspondence to D. Burgess regarding status of the case, denial of plaintiff's motion for new trial, and pending dates and deadlines | L190 | 0.40 | 238.50 | 95.40 |
| YS | 08/13/12 | Draft correspondence to client regarding deadlines for plaintiff to appeal rulings by the State Court | L190 | 0.30 | 238.50 | 71.55 |
| | | **TOTAL** | | **6.40** | | **$1,541.25** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 326854 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Olson, Cari | | |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 08/03/12 | One Legal, Inc.; Transmittal of filing to court; Def. GMAC's Opposition to Pl's Notice of Move for New Trial 07/25/12 | 59.95 |
| 08/07/12 | Yaron Shaham; Transportation; Mileage to/from SDSC-North Vista, Dept. N.30, for hearing on PL's Motion for New Trial 8/3/12 | 84.62 |
| 08/10/12 | Cardmember Service/Bank One (Acct #2707); Data Search; 1095 Via Cruz San Diego, CA 07/09/12 | 13.34 |
| 08/21/12 | One Legal, Inc.; Transmittal of filing to court; Notice of Ruling re Pl's Motion. for New Trial 08/10/12 | 59.95 |
| 08/22/12 | American Express-Box 0001;  Meals; Lunch for hearing re Pl's Motion for New Trial 8/3/12 8/10/12 | 22.25 |
| 08/27/12 | Cardmember Service/Bank One (Acct #7755); Court and Filing Fees;  Orange Co Superior Court WE - CA 08/07/12 | 7.50 |
| 08/27/12 | Cardmember Service/Bank One (Acct #7755); Court and Filing Fees; Orange Co Superior Court WE - CA 08/08/12 | 7.50 |
| | **TOTAL COSTS & EXPENSES** | **$255.11** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.40 | $99.45 |
| L190 | Other Case Assessment | 0.90 | $214.65 |
| L210 | Pleadings | 0.30 | $71.55 |
| L250 | Other Written Motions | 0.30 | $82.35 |
| L450 | Trial and Hearing Attendance | 4.50 | $1,073.25 |
| | **TOTAL** | **6.40** | **$1,541.25** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Buell, Edward | ERB | Associate | 0.10 | 279.00 | $27.90 |
| Gandy, Robert | RJG | Special Counsel | 0.30 | 274.50 | $82.35 |
| Shaham, Yaron | YS | Special Counsel | 6.00 | 238.50 | $1,431.00 |
| | **Total** | | **6.40** | | **$1,541.25** |

PRIOR FEES                          $55,854.00

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.   326854      **CLIENT**   GMAC ResCap                          Page          3
                          **MATTER**   Olson, Cari

---

PRIOR COSTS & EXPENSES                    $6,350.99


                                                FEES              $1,541.25
                                    COSTS & EXPENSES                $255.11
                                    **TOTAL THIS INVOICE**        **$1,796.36**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      326855      JBS                                    September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000      GMAC ResCap
MATTER      0328      Moss, Alan Irving
                      GMAC Matter No.:  712506

**TOTAL AMOUNT DUE**          $3,609.15

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326855    JBS

September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0328    Moss, Alan Irving
GMAC Matter No.:  712506

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| GSW | 08/02/12 | Review and update attorney work discovery binder | L110 | 0.80 | 130.50 | 104.40 |
| ERB | 08/05/12 | Attention to status and strategy and communications with client re same. | L120 | 0.10 | 279.00 | 27.90 |
| EKK | 08/06/12 | Draft motion to compel attendance at deposition | L330 | 2.00 | 279.00 | 558.00 |
| GSW | 08/07/12 | Review and prepare exhibits to Declaration of Elena Kouvabina in Support of Bank of New York's Motion to Compel Deposition of Plaintiff | L110 | 1.50 | 130.50 | 195.75 |
| ERB | 08/07/12 | Review Court's order denying Plaintiff's motion for reconsideration of remand. | L250 | 0.20 | 279.00 | 55.80 |
| EKK | 08/07/12 | Draft motion to compel, prepare documents for filing | L210 | 0.50 | 279.00 | 139.50 |
| EKK | 08/07/12 | Draft motion to compel attendance at deposition | L330 | 1.80 | 279.00 | 502.20 |
| GSW | 08/08/12 | Review and update attorney work discovery binder | L110 | 1.80 | 130.50 | 234.90 |
| GSW | 08/08/12 | Review and update Attorney work binder | L110 | 0.70 | 130.50 | 91.35 |
| EKK | 08/27/12 | Draft notice of nonreceipt of opposition; draft reply in support of motion to compel deposition; draft notice of lodging of deposition transcript | L210 | 4.50 | 279.00 | 1,255.50 |
| | | **TOTAL** | | **13.90** | | **$3,165.30** |

