# Exhibit E-7

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     326862     JBS                                    September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter     19000 0692     AMNA LLC
                          GMAC No.: 706489

FOR PROFESSIONAL SERVICES RENDERED     01/01/1994     08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ERB | 08/05/12 | Attention to status and strategy and communications with client re same. | L120 | 0.10 | 279.00 | 27.90 |
| ERB | 08/27/12 | Attention to status of matter following purported dismissal of MERS by Plaintiff and attention to remaining interest of ETS. | L210 | 0.30 | 279.00 | 83.70 |
| ACS | 08/28/12 | Analyze case status in light of dismissal as to MERS | L190 | 0.30 | 288.00 | 86.40 |
| ACS | 08/30/12 | Analyze case status re: ruling on demurrer, request for dismissal, plaintiff's letter to court re: same | L240 | 0.40 | 288.00 | 115.20 |
| | | **TOTAL** | | **1.10** | | **$313.20** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.10 | $27.90 |
| L190 | Other Case Assessment | 0.30 | $86.40 |
| L210 | Pleadings | 0.30 | $83.70 |
| L240 | Dispositive Motions | 0.40 | $115.20 |
| | **TOTAL** | **1.10** | **$313.20** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Sears, Alex | ACS | Associate | 0.70 | 288.00 | $201.60 |
| Buell, Edward | ERB | Associate | 0.40 | 279.00 | $111.60 |
| | **Total** | | **1.10** | | **$313.20** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 326862 | CLIENT | GMAC ResCap | | Page | 2 |
|---|---|---|---|---|---|---|
| | | MATTER | AMNA LLC | | | |

---

PRIOR FEES                        $10,866.60
PRIOR COSTS & EXPENSES       $1,004.76


                                        FEES          $313.20
                          **TOTAL THIS INVOICE**      **$313.20**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      326863      JBS                                    September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT        19000      GMAC ResCap
MATTER      0712        Vargas, Mario and Aida
                                   GMAC Matter No.: 707209

**TOTAL AMOUNT DUE**              **$724.20**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326863    JBS                                September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0712    Vargas, Mario and Aida
                         GMAC Matter No.: 707209

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|------|-------|------|--------|
| KWF | 08/14/12 | Prepare email to client, C. DiCicco, in response to inquiry re: status of appeal. | L120 | 0.10 | 270.00 | 27.00 |
| KWF | 08/15/12 | Receive and analyze decision on appeal. | L120 | 0.30 | 270.00 | 81.00 |
| KWF | 08/15/12 | Prepare email to client, C. DiCicco, advising of decision on appeal. | L190 | 0.20 | 270.00 | 54.00 |
| | | **TOTAL** | | **0.60** | | **$162.00** |

### COSTS & EXPENSES

| | | | |
|---|---|---|---|
| 08/06/12 | Jan T. Chilton; Travel and Expenses to; Attend oral argument on appeal, Los Angeles 7/31/12 | | 562.20 |
| | **TOTAL COSTS & EXPENSES** | **$562.20** | |

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.40 | $108.00 |
| L190 | Other Case Assessment | 0.20 | $54.00 |
| | **TOTAL** | **0.60** | **$162.00** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Franich, Kerry | KWF | Associate | 0.60 | 270.00 | $162.00 |
| | **Total** | | **0.60** | | **$162.00** |

| | |
|---|---|
| PRIOR FEES | $53,534.25 |
| PRIOR COSTS & EXPENSES | $7,947.71 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 326863 | CLIENT | GMAC ResCap | Page | 2 |
| | | MATTER | Vargas, Mario & Aida | | |

|  | | |
| --- | --- | --- |
| FEES | $162.00 |
| COSTS & EXPENSES | $562.20 |
| **TOTAL THIS INVOICE** | **$724.20** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# EXPENSE REPORT FORM
## For Travel Expenses

**Instructions:** Please complete form and forward to Accounting for payment. Attach all appropriate receipts, including those for meals and entertainment. All expenses over $25.00 must have receipts attached. (Note: All business promotion exceeding $1,000.00 must be approved in advance.)

| Attorney Name: | Jan T. Chilton | Attorney No:. | 1136 |
|---|---|---|---|
| Client/Matter Name: | GMAC Mortg. Vargas | Client/Matter No.: | 19000.0712 |

| Date of Departure | Date of Return | Total Days Away | No. days away due to business |
|---|---|---|---|
| 7/31/12 | 7/31/12 | 1 | 1 |

| Destination of trip: | From: | Tiburon | To: | Los Angeles |
|---|---|---|---|---|

**Purpose of Trip:** (i.e., list company & persons re Bus. Promotion; name of education seminar; state purpose of trip re client charge) Note - this is an unlimited expanding field, it will word wrap as you type.

Attend oral argument on appeal

| *Type of Expense: Itemization: | *Select one item from drop down list: | | | | Client Expense-charge client | | | |
|---|---|---|---|---|---|---|---|---|
| | Sun. | Mon. | Tues. | Wed. | Thur. | Fri. | Sat. | TOTAL |
| **Transportation** | | | | | | | | |
| Airfare | 0 | 0 | 379.60 | 0 | 0 | 0 | 0 | $ 379.60 |
| Mileage – 55.5¢/mi | 0 | 0 | 42.29 | 0 | 0 | 0 | 0 | $ 42.29 |
| Auto Rental | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $ 0.00 |
| Taxicab | 0 | 0 | 111.15 | 0 | 0 | 0 | 0 | $ 111.15 |
| Parking & Tolls | 0 | 0 | 21.00 | 0 | 0 | 0 | 0 | $ 21.00 |
| **Lodging** | | | | | | | | |
| Hotel | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $ 0.00 |
| Non-Food Items | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $ 0.00 |
| Local Phone Calls | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $ 0.00 |
| Long Dist. Calls | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $ 0.00 |
| Misc. Tips | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $ 0.00 |
| **Meals** (incl. Tips) | | | | | | | | |
| Breakfast | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $ 0.00 |
| Lunch | 0 | 0 | 8.16 | 0 | 0 | 0 | 0 | $ 8.16 |
| Dinner | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $ 0.00 |
| **Other** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| **TOTALS** | $ 0.00 | $ 0.00 | $ 562.20 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $562.20 |

**\*\* Please furnish details regarding meals on Page 2.**

| | |
|---|---|
| Total amount prepaid by firm: | $0 |
| Total expense paid by employee: | $562.20 |

I certify that the above expenses were incurred by me for authorized firm business.

| Signature: | *[signature]* | Date: | 8/1/12 |
|---|---|---|---|
| Supervisor Approval: | | Date: | |

Expense Report Form (pg. 1)

5/30/2012

ISSUED BY AND VALID ONLY ON

**SOUTHWEST AIRLINES** ITINERARY / RECEIPT

DATE:31JUL12  CONFIRMATION NUMBER: 4VGSOW  AGENT: BURK0004  EXPIRATION DATE:2013-07-26

TICKET NUMBER: 5262457075159

| From | To | Flt | Date | Dep | Arr | FD | Customer Name | Base Fare | Fees/ Taxes | Total | Estimated Earned Pts |
|------|-----|-----|-------|-------|-------|----|---------------|-----------|-------------|--------|---------------------|
| BUR | OAK | 962 | 31JUL | 0620P | 0730P | Y | CHILTON/JAN | 333.02 | 46.58 | 379.60 | 3,580 |
| | | | | | | | **TICKET TOTAL** | 333.02 | 46.58 | 379.60 | |

Rapid Rewards points earned are only estimates.

Visit southwest.com for the most accurate totals - including A-List and A-List Preferred Member bonus points.

---

**CAB FARE RECEIPT**

AMOUNT $63.00  DATE 7/31/12

FROM Burbank Airport

TO State Bldg LA

CAB No. _____  DRIVER _____

YELLOW CAB
CAB# 6275
1-800-711-TAXI
07/31/12  16:41
07/31/12  17:14
TRIP #   32255
DIST   15.45 mi
FARE   $ 48.15
TOTAL  $ 48.15
THANK YOU
CALL AGAIN
L.A.DEPT.TRANSP.
1-213-928-9600

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326865    JBS                                    September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 0775 | Smith, Richard and Wendy |
| | | GMAC No.: 709539 |

**TOTAL AMOUNT DUE**            **$383.88**

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326865    JBS                                      September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0775    Smith, Richard and Wendy
                        GMAC No.: 709539

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| IJD | 07/02/12 | Review and reply to email from client C. Hancock regarding parties represented in the action. | L120 | 0.20 | 238.50 | 47.70 |
| ERB | 07/03/12 | Review matter and prepare status report for client. | L120 | 0.10 | 279.00 | 27.90 |
| IJD | 07/10/12 | Review and reply to email from plaintiff R. Smith regarding trial loan modification payments. | L120 | 0.20 | 238.50 | 47.70 |
| IJD | 07/25/12 | Review and reply to email from client C. Hancock regarding case status. | L120 | 0.20 | 238.50 | 47.70 |
| ERB | 08/05/12 | Attention to status and strategy and communications with client re same. | L120 | 0.10 | 279.00 | 27.90 |
| | | **TOTAL** | | **0.80** | | **$198.90** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 07/27/12 | First Legal Network, LLC; Court Services; Placer Superior Court Roseville, CA 07/03/12 | 184.98 |
| | **TOTAL COSTS & EXPENSES** | **$184.98** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.80 | $198.90 |
| | **TOTAL** | **0.80** | **$198.90** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Buell, Edward | ERB | Associate | 0.20 | 279.00 | $55.80 |
| Da Cunha, Ian | IJD | Associate | 0.60 | 238.50 | $143.10 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement


# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 326865 | CLIENT | GMAC ResCap | | Page | 2 |
|---|---|---|---|---|---|---|
| | | MATTER | Smith, Richard & Wendy | | | |

| | Total | 0.80 | $198.90 |
|---|---|---|---|

PRIOR FEES                    $11,288.70
PRIOR COSTS & EXPENSES        $2,373.92


FEES                 $198.90
COSTS & EXPENSES     $184.98
**TOTAL THIS INVOICE**   **$383.88**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# INVOICE

TAX ID# 27-3093040

SEVERSON & WERSON
1 EMBARCADERO CENTER
SUITE 2600
SAN FRANCISCO, CA 94111

BILLING QUESTIONS CALL:
BILLING DEPT (213)213-2631
PAYMENT QUESTIONS CALL:
PAYMENT DEPT (213)213-2640

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 82035 | 267594 | 7/15/12 | 30,880.93 | 5 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 7/03/12 RESEARCH-BRANCH SAME DAY | 6811427 | BAR | PLACER SUPERIOR COURT 10820 JUSTICE CENTER DRIVE ROSEVILLE      CA 95678 Caller: Isabel Kunst      Wait: 44 Min Case No.: SCV0027625 Signed: OBTAINED MINUTE ORDER | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO      CA 94111 Case Title: SMITH V GMAC Ref: 19000.0775 | Base Chg : 155.50 Wait     : 29.48 | 184.98 |
| 7/03/12 RESEARCH-BRANCH SAME DAY | 6811437 | BAR | LASC-LOS ANGELES 111 NORTH HILL STREET LOS ANGELES      CA 90012 Caller: Imelda Hernandez Case No.: BC446062 Please follow up wit Signed: COPIED/PDF/POUCH | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO      CA 94111 Case Title: Park v. Bank of Amer h the Court on the Ref: 11608.0781 | Base Chg : 108.00 Research : 30.15 Adv/Wit Ck: 2.00 | 140.15 |
| 7/03/12 FILING-BRANCH FAX/PDF | 6811445 | BFX | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO      CA 94111 Caller: Chilly Kada      Wait: 15 Min Case No.: CV 11 04119 FILE/CONFORM/RETURN Signed: FILED.CC | MCSC-SAN RAFAEL 3501 CIVIC CENTER DRIVE SAN RAFAEL      CA 94903 Case Title: RAUL VS. BOFA COURTESY COPY TO JDG Ref: 70000.0391 | Base Chg : 57.50 | 57.50 |
| 7/03/12 FILING-BRANCH FAX/PDF | 6811448 | BFX | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO      CA 94111 Caller: Chilly Kada Case No.: 339 2011 00261797 FILE/CONFORM/RETURN Signed: FILED | SJMC-STOCKTON 222 EAST WEBER AVENUE STOCKTON      CA 95202 Case Title: ovando Ref: 07685.1050 | Base Chg : 48.25 | 48.25 |
| 7/03/12 FILING-BRANCH FAX/PDF | 6811461 | BFX | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO      CA 94111 Caller: Chilly Kada Case No.: CIV 510377 FILE/CONFORM/RETURN Signed: FILED | SMSC-REDWOOD CITY 400 COUNTY CENTER DR REDWOOD CITY      CA 94063 Case Title: MATHEW Ref: 19000.1149 | Base Chg : 57.50 | 57.50 |
| 7/03/12 FILING-REGULAR BICYCLE | 6811465 | REF | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO      CA 94111 Caller: Imelda Hernandez Case No.: N/A FILE/CONFORM/RETURN Signed: FILED | USDC-SAN FRANCISCO 450 GOLDEN GATE AVENUE SAN FRANCISCO      CA 94102 Case Title: MILLER VS WHOLE SALE ADVANCE FEES Ref: 11991.0139 | Base Chg : 27.25 Adv/Wit Ck: 350.00 | 377.25 |

c

## INVOICE PAYMENT DUE UPON RECEIPT

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     326866     JBS                                    September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
|---|---|---|
| MATTER | 0810 | Villanueva, Jun |
| | | GMAC No.: 710872 |

**TOTAL AMOUNT DUE**          $3,436.65

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      326866        JBS                                September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter      19000  0810      Villanueva, Jun
                            GMAC No.: 710872

FOR PROFESSIONAL SERVICES RENDERED      01/01/1994          08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| SMH | 08/02/12 | Attention to impact of revised final notice of bankruptcy. | L210 | 0.20 | 333.00 | 66.60 |
| JHT | 08/02/12 | Drafted Update Regardubg Status of the Case. | L190 | 0.20 | 238.50 | 47.70 |
| JHT | 08/02/12 | Drafted Amended Notice of Bankruptcy Stay. | L210 | 0.80 | 238.50 | 190.80 |
| JHT | 08/02/12 | Drafted Letter to Plaintiff's Counsel Regarding Effect of Bankruptcy Final Supplemental Order on Case. | L190 | 1.00 | 238.50 | 238.50 |
| JHT | 08/02/12 | Conference with Yaron Shaham Regarding Effect of Bankruptcy Final Order on Case. | L190 | 0.40 | 238.50 | 95.40 |
| JHT | 08/02/12 | Emailed Conformed Copies of MSJ Documents and Notice of Bankruptcy to Client in Light of Pending MSJ Hearing. | L190 | 0.30 | 238.50 | 71.55 |
| JHT | 08/02/12 | Corresponded with Client Re. Amended Notice of B/K Stay and Conformed Copies of MSJ Documents. | L190 | 0.40 | 238.50 | 95.40 |
| JHT | 08/02/12 | Conference with Suzanne Hankins Regarding Applicability of Bankruptcy Final Supplemental Order to Case. | L190 | 0.40 | 238.50 | 95.40 |
| ERB | 08/05/12 | Attention to status and strategy and communications with client re same. | L120 | 0.10 | 279.00 | 27.90 |
| SMH | 08/06/12 | Attention to J. Hoy's email regarding revised bankruptcy notice. | L210 | 0.20 | 333.00 | 66.60 |
| EK | 08/06/12 | Analysis and evaluation of appeal status and confer with J. Tuffaha re same | L510 | 0.20 | 274.50 | 54.90 |
| JHT | 08/06/12 | Prepared Amended Notice of B/K Stay and Final Order for Filing. | L210 | 0.10 | 238.50 | 23.85 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 326866 | CLIENT | GMAC ResCap | | Page | 2 |
| | | MATTER | Villanueva, Jun | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| JHT | 08/06/12 | Prepared Letter Re. Final Order and Final Order for Filing. | L190 | 0.10 | 238.50 | 23.85 |
| JHT | 08/06/12 | Conference with Erik Kemp Regarding Effect of Stay on Unlawful Detainer Appeal. | L190 | 0.20 | 238.50 | 47.70 |
| JHT | 08/06/12 | Revised Amended Notice of Bankruptcy. | L210 | 0.30 | 238.50 | 71.55 |
| JHT | 08/08/12 | Reviewed Amended Notice of B/K and Letter to Counsel. | L190 | 0.20 | 238.50 | 47.70 |
| JHT | 08/10/12 | Corresponded with Client Re. Potential Trial. | L190 | 0.20 | 238.50 | 47.70 |
| JHT | 08/10/12 | Strategized Re. Potential Trial And Deadlines/Steps that Must be Taken in Anticipation of Trial (i.e. Expert Witness Demand, Notice of Plaintiff's Deposition, etc.). | L190 | 1.40 | 238.50 | 333.90 |
| JHT | 08/10/12 | Drafted Expert Witness Exchange Demand. | L210 | 0.50 | 238.50 | 119.25 |
| SMH | 08/13/12 | Attention to status, trial deadlines. | L190 | 0.20 | 333.00 | 66.60 |
| JHT | 08/13/12 | Corresponded with Client Re. Trial Date, Time, and Retention of Corporate Witness. | L190 | 0.20 | 238.50 | 47.70 |
| EK | 08/14/12 | Analysis and evaluation of correspondence re abandonment of UD appeal | L190 | 0.10 | 274.50 | 27.45 |
| JHT | 08/15/12 | Conference with Suzanne Hankins Re. Settlement Strategy. | L190 | 0.20 | 238.50 | 47.70 |
| JHT | 08/15/12 | Reviewed Plaintiffs' Form Interrogatories Propounded on Deutsche Bank. | L310 | 0.20 | 238.50 | 47.70 |
| EK | 08/16/12 | Review correspondence re association of counsel on appeal and confer with J. Tuffaha re status of UD appeal | L510 | 0.20 | 274.50 | 54.90 |
| JHT | 08/16/12 | Corresponded with Client Re. Conference Regarding Potential Settlement of Case. | L190 | 0.10 | 238.50 | 23.85 |
| JHT | 08/16/12 | Reviewed Amir Torkamani's Prior Settlement Negotiations with Plaintiff's Counsel. | L190 | 0.20 | 238.50 | 47.70 |
| JHT | 08/16/12 | Corresponded with Plaintiff's New Counsel (Irell & Manella) Re. Potential Settlement of Case. | L190 | 0.30 | 238.50 | 71.55 |
| SMH | 08/26/12 | Attention to potential resolution, draft | L160 | 0.20 | 333.00 | 66.60 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.   326866      CLIENT    GMAC ResCap                    Page        3
                         MATTER    Villanueva, Jun

| | | | | | | |
|---|---|---|---|---|---|---|
| | | email re same. | | | | |
| JHT | 08/27/12 | Corresponded with Plaintiff's Counsel Re. Settlement of Case. | L160 | 0.20 | 238.50 | 47.70 |
| JHT | 08/27/12 | Updated Client on Case Status. | L190 | 0.10 | 238.50 | 23.85 |
| JHT | 08/27/12 | Drafted Proposed Settlement Agreement. | L160 | 2.80 | 238.50 | 667.80 |
| YS | 08/28/12 | Further drafting and revising of settlement and release agreement in light of pending settlement of the case | L160 | 0.70 | 238.50 | 166.95 |
| JHT | 08/28/12 | Drafted Correspondence to Plaintiff's Counsel Regarding Terms and Conditions of Proposed Settlement Agreement. | L160 | 0.30 | 238.50 | 71.55 |
| JHT | 08/28/12 | Negotiated Terms of Settlement Agreement with Plaintiff's Counsel. | L160 | 0.30 | 238.50 | 71.55 |
| JHT | 08/30/12 | Reviewed Plaintiff's Proposed Revisions to Settlement Agreement and Drafted Recommendation to Client Regarding Acceptability of Revisions. | L160 | 0.50 | 238.50 | 119.25 |
| | | **TOTAL** | | **14.00** | | **$3,436.65** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.10 | $27.90 |
| L160 | Settlement/Non-Binding ADR | 5.00 | $1,211.40 |
| L190 | Other Case Assessment | 6.20 | $1,501.20 |
| L210 | Pleadings | 2.10 | $538.65 |
| L310 | Written Discovery | 0.20 | $47.70 |
| L510 | Appellate Motions & Submission | 0.40 | $109.80 |
| | **TOTAL** | **14.00** | **$3,436.65** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Kemp, Erik | EK | Associate | 0.50 | 274.50 | $137.25 |
| Buell, Edward | ERB | Associate | 0.10 | 279.00 | $27.90 |
| Tuffaha, Joe | JHT | Associate | 11.90 | 238.50 | $2,838.15 |
| Hankins, Suzanne | SMH | Member | 0.80 | 333.00 | $266.40 |
| Shaham, Yaron | YS | Special Counsel | 0.70 | 238.50 | $166.95 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 326866 | CLIENT | GMAC ResCap | Page | 4 |
|---|---|---|---|---|---|
| | | MATTER | Villanueva, Jun | | |

| | Total | 14.00 | $3,436.65 |
|---|---|---|---|

PRIOR FEES                     $36,144.00
PRIOR COSTS & EXPENSES         $3,857.80


| | FEES | $3,436.65 |
|---|---|---|
| **TOTAL THIS INVOICE** | | **$3,436.65** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326867    JBS                                    September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     19000    GMAC ResCap
MATTER     0811     Villanueva, Jun
                    GMAC No.: 710872

**TOTAL AMOUNT DUE**          $1,205.40

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326867    JBS                                September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0811    Villanueva, Jun
                        GMAC No.: 710872

FOR PROFESSIONAL SERVICES RENDERED     01/01/1994      08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| JHT | 08/02/12 | Conference with Suzanne Hankins Regarding Applicability of Bankruptcy Final Supplemental Order to Case. | L190 | 0.30 | 238.50 | 71.55 |
| JHT | 08/02/12 | Drafted Update Regardubg Status of the Case. | L190 | 0.20 | 238.50 | 47.70 |
| JHT | 08/02/12 | Reviewed Case File In Response to Client Inquiry Regarding Effect of Final Supplemental Bankruptcy Order. | L190 | 0.90 | 238.50 | 214.65 |
| ERB | 08/05/12 | Attention to status and strategy and communications with client re same. | L120 | 0.10 | 279.00 | 27.90 |
| JHT | 08/09/12 | Reviewed/Analyzed Bankruptcy Court's Final Supplemental Order. | L190 | 0.50 | 238.50 | 119.25 |
| JHT | 08/09/12 | Reviewed/Analyzed Complaint within Context of Final Supplemental Order. | L190 | 0.40 | 238.50 | 95.40 |
| JHT | 08/09/12 | Corresponded with Client Re. Amended Notice of B/K Stay. | L190 | 0.20 | 238.50 | 47.70 |
| JHT | 08/10/12 | Corresponded with Client Re. Application of Final Supplemental Bankruptcy Order to Action. | L190 | 0.40 | 238.50 | 95.40 |
| JHT | 08/10/12 | Drafted Amended Notice of Bankruptcy Stay. | L210 | 0.50 | 238.50 | 119.25 |
| JHT | 08/10/12 | Drafted Letter to Counsel Re. Amended Bankruptcy Stay. | L210 | 0.50 | 238.50 | 119.25 |
| SMH | 08/13/12 | Attention to order of dismissal on UD case. | L210 | 0.20 | 333.00 | 66.60 |
| SMH | 08/13/12 | Attention to status. | L190 | 0.20 | 333.00 | 66.60 |
| JHT | 08/15/12 | Corresponded with Client Re. Amended Notice of Bankruptcy and Letter to Counsel. | L190 | 0.20 | 238.50 | 47.70 |
| | | **TOTAL** | | 4.60 | | **$1,138.95** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 326867 | CLIENT | GMAC ResCap | | Page | 2 |
|---|---|---|---|---|---|---|
| | | MATTER | Villanueva, Jun | | | |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 08/31/12 | One Legal, Inc.; Transmittal of filing to court; Amended Notice of BK and Automatic Stay 08/14/12 | 66.45 |
| | **TOTAL COSTS & EXPENSES** | **$66.45** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.10 | $27.90 |
| L190 | Other Case Assessment | 3.30 | $805.95 |
| L210 | Pleadings | 1.20 | $305.10 |
| | **TOTAL** | **4.60** | **$1,138.95** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Buell, Edward | ERB | Associate | 0.10 | 279.00 | $27.90 |
| Tuffaha, Joe | JHT | Associate | 4.10 | 238.50 | $977.85 |
| Hankins, Suzanne | SMH | Member | 0.40 | 333.00 | $133.20 |
| | **Total** | | **4.60** | | **$1,138.95** |

| | |
|---|---|
| PRIOR FEES | $11,299.50 |
| PRIOR COSTS & EXPENSES | $3,176.50 |

| | |
|---|---|
| FEES | $1,138.95 |
| COSTS & EXPENSES | $66.45 |
| **TOTAL THIS INVOICE** | **$1,205.40** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326868    JBS                                          September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 0863 | Stricker, Lisa |
| | | GMAC Matter No.: 712122 |

**TOTAL AMOUNT DUE**            $716.59

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326868    JBS                                    September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0863    Stricker, Lisa
GMAC Matter No.: 712122

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| YS | 08/03/12 | Receipt, review and analysis of proposed stipulation to dismiss the adversary proceeding | L120 | 0.10 | 238.50 | 23.85 |
| YS | 08/03/12 | Draft correspondence to plaintiff's counsel regarding client's response to proposed stipulation to dismiss the adversary proceeding | L190 | 0.20 | 238.50 | 47.70 |
| ERB | 08/05/12 | Attention to status and strategy and communications with client re same. | L120 | 0.10 | 279.00 | 27.90 |
| YS | 08/06/12 | Receipt, review and analysis of Conservator's partial joint report regarding discovery | L120 | 0.10 | 238.50 | 23.85 |
| YS | 08/09/12 | Receipt, review and analysis of the Court's order dismissing the adversary proceeding | L120 | 0.10 | 238.50 | 23.85 |
| YS | 08/09/12 | Draft correspondence to client regarding the dismissal of the adversary proceeding and deadline for plaintiff to move out of the property per the terms of the settlement agreement | L190 | 0.30 | 238.50 | 71.55 |
| YS | 08/16/12 | Receipt, review and analysis of correspondence from plaintiff's counsel requesting additional time to vacate the property | L120 | 0.10 | 238.50 | 23.85 |
| YS | 08/16/12 | Draft correspondence to client regarding plaintiff's counsel's request for additional time to vacate the property | L190 | 0.20 | 238.50 | 47.70 |
| YS | 08/20/12 | receipt, review and analysis of correspondence from plaintiff's counsel | L120 | 0.10 | 238.50 | 23.85 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 326868 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Stricker, Lisa | | | | |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| | | regarding the fact plaintiff has moved out of the subject property per the terms of the settlement agreement | | | | |
| YS | 08/20/12 | Draft correspondence to client regarding plaintiff moving out of the property per the terms of the settlement agreement | L190 | 0.20 | 238.50 | 47.70 |
| | | **TOTAL** | | **1.50** | | **$361.80** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 07/27/12 | First Legal Network, LLC; Court Services; VCSC - Ventura, CA 07/10/12 Adv/Ck: $27 | 119.40 |
| 07/27/12 | First Legal Network, LLC; Court Services; Ventura Co. Recorder's Office, CA 07/12/12 Adv/Ck: $22 | 202.25 |
| 08/10/12 | Cardmember Service/Bank One (Acct #2707); Data Search; 2401 Chandler Avenue #5 Ventura, CA 93065 07/10/12 | 33.14 |
| | **TOTAL COSTS & EXPENSES** | **$354.79** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.60 | $147.15 |
| L190 | Other Case Assessment | 0.90 | $214.65 |
| | **TOTAL** | **1.50** | **$361.80** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Buell, Edward | ERB | Associate | 0.10 | 279.00 | $27.90 |
| Shaham, Yaron | YS | Special Counsel | 1.40 | 238.50 | $333.90 |
| | **Total** | | **1.50** | | **$361.80** |

| | |
|---|---|
| PRIOR FEES | $21,449.25 |
| PRIOR COSTS & EXPENSES | $2,652.61 |

| | |
|---|---|
| FEES | $361.80 |
| COSTS & EXPENSES | $354.79 |
| **TOTAL THIS INVOICE** | **$716.59** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# INVOICE

| Invoice No. | Customer No. |
|---|---|
| 366675 | 23103 |
| Invoice Date | Total Due |
| 7/15/12 | 16,009.40 |

P.O. BOX 844250 LOS ANGELES, CA 90084-4250

TAX ID# 27-3093040

SEVERSON & WERSON
CARRIE TINKER (OFFICE MNGR)
19100 VON KARMAN, SUITE 700
IRVINE, CA 92612

BILLING QUESTIONS CALL:
BILLING DEPT (213)213-2631
PAYMENT QUESTIONS CALL:
PAYMENT DEPT (213)213-2640

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 23103 | 366675 | 7/15/12 | 16,009.40 | 9 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 7/09/12 RESEARCH-BRANCH NEXT DAY | 9486799 | BNR | LASC-GLENDALE 600 EAST BROADWAY GLENDALE          CA 91206 Caller: Terri Keller Case No.: 11C06675 Signed: COMPLETED | SEVERSON & WERSON 19100 VON KARMAN IRVINE          CA 92605 Case Title: CASTLE 4836 LLC V PA Ref: 70000.0217 | Base Chg  :  51.25 Research  :  23.45 Adv/Wit CK:  139.00 | 213.70 |
| 7/09/12 PROCESS-SAME DAY | 9486814 | APS | FIRST LEGAL SUPPORT-CO#3 301 CIVIC CENTER DRIVE WEST SANTA ANA        CA 92701 Caller: Ryan Brooks. Case No.: 30-2012-00579434 Please hand deliver Signed: PAUL POWERDLEY | Christina Powderly 522 South Helena Street ANAHEIM          CA 92805 Case Title: Powderly v. GMAC, et a copy of the attach Ref: 19000-1323 | Base Chg  :  72.75 PDF Chg  :  15.00 | 87.75 |
| 7/09/12 FILING-BRANCH FAX/PDF | 9486861 | BFX | SEVERSON & WERSON 19100 VON KARMAN IRVINE          CA 92605 Caller: Lorraine Johnson Case No.: EC056601 FILE/CONFORM/RETURN Signed: FILED | LASC-BURBANK 300 EAST OLIVE AVENUE BURBANK          CA 91503 Case Title: OBERLY V FMCC Ref: 19000-1759 | Base Chg  :  97.50 | 97.50 |
| 7/09/12 RESEARCH-BRANCH SAME DAY | 9486981 | BAR | SBSC-VICTORVILLE 14455 CIVIC DRIVE VICTORVILLE      CA 92392 Caller: Debra Edwards. Case No.: CIVVS1202712 OBTAIN 2 PROOFS OF Signed: OBTAINED | SEVERSON & WERSON 19100 VON KARMAN IRVINE          CA 92605 Case Title: BRUHN V ALLY FINANCI SERVICE. FIRST PROOF Ref: 07462.0390 | Base Chg  :  171.00 Research  :  30.15 Adv/Wit CK:  4.00 | 205.15 |
| 7/10/12 FILING-BRANCH FAX/PDF | 9487280 | BFX | SEVERSON & WERSON 19100 VON KARMAN IRVINE          CA 92605 Caller: Rosa          Wait: 25 Min Case No.: kc063138 FILE/CONFORM/RETURN Signed: filed/conf | LASC-POMONA 400 CIVIC CENTER PLAZA POMONA          CA 91766 Case Title: CASTILLO V GREENPOIN Ref: 70000629 | Base Chg  :  85.75 | 85.75 |
| 7/10/12 RESEARCH-BRANCH SAME DAY | 9487287 | BAR | VCSC-VENTURA 800 SOUTH VICTORIA AVENUE VENTURA          CA 93009 Caller: Jeff Weddle Case No.: na Pls. obtain a Certif Signed: OBTAINED | SEVERSON & WERSON 19100 VON KARMAN IRVINE          CA 92605 ied Copy of the atta Ref: 19000.0863 | Base Chg  :  62.25 Research  :  30.15 Adv/Wit CK:  27.00 | 119.40 |

## INVOICE PAYMENT DUE UPON RECEIPT

INVOICE

TAX ID# 27-3093848

SEVERSON & WERSON
CARRIE TINKER (OFFICE MNGR)
19100 VON KARMAN, SUITE 700
IRVINE, CA 92612

BILLING QUESTIONS CALL:
BILLING DEPT (213) 213-2631
PAYMENT QUESTIONS CALL:
PAYMENT DEPT (213) 213-2640

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 23103 | 366675 | 7/15/12 | 16,009.40 | 12 |

| Date | Ordr No. | SVC | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 7/12/12 OC-UNLIMITED PDF/FAX | 9488291 | OCU FILE | SEVERSON & WERSON 19100 VON KARMAN IRVINE        CA 92605 Caller: Liz C. Roberts Case No.: 30.11.00499270 Please file the atta Signed: RECEIVED | Orange County Court 700 Civic Center Dr West SANTA ANA      CA 92701 Case Title: Knox (2011-00499270 ched doc (1) with th Ref: 10597.0264 | Base Chg  :     9.75 Adv/Wit CK:    20.00 | 29.75 |
| 7/12/12 FILING-FAX/PDF | 9488403 | FAX | SEVERSON & WERSON 19100 VON KARMAN IRVINE        CA 92605 Caller: DIANA J LOPEZ Case No.: 37 2012 00091959 FILE/CONFORM/RETURN Signed: lodged/pdf | SDSC-SAN DIEGO 330 WEST BROADWAY SAN DIEGO      CA 92101 Case Title: arlbib v bank of ame NEED EMAIL CONFIRMAT Ref: 70000.0642 | Base Chg  :    29.75 | 29.75 |
| 7/12/12 FILING-REGULAR VEHICLE | 9488417 | REF | SEVERSON & WERSON 19100 VON KARMAN IRVINE        CA 92605 Caller: Debra Edwards FILE BY 4PM Signed: filed/pdf/ror | USDC-SANTA ANA 411 WEST 4TH STREET SANTA ANA      CA 92701 Case Title: BRUHM V ALLOY Ref: 07462.390 | Base Chg  :    15.75 Adv/Wit CK:   350.00 | 365.75 |
| 7/12/12 FILING-BRANCH FAX/PDF | 9488444 | BFX | SEVERSON & WERSON 19100 VON KARMAN IRVINE        CA 92605 Caller: Liz C. Roberts Case No.: EC058409 Please advance First Signed: FILED | LA County Court-Burbank 300 East Olive BURBANK       CA 91502 Case Title: AVETISIAN V WELLS FA Appearance Fees if Ref: S5000.0336 | Base Chg  :    62.50 PDF Chg   :    70.50 Adv/Wit CK:  1305.00 | 1,438.00 |
| 7/12/12 DELIVERY-REGULAR VEHICLE | 9488449 | REG | SEVERSON & WERSON 19100 VON KARMAN IRVINE        CA 92605 Caller: Jeff Weddle      Wait:  30 Min On Friday, 7/13/12, Signed: rercorded | Ventura Co. Recorder's Office 800 S. Victoria Avenue VENTURA       CA 93009 pls. p/u from our ir Ref: 19000.0863 | Base Chg  :   170.25 Wait      :    10.00 Adv/Wit CK:    22.00 | 202.25 |
| 7/12/12 FILING-FORWARD FAX/PDF | 9488468 | FFX | SEVERSON & WERSON 19100 VON KARMAN IRVINE        CA 92605 Caller: Liz C. Roberts Case No.: 55000.0127 Please file the atta Signed: filed/pdf'd | Kern County Court 1415 Truxtun Ave BAKERSFIELD    CA 93301 Case Title: Ames (S-1500-CV-2753 ched doc (1) with th Ref: FILE WITH COURT | Base Chg  :   145.00 | 145.00 |

Cont

**INVOICE PAYMENT DUE UPON RECEIPT**



## ⚠ File Errors : 326868.TXT

View: [ Only unique errors ▼ ]          << Return to Upload Invoices

**Errors have occurred during the invoice upload process. Please check your LEDES file and try again.**

| Type | Invoice | Description |
|------|---------|-------------|
| ◉ | 326868 | CLIENT_MATTER_ID "712122" is invalid. ID must be client authorized. |

Error 1 - 1 of 1                                    Errors per page [ 200 ▼ ]

Contact Us  -  Technical Support  - License Agreement
Copyright © 2007-2012  Mitratech Holdings, Inc. All Rights Reserved

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326869    JBS                                         September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     19000    GMAC ResCap
MATTER     0885     Haan, Chang and Sheng
                    C/M# 712557

**TOTAL AMOUNT DUE**              **$986.45**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     326869     JBS                                      September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0885      Haan, Chang and Sheng
C/M# 712557

FOR PROFESSIONAL SERVICES RENDERED      01/01/1994      08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ERB | 08/01/12 | Attention Plaintiff's contacting client directly in an attempt to discuss resolution issues. | L120 | 0.40 | 279.00 | 111.60 |
| MJN | 08/01/12 | Review email from J. Holtgren regarding plaintiff contact with loss motigation department. | L190 | 0.10 | 261.00 | 26.10 |
| ERB | 08/02/12 | Communications from Plaintiff re resolutionm and request for assistance with modification issues. | L160 | 0.40 | 279.00 | 111.60 |
| MJN | 08/02/12 | Drart letter to court regarding discmissal, call J. Holtgren regarding same and review email sent from borrower to M. McGuiness regarding loan modification. | L190 | 0.50 | 261.00 | 130.50 |
| MTM | 08/02/12 | Phone conference with Chang Haan. | L120 | 0.20 | 288.00 | 57.60 |
| ERB | 08/05/12 | Attention to status and strategy and communications with client re same. | L120 | 0.10 | 279.00 | 27.90 |
| ERB | 08/09/12 | Review and revise Proposed judgment and letter to court re same. | L210 | 0.30 | 279.00 | 83.70 |
| MJN | 08/09/12 | Review file and draft email to J. Holtgren regarding dismissal of the case and plaintiffs' request for loan modification. | L190 | 0.20 | 261.00 | 52.20 |
| MJN | 08/09/12 | Draft letter to court requesting entry of judgment of dismissal. | L210 | 0.20 | 261.00 | 52.20 |
| ERB | 08/13/12 | Communications with client re contact from apparent representative of plaintiff requesting assistance with a short sale. | L140 | 0.30 | 279.00 | 83.70 |
| MJN | 08/13/12 | Revew email from J. Holtgren and call third party real estate broker at her | L110 | 0.20 | 261.00 | 52.20 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 326869 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Haan, Chang & Sheng | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | instruction. | | | | | |
| MJN | 08/14/12 | Edit letter to court regaring proposed order of dismissal. | L210 | | 0.10 | 261.00 | 26.10 |
| MTM | 08/14/12 | Review and finalize letter to judge forwarding proposed order. | L210 | | 0.30 | 288.00 | 86.40 |
| MJN | 08/22/12 | Internally communicate with M. McGuinness regarding court order. | L210 | | 0.10 | 261.00 | 26.10 |
| MTM | 08/22/12 | Attention to correspondence from court. | L210 | | 0.10 | 288.00 | 28.80 |
| | | **TOTAL** | | | **3.50** | | **$956.70** |

### COSTS & EXPENSES

| | | | |
|---|---|---|---|
| 07/27/12 | First Legal Network, LLC; Transmittal of filing to court; SCSC-Sacramento, CA 07/12/12 | | 29.75 |
| | **TOTAL COSTS & EXPENSES** | **$29.75** | |

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 0.20 | $52.20 |
| L120 | Analysis/Strategy | 0.70 | $197.10 |
| L140 | Document/File Management | 0.30 | $83.70 |
| L160 | Settlement/Non-Binding ADR | 0.40 | $111.60 |
| L190 | Other Case Assessment | 0.80 | $208.80 |
| L210 | Pleadings | 1.10 | $303.30 |
| | **TOTAL** | **3.50** | **$956.70** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Buell, Edward | ERB | Associate | 1.50 | 279.00 | $418.50 |
| Nelson, Michele | MJN | Special Counsel | 1.40 | 261.00 | $365.40 |
| McGuinness, Michelle | MTM | Associate | 0.60 | 288.00 | $172.80 |
| | **Total** | | **3.50** | | **$956.70** |

| | | |
|---|---|---|
| PRIOR FEES | $31,027.05 | |
| PRIOR COSTS & EXPENSES | $2,557.55 | |

| | | |
|---|---|---|
| FEES | $956.70 |
| COSTS & EXPENSES | $29.75 |
| **TOTAL THIS INVOICE** | **$986.45** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## & Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      326870      JBS                                    September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 0920 | Booth, Angelina C. |
| | | GMAC Matter No.:  713838 |

**TOTAL AMOUNT DUE**           **$195.30**

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| | |
|---|---|
| Invoice No.    326870    JBS | September 19, 2012 |

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  0920    Booth, Angelina C.
GMAC Matter No.:  713838

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ERB | 07/03/12 | Review matter and prepare status report for client. | L120 | 0.10 | 279.00 | 27.90 |
| ERB | 07/10/12 | Communications with client re status of modification documents received from borrower and confirmation of receipt of originals. | L160 | 0.30 | 279.00 | 83.70 |
| ERB | 08/05/12 | Attention to status and strategy and communications with client re same. | L120 | 0.10 | 279.00 | 27.90 |
| ERB | 08/14/12 | Communications with client re comletion of modification and closing out matter. | L160 | 0.20 | 279.00 | 55.80 |
| | | **TOTAL** | | **0.70** | | **$195.30** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.20 | $55.80 |
| L160 | Settlement/Non-Binding ADR | 0.50 | $139.50 |
| | **TOTAL** | **0.70** | **$195.30** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Buell, Edward | ERB | Associate | 0.70 | 279.00 | $195.30 |
| | **Total** | | **0.70** | | **$195.30** |

| | |
|---|---|
| PRIOR FEES | $8,760.60 |
| PRIOR COSTS & EXPENSES | $1,201.92 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 326870 | CLIENT | GMAC ResCap | | Page | 2 |
| | | MATTER | Booth, Angelina C. | | | |

|  | FEES | $195.30 |
| **TOTAL THIS INVOICE** | | **$195.30** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326871    JBS                                        September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    0933    Valenzuela, Alexander
                  C/M# 713796

**TOTAL AMOUNT DUE**            **$899.70**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.        326871        JBS                                September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter      19000 0933      Valenzuela, Alexander
                            C/M# 713796

FOR PROFESSIONAL SERVICES RENDERED        01/01/1994        08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| PG | 08/01/12 | Draft Notice of Ruling Re: continuance of case management conference. | L230 | 0.30 | 247.50 | 74.25 |
| ERB | 08/05/12 | Attention to status and strategy and communications with client re same. | L120 | 0.10 | 279.00 | 27.90 |
| PG | 08/23/12 | Telephonic appearance at Demurrer to TAC and draft email to client re: same. | L240 | 1.20 | 247.50 | 297.00 |
| PG | 08/23/12 | Draft Notice of Ruling re: results of Demurrer to TAC. | L240 | 0.20 | 247.50 | 49.50 |
| LJT | 08/27/12 | Draft proposed judgment of dismissal after demurrer. | L240 | 0.20 | 130.50 | 26.10 |
| PG | 08/27/12 | Revise and finalize judgment of dismissal. | L240 | 0.20 | 247.50 | 49.50 |
| PG | 08/31/12 | Review court minute order setting OSC Re: Dismissal. | L210 | 0.20 | 247.50 | 49.50 |
| | | **TOTAL** | | **2.40** | | **$573.75** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 08/01/12 | CourtCall, LLC; CourtCall - Conference Service;  07/26/12 | 108.00 |
| 08/03/12 | One Legal, Inc.; Transmittal of filing to court; Demurrer, Request for Judicial Notice including Court Filing Fee $90 07/25/12 | 139.95 |
| 08/13/12 | CourtCall, LLC; CourtCall - Conference Service;  08/23/12 | 78.00 |

**TOTAL COSTS & EXPENSES**                        **$325.95**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 326871 | CLIENT | GMAC ResCap | | Page | 2 |
| | | MATTER | Valenzuela, Alexander | | | |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.10 | $27.90 |
| L210 | Pleadings | 0.20 | $49.50 |
| L230 | Court Mandated Conferences | 0.30 | $74.25 |
| L240 | Dispositive Motions | 1.80 | $422.10 |
| | **TOTAL** | **2.40** | **$573.75** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Buell, Edward | ERB | Associate | 0.10 | 279.00 | $27.90 |
| Tarwater, Linda | LJT | Paralegal | 0.20 | 130.50 | $26.10 |
| Grammatico, Paul | PG | Associate | 2.10 | 247.50 | $519.75 |
| | **Total** | | **2.40** | | **$573.75** |

PRIOR FEES                  $8,995.05
PRIOR COSTS & EXPENSES      $2,273.11

|  | |
|---|---|
| FEES | $573.75 |
| COSTS & EXPENSES | $325.95 |
| **TOTAL THIS INVOICE** | **$899.70** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Debit Account Number CCDA-01-378

## all Debit Ledger for 07/16/2012 through

| APP DATE | ATTORNEY | CCID# | JURISDICTION | DEPT | JUDGE | CASENAME/NUMBER | FEE | LATE FEE | FEE TOTAL | BALANCE |
|---|---|---|---|---|---|---|---|---|---|---|
| Reference # 55000.0047 | | | | | | | | | | |
| 9/11/12 | Ian Da Cunha | 5074054 | Alameda County Superior Court-Hayward HOJ | 516 | Judge Brenda Harbin-Forte | Bergeron v. Wells Fargo Bank, et al./RG11602759 | $78.00 | $0.00 | $78.00 | ($14,623.70) |
| Reference # 55000.0047 | | | | | | | | | | |
| 9/4/12 | Ian Da Cunha | 5074067 | Lake County Superior Court | 1 | Judge David W. Herrick | Starski vs. Wells Fargo/CV410229 | $78.00 | $0.00 | $78.00 | ($14,545.70) |
| Reference # 07685.1008 | | | | | | | | | | |
| 10/16/12 | Ian Da Cunha | 5074088 | Santa Clara County Superior Court | 8 | Judge Peter Kirwan | Weathington vs. Wells Fargo Bank, et al./03-111CV196624 | $78.00 | $0.00 | $78.00 | ($14,467.70) |
| Reference # 07685.0947 | | | | | | | | | | |
| 7/26/12 | Wendy Miele | 5074104 | Orange County Superior Court-Santa Ana | C13 | Judge Gregory Munoz | Rodriguez vs. Mortgage Electronic Registration Systems, Inc/30-2012-00562221 | $78.00 | $30.00 | $108.00 | ($14,359.70) |
| Reference # 70000.0771 | | | | | | | | | | |
| 7/26/12 | Jason Richardson | 5074219 | Alameda County Superior Court-Hayward HOJ | 516. | Judge Brenda Harbin-Forte | Diedra Maria Rolland vs. Wells Fargo Bank/RG10536776 | $78.00 | $30.00 | $108.00 | ($14,251.70) |
| Reference # 07685-0740 | | | | | | | | | | |
| 7/26/12 | Paul Grammatico | 5074234 | San Bernardino Superior Court-San Bernardino District | S32 | Judge Donald Alvarez | Valenzuela vs. New Century/CIVDS1106135 | $78.00 | $30.00 | $108.00 | ($14,143.70) |
| Reference # 19000.0933 | | | | | | | | | | |
| 9/21/12 | Alex Sears | 5074291 | San Diego Superior Court-Central(HOJ) | 72 | Judge Timothy Taylor | Byrd v. Guild Mortgage, et al./37-2011-00098841- | $78.00 | $0.00 | $78.00 | ($14,06 |
| Reference # 11911.0020 | | | | | | | | | | |
| 8/15/12 | Thomas Abbott | 5074330 | Merced County Superior Court | 3 | Judge Donald Proietti | Uribes vs Wells Fargo Bank/CV02587 | $78.00 | $0.00 | $78.00 | ($13,9 |

Auto Debit Send on 07/31/12 at 11:21 PM

Pag

One Legal LLC
504 Redwood Blvd., Suite 223
Novato, CA  94947
(800) 938-8815

26-0259046



REMIT PAYMENT TO:
One Legal LLC
504 Redwood Blvd., Suite 223
Novato, CA  94947
(800) 938-8815



SEVERSON & WERSON
ATTN:
1 Embarcadero Ctr
Suite 2600
San Francisco, CA  94111

| Cust. No.: | 0000562 |
|---|---|
| Invoice No.: | 2019952 |
| Inv. Date: | 7/25/12 |
| Due Date: | 8/9/12 |
| Total: | $139.95 |
| Terms: | Net 15 |

| INVOICE No. | |
|---|---|
| 2019952 | |
| Date: | 7/25/12 |
| Cust. No.: | 0000562 |

| Law Firm Contact: | PAUL GRAMMATICO |
|---|---|
| Client File No.: | 19000.0933 |
| Case Short Title: | Valenzuela, Alexander V. New Century Mortgage |
| Documents: | Demurrer, Request for Judicial Notice |
| One Legal Branch: | Riverside |
| Court: Description: | Superior Court of California, San Bernardino County |

| | |
|---|---|
| **COURT FILING FEE** | $90.00 |
| **COURT FILING SERVICE FEE** | $49.95 |



| Due Date | 8/9/12 | Total This Invoice | $139.95 |
|---|---|---|---|



# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326872    JBS                                September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006


CLIENT    19000    GMAC ResCap
MATTER    0943    Quijada, Monica
GMAC Matter No.: 714330


**TOTAL AMOUNT DUE**            **$623.55**


### *** *REMITTANCE COPY* ***
*Please include this page with payment.*


Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326872    JBS                                         September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0943    Quijada, Monica
GMAC Matter No.: 714330

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| YS | 08/02/12 | Receipt, review and analysis of co-defendant's notice of non-opposition to its motion to strike plaintiff's third amended complaint | L120 | 0.10 | 238.50 | 23.85 |
| YS | 08/02/12 | Receipt, review and analysis of co-defendant's reply brief to opposition received to demurrer to plaintiff's third amended complaint | L120 | 0.10 | 238.50 | 23.85 |
| YS | 08/03/12 | Receipt, review and analysis of correspondence from plaintiff's counsel regarding continuance of demurrer and case management conference hearings | L120 | 0.10 | 238.50 | 23.85 |
| ERB | 08/05/12 | Attention to status and strategy and communications with client re same. | L120 | 0.10 | 279.00 | 27.90 |
| ERB | 08/07/12 | Communications with client re results of demurer. | L120 | 0.20 | 279.00 | 55.80 |
| YS | 08/07/12 | Draft correspondence to client regarding status of the case and pending hearing dates | L190 | 0.20 | 238.50 | 47.70 |
| YS | 08/08/12 | Draft correspondence to K. Lee at MERS regarding status of the case and pending hearing dates | L190 | 0.20 | 238.50 | 47.70 |
| YS | 08/10/12 | Receipt, review and analysis of the Court's notice of continuance of the client's demurrer hearing | L120 | 0.10 | 238.50 | 23.85 |
| YS | 08/10/12 | Telephone conference with plaintiff's counsel regarding possible settlement of the case via a loan modification | L160 | 0.20 | 238.50 | 47.70 |
| YS | 08/10/12 | Draft correspondence to client regarding possible loan modification in | L160 | 0.20 | 238.50 | 47.70 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 326872 | CLIENT | GMAC ResCap | | | Page | 2 |
| | | MATTER | Quijada, Monica | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | an effort to resolve this case | | | | | |
| YS | 08/13/12 | Telephone conference with plaintiff's counsel regarding possibility of settling the case with a loan modification | L160 | 0.20 | 238.50 | | 47.70 |
| | | **TOTAL** | | **1.70** | | | **$417.60** |

## COSTS & EXPENSES

| | | | |
|---|---|---|---|
| 08/02/12 | CourtCall, LLC; CourtCall - Conference Service; 08/06/12 | | 78.00 |
| 08/13/12 | CourtCall, LLC; CourtCall - Conference Service; 08/10/12 | | 78.00 |
| 08/14/12 | One Legal, Inc.; Transmittal of filing to court; Defs. Reply ISO Demurrer to Pl's TAC 08/01/12 | | 49.95 |
| | **TOTAL COSTS & EXPENSES** | **$205.95** | |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.70 | $179.10 |
| L160 | Settlement/Non-Binding ADR | 0.60 | $143.10 |
| L190 | Other Case Assessment | 0.40 | $95.40 |
| | **TOTAL** | **1.70** | **$417.60** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Buell, Edward | ERB | Associate | 0.30 | 279.00 | $83.70 |
| Shaham, Yaron | YS | Special Counsel | 1.40 | 238.50 | $333.90 |
| | **Total** | | **1.70** | | **$417.60** |

| | |
|---|---|
| PRIOR FEES | $20,448.00 |
| PRIOR COSTS & EXPENSES | $2,510.07 |

| | |
|---|---|
| FEES | $417.60 |
| COSTS & EXPENSES | $205.95 |
| **TOTAL THIS INVOICE** | **$623.55** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326874    JBS                                September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000      GMAC ResCap
MATTER      0954       Mills, Robert and Cindy
                       GMAC Matter No.:  714489

**TOTAL AMOUNT DUE**            **$298.80**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      326874      JBS                                September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter      19000 0954      Mills, Robert and Cindy
                            GMAC Matter No.: 714489

FOR PROFESSIONAL SERVICES RENDERED      01/01/1994          08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ERB | 07/03/12 | Review matter and prepare status report for client | L120 | 0.10 | 279.00 | 27.90 |
| KWF | 07/17/12 | Prepare email to client C. Hancock re appeal deadline and OSC re judgment against MERS and ETS. | L510 | 0.30 | 270.00 | 81.00 |
| ERB | 08/05/12 | Attention to status and strategy and communications with client re same. | L120 | 0.10 | 279.00 | 27.90 |
| KWF | 08/16/12 | Evaluate file and court docket. Prepare email to client, C. Hancock, re: dismissal hearing. | L190 | 0.20 | 270.00 | 54.00 |
| KWF | 08/20/12 | Telephone conference with Miriam at Plaintiff's counsel's office re: loan modification. | L160 | 0.10 | 270.00 | 27.00 |
| KWF | 08/20/12 | Prepare email to client, C. Hancock., re: settlement via loan modification. | L120 | 0.10 | 270.00 | 27.00 |
| KWF | 08/23/12 | Prepare emails to Plaintiff's office and client re: loan modification. | L160 | 0.20 | 270.00 | 54.00 |
| | | **TOTAL** | | **1.10** | | **$298.80** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.30 | $82.80 |
| L160 | Settlement/Non-Binding ADR | 0.30 | $81.00 |
| L190 | Other Case Assessment | 0.20 | $54.00 |
| L510 | Appellate Motions & Submission | 0.30 | $81.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 326874 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Mills, Robert & Cindy | | | | |

| | TOTAL | | | 1.10 | $298.80 | | |
|---|---|---|---|---|---|---|---|

| Timekeeper | | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|---|
| Buell, Edward | | ERB | Associate | 0.20 | 279.00 | $55.80 |
| Franich, Kerry | | KWF | Associate | 0.90 | 270.00 | $243.00 |
| | | Total | | 1.10 | | $298.80 |

PRIOR FEES                                $12,165.75
PRIOR COSTS & EXPENSES            $2,295.22

|  | FEES | $298.80 |
|---|---|---|
| **TOTAL THIS INVOICE** | | **$298.80** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.       326875       JBS                                        September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT       19000       GMAC ResCap
MATTER      0968        Solano, Julie
                                  GMAC Matter No.: 714697

**TOTAL AMOUNT DUE**                  **$888.30**

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 326875 | JBS | September 19, 2012 |
|---|---|---|---|

GMAC Mortgage, LLC

Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter     19000  0968     Solano, Julie
GMAC Matter No.: 714697

FOR PROFESSIONAL SERVICES RENDERED     01/01/1994          08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| ERB | 08/03/12 | Communications with client re analysis of remaining claims and strategy. | L120 | 0.40 | 279.00 | 111.60 |
| DPB | 08/03/12 | E-mail from C.Hancock inquiring as to status of litigation, the subject property, and any pending efforts to resolve case (.1); e-mail to C.Hancock providing summary of same (1.4). | L120 | 1.50 | 288.00 | 432.00 |
| ERB | 08/05/12 | Attention to status and strategy and communications with client re same. | L120 | 0.10 | 279.00 | 27.90 |
| DPB | 08/06/12 | Communications with client regarding scheduling a conference call. | L120 | 0.20 | 288.00 | 57.60 |
| DPB | 08/08/12 | Communications with C.Hancock and T.Buell regarding scheduling a conference call. | L120 | 0.20 | 288.00 | 57.60 |
| DPB | 08/08/12 | Teleconference with C.Hancock regarding case status and strategy. | L160 | 0.50 | 288.00 | 144.00 |
| DPB | 08/27/12 | Communications with C.Hancock regarding history of settlement negotiations with plaintiff's counsel. | L160 | 0.20 | 288.00 | 57.60 |
| | | **TOTAL** | | **3.10** | | **$888.30** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 2.40 | $686.70 |
| L160 | Settlement/Non-Binding ADR | 0.70 | $201.60 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 326875 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Solano, Julie | | | | |

| | TOTAL | | | 3.10 | $888.30 | | |
|---|---|---|---|---|---|---|---|

| Timekeeper | | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|---|
| Babcock, Daska | | DPB | Special Counsel | 2.60 | 288.00 | $748.80 |
| Buell, Edward | | ERB | Associate | 0.50 | 279.00 | $139.50 |
| | | Total | | 3.10 | | $888.30 |

PRIOR FEES                        $48,109.50
PRIOR COSTS & EXPENSES       $4,663.20


| | FEES | $888.30 |
|---|---|---|
| TOTAL THIS INVOICE | | $888.30 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326876    JBS

September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1011    Von Brincken, Shelley and John
                          C/M# 717020

**TOTAL AMOUNT DUE**          $1,882.80

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      326876      JBS                                    September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter      19000  1011      Von Brincken, Shelley and John
C/M# 717020

FOR PROFESSIONAL SERVICES RENDERED      01/01/1994          08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MEH | 08/02/12 | Telephone call with co-defendant's counsel (V. Boesch) re: case strategy. | L120 | 0.40 | 261.00 | 104.40 |
| MEH | 08/05/12 | Calculate/calendar new appellate briefing schedule per recent court order. | L520 | 0.20 | 261.00 | 52.20 |
| MEH | 08/06/12 | Review docket for filing of appellants' opening brief. | L520 | 0.20 | 261.00 | 52.20 |
| MEH | 08/08/12 | Draft notice of bankruptcy stay. | L510 | 0.70 | 261.00 | 182.70 |
| MEH | 08/08/12 | Draft cover letter to plaintiffs enclosing notice of bankruptcy stay. | L510 | 0.70 | 261.00 | 182.70 |
| MEH | 08/08/12 | Draft email to client (A. Angelo) enclosing draft notice of stay and cover letter, with comments. | L510 | 0.20 | 261.00 | 52.20 |
| MEH | 08/08/12 | Draft email to client (A. Angelo) responding to request for status update on appeal. | L120 | 0.50 | 261.00 | 130.50 |
| MEH | 08/10/12 | Draft email to clients (A. Angelo, N. Campbell) re: bankruptcy stay re: MERS. | L510 | 0.30 | 261.00 | 78.30 |
| MEH | 08/10/12 | Exchange emails with client (A. Angelo) re: notice of bankruptcy stay. | L510 | 0.20 | 261.00 | 52.20 |
| MEH | 08/13/12 | Exchange emails with clients (A. Angelo, N. Campbell) re: motion for stay re: non-bankrupt parties. | L510 | 0.30 | 261.00 | 78.30 |
| MEH | 08/14/12 | Exchange emails with MERS contact (A. Marmion) re: stay of appeal pending GMAC bankruptcy. | L510 | 0.20 | 261.00 | 52.20 |
| MEH | 08/15/12 | Exchange emails with clients (A. Angelo, N. Campbell) re: edits to notice of bankruptcy stay. | L510 | 0.20 | 261.00 | 52.20 |
| MEH | 08/21/12 | Revise notice of bankruptcy stay to | L510 | 0.70 | 261.00 | 182.70 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 326876 | CLIENT | GMAC ResCap | | | Page | 2 |
| | | MATTER | Von Brincken, Shelley & John | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | incorporate client edits. | | | | |
| MEH | 08/21/12 | Revise cover letter to plaintiffs re: notice of stay, to incorporate client edits. | L510 | 0.70 | 261.00 | 182.70 |
| MEH | 08/21/12 | Draft email to clients (A. Angelo, N. Campbell) enclosing drafts of revised notice of stay and cover letter with comments. | L510 | 0.30 | 261.00 | 78.30 |
| MEH | 08/23/12 | Finalize notice of stay and accompanying cover letter. | L510 | 0.30 | 261.00 | 78.30 |
| MEH | 08/23/12 | Exchange emails with client (A. Angelo) re: filing of notice of bankruptcy stay. | L510 | 0.20 | 261.00 | 52.20 |
| ERB | 08/27/12 | Attention to dismissal of appeal and communications with client re same. | L510 | 0.20 | 279.00 | 55.80 |
| MEH | 08/27/12 | Monitor docket for dismissal of case. | L510 | 0.20 | 261.00 | 52.20 |
| MEH | 08/27/12 | Draft email to client (A. Angelo) enclosing voluntary dismissal with comments. | L510 | 0.20 | 261.00 | 52.20 |
| MEH | 08/27/12 | Review case file for upcoming deadlines and to determine status of bankruptcy stay. | L510 | 0.30 | 261.00 | 78.30 |
| | | **TOTAL** | | **7.20** | | **$1,882.80** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.90 | $234.90 |
| L510 | Appellate Motions & Submission | 5.90 | $1,543.50 |
| L520 | Appellate Briefs | 0.40 | $104.40 |
| | **TOTAL** | **7.20** | **$1,882.80** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Buell, Edward | ERB | Associate | 0.20 | 279.00 | $55.80 |
| Holt, M. Elizabeth | MEH | Associate | 7.00 | 261.00 | $1,827.00 |
| | **Total** | | **7.20** | | **$1,882.80** |

PRIOR FEES                                    $9,864.90

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 326876 | CLIENT | GMAC ResCap | Page | 3 |
| | | MATTER | Von Brincken, Shelley & John | | |

PRIOR COSTS & EXPENSES                    $2,338.75

|  | FEES | $1,882.80 |
| | **TOTAL THIS INVOICE** | **$1,882.80** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326877    JBS                                    September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     19000    GMAC ResCap
MATTER     1016     Lin, Stephen and Evelyn
                    GMAC Matter No.:  717087

**TOTAL AMOUNT DUE**            **$711.00**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326877    JBS                                    September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1016    Lin, Stephen and Evelyn
GMAC Matter No.: 717087

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ERB | 08/05/12 | Attention to status and strategy and communications with client re same. | L120 | 0.10 | 279.00 | 27.90 |
| ERB | 08/06/12 | Attention to Bankruptcy issues and impact of Stay on pending appeal. | L510 | 0.40 | 279.00 | 111.60 |
| ACS | 08/06/12 | Analyze response to oral argument notice from court | L530 | 0.30 | 288.00 | 86.40 |
| ACS | 08/06/12 | Analyze bankruptcy stay and impact on claims | L510 | 0.30 | 288.00 | 86.40 |
| ACS | 08/07/12 | Revise bankruptcy stay notice | L250 | 0.40 | 288.00 | 115.20 |
| ERB | 08/08/12 | Communications with client re revisions to notice of bankruptcy stay and status of appeal. | L250 | 0.30 | 279.00 | 83.70 |
| ERB | 08/08/12 | Review and revise updated Notice of Bankruptcy Stay. | L250 | 0.20 | 279.00 | 55.80 |
| ACS | 08/08/12 | Revise bankruptcy stay notice and cover letter re: same | L510 | 0.50 | 288.00 | 144.00 |
| | | **TOTAL** | | **2.50** | | **$711.00** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.10 | $27.90 |
| L250 | Other Written Motions | 0.90 | $254.70 |
| L510 | Appellate Motions & Submission | 1.20 | $342.00 |
| L530 | Oral Argument | 0.30 | $86.40 |
| | **TOTAL** | **2.50** | **$711.00** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 326877 | CLIENT | GMAC ResCap | | | Page | 2 |
| | | MATTER | Lin, Stephen & Evelyn | | | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Sears, Alex | ACS | Associate | 1.50 | 288.00 | $432.00 |
| Buell, Edward | ERB | Associate | 1.00 | 279.00 | $279.00 |
| | **Total** | | **2.50** | | **$711.00** |

PRIOR FEES                         $19,737.00
PRIOR COSTS & EXPENSES             $2,412.32


FEES                          $711.00
**TOTAL THIS INVOICE**        **$711.00**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     326878     JBS                                    September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     19000     GMAC ResCap
MATTER     1025      Blanche, John R.
                     C/M# 717587

**TOTAL AMOUNT DUE**                    **$290.69**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326878    JBS                                    September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1025    Blanche, John R.
C/M# 717587

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ERB | 07/03/12 | Review matter and prepare status report for client. | L120 | 0.10 | 279.00 | 27.90 |
| MGC | 07/05/12 | Finalize demurrer to first amended complaint. | L210 | 0.50 | 238.50 | 119.25 |
| ERB | 08/05/12 | Attention to status and strategy and communications with client re same. | L120 | 0.10 | 279.00 | 27.90 |
| | | **TOTAL** | | **0.70** | | **$175.05** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 07/06/12 | Cardmember Service/Bank One (Acct #7755); Data Search; 2357 Laredo Rd Sacramento, CA 06/22/12 | 8.39 |
| 07/27/12 | First Legal Network, LLC; Transmittal of filing to court; SCSC-Sacramento, CA 07/06/12 Adv/Ck: $40 | 107.25 |

**TOTAL COSTS & EXPENSES**                **$115.64**

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.20 | $55.80 |
| L210 | Pleadings | 0.50 | $119.25 |
| | **TOTAL** | **0.70** | **$175.05** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Buell, Edward | ERB | Associate | 0.20 | 279.00 | $55.80 |
| Cross, Michael | MGC | Associate | 0.50 | 238.50 | $119.25 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| | | | |
|---|---|---|---|
| Invoice No.  326878 | CLIENT  GMAC ResCap | Page | 2 |
| | MATTER  Blanche, John R. | | |

| | | | |
|---|---|---|---|
| **Total** | | **0.70** | **$175.05** |

PRIOR FEES                     $5,449.50
PRIOR COSTS & EXPENSES         $1,052.45

| | |
|---|---|
| FEES | $175.05 |
| COSTS & EXPENSES | $115.64 |
| **TOTAL THIS INVOICE** | **$290.69** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## INVOICE

LOS ANGELES, CA 90084-4250

TAX ID# 27-3093840

| Invoice No. | Customer No. |
|---|---|
| 267594 | 82035 |
| Invoice Date | Total Due |
| 7/15/12 | 30,880.93 |

SEVERSON & WERSON
1 EMBARCADERO CENTER
SUITE 2600
SAN FRANCISCO, CA 94111

BILLING QUESTIONS CALL:
BILLING DEPT(213)213-2631
PAYMENT QUESTIONS CALL:
PAYMENT DEPT(213)213-2640

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 82035 | 267594 | 7/15/12 | 30,880.93 | 13 |

| Date | Ordr.No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 7/06/12 FILING-FAX/PDF | 6812647 | FAX | SEVERSON & WERSON<br>1 EMBARCADERO CENTER<br>SAN FRANCISCO    CA 94111<br>Caller: MARILYN HECHMER<br>Case No.: 34 2010 00092667<br>FILE/CONFORM/RETURN<br>Signed: FILED | SCSC-SACRAMENTO<br>720 9TH STREET<br>SACRAMENTO    CA 95814<br><br>Case Title: BLANCHE V AURORA<br>COURTESY COPY TO JDG<br>Ref: 1900.1025 | Base Chg : 29.75<br>PDF/OvrNte: 37.50<br>Adv/Wit Ck: 40.00 | 107.25 |
| 7/06/12 FILING-FORWARD FAX/PDF | 6812651 | FFX | SEVERSON & WERSON<br>1 EMBARCADERO CENTER<br>SAN FRANCISCO    CA 94111<br>Caller: Chilly Kada<br>Case No.: 173052<br>FILE/CONFORM/RETURN<br>Ref: 70000.0684 | SHASTA CO SUPERIOR CT-REDDING<br>1500 COURT STREET<br>REDDING    CA 96001-1686<br><br>Case Title: LESINSKI | Base Chg : 120.75 | 120.75 |
| 7/06/12 FILING-FORWARD FAX/PDF | 6812658 | FFX | SEVERSON & WERSON<br>1 EMBARCADERO CENTER<br>SAN FRANCISCO    CA 94111<br>Caller: MARILYN HECHMER<br>Case No.: 77871<br>FILE/CONFORM/RETURN<br>Signed: FILED/CC | NEVADA COU SUPERIOR CT-NEVADA CITY<br>201 CHURCH STREET<br>NEVADA CITY    CA 95959-2505<br><br>Case Title: gardiner v greenpoin<br>COURTESY COPY TO JDG<br>Ref: 77871 | Base Chg : 120.75<br>PDF/OvrNte: 8.25<br>Adv/Wit Ck: 60.00 | 189.00 |
| 7/06/12 FILING-FAX/PDF | 6812709 | FAX | SEVERSON & WERSON<br>1 EMBARCADERO CENTER<br>SAN FRANCISCO    CA 94111<br>Caller: JAN PROUDFOOT<br>Case No.: 110cv180668<br>FILE/CONFORM/RETURN<br>Signed: FILED | SCSC-SAN JOSE<br>191 NORTH 1ST STREET<br>SAN JOSE    CA 95113<br><br>Case Title: SHAH V BOA<br>Ref: 11608.0743. | Base Chg : 29.75 | 29.75 |
| 7/06/12 FILING-FORWARD FAX/PDF | 6812736 | FFX | SEVERSON & WERSON<br>1 EMBARCADERO CENTER<br>SAN FRANCISCO    CA 94111<br>Caller: Theresa V. Henry<br>Case No.: cv120062<br>FILE/CONFORM/RETURN<br>Signed: FILED/CC | MONO CO SUPERIOR CT-MAMMOTH LAKES<br>P.O. BOX 1037<br>MAMMOTH LAKES    CA 93546<br><br>Case Title: carlton v wells farg<br>adv fees<br>Ref: 55000.0122 | Base Chg : 155.75 | 155.75 |
| 7/06/12 DELIVERY-RUSH BICYCLE | 6812803 | RSH | SEVERSON & WERSON<br>1 EMBARCADERO CENTER<br>SAN FRANCISCO    CA 94111<br>Caller: Theresa V. Henry<br>Case No.: N/A<br>DELIVER ENV BEFORE<br>Signed: MIRANDA HAM | VOGL & MEREDITH<br>456 MONTGOMERY ST<br>SAN FRANCISCO    CA 94104<br><br>Case Title: WEBSTER V CITY PETLA<br>5:00PM<br>Ref: 07465.0271 | Base Chg : 16.25 | 16.25 |

Cont

## INVOICE PAYMENT DUE UPON RECEIPT

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326879    JBS                                          September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1095 | Boyd, Michael E. |
| | | GMAC Matter No.: 719832 |

**TOTAL AMOUNT DUE**              $2,637.35

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326879    JBS                                  September 19, 2012

GMAC Mortgage, LLC

Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1095    Boyd, Michael E.
                        GMAC Matter No.: 719832

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MXS | 08/01/12 | E-mailed with assistant U.S. attorney C. Cormier re Possible motion for consolidation of actions by plaintiff | L250 | 0.40 | 216.00 | 86.40 |
| MXS | 08/03/12 | Read Plaintiff's reply in support of motion for procedural relief. | L250 | 0.30 | 216.00 | 64.80 |
| MXS | 08/03/12 | Marshalled documents that may need to be referenced during the hearing on the plaintiff's motion for procedural relief. Printed these documents for later review. | L250 | 0.30 | 216.00 | 64.80 |
| ERB | 08/05/12 | Attention to status and strategy and communications with client re same. | L120 | 0.10 | 279.00 | 27.90 |
| MXS | 08/06/12 | Prepared for hearing on motion to dismiss and motion for procedural relief by creating notes for oral argument ; reviewing all papers on file for both motions; and reviewing and outlining GMAC order on relief from stay in preparation for questioning about effect of order. | L240 | 1.20 | 216.00 | 259.20 |
| MXS | 08/07/12 | Attended hearing in Northern District Court (San Jose) on Motion to Dismiss and Motion for Procedural Relief. | L240 | 6.50 | 216.00 | 1,404.00 |
| MXS | 08/15/12 | E-mailed with client re hearing on procedural motion and motion to dismiss, and re next steps. | L240 | 0.40 | 216.00 | 86.40 |
| MXS | 08/22/12 | Researched prior decisions of magistrate judge handling case. | L240 | 0.20 | 216.00 | 43.20 |
| MEH | 08/23/12 | Review/analyze order dismissing case. | L240 | 0.20 | 261.00 | 52.20 |
| MEH | 08/23/12 | Revise email to client (H. Franchi) re: | L240 | 0.20 | 261.00 | 52.20 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 326879 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Boyd, Michael E. | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | dismissal of case. | | | | | |
| MXS | 08/23/12 | Reviewed Court's Order on Motion to Dismiss | L240 | 0.30 | 216.00 | | 64.80 |
| MXS | 08/23/12 | E-mailed with client re order on motion to dismiss | L240 | 0.30 | 216.00 | | 64.80 |
| MXS | 08/23/12 | Researched procedural issue of plaintiff's appeal of motion to dismiss. | L240 | 0.40 | 216.00 | | 86.40 |
| | | **TOTAL** | | **10.80** | | **$2,357.10** | |

### COSTS & EXPENSES

| | | |
|---|---|---|
| 07/27/12 | First Legal Network, LLC; Court Services; USBC-San Jose, CA 07/11/12 | 194.25 |
| 08/29/12 | Maria Schindler; Transportation; Court hearing, San Jose 8/7/12 | 86.00 |
| | **TOTAL COSTS & EXPENSES** | **$280.25** |

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.10 | $27.90 |
| L240 | Dispositive Motions | 9.70 | $2,113.20 |
| L250 | Other Written Motions | 1.00 | $216.00 |
| | **TOTAL** | **10.80** | **$2,357.10** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Buell, Edward | ERB | Associate | 0.10 | 279.00 | $27.90 |
| Holt, M. Elizabeth | MEH | Associate | 0.40 | 261.00 | $104.40 |
| Schindler, Maria | MXS | Associate | 10.30 | 216.00 | $2,224.80 |
| | **Total** | | **10.80** | | **$2,357.10** |

| | |
|---|---|
| PRIOR FEES | $39,220.65 |
| PRIOR COSTS & EXPENSES | $473.97 |

| | |
|---|---|
| FEES | $2,357.10 |
| COSTS & EXPENSES | $280.25 |
| **TOTAL THIS INVOICE** | **$2,637.35** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

INVOICE

TAX ID# 27-3093040

| | |
|---|---|
| 267594 | 82035 |
| Invoice Date | Total Due |
| 7/15/12 | 30,880.93 |

SEVERSON & WERSON
1 EMBARCADERO CENTER
SUITE 2600
SAN FRANCISCO, CA 94111

BILLING QUESTIONS CALL:
BILLING DEPT (213) 213-2631
PAYMENT QUESTIONS CALL:
PAYMENT DEPT (213) 213-2640

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 82035 | 267594 | 7/15/12 | 30,880.93 | 25 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 7/11/12 RESEARCH-BRANCH NEXT DAY | 6814245 | BNR | SCSC-SAN JOSE<br>191 NORTH 1ST STREET<br>SAN JOSE    CA 95113<br>Caller: Theresa V. Henry<br>Case No.: 112CV218717<br>GET DOCS<br>Signed: OBTAINED | SEVERSON & WERSON<br>1 EMBARCADERO CENTER<br>SAN FRANCISCO   CA 94111<br>Case Title: SMITH V RYAN<br>Ref: SMITH V RYAN | Base Chg : 85.00<br>Research : 13.40<br>Adv/Wit Ck: 20.00 | 118.40 |
| 7/11/12 FILING-REGULAR VEHICLE | 6814246 | REF | SEVERSON & WERSON<br>1 EMBARCADERO CENTER<br>SAN FRANCISCO   CA 94111<br>Caller: DEBORAH L.   Wait: 20 Min<br>Case No.: HG12-633910<br>FILE/CONFORM/RETURN<br>Signed: FILED | ACSC-HAYWARD<br>24405 AMADOR STREET<br>HAYWARD    CA 94544<br>Case Title: TORRES V RESIDENTIAL<br>Ref: 19000.1301 | Base Chg : 107.75 | 107.75 |
| 7/11/12 FILING SAME DAY-DAILY RUN | 6814247 | SDF | SEVERSON & WERSON<br>1 EMBARCADERO CENTER<br>SAN FRANCISCO   CA 94111<br>Caller: TERI JONES<br>Case No.: 5:11-CV-05018PSG<br>FILE/CONFORM/RETURN<br>Signed: TIFFANY HARWELL | USBC-SAN JOSE<br>280 SOUTH 1ST STREET<br>SAN JOSE    CA 95113<br>Case Title: BOYD V GMAC MORTGAGE<br>COURTESY COPY TO JDG<br>Ref: 19000.1095 | Base Chg : 194.25 | 194.25 |
| 7/12/12 FILING-BRANCH FAX/PDF | 6814419 | BFX | SEVERSON & WERSON<br>1 EMBARCADERO CENTER<br>SAN FRANCISCO   CA 94111<br>Caller: Deborah L.   Wait: 20 Min<br>Case No.: HG12633910<br>Please advance fees.<br>Signed: FILED | Alameda County Court<br>24405 Amador St<br>HAYWARD    CA 94544<br>Case Title: Torres v. Residentia<br>Please file GMAC Mo<br>Ref: 19000.1301 | Base Chg : 57.50<br>PDF/OvrNte: 1.50<br>Adv/Wit Ck: 870.00 | 929.00 |
| 7/12/12 FILING-REGULAR BICYCLE | 6814460 | REF | SEVERSON & WERSON<br>1 EMBARCADERO CENTER<br>SAN FRANCISCO   CA 94111<br>Caller: Kathi DeLeon<br>Please file with the<br>Signed: FILED | USDC-Northern District<br>450 Golden Gate Ave<br>SAN FRANCISCO   CA 94102<br>Case Title: Almogera v World Sav<br>court as soon as po<br>Ref: 55000-0365 | Base Chg : 27.25<br>Adv/Wit Ck: 350.00 | 377.25 |
| 7/12/12 FILING-BRANCH FAX/PDF | 6814466 | BFX | SEVERSON & WERSON<br>1 EMBARCADERO CENTER<br>SAN FRANCISCO   CA 94111<br>Caller: ANGELA L. EURE<br>Case No.: SCV0030396<br>FILE/CONFORM/RETURN<br>Signed: FILED | PLACER SUPERIOR COURT<br>10820 JUSTICE CENTER DRIVE<br>ROSEVILLE    CA 95678<br>Case Title: ALBERY V ALLY BANK<br>Ref: 19000.1268 | Base Chg : 48.25 | 48.25 |

11894.0008

**INVOICE PAYMENT DUE UPON RECEIPT**

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326880    JBS                                    September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1103    Swift, Dianna and Stephen
                  GMAC Matter No.: 720298

**TOTAL AMOUNT DUE**          **$208.70**

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326880    JBS                                September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1103    Swift, Dianna and Stephen
GMAC Matter No.: 720298

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ERB | 07/03/12 | Review matter and prepare status report for client. | L120 | 0.10 | 279.00 | 27.90 |
| MGC | 07/12/12 | Respond to client inquiry. | L190 | 0.40 | 238.50 | 95.40 |
| ERB | 08/05/12 | Attention to status and strategy and communications with client re same. | L120 | 0.10 | 279.00 | 27.90 |
| | | **TOTAL** | | **0.60** | | **$151.20** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 07/06/12 | First Legal Network, LLC; Transmittal of filing to court; ACSC- Oakland 6/11/12 | 57.50 |

**TOTAL COSTS & EXPENSES**                         **$57.50**

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.20 | $55.80 |
| L190 | Other Case Assessment | 0.40 | $95.40 |
| | **TOTAL** | **0.60** | **$151.20** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Buell, Edward | ERB | Associate | 0.20 | 279.00 | $55.80 |
| Cross, Michael | MGC | Associate | 0.40 | 238.50 | $95.40 |
| | **Total** | | **0.60** | | **$151.20** |

PRIOR FEES                            $4,693.95
PRIOR COSTS & EXPENSES                $352.42

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 326880 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Swift, Dianna & Stephen | | |

|  |  |
|---|---|
| FEES | $151.20 |
| COSTS & EXPENSES | $57.50 |
| **TOTAL THIS INVOICE** | **$208.70** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      326881      JBS                                September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1106 | Villicana, Jose M. |
| | | GMAC Matter No.: 720505 |

**TOTAL AMOUNT DUE**          $2,023.65

### *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326881    JBS

September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1106    Villicana, Jose M.
GMAC Matter No.: 720505

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ERB | 08/03/12 | Attention to status and startegy and communications with client re same. | L120 | 0.40 | 279.00 | 111.60 |
| ERB | 08/05/12 | Attention to status and strategy and communications with client re same. | L120 | 0.10 | 279.00 | 27.90 |
| MGC | 08/13/12 | Strategize re: motion to dissolve preliminary injunction. | L190 | 0.40 | 238.50 | 95.40 |
| MGC | 08/13/12 | Begin to draft motion to dissolve preliminary injunction. | L210 | 3.40 | 238.50 | 810.90 |
| MGC | 08/20/12 | Continue to draft motion to dissolve preliminary injunction. | L210 | 3.50 | 238.50 | 834.75 |
| MGC | 08/22/12 | Talk with plaintiff's counsel. | L190 | 0.20 | 238.50 | 47.70 |
| MGC | 08/22/12 | Draft correspondence to associates and client re: modification documents. | L190 | 0.20 | 238.50 | 47.70 |
| MGC | 08/28/12 | Follow up with client. | L190 | 0.20 | 238.50 | 47.70 |
| | | **TOTAL** | | **8.40** | | **$2,023.65** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.50 | $139.50 |
| L190 | Other Case Assessment | 1.00 | $238.50 |
| L210 | Pleadings | 6.90 | $1,645.65 |
| | **TOTAL** | **8.40** | **$2,023.65** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Buell, Edward | ERB | Associate | 0.50 | 279.00 | $139.50 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 326881 | CLIENT | GMAC ResCap | | | | Page | 2 |
| | | MATTER | Villicana, Jose M. | | | | | |

| Cross, Michael | MGC | Associate | 7.90 | 238.50 | $1,884.15 |
| | **Total** | | **8.40** | | **$2,023.65** |

PRIOR FEES                              $17,923.50
PRIOR COSTS & EXPENSES          $1,903.37

|  | FEES | $2,023.65 |
| **TOTAL THIS INVOICE** | | **$2,023.65** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326882    JBS                                    September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
|--------|-------|-------------|
| MATTER | 1115 | Nguyen, Luan |
| | | GMAC Matter No.: 707072 |

**TOTAL AMOUNT DUE**              $312.75

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326882    JBS

September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1115    Nguyen, Luan
GMAC Matter No.: 707072

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| YS | 08/02/12 | Telephone call to plaintiff's counsel regarding settling the case in light of client's bankruptcy filing | L120 | 0.10 | 238.50 | 23.85 |
| MJN | 08/03/12 | Discuss affect of bankruptcy stay with T. Buell. | L190 | 0.20 | 261.00 | 52.20 |
| ERB | 08/06/12 | Attention to status and strategy and communications with client re same. | L120 | 0.10 | 279.00 | 27.90 |
| MJN | 08/08/12 | Review complaint and bankruptcy relief order for strategy considerations. | L110 | 0.20 | 261.00 | 52.20 |
| MJN | 08/08/12 | Discuss affect of bankrtupcy stay on case with T. Buell. | L190 | 0.10 | 261.00 | 26.10 |
| MJN | 08/09/12 | Email J. Holtgren regarding effect of stay and strategy related to quiet title and consolidated unlawful detainer action. | L120 | 0.40 | 261.00 | 104.40 |
| MJN | 08/20/12 | Internally discuss amended notice of stay with T. Buell | L120 | 0.10 | 261.00 | 26.10 |
| | | **TOTAL** | | **1.20** | | **$312.75** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|---|-------|--------|
| L110 | Fact Investigation/Development | 0.20 | $52.20 |
| L120 | Analysis/Strategy | 0.70 | $182.25 |
| L190 | Other Case Assessment | 0.30 | $78.30 |
| | **TOTAL** | **1.20** | **$312.75** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326882    CLIENT    GMAC ResCap                    Page        2
                        MATTER    Nguyen, Luan

| Timekeeper | | Position | Hours | Rate | Value |
|------------|--|----------|-------|------|-------|
| Buell, Edward | ERB | Associate | 0.10 | 279.00 | $27.90 |
| Nelson, Michele | MJN | Special Counsel | 1.00 | 261.00 | $261.00 |
| Shaham, Yaron | YS | Special Counsel | 0.10 | 238.50 | $23.85 |
| | **Total** | | **1.20** | | **$312.75** |

PRIOR FEES                         $21,118.95
PRIOR COSTS & EXPENSES              $520.89


                                FEES              $312.75
                TOTAL THIS INVOICE                $312.75

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement



## ⚠ File Errors : 326882.TXT

View: [ Only unique errors ▼ ]                         << __Return to Upload Invoices__

Errors have occurred during the invoice upload process. Please check your LEDES file and try again.

| Type | Invoice | Description |
|------|---------|-------------|
| ⓘ | 326882 | CLIENT_MATTER_ID "707072" is invalid. ID must be client authorized. |

Error 1 - 1 of 1                                    Errors per page [ 200 ▼ ]

---

__Contact Us__  -  __Technical Support__  - __License Agreement__
Copyright © 2007-2012 __Mitratech Holdings, Inc.__ All Rights Reserved

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326883    JBS                                    September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     19000     GMAC ResCap
MATTER     1156      Suckow, Jeffrey
                     GMAC Matter No.: 722444

**TOTAL AMOUNT DUE**          $1,965.85

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326883       JBS                                    September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  1156    Suckow, Jeffrey
                         GMAC Matter No.: 722444

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ERB | 08/06/12 | Attention to status and strategy and communications with client re same. | L120 | 0.10 | 279.00 | 27.90 |
| MGC | 08/29/12 | Review pleadings to prepare to hearing on demurrer. | L240 | 2.50 | 238.50 | 596.25 |
| MGC | 08/29/12 | Review pleadings to prepare to hearing on demurrer. | L240 | 2.50 | 238.50 | 596.25 |
| MGC | 08/30/12 | Attend hearing on demurrer. | L240 | 1.50 | 238.50 | 357.75 |
| MGC | 08/30/12 | Prepare for hearing on demurrer. | L240 | 0.30 | 238.50 | 71.55 |
| MGC | 08/30/12 | Call with plaintiff's counsel. | L190 | 0.20 | 238.50 | 47.70 |
| IJD | 08/31/12 | Review and reply to email from client J. Holtgren regarding outcome of demurrer hearing on plaintiffs' second amended complaint. | L120 | 0.20 | 238.50 | 47.70 |
| | | **TOTAL** | | **7.30** | | **$1,745.10** |

### COSTS & EXPENSES

| | | |
|---|---|---|
| 08/01/12 | CourtCall, LLC; CourtCall - Conference Service;  08/30/12 | 78.00 |
| 08/10/12 | First Legal Network, LLC; Transmittal of filing to court; SJMC- Stockton. Advance ck. $60.00 | 142.75 |

**TOTAL COSTS & EXPENSES**                    **$220.75**

### BILLING SUMMARY

| Task Code and Description | Hours | Amount |
|---------------------------|-------|--------|
| L120    Analysis/Strategy | 0.30 | $75.60 |
| L190    Other Case Assessment | 0.20 | $47.70 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.   326883 | CLIENT | GMAC ResCap | | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | MATTER | Suckow, Jeffrey | | | | | |

| L240 | Dispositive Motions | | | 6.80 | $1,621.80 | | |
|---|---|---|---|---|---|---|---|
| | **TOTAL** | | | **7.30** | **$1,745.10** | | |

| Timekeeper | | Position | | Hours | Rate | Value |
|---|---|---|---|---|---|---|
| Buell, Edward | ERB | Associate | | 0.10 | 279.00 | $27.90 |
| Da Cunha, Ian | IJD | Associate | | 0.20 | 238.50 | $47.70 |
| Cross, Michael | MGC | Associate | | 7.00 | 238.50 | $1,669.50 |
| | **Total** | | | **7.30** | | **$1,745.10** |

PRIOR FEES                        $9,823.50
PRIOR COSTS & EXPENSES            $2,263.04


FEES                $1,745.10
COSTS & EXPENSES      $220.75
**TOTAL THIS INVOICE**      **$1,965.85**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

SEVERSON & WERSON
1 EMBARCADERO CENTER
SUITE 2600
SAN FRANCISCO, CA 94111

BILLING QUESTIONS CALL:
BILLING DEPT(213)213-2631
PAYMENT QUESTIONS CALL:
PAYMENT DEPT(213)213-2640

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 82035 | 268336 | 7/31/12 | 44,753.12 | 13 |

| Date | Ord No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 7/18/12 RESEARCH-BRANCH NEXT DAY | 6816562 | BNR | SCSC-SAN JOSE 191 NORTH 1ST STREET SAN JOSE   CA 95113 Caller: Marilyn Li Case No.: 111CV198821 GET CERT COPY OF Signed: OBTAINED | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO   CA 94111 Case Title: CARRETTO V COUNTRYWI NOTICE Ref: 70000.0141 | Base Chg : 85.00 Adv/Wit Ck: 28.00 | 113.00 |
| 7/18/12 FILING-BRANCH NEXT DAY | 6816564 | BFL | SCSC-SAN JOSE 191 NORTH 1ST STREET SAN JOSE   CA 95113 Caller: Marilyn Li Case No.: 111CV198821 RECORD/CONFORM/RETRN Signed: RECORDED | RECORDER-SAN JOSE 70 WEST HEDDING STREET SAN JOSE   CA 95110 Case Title: CARRETTO V COUNTRYWI SEE 6816562 Ref: 70000.0141 | Base Chg : 98.00 Adv/Wit Ck: 38.00 | 136.00 |
| 7/18/12 FILING-BRANCH FAX/PDF | 6816572 | BFX | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO   CA 94111 Caller: Isabel Kunst Case No.: 39 2011 00272322 FILE/CONFORM/RETURN Signed: FILED | SJMC-STOCKTON 222 EAST WEBER AVENUE STOCKTON   CA 95202 Case Title: SUCKOW V AURORA LOAN PAY $60 FEE Ref: 1900.1156 | Base Chg : 48.25 PDF/OvrNte: 34.50 Adv/Wit Ck: 60.00 | 142.75 |
| 7/18/12 FILING-BRANCH FAX/PDF | 6816621 | BFX | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO   CA 94111 Caller: Isabel Kunst   Wait: 20 Min Case No.: C12-01418 FILE/CONFORM/RETURN Signed: FILED | CCSC-MARTINEZ 725 COURT STREET MARTINEZ   CA 94553 Case Title: ALTAMIRANO V. WESTMI Ref: 55002.0039 | Base Chg : 71.50 PDF/OvrNte: 28.50 Adv/Wit Ck: 1335.00 | 1,435.00 |
| 7/18/12 FILING-BRANCH FAX/PDF | 6816624 | BFX | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO   CA 94111 Caller: MARILYN HECHMER Case No.: SCV0030248 FILE/CONFORM/RETURN Signed: FILED | PLACER SUPERIOR COURT 10820 JUSTICE CENTER DRIVE ROSEVILLE   CA 95678 Case Title: LANDAU V WELLS FARGO Ref: 11991.0117 | Base Chg : 48.25 | 48.25 |
| 7/18/12 FILING-BRANCH FAX/PDF | 6816632 | BFX | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO   CA 94111 Caller: ANGELA L. EURE   Wait: 15 Min Case No.: HG12612759 FILE/CONFORM/RETURN Signed: FILED | ACSC-OAKLAND 1225 FALLON STREET OAKLAND   CA 94612 Case Title: DE LEON V. CALIFORNI Ref: 55000.0144 DE LEON | Base Chg : 57.50 PDF/OvrNte: 70.50 Adv/Wit Ck: 60.00 | 188.00 |

Continued

## INVOICE PAYMENT DUE UPON RECEIPT

# Severson
# & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      326884      JBS                                September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006


CLIENT      19000      GMAC ResCap
MATTER      1179       Dumalanta, Dwayne
                       GMAC Matter No.: 723459


**TOTAL AMOUNT DUE**           **$2,602.55**


## *** REMITTANCE COPY ***
*Please include this page with payment.*


Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326884    JBS                                September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1179    Dumalanta, Dwayne
GMAC Matter No.: 723459

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| CJM | 08/02/12 | Prepare for and attend hearing on order to show cause re dismissal for failure to serve all parties. | L520 | 2.20 | 238.50 | 524.70 |
| ERB | 08/02/12 | Communications with client re status and strategy following hearing. | L120 | 0.20 | 279.00 | 55.80 |
| CJM | 08/03/12 | Confer with client, draft email to plaintiff's counsel re lack of completion of loan modification application. | L160 | 0.60 | 238.50 | 143.10 |
| ERB | 08/06/12 | Attention to status and strategy and communications with client re same. | L120 | 0.10 | 279.00 | 27.90 |
| CJM | 08/17/12 | Analyze plaintiff's notice of continuance of court hearing. | L190 | 0.20 | 238.50 | 47.70 |
| CJM | 08/21/12 | Review series of telephone messages from plaintiff's counsel re postponement of foreclosure sale, draft email to client re same. | L160 | 0.30 | 238.50 | 71.55 |
| CJM | 08/23/12 | Draft email to plaintiff's counsel re loan modification. | L160 | 0.30 | 238.50 | 71.55 |
| CJM | 08/24/12 | Analyze first amended complaint, draft demurrer to same. | L240 | 2.40 | 238.50 | 572.40 |
| CJM | 08/27/12 | Review materials submitted by plaintiffs re loan modification, draft email to client forwarding same. | L160 | 0.30 | 238.50 | 71.55 |
| CJM | 08/27/12 | Continue drafting demurrer to first amended complaint. | L240 | 3.80 | 238.50 | 906.30 |
| | | **TOTAL** | | **10.40** | | **$2,492.55** |

## COSTS & EXPENSES

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.   326884 | CLIENT   GMAC ResCap | Page | 2 |
|---|---|---|---|
| | MATTER   Dumalanta, Dwayne | | |

| | | |
|---|---|---|
| 08/13/12 CourtCall, LLC; CourtCall - Conference Service; 10/02/12 | | 78.00 |
| 08/29/12 Casey J. McTigue; Transportation; Draft Demurrer 8/27/12 | | 32.00 |
| **TOTAL COSTS & EXPENSES** | **$110.00** | |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.30 | $83.70 |
| L160 | Settlement/Non-Binding ADR | 1.50 | $357.75 |
| L190 | Other Case Assessment | 0.20 | $47.70 |
| L240 | Dispositive Motions | 6.20 | $1,478.70 |
| L520 | Appellate Briefs | 2.20 | $524.70 |
| | **TOTAL** | **10.40** | **$2,492.55** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| McTigue, Casey | CJM | Associate | 10.10 | 238.50 | $2,408.85 |
| Buell, Edward | ERB | Associate | 0.30 | 279.00 | $83.70 |
| | **Total** | | **10.40** | | **$2,492.55** |

PRIOR FEES                    $4,994.55
PRIOR COSTS & EXPENSES        $1,043.29

| | |
|---|---|
| FEES | $2,492.55 |
| COSTS & EXPENSES | $110.00 |
| **TOTAL THIS INVOICE** | **$2,602.55** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326885    JBS

September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1218 | Flores, Panfilo and Irene |
| | | GMAC Matter No.: 725898 |

**TOTAL AMOUNT DUE**        **$530.10**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326885    JBS                          September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1218    Flores, Panfilo and Irene
                        GMAC Matter No.: 725898

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ERB | 08/06/12 | Attention to status and strategy and communications with client re same. | L120 | 0.10 | 279.00 | 27.90 |
| JDI | 08/08/12 | Draft correspondence re plaintiffs' non-response to settlement offers in the course of mediation. | L250 | 0.60 | 279.00 | 167.40 |
| JDI | 08/10/12 | Prepare for and attend court ordered telephone mediation. | L230 | 0.60 | 279.00 | 167.40 |
| JDI | 08/22/12 | Review mediation order and correspond with J. Holtgren re same. | L190 | 0.40 | 279.00 | 111.60 |
| JDI | 08/24/12 | Correspond with plaintiffs' counsel re mediation dates. | L190 | 0.20 | 279.00 | 55.80 |
| | | **TOTAL** | | **1.90** | | **$530.10** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.10 | $27.90 |
| L190 | Other Case Assessment | 0.60 | $167.40 |
| L230 | Court Mandated Conferences | 0.60 | $167.40 |
| L250 | Other Written Motions | 0.60 | $167.40 |
| | **TOTAL** | **1.90** | **$530.10** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Buell, Edward | ERB | Associate | 0.10 | 279.00 | $27.90 |
| Ives, Jon | JDI | Associate | 1.80 | 279.00 | $502.20 |
| | **Total** | | **1.90** | | **$530.10** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 326885 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Flores, Panfilo & Irene | | |

| | | |
|---|---|---|
| PRIOR FEES | $8,284.05 | |
| PRIOR COSTS & EXPENSES | $179.68 | |

| | | |
|---|---|---|
| FEES | | $530.10 |
| **TOTAL THIS INVOICE** | | **$530.10** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326886    JBS                                September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1224 | Biala, Delfin and Wilma |
| | | GMAC Matter No.: 726225 |

**TOTAL AMOUNT DUE**          **$2,318.00**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326886    JBS                                    September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1224    Biala, Delfin and Wilma
                         GMAC Matter No.: 726225

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ERB | 08/06/12 | Attention to status and strategy and communications with client re same. | L120 | 0.10 | 279.00 | 27.90 |
| ERB | 08/20/12 | Review and revise reply in support of demurrer. | L210 | 0.50 | 279.00 | 139.50 |
| AAG | 08/20/12 | Draft reply in support of demurrer to plaintiff's complaint. | L210 | 6.20 | 238.50 | 1,478.70 |
| AAG | 08/21/12 | Communicate with client about reply in support of demurrer and file same. | L210 | 0.30 | 238.50 | 71.55 |
| ERB | 08/27/12 | Attention to tentative ruling on demurrer. | L210 | 0.20 | 279.00 | 55.80 |
| AAG | 08/27/12 | Monitor tentative ruling and communicate with plaintiff's attorney and T. Buell regarding same. | L210 | 0.30 | 238.50 | 71.55 |
| | | **TOTAL** | | **7.60** | | **$1,845.00** |

## COSTS & EXPENSES

| 08/02/12 | One Legal, Inc.; Transmittal of filing to court; Notice of Demrurer and Demurrer to Complaint, Request for Judicial Notice including Court Filing Fee $395 06/28/12 | 395.00 |
|---|---|---|
| 08/13/12 | CourtCall, LLC; CourtCall - Conference Service; 08/28/12 | 78.00 |
| | **TOTAL COSTS & EXPENSES** | **$473.00** |

## BILLING SUMMARY

| Task Code and Description | Hours | Amount |
|---|---|---|

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 326886 | CLIENT | GMAC ResCap | | | Page | 2 |
| | | MATTER | Biala, Delfin & Wilma | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| L120 | Analysis/Strategy | | | 0.10 | $27.90 | | |
| L210 | Pleadings | | | 7.50 | $1,817.10 | | |
| | **TOTAL** | | | **7.60** | **$1,845.00** | | |

| Timekeeper | | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|---|
| Givental, Alisa | | AAG | Associate | 6.80 | 238.50 | $1,621.80 |
| Buell, Edward | | ERB | Associate | 0.80 | 279.00 | $223.20 |
| | | **Total** | | **7.60** | | **$1,845.00** |

| | | |
|---|---|---|
| PRIOR FEES | $9,896.70 | |
| PRIOR COSTS & EXPENSES | $1,512.49 | |

| | |
|---|---|
| FEES | $1,845.00 |
| COSTS & EXPENSES | $473.00 |
| **TOTAL THIS INVOICE** | **$2,318.00** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

**One Legal LLC**
504 Redwood Blvd., Suite 223
Novato, CA  94947
**(800) 938-8815**

26-0259046

REMIT PAYMENT TO:
**One Legal LLC**
504 Redwood Blvd., Suite 223
Novato, CA  94947
(800) 938-8815

SEVERSON & WERSON
ATTN:
1 Embarcadero Ctr
Suite 2600
San Francisco, CA  94111

| Cust. No.: | 0000562 |
|---|---|
| Invoice No.: | 5496818-R1 |
| Inv. Date: | 6/28/12 |
| Due Date: | 7/13/12 |
| Total: | $459.90 |
| Terms: | Net 15 |

| INVOICE No. | |
|---|---|
| 5496818-R1 | |
| Date: | 6/28/12 |
| Cust. No.: | 0000562 |

| | |
|---|---|
| **Law Firm Contact:** | Alisa A. Givental |
| **Client File No.:** | 19000.1224 |
| **Case Short Title:** | Delfin Biala and Wilma Biala V. GMAC Mortgage |
| **Documents:** | Notice of Demurrer and Demurrer to Complaint, Request for Judicial Notice |
| **One Legal Branch:** | Contra Costa |
| **Court:** | Superior Court of California, Contra Costa County |
| **Description:** | |

| | |
|---|---|
| COURT FILING FEE | $395.00 |
| COURT FILING SERVICE FEE | $49.95 |
| SECOND TRIP | $14.95 |

*OK to pay*
*INV: 5496818 AAG/TP*
*CK# 70371*
*7/13/12 $459.90*

| Due Date | 7/13/12 | | Total This Invoice | $459.90 |
|---|---|---|---|---|

*$395.00*

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      326887      JBS                                          September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1242 | Fetty, Frederick and Susan |
| | | GMAC Matter No.: 726842 |

**TOTAL AMOUNT DUE**          $1,376.10

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326887    JBS                                        September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1242    Fetty, Frederick and Susan
GMAC Matter No.: 726842

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| MGC | 07/30/12 | Revise letter re: stay of case. | L190 | 0.40 | 238.50 | 95.40 |
| MGC | 07/30/12 | Draft letter re: stay of case. | L190 | 0.50 | 238.50 | 119.25 |
| MGC | 07/30/12 | Strategize about letter re: stay of case. | L120 | 0.30 | 238.50 | 71.55 |
| MGC | 07/31/12 | Strategize re: approach to take with plaintiffs' counsel on default. | L120 | 0.20 | 238.50 | 47.70 |
| ERB | 08/01/12 | Attention to and analysis of Bankruptcy stay, potential releif from stay and impact on current strategy of case. | L120 | 0.50 | 279.00 | 139.50 |
| MGC | 08/01/12 | Revise letter to plaintiffs' counsel re: stay and default. | L250 | 1.10 | 238.50 | 262.35 |
| MGC | 08/01/12 | Draft email to client with updates on stay and default. | L190 | 0.30 | 238.50 | 71.55 |
| MGC | 08/01/12 | Strategize re: stay and default. | L120 | 0.20 | 238.50 | 47.70 |
| ERB | 08/02/12 | Attention to Bankrupcty issues and revisions to letter re Bankruptcy Stay to Opposing Counsel. | L120 | 0.40 | 279.00 | 111.60 |
| ERB | 08/06/12 | Attention to status and strategy and communications with client re same. | L120 | 0.10 | 279.00 | 27.90 |
| MGC | 08/06/12 | Finalize letter to plaintiffs' counsel re: bankruptcy. | L190 | 0.30 | 238.50 | 71.55 |
| MGC | 08/06/12 | Speak with plaintiffs' counsel about resolving default. | L190 | 0.20 | 238.50 | 47.70 |
| MGC | 08/08/12 | Revise notice of stay of case. | L250 | 0.50 | 238.50 | 119.25 |
| MGC | 08/13/12 | Speak with plaintiffs' counsel about default and bankruptcy. | L190 | 0.40 | 238.50 | 95.40 |
| MGC | 08/13/12 | Draft update to client. | L190 | 0.20 | 238.50 | 47.70 |
| | | **TOTAL** | | **5.60** | | **$1,376.10** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 326887 | CLIENT | GMAC ResCap | | Page | 2 |
| | | MATTER | Fetty, Frederick & Susan | | | |

## COSTS & EXPENSES

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 1.70 | $445.95 |
| L190 | Other Case Assessment | 2.30 | $548.55 |
| L250 | Other Written Motions | 1.60 | $381.60 |
| | TOTAL | 5.60 | $1,376.10 |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Buell, Edward | ERB | Associate | 1.00 | 279.00 | $279.00 |
| Cross, Michael | MGC | Associate | 4.60 | 238.50 | $1,097.10 |
| | Total | | 5.60 | | $1,376.10 |

| | | |
|---|---|---|
| PRIOR FEES | $7,227.45 | |
| PRIOR COSTS & EXPENSES | $82.64 | |

| | | |
|---|---|---|
| FEES | | $1,376.10 |
| TOTAL THIS INVOICE | | $1,376.10 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326889    JBS                                    September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
|--------|-------|-------------|
| MATTER | 1264 | Von Brincken, Shelley (3) |
| | | GMAC Matter No.: 730041 |

**TOTAL AMOUNT DUE**            **$1,268.10**

### *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      326889      JBS                                      September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter     19000 1264     Von Brincken, Shelley (3)
                          GMAC Matter No.: 730041

FOR PROFESSIONAL SERVICES RENDERED      01/01/1994      08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| MGC | 08/02/12 | Discuss nature of case and posture with AUSA. | L190 | 0.70 | 238.50 | 166.95 |
| MGC | 08/02/12 | Draft demurrer to complaint. | L210 | 2.70 | 238.50 | 643.95 |
| MGC | 08/03/12 | Begin to work on coordinating cases. | L190 | 0.40 | 238.50 | 95.40 |
| MGC | 08/03/12 | Strategize re: case consolidation. | L190 | 0.20 | 238.50 | 47.70 |
| ERB | 08/06/12 | Attention to status and strategy and communications with client re same. | L120 | 0.10 | 279.00 | 27.90 |
| MGC | 08/10/12 | Examine the status of Plaintiff's addititional claims. | L110 | 0.80 | 238.50 | 190.80 |
| MGC | 08/13/12 | Speak with co-defendants' counsel to get insight into case's posture. | L190 | 0.40 | 238.50 | 95.40 |
| | | **TOTAL** | | **5.30** | | **$1,268.10** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|--|-------|--------|
| L110 | Fact Investigation/Development | 0.80 | $190.80 |
| L120 | Analysis/Strategy | 0.10 | $27.90 |
| L190 | Other Case Assessment | 1.70 | $405.45 |
| L210 | Pleadings | 2.70 | $643.95 |
| | **TOTAL** | **5.30** | **$1,268.10** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|--|----------|-------|------|-------|
| Buell, Edward | ERB | Associate | 0.10 | 279.00 | $27.90 |
| Cross, Michael | MGC | Associate | 5.20 | 238.50 | $1,240.20 |
| | | **Total** | **5.30** | | **$1,268.10** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 326889 | CLIENT | GMAC ResCap | Page | 2 |
| | | MATTER | Von Brincken, Shelley (3) | | |

| | |
|---|---|
| PRIOR FEES | $1,056.15 |
| PRIOR COSTS & EXPENSES | $1,087.00 |

|  |  |
|---|---|
| FEES | $1,268.10 |
| **TOTAL THIS INVOICE** | **$1,268.10** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326890    JBS                                    September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1276    Robinson, Tena
                  GMAC Matter No.: 728564

**TOTAL AMOUNT DUE**          **$279.00**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      326890        JBS                                    September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter      19000  1276      Robinson, Tena
                            GMAC Matter No.: 728564

FOR PROFESSIONAL SERVICES RENDERED      01/01/1994          08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ERB | 08/06/12 | Attention to status and strategy and communications with client re same. | L120 | 0.10 | 279.00 | 27.90 |
| EXM | 08/22/12 | Communications with client and opposing counsel re sale date and approval of modification | L160 | 0.20 | 279.00 | 55.80 |
| ERB | 08/23/12 | Attention to status of loan mod review and communications with client re same. | L160 | 0.20 | 279.00 | 55.80 |
| EXM | 08/23/12 | Communications with client and opposing counsel re sale date and modification review | L160 | 0.20 | 279.00 | 55.80 |
| EXM | 08/30/12 | Draft letter to court clerk re proposed order | L210 | 0.30 | 279.00 | 83.70 |
| | | **TOTAL** | | **1.00** | | **$279.00** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.10 | $27.90 |
| L160 | Settlement/Non-Binding ADR | 0.60 | $167.40 |
| L210 | Pleadings | 0.30 | $83.70 |
| | **TOTAL** | **1.00** | **$279.00** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Buell, Edward | ERB | Associate | 0.30 | 279.00 | $83.70 |
| Manukyan, Evelina | EXM | Associate | 0.70 | 279.00 | $195.30 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 326890 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Robinson, Tena | | |

| | | | | |
|---|---|---|---|---|
| **Total** | | | **1.00** | **$279.00** |

PRIOR FEES                          $6,426.90
PRIOR COSTS & EXPENSES      $1,468.19


| | | |
|---|---|---|
| FEES | | $279.00 |
| **TOTAL THIS INVOICE** | | **$279.00** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     326891      JBS                                September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT  | 19000 | GMAC ResCap |
|---------|-------|-------------|
| MATTER  | 1284  | Liu, Ceeou Ju |
|         |       | GMAC Matter No.: 728686 |

**TOTAL AMOUNT DUE**              **$592.10**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326891    JBS                                                September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1284    Liu, Ceeou Ju
                        GMAC Matter No.: 728686

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| AAG | 08/01/12 | Communicate with T. Buell and client regarding notice of stay and position on discovery. | L310 | 0.30 | 238.50 | 71.55 |
| AAG | 08/02/12 | Communicate with plaintiff's attorney regarding discovery and notice of stay. | L310 | 0.20 | 238.50 | 47.70 |
| ERB | 08/06/12 | Attention to status and strategy and communications with client re same. | L120 | 0.10 | 279.00 | 27.90 |
| | | **TOTAL** | | **0.60** | | **$147.15** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 06/29/12 | One Legal, Inc.; Transmittal of filing to court; Demurrer, Request for Judicial Notice, Memorandum of Points  & Authorites including Court Filing Fee $395 06/11/12 | 444.95 |
| | **TOTAL COSTS & EXPENSES** | **$444.95** |

## BILLING SUMMARY

| Task Code and Description | Hours | Amount |
|---------------------------|-------|--------|
| L120    Analysis/Strategy | 0.10 | $27.90 |
| L310    Written Discovery | 0.50 | $119.25 |
| **TOTAL** | **0.60** | **$147.15** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Givental, Alisa | AAG | Associate | 0.50 | 238.50 | $119.25 |
| Buell, Edward | ERB | Associate | 0.10 | 279.00 | $27.90 |
| **Total** | | | **0.60** | | **$147.15** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326891    CLIENT    GMAC ResCap                                    Page        2
                         MATTER    Liu, Ceeou Ju

| | |
|---|---|
| PRIOR FEES | $2,796.30 |
| PRIOR COSTS & EXPENSES | $166.45 |

| | |
|---|---|
| FEES | $147.15 |
| COSTS & EXPENSES | $444.95 |
| **TOTAL THIS INVOICE** | **$592.10** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

REMIT PAYMENT TO:
One Legal LLC
504 Redwood Blvd., Suite 223
Novato, CA  94947
(800) 938-8815



SEVERSON & WERSON
ATTN:
1 Embarcadero Ctr
Suite 2600
San Francisco, CA  94111

| Cust. No.: | 0000562 |
|---|---|
| Invoice No.: | 5496284 |
| Inv. Date: | 6/11/12 |
| Due Date: | 6/26/12 |
| Total: | $444.95 |
| Terms: | Net 15 |

| INVOICE No. | |
|---|---|
| 5496284 | |
| Date: | 6/11/12 |
| Cust. No.: | 0000562 |

| Law Firm Contact: | Alisa A. Givental |
|---|---|
| Client File No.: | 8000.284 |
| Case Short Title: | Cecou Liu V. GMAC Mortgage LLC |

| Documents: | Demurrer, Request for Judicial Notice, Memorandum of Points & Authorities |
|---|---|
| One Legal Branch: | Contra Costa |
| Court: Description: | Superior Court of California, Contra Costa County |

| COURT FILING FEE | $395.00 |
|---|---|
| COURT FILING SERVICE FEE | $49.95 |

OK to pay

AAB/TP



| Due Date | 6/26/12 | Total This Invoice | $444.95 |
|---|---|---|---|

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.        326892        JBS                                                September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
|--------|-------|-------------|
| MATTER | 1288  | Olszewski, Walter |
|        |       | GMAC Matter No.: 729032 |

**TOTAL AMOUNT DUE**                    **$446.40**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      326892      JBS                                      September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter      19000  1288      Olszewski, Walter
                            GMAC Matter No.: 729032

FOR PROFESSIONAL SERVICES RENDERED      01/01/1994      08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ERB | 08/06/12 | Attention to status and strategy and communications with client re same. | L120 | 0.10 | 279.00 | 27.90 |
| ERB | 08/29/12 | Attention to amendment to complaint naming individual defendants including counsel, analysis of any potential conflicts and communications with client re same. | L210 | 1.50 | 279.00 | 418.50 |
| | | **TOTAL** | | **1.60** | | **$446.40** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.10 | $27.90 |
| L210 | Pleadings | 1.50 | $418.50 |
| | **TOTAL** | **1.60** | **$446.40** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Buell, Edward | ERB | Associate | 1.60 | 279.00 | $446.40 |
| | **Total** | | **1.60** | | **$446.40** |

|  |  |
|--|--|
| FEES | $446.40 |
| **TOTAL THIS INVOICE** | **$446.40** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

 Collaborati®

## ⚠ File Errors : 326892.TXT

View: [Only unique errors ▼]          << Return to Upload Invoices

Errors have occurred during the invoice upload process. Please check your LEDES file and try again.

| Type | Invoice | Description |
|------|---------|-------------|
| ⓘ | 326892 | CLIENT_MATTER_ID "729032" is invalid. ID must be client authorized. |

Error 1 - 1 of 1                                    Errors per page [200 ▼]

Contact Us  -  Technical Support  -  License Agreement
Copyright © 2007-2012 Mitratech Holdings, Inc. All Rights Reserved

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326893    JBS                                    September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1306    Smith, Regina
                  GMAC Matter No.: 729608

**TOTAL AMOUNT DUE**          **$1,201.95**

### *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson
**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326893    JBS                         September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1306    Smith, Regina
GMAC Matter No.: 729608

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ERB | 08/02/12 | Attention to Bankruptcy Notice of Stay and status of matter and communications with client re same. | L250 | 0.40 | 279.00 | 111.60 |
| AAG | 08/02/12 | Draft notice of bankruptcy and cover letter and communicate with T. Buell and client regarding same. | L250 | 1.60 | 238.50 | 381.60 |
| ERB | 08/03/12 | Attention to Bankruptcy issues re analysis of permitted claims and strategy re responsive pleading based on stay. | L120 | 0.40 | 279.00 | 111.60 |
| AAG | 08/03/12 | Communicate with client and T. Buell regarding revisions to notice of stay and cover letter and make revisions to same. | L250 | 1.40 | 238.50 | 333.90 |
| ERB | 08/06/12 | Attention to status and strategy and communications with client re same. | L120 | 0.10 | 279.00 | 27.90 |
| AAG | 08/06/12 | Communicate with client regarding notice of stay and cover letter and file and serve same. | L250 | 0.20 | 238.50 | 47.70 |
| AAG | 08/16/12 | Communicate with client regarding notice of stay and joinder to demurrer filings. | L210 | 0.20 | 238.50 | 47.70 |
| | | **TOTAL** | | **4.30** | | **$1,062.00** |

### COSTS & EXPENSES

| | | |
|---|---|---|
| 08/17/12 | One Legal, Inc.; Transmittal of filing to court; Notice of Joinder, Notice of Automatic Stay including Court Filing Fee $90 08/06/12 | 139.95 |

**TOTAL COSTS & EXPENSES**                **$139.95**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 326893 | CLIENT | GMAC ResCap | | Page | 2 |
|---|---|---|---|---|---|---|
| | | MATTER | Smith, Regina | | | |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | | |
|---|---|---|---|---|---|---|
| L120 | Analysis/Strategy | 0.50 | $139.50 | | | |
| L210 | Pleadings | 0.20 | $47.70 | | | |
| L250 | Other Written Motions | 3.60 | $874.80 | | | |
| | **TOTAL** | **4.30** | **$1,062.00** | | | |

| Timekeeper | | Position | | Hours | Rate | Value |
|---|---|---|---|---|---|---|
| Givental, Alisa | AAG | Associate | | 3.40 | 238.50 | $810.90 |
| Buell, Edward | ERB | Associate | | 0.90 | 279.00 | $251.10 |
| | **Total** | | | **4.30** | | **$1,062.00** |

PRIOR FEES                                      $331.20

|  |  |
|---|---|
| FEES | $1,062.00 |
| COSTS & EXPENSES | $139.95 |
| **TOTAL THIS INVOICE** | **$1,201.95** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

*19000 · 1306*

| Invoice No. | 0 | JBS | | | September 5, 2012 |
|---|---|---|---|---|---|

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1306.    Smith, Regina
GMAC Matter No.: 729608

| | FOR PROFESSIONAL SERVICES RENDERED | 01/01/1994 | | 08/31/2012 | |
|---|---|---|---|---|---|

| Atty | Date | Description | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| ERB | 08/02/12 | Attention to Bankruptcy Notice of Stay and status of matter and communications with client re same. | L250 | | 0.40 | 279.00 | 111.60 |
| AAG | 08/02/12 | Draft notice of bankruptcy and cover letter and communicate with T. Buell and client regarding same. | L250 | A103 | 1.60 | 238.50 | 381.60 |
| ERB | 08/03/12 | Attention to Bankruptcy issues re analysis of permitted claims and strategy re responsive pleading based on stay. | L120 | | 0.40 | 279.00 | 111.60 |
| AAG | 08/03/12 | Communicate with client and T. Buell regarding revisions to notice of stay and cover letter and make revisions to same. | L250 | A106 | 1.40 | 238.50 | 333.90 |
| ERB | 08/06/12 | Attention to status and strategy and communications with client re same. | L120 | | 0.10 | 279.00 | 27.90 |
| AAG | 08/06/12 | Communicate with client regarding notice of stay and cover letter and file and serve same. | L250 | | 0.20 | 238.50 | 47.70 |
| AAG | 08/16/12 | Communicate with client regarding notice of stay and joinder to demurrer filings. | L210 | A106 | 0.20 | 238.50 | 47.70 |
| | | **TOTAL** | | | **4.30** | | **$1,062.00** |

## COSTS & EXPENSES

| 08/17/12 | One Legal, Inc.; Transmittal of filing to court; Notice of Joinder, Notice of Automatic Stay including Court Filing Fee $90 08/06/12 | 139.95 | 139.95 |
|---|---|---|---|

**TOTAL COSTS & EXPENSES**                    **$139.95**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      326894      JBS                                          September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT       19000      GMAC ResCap
MATTER       1308       Ellison, Keith Edward
                        GMAC Matter No.: 729778

**TOTAL AMOUNT DUE**           $4,604.69

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326894    JBS                                    September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1308    Ellison, Keith Edward
                        GMAC Matter No.: 729778

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| JCP | 07/19/12 | Conduct Title Search and Prepare Property Profile | L190 | 0.80 | 130.50 | 104.40 |
| ERB | 08/06/12 | Attention to status and strategy and communications with client re same. | L120 | 0.10 | 279.00 | 27.90 |
| EXM | 08/21/12 | Analize plaintiff's TRO application; communications with A.Hartshorn re the same | L210 | 0.80 | 279.00 | 223.20 |
| EXM | 08/21/12 | Prepare for upcoming hearing on TRO | L450 | 2.40 | 279.00 | 669.60 |
| EXM | 08/22/12 | Prepare for and attend hearing on TRO [judge was over an hour late to the bench] | L450 | 2.00 | 279.00 | 558.00 |
| EXM | 08/22/12 | Communications with client re TRO hearing | L210 | 0.40 | 279.00 | 111.60 |
| EXM | 08/23/12 | Draft and serve on oppositng counsel the proposed order re PI request | L210 | 0.80 | 279.00 | 223.20 |
| EXM | 08/24/12 | Check with court re bond | L210 | 0.20 | 279.00 | 55.80 |
| EXM | 08/27/12 | Follow up re bond; research re status of PI schedule in case of failed TRO; client communications re the same | L210 | 1.30 | 279.00 | 362.70 |
| EXM | 08/28/12 | Draft opposition to request for preliminary injunction | L210 | 4.20 | 279.00 | 1,171.80 |
| | | **TOTAL** | | **13.00** | | **$3,508.20** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 08/10/12 | First Legal Network, LLC; Transmittal of filing to court; EDCMC- Cameron Park 7/30/12. Advance ck. $870.00 | 999.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.   326894 | CLIENT   GMAC ResCap | Page | 2 |
|---|---|---|---|
| | MATTER   Ellison, Keith Edward | | |

| | | | |
|---|---|---|---|
| 08/10/12 | Cardmember Service/Bank One (Acct #2707); Data Search; 2281 Telegraph Hill El Dorado, CA 07/19/12 | | 97.49 |
| | **TOTAL COSTS & EXPENSES** | **$1,096.49** | |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.10 | $27.90 |
| L190 | Other Case Assessment | 0.80 | $104.40 |
| L210 | Pleadings | 7.70 | $2,148.30 |
| L450 | Trial and Hearing Attendance | 4.40 | $1,227.60 |
| | **TOTAL** | **13.00** | **$3,508.20** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Buell, Edward | ERB | Associate | 0.10 | 279.00 | $27.90 |
| Manukyan, Evelina | EXM | Associate | 12.10 | 279.00 | $3,375.90 |
| Spann, Joel | JCP | Paralegal | 0.80 | 130.50 | $104.40 |
| | **Total** | | **13.00** | | **$3,508.20** |

| PRIOR FEES | $6,073.20 | | |
|---|---|---|---|
| | FEES | $3,508.20 | |
| | COSTS & EXPENSES | $1,096.49 | |
| | **TOTAL THIS INVOICE** | **$4,604.69** | |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

TAX ID# 27-3093840

SEVERSON & WERSON
1 EMBARCADERO CENTER
SUITE 2600
SAN FRANCISCO, CA 94111

BILLING QUESTIONS CALL:
BILLING DEPT(213)213-2631
PAYMENT QUESTIONS CALL:
PAYMENT DEPT(213)213-2640

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 82035 | 268336 | 7/31/12 | 44,753.12 | 35 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 7/30/12 FILING-FAX/PDF | 6820460 | FAX | SEVERSON & WERSON 1801 N. California Bl. WALNUT CREEK   CA 94596 Caller: Caroline Pfahl This needs to be fil  ed & delivered to de Signed: FILED/PDF/POUCHED | San Diego County Court 330 W Broadway SAN DIEGO   CA 92101  Ref: 11607.0002 | Base Chg   :  29.75 PDF/OvrNte:   1.50 Adv/Wit Ck:  60.00 | 91.25 |
| 7/30/12 FILING-FAX/PDF | 6820493 | FAX | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO   CA 94111 Caller: Deborah L. Case No.: 34-2010-00082189 Please advance fees. Signed: FILED | Sacramento County Court 720 9th St SACRAMENTO   CA 95814  Case Title: Scherer v. American  Please file Homewar Ref: 15288.0014 | Base Chg   :  29.75 PDF/OvrNte:  18.75 Adv/Wit Ck:  60.00 | 108.50 |
| 7/30/12 FILING-BRANCH FAX/PDF | 6820501 | BFX | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO   CA 94111 Caller: Verdia Nash Case No.: C12-00203 FILE/CONFORM/RETURN Signed: RECEIVED | CCSC-MARTINEZ 725 COURT STREET MARTINEZ   CA 94553  Case Title: FONTENO V. WELLS FAR FOLLOW UP ON ORDER Ref: 55000.0168 | Base Chg   :  71.50 | 71.50 |
| 7/30/12 FILING-BRANCH FAX/PDF | 6820530 | BFX | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO   CA 94111 Caller: ANGELA L. EURE Case No.: PC20120346 FILE/CONFORM/RETURN Signed: FILED | EDCMC-CAMERON PARK 3321 CAMERON PARK DRIVE CAMERON PARK   CA 95682  Case Title: SELLISSON V HSBC  Ref: 19000.1308 | Base Chg   :  90.75 PDF/OvrNte:  38.25 Adv/Wit Ck: 870.00 | 999.00 |
| 7/30/12 FILING-BRANCH FAX/PDF | 6820539 | BFX | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO   CA 94111 Caller: Isabel Kunst Case No.: 39 2012 00283069 FILE/CONFORM/RETURN Signed: FILED | SJMC-STOCKTON 222 EAST WEBER AVENUE STOCKTON   CA 95202  Case Title: plascencia   v bear  Ref: 550000.0357 | Base Chg   :  48.25 PDF/OvrNte:  39.75 Adv/Wit Ck: 1305.00 | 1,393.00 |
| 7/30/12 FILING-BRANCH FAX/PDF | 6820548 | BFX | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO   CA 94111 Caller: Imelda Hernandez Case No.: CIV512936 Signed: FILED | San Mateo County Court 400 County Center Dr REDWOOD CITY   CA 94063  Case Title: Esquivel v. U.S. Ban Ref: 70000.0750 | Base Chg   :  57.50 | 57.50 |
| | | | | | | Continued |

## INVOICE PAYMENT DUE UPON RECEIPT

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326895    JBS                                     September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1313 | Maciel, Martha and Antonio |
| | | GMAC Matter No.: 729795 |

**TOTAL AMOUNT DUE**          $2,791.89

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326895    JBS                                    September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1313    Maciel, Martha and Antonio
                        GMAC Matter No.: 729795

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ERB | 08/02/12 | Review and revise motion to dismiss complaint. | L210 | 1.00 | 279.00 | 279.00 |
| MKK | 08/02/12 | Meet with T. Buell regarding motion to dismiss. | L210 | 0.30 | 225.00 | 67.50 |
| MKK | 08/02/12 | Review T. Buell's comments to motion to dismiss. | L210 | 0.30 | 225.00 | 67.50 |
| MKK | 08/02/12 | Legal research in preparation of revising motion to dismiss. | L210 | 0.80 | 225.00 | 180.00 |
| MKK | 08/02/12 | Proofread and revise motion to dismiss. | L210 | 1.20 | 225.00 | 270.00 |
| MKK | 08/03/12 | Draft and proofread request for judicial notice (.4); review and revise motion to dismiss (.8). | L210 | 1.20 | 225.00 | 270.00 |
| ERB | 08/06/12 | Attention to Bankruptcy issues and drafting of Notice of Stay documents. | L250 | 0.40 | 279.00 | 111.60 |
| ERB | 08/06/12 | Attention to status and strategy and communications with client re same. | L120 | 0.10 | 279.00 | 27.90 |
| MKK | 08/06/12 | Review and revise motion to dismiss (.9); revise request for judicial notice (.2). | L210 | 1.10 | 225.00 | 247.50 |
| MKK | 08/07/12 | Draft cover letter for notice of bankruptcy. | L210 | 0.30 | 225.00 | 67.50 |
| MKK | 08/08/12 | Review and revise Notice of Bankruptcy and cover letter to opposing counsel regarding Notice of Bankruptcy. | L210 | 0.20 | 225.00 | 45.00 |
| ERB | 08/13/12 | Attention to Plaintiff's request for additional time to respond to Motion to Dismiss based on family emergency and review stipulations re same. | L210 | 0.30 | 279.00 | 83.70 |
| MKK | 08/13/12 | Review and analyze docket in | L210 | 0.30 | 225.00 | 67.50 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 326895 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Maciel, Martha & Antonio | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | preparation of agreeing to plaintiff's stipulation to extend response time. | | | | |
| MKK | 08/14/12 | Draft and revise case management conference statement. | L210 | 0.90 | 225.00 | 202.50 |
| MKK | 08/14/12 | Email opposing counsel regarding filing of joint case management statement (.2); leave voicemail for opposing counsel regarding filing of joint case management statement. | L210 | 0.30 | 225.00 | 67.50 |
| MKK | 08/14/12 | Review local rules regarding filing of case management statement. | L210 | 0.30 | 225.00 | 67.50 |
| MKK | 08/15/12 | Review order regarding extension of case management conference (.1); calendar new case management conference (.1). | L210 | 0.20 | 225.00 | 45.00 |
| ERB | 08/20/12 | analysis of claims and strategie re potential resolution options including potential modification review as means of resolving action. | L120 | 0.40 | 279.00 | 111.60 |
| MKK | 08/20/12 | Leave voice message with opposing counsel regarding of submission of loan modification review packate (.1); Phone call with opposing counsel regarding possible settlement of case (.2) | L160 | 0.30 | 225.00 | 67.50 |
| MKK | 08/20/12 | Draft and revise email to client regarding possibility of a loan modification review for Plaintiffs. | L160 | 0.20 | 225.00 | 45.00 |
| ERB | 08/21/12 | Analysis and strategy re resolution options and communications with client re same. | L160 | 0.40 | 279.00 | 111.60 |
| MKK | 08/21/12 | Draft emails to client regarding possibility of loan modification review (.2); phone call with opposing counsel regarding potential loan modification review (.2). | L160 | 0.40 | 225.00 | 90.00 |
| MKK | 08/21/12 | Review and analyze orders and stipulations to determine case deadlines. | L210 | 0.20 | 225.00 | 45.00 |
| MKK | 08/22/12 | Email opposing counsel regarding qualified written request (.2); email opposing counsel regarding loan modification application (.1). | L160 | 0.30 | 225.00 | 67.50 |
| | | **TOTAL** | | **11.40** | | **$2,705.40** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 326895 | CLIENT | GMAC ResCap | | Page | 3 |
|---|---|---|---|---|---|---|
| | | MATTER | Maciel, Martha & Antonio | | | |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 08/10/12 | Cardmember Service/Bank One (Acct #2707); Data Search; 3082 Sulphur Spring Court Santa Clara, CA 07/26/12 | 86.49 |
| | **TOTAL COSTS & EXPENSES** | **$86.49** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.50 | $139.50 |
| L160 | Settlement/Non-Binding ADR | 1.60 | $381.60 |
| L210 | Pleadings | 8.90 | $2,072.70 |
| L250 | Other Written Motions | 0.40 | $111.60 |
| | **TOTAL** | **11.40** | **$2,705.40** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Buell, Edward | ERB | Associate | 2.60 | 279.00 | $725.40 |
| Kamka, Mary Kate | MKK | Special Counsel | 8.80 | 225.00 | $1,980.00 |
| | **Total** | | **11.40** | | **$2,705.40** |

PRIOR FEES                           $4,139.20

| | |
|---|---|
| FEES | $2,705.40 |
| COSTS & EXPENSES | $86.49 |
| **TOTAL THIS INVOICE** | **$2,791.89** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     326896     JBS                                    September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1317 | Von Brincken, Shelley (3) |
| | | GMAC Matter No.: 730041 |

**TOTAL AMOUNT DUE**          **$390.60**

### *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326896    JBS

September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1317    Von Brincken, Shelley (3)
GMAC Matter No.: 730041

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ERB | 08/03/12 | Attention to multple active related filings, strategize re handling and potential consolidation of all matters and communications with client re same. | L120 | 0.60 | 279.00 | 167.40 |
| ERB | 08/06/12 | Attention to status and strategy and communications with client re same. | L120 | 0.10 | 279.00 | 27.90 |
| ERB | 08/09/12 | Review and analysis fo amended complaint and strategize re response. | L210 | 0.70 | 279.00 | 195.30 |
| | | **TOTAL** | | **1.40** | | **$390.60** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.70 | $195.30 |
| L210 | Pleadings | 0.70 | $195.30 |
| | **TOTAL** | **1.40** | **$390.60** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Buell, Edward | ERB | Associate | 1.40 | 279.00 | $390.60 |
| | **Total** | | **1.40** | | **$390.60** |

PRIOR FEES    $1,073.70
PRIOR COSTS & EXPENSES    $156.00

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 326896 | CLIENT | GMAC ResCap | | Page | 2 |
| --- | --- | --- | --- | --- | --- | --- |
| | | MATTER | Von Brincken, Shelley (3) | | | |

|  | FEES | $390.60 |
| --- | --- | --- |
| **TOTAL THIS INVOICE** | | **$390.60** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326897    JBS                                           September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1324     Benson, Burton and Eric
                   GMAC Matter No.: 729873

**TOTAL AMOUNT DUE**          **$409.50**

### *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      326897      JBS                                    September 19, 2012

GMAC Mortgage, LLC
  Attn: Natasha I. Campbell
  1100 Virginia Drive
  Fort Washington, PA 19006

Matter      19000 1324      Benson, Burton and Eric
                            GMAC Matter No.: 729873

FOR PROFESSIONAL SERVICES RENDERED      01/01/1994          08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| CJM | 08/06/12 | Analyze docket in criminal matter re possible filing of notice of seizure (.6), draft email to AUSA re stipulation for lien priority (.2). | L190 | 0.80 | 238.50 | 190.80 |
| ERB | 08/06/12 | Attention to status and strategy and communications with client re same. | L120 | 0.10 | 279.00 | 27.90 |
| CJM | 08/07/12 | Draft email to AUSA D. Countryman re lien priority stipulation (.5), draft email to client (.3). | A107 | 0.80 | 238.50 | 190.80 |
| | | **TOTAL** | | **1.70** | | **$409.50** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|--|-------|--------|
| A107 | Communicate-oth csl | 0.80 | $190.80 |
| L120 | Analysis/Strategy | 0.10 | $27.90 |
| L190 | Other Case Assessment | 0.80 | $190.80 |
| | **TOTAL** | **1.70** | **$409.50** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|--|----------|-------|------|-------|
| McTigue, Casey | CJM | Associate | 1.60 | 238.50 | $381.60 |
| Buell, Edward | ERB | Associate | 0.10 | 279.00 | $27.90 |
| | **Total** | | **1.70** | | **$409.50** |

PRIOR FEES                              $1,452.15

                              FEES          $409.50

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| | | | | | |
|---|---|---|---|---|---|
| Invoice No. | 326897 | CLIENT | GMAC ResCap | Page | 2 |
| | | MATTER | Benson, Burton & Eric | | |

**TOTAL THIS INVOICE**                    **$409.50**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      326898      JBS                                        September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1325 | Miller, Joan Frances |
| | | GMAC Matter No.: 730093 |

**TOTAL AMOUNT DUE**          $372.54

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326898    JBS                                         September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  1325    Miller, Joan Frances
                         GMAC Matter No.: 730093

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ERB | 08/06/12 | Attention to status and strategy and communications with client re same. | L120 | 0.10 | 279.00 | 27.90 |
| ERB | 08/27/12 | Review file and docket in preparation for hearing -- discover dismissal of case by Plaintiff and communications with client re same. | L220 | 0.40 | 279.00 | 111.60 |
| | | **TOTAL** | | **0.50** | | **$139.50** |

### COSTS & EXPENSES

| | | |
|---|---|---|
| 08/10/12 | First Legal Network, LLC; Transmittal of filing to court; CCSC- Martinez 7/26/12 | 106.50 |
| 08/10/12 | First Legal Network, LLC; Transmittal of filing to court; CCSC- Martinez 7/27/12 | 83.50 |
| 08/10/12 | Cardmember Service/Bank One (Acct #2707); Data Search; 118 Via Mantilla Contra Costa, CA 07/06/12 | 43.04 |

**TOTAL COSTS & EXPENSES**        **$233.04**

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | | |
|------|------|-------|--------|---|---|---|
| L120 | Analysis/Strategy | 0.10 | $27.90 | | | |
| L220 | Preliminary Injunctions/Provis | 0.40 | $111.60 | | | |
| | **TOTAL** | **0.50** | **$139.50** | | | |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Buell, Edward | ERB | Associate | 0.50 | 279.00 | $139.50 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. 326898 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|
| | MATTER | Miller, Joan Frances | | |

|  | **Total** | **0.50** | **$139.50** |
|---|---|---|---|

PRIOR FEES                                        $370.35

|  |  |
|---|---|
| FEES | $139.50 |
| COSTS & EXPENSES | $233.04 |
| **TOTAL THIS INVOICE** | **$372.54** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# INVOICE

| Invoice No. | Customer No. |
|---|---|
| 268336 | 82035 |
| Invoice Date | Total Due |
| 7/31/12 | 44,753.12 |

LOS ANGELES, CA 90084-4250

TAX ID# 27-3093840

SEVERSON & WERSON
1 EMBARCADERO CENTER
SUITE 2600
SAN FRANCISCO, CA 94111

BILLING QUESTIONS CALL:
BILLING DEPT (213) 213-2631
PAYMENT QUESTIONS CALL:
PAYMENT DEPT (213) 213-2640

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 82035 | 268336 | 7/31/12 | 44,753.12 | 29 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 7/26/12<br>FILING-FAX/PDF | 6819635 | FAX | SEVERSON & WERSON<br>1 EMBARCADERO CENTER<br>SAN FRANCISCO   CA 94111<br>Caller: Isabel Kunst<br>Case No.: 109CV155505<br>FILE/CONFORM/RETURN<br>Signed: FILED | SCSC-SAN JOSE<br>191 NORTH 1ST STREET<br>SAN JOSE    CA 95113<br><br>Case Title: ALTON V GMAC<br><br>Ref: 19000.0156 | Base Chg  :    29.75 | 29.75 |
| 7/26/12<br>FILING-FAX/PDF | 6819641 | FAX | SEVERSON & WERSON<br>1 EMBARCADERO CENTER<br>SAN FRANCISCO   CA 94111<br>Caller: Doris Corpus   Wait: 15 Min<br>Case No.: CGC12518925<br>FILE/CONFORM/RETURN<br>Signed: filed/cc to dpet 610 | SFSC-SAN FRANCISCO<br>400 MCALLISTER STREET<br>SAN FRANCISCO    CA 94102<br><br>Case Title: MARKARIAN V SHREE JA<br>CC TO DPET 610<br>Ref: 11975-0013 | Base Chg  :    29.75 | 29.75 |
| 7/26/12<br>DROP SERVE-REGULAR | 6819649 | RDS | SEVERSON & WERSON<br>1 EMBARCADERO CENTER<br>SAN FRANCISCO   CA 94111<br>Caller: Theresa V. Henry<br>DAVID A. FIRESTONE<br>Signed: NATALIE MURILLO | VOGL MEREDITH BURKE LLP<br>456 MONTGOMERY STREET<br>SAN FRANCISCO    CA 94104<br><br>LIZA C. MILANES<br>Ref: 07465.0271 | Base Chg  :    19.00 | 19.00 |
| 7/26/12<br>DROP SERVE-REGULAR | 6819653 | RDS | SEVERSON & WERSON<br>1 EMBARCADERO CENTER<br>SAN FRANCISCO   CA 94111<br>Caller: Theresa V. Henry<br>Signed: CAROL STOUFFER | LAW OFFICES OF BRIAN MCCLELLAN<br>505 14TH STREET<br>OAKLAND    CA 94612<br><br>Ref: 07465.0271 | Base Chg  :    52.00 | 52.00 |
| 7/26/12<br>FILING-FAX/PDF | 6819661 | FAX | SEVERSON & WERSON<br>1 EMBARCADERO CENTER<br>SAN FRANCISCO   CA 94111<br>Caller: Sylvia Coleman   Wait: 25 Min<br>Case No.: bc464367<br>FILE/CONFORM/RETURN<br>Signed: FILED/ DEL CC | LASC-LOS ANGELES<br>111 NORTH HILL STREET<br>LOS ANGELES    CA 90012<br><br>Case Title: ABED-STEPHEN V GMC M<br>COURTESY COPY TO JDG<br>Ref: 19000.0017 | Base Chg  :    29.75<br>Adv/Wit Ck:   650.00 | 679.75 |
| 7/26/12<br>FILING-BRANCH FAX/PDF | 6819665 | BFX | SEVERSON & WERSON<br>1 EMBARCADERO CENTER<br>SAN FRANCISCO   CA 94111<br>Caller: Clair Romell<br>Case No.: C12-04136<br>nk you.<br>Signed: REJECTED | CCSC-MARTINEZ<br>725 COURT STREET<br>MARTINEZ    CA 94553<br><br>Case Title: Miller v. JP Morgan<br><br>Ref: 19000.1325 | Base Chg  :   106.50 | 106.50 |
|  |  |  |  |  |  | Continued |

# INVOICE PAYMENT DUE UPON RECEIPT

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326899    JBS                                        September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
|--------|-------|-------------|
| MATTER | 1329 | Arthur, Ronald and Brenda |
| | | GMAC Matter No.: 730214 |

**TOTAL AMOUNT DUE**          **$1,847.98**

### *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326899    JBS                              September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1329    Arthur, Ronald and Brenda
                        GMAC Matter No.: 730214

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ACS | 07/30/12 | Analyze plaintiffs' bankruptcy dismissal status & impact on claims | L190 | 0.30 | 288.00 | 86.40 |
| ACS | 07/30/12 | Revise demurrer to complaint | L240 | 0.60 | 288.00 | 172.80 |
| ACS | 08/02/12 | Revise demurrer to complaint | L240 | 1.60 | 288.00 | 460.80 |
| ACS | 08/03/12 | Prepare demurrer to complaint | L240 | 1.30 | 288.00 | 374.40 |
| ERB | 08/06/12 | Attention to status and strategy and communications with client re same. | L120 | 0.10 | 279.00 | 27.90 |
| ACS | 08/07/12 | Phone call with counsel for Quality Loan Service re: case status, demurrer | L190 | 0.30 | 288.00 | 86.40 |
| ACS | 08/12/12 | E-mail communication with counsel for Quality Loan Service re: case status, demurrer | L190 | 0.30 | 288.00 | 86.40 |
| ERB | 08/16/12 | Communications with client re status based on Bankruptcy issues. | L120 | 0.20 | 279.00 | 55.80 |
| ACS | 08/27/12 | Prepare draft notice of bankruptcy and effect of automatic stay | L190 | 0.50 | 288.00 | 144.00 |
| ERB | 08/29/12 | Analysis of Bankruptcy Stay and determination of permitted and stayed claims. | L120 | 0.50 | 279.00 | 139.50 |
| | | **TOTAL** | | **5.70** | | **$1,634.40** |

### COSTS & EXPENSES

| | | | |
|---|---|---|---|
| 08/10/12 | Cardmember Service/Bank One (Acct #2707); Data Search; 813 Fleming Avenue, Santa Clara, CA 07/17/12 | | 117.29 |
| 08/10/12 | Cardmember Service/Bank One (Acct #2707); Data Search; 813 Fleming Avenue, Santa | | 18.29 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 326899 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Arthur, Ronald & Brenda | | |

Clara, CA 07/10/12

| 08/14/12 | CourtCall, LLC; CourtCall - Conference Service; 09/13/12 | 78.00 |
|---|---|---|
| | **TOTAL COSTS & EXPENSES** | **$213.58** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.80 | $223.20 |
| L190 | Other Case Assessment | 1.40 | $403.20 |
| L240 | Dispositive Motions | 3.50 | $1,008.00 |
| | **TOTAL** | **5.70** | **$1,634.40** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Sears, Alex | ACS | Associate | 4.90 | 288.00 | $1,411.20 |
| Buell, Edward | ERB | Associate | 0.80 | 279.00 | $223.20 |
| | **Total** | | **5.70** | | **$1,634.40** |

PRIOR FEES                          $3,273.30

| | FEES | $1,634.40 |
|---|---|---|
| | COSTS & EXPENSES | $213.58 |
| | **TOTAL THIS INVOICE** | **$1,847.98** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

rem.severson        7/10/2012
rem.severson        7/10/2012    Document    2008.000000599116
rem.severson        7/10/2012    Document    2007.00000014455
rem.severson        7/10/2012    10080703 Incl Doc: 2009.814366
$ 0.00

Subtotal    $113.44

### Reference #: 19000.1329 rrf

| Property Search: | 813 Fleming Avenue, SANTA CLARA, CA    APN: 601-40-087 | | |
|---|---|---|---|
| rem.severson | 7/17/2012 | Voluntary Lien Search | $ 8.39 |
| rem.severson | 7/17/2012 | Document  00002715212 | $ 4.95 |
| rem.severson | 7/17/2012 | Document  16990126 | $ 4.95 |
| rem.severson | 7/17/2012 | Document  000016990127 | $ 4.95 |
| rem.severson | 7/17/2012 | Document  12417997 | $ 4.95 |
| rem.severson | 7/17/2012 | Document  19863864 | $ 4.95 |
| rem.severson | 7/17/2012 | Document  000019199266 | $ 4.95 |
| rem.severson | 7/17/2012 | Document  000018630940 | $ 4.95 |
| rem.severson | 7/17/2012 | Document  000021581943 | $ 4.95 |
| rem.severson | 7/17/2012 | Document  000021568871 | $ 4.95 |
| rem.severson | 7/17/2012 | Document  19273332 | $ 4.95 |
| rem.severson | 7/17/2012 | Document  000019863865 | $ 4.95 |
| rem.severson | 7/17/2012 | Document  000019863863 | $ 4.95 |
| rem.severson | 7/17/2012 | Document  000021739110 | $ 4.95 |
| rem.severson | 7/17/2012 | Document  19863866 | $ 4.95 |
| rem.severson | 7/17/2012 | Document  000019199265 | $ 4.95 |
| rem.severson | 7/17/2012 | Document  14174826 | $ 4.95 |
| rem.severson | 7/17/2012 | Document  14883495 | $ 4.95 |
| rem.severson | 7/17/2012 | Document  000019878945 | $ 4.95 |
| rem.severson | 7/17/2012 | Document  18569425 | $ 4.95 |
| rem.severson | 7/17/2012 | Document  19199264 | $ 4.95 |
| rem.severson | 7/17/2012 | Document  000019243182 | $ 4.95 |
| rem.severson | 7/17/2012 | Document  000015912059 | $ 4.95 |

Subtotal    $117.29

### Reference #: 19000.1329

| Property Search: | 813 FLEMING AVENUE, SANTA CLARA, CA   APN: 601-40-087 | | |
|---|---|---|---|
| rem.severson | 7/10/2012 | Voluntary Lien Search | $ 8.39 |
| rem.severson | 7/10/2012 | Document  000019863865 | $ 4.95 |
| rem.severson | 7/10/2012 | Document  000021568871 | $ 4.95 |

Subtotal    $18.29

### Reference #: 19000.1327 - ljt

| Property Search: | 1772 Welsh Drive RIVERSIDE, CA  APN: 436-501-025 | | |
|---|---|---|---|
| rem.severson | 7/14/2012 | Involuntary Lien Report | $ 20.90 |
| rem.severson | 7/14/2012 | Voluntary Lien Search | $ 8.39 |
| rem.severson | 7/14/2012 | Document  2005.977566 | $ 4.95 |
| rem.severson | 7/14/2012 | Document  2007.000000234906 | $ 4.95 |
| rem.severson | 7/14/2012 | Document  2005.000000977568 | $ 4.95 |
| rem.severson | 7/14/2012 | Document  2007.000000288010 | $ 4.95 |
| rem.severson | 7/14/2012 | Document  2007.000000311318 | $ 4.95 |
| rem.severson | 7/14/2012 | Document  2007.234905 | $ 4.95 |

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326900    JBS                                    September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
|--------|-------|-------------|
| MATTER | 1339 | Stanton, Gary Josef |
| | | GMAC Matter No.: 730521 |

**TOTAL AMOUNT DUE**          $1,993.50

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326900    JBS                                    September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1339    Stanton, Gary Josef
GMAC Matter No.: 730521

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ERB | 08/06/12 | Attention to status and strategy and communications with client re same. | L120 | 0.10 | 279.00 | 27.90 |
| MXS | 08/08/12 | Researched status of modification application of Plaintiff | L240 | 0.30 | 216.00 | 64.80 |
| MXS | 08/14/12 | Drafted demurrer to complaint. | L240 | 2.40 | 216.00 | 518.40 |
| MXS | 08/15/12 | E-mailed with client regarding case assignment and initial strategy suggestions. | L120 | 0.40 | 216.00 | 86.40 |
| MXS | 08/15/12 | Drafted and edited demurrer and MPA. | L240 | 3.10 | 216.00 | 669.60 |
| MXS | 08/16/12 | Edited demurrer and drafted accompanying documents, prepared all for filing. | L240 | 1.00 | 216.00 | 216.00 |
| MXS | 08/17/12 | Edited demurrer and accompanying documents, filed. | L240 | 0.70 | 216.00 | 151.20 |
| MXS | 08/20/12 | E-mailed with client re additional documents needed to conduct modification review. | L160 | 0.30 | 216.00 | 64.80 |
| MXS | 08/20/12 | Spoke with pro per plaintiff J. Stanton re additional documents needed for modification review. | L160 | 0.40 | 216.00 | 86.40 |
| MXS | 08/29/12 | E-mailed with client re borrower's failure to submit mod docs. | L160 | 0.40 | 216.00 | 86.40 |
| MXS | 08/29/12 | Left voicemail for plaintiff. | L160 | 0.10 | 216.00 | 21.60 |
| | | **TOTAL** | | **9.20** | | **$1,993.50** |

## COSTS & EXPENSES

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 326900 | CLIENT | GMAC ResCap | | Page | 2 |
| | | MATTER | Stanton, Gary Josef | | | |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | | |
|---|---|---|---|---|---|---|
| L120 | Analysis/Strategy | 0.50 | $114.30 | | | |
| L160 | Settlement/Non-Binding ADR | 1.20 | $259.20 | | | |
| L240 | Dispositive Motions | 7.50 | $1,620.00 | | | |
| | **TOTAL** | **9.20** | **$1,993.50** | | | |

| Timekeeper | | Position | | Hours | Rate | Value |
|---|---|---|---|---|---|---|
| Buell, Edward | ERB | Associate | | 0.10 | 279.00 | $27.90 |
| Schindler, Maria | MXS | Associate | | 9.10 | 216.00 | $1,965.60 |
| | Total | | | **9.20** | | **$1,993.50** |

PRIOR FEES                          $489.15

| | | | FEES | $1,993.50 |
|---|---|---|---|---|
| | | | **TOTAL THIS INVOICE** | **$1,993.50** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      326901      JBS                                September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     19000     GMAC ResCap
MATTER     1341      Phal & McCay (Lucich)
                     GMAC Matter No.: 730663

**TOTAL AMOUNT DUE**              **$708.62**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326901    JBS                                        September 19, 2012

GMAC Mortgage, LLC

Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1341    Phal & McCay (Lucich)
                        GMAC Matter No.: 730663

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|------|-------|------|--------|
| HRJ | 08/03/12 | Review and analyze complaint re preparation of recommendation. | L110 | 0.50 | 306.00 | 153.00 |
| HRJ | 08/03/12 | Telephone conference with plaintiff's counsel re case status and claims. | L110 | 0.20 | 306.00 | 61.20 |
| HRJ | 08/03/12 | Draft status report to C. DiCicco | L110 | 0.20 | 306.00 | 61.20 |
| HRJ | 08/03/12 | Review and analyze on-line court docket and title history re preparation of recomendation. | L110 | 0.80 | 306.00 | 244.80 |
| ERB | 08/06/12 | Attention to status and strategy and communications with client re same. | L120 | 0.10 | 279.00 | 27.90 |
| HRJ | 08/07/12 | Review and analyze request for dismissal. | L110 | 0.20 | 306.00 | 61.20 |
| | | **TOTAL** | | **2.00** | | **$609.30** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 08/10/12 | Cardmember Service/Bank One (Acct #2707); Data Search; 2101 Rexford Way Santa Clara, CA 07/24/12 | 99.32 |

**TOTAL COSTS & EXPENSES**                    **$99.32**

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|------|------|-------|--------|
| L110 | Fact Investigation/Development | 1.90 | $581.40 |
| L120 | Analysis/Strategy | 0.10 | $27.90 |
| | **TOTAL** | **2.00** | **$609.30** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 326901 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Phal & McCay (Lucich) | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Buell, Edward | ERB | Associate | 0.10 | 279.00 | $27.90 |
| Jones, Harold R. | HRJ | Associate | 1.90 | 306.00 | $581.40 |
| | **Total** | | **2.00** | | **$609.30** |

PRIOR FEES                              $1,042.20

| | | |
|---|---|---|
| FEES | | $609.30 |
| COSTS & EXPENSES | | $99.32 |
| **TOTAL THIS INVOICE** | | **$708.62** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326902    JBS                          September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1350    Teang, Srey
                  GMAC Matter No.: 731340

**TOTAL AMOUNT DUE**          **$5,821.65**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326902    JBS                                    September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1350    Teang, Srey
GMAC Matter No.: 731340

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ERB | 08/07/12 | Initial review and analysis of complaint. | L120 | 1.00 | 279.00 | 279.00 |
| CHR | 08/08/12 | 1350 Telephone call to Plaintiff's Counsel re seeking extension to respond. | L190 | 0.10 | 130.50 | 13.05 |
| CHR | 08/08/12 | Prepare Confirmation of Receipt to Client. Review Initial Correspondence and Pleadings. Review Court Docket and Download additional pleadings. Review Title re recorded Lis Pendens. Prepare Conflicts Request and Calendaring Memo. | L190 | 0.40 | 130.50 | 52.20 |
| EMR | 08/17/12 | Initial analysis of Plaintiffs' complaint and claims. | L210 | 1.20 | 306.00 | 367.20 |
| EMR | 08/17/12 | Prepare recommendation to client regarding initial response to complaint. | L210 | 1.10 | 306.00 | 336.60 |
| EMR | 08/22/12 | Review docket and plaintiff's response to court's order to show cause/ | L120 | 0.20 | 306.00 | 61.20 |
| EMR | 08/22/12 | Prepare notice of motion and motion to dismiss for lack of standing, improper venue and/or failure to state any claim, or alternatively for transfer of venue. | L240 | 1.80 | 306.00 | 550.80 |
| EMR | 08/22/12 | Prepare memorandum of points and authorities in support of motion to dismiss for lack of standing, improper venue and/or failure to state any claim, or alternatively for transfer of venue. | L240 | 6.80 | 306.00 | 2,080.80 |
| EMR | 08/22/12 | Call and e-mail to opposing counsel to meet and confer about motion to dismiss for lack of standing, improper venue and/or failure to state any claim, | L240 | 0.20 | 306.00 | 61.20 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | | | | | | |
|---|---|---|---|---|---|---|
| Invoice No. | 326902 | CLIENT | GMAC ResCap | | Page | 2 |
| | | MATTER | Teang, Srey | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | or alternatively for transfer of venue, as required by local rules. | | | | |
| EMR | 08/22/12 | E-mail to J. Hoy re draft motion to dismiss for lack of standing, improper venue and/or failure to state any claim, or alternatively for transfer of venue, as required by local rules. | L120 | 0.20 | 306.00 | 61.20 |
| KPL | 08/23/12 | Prepare RJN exhibits for EMR. | L140 | 1.20 | 76.50 | 91.80 |
| EMR | 08/23/12 | Further meet and confer e-mail to opposing counsel re motion to dismiss for lack of standing, improper venue and/or failure to state any claim, or alternatively for transfer of venue, as required by local rules. | L240 | 0.10 | 306.00 | 30.60 |
| EMR | 08/23/12 | Prepare request for judicial notice in support of motion to dismiss or transfer venue. | L240 | 0.80 | 306.00 | 244.80 |
| EMR | 08/23/12 | Prepare notice of motion and motion to dismiss or transfer venue. | L240 | 0.60 | 306.00 | 183.60 |
| EMR | 08/23/12 | Complete memorandum of points and authorities in support of  motion to dismiss or transfer venue. | L240 | 3.60 | 306.00 | 1,101.60 |
| EMR | 08/24/12 | E-mail to J. Hoy re filed motion to dismiss or alternatively to transfer venue. | L240 | 0.10 | 306.00 | 30.60 |
| EMR | 08/24/12 | Prepare notice of lodging of proposed order. | L240 | 0.30 | 306.00 | 91.80 |
| EMR | 08/24/12 | Prepare proposed order granting motion to dismiss, or alternatively transferring venue. | L240 | 0.30 | 306.00 | 91.80 |
| EMR | 08/29/12 | Review court's order setting initial scheduling conference. | L230 | 0.10 | 306.00 | 30.60 |
| EMR | 08/31/12 | Review and respond to e-mail communications from J. Hoy regarding notice of bankruptcy stay and re status. | L250 | 0.20 | 306.00 | 61.20 |
| | | **TOTAL** | | **20.30** | | **$5,821.65** |

# COSTS & EXPENSES

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.    326902 | CLIENT | GMAC ResCap | Page | 3 |
|---|---|---|---|---|
| | MATTER | Teang, Srey | | |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 1.40 | $401.40 |
| L140 | Document/File Management | 1.20 | $91.80 |
| L190 | Other Case Assessment | 0.50 | $65.25 |
| L210 | Pleadings | 2.30 | $703.80 |
| L230 | Court Mandated Conferences | 0.10 | $30.60 |
| L240 | Dispositive Motions | 14.60 | $4,467.60 |
| L250 | Other Written Motions | 0.20 | $61.20 |
| | **TOTAL** | **20.30** | **$5,821.65** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Rommell, Clair | CHR | Paralegal | 0.50 | 130.50 | $65.25 |
| Roman, Eleanor | EMR | Special Counsel | 17.60 | 306.00 | $5,385.60 |
| Buell, Edward | ERB | Associate | 1.00 | 279.00 | $279.00 |
| Lee, Kristina | KPL | Legal Assistant | 1.20 | 76.50 | $91.80 |
| | **Total** | | **20.30** | | **$5,821.65** |

| | | | | FEES | $5,821.65 |
|---|---|---|---|---|---|
| | | | **TOTAL THIS INVOICE** | | **$5,821.65** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326903    JBS

September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1352 | Reilly, Suthiporn |
| | | GMAC Matter No.: 731145 |

**TOTAL AMOUNT DUE**        **$331.20**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326903    JBS                                    September 19, 2012

GMAC Mortgage, LLC

Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1352    Reilly, Suthiporn
                        GMAC Matter No.: 731145

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| CHR | 08/08/12 | Prepare Confirmation of Receipt to Client. Review Initial Correspondence and Pleadings. Review Court Docket and Download additional pleadings. Review Title re recorded Lis Pendens. Prepare Conflicts Request and Calendaring Memo. | L190 | 0.40 | 130.50 | 52.20 |
| ERB | 08/10/12 | Initial review and analysis of complaint. | L120 | 1.00 | 279.00 | 279.00 |
| | | **TOTAL** | | **1.40** | | **$331.20** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | | |
|---------------------------|---|-------|--------|---|---|---|
| L120 | Analysis/Strategy | 1.00 | $279.00 | | | |
| L190 | Other Case Assessment | 0.40 | $52.20 | | | |
| | **TOTAL** | **1.40** | **$331.20** | | | |
| **Timekeeper** | | **Position** | | **Hours** | **Rate** | **Value** |
| Rommell, Clair | CHR | Paralegal | | 0.40 | 130.50 | $52.20 |
| Buell, Edward | ERB | Associate | | 1.00 | 279.00 | $279.00 |
| | **Total** | | | **1.40** | | **$331.20** |
| | | | FEES | | | $331.20 |
| | | **TOTAL THIS INVOICE** | | | | **$331.20** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326904    JBS                                September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1353    Robles, Francisco
GMAC Matter No.: 731391

**TOTAL AMOUNT DUE**            $580.95

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     326904     JBS                                September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter     19000 1353     Robles, Francisco
                          GMAC Matter No.: 731391

FOR PROFESSIONAL SERVICES RENDERED     01/01/1994        08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| CHR | 08/08/12 | Prepare Confirmation of Receipt to Client. Review Initial Correspondence and Pleadings. Review Court Docket and Download additional pleadings. Review Title re recorded Lis Pendens. Prepare Conflicts Request and Calendaring Memo. | L190 | 0.40 | 130.50 | 52.20 |
| ERB | 08/10/12 | Initial review and analysis of complaint. | L120 | 1.00 | 279.00 | 279.00 |
| MKK | 08/21/12 | Leave voicemail for opposing counsel regarding service of complaint and response deadline (.1); Email opposing counsel regarding service of complaint and response deadline (.1); Phone call with opposing counsel regarding service of complaint and response deadline (.1). | L210 | 0.30 | 225.00 | 67.50 |
| MKK | 08/22/12 | Read complaint. | L110 | 0.30 | 225.00 | 67.50 |
| KPL | 08/24/12 | Prepare title chronology for property on complaint. | L110 | 1.50 | 76.50 | 114.75 |
| | | **TOTAL** | | 3.50 | | **$580.95** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|---|-------|--------|
| L110 | Fact Investigation/Development | 1.80 | $182.25 |
| L120 | Analysis/Strategy | 1.00 | $279.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.   326904 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|
| | MATTER | Robles, Francisco | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| L190 | Other Case Assessment | | 0.40 | $52.20 | | |
| L210 | Pleadings | | 0.30 | $67.50 | | |
| | **TOTAL** | | **3.50** | **$580.95** | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Rommell, Clair | CHR | Paralegal | 0.40 | 130.50 | $52.20 |
| Buell, Edward | ERB | Associate | 1.00 | 279.00 | $279.00 |
| Lee, Kristina | KPL | Legal Assistant | 1.50 | 76.50 | $114.75 |
| Kamka, Mary Kate | MKK | Special Counsel | 0.60 | 225.00 | $135.00 |
| | **Total** | | **3.50** | | **$580.95** |

|  |  |  |
|---|---|---|
| | FEES | $580.95 |
| **TOTAL THIS INVOICE** | | **$580.95** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326905    JBS                                September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1356    Cooper, Kathleen E. (III)
                  GMAC Matter No.: 731871

**TOTAL AMOUNT DUE**          $6,198.75

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     326905     JBS                               September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter     19000 1356     Cooper, Kathleen E. (III)
GMAC Matter No.: 731871

FOR PROFESSIONAL SERVICES RENDERED     01/01/1994          08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ERB | 08/10/12 | Initial review and analysis of complaint. | L120 | 1.00 | 279.00 | 279.00 |
| ERB | 08/16/12 | Communications with E. Manukyan re handling matter and attention to potential sanctions issues based on past filings by same plaintiff. | L120 | 0.30 | 279.00 | 83.70 |
| EXM | 08/16/12 | Strategize the upcoming PI hearing | L210 | 0.30 | 279.00 | 83.70 |
| EXM | 08/17/12 | Review application for preliminary injunction; review previously filed complaint and responsive pleadingsl; review title documents; conduct analysis re proper defendnats; outline opposition | L210 | 5.40 | 279.00 | 1,506.60 |
| EXM | 08/19/12 | Draft opposition to plaintiff's request for preliminary injunction | L210 | 7.10 | 279.00 | 1,980.90 |
| BJJ | 08/20/12 | Obtain copies of newly recorded title documents | L190 | 0.50 | 130.50 | 65.25 |
| BJJ | 08/20/12 | Draft Request for Judical Notice in Support of Demurrer and gather all exhibits for new Cooper Matter #19000.1356. | L190 | 3.50 | 130.50 | 456.75 |
| EXM | 08/20/12 | Draft and file opposition to plaintiff's request for preliminary injunction | L210 | 3.30 | 279.00 | 920.70 |
| ERB | 08/22/12 | Attention to tentative ruling on preliminary injunction and strategize re potential motion for sanctions and options to collect previous sanctions awards against counsel. | L210 | 0.40 | 279.00 | 111.60 |
| EXM | 08/22/12 | Communications with opposing counsel re opposition to PI request | L210 | 0.20 | 279.00 | 55.80 |
| EXM | 08/22/12 | Communications with co-defendants' | L210 | 0.20 | 279.00 | 55.80 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 326905 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Cooper, Kathleen E. (III) | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | counsel re upcoming PI hearing (law firm of Reilly Pozner) | | | | | |
| EXM | 08/22/12 | Check tentative ruling; communications with client re the same | L210 | 0.50 | 279.00 | | 139.50 |
| EXM | 08/23/12 | Research re dissolution of TRO following denial on PI request (.5) ; draft proposed ordre denying PI application | L210 | 1.00 | 279.00 | | 279.00 |
| EXM | 08/24/12 | Communications with C.Durling re representation of Lehman Brothers, BK stay | L210 | 0.20 | 279.00 | | 55.80 |
| EXM | 08/27/12 | Draft letter to opposing counsel re PI | L210 | 0.40 | 279.00 | | 111.60 |
| CHR | 08/30/12 | Prepare service request re obtain docket, proofs of service, if any. | L190 | 0.10 | 130.50 | | 13.05 |
| | | **TOTAL** | | **24.40** | | | **$6,198.75** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | | |
|---|---|---|---|---|---|---|
| L120 | Analysis/Strategy | 1.30 | $362.70 | | | |
| L190 | Other Case Assessment | 4.10 | $535.05 | | | |
| L210 | Pleadings | 19.00 | $5,301.00 | | | |
| | **TOTAL** | **24.40** | **$6,198.75** | | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Johnson, Betty | BJJ | Paralegal | 4.00 | 130.50 | $522.00 |
| Rommell, Clair | CHR | Paralegal | 0.10 | 130.50 | $13.05 |
| Buell, Edward | ERB | Associate | 1.70 | 279.00 | $474.30 |
| Manukyan, Evelina | EXM | Associate | 18.60 | 279.00 | $5,189.40 |
| | **Total** | | **24.40** | | **$6,198.75** |

| | | | | FEES | $6,198.75 |
|---|---|---|---|---|---|
| | | | **TOTAL THIS INVOICE** | | **$6,198.75** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     326906     JBS                                         September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     19000     GMAC ResCap
MATTER     1362      Naidu, Satyanadan and Rampiyami
                     GMAC Matter No.: 731605

**TOTAL AMOUNT DUE**          **$1,460.70**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      326906      JBS                                                    September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter      19000 1362      Naidu, Satyanadan and Rampiyami
GMAC Matter No.: 731605

FOR PROFESSIONAL SERVICES RENDERED      01/01/1994      08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ERB | 08/18/12 | Initial review and analysis of complaint. | L120 | 1.00 | 279.00 | 279.00 |
| CHR | 08/20/12 | Prepare Confirmation of Receipt to Client. Review Initial Correspondence and Pleadings. Review Court Docket and Download additional pleadings. Review Title re recorded Lis Pendens. Prepare Conflicts Request and Calendaring Memo. | L190 | 0.40 | 130.50 | 52.20 |
| JBS | 08/21/12 | Analysis and evaluation of potential claim to recover funds | L120 | 0.40 | 427.50 | 171.00 |
| AAG | 08/21/12 | Review client file and communicate with T. Buell regarding same. | L110 | 0.70 | 238.50 | 166.95 |
| ERB | 08/24/12 | Analysis of title history and facts and strategize re potential claims for recovery. | L120 | 0.70 | 279.00 | 195.30 |
| RRF | 08/27/12 | Obtain 18 title docs & prepare property profile. | L110 | 1.90 | 112.50 | 213.75 |
| RRF | 08/28/12 | Investigate whether the Naidus's are listed on title docs in any of the neighboring counties including: Napa, SF, Yolo, Santa Clara, Sacramento, Sonoma, Contra Costa and a few other counties. | L110 | 1.00 | 112.50 | 112.50 |
| RRF | 08/28/12 | Analyze foreclosure documents for possible discrepancies with non-judicial foreclosure statutes. | L110 | 1.60 | 112.50 | 180.00 |
| RRF | 08/28/12 | Investigate Mr. Naidu's business. | L110 | 0.80 | 112.50 | 90.00 |
| | | **TOTAL** | | **8.50** | | **$1,460.70** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| | | | | | |
|---|---|---|---|---|---|
| Invoice No.    326906 | CLIENT | GMAC ResCap | | Page | 2 |
| | MATTER | Naidu, Satyanadan & Rampiyami | | | |

### COSTS & EXPENSES

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 6.00 | $763.20 |
| L120 | Analysis/Strategy | 2.10 | $645.30 |
| L190 | Other Case Assessment | 0.40 | $52.20 |
| | **TOTAL** | **8.50** | **$1,460.70** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Givental, Alisa | AAG | Associate | 0.70 | 238.50 | $166.95 |
| Rommell, Clair | CHR | Paralegal | 0.40 | 130.50 | $52.20 |
| Buell, Edward | ERB | Associate | 1.70 | 279.00 | $474.30 |
| Sullivan, John | JBS | Member | 0.40 | 427.50 | $171.00 |
| Firoozabadi, Rozie | RRF | Paralegal | 5.30 | 112.50 | $596.25 |
| | **Total** | | **8.50** | | **$1,460.70** |

|  | | |
|---|---|---|
| FEES | | $1,460.70 |
| **TOTAL THIS INVOICE** | | **$1,460.70** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326908    JBS                                          September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1369 | Volz, Marc and Laura |
| | | GMAC Matter No.: 731849 |

**TOTAL AMOUNT DUE**            **$459.45**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | | | |
|---|---|---|---|
| Invoice No. | 326908 | JBS | September 19, 2012 |

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1369    Volz, Marc and Laura
GMAC Matter No.: 731849

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| JBS | 08/23/12 | Analysis and evaluation of complaint and defense strategy | L120 | 0.30 | 427.50 | 128.25 |
| ERB | 08/23/12 | Initial review and analysis of complaint. | L120 | 1.00 | 279.00 | 279.00 |
| CHR | 08/24/12 | 1369  Prepare Confirmation of Receipt to Client. Review Initial Correspondence and Pleadings. Review Court Docket and Download additional pleadings. Review Title re recorded Lis Pendens. Prepare Conflicts Request and Calendaring Memo. | L190 | 0.40 | 130.50 | 52.20 |
| | | **TOTAL** | | **1.70** | | **$459.45** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 1.30 | $407.25 |
| L190 | Other Case Assessment | 0.40 | $52.20 |
| | **TOTAL** | **1.70** | **$459.45** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Rommell, Clair | CHR | Paralegal | 0.40 | 130.50 | $52.20 |
| Buell, Edward | ERB | Associate | 1.00 | 279.00 | $279.00 |
| Sullivan, John | JBS | Member | 0.30 | 427.50 | $128.25 |
| | **Total** | | **1.70** | | **$459.45** |

| | | |
|---|---|---|
| | FEES | $459.45 |
| | **TOTAL THIS INVOICE** | **$459.45** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327120    JBS

September 21, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1014 | Villapando, Christine L. |
| | | C/M# 716898 |

**TOTAL AMOUNT DUE**          $1,102.50

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327120    JBS                                    September 21, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  1014    Villapando, Christine L.
C/M# 716898

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| PG | 08/01/12 | Review email from client re: submission of revised bankruptcy notice. | L210 | 0.20 | 247.50 | 49.50 |
| PG | 08/08/12 | Telephone call with Counsel for Cross-Complainant, Tiempo Escrow, re: status of stay of case and whether court-ordered settlement conference will go forward. | L160 | 0.30 | 247.50 | 74.25 |
| PG | 08/13/12 | Legal analysis and strategizing with S. Hankins re: appearance at status of bankruptcy hearing. | L120 | 0.30 | 247.50 | 74.25 |
| SMH | 08/16/12 | Attention to A. Alpers correspondence re status conference on GMAC bankruptcy. | L190 | 0.20 | 333.00 | 66.60 |
| SMH | 08/16/12 | Attention to Garcia correspondence re Garcia. | L160 | 0.20 | 333.00 | 66.60 |
| PG | 08/16/12 | Legal analysis and strategizing with S. Hankins re: appearing at bankruptcy status conference and hearing re: completion of mediation. | L120 | 0.30 | 247.50 | 74.25 |
| SMH | 08/23/12 | Appear telephonically at status conference. | L230 | 0.60 | 333.00 | 199.80 |
| SMH | 08/23/12 | Review correspondence of opposing counsel, proposed stipulation. | L210 | 0.20 | 333.00 | 66.60 |
| SMH | 08/23/12 | Execute stipulation and return with cover email. | L210 | 0.20 | 333.00 | 66.60 |
| PG | 08/23/12 | Exchange of emails with all counsel re: results of bankruptcy status conference and legal analysis and strategizing with S. Hankins re: same. | L120 | 0.30 | 247.50 | 74.25 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 327120 | CLIENT | GMAC ResCap | | | | Page | 2 |
|---|---|---|---|---|---|---|---|---|
| | | MATTER | Villapando, Christine L. | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| SMH | 08/24/12 | Attention to D. Elwell's correspondence and requested changes to stipulation. | L210 | | 0.20 | 333.00 | 66.60 |
| PG | 08/28/12 | Exchange of emails with all Counsel re: possibility of stipulating to continue mediation status conference. | L210 | | 0.20 | 247.50 | 49.50 |
| PG | 08/28/12 | Legal analysis and strategizing with S. Hankins re: my appearance at mediation status conference on September 5. | L230 | | 0.30 | 247.50 | 74.25 |
| PG | 08/31/12 | Review mediation status conference statement submitted by Springdale Marina. | L210 | | 0.20 | 247.50 | 49.50 |
| | | **TOTAL** | | | **3.70** | | **$1,052.55** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 08/15/12 | One Legal, Inc.; Transmittal of filing to court; Amended Notice of Bankruptcy 08/03/12 | 49.95 |
| | **TOTAL COSTS & EXPENSES** | **$49.95** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.90 | $222.75 |
| L160 | Settlement/Non-Binding ADR | 0.50 | $140.85 |
| L190 | Other Case Assessment | 0.20 | $66.60 |
| L210 | Pleadings | 1.20 | $348.30 |
| L230 | Court Mandated Conferences | 0.90 | $274.05 |
| | **TOTAL** | **3.70** | **$1,052.55** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Grammatico, Paul | PG | Associate | 2.10 | 247.50 | $519.75 |
| Hankins, Suzanne | SMH | Member | 1.60 | 333.00 | $532.80 |
| | **Total** | | **3.70** | | **$1,052.55** |

| | | |
|---|---|---|
| PRIOR FEES | $26,302.50 | |
| PRIOR COSTS & EXPENSES | $1,397.40 | |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| | | | | |
|---|---|---|---|---|
| Invoice No. | 327120 | CLIENT | GMAC ResCap | Page 3 |
| | | MATTER | Villapando, Christine L. | |

|  | |
|---|---|
| FEES | $1,052.55 |
| COSTS & EXPENSES | $49.95 |
| **TOTAL THIS INVOICE** | **$1,102.50** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.   327121   JBS                                    September 21, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000   GMAC ResCap
MATTER    1021    Silva, Arthur and Kimberly
                  GMAC Matter No.: 717257

**TOTAL AMOUNT DUE**          $1,865.70

### *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327121    JBS                                         September 21, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1021    Silva, Arthur and Kimberly
GMAC Matter No.: 717257

FOR PROFESSIONAL SERVICES RENDERED         01/01/1994          08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MJE | 08/14/12 | Review of entire file and status of case in preparation for demurrer hearing | L240 | 1.50 | 279.00 | 418.50 |
| MJE | 08/14/12 | Exchange of emails with co-defendant B. Blechschmidt re Plaintiff's strategy and hearings | L120 | 0.30 | 279.00 | 83.70 |
| MJE | 08/15/12 | Update status of property and exchange of emails for counsel for Zephyr B, Blechsmidt per review of Court's docket re consolidation of cases. | L110 | 1.40 | 279.00 | 390.60 |
| LJT | 08/20/12 | Research title records re current status of title, review grant deed to new owner and first deed of trust and update title chronology re same. | L110 | 0.40 | 130.50 | 52.20 |
| MJE | 08/20/12 | Prepare declaration required by Court regarding meet and confer with Plaintiff prior to demurrer hearing; review of argument re same | L250 | 1.20 | 279.00 | 334.80 |
| MJE | 08/21/12 | Review of file and phone call with Plaintiff regarding hearing and his filing of an amended complaint | L110 | 0.60 | 279.00 | 167.40 |
| MJE | 08/21/12 | Review of all previous filings and pre-consolidated cases to determine strategy for dealing with Plaintiff's amended complaint | L120 | 1.50 | 279.00 | 418.50 |
| | | **TOTAL** | | **6.90** | | **$1,865.70** |

## COSTS & EXPENSES

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 327121 | CLIENT | GMAC ResCap | | | Page | 2 |
| | | MATTER | Silva, Arthur & Kimberly | | | | |

## BILLING SUMMARY

**Task Code and Description**

| | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 2.40 | $610.20 |
| L120 | Analysis/Strategy | 1.80 | $502.20 |
| L240 | Dispositive Motions | 1.50 | $418.50 |
| L250 | Other Written Motions | 1.20 | $334.80 |
| | **TOTAL** | **6.90** | **$1,865.70** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Tarwater, Linda | LJT | Paralegal | 0.40 | 130.50 | $52.20 |
| Esposito, Matthew | MJE | Associate | 6.50 | 279.00 | $1,813.50 |
| | **Total** | | **6.90** | | **$1,865.70** |

| PRIOR FEES | $5,828.40 |
|---|---|
| PRIOR COSTS & EXPENSES | $803.81 |

| | FEES | $1,865.70 |
|---|---|---|
| **TOTAL THIS INVOICE** | | **$1,865.70** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327122    JBS                                September 21, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1036    Trust Holding (Aqueduct Trust)
                  GMAC Matter No.: 718103

**TOTAL AMOUNT DUE**            **$198.00**

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.   327122   JBS                                    September 21, 2012


GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter   19000  1036   Trust Holding (Aqueduct Trust)
GMAC Matter No.: 718103


FOR PROFESSIONAL SERVICES RENDERED        01/01/1994        08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| PG | 07/06/12 | Exchange of emails with Counsel for Chapter 7 Trustee re: possible dismissal of ETS. | L160 | 0.20 | 247.50 | 49.50 |
| PG | 07/07/12 | Draft email to Counsel for Chapter 7 Trustee re: ETS should be dismissed. | L160 | 0.20 | 247.50 | 49.50 |
| PG | 07/13/12 | Review notice of continued bankruptcy status conference. | L210 | 0.20 | 247.50 | 49.50 |
| PG | 08/09/12 | Exchange of emails with Counsel for chapter 7 trustee re: status of removal to bankruptcy Court. | L210 | 0.20 | 247.50 | 49.50 |
| | | **TOTAL** | | **0.80** | | **$198.00** |


## COSTS & EXPENSES


## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|---|-------|--------|
| L160 | Settlement/Non-Binding ADR | 0.40 | $99.00 |
| L210 | Pleadings | 0.40 | $99.00 |
| | **TOTAL** | **0.80** | **$198.00** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Grammatico, Paul | PG | Associate | 0.80 | 247.50 | $198.00 |
| | **Total** | | **0.80** | | **$198.00** |

| PRIOR FEES | $5,976.90 |
|------------|-----------|
| PRIOR COSTS & EXPENSES | $894.38 |


Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | | | | |
|---|---|---|---|---|
| Invoice No. | 327122 | CLIENT | GMAC ResCap | Page 2 |
| | | MATTER | Trust Holding (Aqueduct Trust) | |

|  |  |
|---|---|
| FEES | $198.00 |
| **TOTAL THIS INVOICE** | **$198.00** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327123    JBS                                       September 21, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1051    Nemour, Heather A.
                  C/M# 718273


**TOTAL AMOUNT DUE**              **$1,899.05**


### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327123    JBS                                September 21, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  1051    Nemour, Heather A.
C/M# 718273

FOR PROFESSIONAL SERVICES RENDERED        01/01/1994        08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MJE | 08/01/12 | Exchange of emails with counsel for MERS regarding status of signed order | L140 | 0.30 | 279.00 | 83.70 |
| MJE | 08/13/12 | Phone call to Court regarding status of executed judgment and review of docket re same | L140 | 0.30 | 279.00 | 83.70 |
| MJE | 08/22/12 | Phone call from K. Priore re call from James Clayton regarding subpoena and sale of REO property. | L110 | 0.30 | 279.00 | 83.70 |
| MJE | 08/22/12 | Review of documents delivered by K. Priore including subpoena re original records. | L110 | 0.30 | 279.00 | 83.70 |
| MJE | 08/23/12 | Receipt and review of email from K. Priore attaching message from J. Clayton re subpoena and REO sale. | L140 | 0.30 | 279.00 | 83.70 |
| MJE | 08/23/12 | Research re language re professional responsibility re direct client contact | L110 | 0.40 | 279.00 | 111.60 |
| MJE | 08/23/12 | Draft and revision of letter to J. Clayton regarding demand to cease client contact and issue re subpoenas while bankruptcy is in place. | L430 | 1.20 | 279.00 | 334.80 |
| MJE | 08/24/12 | Finalized letter to Plaintiff's counsel and sent by email and mail. | L140 | 0.40 | 279.00 | 111.60 |
| MJE | 08/24/12 | Receipt and review of Nemour judgment and delivery to K. Lee at MERS, K. Priore, A. Bourland from Greenpoint; filing of same. | L140 | 0.60 | 279.00 | 167.40 |
| MJE | 08/27/12 | Exchange of multiple emails with K. Priore re communications with counsel for Nemour and assertions made by him. | L140 | 0.40 | 279.00 | 111.60 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 327123 | CLIENT | GMAC ResCap | | | | Page | 2 |
|---|---|---|---|---|---|---|---|---|
| | | MATTER | Nemour, Heather A. | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| MJE | 08/27/12 | Receipt and review of lengthy email from J. Clayton re issuance of subpoena and stay of bankruptcy and draft of reply email discussing notice of stay | L140 | | 1.20 | 279.00 | 334.80 |
| MJE | 08/29/12 | Receipt and review of email and attachment from J. Clayton re stipulation to withdraw previously posted bond and review file re previous orders re same. | L140 | | 0.60 | 279.00 | 167.40 |
| MJE | 08/31/12 | Receipt and review and exchange of email with James Clayton re bond and stipulation signed re Preliminary Injunction | L140 | | 0.40 | 279.00 | 111.60 |
| | | **TOTAL** | | | **6.70** | | **$1,869.30** |

### COSTS & EXPENSES

| | | |
|---|---|---|
| 07/27/12 | First Legal Network, LLC; Transmittal of filing to court; San Diego County Court, CA 07/10/12 | 29.75 |
| | **TOTAL COSTS & EXPENSES** | **$29.75** |

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 1.00 | $279.00 |
| L140 | Document/File Management | 4.50 | $1,255.50 |
| L430 | Written Motions/Submissions | 1.20 | $334.80 |
| | **TOTAL** | **6.70** | **$1,869.30** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Esposito, Matthew | MJE | Associate | 6.70 | 279.00 | $1,869.30 |
| | **Total** | | **6.70** | | **$1,869.30** |

| | | |
|---|---|---|
| PRIOR FEES | $26,164.35 | |
| PRIOR COSTS & EXPENSES | $3,211.54 | |

| | | |
|---|---|---|
| FEES | $1,869.30 |
| COSTS & EXPENSES | $29.75 |
| **TOTAL THIS INVOICE** | **$1,899.05** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
` (415) 398-3344

TAX ID 94-2774518

Invoice No.    327124    JBS                                September 21, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1074    Smith, Tia
GMAC Matter No.: 719188

**TOTAL AMOUNT DUE**          $7,422.75

***\*\*\* REMITTANCE COPY \*\*\****
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327124    JBS                                                September 21, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1074    Smith, Tia
GMAC Matter No.: 719188

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| DL | 08/02/12 | Analyze Aurora's demand for expert witness exchange and strategy re same. | L430 | 0.20 | 288.00 | 57.60 |
| DL | 08/06/12 | Exchange correspondence with mediator re status of litigation and advising court of clients' bankruptcy status. | L160 | 0.20 | 288.00 | 57.60 |
| DL | 08/09/12 | Analyze parties' stipulation to continue trial date, exchange correspondence with Aurora's counsel re same; and prepare correspondence to client re same. | L430 | 0.30 | 288.00 | 86.40 |
| DL | 08/09/12 | Exchange correspondence with mediator and Aurora's counsel re order to continue mediation completion date. | L160 | 0.10 | 288.00 | 28.80 |
| DL | 08/10/12 | Analyze Aurora's opposition to plaintiff's motion for reconsideration. | L430 | 0.20 | 288.00 | 57.60 |
| DL | 08/10/12 | Analyze Aurora's first set of form and special interrogatories, document requests and requests for admissions to plaintiff. | L310 | 0.40 | 288.00 | 115.20 |
| DL | 08/10/12 | Analyze Aurora's notice of deposition of plaintiff; strategy re GMAC entities participating in deposition pending bankruptcy status. | L330 | 0.30 | 288.00 | 86.40 |
| SMH | 08/13/12 | Attention to deposition scheduling by co-defendant, impact of bankruptcy re appearance, evaluate same. | L190 | 0.30 | 333.00 | 99.90 |
| DHC | 08/13/12 | Conference with David Liu re conducting discovery effect of ResCap bankruptcy on litigation. | L120 | 0.50 | 337.50 | 168.75 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.   327124      CLIENT   GMAC ResCap                          Page      2
                          MATTER   Smith, Tia

| | | | | | | |
|---|---|---|---|---|---|---|
| DL | 08/13/12 | Strategy re attending plaintiff's deposition while clients are in bankruptcy. | L330 | 0.40 | 288.00 | 115.20 |
| SMH | 08/14/12 | Attention to notice of deposition. | L330 | 0.20 | 333.00 | 66.60 |
| DL | 08/14/12 | Exchange correspondence with Aurora's counsel re status of trial date and setting of plaintiff's deposition. | L330 | 0.20 | 288.00 | 57.60 |
| SMH | 08/16/12 | Telephone conversation with T. Smith re ex parte notice re requested trial continuance. | L250 | 0.20 | 333.00 | 66.60 |
| SMH | 08/16/12 | Telephone conversation with T. Smith re ex parte notice re requested trial continuance. | L230 | 0.20 | 333.00 | 66.60 |
| SMH | 08/21/12 | Attention to plaintiff's renewed ex parte application for trial continuance, pending motion for reconsideration. | L210 | 0.20 | 333.00 | 66.60 |
| JHT | 08/21/12 | Prepared for Hearing on Plaintiff's Ex Parte Application to Continue Trial (Covering for David Liu). | L190 | 0.50 | 238.50 | 119.25 |
| JHT | 08/21/12 | Prepared for Hearing on Plaintiff's Motion for Reconsideration. (Covering for David Liu). | L210 | 0.70 | 238.50 | 166.95 |
| JHT | 08/21/12 | Prepared for Hearing on Plaintiff's Motion for Reconsideration. (Covering for David Liu). | L210 | 0.40 | 238.50 | 95.40 |
| JHT | 08/22/12 | Appeared at Hearings on Plaintiff's (1) Motion for Reconsideration; (2) Motion for Leave to File TAC; and (3) Ex Parte Application fo Continue Trial. | L210 | 3.80 | 238.50 | 906.30 |
| JHT | 08/22/12 | Provided Updated to David Liu Re. Results on Hearing on Plaintiff's (1) Motion for Reconsideration; (2) Motion for Leave to File TAC; and (3) Ex Parte Application to Continue Trial. | L190 | 0.20 | 238.50 | 47.70 |
| SMH | 08/24/12 | Attention to court's minute order on motion for reconsideration. | L210 | 0.20 | 333.00 | 66.60 |
| SMH | 08/27/12 | Attention to deposition of plaintiff. | L330 | 0.10 | 333.00 | 33.30 |
| SMH | 08/27/12 | Attention to deposition scheduling of plaintiff. | L330 | 0.20 | 333.00 | 66.60 |
| DL | 08/27/12 | Exchange correspondence with Aurora re setting of plaintiff's deposition. | L330 | 0.20 | 288.00 | 57.60 |
| DL | 08/28/12 | Exchange correspondence with Aurora's counsel re result of mediation | L160 | 0.20 | 288.00 | 57.60 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 327124 | CLIENT | GMAC ResCap | | | Page | 3 |
| | | MATTER | Smith, Tia | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | with plaintiff. | | | | | |
| DL | 08/28/12 | Strategy re preparing for deposition of plaintiff. | L330 | 0.40 | 288.00 | | 115.20 |
| DL | 08/28/12 | Analyze notice of ruling re denial of stipulation to continue trial date. | L190 | 0.10 | 288.00 | | 28.80 |
| DL | 08/29/12 | Analyze Aurora's demurrer to second amended complaint. | L430 | 0.30 | 288.00 | | 86.40 |
| DL | 08/29/12 | Prepare deposition outline for plaintiff's deposition, assemble exhibits and review 200-page complaint to prepare outline. | L330 | 3.30 | 288.00 | | 950.40 |
| DL | 08/30/12 | Travel to and attend deposition of plaintiff Tia Smith. | L330 | 11.60 | 288.00 | | 3,340.80 |
| DL | 08/31/12 | Exchange correspondence with parties re Aurora's ex parte to shorten time on its demurrer. | L190 | 0.20 | 288.00 | | 57.60 |
| DL | 08/31/12 | Prepare case update for client on master chart. | L190 | 0.10 | 288.00 | | 28.80 |
| | | **TOTAL** | | **26.40** | | | **$7,422.75** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.50 | $168.75 |
| L160 | Settlement/Non-Binding ADR | 0.50 | $144.00 |
| L190 | Other Case Assessment | 1.40 | $382.05 |
| L210 | Pleadings | 5.30 | $1,301.85 |
| L230 | Court Mandated Conferences | 0.20 | $66.60 |
| L250 | Other Written Motions | 0.20 | $66.60 |
| L310 | Written Discovery | 0.40 | $115.20 |
| L330 | Depositions | 16.90 | $4,889.70 |
| L430 | Written Motions/Submissions | 1.00 | $288.00 |
| | **TOTAL** | **26.40** | **$7,422.75** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Cram, Donald | DHC | Member | 0.50 | 337.50 | $168.75 |
| Liu, David | DL | Associate | 18.70 | 288.00 | $5,385.60 |
| Tuffaha, Joe | JHT | Associate | 5.60 | 238.50 | $1,335.60 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 327124 | CLIENT | GMAC ResCap | | | Page | 4 |
| | | MATTER | Smith, Tia | | | | |

| Hankins, Suzanne | SMH | Member | | 1.60 | 333.00 | $532.80 |
| | **Total** | | | **26.40** | | **$7,422.75** |

| PRIOR FEES | $21,313.80 |
| PRIOR COSTS & EXPENSES | $3,697.75 |

| | FEES | $7,422.75 |
| **TOTAL THIS INVOICE** | | **$7,422.75** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      327125      JBS                                                September 21, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000      GMAC ResCap
MATTER      1101       Yuasa, Sherri
                       C/M# 720122

**TOTAL AMOUNT DUE**                    **$471.60**

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327125    JBS                                        September 21, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1101    Yuasa, Sherri
                        C/M# 720122

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| KWF | 08/01/12 | Prepare amended notice of bankruptcy. | L210 | 0.30 | 270.00 | 81.00 |
| KWF | 08/01/12 | Prepare draft letter to Plaintiff's counsel, R. Chang, re: amended notice of bankruptcy. | L120 | 0.50 | 270.00 | 135.00 |
| SMH | 08/02/12 | Attention to amended bankruptcy notice. | L210 | 0.20 | 333.00 | 66.60 |
| KWF | 08/02/12 | Prepare email to client, J. Holtgren, re: amended notice of BK and letter to Plaintiff's counsel re: final supplemental order. | L190 | 0.30 | 270.00 | 81.00 |
| KWF | 08/27/12 | Analyze file status, prepare email to Plaintiff's counsel re: voluntary dismissal. | L120 | 0.40 | 270.00 | 108.00 |
| | | **TOTAL** | | **1.70** | | **$471.60** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.90 | $243.00 |
| L190 | Other Case Assessment | 0.30 | $81.00 |
| L210 | Pleadings | 0.50 | $147.60 |
| | **TOTAL** | **1.70** | **$471.60** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Franich, Kerry | KWF | Associate | 1.50 | 270.00 | $405.00 |
| Hankins, Suzanne | SMH | Member | 0.20 | 333.00 | $66.60 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 327125 | CLIENT | GMAC ResCap | Page | 2 |
| | | MATTER | Yuasa, Sherri | | |

| | | | |
|---|---|---|---|
| **Total** | | **1.70** | **$471.60** |

PRIOR FEES                           $14,146.20
PRIOR COSTS & EXPENSES        $1,207.84

| | |
|---|---|
| FEES | $471.60 |
| **TOTAL THIS INVOICE** | **$471.60** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327126    JBS                                September 21, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     19000    GMAC ResCap
MATTER     1113     Guo, Yong X.
                    GMAC Matter No.: 720229

**TOTAL AMOUNT DUE**              **$210.79**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327126    JBS                                September 21, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1113    Guo, Yong X.
                        GMAC Matter No.: 720229

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2012

| Atty | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| | | **TOTAL** | **0.00** | | **$0.00** |

### COSTS & EXPENSES

| Date | Description | Amount |
|------|-------------|--------|
| 08/01/12 | CourtCall, LLC; CourtCall - Conference Service; 11/13/12 | 78.00 |
| 08/02/12 | One Legal, Inc.; Transmittal of filing to court; Notice of Ruling re Def. GMAC's Demurrer to Pl's SAC 06/27/12 | 60.70 |
| 08/03/12 | One Legal, Inc.; Transmittal of filing to court; Def. GMAC's Answer to Pl's TAC 07/25/12 | 63.70 |
| 08/10/12 | Cardmember Service/Bank One (Acct #2707); Data Search; 2333 South Cota Avenue Riverside, CA 92882 07/17/12 | 8.39 |

**TOTAL COSTS & EXPENSES**                          **$210.79**

### BILLING SUMMARY

|  | TOTAL | 0.00 | $0.00 | | |
|--|-------|------|-------|--|--|

| Timekeeper | Position | Hours | Rate | Value |
|------------|----------|-------|------|-------|
| | Total | 0.00 | | $0.00 |

PRIOR FEES                    $18,278.10
PRIOR COSTS & EXPENSES        $995.21

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 327126 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Guo, Yong X. | | |

|  |  |
|---|---|
| COSTS & EXPENSES | $210.79 |
| **TOTAL THIS INVOICE** | **$210.79** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327127    JBS                                   September 21, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     19000    GMAC ResCap
MATTER     1116     Escalera, Raul and Ronda
                    GMAC Matter No.: 720882

**TOTAL AMOUNT DUE**              **$324.00**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327127    JBS                                    September 21, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1116    Escalera, Raul and Ronda
                        GMAC Matter No.: 720882

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| KWF | 08/02/12 | Prepare email to client, Christy Hancock, advising of status and inquiry re: subordination and file closing. | L120 | 0.50 | 270.00 | 135.00 |
| KWF | 08/27/12 | Prepare response to client, C. Hancock, re: status of HELOC and bankruptcy. | L120 | 0.40 | 270.00 | 108.00 |
| KWF | 08/30/12 | Prepare letter to D. Cochran re: file closing and lien priority dispute. | L120 | 0.30 | 270.00 | 81.00 |
| | | **TOTAL** | | **1.20** | | **$324.00** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | |
|---------------------------|---|-------|--------|---|---|
| L120    Analysis/Strategy | | 1.20 | $324.00 | | |
| **TOTAL** | | **1.20** | **$324.00** | | |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Franich, Kerry | KWF | Associate | 1.20 | 270.00 | $324.00 |
| **Total** | | | **1.20** | | **$324.00** |

PRIOR FEES                          $1,763.10
PRIOR COSTS & EXPENSES              $108.28

|  | FEES | $324.00 |
|--|------|---------|
|  | **TOTAL THIS INVOICE** | **$324.00** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| | | | | | |
|---|---|---|---|---|---|
| Invoice No. | 327127 | CLIENT | GMAC ResCap | Page | 2 |
| | | MATTER | Escalera, Raul & Ronda | | |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327128    JBS                                September 21, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     19000    GMAC ResCap
MATTER     1120    Manuel, Aubrey
                   GMAC Matter No.: 721026

**TOTAL AMOUNT DUE**              **$258.75**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson
**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | | |
|---|---|---|
| Invoice No.    327128    JBS | | September 21, 2012 |

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  1120    Manuel, Aubrey
GMAC Matter No.: 721026

FOR PROFESSIONAL SERVICES RENDERED        01/01/1994        08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| YS | 08/21/12 | Receipt, review and analysis of plaintiff's notice of appeal | L120 | 0.10 | 238.50 | 23.85 |
| MEH | 08/27/12 | Review/analyze initial appellate documents (notice of appeal, civil case information statement). | L510 | 0.50 | 261.00 | 130.50 |
| MEH | 08/27/12 | Review case file for upcoming deadlines and to determine status of bankruptcy stay. | L510 | 0.40 | 261.00 | 104.40 |
| | | **TOTAL** | | **1.00** | | **$258.75** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | | |
|---|---|---|---|---|---|---|
| L120 | Analysis/Strategy | 0.10 | $23.85 | | | |
| L510 | Appellate Motions & Submission | 0.90 | $234.90 | | | |
| | **TOTAL** | **1.00** | **$258.75** | | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Holt, M. Elizabeth | MEH | Associate | 0.90 | 261.00 | $234.90 |
| Shaham, Yaron | YS | Special Counsel | 0.10 | 238.50 | $23.85 |
| | **Total** | | **1.00** | | **$258.75** |

PRIOR FEES                        $16,013.70
PRIOR COSTS & EXPENSES            $2,392.98

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.   327128      CLIENT   GMAC ResCap                                    Page        2
                          MATTER   Manuel, Aubrey

|  | FEES | $258.75 |
|---|---|---|
| **TOTAL THIS INVOICE** | | **$258.75** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     327129     JBS                                      September 21, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     19000     GMAC ResCap
MATTER     1126     Hagen (Lemar Construction)
                    GMAC Matter No.: 721338

**TOTAL AMOUNT DUE**               **$310.05**

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327129    JBS                                    September 21, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1126    Hagen (Lemar Construction)
                        GMAC Matter No.: 721338

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| YS | 07/18/12 | Review and analysis of Trustee's motion to dismiss the adversary proceeding in light of client's bankruptcy filing | L120 | 0.20 | 238.50 | 47.70 |
| YS | 07/25/12 | Receipt, review and analysis of the Court's order dismissing the adversary proceeding | L120 | 0.10 | 238.50 | 23.85 |
| YS | 07/25/12 | Draft correspondence to client regarding the dismissal of the adversary proceeding by the Chapter 7 Trustee | L190 | 0.30 | 238.50 | 71.55 |
| YS | 07/27/12 | Receipt, review and analysis of the proposed stipulation to dismiss the adversary proceeding | L120 | 0.10 | 238.50 | 23.85 |
| YS | 07/27/12 | Draft correspondence to Trustee's counsel regarding response to proposed stipulation to dismiss the adversary proceeding | L190 | 0.20 | 238.50 | 47.70 |
| YS | 08/03/12 | Receipt, review and analysis of the plaintiff's proposed order to dismiss the adversary proceeding | L120 | 0.10 | 238.50 | 23.85 |
| YS | 08/06/12 | Receipt, review and analysis of the Court's order dismissing the adversary proceeding | L120 | 0.10 | 238.50 | 23.85 |
| YS | 08/06/12 | Draft correspondence to client regarding the Court's dismissal of the adversary proceeding | L190 | 0.20 | 238.50 | 47.70 |
| | | **TOTAL** | | **1.30** | | **$310.05** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327129        CLIENT    GMAC ResCap                                    Page        2
                             MATTER    Hagen (Lemar Construction)

### COSTS & EXPENSES

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.60 | $143.10 |
| L190 | Other Case Assessment | 0.70 | $166.95 |
| | **TOTAL** | **1.30** | **$310.05** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Shaham, Yaron | YS | Special Counsel | 1.30 | 238.50 | $310.05 |
| | **Total** | | **1.30** | | **$310.05** |

PRIOR FEES                          $8,089.20
PRIOR COSTS & EXPENSES              $248.86

| | FEES | $310.05 |
|---|---|---|
| | **TOTAL THIS INVOICE** | **$310.05** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      327130      JBS                                      September 21, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000    GMAC ResCap
MATTER      1175     McLain, Patricia
                     GMAC Matter No.: 723224

TOTAL AMOUNT DUE              $812.07

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327130    JBS                          September 21, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1175    McLain, Patricia
GMAC Matter No.: 723224

FOR PROFESSIONAL SERVICES RENDERED      01/01/1994      08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| SMH | 08/02/12 | Attention to proposed resolution via short sale. | L160 | 0.20 | 333.00 | 66.60 |
| KWF | 08/02/12 | Prepare email to client, C. Bonello, with recommendation and analysis re: settlement proposal via short sale approval. | L120 | 0.80 | 270.00 | 216.00 |
| SMH | 08/03/12 | Review recommendation regarding short sale and client response. | L190 | 0.20 | 333.00 | 66.60 |
| BAE | 08/20/12 | Attend case management conference. | L230 | 0.90 | 247.50 | 222.75 |
| SMH | 08/27/12 | Attention to dismissal filed by plaintiff. | L210 | 0.10 | 333.00 | 33.30 |
| KWF | 08/27/12 | Receive and analyze email correspondence from Plaintiff's counsel. | L160 | 0.20 | 270.00 | 54.00 |
| KWF | 08/27/12 | Prepare email to client, C. Bonello, re: dismissal and settlement possibilities. | L120 | 0.40 | 270.00 | 108.00 |
| | | **TOTAL** | | **2.80** | | **$767.25** |

## COSTS & EXPENSES

| | | | |
|---|---|---|---|
| 08/13/12 | DDS Legal Support Systems; Court Services; OCSC- Santa Ana 6/19/12 | | 44.82 |
| | **TOTAL COSTS & EXPENSES** | **$44.82** | |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|------|------|-------|--------|
| L120 | Analysis/Strategy | 1.20 | $324.00 |
| L160 | Settlement/Non-Binding ADR | 0.40 | $120.60 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.   327130   **CLIENT**   GMAC ResCap                                    Page      2
                       **MATTER**  McLain, Patricia

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| L190 | Other Case Assessment | | 0.20 | $66.60 | | | |
| L210 | Pleadings | | 0.10 | $33.30 | | | |
| L230 | Court Mandated Conferences | | 0.90 | $222.75 | | | |
| | **TOTAL** | | **2.80** | **$767.25** | | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Eilenberg, Benjamin A. | BAE | Associate | 0.90 | 247.50 | $222.75 |
| Franich, Kerry | KWF | Associate | 1.40 | 270.00 | $378.00 |
| Hankins, Suzanne | SMH | Member | 0.50 | 333.00 | $166.50 |
| | **Total** | | **2.80** | | **$767.25** |

PRIOR FEES                    $20,008.80
PRIOR COSTS & EXPENSES         $1,575.15

|  |  |
|---|---|
| FEES | $767.25 |
| COSTS & EXPENSES | $44.82 |
| **TOTAL THIS INVOICE** | **$812.07** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327131    JBS                                    September 21, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1203    Hodlin, Matthew and Bridgette
GMAC Matter No.: 725005

**TOTAL AMOUNT DUE**          $5,853.85

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327131    JBS                                    September 21, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1203    Hodlin, Matthew and Bridgette
GMAC Matter No.: 725005

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| SMH | 08/01/12 | Attention to stipulation to unlawful detainer judgment, impact for collateral estoppel purposes. | L210 | 0.20 | 333.00 | 66.60 |
| KWF | 08/01/12 | Prepare email to client with exhibits to client declaration. | L120 | 0.10 | 270.00 | 27.00 |
| KWF | 08/01/12 | Receive and analyze stipulated judgment for possession. Email exchange with counsel, J. Diehl, re: same. | L120 | 0.20 | 270.00 | 54.00 |
| SMH | 08/06/12 | Attention to substitution of attorney. | L210 | 0.10 | 333.00 | 33.30 |
| SMH | 08/06/12 | Evaluate unlawful detainer counsel's stipulation for dismissal of unlawful detainer. | L210 | 0.20 | 333.00 | 66.60 |
| SMH | 08/06/12 | Attention to criminal indictment of plaintiff. | L210 | 0.20 | 333.00 | 66.60 |
| LJT | 08/06/12 | Research title records to update status of title. | L110 | 0.30 | 130.50 | 39.15 |
| KWF | 08/06/12 | Discovery and analysis of Hodlin criminal action re: Summit Lending Solutions. | L120 | 0.50 | 270.00 | 135.00 |
| KWF | 08/06/12 | Receive and analyze Plaintiff's motion to consolidate and stay litigation. | L120 | 0.60 | 270.00 | 162.00 |
| KWF | 08/06/12 | Prepare email to client, J. Holtgren, re: status of UD case. | L190 | 0.20 | 270.00 | 54.00 |
| KWF | 08/06/12 | Prepare email to Plaintiff's counsel, C. Joyner, re: untimely motion to consolidate. | L190 | 0.20 | 270.00 | 54.00 |
| KWF | 08/06/12 | Analysis of chain of title and notarizarion of quitclaim deed. | L120 | 0.40 | 270.00 | 108.00 |
| LJT | 08/07/12 | Pacer research re bankruptcy filing by | L110 | 0.60 | 130.50 | 78.30 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 327131 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Hodlin, Matthew & Bridgette | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | alleged transferee of interest in subject property, Coble, review motion for relief from stay and exhibits to same, review petition and schedules re listing of property as asset of estate and update title chronology re lis pendens and order on motion for relief from stay. | | | | |
| KWF | 08/08/12 | Prepare email to Plaintiff's counsel, re: motion to consolidate and for preliminary injunction. | L120 | 0.20 | 270.00 | 54.00 |
| KWF | 08/08/12 | Prepare notice of bankruptcy, reviewing complaint and final supplemental order to assist with same. | L120 | 0.80 | 270.00 | 216.00 |
| KWF | 08/08/12 | Prepare letter to Plaintiffs' counsel re: final supplemental order. | L120 | 0.30 | 270.00 | 81.00 |
| KWF | 08/08/12 | Telephone conference with Plaintiffs' counsel, C. Joyner, re: ex parte notice. | L120 | 0.20 | 270.00 | 54.00 |
| KWF | 08/08/12 | Commence preparation of opposition to motion to consolidate and stay lockout. | L250 | 4.00 | 270.00 | 1,080.00 |
| KWF | 08/10/12 | Prepare email to client, J. Holtgren, re: opposition to motion to stay lockout. | L120 | 0.50 | 270.00 | 135.00 |
| KWF | 08/10/12 | Prepare proposed order expunging lis pendens. | L210 | 0.40 | 270.00 | 108.00 |
| SMH | 08/13/12 | Attention to ex parte seeking to stay lockout. | L210 | 0.20 | 333.00 | 66.60 |
| GEE | 08/13/12 | Obtain case background to prepare for ex parte motion to shorten time on motion to consolidate. | L110 | 0.50 | 261.00 | 130.50 |
| GEE | 08/13/12 | Review ex parte application to short time on motion to consolidate. | L250 | 0.40 | 261.00 | 104.40 |
| GEE | 08/13/12 | Prepare for hearing on plaintiff's ex parte motion to shorten time. | L250 | 0.50 | 261.00 | 130.50 |
| KWF | 08/13/12 | Receive and analyze ex parte application, prepare email to client advising of same. | L190 | 0.40 | 270.00 | 108.00 |
| KWF | 08/13/12 | Conference with G. Eisner re: appearance at ex parte application. | L190 | 0.10 | 270.00 | 27.00 |
| GEE | 08/14/12 | Appear at hearing on plaintiff's ex parte application to stay eviction, shorten time on motion to consolidate. | L250 | 5.00 | 261.00 | 1,305.00 |
| KWF | 08/14/12 | Prepare email to client, J. Holtgren, re: ex parte hearing results and need to postpone lockout. | L120 | 0.20 | 270.00 | 54.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 327131 | CLIENT | GMAC ResCap | | | | Page | 3 |
|---|---|---|---|---|---|---|---|---|
| | | MATTER | Hodlin, Matthew & Bridgette | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| SMH | 08/16/12 | Brief reviewof opposition to motion to consolidate and lockout, | L250 | 0.20 | 333.00 | | 66.60 |
| KWF | 08/16/12 | Prepare revisions and additions to opposition to motion to stay. | L210 | 2.00 | 270.00 | | 540.00 |
| KWF | 08/16/12 | Prepare request for judicial notice in support of opposition to motion to consolidate and enjoin lockout. | L250 | 0.30 | 270.00 | | 81.00 |
| KWF | 08/16/12 | Receive and analyze Plaintiff's answer in unlawful detainer complaint. | L120 | 0.20 | 270.00 | | 54.00 |
| SMH | 08/21/12 | Attention to status, impact of stay. | L190 | 0.20 | 333.00 | | 66.60 |
| KWF | 08/27/12 | Receive and analyze Plaintiff's opposition to motion to expunge lis pendens. | L120 | 0.40 | 270.00 | | 108.00 |
| KWF | 08/27/12 | Prepare reply brief in support of motion to expunge lis pendens. | L120 | 0.60 | 270.00 | | 162.00 |
| KWF | 08/29/12 | Telephone conference with W. Templin re: UD case. | L120 | 0.20 | 270.00 | | 54.00 |
| | | **TOTAL** | | **21.60** | | | **$5,730.75** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 08/24/12 | Gregory E. Eisner; Transportation; Attend Plaintiff's Ex Parte Application Hearing to Shorten Time on Motion To Consolidate, Vista 8/14/12 | 63.10 |
| 08/31/12 | Clerk of the Court -D; Court and Filing Fees; Filing fee. Motion to Expunge Lis Pendens. Draft#28248 8/10/12 | 60.00 |
| | **TOTAL COSTS & EXPENSES** | **$123.10** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 1.40 | $247.95 |
| L120 | Analysis/Strategy | 5.40 | $1,458.00 |
| L190 | Other Case Assessment | 1.10 | $309.60 |
| L210 | Pleadings | 3.30 | $947.70 |
| L250 | Other Written Motions | 10.40 | $2,767.50 |
| | **TOTAL** | **21.60** | **$5,730.75** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Eisner, Gregory E | GEE | Special Counsel | 6.40 | 261.00 | $1,670.40 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.   327131       CLIENT    GMAC ResCap                                         Page        4
                           MATTER    Hodlin, Matthew & Bridgette

| | | | | | | |
|---|---|---|---|---|---|---|
| Franich, Kerry | KWF | Associate | 13.00 | 270.00 | $3,510.00 |
| Tarwater, Linda | LJT | Paralegal | 0.90 | 130.50 | $117.45 |
| Hankins, Suzanne | SMH | Member | 1.30 | 333.00 | $432.90 |
| | **Total** | | **21.60** | | **$5,730.75** |

PRIOR FEES                              $10,980.90
PRIOR COSTS & EXPENSES          $1,978.89


                                             FEES            $5,730.75
                          COSTS & EXPENSES            $123.10
                          **TOTAL THIS INVOICE**        **$5,853.85**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327132    JBS                                September 21, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1226    Vaught, Robert and Melody
                  GMAC Matter No.: 726136

**TOTAL AMOUNT DUE**              $1,084.95

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327132    JBS                                           September 21, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1226    Vaught, Robert and Melody
GMAC Matter No.: 726136

FOR PROFESSIONAL SERVICES RENDERED         01/01/1994          08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MJE | 08/02/12 | Receipt and review of email from J. Holtgren regarding information needed re short sale and email to Plaintiff's counsel re same. | L190 | 0.40 | 279.00 | 111.60 |
| MJE | 08/08/12 | Exchange of emails with Plaintiff regarding status of short sale and gathering documents | L190 | 0.40 | 279.00 | 111.60 |
| MJE | 08/13/12 | Exchange of emails with J. Holtgren and Plaintiff's counsel re status of payoff statement and short sale. | L190 | 0.40 | 279.00 | 111.60 |
| MJE | 08/15/12 | Exchange of emails with Plaintiff re status of sale documents requested by client | L190 | 0.40 | 279.00 | 111.60 |
| MJE | 08/22/12 | Exchange of emails with Plaintiff's counsel re obtaining required documents | L190 | 0.30 | 279.00 | 83.70 |
| MJE | 08/24/12 | Review file for CMC statement preparation by staff | L230 | 0.30 | 279.00 | 83.70 |
| MJE | 08/27/12 | Exchange of emails with J. Holtgren and D. Lewis re status of payoff statement | L190 | 0.30 | 279.00 | 83.70 |
| LJA | 08/28/12 | Conduct review of court and hard files. Draft Case Management Conference Statement in advance of upcoming hearing. | L210 | 0.80 | 130.50 | 104.40 |
| MJE | 08/29/12 | Signed off and approved CMC Statement | L230 | 0.30 | 279.00 | 83.70 |
| MJE | 08/31/12 | Receipt and review of email from D. Lewis and payoff statement from Wells Fargo and email to J. Holtgren re same | L190 | 0.40 | 279.00 | 111.60 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.  327132 | CLIENT  GMAC ResCap | | Page | 2 |
|---|---|---|---|---|
| | MATTER  Vaught, Robert & Melody | | | |

| | | | |
|---|---|---|---|
| **TOTAL** | | **4.00** | **$997.20** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 07/27/12 | First Legal Network, LLC; Transmittal of filing to court; Orange County Court Santa Ana, CA 07/02/12 | 9.75 |
| 08/01/12 | CourtCall, LLC; CourtCall - Conference Service; 09/17/12 | 78.00 |
| | **TOTAL COSTS & EXPENSES** | **$87.75** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | | |
|---|---|---|---|---|---|---|
| L190 | Other Case Assessment | 2.60 | $725.40 | | | |
| L210 | Pleadings | 0.80 | $104.40 | | | |
| L230 | Court Mandated Conferences | 0.60 | $167.40 | | | |
| | **TOTAL** | **4.00** | **$997.20** | | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Ash, Laura | LJA | Paralegal | 0.80 | 130.50 | $104.40 |
| Esposito, Matthew | MJE | Associate | 3.20 | 279.00 | $892.80 |
| | **Total** | | **4.00** | | **$997.20** |

| | |
|---|---|
| PRIOR FEES | $13,146.75 |
| PRIOR COSTS & EXPENSES | $1,023.92 |

| | |
|---|---|
| FEES | $997.20 |
| COSTS & EXPENSES | $87.75 |
| **TOTAL THIS INVOICE** | **$1,084.95** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327133    JBS                                          September 21, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000    GMAC ResCap
MATTER      1235     Cuesta, Sheila
                     GMAC Matter No.: 726545

## TOTAL AMOUNT DUE            $2,544.05

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327133    JBS                                          September 21, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1235    Cuesta, Sheila
                        GMAC Matter No.: 726545

FOR PROFESSIONAL SERVICES RENDERED          01/01/1994          08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| KWF | 08/09/12 | Receive and analyze draft reply brief. | L120 | 0.40 | 270.00 | 108.00 |
| KWF | 08/09/12 | Receive and analysis of bankruptcy docket and third party purchaser's motion for relief from stay. | L120 | 0.30 | 270.00 | 81.00 |
| KWF | 08/09/12 | Prepare email to B. Eilenberg with revisions and additions to reply brief. | L120 | 0.50 | 270.00 | 135.00 |
| KWF | 08/09/12 | Perform legal research re: judicial estoppel and failure to disclose claims in bankruptcy. | L120 | 0.50 | 270.00 | 135.00 |
| KWF | 08/09/12 | Receive and revise draft reply brief. | L120 | 0.40 | 270.00 | 108.00 |
| BAE | 08/09/12 | Draft reply to opposition to demurrer to first amended complaint. | L240 | 3.80 | 247.50 | 940.50 |
| KWF | 08/10/12 | Continue preparing revisions and additions to reply brief. | L210 | 0.50 | 270.00 | 135.00 |
| BAE | 08/16/12 | Draft order sustaining demurrer with prejudice. | L240 | 0.40 | 247.50 | 99.00 |
| BAE | 08/16/12 | Draft proposed judgment. | L240 | 0.30 | 247.50 | 74.25 |
| SMH | 08/17/12 | Attention to court's granting of demurrer with leave to amend. | L250 | 0.20 | 333.00 | 66.60 |
| KWF | 08/17/12 | Prepare email to client, C. DiCicco, with judgment. | L190 | 0.10 | 270.00 | 27.00 |
| BAE | 08/17/12 | Attend hearing on demurrer. | L240 | 2.10 | 247.50 | 519.75 |
| KWF | 08/27/12 | Evaluate court docket and file status re: appeal deadlines. | L120 | 0.10 | 270.00 | 27.00 |
| | | **TOTAL** | | **9.60** | | **$2,456.10** |

## COSTS & EXPENSES

08/07/12  One Legal, Inc.; Transmittal of filing to court;                                          9.95

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| | | | | |
|---|---|---|---|---|
| Invoice No.   327133 | CLIENT | GMAC ResCap | Page | 2 |
| | MATTER | Cuesta, Sheila | | |

Amended Notice of Hearing on Demurrer to
First Amended Comp....06/21/12

| | | |
|---|---|---|
| 08/13/12 | CourtCall, LLC; CourtCall - Conference Service; 08/17/12 | 78.00 |
| | **TOTAL COSTS & EXPENSES** | **$87.95** |

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 2.20 | $594.00 |
| L190 | Other Case Assessment | 0.10 | $27.00 |
| L210 | Pleadings | 0.50 | $135.00 |
| L240 | Dispositive Motions | 6.60 | $1,633.50 |
| L250 | Other Written Motions | 0.20 | $66.60 |
| | **TOTAL** | **9.60** | **$2,456.10** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Eilenberg, Benjamin A. | BAE | Associate | 6.60 | 247.50 | $1,633.50 |
| Franich, Kerry | KWF | Associate | 2.80 | 270.00 | $756.00 |
| Hankins, Suzanne | SMH | Member | 0.20 | 333.00 | $66.60 |
| | **Total** | | **9.60** | | **$2,456.10** |

| | |
|---|---|
| PRIOR FEES | $3,198.15 |
| PRIOR COSTS & EXPENSES | $1,007.15 |

| | |
|---|---|
| FEES | $2,456.10 |
| COSTS & EXPENSES | $87.95 |
| **TOTAL THIS INVOICE** | **$2,544.05** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

**Severson**
**&Werson**
A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      327134      JBS                                    September 21, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000      GMAC ResCap
MATTER      1241        BS Investors, LLC
                             GMAC Matter No.: 726857

**TOTAL AMOUNT DUE**              **$618.30**

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.   327134      JBS                                    September 21, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  1241      BS Investors, LLC
                           GMAC Matter No.: 726857

FOR PROFESSIONAL SERVICES RENDERED       01/01/1994       08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| DL | 08/02/12 | Analyze correspondence from client re preparing notice of bankruptcy stay for action. | L190 | 0.10 | 288.00 | 28.80 |
| DL | 08/03/12 | Draft and revise amended notice of bankruptcy stay and letter to plaintiff's counsel. | L430 | 0.50 | 288.00 | 144.00 |
| SMH | 08/13/12 | Attention to revised bankruptcy notice. | L210 | 0.30 | 333.00 | 99.90 |
| DL | 08/13/12 | Revise amended notice of bankruptcy stay and letter to plaintiff's counsel; prepare correspondence with client re same. | L430 | 0.40 | 288.00 | 115.20 |
| DL | 08/28/12 | Revise amended notice of bankruptcy stay based on new form; and exchange correspondence with client re same. | L430 | 0.50 | 288.00 | 144.00 |
| DL | 08/31/12 | Prepare case update for client on master chart. | L190 | 0.10 | 288.00 | 28.80 |
| DL | 08/31/12 | Finalize amended notice of bankruptcy stay and letter to plaintiff's counsel. | L430 | 0.20 | 288.00 | 57.60 |
| | | **TOTAL** | | **2.10** | | **$618.30** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|------|------|-------|--------|
| L190 | Other Case Assessment | 0.20 | $57.60 |
| L210 | Pleadings | 0.30 | $99.90 |
| L430 | Written Motions/Submissions | 1.60 | $460.80 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 327134 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | BS Investors, LLC | | | | |

| | TOTAL | | 2.10 | **$618.30** | | | |
|---|---|---|---|---|---|---|---|

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Liu, David | DL | Associate | 1.80 | 288.00 | $518.40 |
| Hankins, Suzanne | SMH | Member | 0.30 | 333.00 | $99.90 |
| | **Total** | | **2.10** | | **$618.30** |

PRIOR FEES                        $7,923.60
PRIOR COSTS & EXPENSES     $203.13

FEES     $618.30
**TOTAL THIS INVOICE**    **$618.30**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327135    JBS                                September 21, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1254    Stone, Lance
                  GMAC Matter No.: 727306

**TOTAL AMOUNT DUE**              $2,890.50

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327135    JBS                                    September 21, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1254    Stone, Lance
                        GMAC Matter No.: 727306

FOR PROFESSIONAL SERVICES RENDERED        01/01/1994        08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| DL | 08/01/12 | Analyze PNC Bank's objection to notice of settlement. | L430 | 0.10 | 288.00 | 28.80 |
| DL | 08/02/12 | Exchange correspondence with plaintiff's counsel and eviction counsel re plaintiff's revisions to settlement agreement; begin initial review of changes to settlement agreement; exchange correspondence with PNC's counsel re status of settlement. | L160 | 0.60 | 288.00 | 172.80 |
| DL | 08/03/12 | Analyze plaintiff's revisions to settlement agreement and provide analysis to client re same; exchange correspondence with plaintiff re same. | L160 | 0.70 | 288.00 | 201.60 |
| DL | 08/06/12 | Exchange further correspondence with plaintiff's counsel re GMAC's objections to revisions to settlement agreement. | L160 | 0.40 | 288.00 | 115.20 |
| SMH | 08/07/12 | Attention to settlement issues. | L160 | 0.20 | 333.00 | 66.60 |
| DL | 08/07/12 | Formulate strategy re plaintiff's proposed changes to settlement agreement and exchange correspondence with client and eviction counsel re same. | L160 | 0.40 | 288.00 | 115.20 |
| DL | 08/07/12 | Exchange correspondence with PNC Bank re ex parte to reset hearing on its demurrer and review its ex parte application. | L430 | 0.40 | 288.00 | 115.20 |
| DL | 08/08/12 | Attend telephonically PNC's ex parte application to reset hearing date for demurrer based on plaintiff misadvising court that settlement included PNC | L430 | 0.80 | 288.00 | 230.40 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 327135 | CLIENT | GMAC ResCap | | | Page | 2 |
| | | MATTER | Stone, Lance | | | | |

| | | | | | | |
|-----|----------|------------------------------------------------------------------------------------------------------------------------------------------------------------------|------|------|--------|--------|
| | | Bank. | | | | |
| DL | 08/08/12 | Work on comparing prior settlement agreement with new version approved by bankruptcy court; revise settlement agreement based on new agreement; exchange correspondence with client re same. | L160 | 1.10 | 288.00 | 316.80 |
| DL | 08/09/12 | Revise settlement agreement re payment provision; exchange multiple correspondence with plaintiff's counsel re changes to settlement agreement; attend conference call with client and eviction counsel to discuss problems with closing settlement. | L160 | 0.90 | 288.00 | 259.20 |
| DL | 08/10/12 | Prepare correspondence to plaintiff's counsel with bankruptcy order re limitations on settlement. | L160 | 0.20 | 288.00 | 57.60 |
| SMH | 08/13/12 | Attention to settlement provision re stipulated UD judgment, impact of possession. | L160 | 0.20 | 333.00 | 66.60 |
| SMH | 08/13/12 | Attention to H. Gains email re UD status. | L190 | 0.20 | 333.00 | 66.60 |
| DL | 08/13/12 | Exchange correspondence with plaintiff's counsel and client re further proposed revisions to settlement. | L160 | 0.40 | 288.00 | 115.20 |
| SMH | 08/14/12 | Attention to status of settlement, stipulation to continue UD. | L160 | 0.20 | 333.00 | 66.60 |
| DL | 08/14/12 | Exchange correspondence with plaintiff's counsel and eviction counsel re continuance of eviction action and status of settlement. | L160 | 0.20 | 288.00 | 57.60 |
| SMH | 08/20/12 | Attention to H. Goins and J. Hoy's emails regarding status of occupancy and impact on settlement agreement. | L190 | 0.20 | 333.00 | 66.60 |
| SMH | 08/22/12 | Attention to A. Goins' email regarding unlawful detainer status, proposed course of action. | L190 | 0.20 | 333.00 | 66.60 |
| SMH | 08/22/12 | Attention to various emails regarding property inspection and occupancy status, impact on settlement. | L190 | 0.30 | 333.00 | 99.90 |
| SMH | 08/23/12 | Review and respond to J. Hoy's email regarding settlement agreement. | L160 | 0.20 | 333.00 | 66.60 |
| DL | 08/27/12 | Exchange multiple correspondence with | L160 | 0.40 | 288.00 | 115.20 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 327135 | CLIENT | GMAC ResCap | | | Page | 3 |
| | | MATTER | Stone, Lance | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|
| | | client, eviction counsel and plaintiff's counsel re finalizing settlement. | | | | |
| DL | 08/28/12 | Exchange further correspondence with client, eviction counsel and plaintiff's counsel re terms of settlement and strategy re same. | L160 | 0.40 | 288.00 | 115.20 |
| DL | 08/28/12 | Analyze PNC Bank's notice of ruling on order resetting PNC's demurrer. | L190 | 0.10 | 288.00 | 28.80 |
| DL | 08/29/12 | Exchange further correspondence with client and parties re finalizing settlement agreement. | L160 | 0.20 | 288.00 | 57.60 |
| DL | 08/30/12 | Exchange correspondence with plaintiff's counsel and eviction counsel re stipulated eviction judgment. | L160 | 0.20 | 288.00 | 57.60 |
| DL | 08/31/12 | Exchange further correspondence with eviction counsel and plaintiff's counsel re settlement. | L160 | 0.20 | 288.00 | 57.60 |
| DL | 08/31/12 | Prepare case update for client on master chart. | L190 | 0.10 | 288.00 | 28.80 |
| | | **TOTAL** | | **9.50** | | **$2,812.50** |

## COSTS & EXPENSES

| | | | |
|---|---|---|---|
| 08/13/12 | CourtCall, LLC; CourtCall - Conference Service; 08/08/12 | | 78.00 |
| | **TOTAL COSTS & EXPENSES** | **$78.00** | |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L160 | Settlement/Non-Binding ADR | 7.10 | $2,080.80 |
| L190 | Other Case Assessment | 1.10 | $357.30 |
| L430 | Written Motions/Submissions | 1.30 | $374.40 |
| | **TOTAL** | **9.50** | **$2,812.50** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Liu, David | DL | Associate | 7.80 | 288.00 | $2,246.40 |
| Hankins, Suzanne | SMH | Member | 1.70 | 333.00 | $566.10 |
| | **Total** | | **9.50** | | **$2,812.50** |

| | |
|---|---|
| PRIOR FEES | $15,707.10 |
| PRIOR COSTS & EXPENSES | $1,209.39 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 327135 | CLIENT | GMAC ResCap | Page | 4 |
|---|---|---|---|---|---|
| | | MATTER | Stone, Lance | | |

|  |  |
|---|---|
| FEES | $2,812.50 |
| COSTS & EXPENSES | $78.00 |
| **TOTAL THIS INVOICE** | **$2,890.50** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      327136      JBS                                              September 21, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT        19000     GMAC ResCap
MATTER       1259      Garay, Sandra and Epigmenio
                                  GMAC Matter No.: 727475

**TOTAL AMOUNT DUE**              **$984.60**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.   327136   JBS

September 21, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter   19000 1259   Garay, Sandra and Epigmenio
GMAC Matter No.: 727475

FOR PROFESSIONAL SERVICES RENDERED   01/01/1994   08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| KWF | 08/01/12 | Prepare email to M. Scott re: proposed rescission of reconveyance and reinstatement of deed of trust. | L120 | 0.20 | 270.00 | 54.00 |
| KWF | 08/01/12 | Telephone conference with client, A. Hartshorn, re: revisions and settlement. | L120 | 0.10 | 270.00 | 27.00 |
| KWF | 08/06/12 | Prepare further revisions to settlement agreement and rescission, including changes re: Rescap BK and acknowledgement of signatures. | L160 | 1.00 | 270.00 | 270.00 |
| KWF | 08/06/12 | Prepare letter to borrowers re: settlement agreement and rescission of erroneous reconveyances. | L190 | 0.30 | 270.00 | 81.00 |
| KWF | 08/06/12 | Prepare email to client, A. Hartshorn, re: status of settlement. | L160 | 0.10 | 270.00 | 27.00 |
| KWF | 08/09/12 | Telephone conference with E. Garay re: settlement and agreement to rescind. | L160 | 0.30 | 270.00 | 81.00 |
| KWF | 08/10/12 | Telephone conference with client, A. Hartshorn, re: status of settlement. | L160 | 0.10 | 270.00 | 27.00 |
| KWF | 08/13/12 | Prepare further revisions to draft settlement agreement, prepare email to client, A. Hartshorn, re: same. | L160 | 0.40 | 270.00 | 108.00 |
| KWF | 08/13/12 | Prepare letter to borrowers re: revised settlement agreement and rescission. | L160 | 0.30 | 270.00 | 81.00 |
| KWF | 08/16/12 | Telephone conference with borrower re: second priority loan and letter from Green Tree. | L120 | 0.10 | 270.00 | 27.00 |
| SMH | 08/29/12 | Attention to issues related to HELOC, impact on short sale. | L190 | 0.20 | 333.00 | 66.60 |
| KWF | 08/29/12 | Receive and analyze correspondence from borrowers re: second deed of trust. | L120 | 0.50 | 270.00 | 135.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 327136 | CLIENT | GMAC ResCap | | Page | 2 |
|---|---|---|---|---|---|---|
| | | MATTER | Garay, Sandra & Epigmenio | | | |

Prepare email to client re: status of
short sale.
**TOTAL**                                              **3.60**              **$984.60**


## COSTS & EXPENSES


## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.90 | $243.00 |
| L160 | Settlement/Non-Binding ADR | 2.20 | $594.00 |
| L190 | Other Case Assessment | 0.50 | $147.60 |
| | **TOTAL** | **3.60** | **$984.60** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Franich, Kerry | KWF | Associate | 3.40 | 270.00 | $918.00 |
| Hankins, Suzanne | SMH | Member | 0.20 | 333.00 | $66.60 |
| | **Total** | | **3.60** | | **$984.60** |

| PRIOR FEES | $3,685.05 |
|---|---|
| PRIOR COSTS & EXPENSES | $131.78 |

|  | FEES | $984.60 |
|---|---|---|
|  | **TOTAL THIS INVOICE** | **$984.60** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327137    JBS

September 21, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1291    Allen, Pearlie
GMAC Matter No.: 728835

**TOTAL AMOUNT DUE**        **$525.60**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

**Severson**
**&Werson**

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327137    JBS                                        September 21, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1291    Allen, Pearlie
                        GMAC Matter No.: 728835

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| KWF | 08/01/12 | Evaluate file status and court docket. Prepare email to Plaintiff's counsel following up on financial package. | L120 | 0.30 | 270.00 | 81.00 |
| KWF | 08/07/12 | Evaluate file status. Prepare email to client, M. Ravelo, re: declaration of non-monetary status. Place call to Plaintiff's counsel re: settlement. | L120 | 0.30 | 270.00 | 81.00 |
| KWF | 08/09/12 | Prepare letter to Plaintiff's counsel re: deadline for delivering financial package and status of litigation. | L120 | 0.30 | 270.00 | 81.00 |
| KWF | 08/17/12 | Receive and analyze Plaintiff's case management statement. | L120 | 0.10 | 270.00 | 27.00 |
| KWF | 08/20/12 | Evaluate file status and court docket. Prepare response to client inquiry re: same. | L120 | 0.30 | 270.00 | 81.00 |
| SMH | 08/21/12 | Attention to status, impact of stay. | L190 | 0.20 | 333.00 | 66.60 |
| KWF | 08/27/12 | Analyze file status and court docket. Prepare email to client, C. Bonello, with status update. | L120 | 0.40 | 270.00 | 108.00 |
| | | **TOTAL** | | **1.90** | | **$525.60** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 1.70 | $459.00 |
| L190 | Other Case Assessment | 0.20 | $66.60 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 327137 | CLIENT<br>MATTER | GMAC ResCap<br>Allen, Pearlie | | | Page | 2 |
|---|---|---|---|---|---|---|---|

| | **TOTAL** | | **1.90** | **$525.60** | | | |
|---|---|---|---|---|---|---|---|

| **Timekeeper** | | **Position** | | **Hours** | **Rate** | **Value** |
|---|---|---|---|---|---|---|
| Franich, Kerry | KWF | Associate | | 1.70 | 270.00 | $459.00 |
| Hankins, Suzanne | SMH | Member | | 0.20 | 333.00 | $66.60 |
| | **Total** | | | **1.90** | | **$525.60** |

PRIOR FEES                      $2,482.65
PRIOR COSTS & EXPENSES          $1,643.88

|  | FEES | $525.60 |
|---|---|---|
| **TOTAL THIS INVOICE** | | **$525.60** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327138    JBS                                September 21, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000    GMAC ResCap
MATTER      1293     Orozco, Javier and Ada
                     GMAC Matter No.: 729255

**TOTAL AMOUNT DUE**              $719.55

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327138    JBS                              September 21, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  1293    Orozco, Javier and Ada
                         GMAC Matter No.: 729255

FOR PROFESSIONAL SERVICES RENDERED      01/01/1994        08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| PG | 08/04/12 | Draft revised bankruptcy notice and cover letter to all counsel re: same. | L210 | 0.60 | 247.50 | 148.50 |
| SMH | 08/06/12 | Attention to requested revisions to bankruptcy notice. | L210 | 0.20 | 333.00 | 66.60 |
| PG | 08/06/12 | Review email from client re: revisions to stay notice and legal analysis and strategizing with S. Hankins re: same. | L210 | 0.40 | 247.50 | 99.00 |
| PG | 08/10/12 | Review email from client re: revised stay notice. | L210 | 0.20 | 247.50 | 49.50 |
| SMH | 08/13/12 | Attention to revised bankruptcy notice. | L210 | 0.20 | 333.00 | 66.60 |
| PG | 08/13/12 | Revise stay notice and letter to all counsel advising of stay to indicate that motion for injunction of foreclosure sale will not be stayed, and draft email to client re: same. | L210 | 0.50 | 247.50 | 123.75 |
| SMH | 08/14/12 | Attention to J. Hoy email re removal of foreclosure hold. | L190 | 0.20 | 333.00 | 66.60 |
| PG | 08/14/12 | Exchange of emails with client re: moving forward with foreclosure sale. | L220 | 0.20 | 247.50 | 49.50 |
| PG | 08/22/12 | Review email from Plaintiff's Counsel re: status of bankruptcy. | L210 | 0.20 | 247.50 | 49.50 |
| | | **TOTAL** | | **2.70** | | **$719.55** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | Hours | Amount |
|---------------------------|-------|--------|

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.   327138 | CLIENT | GMAC ResCap | | | Page | 2 |
| --- | --- | --- | --- | --- | --- | --- |
| | MATTER | Orozco, Javier & Ada | | | | |

| | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| L190 | Other Case Assessment | | | 0.20 | $66.60 | | |
| L210 | Pleadings | | | 2.30 | $603.45 | | |
| L220 | Preliminary Injunctions/Provis | | | 0.20 | $49.50 | | |
| | **TOTAL** | | | **2.70** | **$719.55** | | |

| Timekeeper | | Position | | Hours | Rate | Value |
| --- | --- | --- | --- | --- | --- | --- |
| Grammatico, Paul | PG | Associate | | 2.10 | 247.50 | $519.75 |
| Hankins, Suzanne | SMH | Member | | 0.60 | 333.00 | $199.80 |
| | **Total** | | | **2.70** | | **$719.55** |

| | | |
| --- | --- | --- |
| PRIOR FEES | $3,652.20 | |
| PRIOR COSTS & EXPENSES | $1,003.69 | |

| | | |
| --- | --- | --- |
| FEES | | $719.55 |
| **TOTAL THIS INVOICE** | | **$719.55** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson

## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327139    JBS                                    September 21, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1300    Hildebrandt, Joanne
                  GMAC Matter No.: 729582

**TOTAL AMOUNT DUE**                    **$342.90**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327139    JBS                                    September 21, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  1300    Hildebrandt, Joanne
                         GMAC Matter No.: 729582

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| KWF | 08/01/12 | Prepare email to client, C. DiCicco, advising of non-response from Plaintiffs re: incomplete financial package. | L120 | 0.10 | 270.00 | 27.00 |
| SMH | 08/23/12 | Attention to postponement request, recommendation regarding same. | L190 | 0.20 | 333.00 | 66.60 |
| KWF | 08/23/12 | Prepare email to Plaintiff's counsel, S. Simone, re: foreclosure sale date. | L120 | 0.40 | 270.00 | 108.00 |
| SMH | 08/24/12 | Attention to workout status, postponement by FNMA. | L190 | 0.10 | 333.00 | 33.30 |
| KWF | 08/28/12 | Prepare email to Plaintiff's counsel, S. Simone, re: settlement and financial documents. | L160 | 0.40 | 270.00 | 108.00 |
| | | **TOTAL** | | **1.20** | | **$342.90** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.50 | $135.00 |
| L160 | Settlement/Non-Binding ADR | 0.40 | $108.00 |
| L190 | Other Case Assessment | 0.30 | $99.90 |
| | **TOTAL** | **1.20** | **$342.90** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Franich, Kerry | KWF | Associate | 0.90 | 270.00 | $243.00 |
| Hankins, Suzanne | SMH | Member | 0.30 | 333.00 | $99.90 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson
**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.   327139 | CLIENT   GMAC ResCap | | Page | 2 |
| --- | --- | --- | --- | --- |
| | MATTER   Hildebrandt, Joanne | | | |

| | | | |
| --- | --- | --- | --- |
| **Total** | | 1.20 | **$342.90** |

| | |
| --- | --- |
| PRIOR FEES | $3,033.90 |
| PRIOR COSTS & EXPENSES | $77.23 |

| | |
| --- | --- |
| FEES | $342.90 |
| **TOTAL THIS INVOICE** | **$342.90** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327140    JBS                                      September 21, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000    GMAC ResCap
MATTER    1303      Caldera, Yolanda
                            GMAC Matter No.: 729718

**TOTAL AMOUNT DUE**                    **$862.50**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327140    JBS                                    September 21, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1303    Caldera, Yolanda
                        GMAC Matter No.: 729718

FOR PROFESSIONAL SERVICES RENDERED        01/01/1994        08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| KWF | 08/01/12 | Prepare case management statement. | L210 | 0.30 | 270.00 | 81.00 |
| KWF | 08/06/12 | Prepare for hearing on demurrer. | L240 | 0.50 | 270.00 | 135.00 |
| SMH | 08/07/12 | Attention to court's order sustaining demurrer without leave to amend. | L210 | 0.20 | 333.00 | 66.60 |
| KWF | 08/07/12 | Appear at hearing on demurrer to complaint. | L240 | 0.50 | 270.00 | 135.00 |
| KWF | 08/07/12 | Prepare email to client, C. DiCicco, advising of hearing results on demurrer. | L190 | 0.10 | 270.00 | 27.00 |
| KWF | 08/07/12 | Prepare proposed order of dismissal. | L210 | 0.30 | 270.00 | 81.00 |
| KWF | 08/07/12 | Receive and analyze tentative ruling on demurrer. | L120 | 0.10 | 270.00 | 27.00 |
| KWF | 08/07/12 | Prepare notice of ruling on demurrer. | L210 | 0.30 | 270.00 | 81.00 |
| | | **TOTAL** | | **2.30** | | **$633.60** |

## COSTS & EXPENSES

| | | |
|--|--|--|
| 08/07/12 | One Legal, Inc.; Transmittal of filing to court; Reply 07/31/12 | 49.95 |
| 08/13/12 | DDS Legal Support Systems; Court Services; LASC- Southeast- Norwalk 6/18/12 | 51.00 |
| 08/13/12 | CourtCall, LLC; CourtCall - Conference Service; 10/16/12 | 78.00 |
| 08/14/12 | One Legal, Inc.; Transmittal of filing to court; Reply 08/01/12 | 49.95 |

**TOTAL COSTS & EXPENSES**                    **$228.90**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.   327140 | CLIENT    GMAC ResCap | Page    2 |
|---|---|---|
| | MATTER    Caldera, Yolanda | |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.10 | $27.00 |
| L190 | Other Case Assessment | 0.10 | $27.00 |
| L210 | Pleadings | 1.10 | $309.60 |
| L240 | Dispositive Motions | 1.00 | $270.00 |
| | **TOTAL** | **2.30** | **$633.60** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Franich, Kerry | KWF | Associate | 2.10 | 270.00 | $567.00 |
| Hankins, Suzanne | SMH | Member | 0.20 | 333.00 | $66.60 |
| | **Total** | | **2.30** | | **$633.60** |

| | |
|---|---|
| PRIOR FEES | $2,953.80 |
| PRIOR COSTS & EXPENSES | $141.94 |

| | |
|---|---|
| FEES | $633.60 |
| COSTS & EXPENSES | $228.90 |
| **TOTAL THIS INVOICE** | **$862.50** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      327141      JBS                                September 21, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000      GMAC ResCap
MATTER      1370       Rivera, Albert
                       GMAC Matter No.: 731868

**TOTAL AMOUNT DUE**              $1,029.15

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327141    JBS                                    September 21, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1370    Rivera, Albert
GMAC Matter No.: 731868

FOR PROFESSIONAL SERVICES RENDERED        01/01/1994        08/31/2012

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|--|--|-------|------|--------|
| JBS | 08/24/12 | Analysis and evaluation of complaint and defense strategy | L120 | | 0.40 | 427.50 | 171.00 |
| SMH | 08/24/12 | Attention to new complaint, client reference to no interest, potential early resolution. | L210 | A104 | 0.20 | 333.00 | 66.60 |
| CHR | 08/24/12 | Prepare Confirmation of Receipt to Client. Review Initial Correspondence and Pleadings. Review Court Docket and Download additional pleadings. Review Title re recorded Lis Pendens. Prepare Conflicts Request and Calendaring Memo. | L190 | | 0.40 | 130.50 | 52.20 |
| KWF | 08/24/12 | Receive and analyze file in preparation for further handling. | L120 | | 0.50 | 270.00 | 135.00 |
| KWF | 08/24/12 | Prepare initial evaluation to client, C. Bonello, re: notice of bankruptcy. | L120 | | 0.30 | 270.00 | 81.00 |
| KWF | 08/24/12 | Prepare letter to Plaintiff's counsel re: final supplemental order. | L120 | | 0.40 | 270.00 | 108.00 |
| SMH | 08/26/12 | Draft email re potential for dismissal. | L190 | | 0.10 | 333.00 | 33.30 |
| SMH | 08/27/12 | Attention to lack of GMAC interest in loan per title review. | L190 | | 0.10 | 333.00 | 33.30 |
| SMH | 08/27/12 | Attention to early case evaluation. | L190 | | 0.20 | 333.00 | 66.60 |
| LJT | 08/27/12 | Research title records and MERS website to ascertain GMAC's interest in subject loan/property and draft e-mail re same. | L110 | | 0.30 | 130.50 | 39.15 |
| KWF | 08/27/12 | Draft notice of bankruptcy. | L210 | | 0.40 | 270.00 | 108.00 |
| KWF | 08/30/12 | Prepare email to Plaintiff's counsel, C. Pratt, re: dismissal of GMAC. | L120 | | 0.30 | 270.00 | 81.00 |
| KWF | 08/31/12 | Telephone conference with Plaintiff's | L120 | | 0.20 | 270.00 | 54.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.   327141 | CLIENT   GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|
| | MATTER   Rivera, Albert | | | | |

counsel, S. Murphy, re: dismissal of
GMAC and representation of
Nationstar.

**TOTAL**                                                    **3.80**             **$1,029.15**

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 0.30 | $39.15 |
| L120 | Analysis/Strategy | 2.10 | $630.00 |
| L190 | Other Case Assessment | 0.80 | $185.40 |
| L210 | Pleadings | 0.60 | $174.60 |
| | **TOTAL** | **3.80** | **$1,029.15** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Rommell, Clair | CHR | Paralegal | 0.40 | 130.50 | $52.20 |
| Sullivan, John | JBS | Member | 0.40 | 427.50 | $171.00 |
| Franich, Kerry | KWF | Associate | 2.10 | 270.00 | $567.00 |
| Tarwater, Linda | LJT | Paralegal | 0.30 | 130.50 | $39.15 |
| Hankins, Suzanne | SMH | Member | 0.60 | 333.00 | $199.80 |
| | **Total** | | **3.80** | | **$1,029.15** |

FEES                $1,029.15
**TOTAL THIS INVOICE**        **$1,029.15**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327142    JBS                                    September 21, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000    GMAC ResCap
MATTER      1378     Twitty, Marc
                     GMAC Matter No.: 732106

**TOTAL AMOUNT DUE**            **$304.20**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327142    JBS                                          September 21, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  1378    Twitty, Marc
GMAC Matter No.: 732106

FOR PROFESSIONAL SERVICES RENDERED       01/01/1994       08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| JBS | 08/30/12 | Analysis and evaluation of documents from client and defense strategy. | L120 | 0.40 | 427.50 | 171.00 |
| CHR | 08/30/12 | Prepare Confirmation to Client re Receipt and Contact Attorney Assignment. Review Initial Correspondence and Pleadings. Review Court Docket for Additional Pleadings and Calendar Dates. Draft New Matter Form. Prepare Conflicts and Calendar Request Memo. | L190 | 0.40 | 130.50 | 52.20 |
| KWF | 08/30/12 | Receive and analysis of file. Prepare email to client, J. Holtgren, re: ETS' file. | L120 | 0.30 | 270.00 | 81.00 |
| | | **TOTAL** | | **1.10** | | **$304.20** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.70 | $252.00 |
| L190 | Other Case Assessment | 0.40 | $52.20 |
| | **TOTAL** | **1.10** | **$304.20** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Rommell, Clair | CHR | Paralegal | 0.40 | 130.50 | $52.20 |
| Sullivan, John | JBS | Member | 0.40 | 427.50 | $171.00 |
| Franich, Kerry | KWF | Associate | 0.30 | 270.00 | $81.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

**Severson**
**&Werson**
A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 327142 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Twitty, Marc | | |

| | | | |
|---|---|---|---|
| **Total** | | **1.10** | **$304.20** |

|  | FEES | $304.20 |
|---|---|---|
| **TOTAL THIS INVOICE** | | **$304.20** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      327143      JBS                                September 21, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT       19000     GMAC ResCap
MATTER       0683      Burnett (Daniels)
                       GMAC Matter No.: 706245

**TOTAL AMOUNT DUE**              $1,031.40

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327143    JBS                                        September 21, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0683    Burnett (Daniels)
GMAC Matter No.: 706245

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| JHT | 08/06/12 | Reviewed Joint Discovery Status Report. | L190 | 0.20 | 238.50 | 47.70 |
| YS | 08/10/12 | Receipt, review and analysis of Wells Fargo's notice of business records subpoena to USC health care network | L120 | 0.10 | 238.50 | 23.85 |
| JOC | 08/14/12 | Attend court status conference. | L230 | 1.10 | 279.00 | 306.90 |
| LJT | 08/16/12 | Research title records to prepare chronology. | L110 | 0.40 | 130.50 | 52.20 |
| LJT | 08/18/12 | Additional title research, review title records and prepare chronology. | L110 | 1.40 | 130.50 | 182.70 |
| YS | 08/20/12 | Telephone conference with plaintiff's counsel regarding status of settlement discussions with co-owner of the subject property | L190 | 0.20 | 238.50 | 47.70 |
| YS | 08/20/12 | Review and analysis of title records in order to determine current status of the subject property, clients' interest in the subject property, and how the ongoing litigation may affect the property | L120 | 0.70 | 238.50 | 166.95 |
| YS | 08/27/12 | Receipt, review and analysis of petitioner's inspection demand to respondent southwest escrow corp. | L120 | 0.10 | 238.50 | 23.85 |
| YS | 08/30/12 | Receipt, review and analysis of Wells Fargo notice of deposition of Grover Burnett Jr. | L120 | 0.10 | 238.50 | 23.85 |
| YS | 08/30/12 | Review and analysis of Wells Fargo's responses to Grover Burnett, Jr.'s written discovery | L120 | 0.20 | 238.50 | 47.70 |
| | | **TOTAL** | | **4.50** | | **$923.40** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

**Severson
&Werson**
A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.   327143 | CLIENT   GMAC ResCap | Page    2 |
|---|---|---|
| | MATTER   Burnett (Daniels) | |

### COSTS & EXPENSES

08/16/12  CourtCall, LLC; CourtCall - Conference                              108.00
Service;  08/14/12
          **TOTAL COSTS & EXPENSES**                                 **$108.00**

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 1.80 | $234.90 |
| L120 | Analysis/Strategy | 1.20 | $286.20 |
| L190 | Other Case Assessment | 0.40 | $95.40 |
| L230 | Court Mandated Conferences | 1.10 | $306.90 |
| | **TOTAL** | **4.50** | **$923.40** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Tuffaha, Joe | JHT | Associate | 0.20 | 238.50 | $47.70 |
| Campbell, J. Owen | JOC | Associate | 1.10 | 279.00 | $306.90 |
| Tarwater, Linda | LJT | Paralegal | 1.80 | 130.50 | $234.90 |
| Shaham, Yaron | YS | Special Counsel | 1.40 | 238.50 | $333.90 |
| | **Total** | | **4.50** | | **$923.40** |

PRIOR FEES                              $14,624.55
PRIOR COSTS & EXPENSES                   $1,354.57

|  | FEES | $923.40 |
|---|---|---|
| | COSTS & EXPENSES | $108.00 |
| | **TOTAL THIS INVOICE** | **$1,031.40** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Debit Account Number CCDA-01-378

## Ledger for 08/11/2012 through

| DATE / ATTORNEY | CCID# | COURT | JUDGE | CASENAME/NUMBER | VIDEO/ LATE FEE | FEE / LATE FEE | TOTAL FEE | BALANCE |
|---|---|---|---|---|---|---|---|---|
| 8/20/12 Paul Grammatico | 5106316 | Los Angeles Superior Court-Pomona | Judge Robert Dukes | Vazquez v. Wells Fargo/KC062763 | | $78.00 $0.00 | $78.00 | ($8,674.50) |
| **Reference # 55000.0134** | | | | | | | | |
| 8/28/12 Edward Buell, III | 5106328 | San Mateo County Superior Court | Judge Dylina/Foiles (CMC) | Bernardino vs. Wells Fargo Bank/508567 | | $78.00 $0.00 | $78.00 | ($8,596.50) |
| **Reference # 07685-1071** | | | | | | | | |
| 8/15/12 Jarlath Curran II | 5106415 | Los Angeles Superior Court-Central(A-L) | Judge Ann I. Jones | Charlotte Kim v. Wells Fargo/BC488947 | | $78.00 $30.00 | $108.00 | ($8,488.50) |
| **Reference # 55000.0392** | | | | | | | | |
| 9/14/12 Paul Grammatico | 5106437 | Los Angeles Superior Court-Central(A-L) | Judge Ann I. Jones | Charlotte Kim vs. Wells Fargo/BC488947 | | $78.00 $30.00 | $108.00 | ($8,380.50) |
| **Reference # 55000.0392** | | | | | | | | |
| 8/14/12 Yaron Shaham | 5106482 | Los Angeles Superior Court-Central(M-Z) | Judge Mary Ann Murphy | Burnett, Johnny B. v. GMAC, et al/BP098574 | | $78.00 $30.00 | $108.00 | ($8,272.50) |
| **Reference # 49000.0683S** | | | | | | | | |
| 8/14/12 Yaron Shaham | 5106498 | Los Angeles Superior Court-Central(A-L) | Judge Mitchell L. Beckloff | Conservatorship of Grover Burnett, Sr./BP098574 | | $78.00 $30.00 | $108.00 | ($8,164.50) |
| **Reference # 49000.0683** | | | | | | | | |
| 8/17/12 Michael Cross | 5106503 | San Mateo County Superior Court | Judge Dylina/Foiles (CMC) | Rosemary Chukwudebe vs. Wachovia Mortgage/509021 | | $78.00 $0.00 | $78.00 | ($8,086.50) |
| **Reference # 55000.0018** | | | | | | | | |
| 8/20/12 Michael Cross | 5106515 | Nevada County Superior Court-Nevada City | Judge Sean P. Dowling (VI) | Patricia Gardiner v. Greenpoint Mortgage Funding/77871 | | $78.00 $0.00 | $78.00 | ($8,0 | |
| **Reference # 15314.0281** | | | | 2012 | | | | |

From Auto Debit Send on 08/15/12 at 11:14 PM

Pag

Pg 231 of 271

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      327144A    JBS                                    September 21, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
|--------|-------|-------------|
| MATTER | 1057 | DeLery, Henry |
| | | GMAC Matter No.: 718687 |

**TOTAL AMOUNT DUE**          **$833.40**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson
**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     327144     JBS                                    September 21, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter     19000 1057     DeLery, Henry
                          GMAC Matter No.: 718687

FOR PROFESSIONAL SERVICES RENDERED        01/01/1994        08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| KWF | 08/01/12 | Receive and revise draft amended demurrer to first amended complaint. | L240 | 0.30 | 270.00 | 81.00 |
| KWF | 08/01/12 | Prepare email to client, J. Hoy, re: amended demurrer. | L120 | 0.10 | 270.00 | 27.00 |
| KWF | 08/02/12 | Prepare revisions to amended BK notice and cover letter to Plaintiff's counsel. Prepare email to title counsel advising of same. | L120 | 0.30 | 270.00 | 81.00 |
| SMH | 08/13/12 | Attention to proposed strategy re resolution notwithstanding bankruptcy. | L190 | 0.20 | 333.00 | 66.60 |
| KWF | 08/13/12 | Prepare email to title counsel, J. Lowenthal, re: J. Ceballos investigation re: forgery, and possible settlement. | L120 | 0.50 | 270.00 | 135.00 |
| SMH | 08/16/12 | Attention to communication with counsel for Cabellos, potential for declaration. | L190 | 0.20 | 333.00 | 66.60 |
| SMH | 08/21/12 | Attention to status, impact of stay. | L190 | 0.20 | 333.00 | 66.60 |
| SMH | 08/22/12 | Brief review of co-counsel's motion to continue trial. | L210 | 0.20 | 333.00 | 66.60 |
| KWF | 08/22/12 | Receive and analyze draft motion to continue trial date. Prepare email to client, J. Hoy, re: same. | L120 | 0.30 | 270.00 | 81.00 |
| KWF | 08/30/12 | Review and analyze Plaintiff's proof of claim. Prepare email to title counsel, J. Lowenthal, advising of same. | L120 | 0.20 | 270.00 | 54.00 |
| | | **TOTAL** | | **2.50** | | **$725.40** |

### COSTS & EXPENSES

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | | |
|---|---|---|
| Invoice No.   327144 | CLIENT   GMAC ResCap | Page   2 |
| | MATTER   DeLery, Henry | |

| | | |
|---|---|---|
| 07/16/12 | CourtCall, LLC; CourtCall - Conference Service; 07/12/12 | 108.00 |
| | **TOTAL COSTS & EXPENSES** | **$108.00** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 1.40 | $378.00 |
| L190 | Other Case Assessment | 0.60 | $199.80 |
| L210 | Pleadings | 0.20 | $66.60 |
| L240 | Dispositive Motions | 0.30 | $81.00 |
| | **TOTAL** | **2.50** | **$725.40** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Franich, Kerry | KWF | Associate | 1.70 | 270.00 | $459.00 |
| Hankins, Suzanne | SMH | Member | 0.80 | 333.00 | $266.40 |
| | **Total** | | **2.50** | | **$725.40** |

| | |
|---|---|
| PRIOR FEES | $32,125.05 |
| PRIOR COSTS & EXPENSES | $1,909.16 |

| | |
|---|---|
| FEES | $725.40 |
| COSTS & EXPENSES | $108.00 |
| **TOTAL THIS INVOICE** | **$833.40** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

**Debit Ledger for 07/11/2012 through 07/15/2012**

**Debit Account Number CCDA-01-378**

...elle Hong
...son & Werson
...e Embarcadero Center, 26th Floor
San Francisco, CA 94111
Tel: 415-398-3344
Fax: 415-956-0439

## To make a payment on this account

**Pay by credit card** by calling our accounting department at (888) 882-6878, option 5 or ask us to **register your debit account for online access** using our website at www.courtcall.com.

**Mail your check** to CourtCall, LLC, 6383 Arizona Circle, Los Angeles, CA 90045, payable to: CourtCall, LLC and write your debit account number in the memo section of the check

## Payment of any balance is due in full upon receipt of this statement

| TRAN DATE | APP DATE | ATTORNEY | CCID# | JURISDICTION | DEPT | JUDGE | CASENAME/NUMBER | FEE | LATE FEE | TOTAL | BALANCE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 7/11/12 | 7/12/12 | Kerry Franich | 5046801 | Los Angeles Superior Court-Central(M-Z) | 45 | Judge Mel Red Recana | Delery, et al vs. Paul Financial, LLC, et al/BC468945 | $78.00 | $30.00 | $108.00 | ($14,947.70) |
| Reference # 19000-1057 | | | | | | | | | | | |
| 7/11/12 | 8/13/12 | Brian Whittemore | 5047002 | Santa Cruz County Superior Court | 4/PRB | Judge Timothy R. Volkmann | Pedro Salazar v. Bank of America Corporation, et al /CV174225 | $78.00 | $0.00 | $78.00 | ($14,869.70) |
| Reference # 70000.0814 | | | | | | | | | | | |
| 7/11/12 | 10/16/12 | Brian Whittemore | 5047020 | Sacramento County Superior Court | 53 | Judge David I. Brown | Michael and Susan Monk v. Bank of America, N.A., et al /34-2011-00116291 | $78.00 | $0.00 | $78.00 | ($14, |
| Reference # 70000.0577 | | | | | | | | | | | |
| 7/11/12 | 7/24/12 | Clayton Gaddis | 5047081 | Santa Clara County Superior Court | 8 | Judge Peter Kirwan | Yulma Rodriguez vs. Bank of America, N.A, et al /20-111CV204313 | $78.00 | $0.00 | $78.00 | ($14, |
| Reference # 70000.0262 | | | | | | | | | | | |
| 7/11/12 | 7/25/12 | Brian Whittemore | 5047099 | San Francisco Superior Court | 610 | Rotating Judges | Ryan Henderson v. Bank of America, N.A., et al /CGC-12-518561 | $78.00 | $0.00 | $78.00 | ($14,635.70) |
| Reference # 70000.0657 | | | | | | | | | | | |

From Auto Debit Send on 07/15/12 at 11:11 PM

Page 1

# Severson
## &Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327145    JBS                                            September 21, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1098 | Rodriguez, Ignacio and Rosa Maria |
| | | C/M# 719794 |

**TOTAL AMOUNT DUE**            $5,622.53

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327145    JBS                                September 21, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1098    Rodriguez, Ignacio and Rosa Maria
C/M# 719794

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MCN | 08/01/12 | Analysis and evaluation of status of case in order to provide status report to client. | L110 | 0.40 | 306.00 | 122.40 |
| MCN | 08/01/12 | Preparation of status report to client. | L110 | 0.30 | 306.00 | 91.80 |
| MCN | 08/06/12 | Telephone call to default clerk, calendar clerk and docket clerk to determine reasons for delay in entry of default of Quinones. | L240 | 0.40 | 306.00 | 122.40 |
| MCN | 08/06/12 | Further analysis of strategy in view of court's error in not entering default of Quinones in a timely basis. | L240 | 0.20 | 306.00 | 61.20 |
| MCN | 08/08/12 | Telephone call with Carmen, courtroom clerk, regarding instructions for having entry of default completed and reasons for delay. | L250 | 0.30 | 306.00 | 91.80 |
| MCN | 08/08/12 | Analysis and evaluation of Code Sections cited by clerk supporting refusal to enter default. | L250 | 0.40 | 306.00 | 122.40 |
| MCN | 08/08/12 | Analysis and evaluation of default clerk's requirement to serve "statement of punitive damages" whether or not seeking punitive damages. | L250 | 0.40 | 306.00 | 122.40 |
| MCN | 08/14/12 | Analysis and evaluation of prove-up procedure in view of court's failure to enter default. | L120 | 0.50 | 306.00 | 153.00 |
| MCN | 08/14/12 | Multiple telephone calls with courtroom clerk regarding request for entry of default as to Quinones and explanation of prove-up process. | L120 | 0.40 | 306.00 | 122.40 |
| MCN | 08/15/12 | Further analysis of procedure for | L250 | 1.30 | 306.00 | 397.80 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.   327145     CLIENT   GMAC ResCap                                    Page      2
                         MATTER   Rodriguez, Ignacio & Rosa

| | | | | | | |
|---|---|---|---|---|---|---|
| | | prove-up of quiet title in view of delay in entry of default of Quinones. | | | | |
| MCN | 08/20/12 | Multiple telephone calls with default clerk regarding court's decision to set aside defaults and reject Quinones' request to enter default. | L250 | 0.40 | 306.00 | 122.40 |
| MCN | 08/20/12 | Analysis and evaluation of Code of Civil Procedure section 425.115 and 425.11 to determine strategy for case in view of court's sua sponte order. | L120 | 0.30 | 306.00 | 91.80 |
| NLA | 08/22/12 | Research re rules for entry of default & statement of damages; provide summary re thoughts why court set aside entered default; emails re same. | L210 | 1.10 | 130.50 | 143.55 |
| NLA | 08/22/12 | Continue to research rules/protocol for entering default & the necessity of filing a statement of damages; procedures re default judgments; provide summary to CN; emails (multiple) re same. | L210 | 2.20 | 130.50 | 287.10 |
| MCN | 08/22/12 | Analysis and evaluation of authorities regarding entry of default and statement of punitive damages. | L120 | 0.70 | 306.00 | 214.20 |
| MCN | 08/23/12 | Initial draft letter brief to court regarding erroneous order setting aside default and analysis of CCP sections regarding same. | L250 | 0.80 | 306.00 | 244.80 |
| MCN | 08/24/12 | Further analyze Code of Civil Procedure section 425.115 and section 425.11 in order to draft letter brief regarding erroneous order setting aside defaults. | L120 | 1.40 | 306.00 | 428.40 |
| MCN | 08/24/12 | Analysis and evaluation of strategy for case in view of erroneous order setting aside defaults, and whether to serve statement of punitive damages. | L120 | 0.60 | 306.00 | 183.60 |
| MCN | 08/24/12 | Further draft letter brief analyzing Code of Civil Procedure sections 425.115 and 425.11. | L120 | 2.10 | 306.00 | 642.60 |
| MCN | 08/24/12 | Drafting of statement of punitive damages. | L120 | 0.50 | 306.00 | 153.00 |
| MCN | 08/28/12 | Correspondence with Christy Hancock. | L250 | 0.40 | 306.00 | 122.40 |
| MCN | 08/28/12 | Analysis and evaluation of strategy for | L250 | 0.70 | 306.00 | 214.20 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson
**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 327145 | CLIENT | GMAC ResCap | | | Page | 3 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Rodriguez, Ignacio & Rosa | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | response to order to show cause. | | | | |
| MCN | 08/28/12 | Analysis and evaluation of facts to be set forth in response to order to show cause and whether to resubmit all default paperwork. | L250 | 0.60 | 306.00 | 183.60 |
| MCN | 08/29/12 | Analysis and evaluation of strategy for prove-up in view of court's erroneous order setting aside defaults. | L120 | 0.60 | 306.00 | 183.60 |
| MCN | 08/31/12 | Analysis and evaluation of strategy in view of order to show cause issued and whether to file declaration in support of response to order to show cause. | L250 | 0.70 | 306.00 | 214.20 |
| MCN | 08/31/12 | Further analysis of order to show cause issued by court to determine response. | L250 | 0.20 | 306.00 | 61.20 |
| MCN | 08/31/12 | Drafting of declaration of Nowlin in response to order to show cause. | L250 | 0.30 | 306.00 | 91.80 |
| MCN | 08/31/12 | Analysis and evaluation of status of case to prepare status report to client. | L120 | 0.30 | 306.00 | 91.80 |
| MCN | 08/31/12 | Preparation of status report to client. | L120 | 0.20 | 306.00 | 61.20 |
| MCN | 08/31/12 | Initial preparation of declaration in response to order to show cause. | L120 | 0.50 | 306.00 | 153.00 |
| | | **TOTAL** | | **19.20** | | **$5,296.05** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 07/06/12 | First Legal Network, LLC; Court Services; Rocorder- Norwalk; Advance fees $48.00 6/1/12 | 118.35 |
| 07/06/12 | First Legal Network, LLC; Transmittal of filing to court; LASC- Compton 6/11/12 | 107.63 |
| 07/27/12 | First Legal Network, LLC; Transmittal of filing to court; LASC - Compton, CA 07/12/12 | 100.50 |
| | **TOTAL COSTS & EXPENSES** | **$326.48** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 0.70 | $214.20 |
| L120 | Analysis/Strategy | 8.10 | $2,478.60 |
| L210 | Pleadings | 3.30 | $430.65 |
| L240 | Dispositive Motions | 0.60 | $183.60 |
| L250 | Other Written Motions | 6.50 | $1,989.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 327145 | CLIENT | GMAC ResCap | | | Page | 4 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Rodriguez, Ignacio & Rosa | | | | |

| | | TOTAL | | **19.20** | **$5,296.05** | | |
|---|---|---|---|---|---|---|---|
| **Timekeeper** | | **Position** | | **Hours** | **Rate** | **Value** | |
| Nowlin, Marlene | MCN | Special Counsel | | 15.90 | 306.00 | $4,865.40 | |
| Athas, Natalie | NLA | Paralegal | | 3.30 | 130.50 | $430.65 | |
| | | **Total** | | **19.20** | | **$5,296.05** | |

PRIOR FEES                     $17,642.70
PRIOR COSTS & EXPENSES    $1,756.51

| | |
|---|---|
| FEES | $5,296.05 |
| COSTS & EXPENSES | $326.48 |
| **TOTAL THIS INVOICE** | **$5,622.53** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# INVOICE

| INVOICE NO. | | CUSTOMER NO. |
|---|---|---|
| 365778 | | 23103 |
| Invoice Date | | Total Due |
| 6/15/12 | | 16,117.14 |

SEVERSON & WERSON
CARRIE TINKER (OFFICE MNGR)
19100 VON KARMAN, SUITE 700
IRVINE, CA 92612

BILLING QUESTIONS CALL:
BILLING DEPT (213)213-2631
PAYMENT QUESTIONS CALL:
PAYMENT DEPT (213)213-2640

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 23103 | 365778 | 6/15/12 | 16,117.14 | 2 |

| Date | Order No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 6/01/12 FILING-REGULAR VEHICLE | 9473543 | REF RET | SEVERSON & WERSON 19100 VON KARMAN IRVINE          CA 92605 Caller: Ryan Brooks    Wait: 35 Min Case No.: CHA11W01622 Please pick up the o Signed: fld/ror | LA County Court-Chatsworth 9425 Penfield Ave CHATSWORTH       CA 91311 Case Title: Boyd v. GMAC riginal (& copies) f Ref: 19000-1172 | Base Chg : 117.75 Wait     :   3.35 | 121.10 |
| 6/01/12 FILING-ASAP VEHICLE | 9473589 | ASF | SEVERSON & WERSON 19100 VON KARMAN IRVINE          CA 92605 Caller: DIANA J LOPEZ    Wait: 35 Min Case No.: N/A PICK UP DOCUMENT TO Signed: recorded/cert | RECORDER-NORWALK 12400 EAST IMPERIAL HIGHWAY NORWALK          CA 90650 Case Title: N/A BE RECORDED IN NORWA Ref: 19000.1098 | Base Chg :  67.00 Wait     :   3.35 Adv/Wit Ck: 48.00 | 118.35 |
| 6/01/12 FILING-ASAP VEHICLE | 9473591 | ASF | RECORDER-NORWALK 12400 EAST IMPERIAL HIGHWAY NORWALK          CA 90650 Caller: DIANA J LOPEZ    Wait: 25 Min Case No.: N/A TAKE RECORDED CERTIF Signed: filed/conf | LASC-COMPTON 200 WEST COMPTON BOULEVARD COMPTON          CA 90220 Case Title: N/A IED CC OF CNTRL# Ref: 19000.1098 | Base Chg :  71.00 | 71.00 |
| 6/01/12 FILING-BRANCH FAX/PDF | 9473593 | BFX | SEVERSON & WERSON 19100 VON KARMAN IRVINE          CA 92605 Caller: Rosa Case No.: 37 2011 0059634 FILE/CONFORM/RETURN Signed: FILED | SDSC-VISTA 325 SOUTH MELROSE DRIVE VISTA            CA 92083 Case Title: GONZALEZ V GMAC PDF CC Ref: 19000.1119 | Base Chg : 106.50 | 106.50 |
| 6/01/12 FILING-BRANCH FAX/PDF | 9473606 | BFX | SEVERSON & WERSON 19100 VON KARMAN IRVINE          CA 92605 Caller: Liz C. Roberts Case No.: pc050699 Please file the atta Signed: RCD | LA County Court-Chatsworth 9425 Penfield Ave CHATSWORTH       CA 91311 Case Title: Ganloth - PC050699 ched doc (1) with th Ref: 11960.0263 | Base Chg :  62.50 | 62.50 |
| 6/01/12 FILING-BRANCH FAX/PDF | 9473627 | BFX | SEVERSON & WERSON 19100 VON KARMAN IRVINE          CA 92605 Caller: DIANA J LOPEZ Case No.: tc026180 FILE/CONFORM/RETURN Signed: filed | LASC-COMPTON 200 WEST COMPTON BOULEVARD COMPTON          CA 90220 Case Title: gmac mortgage v rodr NEEDS EMAIL CONFIRMA Ref: 19000.1098 | Base Chg :  62.50 | 62.50 |

## INVOICE PAYMENT DUE UPON RECEIPT

# INVOICE

| Invoice No. | Customer No. |
|---|---|
| 365778 | 23103 |
| Invoice Date | Total Due |
| 6/15/12 | 16,117.14 |

Angeles, CA 90074-9806

SEVERSON & WERSON
CARRIE TINKER (OFFICE MNGR)
19100 VON KARMAN, SUITE 700
IRVINE, CA 92612

BILLING QUESTIONS CALL:
BILLING DEPT(213)213-2631
PAYMENT QUESTIONS CALL:
PAYMENT DEPT(213)213-2640

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 23103 | 365778 | 6/15/12 | 16,117.14 | 11 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 6/11/12 FILING-BRANCH FAX/PDF | 9476851 | BFX | SEVERSON & WERSON 19100 VON KARMAN IRVINE CA 92605 Caller: Ryan Brooks Case No.: hg11603746 Please have filed/co Signed: filed | Alameda County Court 24405 Amador St HAYWARD CA 94544 Cape Title: mayorga v bank of am nformed today and de Ref: (15314-0324 | Base Chg : 71.75 PDF Chg : 39.00 Adv/Wit Ck: 395.00 | 505.75 |
| 6/11/12 RESEARCH-BRANCH NEXT DAY | 9476853 | BNR | SEVERSON & WERSON 8303 N Haven Ave RANCHO CUCAMONGA CA 91730 Caller: Ryan Brooks Case No.: CIVRS1203394 Please obtain a copy Signed: COPIED | SEVERSON & WERSON 19100 VON KARMAN IRVINE CA 92605 Case Title: Rojas v. Fernandez of the Demurrer & M Ref: 19000-1289 | Base Chg : 61.75 Research : 20.10 Adv/Wit Ck: 11.00 | 92.85 |
| 6/11/12 FILING-BRANCH FAX/PDF | 9476872 | BFX | SEVERSON & WERSON 19100 VON KARMAN IRVINE CA 92605 Caller: Terri Keller Wait: 20 Min Case No.: 37-2012-00050142 FILE/CONFORM/RETURN Signed: FILED | SDSC-VISTA 325 SOUTH MELROSE DRIVE VISTA CA 92083 Case Title: GONZALES V BAC HOME ADVANCE FEES Ref: 70000.0553 | Base Chg : 141.50 PDF Chg : 159.00 Adv/Wit Ck: 40.00 | 340.50 |
| 6/11/12 PDF COURTESY DELIVERY | 9476929 | PDF | SEVERSON & WERSON 19100 VON KARMAN IRVINE CA 92605 Caller: Jeff Weddle Case No.: na Pls. deliver the att Signed: del | USDC-Central (Roybal) 255 E. Temple St. LOS ANGELES CA 90012 ached as a "courtesy Ref: 19001.1253 | Base Chg : 25.00 | 25.00 |
| 6/11/12 FILING-BRANCH FAX/PDF | 9476938 | BFX | SEVERSON & WERSON 19100 VON KARMAN IRVINE CA 92605 Caller: DIANA J LOPEZ Wait: 44 Min Case No.: tc026180 FILE/CONFORM/RETURN Signed: filed | LASC-COMPTON 200 WEST COMPTON BOULEVARD COMPTON CA 90220 Case Title: gmac mortgage v rodr NEEDS/EMAIL CONFIRMA Ref: 19000.1098 | Base Chg : 97.50 Wait : 9.38 PDF Chg : .75 | 107.63 |
| 6/11/12 RESEARCH-BRANCH SAME DAY | 9476981 | BAR ASP | LASC-LOS ANGELES 111 NORTH HILL STREET LOS ANGELES CA 90012 Caller: Liz C. Roberts Case No.: bc468098 Please go to the abo Signed: ashley | SEVERSON & WERSON 19100 VON KARMAN IRVINE CA 92605 Case Title: Benton (BC468098) ve referenced court Ref: 19000.1044 | Base Chg : 62.25 Return : 65.75 Research : 13.40 Adv/Wit Ck: 27.00 | 168.40 |

Co1

## INVOICE PAYMENT DUE UPON RECEIPT

P.O. BOX 844250 LOS ANGELES, CA 90084-4250

**INVOICE**

TAX ID# 27-3093840

| | |
|---|---|
| Invoice No. | Customer No. |
| 366675 | 23103 |
| Invoice Date | Total Due |
| 7/15/12 | 16,009.40 |

SEVERSON & WERSON
CARRIE TINKER (OFFICE MNGR)
19100 VON KARMAN, SUITE 700
IRVINE, CA 92612

BILLING QUESTIONS CALL:
BILLING DEPT (213)213-2631
PAYMENT QUESTIONS CALL:
PAYMENT DEPT (213)213-2640

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 23103 | 366675 | 7/15/12 | 16,009.40 | 13 |

| Date | Ord No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 7/12/12 9488482 BAP PROCESS-BRANCH ASAP | | | SEVERSON & WERSON 19100 VON KARMAN IRVINE CA 92605 Caller: VICTORIA Case No.: 37-2012-00095724 DROP SERVICE FOR TODAY Signed: ron stormoen | LAW OFFICES OF RON A. STORMOEN 1011 CAMINO DEL RIO SOUTH SD-MISSION VLY CA 92108 Case Title: RUSSO V BANK OF AMER Ref: RUSSO V BANK OF AMERICA | Base Chg : 130.50 PDF Chg : 11.25 | 141.75 |
| 7/12/12 9488522 FAX FILING-FAX/PDF | | | SEVERSON & WERSON 19100 VON KARMAN IRVINE CA 92605 Caller: Rosa Case No.: bc450622 Wait: 25 Min FILE/CONFORM/RETURN Signed: FILED/CC DEL | LASC-LOS ANGELES 111 NORTH HILL STREET LOS ANGELES CA 90012 Case Title: nasser ghobadpour v DELIVER CC TO DEPT55 Ref: 70000.0052 | Base Chg : 29.75 | 29.75 |
| 7/12/12 9488524 BNR RESEARCH-BRANCH NEXT DAY | | | LASC-VAN NUYS 6230 SYLMAR AVENUE VAN NUYS CA 91401 Caller: Ryan Brooks Case No.: 12V03752 Please obtain a copy Signed: completed/pdf | SEVERSON & WERSON 19100 VON KARMAN IRVINE CA 92605 Case Title: Sosoban v. GMAC of the 07/02 Certif Ref: 19000-1328 | Base Chg : 61.75 Research : 20.10 Adv/Wit CK: 1.00 | 82.85 |
| 7/12/12 9488556 BFX FILING-BRANCH FAX/PDF | | | SEVERSON & WERSON 19100 VON KARMAN IRVINE CA 92605 Caller: DIANA J LOPEZ Case No.: TC026120 FILE/CONFORM/RETURN Signed: filed | LASC-COMPTON 200 WEST COMPTON BOULEVARD COMPTON CA 90220 Case Title: GMAC MORTGAGE V RODR NEEDS EMAIL CONFIRMA Ref: 19000.1098 | Base Chg : 97.50 Adv/Wit CK: 3.00 | 100.50 |
| 7/13/12 9488870 FAX FILING-FAX/PDF | | | SEVERSON & WERSON 19100 VON KARMAN IRVINE CA 92605 Caller: Terri Keller Case No.: RIC1203025 MUST BE FILED BY NOON Signed: FILED/RECEIVED | RCSC-RIVERSIDE 4050 MAIN STREET RIVERSIDE CA 92501 Case Title: GWEN CRESSWELL V BAN NOON PDF CC Ref: 70000.0667 | Base Chg : 29.75 PDF Chg : 38.25 Adv/Wit CK: 90.00 | 158.00 |
| 7/13/12 9488933 OCU OC-UNLIMITED PDF/FAX FILE | | | SEVERSON & WERSON 19100 VON KARMAN IRVINE CA 92605 Caller: VICTORIA Case No.: 30 2012 00574139 FILE/CONFORM/RETURN Signed: rcvd | OCSC-SANTA ANA 700 CIVIC CENTER DRIVE WEST SANTA ANA CA 92701 Case Title: constable v green tr ADVANCE NECESSARY Ref: CONSTABLE V GREEN TREE | Base Chg : 9.75 Adv/Wit CK: 10.00 | 19.75 |
| | | | | | | Continued |

**INVOICE PAYMENT DUE UPON RECEIPT**

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     327146     JBS                                September 21, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1124 | Simril, Barbara J. |
| | | GMAC Matter No.: 721144 |

**TOTAL AMOUNT DUE**          $4,507.85

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327146    JBS                                          September 21, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1124    Simril, Barbara J.
                        GMAC Matter No.: 721144

FOR PROFESSIONAL SERVICES RENDERED        01/01/1994        08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| EMF | 07/16/12 | Research case law. Scan and forward to counsel. | L110 | 0.30 | 130.50 | 39.15 |
| MCN | 08/01/12 | Analysis and evaluation of status of case in order to provide status report to client. | L110 | 0.40 | 306.00 | 122.40 |
| MCN | 08/01/12 | Analysis and evaluation of status report to client. | L110 | 0.30 | 306.00 | 91.80 |
| MCN | 08/02/12 | Correspondence with Bonello regarding strategy for notice of stay and letter to plaintiff's counsel regarding same. | L110 | 0.20 | 306.00 | 61.20 |
| MCN | 08/02/12 | Analysis and evaluation of information to be added to letter to plaintiff regarding bankruptcy stay. | L110 | 0.50 | 306.00 | 153.00 |
| MCN | 08/02/12 | Analysis and evaluation of order setting new case management conference in view of filing of notice of stay. | L110 | 0.20 | 306.00 | 61.20 |
| MCN | 08/03/12 | Analysis and evaluation of additional information to be disclosed regarding impact of GMAC bankruptcy on case. | L250 | 0.30 | 306.00 | 91.80 |
| MCN | 08/14/12 | Analysis and evaluation of status of Plaintiff's amended complaint to determine whether to file motion to dismiss. | L240 | 0.40 | 306.00 | 122.40 |
| MCN | 08/15/12 | Initial analysis of amended complaint in order to draft demurrer. | L240 | 1.30 | 306.00 | 397.80 |
| MCN | 08/15/12 | Initial draft statement of facts to demurrer. | L240 | 0.40 | 306.00 | 122.40 |
| MCN | 08/15/12 | Analysis and evaluation of effect of notice of stay on plaintiff's ability to prosecute claims. | L240 | 0.30 | 306.00 | 91.80 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 327146 | CLIENT | GMAC ResCap | | | | Page | 2 |
|---|---|---|---|---|---|---|---|---|
| | | MATTER | Simril, Barbara J. | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| MCN | 08/16/12 | Analysis and evaluation of strategy for demurrer to first amended complaint in order to draft same. | L240 | 0.80 | 306.00 | 244.80 |
| MCN | 08/16/12 | Analysis and evaluation of regarding whether notice of stay should be filed as to ETS. | L240 | 0.40 | 306.00 | 122.40 |
| MCN | 08/17/12 | Analysis and evaluation of stay applicable to ETS in order to amend notice of stay. | L120 | 0.20 | 306.00 | 61.20 |
| MCN | 08/17/12 | Preparation of amended notice of stay. | L250 | 0.30 | 306.00 | 91.80 |
| MCN | 08/17/12 | Further analysis of first amended complaint in order to determine strategy for responsive pleading and whether causes of action are stayed. | L240 | 0.60 | 306.00 | 183.60 |
| MCN | 08/20/12 | Further completion and analysis of amended notice of stay. | L250 | 0.40 | 306.00 | 122.40 |
| MCN | 08/27/12 | Analysis and evaluation of status of court's imposition of stay based on notice of bankruptcy. | L250 | 0.30 | 306.00 | 91.80 |
| MCN | 08/27/12 | Analysis and evaluation of allegations in amended complaint to determine whether causes of action violate bankruptcy stay and review of procedural rules regarding same. | L250 | 1.40 | 306.00 | 428.40 |
| MCN | 08/27/12 | Further analysis of strategy for responsive pleading in view of violation of the automatic stay. | L250 | 0.60 | 306.00 | 183.60 |
| MCN | 08/29/12 | Analysis and evaluation of strategy for responsive pleading based on plaintiff's violation of stay and whether to move to strike. | L240 | 0.80 | 306.00 | 244.80 |
| MCN | 08/29/12 | Further draft information for case management statement to be filed with court. | L240 | 0.50 | 306.00 | 153.00 |
| MCN | 08/29/12 | Correspondence with plaintiff's counsel regarding violation of the automatic stay and request to extend deadline for response. | L240 | 0.30 | 306.00 | 91.80 |
| MCN | 08/29/12 | Analysis and evaluation of strategy for demurrer and motion to strike. | L240 | 0.60 | 306.00 | 183.60 |
| MCN | 08/31/12 | Analysis and evaluation of case management conference statement filed by Plaintiff and strategy for case | L230 | 0.20 | 306.00 | 61.20 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 327146 | CLIENT | GMAC ResCap | | | | Page | 3 |
|---|---|---|---|---|---|---|---|---|
| | | MATTER | Simril, Barbara J. | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | management conference. | | | | | |
| MCN | 08/31/12 | Analysis and evaluation of status of case to prepare status report to client. | L120 | 0.20 | 306.00 | | 61.20 |
| MCN | 08/31/12 | Preparation of status report to client. | L120 | 0.30 | 306.00 | | 91.80 |
| MCN | 08/31/12 | Further prepare points and authorities in support of demurrer regarding wrongful foreclosure cause of action. | L240 | 0.60 | 306.00 | | 183.60 |
| MCN | 08/31/12 | Further prepare arguments regarding violation of automatic stay in support of motion to strike. | L240 | 0.30 | 306.00 | | 91.80 |
| | | **TOTAL** | | **13.40** | | | **$4,047.75** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 07/27/12 | First Legal Network, LLC; Court Services; LASC - Van Nuys, CA 07/13/12 | 128.90 |
| 08/01/12 | CourtCall, LLC; CourtCall - Conference Service; 07/24/12 | 108.00 |
| 08/15/12 | First Legal Network, LLC; Transmittal of filing to court; LASC- Van Nuys 7/17/12 | 71.75 |
| 08/15/12 | First Legal Network, LLC; Transmittal of filing to court; LASC- Los Angeles 7/20/12 | 29.75 |
| 08/15/12 | First Legal Network, LLC; Transmittal of filing to court; LASC- Van Nuys 7/27/12 | 71.75 |
| 08/17/12 | One Legal, Inc.; Transmittal of filing to court; Notice of Bankruptcy and Suggestion of Automatic Stay 08/07/12 | 49.95 |
| | **TOTAL COSTS & EXPENSES** | **$460.10** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 1.90 | $528.75 |
| L120 | Analysis/Strategy | 0.70 | $214.20 |
| L230 | Court Mandated Conferences | 0.20 | $61.20 |
| L240 | Dispositive Motions | 7.30 | $2,233.80 |
| L250 | Other Written Motions | 3.30 | $1,009.80 |
| | **TOTAL** | **13.40** | **$4,047.75** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Feldfeber, Edward | EMF | Paralegal | 0.30 | 130.50 | $39.15 |
| Nowlin, Marlene | MCN | Special Counsel | 13.10 | 306.00 | $4,008.60 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 327146 | CLIENT | GMAC ResCap | Page | 4 |
| | | MATTER | Simril, Barbara J. | | |

|  | **Total** |  | **13.40** | **$4,047.75** |
| --- | --- | --- | --- | --- |

PRIOR FEES                          $25,395.75
PRIOR COSTS & EXPENSES              $2,046.39

|  |  |
| --- | --- |
| FEES | $4,047.75 |
| COSTS & EXPENSES | $460.10 |
| **TOTAL THIS INVOICE** | **$4,507.85** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# INVOICE

P.O. BOX 844250 LOS ANGELES, CA 90084-4250

TAX IDB 27-3093840

| Invoice No. | Customer No. |
|---|---|
| 366675 | 23103 |
| Invoice Date | Total Due |
| 7/15/12 | 16,009.40 |

SEVERSON & WERSON
CARRIE TINKER (OFFICE MNGR)
19100 VON KARMAN, SUITE 700
IRVINE, CA 92612

BILLING QUESTIONS CALL:
BILLING DEPT(213)213-2631
PAYMENT QUESTIONS CALL:
PAYMENT DEPT(213)213-2640

| | Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|---|
| | 23103 | 366675 | 7/15/12 | 16,009.40 | 15 |

| Date | Ordr No. | Svc | Service Detail | | | | Charges | Total |
|---|---|---|---|---|---|---|---|---|
| 7/13/12 | 9489059 | BAR | LASC-VAN NUYS | SEVERSON & WERSON | Base Chg : | 98.75 | | 128.90 |
| RESEARCH-BRANCH SAME DAY | | | 6230 SYLMAR AVENUE | 19100 VON KARMAN | Research : | 30.15 | | |
| | | | VAN NUYS      CA 91401 | IRVINE      CA 92605 | | | | |
| | | | Caller: DIANA J LOPEZ | | | | | |
| | | | Case No.: lc095389 | Case Title: simril v gmac mortga | | | | |
| | | | ASAP OBTAIN A COPY | OF THE 7/10/12 | | | | |
| | | | Signed: close out | Ref: 19000.1124 | | | | |
| | | | | | | | | |
| 7/13/12 | 9489078 | BFX | SEVERSON & WERSON | LASC-BURBANK | Base Chg : | 97.50 | | 123.00 |
| FILING-BRANCH FAX/PDF | | | 19100 VON KARMAN | 300 EAST OLIVE AVENUE | PDF Chg : | 25.50 | | |
| | | | IRVINE      CA 92605 | BURBANK      CA 91503 | | | | |
| | | | Caller: Lorraine Johnson | | | | | |
| | | | Case No.: EC056601 | Case Title: OBERLY V AAMES ASSOC | | | | |
| | | | FILE/CONFORM/RETURN | DELIVER CC TO JUDGE | | | | |
| | | | Signed: FILED | Ref: 08888.1759 | | | | |

Invoice Amount:  6,397.40
Fees Advanced:  9,612.00
**Total   Amount Due:** 16,009.40

Total     16,009.40

# INVOICE PAYMENT DUE UPON RECEIPT

# Debit Ledger for 07/16/2012 through

| APP DATE | ATTORNEY | CCID# | JURISDICTION | DEPT | JUDGE | CASENAME/NUMBER | FEE | LATE FEE | TOTAL | BAL |
|---|---|---|---|---|---|---|---|---|---|---|
| /13 | Duane Geck | 5068833 | San Bernardino Superior Court-San Bernardino District | S35 | Judge David Cohn | Gonzalez vs. Nissan North America/CIVDS1105056 | $78.00 | $0.00 | $78.00 | ($16 |
| ence # 06888.0226 | | | | | | | | | | |
| /10/12 | Adam Barasch | 5036494 | U.S. Bankruptcy Court-E.D. California (Sacramento) | E | Honorable Ronald H. Sargis | Harrold/12-27035 (SW-1) | $30.00 | $0.00 | $30.00 | ($16,3 |
| ence # 30000-6021 | | | | | | | | | | ($16,28 |
| /22/12 | Adam Barasch | 5069371 | San Joaquin County Superior Court | 42 | Judge Bob W. McNatt (8:45) | Searcy v. FHLMA/39-2011-00266704 | $78.00 | $0.00 | $78.00 | |
| ence # 07685.1055 | | | | | | | | | | ($16,177.70) |
| 7/24/12 | Marlene Nowlin | 5069396 | Los Angeles Superior Court-Van Nuys | NWQ | Judge Russell S. Kussman | Barbara J. Simili vs. GMAC Mortgage, et al/LC095389 | $78.00 | $30.00 | $108.00 | |
| erence # 19000.1124 | Daniel Shamst | 5069663 | Los Angeles Superior Court-Central(M-Z) | 68 | Judge Mark V. Mooney | Gibson vs. California Credit Union, et al/BC461433 | $78.00 | $0.00 | $78.00 | ($16,099.70) |
| 8/1/12 | | | | | | | | | | ($16,177.70) |
| Reference # 70001.0036 | Casey McTigue | 5066726 | Sutter County Superior Court | B | Judge Perry Parker | Dominique Engel v. Greenpoint Mortgage/CVCS-12-0807 | $78.00 | Refund | $78.00 | ($16,255.70) |
| 8/20/12 | | | | | | | | | | |
| 7/24/12 | Jarlath Curran II | 5052705 | Los Angeles Superior Court-Torrance | E | Judge Cary Nishimoto | Dargahi-Nobari vs. America's Servicing Co., et al/YC066734 | $78.00 | Refund | $78.00 | ($16,177.70) |
| 8/23/12 | Megan Kelly | 5068828 | Contra Costa County Superior Court | 31 | Judge Laurel S. Brady | Blakley v. Wells Fargo/C12-01548 | $78.00 | $0.00 | $78.00 | ($16,177.70) |
| 7/25/12 | Jarlath Curran II | 5069840 | Los Angeles Superior Court-Van Nuys | D | Judge Huey P. Cotton | Chavy vs. Wells Fargo Mortgage, Inc., et al/LC097442 | $78.00 | $30.00 | $108.00 | ($16,069.70) |

Reference # 55000.320

Reference # 70001.0036

Reference # 19000.1124

Reference # 55000.320

$5000.0232

$5000.0355

Auto Debit Send on 07/31/12 at 11:21 PM

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327147    JBS                                    September 21, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1165 | Robinson, Russel |
| | | GMAC Matter No.: 722712 |

**TOTAL AMOUNT DUE**          $1,132.20

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327147    JBS                                September 21, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1165        Robinson, Russel
                            GMAC Matter No.: 722712

FOR PROFESSIONAL SERVICES RENDERED        01/01/1994        08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| MCN | 08/01/12 | Correspondence with plaintiffs regarding status of trustee's sale and request to stay sale. | L110 | 0.30 | 306.00 | 91.80 |
| MCN | 08/03/12 | Telephone call to plaintiff and city inspector regarding status of corrections and request to further postpone trustee's sale. | L160 | 0.40 | 306.00 | 122.40 |
| MCN | 08/03/12 | Analysis and evaluation of strategy for completing foreclosure in view of status of code violation corrections. | L160 | 0.20 | 306.00 | 61.20 |
| MCN | 08/08/12 | Multiple correspondence with plaintiff's counsel regarding status of property inspections and request to postpone foreclosure based upon pending inspections. | L160 | 0.40 | 306.00 | 122.40 |
| MCN | 08/08/12 | Analysis and evaluation of strategy for advising GMAC regarding trustee's sale. | L160 | 0.30 | 306.00 | 91.80 |
| MCN | 08/08/12 | Correspondence with Bonello. | L160 | 0.20 | 306.00 | 61.20 |
| MCN | 08/08/12 | Conference with Inspector Sindayen regarding plaintiff's correction of code violations and whether the City will lift the violations. | L160 | 0.30 | 306.00 | 91.80 |
| MCN | 08/14/12 | Multiple telephone calls with plaintiff's counsel regarding plaintiff's demand for trustee's sale postponement. | L160 | 0.40 | 306.00 | 122.40 |
| MCN | 08/14/12 | Correspondence with Lena Gurevich regarding status of trustee's sale and whether to further postpone. | L160 | 0.30 | 306.00 | 91.80 |
| MCN | 08/14/12 | Correspondence with Bonello. | L160 | 0.20 | 306.00 | 61.20 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 327147 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Robinson, Russel | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|
| MCN | 08/28/12 | Analysis and evaluation of status of code violations per Plaintiff's claim that GMAC must speak to city to resolve violations. | L120 | 0.20 | 306.00 | 61.20 |
| MCN | 08/28/12 | Telephone call with Sindayan, city inspector, to determine whether GMAC must take action to resolve code violations. | L120 | 0.30 | 306.00 | 91.80 |
| MCN | 08/31/12 | Multiple telephone calls with Sindayen, city inspector, regarding status of code violations to advise client regarding trustee's sale. | L120 | 0.20 | 306.00 | 61.20 |
| | | **TOTAL** | | **3.70** | | **$1,132.20** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 0.30 | $91.80 |
| L120 | Analysis/Strategy | 0.70 | $214.20 |
| L160 | Settlement/Non-Binding ADR | 2.70 | $826.20 |
| | **TOTAL** | **3.70** | **$1,132.20** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Nowlin, Marlene | MCN | Special Counsel | 3.70 | 306.00 | $1,132.20 |
| | **Total** | | **3.70** | | **$1,132.20** |

| PRIOR FEES | $33,529.05 |
|---|---|
| PRIOR COSTS & EXPENSES | $790.78 |

| | | |
|---|---|---|
| FEES | | $1,132.20 |
| **TOTAL THIS INVOICE** | | **$1,132.20** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      327149      JBS                                        September 21, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000      GMAC ResCap
MATTER      1250       Binafard, Nader
                       Email Invoice to Kari Krull

**TOTAL AMOUNT DUE**                    **$513.00**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | | |
|---|---|---|
| Invoice No.    327149    JBS | | September 21, 2012 |

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  1250    Binafard, Nader
Email Invoice to Kari Krull

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| KWF | 07/12/12 | Prepare notice of status of bankruptcy, evaluate bankruptcy court docket to assist with same. | L190 | 0.70 | 270.00 | 189.00 |
| KWF | 08/01/12 | Evaluate file status and court docket. Prepare email to client, K. Krull, advising of trial date continuance. | L120 | 0.30 | 270.00 | 81.00 |
| KWF | 08/07/12 | Prepare amended notice of bankruptcy. | L210 | 0.30 | 270.00 | 81.00 |
| KWF | 08/07/12 | Prepare letter to Plaintiff re: final supplemental order. | L120 | 0.30 | 270.00 | 81.00 |
| KWF | 08/13/12 | Prepare email to client, K. Krull, with amended bankruptcy notice and cover letter to Plaintiff. | L190 | 0.10 | 270.00 | 27.00 |
| KWF | 08/27/12 | Evaluate court docket and file status, prepare email to client re: 09/15/12 trial date. | L120 | 0.20 | 270.00 | 54.00 |
| | | **TOTAL** | | **1.90** | | **$513.00** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.80 | $216.00 |
| L190 | Other Case Assessment | 0.80 | $216.00 |
| L210 | Pleadings | 0.30 | $81.00 |
| | **TOTAL** | **1.90** | **$513.00** |

| Timekeeper | Position | Hours | Rate | Value |
|------------|----------|-------|------|-------|

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 327149 | CLIENT | GMAC ResCap | | | | Page | 2 |
| | | MATTER | Binafard, Nader | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Franich, Kerry | | KWF | Associate | | 1.90 | 270.00 | $513.00 |
| | | **Total** | | | **1.90** | | **$513.00** |

PRIOR FEES                         $877.95
PRIOR COSTS & EXPENSES             $73.50


                                    FEES            $513.00
                    **TOTAL THIS INVOICE**          **$513.00**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      327150      JBS                                September 21, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
|--------|-------|-------------|
| MATTER | 1285  | White, Terence E. and Linda |
|        |       | GMAC Matter No.: 724563 |

**TOTAL AMOUNT DUE**              **$5,802.73**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | | | |
|---|---|---|---|
| Invoice No. | 327150 | JBS | September 21, 2012 |

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1285    White, Terence E. and Linda
GMAC Matter No.: 724563

FOR PROFESSIONAL SERVICES RENDERED     01/01/1994     08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| YS | 08/07/12 | Draft notice of non-opposition to demurrer to plaintiffs' first amended complaint | L210 | 0.30 | 238.50 | 71.55 |
| YS | 08/08/12 | Review and analysis of plaintiff's first amended complaint and determine how to respond | L120 | 0.50 | 238.50 | 119.25 |
| JHT | 08/08/12 | Corresponded with Plaintiff's Counsel Re. Amended Complaint and Hearing on Demurrer to Complaint. | L190 | 0.30 | 238.50 | 71.55 |
| JHT | 08/08/12 | Prepared for Hearing on Demurrer to Complaint. | L210 | 1.00 | 238.50 | 238.50 |
| JHT | 08/09/12 | Appeared at Hearing on Demurrer to FAC. | L210 | 3.70 | 238.50 | 882.45 |
| JHT | 08/09/12 | Corresponded with Client Re. Case Status. | L190 | 0.20 | 238.50 | 47.70 |
| JHT | 08/27/12 | Reviewed/Analyzed Plaintiff's Opposition to Demurrer to FAC. | L210 | 0.30 | 238.50 | 71.55 |
| YS | 08/28/12 | Further drafting and revising of client's reply brief in light of opposition received to demurrer to the amended complaint | L210 | 0.40 | 238.50 | 95.40 |
| JHT | 08/28/12 | Drafted Reply In Support Of Demurrer to First Amended Complaint. | L210 | 2.50 | 238.50 | 596.25 |
| JHT | 08/29/12 | Reviewed Case File, Subject Complaint and Case Notes In Preparation for Hearing on Demurrer to First Amended Complaint. | L210 | 0.80 | 238.50 | 190.80 |
| JHT | 08/30/12 | Appeared at Hearing on Demurrer to First Amended Complaint. | L210 | 3.70 | 238.50 | 882.45 |
| JHT | 08/30/12 | Drafted Correspondence to Client | L190 | 0.20 | 238.50 | 47.70 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 327150 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | White, Terence E. & Linda | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | Regarding Outcome of Demurrer Hearing. | | | | | |
| JHT | 08/30/12 | Drafted Notice of Ruling on Demurrer to First Amended Complaint. | L210 | 0.30 | 238.50 | | 71.55 |
| JHT | 08/30/12 | Drafted Proposed Judgment of Dismissal In Light of the Fact the Court Sustained Clients' Demurrer to the First Amended Complaint Without Leave to Amend. | L210 | 0.30 | 238.50 | | 71.55 |
| | | **TOTAL** | | **14.50** | | | **$3,458.25** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 07/27/12 | First Legal Network, LLC; Court Services; LASC - Long Beach, CA 07/02/12 | 81.00 |
| 07/27/12 | First Legal Network, LLC; Transmittal of filing to court; LASC - Long Beach, CA Adv/Ck: $1975 07/03/12 | 2,054.25 |
| 08/13/12 | CourtCall, LLC; CourtCall - Conference Service; 08/09/12 | 108.00 |
| 08/20/12 | One Legal, Inc.; Transmittal of filing to court; Notice of Non-Opposition, 08/09/12 | 60.70 |
| 08/30/12 | Joe H. Tuffaha; Transportation; Mileage to/from LASC-South Dist. (Long Beach), Dept. 11, for hearing on Defs. Deutsche's/MERS'/ETS/HSBC's Demurrer to Pl's FAC. 8/9/12 | 40.53 |
| | **TOTAL COSTS & EXPENSES** | **$2,344.48** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.50 | $119.25 |
| L190 | Other Case Assessment | 0.70 | $166.95 |
| L210 | Pleadings | 13.30 | $3,172.05 |
| | **TOTAL** | **14.50** | **$3,458.25** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Tuffaha, Joe | JHT | Associate | 13.30 | 238.50 | $3,172.05 |
| Shaham, Yaron | YS | Special Counsel | 1.20 | 238.50 | $286.20 |
| | **Total** | | **14.50** | | **$3,458.25** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 327150 | CLIENT | GMAC ResCap | | Page | 3 |
|---|---|---|---|---|---|---|
| | | MATTER | White, Terence E. & Linda | | | |

| | |
|---|---|
| PRIOR FEES | $3,735.45 |
| PRIOR COSTS & EXPENSES | $2,434.69 |

| | |
|---|---|
| FEES | $3,458.25 |
| COSTS & EXPENSES | $2,344.48 |
| **TOTAL THIS INVOICE** | **$5,802.73** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

**INVOICE**

TAX ID: 27-3093848

SEVERSON & WERSON
CARRIE TINKER (OFFICE MNGR)
19100 VON KARMAN, SUITE 700
IRVINE, CA 92612

BILLING QUESTIONS CALL:
BILLING DEPT(213)213-2631
PAYMENT QUESTIONS CALL:
PAYMENT DEPT(213)213-2640

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 23103 | 366675 | 7/15/12 | 16,009.40 | 5 |

| Date | Ordr.No. | Svc | Service Detail | | | Charges | Total |
|---|---|---|---|---|---|---|---|
| 7/03/12 FILING-FAX/PDF | 9485153 | FAX | SEVERSON & WERSON 19100 VON KARMAN IRVINE          CA 92605 Caller: Rosa Case No.: 37 2012 0090497 FILE/CONFORM/RETURN Signed: FILED/PDF | SDSC-SAN DIEGO 330 WEST BROADWAY SAN DIEGO          CA 92101 Case Title: young v bank of amer ADVANCE FEE.PDF CC Ref: 70000.0574 | Base Chg  : 29.75 PDF Chg   : 12.75 Adv/Wit CK: 80.00 | | 122.50 |
| 7/03/12 FILING-BRANCH FAX/PDF | 9485168 | BFX | SEVERSON & WERSON 19100 VON KARMAN IRVINE          CA 92605 Caller: Jeff Weddle Case No.: NC056818 Per "Evelyn" in Dept Signed: filed/conformed | LASC-LONG BEACH 415 WEST OCEAN BOULEVARD LONG BEACH          CA 90802 Case Title: White v. MortgageIt, 11, LASC-South (Lo Ref: 19000.1285 | Base Chg  : 71.75 PDF Chg   : 7.50 Adv/Wit CK: 1975.00 | | 2,054.25 |
| 7/03/12 FILING-FAX/PDF | 9485207 | FAX | SEVERSON & WERSON 19100 VON KARMAN IRVINE          CA 92605 Caller: Rosa Case No.: 111CV210028 FILE/CONFORM/RETURN Signed: FILED | SCSC-SAN JOSE 191 NORTH 1ST STREET SAN JOSE          CA 95113 Case Title: SEPEHRY-FARD V THE B DELIVER CC TO DEPT 2 Ref: 70000.0808 | Base Chg  : 29.75 | | 29.75 |
| 7/03/12 FILING-FAX/PDF | 9485319 | FAX | SEVERSON & WERSON 19100 VON KARMAN IRVINE          CA 92605 Caller: Terri Keller Case No.: 56 2010 00413305 FILE/CONFORM/RETURN Signed: FILED | VCSC-VENTURA 800 SOUTH VICTORIA AVENUE VENTURA          CA 93009 Case Title: valadez v country wi advance fees Ref: VALADEZ V COUNTRYWIDE | Base Chg  : 29.75 PDF Chg   : 21.75 Adv/Wit CK: 40.00 | | 91.50 |
| 7/03/12 FILING-FAX/PDF | 9485328 | FAX | SEVERSON & WERSON 19100 VON KARMAN IRVINE          CA 92605 Caller: Rosa Case No.: 111cv209804 submit the attached Signed: SUBMITTED | SCSC-SAN JOSE 191 NORTH 1ST STREET SAN JOSE          CA 95113 Case Title: sephry-fard v auror letter to judge Ref: 11991.0108 | Base Chg  : 29.75 | | 29.75 |
| 7/03/12 FILING-FAX/PDF | 9485395 | FAX | SEVERSON & WERSON 19100 VON KARMAN IRVINE          CA 92605 Caller: Liz C. Roberts    Wait: 21 Min Case No.: bc478417 Please file the atta Signed: FILED | LA County Court-Unlimited 111 N Hill St LOS ANGELES          CA 90012 Case Title: Sloan (BC478417) ched doc (1) with th Ref: 55000.0163 | Base Chg  : 64.75 | | 64.75 |

70000.0733

## INVOICE PAYMENT DUE UPON RECEIPT

# Debit Account Number CCDA-01-378

## ...bit Ledger for 08/01/2012 through

| ATTORNEY | CCID# | COURT | JUDGE | CASENAME/NUMBER | VIDEO / LATE FEE | FEE / LATE FEE | TOTAL | BALANCE |
|---|---|---|---|---|---|---|---|---|
| ...0 Sanford Shatz | 5097764 | San Bernardino Superior Court-Rancho Cucamonga | Judge Keith D. Davis | James Albers vs. Bank of America/CIVRS1004297 | | $78.00 $0.00 | $78.00 | ($16,055.50) |
| ...# 11608.0679 | | | | | | | | |
| ...02 Sanford Shatz | 5097764 | San Bernardino Superior Court-Rancho Cucamonga | Judge Keith D. Davis | James Albers vs. Bank of America/CIVRS1004297 | | $78.00 $0.00 | $78.00 | ($16,055.50) |
| ...# 11608.0679 | | | | | | | | |
| ...9/12 Yaron Shaham | 5097785 | Los Angeles Superior Court-Long Beach | Judge Ross Klein | White, et al vs. Mortgageit, Inc., et al/NC056818 | | $78.00 $30.00 | $108.00 | ($15,947.50) |
| ...# 19000.1285 | | | | | | | | |
| ...0/12 Yaron Shaham | 5097838 | San Diego Superior Court-North County | Judge Robert P. Dahlquist | Robert Abele vs. Litton Loan Servicing/37-2011-00059941-C | | $78.00 $0.00 | $78.00 | ($15,869.50) |
| ...e # 19000.1163 | | | | | | | | |
| ...3/12 Austin Kenney | 5097970 | Madera County Superior Court | Judge James E. Oakley | Eldren Sherman vs. Orie MedicineBull/MCV055979 | | $78.00 $0.00 | $78.00 | ($15,791.50) |
| ...ence # 55000.0199 | | | | | | | | |
| 8/15/12 J. Andrew Lawson | 5098056 | Marin County Superior Court | Judge Roy O. Chernus | M. Perez Company vs. North Counties Drywall, et al/CV1006614 | | $78.00 $0.00 | $78.00 | ($15,713.50) |
| ...ence # 07465.0281 | | | | | | | | |
| 9/17/12 Daniel Shama | 5098136 | Los Angeles Superior Court-Van Nuys | Judge Huey P. Cotton | Willoughby vs. Hawks, et al/LC097077 | | $78.00 $0.00 | $78.00 | ($15,635.50) |
| ...ference # 70001.0111 | | | | | | | | |
| 8/8/12 David Reed | 5098146 | Contra Costa County Superior Court | Judge David Flinn | Davis Robert vs. Bank of America/C1102919 | | $78.00 $30.00 | $108.00 | ($15,527.50) |
| ...ference # 70000-0512 | | | | | | | | |

...ulo Debit Send on 08/10/12 at 11:01 PM

2012

Page 14

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327151    JBS                                September 21, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1289     Rojas/Fernandez
                   GMAC Matter No.: 728258

**TOTAL AMOUNT DUE**             **$957.60**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327151    JBS                                    September 21, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1289    Rojas/Fernandez
GMAC Matter No.: 728258

FOR PROFESSIONAL SERVICES RENDERED        01/01/1994        08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| KWF | 08/01/12 | Evaluate file status and court docket, noting upcoming demurrer, case management conference, and motion to consolidate. | L120 | 0.20 | 270.00 | 54.00 |
| KWF | 08/03/12 | Receive request for dismissal. Evaluate court docket re: entering of same. | L120 | 0.20 | 270.00 | 54.00 |
| KWF | 08/03/12 | Prepare email to client, C. Hancock, advising of request for dismissal and potential case closing. | L190 | 0.20 | 270.00 | 54.00 |
| KWF | 08/07/12 | Evaluate court docket. Prepare email to R. Brooks re: vacating demurrer hearing. | L120 | 0.10 | 270.00 | 27.00 |
| LJA | 08/08/12 | Conduct detailed review of all fees and costs to date.  Draft Memorandum of Costs re same. | L210 | 0.70 | 130.50 | 91.35 |
| SMH | 08/13/12 | Attention to MERS' dismissal. | L190 | 0.10 | 333.00 | 33.30 |
| KWF | 08/13/12 | Prepare email to client, C. Hancock, with dismissal and advising of file closing. | L120 | 0.10 | 270.00 | 27.00 |
| KWF | 08/14/12 | Prepare email to client, C. Hancock, in response to inquiry re: dismissal. | L190 | 0.10 | 270.00 | 27.00 |
| KWF | 08/30/12 | Prepare email to client, C. Hancock, re: dismissal of MERS. | L190 | 0.10 | 270.00 | 27.00 |
| | | **TOTAL** | | **1.80** | | **$394.65** |

## COSTS & EXPENSES

07/24/12  One Legal, Inc.; Transmittal of filing to court;                           484.95
Demurrer, Request for Judicial Notice

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 327151 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Rojas/Fernandez | | |

---

including Court Filing Fee $435 1st App Fee:
Mers 07/12/12

| 08/01/12 | CourtCall, LLC; CourtCall - Conference Service; 08/20/12 | 78.00 |
|---|---|---|
| | **TOTAL COSTS & EXPENSES** | **$562.95** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.60 | $162.00 |
| L190 | Other Case Assessment | 0.50 | $141.30 |
| L210 | Pleadings | 0.70 | $91.35 |
| | **TOTAL** | **1.80** | **$394.65** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Franich, Kerry | KWF | Associate | 1.00 | 270.00 | $270.00 |
| Ash, Laura | LJA | Paralegal | 0.70 | 130.50 | $91.35 |
| Hankins, Suzanne | SMH | Member | 0.10 | 333.00 | $33.30 |
| | **Total** | | **1.80** | | **$394.65** |

| PRIOR FEES | $5,477.40 |
|---|---|
| PRIOR COSTS & EXPENSES | $279.79 |

| FEES | $394.65 |
|---|---|
| COSTS & EXPENSES | $562.95 |
| **TOTAL THIS INVOICE** | **$957.60** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

26-0259046

SEVERSON & WERSON
ATTN:
1 Embarcadero Ctr
Suite 2600
San Francisco, CA 94111

CR
RJB

| Cust. No.: | 0000562 |
| Invoice No.: | 2019457 |
| Inv. Date: | 7/12/12 |
| Due Date: | 7/27/12 |
| Total: | $484.95 |
| Terms: | Net 15 |

| INVOICE No. | |
| 2019457 | |
| Date: | 7/12/12 |
| Cust. No.: | 0000562 |

Law Firm Contact:  KERRY W FRANICH
Client File No.:  19000-1289
Case Short Title:  Rojas, Victoria V. MERS

Documents:  Demurrer, Request for Judicial Notice

One Legal Branch:  Riverside
Court:  Superior Court of California, San Bernardino County
Description:

COURT FILING FEE                    $435.00
COURT FILING SERVICE FEE            $49.95

— 1st app fee
MERS

| Due Date | 7/27/12 | Total This Invoice | $484.95 |



# Severson
## &Werson
**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327152    JBS                                    September 21, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1318    Corona, Octavio and Angelica
GMAC Matter No.: 729890

**TOTAL AMOUNT DUE**          **$2,063.44**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327152    JBS                                    September 21, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1318    Corona, Octavio and Angelica
GMAC Matter No.: 729890

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| DL | 08/01/12 | Prepare correspondence to client re hearing date for demurrer; exchange correspondence with court re continuance of status conference and prepare notice re same. | L430 | 0.40 | 288.00 | 115.20 |
| DL | 08/31/12 | Prepare case update for client on master chart. | L190 | 0.10 | 288.00 | 28.80 |
| | | **TOTAL** | | **0.50** | | **$144.00** |

## COSTS & EXPENSES

| | | | |
|---|---|---|---|
| 08/10/12 | Cardmember Service/Bank One (Acct #2707); Data Search; 12611 Athens Way Los Angeles, CA 07/07/12 | | 78.79 |
| 08/20/12 | One Legal, Inc.; Transmittal of filing to court; Demurrer, Proposed Order, request for Judical Notice, Notice of BK including Court Filing Fee $1740 Ist App Fees: GMAC MERS ETS US.Bank 8/2/12 | | 1,790.70 |
| 08/20/12 | One Legal, Inc.; Transmittal of filing to court; Notice, 08/03/12 | | 49.95 |
| | **TOTAL COSTS & EXPENSES** | **$1,919.44** | |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|---|-------|--------|
| L190 | Other Case Assessment | 0.10 | $28.80 |
| L430 | Written Motions/Submissions | 0.40 | $115.20 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.   327152      CLIENT    GMAC ResCap                                    Page        2
                          MATTER    Corona, Octavio & Angelica

| | TOTAL | | 0.50 | $144.00 | | |
|---|---|---|---|---|---|---|
| **Timekeeper** | | **Position** | | **Hours** | **Rate** | **Value** |
| Liu, David | DL | Associate | | 0.50 | 288.00 | $144.00 |
| | **Total** | | | **0.50** | | **$144.00** |

PRIOR FEES                          $1,924.65

|  | |
|---|---|
| FEES | $144.00 |
| COSTS & EXPENSES | $1,919.44 |
| **TOTAL THIS INVOICE** | **$2,063.44** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

504 Redwood Blvd., Suite 223
Novato, CA  94947
(800) 938-8815
26-0259046

OK
RJB

One Legal LLC
One Legal LLC
504 Redwood Blvd., Suite 223
Novato, CA  94947
(800) 938-8815

SEVERSON & WERSON
ATTN: Accounting
1 Embarcadero Ctr
Suite 2600
San Francisco, CA  94111

| INVOICE No. | |
|---|---|
| 7171317 | |
| Date: | 8/2/12 |
| Cust. No.: | 0000562 |

| Cust. No.: | 0000562 |
|---|---|
| Invoice No.: | 7171317 |
| Inv. Date: | 8/2/12 |
| Due Date: | 8/17/12 |
| Total: | $1,790.70 |
| Terms: | Net 15 |

| Law Firm Contact: | David Liu |
|---|---|
| Client File No.: | 19000-1318 |
| Case Short Title: | Corona, Octavio V. GMAC |

| Documents: | Demurrer, Proposed Order, Request for Judicial Notice, Notice of BK |
|---|---|
| One Legal Branch: | Los Angeles |
| Court: | Superior Court of California, Los Angeles County |
| Description: | |

| COURT FILING FEE | $1,740.00 |
|---|---|
| COURT FILING SERVICE FEE | $49.95 |
| COURT FILING COPY CHARGE | $0.75 |

1st App Fees:

GMAC
MERS
ETS
US. Bank



| Due Date | 8/17/12 | | Total This Invoice | $1,790.70 |
|---|---|---|---|---|

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      327153      JBS                                    September 21, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000      GMAC ResCap
MATTER      1323       Powderly, Christina and Paul
                       GMAC Matter No.: 730151

**TOTAL AMOUNT DUE**          $2,945.29

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327153    JBS                                    September 21, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1323    Powderly, Christina and Paul
GMAC Matter No.: 730151

FOR PROFESSIONAL SERVICES RENDERED        01/01/1994        08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| DL | 08/14/12 | Analyze court docket for filing of opposition to demurrer. | L190 | 0.10 | 288.00 | 28.80 |
| DL | 08/28/12 | Prepare for hearing on demurrer; analyze plaintiff's purported amended complaint; analyze docket for tentative ruling; prepare correspondence to client re demurrer sustained with leave to amend. | L430 | 2.90 | 288.00 | 835.20 |
| DL | 08/29/12 | Prepare notice of ruling on demurrer to complaint. | L430 | 0.30 | 288.00 | 86.40 |
| DL | 08/31/12 | Prepare case update for client on master chart. | L190 | 0.10 | 288.00 | 28.80 |
| | | **TOTAL** | | **3.40** | | **$979.20** |

## COSTS & EXPENSES

| | | | |
|---|---|---|---|
| 07/27/12 | First Legal Network, LLC; Serv Process, Subpoena Fees; Christina Powderly 522 South Helena Street Anaheim, CA 92805 07/09/12 | | 87.75 |
| 08/10/12 | Cardmember Service/Bank One (Acct #2707); Data Search; 522 S. Helena Street Orange, CA 07/06/12 | | 98.39 |
| 08/20/12 | One Legal, Inc.; Transmittal of filing to court; Demurrer, Proposed Order, Request for Judicial Notice including Court Filing Fee $1770 1st App Fees: GMAC MERS ETS Homecoming 7/13/12 | | 1,779.95 |

**TOTAL COSTS & EXPENSES**                **$1,966.09**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement