# Exhibit E-8

## Severson
## &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 327153 | CLIENT | GMAC ResCap | Page | 2 |
| | | MATTER | Powderly, Christina & Paul | | |

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L190 | Other Case Assessment | 0.20 | $57.60 |
| L430 | Written Motions/Submissions | 3.20 | $921.60 |
| | **TOTAL** | **3.40** | **$979.20** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Liu, David | DL | Associate | 3.40 | 288.00 | $979.20 |
| | **Total** | | **3.40** | | **$979.20** |

| PRIOR FEES | $3,474.90 |
|---|---|
| PRIOR COSTS & EXPENSES | $60.34 |

| FEES | $979.20 |
|---|---|
| COSTS & EXPENSES | $1,966.09 |
| **TOTAL THIS INVOICE** | **$2,945.29** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement



Novato, CA 94947
(800) 938-8815

26-0259046

SEVERSON & WERSON
ATTN:
1 Embarcadero Ctr
Suite 2600
San Francisco, CA 94111

| INVOICE No. | |
|---|---|
| 5133608-R1 | |
| Date: | 7/31/12 |
| Cust. No.: | 0000562 |

| Cust. No.: | 0000562 |
|---|---|
| Invoice No.: | 5133608-R1 |
| Inv. Date: | 7/31/12 |
| Due Date: | 8/15/12 |
| Total: | $ 1,779.95 |
| Terms: | Net 15 |

Law Firm Contact:    David Liu
Client File No.:    19000-1323
Case Short Title:    Christina Marie Powderly vs. GMAC Mortgage, LLC V. N/A

Documents:    Demurrer, Proposed Order, Request for Judicial Notice

One Legal Branch:
Court:    Superior Court of California, Orange County
Description:

THIS IS A REVISED INVOICE

COURT FILING FEE                                     $1,770.00
E-FILING SERVICE FEE - UNLIMITED                     $9.95

1st App Fees:
GMAC
Mers
ETS
Homecoming

FROM ACCOUNTING
Please provide the following:
☐ Client/Match # 19000-1323
☐ Firm - G/L # _____
    Authorization _____

| Due Date | 8/15/12 | Total This Invoice | $1,779.95 |
|---|---|---|---|



# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      327154      JBS                                    September 21, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000      GMAC ResCap
MATTER      1334      Villanueva, Manuel, Lourdes and Angel
                              GMAC Matter No.: 730481

**TOTAL AMOUNT DUE**            **$2,650.84**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Peverson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327154    JBS                                                September 21, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1334    Villanueva, Manuel, Lourdes and Angel
                        GMAC Matter No.: 730481

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| KKB | 07/24/12 | Review and revise Demurrer and Request for Judicial Notice | L210 | 1.00 | 148.50 | 148.50 |
| YS | 08/03/12 | Review and analysis of plaintiffs' loan modification application and supporting documents in an effort to resolve this case | L120 | 0.40 | 238.50 | 95.40 |
| YS | 08/03/12 | Draft correspondence to client regarding status of the case, pending hearing dates, and plaintiffs' loan modification application | L190 | 0.30 | 238.50 | 71.55 |
| YS | 08/09/12 | Draft correspondence to plaintiffs counsel regarding status of review of his client's loan modification application | L190 | 0.20 | 238.50 | 47.70 |
| YS | 08/15/12 | Draft correspondence to plaintiff's counsel regarding request for additional documentation and information to complete loan modification application review | L160 | 0.30 | 238.50 | 71.55 |
| YS | 08/15/12 | Receipt, review and analysis of correspondence from plaintiff's counsel regarding additional documentation to support plaintiff's loan modification application | L120 | 0.10 | 238.50 | 23.85 |
| YS | 08/15/12 | Draft correspondence to client regarding additional documentation to support plaintiff's loan modification application | L190 | 0.20 | 238.50 | 47.70 |
| YS | 08/22/12 | Draft correspondence to client regarding status of loan modification | L190 | 0.20 | 238.50 | 47.70 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# POWERSON
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 327154 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Villanueva, Manuel & Lourdes | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | review in an effort to resolve this case | | | | | |
| YS | 08/23/12 | Draft correspondence to client regarding status of foreclosure sale and plaintiff's loan modification application | L190 | 0.20 | 238.50 | | 47.70 |
| YS | 08/27/12 | Draft correspondence to plaintiff's counsel regarding status of foreclosure sale and loan modification application for Angel Villanueva | L190 | 0.30 | 238.50 | | 71.55 |
| YS | 08/28/12 | Receipt, review and analysis of the recorded lis pendens by plaintiff in light of the litigation initiated by him | L120 | 0.10 | 238.50 | | 23.85 |
| | | **TOTAL** | | **3.30** | | | **$697.05** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 08/10/12 | Cardmember Service/Bank One (Acct #2707); Data Search; 26943 Sugarite Canyon Drive Riverside, CA 07/16/12 | 73.84 |
| 08/14/12 | One Legal, Inc.; Transmittal of filing to court; Defs. Demurrer to Pl's Complaint, Defs. RJN ISO Demurrer to Pl's Complaint, Defs. Proposed Order ISO Demurrer to....08/01/12 | 49.95 |
| 08/27/12 | Cardmember Service/Bank One (Acct #7755); Court and Filing Fees; CNTY RVSD Online Civil MO Riverside CA 07/24/12 | 1,830.00 |
| | **TOTAL COSTS & EXPENSES** | **$1,953.79** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.60 | $143.10 |
| L160 | Settlement/Non-Binding ADR | 0.30 | $71.55 |
| L190 | Other Case Assessment | 1.40 | $333.90 |
| L210 | Pleadings | 1.00 | $148.50 |
| | **TOTAL** | **3.30** | **$697.05** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Brown, Kimberly | KKB | Paralegal | 1.00 | 148.50 | $148.50 |
| Shaham, Yaron | YS | Special Counsel | 2.30 | 238.50 | $548.55 |
| | **Total** | | **3.30** | | **$697.05** |

PRIOR FEES                    $2,504.70

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327154       CLIENT    GMAC ResCap                          Page        3
                            MATTER    Villanueva, Manuel & Lourdes

| | |
|---|---|
| FEES | $697.05 |
| COSTS & EXPENSES | $1,953.79 |
| **TOTAL THIS INVOICE** | **$2,650.84** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## ONLINE CIVIL DEMURRER RESERVATION COMPLETED

A MOTION HEARING DATE HAS BEEN RESERVED AS LISTED BELOW.

ALL PLEADINGS MUST BE SERVED AND FILED IN A TIMELY MANNER, PURSUANT TO STATUTE.

**FAILURE TO FILE THE REQUIRED PAPERS WILL RESULT IN THE RESERVATION BEING VACATED.**

| Case Type | Case Number | Department | Motion Date | Action Time | Motion |
|-----------|-------------|------------|-------------|-------------|--------|
| RIC | 1207752 | 12 | 09/24/2012 | 8:30AM | Reservation Motion re: Motion for Demurrer |

IF ANY CHANGES NEED TO BE MADE PLEASE CALL THE COURT AT (951) 777-3147. THANK YOU FOR YOUR COOPERATION.

Please print this page as confirmation of your payment of $1830 Confirmation Number: RES13203

## Print

ONLINE CIVIL LAW AND MOTIONS RESERVATION MENU

LAW AND MOTION INFORMATION AND INSTRUCTIONS

1st Appearance Fees x 4
7/24/12

JSW
Firm-Issued C.C.

YS

19000.1334
GMAC/Villanueva

**Severson**
**&Werson**

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     327155     JBS

September 21, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1338 | Saldana, Mariana and Juan |
| | | GMAC Matter No.: 730413 |

**TOTAL AMOUNT DUE**          $2,608.54

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327155    JBS                                September 21, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1338    Saldana, Mariana and Juan
                        GMAC Matter No.: 730413

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| SMH | 08/02/12 | Attention to proposed course of action regarding bankruptcy stay and demurrer. | L190 | 0.20 | 333.00 | 66.60 |
| KWF | 08/02/12 | Prepare request for judicial notice in support of demurrer. | L240 | 0.40 | 270.00 | 108.00 |
| KWF | 08/02/12 | Continue preparation and finalization of demurrer to Plaintiff's complaint. | L240 | 3.20 | 270.00 | 864.00 |
| LJT | 08/24/12 | GMAC/Gonzalez - 19000.1338 - Research title records to prepare chronology and Pacer research to ascertain bankruptcy filings by plaintiff, review docket, petition and dismissal and draft e-mail re status of bankruptcy. | L110 | 0.70 | 130.50 | 91.35 |
| | | **TOTAL** | | **4.50** | | **$1,129.95** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 08/10/12 | Cardmember Service/Bank One (Acct #2707); Data Search; 2835 Lake View Drive Riverside, CA 07/20/12 | 98.59 |
| 08/27/12 | Cardmember Service/Bank One (Acct #7755); Court and Filing Fees; CNTY RVSD Online Civil MO Riverside CA 08/03/12 | 1,380.00 |
| | **TOTAL COSTS & EXPENSES** | **$1,478.59** |

## BILLING SUMMARY

| Task Code and Description | Hours | Amount |
|---------------------------|-------|--------|

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.   327155 | CLIENT | GMAC ResCap | | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | MATTER | Saldana, Mariana & Juan | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| L110 | Fact Investigation/Development | | 0.70 | $91.35 | | | |
| L190 | Other Case Assessment | | 0.20 | $66.60 | | | |
| L240 | Dispositive Motions | | 3.60 | $972.00 | | | |
| | **TOTAL** | | **4.50** | **$1,129.95** | | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Franich, Kerry | KWF | Associate | 3.60 | 270.00 | $972.00 |
| Tarwater, Linda | LJT | Paralegal | 0.70 | 130.50 | $91.35 |
| Hankins, Suzanne | SMH | Member | 0.20 | 333.00 | $66.60 |
| | **Total** | | **4.50** | | **$1,129.95** |

PRIOR FEES                                      $2,702.70

|  |  |
|---|---|
| FEES | $1,129.95 |
| COSTS & EXPENSES | $1,478.59 |
| **TOTAL THIS INVOICE** | **$2,608.54** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## ONLINE CIVIL DEMURRER RESERVATION COMPLETED

A MOTION HEARING DATE HAS BEEN RESERVED AS LISTED BELOW.

ALL PLEADINGS MUST BE SERVED AND FILED IN A TIMELY MANNER, PURSUANT TO STATUTE.

**FAILURE TO FILE THE REQUIRED PAPERS WILL RESULT IN THE RESERVATION BEING VACATED.**

| Case Type | Case Number | Department | Motion Date | Action Time | Motion |
|-----------|-------------|------------|-------------|-------------|--------|
| RIC | 1210080 | 12 | 09/19/2012 | 8:30AM | Reservation Motion re: Motion for Demurrer |

IF ANY CHANGES NEED TO BE MADE PLEASE CALL THE COURT AT (951) 777-3147. THANK YOU FOR YOUR COOPERATION.

Please print this page as confirmation of your payment of $1380 Confirmation Number: RES13574

## Print

ONLINE CIVIL LAW AND MOTIONS RESERVATION MENU

LAW AND MOTION INFORMATION AND INSTRUCTIONS

19000-1338
Ryan Brooks

## Peterson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     327156     JBS                                September 21, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1347 | Solomon, Lawrence and Marilynn |
| | | GMAC Matter No.: 731178 |

**TOTAL AMOUNT DUE**              $2,649.60

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Stevenson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | | | September 21, 2012 |
|---|---|---|---|

Invoice No.    327156    JBS

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1347    Solomon, Lawrence and Marilynn
GMAC Matter No.: 731178

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| SMH | 08/06/12 | Review and evaluate new complaint. | L210 | 0.40 | 333.00 | 133.20 |
| SMH | 08/06/12 | Draft email to A. Hartshorn regarding status, assignment. | L120 | 0.20 | 333.00 | 66.60 |
| LJT | 08/06/12 | Research title records to prepare chronology and Pacer research to ascertain bankruptcy filings by plaintiffs. | L110 | 0.30 | 130.50 | 39.15 |
| CHR | 08/06/12 | Prepare Confirmation of Receipt to Client. Review Initial Correspondence and Pleadings. Review Court Docket and Download additional pleadings. Review Title re recorded Lis Pendens. Prepare Conflicts Request and Calendaring Memo. | L190 | 0.40 | 130.50 | 52.20 |
| YS | 08/06/12 | Review and analysis of plaintiff's complaint, the allegations contained therein, and the title history for the subject property in order to determine client's available legal remedies and defenses | L120 | 1.80 | 238.50 | 429.30 |
| JHT | 08/06/12 | Reviewed/Analyzed Complaint. | L210 | 0.70 | 238.50 | 166.95 |
| LJT | 08/07/12 | Review title records and prepare chronology. | L110 | 0.90 | 130.50 | 117.45 |
| YS | 08/07/12 | Draft client's request for judicial notice in support of demurrer to plaintiffs' complaint | L210 | 0.50 | 238.50 | 119.25 |
| YS | 08/07/12 | Draft proposed order on demurrer to plaintiffs' complaint | L210 | 0.30 | 238.50 | 71.55 |
| YS | 08/07/12 | Draft client's notice of demurrer, demurrer, and memorandum of points | L210 | 3.80 | 238.50 | 906.30 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.   327156 | CLIENT  GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|
| | MATTER  Solomon, Lawrence & Marilynn | | | | |

| | | and authorities in support of demurrer to plaintiffs' complaint | | | | |
|---|---|---|---|---|---|---|
| JHT | 08/08/12 | Reviewed Executed Declaration of Non-Monetary Status for ETS. | L190 | 0.10 | 238.50 | 23.85 |
| SMH | 08/14/12 | Attention to proposed demurrer. | L240 | 0.20 | 333.00 | 66.60 |
| YS | 08/14/12 | Further drafting and revising of client's demurrer to plaintiffs' complaint | L210 | 0.20 | 238.50 | 47.70 |
| YS | 08/14/12 | Draft correspondence to client regarding the demurrer, request for judicial notice, and proposed order prepared in response to plaintiffs' complaint | L190 | 0.40 | 238.50 | 95.40 |
| JBS | 08/15/12 | Analysis and evaluation of defense strategy and email from client | L120 | 0.40 | 427.50 | 171.00 |
| YS | 08/29/12 | Draft correspondence to client regarding plaintiff's request for a loan modification and to stay the litigation going forward | L190 | 0.30 | 238.50 | 71.55 |
| JHT | 08/29/12 | Further Revising and Drafting of Demurrer and Supporting Documents. | L210 | 0.30 | 238.50 | 71.55 |
| | | **TOTAL** | | **11.20** | | **$2,649.60** |

### COSTS & EXPENSES

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 1.20 | $156.60 |
| L120 | Analysis/Strategy | 2.40 | $666.90 |
| L190 | Other Case Assessment | 1.20 | $243.00 |
| L210 | Pleadings | 6.20 | $1,516.50 |
| L240 | Dispositive Motions | 0.20 | $66.60 |
| | **TOTAL** | **11.20** | **$2,649.60** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Rommell, Clair | CHR | Paralegal | 0.40 | 130.50 | $52.20 |
| Sullivan, John | JBS | Member | 0.40 | 427.50 | $171.00 |
| Tuffaha, Joe | JHT | Associate | 1.10 | 238.50 | $262.35 |
| Tarwater, Linda | LJT | Paralegal | 1.20 | 130.50 | $156.60 |
| Hankins, Suzanne | SMH | Member | 0.80 | 333.00 | $266.40 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 327156 | CLIENT | GMAC ResCap | | | | Page | 3 |
| | | MATTER | Solomon, Lawrence & Marilynn | | | | | |

| Shaham, Yaron | | YS | Special Counsel | 7.30 | 238.50 | $1,741.05 |
| | | **Total** | | **11.20** | | **$2,649.60** |

| | | | FEES | | $2,649.60 |
| | | **TOTAL THIS INVOICE** | | | **$2,649.60** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327157    JBS

September 21, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1348    Bolivar, Maria
GMAC Matter No.: 731197

**TOTAL AMOUNT DUE**          **$4,399.20**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327157    JBS                                    September 21, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1348    Bolivar, Maria
                        GMAC Matter No.: 731197

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MKS | 08/06/12 | Study and review new complaint for handling, evaluation and defense strategy. | L210 | 1.00 | 270.00 | 270.00 |
| EK | 08/06/12 | Review and analyze new complaint and reply email to D. Booth re same | L210 | 0.30 | 274.50 | 82.35 |
| CHR | 08/06/12 | Prepare Confirmation of Receipt to Client. Review Initial Correspondence and Pleadings. Review Court Docket and Download additional pleadings. Review Title re recorded Lis Pendens. Prepare Conflicts Request and Calendaring Memo. | L190 | 0.40 | 130.50 | 52.20 |
| EK | 08/14/12 | Analysis and evaluation of whether claims are stayed by supplemental order | L120 | 0.20 | 274.50 | 54.90 |
| JBS | 08/15/12 | Analysis and evaluation of email from client regarding new complaint | L120 | 0.30 | 427.50 | 128.25 |
| MKS | 08/15/12 | Review and revise draft Notice of Bankruptcy Stay and cover letter re: same. | L210 | 0.50 | 270.00 | 135.00 |
| EK | 08/15/12 | Draft notice of violation of stay and suggestion of bankruptcy | L410 | 0.80 | 274.50 | 219.60 |
| EK | 08/15/12 | Draft email to D. Booth re notice of violation and suggestion of bankruptcy | L110 | 0.70 | 274.50 | 192.15 |
| EK | 08/15/12 | Revise notice of violation per M.K. Sullivan's suggestions and confer with M.K. Sullivan re same | L110 | 0.10 | 274.50 | 27.45 |
| EK | 08/15/12 | Review complaint and begin outlining and drafting motion to dismiss | L240 | 2.30 | 274.50 | 631.35 |
| EK | 08/16/12 | Review email from D. Booth re suggestion of bankruptcy and draft | L160 | 0.50 | 274.50 | 137.25 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

**Severson**
**&Werson**
A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| | | | | | | |
|---|---|---|---|---|---|---|
| Invoice No. | 327157 | CLIENT GMAC ResCap | | | Page | 2 |
| | | MATTER Bolivar, Maria | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | response to same | | | | |
| EK | 08/16/12 | Continue revising and drafting motion to dismiss and research RICO claims and draft section re same | L240 | 2.60 | 274.50 | 713.70 |
| EK | 08/17/12 | Review email from. D. Booth re suggestion of bankruptcy and motion to dismiss and draft reply re same | L240 | 0.40 | 274.50 | 109.80 |
| EK | 08/17/12 | Draft email to D. Booth re public records of Bolivar foreclosure | L110 | 0.20 | 274.50 | 54.90 |
| EK | 08/22/12 | Revise suggestion of bankruptcy and letter re notice of violation | L120 | 0.50 | 274.50 | 137.25 |
| EK | 08/22/12 | Continue researching and drafting motion to dismiss | L240 | 1.40 | 274.50 | 384.30 |
| MKS | 08/23/12 | Review and revise draft motion to dismiss and motion to strike class allegations. | L240 | 0.40 | 270.00 | 108.00 |
| EK | 08/23/12 | Finish drafting motion to dismiss, and revise and proofread same | L240 | 1.80 | 274.50 | 494.10 |
| EK | 08/23/12 | Call with D. Booth re motion to dismiss | L240 | 0.10 | 274.50 | 27.45 |
| EK | 08/24/12 | Revise motion to dismiss per D. Booth's suggestions and email to D. Booth re same | L240 | 0.20 | 274.50 | 54.90 |
| EK | 08/24/12 | Analysis and evaluation of certification issues for ResCap entities and begin drafting notice re same | L210 | 0.20 | 274.50 | 54.90 |
| EK | 08/24/12 | Draft request for judicial notice and notice of motion to dismiss | L240 | 0.20 | 274.50 | 54.90 |
| EK | 08/28/12 | Revise and proofread motion to dismiss papers for filing | L240 | 0.30 | 274.50 | 82.35 |
| EK | 08/29/12 | Draft proposed order granting motion to dismiss and identify exhibits for request for judicial notice | L240 | 0.30 | 274.50 | 82.35 |
| EK | 08/30/12 | Draft email to D. Booth re filing of motion to dismiss and certificate of interested entities issue | L190 | 0.40 | 274.50 | 109.80 |
| | | **TOTAL** | | **16.10** | | **$4,399.20** |

**COSTS & EXPENSES**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.  327157 | CLIENT  GMAC ResCap | Page | 3 |
|---|---|---|---|
| | MATTER  Bolivar, Maria | | |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 1.00 | $274.50 |
| L120 | Analysis/Strategy | 1.00 | $320.40 |
| L160 | Settlement/Non-Binding ADR | 0.50 | $137.25 |
| L190 | Other Case Assessment | 0.80 | $162.00 |
| L210 | Pleadings | 2.00 | $542.25 |
| L240 | Dispositive Motions | 10.00 | $2,743.20 |
| L410 | Fact Witnesses | 0.80 | $219.60 |
| | **TOTAL** | **16.10** | **$4,399.20** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Rommell, Clair | CHR | Paralegal | 0.40 | 130.50 | $52.20 |
| Kemp, Erik | EK | Associate | 13.50 | 274.50 | $3,705.75 |
| Sullivan, John | JBS | Member | 0.30 | 427.50 | $128.25 |
| Sullivan, Mary Kate | MKS | Member | 1.90 | 270.00 | $513.00 |
| | **Total** | | **16.10** | | **$4,399.20** |

|  | FEES | $4,399.20 |
|---|---|---|
| **TOTAL THIS INVOICE** | | **$4,399.20** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327158    JBS                                      September 21, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     19000     GMAC ResCap
MATTER    1354      Zaveri, Mohammed Y.
                            GMAC Matter No.: 731363

**TOTAL AMOUNT DUE**               **$1,880.55**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

**Severson**
**&Werson**

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327158    JBS                                    September 21, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1354    Zaveri, Mohammed Y.
                        GMAC Matter No.: 731363

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| KWF | 08/09/12 | Receive and analyze file in preparation for further handling. | L120 | 0.50 | 270.00 | 135.00 |
| KWF | 08/09/12 | Prepare notice of bankruptcy. | L210 | 0.40 | 270.00 | 108.00 |
| KWF | 08/09/12 | Telephone conference with Plaintiff's counsel, D. Amaratunge, re: management of litigation. | L160 | 0.10 | 270.00 | 27.00 |
| KWF | 08/09/12 | Prepare letter to Plaintiff's counsel re: final supplemental order. | L190 | 0.30 | 270.00 | 81.00 |
| KWF | 08/10/12 | Prepare initial analysis and recommendation to client, A. Hartshorn. | L120 | 0.50 | 270.00 | 135.00 |
| KWF | 08/13/12 | Prepare answer to complaint. | L210 | 0.70 | 270.00 | 189.00 |
| KWF | 08/13/12 | Prepare declaration of non-monetary status. | L120 | 0.40 | 270.00 | 108.00 |
| LJT | 08/15/12 | Research title records to prepare chronology and Pacer research to ascertain bankruptcy filings by plaintiff. | L110 | 0.30 | 130.50 | 39.15 |
| JBS | 08/16/12 | Analysis and evaluation of private attorney general claims | L120 | 0.50 | 427.50 | 213.75 |
| KWF | 08/16/12 | Prepare letter to Plaintiff's counsel, R. Nathan, with copy of promissory note. Email exchange with client re: same. | L120 | 0.30 | 270.00 | 81.00 |
| SMH | 08/17/12 | Attention to potential resolution via modification. | L160 | 0.20 | 333.00 | 66.60 |
| KWF | 08/17/12 | Telephone conference with Plaintiff's counsel re: settlement. | L120 | 0.10 | 270.00 | 27.00 |
| KWF | 08/17/12 | Prepare email to client, A. Hartshorn, re: modification review. | L120 | 0.10 | 270.00 | 27.00 |
| LJT | 08/18/12 | Review title records and prepare chronology. | L110 | 0.90 | 130.50 | 117.45 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | | | | | | |
|---|---|---|---|---|---|---|
| Invoice No. 327158 | CLIENT | GMAC ResCap | | | Page | 2 |
| | MATTER | Zaveri, Mohammed Y. | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| KWF | 08/20/12 | Receive and analyze title chronology. | L120 | 0.30 | 270.00 | 81.00 |
| SMH | 08/21/12 | Attention to status, impact of stay. | L190 | 0.20 | 333.00 | 66.60 |
| KWF | 08/28/12 | Prepare letter to Plaintiff's counsel re: settlement and modification review. | L120 | 0.40 | 270.00 | 108.00 |
| KWF | 08/28/12 | Receive and analyze client fact package. | L120 | 0.70 | 270.00 | 189.00 |
| KWF | 08/28/12 | Prepare email to client re: answer and declaration of non-monetary status. | L120 | 0.20 | 270.00 | 54.00 |
| KWF | 08/29/12 | Telephone conference with Plaintiff's counsel re: potential settlement options. | L190 | 0.10 | 270.00 | 27.00 |
| | | **TOTAL** | | **7.20** | | **$1,880.55** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | | |
|---|---|---|---|---|---|---|
| L110 | Fact Investigation/Development | 1.20 | $156.60 | | | |
| L120 | Analysis/Strategy | 4.00 | $1,158.75 | | | |
| L160 | Settlement/Non-Binding ADR | 0.30 | $93.60 | | | |
| L190 | Other Case Assessment | 0.60 | $174.60 | | | |
| L210 | Pleadings | 1.10 | $297.00 | | | |
| | **TOTAL** | **7.20** | **$1,880.55** | | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Sullivan, John | JBS | Member | 0.50 | 427.50 | $213.75 |
| Franich, Kerry | KWF | Associate | 5.10 | 270.00 | $1,377.00 |
| Tarwater, Linda | LJT | Paralegal | 1.20 | 130.50 | $156.60 |
| Hankins, Suzanne | SMH | Member | 0.40 | 333.00 | $133.20 |
| | **Total** | | **7.20** | | **$1,880.55** |

| | | |
|---|---|---|
| | FEES | $1,880.55 |
| **TOTAL THIS INVOICE** | | **$1,880.55** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327159    JBS                                September 21, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     19000    GMAC ResCap
MATTER     1357     Figueroa, Eniko
                    GMAC Matter No.: 731612

**TOTAL AMOUNT DUE**          $4,896.45

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     327159     JBS                                         September 21, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter     19000 1357     Figueroa, Eniko
                           GMAC Matter No.: 731612

FOR PROFESSIONAL SERVICES RENDERED        01/01/1994        08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| SMH | 08/14/12 | Attention to new complaint and attention to correspondence re sale date. | L190 | 0.40 | 333.00 | 133.20 |
| KWF | 08/14/12 | Receive and analyze file in preparation for further handling. Commence preparation of initial analysis and recommendation to client, C. DiCicco. | L120 | 2.00 | 270.00 | 540.00 |
| SMH | 08/15/12 | Attention to case evaluation, issues related to payment application. | L190 | 0.20 | 333.00 | 66.60 |
| LJT | 08/15/12 | Research and review title records and prepare chronology and Pacer research to ascertain bankruptcy filings by plaintiff, and review docket re status. | L110 | 1.20 | 130.50 | 156.60 |
| KWF | 08/15/12 | Prepare case summary. | L120 | 0.70 | 270.00 | 189.00 |
| KWF | 08/15/12 | Commence preparation of initial evaluation and recommendation to client, C. DiCicco. | L120 | 1.00 | 270.00 | 270.00 |
| KWF | 08/15/12 | Prepare notice of bankruptcy. | L210 | 0.40 | 270.00 | 108.00 |
| JBS | 08/17/12 | Analysis and evaluation of email and documents from client | L160 | 0.30 | 427.50 | 128.25 |
| SMH | 08/17/12 | Attention to early case evaluation. | L110 | 0.20 | 333.00 | 66.60 |
| SMH | 08/21/12 | Attention to status, impact of stay. | L190 | 0.20 | 333.00 | 66.60 |
| KWF | 08/21/12 | Prepare email to client, C. DiCicco, re: notice to borrower of assignment to new creditor. | L120 | 0.20 | 270.00 | 54.00 |
| KWF | 08/23/12 | Prepare notice of bankruptcy and effect of automatic stay. | L210 | 0.40 | 270.00 | 108.00 |
| KWF | 08/24/12 | Prepare letter to Plaintiff's counsel re: final supplemental order. | L120 | 0.30 | 270.00 | 81.00 |
| KWF | 08/24/12 | Receive and analyze loan fact package. | L120 | 1.00 | 270.00 | 270.00 |
| KWF | 08/24/12 | Commence preparation of motion to | L240 | 5.80 | 270.00 | 1,566.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.   327159 | CLIENT | GMAC ResCap | | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | MATTER | Figueroa, Eniko | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | dismiss. | | | | |
| SMH | 08/27/12 | Attention to proposed motion to dismiss. | L240 | 0.20 | 333.00 | 66.60 |
| KWF | 08/27/12 | Prepare email to Plaintiff's counsel, D. Weintraub, re: motion to dismiss. | L120 | 0.10 | 270.00 | 27.00 |
| KWF | 08/27/12 | Complete draft motion to dismiss. | L240 | 2.30 | 270.00 | 621.00 |
| KWF | 08/28/12 | Perform legal research re: extension of time to answer after filing partial motion to dismiss. | L120 | 0.50 | 270.00 | 135.00 |
| KWF | 08/29/12 | Prepare email to client, C. DiCicco, re: motion to dismiss. | L190 | 0.10 | 270.00 | 27.00 |
| KWF | 08/29/12 | Prepare request for judicial notice in support of motion to dismiss. | L120 | 0.40 | 270.00 | 108.00 |
| KWF | 08/30/12 | Prepare notice of interested parties. | L210 | 0.40 | 270.00 | 108.00 |
| | | **TOTAL** | | **18.30** | | **$4,896.45** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 1.40 | $223.20 |
| L120 | Analysis/Strategy | 6.20 | $1,674.00 |
| L160 | Settlement/Non-Binding ADR | 0.30 | $128.25 |
| L190 | Other Case Assessment | 0.90 | $293.40 |
| L210 | Pleadings | 1.20 | $324.00 |
| L240 | Dispositive Motions | 8.30 | $2,253.60 |
| | **TOTAL** | **18.30** | **$4,896.45** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Sullivan, John | JBS | Member | 0.30 | 427.50 | $128.25 |
| Franich, Kerry | KWF | Associate | 15.60 | 270.00 | $4,212.00 |
| Tarwater, Linda | LJT | Paralegal | 1.20 | 130.50 | $156.60 |
| Hankins, Suzanne | SMH | Member | 1.20 | 333.00 | $399.60 |
| | **Total** | | **18.30** | | **$4,896.45** |

| | | FEES | $4,896.45 |
|---|---|---|---|
| | **TOTAL THIS INVOICE** | | **$4,896.45** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327160    JBS                                    September 21, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1361    Carmelle, Nevine
                  GMAC Matter No.: 731591

**TOTAL AMOUNT DUE**              $4,582.35

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327160    JBS                                      September 21, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1361    Carmelle, Nevine
                         GMAC Matter No.: 731591

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| SMH | 08/15/12 | Attention to research re websites re plaintiff's notoriety. | L190 | 0.20 | 333.00 | 66.60 |
| SMH | 08/15/12 | Review early case evaluation. | L190 | 0.20 | 333.00 | 66.60 |
| KWF | 08/15/12 | Prepare notice of bankruptcy. | L120 | 0.40 | 270.00 | 108.00 |
| KWF | 08/15/12 | Receive and analyze file in preparation for further handling. | L120 | 1.00 | 270.00 | 270.00 |
| KWF | 08/15/12 | Prepare letter to Plaintiff's counsel re: final supplemental order. | L120 | 0.30 | 270.00 | 81.00 |
| KWF | 08/15/12 | Prepare initial analysis and recommendation to client, A. Hartshorn. | L120 | 1.00 | 270.00 | 270.00 |
| LJT | 08/16/12 | Research title records to prepare chronology and Pacer research to ascertain bankruptcy filings by plaintiff, review docket re status and order on motion for relief from stay. | L110 | 0.70 | 130.50 | 91.35 |
| KWF | 08/16/12 | Receive and analyze background investigation results for Nevine Carmelle. | L120 | 0.40 | 270.00 | 108.00 |
| LJT | 08/17/12 | Review title records and prepare chronology. | L110 | 1.10 | 130.50 | 143.55 |
| LJT | 08/17/12 | Research title records on additional properties owned by plaintiff, obtain and review property reports and most recent deeds of trust executed by plaintiff. | L110 | 0.50 | 130.50 | 65.25 |
| KWF | 08/17/12 | Prepare draft demurrer to complaint. | L240 | 7.40 | 270.00 | 1,998.00 |
| KWF | 08/17/12 | Analysis and evaluation of title chronology and bankruptcy court docket. | L120 | 0.50 | 270.00 | 135.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 327160 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Carmelle, Nevine | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| KWF | 08/17/12 | Prepare notice of related case. | L210 | 0.20 | 270.00 | 54.00 |
| KWF | 08/17/12 | Prepare request for judicial notice in support of demurrer. | L240 | 0.60 | 270.00 | 162.00 |
| JBS | 08/18/12 | Analysis and evaluation of defense strategy | L120 | 0.40 | 427.50 | 171.00 |
| CHR | 08/20/12 | Prepare Confirmation of Receipt to Client. Review Initial Correspondence and Pleadings. Review Court Docket and Download additional pleadings. Review Title re recorded Lis Pendens. Prepare Conflicts Request and Calendaring Memo. | L190 | 0.40 | 130.50 | 52.20 |
| SMH | 08/21/12 | Attention to status, impact of stay. | L190 | 0.20 | 333.00 | 66.60 |
| SMH | 08/24/12 | Attention to status, potential opposition to order to show cause regarding preliminary injunction. | L220 | 0.20 | 333.00 | 66.60 |
| KWF | 08/24/12 | Prepare follow up email to client re: demurrer, notice of bankruptcy, and OSC re: preliminary injunction. | L120 | 0.10 | 270.00 | 27.00 |
| SMH | 08/26/12 | Draft email re OSC and evidence required. | L230 | 0.20 | 333.00 | 66.60 |
| KWF | 08/27/12 | Telephone conference with client, A. Hartshorn, re: OSC re: preliminary injunction. | L120 | 0.10 | 270.00 | 27.00 |
| KWF | 08/27/12 | Prepare email to Plaintiff's counsel, S. Bowman, re: OSC re: preliminary injunction. | L120 | 0.10 | 270.00 | 27.00 |
| KWF | 08/27/12 | Prepare opposition to OSC re: preliminary injunction. | L120 | 1.00 | 270.00 | 270.00 |
| KWF | 08/27/12 | Telephone conference with A. Hartshorn re: opposition to OSC re: preliminary injunction. | L120 | 0.10 | 270.00 | 27.00 |
| KWF | 08/27/12 | Prepare email to Plaintiff's counsel, S. Bowman, re: settlement and OSC re: preliminary injunction. | L120 | 0.10 | 270.00 | 27.00 |
| KWF | 08/28/12 | Receive and edit draft demurrer prior to filing with Court. | L120 | 0.20 | 270.00 | 54.00 |
| KWF | 08/28/12 | Prepare email to Plaintiff's counsel re: settlement possibilities and OSC re: preliminary injunction. | L120 | 0.30 | 270.00 | 81.00 |
| | | **TOTAL** | | **17.90** | | **$4,582.35** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 327160 | CLIENT | GMAC ResCap | | Page | 3 |
| | | MATTER | Carmelle, Nevine | | | |

### COSTS & EXPENSES

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 2.30 | $300.15 |
| L120 | Analysis/Strategy | 6.00 | $1,683.00 |
| L190 | Other Case Assessment | 1.00 | $252.00 |
| L210 | Pleadings | 0.20 | $54.00 |
| L220 | Preliminary Injunctions/Provis | 0.20 | $66.60 |
| L230 | Court Mandated Conferences | 0.20 | $66.60 |
| L240 | Dispositive Motions | 8.00 | $2,160.00 |
| | **TOTAL** | **17.90** | **$4,582.35** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Rommell, Clair | CHR | Paralegal | 0.40 | 130.50 | $52.20 |
| Sullivan, John | JBS | Member | 0.40 | 427.50 | $171.00 |
| Franich, Kerry | KWF | Associate | 13.80 | 270.00 | $3,726.00 |
| Tarwater, Linda | LJT | Paralegal | 2.30 | 130.50 | $300.15 |
| Hankins, Suzanne | SMH | Member | 1.00 | 333.00 | $333.00 |
| | **Total** | | **17.90** | | **$4,582.35** |

|  |  |  |
|---|---|---|
| | FEES | $4,582.35 |
| | **TOTAL THIS INVOICE** | **$4,582.35** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     327161     JBS                                September 21, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     19000     GMAC ResCap
MATTER     1364      Shepherd, Scott
                     GMAC Matter No.: 731678

**TOTAL AMOUNT DUE**          **$794.25**

## *** REMITTANCE COPY ***

*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327161    JBS                                        September 21, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1364    Shepherd, Scott
GMAC Matter No.: 731678

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| SMH | 08/20/12 | Review new complaint, draft email regarding same to J. Holtgren. | L190 | 0.60 | 333.00 | 199.80 |
| LJT | 08/20/12 | Research title records to prepare chronology and Pacer research to ascertain bankruptcy filings by plaintiff. | L110 | 0.40 | 130.50 | 52.20 |
| CHR | 08/20/12 | Prepare Confirmation of Receipt to Client. Review Initial Correspondence and Pleadings. Review Court Docket and Download additional pleadings. Review Title re recorded Lis Pendens. Prepare Conflicts Request and Calendaring Memo. | L190 | 0.40 | 130.50 | 52.20 |
| JBS | 08/21/12 | Analysis and evaluation of TRO application and defense strategy | L120 | 0.40 | 427.50 | 171.00 |
| SMH | 08/22/12 | Attention to J. Holtgren's email. | L190 | 0.20 | 333.00 | 66.60 |
| LJT | 08/23/12 | Review title records and prepare chronology. | L110 | 0.90 | 130.50 | 117.45 |
| TNA | 08/27/12 | Review title chronology and formulate initial assessment to C. Bonello at GMAC regarding case. | L190 | 0.50 | 270.00 | 135.00 |
| | | **TOTAL** | | **3.40** | | **$794.25** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | Hours | Amount |
|---------------------------|-------|--------|
| L110    Fact Investigation/Development | 1.30 | $169.65 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 327161 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Shepherd, Scott | | | | |

| | | | Hours | Value | | | |
|---|---|---|---|---|---|---|---|
| L120 | Analysis/Strategy | | 0.40 | $171.00 | | | |
| L190 | Other Case Assessment | | 1.70 | $453.60 | | | |
| | **TOTAL** | | **3.40** | **$794.25** | | | |

| Timekeeper | | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|---|
| Rommell, Clair | | CHR | Paralegal | 0.40 | 130.50 | $52.20 |
| Sullivan, John | | JBS | Member | 0.40 | 427.50 | $171.00 |
| Tarwater, Linda | | LJT | Paralegal | 1.30 | 130.50 | $169.65 |
| Hankins, Suzanne | | SMH | Member | 0.80 | 333.00 | $266.40 |
| Abbott, Thomas | | TNA | Associate | 0.50 | 270.00 | $135.00 |
| | | **Total** | | **3.40** | | **$794.25** |

| | | |
|---|---|---|
| | FEES | $794.25 |
| **TOTAL THIS INVOICE** | | $794.25 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson
**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327162    JBS                                September 21, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1366    Park, Jae Keun
GMAC Matter No.: 731798

