Marc Abrams
Richard Choi
Jennifer J. Hardy
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019
Telephone: (212) 728-8000
Facsimile: (212) 728-8111

*Attorneys for Monarch Alternative Capital LP*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

_____
                                                        )
In re:                                                 )          Chapter 11
                                                        )
Residential Capital, LLC, *et al.*,         )          Case No. 12-12020 (MG)
                                                        )
                            Debtors.          )          Jointly Administered
_____ )

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE the law firm of Willkie Farr & Gallagher LLP, hereby enters its appearance as counsel, to represent **Monarch Alternative Capital LP** ("**Monarch**") in the above-captioned matter, in its capacity as investment advisor to certain funds holding residential mortgage-backed securities, and under, *inter alia*, Rules 2002, 7006 and 9007 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") and section 1009(b) of title 11 of the United States Code (the "**Bankruptcy Code**"), requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given to and served upon the following:

        Willkie Farr & Gallagher LLP
        787 Seventh Avenue
        New York, NY 10019
        Telephone: 212-728-8000
        Facsimile: 212-728-8111

        Attn:   Marc Abrams, Esq.
                 Richard Choi, Esq.
                 Jennifer J. Hardy, Esq.

        Email:  mabrams@willkie.com
                  rchoi1@willkie.com
                  jhardy2@willkie.com

      PLEASE TAKE FURTHER NOTICE that pursuant to Rules 2002 and 9010(b) of the Bankruptcy Rules, the foregoing request includes, without limitation, all orders and notices, including but not limited to applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, schedules of assets and liability, statements of financial affairs, operating reports and plans, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telecopier or otherwise. This Notice of Appearance shall not constitute a submission by Monarch to the jurisdiction of the Bankruptcy Court.

FURTHER, if any limited service lists are used in these proceedings, the undersigned requests inclusion thereon.

Dated:   New York, New York
         October 17, 2012

WILLKIE FARR & GALLAGHER LLP

By: /s/ Marc Abrams
    Marc Abrams
    Richard Choi
    Jennifer J. Hardy

    787 Seventh Avenue
    New York, New York 10019
    Telephone: (212) 728-8000

    *Attorneys for Monarch Alternative Capital LP*