**CHADBOURNE & PARKE LLP**
30 Rockefeller Plaza
New York, New York 10112
Telephone: (212) 408-5100
Facsimile: (212) 541-5369

*Counsel to the Examiner*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------- x
In re:                                              :    Chapter 11
                                                    :
Residential Capital, LLC, et al.,                   :    Case No. 12-12020 (MG)
                                                    :
            Debtors.                                :    Jointly Administered
---------------------------------------------------------- x

## AFFIDAVIT OF SERVICE

Robert A. Schwinger, being duly sworn, deposes and says:

1. I am an attorney-at-law admitted to practice before the bar of this Court and am a member of the law firm of Chadbourne & Parke LLP, counsel to Arthur J. Gonzalez, the court-appointed Examiner (the "Examiner") for Residential Capital, LLC and its affiliated debtors in the above-captioned cases. I am not a party to this action and am over the age of eighteen.

2. On the dates specified below, I caused to be served in the manner set forth below, true and correct copies of the Examiner's respective *Subpoenas for Rule 2004 Examination* upon each of the parties identified below:

   (i) Cerberus Capital Management, L.P. ("Cerberus")
       Subpoena for Rule 2004 Examination dated August 28, 2012

       I sent this a copy of this subpoena by electronic mail on August 28, 2012 at 4:34 p.m. to Howard O. Godnick, Esq., of Schulte Roth & Zabel LLP, counsel for Cerberus, who earlier that day verbally advised me that he would accept service

CPAM: 5005554.2

of such subpoena on behalf of Cerberus, which statement was memorialized in my transmittal e-mail to Mr. Godnick.

(ii) Sandler O'Neill & Partners, L.P. ("Sandler")
Subpoena for Rule 2004 Examination dated August 29, 2012

I caused this subpoena to be delivered to Sandler by hand on August 29, 2012, and Sandler thereafter confirmed to me that they accepted service of this subpoena, by an e-mail to me from Rebecca Ebert of Sandler sent on August 29, 2012 at 4:22 p.m.

(iii) Goldin Associates, LLC ("Goldin")
Subpoena for Rule 2004 Examination dated August 29, 2012

I caused this subpoena to be delivered to Goldin by hand on August 29, 2012, and I later e-mailed a copy of it to Goldin's General Counsel Jonathan E. Goldin on August 31, 2012. Goldin later confirmed to me that it accepted service of this subpoena by an e-mail to me from Jonathan E. Goldin sent on September 4, 2012 at 9:43 a.m.

(iv) Houlihan Lokey Howard & Zukin ("Houlihan")
Subpoena for Rule 2004 Examination dated August 28, 2012

This subpoena was formally served on Houlihan on September 4, 2012, as set forth in the affidavit of service from the process server, a copy of which is annexed hereto as Exhibit A.

(v) Lazard Ltd. ("Lazard")
Subpoena for Rule 2004 Examination dated September 12, 2012

I caused this subpoena was to be delivered to Lazard Ltd. by hand on September 12, 2012, and a copy of the subpoena was thereafter e-mailed by me to Lazard Ltd.'s counsel, Arthur H. Ruegger, Esq., of SNR Denton US LLP, on September 21, 2012 at 12:41 p.m. Mr. Ruegger thereafter confirmed to me that he accepted service of the subpoena on Lazard Ltd.'s behalf, by an e-mail to me sent on September 21, 2012 at 2:49 p.m.

(vi) UBS Investment Bank and UBS Securities, LLC (collectively "UBS")
Subpoenas for Rule 2004 Examination dated September 21, 2012

I caused these subpoenas to be delivered to UBS by hand on September 21, 2012. Copies of these subpoenas were thereafter formally served on UBS on September 28, 2012, as set forth in the affidavit of service from the process server, a copy of which is annexed hereto as Exhibit B. In addition, I also e-mailed copies of these subpoenas to UBS's counsel, Aric Wu, Esq., of Gibson, Dunn & Crutcher LLP, by e-mail sent on September 28, 2012 at 3:39 p.m, following a telephone call that

2

Mr. Wu placed to me minutes earlier in which he verbally agreed to accept service of the e-mailed subpoenas on UBS's behalf.

3. I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment under penalty of perjury.

_____
Robert A. Schwinger

Sworn to before me this
17th day of October, 2012

_____
Notary Public

THOMAS J. HALL
Notary Public, State of New York
No. 02-44831731
Qualified in New York County
Commission Expires June 30, 20__

3

CPAM: 5005554.2