# EXHIBIT A

EPS Judicial Process Service, Inc.
29-27 41st Avenue, Suite 807
Long Island City, NY 11101
Telephone: 718-472-2900
Facsimile: 718-472-2909

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
In re:

    RESIDENTIAL CAPITAL, LLC, et al.,

                         Debtors.
-----------------------------------------------------------------X

Case No. 12-12020
AFFIDAVIT OF SERVICE

STATE OF CALIFORNIA    )
                                :s.s:
COUNTY OF LOS ANGELES  )

        JORGE RIVERA, being duly sworn, deposes and says:

        I am not a party to this action, am over the age of eighteen years of age and reside in the State of California.

        I am an agent for EPS Judicial Process Service, Inc. and received the Subpoena for Rule 2004 Examination and Order (I) Granting Examiner Authority to Issue Subpoenas for The Production of Documents and Authorizing the Examination of Persons and Entities, (II) Establishing Procedures for Responding to those Subpoenas (III) Approving Establishment of A Document Depository and Procedures to Govern Use, and (IV) Approving Protective Order for the above entitled-action to be served upon Houlihan Lokey Howard & Zukin.

        On the 4th day of September, 2012, at approximately 12:50 p.m. at 10250 Constellation Boulevard, Los Angeles, California, I served true copies of the SUBPOENA FOR RULE 2004 EXAMINATION and ORDER (I) GRANTING EXAMINER AUTHORITY TO ISSUE SUBPOENAS FOR THE PRODUCTION OF DOCUMENTS AND AUTHORIZING THE EXAMINATION OF PERSONS AND ENTITIES, (II) ESTABLISHING PROCEDURES FOR RESPONDING TO THOSE

SUBPOENAS (III) APPROVING ESTABLISHMENT OF A DOCUMENT DEPOSITORY AND PROCEDURES TO GOVERN USE, AND (IV) APPROVING PROTECTIVE ORDER, in the above-entitled action upon, HOULIHAN LOKEY HOWARD & ZUKIN, by personally delivering to and leaving thereat, true copies of the above mentioned documents with David Brown. At time of service, Mr. Brown identified himself as the Assistant General Counsel for Houlihan Lokey Howard & Zukin and as a person authorized to accept service of process for Houlihan Lokey Howard & Zukin.

Mr. Brown is a Caucasian male, approximately 35 years of age, 5'8" tall, 150 lbs, with dark hair and dark eyes.

Sworn to before me this
5th day of September, 2012

NOTARY PUBLIC

_____
JORGE RIVERA

SURYA VON ROSEN
COMM. # 1977680
NOTARY PUBLIC - CALIFORNIA
RIVERSIDE COUNTY
My Comm. Exp. May 10, 2016