# EXHIBIT B

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x
In re:                                                 :   Chapter 11
                                                       :
Residential Capital, LLC, et al.,                      :   Case No. 12-12020 (MG)
                                                       :
                    Debtors.                           :   Jointly Administered
------------------------------------------------------x

STATE OF NEW YORK     )
                      ; ss:
COUNTY OF NEW YORK    )

### AFFIDAVIT OF SERVICE

GRISELDA R. TORO-RAMOS, being duly sworn, deposes and says:

1. I am employed by the law firm of Chadbourne & Parke LLP, not a party to this action and over the age of eighteen.

2. On the 28th day of September, 2012, at approximately 3:22 p.m. at 1285 Avenue of the Americas, New York, New York, I served a true and correct copy of **SUBPOENA FOR RULE 2004 EXAMINATION** for UBS Investment Bank, and a **SUBPOENA FOR RULE 2004 EXAMINATION** for UBS Securities LLC., by personally delivering to and leaving thereat, true copies of the above mentioned documents with Richard Andrews. At time of service, Mr. Andrews identified himself as Paralegal for UBS Securities LLC and UBS Investment Bank, and was a person authorized to accept such subpoenas.

_____
GRISELDA R. TORO-RAMOS

Sworn to before me this
17th day of October, 2012

_____
Notary Public

WILLIAM L. BELLOTTI
Notary Public, State of New York
No. 01-BE4508468
Qualified in New York County
Commission Expires April 30, 20_15_