**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

# APPLICATION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

I, David A. Beck, a member in good standing of the bar(s) of the State(s) of Ohio and the bar(s) of the United States District Court for the Southern District of Ohio, request admission, *pro hac vice*, before the Honorable Martin Glenn to represent Residential Capital, LLC, *et al*., in the above-referenced case.

My address is:   Carpenter Lipps & Leland LLP
                 280 Plaza, Suite 1300
                 280 North High Street
                 Columbus, Ohio 43215
                 (614) 365-4100

The filing fee of $200.00 has been submitted with this Application for *pro hac vice* admission.

Dated: October 19, 2012                    Respectfully submitted,

                                           By:   /s/David A. Beck
                                                 David A. Beck

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | ) | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

# ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE*

Upon the motion of David A. Beck, dated October 19, 2012, for admission to practice *pro hac vice* to represent Residential Capital, LLC, *et al*. in the above-captioned case, and upon the movant's certification that the movant is a member in good standing of the bar(s) of the State(s) of Ohio and the bar(s) of the United States District Court for the Southern District of Ohio, IT IS HEREBY ORDERED that David A. Beck is admitted to practice, *pro hac vice*, in the above-captioned case in the United States Bankruptcy Court for the Southern District of New York to represent Residential Capital, LLC, *et al*., provided that the filing fee has been paid.

Dated: New York, New York
　　　　＿＿＿＿＿, 2012

　　　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　The Honorable Martin Glenn
　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge
　　　　　　　　　　　　　　　　　　　　　　　Southern District of New York

2