# EXHIBIT B

### SUMMARY OF PROFESSIONAL SERVICES RENDERED BY PROJECT CATEGORY BY ORRICK, HERRINGTON & SUTCLIFFE LLP AS SPECIAL SECURITIZATION TRANSACTIONAL AND LITIGATION COUNSEL FOR THE DEBTORS FOR THE PERIOD MAY 14, 2012 THROUGH AUGUST 31, 2012

| Task Code | Matter Description | Total Billed Hours | Total Compensation |
|---|---|---|---|
| 141 | PSA Amendments | 750.50 | $365,818.71 |
| 142 | General Bankruptcy Administration | 45.90 | $21,168.68 |
| 143 | Retention | 144.50 | $99,421.00[1] |
| 144 | Compensation | 54.60 | $33,812.00[2] |
| 146 | Securitization Questions | 334.10 | $153,135.27 |
| 148 | Resolution of Pre-Bankruptcy Transactions | 57.70 | $31,086.77 |
| 149 | SEC Investigation Assistance | 4.20 | $3,532.10 |
| 150 | Non-Securitization | 6.00 | $3,804.29 |
| 151 | Termination of Servicing Contracts | 26.80 | $21,578.25 |
| **Total Hours & Fees Incurred** | | **1,424.30** | **$733,357.07** |

---

[1] Orrick voluntarily reduced its hours by 62.30 resulting in fees of $35,629.85 as stated in its Monthly Fee Statement for the Period May 14, 2012 through June 30, 2012.

[2] Orrick voluntarily reduced its hours by 11.50 resulting in fees of $8,606.05 as stated in its Monthly Fee Statement for the Period July 1, 2012 through July 31, 2012.