# EXHIBIT C

### SUMMARY OF PROFESSIONAL SERVICES RENDERED BY PROFESSIONAL BY ORRICK, HERRINGTON & SUTCLIFFE LLP AS SPECIAL SECURITIZATION TRANSACTIONAL AND LITIGATION COUNSEL FOR THE DEBTORS FOR THE PERIOD MAY 14, 2012 THROUGH AUGUST 31, 2012

| Name of Professional | Department and Licensure | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| **Partners/Of Counsel** | | | | |
| Katharine I. Crost | Structured Finance 1978 | $874.00 | 95.20 | $83,204.80 |
| Daniel J. Dunne | Securities Litigation & Regulatory Enforcement 1985 | $741.00 | 25.90 | $19,191.90 |
| Elyse D. Echtman | Commercial Litigation 1993 | $666.00 | 1.50 | $999.00 |
| Martin B. Howard | Structured Finance 1986 | $731.50 | 75.10 | $54,935.65 |
| Stephen J. Jackson | Tax 1996 | $736.26 | 0.80 | $589.01 |
| Dora Y. Mao | Structured Finance 1987 | $660.25 | 7.50 | $4,951.90 |
| Nikiforos Mathews | Structured Finance 1996 | $688.75 | 3.00 | $2,066.25 |
| Lorraine S. McGowen | Restructuring 1986 | $875.00 | 24.40 | $21,350.00 |
| James A. Meyers | Securities Litigation & Regulatory Enforcement 1981 | $902.50 | 2.60 | $2,346.50 |
| Thomas C. Mitchell | Restructuring 1985 | $790.00 | 13.80 | $10,902.00 |

| Name of Professional | Department and Licensure | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---:|---:|---:|
| Leah P. Sanzari | Structured Finance<br>1995 | $755.00 | 4.20 | $3,171.00 |
| Thomas J. Welsh | Insurance<br>1989 | $703.00 | 1.20 | $843.60 |
| Simon Willis | Commercial Litigation<br>1991 | $812.25 | 1.30 | $1,055.93 |
| **Associates** | | | | |
| Spencer C. Barrowes | Banking & Debt Capital Markets<br>2005 | $451.25 | 119.30 | $53,834.22 |
| Kristen Bartlett | Securities Litigation & Regulatory Enforcement<br>2010 | $370.50 | 0.80 | $296.40 |
| Duane K. Beasley | Structured Finance<br>2000 | $612.75 | 167.70 | $102,791.63 |
| Dennis M. Bent | Structured Finance<br>2005 | $451.25 | 235.30 | $106,179.39 |
| James Drury-Smith | Emerging Companies<br>2002 | $489.25 | 3.20 | $1,565.61 |
| James Duff | Structured Finance<br>2006 | $517.75 | 1.50 | $776.63 |
| John A. Farmer | Banking & Debt Capital Markets<br>2004 | $342.00 | 124.70 | $42,647.40 |
| Debra L. Felder | Restructuring<br>2002 | $617.50 | 138.00 | $85,215.00 |
| Njoki Gatimu | Structured Finance<br>2008 | $495.00 | 85.80 | $42,471.00 |

C-3

| Name of Professional | Department and Licensure | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| S. Chris Min | Structured Finance 2006 | $510.00 | 53.30 | $27,183.00 |
| Kara F. Moskowitz | Structured Finance 2005 | $530.00 | 4.70 | $2,491.00 |
| Boris Volodarsky | Structured Finance 2009 | $427.50 | 26.20 | $11,200.50 |
| Sarah R. Weissman | Corporate 2009 | $190.00 | 36.50 | $6,935.00 |
| **Paralegals/Paraprofessionals** | | | | |
| Debra O. Fullem | Bankruptcy Research Specialist | $256.50 | 29.60 | $7,592.40 |
| Margaret A. Goetz | Paralegal | $242.25 | 18.80 | $4,554.35 |
| Frances McKeown | Research Specialist | $232.76 | 1.20 | $279.31 |
| Sherwin Sabado | Research & Information Resource Assistant | $185.86 | 0.50 | $92.63 |
| Linda C. Santos | Senior Paralegal | $266.00 | 23.40 | $6,224.40 |
| Elizabeth Y. Walker | Senior Paralegal | $261.25 | 97.30 | $25,419.66 |
| **Total Professional Hours and Fees** | | | **1,424.30** | **$733,357.07** |
| **Total Hourly Blended Rate (excluding paralegals/paraprofessionals)** | | | | **$549.82** ($689,194.32/ 1,253.50 hrs = $549.82) |