# EXHIBIT D

### SUMMARY OF EXPENSES INCURRED BY ORRICK, HERRINGTON & SUTCLIFFE LLP AS SPECIAL SECURITIZATION TRANSACTIONAL AND LITIGATION COUNSEL FOR THE DEBTORS FOR THE PERIOD MAY 14, 2012 THROUGH AUGUST 31, 2012

| **Expense Category** | **Amount** |
|---|---:|
| Hand Delivery | $211.50 |
| Pacer | $146.20 |
| Secretary of State Filing Fees | $204.00 |
| Taxi | $116.42 |
| **Total** | **$678.12** |