# **EXHIBIT E**

**Exhibit E-1:** Orrick's First Monthly Fee Statement for the Time Period May 14, 2012 – June 30, 2012

**Exhibit E-2:** Orrick's Second Monthly Fee Statement for the Time Period July 1, 2012 – July 31, 2012

**Exhibit E-3:** Orrick's Third Monthly Fee Statement for the Time Period August 1, 2012 – August 31, 2012