## COSTS & EXPENSES

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 326855 | CLIENT | GMAC ResCap | | Page | 2 |
|---|---|---|---|---|---|---|
| | | MATTER | Moss, Alan | | | |

| | | | |
|---|---|---|---:|
| 08/27/12 | U.S. Legal Support (Box 79637 CA Reporting); Deposition Transcript; Cetificate of Non-Appearance of: Alan Irving Moss 07/27/12 | | 333.90 |
| 08/31/12 | One Legal, Inc.; Transmittal of filing to court; Notice of Motion, EKK Declaration Park 1 EKK Declaration; Part 2 including Court Filing Fee $60 08/08/12 | | 109.95 |
| | **TOTAL COSTS & EXPENSES** | | **$443.85** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---:|---:|
| L110 | Fact Investigation/Development | 4.80 | $626.40 |
| L120 | Analysis/Strategy | 0.10 | $27.90 |
| L210 | Pleadings | 5.00 | $1,395.00 |
| L250 | Other Written Motions | 0.20 | $55.80 |
| L330 | Depositions | 3.80 | $1,060.20 |
| | **TOTAL** | **13.90** | **$3,165.30** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---:|---:|---:|
| Kouvabina, Elena | EKK | Associate | 8.80 | 279.00 | $2,455.20 |
| Buell, Edward | ERB | Associate | 0.30 | 279.00 | $83.70 |
| Webb, Gilla | GSW | Paralegal | 4.80 | 130.50 | $626.40 |
| | **Total** | | **13.90** | | **$3,165.30** |

| | |
|---|---:|
| PRIOR FEES | $130,009.98 |
| PRIOR COSTS & EXPENSES | $1,952.13 |

| | |
|---|---:|
| FEES | $3,165.30 |
| COSTS & EXPENSES | $443.85 |
| **TOTAL THIS INVOICE** | **$3,609.15** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# I N V O I C E

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 340079 | 7/27/2012 | 274901 |
| **Job Date** | **Case No.** | |
| 7/26/2012 | C 10-01734-JSW | |
| **Case Name** | | |
| Alan Irving Moss v. The Bank of New York Trust Company | | |
| **Payment Terms** | | |
| Due upon receipt | | |

SEVER...
AUG  3 2012
Received

CA 94104
Fax:415-362-4495

Elena K. Kouvabina
Severson & Werson
One Embarcadero Center
Twenty-Sixth Floor
San Francisco, CA  94111

CERTIFICATE OF NON-APPEARANCE OF:
   Alan Irving Moss                                                                              333.90

**TOTAL DUE  >>>**           **$333.90**
AFTER 9/10/2012 PAY            $367.29

Online bill pay available at www.uslegalsupport.com

*A000.0328*

*OK to pay*
*E.K*

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payments.

**Tax ID:** 76-0523238                                    Phone: 415-398-3344   Fax:415-956-0439

*Please detach bottom portion and return with payment.*

Elena K. Kouvabina
Severson & Werson
One Embarcadero Center
Twenty-Sixth Floor
San Francisco, CA  94111

Job No.      : 274901          BU ID        :45-SF
Case No.    : C 10-01734-JSW
Case Name : Alan Irving Moss v. The Bank of New York Trust
                   Company

Invoice No. : 340079          Invoice Date :7/27/2012
**Total Due  : $ 333.90**
AFTER 9/10/2012 PAY  $367.29

| **PAYMENT WITH CREDIT CARD** | AMEX  MasterCard  VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |

Remit To: **U.S. Legal Support (CA Reporting)**
             **P O Box 79637**
             **City of Industry, CA  91716-9637**

One Legal LLC
504 Redwood Blvd., Suite 223
Novato, CA  94947
(800) 938-8815

26-0259046

REMIT PAYMENT TO:
One Legal LLC
504 Redwood Blvd., Suite 223
Novato, CA  94947
(800) 938-8815

SEVERSON & WERSON
ATTN: Accounting
1 Embarcadero Ctr
Suite 2600
San Francisco, CA  94111

| Cust. No.: | 0000562 |
|---|---|
| Invoice No.: | 6059851 |
| Inv. Date: | 8/8/12 |
| Due Date: | 8/23/12 |
| Total: | $109.95 |
| Terms: | Net 15 |

| INVOICE No. | |
|---|---|
| 6059851 | |
| Date: | 8/8/12 |
| Cust. No.: | 0000562 |

| | |
|---|---|
| Law Firm Contact: | Elena Kouvabina |
| Client File No.: | 19000-0328 |
| Case Short Title: | ALAN IRVING MOSS V. EXECUTIVE TRUSTEE SERVICES, LLC |
| Documents: | Notice of Motion, EKK Declaration:  Part 1, EKK Declaration: Part 2 |
| One Legal Branch: | San Mateo |
| Court Description: | Superior Court of California, San Mateo County |

| | |
|---|---|
| COURT FILING FEE | $60.00 |
| COURT FILING SERVICE FEE | $49.95 |





| Due Date | 8/23/12 | Total This Invoice | $109.95 |
|---|---|---|---|

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326856    JBS                                    September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    0370    Marques, Reynaldo and Anne v. MortgageIT, Inc.
GMAC Matter No.: 694913

**TOTAL AMOUNT DUE**          **$573.15**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     326856     JBS                                    September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter     19000 0370     Marques, Reynaldo and Anne v. MortgageIT, Inc.
                          GMAC Matter No.: 694913

FOR PROFESSIONAL SERVICES RENDERED     01/01/1994          08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| YS | 08/02/12 | Draft clients' request for judicial notice in support of motion for attorneys' fees | L210 | 0.30 | 238.50 | 71.55 |
| YS | 08/02/12 | Further drafting and revising of clients' motion for attorneys' fees | L210 | 0.20 | 238.50 | 47.70 |
| ERB | 08/05/12 | Attention to status and strategy and communications with client re same. | L120 | 0.10 | 279.00 | 27.90 |
| LJT | 08/06/12 | Attention to recording of judgment of dismissal, prepare recorder's cover sheet and instructions re same. | L110 | 0.20 | 130.50 | 26.10 |
| ERB | 08/09/12 | Review and analysis of miscellaneous filing by Plaintiff. | L250 | 0.60 | 279.00 | 167.40 |
| YS | 08/10/12 | Receipt, review and analysis of plaintiff's request for judicial notice of adjudicative facts | L120 | 0.10 | 238.50 | 23.85 |
| YS | 08/14/12 | Receipt, review and analysis of the recorded judgment of dismissal of the case | L120 | 0.10 | 238.50 | 23.85 |
| ERB | 08/16/12 | REview and attention to miscellaneous filing from Plaintiffs. | L120 | 0.20 | 279.00 | 55.80 |
| JHT | 08/16/12 | Reviewed Plaintiffs' Fifth Writ of Error. | L210 | 0.20 | 238.50 | 47.70 |
| YS | 08/22/12 | Receipt, review and analysis of plaintiffs' sixth writ of error | L120 | 0.10 | 238.50 | 23.85 |
| JHT | 08/22/12 | Reviewed Plaintiff's Sixth Writ of Error. | L210 | 0.20 | 238.50 | 47.70 |
| | | **TOTAL** | | **2.30** | | **$563.40** |

## COSTS & EXPENSES

08/15/12  First Legal Network, LLC; Transmittal of filing                          9.75