**TOTAL AMOUNT DUE**            **$674.10**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327162    JBS                              September 21, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1366    Park, Jae Keun
                        GMAC Matter No.: 731798

FOR PROFESSIONAL SERVICES RENDERED        01/01/1994        08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| JBS | 08/22/12 | Analysis and evaluation of email from client regarding ex parte hearing | L120 | 0.30 | 427.50 | 128.25 |
| SMH | 08/22/12 | Attention to Gene Choe's ex parte, email from client with delinquency information, evaluate course of action regarding temporary restraining order. | L190 | 0.30 | 333.00 | 99.90 |
| LJT | 08/22/12 | Review notice of ex parte application for a temporary restraining order, research title records re notice of default and notice of trustee's sale, telephone call to trustee re foreclosure sale date, and draft e-mail re same. | L110 | 0.30 | 130.50 | 39.15 |
| KWF | 08/22/12 | Receive and analyze file in preparation for further handling. | L160 | 0.30 | 270.00 | 81.00 |
| KWF | 08/22/12 | Telephone conference with Plaintiff's counsel re: settlement. | L160 | 0.30 | 270.00 | 81.00 |
| KWF | 08/22/12 | Prepare email to client, C. DiCicco, re: settlement agreement. | L160 | 0.10 | 270.00 | 27.00 |
| KWF | 08/22/12 | Telephone conference with Plaintiff's counsel re: settlement. | L160 | 0.10 | 270.00 | 27.00 |
| KWF | 08/22/12 | Prepare email to client, C. DiCicco, advising of settlement. | L160 | 0.10 | 270.00 | 27.00 |
| SMH | 08/23/12 | Attention to C. DiCicco's email with new sale date. | L190 | 0.10 | 333.00 | 33.30 |
| LJT | 08/23/12 | Complete research of title records to prepare chronology and Pacer research to ascertain bankruptcy filings by plaintiff, review docket, motion to avoid lien and discharge order. | L110 | 0.40 | 130.50 | 52.20 |
| LJT | 08/24/12 | Compile and review title documents. | L110 | 0.20 | 130.50 | 26.10 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson
**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 327162 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Park, Jae Keun | | | | |

| CHR | 08/24/12 | Prepare Confirmation of Receipt to Client. Review Initial Correspondence and Pleadings. Review Court Docket and Download additional pleadings. Review Title re recorded Lis Pendens. Prepare Conflicts Request and Calendaring Memo. | L190 | 0.40 | 130.50 | 52.20 |
|---|---|---|---|---|---|---|
| | | **TOTAL** | | **2.90** | | **$674.10** |

### COSTS & EXPENSES

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | |
|---|---|---|---|---|---|
| L110 | Fact Investigation/Development | 0.90 | $117.45 | | |
| L120 | Analysis/Strategy | 0.30 | $128.25 | | |
| L160 | Settlement/Non-Binding ADR | 0.90 | $243.00 | | |
| L190 | Other Case Assessment | 0.80 | $185.40 | | |
| | **TOTAL** | **2.90** | **$674.10** | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Rommell, Clair | CHR | Paralegal | 0.40 | 130.50 | $52.20 |
| Sullivan, John | JBS | Member | 0.30 | 427.50 | $128.25 |
| Franich, Kerry | KWF | Associate | 0.90 | 270.00 | $243.00 |
| Tarwater, Linda | LJT | Paralegal | 0.90 | 130.50 | $117.45 |
| Hankins, Suzanne | SMH | Member | 0.40 | 333.00 | $133.20 |
| | **Total** | | **2.90** | | **$674.10** |

| | | | | FEES | $674.10 |
|---|---|---|---|---|---|
| | | | **TOTAL THIS INVOICE** | | **$674.10** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327267    JBS                                September 24, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1066 | Riggio, Jaye |
| | | GMAC Matter No.: 719018 |

**TOTAL AMOUNT DUE**          $14,652.45

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     327267     JBS                                    September 24, 2012

GMAC Mortgage, LLC

Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter     19000 1066     Riggio, Jaye
                          GMAC Matter No.: 719018

FOR PROFESSIONAL SERVICES RENDERED     01/01/1994     08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| JDI | 07/11/12 | Correspond with C. DiCicco re status of appeal. | L190 | 0.30 | 279.00 | 83.70 |
| JDI | 07/18/12 | Check to see if Plaintiffs filed opening appellate brief and correspond with client re same. | L190 | 0.30 | 279.00 | 83.70 |
| JDI | 08/03/12 | Review Appellants' Opening Brief and Appellants' Appendix. | L510 | 1.50 | 279.00 | 418.50 |
| JDI | 08/06/12 | Analyze whether to file a notice of bankruptcy stay on behalf of GMAC & ETS and correspond with C. DiCicco re same. | L120 | 1.50 | 279.00 | 418.50 |
| BJJ | 08/06/12 | Obtain copies the latest recorded title documents for property at 1732 Geranium St, Carlsbad, CA | L190 | 0.50 | 130.50 | 65.25 |
| JDI | 08/07/12 | Draft Respondents' Brief. | L520 | 2.50 | 279.00 | 697.50 |
| JDI | 08/10/12 | Draft Respondents' Brief. | L520 | 3.20 | 279.00 | 892.80 |
| JDI | 08/13/12 | Draft Respondents' Brief. | L520 | 3.20 | 279.00 | 892.80 |
| JDI | 08/14/12 | Draft Respondents' Brief. | L520 | 4.80 | 279.00 | 1,339.20 |
| JDI | 08/15/12 | Draft Respondents' Brief. | L520 | 8.70 | 279.00 | 2,427.30 |
| JDI | 08/16/12 | Draft Respondents' Brief. | L520 | 5.90 | 279.00 | 1,646.10 |
| JDI | 08/19/12 | Draft Respondents' Brief. | L520 | 6.00 | 279.00 | 1,674.00 |
| JDI | 08/20/12 | Draft Respondents' Brief. | L520 | 2.50 | 279.00 | 697.50 |
| JTC | 08/21/12 | Revise respondent's brief. | L510 | 4.20 | 490.50 | 2,060.10 |
| JDI | 08/22/12 | Revise and edit Respondents' Brief. | L520 | 2.50 | 279.00 | 697.50 |
| JDI | 08/27/12 | Edit Respondents' Brief. | L520 | 0.80 | 279.00 | 223.20 |
| JDI | 08/27/12 | Prepare Respondents' Appendix. | L510 | 0.70 | 279.00 | 195.30 |
| JDI | 08/28/12 | Revise Respondents' Appendix. | L510 | 0.50 | 279.00 | 139.50 |
| | | **TOTAL** | | **49.60** | | **$14,652.45** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | | | | | |
|---|---|---|---|---|---|
| Invoice No. | 327267 | CLIENT | GMAC ResCap | Page | 2 |
| | | MATTER | Riggio, Jaye | | |

## COSTS & EXPENSES

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 1.50 | $418.50 |
| L190 | Other Case Assessment | 1.10 | $232.65 |
| L510 | Appellate Motions & Submission | 6.90 | $2,813.40 |
| L520 | Appellate Briefs | 40.10 | $11,187.90 |
| | **TOTAL** | **49.60** | **$14,652.45** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Johnson, Betty | BJJ | Paralegal | 0.50 | 130.50 | $65.25 |
| Ives, Jon | JDI | Associate | 44.90 | 279.00 | $12,527.10 |
| Chilton, Jan T. | JTC | Member | 4.20 | 490.50 | $2,060.10 |
| | **Total** | | **49.60** | | **$14,652.45** |

| | |
|---|---|
| PRIOR FEES | $7,577.10 |
| PRIOR COSTS & EXPENSES | $2,461.55 |

| | |
|---|---|
| FEES | $14,652.45 |
| **TOTAL THIS INVOICE** | **$14,652.45** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      327295      JBS                                September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000      GMAC ResCap
MATTER     0032       Johnson, Wes W. v. Homecomings Financial, et al.
                      GMAC Matter No.: 692775

**TOTAL AMOUNT DUE**            **$1,465.20**

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327295    JBS                                      September 25, 2012

GMAC Mortgage, LLC

Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  0032    Johnson, Wes W. v. Homecomings Financial, et al.
GMAC Matter No.: 692775

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| JDI | 08/07/12 | Prepare for court ordered mediation conference. | L230 | 1.30 | 279.00 | 362.70 |
| RJG | 08/07/12 | Attention to settlement conference strategy and issues regarding the pending appeal. | L160 | 0.30 | 274.50 | 82.35 |
| BJJ | 08/07/12 | Prepare Title Chronology for 737 James Ln, Incline Village, CA | L190 | 0.50 | 130.50 | 65.25 |
| DL | 08/07/12 | Strategy re preparing for Ninth Circuit settlement conference re background of prior settlement negotiations. | L160 | 0.40 | 288.00 | 115.20 |
| JDI | 08/08/12 | Prepare for and attend court ordered mediation conference. | L230 | 1.00 | 279.00 | 279.00 |
| RJG | 08/08/12 | Analysis and evaluation of the results of the settlement conference and attention to appeal strategy. | L510 | 0.30 | 274.50 | 82.35 |
| DL | 08/08/12 | Strategy re results of Ninth Circuit settlement conference. | L160 | 0.20 | 288.00 | 57.60 |
| JDI | 08/10/12 | Communicate with D. Liu re proposed settlement offer. | L160 | 0.20 | 279.00 | 55.80 |
| RJG | 08/10/12 | Analysis and evaluation of Plaintiff's proposed informal resolution terms and correspondence with our client to advise regarding the same. | L160 | 0.40 | 274.50 | 109.80 |
| DL | 08/10/12 | Analyze Ninth Circuit order re results of settlement conference; strategy and prepare correspondence to client with plaintiff's settlement offer to purchase property. | L160 | 0.40 | 288.00 | 115.20 |
| RJG | 08/16/12 | Attention to proposed informal resolution terms and issues and | L160 | 0.30 | 274.50 | 82.35 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 327295 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Johnson, Wes W. | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | correspondence with our client to address the same. | | | | | |
| DL | 08/27/12 | Analyze correspondence from client re settlement offer from plaintiff. | L160 | 0.10 | 288.00 | | 28.80 |
| DL | 08/31/12 | Prepare case update for client on master chart. | L190 | 0.10 | 288.00 | | 28.80 |
| | | **TOTAL** | | **5.50** | | | **$1,465.20** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L160 | Settlement/Non-Binding ADR | 2.30 | $647.10 |
| L190 | Other Case Assessment | 0.60 | $94.05 |
| L230 | Court Mandated Conferences | 2.30 | $641.70 |
| L510 | Appellate Motions & Submission | 0.30 | $82.35 |
| | **TOTAL** | **5.50** | **$1,465.20** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Johnson, Betty | BJJ | Paralegal | 0.50 | 130.50 | $65.25 |
| Liu, David | DL | Associate | 1.20 | 288.00 | $345.60 |
| Ives, Jon | JDI | Associate | 2.50 | 279.00 | $697.50 |
| Gandy, Robert | RJG | Special Counsel | 1.30 | 274.50 | $356.85 |
| | **Total** | | **5.50** | | **$1,465.20** |

| PRIOR FEES | $26,910.45 |
|---|---|
| PRIOR COSTS & EXPENSES | $2,339.61 |

| FEES | $1,465.20 |
|---|---|
| **TOTAL THIS INVOICE** | **$1,465.20** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327296    JBS                                    September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
|--------|-------|-------------|
| MATTER | 0070 | Awadalla, Evette v. Magdalena Garcia |
| | | GMAC Matter No.: 692925 |

**TOTAL AMOUNT DUE**            $450.54

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     327296     JBS                                    September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter     19000 0070     Awadalla, Evette v. Magdalena Garcia
GMAC Matter No.: 692925

FOR PROFESSIONAL SERVICES RENDERED     01/01/1994          08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| YS | 08/01/12 | Receipt, review and analysis of the Court's order on plaintiff's counsel's motion to withdraw as plaintiff's counsel of record | L120 | 0.10 | 238.50 | 23.85 |
| YS | 08/01/12 | Receipt, review and analysis of the Court's order dismissing the case without prejudice | L120 | 0.10 | 238.50 | 23.85 |
| YS | 08/01/12 | Draft correspondence to client regarding the dismissal of plaintiff's Federal Court case and marketing the property for sale as a result of the Court's order | L190 | 0.20 | 238.50 | 47.70 |
| JHT | 08/01/12 | Prepared for Hearing on Motion to Dismiss. | L210 | 0.40 | 238.50 | 95.40 |
| YS | 08/02/12 | Draft correspondence to client regarding effect of the dismissal of the Federal Court case on the recorded lis pendens | L190 | 0.30 | 238.50 | 71.55 |
| YS | 08/06/12 | Draft correspondence to client regarding recordation of the Federal Court order dismissing the case in light of lis pendens recorded by plaintiff | L190 | 0.20 | 238.50 | 47.70 |
| JHT | 08/06/12 | Receipt, Review and Analysis of Recorded Federal Court Order Dismissing Case. | L210 | 0.10 | 238.50 | 23.85 |
| MEH | 08/27/12 | Review case file for upcoming deadlines and to determine status of bankruptcy stay. | L510 | 0.30 | 261.00 | 78.30 |
| | | **TOTAL** | | **1.70** | | **$412.20** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 327296 | CLIENT | GMAC ResCap | Page | 2 |
| --- | --- | --- | --- | --- | --- |
| | | MATTER | Awadalla, Evette | | |

## COSTS & EXPENSES

| | | |
| --- | --- | --- |
| 08/10/12 | Cardmember Service/Bank One (Acct #2707); Data Search; 3929 Randolph Los Angeles, CA 07/06/12 | 13.34 |
| 08/15/12 | First Legal Network, LLC; Court Services; USDC- Central 7/20/12 | 25.00 |
| | **TOTAL COSTS & EXPENSES** | **$38.34** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
| --- | --- | --- | --- |
| L120 | Analysis/Strategy | 0.20 | $47.70 |
| L190 | Other Case Assessment | 0.70 | $166.95 |
| L210 | Pleadings | 0.50 | $119.25 |
| L510 | Appellate Motions & Submission | 0.30 | $78.30 |
| | **TOTAL** | **1.70** | **$412.20** |

| Timekeeper | | Position | Hours | Rate | Value |
| --- | --- | --- | --- | --- | --- |
| Tuffaha, Joe | JHT | Associate | 0.50 | 238.50 | $119.25 |
| Holt, M. Elizabeth | MEH | Associate | 0.30 | 261.00 | $78.30 |
| Shaham, Yaron | YS | Special Counsel | 0.90 | 238.50 | $214.65 |
| | **Total** | | **1.70** | | **$412.20** |

| | |
| --- | --- |
| PRIOR FEES | $154,781.36 |
| PRIOR COSTS & EXPENSES | $23,598.13 |

| | |
| --- | --- |
| FEES | $412.20 |
| COSTS & EXPENSES | $38.34 |
| **TOTAL THIS INVOICE** | **$450.54** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327297    JBS

September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 0113 | Ballecer, Neil S. v. GMAC Mortgage, LLC |
| | | GMAC Matter No.: 697088 |

**TOTAL AMOUNT DUE**          $1,134.45

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327297    JBS                                            September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0113    Ballecer, Neil S. v. GMAC Mortgage, LLC
GMAC Matter No.: 697088

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| RJG | 08/02/12 | Attention to bankruptcy stay and pending case issues and correspondence with our client to respond to an inquiry regarding the same. | L120 | 0.30 | 274.50 | 82.35 |
| RJG | 08/09/12 | Attention to bankruptcy stay final order and remaining complaint claims and correspondence with our client to advise regarding pending case and trial issues. | L120 | 0.30 | 274.50 | 82.35 |
| KWF | 08/09/12 | Prepare email to client, J. Hoy, re: trial continuance. | L120 | 0.20 | 270.00 | 54.00 |
| KWF | 08/09/12 | Evaluate court case management order. Prepare email to client, J. Hoy, Re: seeking continuance of pre-trial conference and trial. | L120 | 0.40 | 270.00 | 108.00 |
| RJG | 08/10/12 | Attention to stipulation to vacate pre-trial and trial dates in light of the bankruptcy stay and correspondence with our client to advise regarding the same. | L120 | 0.40 | 274.50 | 109.80 |
| KWF | 08/10/12 | Prepare notice of continuance of deposition. | L120 | 0.20 | 270.00 | 54.00 |
| KWF | 08/10/12 | Prepare proposed order on stipulation to vacate trial date. | L210 | 0.30 | 270.00 | 81.00 |
| KWF | 08/10/12 | Prepare email to client, J. Hoy, re: vacating trial date. | L190 | 0.10 | 270.00 | 27.00 |
| KWF | 08/10/12 | Prepare email to Plaintiff's counsel, J. Dzialo, re: joint motion to vacate trial date. | L120 | 0.30 | 270.00 | 81.00 |
| KWF | 08/10/12 | Prepare stipulation and joint motion to | L210 | 0.50 | 270.00 | 135.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. 327297 | CLIENT | GMAC ResCap | | | Page | 2 |
| | MATTER | Ballecer, Neil S. | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | vacate trial date and schedule status conference re: bankruptcy. | | | | |
| RJG | 08/13/12 | Attention to the court's order vacating the pre-trial conference and trial date and correspondence with our client to advise regarding the same. | L120 | 0.30 | 274.50 | 82.35 |
| KWF | 08/13/12 | Receive order vacating trial date. Prepare email to client, J. Hoy, advising of same. | L190 | 0.10 | 270.00 | 27.00 |
| RJG | 08/21/12 | Analysis and evaluation of bankruptcy stay and pending civil case issues and attention to litigation strategy. | L120 | 0.30 | 274.50 | 82.35 |
| RJG | 08/23/12 | Attention to informal resolution issues and correspondence with Plaintiff's counsel to address the same. | L120 | 0.30 | 274.50 | 82.35 |
| | | **TOTAL** | | **4.00** | | **$1,088.55** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 08/20/12 | One Legal, Inc.; Transmittal of filing to court; Amended Notice of BK, 8/3/12 | 22.95 |
| 08/31/12 | One Legal, Inc.; Transmittal of filing to court; Proposed Order, Stipulation 08/14/12 | 22.95 |
| | **TOTAL COSTS & EXPENSES** | **$45.90** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 3.00 | $818.55 |
| L190 | Other Case Assessment | 0.20 | $54.00 |
| L210 | Pleadings | 0.80 | $216.00 |
| | **TOTAL** | **4.00** | **$1,088.55** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Franich, Kerry | KWF | Associate | 2.10 | 270.00 | $567.00 |
| Gandy, Robert | RJG | Special Counsel | 1.90 | 274.50 | $521.55 |
| | **Total** | | **4.00** | | **$1,088.55** |

| | |
|---|---|
| PRIOR FEES | $41,858.95 |
| PRIOR COSTS & EXPENSES | $2,473.59 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 327297 | CLIENT | GMAC ResCap | Page | 3 |
|---|---|---|---|---|---|
| | | MATTER | Ballecer, Neil S. | | |

|  |  |
|---|---|
| FEES | $1,088.55 |
| COSTS & EXPENSES | $45.90 |
| **TOTAL THIS INVOICE** | **$1,134.45** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327298    JBS                                September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
|--------|-------|-------------|
| MATTER | 0355 | Guynes, Verta C. v. The Bank of NY Mellon |
| | | GMAC Matter No.: 691073 |

**TOTAL AMOUNT DUE**            **$739.35**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327298    JBS                                          September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0355    Guynes, Verta C. v. The Bank of NY Mellon
                        GMAC Matter No.: 691073

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| YS | 07/06/12 | Receipt, review and analysis of co-defendant Bank of New York's motion to compel further responses to requests for production of documents | L120 | 0.10 | 238.50 | 23.85 |
| YS | 07/31/12 | Draft case status update for client report | L190 | 0.10 | 238.50 | 23.85 |
| YS | 07/31/12 | Receipt, review and analysis of the plaintiff's opposition to co-defendant Bank of New York's motion to compel | L120 | 0.10 | 238.50 | 23.85 |
| JHT | 07/31/12 | Reviewed Opposition to Co-Defendant's Motion to Compel. | L210 | 0.20 | 238.50 | 47.70 |
| YS | 08/02/12 | Receipt, review and analysis co-defendant Bank of New York's reply to opposition received to motion to compel discovery responses | L120 | 0.10 | 238.50 | 23.85 |
| YS | 08/02/12 | Receipt, review and analysis of co-defendant Bank of New York's separate statement in support of motion to compel discovery responses | L120 | 0.10 | 238.50 | 23.85 |
| JHT | 08/02/12 | Receipt, Review and Analysis of Co-Defendant's Reply in support of Motion to Compel Discovery from Plaintiff. | L210 | 0.10 | 238.50 | 23.85 |
| JHT | 08/02/12 | Receipt, Review and Analysis of Co-Defendant's Separate Statement in support of Reply to Motion to Compel Discovery from Plaintiff. | L190 | 0.10 | 238.50 | 23.85 |
| RJG | 08/03/12 | Attention to bankruptcy stay and pending case issues and correspondence with our client to respond to an inquiry regarding the same. | L120 | 0.30 | 274.50 | 82.35 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 327298 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Guynes, Verta C. | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| RJG | 08/06/12 | Attention to bankruptcy stay and pending case issues and correspondence with our client to respond to an inquiry regarding the same. | L120 | 0.30 | 274.50 | | 82.35 |
| YS | 08/06/12 | Draft client's amended notice of bankruptcy and suggestion of the automatic stay | L210 | 0.50 | 238.50 | | 119.25 |
| YS | 08/06/12 | Draft correspondence to plaintiff's counsel regarding status of client's bankruptcy | L190 | 0.40 | 238.50 | | 95.40 |
| YS | 08/10/12 | Receipt, review and analysis of the Court's minute order on co-defendant Bank of New York's motion to compel discovery responses | L120 | 0.10 | 238.50 | | 23.85 |
| YS | 08/10/12 | Receipt, review and analysis of co-defendant Bank of New York's notice of ruling on its motion to compel discovery responses | L120 | 0.10 | 238.50 | | 23.85 |
| YS | 08/17/12 | Receipt, review and analysis of the Court's minute order on plaintiff's counsel's motion to withdraw | L120 | 0.10 | 238.50 | | 23.85 |
| YS | 08/28/12 | Receipt, review and analysis of the Court's order granting C. Pratt's motion to withdraw as plaintiff's counsel | L120 | 0.10 | 238.50 | | 23.85 |
| | | **TOTAL** | | **2.80** | | | **$689.40** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 07/16/12 | One Legal, Inc.; Transmittal of filing to court; Notice of Bankruptcy & Effect of Automatic Stay 06/06/12 | 49.95 |
| | **TOTAL COSTS & EXPENSES** | **$49.95** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 1.40 | $355.50 |
| L190 | Other Case Assessment | 0.60 | $143.10 |
| L210 | Pleadings | 0.80 | $190.80 |
| | **TOTAL** | **2.80** | **$689.40** |

| Timekeeper | Position | Hours | Rate | Value |
|---|---|---|---|---|

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.   327298 | CLIENT | GMAC ResCap | | | Page | 3 |
|---|---|---|---|---|---|---|
| | MATTER | Guynes, Verta C. | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Tuffaha, Joe | JHT | Associate | 0.40 | 238.50 | $95.40 |
| Gandy, Robert | RJG | Special Counsel | 0.60 | 274.50 | $164.70 |
| Shaham, Yaron | YS | Special Counsel | 1.80 | 238.50 | $429.30 |
| | **Total** | | **2.80** | | **$689.40** |

PRIOR FEES                    $27,150.75
PRIOR COSTS & EXPENSES        $3,347.69

| | |
|---|---|
| FEES | $689.40 |
| COSTS & EXPENSES | $49.95 |
| **TOTAL THIS INVOICE** | **$739.35** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327299    JBS                                        September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    0433    Haroutunian, Hedeya
                  C/M# 697640

**TOTAL AMOUNT DUE**            $1,310.40

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327299    JBS                                September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  0433    Haroutunian, Hedeya
                         C/M# 697640

FOR PROFESSIONAL SERVICES RENDERED        01/01/1994        08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| MEH | 08/02/12 | Strategize re: response to appellant's request to lift automatic stay for purposes of appeal only. | L120 | 0.20 | 261.00 | 52.20 |
| MEH | 08/03/12 | Draft email to bankruptcy counsel (J. Newton) re: strategy in response to appellant's motion for relief from automatic stay. | L120 | 0.30 | 261.00 | 78.30 |
| MEH | 08/03/12 | Strategize re: cost estimate of defending appeal and exchange emails with client (N. Campbell) re: same. | L120 | 0.40 | 261.00 | 104.40 |
| KWF | 08/06/12 | Prepare email to E. Holt re: case procedural history. | L190 | 0.40 | 270.00 | 108.00 |
| KWF | 08/06/12 | Telephone conference with co-counsel, J. Newtin, re: facts and procedural history. | L190 | 0.10 | 270.00 | 27.00 |
| KWF | 08/06/12 | Prepare email to co-counsel, J. Newtin, with exhibits re: opposition to motion for relief from automatic stay. | L120 | 0.10 | 270.00 | 27.00 |
| MEH | 08/06/12 | Telephone call with bankruptcy counsel J. Newton re: appellants' motion for relief from stay. | L120 | 0.20 | 261.00 | 52.20 |
| MEH | 08/06/12 | Exchange emails with bankruptcy counsel (J. Newton) re: appellant's motion for relief from stay. | L120 | 0.80 | 261.00 | 208.80 |
| MEH | 08/07/12 | Telephone call from bankruptcy counsel (J. Newton) re: notice of appeal. | L120 | 0.20 | 261.00 | 52.20 |
| MEH | 08/07/12 | Exchange emails with client (C. Bonello) re: bankruptcy stay. | L120 | 0.20 | 261.00 | 52.20 |
| MEH | 08/22/12 | Review procedure and deadlines for | L510 | 0.90 | 261.00 | 234.90 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 327299 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Haroutunian, Hedeya | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | notifying appellate court of stipulation for relief from bankruptcy stay. | | | | | |
| MEH | 08/22/12 | Draft email to opposing counsel (A. Shaghzo) re: stipulated briefing schedule. | L510 | 0.30 | 261.00 | | 78.30 |
| MEH | 08/22/12 | Draft email to client (C. Bonello) re: stipulated briefing schedule. | L520 | 0.20 | 261.00 | | 52.20 |
| MEH | 08/23/12 | Exchange multiple emails with opposing counsel (A. Shaghzo) re: lift of stay and stipulated appellate briefing schedule. | L520 | 0.40 | 261.00 | | 104.40 |
| MEH | 08/27/12 | Review case file for upcoming deadlines and to determine status of bankruptcy stay. | L510 | 0.30 | 261.00 | | 78.30 |
| | | **TOTAL** | | **5.00** | | | **$1,310.40** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 2.40 | $627.30 |
| L190 | Other Case Assessment | 0.50 | $135.00 |
| L510 | Appellate Motions & Submission | 1.50 | $391.50 |
| L520 | Appellate Briefs | 0.60 | $156.60 |
| | **TOTAL** | **5.00** | **$1,310.40** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Franich, Kerry | KWF | Associate | 0.60 | 270.00 | $162.00 |
| Holt, M. Elizabeth | MEH | Associate | 4.40 | 261.00 | $1,148.40 |
| | **Total** | | **5.00** | | **$1,310.40** |

| | |
|---|---|
| PRIOR FEES | $79,262.10 |
| PRIOR COSTS & EXPENSES | $3,995.83 |

| | |
|---|---|
| FEES | $1,310.40 |
| **TOTAL THIS INVOICE** | **$1,310.40** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327300    JBS                                September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     19000    GMAC ResCap
MATTER     0628     Gjurovich, Alan and Star Hill v. GMAC Mortgage, LLC
                    GMAC Matter No.: 704149

**TOTAL AMOUNT DUE**            $8,759.25

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327300    JBS                                September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0628    Gjurovich, Alan and Star Hill v. GMAC Mortgage, LLC
GMAC Matter No.: 704149

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994         08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MEH | 08/01/12 | Draft respondent's brief on behalf of MERS and Beckmann. | L520 | 4.60 | 261.00 | 1,200.60 |
| MEH | 08/02/12 | Continue drafting respondents' brief. | L520 | 4.60 | 261.00 | 1,200.60 |
| MEH | 08/02/12 | Telephone call with clerk at appellate court re: scope of temporary stay as among multiple defendants. | L120 | 0.30 | 261.00 | 78.30 |
| MEH | 08/02/12 | Strategize re: possible motion to stay appeal re: MERS and Beckmann. | L120 | 0.60 | 261.00 | 156.60 |
| MEH | 08/03/12 | Telephone call and follow up email to MERS contact (A. Marmion) re: staying appeal as to non-bankrupt parties. | L120 | 0.40 | 261.00 | 104.40 |
| MEH | 08/03/12 | Continue drafting respondents' brief. | L520 | 4.80 | 261.00 | 1,252.80 |
| MEH | 08/05/12 | Calculate/calendar briefing schedule re: bankruptcy stay order issued by appellate court. | L510 | 0.20 | 261.00 | 52.20 |
| MEH | 08/06/12 | Draft email to client (C. DiCicco) enclosing order staying appeal. | L510 | 0.30 | 261.00 | 78.30 |
| MEH | 08/10/12 | Draft email to client (A. Marmion) following up on bankruptcy stay re: MERS and Beckmann. | L510 | 0.20 | 261.00 | 52.20 |
| MEH | 08/10/12 | Telephone call with MERS client contact (A. Marmion) re: bankruptcy stay re: MERS and Beckmann. | L510 | 0.30 | 261.00 | 78.30 |
| MEH | 08/10/12 | Draft email to clients (C. DiCicco, N. Campbell) re: bankruptcy stay re: MERS. | L510 | 0.30 | 261.00 | 78.30 |
| MEH | 08/14/12 | Outline reply brief in support of bankruptcy stay. | L510 | 1.50 | 261.00 | 391.50 |
| MEH | 08/14/12 | Review/analyze plaintiffs' opposition to | L510 | 0.20 | 261.00 | 52.20 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 327300 | CLIENT | GMAC ResCap | | | Page | 2 |
| | | MATTER | Gjurovich, Alan | | | | |

| | | | | | | |
|------|----------|-----------------------------------------------------------------------------------------------------------|-------|-------|--------|----------|
| | | notice of bankruptcy stay. | | | | |
| MEH | 08/15/12 | Begin drafting reply brief in support of bankruptcy stay. | L510 | 0.30 | 261.00 | 78.30 |
| MEH | 08/17/12 | Continue drafting reply brief re: bankruptcy stay. | L520 | 6.60 | 261.00 | 1,722.60 |
| JTC | 08/20/12 | Review and suggest revisions to reply re effect of bankruptcy stay. | L510 | 0.40 | 490.50 | 196.20 |
| MEH | 08/20/12 | Revise reply brief re: bankruptcy stay. | L520 | 0.30 | 261.00 | 78.30 |
| DHC | 08/21/12 | Review and revise Respondent's Reply Re Notice of Bankruptcy and effect of Automatic Stay. | L120 | 1.50 | 337.50 | 506.25 |
| MEH | 08/21/12 | Revise reply brief re: bankruptcy stay. | L520 | 1.80 | 261.00 | 469.80 |
| MEH | 08/21/12 | Draft email to clients (C. DiCicco, N. Campbell) enclosing draft reply brief with comments. | L520 | 0.50 | 261.00 | 130.50 |
| JTC | 08/22/12 | Revise reply re bankruptcy stay. | L210 | 0.20 | 490.50 | 98.10 |
| DHC | 08/22/12 | Conference with Elizabeth Holt re client's comments to reply brief re bankruptcy stay and status of UD action. | L220 | 0.50 | 337.50 | 168.75 |
| DHC | 08/22/12 | Review and revise Reply Brief re bankruptcy stay. | L190 | 0.50 | 337.50 | 168.75 |
| MEH | 08/22/12 | Exchange emails among clients (J. Murphy, N. Campbell, C. Dicicco) re: revisions to reply brief re: bankruptcy stay. | L520 | 0.60 | 261.00 | 156.60 |
| MEH | 08/22/12 | Finalize reply brief re: bankruptcy stay. | L520 | 0.40 | 261.00 | 104.40 |
| MEH | 08/27/12 | Review case file for upcoming deadlines and to determine status of bankruptcy stay. | L510 | 0.40 | 261.00 | 104.40 |
| | | **TOTAL** | | **32.30** | | **$8,759.25** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|------|-----------------------|-------|----------|
| L120 | Analysis/Strategy | 2.80 | $845.55 |
| L190 | Other Case Assessment | 0.50 | $168.75 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 327300 | CLIENT | GMAC ResCap | Page | 3 |
| | | MATTER | Gjurovich, Alan | | |

| | | | | | |
|---|---|---|---|---|---|
| L210 | Pleadings | | 0.20 | $98.10 | |
| L220 | Preliminary Injunctions/Provis | | 0.50 | $168.75 | |
| L510 | Appellate Motions & Submission | | 4.10 | $1,161.90 | |
| L520 | Appellate Briefs | | 24.20 | $6,316.20 | |
| | **TOTAL** | | **32.30** | **$8,759.25** | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Cram, Donald | DHC | Member | 2.50 | 337.50 | $843.75 |
| Chilton, Jan T. | JTC | Member | 0.60 | 490.50 | $294.30 |
| Holt, M. Elizabeth | MEH | Associate | 29.20 | 261.00 | $7,621.20 |
| | **Total** | | **32.30** | | **$8,759.25** |

PRIOR FEES                              $43,049.70
PRIOR COSTS & EXPENSES          $8,335.84

| | | |
|---|---|---|
| FEES | | $8,759.25 |
| **TOTAL THIS INVOICE** | | **$8,759.25** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      327301      JBS                                September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000      GMAC ResCap
MATTER     0678       Winick, Daniel S. and Claire
                              GMAC Matter No.: 705967

**TOTAL AMOUNT DUE**          $1,879.65

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327301    JBS                                    September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0678    Winick, Daniel S. and Claire
GMAC Matter No.: 705967

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| RJG | 08/07/12 | Attention to settlement terms and performance of settlement obligations to advise our client regarding Plaintiffs' outstanding settlement obligations. | L160 | 0.30 | 274.50 | 82.35 |
| KWF | 08/07/12 | Telephone conference with J. Winick re: status of settlement. | L120 | 0.20 | 270.00 | 54.00 |
| RJG | 08/15/12 | Analysis and evaluation of potential breach of settlement terms and resolution strategies and correspondence with our client to advise regarding the same. | L160 | 0.40 | 274.50 | 109.80 |
| KWF | 08/15/12 | Prepare email to client, C. Bonello. re: status of settlement, and recommendation for handling non-payment and missing signature of Plaintiff's counsel. | L160 | 0.50 | 270.00 | 135.00 |
| RJG | 08/17/12 | Attention to resolution of Plaintiffs' outstanding settlement obligations and correspondence with our client to address the same. | L160 | 0.30 | 274.50 | 82.35 |
| RJG | 08/21/12 | Attention to settlement terms and outstanding obligations and correspondence with our client to advise regarding the same. | L160 | 0.40 | 274.50 | 109.80 |
| KWF | 08/21/12 | Receive and analyze settlement correspondence from Plaintiff's counsel. Prepare email to client, C. Bonello, re: same. | L160 | 0.70 | 270.00 | 189.00 |
| RJG | 08/22/12 | Attention to Plaintiffs' performance of outstanding settlement terms and | L160 | 0.30 | 274.50 | 82.35 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 327301 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Winick, Daniel S. & Claire | | | | |

| | | correspondence with our client to address the same. | | | | |
|---|---|---|---|---|---|---|
| RJG | 08/23/12 | Attention to correspondence with Plaintiffs' counsel to address performance of settlement obligations. | L160 | 0.20 | 274.50 | 54.90 |
| RJG | 08/23/12 | Attention to settlement terms and issues and correspondence with our client to advise regarding pending settlement performance issues. | L160 | 0.30 | 274.50 | 82.35 |
| KWF | 08/23/12 | Prepare letter to J. Winick re: signature on settlement agreement. | L160 | 0.40 | 270.00 | 108.00 |
| KWF | 08/23/12 | Prepare email to client, C. Bonello, re: check for modification. | L120 | 0.10 | 270.00 | 27.00 |
| RJG | 08/24/12 | Attention to issues regarding Plaintiffs' performance of settlement obligations and correspondence with our client to address the same. | L160 | 0.30 | 274.50 | 82.35 |
| RJG | 08/24/12 | Attention to performance of settlement obligations and correspondence with Plaintiffs' counsel to address the same. | L160 | 0.30 | 274.50 | 82.35 |
| KWF | 08/24/12 | Receive and analyze email correspondence from Plaintiff's counsel, J. Winick. Prepare response to same. | L160 | 0.50 | 270.00 | 135.00 |
| RJG | 08/28/12 | Attention to resolution of outstanding settlement issues and correspondence with Plaintiffs' counsel to address the same. | L160 | 0.30 | 274.50 | 82.35 |
| RJG | 08/28/12 | Attention to strategy for resolution of outstanding settlement issues and correspondence with our client to advise regarding the same. | L160 | 0.30 | 274.50 | 82.35 |
| KWF | 08/28/12 | Prepare email to client, C. Bonello, re: status of settlement. | L120 | 0.70 | 270.00 | 189.00 |
| RJG | 08/30/12 | Attention to resolution of outstanding settlement issues and correspondence with Plaintiffs' counsel to address the same. | L160 | 0.30 | 274.50 | 82.35 |
| KWF | 08/30/12 | Prepare email to Plaintiff's counsel, J. Winick, re: settlement. | L160 | 0.10 | 270.00 | 27.00 |
| | | **TOTAL** | | **6.90** | | **$1,879.65** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| | | | | | |
|---|---|---|---|---|---|
| Invoice No.    327301 | CLIENT | GMAC ResCap | | Page | 3 |
| | MATTER | Winick, Daniel S. & Claire | | | |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 1.00 | $270.00 |
| L160 | Settlement/Non-Binding ADR | 5.90 | $1,609.65 |
| | **TOTAL** | **6.90** | **$1,879.65** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Franich, Kerry | KWF | Associate | 3.20 | 270.00 | $864.00 |
| Gandy, Robert | RJG | Special Counsel | 3.70 | 274.50 | $1,015.65 |
| | **Total** | | **6.90** | | **$1,879.65** |

| | |
|---|---|
| PRIOR FEES | $75,949.20 |
| PRIOR COSTS & EXPENSES | $13,383.19 |

| | |
|---|---|
| FEES | $1,879.65 |
| **TOTAL THIS INVOICE** | **$1,879.65** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      327302      JBS                                September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000      GMAC ResCap
MATTER      0753       Labostrie, Alvin and Sandra
                       GMAC Matter No.: 708651