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.  326856 | CLIENT  GMAC ResCap | Page | 2 |
|---|---|---|---|
| | MATTER  Marques, Reynaldo & Anne | | |

to court; OCSC- Central 7/19/12

**TOTAL COSTS & EXPENSES**                                        **$9.75**

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 0.20 | $26.10 |
| L120 | Analysis/Strategy | 0.60 | $155.25 |
| L210 | Pleadings | 0.90 | $214.65 |
| L250 | Other Written Motions | 0.60 | $167.40 |
| | **TOTAL** | **2.30** | **$563.40** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Buell, Edward | ERB | Associate | 0.90 | 279.00 | $251.10 |
| Tuffaha, Joe | JHT | Associate | 0.40 | 238.50 | $95.40 |
| Tarwater, Linda | LJT | Paralegal | 0.20 | 130.50 | $26.10 |
| Shaham, Yaron | YS | Special Counsel | 0.80 | 238.50 | $190.80 |
| | **Total** | | **2.30** | | **$563.40** |

| | |
|---|---|
| PRIOR FEES | $85,933.35 |
| PRIOR COSTS & EXPENSES | $4,563.30 |

| | |
|---|---|
| FEES | $563.40 |
| COSTS & EXPENSES | $9.75 |
| **TOTAL THIS INVOICE** | **$573.15** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      326857      JBS                                September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000      GMAC ResCap
MATTER      0415       Gutierrez, Douglas
                       GMAC Matter No.: 688449

**TOTAL AMOUNT DUE**              **$738.45**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | | | |
|---|---|---|---|
| Invoice No. | 326857 | JBS | September 19, 2012 |

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0415    Gutierrez, Douglas
GMAC Matter No.: 688449

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| MJE | 08/01/12 | Final draft and revision of updated Notice of Stay including exhibits to same | L250 | 0.70 | 279.00 | 195.30 |
| MJE | 08/01/12 | Finalized draft of cover letter to Plaintiff's cousnel along with exhibits | L190 | 0.50 | 279.00 | 139.50 |
| LJT | 08/02/12 | Research title records to confirm recording of lis pendens on subject property. | L110 | 0.10 | 130.50 | 13.05 |
| MJE | 08/02/12 | Exchange of emails with C. Hancock regarding lis pendens on property | L110 | 0.40 | 279.00 | 111.60 |
| MJE | 08/02/12 | Review of most recent title history for any lis pendens filed on property | L110 | 0.40 | 279.00 | 111.60 |
| ERB | 08/05/12 | Attention to status and strategy and communications with client re same. | L120 | 0.10 | 279.00 | 27.90 |
| MJE | 08/09/12 | Exchange of emails with C. Hancock regarding status of case pursuant to bankruptcy and delivery of notice re same | L190 | 0.50 | 279.00 | 139.50 |
| | | **TOTAL** | | **2.70** | | **$738.45** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 0.90 | $236.25 |
| L120 | Analysis/Strategy | 0.10 | $27.90 |
| L190 | Other Case Assessment | 1.00 | $279.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 326857 | CLIENT | GMAC ResCap | | | Page | 2 |
| | | MATTER | Gutierrez, Douglas | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| L250 | Other Written Motions | | | 0.70 | $195.30 | | |
| | **TOTAL** | | | **2.70** | **$738.45** | | |

| Timekeeper | | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|---|
| Buell, Edward | ERB | | Associate | 0.10 | 279.00 | $27.90 |
| Tarwater, Linda | LJT | | Paralegal | 0.10 | 130.50 | $13.05 |
| Esposito, Matthew | MJE | | Associate | 2.50 | 279.00 | $697.50 |
| | **Total** | | | **2.70** | | **$738.45** |

PRIOR FEES                           $77,385.60
PRIOR COSTS & EXPENSES        $9,008.53

FEES                 $738.45
**TOTAL THIS INVOICE**        $738.45

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326858    JBS                                  September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
|--------|-------|-------------|
| MATTER | 0495 | Frick, Linda v. Valerie Pina |
| | | GMAC Matter No.: 700169 |

**TOTAL AMOUNT DUE**          $2,501.10

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326858    JBS                                    September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0495    Frick, Linda v. Valerie Pina
GMAC Matter No.: 700169