**TOTAL AMOUNT DUE**              $2,551.05

### *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      327302      JBS                                                    . September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter     19000  0753     Labostrie, Alvin and Sandra
                           GMAC Matter No.: 708651

FOR PROFESSIONAL SERVICES RENDERED     01/01/1994        08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| RJG | 08/03/12 | Analysis and evaluation of bankruptcy stay and pending case issues and correspondence with our client to address the same. | L120 | 0.30 | 274.50 | 82.35 |
| RJG | 08/09/12 | Analysis and evaluation of final bankruptcy stay order and pending case claims and correspondence with our client to advise regarding the same. | L120 | 0.40 | 274.50 | 109.80 |
| KWF | 08/09/12 | Prepare notice of bankruptcy. | L120 | 0.40 | 270.00 | 108.00 |
| KWF | 08/09/12 | Prepare letter to Plaintiff's counsel, re: final supplemental order. | L120 | 0.30 | 270.00 | 81.00 |
| RJG | 08/15/12 | Analysis and evaluation of bankruptcy stay final order application to motion for summary judgment and pending case issues and multiple correspondence with our client to address the same. | L120 | 0.50 | 274.50 | 137.25 |
| KWF | 08/15/12 | Prepare email to client, C. Hancock, re: lockout and MSJ. | L120 | 0.30 | 270.00 | 81.00 |
| KWF | 08/17/12 | Prepare for hearing on status conference and motion for summary judgment. | L120 | 0.50 | 270.00 | 135.00 |
| RJG | 08/20/12 | Attention to the court's ruling on our motion for summary judgment and bankruptcy stay issues and correspondence with our client to advise regarding the same. | L120 | 0.30 | 274.50 | 82.35 |
| RJG | 08/20/12 | Attention to eviction and property preservation issues and correspondence with our client to respond to an inquiry | L120 | 0.30 | 274.50 | 82.35 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 327302 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Labostrie, Alvin & Sandra | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | regarding the same. | | | | |
| KWF | 08/20/12 | Appear at status conference re: bankruptcy and hearing on motion for summary judgment. Travel to and from same. | L230 | 4.20 | 270.00 | 1,134.00 |
| KWF | 08/20/12 | Prepare email to client, C. Hancock, advising of hearing results on motion for summary judgment. | L190 | 0.10 | 270.00 | 27.00 |
| KWF | 08/20/12 | Prepare notice of status conference. | L120 | 0.20 | 270.00 | 54.00 |
| KWF | 08/20/12 | Prepare email to client, C. Hancock, re: settlement via loan modification and inquiry from Plaintiffs' counsel. | L160 | 0.20 | 270.00 | 54.00 |
| RJG | 08/21/12 | Analysis and evaluation of Plaintiffs' proposed settlement terms and pending case issues and attention to litigation strategy. | L120 | 0.30 | 274.50 | 82.35 |
| RJG | 08/21/12 | Analysis and evaluation of eviction and property preservation issues and multiple correspondence with our client to respond to inquiries regarding the same. | L120 | 0.50 | 274.50 | 137.25 |
| KWF | 08/21/12 | Prepare email to client, C. Hancock, re: status of unlawful detainer. | L120 | 0.30 | 270.00 | 81.00 |
| RJG | 08/22/12 | Attention to bankruptcy stay and pending case issues and correspondence with our client to advise regarding the same. | L120 | 0.30 | 274.50 | 82.35 |
| | | **TOTAL** | | **9.40** | | **$2,551.05** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 4.90 | $1,336.05 |
| L160 | Settlement/Non-Binding ADR | 0.20 | $54.00 |
| L190 | Other Case Assessment | 0.10 | $27.00 |
| L230 | Court Mandated Conferences | 4.20 | $1,134.00 |
| | **TOTAL** | **9.40** | **$2,551.05** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 327302 | CLIENT | GMAC ResCap | | | Page | 3 |
| | | MATTER | Labostrie, Alvin & Sandra | | | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Franich, Kerry | KWF | Associate | 6.50 | 270.00 | $1,755.00 |
| Gandy, Robert | RJG | Special Counsel | 2.90 | 274.50 | $796.05 |
| | **Total** | | **9.40** | | **$2,551.05** |

PRIOR FEES                        $136,029.15
PRIOR COSTS & EXPENSES            $16,998.79

| | FEES | $2,551.05 |
|---|---|---|
| **TOTAL THIS INVOICE** | | **$2,551.05** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      327303       JBS                                    September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 0928 | Chavers, Linda M. |
| | | GMAC Matter No.:  713706 |

**TOTAL AMOUNT DUE**            $1,272.60

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     327303     JBS                          September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0928     Chavers, Linda M.
                         GMAC Matter No.: 713706

FOR PROFESSIONAL SERVICES RENDERED     01/01/1994     08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| YS | 08/13/12 | Draft correspondence to K. Lee at MERS regarding status of the case, deadline for plaintiff to respond to clients' written discovery, and pending hearing dates | L190 | 0.30 | 238.50 | 71.55 |
| RJG | 08/14/12 | Attention to informal resolution issues and correspondence with our client to respond to an inquiry regarding the same. | L120 | 0.30 | 274.50 | 82.35 |
| RJG | 08/16/12 | Attention to bankruptcy stay and stipulation to vacate pending case hearings and correspondence with Plaintiff's counsel to address the same. | L120 | 0.30 | 274.50 | 82.35 |
| YS | 08/16/12 | Receipt, review and analysis of plaintiff's counsel's correspondence regarding impact of the client's bankruptcy filing on the case | L120 | 0.10 | 238.50 | 23.85 |
| YS | 08/16/12 | Draft stipulation of the parties to continue dates and deadlines in light of clients bankruptcy filing | L210 | 0.40 | 238.50 | 95.40 |
| YS | 08/16/12 | Draft proposed order granting stipulation of the parties to continue dates and deadlines in light of clients bankruptcy filing | L210 | 0.30 | 238.50 | 71.55 |
| YS | 08/16/12 | Draft correspondence to plaintiff's counsel regarding stipulation to continue dates and deadlines, preparing a joint status report for MERS, and granting continuance to respond to MERS discovery | L190 | 0.40 | 238.50 | 95.40 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 327303 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Chavers, Linda M. | | | | |

| RJG | 08/17/12 | Attention to stipulation to vacate pending hearings in light of the GMAC bankruptcy and correspondence with Plaintiff's counsel to respond to an inquiry regarding the same. | L120 | 0.30 | 274.50 | 82.35 |
|---|---|---|---|---|---|---|
| YS | 08/20/12 | Draft correspondence to plaintiff's counsel regarding meeting and conferring on joint scheduling report in light of pending scheduling conference | L190 | 0.20 | 238.50 | 47.70 |
| YS | 08/21/12 | Receipt, review and analysis of the Bankruptcy Court's notice of chapter 13 case closed without discharge | L120 | 0.10 | 238.50 | 23.85 |
| YS | 08/27/12 | Draft clients' unilateral scheduling conference report and declaration of Yaron Shaham in light of pending scheduling conference | L210 | 2.50 | 238.50 | 596.25 |
| | | **TOTAL** | | **5.20** | | **$1,272.60** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | |
|---|---|---|---|---|---|
| L120 | Analysis/Strategy | 1.10 | $294.75 | | |
| L190 | Other Case Assessment | 0.90 | $214.65 | | |
| L210 | Pleadings | 3.20 | $763.20 | | |
| | **TOTAL** | **5.20** | **$1,272.60** | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Gandy, Robert | RJG | Special Counsel | 0.90 | 274.50 | $247.05 |
| Shaham, Yaron | YS | Special Counsel | 4.30 | 238.50 | $1,025.55 |
| | **Total** | | **5.20** | | **$1,272.60** |

| PRIOR FEES | $17,414.55 |
|---|---|
| PRIOR COSTS & EXPENSES | $498.04 |

| | FEES | $1,272.60 |
|---|---|---|
| | **TOTAL THIS INVOICE** | **$1,272.60** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327304    JBS                                September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
|--------|-------|-------------|
| MATTER | 0944 | Sin, Soon Hee |
| | | GMAC Matter No.: 714247 |

**TOTAL AMOUNT DUE**          $2,004.10

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327304    JBS

September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0944    Sin, Soon Hee
GMAC Matter No.: 714247

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|------|-------|------|--------|
| MCN | 08/01/12 | Analysis and evaluation of status of case in order to provide status report to client. | L110 | 0.40 | 306.00 | 122.40 |
| MCN | 08/01/12 | Analysis and evaluation of status of case in order to provide status report to client. | L110 | 0.40 | 306.00 | 122.40 |
| MCN | 08/01/12 | Preparation of status report to client. | L110 | 0.30 | 306.00 | 91.80 |
| MCN | 08/03/12 | Further review of tentative ruling in preparation for hearing on demurrer. | L240 | 0.30 | 306.00 | 91.80 |
| MCN | 08/03/12 | Attendance at hearing on demurrer to second amended complaint at which court sustained demurrer without leave to amend. | L240 | 2.30 | 306.00 | 703.80 |
| MCN | 08/03/12 | Correspondence with Holtgren regarding outcome of hearing on demurrer. | L240 | 0.30 | 306.00 | 91.80 |
| MCN | 08/03/12 | Initial preparation of notice of entry of dismissal and order sustaining demurrer without leave to amend. | L240 | 0.30 | 306.00 | 91.80 |
| MCN | 08/03/12 | Analysis and evaluation of status of court's execution of order sustaining demurrer and dismissing case in order to issue notice of ruling and telephone call to court clerk same. | L240 | 0.40 | 306.00 | 122.40 |
| MCN | 08/06/12 | Analysis and evaluation of status of entry of order dismissing case. | L120 | 0.30 | 306.00 | 91.80 |
| MCN | 08/06/12 | Analysis and evaluation of strategy for completion of case in view of entered order of dismissal. | L120 | 0.20 | 306.00 | 61.20 |
| MCN | 08/07/12 | Preparation of notice of entry of order | L110 | 0.70 | 306.00 | 214.20 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.    327304 | CLIENT    GMAC ResCap | | | | Page    2 |
| --- | --- | --- | --- | --- | --- |
| | MATTER    Sin, Soon Hee | | | | |

| | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | sustaining demurrer and dismissing case. | | | | |
| MCN | 08/31/12 | Preparation of status report to client regarding dismissal of case and analysis regarding same. | L120 | 0.20 | 306.00 | 61.20 |
| | | **TOTAL** | | **6.10** | | **$1,866.60** |

## COSTS & EXPENSES

| | | |
| --- | --- | --- |
| 08/01/12 | CourtCall, LLC; CourtCall - Conference Service;  08/03/12 | 78.00 |
| 08/15/12 | First Legal Network, LLC; Transmittal of filing to court; LASC- Los Angeles 7/25/12 | 29.75 |
| 08/15/12 | First Legal Network, LLC; Transmittal of filing to court; LASC- Los Angeles 7/30/12 | 29.75 |
| | **TOTAL COSTS & EXPENSES** | **$137.50** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
| --- | --- | --- | --- |
| L110 | Fact Investigation/Development | 1.80 | $550.80 |
| L120 | Analysis/Strategy | 0.70 | $214.20 |
| L240 | Dispositive Motions | 3.60 | $1,101.60 |
| | **TOTAL** | **6.10** | **$1,866.60** |

| Timekeeper | | Position | Hours | Rate | Value |
| --- | --- | --- | --- | --- | --- |
| Nowlin, Marlene | MCN | Special Counsel | 6.10 | 306.00 | $1,866.60 |
| | **Total** | | **6.10** | | **$1,866.60** |

| | |
| --- | --- |
| PRIOR FEES | $46,650.60 |
| PRIOR COSTS & EXPENSES | $2,654.31 |

| | |
| --- | --- |
| FEES | $1,866.60 |
| COSTS & EXPENSES | $137.50 |
| **TOTAL THIS INVOICE** | **$2,004.10** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327305    JBS                                September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1007 | Abed-Stephen, Vachagan and Susie |
| | | C/M# 716689 |

**TOTAL AMOUNT DUE**            **$598.95**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327305    JBS                                    September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1007    Abed-Stephen, Vachagan and Susie
C/M# 716689

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|------|-------|------|--------|
| RJG | 08/03/12 | Analysis and evaluation of notice of default and pending appeal issues and attention to appeal strategy. | L510 | 0.30 | 274.50 | 82.35 |
| MEH | 08/05/12 | Review certified reporter's transcript and forward to superior court in support of counter-designations of record on appeal. | L510 | 0.40 | 261.00 | 104.40 |
| MEH | 08/05/12 | Calculate/calendar plaintiff's deadline for curing default. | L510 | 0.20 | 261.00 | 52.20 |
| MEH | 08/09/12 | Strategize re: timing of notice of bankruptcy stay. | L510 | 0.20 | 261.00 | 52.20 |
| MEH | 08/09/12 | Strategize re: substitution of counsel letter and accompanying filing fee. | L510 | 0.20 | 261.00 | 52.20 |
| MEH | 08/21/12 | Review/analyze appellants' civil case information statement. | L510 | 0.20 | 261.00 | 52.20 |
| BAE | 08/24/12 | Emails and phone calls with court reporter regarding missing transcript for appeal. | L520 | 0.40 | 247.50 | 99.00 |
| MEH | 08/27/12 | Review case file for upcoming deadlines and to determine status of bankruptcy stay. | L510 | 0.40 | 261.00 | 104.40 |
| | | **TOTAL** | | **2.30** | | **$598.95** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | Hours | Amount |
|---------------------------|-------|--------|

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.   327305 | CLIENT | GMAC ResCap | | Page | 2 |
|---|---|---|---|---|---|
| | MATTER | Abed-Stephen, Vachagan | | | |

| | | | | | |
|---|---|---|---|---|---|
| L510 | Appellate Motions & Submission | | 1.90 | $499.95 | |
| L520 | Appellate Briefs | | 0.40 | $99.00 | |
| | **TOTAL** | | **2.30** | **$598.95** | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Eilenberg, Benjamin A. | BAE | Associate | 0.40 | 247.50 | $99.00 |
| Holt, M. Elizabeth | MEH | Associate | 1.60 | 261.00 | $417.60 |
| Gandy, Robert | RJG | Special Counsel | 0.30 | 274.50 | $82.35 |
| | **Total** | | **2.30** | | **$598.95** |

| | |
|---|---|
| PRIOR FEES | $19,968.30 |
| PRIOR COSTS & EXPENSES | $1,494.97 |

| | |
|---|---|
| FEES | $598.95 |
| **TOTAL THIS INVOICE** | **$598.95** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327306    JBS                                September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1009    Rice, Christopher
                  C/M# 716701

**TOTAL AMOUNT DUE**            **$884.10**

**\*\*\* *REMITTANCE COPY* \*\*\***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327306    JBS                                    September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1009    Rice, Christopher
                        C/M# 716701

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| DL | 07/12/12 | Exchange correspondence with plaintiff's counsel re recording withdrawal of lis pendens per settlement agreement. | L160 | 0.10 | 288.00 | 28.80 |
| DL | 07/23/12 | Exchange correspondence with plaintiff's counsel re status of recording withdrawal of lis pendens as required by settlement agreement. | L160 | 0.20 | 288.00 | 57.60 |
| DL | 07/25/12 | Exchange further correspondence with plaintiff's counsel re recording withdrawal of lis pendens. | L160 | 0.10 | 288.00 | 28.80 |
| DL | 07/30/12 | Prepare case update on chart for client. | L190 | 0.10 | 288.00 | 28.80 |
| DL | 07/31/12 | Prepare correspondence to plaintiff's counsel confirming withdrawal of lis pendens. | L160 | 0.10 | 288.00 | 28.80 |
| RJG | 08/01/12 | Attention to performance of final settlement terms and correspondence with our client to advise regarding the same. | L160 | 0.30 | 274.50 | 82.35 |
| DL | 08/01/12 | Exchange correspondence with plaintiff's counsel re remaining items to complete settlement, vacating property and obtaining settlement funds; exchange correspondence with client re same. | L160 | 0.30 | 288.00 | 86.40 |
| DL | 08/02/12 | Exchange correspondence with plaintiff's counsel and client re borrower vacating property, status of settlement check and dismissal. | L160 | 0.20 | 288.00 | 57.60 |
| RJG | 08/03/12 | Attention to settlement performance | L160 | 0.30 | 274.50 | 82.35 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 327306 | CLIENT | GMAC ResCap | | | Page | 2 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | MATTER | Rice, Christopher | | | | |

| | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | and property possession issues and correspondence with our client to address the same. | | | | |
| DL | 08/06/12 | Analyze correspondence from Court's mediation office and prepare court-required form for mediation. | L160 | 0.30 | 288.00 | 86.40 |
| RJG | 08/08/12 | Attention to settlement terms and obligations and correspondence with our client to advise regarding the same. | L160 | 0.30 | 274.50 | 82.35 |
| DL | 08/08/12 | Exchange correspondence with client and plaintiff's counsel re plaintiff vacating property and status of settlement check. | L160 | 0.20 | 288.00 | 57.60 |
| RJG | 08/28/12 | Attention to withdrawal of lis pendens and performance of settlement obligations and correspondence with our client to address the same. | L120 | 0.30 | 274.50 | 82.35 |
| DL | 08/28/12 | Analyze recorded withdrawal of lis pendens; prepare correspondence to client re same and status of settlement check. | L160 | 0.20 | 288.00 | 57.60 |
| DL | 08/31/12 | Prepare case update for client on master chart. | L190 | 0.10 | 288.00 | 28.80 |
| | | **TOTAL** | | **3.10** | | **$876.60** |

## COSTS & EXPENSES

| | | | |
| --- | --- | --- | --- |
| 08/22/12 | Cardmember Service/Bank One (Acct #2707); Court and Filing Fees;  LA@Court Online Civil Images 07/20/12 | | 7.50 |
| | **TOTAL COSTS & EXPENSES** | **$7.50** | |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
| --- | --- | --- | --- |
| L120 | Analysis/Strategy | 0.30 | $82.35 |
| L160 | Settlement/Non-Binding ADR | 2.60 | $736.65 |
| L190 | Other Case Assessment | 0.20 | $57.60 |
| | **TOTAL** | **3.10** | **$876.60** |

| Timekeeper | | Position | Hours | Rate | Value |
| --- | --- | --- | --- | --- | --- |
| Liu, David | DL | Associate | 1.90 | 288.00 | $547.20 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.    327306 | CLIENT | GMAC ResCap | | | | Page | 3 |
| | MATTER | Rice, Christopher | | | | | |

| Gandy, Robert | RJG | Special Counsel | 1.20 | 274.50 | $329.40 | |
| | **Total** | | **3.10** | | **$876.60** | |

| | | | |
|---|---|---|---|
| PRIOR FEES | | $38,866.05 | |
| PRIOR COSTS & EXPENSES | | $824.00 | |

| | | |
|---|---|---|
| FEES | $876.60 |
| COSTS & EXPENSES | $7.50 |
| **TOTAL THIS INVOICE** | **$884.10** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327307    JBS                                September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1042    Gillard, Griselda L.
                  GMAC Matter No.: 718047

**TOTAL AMOUNT DUE**            **$790.20**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327307    JBS                                    September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1042    Gillard, Griselda L.
GMAC Matter No.: 718047

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994          08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| RJG | 08/10/12 | Attention to demurrer, bankruptcy stay and pending case issues and correspondence with title company counsel to address the same. | L120 | 0.30 | 274.50 | 82.35 |
| RJG | 08/13/12 | Attention to application of the bankruptcy final order to pending case claims and correspondence with title company counsel to address the same. | L120 | 0.40 | 274.50 | 109.80 |
| KWF | 08/13/12 | Prepare notice of bankruptcy. | L210 | 0.30 | 270.00 | 81.00 |
| KWF | 08/13/12 | Telephone conference with the court re: case status and RESCAP bankruptcy. | L120 | 0.10 | 270.00 | 27.00 |
| RJG | 08/14/12 | Attention to application of bankruptcy final order to pending case claims and correspondence with our client to advise regarding the same. | L120 | 0.30 | 274.50 | 82.35 |
| KWF | 08/14/12 | Prepare letter to counsel re: final supplemental order. | L120 | 0.30 | 270.00 | 81.00 |
| KWF | 08/14/12 | Prepare email to client, A. Hartshorn. re: notice of bankruptcy. | L190 | 0.10 | 270.00 | 27.00 |
| RJG | 08/23/12 | Attention to bankruptcy stay and pending civil litigation issues and correspondence with our client to advise regarding the same. | L120 | 0.30 | 274.50 | 82.35 |
| RJG | 08/28/12 | Analysis and evaluation of bankruptcy stay and demurrer to fourth amended complaint issues and correspondence with title company counsel to address the same. | L120 | 0.30 | 274.50 | 82.35 |
| KWF | 08/28/12 | Prepare email to title counsel, D. Leonhardt, re: case status. | L120 | 0.30 | 270.00 | 81.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 327307 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Gillard, Griselda L. | | | | |

| KWF | 08/31/12 | Telephone conference with Plaintiff's counsel, S. Hurst, re: RECAP Bankruptcy. | L120 | 0.20 | 270.00 | 54.00 |
|---|---|---|---|---|---|---|
| | | **TOTAL** | | **2.90** | | **$790.20** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 2.50 | $682.20 |
| L190 | Other Case Assessment | 0.10 | $27.00 |
| L210 | Pleadings | 0.30 | $81.00 |
| | **TOTAL** | **2.90** | **$790.20** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Franich, Kerry | KWF | Associate | 1.30 | 270.00 | $351.00 |
| Gandy, Robert | RJG | Special Counsel | 1.60 | 274.50 | $439.20 |
| | **Total** | | **2.90** | | **$790.20** |

PRIOR FEES                           $8,712.00
PRIOR COSTS & EXPENSES          $516.09

|  | FEES | $790.20 |
|---|---|---|
| | **TOTAL THIS INVOICE** | **$790.20** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327308    JBS

September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1070 | Ozuna, Rolando H. and Socorro A. |
| | | GMAC Matter No.: 719053 |

**TOTAL AMOUNT DUE**            **$262.35**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | | | |
|---|---|---|---|
| Invoice No. | 327308 | JBS | September 25, 2012 |

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1070    Ozuna, Rolando H. and Socorro A.
GMAC Matter No.: 719053

FOR PROFESSIONAL SERVICES RENDERED      01/01/1994          08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| YS | 08/22/12 | Receipt, review and analysis of correspondence from plaintiffs' counsel regarding possible balloon payment contained in permanent loan modification | L120 | 0.10 | 238.50 | 23.85 |
| YS | 08/22/12 | Draft correspondence to client regarding possible balloon payment in permanent loan modification offered to plaintiffs | L190 | 0.20 | 238.50 | 47.70 |
| YS | 08/23/12 | Draft correspondence to plaintiff's counsel regarding terms of the permanent loan modification in light of the parties' settlement agreement | L190 | 0.20 | 238.50 | 47.70 |
| YS | 08/27/12 | Draft correspondence to plaintiffs' counsel regarding content of terms for plaintiffs permanent loan modification | L190 | 0.20 | 238.50 | 47.70 |
| YS | 08/29/12 | Receipt, review and analysis of correspondence from plaintiffs' counsel regarding modifying the terms of the proposed permanent loan modification agreement | L120 | 0.10 | 238.50 | 23.85 |
| YS | 08/29/12 | Draft correspondence to plaintiffs' counsel regarding response to his request to modify terms of the proposed permanent loan modification | L190 | 0.30 | 238.50 | 71.55 |
| | | **TOTAL** | | **1.10** | | **$262.35** |

**COSTS & EXPENSES**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | | | | | |
|---|---|---|---|---|---|
| Invoice No. | 327308 | CLIENT | GMAC ResCap | Page | 2 |
| | | MATTER | Ozuna, Rolando & Socorro | | |

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.20 | $47.70 |
| L190 | Other Case Assessment | 0.90 | $214.65 |
| | **TOTAL** | **1.10** | **$262.35** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Shaham, Yaron | YS | Special Counsel | 1.10 | 238.50 | $262.35 |
| | **Total** | | **1.10** | | **$262.35** |

| | |
|---|---|
| PRIOR FEES | $17,939.70 |
| PRIOR COSTS & EXPENSES | $1,737.72 |

| | |
|---|---|
| FEES | $262.35 |
| **TOTAL THIS INVOICE** | **$262.35** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327309    JBS                                        September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000    GMAC ResCap
MATTER    1093     Vasquez, Eusebio and Susana
                          GMAC Matter No.: 719657

**TOTAL AMOUNT DUE**               $539.93

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327309    JBS                                      September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  1093    Vasquez, Eusebio and Susana
GMAC Matter No.: 719657

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| JHT | 08/02/12 | Corresponded with Client Regarding Settlement Offer. | L190 | 0.10 | 238.50 | 23.85 |
| RJG | 08/03/12 | Attention to informal resolution terms and issues and correspondence with our client to address the same. | L160 | 0.30 | 274.50 | 82.35 |
| YS | 08/03/12 | Receipt, review and analysis of the plaintiff's request to withdraw notice of settlement of the entire case | L120 | 0.10 | 238.50 | 23.85 |
| JHT | 08/03/12 | Receipt, Review and Anslysis of Correspondence from Client Re. Loan Modification Offer. | L190 | 0.10 | 238.50 | 23.85 |
| YS | 08/06/12 | Draft correspondence to client regarding plaintiffs recordation of a withdrawal of the lis pendens | L190 | 0.20 | 238.50 | 47.70 |
| JHT | 08/06/12 | Corresponded with Plaintiffs' Counsel Re. Withdrawn Notice of Settlement. | L190 | 0.10 | 238.50 | 23.85 |
| RJG | 08/07/12 | Attention to withdrawal of lis pendens issues and correspondence with our client to advise regarding the same. | L120 | 0.30 | 274.50 | 82.35 |
| YS | 08/13/12 | Receipt, review and analysis of the plaintiff's case management statement | L120 | 0.10 | 238.50 | 23.85 |
| RJG | 08/16/12 | Attention to lis pendens withdrawal and informal resolution issues and correspondence with our client to advise regarding the same. | L120 | 0.30 | 274.50 | 82.35 |
| YS | 08/16/12 | Draft correspondence to client regarding plaintiff's recordation of the notice of withdrawal of the lis pendens in light of the demurrer being sustained without leave to amend | L190 | 0.20 | 238.50 | 47.70 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 327309 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Vasquez, Eusebio & Susana | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| JHT | 08/17/12 | Reviewed Loan Modification Packet to be Forwarded to Plaintiffs' Counsel. | L190 | 0.10 | 238.50 | | 23.85 |
| JHT | 08/17/12 | Corresponded with Plaintiffs' Counsel Re. Loan Modification Packet. | L190 | 0.10 | 238.50 | | 23.85 |
| | | **TOTAL** | | **2.00** | | | **$509.40** |

### COSTS & EXPENSES

| | | | |
|---|---|---|---|
| 08/07/12 | Joe H. Tuffaha; Transportation; Mileage to/from LASC-SW Dist. (Torrance), Dept. E, for hearing on Def. GMAC's Demurrer to PL's SAC, Torrance 7/30/12 | | 30.53 |
| | **TOTAL COSTS & EXPENSES** | | **$30.53** |

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.80 | $212.40 |
| L160 | Settlement/Non-Binding ADR | 0.30 | $82.35 |
| L190 | Other Case Assessment | 0.90 | $214.65 |
| | **TOTAL** | **2.00** | **$509.40** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Tuffaha, Joe | JHT | Associate | 0.50 | 238.50 | $119.25 |
| Gandy, Robert | RJG | Special Counsel | 0.90 | 274.50 | $247.05 |
| Shaham, Yaron | YS | Special Counsel | 0.60 | 238.50 | $143.10 |
| | **Total** | | **2.00** | | **$509.40** |

| PRIOR FEES | $15,313.95 |
|---|---|
| PRIOR COSTS & EXPENSES | $2,196.57 |

| | | |
|---|---|---|
| FEES | $509.40 |
| COSTS & EXPENSES | $30.53 |
| **TOTAL THIS INVOICE** | **$539.93** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327310    JBS                                    September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000    GMAC ResCap
MATTER      1107     Kwok, Ming
                     GMAC Matter No.: 720843

**TOTAL AMOUNT DUE**              **$403.20**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327310    JBS                                           September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1107    Kwok, Ming
GMAC Matter No.: 720843

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994         08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| JHT | 07/09/12 | Corresponded with Client Re. Loan Modification Documents. | L190 | 0.20 | 238.50 | 47.70 |
| JHT | 07/12/12 | Corresponded with Plaintiffs' Counsel Re. Stipulation to Set Aside Dismissal. | L190 | 0.30 | 238.50 | 71.55 |
| RJG | 08/23/12 | Attention to informal resolution terms and issues and correspondence with our client to address the same. | L160 | 0.30 | 274.50 | 82.35 |
| JHT | 08/23/12 | Corresponded with Plaintiffs' Counsel Re. Status of Loan Modification Application. | L190 | 0.20 | 238.50 | 47.70 |
| JHT | 08/23/12 | Corresponded with Client Re. Status of Plaintiffs' Loan Modification Application. | L190 | 0.10 | 238.50 | 23.85 |
| JHT | 08/24/12 | Corresponded with Plaintiff's Counsel Re. Status of Loan Modification Application. | L190 | 0.20 | 238.50 | 47.70 |
| RJG | 08/27/12 | Attention to informal resolution terms and issues and correspondence with our client to address the same. | L160 | 0.30 | 274.50 | 82.35 |
| | | **TOTAL** | | **1.60** | | **$403.20** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|---|-------|--------|
| L160 | Settlement/Non-Binding ADR | 0.60 | $164.70 |
| L190 | Other Case Assessment | 1.00 | $238.50 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 327310 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Kwok, Ming | | | | |

| | TOTAL | | 1.60 | $403.20 | | |
|---|---|---|---|---|---|---|
| **Timekeeper** | | **Position** | **Hours** | **Rate** | **Value** | |
| Tuffaha, Joe | JHT | Associate | 1.00 | 238.50 | $238.50 | |
| Gandy, Robert | RJG | Special Counsel | 0.60 | 274.50 | $164.70 | |
| | | Total | **1.60** | | **$403.20** | |

PRIOR FEES                              $9,467.55
PRIOR COSTS & EXPENSES       $623.61

|  |  |
|---|---|
| FEES | $403.20 |
| **TOTAL THIS INVOICE** | **$403.20** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327311    JBS                                        September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
|--------|-------|-------------|
| MATTER | 1157  | Cirino, Sepideh |
|        |       | GMAC Matter No.: 730034 |

**TOTAL AMOUNT DUE**              $956.09

### *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      327311      JBS                                          September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter      19000  1157      Cirino, Sepideh
                             GMAC Matter No.: 730034

FOR PROFESSIONAL SERVICES RENDERED      01/01/1994        08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| RJG | 07/02/12 | Attention to Plaintiff's notice regarding designation of transcripts for the appeal. | L510 | 0.10 | 274.50 | 27.45 |
| MEH | 07/11/12 | Review case file to analyze propriety of filing notice of bankruptcy stay. | L120 | 0.50 | 261.00 | 130.50 |
| MEH | 08/09/12 | Draft email to client (J. Holtgren) enclosing drafts of notice of stay and cover letter with comments. | L510 | 0.40 | 261.00 | 104.40 |
| MEH | 08/09/12 | Draft notice of bankruptcy stay. | L510 | 0.60 | 261.00 | 156.60 |
| MEH | 08/09/12 | Draft cover letter to pro se plaintiff accompanying notice of bankruptcy stay. | L510 | 1.00 | 261.00 | 261.00 |
| MEH | 08/21/12 | Finalize notice of stay and accompanying cover letter. | L510 | 0.20 | 261.00 | 52.20 |
| RJG | 08/22/12 | Attention to application of bankruptcy stay to pending appeal issues and appeal strategy. | L510 | 0.30 | 274.50 | 82.35 |
| MEH | 08/27/12 | Review case file for upcoming deadlines and to determine status of bankruptcy stay. | L510 | 0.30 | 261.00 | 78.30 |
| RJG | 08/28/12 | Attention to pending appeal issues and appeal strategy. | L510 | 0.20 | 274.50 | 54.90 |
| | | **TOTAL** | | **3.60** | | **$947.70** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 08/10/12 | Cardmember Service/Bank One (Acct #2707); Data Search; 27495 Hidden Trail Road Orange, CA 07/11/12 | 8.39 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.  327311 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|
| | MATTER | Cirino, Sepideh | | |

| **TOTAL COSTS & EXPENSES** | **$8.39** |
|---|---|

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.50 | $130.50 |
| L510 | Appellate Motions & Submission | 3.10 | $817.20 |
| | **TOTAL** | **3.60** | **$947.70** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Holt, M. Elizabeth | MEH | Associate | 3.00 | 261.00 | $783.00 |
| Gandy, Robert | RJG | Special Counsel | 0.60 | 274.50 | $164.70 |
| | Total | | **3.60** | | **$947.70** |

| PRIOR FEES | $15,891.30 |
|---|---|
| PRIOR COSTS & EXPENSES | $501.45 |

| FEES | $947.70 |
|---|---|
| COSTS & EXPENSES | $8.39 |
| **TOTAL THIS INVOICE** | **$956.09** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327312    JBS                                      September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
|--------|-------|-------------|
| MATTER | 1163 | Abele, Robert |
| | | GMAC Matter No.: 722707 |

**TOTAL AMOUNT DUE**            **$873.60**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327312    JBS                                       September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1163    Abele, Robert
                         GMAC Matter No.: 722707

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| YS | 08/02/12 | Receipt, review and analysis of plaintiff's opposition to co-defendant Prommis' motion to strike | L120 | 0.10 | 238.50 | 23.85 |
| RJG | 08/03/12 | Analysis and evaluation of case investigation and pending case issues and attention to litigation strategy. | L120 | 0.20 | 274.50 | 54.90 |
| YS | 08/03/12 | Receipt, review and analysis of co-defendant Prommis Solutions' reply brief in light of opposition received to its motion to strike plaintiff's first amended complaint | L120 | 0.10 | 238.50 | 23.85 |
| YS | 08/03/12 | Receipt, review and analysis of co-defendant Prommis Solutions' reply brief in light of opposition received to demurrer to plaintiff's first amended complaint | L120 | 0.10 | 238.50 | 23.85 |
| YS | 08/06/12 | Receipt, review and analysis of co-defendants' Litton and Ocwen's reply brief in light of opposition received to demurrer | L120 | 0.10 | 238.50 | 23.85 |
| JHT | 08/06/12 | Reviewed Co-Defendant Litton's Reply ISO Demurrer to FAC. | L210 | 0.10 | 238.50 | 23.85 |
| YS | 08/08/12 | Receipt, review and analysis of the Plaintiff's case management statement in light of pending case management conference hearing | L120 | 0.10 | 238.50 | 23.85 |
| JHT | 08/08/12 | Reviewed Plaintiff's CMC Statement. | L210 | 0.20 | 238.50 | 47.70 |
| RJG | 08/09/12 | Attention to demurrer and pending case issues and telephone call co-defendants' counsel to address the same. | L250 | 0.40 | 274.50 | 109.80 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 327312 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Abele, Robert | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| RJG | 08/09/12 | Attention to bankruptcy stay and pending demurrer issues and correspondence with co-defendants' counsel to respond to an inquiry regarding the same. | L250 | 0.30 | 274.50 | 82.35 |
| YS | 08/09/12 | Receipt, review and analysis of the Court's tentative ruling on the client's demurrer to plaintiff's first amended complaint | L120 | 0.10 | 238.50 | 23.85 |
| YS | 08/09/12 | Draft correspondence to co-defendant's counsel regarding client's response to the Court's tentative ruling on the demurrer to plaintiff's first amended complaint and how we will respond | L190 | 0.30 | 238.50 | 71.55 |
| JHT | 08/09/12 | Reviewed Correspondence from Co-Defense Counsel Re. Demurrer Hearing. | L190 | 0.10 | 238.50 | 23.85 |
| JHT | 08/09/12 | Corresponded with Counsel for All Parties Re. Tentative. | L190 | 0.20 | 238.50 | 47.70 |
| YS | 08/13/12 | Receipt, review and analysis of co-defendant Prommis Solutions' case management statement in light of pending case management conference | L120 | 0.10 | 238.50 | 23.85 |
| YS | 08/13/12 | Receipt, review and analysis of co-defendant Ocwen's and Litton Loan's case management statement in light of pending case management conference hearing | L120 | 0.10 | 238.50 | 23.85 |
| JHT | 08/20/12 | Drafted Case Management Statement. | L230 | 0.50 | 238.50 | 119.25 |
| YS | 08/27/12 | Receipt, review and analysis of plaintiff's notice of posting jury fees | L120 | 0.10 | 238.50 | 23.85 |
| | | **TOTAL** | | **3.20** | | **$795.60** |

### COSTS & EXPENSES

| | | | |
|---|---|---|---|
| 08/13/12 | CourtCall, LLC; CourtCall - Conference Service; 08/10/12 | | 78.00 |
| | **TOTAL COSTS & EXPENSES** | **$78.00** | |

### BILLING SUMMARY

| Task Code and Description | Hours | Amount |
|---|---|---|

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 327312 | CLIENT | GMAC ResCap | | Page | 3 |
|---|---|---|---|---|---|---|
| | | MATTER | Abele, Robert | | | |

| | | | | | |
|---|---|---|---|---|---|
| L120 | Analysis/Strategy | | 1.10 | $269.55 | |
| L190 | Other Case Assessment | | 0.60 | $143.10 | |
| L210 | Pleadings | | 0.30 | $71.55 | |
| L230 | Court Mandated Conferences | | 0.50 | $119.25 | |
| L250 | Other Written Motions | | 0.70 | $192.15 | |
| | **TOTAL** | | **3.20** | **$795.60** | |

| Timekeeper | | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|---|
| Tuffaha, Joe | JHT | | Associate | 1.10 | 238.50 | $262.35 |
| Gandy, Robert | RJG | | Special Counsel | 0.90 | 274.50 | $247.05 |
| Shaham, Yaron | YS | | Special Counsel | 1.20 | 238.50 | $286.20 |
| | **Total** | | | **3.20** | | **$795.60** |

| | |
|---|---|
| PRIOR FEES | $11,446.65 |
| PRIOR COSTS & EXPENSES | $1,139.54 |

| | |
|---|---|
| FEES | $795.60 |
| COSTS & EXPENSES | $78.00 |
| **TOTAL THIS INVOICE** | **$873.60** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327313    JBS

September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1171 | Zamora, Elsa |
| | | GMAC Matter No.: 723112 |

**TOTAL AMOUNT DUE**          **$600.30**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327313    JBS                                  September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1171    Zamora, Elsa
                        GMAC Matter No.: 723112