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ERB | 08/05/12 | Attention to status and strategy and communications with client re same. | L120 | 0.10 | 279.00 | 27.90 |
| ERB | 08/09/12 | Attention to status of settlement and communications with client re same. | L160 | 0.30 | 279.00 | 83.70 |
| EMR | 08/09/12 | E-mail communications with opposing counsel re revisions to settlement agreement, Court's OSC re dismissal. | L160 | 0.30 | 306.00 | 91.80 |
| EMR | 08/09/12 | E-mail to C. Hancock regarding revisions to settlement agreement, Court's OSC re dismissal. | L160 | 0.10 | 306.00 | 30.60 |
| EMR | 08/09/12 | Communicate with Court as needed to determine why OSC re dismissal remains on calendar given notice of bankruptcy stay pertaining to GMACM. | L230 | 0.30 | 306.00 | 91.80 |
| EMR | 08/10/12 | Prepare response to Court's OSC re dismissal as needed to advise court of Final Supplemental Order for Limited Stay Relief, and status of negotiations pertaining to drafting of and terms of settlement agreement. | L230 | 2.00 | 306.00 | 612.00 |
| EMR | 08/13/12 | Attend hearing on order to show cause re dismissal. | L230 | 1.20 | 306.00 | 367.20 |
| EMR | 08/29/12 | E-mail communications with counsel for plaintiff regarding proposed revisions to settlement agreement. | L160 | 0.20 | 306.00 | 61.20 |
| EMR | 08/29/12 | E-mail communications with C. Hancock re proposed revisions to settlement agreement. | L160 | 0.10 | 306.00 | 30.60 |
| ERB | 08/30/12 | Attention to revised settlement agreements and related Bankruptcy | L160 | 0.50 | 279.00 | 139.50 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 326858 | CLIENT | GMAC ResCap | | | | Page | 2 |
|---|---|---|---|---|---|---|---|---|
| | | MATTER | Frick, Linda | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | issues. | | | | | |
| EMR | 08/30/12 | Prepare settlement agreement and release with Fidelity National Title Insurance Company. | L160 | | 1.70 | 306.00 | 520.20 |
| EMR | 08/30/12 | Revise settlement agreement and release with borrowers, plaintiff and Lawyers Title Company. | L160 | | 0.90 | 306.00 | 275.40 |
| EMR | 08/30/12 | E-mail to C. Hancock regarding settlement agreements and bankruptcy issues. | L160 | | 0.20 | 306.00 | 61.20 |
| | | **TOTAL** | | | **7.90** | | **$2,393.10** |

## COSTS & EXPENSES

| | | | |
|---|---|---|---|
| 08/13/12 | CourtCall, LLC; CourtCall - Conference Service; 08/13/12 | | 108.00 |
| | **TOTAL COSTS & EXPENSES** | **$108.00** | |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.10 | $27.90 |
| L160 | Settlement/Non-Binding ADR | 4.30 | $1,294.20 |
| L230 | Court Mandated Conferences | 3.50 | $1,071.00 |
| | **TOTAL** | **7.90** | **$2,393.10** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Roman, Eleanor | EMR | Special Counsel | 7.00 | 306.00 | $2,142.00 |
| Buell, Edward | ERB | Associate | 0.90 | 279.00 | $251.10 |
| | **Total** | | **7.90** | | **$2,393.10** |

| | |
|---|---|
| PRIOR FEES | $91,492.65 |
| PRIOR COSTS & EXPENSES | $11,566.82 |

| | |
|---|---|
| FEES | $2,393.10 |
| COSTS & EXPENSES | $108.00 |
| **TOTAL THIS INVOICE** | **$2,501.10** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Debit Account Number CCDA-01-378