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MJE | 08/01/12 | Review of docket regarding execution of dismissal order and email with Plaintiff re same | L140 | 0.30 | 279.00 | 83.70 |
| RJG | 08/22/12 | Attention to Plaintiff's notice of appeal and appeal strategy. | L510 | 0.20 | 274.50 | 54.90 |
| MJE | 08/22/12 | Receipt and review of Notice of Appeal and draft of email to J. Chilton re same. | L140 | 0.30 | 279.00 | 83.70 |
| MJE | 08/24/12 | Draft of email to J. Holtgren re appeal notice filed by Plaintiff | L140 | 0.20 | 279.00 | 55.80 |
| MEH | 08/27/12 | Review case file for upcoming deadlines and to determine status of bankruptcy stay. | L510 | 0.40 | 261.00 | 104.40 |
| MJE | 08/27/12 | Exchange of emails with E. Holt re case history | L140 | 0.20 | 279.00 | 55.80 |
| MEH | 08/28/12 | Strategize re: upcoming show-cause hearing in trial court and analyze impact on appellate proceedings. | L120 | 0.30 | 261.00 | 78.30 |
| MJE | 08/28/12 | Review of docket re minute order and exchange of emails with E. Holt re same. | L140 | 0.30 | 279.00 | 83.70 |
| | | **TOTAL** | | **2.20** | | **$600.30** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | Hours | Amount |
|---------------------------|-------|--------|
| L120    Analysis/Strategy | 0.30 | $78.30 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 327313 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Zamora, Elsa | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| L140 | Document/File Management | | 1.30 | $362.70 | | | |
| L510 | Appellate Motions & Submission | | 0.60 | $159.30 | | | |
| | **TOTAL** | | **2.20** | **$600.30** | | | |

| Timekeeper | | | Position | Hours | Rate | Value | |
|---|---|---|---|---|---|---|---|
| Holt, M. Elizabeth | | MEH | Associate | 0.70 | 261.00 | $182.70 | |
| Esposito, Matthew | | MJE | Associate | 1.30 | 279.00 | $362.70 | |
| Gandy, Robert | | RJG | Special Counsel | 0.20 | 274.50 | $54.90 | |
| | | **Total** | | **2.20** | | **$600.30** | |

| | | |
|---|---|---|
| PRIOR FEES | $20,276.55 | |
| PRIOR COSTS & EXPENSES | $2,755.24 | |

| | | |
|---|---|---|
| FEES | | $600.30 |
| **TOTAL THIS INVOICE** | | **$600.30** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     327314     JBS                                      September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000     GMAC ResCap
MATTER     1177      Crosby, Birdie Mae
                             GMAC Matter No.: 723478

**TOTAL AMOUNT DUE**                  **$504.50**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327314    JBS                                    September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  1177    Crosby, Birdie Mae
                          GMAC Matter No.: 723478

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| RJG | 07/09/12 | Attention to judgment and final case issues and correspondence with our client to address the same. | L120 | 0.30 | 274.50 | 82.35 |
| DL | 07/09/12 | Exchange correspondence with client re status of obtaining judgment from court. | L190 | 0.10 | 288.00 | 28.80 |
| DL | 07/30/12 | Analyze correspondence with court re status of obtaining dismissal of action. | L190 | 0.10 | 288.00 | 28.80 |
| DL | 07/30/12 | Prepare case update on chart for client. | L190 | 0.10 | 288.00 | 28.80 |
| DL | 08/01/12 | Analyze order of dismissal and prepare notice of entry of order. | L190 | 0.20 | 288.00 | 57.60 |
| RJG | 08/02/12 | Attention to judgment and final case issues and correspondence with our client to advise regarding the same. | L120 | 0.30 | 274.50 | 82.35 |
| DL | 08/02/12 | Analyze correspondence from client to close file; revise notice of entry of order on dismissal. | L190 | 0.20 | 288.00 | 57.60 |
| | | **TOTAL** | | **1.30** | | **$366.30** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 08/15/12 | First Legal Network, LLC; Court Services; LA County Court- Pomona Unlimited 6/27/12 | 88.25 |
| 08/20/12 | One Legal, Inc.; Transmittal of filing to court; Notice of Enrty, 08/06/12 | 49.95 |
| | **TOTAL COSTS & EXPENSES** | **$138.20** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327314    CLIENT    GMAC ResCap                              Page        2
                         MATTER    Crosby, Birdie Mae

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.60 | $164.70 |
| L190 | Other Case Assessment | 0.70 | $201.60 |
| | TOTAL | 1.30 | $366.30 |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Liu, David | DL | Associate | 0.70 | 288.00 | $201.60 |
| Gandy, Robert | RJG | Special Counsel | 0.60 | 274.50 | $164.70 |
| | Total | | 1.30 | | $366.30 |

PRIOR FEES                    $5,365.35
PRIOR COSTS & EXPENSES        $193.72

|  |  |
|---|---|
| FEES | $366.30 |
| COSTS & EXPENSES | $138.20 |
| **TOTAL THIS INVOICE** | **$504.50** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327315    JBS                                September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000      GMAC ResCap
MATTER      1183       Kimbrough, William IV
                       GMAC Matter No.: 723491

**TOTAL AMOUNT DUE**          $1,797.75

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327315    JBS                                      September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1183    Kimbrough, William IV
GMAC Matter No.: 723491

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| RJG | 08/03/12 | Analysis and evaluation of case investigation and pending case issues and attention to litigation strategy. | L120 | 0.20 | 274.50 | 54.90 |
| RJG | 08/10/12 | Analysis and evaluation of amended complaint and pending case issues and attention to litigation strategy. | L250 | 0.30 | 274.50 | 82.35 |
| DL | 08/10/12 | Strategy re checking for filing of amended complaint and drafting demurrer to same. | L190 | 0.20 | 288.00 | 57.60 |
| RJG | 08/15/12 | Analysis and evaluation of second amended complaint and pending case issues and attention to litigation strategy. | L210 | 0.30 | 274.50 | 82.35 |
| RJG | 08/16/12 | Analysis and evaluation of Plaintiffs' proposed settlement terms, second amended complaint and pending case issues and correspondence with our client to advise regarding the same. | L120 | 0.50 | 274.50 | 137.25 |
| BAE | 08/16/12 | Review settlement offer by Plaintiff and provide analysis to R. Gandy for communication with client. | L160 | 0.80 | 247.50 | 198.00 |
| RJG | 08/20/12 | Analysis and evaluation of Plaintiffs' second amended complaint and attention to responsive pleading strategy. | L210 | 0.50 | 274.50 | 137.25 |
| RJG | 08/22/12 | Attention to proposed settlement terms and correspondence with our client to address the same. | L160 | 0.30 | 274.50 | 82.35 |
| RJG | 08/22/12 | Attention to Plaintiff's second amended complaint and pending case issues and | L210 | 0.30 | 274.50 | 82.35 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 327315 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Kimbrough, William IV | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | correspondence with our client to advise regarding the same. | | | | | |
| DL | 08/27/12 | Exchange correspondence with plaintiff's counsel re possible loan modification and rescission of sale. | L160 | 0.20 | 288.00 | | 57.60 |
| RJG | 08/28/12 | Analysis and evaluation of demurrer to second amended complaint and informal resolution issues and correspondence with our client to advise regarding the same. | L120 | 0.40 | 274.50 | | 109.80 |
| DL | 08/28/12 | Analyze second amended complaint and compare to allegations in prior complaint; research re allegations that GMAC was not assigned loan until after sale of property; prepare correspondence to client re demurring to second amended complaint and possible settlement. | L190 | 0.80 | 288.00 | | 230.40 |
| RJG | 08/31/12 | Analysis and evaluation of demurrer to second amended complaint and pending case issues and correspondence with our client to advise regarding the same. | L250 | 0.30 | 274.50 | | 82.35 |
| DL | 08/31/12 | Draft demurrer to second amended complaint and prepare correspondence to client re same. | L430 | 1.30 | 288.00 | | 374.40 |
| DL | 08/31/12 | Prepare case update for client on master chart. | L190 | 0.10 | 288.00 | | 28.80 |
| | | **TOTAL** | | **6.50** | | | **$1,797.75** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 1.10 | $301.95 |
| L160 | Settlement/Non-Binding ADR | 1.30 | $337.95 |
| L190 | Other Case Assessment | 1.10 | $316.80 |
| L210 | Pleadings | 1.10 | $301.95 |
| L250 | Other Written Motions | 0.60 | $164.70 |
| L430 | Written Motions/Submissions | 1.30 | $374.40 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 327315 | CLIENT | GMAC ResCap | | | Page | 3 |
| | | MATTER | Kimbrough, William IV | | | | |

| | TOTAL | | 6.50 | $1,797.75 | | | |
|---|---|---|---|---|---|---|---|

| Timekeeper | | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|---|
| Eilenberg, Benjamin A. | BAE | | Associate | 0.80 | 247.50 | $198.00 |
| Liu, David | DL | | Associate | 2.60 | 288.00 | $748.80 |
| Gandy, Robert | RJG | | Special Counsel | 3.10 | 274.50 | $850.95 |
| | | Total | | 6.50 | | $1,797.75 |

PRIOR FEES                         $15,451.65
PRIOR COSTS & EXPENSES      $1,664.65

FEES                    $1,797.75
**TOTAL THIS INVOICE**      **$1,797.75**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     327316     JBS                                    September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     19000     GMAC ResCap
MATTER     1190      Alvarez, Silvia M.
                     GMAC Matter No.: 724073

**TOTAL AMOUNT DUE**              **$270.55**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327316    JBS                                    September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1190    Alvarez, Silvia M.
GMAC Matter No.: 724073

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| RJG | 08/10/12 | Attention to final judgment issues and correspondence with our client to advise regarding the same. | L120 | 0.30 | 274.50 | 82.35 |
| DL | 08/10/12 | Analyze court docket re status of signing of judgment; prepare correspondence to client re status. | L190 | 0.20 | 288.00 | 57.60 |
| DL | 08/31/12 | Prepare correspondence to client re status of execution of judgment. | L190 | 0.10 | 288.00 | 28.80 |
| DL | 08/31/12 | Prepare case update for client on master chart. | L190 | 0.10 | 288.00 | 28.80 |
| | | **TOTAL** | | **0.70** | | **$197.55** |

## COSTS & EXPENSES

| | | | |
|--|--|--|--|
| 08/13/12 | DDS Legal Support Systems; Court Services; RSC, Riverside Ca. 6/18/12 | | 73.00 |
| **TOTAL COSTS & EXPENSES** | | **$73.00** | |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|--|-------|--------|
| L120 | Analysis/Strategy | 0.30 | $82.35 |
| L190 | Other Case Assessment | 0.40 | $115.20 |
| | **TOTAL** | **0.70** | **$197.55** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|--|----------|-------|------|-------|
| Liu, David | DL | Associate | 0.40 | 288.00 | $115.20 |
| Gandy, Robert | RJG | Special Counsel | 0.30 | 274.50 | $82.35 |
| | **Total** | | **0.70** | | **$197.55** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 327316 | CLIENT | GMAC ResCap | Page | 2 |
| | | MATTER | Alvarez, Silvia M. | | |

PRIOR FEES                         $9,454.05
PRIOR COSTS & EXPENSES             $1,932.11


                                              FEES            $197.55
                               COSTS & EXPENSES               $73.00
                               **TOTAL THIS INVOICE**       **$270.55**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327317    JBS                                    September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1191    Salcido, Francisco
                  GMAC Matter No.: 724151

**TOTAL AMOUNT DUE**               $413.55

***\*\*\* REMITTANCE COPY \*\*\****
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327317    JBS                                      September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1191    Salcido, Francisco
                        GMAC Matter No.: 724151

FOR PROFESSIONAL SERVICES RENDERED        01/01/1994        08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| DL | 07/24/12 | Analyze court docket re result of latest status conference and OSC re failure to file proof of service. | L190 | 0.10 | 288.00 | 28.80 |
| DL | 07/30/12 | Prepare case update on chart for client. | L190 | 0.10 | 288.00 | 28.80 |
| RJG | 08/10/12 | Attention to final case issues and correspondence with our client to advise regarding the same. | L120 | 0.30 | 274.50 | 82.35 |
| DL | 08/10/12 | Strategy re checking for filing of appeal and notifying client re same. | L190 | 0.10 | 288.00 | 28.80 |
| RJG | 08/15/12 | Analysis and evaluation of dismissal and final case issues and attention to litigation strategy. | L120 | 0.20 | 274.50 | 54.90 |
| RJG | 08/27/12 | Attention to final case issues and correspondence with our client to advise regarding the same. | L120 | 0.30 | 274.50 | 82.35 |
| DL | 08/27/12 | Analyze court docket re appeal from dismissal of action; exchange correspondence with client to close file. | L190 | 0.20 | 288.00 | 57.60 |
| | | **TOTAL** | | **1.30** | | **$363.60** |

## COSTS & EXPENSES

07/06/12   One Legal, Inc.; Transmittal of filing to court;                                49.95
           Notice of Entry 06/19/12

**TOTAL COSTS & EXPENSES**                         **$49.95**

## BILLING SUMMARY

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 327317 | CLIENT | GMAC ResCap | | Page | 2 |
| | | MATTER | Salcido, Francisco | | | |

| Task Code and Description | | Hours | Amount | | | |
|---|---|---|---|---|---|---|
| L120 | Analysis/Strategy | 0.80 | $219.60 | | | |
| L190 | Other Case Assessment | 0.50 | $144.00 | | | |
| | **TOTAL** | **1.30** | **$363.60** | | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Liu, David | DL | Associate | 0.50 | 288.00 | $144.00 |
| Gandy, Robert | RJG | Special Counsel | 0.80 | 274.50 | $219.60 |
| | **Total** | | **1.30** | | **$363.60** |

PRIOR FEES                         $6,969.15
PRIOR COSTS & EXPENSES    $1,076.79

| | | |
|---|---|---|
| FEES | $363.60 |
| COSTS & EXPENSES | $49.95 |
| **TOTAL THIS INVOICE** | **$413.55** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327318    JBS                                    September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006


CLIENT    19000    GMAC ResCap
MATTER    1197    Vargas, Raymond
                  GMAC Matter No.: 724684



**TOTAL AMOUNT DUE**              **$311.40**




## *** *REMITTANCE COPY* ***
*Please include this page with payment.*




Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327318    JBS                                        September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1197    Vargas, Raymond
                        GMAC Matter No.: 724684

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|-|-------|------|--------|
| RJG | 08/21/12 | Attention to case dismissal and final case issues and correspondence with our client to respond to an inquiry regarding the same. | L120 | 0.40 | 274.50 | 109.80 |
| JHT | 08/21/12 | Reviewed Docket Re. Order on MERS' Demurrer to FAC. | L190 | 0.10 | 238.50 | 23.85 |
| JHT | 08/21/12 | Corresponded with Client Re. Case Status. | L190 | 0.10 | 238.50 | 23.85 |
| JHT | 08/23/12 | Reviewed Court's Minute Order Re. Ruling on Demurrer to First Amended Complaint. | L190 | 0.10 | 238.50 | 23.85 |
| JHT | 08/23/12 | Corresponded with Client Re. Order of Dismissal. | L190 | 0.10 | 238.50 | 23.85 |
| RJG | 08/27/12 | Attention to case investigation and pending case issues and correspondence with our client to respond to an inquiry regarding the same. | L120 | 0.30 | 274.50 | 82.35 |
| YS | 08/28/12 | Receipt, review and analysis of plaintiff's declaration of status of the case | L120 | 0.10 | 238.50 | 23.85 |
| | | **TOTAL** | | **1.20** | | **$311.40** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | Hours | Amount |
|---------------------------|-------|--------|
| L120    Analysis/Strategy | 0.80 | $216.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 327318 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Vargas, Raymond | | | | |

| L190 | Other Case Assessment | | 0.40 | $95.40 | | | |
|---|---|---|---|---|---|---|---|
| | **TOTAL** | | **1.20** | **$311.40** | | | |

| Timekeeper | | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|---|
| Tuffaha, Joe | JHT | | Associate | 0.40 | 238.50 | $95.40 |
| Gandy, Robert | RJG | | Special Counsel | 0.70 | 274.50 | $192.15 |
| Shaham, Yaron | YS | | Special Counsel | 0.10 | 238.50 | $23.85 |
| | **Total** | | | **1.20** | | **$311.40** |

PRIOR FEES                    $5,737.95
PRIOR COSTS & EXPENSES        $1,344.74

| | FEES | $311.40 |
|---|---|---|
| | **TOTAL THIS INVOICE** | **$311.40** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327319    JBS                                September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1213 | Woods-White, Elizabeth |
| | | GMAC Matter No.: 725602 |
| | | Loan No.: 359479670 |

**TOTAL AMOUNT DUE**              $2,448.10

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      327319      JBS                                    September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter      19000 1213      Woods-White, Elizabeth
GMAC Matter No.: 725602
Loan No.: 359479670

FOR PROFESSIONAL SERVICES RENDERED      01/01/1994          08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| RJG | 08/02/12 | Attention to application of the final bankruptcy order to pending case issues and claims and correspondence with our client to address the same. | L120 | 0.30 | 274.50 | 82.35 |
| RJG | 08/02/12 | Analysis and evaluation of application of the GMAC final bankruptcy order to complaint allegations and causes of action and multiple correspondence with our client to address the same. | L120 | 0.40 | 274.50 | 109.80 |
| YS | 08/02/12 | Draft correspondence to client regarding status of the case, whether the stay still applies based on the Bankruptcy Court's final order on the automatic stay, and recommendation of how to proceed | L190 | 0.40 | 238.50 | 95.40 |
| JHT | 08/02/12 | Conference with Yaron Shaham Regarding Effect of Bankruptcy Final Order on Case. | L190 | 0.40 | 238.50 | 95.40 |
| RJG | 08/03/12 | Attention to case analysis and litigation strategy in light of the final GMAC bankruptcy order and multiple correspondence with our client to respond to inquiries regarding the same. | L120 | 0.50 | 274.50 | 137.25 |
| YS | 08/06/12 | Draft client's amended notice of bankruptcy and suggestion of the automatic stay | L210 | 0.50 | 238.50 | 119.25 |
| YS | 08/06/12 | Draft correspondence to plaintiff's counsel regarding status of client's bankruptcy | L190 | 0.40 | 238.50 | 95.40 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 327319 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Woods-White, Elizabeth | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| RJG | 08/07/12 | Analysis and evaluation of complaint allegations and claims and GMAC bankruptcy final order and multiple correspondence with our client to respond to inquiries regarding the same. | L120 | 0.50 | 274.50 | 137.25 |
| JHT | 08/07/12 | Reviewed Amended Notice of B/K Stay and Letter to Counsel. | L190 | 0.20 | 238.50 | 47.70 |
| RJG | 08/15/12 | Attention to bankruptcy stay final order and pending case issues and correspondence with our client to respond to an inquiry regarding the same. | L120 | 0.40 | 274.50 | 109.80 |
| YS | 08/15/12 | Draft correspondence to client regarding status of the case in light of client's bankruptcy filing and pending hearing dates | L190 | 0.30 | 238.50 | 71.55 |
| RJG | 08/16/12 | Attention to informal resolution terms and issues and correspondence with our client to respond to an inquiry regarding the same. | L160 | 0.30 | 274.50 | 82.35 |
| RJG | 08/16/12 | Attention to informal resolution terms and correspondence with Plaintiff's counsel to address the same. | L160 | 0.30 | 274.50 | 82.35 |
| YS | 08/16/12 | Draft correspondence to client regarding status of trial modification offer to plaintiff | L190 | 0.20 | 238.50 | 47.70 |
| YS | 08/16/12 | Draft correspondence to plaintiff's counsel regarding the trial loan modification offer | L190 | 0.20 | 238.50 | 47.70 |
| YS | 08/20/12 | Draft client's notice of demurrer, demurrer, and memorandum of points and authorities in support of demurrer to plaintiff's complaint | L210 | 2.90 | 238.50 | 691.65 |
| YS | 08/20/12 | Draft proposed order on client's demurrer to plaintiff's complaint | L210 | 0.20 | 238.50 | 47.70 |
| YS | 08/20/12 | Draft client's request for judicial notice in support of demurrer to plaintiff's complaint | L210 | 0.40 | 238.50 | 95.40 |
| RJG | 08/27/12 | Analysis and evaluation of informal resolution terms and issues and multiple correspondence with our client to respond to inquiries regarding the same. | L160 | 0.40 | 274.50 | 109.80 |
| RJG | 08/27/12 | Attention to informal resolution terms | L160 | 0.30 | 274.50 | 82.35 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 327319 | CLIENT | GMAC ResCap | Page | 3 |
|---|---|---|---|---|---|
| | | MATTER | Woods-White, Elizabeth | | |

and issues and correspondence with
Plaintiff's counsel to address the same.

| | | | |
|---|---|---|---|
| **TOTAL** | | 9.50 | **$2,388.15** |

### COSTS & EXPENSES

| | | |
|---|---|---|
| 08/20/12 | One Legal, Inc.; Transmittal of filing to court; Amended Notice of BK, 08/09/12 | 59.95 |
| | **TOTAL COSTS & EXPENSES** | **$59.95** |

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 2.10 | $576.45 |
| L160 | Settlement/Non-Binding ADR | 1.30 | $356.85 |
| L190 | Other Case Assessment | 2.10 | $500.85 |
| L210 | Pleadings | 4.00 | $954.00 |
| | **TOTAL** | **9.50** | **$2,388.15** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Tuffaha, Joe | JHT | Associate | 0.60 | 238.50 | $143.10 |
| Gandy, Robert | RJG | Special Counsel | 3.40 | 274.50 | $933.30 |
| Shaham, Yaron | YS | Special Counsel | 5.50 | 238.50 | $1,311.75 |
| | **Total** | | **9.50** | | **$2,388.15** |

| | |
|---|---|
| PRIOR FEES | $7,635.15 |
| PRIOR COSTS & EXPENSES | $676.19 |

| | |
|---|---|
| FEES | $2,388.15 |
| COSTS & EXPENSES | $59.95 |
| **TOTAL THIS INVOICE** | **$2,448.10** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| | | | |
|---|---|---|---|
| Invoice No. | 327320 | JBS | September 25, 2012 |

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
|---|---|---|
| MATTER | 1215 | Cruz, Pilar and David  (Hernandez) |
| | | GMAC Matter No.: 725713 |

**TOTAL AMOUNT DUE**          **$643.50**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327320    JBS                                      September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1215    Cruz, Pilar and David  (Hernandez)
                        GMAC Matter No.: 725713

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| DL | 08/01/12 | Prepare correspondence to plaintiff's counsel re status of signing withdrawal of lis pendens. | L190 | 0.10 | 288.00 | 28.80 |
| DL | 08/02/12 | Exchange correspondence with plaintiff re withdrawal of lis pendens and review executed withdrawal. | L190 | 0.20 | 288.00 | 57.60 |
| RJG | 08/03/12 | Analysis and evaluation of case investigation and pending case issues and attention to litigation strategy. | L120 | 0.20 | 274.50 | 54.90 |
| RJG | 08/07/12 | Attention to withdrawal of lis pendens issues and correspondence with our client to respond to an inquiry regarding the same. | L120 | 0.30 | 274.50 | 82.35 |
| DL | 08/07/12 | Exchange correspondence with client re status of recording withdrawal of lis pendens. | L190 | 0.20 | 288.00 | 57.60 |
| RJG | 08/09/12 | Attention to withdrawal of lis pendens and final case issues and correspondence with our client to advise regarding the same. | L120 | 0.30 | 274.50 | 82.35 |
| DL | 08/09/12 | Analyze recorded withdrawal of lis pendens and prepare correspondence to client re same. | L190 | 0.20 | 288.00 | 57.60 |
| RJG | 08/10/12 | Attention to final case issues and correspondence with our client to address the same. | L120 | 0.30 | 274.50 | 82.35 |
| SMH | 08/29/12 | Attention to new complaint which fails to name GMAC. | L210 | 0.20 | 333.00 | 66.60 |
| | | **TOTAL** | | **2.00** | | **$570.15** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 327320 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Cruz, Pilar & David | | |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 07/27/12 | First Legal Network, LLC; Court Services; San Bernardino County Court, CA 07/10/12 | 73.35 |
| | **TOTAL COSTS & EXPENSES** | **$73.35** |

## BILLING SUMMARY

| Task Code and Description | Hours | Amount |
|---|---|---|
| L120    Analysis/Strategy | 1.10 | $301.95 |
| L190    Other Case Assessment | 0.70 | $201.60 |
| L210    Pleadings | 0.20 | $66.60 |
| **TOTAL** | **2.00** | **$570.15** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Liu, David | DL | Associate | 0.70 | 288.00 | $201.60 |
| Gandy, Robert | RJG | Special Counsel | 1.10 | 274.50 | $301.95 |
| Hankins, Suzanne | SMH | Member | 0.20 | 333.00 | $66.60 |
| **Total** | | | **2.00** | | **$570.15** |

| | |
|---|---|
| PRIOR FEES | $6,536.25 |
| PRIOR COSTS & EXPENSES | $764.78 |

| | |
|---|---|
| FEES | $570.15 |
| COSTS & EXPENSES | $73.35 |
| **TOTAL THIS INVOICE** | **$643.50** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327321    JBS                                    September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER   1225     Daly, Nellie C.
                         GMAC Matter No.: 726060

**TOTAL AMOUNT DUE**          **$551.40**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     327321     JBS                                           September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter     19000 1225     Daly, Nellie C.
                          GMAC Matter No.: 726060

FOR PROFESSIONAL SERVICES RENDERED        01/01/1994        08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| BAE | 08/02/12 | Emails with opposing counsel regarding missing information in Plaintiff's loan modification application. | L160 | 0.30 | 247.50 | 74.25 |
| RJG | 08/03/12 | Analysis and evaluation of case investigation and pending case issues and attention to litigation strategy. | L120 | 0.20 | 274.50 | 54.90 |
| RJG | 08/08/12 | Attention to informal resolution terms and issues and correspondence with our client to advise regarding the same. | L160 | 0.30 | 274.50 | 82.35 |
| RJG | 08/16/12 | Attention to informal resolution terms and issues and correspondence with our client to address the same. | L160 | 0.30 | 274.50 | 82.35 |
| RJG | 08/16/12 | Attention to informal resolution terms and issues and correspondence with Plaintiff's counsel to address the same. | L160 | 0.30 | 274.50 | 82.35 |
| BAE | 08/16/12 | Email to Plaintiff's attorney regarding missing answers in loan modification application. | L160 | 0.20 | 247.50 | 49.50 |
| YS | 08/22/12 | Receipt, review and analysis of plaintiff's dismissal of the case | L120 | 0.10 | 238.50 | 23.85 |
| JHT | 08/22/12 | Reviewed Plaintiff's Request for Dismissal of Entire Action. | L190 | 0.10 | 238.50 | 23.85 |
| | | **TOTAL** | | **1.80** | | **$473.40** |

## COSTS & EXPENSES

| | | | |
|---|---|---|---|
| 08/16/12 | CourtCall, LLC; CourtCall - Conference Service;  08/27/12 | | 78.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 327321 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Daly, Nellie C. | | | | |

| **TOTAL COSTS & EXPENSES** | | **$78.00** |
|---|---|---|

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.30 | $78.75 |
| L160 | Settlement/Non-Binding ADR | 1.40 | $370.80 |
| L190 | Other Case Assessment | 0.10 | $23.85 |
| | **TOTAL** | **1.80** | **$473.40** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Eilenberg, Benjamin A. | BAE | Associate | 0.50 | 247.50 | $123.75 |
| Tuffaha, Joe | JHT | Associate | 0.10 | 238.50 | $23.85 |
| Gandy, Robert | RJG | Special Counsel | 1.10 | 274.50 | $301.95 |
| Shaham, Yaron | YS | Special Counsel | 0.10 | 238.50 | $23.85 |
| | **Total** | | **1.80** | | **$473.40** |

| PRIOR FEES | $15,622.65 |
|---|---|
| PRIOR COSTS & EXPENSES | $70.45 |

| | FEES | $473.40 |
|---|---|---|
| | COSTS & EXPENSES | $78.00 |
| | **TOTAL THIS INVOICE** | **$551.40** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.        327322        JBS                                          September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1227 | Chuang, Alexander |
| | | GMAC Matter No.: 726096 |

**TOTAL AMOUNT DUE**                    **$820.80**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 327322 | JBS | September 25, 2012 |
|---|---|---|---|

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1227    Chuang, Alexander
GMAC Matter No.: 726096

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| RJG | 07/10/12 | Analysis and evaluation of bankruptcy stay and pending case issues and correspondence with our client to respond to an inquiry regarding the same. | L120 | 0.40 | 274.50 | 109.80 |
| GEE | 08/02/12 | Update status report. | L190 | 0.10 | 261.00 | 26.10 |
| RJG | 08/03/12 | Analysis and evaluation of case investigation and pending case issues and attention to litigation strategy. | L120 | 0.20 | 274.50 | 54.90 |
| AAH | 08/09/12 | Attention to status of bankruptcy proceedings. | L110 | 0.30 | 310.50 | 93.15 |
| GEE | 08/09/12 | Attention to amended bankruptcy notice requested by client. | L250 | 0.10 | 261.00 | 26.10 |
| GEE | 08/09/12 | Prepare amended notice of bankruptcy. | L250 | 0.30 | 261.00 | 78.30 |
| GEE | 08/09/12 | Review supplemental final order from bankruptcy court. | L250 | 0.30 | 261.00 | 78.30 |
| RJG | 08/09/12 | Analysis and evaluation of bankruptcy stay and pending complaint allegations and claims and correspondence with our client to respond to an inquiry regarding the same. | L120 | 0.50 | 274.50 | 137.25 |
| RJG | 08/14/12 | Attention to bankruptcy stay and pending case issues and correspondence with our client to respond to an inquiry regarding the same. | L120 | 0.30 | 274.50 | 82.35 |
| GEE | 08/31/12 | Forward conformed amended notice of bankruptcy to client. | L190 | 0.10 | 261.00 | 26.10 |
| GEE | 08/31/12 | Update monthly case status report. | L190 | 0.10 | 261.00 | 26.10 |
| RJG | 08/31/12 | Attention to bankruptcy stay and pending case issues and correspondence | L120 | 0.30 | 274.50 | 82.35 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 327322 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|---|
|  |  | MATTER | Chuang, Alexander |  |  |

with our client to respond to an inquiry
regarding the same.

| | | | |
|---|---|---|---|
| **TOTAL** | | **3.00** | **$820.80** |

### COSTS & EXPENSES

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 0.30 | $93.15 |
| L120 | Analysis/Strategy | 1.70 | $466.65 |
| L190 | Other Case Assessment | 0.30 | $78.30 |
| L250 | Other Written Motions | 0.70 | $182.70 |
| | **TOTAL** | **3.00** | **$820.80** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Hutchinson, Adam | AAH | Member | 0.30 | 310.50 | $93.15 |
| Eisner, Gregory E | GEE | Special Counsel | 1.00 | 261.00 | $261.00 |
| Gandy, Robert | RJG | Special Counsel | 1.70 | 274.50 | $466.65 |
| | **Total** | | **3.00** | | **$820.80** |

| | |
|---|---|
| PRIOR FEES | $5,481.90 |
| PRIOR COSTS & EXPENSES | $88.14 |

| | |
|---|---|
| FEES | $820.80 |
| **TOTAL THIS INVOICE** | **$820.80** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327323    JBS                                   September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
|---|---|---|
| MATTER | 1231 | Reise, Willie R. |
| | | GMAC Matter No.: 726395 |

**TOTAL AMOUNT DUE**          **$401.87**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327323    JBS                                    September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1231    Reise, Willie R.
                        GMAC Matter No.: 726395

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| RJG | 08/01/12 | Attention to Plaintiff's proposed settlement counteroffer terms and correspondence with our client to advise regarding the same. | L160 | 0.30 | 274.50 | 82.35 |
| YS | 08/01/12 | Draft correspondence to plaintiff's counsel regarding client's response to his settlement offer | L160 | 0.20 | 238.50 | 47.70 |
| JHT | 08/01/12 | Review and Analysis of Correspondence with Client Regarding Terms and Conditions of Settlement Offer. | L190 | 0.20 | 238.50 | 47.70 |
| RJG | 08/09/12 | Attention to demurrer, case management conference and pending case issues and correspondence with our client to advise regarding the same. | L120 | 0.30 | 274.50 | 82.35 |
| YS | 08/09/12 | Receipt, review and analysis of the plaintiff's dismissal of the case | L120 | 0.10 | 238.50 | 23.85 |
| YS | 08/09/12 | Draft correspondence to client regarding plaintiff's dismissal of the case | L190 | 0.30 | 238.50 | 71.55 |
| JHT | 08/09/12 | Reviewed Plaintiff's Request for Dismissal of Entire Action. | L210 | 0.10 | 238.50 | 23.85 |
| | | **TOTAL** | | **1.50** | | **$379.35** |

## COSTS & EXPENSES

| | | | |
|---|---|---|---|
| 08/07/12 | Yaron Shaham; Transportation; Mileage to/from OCSC-Central, Dept. 06, for Case Management Conference, Santa Ana CA. | | 12.77 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. 327323 | CLIENT | GMAC ResCap | Page | 2 |
| | MATTER | Reise, Willie R. | | |

7/31/12

08/15/12 First Legal Network, LLC; Transmittal of filing                    9.75
to court; OCSC- Central, Santa Ana 7/16/12
**TOTAL COSTS & EXPENSES**                        **$22.52**

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.40 | $106.20 |
| L160 | Settlement/Non-Binding ADR | 0.50 | $130.05 |
| L190 | Other Case Assessment | 0.50 | $119.25 |
| L210 | Pleadings | 0.10 | $23.85 |
| | **TOTAL** | **1.50** | **$379.35** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Tuffaha, Joe | JHT | Associate | 0.30 | 238.50 | $71.55 |
| Gandy, Robert | RJG | Special Counsel | 0.60 | 274.50 | $164.70 |
| Shaham, Yaron | YS | Special Counsel | 0.60 | 238.50 | $143.10 |
| | **Total** | | **1.50** | | **$379.35** |

PRIOR FEES                        $9,727.65
PRIOR COSTS & EXPENSES            $1,109.95

| | | |
|---|---|---|
| FEES | $379.35 |
| COSTS & EXPENSES | $22.52 |
| **TOTAL THIS INVOICE** | **$401.87** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327324    JBS                                    September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
|--------|-------|-------------|
| MATTER | 1234  | Bradshaw, Tammay |
|        |       | GMAC Matter No.: 726485 |

**TOTAL AMOUNT DUE**            $312.75

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327324    JBS                                      September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  1234    Bradshaw, Tammay
                          GMAC Matter No.: 726485

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994       08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| RJG | 07/02/12 | Attention to judgment, pending case and litigation strategy issues. | L120 | 0.20 | 274.50 | 54.90 |
| RJG | 07/19/12 | Attention to judgment and final case issues and correspondence with our client to advise regarding the same. | L120 | 0.30 | 274.50 | 82.35 |
| KWF | 07/19/12 | Prepare email to client C. Bonello re judgment and deadline to appeal. | L510 | 0.10 | 270.00 | 27.00 |
| KWF | 08/01/12 | Evaluate file status and court docket noting upcoming appeal deadline. | L120 | 0.10 | 270.00 | 27.00 |
| SMH | 08/20/12 | Attention to court's order sustaining demurrer without leave to amend. | L240 | 0.20 | 333.00 | 66.60 |
| RJG | 08/28/12 | Analysis and evaluation of final case issues and attention to final case strategy. | L120 | 0.20 | 274.50 | 54.90 |
| | | **TOTAL** | | **1.10** | | **$312.75** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.80 | $219.15 |
| L240 | Dispositive Motions | 0.20 | $66.60 |
| L510 | Appellate Motions & Submission | 0.10 | $27.00 |
| | **TOTAL** | **1.10** | **$312.75** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Franich, Kerry | KWF | Associate | 0.20 | 270.00 | $54.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 327324 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Bradshaw, Tammay | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Gandy, Robert | | RJG | Special Counsel | 0.70 | 274.50 | $192.15 | |
| Hankins, Suzanne | | SMH | Member | 0.20 | 333.00 | $66.60 | |
| | | **Total** | | **1.10** | | **$312.75** | |

PRIOR FEES                           $5,110.20
PRIOR COSTS & EXPENSES               $1,548.61

|  | | |
|---|---|---|
| FEES | $312.75 |
| **TOTAL THIS INVOICE** | **$312.75** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327325    JBS                                    September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     19000    GMAC ResCap
MATTER     1245     Boucher (Victorino)
                    GMAC Matter No.: 726876

**TOTAL AMOUNT DUE**          **$876.60**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327325    JBS                                September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1245    Boucher (Victorino)
                        GMAC Matter No.: 726876

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| RJG | 07/27/12 | Analysis and evaluation of title and pending case issues and attention to litigation strategy. | L120 | 0.30 | 274.50 | 82.35 |
| DL | 07/30/12 | Prepare case update on chart for client. | L190 | 0.10 | 288.00 | 28.80 |
| DL | 08/02/12 | Prepare correspondence to client re status of filing complaint. | L190 | 0.10 | 288.00 | 28.80 |
| RJG | 08/03/12 | Attention to complaint and pending case issues and correspondence with our client to advise regarding the same. | L210 | 0.30 | 274.50 | 82.35 |
| RJG | 08/14/12 | Attention to complaint and service issues and correspondence with our client to advise regarding the same. | L210 | 0.30 | 274.50 | 82.35 |
| DL | 08/14/12 | Work on revising complaint to cancel fraudulent deeds and prepare summons and civil cover sheet; prepare correspondence to client re same. | L210 | 1.10 | 288.00 | 316.80 |
| RJG | 08/16/12 | Attention to complaint and service of process issues and correspondence with our client to advise regarding the same. | L210 | 0.30 | 274.50 | 82.35 |
| DL | 08/27/12 | Confirm filing of complaint and strategy re service of summons and complaint on defendants. | L430 | 0.30 | 288.00 | 86.40 |
| DL | 08/29/12 | Strategy re serving defendants with summons and complaint. | L190 | 0.20 | 288.00 | 57.60 |
| DL | 08/31/12 | Prepare case update for client on master chart. | L190 | 0.10 | 288.00 | 28.80 |
| | | **TOTAL** | | **3.10** | | **$876.60** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327325      **CLIENT**    GMAC ResCap                                    Page        2
                           **MATTER**    Boucher (Victorino)

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.30 | $82.35 |
| L190 | Other Case Assessment | 0.50 | $144.00 |
| L210 | Pleadings | 2.00 | $563.85 |
| L430 | Written Motions/Submissions | 0.30 | $86.40 |
| | **TOTAL** | **3.10** | **$876.60** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Liu, David | DL | Associate | 1.90 | 288.00 | $547.20 |
| Gandy, Robert | RJG | Special Counsel | 1.20 | 274.50 | $329.40 |
| | **Total** | | **3.10** | | **$876.60** |

| | |
|---|---|
| PRIOR FEES | $5,132.70 |
| PRIOR COSTS & EXPENSES | $78.79 |

| | |
|---|---|
| FEES | $876.60 |
| **TOTAL THIS INVOICE** | **$876.60** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      327326      JBS                              September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000      GMAC ResCap
MATTER      1251      Kerns, Bryan and Denine
                     GMAC Matter No.: 727170