## Debit Ledger for 08/01/2012 through

| ATTORNEY | CCID# | COURT | JUDGE | CASENAME/NUMBER | VIDEO/ LATE FEE | FEE/ LATE FEE | TOTAL FEE | BALANCE |
|---|---|---|---|---|---|---|---|---|
| **# 7000.0603** | | | | | | | | |
| 2/12 Thomas Abbott | 5101537 | San Joaquin County Superior Court | Judge Bob W. McNatt(9:00) | Cid v. Wells Fargo Bank, et al./39-2012-00281314 | | $78.00 $0.00 | $78.00 | ($13,505.50) |
| **# 55000.0324** | | | | | | | | |
| 2/12 Eleanor Roman | 5101658 | Riverside County Superior Court-Riverside | Judge Gloria C. Trask | Frick vs. Pina/RIC10012798 | | $78.00 $30.00 | $108.00 | ($13,397.50) |
| **ce # 19000.0495** | | | | | | | | |
| 4/12 Austin Kenney | 5101715 | Shasta County Superior Court | Judge Monica Marlow | Robertson, et al vs. Mortgage Electronic Registration Company, et al/174240 | | $78.00 $0.00 | $78.00 | ($13,319.50) |
| **ce # 19000-1221** | | | | | | | | |
| 4/12 Austin Kenney | 5101720 | Shasta County Superior Court | Judge Monica Marlow | Robertson, et al vs. Mortgage Electronic Registration Company, et al/174240 | | $78.00 $0.00 | $78.00 | ($13,241.50) |
| **ce # 19000-1221** | | | | | | | | |
| 9/25/12 Austin Kenney | 5101759 | Santa Clara County Superior Court | Judge Mark H. Pierce | Christina Banago vs. America's Servicing Company/07-110CV190123 | | $78.00 $0.00 | $78.00 | ($13,163.50) |
| **ce # 07685.0883** | | | | | | | | |
| 8/28/12 Austin Kenney | 5101896 | Solano County Superior Court | Judge D. Scott Daniels | Willow Haven Holding Co. v. Executive Trustee/FCS039423 | | $78.00 $0.00 | $78.00 | ($13,085.50) |
| **rence # 19000.1236** | | | | | | | | |
| 9/18/12 Gregory Eisner | 5102179 | Los Angeles Superior Court-Burbank | Judge Donna Fields Goldstein | Zheng v. SPF 888 Walnut Pasadena, et al/GC046654 | | $78.00 $0.00 | $78.00 | ($13,007.50) |
| **rence # 11027.0004** | | | | | | | | |
| 8/28/12 Philip Barilovits | 5083266 | Sacramento County Superior Court | Judge David I. Brown | Scherer v. American Home Mortgage/34-2010-00082189 | | $78.00 $0.00 | $78.00 | ($12,929.50) |

Auto Debit Send on 08/10/12 at 11:01 PM

2012

Page 18

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      326859      JBS                                         September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000      GMAC ResCap
MATTER     0512       Mangan, Andrea
                              C/M# 701217

**TOTAL AMOUNT DUE**            $5,847.90

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      326859      JBS                                        September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter      19000 0512      Mangan, Andrea
C/M# 701217