**TOTAL AMOUNT DUE**              **$646.73**


## *** *REMITTANCE COPY* ***
*Please include this page with payment.*


Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327326    JBS                                    September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1251    Kerns, Bryan and Denine
GMAC Matter No.: 727170

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| RJG | 07/18/12 | Telephone call with Plaintiffs' counsel regarding demurrer to second amended complaint, amended complaint and pending case issues. | L120 | 0.40 | 274.50 | 109.80 |
| YS | 07/26/12 | Receipt, review and analysis of co-defendant Franklin Realty's demurrer to plaintiff's complaint | L120 | 0.10 | 238.50 | 23.85 |
| YS | 07/31/12 | Draft case status update for client report | L190 | 0.10 | 238.50 | 23.85 |
| RJG | 08/03/12 | Analysis and evaluation of amended complaint and pending case issues and correspondence with co-defendants' counsel to address the same. | L120 | 0.40 | 274.50 | 109.80 |
| JHT | 08/06/12 | Reviewed Stipulation from Plaintiffs' Counsel. | L190 | 0.20 | 238.50 | 47.70 |
| JHT | 08/07/12 | Reviewed Revised Stipulation Re. Plaintiff Amending Complaint. | L210 | 0.20 | 238.50 | 47.70 |
| YS | 08/08/12 | Receipt, review and analysis of co-defendant Franklin Realty's notice of continued hearing on its demurrer to the complaint | L120 | 0.10 | 238.50 | 23.85 |
| JHT | 08/08/12 | Signed Stipulation Re. Leave to File Amended Complaint. | L210 | 0.10 | 238.50 | 23.85 |
| JHT | 08/08/12 | Reviewed Co-Defendant's Notice of Continuance of Demurrer Hearing. | L210 | 0.10 | 238.50 | 23.85 |
| YS | 08/23/12 | Receipt, review and analysis of correspondence from plaintiff's counsel regarding stipulation to continue deadline for plaintiff to file a third amended complaint | L120 | 0.10 | 238.50 | 23.85 |
| JHT | 08/23/12 | Corresponded with Plaintiff's Counsel | L190 | 0.20 | 238.50 | 47.70 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 327326 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Kerns, Bryan & Denine | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | Re. Amended Complaint and His Request for Continuance. | | | | | |
| YS | 08/27/12 | Receipt, review and analysis of co-defendant's request for prior pleadings in the case | L120 | 0.10 | 238.50 | | 23.85 |
| YS | 08/27/12 | Draft correspondence to plaintiff's counsel regarding pending deadline for plaintiff to accept and make payment on trial modification plan | L190 | 0.30 | 238.50 | | 71.55 |
| YS | 08/27/12 | Receipt, review and analysis of correspondence from plaintiff's counsel regarding deadline for him to file a third amended complaint | L120 | 0.10 | 238.50 | | 23.85 |
| | | **TOTAL** | | **2.50** | | | **$625.05** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 07/12/12 | One Legal, Inc.; Transmittal of filing to court; Notice of Continued Hearing re Demurrer to Pl's SAC 06/26/12 | 11.93 |
| 07/20/12 | First Legal Network, LLC; Transmittal of filing to court; OCSC- Central 6/25/12 | 9.75 |
| | **TOTAL COSTS & EXPENSES** | **$21.68** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 1.30 | $338.85 |
| L190 | Other Case Assessment | 0.80 | $190.80 |
| L210 | Pleadings | 0.40 | $95.40 |
| | **TOTAL** | **2.50** | **$625.05** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Tuffaha, Joe | JHT | Associate | 0.80 | 238.50 | $190.80 |
| Gandy, Robert | RJG | Special Counsel | 0.80 | 274.50 | $219.60 |
| Shaham, Yaron | YS | Special Counsel | 0.90 | 238.50 | $214.65 |
| | **Total** | | **2.50** | | **$625.05** |

| | |
|---|---|
| PRIOR FEES | $4,501.35 |
| PRIOR COSTS & EXPENSES | $78.77 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327326        CLIENT    GMAC ResCap                                    Page        3
                             MATTER    Kerns, Bryan & Denine

|                        |           |
| ---------------------- | --------- |
| FEES                   | $625.05   |
| COSTS & EXPENSES       | $21.68    |
| **TOTAL THIS INVOICE** | **$646.73** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     327327     JBS                                                   September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000    GMAC ResCap
MATTER     1253     De Vico, Robert
                         GMAC Matter No.: 727337

**TOTAL AMOUNT DUE**                      **$249.30**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327327    JBS                                              September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1253    De Vico, Robert
                        GMAC Matter No.: 727337

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994       08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| YS | 08/23/12 | Receipt, review and analysis of plaintiff's settlement offer | L120 | 0.10 | 238.50 | 23.85 |
| YS | 08/23/12 | Draft correspondence to client regarding plaintiff's proposed settlement offer and recommended counter offer | L160 | 0.30 | 238.50 | 71.55 |
| RJG | 08/27/12 | Attention to informal resolution and pending foreclosure issues and correspondence with our client to address the same. | L120 | 0.30 | 274.50 | 82.35 |
| YS | 08/27/12 | Draft correspondence to plaintiff's counsel regarding client's counter offer in an attempt to settle this case via a loan modification | L160 | 0.30 | 238.50 | 71.55 |
| | | **TOTAL** | | **1.00** | | **$249.30** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|--|-------|--------|
| L120 | Analysis/Strategy | 0.40 | $106.20 |
| L160 | Settlement/Non-Binding ADR | 0.60 | $143.10 |
| | **TOTAL** | **1.00** | **$249.30** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|--|----------|-------|------|-------|
| Gandy, Robert | RJG | Special Counsel | 0.30 | 274.50 | $82.35 |
| Shaham, Yaron | YS | Special Counsel | 0.70 | 238.50 | $166.95 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 327327 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | De Vico, Robert | | |

| | Total | 1.00 | $249.30 |
|---|---|---|---|

PRIOR FEES                          $6,299.55
PRIOR COSTS & EXPENSES        $121.97


FEES                    $249.30
**TOTAL THIS INVOICE**        **$249.30**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      327328      JBS                                          September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
|--------|-------|-------------|
| MATTER | 1258 | Fleming, Ana (SCE) |
| | | Email Invoice to Kari Krull |

**TOTAL AMOUNT DUE**              **$612.05**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      327328      JBS                                    September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter      19000  1258      Fleming, Ana (SCE)
                             Email Invoice to Kari Krull

FOR PROFESSIONAL SERVICES RENDERED      01/01/1994       08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| KWF | 08/01/12 | Evaluate court docket and file status re" upcoming hearings and deadlines. | L120 | 0.20 | 270.00 | 54.00 |
| KWF | 08/01/12 | Prepare email to client re: disclaimer of interest. | L120 | 0.10 | 270.00 | 27.00 |
| RJG | 08/02/12 | Attention to notice of disclaimer of easement interest and pending case issues and correspondence with our client to address the same. | L120 | 0.30 | 274.50 | 82.35 |
| RJG | 08/13/12 | Attention to case dismissal and final case issues and correspondence with Plaintiff's counsel to address the same. | L120 | 0.30 | 274.50 | 82.35 |
| KWF | 08/13/12 | Receive and analyze dismissal. Prepare email to Plaintiff's counsel re: erroneous case number. | L120 | 0.30 | 270.00 | 81.00 |
| RJG | 08/20/12 | Attention to case dismissal and final case issues and correspondence with our client to advise regarding the same. | L120 | 0.30 | 274.50 | 82.35 |
| KWF | 08/20/12 | Prepare email to client, K. Krull, advising of dismissal and file closing. | L190 | 0.10 | 270.00 | 27.00 |
| | | **TOTAL** | | **1.60** | | **$436.05** |

**COSTS & EXPENSES**

| | | | |
|---|---|---|---|
| 08/01/12 | CourtCall, LLC; CourtCall - Conference Service;  07/24/12 | | 98.00 |
| 08/02/12 | CourtCall, LLC; CourtCall - Conference Service; 09/25/12 | | 78.00 |

**TOTAL COSTS & EXPENSES**          **$176.00**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.   327328 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|
| | MATTER | Fleming, Ana (SCE) | | |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | |
|---|---|---|---|---|---|
| L120 | Analysis/Strategy | 1.50 | $409.05 | | |
| L190 | Other Case Assessment | 0.10 | $27.00 | | |
| | **TOTAL** | **1.60** | **$436.05** | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Franich, Kerry | KWF | Associate | 0.70 | 270.00 | $189.00 |
| Gandy, Robert | RJG | Special Counsel | 0.90 | 274.50 | $247.05 |
| | **Total** | | **1.60** | | **$436.05** |

| PRIOR FEES | $3,293.10 |
|---|---|
| PRIOR COSTS & EXPENSES | $49.95 |

| | |
|---|---|
| FEES | $436.05 |
| COSTS & EXPENSES | $176.00 |
| **TOTAL THIS INVOICE** | **$612.05** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327329    JBS                                September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1263    Fernandez, Ricardo and Resurreccion
                  GMAC Matter No.: 728258

**TOTAL AMOUNT DUE**                    **$918.90**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327329    JBS                                    September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1263    Fernandez, Ricardo and Resurreccion
                         GMAC Matter No.: 728258

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994         08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| DL | 08/01/12 | Analyze signed judgment of dismissal with prejudice and prepare correspondence to client re same. | L190 | 0.20 | 288.00 | 57.60 |
| BAE | 08/01/12 | Draft notice of entry of judgment. | L460 | 0.40 | 247.50 | 99.00 |
| RJG | 08/02/12 | Attention to judgment and final case issues and correspondence with our client to advise regarding the same. | L120 | 0.30 | 274.50 | 82.35 |
| RJG | 08/02/12 | Attention to informal resolution terms and issues and correspondence with our client to advise regarding the same. | L160 | 0.30 | 274.50 | 82.35 |
| DL | 08/02/12 | Analyze correspondence from plaintif with loan modification documents; prepare correspondence to client re same. | L160 | 0.20 | 288.00 | 57.60 |
| RJG | 08/14/12 | Attention to notice of entry of judgment and final case issues and correspondence with our client to advise regarding the same. | L120 | 0.30 | 274.50 | 82.35 |
| DL | 08/14/12 | Strategy re deadline to file appeal; and prepare correspondence to client re same. | L190 | 0.20 | 288.00 | 57.60 |
| RJG | 08/16/12 | Attention to informal resolution issues and correspondence with our client to advise regarding the same. | L160 | 0.30 | 274.50 | 82.35 |
| RJG | 08/20/12 | Attention to informal resolution terms and issues and correspondence with our client to respond to an inquiry regarding the same. | L160 | 0.30 | 274.50 | 82.35 |
| DL | 08/27/12 | Exchange correspondence with client and plaintiff re loan modification | L160 | 0.20 | 288.00 | 57.60 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 327329 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Fernandez, Ricardo & Resurrecc | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | documents needed for application. | | | | | |
| RJG | 08/31/12 | Attention to informal resolution terms and issues and correspondence with our client to advise regarding the same. | L160 | | 0.30 | 274.50 | 82.35 |
| DL | 08/31/12 | Prepare case update for client on master chart. | L190 | | 0.10 | 288.00 | 28.80 |
| DL | 08/31/12 | Exchange correspondence with plaintiff's counsel and client re further documents needed for loan modification application. | L160 | | 0.20 | 288.00 | 57.60 |
| | | **TOTAL** | | | **3.30** | | **$909.90** |

## COSTS & EXPENSES

| | | | |
|---|---|---|---|
| 08/27/12 | Cardmember Service/Bank One (Acct #7755); Court and Filing Fees; Riverside Court Web Imagi CA 08/02/12 | | 6.00 |
| 08/27/12 | Cardmember Service/Bank One (Acct #7755); Court and Filing Fees; Riverside Court Web Imagi CA 08/02/12 | | 3.00 |
| | **TOTAL COSTS & EXPENSES** | **$9.00** | |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.60 | $164.70 |
| L160 | Settlement/Non-Binding ADR | 1.80 | $502.20 |
| L190 | Other Case Assessment | 0.50 | $144.00 |
| L460 | Post-Trial Motions & Submissio | 0.40 | $99.00 |
| | **TOTAL** | **3.30** | **$909.90** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Eilenberg, Benjamin A. | BAE | Associate | 0.40 | 247.50 | $99.00 |
| Liu, David | DL | Associate | 1.10 | 288.00 | $316.80 |
| Gandy, Robert | RJG | Special Counsel | 1.80 | 274.50 | $494.10 |
| | **Total** | | **3.30** | | **$909.90** |

| | |
|---|---|
| PRIOR FEES | $7,257.15 |
| PRIOR COSTS & EXPENSES | $1,329.90 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 327329 | CLIENT | GMAC ResCap | Page | 3 |
|---|---|---|---|---|---|
| | | MATTER | Fernandez, Ricardo & Resurrecc | | |

| | | |
|---|---|---|
| FEES | | $909.90 |
| COSTS & EXPENSES | | $9.00 |
| **TOTAL THIS INVOICE** | | **$918.90** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327330    JBS                                        September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1271    Anyanwu, Charity
                    GMAC Matter No.: 728855

**TOTAL AMOUNT DUE**          $2,265.00

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327330    JBS                                    September 25, 2012

GMAC Mortgage, LLC

Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1271    Anyanwu, Charity
GMAC Matter No.: 728855

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| DL | 08/08/12 | Prepare case management conference statement re GMAC's bankruptcy, prior filed action alleging same claims and parties and insurance issues. | L430 | 0.40 | 288.00 | 115.20 |
| RJG | 08/14/12 | Analysis and evaluation of case management conference and REO policy issues and correspondence with our client to address the same. | L120 | 0.30 | 274.50 | 82.35 |
| DL | 08/14/12 | Analyze Tenant Access' answer to complaint, status conference statement and notice of related case; prepare correspondence to client re same. | L190 | 0.50 | 288.00 | 144.00 |
| RJG | 08/15/12 | Analysis and evaluation of case management conference and pending case issues and attention to litigation strategy. | L230 | 0.20 | 274.50 | 54.90 |
| RJG | 08/16/12 | Analysis and evaluation of REO policy, potential policy claim and pending case issues and correspondence with our client to advise regarding the same. | L120 | 0.50 | 274.50 | 137.25 |
| RJG | 08/23/12 | Analysis and evaluation of case investigation and pending case issues and attention to case management conference strategy. | L230 | 0.30 | 274.50 | 82.35 |
| JHT | 08/23/12 | Reviewed File and Prepared for Case Management Conference. (Covering Hearing for David Liu). | L230 | 0.70 | 238.50 | 166.95 |
| RJG | 08/24/12 | Analysis and evaluation of case management conference, bankruptcy stay and pending case issues and | L120 | 0.30 | 274.50 | 82.35 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 327330 | CLIENT | GMAC ResCap | | | | Page | 2 |
|---|---|---|---|---|---|---|---|---|
| | | MATTER | Anyanwu, Charity | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | attention to litigation strategy. | | | | |
| JHT | 08/24/12 | Appeared at Case Management Conference. | L230 | 3.90 | 238.50 | 930.15 |
| RJG | 08/27/12 | Attention to case management conference, bankruptcy stay and pending case issues and correspondence with our client to advise regarding the same. | L120 | 0.30 | 274.50 | 82.35 |
| DL | 08/27/12 | Analyze correspondence from client with insurance policy and review policy; and provide case status. | L190 | 0.40 | 288.00 | 115.20 |
| DL | 08/28/12 | Analyze correspondence from insurance company with REO insurance policy and review policy. | L190 | 0.40 | 288.00 | 115.20 |
| DL | 08/31/12 | Prepare case update for client on master chart. | L190 | 0.10 | 288.00 | 28.80 |
| | | **TOTAL** | | **8.30** | | **$2,137.05** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 08/14/12 | CourtCall, LLC; CourtCall - Conference Service; 08/24/12 | 78.00 |
| 08/21/12 | One Legal, Inc.; Transmittal of filing to court; Case Management Statement 08/10/12 | 49.95 |
| | **TOTAL COSTS & EXPENSES** | **$127.95** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 1.40 | $384.30 |
| L190 | Other Case Assessment | 1.40 | $403.20 |
| L230 | Court Mandated Conferences | 5.10 | $1,234.35 |
| L430 | Written Motions/Submissions | 0.40 | $115.20 |
| | **TOTAL** | **8.30** | **$2,137.05** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Liu, David | DL | Associate | 1.80 | 288.00 | $518.40 |
| Tuffaha, Joe | JHT | Associate | 4.60 | 238.50 | $1,097.10 |
| Gandy, Robert | RJG | Special Counsel | 1.90 | 274.50 | $521.55 |
| | **Total** | | **8.30** | | **$2,137.05** |

PRIOR FEES                              $2,888.10

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 327330 | CLIENT | GMAC ResCap | Page | 3 |
|---|---|---|---|---|---|
| | | MATTER | Anyanwu, Charity | | |

PRIOR COSTS & EXPENSES                    $49.95

| | |
|---|---|
| FEES | $2,137.05 |
| COSTS & EXPENSES | $127.95 |
| **TOTAL THIS INVOICE** | **$2,265.00** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327331    JBS                                    September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006


CLIENT    19000    GMAC ResCap
MATTER    1282     Kingston, Terrance R. and Sybil
                   GMAC Matter No.: 728777


**TOTAL AMOUNT DUE**              **$829.59**


### *** REMITTANCE COPY ***
*Please include this page with payment.*


Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     327331     JBS                                      September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter     19000  1282     Kingston, Terrance R. and Sybil
                           GMAC Matter No.: 728777

FOR PROFESSIONAL SERVICES RENDERED     01/01/1994          08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| RJG | 08/03/12 | Analysis and evaluation of case investigation and pending case issues and attention to litigation strategy. | L120 | 0.20 | 274.50 | 54.90 |
| YS | 08/23/12 | Receipt, review and analysis of the Court's notice of case management conference hearing | L120 | 0.10 | 238.50 | 23.85 |
| YS | 08/23/12 | Review and analysis of plaintiff's first amended complaint and determine how to respond | L120 | 0.50 | 238.50 | 119.25 |
| JHT | 08/23/12 | Reviewed/Analyzed FAC and Evaluated Sufficiency of Allegations and Whether or Not to Prepare a Demurrer. | L210 | 0.40 | 238.50 | 95.40 |
| JHT | 08/23/12 | Reviewed Notice of Case Management Conference. | L190 | 0.10 | 238.50 | 23.85 |
| RJG | 08/28/12 | Analysis and evaluation of Plaintiff's first amended complaint and pending case issues and correspondence with our client to respond to an inquiry regarding the same. | L210 | 0.50 | 274.50 | 137.25 |
| JHT | 08/28/12 | Drafted Correspondence to Client Regarding Strategy Going Forward In Light of Plaintiff's Filing of First Amended Complaint. | L190 | 0.30 | 238.50 | 71.55 |
| RJG | 08/31/12 | Attention to responsive pleading and litigation strategy and correspondence with our client to advise regarding the same. | L120 | 0.30 | 274.50 | 82.35 |
| | | **TOTAL** | | **2.40** | | **$608.40** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. 327331 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|
| | MATTER | Kingston, Terrance R. & Sybil | | |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 08/01/12 | CourtCall, LLC; CourtCall - Conference Service; 07/31/12 | 78.00 |
| 08/07/12 | Joe H. Tuffaha; Transportation; Mileage to/from Ventura Co. Sup Ct., Dept. 43, for hearing on Def. GMAC's Demurrer to PL's Complaint, Ventura 7/31/12 | 93.24 |
| 08/07/12 | One Legal, Inc.; Transmittal of filing to court; Notice of Non-Opposition 07/27/12 | 49.95 |
| | **TOTAL COSTS & EXPENSES** | **$221.19** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 1.10 | $280.35 |
| L190 | Other Case Assessment | 0.40 | $95.40 |
| L210 | Pleadings | 0.90 | $232.65 |
| | **TOTAL** | **2.40** | **$608.40** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Tuffaha, Joe | JHT | Associate | 0.80 | 238.50 | $190.80 |
| Gandy, Robert | RJG | Special Counsel | 1.00 | 274.50 | $274.50 |
| Shaham, Yaron | YS | Special Counsel | 0.60 | 238.50 | $143.10 |
| | **Total** | | **2.40** | | **$608.40** |

| | |
|---|---|
| PRIOR FEES | $7,021.35 |
| PRIOR COSTS & EXPENSES | $588.64 |

| | |
|---|---|
| FEES | $608.40 |
| COSTS & EXPENSES | $221.19 |
| **TOTAL THIS INVOICE** | **$829.59** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      327332      JBS                                September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000      GMAC ResCap
MATTER      1286       Brooks, Eric E. and Jack T.
                       GMAC Matter No.: 729183

**TOTAL AMOUNT DUE**           **$1,145.85**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327332    JBS                                September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1286    Brooks, Eric E. and Jack T.
                        GMAC Matter No.: 729183

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| DL | 08/03/12 | Analyze eviction counsel's opposition to plaintiff's notice of related cases. | L430 | 0.20 | 288.00 | 57.60 |
| RJG | 08/08/12 | Analysis and evaluation of application of GMAC bankruptcy final order to pending complaint claims and correspondence with our client to respond to an inquiry regarding the same. | L120 | 0.40 | 274.50 | 109.80 |
| RJG | 08/09/12 | Analysis and evaluation of bankruptcy stay final order and pending complaint allegations and claims and correspondence with our client to respond to an inquiry regarding the same. | L120 | 0.40 | 274.50 | 109.80 |
| DL | 08/09/12 | Analyze new bankruptcy stay form and analyze complaint for use with new form; exchange correspondence with client re same. | L430 | 0.50 | 288.00 | 144.00 |
| DL | 08/13/12 | Prepare amended notice of bankruptcy stay and letter to plaintiff's counsel re same. | L430 | 0.50 | 288.00 | 144.00 |
| RJG | 08/14/12 | Attention to bankruptcy stay and pending case issues and correspondence with our client to respond to an inquiry regarding the same. | L120 | 0.30 | 274.50 | 82.35 |
| DL | 08/14/12 | Prepare case management conference statement. | L430 | 0.30 | 288.00 | 86.40 |
| RJG | 08/15/12 | Attention to bankruptcy stay final order application to pending case issues and correspondence with our client to | L120 | 0.30 | 274.50 | 82.35 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | | | | | | Page | 2 |
|---|---|---|---|---|---|---|---|

Invoice No.   327332     CLIENT   GMAC ResCap
                         MATTER   Brooks, Eric E. & Jack T.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | advise regarding the same. | | | | | |
| DL | 08/28/12 | Exchange correspondence with plaintiff's counsel re bankruptcy stay only as to certain claims. | L190 | 0.30 | 288.00 | | 86.40 |
| DL | 08/28/12 | Analyze plaintiff's reply to opposition re notice of related cases. | L190 | 0.10 | 288.00 | | 28.80 |
| DL | 08/28/12 | Analyze plaintiff's notice re setting of status conference. | L190 | 0.10 | 288.00 | | 28.80 |
| DL | 08/29/12 | Analyze plaintiff's case management statement. | L430 | 0.10 | 288.00 | | 28.80 |
| DL | 08/31/12 | Prepare case update for client on master chart. | L190 | 0.10 | 288.00 | | 28.80 |
| | | **TOTAL** | | **3.60** | | | **$1,017.90** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 08/16/12 | CourtCall, LLC; CourtCall - Conference Service; 09/07/12 | 78.00 |
| 08/31/12 | One Legal, Inc.; Transmittal of filing to court; Case Management Statement, Amended Notice of BK 08/15/12 | 49.95 |
| | **TOTAL COSTS & EXPENSES** | **$127.95** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | | |
|---|---|---|---|---|---|---|
| L120 | Analysis/Strategy | 1.40 | $384.30 | | | |
| L190 | Other Case Assessment | 0.60 | $172.80 | | | |
| L430 | Written Motions/Submissions | 1.60 | $460.80 | | | |
| | **TOTAL** | **3.60** | **$1,017.90** | | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Liu, David | DL | Associate | 2.20 | 288.00 | $633.60 |
| Gandy, Robert | RJG | Special Counsel | 1.40 | 274.50 | $384.30 |
| | Total | | 3.60 | | $1,017.90 |

| | | |
|---|---|---|
| PRIOR FEES | $2,200.05 | |
| PRIOR COSTS & EXPENSES | $149.39 | |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 327332 | CLIENT | GMAC ResCap | Page | 3 |
| | | MATTER | Brooks, Eric E. & Jack T. | | |

| | |
|---|---|
| FEES | $1,017.90 |
| COSTS & EXPENSES | $127.95 |
| **TOTAL THIS INVOICE** | **$1,145.85** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327333    JBS                                September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000    GMAC ResCap
MATTER      1290     Evans, George (Estate of)
                     GMAC Matter No.: 729147

**TOTAL AMOUNT DUE**          $3,256.54

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327333    JBS                                                     September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  1290    Evans, George (Estate of)
                         GMAC Matter No.: 729147

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| DL | 08/01/12 | Analyze petitioner's response to opposition to petition; analyze statutes cited in response and prepare for hearing for preliminary injunction. | L430 | 0.50 | 288.00 | 144.00 |
| DL | 08/02/12 | Attend hearing on OSC re preliminary injunction; prepare correspondence to client re injunction denied; prepare notice of ruling on order. | L220 | 4.30 | 288.00 | 1,238.40 |
| RJG | 08/03/12 | Analysis and evaluation of preliminary injunction hearing results and pending foreclosure issues and correspondence with our client to advise regarding the same. | L250 | 0.40 | 274.50 | 109.80 |
| DL | 08/03/12 | Formulate strategy for filing probate claim with court re secured claim against estate. | L430 | 0.20 | 288.00 | 57.60 |
| DL | 08/08/12 | Exchange correspondence with plaintiff's counsel re petitioner's failure to obtain loan and request to postpone trustee's sale. | L160 | 0.20 | 288.00 | 57.60 |
| RJG | 08/10/12 | Attention to informal resolution terms and issues and correspondence with our client to advise regarding the same. | L120 | 0.30 | 274.50 | 82.35 |
| DL | 08/10/12 | Exchange correspondence with plaintiff's counsel and client re request to postpone sale to permit buyers to purchase property. | L160 | 0.20 | 288.00 | 57.60 |
| RJG | 08/13/12 | Attention to foreclosure and property preservation issues and correspondence with our client to respond to an inquiry | L120 | 0.30 | 274.50 | 82.35 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 327333 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Evans, George (Estate of) | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | regarding the same. | | | | |
| DL | 08/13/12 | Exchange correspondence with client re status of removal of personal property; exchange correspondence with plaintiff's counsel re same and obtaining payoff demand. | L160 | 0.40 | 288.00 | 115.20 |
| RJG | 08/16/12 | Analysis and evaluation of foreclosure and informal resolution terms and issues and correspondence with our client to respond to inquiries regarding the same. | L120 | 0.50 | 274.50 | 137.25 |
| RJG | 08/16/12 | Attention to foreclosure and informal resolution issues and correspondence with Plaintiff's counsel to address the same. | L120 | 0.30 | 274.50 | 82.35 |
| RJG | 08/16/12 | Analysis and evaluation of potential informal resolution options received from Plaintiff's counsel and correspondence with our client to advise regarding the same. | L160 | 0.50 | 274.50 | 137.25 |
| RJG | 08/16/12 | Attention to foreclosure and payoff and reinstatement proposals and correspondence with Plaintiff's counsel to respond to an inquiry regarding the same. | L160 | 0.40 | 274.50 | 109.80 |
| RJG | 08/16/12 | Attention to foreclosure and Plaintiff's payoff and reinstatement proposals and correspondence with our client to advise regarding the same. | L160 | 0.30 | 274.50 | 82.35 |
| RJG | 08/17/12 | Attention to proposed settlement terms and issues and correspondence with our client to respond to an inquiry regarding the same. | L160 | 0.30 | 274.50 | 82.35 |
| RJG | 08/17/12 | Attention to proposed settlement terms and issues and correspondence with Plaintiff's counsel to respond to an inquiry regarding the same. | L160 | 0.30 | 274.50 | 82.35 |
| RJG | 08/23/12 | Attention to potential informal resolution terms and issues and correspondence with our client to respond to an inquiry regarding the same. | L160 | 0.40 | 274.50 | 109.80 |
| RJG | 08/27/12 | Attention to informal resolution terms and issues and correspondence with our | L160 | 0.30 | 274.50 | 82.35 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 327333 | CLIENT | GMAC ResCap | | | | Page | 3 |
|---|---|---|---|---|---|---|---|---|
| | | MATTER | Evans, George (Estate of) | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | client to respond to an inquiry regarding the same. | | | | | |
| RJG | 08/27/12 | Attention to proposed settlement terms and issues and correspondence with Plaintiff's counsel to address the same. | L160 | 0.40 | 274.50 | 109.80 |
| DL | 08/27/12 | Analyze correspondence with plaintiff's counsel and client re status of loan assumption or plaintiff's obtaining loan for property. | L160 | 0.20 | 288.00 | 57.60 |
| RJG | 08/31/12 | Attention to pending foreclosure and proposed informal resolution terms and issues and correspondence with our client to respond to an inquiry regarding the same. | L160 | 0.30 | 274.50 | 82.35 |
| DL | 08/31/12 | Prepare case update for client on master chart. | L190 | 0.10 | 288.00 | 28.80 |
| | | **TOTAL** | | **11.10** | | **$3,129.30** |

### COSTS & EXPENSES

| | | |
|---|---|---|
| 08/14/12 | One Legal, Inc.; Transmittal of filing to court; Opposition, Request for Judicial Notice 08/01/12 | 22.95 |
| 08/20/12 | One Legal, Inc.; Transmittal of filing to court; Notice, 08/03/12 | 49.95 |
| 08/29/12 | David M. Liu; Transportation; Hearing on OSC Re. Preliminary Injunction, Los Angeles 8/2/12 | 54.34 |
| | **TOTAL COSTS & EXPENSES** | **$127.24** |

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 1.40 | $384.30 |
| L160 | Settlement/Non-Binding ADR | 4.20 | $1,166.40 |
| L190 | Other Case Assessment | 0.10 | $28.80 |
| L220 | Preliminary Injunctions/Provis | 4.30 | $1,238.40 |
| L250 | Other Written Motions | 0.40 | $109.80 |
| L430 | Written Motions/Submissions | 0.70 | $201.60 |
| | **TOTAL** | **11.10** | **$3,129.30** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Liu, David | DL | Associate | 6.10 | 288.00 | $1,756.80 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. 327333 | CLIENT | GMAC ResCap | | | Page | 4 |
| | MATTER | Evans, George (Estate of) | | | | |

| Gandy, Robert | RJG | Special Counsel | 5.00 | 274.50 | $1,372.50 |
| | **Total** | | **11.10** | | **$3,129.30** |

PRIOR FEES                              $5,643.90
PRIOR COSTS & EXPENSES        $242.94

|  | | |
|---|---|---|
| FEES | $3,129.30 |
| COSTS & EXPENSES | $127.24 |
| **TOTAL THIS INVOICE** | **$3,256.54** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.        327334        JBS                                September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT  | 19000 | GMAC ResCap |
|---------|-------|-------------|
| MATTER  | 1292  | Chavez, Joseph J. |
|         |       | GMAC Matter No.: 728841 |

**TOTAL AMOUNT DUE**              **$1,394.85**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     327334     JBS                                    September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter     19000 1292     Chavez, Joseph J.
                          GMAC Matter No.: 728841

FOR PROFESSIONAL SERVICES RENDERED     01/01/1994        08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| RJG | 08/01/12 | Attention to application final bankruptcy order to pending case issues and correspondence with our client to advise regarding the same. | L120 | 0.30 | 274.50 | 82.35 |
| KWF | 08/01/12 | Receive and analyze file in preparation for further handling. | L120 | 0.30 | 270.00 | 81.00 |
| KWF | 08/01/12 | Prepare amended notice of bankruptcy. | L210 | 0.30 | 270.00 | 81.00 |
| KWF | 08/01/12 | Prepare letter to Plaintiff's counsel, A. Burns, re: final supplemental order and scope of automatic stay. | L190 | 0.30 | 270.00 | 81.00 |
| KWF | 08/01/12 | Evaluate Plaintiff's allegations and causes of action to ascertain permitted claims and stayed claims. | L120 | 0.20 | 270.00 | 54.00 |
| RJG | 08/02/12 | Attention to case investigation and pending case issues and correspondence with co-defendants' counsel regarding inquiries regarding the same. | L120 | 0.40 | 274.50 | 109.80 |
| RJG | 08/02/12 | Attention to application of bankruptcy final order to pending case allegations and claims and correspondence with our client to advise regarding the same. | L120 | 0.30 | 274.50 | 82.35 |
| KWF | 08/02/12 | Telephone conference with counsel A. Woods re: status of litigation. | L120 | 0.20 | 270.00 | 54.00 |
| KWF | 08/02/12 | Prepare email to A. Woods with copies of pleadings and chain of title. | L120 | 0.20 | 270.00 | 54.00 |
| KWF | 08/02/12 | Prepare email to client, C. Bonello, with amended BK notice and cover letter to Plaintiff's counsel. | L190 | 0.20 | 270.00 | 54.00 |
| RJG | 08/03/12 | Attention to application of final GMAC bankruptcy order to pending case issues | L120 | 0.30 | 274.50 | 82.35 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 327334 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Chavez, Joseph J. | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | and correspondence with our client to respond to inquiries regarding the same. | | | | |
| KWF | 08/07/12 | Telephone conference with Plaintiff's counsel, A. Burns, re: bankruptcy stay. | L120 | 0.20 | 270.00 | 54.00 |
| RJG | 08/15/12 | Analysis and evaluation of case investigation and title issues and correspondence with co-defendants' counsel to respond to an inquiry regarding the same. | L120 | 0.40 | 274.50 | 109.80 |
| KWF | 08/15/12 | Telephone conference with co-defendant's counsel, A. Lopez, re: case status and reconveyance. | L120 | 0.10 | 270.00 | 27.00 |
| RJG | 08/21/12 | Analysis and evaluation of case investigation and pending case issues and attention to litigation strategy. | L120 | 0.30 | 274.50 | 82.35 |
| RJG | 08/27/12 | Attention to case investigation and pending case issues and correspondence with our client to respond to an inquiry regarding the same. | L120 | 0.30 | 274.50 | 82.35 |
| KWF | 08/27/12 | Receive notice of associated counsel. Prepare email to client, C. Bonello, advising of case status. | L120 | 0.30 | 270.00 | 81.00 |
| KWF | 08/30/12 | Receive and analyze discovery responses to JP Morgan Chase. | L310 | 0.50 | 270.00 | 135.00 |
| | | **TOTAL** | | **5.10** | | **$1,387.35** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 08/22/12 | Cardmember Service/Bank One (Acct #2707); Court and Filing Fees; LA@Court Online Civil Images 07/31/12 | 7.50 |
| | **TOTAL COSTS & EXPENSES** | **$7.50** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 3.80 | $1,036.35 |
| L190 | Other Case Assessment | 0.50 | $135.00 |
| L210 | Pleadings | 0.30 | $81.00 |
| L310 | Written Discovery | 0.50 | $135.00 |
| | **TOTAL** | **5.10** | **$1,387.35** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 327334 | CLIENT | GMAC ResCap | | Page | 3 |
| | | MATTER | Chavez, Joseph J. | | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Franich, Kerry | KWF | Associate | 2.80 | 270.00 | $756.00 |
| Gandy, Robert | RJG | Special Counsel | 2.30 | 274.50 | $631.35 |
| | **Total** | | **5.10** | | **$1,387.35** |

PRIOR FEES                          $3,085.20
PRIOR COSTS & EXPENSES              $331.59

|  |  |
|---|---|
| FEES | $1,387.35 |
| COSTS & EXPENSES | $7.50 |
| **TOTAL THIS INVOICE** | **$1,394.85** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327335    JBS                                September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000    GMAC ResCap
MATTER      1294     Rozen, Kelly Joseph
                     GMAC Matter No.: 729236

**TOTAL AMOUNT DUE**          $1,665.10

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      327335      JBS                                September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter      19000  1294      Rozen, Kelly Joseph
                             GMAC Matter No.: 729236