FOR PROFESSIONAL SERVICES RENDERED      01/01/1994      08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ERB | 08/05/12 | Attention to status and strategy and communications with client re same. | L120 | 0.10 | 279.00 | 27.90 |
| MEG | 08/06/12 | Correspondence to clients regarding discovery responses. | L310 | 0.40 | 261.00 | 104.40 |
| MEG | 08/08/12 | Draft responses to form interrogatories, requests for admission, requests for production and special interrogatories. | L310 | 8.40 | 261.00 | 2,192.40 |
| MEG | 08/08/12 | Draft order sustaining demurrer as to MERS. | L240 | 0.80 | 261.00 | 208.80 |
| MEG | 08/09/12 | Review plaintiff's case management statement. | L230 | 0.20 | 261.00 | 52.20 |
| MEG | 08/09/12 | Further drafting of discovery responses and objections. | L310 | 1.80 | 261.00 | 469.80 |
| MEG | 08/13/12 | Revisions and additions to discovery responses. | L310 | 2.80 | 261.00 | 730.80 |
| MEG | 08/14/12 | Correspondence to client regarding strategy in objecting to responses to discovery rather than preparing objection letter. | L310 | 0.40 | 261.00 | 104.40 |
| MEG | 08/15/12 | Correspondence to counsel for MERS regarding objections to discovery. | L120 | 0.20 | 261.00 | 52.20 |
| MEG | 08/16/12 | Correspondence to and from client regarding filing objections to discovery as opposed to serving letter to plaintiff only. | L120 | 0.40 | 261.00 | 104.40 |
| MEG | 08/16/12 | Telephone call to MERS regarding discovery objections. | L310 | 0.10 | 261.00 | 26.10 |
| MEG | 08/17/12 | Finalize discovery for service. | L310 | 1.60 | 261.00 | 417.60 |
| MEG | 08/23/12 | Review and analysis of meet and confer letter from plaintiff. | L310 | .1.10 | 261.00 | 287.10 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 326859 | CLIENT | GMAC ResCap | | | | Page | 2 |
|---|---|---|---|---|---|---|---|---|
| | | MATTER | Mangan, Andrea | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| MEG | 08/23/12 | Begin drafting response letter to meet and confer. | L310 | 0.80 | 261.00 | | 208.80 |
| MEG | 08/24/12 | Further drafting of meet and confer letter to plaintiff. | L310 | 0.90 | 261.00 | | 234.90 |
| MEG | 08/28/12 | Draft revised meet and confer letter to plaintiff given filing of newly amended complaint. | L310 | 1.40 | 261.00 | | 365.40 |
| MEG | 08/28/12 | Strategize regarding responses to discovery and draft correspondence to MERS regarding same. | L120 | 0.70 | 261.00 | | 182.70 |
| | | **TOTAL** | | **22.10** | | | **$5,769.90** |

### COSTS & EXPENSES

| | | | |
|---|---|---|---|
| 08/02/12 | CourtCall, LLC; CourtCall - Conference Service; 08/01/12 | | 78.00 |
| | **TOTAL COSTS & EXPENSES** | **$78.00** | |

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 1.40 | $367.20 |
| L230 | Court Mandated Conferences | 0.20 | $52.20 |
| L240 | Dispositive Motions | 0.80 | $208.80 |
| L310 | Written Discovery | 19.70 | $5,141.70 |
| | **TOTAL** | **22.10** | **$5,769.90** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Buell, Edward | ERB | Associate | 0.10 | 279.00 | $27.90 |
| Gruber, Megan | MEG | Associate | 22.00 | 261.00 | $5,742.00 |
| | Total | | **22.10** | | **$5,769.90** |

| | |
|---|---|
| PRIOR FEES | $30,115.80 |
| PRIOR COSTS & EXPENSES | $1,674.72 |

| | |
|---|---|
| FEES | $5,769.90 |
| COSTS & EXPENSES | $78.00 |
| **TOTAL THIS INVOICE** | **$5,847.90** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326860    JBS                                September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     19000    GMAC ResCap
MATTER     0572     Laughlin, Charles v. Homecomings Financial, LLC
                    GMAC Matter No.: 702852

**TOTAL AMOUNT DUE**              **$559.05**

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      326860      JBS                                      September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter   19000 0572   Laughlin, Charles v. Homecomings Financial, LLC
                      GMAC Matter No.: 702852

FOR PROFESSIONAL SERVICES RENDERED      01/01/1994      08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| AAG | 08/01/12 | Communicate with client regarding letter to plaintiff. | L160 | 0.20 | 238.50 | 47.70 |
| ERB | 08/05/12 | Attention to status and strategy and communications with client re same. | L120 | 0.10 | 279.00 | 27.90 |
| AAG | 08/13/12 | Draft response to OSC. | L230 | 0.30 | 238.50 | 71.55 |
| AAG | 08/13/12 | Communicate with plaintiff's attorney regarding case management conference and settlement. | L160 | 0.20 | 238.50 | 47.70 |
| AAG | 08/17/12 | Prepare for and participate in case management conference. | L230 | 1.20 | 238.50 | 286.20 |
| | | **TOTAL** | | **2.00** | | **$481.05** |

## COSTS & EXPENSES

| | | | |
|---|---|---|---|
| 08/16/12 | CourtCall, LLC; CourtCall - Conference Service; 08/17/12 | | 78.00 |