FOR PROFESSIONAL SERVICES RENDERED      01/01/1994      08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| DL | 08/01/12 | Analyze docket for opposition to demurrer. | L190 | 0.10 | 288.00 | 28.80 |
| RJG | 08/06/12 | Analysis and evaluation of demurrer and pending case issues and attention to reply to the demurrer. | L250 | 0.40 | 274.50 | 109.80 |
| RJG | 08/09/12 | Analysis and evaluation of bankruptcy stay and pending complaint allegations and claims and correspondence with our client to respond to an inquiry regarding the same. | L120 | 0.40 | 274.50 | 109.80 |
| DL | 08/09/12 | Analyze docket and advise client of court taking demurrer off-calendar due to bankruptcy filing; analyze complaint for use with new bankruptcy stay form for determining which claims are not stayed. | L190 | 0.50 | 288.00 | 144.00 |
| DL | 08/13/12 | Exchange correspondence with plaintiff's counsel re settlement through loan modification. | L160 | 0.20 | 288.00 | 57.60 |
| DL | 08/13/12 | Prepare amended notice of bankruptcy stay and letter to plaintiff's counsel re same. | L430 | 0.50 | 288.00 | 144.00 |
| RJG | 08/14/12 | Attention to bankruptcy stay, informal resolution and pending case issues and correspondence with our client to respond to an inquiry regarding the same. | L120 | 0.30 | 274.50 | 82.35 |
| DL | 08/14/12 | Exchange correspondence with client re offering loan modification to plaintiff; and prepare correspondence to | L160 | 0.20 | 288.00 | 57.60 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 327335 | CLIENT | GMAC ResCap | | | Page | 2 |
| | | MATTER | Rozen, Kelly Joseph | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | plaintiff's counsel re same. | | | | |
| RJG | 08/15/12 | Attention to bankruptcy stay final order application to pending case issues and correspondence with our client to advise regarding the same. | L120 | 0.30 | 274.50 | 82.35 |
| RJG | 08/17/12 | Attention to potential informal resolution terms and issues and correspondence with Plaintiff's counsel to address the same. | L160 | 0.20 | 274.50 | 54.90 |
| RJG | 08/21/12 | Attention to potential deed in lieu of foreclosure and title issues and correspondence with our client to address the same. | L120 | 0.30 | 274.50 | 82.35 |
| RJG | 08/22/12 | Analysis and evaluation of title records and title issues and correspondence with our client to advise regarding deed in lieu of foreclosure issues. | L120 | 0.40 | 274.50 | 109.80 |
| LJT | 08/23/12 | Research title records re current status of title and to ascertain new liens against the property, draft e-mail re same. | L110 | 0.20 | 130.50 | 26.10 |
| RJG | 08/23/12 | Analysis and evaluation of title records and attention to title analysis to advise our client regarding deed in lieu of foreclosure issues. | L120 | 0.50 | 274.50 | 137.25 |
| RJG | 08/27/12 | Analysis and evaluation of deed in lieu of foreclosure and title issues and attention to informal resolution strategy. | L120 | 0.40 | 274.50 | 109.80 |
| RJG | 08/28/12 | Attention to title analysis and informal resolution issues and correspondence with our client to advise regarding the same. | L120 | 0.30 | 274.50 | 82.35 |
| DL | 08/28/12 | Analyze title search for liens on property for possible deed in lieu of foreclosure; prepare correspondence to client re same. | L190 | 0.40 | 288.00 | 115.20 |
| RJG | 08/31/12 | Analysis and evaluation of deed in lieu of foreclosure issues and correspondence with our client to address the same. | L160 | 0.30 | 274.50 | 82.35 |
| DL | 08/31/12 | Prepare case update for client on master chart. | L190 | 0.10 | 288.00 | 28.80 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.    327335 | CLIENT    GMAC ResCap | Page    3 |
|---|---|---|
| | MATTER    Rozen, Kelly Joseph | |

| | | | |
|---|---|---|---|
| **TOTAL** | | **6.00** | **$1,645.20** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 08/31/12 | One Legal, Inc.; Transmittal of filing to court; Notice of Hearing 08/15/12 | 9.95 |
| 08/31/12 | One Legal, Inc.; Transmittal of filing to court; Amended Notice of BK 08/15/12 | 9.95 |
| | **TOTAL COSTS & EXPENSES** | **$19.90** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 0.20 | $26.10 |
| L120 | Analysis/Strategy | 2.90 | $796.05 |
| L160 | Settlement/Non-Binding ADR | 0.90 | $252.45 |
| L190 | Other Case Assessment | 1.10 | $316.80 |
| L250 | Other Written Motions | 0.40 | $109.80 |
| L430 | Written Motions/Submissions | 0.50 | $144.00 |
| | **TOTAL** | **6.00** | **$1,645.20** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Liu, David | DL | Associate | 2.00 | 288.00 | $576.00 |
| Tarwater, Linda | LJT | Paralegal | 0.20 | 130.50 | $26.10 |
| Gandy, Robert | RJG | Special Counsel | 3.80 | 274.50 | $1,043.10 |
| | **Total** | | **6.00** | | **$1,645.20** |

| | |
|---|---|
| PRIOR FEES | $2,523.15 |
| PRIOR COSTS & EXPENSES | $528.33 |

| | |
|---|---|
| FEES | $1,645.20 |
| COSTS & EXPENSES | $19.90 |
| **TOTAL THIS INVOICE** | **$1,665.10** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327336    JBS                                  September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
|--------|-------|-------------|
| MATTER | 1316  | Zeppeiro, Peter |
|        |       | GMAC Matter No.: 730045 |

**TOTAL AMOUNT DUE**          $2,354.83

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327336    JBS                                        September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1316    Zeppeiro, Peter
                        GMAC Matter No.: 730045

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| RJG | 08/01/12 | Attention to bankruptcy stay and pending case issues and correspondence with our client contact to advise regarding the same. | L120 | 0.30 | 274.50 | 82.35 |
| DL | 08/01/12 | Prepare certificate of interested parties for FNMA and MERS and prepare correspondence to client re finalizing notice of bankruptcy. | L430 | 0.40 | 288.00 | 115.20 |
| RJG | 08/02/12 | Attention to bankruptcy stay and pending case issues and correspondence with our client to respond to an inquiry regarding the same. | L120 | 0.30 | 274.50 | 82.35 |
| DL | 08/02/12 | Analyze correspondence from client re status of filing notice of bankruptcy stay. | L190 | 0.10 | 288.00 | 28.80 |
| RJG | 08/07/12 | Attention to motion to dismiss and pending case issues and correspondence with our client to advise regarding the same. | L250 | 0.30 | 274.50 | 82.35 |
| RJG | 08/08/12 | Attention to motion to dismiss and pending case issues and correspondence with our client to address the same. | L250 | 0.30 | 274.50 | 82.35 |
| RJG | 08/14/12 | Attention to application of the bankruptcy final order to pending case claims and issues and correspondence with our client to respond to an inquiry regarding the same. | L120 | 0.40 | 274.50 | 109.80 |
| DL | 08/14/12 | Exchange correspondence with client re revisions to notice of bankruptcy stay and letter and make revisions. | L430 | 0.50 | 288.00 | 144.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 327336 | CLIENT | GMAC ResCap | | | Page | 2 |
| | | MATTER | Zeppeiro, Peter | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| RJG | 08/15/12 | Attention to bankruptcy stay final order application to pending case issues and correspondence with our client to advise regarding the same. | L120 | 0.30 | 274.50 | | 82.35 |
| DL | 08/27/12 | Exchange correspondence with plaintiff's counsel re continuance of hearing on motion to dismiss. | L430 | 0.20 | 288.00 | | 57.60 |
| DL | 08/27/12 | Analyze order setting Rule 26 conference and orders for joint report. | L430 | 0.20 | 288.00 | | 57.60 |
| DL | 08/28/12 | Analyze opposition to motion to dismiss. | L430 | 0.40 | 288.00 | | 115.20 |
| DL | 08/29/12 | Finalize amended notice of bankruptcy stay and letter to plaintiff re same. | L430 | 0.40 | 288.00 | | 115.20 |
| DL | 08/29/12 | Draft reply for motion to dismiss re arguments re late filed opposition, tender, quiet title, securitization, and recording assignment of deed of trust. | L430 | 1.40 | 288.00 | | 403.20 |
| DL | 08/31/12 | Draft and revise reply for motion to dismiss re issues regarding unfair competition, discovery and equitable tolling, emotional distress and wrongful foreclosure claims; and address cases cited in opposition. | L430 | 2.20 | 288.00 | | 633.60 |
| DL | 08/31/12 | Prepare case update for client on master chart. | L190 | 0.10 | 288.00 | | 28.80 |
| | | **TOTAL** | | **7.80** | | | **$2,220.75** |

## COSTS & EXPENSES

| | | | |
|---|---|---|---|
| 08/10/12 | Cardmember Service/Bank One (Acct #2707); Data Search; 6393 Calle Bodega Ventura, CA 07/13/12 | | 99.88 |
| 08/20/12 | One Legal, Inc.; Transmittal of filing to court; Cert of int Parties, Motion, Proposed Order, Request for Judicial Notice, 08/03/12 | | 34.20 |
| | **TOTAL COSTS & EXPENSES** | **$134.08** | |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 1.30 | $356.85 |
| L190 | Other Case Assessment | 0.20 | $57.60 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 327336 | CLIENT | GMAC ResCap | | | Page | 3 |
| | | MATTER | Zeppeiro, Peter | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| L250 | Other Written Motions | | | 0.60 | $164.70 | | |
| L430 | Written Motions/Submissions | | | 5.70 | $1,641.60 | | |
| | **TOTAL** | | | **7.80** | **$2,220.75** | | |

| Timekeeper | | Position | | Hours | Rate | Value |
|---|---|---|---|---|---|---|
| Liu, David | DL | Associate | | 5.90 | 288.00 | $1,699.20 |
| Gandy, Robert | RJG | Special Counsel | | 1.90 | 274.50 | $521.55 |
| | **Total** | | | **7.80** | | **$2,220.75** |

PRIOR FEES                          $4,651.65

| | | |
|---|---|---|
| | FEES | $2,220.75 |
| | COSTS & EXPENSES | $134.08 |
| | **TOTAL THIS INVOICE** | **$2,354.83** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327337    JBS

September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1332    Dale, Robert D.
GMAC Matter No.: 730281

**TOTAL AMOUNT DUE**              **$569.74**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327337    JBS                                      September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1332    Dale, Robert D.
                        GMAC Matter No.: 730281

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| RJG | 08/03/12 | Analysis and evaluation of case investigation and pending case issues and attention to litigation strategy. | L120 | 0.20 | 274.50 | 54.90 |
| RJG | 08/06/12 | Analysis and evaluation of removal, responsive pleading and pending case issues and correspondence with co-defendants' counsel to address the same. | L120 | 0.50 | 274.50 | 137.25 |
| DL | 08/06/12 | Exchange correspondence with co-defendant's counsel re status of filing removal of action. | L190 | 0.20 | 288.00 | 57.60 |
| RJG | 08/09/12 | Attention to responsive pleading and pending case issues and correspondence with our client to advise regarding the same. | L120 | 0.30 | 274.50 | 82.35 |
| DL | 08/09/12 | Analyze docket for objection to declaration of non-monetary status; advise client of no objection to declaration and provide case update. | L190 | 0.20 | 288.00 | 57.60 |
| DL | 08/10/12 | Analyze Wells Fargo's demurrer to complaint. | L430 | 0.20 | 288.00 | 57.60 |
| DL | 08/31/12 | Prepare case update for client on master chart. | L190 | 0.10 | 288.00 | 28.80 |
| | | **TOTAL** | | **1.70** | | **$476.10** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 08/10/12 | Cardmember Service/Bank One (Acct #2707); Data Search; 17202 Argo Circle Orange, CA | 93.64 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.   327337   CLIENT   GMAC ResCap                    Page      2
                       MATTER   Dale, Robert D.

07/14/12
**TOTAL COSTS & EXPENSES**                          **$93.64**

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 1.00 | $274.50 |
| L190 | Other Case Assessment | 0.50 | $144.00 |
| L430 | Written Motions/Submissions | 0.20 | $57.60 |
| | **TOTAL** | **1.70** | **$476.10** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Liu, David | DL | Associate | 0.70 | 288.00 | $201.60 |
| Gandy, Robert | RJG | Special Counsel | 1.00 | 274.50 | $274.50 |
| | **Total** | | **1.70** | | **$476.10** |

PRIOR FEES                    $1,432.80

                              FEES                 $476.10
                              COSTS & EXPENSES       $93.64
                              **TOTAL THIS INVOICE** **$569.74**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327338    JBS                                           September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1335    Jones, Emertha
                  GMAC Matter No.: 730533

**TOTAL AMOUNT DUE**           **$372.19**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327338    JBS                                   September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1335    Jones, Emertha
                        GMAC Matter No.: 730533

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| RJG | 08/03/12 | Analysis and evaluation of case investigation and pending case issues and attention to litigation strategy. | L120 | 0.20 | 274.50 | 54.90 |
| RJG | 08/28/12 | Attention to pending case issues and correspondence with our client to advise regarding the same. | L120 | 0.30 | 274.50 | 82.35 |
| DL | 08/28/12 | Analyze docket for objection to declaration of non-monetary status and prepare correspondence to client re no objection filed.. | L190 | 0.20 | 288.00 | 57.60 |
| DL | 08/31/12 | Prepare case update for client on master chart. | L190 | 0.10 | 288.00 | 28.80 |
| | | **TOTAL** | | **0.80** | | **$223.65** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 08/07/12 | One Legal, Inc.; Transmittal of filing to court; Declaration 07/31/12 | 49.95 |
| 08/10/12 | Cardmember Service/Bank One (Acct #2707); Data Search; 6035 Oro Court Los Angeles, CA 07/17/12 | 98.59 |

**TOTAL COSTS & EXPENSES**                      **$148.54**

## BILLING SUMMARY

| Task Code and Description | Hours | Amount |
|---------------------------|-------|--------|
| L120    Analysis/Strategy | 0.50 | $137.25 |
| L190    Other Case Assessment | 0.30 | $86.40 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 327338 | CLIENT | GMAC ResCap | Page | 2 |
| | | MATTER | Jones, Emertha | | |

| | TOTAL | | 0.80 | $223.65 | | |

| Timekeeper | | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|---|
| Liu, David | DL | | Associate | 0.30 | 288.00 | $86.40 |
| Gandy, Robert | RJG | | Special Counsel | 0.50 | 274.50 | $137.25 |
| | | Total | | 0.80 | | $223.65 |

PRIOR FEES                           $1,280.70

| | | | |
|---|---|---|---|
| | FEES | | $223.65 |
| | COSTS & EXPENSES | | $148.54 |
| | **TOTAL THIS INVOICE** | | **$372.19** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      327339      JBS                                        September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT       19000      GMAC ResCap
MATTER      1346        Marquez, Edgardo M.
                        GMAC Matter No.: 731029


**TOTAL AMOUNT DUE**          **$5,842.35**


## *** REMITTANCE COPY ***
*Please include this page with payment.*


Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327339    JBS                                    September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1346    Marquez, Edgardo M.
GMAC Matter No.: 731029

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| CHR | 07/31/12 | Prepare Confirmation of Receipt to Client. Review Initial Correspondence and Pleadings. Review Court Docket and Download additional pleadings. Review Title re recorded Lis Pendens. Prepare Conflicts Request and Calendaring Memo. | L190 | 0.40 | 130.50 | 52.20 |
| RJG | 07/31/12 | Analysis and evaluation of Plaintiff's complaint and attention to initial case investigation and responsive pleading and litigation strategies. | L120 | 1.10 | 274.50 | 301.95 |
| RJG | 07/31/12 | Attention to initial case analysis and Correspondence with our client to advise regarding the same. | L120 | 0.30 | 274.50 | 82.35 |
| JBS | 08/01/12 | Analysis and evaluation of correspondence from client regarding new complaint | L120 | 0.30 | 427.50 | 128.25 |
| YS | 08/01/12 | Review and analysis of plaintiff's complaint, the allegations contained therein and title history in order to determine clients' legal remedies and defenses | L120 | 1.80 | 238.50 | 429.30 |
| JHT | 08/01/12 | Reviewed/Analyzed Complaint in Order to Assess Sufficiency of Allegations and Determine Whether Demurrer Should be Filed. | L210 | 0.40 | 238.50 | 95.40 |
| LJT | 08/02/12 | Research title records to prepare chronology. | L110 | 0.30 | 130.50 | 39.15 |
| RJG | 08/02/12 | Telephone call with our client contact to discuss case analysis and responsive | L120 | 0.40 | 274.50 | 109.80 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 327339 | CLIENT | GMAC ResCap | | | Page | 2 |
| | | MATTER | Marquez, Edgardo M. | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|
| | | pleading strategy. | | | | |
| RJG | 08/02/12 | Analysis and evaluation of the prior class action and judgment of dismissal of the class action, of which Plaintiff was a class member, and attention to responsive pleading and litigation strategies. | L120 | 0.80 | 274.50 | 219.60 |
| YS | 08/02/12 | Review and analysis of pleadings which indicate plaintiff's prior action against client was dismissed | L120 | 0.20 | 238.50 | 47.70 |
| LJT | 08/04/12 | Review title records and prepare chronology and Pacer research to ascertain bankruptcy filings by Plaintiff, and alleged transferees of interest in property, and review dockets on multiple bankruptcies re status. | L110 | 1.30 | 130.50 | 169.65 |
| JHT | 08/05/12 | Conference with Yaron Shaham Regarding Case Strategy and How to Defend Client in this Matter. | L190 | 0.20 | 238.50 | 47.70 |
| RJG | 08/06/12 | Analysis and evaluation of case investigation and responsive pleading issues and correspondence with our client to address the same. | L250 | 0.40 | 274.50 | 109.80 |
| JHT | 08/06/12 | Review and Analysis of Title Binder to Determine Current Status of the Subject Property In Light of the Allegations in the Complaint. | L190 | 0.30 | 238.50 | 71.55 |
| JHT | 08/06/12 | Review and Analysis of Unlawful Detainer Docket Connected to this Case in Light of Res Judicata Argument to be Included in Demurrer to Complaint. | L190 | 0.20 | 238.50 | 47.70 |
| JHT | 08/06/12 | Corresponded with Client Re. Whom We Will Represent in Action. | L190 | 0.10 | 238.50 | 23.85 |
| JHT | 08/06/12 | Drafted Declaration of Non-Monetary Status for ETS. | L210 | 0.50 | 238.50 | 119.25 |
| JHT | 08/06/12 | Corresponded with Client Re. Declaration of Non-Monetary Status for ETS and Accompanying Documents. | L190 | 0.20 | 238.50 | 47.70 |
| RJG | 08/07/12 | Attention to responsive pleading issues and correspondence with our client to address the same. | L250 | 0.30 | 274.50 | 82.35 |
| JHT | 08/07/12 | Drafted Demurrer to Complaint. | L210 | 3.20 | 238.50 | 763.20 |
| RJG | 08/08/12 | Attention to responsive pleading issues | L250 | 0.40 | 274.50 | 109.80 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 327339 | CLIENT | GMAC ResCap | | | Page | 3 |
| | | MATTER | Marquez, Edgardo M. | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | and correspondence with our client to advise regarding the same. | | | | |
| JHT | 08/08/12 | Continued to Draft Demurrer to Complaint. | L210 | 3.60 | 238.50 | 858.60 |
| JHT | 08/08/12 | Corresponded with Client Re Representation and Service. | L190 | 0.20 | 238.50 | 47.70 |
| RJG | 08/09/12 | Analysis and evaluation of complaint and responsive pleading issues and correspondence with our client to respond to an inquiry regarding the same. | L250 | 0.30 | 274.50 | 82.35 |
| JHT | 08/10/12 | Reviewed Class Action First Amended Complaint to Assess Res Judicata/Collateral Estoppel Effect. | L210 | 0.30 | 238.50 | 71.55 |
| JHT | 08/10/12 | Reviewed Judgment in Related Class Action. | L210 | 0.10 | 238.50 | 23.85 |
| JHT | 08/10/12 | Reviewed Unlawful Detainer Judgment. | L190 | 0.10 | 238.50 | 23.85 |
| JHT | 08/10/12 | Reviewed Unlawful Detainer Writ of Possession. | L190 | 0.10 | 238.50 | 23.85 |
| JHT | 08/10/12 | Corresponded with Client Re. Filed Complaint. | L190 | 0.20 | 238.50 | 47.70 |
| JHT | 08/13/12 | Further Drafting and Revising of Demurrer to Complaint. | L210 | 1.70 | 238.50 | 405.45 |
| JHT | 08/13/12 | Drafted Request for Judicial Notice ISO Demurrer to Complaint. | L210 | 0.50 | 238.50 | 119.25 |
| JHT | 08/13/12 | Drafted Proposed Order on Demurrer to Complaint. | L210 | 0.30 | 238.50 | 71.55 |
| RJG | 08/14/12 | Analysis and evaluation of complaint issues and review and revise the demurrer to the complaint and supporting documents. | L250 | 0.60 | 274.50 | 164.70 |
| RJG | 08/14/12 | Attention to demurrer and pending case issues and correspondence with our client to advise regarding the same. | L250 | 0.30 | 274.50 | 82.35 |
| YS | 08/14/12 | Further revising and drafting of client's demurrer, request for judicial notice, and proposed order in response to plaintiff's complaint | L120 | 0.30 | 238.50 | 71.55 |
| LJT | 08/16/12 | Research title records to ascertain recording of lis pendens by plaintiff, review Court docket re case status and to ascertain filing of lis pendens by plaintiff, and draft e-mail re same. | L110 | 0.30 | 130.50 | 39.15 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327339       CLIENT    GMAC ResCap                        Page        4
                            MATTER    Marquez, Edgardo M.

| | | | | | | |
|---|---|---|---|---|---|---|
| RJG | 08/16/12 | Analysis and evaluation of REO sale and pending case issues and multiple correspondence with our client to respond to inquiries regarding the same. | L120 | 0.40 | 274.50 | 109.80 |
| JHT | 08/16/12 | Reviewed Demurrer and Supporting Documents and Prepared for Filing. | L210 | 0.30 | 238.50 | 71.55 |
| JHT | 08/16/12 | Corresponded with Client Re. REO Markting and Sale of Property to Third Party. | L190 | 0.20 | 238.50 | 47.70 |
| JHT | 08/16/12 | Reviewed Title Re. Any Recorded Lis Pendens in Response to Client Request. | L190 | 0.20 | 238.50 | 47.70 |
| YS | 08/21/12 | Review and analysis of client's fact package and loan file in light of allegations made by plaintiff and to assist with client's defense in this case | L120 | 1.40 | 238.50 | 333.90 |
| | | **TOTAL** | | **24.50** | | **$5,842.35** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 1.90 | $247.95 |
| L120 | Analysis/Strategy | 7.00 | $1,834.20 |
| L190 | Other Case Assessment | 2.40 | $529.20 |
| L210 | Pleadings | 10.90 | $2,599.65 |
| L250 | Other Written Motions | 2.30 | $631.35 |
| | **TOTAL** | **24.50** | **$5,842.35** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Rommell, Clair | CHR | Paralegal | 0.40 | 130.50 | $52.20 |
| Sullivan, John | JBS | Member | 0.30 | 427.50 | $128.25 |
| Tuffaha, Joe | JHT | Associate | 12.90 | 238.50 | $3,076.65 |
| Tarwater, Linda | LJT | Paralegal | 1.90 | 130.50 | $247.95 |
| Gandy, Robert | RJG | Special Counsel | 5.30 | 274.50 | $1,454.85 |
| Shaham, Yaron | YS | Special Counsel | 3.70 | 238.50 | $882.45 |
| | **Total** | | **24.50** | | **$5,842.35** |

|  |  |
|---|---|
| FEES | $5,842.35 |
| **TOTAL THIS INVOICE** | $5,842.35 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.        327340        JBS                                September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT        19000        GMAC ResCap
MATTER        1351        Poblete, Roberto (Arrastia)
                          GMAC Matter No.: 731063

**TOTAL AMOUNT DUE**              **$3,191.85**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327340    JBS                                      September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  1351    Poblete, Roberto (Arrastia)
                         GMAC Matter No.: 731063

FOR PROFESSIONAL SERVICES RENDERED        01/01/1994        08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| CHR | 08/08/12 | Prepare Confirmation of Receipt to Client. Review Initial Correspondence and Pleadings. Review Court Docket and Download additional pleadings. Review Title re recorded Lis Pendens. Prepare Conflicts Request and Calendaring Memo. | L190 | 0.40 | 130.50 | 52.20 |
| RJG | 08/08/12 | Analysis and evaluation of Plaintiff's complaint and attention to initial case investigation and analysis. | L120 | 1.20 | 274.50 | 329.40 |
| RJG | 08/08/12 | Attention to initial case investigation and analysis and correspondence with our client to advise regarding the same. | L120 | 0.30 | 274.50 | 82.35 |
| JHT | 08/08/12 | Reviewed/Analyzed Complaint in Anticipation of Drafting Motion to Dismiss. | L210 | 0.30 | 238.50 | 71.55 |
| LJT | 08/09/12 | Research title records to prepare chronology and Pacer research to ascertain bankruptcy filings by plaintiffs. | L110 | 0.50 | 130.50 | 65.25 |
| YS | 08/09/12 | Receipt, review and analysis of the plaintiff's complaint and the allegations contained therein, title history, and case history to determine clients' available legal remedies and defenses | L120 | 1.80 | 238.50 | 429.30 |
| LJT | 08/13/12 | Research title records to prepare chronology. | L110 | 0.70 | 130.50 | 91.35 |
| LJT | 08/13/12 | Review title records and prepare chronology. | L110 | 0.60 | 130.50 | 78.30 |
| JHT | 08/15/12 | Drafted Motion to Dismiss Plaintiffs' | L210 | 4.50 | 238.50 | 1,073.25 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 327340 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Poblete, Roberto (Arrastia) | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | Complaint Due to Deficiencies in the Pleadings. | | | | |
| JHT | 08/15/12 | Drafted Request for Judicial Notice ISO Motion to Dismiss Complaint. | L210 | 0.40 | 238.50 | 95.40 |
| JHT | 08/15/12 | Drafted Proposed Order on Motion to Dismiss Complaint. | L210 | 0.30 | 238.50 | 71.55 |
| JBS | 08/16/12 | Analysis and evaluation of email from client and defense strategy for new complaint | L120 | 0.40 | 427.50 | 171.00 |
| YS | 08/16/12 | Further drafting and revising of clients' motion to dismiss, request for judicial notice, and proposed order in response to plaintiffs' complaint | L210 | 0.50 | 238.50 | 119.25 |
| RJG | 08/17/12 | Attention to informal resolution terms and issues and correspondence with Plaintiff's counsel to address the same. | L160 | 0.30 | 274.50 | 82.35 |
| YS | 08/17/12 | Draft and prepare client's notice of interested parties in light of filing of motion to dismiss with the Court | L210 | 0.40 | 238.50 | 95.40 |
| JHT | 08/17/12 | Corresponded with Plaintiffs' Counsel Re. Loan Modification Packet. | L190 | 0.10 | 238.50 | 23.85 |
| RJG | 08/21/12 | Attention to the court's order dismissing the case for failure to prosecute and correspondence with our client to advise regarding the same. | L120 | 0.30 | 274.50 | 82.35 |
| YS | 08/21/12 | Receipt, review and analysis of the Court's dismissal of the case | L120 | 0.10 | 238.50 | 23.85 |
| YS | 08/21/12 | Draft correspondence to client regarding the dismissal of the case | L190 | 0.20 | 238.50 | 47.70 |
| JHT | 08/21/12 | Reviewed Court's Dismissal of Action. | L210 | 0.10 | 238.50 | 23.85 |
| RJG | 08/23/12 | Attention to final case issues and correspondence with our client to respond to an inquiry regarding the same. | L120 | 0.30 | 274.50 | 82.35 |
| | | **TOTAL** | | **13.70** | | **$3,191.85** |

## COSTS & EXPENSES

## BILLING SUMMARY

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.  327340 | CLIENT  GMAC ResCap | | Page | 3 |
| | MATTER  Poblete, Roberto (Arrastia) | | | |

| Task Code and Description | | Hours | Amount | | |
|---|---|---|---|---|---|
| L110 | Fact Investigation/Development | 1.80 | $234.90 | | |
| L120 | Analysis/Strategy | 4.40 | $1,200.60 | | |
| L160 | Settlement/Non-Binding ADR | 0.30 | $82.35 | | |
| L190 | Other Case Assessment | 0.70 | $123.75 | | |
| L210 | Pleadings | 6.50 | $1,550.25 | | |
| | **TOTAL** | **13.70** | **$3,191.85** | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Rommell, Clair | CHR | Paralegal | 0.40 | 130.50 | $52.20 |
| Sullivan, John | JBS | Member | 0.40 | 427.50 | $171.00 |
| Tuffaha, Joe | JHT | Associate | 5.70 | 238.50 | $1,359.45 |
| Tarwater, Linda | LJT | Paralegal | 1.80 | 130.50 | $234.90 |
| Gandy, Robert | RJG | Special Counsel | 2.40 | 274.50 | $658.80 |
| Shaham, Yaron | YS | Special Counsel | 3.00 | 238.50 | $715.50 |
| | **Total** | | **13.70** | | **$3,191.85** |

|  | FEES | $3,191.85 |
|---|---|---|
| **TOTAL THIS INVOICE** | | **$3,191.85** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327341    JBS                                  September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     19000     GMAC ResCap
MATTER     1355      Hernandez, Delia
                     GMAC Matter No.: 730959

**TOTAL AMOUNT DUE**            **$1,974.15**

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327341    JBS

September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1355    Hernandez, Delia
GMAC Matter No.: 730959

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| LJT | 08/09/12 | Review new complaint and prior case and title work and draft e-mail re same. | L110 | 0.20 | 130.50 | 26.10 |
| RJG | 08/09/12 | Analysis and evaluation of Plaintiff's complaint and attention to initial case investigation and responsive pleading and litigation strategies. | L120 | 1.10 | 274.50 | 301.95 |
| RJG | 08/09/12 | Attention to initial case investigation and analysis and correspondence with our client to advise regarding the same. | L120 | 0.30 | 274.50 | 82.35 |
| YS | 08/09/12 | Receipt, review and analysis of the plaintiff's complaint and the allegations contained therein, title history, and case history to determine clients' available legal remedies and defenses | L120 | 1.80 | 238.50 | 429.30 |
| JHT | 08/09/12 | Reviewed/Analyzed Complaint to Determine Sufficiency of Pleadings and Applicability of Bankruptcy Final Supplemental Order. | L210 | 0.40 | 238.50 | 95.40 |
| LJT | 08/13/12 | Research title records re current status of title, review withdrawal of lis pendens on prior case, update title documents, chronology and notebook and Pacer research to ascertain bankruptcy filings by plaintiff. | L110 | 0.60 | 130.50 | 78.30 |
| JBS | 08/16/12 | Analysis and evaluation of bankruptcy issues | L120 | 0.30 | 427.50 | 128.25 |
| JHT | 08/20/12 | Reviewed Title Binder As Part of Case Assessment. | L190 | 0.20 | 238.50 | 47.70 |
| JHT | 08/20/12 | Drafted Notice of Bankruptcy Stay for Homecomings Financial, LLC. | L190 | 0.50 | 238.50 | 119.25 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.  327341 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|
| | MATTER | Hernandez, Delia | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| JHT | 08/20/12 | Drafted Letter to Plaintiff's Counsel Re. Effect of Automatic Stay and Final Supplemental Order on Action. | L190 | 0.50 | 238.50 | 119.25 |
| RJG | 08/21/12 | Attention to bankruptcy stay application to pending case issues and correspondence with our client to advise regarding the same. | L120 | 0.30 | 274.50 | 82.35 |
| YS | 08/21/12 | Review and analysis of client's fact package and loan file in light of allegations made by plaintiff and to assist with client's defense in this case | L120 | 1.40 | 238.50 | 333.90 |
| JHT | 08/21/12 | Corresponded with Client Re.  Notice of B/K Stay and Letter to Counsel Re. Effect of B/K Stay. | L190 | 0.10 | 238.50 | 23.85 |
| RJG | 08/22/12 | Attention to demurrer and pending case issues and correspondence with our client to address the same. | L250 | 0.30 | 274.50 | 82.35 |
| JHT | 08/22/12 | Corresponded with Client Re. Notice of B/K Stay. | L190 | 0.10 | 238.50 | 23.85 |
| | | **TOTAL** | | **8.10** | | **$1,974.15** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 0.80 | $104.40 |
| L120 | Analysis/Strategy | 5.20 | $1,358.10 |
| L190 | Other Case Assessment | 1.40 | $333.90 |
| L210 | Pleadings | 0.40 | $95.40 |
| L250 | Other Written Motions | 0.30 | $82.35 |
| | **TOTAL** | **8.10** | **$1,974.15** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Sullivan, John | JBS | Member | 0.30 | 427.50 | $128.25 |
| Tuffaha, Joe | JHT | Associate | 1.80 | 238.50 | $429.30 |
| Tarwater, Linda | LJT | Paralegal | 0.80 | 130.50 | $104.40 |
| Gandy, Robert | RJG | Special Counsel | 2.00 | 274.50 | $549.00 |
| Shaham, Yaron | YS | Special Counsel | 3.20 | 238.50 | $763.20 |
| | **Total** | | **8.10** | | **$1,974.15** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| | | | | | |
|---|---|---|---|---|---|
| Invoice No. | 327341 | CLIENT | GMAC ResCap | Page | 3 |
| | | MATTER | Hernandez, Delia | | |

|  |  |
|---|---:|
| FEES | $1,974.15 |
| **TOTAL THIS INVOICE** | **$1,974.15** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327342    JBS                                        September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1363    Acosta, Daniel and Maritza
                  GMAC Matter: 731645

**TOTAL AMOUNT DUE**            **$1,089.90**

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327342    JBS                                      September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1363    Acosta, Daniel and Maritza
GMAC Matter: 731645

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| LJT | 08/20/12 | Research title records to prepare chronology and Pacer research to ascertain bankruptcy filings by plaintiffs, and review docket re status of Maritza Acosta bankruptcy. | L110 | 0.40 | 130.50 | 52.20 |
| CHR | 08/20/12 | Prepare Confirmation of Receipt to Client. Review Initial Correspondence and Pleadings. Review Court Docket and Download additional pleadings. Review Title re recorded Lis Pendens. Prepare Conflicts Request and Calendaring Memo. | L190 | 0.40 | 130.50 | 52.20 |
| RJG | 08/20/12 | Analysis and evaluation of Plaintiff's complaint and attention to responsive pleading and litigation strategy. | L120 | 1.10 | 274.50 | 301.95 |
| RJG | 08/20/12 | Attention to initial case analysis and correspondence with our client to advise regarding the same. | L120 | 0.30 | 274.50 | 82.35 |
| JBS | 08/21/12 | Analysis and evaluation of defense strategy | L120 | 0.30 | 427.50 | 128.25 |
| LJT | 08/21/12 | Review title records and prepare chronology. | L110 | 1.10 | 130.50 | 143.55 |
| RJG | 08/28/12 | Analysis and evaluation of service and responsive pleading issues and correspondence with our client to address the same. | L120 | 0.40 | 274.50 | 109.80 |
| RJG | 08/29/12 | Analysis and evaluation of title documents and case investigation issues and attention to litigation strategy. | L120 | 0.80 | 274.50 | 219.60 |
| | | **TOTAL** | | 4.80 | | **$1,089.90** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| | | | | | |
|---|---|---|---|---|---|
| Invoice No.    327342 | CLIENT | GMAC ResCap | | Page | 2 |
| | MATTER | Acosta, Daniel & Maritza | | | |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 1.50 | $195.75 |
| L120 | Analysis/Strategy | 2.90 | $841.95 |
| L190 | Other Case Assessment | 0.40 | $52.20 |
| | **TOTAL** | **4.80** | **$1,089.90** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Rommell, Clair | CHR | Paralegal | 0.40 | 130.50 | $52.20 |
| Sullivan, John | JBS | Member | 0.30 | 427.50 | $128.25 |
| Tarwater, Linda | LJT | Paralegal | 1.50 | 130.50 | $195.75 |
| Gandy, Robert | RJG | Special Counsel | 2.60 | 274.50 | $713.70 |
| | **Total** | | **4.80** | | **$1,089.90** |

| | | |
|---|---|---|
| | FEES | $1,089.90 |
| **TOTAL THIS INVOICE** | | **$1,089.90** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      327343      JBS                                    September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000      GMAC ResCap
MATTER      1368      Gonzalez, Efran
                     GMAC Matter No.: 731767

**TOTAL AMOUNT DUE**          $1,424.25

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327343    JBS                                      September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1368    Gonzalez, Efran
GMAC Matter No.: 731767

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| JBS | 08/23/12 | Analysis and evaluation of lis pendens and defense strategy | L120 | 0.40 | 427.50 | 171.00 |
| RJG | 08/23/12 | Analysis and evaluation of Plaintiff's complaint and attention to initial case investigation and responsive pleading and litigation strategy. | L120 | 1.10 | 274.50 | 301.95 |
| RJG | 08/23/12 | Attention to initial case analysis and correspondence with our client to advise regarding the same. | L120 | 0.30 | 274.50 | 82.35 |
| CHR | 08/24/12 | Prepare Confirmation of Receipt to Client. Review Initial Correspondence and Pleadings. Review Court Docket and Download additional pleadings. Review Title re recorded Lis Pendens. Prepare Conflicts Request and Calendaring Memo. | L190 | 0.40 | 130.50 | 52.20 |
| RJG | 08/24/12 | Analysis and evaluation of client notes regarding rescission of the trustee's sale and correspondence with our client to respond to an inquiry regarding the same. | L120 | 0.80 | 274.50 | 219.60 |
| RJG | 08/24/12 | Analysis and evaluation of ex parte for temporary restraining order papers and issues and attention to opposition strategy. | L120 | 0.90 | 274.50 | 247.05 |
| RJG | 08/27/12 | Analysis and evaluation of preliminary injunction, potential informal resolution and pending case issues and correspondence with Plaintiff's counsel to address the same. | L250 | 0.50 | 274.50 | 137.25 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 327343 | CLIENT | GMAC ResCap | | | Page | 2 |
| | | MATTER | Gonzalez, Efran | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| RJG | 08/27/12 | Attention to stipulation to continue the pending preliminary injunction hearing and correspondence with Plaintiff's counsel to address the same. | L120 | 0.30 | 274.50 | | 82.35 |
| LJT | 08/28/12 | Additional title research, review title records and prepare chronology. | L110 | 1.00 | 130.50 | | 130.50 |
| | | **TOTAL** | | 5.70 | | | **$1,424.25** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 1.00 | $130.50 |
| L120 | Analysis/Strategy | 3.80 | $1,104.30 |
| L190 | Other Case Assessment | 0.40 | $52.20 |
| L250 | Other Written Motions | 0.50 | $137.25 |
| | **TOTAL** | **5.70** | **$1,424.25** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Rommell, Clair | CHR | Paralegal | 0.40 | 130.50 | $52.20 |
| Sullivan, John | JBS | Member | 0.40 | 427.50 | $171.00 |
| Tarwater, Linda | LJT | Paralegal | 1.00 | 130.50 | $130.50 |
| Gandy, Robert | RJG | Special Counsel | 3.90 | 274.50 | $1,070.55 |
| | **Total** | | **5.70** | | **$1,424.25** |

| | | | FEES | $1,424.25 |
|---|---|---|---|---|
| | | **TOTAL THIS INVOICE** | | **$1,424.25** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      327344      JBS                                September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006


CLIENT      19000      GMAC ResCap
MATTER      1371       Alexander-Kasparik, Rosalind
                       GMAC Matter No.: 731760


**TOTAL AMOUNT DUE**              $1,551.60


## *** *REMITTANCE COPY* ***
*Please include this page with payment.*


Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327344    JBS                                September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1371    Alexander-Kasparik, Rosalind
                        GMAC Matter No.: 731760

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| JBS | 08/24/12 | Analysis and evaluation of parties to the complaint and defense strategy | L120 | 0.40 | 427.50 | 171.00 |
| CHR | 08/24/12 | Prepare Confirmation of Receipt to Client. Review Initial Correspondence and Pleadings. Review Court Docket and Download additional pleadings. Review Title re recorded Lis Pendens. Prepare Conflicts Request and Calendaring Memo. | L190 | 0.40 | 130.50 | 52.20 |
| RJG | 08/24/12 | Analysis and evaluation of Plaintiff's complaint and attention to initial case investigation and responsive pleading and litigation strategy. | L120 | 1.10 | 274.50 | 301.95 |
| RJG | 08/24/12 | Attention to initial case analysis and correspondence with our client to advise regarding the same. | L120 | 0.30 | 274.50 | 82.35 |
| RJG | 08/24/12 | Analysis and evaluation of issues regarding Plaintiff's bankruptcy petition and attention to pending civil case issues and strategy. | L120 | 0.50 | 274.50 | 137.25 |
| JBS | 08/27/12 | Analysis and evaluation of issues regarding improperly named defendant's. [ | L120 | 0.50 | 427.50 | 213.75 |
| LJT | 08/27/12 | Research title records to prepare chronology and Pacer research to ascertain bankruptcy filings by plaintiff. | L110 | 0.30 | 130.50 | 39.15 |
| LJT | 08/28/12 | Additional title research, review title records and prepare chronology. | L110 | 1.30 | 130.50 | 169.65 |
| RJG | 08/29/12 | Analysis and evaluation of title documents and case investigation issues | L120 | 0.90 | 274.50 | 247.05 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.    327344 | CLIENT    GMAC ResCap | | | | Page    2 |
| MATTER    Alexander-Kasparik, Rosalind |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | and attention to litigation strategy. | | | | |
| RJG | 08/30/12 | Analysis and evaluation of responsive pleading and case investigation issues and attention to demurrer and litigation strategies. | L250 | 0.50 | 274.50 | 137.25 |
| | | **TOTAL** | | **6.20** | | **$1,551.60** |

### COSTS & EXPENSES

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 1.60 | $208.80 |
| L120 | Analysis/Strategy | 3.70 | $1,153.35 |
| L190 | Other Case Assessment | 0.40 | $52.20 |
| L250 | Other Written Motions | 0.50 | $137.25 |
| | **TOTAL** | **6.20** | **$1,551.60** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Rommell, Clair | CHR | Paralegal | 0.40 | 130.50 | $52.20 |
| Sullivan, John | JBS | Member | 0.90 | 427.50 | $384.75 |
| Tarwater, Linda | LJT | Paralegal | 1.60 | 130.50 | $208.80 |
| Gandy, Robert | RJG | Special Counsel | 3.30 | 274.50 | $905.85 |
| | **Total** | | **6.20** | | **$1,551.60** |

| | | |
|---|---|---|
| | FEES | $1,551.60 |
| | **TOTAL THIS INVOICE** | **$1,551.60** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327394    JBS                                          September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000      GMAC ResCap
MATTER      1121       Alfaro, Leonel
                       GMAC Matter No.: 721103


**TOTAL AMOUNT DUE**            $3,180.05


### *** *REMITTANCE COPY* ***
*Please include this page with payment.*


Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | | | |
|---|---|---|---|
| Invoice No. | 327394 | JBS | September 25, 2012 |

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter     19000 1121     Alfaro, Leonel
                GMAC Matter No.: 721103

FOR PROFESSIONAL SERVICES RENDERED     01/01/1994          08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| RJG | 08/03/12 | Analysis and evaluation of third amended complaint and pending case issues and attention to responsive pleading strategy. | L120 | 0.20 | 274.50 | 54.90 |
| LJT | 08/08/12 | Research title records re current status of title and draft e-mail re same. | L110 | 0.20 | 130.50 | 26.10 |
| RJG | 08/08/12 | Analysis and evaluation of Plaintiff's third amended complaint and review and revise the demurrer to the same. | L250 | 0.80 | 274.50 | 219.60 |
| DL | 08/08/12 | Draft and revise demurrer to first amended complaint, address claims for breach of contract, fraud and breach of implied covenant, prepare introduction; prepare correspondence to client re same. | L430 | 2.10 | 288.00 | 604.80 |
| DL | 08/08/12 | Prepare case management conference statement. | L430 | 0.30 | 288.00 | 86.40 |
| RJG | 08/09/12 | Attention to demurrer and pending case issues and correspondence with our client to address the same. | L250 | 0.20 | 274.50 | 54.90 |
| RJG | 08/13/12 | Attention to demurrer and pending case issues and correspondence with our client to advise regarding the same. | L250 | 0.30 | 274.50 | 82.35 |
| DL | 08/13/12 | Revise demurrer and prepare request for judicial notice and order; prepare correspondence to client with hearing date. | L430 | 0.70 | 288.00 | 201.60 |
| RJG | 08/14/12 | Attention to demurrer to third amended complaint and pending case issues and correspondence with our client to | L250 | 0.30 | 274.50 | 82.35 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 327394 | CLIENT | GMAC ResCap | | | | Page | 2 |
|---|---|---|---|---|---|---|---|---|
| | | MATTER | Alfaro, Leonel | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | advise regarding the same. | | | | |
| RJG | 08/15/12 | Analysis and evaluation of case management conference and pending case issues and attention to litigation strategy. | L230 | 0.20 | 274.50 | 54.90 |
| RJG | 08/17/12 | Attention to demurrer to third amended complaint and case management conference issues and correspondence with our client to respond to an inquiry regarding the same. | L120 | 0.30 | 274.50 | 82.35 |
| JHT | 08/23/12 | Reviewed File and Prepared for CMC. (Covering Hearing for David Liu). | L230 | 0.50 | 238.50 | 119.25 |
| RJG | 08/24/12 | Analysis and evaluation of case management conference and pending case issues and attention to responsive pleading and litigation strategies. | L120 | 0.30 | 274.50 | 82.35 |
| JHT | 08/24/12 | Appeared at Case Management Conference. | L230 | 3.70 | 238.50 | 882.45 |
| RJG | 08/27/12 | Attention to case management conference, third amended complaint and pending case issues and correspondence with our client to advise regarding the same. | L120 | 0.30 | 274.50 | 82.35 |
| DL | 08/27/12 | Analyze results of case management conference and prepare case update to client. | L190 | 0.20 | 288.00 | 57.60 |
| RJG | 08/28/12 | Attention to demurrer to third amended complaint issues and correspondence with our client to address the same. | L120 | 0.20 | 274.50 | 54.90 |
| DL | 08/28/12 | Analyze court's Order to Show Cause re plaintiff's failure to timely file third amended complaint. | L190 | 0.10 | 288.00 | 28.80 |
| DL | 08/31/12 | Prepare case update for client on master chart. | L190 | 0.10 | 288.00 | 28.80 |
| | | **TOTAL** | | **11.00** | | **$2,886.75** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 08/06/12 | David M. Liu; Transportation; Hearing on Motion to Dismiss & Plaintiff's Motion for Reconsideration, LA 7/23/12 | 54.40 |
| 08/14/12 | CourtCall, LLC; CourtCall - Conference | 78.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.    327394 | CLIENT    GMAC ResCap | Page    3 |
|---|---|---|
| | MATTER    Alfaro, Leonel | |

| | | |
|---|---|---|
| | Service; 08/24/12 | |
| 08/21/12 | One Legal, Inc.; Transmittal of filing to court; Case Management Statement 08/10/12 | 49.95 |
| 08/31/12 | One Legal, Inc.; Transmittal of filing to court; Demurrer, Proposed Order, Request for Judicial Notice including Court Filing Fee $60 08/14/12 | 110.95 |
| | **TOTAL COSTS & EXPENSES** | **$293.30** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 0.20 | $26.10 |
| L120 | Analysis/Strategy | 1.30 | $356.85 |
| L190 | Other Case Assessment | 0.40 | $115.20 |
| L230 | Court Mandated Conferences | 4.40 | $1,056.60 |
| L250 | Other Written Motions | 1.60 | $439.20 |
| L430 | Written Motions/Submissions | 3.10 | $892.80 |
| | **TOTAL** | **11.00** | **$2,886.75** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Liu, David | DL | Associate | 3.50 | 288.00 | $1,008.00 |
| Tuffaha, Joe | JHT | Associate | 4.20 | 238.50 | $1,001.70 |
| Tarwater, Linda | LJT | Paralegal | 0.20 | 130.50 | $26.10 |
| Gandy, Robert | RJG | Special Counsel | 3.10 | 274.50 | $850.95 |
| | **Total** | | **11.00** | | **$2,886.75** |

| | |
|---|---|
| PRIOR FEES | $16,586.55 |
| PRIOR COSTS & EXPENSES | $2,768.99 |

| | |
|---|---|
| FEES | $2,886.75 |
| COSTS & EXPENSES | $293.30 |
| **TOTAL THIS INVOICE** | **$3,180.05** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

One Legal LLC
504 Redwood Blvd., Suite 223
Novato, CA  94947
(800) 938-8815

26-0259046



One Legal LLC
504 Redwood Blvd., Suite 223
Novato, CA  94947
(800) 938-8815

SEVERSON & WERSON
ATTN: Accounting
1 Embarcadero Ctr
Suite 2600
San Francisco, CA  94111

OK
RₐB
(RₑR DML)

| Cust. No.: | 0000562 |
|---|---|
| Invoice No.: | 7172355 |
| Inv. Date: | 8/14/12 |
| Due Date: | 8/29/12 |
| Total: | $110.95 |

Terms:  Net 15

| INVOICE No. | |
|---|---|
| 7172355 | |
| Date: | 8/14/12 |
| Cust. No.: | 0000562 |

| Law Firm Contact: | David Liu |
|---|---|
| Client File No.: | 19000-1121 |
| Case Short Title: | Alfaro, Leonel V. GMAC |
| Documents: | Demurrer, Proposed Order, Request for Judicial Notice |
| One Legal Branch: | Los Angeles |
| Court: Description: | Superior Court of California, Los Angeles County |

| | |
|---|---|
| **COURT FILING FEE** | $60.00 |
| **COURT FILING SERVICE FEE** | $49.95 |
| **COURT FILING COPY CHARGE** | $1.00 |



| Due Date | 8/29/12 | Total This Invoice | $110.95 |
|---|---|---|---|

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327395    JBS                                      September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT        19000      GMAC ResCap
MATTER        1150       Wieland, Jacqueline O.
                         GMAC Matter No.: 722387

**TOTAL AMOUNT DUE**          $2,041.00

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327395    JBS                                September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1150    Wieland, Jacqueline O.
GMAC Matter No.: 722387

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| DL | 08/01/12 | Analyze MortgageIT's preemptory challenge to assigned judge and analyze court docket re status of challenge. | L430 | 0.20 | 288.00 | 57.60 |
| DL | 08/02/12 | Analyze plaintiff's notice of ruling re case management conference. | L190 | 0.10 | 288.00 | 28.80 |
| RJG | 08/06/12 | Analysis and evaluation of Plaintiff's second amended complaint and review and revise the demurrer to the second amended complaint. | L250 | 0.90 | 274.50 | 247.05 |
| RJG | 08/06/12 | Attention to demurrer to second amended complaint issues and correspondence with our client to advise regarding the same. | L250 | 0.30 | 274.50 | 82.35 |
| DL | 08/06/12 | Draft and revise demurrer to second amended complaint re no allegations against HSBC and Deutsche Bank, no need to record assignments, MERS' participation in foreclosure, and address claims for breach of contract, fraud and wrongful foreclosure; draft introduction. | L430 | 2.40 | 288.00 | 691.20 |
| DL | 08/06/12 | Exchange correspondence with Bank of America re case reassignment to new judge. | L190 | 0.10 | 288.00 | 28.80 |
| DL | 08/08/12 | Analyze order granting MortgageIT's preemptory challenge to assigned judge. | L430 | 0.10 | 288.00 | 28.80 |
| DL | 08/09/12 | Finalize demurrer to second amended complaint, prepare request for judicial notice and order. | L430 | 0.70 | 288.00 | 201.60 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 327395 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Wieland, Jacqueline O. | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| RJG | 08/10/12 | Attention to demurrer to second amended complaint and pending case issues and correspondence with our client to advise regarding the same. | L250 | 0.30 | 274.50 | | 82.35 |
| DL | 08/13/12 | Exchange correspondence with court and counsel for MortageIT re changing hearing date. | L430 | 0.20 | 288.00 | | 57.60 |
| DL | 08/13/12 | Analyze MortgageIT's demurrer to second amended complaint. | L430 | 0.40 | 288.00 | | 115.20 |
| RJG | 08/14/12 | Attention to demurrer to second amended complaint and pending case issues and correspondence with our client to advise regarding the same. | L120 | 0.30 | 274.50 | | 82.35 |
| DL | 08/14/12 | Provide case update and filing of demurrer to second amended complaint for MERS. | L190 | 0.20 | 288.00 | | 57.60 |
| RJG | 08/15/12 | Analysis and evaluation of demurrer to second amended complaint and pending case issues and attention to litigation strategy. | L250 | 0.30 | 274.50 | | 82.35 |
| DL | 08/28/12 | Analyze MortgageIT's amended notice of demurrer to second amended complaint. | L190 | 0.10 | 288.00 | | 28.80 |
| DL | 08/31/12 | Prepare correspondence to client re continued hearing date on demurrer. | L190 | 0.10 | 288.00 | | 28.80 |
| DL | 08/31/12 | Prepare case update for client on master chart. | L190 | 0.10 | 288.00 | | 28.80 |
| | | **TOTAL** | | **6.80** | | | **$1,930.05** |

### COSTS & EXPENSES

| | | | |
|---|---|---|---|
| 08/31/12 | One Legal, Inc.; Transmittal of filing to court; Demurrer, Request for Judicial Notice, Proposed Order including Court Filing Fee $60 08/13/12 | | 110.95 |
| | **TOTAL COSTS & EXPENSES** | **$110.95** | |

### BILLING SUMMARY

| Task Code and Description | Hours | Amount |
|---|---|---|
| L120  Analysis/Strategy | 0.30 | $82.35 |
| L190  Other Case Assessment | 0.70 | $201.60 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 327395 | CLIENT | GMAC ResCap | | | Page | 3 |
| | | MATTER | Wieland, Jacqueline O. | | | | |

| L250 | Other Written Motions | 1.80 | $494.10 | | | |
| L430 | Written Motions/Submissions | 4.00 | $1,152.00 | | | |
| | **TOTAL** | **6.80** | **$1,930.05** | | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Liu, David | DL | Associate | 4.70 | 288.00 | $1,353.60 |
| Gandy, Robert | RJG | Special Counsel | 2.10 | 274.50 | $576.45 |
| | **Total** | | **6.80** | | **$1,930.05** |

PRIOR FEES                    $24,955.35
PRIOR COSTS & EXPENSES        $2,462.10

| FEES | $1,930.05 |
|---|---|
| COSTS & EXPENSES | $110.95 |
| **TOTAL THIS INVOICE** | **$2,041.00** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

One Legal LLC
504 Redwood Blvd., Suite 223
Novato, CA 94947
(800) 938-8815

26-0259046

**REMIT PAYMENT TO:**
One Legal LLC
504 Redwood Blvd., Suite 223
Novato, CA 94947
(800) 938-8815



SEVERSON & WERSON
ATTN: Accounting
1 Embarcadero Ctr
Suite 2600
San Francisco, CA 94111

| Cust. No.: | 0000562 |
| Invoice No.: | 7172195 |
| Inv. Date: | 8/13/12 |
| Due Date: | 8/28/12 |
| Total: | $110.95 |
| Terms: | Net 15 |

| INVOICE No. | |
|---|---|
| 7172195 | |
| Date: | 8/13/12 |
| Cust. No.: | 0000562 |

| Law Firm Contact: | David Liu |
| Client File No.: | 19000-1150 |
| Case Short Title: | Wieland, Jacquline V. GMAC Mortgage |
| Documents: | Demurrer, Request for Judicial Notice, Proposed Order |
| One Legal Branch: | Los Angeles |
| Court: Description: | Superior Court of California, Los Angeles County |

| | |
|---|---|
| **COURT FILING FEE** | $60.00 |
| **COURT FILING SERVICE FEE** | $49.95 |
| **COURT FILING COPY CHARGE** | $1.00 |



| Due Date | 8/28/12 | Total This Invoice | $110.95 |
|---|---|---|---|

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327396    JBS                                    September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     19000    GMAC ResCap
MATTER    1160     Cheng, Justin and Lida
                           GMAC Matter No.: 722705

**TOTAL AMOUNT DUE**            **$382.00**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.   327396   JBS                              September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter   19000 1160   Cheng, Justin and Lida
GMAC Matter No.: 722705

FOR PROFESSIONAL SERVICES RENDERED   01/01/1994       08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| KWF | 08/01/12 | Analyze court docket and file status re: expiration of deadline on appeal. Prepare email to client, C. Bonello, re: same. | L120 | 0.30 | 270.00 | 81.00 |
| RJG | 08/02/12 | Attention to final case issues and correspondence with our client to respond to an inquiry regarding potential appeal issues. | L120 | 0.30 | 274.50 | 82.35 |
| RJG | 08/28/12 | Analysis and evaluation of final case issues and attention to final case strategy. | L120 | 0.20 | 274.50 | 54.90 |
| | | **TOTAL** | | **0.80** | | **$218.25** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 08/13/12 | DDS Legal Support Systems; Court Services; Los Angeles Superior Court 6/16/12 | 35.00 |
| 08/13/12 | DDS Legal Support Systems; Court Services; LASC- Southeast- Norwalk 6/19/12. Advance Fees. $28.00 | 74.80 |
| 08/14/12 | DDS Legal Support Systems; Transmittal of filing to court; LASC- Southeast Norwalk 7/17/12 | 53.95 |

**TOTAL COSTS & EXPENSES**          **$163.75**

## BILLING SUMMARY

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 327396 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Cheng, Justin & Lida | | | | |

| Task Code and Description | | Hours | Amount | | | |
|---|---|---|---|---|---|---|
| L120 | Analysis/Strategy | 0.80 | $218.25 | | | |
| | **TOTAL** | **0.80** | **$218.25** | | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Franich, Kerry | KWF | Associate | 0.30 | 270.00 | $81.00 |
| Gandy, Robert | RJG | Special Counsel | 0.50 | 274.50 | $137.25 |
| | **Total** | | **0.80** | | **$218.25** |

PRIOR FEES                         $24,518.70
PRIOR COSTS & EXPENSES      $1,707.79

| | | |
|---|---|---|
| FEES | $218.25 |
| COSTS & EXPENSES | $163.75 |
| **TOTAL THIS INVOICE** | **$382.00** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# *Severson*
# *&Werson*

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327397    JBS                                    September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000    GMAC ResCap
MATTER      1204     McLaine, Carol
                     GMAC Matter No.: 724911

**TOTAL AMOUNT DUE**            $2,842.38

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327397    JBS

September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1204    McLaine, Carol
GMAC Matter No.: 724911

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| RJG | 08/06/12 | Analysis and evaluation of Plaintiff's opposition ot the demurrer to the first amended complaint and review and revise the reply to the same. | L250 | 1.10 | 274.50 | 301.95 |
| BAE | 08/06/12 | Draft reply to opposition to demurrer to first amended complaint. | L240 | 3.60 | 247.50 | 891.00 |
| RJG | 08/13/12 | Attention to demurrer hearing arguments and litigation strategy. | L250 | 0.30 | 274.50 | 82.35 |
| RJG | 08/14/12 | Analysis and evaluation of the court's ruling at the demurrer hearing and attention to litigation strategy. | L250 | 0.30 | 274.50 | 82.35 |
| BAE | 08/14/12 | Attend hearing on demurrer to first amended complaint. | L240 | 3.40 | 247.50 | 841.50 |
| RJG | 08/16/12 | Analysis and evaluation of the court's ruling on the demurrer and attention to case investigation and litigation strategy to address the overruled claim. | L250 | 0.40 | 274.50 | 109.80 |
| RJG | 08/24/12 | Attention to foreclosure, informal resolution and pending case issues and multiple telephone calls with Plaintiff's counsel to address the same. | L120 | 0.50 | 274.50 | 137.25 |
| RJG | 08/24/12 | Analysis and evaluation of foreclosure and pending case issues and correspondence with Plaintiff's counsel to respond to an inquiry regarding the same. | L120 | 0.50 | 274.50 | 137.25 |
| RJG | 08/29/12 | Analysis and evaluation of the court's ruling on the demurrer to the first amended complaint and case investigation issues and attention to | L120 | 0.50 | 274.50 | 137.25 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 327397 | CLIENT | GMAC ResCap | Page | 2 |
| | | MATTER | McLaine, Carol | | |

litigation strategy.

| **TOTAL** | **10.60** | **$2,720.70** |

## COSTS & EXPENSES

| 08/16/12 | CourtCall, LLC; CourtCall - Conference Service; 08/14/12 | 108.00 |
| 08/21/12 | NORCO Delivery Services; Messenger; Ilhwan Justin Park Esq., 3250 Wilshire Blvd., Suite, Los Angeles Ca. 90010 8/6/12 | 13.68 |
| | **TOTAL COSTS & EXPENSES** | **$121.68** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
| --- | --- | --- | --- |
| L120 | Analysis/Strategy | 1.50 | $411.75 |
| L240 | Dispositive Motions | 7.00 | $1,732.50 |
| L250 | Other Written Motions | 2.10 | $576.45 |
| | **TOTAL** | **10.60** | **$2,720.70** |

| Timekeeper | | Position | Hours | Rate | Value |
| --- | --- | --- | --- | --- | --- |
| Eilenberg, Benjamin A. | BAE | Associate | 7.00 | 247.50 | $1,732.50 |
| Gandy, Robert | RJG | Special Counsel | 3.60 | 274.50 | $988.20 |
| | **Total** | | **10.60** | | **$2,720.70** |

| PRIOR FEES | $11,057.85 |
| PRIOR COSTS & EXPENSES | $1,388.98 |

| FEES | $2,720.70 |
| COSTS & EXPENSES | $121.68 |
| **TOTAL THIS INVOICE** | **$2,842.38** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

**Debit Account Number CCDA-01-378**

Hong

& Werson

Embarcadero Center, 26th Floor

San Francisco, CA 94111

Tel: 415-398-3344

Fax: 415-956-0439

## Ledger for 08/11/2012 through 08/15/2012

# To make a payment on this account

**Pay by credit card** by calling our accounting department at (888) 882-6878, option 5 or ask us to **register your debit account for online access** using our website at www.courtcall.com.

**Mail your check** to: CourtCall, LLC, 6383 Arizona Circle, Los Angeles, CA 90045, payable to: CourtCall, LLC and write your debit account number in the memo section of the check

## Payment of any balance is due in full upon receipt of this statement

| TRAN DATE | APP DATE | ATTORNEY | CCID# | COURT | JUDGE | CASENAME/NUMBER | VIDEO / LATE FEE | FEE / LATE FEE | TOTAL | BALANCE |
|---|---|---|---|---|---|---|---|---|---|---|
| 8/1/12 | 8/28/12 | Ben Eilenberg | 5105336 | Los Angeles Superior Court-Central(A-L) | Judge Steven J. Kleifield | Albina Tikhopov v. ETS/bc487215 | | $78.00 $0.00 | $78.00 | ($9,670.50) |
| Reference # 19000.1333 | | | | | | | | | | |
| 8/11/12 | 8/28/12 | Ben Eilenberg | 5105337 | Los Angeles Superior Court-Central(A-L) | Judge Steven J. Kleifield | Tikhonov, et al vs. GMAC, et al/BC487215 | | $78.00 $0.00 | $78.00 | ($9,5 ) |
| Reference # 19000.1333 | | | | | | | | | | |
| 8/11/12 | 8/14/12 | Ben Eilenberg | 5105338 | Ventura County Superior Court-Ventura | Judge Tari L. Cody | Carol McLaine vs. GMAC Mortgage/20120041974 | | $78.00 $30.00 | 108.00 | ($9,48 ) |
| Reference # 19000.1204 - McLaine, Carol | | | | | | | | | | |
| 8/13/12 | 12/14/12 | Megan Kelly | 5105756 | San Mateo County Superior Court | Judge Joseph E. Bergeron (L&M) | Enriquez, et al vs. Greenpoint Mortgage Funding, Inc., et al/508459 | | $78.00 $0.00 | $78.00 | ($9,406. ) |
| Reference # 19000.1080; 15314.0282 | | | | | | | | | | |
| 8/13/12 | 7/31/12 | Bernard Kornberg | 5077375 | U.S. Bankruptcy Court-E.D. California (Sacramento) | Honorable Thomas C. Holman | Vander Zanden/12-31080 (SW-1) | | $30.00 $0.00 | $30.00 | ($9,3 ) |
| Reference # 30000-6079 | | | | | | | | | | |

2012

From Auto Debit Send on 08/15/12 at 11:14 PM

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     327398     JBS                                September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1209 | La Bella, Steven |
| | | GMAC Matter No.: 725278 |

**TOTAL AMOUNT DUE**          **$1,670.64**

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327398    JBS                                     September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  1209    La Bella, Steven
                         GMAC Matter No.: 725278

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994         08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| RJG | 08/03/12 | Analysis and evaluation of case investigation and pending case issues and attention to litigation strategy. | L120 | 0.20 | 274.50 | 54.90 |
| DL | 08/06/12 | Prepare case management statement. | L430 | 0.30 | 288.00 | 86.40 |
| RJG | 08/10/12 | Attention to opposition to demurrer and reply issues and correspondence with our client to advise regarding the same. | L250 | 0.30 | 274.50 | 82.35 |
| DL | 08/10/12 | Analyze court docket for opposition to demurrer; prepare correspondence to client re no opposition filed. | L190 | 0.20 | 288.00 | 57.60 |
| DL | 08/13/12 | Analyze docket for filing of opposition to demurrer. | L430 | 0.10 | 288.00 | 28.80 |
| DL | 08/14/12 | Analyze court docket for filing of opposition to demurrer. | L190 | 0.10 | 288.00 | 28.80 |
| RJG | 08/15/12 | Analysis and evaluation of demurrer and pending case issues and attention to litigation strategy. | L250 | 0.30 | 274.50 | 82.35 |
| JOC | 08/21/12 | Attend hearing on demurrer. | L240 | 1.90 | 279.00 | 530.10 |
| RJG | 08/27/12 | Attention to demurrer and pending case issues and correspondence with our client to respond to an inquiry regarding the same. | L250 | 0.30 | 274.50 | 82.35 |
| DL | 08/27/12 | Analyze order continuing hearing on demurrer and motion to expunge and prepare correspondence to client re same. | L190 | 0.20 | 288.00 | 57.60 |
| DL | 08/28/12 | Analyze plaintiff's case management statement. | L190 | 0.10 | 288.00 | 28.80 |
| | | **TOTAL** | | **4.00** | | **$1,120.05** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.   327398 | CLIENT   GMAC ResCap | Page    2 |
|---|---|---|
| | MATTER   La Bella, Steven | |

## COSTS & EXPENSES

| | | |
|---|---|---:|
| 08/14/12 | DDS Legal Support Systems; Transmittal of filing to court; SVSCR- Rancho Cucamonga 7/25/12. Advance ck. $90.00 | 204.89 |
| 08/14/12 | CourtCall, LLC; CourtCall - Conference Service;  08/21/12 | 78.00 |
| 08/14/12 | CourtCall, LLC; CourtCall - Conference Service; 08/22/12 | 78.00 |
| 08/15/12 | First Legal Network, LLC; Court Services; San Bernardino County Court 7/9/12 | 61.75 |
| 08/16/12 | CourtCall, LLC; CourtCall - Conference Service;  09/11/12 | 78.00 |
| 08/20/12 | One Legal, Inc.; Transmittal of filing to court; Case Management Statement, 08/06/12 | 49.95 |
| | **TOTAL COSTS & EXPENSES** | **$550.59** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---:|---:|
| L120 | Analysis/Strategy | 0.20 | $54.90 |
| L190 | Other Case Assessment | 0.60 | $172.80 |
| L240 | Dispositive Motions | 1.90 | $530.10 |
| L250 | Other Written Motions | 0.90 | $247.05 |
| L430 | Written Motions/Submissions | 0.40 | $115.20 |
| | **TOTAL** | **4.00** | **$1,120.05** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---:|---:|---:|
| Liu, David | DL | Associate | 1.00 | 288.00 | $288.00 |
| Campbell, J. Owen | JOC | Associate | 1.90 | 279.00 | $530.10 |
| Gandy, Robert | RJG | Special Counsel | 1.10 | 274.50 | $301.95 |
| | **Total** | | **4.00** | | **$1,120.05** |

| | |
|---|---|
| PRIOR FEES | $10,128.60 |
| PRIOR COSTS & EXPENSES | $2,747.43 |

| | |
|---:|---:|
| FEES | $1,120.05 |
| COSTS & EXPENSES | $550.59 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 327398 | CLIENT | GMAC ResCap | Page | 3 |
| | | MATTER | La Bella, Steven | | |

**TOTAL THIS INVOICE**          $1,670.64

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

...Systems, Inc
...r, Suite E-106
...sta Mesa, CA 92626
714-662-5555
DDS Tax ID: 33-0298466

| Customer Number |
|---|
| 4669 |
| Invoice Number |
| 267292 |

**References    - 11960.0210**

| Order Date Order Type Caller | Order ID | Origin | Destination | References |
|---|---|---|---|---|
| 07/17/2012 "Economy" Delivery Linda Owen | 2356611 | Severson & Werson 19100 Von Karman Ave Ste 700 Irvine CA 92612-6578 | Janus Capital Law Group, a 4000 Macarthur Blvd Suite 1110 Newport Beach CA 92660-2558 | 11960.0210 |

Remarks:  envelope
Documents:

|  | "Economy" Delivery | $14.40 |
|---|---|---|
|  | **Order Total:** | **$14.40** |

**References - 11960.0210 Total:**              $14.40

**References    - 19000.1160 — GMAC/CHENG**

| Order Date Order Type Caller | Order ID | Origin | Destination | References |
|---|---|---|---|---|
| 07/17/2012 E-File/Fax File/E-Delivery Sabrina Gridley | 2356965 | Imperial Mail Box 12325 Imperial Hwy Norwalk CA 90650-8304 | Lasc-Southeast -Norwalk 12720 Norwalk Blvd Norwalk CA 90650-3169 | 19000.1160 – vc060167 |

Remarks:  ntc of entry of judgment
Documents:  *Re Failure to Amend*

*GMAC/CHENG Ok/s*

|  | E-File/Fax File/E-Delivery | $44.95 |
|---|---|---|
|  | Waiting Time | $9.00 |
|  | **Order Total:** | **$53.95** |

**References - 19000.1160 — GMAC/CHENG Total:**              $53.95

**References    - 19000.1209**

| Order Date Order Type Caller | Order ID | Origin | Destination | References |
|---|---|---|---|---|
| 07/25/2012 E-File/Fax File/E-Delivery Sabrina Gridley | 2361262 | SIR SPEEDY 8628 Utica Ave Ste 500 Rancho Cucamonga CA 91730 | Sbscr-Rancho Cucamonga 8303 Haven Ave Rancho Cucamonga CA 91730-( | 19000.1209 civrs1201039 |

Remarks:  cs@sirspeedycucamonga.com
Documents:

*LaBella Ok/s*

|  | E-File/Fax File/E-Delivery | $79.95 |  |
|---|---|---|---|
|  | Waiting Time | $13.50 |  |
|  | Advanced Fees | $90.00 | 349339 |
|  | Advanced Costs Surcharge | $10.13 |  |
|  | Email/Fax from Field | $11.31 | 349340 |
|  | **Order Total:** | **$204.89** |  |

We appreciate your business!

Page    2    of  14

# Severson
# &Werson
**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327400    JBS                                    September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1310 | Abed-Stephen, Vachagan and Susie |
| | | GMAC Matter No.: 730159 |

**TOTAL AMOUNT DUE**            $2,738.88

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327400    JBS                                    September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  1310    Abed-Stephen, Vachagan and Susie
GMAC Matter No.: 730159

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| RJG | 08/01/12 | Analysis and evaluation of small claims trial issues and prepared our client representative for the pending small claims trial. | L440 | 3.60 | 274.50 | 988.20 |
| RJG | 08/01/12 | Analysis and evaluation of small claims mediation and trial issues and conferred and advised our client representative at the mediation and trial. | L440 | 4.80 | 274.50 | 1,317.60 |
| RJG | 08/02/12 | Attention to small claims trial results and telephone call our client to advise regarding the same. | L440 | 0.30 | 274.50 | 82.35 |
| RJG | 08/02/12 | Attention to small claims trial issues and correspondence with our client to respond to inquiries regarding the same. | L440 | 0.30 | 274.50 | 82.35 |
| | | **TOTAL** | | **9.00** | | **$2,470.50** |

## COSTS & EXPENSES

| | | | |
|--|--|--|--|
| 08/14/12 | DDS Legal Support Systems; Court Services; LA Recorder 7/25/12 | | 58.10 |
| 08/14/12 | DDS Legal Support Systems; Serv Process, Subpoena Fees; LA Recorder, Norwalk 7/25/12. Advance fees $63.00 | | 104.30 |
| 08/29/12 | Robert Gandy; Transportation; Small Claims Trial, LASC Glendale 8/1/12 | | 105.98 |
| | **TOTAL COSTS & EXPENSES** | **$268.38** | |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.   327400      CLIENT   GMAC ResCap                          Page        2
                          MATTER   Abed-Stephen, Vachagan & Susie

## BILLING SUMMARY

| Task Code and Description | Hours | Amount |
|---|---|---|
| L440   Other Trial Preparation | 9.00 | $2,470.50 |
| **TOTAL** | **9.00** | **$2,470.50** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Gandy, Robert | RJG | Special Counsel | 9.00 | 274.50 | $2,470.50 |
| | **Total** | | **9.00** | | **$2,470.50** |

PRIOR FEES                    $4,539.60

|  |  |
|---|---|
| FEES | $2,470.50 |
| COSTS & EXPENSES | $268.38 |
| **TOTAL THIS INVOICE** | **$2,738.88** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

, systems, Inc
, suite E-106
, a Mesa, CA 92626
714-662-5555
DDS Tax ID: 33-0298466

Customer Number: 4669
Invoice Number: 267292

**References - 70000-0843/0844/0845 Total:**    $1,493.95

**References    - 70000841**

| Order Date | Order ID | | | | |
|---|---|---|---|---|---|
| Order Type | | Origin | Destination | References | |
| Caller | | | | | |
| 07/18/2012 | 2357462 | Severson & Werson | Vsc-superior/ Main Courthouse | 70000841 | |
| Statewide "Rush" Filing | | 19100 Von Karman Ave Ste 700 | 800 S Victoria Ave | | |
| Sabrina Gridley | | Irvine CA 92612-6578 | Ventura CA 93003 | 56201200419499 | |

*70000.0841*
*ok/5g*

Remarks:  FILE Demurrer- fee adv- first app for today
Documents:

| | | |
|---|---|---|
| Statewide "Rush" Filing | $89.00 | |
| Advanced Fees | $395.00 | 348277 |
| Advanced Fees | $395.00 | 348278 |
| Advanced Fees | $395.00 | 348279 |
| Advanced Costs Surcharge | $39.50 | |
| Advanced Costs Surcharge | $39.50 | |
| Advanced Costs Surcharge | $39.50 | |
| **Order Total:** | **$1,392.50** | |

**References - 70000841 Total:**    $1,392.50

**References    - ABED-STEPHENS - 19000.1310**

| Order Date | Order ID | | | | |
|---|---|---|---|---|---|
| Order Type | | Origin | Destination | References | |
| Caller | | | | | |
| 07/25/2012 | 2361382 | La Recorder | Severson & Werson | Abed-Stephens - 19000. *1310* | |
| "Research" On Demand Delivery | | 12400 Imperial Hwy | 19100 Von Karman Ave Ste 700 | | |
| Sabrina Gridley | | Norwalk CA 90650 | Irvine CA 92612-6578 | | |

*ok/5g*

Remarks:  OBTAIN CERTIFIED 1.Deed of Trust - LA
Documents:

| | | |
|---|---|---|
| "Research" On Demand Delivery | $35.00 | |
| Advanced Fees | $63.00 | 349082 |
| Advanced Costs Surcharge | $6.30 | |
| **Order Total:** | **$104.30** | |

**References - ABED-STEPHENS - 19000.1310 Total:**    $104.30

**References    - BROWN -**

*70000.0846*
*Brown II*

| Order Date | Order ID | | | | |
|---|---|---|---|---|---|
| Order Type | | Origin | Destination | References | |
| Caller | | | | | |

We appreciate your business!

# EXPENSE REPORT FORM

## For Travel Expenses

**Instructions:** Please complete form and forward to Accounting for payment. Attach all appropriate receipts, including those for meals and entertainment. All expenses over $25.00 must have receipts attached. (Note: All business promotion exceeding $1,000.00 must be approved in advance.)

| Attorney Name: | Robert J. Gandy | | | Attorney No.: | 225405 | |
|---|---|---|---|---|---|---|
| Client/Matter Name: | 190000-1310 | | | Client/Matter No.: | GMAC/Abed-Stephen | |

| Date of Departure | Date of Return | Total Days Away | | No. days away due to business | | |
|---|---|---|---|---|---|---|
| 08/01/12 | 08/01/12 | 1 | | 1 | | |

| Destination of trip: | From: | OC | | To: | LASC Glendale | |
|---|---|---|---|---|---|---|

**Purpose of Trip:** (i.e., list company & persons re Bus. Promotion; name of education seminar; state purpose of trip re client charge) Note - this is an unlimited expanding field, it will word wrap as you type:

Small Claims Trial

| *Type of Expense: | *Select one item from drop down list: | | | Client Expense-charge client | | | |
|---|---|---|---|---|---|---|---|
| Itemization: | Sun. | Mon. | Tues. | Wed. | Thur. | Fri. | Sat. | TOTAL |
| **Transportation** | | | | | | | | |
| Airfare | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $ 0.00 |
| Mileage – 55.5¢/mi | 0 | 0 | 0 | $54.58 | 0 | 0 | 0 | $ 54.58 |
| Auto Rental | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $ 0.00 |
| Taxicab | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $ 0.00 |
| Parking & Tolls | 0 | 0 | 0 | $2.00 | 0 | 0 | 0 | $ 2.00 |
| **Lodging** | | | | | | | | |
| Hotel | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $ 0.00 |
| Non-Food Items | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $ 0.00 |
| Local Phone Calls | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $ 0.00 |
| Long Dist. Calls | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $ 0.00 |
| Misc. Tips | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $ 0.00 |
| **Meals** (incl. Tips) | | | | | | | | |
| Breakfast | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $ 0.00 |
| Lunch | 0 | 0 | 0 | $19.93 | 0 | 0 | 0 | $ 19.93 |
| Dinner | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $ 0.00 |
| **Other** | 0 | 0 | 0 | $29.47 | 0 | 0 | 0 | $ 29.47 |
| **TOTALS** | $ 0.00 | $ 0.00 | $ 0.00 | $ 105.98 | $ 0.00 | $ 0.00 | $ 0.00 | $105.98 |

**\*\* Please furnish details regarding meals on Page 2.**

| Total amount prepaid by firm: | $0.00 |
|---|---|
| Total expense paid by employee: | $105.98 |

**I certify that the above expenses were incurred by me for authorized firm business.**

| Signature: | | Date: | 08/07/12 |
|---|---|---|---|
| Supervisor Approval: | | Date: | |

Expense Report Form (pg. 1)

5/30/2012

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      327401      JBS                                    September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1320 | Krajnyak-Vestil, Ildiko |
| | | GMAC Matter No.: 730087 |

**TOTAL AMOUNT DUE**               $635.57

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | | | |
|---|---|---|---|
| Invoice No. | 327401 | JBS | September 25, 2012 |

GMAC Mortgage, LLC

Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1320    Krajnyak-Vestil, Ildiko
                         GMAC Matter No.: 730087

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| RJG | 08/03/12 | Analysis and evaluation of case investigation and pending case issues and attention to litigation strategy. | L120 | 0.20 | 274.50 | 54.90 |
| | | **TOTAL** | | **0.20** | | **$54.90** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 08/10/12 | Cardmember Service/Bank One (Acct #2707); Data Search; 21 Firethorn Orange, CA 07/07/12 | 63.94 |
| 08/10/12 | Cardmember Service/Bank One (Acct #2707); Data Search; 21 Firethorn Orange, CA 07/09/12 | 21.73 |
| 08/15/12 | First Legal Network, LLC; Transmittal of filing to court; OCSC- Central 7/25/12. Advance ck. $465.00 | 485.25 |
| 08/15/12 | First Legal Network, LLC; Transmittal of filing to court; OCSC- Central 7/27/12 | 9.75 |
| | **TOTAL COSTS & EXPENSES** | **$580.67** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | | |
|---|---|---|---|---|---|---|
| L120 | Analysis/Strategy | 0.20 | $54.90 | | | |
| | **TOTAL** | **0.20** | **$54.90** | | | |

| Timekeeper | Position | Hours | Rate | Value |
|---|---|---|---|---|

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 327401 | CLIENT | GMAC ResCap | | | Page | 2 |
| | | MATTER | Krajnyak-Vestil, Ildiko | | | | |

---

| Gandy, Robert | RJG | Special Counsel | 0.20 | 274.50 | $54.90 |
| | **Total** | | **0.20** | | **$54.90** |

PRIOR FEES                    $4,382.10

|  |  |
| --- | --- |
| FEES | $54.90 |
| COSTS & EXPENSES | $580.67 |
| **TOTAL THIS INVOICE** | **$635.57** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

**INVOICE**

| Invoice No. | Customer No. |
|---|---|
| 367241 | 23103 |
| Invoice Date | Total Due |
| 7/31/12 | 18,687.02 |

LOS ANGELES, CA 90084-4250

SEVERSON & WERSON
CARRIE TINKER (OFFICE MNGR)
19100 VON KARMAN, SUITE 700
IRVINE, CA 92612

BILLING QUESTIONS CALL:
BILLING DEPT(213)213-2631
PAYMENT QUESTIONS CALL:
PAYMENT DEPT(213)213-2640

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 23103 | 367241 | 7/31/12 | 18,687.02 | 15 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 7/25/12 FILING-FAX/PDF | 9493515 | FAX | SEVERSON & WERSON 19100 VON KARMAN IRVINE CA 92605 Caller: MARY CRONIN Wait: 25 Min Case No.: bc472946 FILE ASAP. PDF CC Signed: filed | LASC-LOS ANGELES 111 NORTH HILL STREET LOS ANGELES CA 90012 Case Title: rose mccoppin v bank Ref: 70000.0626 | Base Chg : 64.75 | 64.75 |
| 7/25/12 FILING-BRANCH FAX/PDF | 9493529 | BFX RET | SEVERSON & WERSON 19100 VON KARMAN IRVINE CA 92605 Caller: Lorraine Johnson Wait: 20 Min Case No.: 30 2012 00575752 FILE TOMORROW MORNIN Signed: filed/pdf/ror | OCSC-FULLERTON 1275 N Berkeley Ave FULLERTON CA 92832 Case Title: johnny green v santa G 7/26/12 ON A RUSH Ref: 12108.0073 | Base Chg : 62.50 Adv/Wit Ck: 10.00 | 72.50 |
| 7/25/12 OR-UNLIMITED PDF/FAX | 9493531 | OCU FILE | SEVERSON & WERSON 19100 VON KARMAN IRVINE CA 92605 Caller: Jeff Weddle Case No.: 30-2012-00580525 Pls. file the attach Signed: filed/cc-c26 | OCSC-Central 700 Civic Center Drive West SANTA ANA CA 92701 Case Title: Krajinyak-Vestil v. G ed (3 docs total) to Ref: 19000.1320 | Base Chg : 9.75 PDF Chg : 10.50 Adv/Wit Ck: 465.00 | 485.25 |
| 7/25/12 FILING-FAX/PDF | 9493538 | FAX | SEVERSON & WERSON 19100 VON KARMAN IRVINE CA 92605 Caller: DIANA J LOPEZ Wait: 10 Min Case No.: bc476303 FILE FIRST THING THU Signed: filed del cc | LASC-LOS ANGELES 111 NORTH HILL STREET LOS ANGELES CA 90012 Case Title: elmoqaddem v bank of RSDAY MORNING 7/26 Ref: 70000.0560 | Base Chg : 29.75 | 29.75 |
| 7/25/12 FILING-BRANCH FAX/PDF | 9493544 | BFX | SEVERSON & WERSON 19100 VON KARMAN IRVINE CA 92605 Caller: Liz C. Roberts Case No.: 70001.0111 Please file the atta Signed: FILED | LA County Court-Van Nuys East 6230 Sylmar Ave VAN NUYS CA 91401 Case Title: Willoughby (LC097077 ched docs (2) with t Ref: FILE W/CT ON 07-26-12 | Base Chg : 106.75 | 106.75 |
| 7/25/12 FILING-FAX/PDF | 9493545 | FAX | SEVERSON & WERSON 19100 VON KARMAN IRVINE CA 92605 Caller: Liz C. Roberts Wait: 15 Min Case No.: 11960.0271 Please file the atta Signed: filed | LA County Court-Unlimited 111 N Hill St LOS ANGELES CA 90012 Case Title: Bilas (BC459493) ched doc (1) with th Ref: 11960.0271 | Base Chg : 64.75 | 64.75 |

**INVOICE PAYMENT DUE UPON RECEIPT**

# Severson
## & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327402    JBS                                    September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1333    Tikhonov, Albina (3)
                  GMAC Matter No.: 729305

**TOTAL AMOUNT DUE**              $8,558.43

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327402    JBS                                      September 25, 2012

GMAC Mortgage, LLC

Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1333    Tikhonov, Albina (3)
                        GMAC Matter No.: 729305

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| BAE | 08/01/12 | Draft meet and confer letter regarding outstanding discovery. | L310 | 0.80 | 247.50 | 198.00 |
| RJG | 08/02/12 | Analysis and evaluation of written discovery issues and Plaintiffs' failure to respond to written discovery and attention to meet and confer and motion to compel issues. | L310 | 0.60 | 274.50 | 164.70 |
| RJG | 08/06/12 | Attention to failure to timely respond to written discovery and correspondence with Plaintiffs to meet and confer regarding the same. | L310 | 0.30 | 274.50 | 82.35 |
| BAE | 08/06/12 | Email and mail meet and confer letter to Plaintiffs regarding outstanding discovery responses. | L310 | 0.20 | 247.50 | 49.50 |
| LJT | 08/09/12 | Research title records to ascertain current status of title and recording of trustee's deed upon sale, e-mail re same. | L110 | 0.40 | 130.50 | 52.20 |
| RJG | 08/09/12 | Analysis and evaluation of Plaintiffs' first amended complaint and attention to responsive pleading and litigation strategy issues. | L120 | 1.20 | 274.50 | 329.40 |
| BAE | 08/09/12 | Review title chronology to determine if any new documents were recorded since the filing of the demurrer to the complaint that would impact the demurrer to the first amended complaint. | L240 | 0.20 | 247.50 | 49.50 |
| LJT | 08/10/12 | Draft request for judicial notice in support of demurrer to first amended complaint. | L250 | 1.40 | 130.50 | 182.70 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327402    CLIENT    GMAC ResCap                          Page        2
MATTER    Tikhonov, Albina (3)

| | | | | | | |
|---|---|---|---|---|---|---|
| RJG | 08/10/12 | Analysis and evaluation of Plaintiffs' first amended complaint and review and revise the demurrer to the first amended complaint. | L250 | 2.90 | 274.50 | 796.05 |
| RJG | 08/10/12 | Attention to demurrer to first amended complaint analysis and correspondence with our client to advise regarding the same. | L250 | 0.30 | 274.50 | 82.35 |
| BAE | 08/10/12 | Draft demurrer to first amended complaint. | L240 | 7.10 | 247.50 | 1,757.25 |
| RJG | 08/13/12 | Analysis and evaluation of written discovery issues and attention to motion to compel and discovery strategy. | L350 | 0.50 | 274.50 | 137.25 |
| RJG | 08/13/12 | Attention to demurrer to first amended complaint issues and correspondence with our client to address the same. | L250 | 0.40 | 274.50 | 109.80 |
| BAE | 08/13/12 | Draft motion to compel Requests For Production. | L310 | 2.10 | 247.50 | 519.75 |
| BAE | 08/13/12 | Draft motion to compel Requests For Admissions. | L310 | 3.00 | 247.50 | 742.50 |
| RJG | 08/14/12 | Analysis and evaluation of case investigation issues and review and revise motions to compel responses to written discovery and to deem requests for admissions admitted. | L350 | 1.40 | 274.50 | 384.30 |
| RJG | 08/14/12 | Attention to demurrer to first amended complaint and pending case issues and correspondence with our client to address the same. | L250 | 0.40 | 274.50 | 109.80 |
| BAE | 08/14/12 | Draft motion to compel Form Interrogatories - General. | L310 | 1.90 | 247.50 | 470.25 |
| BAE | 08/14/12 | Draft motion to compel Form Interrogatories - Unlawful Detainer. | L310 | 1.40 | 247.50 | 346.50 |
| BAE | 08/14/12 | Draft motion to compel Special Interrogatories. | L310 | 1.70 | 247.50 | 420.75 |
| BAE | 08/14/12 | Draft declaration of Ben A. Eilenberg supporting Motions to Compel. | L310 | 1.70 | 247.50 | 420.75 |
| RJG | 08/15/12 | Attention to motions to compel responses to written discovery and to deem requests for admission admitted and review and revise the same. | L350 | 0.40 | 274.50 | 109.80 |
| RJG | 08/16/12 | Analysis and evaluation of prior case cost order and judgment debtor exam | L120 | 0.30 | 274.50 | 82.35 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 327402 | CLIENT | GMAC ResCap | | | Page | 3 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Tikhonov, Albina (3) | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | issues and attention to litigation strategy. | | | | |
| RJG | 08/20/12 | Analysis and evaluation of Plaintiffs' case management conference statement. | L230 | 0.10 | 274.50 | 27.45 |
| RJG | 08/22/12 | Analysis and evaluation of first amended complaint, demurrer to first amended complaint and pending case issues and attention to litigation strategy. | L250 | 0.30 | 274.50 | 82.35 |
| RJG | 08/27/12 | Attention to representation of additional defendants and responsive pleading strategy. | L120 | 0.40 | 274.50 | 109.80 |
| RJG | 08/28/12 | Attention to case investigation and pending case issues and correspondence with our client to address the same. | L120 | 0.30 | 274.50 | 82.35 |
| RJG | 08/28/12 | Analysis and evaluation of case management conference results, representation of new defendants, responsive pleading and pending case issues and correspondence with our client to advise regarding the same. | L120 | 0.50 | 274.50 | 137.25 |
| BAE | 08/28/12 | Attend Case Management Conference. | L230 | 0.90 | 247.50 | 222.75 |
| BAE | 08/28/12 | Draft notice of continued CMC and Order to Show Cause re: Sanctions for Failure To Appear at CMC. | L230 | 0.40 | 247.50 | 99.00 |
| | | **TOTAL** | | **33.50** | | **$8,358.75** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 08/01/12 | CourtCall, LLC; CourtCall - Conference Service; 07/23/12 | 108.00 |
| 08/15/12 | NORCO Delivery Services; Court Services; Civil Clerk Room 102., Los Angeles 7/27/12 | 13.68 |
| 08/16/12 | CourtCall, LLC; CourtCall - Conference Service; 08/28/12 | 78.00 |
| | **TOTAL COSTS & EXPENSES** | **$199.68** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 0.40 | $52.20 |
| L120 | Analysis/Strategy | 2.70 | $741.15 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 327402 | CLIENT | GMAC ResCap | | | Page | 4 |
| | | MATTER | Tikhonov, Albina (3) | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| L230 | Court Mandated Conferences | | 1.40 | $349.20 | | | |
| L240 | Dispositive Motions | | 7.30 | $1,806.75 | | | |
| L250 | Other Written Motions | | 5.70 | $1,363.05 | | | |
| L310 | Written Discovery | | 13.70 | $3,415.05 | | | |
| L350 | Discovery Motions | | 2.30 | $631.35 | | | |
| | **TOTAL** | | **33.50** | **$8,358.75** | | | |

| Timekeeper | | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|---|
| Eilenberg, Benjamin A. | BAE | | Associate | 21.40 | 247.50 | $5,296.50 |
| Tarwater, Linda | LJT | | Paralegal | 1.80 | 130.50 | $234.90 |
| Gandy, Robert | RJG | | Special Counsel | 10.30 | 274.50 | $2,827.35 |
| | **Total** | | | **33.50** | | **$8,358.75** |

PRIOR FEES                                $3,652.20

|  |  |
|---|---|
| FEES | $8,358.75 |
| COSTS & EXPENSES | $199.68 |
| **TOTAL THIS INVOICE** | **$8,558.43** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Debit Account Number CCDA-01-378

## all Debit Ledger for 07/16/2012 through

| DATE | APP ATTORNEY | CCID# | JURISDICTION | DEPT | JUDGE | CASENAME/NUMBER | FEE | LATE FEE | FEE TOTAL | BALANCE |
|---|---|---|---|---|---|---|---|---|---|---|
| 7/23/12 | Ben Eilenberg | 5067044 | Los Angeles Superior Court-Central(A-L) | 53 | Judge Steven J. Kleifield | Tikhonov, et al vs. GMAC, et al/BC487215 | $78.00 | $30.00 | $108.00 | ($17,137.70) |
| | | | | | | | | | | |
| 7/23/12 | Steven Gaddis | 5039180 | Shasta County Superior Court | 4 | Judge Monica Marlow | Lesinski vs. Bank of America N.A. et al/173052 | | Refund | $78.00 | ($17,21! |
| 7/23/12 | Ryan Ito | 4931502 | Ventura County Superior Court-Ventura | 22B | Judge Jeanne Flaherty | Flora Hernandez vs. New Century Mortgage/201100039835 | | Refund | $78.00 | ($17,293. |
| 10/19/12 | Evelina Marukyan | 5066831 | San Mateo County Superior Court | L&M | Judge Joseph E. Bergeron (L&M) | Reddica, et al. v. Bank of America, N.A., et al./CIV506758 | | Refund | $78.00 | ($17,371. |
| 7/31/12 | Ben Eilenberg | 5067157 | Los Angeles Superior Court-Pasadena | R | Judge Edward C. Simpson | City of Sierra Madre vs. Hildreth, et al/GC046442 | $78.00 | $0.00 | $78.00 | ($17,293.70) |
| 7/20/12 | Ben Eilenberg | 5067408 | Los Angeles Superior Court-Glendale | D | Judge David S. Milton | Robert Cohen vs American Heritage Lending Corp./03-EC057676 | $78.00 | $0.00 | $78.00 | ($17,215.70) |
| Reference # 5500.0306 | | | | | | | | | | |
| 7/30/12 | Adam Barasch | 5067668 | San Joaquin County Superior Court | 41 | Judge Michael D. Coughlan(8:45) | Ally v. Medina/39-2012-00277197 | $78.00 | $0.00 | $78.00 | ($17,37 |
| Reference # 16003.4220 | | | | | | | | | | |
| 8/1/12 | Adam Barasch | 5067694 | Solano County Superior Court | 3 | Judge Harry S. Kinnicutt | Ally Financial vs. Wright/FCM126670 | $78.00 | $0.00 | $78.00 | ($17,059. |
| Reference # 16003.4213 | | | | | | | | | | |
| 7/24/12 | Jerry Franich | 5068130 | San Bernardino Superior Court-Joshua Tree District. | M4 | Judge Frank Gatkowski | Southern California Edison vs. Fleming/CIVMS1200076 | $78.00 | $30.00 | $108.00 | ($16,951.70) |
| Reference # 19000-1258 | | | | | | | | | | |

From Auto Debit Send on 07/31/12 at 11:21 PM

Page 13

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327403    JBS                                September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1337     Pichardo, Julio
                   GMAC Matter No.: 730487

**TOTAL AMOUNT DUE**          $2,206.95

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327403    JBS                                         September 25, 2012

GMAC Mortgage, LLC

Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1337    Pichardo, Julio
                         GMAC Matter No.: 730487

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| RJG | 08/02/12 | Attention to bankruptcy stay and pending case issues and correspondence with our client to respond to an inquiry regarding the same. | L120 | 0.30 | 274.50 | 82.35 |
| RJG | 08/03/12 | Analysis and evaluation of case investigation and pending case issues and attention to litigation strategy. | L120 | 0.20 | 274.50 | 54.90 |
| RJG | 08/08/12 | Analysis and evaluation of bankruptcy stay and pending case allegations and claims and correspondence with our client to address the same. | L120 | 0.50 | 274.50 | 137.25 |
| JHT | 08/08/12 | Corresponded with Client Re. Conference Call Re. B/K. | L190 | 0.10 | 238.50 | 23.85 |
| RJG | 08/09/12 | Analysis and evaluation of bankruptcy stay and pending complaint allegations and claims and correspondence with our client to respond to an inquiry regarding the same. | L120 | 0.50 | 274.50 | 137.25 |
| JHT | 08/09/12 | Corresponded with Client Re. Case Status. | L190 | 0.20 | 238.50 | 47.70 |
| JHT | 08/09/12 | Prepared Summary of Case, Procedural History and Discovery for Client. | L190 | 0.50 | 238.50 | 119.25 |
| RJG | 08/13/12 | Analysis and evaluation of bankruptcy stay and pending case claims and issues and telephone call conference with out client and bankruptcy counsel to address the same. | L120 | 0.50 | 274.50 | 137.25 |
| JHT | 08/13/12 | Prepared for Conference Call with Client. | L190 | 0.70 | 238.50 | 166.95 |
| JHT | 08/13/12 | Conference Call with Client and | L190 | 0.40 | 238.50 | 95.40 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 327403 | CLIENT | GMAC ResCap | | | | Page | 2 |
| | | MATTER | Pichardo, Julio | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | Morrison & Foerster Re. Effect of Bankruptcy Stay on Case. | | | | |
| RJG | 08/14/12 | Attention to issues regarding relief being sought from the bankruptcy stay and correspondence with our client to address the same. | L120 | 0.30 | 274.50 | 82.35 |
| RJG | 08/20/12 | Analysis and evaluation of motion for relief from bankruptcy stay and pending civil case issues and multiple correspondence with our client and bankruptcy counsel to respond to an inquiry regarding the same. | L120 | 0.50 | 274.50 | 137.25 |
| JHT | 08/20/12 | Reviewed Correspondence from Morrison & Foerster Re. Plaintiff's Motion for Relief from B/K Stay. | L190 | 0.10 | 238.50 | 23.85 |
| JHT | 08/20/12 | Reviewed Objection to Plaintiff's Motion for Relief to Stay Drafted By Morrison & Foerster. | L210 | 0.30 | 238.50 | 71.55 |
| JHT | 08/20/12 | Reviewed Declaration ISO Objection to Plaintiff's Motion for Relief to Stay Drafted by Morrison & Foerster. | L210 | 0.10 | 238.50 | 23.85 |
| RJG | 08/21/12 | Attention to Plaintiff's motion for relief from bankruptcy stay and pending civil case issues and correspondence with our client and bankruptcy counsel to address the same. | L120 | 0.40 | 274.50 | 109.80 |
| JHT | 08/21/12 | Corresponded with Morrison & Foerster Re. Objection to Plaintiff's Motion for Relief from B/K Stay and Notice of B/K Stay and Correspondence to Plaintiff's Counsel Re. B/K Stay. | L190 | 0.20 | 238.50 | 47.70 |
| JHT | 08/21/12 | Reviewed Revised Draft of Objection to Plaintiff's Motion for Relief from Stay. | L190 | 0.10 | 238.50 | 23.85 |
| JHT | 08/21/12 | Reviewed Revised Draft of Declaration ISO Objection to Plaintiff's Motion for Relief from Stay. | L190 | 0.10 | 238.50 | 23.85 |
| RJG | 08/22/12 | Attention to motion for relief from stay issues and correspondence with our client to address the same. | L120 | 0.30 | 274.50 | 82.35 |
| RJG | 08/29/12 | Analysis and evaluation of the bankruptcy court order denying | L120 | 0.40 | 274.50 | 109.80 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 327403 | CLIENT | GMAC ResCap | | | Page | 3 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Pichardo, Julio | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | Plaintiff's motion for relief from stay and multiple correspondence with our client and bankruptcy counsel to address the same. | | | | |
| YS | 08/29/12 | Receipt, review and analysis of the Bankruptcy Court's order denying plaintiff's motion for relief from stay | L120 | 0.10 | 238.50 | 23.85 |
| | | **TOTAL** | | **6.80** | | **$1,762.20** |

### COSTS & EXPENSES

| | | | |
|---|---|---|---|
| 08/15/12 | First Legal Network, LLC; Transmittal of filing to court; OCSC- Central 7/30/12. Advance ck. $435.00 | | 444.75 |
| | **TOTAL COSTS & EXPENSES** | **$444.75** | |

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 4.00 | $1,094.40 |
| L190 | Other Case Assessment | 2.40 | $572.40 |
| L210 | Pleadings | 0.40 | $95.40 |
| | **TOTAL** | **6.80** | **$1,762.20** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Tuffaha, Joe | JHT | Associate | 2.80 | 238.50 | $667.80 |
| Gandy, Robert | RJG | Special Counsel | 3.90 | 274.50 | $1,070.55 |
| Shaham, Yaron | YS | Special Counsel | 0.10 | 238.50 | $23.85 |
| | **Total** | | **6.80** | | **$1,762.20** |

| | | | |
|---|---|---|---|
| PRIOR FEES | $2,097.00 | | |
| | FEES | | $1,762.20 |
| | COSTS & EXPENSES | | $444.75 |
| | **TOTAL THIS INVOICE** | | **$2,206.95** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

**INVOICE**

LOS ANGELES, CA 90084-4250

TAX ID# 27-3093840

| INVOICE NO. | CUSTOMER NO. |
|---|---|
| 367241 | 23103 |
| INVOICE DATE | TOTAL DUE |
| 7/31/12 | 18,687.02 |

SEVERSON & WERSON
CARRIE TINKER (OFFICE MNGR)
19100 VON KARMAN, SUITE 700
IRVINE, CA 92612

BILLING QUESTIONS CALL:
BILLING DEPT(213)213-2631
PAYMENT QUESTIONS CALL:
PAYMENT DEPT(213)213-2640

| | Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|---|
| | 23103 | 367241 | 7/31/12 | 18,687.02 | 18 |

| Date | Ordr No. | Svc | Service Detail | | Charges | | Total |
|---|---|---|---|---|---|---|---|
| 7/30/12 9494813 BAR RESEARCH-BRANCH SAME DAY | | | CCSC-MARTINEZ 725 COURT STREET MARTINEZ CA 94553 Caller: Lorraine Johnson Case No.: L11-07641 OBTAIN COPY OF THE Signed: OBTAINED | SEVERSON & WERSON 19100 VON KARMAN IRVINE CA 92605 Case Title: AMERICREDIT V WILLIE COMPLAINT & PDF BACK Ref: 31085.0171 | Base Chg : 137.00 Research : 13.40 Adv/Wit Ck: 7.00 | | 157.40 |
| 7/30/12 9494881 FAX FILING-FAX/PDF | | | SEVERSON & WERSON 19100 VON KARMAN IRVINE CA 92605 Case No.: 37 2012 00091959 FILE/CONFORM/RETURN Signed: FILED/PDF | SDSC-SAN DIEGO 330 WEST BROADWAY SAN DIEGO CA 92101 Case Title: arbib v bank of amer NEED EMAIL CONFIRMAT Ref: 70000.0642 | Base Chg : 29.75 | | 29.75 |
| 7/30/12 9494888 BNR RESEARCH-BRANCH NEXT DAY | | | LASC-PASADENA 300 EAST WALNUT STREET PASADENA CA 91101 Caller: Jeff Weddle Case No.: none Pls. obtain a confor Signed: completed/pdf | SEVERSON & WERSON 19100 VON KARMAN IRVINE CA 92605 med/entered copy of Ref: 19000.0809 | Base Chg : 51.25 Research : 20.10 | | 71.35 |
| 7/30/12 9494905 FAX FILING-FAX/PDF | | | SEVERSON & WERSON 19100 VON KARMAN IRVINE CA 92605 Caller: DIANA J LOPEZ    Wait: 18 Min Case No.: BC461808 FILE/CONFORM/RETURN Signed: filed | LASC-LOS ANGELES 111 NORTH HILL STREET LOS ANGELES CA 90012 Case Title: SIN V GMA MORTGAGE NEEDS EMAIL CONFIRMA Ref: 19000.0944 | Base Chg : 29.75 | | 29.75 |
| 7/30/12 9494921 OCU OC-UNLIMITED PDF/FAX FILE | | | SEVERSON & WERSON 19100 VON KARMAN IRVINE CA 92605 Caller: Jeff Weddle Case No.: 30-2012-00581642-CU Pls. file the attach Signed: filed | OCSC-Central 700 Civic Center Drive West SANTA ANA CA 92701 Case Title: Pichardo v. GMAC Mor ed today, 7/30/12, i Ref: 19000.1337 | Base Chg : 9.75 Adv/Wit Ck: 435.00 | | 444.75 |
| 7/30/12 9495060 FAX FILING-FAX/PDF | | | SEVERSON & WERSON 19100 VON KARMAN IRVINE CA 92605 Caller: MARY CRONIN Case No.: 111cv210028 FILE/CONFORM/RETURN Signed: FILED | SCSC-SAN JOSE 191 NORTH 1ST STREET SAN JOSE CA 95113 Case Title: sepehry-fard v bank pdf cc Ref: 70000.080 | Base Chg : 64.75 | | 64.75 |
| | | | | | | | Continued |

## INVOICE PAYMENT DUE UPON RECEIPT

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327404    JBS                                    September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006


CLIENT    19000    GMAC ResCap
MATTER    1359    Smith, Brian and Katherine
                  GMAC Matter No.: 731613


**TOTAL AMOUNT DUE**            **$4,578.00**


### *** *REMITTANCE COPY* ***
*Please include this page with payment.*


Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     327404     JBS                         September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter     19000  1359     Smith, Brian and Katherine
                           GMAC Matter No.: 731613

FOR PROFESSIONAL SERVICES RENDERED     01/01/1994          08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| RJG | 08/15/12 | Analysis and evaluation of Plaintiff's complaint, the third party buyer complaint, Plaintiffs' bankruptcy and pending case issues and attention to litigation strategy. | L120 | 1.30 | 274.50 | 356.85 |
| RJG | 08/15/12 | Attention to case analysis and investigation and multiple correspondence with our client to address the same. | L120 | 0.60 | 274.50 | 164.70 |
| KWF | 08/15/12 | Receive and analyze file in preparation for further handling. Evaluate related quiet title complaint and related bankruptcy court docket. | L120 | 1.50 | 270.00 | 405.00 |
| KWF | 08/15/12 | Prepare email to client, C. DiCicco, with initial analysis and recommendation to demur. | L120 | 0.50 | 270.00 | 135.00 |
| LJT | 08/16/12 | Research title records to prepare chronology and Pacer research to ascertain bankruptcy filings by plaintiffs, review docket re status of B. Smith bankruptcy and review docket re status of bankruptcy filed by alleged transferee of interest in property, Ismael Lopez. | L110 | 0.80 | 130.50 | 104.40 |
| CHR | 08/16/12 | Prepare Confirmation of Receipt to Client. Review Initial Correspondence and Pleadings. Review Court Docket and Download additional pleadings. Review Title re recorded Lis Pendens. Prepare Conflicts Request and Calendaring Memo. | L190 | 0.40 | 130.50 | 52.20 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 327404 | CLIENT | GMAC ResCap | | | Page | 2 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | MATTER | Smith, Brian & Katherine | | | | |

| | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| RJG | 08/16/12 | Analysis and evaluation of third party buyer case dismissal and case investigation issues and multiple correspondence with third party buyer's counsel regarding the same. | L120 | 0.50 | 274.50 | 137.25 |
| RJG | 08/16/12 | Attention to third party buyer unlawful detainer case dismissal and pending civil case issues and correspondence with third party buyer counsel to address the same. | L120 | 0.30 | 274.50 | 82.35 |
| KWF | 08/16/12 | Telephone conference with co-defendant's counsel, S. Arsht, re: quiet title lawsuit. | L190 | 0.20 | 270.00 | 54.00 |
| KWF | 08/16/12 | Prepare draft demurrer to Plaintiff's complaint. | L240 | 5.00 | 270.00 | 1,350.00 |
| KWF | 08/16/12 | Analysis and evaluation of Civil Code 2924(g) re:fidelity and perfection of foreclosures. | L120 | 0.30 | 270.00 | 81.00 |
| LJT | 08/18/12 | Review title records and prepare chronology. | L110 | 1.00 | 130.50 | 130.50 |
| RJG | 08/20/12 | Analysis and evaluation of Plaintiffs' complaint and review and revise the demurrer to the complaint. | L250 | 0.80 | 274.50 | 219.60 |
| RJG | 08/20/12 | Attention to demurrer and pending case issues and correspondence with our client to advise regarding the same. | L250 | 0.20 | 274.50 | 54.90 |
| KWF | 08/20/12 | Prepare request for judicial notice. | L210 | 0.40 | 270.00 | 108.00 |
| KWF | 08/20/12 | Prepare final revisions and additions to draft demurrer. | L120 | 0.50 | 270.00 | 135.00 |
| RJG | 08/22/12 | Analysis and evaluation of demurrer and pending case issues and attention to litigation strategy. | L120 | 0.30 | 274.50 | 82.35 |
| RJG | 08/28/12 | Analysis and evaluation of demurrer and pending case issues and attention to litigation strategy. | L120 | 0.20 | 274.50 | 54.90 |
| | | **TOTAL** | | **14.80** | | **$3,708.00** |

## COSTS & EXPENSES

| | | |
| --- | --- | --- |
| 08/31/12 | Clerk of the Court -D; Court and Filing Fees; First Appearance Fee for Executive Trustee Service LTD. Draft#28408 8/21/12 | 435.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.   327404 | CLIENT | GMAC ResCap | Page | 3 |
|---|---|---|---|---|
| | MATTER | Smith, Brian & Katherine | | |

| | | |
|---|---|---|
| 08/31/12 | Clerk of the Court -D; Court and Filing Fees; First Appearance Fee for GMAC Mortgage LLC. Draft#28407 8/21/12 | 435.00 |
| | **TOTAL COSTS & EXPENSES** | **$870.00** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 1.80 | $234.90 |
| L120 | Analysis/Strategy | 6.00 | $1,634.40 |
| L190 | Other Case Assessment | 0.60 | $106.20 |
| L210 | Pleadings | 0.40 | $108.00 |
| L240 | Dispositive Motions | 5.00 | $1,350.00 |
| L250 | Other Written Motions | 1.00 | $274.50 |
| | **TOTAL** | **14.80** | **$3,708.00** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Rommell, Clair | CHR | Paralegal | 0.40 | 130.50 | $52.20 |
| Franich, Kerry | KWF | Associate | 8.40 | 270.00 | $2,268.00 |
| Tarwater, Linda | LJT | Paralegal | 1.80 | 130.50 | $234.90 |
| Gandy, Robert | RJG | Special Counsel | 4.20 | 274.50 | $1,152.90 |
| | **Total** | | **14.80** | | **$3,708.00** |

| | | |
|---|---|---|
| | FEES | $3,708.00 |
| | COSTS & EXPENSES | $870.00 |
| | **TOTAL THIS INVOICE** | **$4,578.00** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

28408

90-3779
1211

| CASE/CLIENT | DATE | CLIENT | MATTER | PURPOSE |
|---|---|---|---|---|
| Brian/Mti Capital vs. GMAC Mortgage et al | 8/11/10 | 19000 | 1359 | First Appearance fee |

for One Executive Treasure Seq

PAY TO THE ORDER OF _Clerk of the Court_

THE SUM OF _Four hundred thirty-five and 00/100_ DOLLARS $ **435.00**

(VOID 60 DAYS AFTER DATE)

PAYABLE THROUGH

**Borel Private Bank & Trust Company**®
450 CALIFORNIA STREET · SAN FRANCISCO, CA 94104

PAYEE IS AUTHORIZED TO INSERT CORRECT AMOUNT NOT TO EXCEED $650.00.

SEVERSON & WERSON
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

NON NEGOTIABLE

BY _____

ONE EMBARCADERO CENTER 26th FLOOR · SAN FRANCISCO, CA 94111 · (415) 398-3344
19100 VON KARMAN, SUITE 700 · IRVINE, CA 92612 · (949) 442-7710



28407

90-3776
1211

CASE/CLIENT
SMORKI/NTICARLO V. GMAC Mortgage LLC

DATE 8/11/12  CLIENT 01000  MATTER 1359

PURPOSE
First Appearance fee
re GMAC Mortgage LLC

PAY TO THE
ORDER OF  Clerk of the Court

THE SUM OF  Four hundred thirty-five and 00/100  DOLLARS $ 435.00

(VOID 60 DAYS AFTER DATE)

PAYEE IS AUTHORIZED TO INSERT CORRECT AMOUNT NOT TO EXCEED $650.00.

PAYABLE THROUGH

**Borel Private Bank**
**& Trust Company®**
CALIFORNIA STREET · SAN FRANCISCO, CA 94104

SEVERSON & WERSON
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
ONE EMBARCADERO CENTER 26th FLOOR · SAN FRANCISCO, CA 94111 · (415) 398-3344
19100 VON KARMAN, SUITE 700 · IRVINE, CA 92612 · (949) 442-7110

BY

**NON NEGOTIABLE**

# Severson
# & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     326888     JBS                                September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
|--------|-------|-------------|
| MATTER | 1256 | Teang, Srey (Meas) |
| | | GMAC Matter No.: 725847 |

**TOTAL AMOUNT DUE**          $1,687.50

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     326888     JBS                                      September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter     19000 1256     Teang, Srey (Meas)
                          GMAC Matter No.: 725847

FOR PROFESSIONAL SERVICES RENDERED     01/01/1994          08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ERB | 08/02/12 | Communiactions wtih client re Bankruptcy issues and revised notice of stay. | L120 | 0.20 | 279.00 | 55.80 |
| ERB | 08/03/12 | Attention to Bankruptcy issues and review and analysis of Permitted Claims based on final Supplemental order. | L120 | 0.50 | 279.00 | 139.50 |
| EMR | 08/03/12 | Complete analysis of claims that can and cannot proceed under final order, as needed for recommendation to client. | L120 | 0.40 | 306.00 | 122.40 |
| EMR | 08/03/12 | E-mail to J. Hoye with analysis of claims that can and cannot proceed under final order, going forward strategy regarding pending motion to dismiss. | L120 | 0.30 | 306.00 | 91.80 |
| ERB | 08/06/12 | Attention to status and strategy and communications with client re same. | L120 | 0.10 | 279.00 | 27.90 |
| ERB | 08/10/12 | Review and revise amended notice of Bankruptcy Stay. | L250 | 0.40 | 279.00 | 111.60 |
| EMR | 08/10/12 | E-mail communications with J. Hoy regarding amended notice of bankruptcy stay. | L120 | 0.20 | 306.00 | 61.20 |
| EMR | 08/11/12 | Prepare amended notice of stay based upon final supplemental order for limited stay relief specifically identifying permited and non-permitted claims contained in plaintiff's amended complaint. | L250 | 1.20 | 306.00 | 367.20 |
| EMR | 08/11/12 | Prepare letter to opposing counsel regarding amended notice of stay, final | L250 | 0.90 | 306.00 | 275.40 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 326888 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Teang, Srey (Meas) | | | | |

| | | supplemental order for limited stay relief, and identifying permitted and non-permitted claims. | | | | |
|---|---|---|---|---|---|---|
| EMR | 08/11/12 | Prepare notice of withdrawal and intent to re-file motion to dismiss based upon amended notice of bankruptcy stay, final supplemental order for limited stay relief and permitted and non-permitted claims. | L240 | 0.60 | 306.00 | 183.60 |
| ERB | 08/23/12 | Review and revise motion to dismiss or transfer venue. | L210 | 0.90 | 279.00 | 251.10 |
| | | **TOTAL** | | **5.70** | | **$1,687.50** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 1.70 | $498.60 |
| L210 | Pleadings | 0.90 | $251.10 |
| L240 | Dispositive Motions | 0.60 | $183.60 |
| L250 | Other Written Motions | 2.50 | $754.20 |
| | **TOTAL** | **5.70** | **$1,687.50** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Roman, Eleanor | EMR | Special Counsel | 3.60 | 306.00 | $1,101.60 |
| Buell, Edward | ERB | Associate | 2.10 | 279.00 | $585.90 |
| | **Total** | | **5.70** | | **$1,687.50** |

PRIOR FEES                    $11,835.00

| | FEES | $1,687.50 |
|---|---|---|
| | **TOTAL THIS INVOICE** | **$1,687.50** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

DUANE M. GECK (State Bar No. 114823)
dmg@severson.com
DONALD H. CRAM (State Bar No. 160004)
dhc@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Retained Professionals

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

## PROOF OF SERVICE

## PROOF OF SERVICE

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of San Francisco, State of California. My business address is One Embarcadero Center, Suite 2600, San Francisco, CA 94111.

On September 27, 2012, I served true copies of the following document(s):

**SEVERSON & WERSON, P.C.'S MONTHLY STATEMENT FOR COMPENSATION AND EXPENSE REIMBURSEMENT FOR THE TIME PERIOD AUGUST 1, 2012 THROUGH AUGUST 31, 2012 (W/Exhibits A & B)**

on the interested parties in this action as follows:

### SEE ATTACHED SERVICE LIST

**BY FEDEX:** I enclosed said document(s) in an envelope or package provided by FedEx and addressed to the persons at the addresses listed in the Service List. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of FedEx or delivered such document(s) to a courier or driver authorized by FedEx to receive documents.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on September 27, 2012, at San Francisco, California.

Linda K. Han

19000.9997/2344296.1

## SERVICE LIST

**Counsel for Debtors**
Morrison & Foerster LLP
Attn: Larren M. Nashelsky, Gary S. Lee and
Lorenzo Marinuzzi
1290 Avenue of the Americas
New York, NY 10104

**United States Trustee**
Office of the U.S. Trustee for the Southern
District of New York
Attn: Tracy Hope Davis, Linda A. Rifkin and
Brian S. Masumoto
33 Whitehall Street, 21st Floor
New York, NY 10004

**Counsel for Creditors' Committee**
Kramer Levin Naftalis & Frankel LLP
Attn: Kenneth H. Eckstein and Douglas H.
Mannal
1177 Avenue of the Americas
New York, NY 10036

**Counsel for Ally Financial Inc.**
Kirkland & Ellis
Attn: Richard M. Cieri and Ray C. Schrock
601 Lexington Avenue
New York, NY 10022

**Counsel for Barclays Bank PLC**
Skadden, Arps, Slate,Meagher & Flom LLP
Attn: Kenneth S. Ziman and Jonathan H. Hofer
4 Times Square
New York, NY 10036