**TOTAL COSTS & EXPENSES**                    **$78.00**

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.10 | $27.90 |
| L160 | Settlement/Non-Binding ADR | 0.40 | $95.40 |
| L230 | Court Mandated Conferences | 1.50 | $357.75 |
| | **TOTAL** | **2.00** | **$481.05** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Givental, Alisa | AAG | Associate | 1.90 | 238.50 | $453.15 |
| Buell, Edward | ERB | Associate | 0.10 | 279.00 | $27.90 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 326860 | CLIENT | GMAC ResCap | | Page | 2 |
|---|---|---|---|---|---|---|
| | | MATTER | Laughlin, Charles | | | |

| | **Total** | | **2.00** | **$481.05** |
|---|---|---|---|---|

PRIOR FEES                          $15,733.35
PRIOR COSTS & EXPENSES              $2,516.23


| | | |
|---|---|---|
| FEES | $481.05 |
| COSTS & EXPENSES | $78.00 |
| **TOTAL THIS INVOICE** | **$559.05** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## & Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326861    JBS                                September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    0612    Reed, Ken
C/M# 703593

**TOTAL AMOUNT DUE**              **$568.80**

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326861    JBS                                     September 19, 2012

GMAC Mortgage, LLC

Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  0612    Reed, Ken
C/M# 703593

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ERB | 07/03/12 | Review matter and prepare status report for client. | L120 | 0.10 | 279.00 | 27.90 |
| AAG | 07/16/12 | Update client regarding discovery deadlines and case status. | L310 | 0.20 | 238.50 | 47.70 |
| AAG | 07/16/12 | Prepare internal case update. | L190 | 0.20 | 238.50 | 47.70 |
| AAG | 07/30/12 | Monitor tentative ruling and communicate with T. Buell and client about same. | L250 | 0.20 | 238.50 | 47.70 |
| ERB | 08/03/12 | Analysis of settlement offer. | L160 | 0.30 | 279.00 | 83.70 |
| AAG | 08/03/12 | Communicate with client and plaintiff regarding loan modification application. | L160 | 0.60 | 238.50 | 143.10 |
| ERB | 08/05/12 | Attention to status and strategy and communications with client re same. | L120 | 0.10 | 279.00 | 27.90 |
| AAG | 08/06/12 | Communicate with client and plaintiff regarding plaintiff's modification review. | L160 | 0.30 | 238.50 | 71.55 |
| AAG | 08/08/12 | Communicate with client regarding plaintiff's loan modification application. | L160 | 0.10 | 238.50 | 23.85 |
| AAG | 08/17/12 | Communicate with plaintiff regarding loan modification application. | L160 | 0.20 | 238.50 | 47.70 |
| | | **TOTAL** | | **2.30** | | **$568.80** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | Hours | Amount |
|---------------------------|-------|--------|
| L120    Analysis/Strategy | 0.20 | $55.80 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326861    **CLIENT**    GMAC ResCap                          Page    2
                        **MATTER**    Reed, Ken

| | | | | |
|---|---|---|---|---|
| L160 | Settlement/Non-Binding ADR | | 1.50 | $369.90 |
| L190 | Other Case Assessment | | 0.20 | $47.70 |
| L250 | Other Written Motions | | 0.20 | $47.70 |
| L310 | Written Discovery | | 0.20 | $47.70 |
| | **TOTAL** | | **2.30** | **$568.80** |

| Timekeeper | | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|---|
| Givental, Alisa | | AAG | Associate | 1.80 | 238.50 | $429.30 |
| Buell, Edward | | ERB | Associate | 0.50 | 279.00 | $139.50 |
| | | **Total** | | **2.30** | | **$568.80** |

PRIOR FEES                          $30,825.90
PRIOR COSTS & EXPENSES              $2,964.74

|  |  |
|---|---|
| FEES | $568.80 |
| **TOTAL THIS INVOICE** | **$568.80** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326862    JBS                                        September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     19000    GMAC ResCap
MATTER     0692     AMNA LLC
                    GMAC No.: 706489

**TOTAL AMOUNT DUE**              **$313.20**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement