# EXHIBIT E-1

# ORRICK'S FIRST MONTHLY FEE STATEMENT

# FOR THE TIME PERIOD

# <u>MAY 14, 2012 - JUNE 30, 2012</u>



## ORRICK

ORRICK, HERRINGTON & SUTCLIFFE LLP
51 W 52ND STREET
NEW YORK, NEW YORK  10019-6142

*tel* +1-212-506-5000
*fax* +1-212-506-5151
WWW.ORRICK.COM

Katharine I. Crost
(212) 506-5070
kcrost@orrick.com

August 16, 2012

## VIA ELECTRONIC MAIL AND OVERNIGHT MAIL

Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104
Attn: Larren M. Nashelsky, Gary S. Lee and
    Lorenzo Marinuzzi

Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004
Attn: Tracy Hope Davis, Linda A. Riffkin,
    and Brian S. Masumoto

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
Attn: Kenneth H. Eckstein and
    Douglas H. Mannal

Kirkland & Ellis
601 Lexington Avenue
New York, NY 10022
Attn: Richard M. Cieri and Ray C. Schrock

Skadden, Arps, Slate, Meagher & Flom LLP
4 Times Square
New York, New York 10036
Attn: Kenneth S. Ziman and
    Jonathan H. Hofer

> Re:    **In re Residential Capital, LLC, et al., Case No. 12-12020:
> Monthly Fee Statement of Orrick, Herrington & Sutcliffe LLP
> for the time period May 14, 2012 through June 30, 2012**

Dear Counsel:

Pursuant to the Bankruptcy Court's July 17, 2012 *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* (the "Order"), enclosed please find the monthly fee statement of Orrick, Herrington & Sutcliffe LLP ("Orrick") as Special Securitization Transactional and Litigation Counsel to Residential Capital, *et al.* (collectively, the "Debtors" or the "Company") for the time period May 14, 2012 through June 30, 2012 (the



**ORRICK**

August 16, 2012
Page 2

"Invoice Period"), which was served on the parties listed in paragraph 2(a) of the Order on August 16, 2012 (the "Monthly Fee Statement).

In the absence of a timely objection, the Debtors shall pay $249,535.27, consisting of the sum of (a) $249,331.27, an amount equal to 80% of the fees ($249,331.27 = $311,664.09 x 0.80) and (b) 100% of the expenses ($204.00) being requested in the Monthly Fee Statement. Pursuant to the *Order Under Section 327(e) of the Bankruptcy Code, Bankruptcy Rule 2014(a) and Local Rule 2014-1 Authorizing the Employment and Retention of Orrick Herrington & Sutcliffe LLP as Special Securitization Transactional and Litigation Counsel to the Debtors, Nunc Pro Tunc to May 14, 2012* (the "Orrick Appointment Order"), entered by the Bankruptcy Court on July 27, 2012, Orrick intends to apply the remaining amounts of its prepetition retainer ($160,829.03) as a credit toward the postpetition fees and expenses in this Monthly Fee Statement, after such postpetition fees and expenses are approved pursuant to the first Order of the Bankruptcy Court awarding fees and expenses to Orrick. (Orrick Appointment Order ¶ 10). Accordingly, in the absence of a timely objection and subject to Bankruptcy Court approval, $88,706.24 remains due and owing to Orrick after applying the remaining amounts of the prepetition retainer ($249,535.27 minus $160,829.03).

Objections to the Monthly Fee Statement are due by September 5, 2012 (*i.e.*, 20 days after the date of service of this Monthly Fee Statement).

Pursuant to the Order, Orrick hereby sets forth a description of services rendered to the Debtors, including total hours worked and rates applied,[1] and all reasonable out-of-pocket costs and expenses. The following is intended to serve as a summary description of the primary services rendered by Orrick during the Invoice Period. This summary is derived from the time records of the attorneys and paraprofessionals who worked on this matter (attached hereto as **Exhibit A**), which time records were maintained regularly and entered contemporaneously with the rendition of the services by each Orrick attorney and paraprofessional in the ordinary course of practice. Orrick has incurred actual out-of-pocket costs and expenses in connection with providing

---

[1] Orrick began representing the Company more than twenty years ago. In connection with its longstanding representation, Orrick has historically billed the Company at a discounted hourly rate for legal services rendered. Orrick has agreed to continue to bill the Company at its discounted hourly rates (subject to annual rate increases) during these Chapter 11 cases. Accordingly, the fees included in this Monthly Fee Statement reflect Orrick's discounted hourly rates. The "Timekeeper Summary" in Orrick's invoice shows Orrick's "Base Rate," which is the hourly rate normally charged to Orrick clients, and the "Billed Rate," which reflects the discounted hourly rates Orrick is providing to the Debtors.


ORRICK

August 16, 2012
Page 3

services to the Debtors.  Orrick, in the ordinary course of its legal practice, uses the most economical and efficient method, or, where appropriate, outside vendors, when incurring expenses.  Reimbursement of expenses incurred by Orrick to outside vendors is limited to the actual amounts billed to, or paid by, Orrick.

PSA Amendments (Matter 141)

Orrick researched and analyzed certain documents in connection with preparing amendments to pooling and servicing agreements for loans in securitizations as well as servicing agreements for loans that the Debtors service but that are not in securitizations.  Orrick advised the Debtors and their counsel, Morrison & Foerster, regarding the amendment process and the consents necessary for such amendments.  Orrick participated in telephone conferences and negotiations with certain parties, including, *inter alia*, the trustees and their counsel, in connection with the asset purchase agreement with Nationstar, which requires that certain provisions be added to the pooling and servicing agreements and the servicing agreements to explicitly permit the financing of servicing advances.  In connection with this matter, Orrick devoted 154.10 hours resulting in fees of $84,437.65 and $204.00 in expenses.

General Bankruptcy Administration (Matter 142)

Orrick reviewed the Debtors' first day motions, RMBS settlement agreement and related agreements and prepared notices of the Debtors' bankruptcy filing in the twelve FGIC cases.  Orrick also reviewed the adversary action to stay the FGIC litigation and corresponded with the Debtors and the Carpenter Lipps law firm regarding the same.  In connection with this matter, Orrick devoted 39.40 hours resulting in fees of $19,104.33 and no expenses.

Retention (Matter 143)

Orrick reviewed the conflicts checklist provided by Morrison & Foerster, which identified the Debtors, their direct and indirect domestic and foreign affiliates and subsidiaries, their creditors, professionals, and other parties in interest in these Chapter 11 cases.  Orrick conducted a search of its electronic conflicts database with respect to such entities.  That search produced a report consisting of approximately 19,000 pages.  In order to comply with the disclosure requirements of the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure, Orrick reviewed the report for connections with the Debtors, their creditors, and any other party in interest, their respective attorneys and accountants, the United States Trustee, and any person employed in the office of the United States Trustee.  Orrick also communicated internally with lawyers and paraprofessionals to assess and address any conflicts of interest and connections with such parties.  In connection with this review, Orrick devoted 62.30 hours resulting in fees of


ORRICK

August 16, 2012
Page 4

$35,629.85. Although Orrick believes these fees are compensable from the Debtors' estates, given Orrick's longstanding relationship with the Debtors and the Bankruptcy Court's statements at the July 13, 2012 hearing, Orrick has voluntarily reduced its fees in the amount of $35,629.85 in connection with this review.

The remaining fees incurred in this matter, which are included in this Monthly Fee Statement, involve time spent drafting Orrick's retention application and related exhibits and communicating with the Debtors and Morrison & Foerster regarding the application, the scope of Orrick's employment and related issues. In connection with this matter, Orrick devoted 95.80 hours resulting in fees of $64,675.35 and no expenses.

Compensation (Matter 144)

Orrick reviewed the Bankruptcy Court and United Trustee's guidelines (collectively, the "Guidelines") regarding fee applications and compensation and prepared a memorandum to the Orrick team regarding the same. Orrick also reviewed the Debtors' motion to approve interim compensation procedures. In connection with this matter, Orrick devoted 7.70 hours resulting in fees of $4,414.00 and no expenses.

Securitization Questions (Matter 146)

At the request of the Debtors and their counsel, Morrison & Foerster, Orrick reviewed numerous documents including certain pooling and servicing agreements, assignment and assumption agreements, mortgage loan purchase agreements, and home loan purchase agreements in connection with numerous separate deals. Orrick also reviewed contractual provisions related to trustee fee arrangements. Orrick provided Morrison & Foerster with its advice and analysis with respect thereto and responded to inquiries regarding the same. In connection with this matter, Orrick devoted 211.90 hours resulting in fees of $100,063.00 and no expenses.

Resolution of Pre-Bankruptcy Transactions (Matter 148)

Orrick reviewed various documents including certain indentures, servicing agreements or pooling and servicing agreements and certain amendments thereto. Orrick also reviewed the DIP credit agreement to confirm that it conformed with pooling and servicing agreement amendment requirements and in connection with the termination of funding facilities. Orrick participated in telephone conferences with the Debtors regarding the same. Orrick advised the Debtors regarding certain MBIA insured transactions. Orrick prepared notices to the trustees regarding certain securitizations and advance reimbursement amounts. Orrick also sent notices to the pooling and servicing trustees indicating that the pre-petition advance facility related to the


ORRICK

August 16, 2012
Page 5

securitizations was terminated.  In addition, Orrick prepared amendments to certain indentures, declarations of trust and servicing agreements.  Orrick also advised Morrison & Foerster regarding pre-bankruptcy pooling and servicing agreements.  In connection with this matter, Orrick devoted 24.60 hours resulting in fees of $12,797.77 and no expenses.

<u>SEC Investigation Assistance (Matter 149)</u>

Orrick advised the Debtors regarding issues in the ongoing SEC investigation and the response to a subpoena for documents from the SEC.  In connection with this matter, Orrick devoted 1.00 hour resulting in fees of $789.45 and no expenses.

<u>Non-Securitization Issues (Matter 150)</u>

Orrick analyzed a confidential legal issue involving the UK and advised the Debtors with respect thereto.  In connection with this matter, Orrick devoted 6.00 hours resulting in fees of $3,804.29 and no expenses.

<u>Termination of Servicing Contracts (Matter 151)</u>

Orrick reviewed termination provisions of contacts where Ambac, Shellpoint and others delivered notices of servicing termination in order to analyze rights to terminate.  Orrick advised the Debtors and their counsel, Morrison & Foerster, regarding this work.  Orrick also researched and provided its analysis to the Debtors and their counsel regarding the bases to object to terminations.  In connection with this matter, Orrick devoted 26.80 hours resulting in fees of $21,578.25 and no expenses.



ORRICK

August 16, 2012
Page 6

## COMPENSATION SUMMARY

### MAY 14, 2012 THROUGH JUNE 30, 2012

| Name of Professional Person | Position of Applicant | Hourly Billing Rate | Total Hours Billed | Total Fees |
|---|---|---|---|---|
| **Partners & Senior Counsel** | | | | |
| Katharine I. Crost | Partner | $874.00 | 69.60 | $60,830.40 |
| Daniel J. Dunne | Partner | $741.00 | 23.00 | $17,043.00 |
| Elyse D. Echtman | Partner | $666.00 | 1.50 | $999.00 |
| Martin B. Howard | Partner | $731.50 | 41.60 | $30,430.40 |
| Dora Y. Mao | Senior Counsel | $660.25 | 6.10 | $4,027.54 |
| Lorraine S. McGowen | Partner | $875.00 | 14.10 | $12,337.50 |
| James A. Meyers | Partner | $902.50 | 0.30 | $270.75 |
| Thomas C. Mitchell | Partner | $790.00 | 11.30 | $8,927.00 |
| Leah P. Sanzari | Partner | $755.00 | 4.20 | $3,171.00 |
| Simon Willis | Partner | $812.25 | 1.30 | $1,055.93 |
| **Associates** | | | | |
| Spencer C. Barrowes | Associate | $451.25 | 6.70 | $3,023.38 |
| Kristen Bartlett | Associate | $370.50 | 0.80 | $296.40 |
| Duane K. Beasley | Senior Associate | $612.75 | 54.20 | $33,211.15 |
| Dennis M. Bent | Contract Associate | $451.25 | 72.20 | $32,580.33 |



ORRICK

August 16, 2012
Page 7

| Name of Professional Person | Position of Applicant | Hourly Billing Rate | Total Hours Billed | Total Fees |
|---|---|---|---|---|
| James Drury-Smith | Managing Associate | $489.25 | 3.20 | $1,565.61 |
| John A. Farmer | Contract Associate | $342.00 | 1.80 | $615.60 |
| Debra L. Felder | Senior Associate | $617.50 | 63.00 | $38,902.50 |
| Njoki Gatimu | Managing Associate | $495.00 | 42.00 | $20,790.00 |
| Kara F. Moskowitz | Senior Associate | $530.00 | 1.50 | $795.00 |
| Boris Volodarsky | Associate | $427.50 | 26.20 | $11,200.50 |
| Sarah R. Weissman | Career Associate | $190 | 33.60 | $6,384.00 |
| **Paralegals** | | | | |
| Debra O. Fullem | Bankruptcy Research Specialist | $256.50 | 24.20 | $6,207.30 |
| Margaret A. Goetz | Paralegal | $242.25 | 3.50 | $847.89 |
| Linda C. Santos | Senior Paralegal | $266.00 | 23.40 | $6,224.40 |
| Elizabeth Y. Walker | Senior Paralegal | $261.25 | 38.00 | $9,927.51 |
| **TOTAL:** | | | **567.30** | **$311,664.09** |


**ORRICK**

August 16, 2012
Page 8

## COMPENSATION BY PROJECT CATEGORY

### MAY 14, 2012 THROUGH JUNE 30, 2012

| Project Category | Total Hours | Total Fees |
|---|---|---|
| PSA Amendments | 154.10 | $84,437.65 |
| General Bankruptcy Administration | 39.40 | $19,104.33 |
| Retention | 95.80 | $64,675.35[2] |
| Compensation | 7.7 | $4,414.00 |
| Securitization Questions | 211.90 | $100,063.00 |
| Resolution of Pre-Bankruptcy Transactions | 24.60 | $12,797.77 |
| SEC Investigation Assistance | 1.00 | $789.45 |
| Non-Securitization Issues | 6.00 | $3,804.29 |
| Termination of Servicing Contracts | 26.80 | $21,578.25 |
| **TOTAL:** | **567.30** | **$311,664.09** |

---

[2] This amount reflects a voluntary reduction in the amount of $35,629.85, which fees were incurred in connection with Orrick's review and analysis of approximately 19,000 pages of conflict reports in order to comply with the disclosure requirements of the Bankruptcy Code and Federal Rules of Bankruptcy Procedure.



ORRICK

August 16, 2012
Page 9

## EXPENSE SUMMARY

### MAY 14, 2012 THROUGH JUNE 30, 2012

| Expense Category | Total |
|---|---|
| Secretary of State Filing Fees | $204.00 |
| **TOTAL:** | **$204.00** |

Please contact me if you have any questions regarding the foregoing.

Sincerely,

*/s/ Katharine I. Crost*
Katharine I. Crost

Enclosure

cc:  John G. Ruckdaschel, Esq. (via electronic mail)

OHSUSA:751029050.4

# EXHIBIT A

# ORRICK, HERRINGTON & SUTCLIFFE LLP
# INVOICES FOR THE TIME PERIOD
# MAY 14, 2012 THROUGH JUNE 30, 2012



**O R R I C K**

Residential Capital
8400 Normandale Lake Blvd, Suite 350
Minneapolis, MN 55437
Attn: John G. Ruckdaschel, Esq.

August 8, 2012
Client No. 11474
Invoice No. 1372768

Orrick Contact: Katharine I. Crost

| | | |
|---|---|---|
| FOR SERVICES RENDERED through June 30, 2012 in connection with the matters described on the attached pages: | $ | 311,664.09 |
| DISBURSEMENTS as per attached pages: | | 204.00 |
| **TOTAL CURRENT FEES & DISBURSEMENTS (Pay this Amount):** | $ | **311,868.09** |

Matter(s): 11474/141, 142, 143, 144, 146, 148, 149, 150, 151

## DUE UPON RECEIPT

In order to ensure proper credit to your account,
please reference your **INVOICE** and **CLIENT** numbers on your remittance.
For inquiries, call: (304) 231-2701.  Fax (304) 231-2501.

## REMITTANCE COPY - PLEASE RETURN WITH PAYMENT

| **REMITTANCE ADDRESS:** | **ELECTRONIC FUNDS TRANSFERS:** | **OVERNIGHT DELIVERY:** |
|---|---|---|
| *Orrick, Herrington & Sutcliffe LLP* | ***ACH & Wire Transfers:*** | *Orrick, Herrington & Sutcliffe LLP* |
| *Lockbox #774619* | ***ABA Number 121000248*** | *c/o Wells Fargo* |
| *4619 Solutions Center* | ***SWIFT CODE: WFBIUS6S*** | *Attn: Lockbox #774619* |
| *Chicago, IL 60677-4006* | ***Account Number: 4123701088*** | *350 East Devon Avenue* |
| *Reference: 11474/ Invoice: 1372768* | *Wells Fargo* | *Itasca, IL 60143* |
| | *420 Montgomery Street* | *(213) 614-3248* |
| | *San Francisco, CA 94104* | *Reference: 11474/ Invoice: 1372768* |
| | *Account of* | |
| | *Orrick, Herrington & Sutcliffe LLP* | |
| | *Reference: 11474/ Invoice: 1372768* | |
| | *E.I.N. 94-2952627* | |



# ORRICK

Residential Capital
8400 Normandale Lake Blvd, Suite 350
Minneapolis, MN 55437
Attn:  John G. Ruckdaschel, Esq.

August 8, 2012
Client No. 11474
Invoice No. 1372768

Orrick Contact: Katharine I. Crost

For Legal Services Rendered Through June 30, 2012 in Connection With:

**Matter:  141 - PSA Amendments**

| | | | |
|---|---|---|---|
| 05/14/12 | D. Beasley | Review and respond to emails from M. Howard (Orrick partner) regarding termination of GSAP facility. | 0.50 |
| 05/14/12 | M. Howard | Review questions on DIP and GSAP servicing advance take out in connection therewith. | 0.30 |
| 05/15/12 | D. Bent | Review and provide comments on the Satisfaction and Discharge Agreement and the Omnibus Termination Agreement for the GSAP facility. | 0.20 |
| 05/15/12 | D. Beasley | Review and comment on DIP Credit Agreement in connection with PSA amendments and termination of funding facilities. | 1.00 |
| 05/15/12 | M. Howard | Review questions on DIP and GSAP servicing advance take out in connection therewith. | 0.30 |
| 05/16/12 | M. Goetz | Aggregate offering and operative documents for RFMSI 2004-S4, RFMSII 2004-HS2, RFMSII 2006-HSA4, RFMSII 2006-HSA5, RFMSII 2007-HSA1, RFMSII 2007-HSA2 and RFMSII 2007-HSA3 (.5); telephone conference with D. Bent regarding same (.1). | 0.60 |
| 05/16/12 | D. Beasley | Review and respond to questions regarding comments to credit agreement and DIP financing (1.0); attend closing call with M. Howard (Orrick Senior Partner), D. Bent (Orrick Associate), K. Hatton (Skadden), R. Rivkind (Skadden Associate), Jim O'Hare (McGuireWoods Partner), P. Parker (Maples and Calder Associate), R. Haynes (Hunton and Williams Partner), Erick Carlson (Hunton and Williams Associate), and G. Peck (Morrison & Foerster) regarding same and follow-up regarding same (.5). | 1.50 |
| 05/16/12 | M. Howard | Discussions with J. Ruckdaschel (ResCap) regarding cash flows to reimburse monolines. | 1.00 |
| 05/22/12 | M. Howard | Discussions with J. Ruckdaschel (ResCap) on MetLife request to amend servicing agreement and assign loans. | 1.00 |



# ORRICK

Residential Capital - 11474
page 2

August 8, 2012
Invoice No. 1372768

| Date | Name | Description | Hours |
|---|---|---|---|
| 05/23/12 | D. Beasley | Review and respond to emails from J. Ruckdaschel (ResCap In-house Counsel) regarding MetLife serviced loans (0.4); review and respond to emails from P. Kollydas (ResCap) regarding MetLife serviced loans (0.2); review and respond to emails from M. Howard regarding impact of MetLife's requests and strategies for seeking amendments (0.4); follow-up with J. Pierce (Morrison & Foerster) regarding comments to MBS Notice (0.2); review and revise MBS Notice (0.3). | 1.50 |
| 05/23/12 | M. Howard | Discussions with J. Ruckdaschel (ResCap) on MetLife request to amend servicing agreement and assign loans. | 0.50 |
| 05/24/12 | D. Beasley | Review and respond to emails from J. Ruckdaschel (ResCap In-House Counsel) regarding MetLife serviced loans (.3); telephone conference with J. Ruckdaschel, H. Anderson and J. Ruhlin regarding MetLife serviced loans and request to revise servicing agreement (.7). | 1.00 |
| 05/24/12 | M. Howard | Telephone conferences with J. Ruckdaschel (ResCap) on MetLife amendment request and review same. | 1.00 |
| 05/25/12 | M. Howard | Telephone conferences with J. Ruckdaschel (ResCap) on MetLife amendment request and follow-up regarding same. | 0.20 |
| 05/29/12 | M. Howard | Telephone conference with H. Anderson (ResCap) regarding amendment process and requirements under Nationstar asset purchase agreement. | 0.30 |
| 05/31/12 | M. Howard | Telephone conference with Kramer Levin, counsel to creditors' committee, on process to amend pooling and servicing agreements to provide for financing of advance receivables language. | 1.00 |
| 06/04/12 | D. Beasley | Review and respond to emails concerning strategy for pooling and servicing amendments (0.5); telephone conference with M. Howard (Orrick Partner), P. Kollydas (ResCap), H. Anderson (ResCap), M. Brunken (ResCap), M. Schoffelen (ResCap) and J. Ruckdaschel (ResCap In-House Counsel) regarding strategy for pooling and servicing amendments (1.0); telephone conference with H. Anderson (ResCap) regarding Impac serviced loans and strategy for obtaining consent from Impac (1.0). | 2.50 |
| 06/04/12 | M. Howard | Telephone conference with D. Beasley (Orrick Senior Associate), P. Kollydas (ResCap), H. Anderson (ResCap), M. Brunken (ResCap), M. Schoffelen (ResCap) and J. Ruckdaschel (ResCap) on pooling and servicing agreement amendment process. | 1.00 |

# ○
# ORRICK

Residential Capital - 11474                                         August 8, 2012
page 3                                                         Invoice No. 1372768

| | | | |
|---|---|---|---|
| 06/05/12 | D. Beasley | Telephone conference with H. Anderson (ResCap), P. Kollydas (ResCap) and J. Malloy (Impac) regarding consent process and structural features of Impac securitizations (1.0); telephone conference with H. Anderson (ResCap) regarding follow-up strategy for Impac and next steps for amendment process (0.5); draft memo regarding advance reimbursement facility amendment (1.0); telephone conference with P. Kollydas regarding memo and issues concerning replacement of servicer under securitizations documents (1.0). | 3.50 |
| 06/05/12 | T. Mitchell | Draft officer's certificate for no material adverse effect opinion. | 0.50 |
| 06/06/12 | D. Beasley | Review and respond to emails from J. Malloy regarding advance facility language (Impac) (0.5); review and respond to emails from P. Kollydas (ResCap) regarding conversations with trustees and follow-up items (0.5); review and respond to emails from H. Anderson regarding pooling and services agreement amendments (0.5). | 1.50 |
| 06/06/12 | M. Howard | Telephone conferences with H. Anderson (ResCap) on loan unpaid principal balance by trustee for securitizations. | 0.30 |
| 06/07/12 | M. Howard | Review revised DIP facility to confirm that it conforms with pooling and servicing agreement amendment requirements. | 0.20 |
| 06/08/12 | D. Bent | Review various Sale and Servicing Agreements, Assignment and Assumption Agreements and Pooling and Servicing Agreements to determine whether there is advance facility language in the documents and the various parties that would need to consent to an amendment to include the advance facility language (3.0); prepare spreadsheet regarding same (0.2). | 3.20 |
| 06/08/12 | D. Beasley | Telephone conference with P. Kollydas (ResCap) regarding consent rights and consent parties under whole transactions and related securitizations (0.8); review analysis regarding consent provisions in whole loan agreements (0.2); telephone conferences with D. Bent (Associate) regarding timing for completing review and comments to analysis regarding consent provisions (0.5). | 1.50 |
| 06/11/12 | D. Beasley | Telephone conference with J. Ruckdaschel (ResCap In-House Counsel), D. Citron (ResCap) and M. Howard (Partner) regarding strategy and status of pooling and servicing agreement amendment process (1.0); review and respond to emails regarding pooling and servicing amendment process (1.0). | 2.00 |



# ORRICK

Residential Capital - 11474
page 4

August 8, 2012
Invoice No. 1372768

| 06/11/12 | M. Howard | Telephone conferences with J. Ruckdaschel (ResCap), D. Citron (ResCap) and D. Beasley (Orrick Senior Associate) on status and requests from trustees with respect to the pooling and servicing agreement amendments. | 1.00 |
|---|---|---|---|
| 06/12/12 | D. Bent | Telephone conference with P. Fleming (ResCap), P. Kollydas (ResCap), M. Brunken (ResCap), D. Citron (ResCap), J. Ruckdaschel (ResCap), M. Schoffelen (ResCap); M. Beck (Morrison & Foerster Associate), M. Howard (Orrick Partner), D. Beasley (Orrick Senior Associate) regarding pooling and servicing agreement amendment process (1.0); review various Impac and Wells Fargo servicing agreements and corresponding securitizations documents to determine who must consent to an amendment to add service advance language (1.6); create template for pooling and servicing amendment process (0.2). | 2.80 |
| 06/12/12 | D. Beasley | Telephone conference with M. Brunken (ResCap), M. Schoffelen (ResCap), P. Kollydas (ResCap), P. Fleming (ResCap), M. Beck (Morrison and Foerster Associate), D. Citron (ResCap), J. Ruckdaschel (ResCap In-House Counsel), M. Howard (Orrick Partner), and D. Bent (Orrick Associate) regarding pooling and servicing agreement amendment status and strategy (1.0); review and respond to emails to/from M. Howard and ResCap regarding conversations with trustees and whole loan agreement counterparties (1.5). | 2.50 |
| 06/12/12 | M. Howard | Teleconference with P. Fleming (ResCap), P. Kollydas (ResCap), M. Brunken (ResCap), D. Citron (ResCap), J. Ruckdaschel (ResCap), M. Schoffelen (ResCap), M. Beck (Morrison and Foerster Associate), D. Bent (Associate) and D. Beasley (Senior Associate) on pooling and servicing agreement amendments (1.0); review charting and diligence issues with respect to amendment process (0.5). | 1.50 |
| 06/13/12 | M. Goetz | Participate in conference call with D. Bent (Associate), K. Moskowitz (Senior Associate), B. Volodarsky (Associate), J. Farmer (Associate), J. Duff (Associate) and D. Beasley (Senior Associate) regarding pooling and servicing agreement amendment due diligence project. | 0.40 |
| 06/13/12 | B. Volodarsky | Attend calls and communicate with D. Bent (Associate) regarding steps in analyzing pooling and servicing agreement amendments (.5); analyze documents in connection with the amendments (.9). | 1.40 |

# O
# ORRICK

Residential Capital - 11474
page 5

August 8, 2012
Invoice No. 1372768

| | | | |
|---|---|---|---|
| 06/13/12 | D. Bent | Review various Impac and Wells Fargo servicing agreements and corresponding securitizations documents to determine who must consent to an amendment to add service advance language and distribute summary chart to ResCap (2.3); telephone conference with K. Moskowitz (Senior Associate), B. Volodarsky (Associate), J. Farmer (Associate), J. Duff (Associate) and D. Beasley (Senior Associate) regarding due diligence project (0.5). | 2.80 |
| 06/13/12 | D. Beasley | Telephone conference with D. Bent (Associate), K. Moskowitz (Senior Associate), M. Racic (Associate) and B. Volodarsky (Associate) regarding process for review whole loan related agreements (0.5); telephone conferences with P. Kollydas (ResCap) regarding issues with pooling and servicing agreement amendments (1.0); review pooling and servicing agreement amendment analysis (0.5). | 2.00 |
| 06/13/12 | K. Moskowitz | Telephone conference call with D. Bent (Associate) and working group as to instructions for pooling and servicing agreement amendment project. | 0.50 |
| 06/13/12 | M. Howard | Telephone conference with Kramer Levin, Creditors' Committee counsel, regarding pooling and servicing amendment requests from Nationstar. | 0.30 |
| 06/13/12 | K. Crost | Telephone conference with Morrison and Foerster and Kramer Levin regarding pooling and servicing agreement amendments. | 0.30 |
| 06/14/12 | B. Volodarsky | Attend calls and communicate with D. Bent (Associate) regarding questions related to analyzing pooling and servicing agreement amendments (.4); analyze documents in connection with the amendments (2.2). | 2.60 |
| 06/14/12 | D. Bent | Review various Impac servicing agreements and corresponding securitizations documents to determine who must consent to an amendment to add service advance language (2.2); telephone conference with P. Kollydas (ResCap) and D. Beasley (Senior Associate) regarding same (0.5). | 2.70 |
| 06/14/12 | D. Beasley | Telephone conference with D. Bent (Associate) and P. Kollydas (ResCap) regarding pooling and servicing agreement amendments (0.5); respond to question from P. Kollydas (ResCap), H. Anderson (ResCap) and P. Fleming (ResCap) regarding whole loan agreement analysis (1.5). | 2.00 |
| 06/14/12 | M. Howard | Discussions with Orrick working group regarding charting of consents and requirements for pooling and servicing agreement amendments (1.0); discussions with same regarding strategies with trustee (1.50). | 2.50 |



# ORRICK

Residential Capital - 11474                                                            August 8, 2012
page 6                                                                            Invoice No. 1372768

| 06/15/12 | B. Volodarsky | Attend calls and communicate with K. Crost (Partner) regarding questions related to analyzing pooling and servicing agreement amendments. | 0.30 |
|---|---|---|---|
| 06/15/12 | S. Barrowes | Teleconference with D. Beasley (Senior Associate) regarding review of pooling and servicing agreement amendments. | 0.40 |
| 06/15/12 | D. Bent | Telephone conference with P. Kollydas (ResCap), M. Schoffelen (ResCap) and D. Beasley (Senior Attorney) regarding pooling and servicing agreement amendments (0.3); review various Impac and Wells Fargo servicing agreements and corresponding securitizations documents to determine who must consent to an amendment to add service advance language (3.5). | 3.80 |
| 06/15/12 | D. Beasley | Telephone conference with P. Kollydas (ResCap), M. Schoffelen (ResCap) and D. Bent (Contract Associate) regarding chart summarizing whole review analysis (0.3); respond to questions regarding whole loan agreement analysis from P. Kollydas and J. Ruckdaschel (1.5); review servicing guide and servicing agreement related documents concerning Impac (2.5). | 4.30 |
| 06/15/12 | M. Howard | Review issues regarding charting of consents and requirements for pooling and servicing agreement amendments (1.0); analyze strategies with trustee and follow-up regarding same (.5). | 1.50 |
| 06/18/12 | B. Volodarsky | Communicate with D. Bent (Associate) regarding questions related to analyzing pooling and servicing agreement amendments (.5); research and analyze documents in connection with the amendments (4.0). | 4.50 |
| 06/18/12 | S. Barrowes | Telephone conference with D. Bent (Associate) regarding process for review of amendment procedures for Pooling contracts. | 0.80 |
| 06/18/12 | D. Bent | Review various Wells Fargo servicing agreements and corresponding securitizations documents to determine who must consent to an amendment to add service advance language (2.6); telephone conference with H. Anderson (ResCap), P. Kollydas (ResCap), J. Malloy (Impac) and D. Beasley (Senior Associate) regarding pooling and servicing agreement amendments (0.5); telephone conference with H. Anderson (ResCap), P. Kollydas (ResCap) and D. Beasley (OHS Senior Associate) regarding pooling and servicing agreement amendments (0.5); telephone conference with S. Barrowes regarding same (0.5). | 4.10 |



ORRICK

Residential Capital - 11474                                            August 8, 2012
page 7                                                          Invoice No. 1372768

| 06/18/12 | D. Beasley | Review analysis regarding required consents for Impac servicing agreements (1.0); summarize proposed solution for outstanding problems with Impac servicing agreements (1.0); telephone conference with J. Malloy (Impac), H. Anderson (ResCap), P. Kollydas (ResCap) and D. Bent (Associate) regarding amendment/consent analysis (0.5); follow-up telephone conference with H. Anderson (ResCap), P. Kollydas (ResCap) and D. Bent (Associate) regarding Impac servicing agreements (0.5); telephone conference with G. Peck (Senior Associate) regarding strategy for no-downgrade letters (0.3); draft email summarizing no-downgrade letter strategy (0.2). | 3.50 |
| 06/18/12 | M. Howard | Discussions with Orrick team regarding Impac whole loan deals and requirements for pooling and servicing agreement amendments. | 1.50 |
| 06/18/12 | T. Mitchell | Telephone conference with D. Beasley (Senior Associate), M. Howard (Partner) regarding rating agency consent requirements and amendments to Pooling and Servicing Agreements. | 0.10 |
| 06/19/12 | B. Volodarsky | Communicate with D. Bent (Contract Associate) regarding questions related to analyzing pooling and servicing agreement amendments (.5); research and analyze documents in connection with the amendments (5.1). | 5.60 |
| 06/19/12 | S. Barrowes | Telephone call with D. Bent (Associate) regarding researching pooling and servicing agreement amendments (.4); review amendment provisions of pooling and servicing agreement amendments (2.6). | 3.00 |
| 06/19/12 | D. Bent | Review various Wells Fargo servicing agreements and corresponding securitizations documents to determine who must consent to an amendment to add service advance language (3.4); telephone conference with P. Kollydas (ResCap) and M. Schoffelen (ResCap) regarding pooling and servicing agreement amendments (0.3); telephone conference with M. Howard (OHS Partner) and D. Natter (SNR Denton Attorney) regarding pooling and servicing agreement amendments (0.5). | 4.20 |
| 06/19/12 | M. Howard | Telephone conference with P. Kollydas (ResCap) to discuss Bank of New York and US Bank requests on the proposed pooling and servicing agreement amendments (0.7); conversations with D. Natter (SNR Denton) and D. Bent (Associate) regarding pooling and servicing agreement amendments (0.5). | 1.20 |
| 06/20/12 | B. Volodarsky | Research and analyze documents in connection with pooling and servicing agreement amendments. | 3.10 |



# ORRICK

Residential Capital - 11474
page 8

August 8, 2012
Invoice No. 1372768

| 06/20/12 | S. Barrowes | Review pooling and servicing agreement amendment provisions. | 1.10 |
|---|---|---|---|
| 06/20/12 | D. Bent | Review various Wells Fargo servicing agreements and corresponding securitizations documents to determine who must consent to an amendment to add service advance language (2.7); review, revise and distribute Required Parties chart and Required Parties spreadsheet (1.2); telephone conference with P. Kollydas (ResCap), M. Schoffelen (ResCap), M. Moeller (U.S. Bank), A. Silverstein (Seward & Kissel Partner) and M. Howard (Partner) regarding pooling and servicing agreement amendments (1.0). | 4.90 |
| 06/20/12 | M. Howard | Telephone conference with P. Kollydas (ResCap), M. Schoffelen (ResCap), M. Moeller (U.S. Bank), A. Silverstein (Seward & Kissel Partner) and D. Bent (Associate) on the proposed pooling and servicing agreement amendments. | 1.00 |
| 06/21/12 | D. Bent | Review various Wells Fargo servicing agreements and corresponding securitizations documents to determine who must consent to an amendment to add service advance language (1.7); telephone conference with J. Farmer (Contract Associate) regarding pooling and servicing agreement amendments (0.2). | 1.90 |
| 06/21/12 | M. Howard | Review provisions to pooling and servicing agreement amendment procedures. | 1.00 |
| 06/22/12 | J. Farmer | Review documents in due diligence folders regarding proposed revisions to pooling and servicing agreement amendments. | 1.80 |
| 06/22/12 | B. Volodarsky | Communicate with D. Bent (Associate) regarding questions related to analyzing pooling and servicing agreement amendments. | 0.30 |
| 06/22/12 | S. Barrowes | Review and summarize amendment provisions to pooling agreements. | 1.40 |
| 06/22/12 | D. Bent | Review various Wells Fargo servicing agreements and corresponding securitizations documents to determine who must consent to an amendment to add service advance language (2.9); conference with J. Farmer (Associate) regarding pooling and servicing agreement amendments (0.1). | 3.00 |
| 06/22/12 | M. Howard | Teleconference with P. Kollydas (ResCap) and J. Ruckdaschel (ResCap) on pooling and servicing agreement amendments (0.3); review provisions relating to pooling and servicing agreement amendments (0.7). | 1.00 |



**ORRICK**

Residential Capital - 11474
page 9

August 8, 2012
Invoice No. 1372768

| | | | |
|---|---|---|---|
| 06/25/12 | D. Mao | Telephone conference with M. Howard (Partner) regarding query from D. Meyer (ResCap) regarding effect of SEC rule change on static pool data and reporting requirements (0.1); draft and send email to D. Meyer regarding same (0.1); review drafts of RALI consent request from Sidley & Austin for transfer of master servicing by Aurora to NationStar and requirements of underlying Pooling Agreement (0.5); telephone conference with J. Kelly (Sidley) regarding same (0.1); emails with M. Howard regarding same (0.2). | 1.00 |
| 06/25/12 | M. Howard | Review of RALI consent requests by Aurora (0.5); review of various documents for amendments (1.0). | 1.50 |
| 06/26/12 | B. Volodarsky | Research and analyze documents in connection with pooling and servicing agreement amendments. | 4.30 |
| 06/26/12 | D. Bent | Telephone conference with P. Kollydas (ResCap), M. Schoffelen (ResCap), D. Citron (ResCap), M. Brunken (ResCap) and M. Howard (OHS Partner) regarding pooling and servicing agreement amendments (0.7); review email correspondence regarding same (0.2). | 0.90 |
| 06/26/12 | D. Beasley | Review and respond to emails from P. Kollydas (ResCap) regarding whole loan review analysis. | 0.50 |
| 06/26/12 | D. Mao | Telephone conference with M. Howard (Partner) and J. Ruckdaschel (ResCap) regarding Nationstar consent requirement (.2); telephone conference with T. Mitchell regarding bankruptcy court approval question for providing consent and draft and send email to J. Ruckdaschel (ResCap) regarding same (.2); respond to email query from counsel to Nationstar regarding same (.1); review revised letter agreement drafts (.3). | 0.80 |
| 06/26/12 | M. Howard | Teleconference with P. Kollydas (ResCap), M. Schoffelen (ResCap), D. Citron (ResCap), M. Brunken (ResCap) and D. Bent (Associate) on pooling and servicing agreement amendments (0.7); discussions with D. Natter (SNR Denton), counsel to Bank of New York, on pooling and servicing agreement amendments (0.9); review RALI pooling and servicing agreement depositor requirements for transfer of servicing from Aurora to Nationstar (2.0). | 3.60 |
| 06/26/12 | T. Mitchell | Review amendments for Aurora and bankruptcy issues. | 0.10 |
| 06/27/12 | B. Volodarsky | Research and analyze documents in connection with pooling and servicing agreement amendments. | 3.40 |
| 06/27/12 | D. Bent | Review various Wells Fargo servicing agreements and corresponding securitizations documents to determine who must consent to an amendment to add service advance language. | 1.60 |

# ○
# ORRICK

Residential Capital - 11474
page 10

August 8, 2012
Invoice No. 1372768

| Date | Name | Description | Hours |
|---|---|---|---|
| 06/27/12 | D. Beasley | Review and respond to emails from P. Kollydas (ResCap) regarding trustee negotiations and pooling and servicing agreement amendments (1.0); telephone conference with D. Bent (Contract Associate) regarding status of whole loan review (0.3); draft servicing agreement for Impac loans (1.0); draft omnibus amendment for servicing agreements (1.0). | 3.30 |
| 06/27/12 | D. Mao | Telephone conference with J. Kelly (Sidley) regarding US Bank negative confirmation (0.1); review of negative confirmation letter of trustee, legal opinion required for amendment to Pooling Agreement and draft of Series 2006-Q02 amendment to J. Kelly (Sidley) (0.8); email to J. Kelly (Sidley) regarding amendment issues (0.1); coordinate execution of letter agreement and forward signed agreement version to J. Kelly (Sidley) (0.2). | 1.20 |
| 06/27/12 | M. Howard | Telephone conference with J. Ruckdaschel (ResCap) regarding pooling and servicing agreement amendments (0.5); discussions with D. Natter (SNR Denton), counsel to Bank of New York, on pooling and servicing agreement amendments and diligence requests (0.2); review RALI pooling and servicing agreement depositor requirements for transfer of servicing from Aurora to Nationstar (0.5). | 1.20 |
| 06/27/12 | T. Mitchell | Draft officer's certificate for pooling and servicing agreement amendments. | 0.20 |
| 06/28/12 | D. Bent | Review various Wells Fargo servicing agreements and corresponding securitizations documents to determine who must consent to an amendment to add service advance language. | 3.40 |
| 06/28/12 | D. Beasley | Telephone conference with P. Kollydas (ResCap) regarding pooling and servicing agreement amendments, Impac whole loan agreement analysis and preparation for calls with trustees (1.0); draft Impac servicing agreement (1.0); draft form of pooling and servicing agreement amendment (0.5). | 2.50 |
| 06/28/12 | D. Mao | Review revised 2006-Q02 consent request (0.5); telephone conference with J. Kelly (Sidley) regarding consent and amendment request (0.1); review new draft of amendment-only agreement and send comments to J. Kelly (Sidley) (0.4); telephone conference with J. Ruckdaschel (ResCap) regarding amendment (0.1); follow up email to J. Kelly (Sidley) confirming no further approvals required (0.1). | 1.40 |
| 06/28/12 | M. Howard | Review approvals of RALI consent to Aurora servicing transfer to Nationstar. | 0.50 |



# ORRICK

Residential Capital - 11474
page 11

August 8, 2012
Invoice No. 1372768

| | | | |
|---|---|---|---|
| 06/28/12 | T. Mitchell | Draft certificate for pooling and servicing agreement amendments. | 0.20 |
| 06/29/12 | B. Volodarsky | Research and analyze documents in connection with pooling and servicing agreement amendments. | 0.70 |
| 06/29/12 | D. Bent | Review various Wells Fargo servicing agreements and corresponding securitizations documents to determine who must consent to an amendment to add service advance language. | 4.40 |
| 06/29/12 | D. Beasley | Telephone conference with P. Kollydas (ResCap), M. Schoffelen (ResCap), T. Mitchell (Partner), M. Howard (Partner), M. Silver (Wells Fargo), J. Eichler (Wells Fargo), P. Favor (Wells Fargo) and B. Macurda (Alston) regarding Wells Fargo's needs regarding consent to pooling and servicing agreement amendments (0.8); telephone conference with P. Kollydas (ResCap), M. Schoffelen (ResCap), M. Howard (Partner), J. Garrity (Morgan Lewis) and K. Rodriguez (Deutsche Bank) regarding Deutsche Bank's needs regarding consent to pooling and servicing agreement amendments (0.5); telephone conference with P. Kollydas (ResCap) regarding trustee consents (0.5); telephone conference with M. Howard regarding set-off issue and strategy for Wells Fargo (0.5). | 2.30 |
| 06/29/12 | M. Howard | Telephone conference with Wells Fargo discussing their requirements for ResCap on pooling and servicing agreement amendments (0.8); teleconference with M. Schoffelen (ResCap), D. Beasley (Senior Associate), J. Garrity (Morgan Lewis) and K. Rodriguez (Deutsche Bank) regarding Deutsche Bank's needs regarding consent to pooling and servicing agreement amendments (0.5); follow up calls with ResCap regarding Wells Fargo and Deutsche Bank requirements (0.5). | 1.80 |
| 06/29/12 | T. Mitchell | Telephone conference with Wells Fargo regarding pooling and servicing agreement amendments (0.50); telephone conference with M. Howard regarding strategy for dealing with Wells Fargo (0.1). | 0.60 |

|  | | |
|---|---|---|
| Total Hours | 154.10 | |
| Total For Services | | $84,437.65 |



# ORRICK

Residential Capital - 11474
page 12

August 8, 2012
Invoice No. 1372768

| Timekeeper Summary | Hours | Base Rate | Base Amount | Billed Rate | Billed Amount |
|---|---|---|---|---|---|
| Spencer C. Barrowes | 6.70 | 475.00 | 3,182.50 | 451.25 | 3,023.38 |
| Duane K. Beasley | 39.40 | 650.00 | 25,610.00 | 612.75 | 24,142.42 |
| Dennis M. Bent | 43.90 | 495.00 | 21,730.50 | 451.25 | 19,809.90 |
| Katharine I. Crost | 0.30 | 895.00 | 268.50 | 874.00 | 262.20 |
| John A. Farmer | 1.80 | 360.00 | 648.00 | 342.00 | 615.60 |
| Margaret A. Goetz | 1.00 | 265.00 | 265.00 | 242.25 | 242.25 |
| Martin B. Howard | 28.20 | 795.00 | 22,419.00 | 731.50 | 20,628.30 |
| Dora Y. Mao | 4.40 | 695.00 | 3,058.00 | 660.25 | 2,905.10 |
| Thomas C. Mitchell | 1.70 | 825.00 | 1,402.50 | 790.00 | 1,343.00 |
| Kara F. Moskowitz | 0.50 | 675.00 | 337.50 | 530.00 | 265.00 |
| Boris Volodarsky | 26.20 | 450.00 | 11,790.00 | 427.50 | 11,200.50 |
| Total All Timekeepers | 154.10 | | $90,711.50 | | $84,437.65 |

Disbursements
    Secretary of State Filing Fees                204.00
                                Total  Disbursements                $204.00

                        **Total For This Matter**                **$84,641.65**



# ORRICK

Residential Capital - 11474
page 13

August 8, 2012
Invoice No. 1372768

For Legal Services Rendered Through June 30, 2012 in Connection With:

**Matter:  142 - General Bankruptcy Administration**

| Date | Name | Description | Hours |
|---|---|---|---|
| 05/11/12 | D. Fullem | Review parties to be searched for conflict purposes (1.5); research further on certain companies as per D. Felder (1.0); confer with D. Felder regarding list of parties (.5). | 3.00 |
| 05/14/12 | D. Fullem | Confer with D. Felder regarding new ResCap bankruptcy case (.3); follow-up on filings (.5); review information regarding bankruptcy case procedures (.5); discuss with D. Felder regarding Orrick's role (.5 ); various research on billing, forms, procedures and conflicts (1.2). | 3.00 |
| 05/14/12 | D. Bent | Attend conference call with L. McGowen (bankruptcy partner), D. Felder (senior bankruptcy associate), D. Dunne (litigation partner), M. Howard (senior deal partner), K. Crost (senior deal partner), L. Sanzari (deal partner) and D. Beasley (senior associate) regarding bankruptcy case and procedures. | 1.00 |
| 05/14/12 | D. Bent | Review Affidavit of James Whitlinger in Support of Chapter 11 Petition and First Day Pleadings. | 2.00 |
| 05/14/12 | D. Beasley | Telephone conference with L. McGowen, K. Crost, M. Howard, L. Sanzari, D. Dunn, D. Bent and D. Moore regarding billing procedures and initial bankruptcy filings. | 1.00 |
| 05/14/12 | D. Felder | Review docket, petition, and affidavit in support of first day pleadings. | 2.00 |
| 05/14/12 | E. Echtman | Prepare notices of bankruptcy for filing and confer with Carpenter Lipps' attorney regarding same. | 1.50 |
| 05/14/12 | D. Dunne | Review Ally's press release (.4); client emails and calendar matters regarding PLS litigation (.3); review Debtor's affidavit (3.2); revise notice of bankruptcy filing in 12 FGIC cases (.2); send notice of bankruptcy to FGIC counsel (.2). | 4.30 |
| 05/14/12 | M. Howard | Telephone conference with Orrick team regarding procedural matters regarding administration of bankruptcy work. | 0.50 |
| 05/14/12 | L. Sanzari | Conference call with Orrick team regarding necessary bankruptcy procedures. | 1.00 |
| 05/15/12 | D. Fullem | Confer with D. Felder regarding bankruptcy procedures (.5); assist with various matters, including, billing memo, conflicts, forms of application to employ and related filings (2.5). | 3.00 |



# ORRICK

Residential Capital - 11474
page 14

August 8, 2012
Invoice No. 1372768

| | | | |
|---|---|---|---|
| 05/15/12 | D. Bent | Review, revise and distribute language that summarizes Orrick's representations of Residential Capital, LLC and its various subsidiaries for Orrick's bankruptcy petition (0.5); review billing procedures memo sent by D. Felder (0.1). | 0.60 |
| 05/15/12 | D. Dunne | Review First Day filings, affidavit, RMBS Settlement Agreement and related agreements (2.0); review materials related to RMBS claims and agreements (.3). | 2.30 |
| 05/16/12 | D. Bent | Attend closing call with M. Howard (Orrick, Senior Partner), D. Beasley (Orrick, Senior Associate), K. Hatton (Skadden), R. Rivkind (Skadden Associate), Jim O'Hare (McGuireWoods Partner), P. Parker (Maples and Calder Associate), R. Haynes (Hunton and Williams Partner), Erick Carlson (Hunton and Williams Associate), G. Peck (Morrison & Foerster), among others regarding credit facility (0.3); review and revise language in support of application to employ Orrick (0.4). | 0.70 |
| 05/21/12 | D. Felder | Review first day orders and discussion with L. McGowen regarding same. | 0.50 |
| 05/30/12 | D. Dunne | Review Judge Crotty's order and emails with client regarding same (1.0); emails with Carpenter Lipps regarding bankruptcy stay (.5); review Debtor's 502 motion to stay FGIC litigation (.5). | 2.00 |
| 05/30/12 | D. Dunne | Review adversary action to stay FGIC litigation and client emails regarding same (.7); review Judge Crotty's scheduling order (.2); emails with Carpenter Lipps and E. Echtman regarding same (.4); call to H. Sidman regarding same (.2). | 1.50 |
| 06/05/12 | D. Fullem | Review recently filed pleadings and follow-up regarding same. | 0.20 |
| 06/12/12 | D. Bent | Review bankruptcy objections from Residential Mortgage Backed Securities Trustees and Wells Fargo (.2); review and distribute various Pooling and Servicing Agreements, Insurance Agreements and Insurance Policies to K. Crost, M. Howard, T. Mitchell and D. Dunne (.4). | 0.60 |
| 06/13/12 | D. Fullem | Review updates to ResCap bankruptcy case docket. | 0.50 |
| 06/14/12 | D. Fullem | Review current status of ResCap bankruptcy case. | 0.30 |
| 06/18/12 | D. Fullem | Review recently filed pleadings and follow-up regarding same. | 0.20 |
| 06/20/12 | D. Fullem | Review recently filed pleadings and docket alerts. | 0.50 |
| 06/20/12 | D. Felder | Review Bankruptcy Court's opinion appointing examiner. | 0.50 |
| 06/21/12 | D. Fullem | Research various companies/potential conflict parties as per D. Felder request. | 2.00 |
| 06/22/12 | D. Fullem | Follow-up on conflicts information/disclosures in ResCap case and email to D. Felder regarding same. | 1.00 |



# ORRICK

Residential Capital - 11474                                  August 8, 2012
page 15                                              Invoice No. 1372768

| 06/22/12 | D. Fullem | Review and respond to D. Dunne with copy of declaration filed by F. Sillman. | 0.30 |
| 06/25/12 | D. Fullem | Confer with D. Felder and continue research of conflicts/disclosures in ResCap case. | 2.00 |
| 06/26/12 | D. Fullem | Review recently filed pleadings. | 0.20 |
| 06/28/12 | D. Fullem | Confer with D. Felder regarding interim compensation order in ResCap case. | 0.20 |
| 06/28/12 | D. Felder | Review Debtors' applications to employ counsel, financial advisors, claims agent, and ordinary course professionals. | 1.00 |

Total Hours                39.40

Total For Services              $19,104.33

| Timekeeper Summary | Hours | Base Rate | Base Amount | Billed Rate | Billed Amount |
|---|---|---|---|---|---|
| Duane K. Beasley | 1.00 | 650.00 | 650.00 | 612.75 | 612.75 |
| Dennis M. Bent | 4.90 | 495.00 | 2,425.50 | 451.25 | 2,211.13 |
| Daniel J. Dunne | 10.10 | 775.00 | 7,827.50 | 741.00 | 7,484.10 |
| Elyse D. Echtman | 1.50 | 725.00 | 1,087.50 | 666.00 | 999.00 |
| Debra Felder | 4.00 | 650.00 | 2,600.00 | 617.50 | 2,470.00 |
| Debra O. Fullem | 16.40 | 270.00 | 4,428.00 | 256.50 | 4,206.60 |
| Martin B. Howard | 0.50 | 795.00 | 397.50 | 731.50 | 365.75 |
| Leah P. Sanzari | 1.00 | 805.00 | 805.00 | 755.00 | 755.00 |
| Total All Timekeepers | 39.40 | | $20,221.00 | | $19,104.33 |

**Total For This Matter**              **$19,104.33**



# ORRICK

Residential Capital - 11474
page 16

August 8, 2012
Invoice No. 1372768

For Legal Services Rendered Through June 30, 2012 in Connection With:

**Matter: 143 - Retention**

| | | | |
|---|---|---|---|
| 05/14/12 | D. Felder | Telephone conferences with T. Mitchell regarding disclosure issues for affidavit in support of application to employ Orrick (.2); review petition and schedules regarding disclosure issues (2.0); telephone conferences and email correspondence with D. Fullem regarding same (1.0). | 3.20 |
| 05/14/12 | M. Howard | Draft description for Orrick application for special bankruptcy counsel affidavit. | 1.20 |
| 05/14/12 | L. Sanzari | Review retention filing (.3); follow-up regarding same (.5). | 0.80 |
| 05/14/12 | K. Crost | Conference call with bankruptcy lawyers regarding billing procedures and conflicts checks. | 0.90 |
| 05/14/12 | K. Crost | Review responses and follow up on potential conflicts matters. | 1.10 |
| 05/15/12 | M. Howard | Revise description for special bankruptcy counsel affidavit. | 0.20 |
| 05/15/12 | K. Crost | Work on affidavit requesting appointment as special counsel. | 0.80 |
| 05/15/12 | L. McGowen | Telephone conference with T. Mitchell regarding disclosures. | 0.30 |
| 05/16/12 | D. Mao | Review description of Orrick representation and telephone conference with M. Howard regarding same. | 0.20 |
| 05/16/12 | M. Howard | Revise description for Orrick special bankruptcy counsel affidavit. | 0.30 |
| 05/16/12 | L. Sanzari | Communications with M. Liever, J. MacKerron, D. Mao, J. Ocker, P. Zimmerman, T. Mitchell and D. Felder regarding disclosures. | 2.00 |
| 05/17/12 | D. Felder | Prepare draft of declaration in support of application to employ Orrick as special counsel (2.0); telephone conferences with T. Mitchell and L. McGowen regarding same (.2); email correspondence with J. Czernecki regarding disclosures and follow-up regarding same (.3). | 2.50 |
| 05/21/12 | D. Felder | Telephone conferences with L. McGowen and T. Mitchell regarding disclosures and application to employ Orrick as special counsel (.3); review email correspondence from K. Crost and M. Howard regarding same (.4); draft application to employ Orrick, proposed order, and declaration in support thereof (3.0). | 3.70 |
| 05/21/12 | M. Howard | Telephone conference with K. Crost and L. McGowen regarding description of role for retention. | 0.20 |



**ORRICK**

Residential Capital - 11474
page 17

August 8, 2012
Invoice No. 1372768

| 05/21/12 | K. Crost | Work on affidavit in support of application to employ Orrick (0.3); telephone conference with M. Howard and L. McGowen regarding same (0.2). | 0.50 |
|---|---|---|---|
| 05/21/12 | L. McGowen | Conference with M. Howard and K. Crost regarding Orrick's retention and preparation of affidavit (.2); review and respond to e-mails regarding description of Orrick's services (.5); review draft application to retain special counsel and list of conflict parties (.4); telephone conference with D. Felder regarding preparing affidavit of disinterestedness and conflict searches (.5). | 1.60 |
| 05/22/12 | D. Felder | Conference with D. Fullem regarding retention issues (.2); telephone conference with L. Sanzari and M. Howard regarding retention issues (.2); review and revise draft application to employ Orrick, proposed order, and declaration (3.0). | 3.40 |
| 05/22/12 | M. Howard | Review of retention application. | 0.20 |
| 05/22/12 | K. Crost | Work on obtaining information for affidavit (.5); draft language for affidavit (.2). | 0.70 |
| 05/23/12 | D. Fullem | Review email from D. Felder regarding draft of Orrick's application to employ. | 0.30 |
| 05/23/12 | D. Fullem | Complete information in chart regarding Orrick's relationship with ResCap secured and largest unsecured creditors (2.3); email to D. Felder for review/comment (.2). | 2.50 |
| 05/23/12 | D. Felder | Review and revise application to employ Orrick and declaration in support thereof. | 2.20 |
| 05/23/12 | D. Felder | Telephone conference with L. McGowen and K. Crost regarding application to employ Orrick as special counsel and declaration in support thereof (.5); review and revise same (1.0). | 1.50 |
| 05/23/12 | M. Howard | Review of retention application. | 0.20 |
| 05/23/12 | K. Crost | Work on motion for approval of special counsel. | 1.80 |
| 05/23/12 | L. McGowen | Review and respond to e-mails from K. Crost and D. Felder regarding retention affidavit (.4); review and make comments to retention application (.7); telephone conference with D. Felder and K. Crost regarding comments to retention affidavit, order and declaration (.5). | 1.60 |
| 05/24/12 | D. Felder | Telephone conferences with T. Mitchell regarding disclosure in support of application to employ Orrick and follow-up regarding same (1.0); telephone conferences with K. Crost, L. McGowen, D. Dunne, and M. Howard regarding Orrick's retention and follow-up regarding same (1.0); review and revise application to employ Orrick and declaration in support thereof (2.0). | 4.00 |



# ORRICK

Residential Capital - 11474                                            August 8, 2012
page 18                                                        Invoice No. 1372768

| Date | Person | Description | Hours |
|---|---|---|---|
| 05/24/12 | D. Dunne | Conference call with M. Howard, K. Crost, L. McGowen and D. Felder regarding modifications to application for appointment as special counsel (.5); review and revise application regarding same (1.0). | 1.50 |
| 05/24/12 | K. Crost | Revise affidavit regarding motion for appointment as special counsel. | 2.20 |
| 05/24/12 | L. McGowen | Telephone conference with D. Dunne, M. Howard and D. Felder regarding disclosure and comments to retention application (.5); follow-up discussions with D. Felder regarding same (.2); review and make comments to revisions to retention application (.3); telephone conference with L. Sanzari regarding same (.2): telephone conference with K. Crost regarding revisions to declaration and transmit e-mail to D. Felder regarding same (.1). | 1.30 |
| 05/25/12 | D. Felder | Review and revise application to employ Orrick as special counsel and declaration in support thereof (4.5); email correspondence to and from K. Crost and L. McGowen regarding same (.5); telephone conferences with L. McGowen and M. Howard regarding same (.2). | 5.20 |
| 05/25/12 | D. Dunne | Review and comment on Application to Employ Orrick as Special Counsel. | 0.50 |
| 05/25/12 | M. Howard | Review of descriptions on application to be appointed special counsel and telephone conference with D. Felder regarding same. | 0.30 |
| 05/25/12 | K. Crost | Revise affidavit in support of application to retain Orrick as special counsel. | 0.70 |
| 05/25/12 | L. McGowen | Review and make comments to revised retention application (.5); exchange e-mails with D. Felder regarding same (.3). | 0.80 |
| 05/29/12 | D. Fullem | Prepare exhibit to application to employ. | 1.50 |
| 05/29/12 | D. Felder | Email correspondence from Debtors' counsel regarding employment applications and follow-up regarding same. | 0.20 |
| 05/29/12 | L. McGowen | Review and respond to e-mails from D. Felder regarding conflicts issues. | 0.30 |
| 05/30/12 | D. Fullem | Update exhibit of Orrick's relationships to parties (1.0); email to D. Felder for review/comment (.5). | 1.50 |
| 05/30/12 | D. Felder | Review and revise application to employ Orrick and declaration in support thereof. | 0.40 |
| 05/30/12 | K. Crost | Review affidavit in support of application to retain Orrick as special counsel. | 0.50 |
| 05/31/12 | D. Fullem | Confer with D. Felder regarding status of disclosures and filing of application to employ. | 0.50 |

# ⭘

## ORRICK

Residential Capital - 11474                                                                          August 8, 2012
page 19                                                                                    Invoice No. 1372768

| | | | |
|---|---|---|---|
| 05/31/12 | D. Felder | Email correspondence and telephone call to S. Molison and J. Wishnew regarding employment applications (.2); review, revise and finalize Orrick's application and declaration (.9); email correspondence K. Crost and L. McGowen regarding same (.1). | 1.20 |
| 05/31/12 | K. Crost | Review affidavit (.2); e-mail Debtors' counsel regarding timing (.2). | 0.40 |
| 05/31/12 | L. McGowen | Review revised application and affidavit (.5); respond to e-mails regarding revisions to disclosure (.3). | 0.80 |
| 06/06/12 | L. McGowen | Conference with K. Crost regarding retention issues (.2); review and respond to e-mails from D. Felder and M. Howard regarding new transaction and disclosure issues (.2). | 0.40 |
| 06/07/12 | K. Crost | Discussions with L. McGowen, T. Mitchell and M. Howard regarding affidavit in Support of Orrick retention as special counsel. | 0.50 |
| 06/11/12 | D. Felder | Telephone conference with T. Mitchell regarding application to employ Orrick as special counsel. | 0.20 |
| 06/12/12 | D. Felder | Telephone conference with T. Mitchell regarding status and issues regarding application to employ (.2); follow-up regarding same (1.0); conference with K. Crost regarding same (.5); follow-up regarding same (.3). | 2.00 |
| 06/12/12 | K. Crost | Discussion with D. Felder regarding affidavit in support of Orrick retention as Special Counsel. | 0.50 |
| 06/13/12 | D. Felder | Research regarding disclosure issues for application to employ (2.0); follow-up email correspondence with T. Mitchell regarding same (.2); review comments from Debtors' counsel regarding application to employ, proposed order, and declaration in support (.5); review and revise regarding same (1.5). | 4.20 |
| 06/13/12 | L. McGowen | Review and respond to e-mails from K .Crost and D. Felder regarding retention application (.3); conference call with K. Crost regarding comments and revisions to retention application (.2). | 0.50 |
| 06/14/12 | D. Felder | Telephone conference with T. Mitchell regarding disclosure issues (.1); follow-up email correspondence with K. Crost regarding same (.4); review additional issues regarding disclosure and revise declaration regarding same (1.0). | 1.50 |
| 06/14/12 | K. Crost | Discussion with L. McGowen regarding affidavit (0.2); review and revise affidavit (0.2). | 0.40 |
| 06/15/12 | D. Felder | Telephone conference and email correspondence with M. Rose regarding accounting and disclosure issues (.5); follow-up regarding same and email correspondence with K. Crost and T. Mitchell regarding same (.4). | 0.90 |
| 06/15/12 | K. Crost | Review and revise affidavit. | 0.60 |



ORRICK

Residential Capital - 11474                                    August 8, 2012
page 20                                                   Invoice No. 1372768

| | | | |
|---|---|---|---|
| 06/18/12 | D. Felder | Telephone conferences with T. Mitchell and L. McGowen regarding application to employ (.2); follow-up email correspondence with L. McGowen and K. Crost regarding same (.4); review and revise application to employ and declaration in support thereof (1.5). | 2.10 |
| 06/18/12 | D. Felder | Telephone conferences with T. Mitchell and K. Crost regarding application to employ Orrick and declaration in support thereof (.5); review and revise same (2.5). | 3.00 |
| 06/18/12 | D. Dunne | Review application for appointment as special counsel. | 0.30 |
| 06/18/12 | M. Howard | Review of K. Crost's affidavit and application for appointment as Special Counsel (.2) prepare comments to same (.4). | 0.60 |
| 06/18/12 | K. Crost | Review and revise affidavit. | 1.80 |
| 06/18/12 | L. McGowen | Telephone conferences with D. Felder regarding revisions to retention application and affidavit (.3); review revisions (.5) e-mail to D. Felder, K. Crost and M. Howard regarding revisions (.3). | 1.10 |
| 06/19/12 | D. Felder | Review latest draft declaration (1.4); telephone conference with T. Mitchell regarding same (.1). | 1.50 |
| 06/19/12 | D. Dunne | Emails and telephone conference with K. Crost, M. Howard, and T. Mitchell regarding scope of engagement, assistance with examination (.3); review application for appointment as special counsel and emails regarding same (.3). | 0.60 |
| 06/20/12 | D. Felder | Review disclosure issues (1.0); email correspondence with K. Crost and D. Dunne regarding same (.2). | 1.20 |
| 06/21/12 | D. Felder | Review and revise declaration in connection with application to employ (4.5); follow-up email correspondence and telephone conferences with T. Mitchell, L. McGowen, D. Dunne, K. Crost and L. Sanzari regarding same (.8). | 5.30 |
| 06/21/12 | D. Felder | Revise declaration (.8); follow-up email correspondence with K. Crost and L. McGowen regarding same (.4). | 1.20 |
| 06/21/12 | D. Dunne | Emails with D. Felder and L. McGowen t regarding disclosures of current representations in application for appointment as special counsel. | 0.60 |
| 06/21/12 | K. Crost | Review and revise affidavit. | 0.50 |
| 06/21/12 | L. McGowen | Review and respond to e-mails from D. Felder and D. Dunne regarding disclosure regarding bidders (.3); review and respond to comments from MoFo regarding retention application (.2); review and respond to comments from debtors' counsel to Orrick retention application (.2); review and respond to e-mails from K. Crost and D. Felder regarding same (.3). | 1.00 |
| 06/22/12 | D. Felder | Review disclosure and email correspondence from S. Molison regarding same. | 0.50 |



**ORRICK**

Residential Capital - 11474                                     August 8, 2012
page 21                                                 Invoice No. 1372768

| 06/22/12 | K. Crost | Review and revise affidavit. | 0.70 |
| 06/25/12 | D. Felder | Telephone conferences with T. Mitchell, C. Burns, J. Czernecki and D. Fullem regarding disclosure issues. | 1.00 |
| 06/25/12 | K. Crost | Review changes to affidavit. | 0.30 |
| 06/25/12 | L. McGowen | Review and respond to e-mails from D. Felder and K. Crost regarding disclosures and revisions to retention affidavit. | 0.80 |
| 06/26/12 | D. Felder | Review revisions from Debtors' counsel regarding application to employ Orrick and declaration in support thereof (1.5); email correspondence with Debtors' counsel and K. Crost regarding same (.5). | 2.00 |
| 06/26/12 | K. Crost | Review revisions to application and declaration regarding appointment as special counsel. | 0.30 |

Total Hours             95.80
Total For Services                $64,675.35

| Timekeeper Summary | Hours | Base Rate | Base Amount | Billed Rate | Billed Amount |
|---|---|---|---|---|---|
| Katharine I. Crost | 15.20 | 895.00 | 13,604.00 | 874.00 | 13,284.80 |
| Daniel J. Dunne | 3.50 | 775.00 | 2,712.50 | 741.00 | 2,593.50 |
| Debra Felder | 54.10 | 650.00 | 35,165.00 | 617.50 | 33,406.75 |
| Debra O. Fullem | 6.30 | 270.00 | 1,701.00 | 256.50 | 1,615.95 |
| Martin B. Howard | 3.20 | 795.00 | 2,544.00 | 731.50 | 2,340.80 |
| Dora Y. Mao | 0.20 | 695.00 | 139.00 | 660.25 | 132.05 |
| Lorraine S. McGowen | 10.50 | 895.00 | 9,397.50 | 875.00 | 9,187.50 |
| Leah P. Sanzari | 2.80 | 805.77 | 2,256.15 | 755.00 | 2,114.00 |
| Total All Timekeepers | 95.80 | | $67,519.15 | | $64,675.35 |

**Total For This Matter**              **$64,675.35**



# ORRICK

Residential Capital - 11474
page 22

August 8, 2012
Invoice No. 1372768

For Legal Services Rendered Through June 30, 2012 in Connection With:

**Matter: 144 - Compensation**

| | | | |
|---|---|---|---:|
| 05/11/12 | D. Fullem | Research Trustee's guidelines regarding compensation in NYSB Court and review disclosures filed in other cases (.3); summarize information (1.0); email to D. Felder regarding same (.2). | 1.50 |
| 05/14/12 | D. Felder | Review Bankruptcy Court and U.S. Trustee guidelines regarding fee applications and compensation (.6); prepare memorandum to Orrick team regarding same (1.0). | 1.60 |
| 05/14/12 | D. Dunne | Conference with special counsel team, L. McGowen and D. Felder regarding disinterestedness and special bankruptcy rules and billing guidelines. | 1.00 |
| 05/15/12 | D. Felder | Review Bankruptcy Court and U.S. Trustee guidelines regarding compensation and fee applications (.5); prepare memorandum regarding same (1.0). | 1.50 |
| 05/15/12 | L. McGowen | Review and make comments to billing procedures memo. | 0.30 |
| 06/08/12 | D. Felder | Email correspondence with K. Crost, L. McGowen, and D. Dunne regarding monthly fee statement and procedures. | 1.10 |
| 06/28/12 | D. Felder | Review Debtors' motion to approve interim compensation procedures (.5); conference with D. Fullem regarding same (.2). | 0.70 |

Total Hours       7.70

Total For Services       $4,414.00

| Timekeeper Summary | Hours | Base Rate | Base Amount | Billed Rate | Billed Amount |
|---|---|---|---|---|---|
| Daniel J. Dunne | 1.00 | 775.00 | 775.00 | 741.00 | 741.00 |
| Debra Felder | 4.90 | 650.00 | 3,185.00 | 617.50 | 3,025.75 |
| Debra O. Fullem | 1.50 | 270.00 | 405.00 | 256.50 | 384.75 |
| Lorraine S. McGowen | 0.30 | 895.00 | 268.50 | 875.00 | 262.50 |
| Total All Timekeepers | 7.70 | | $6,323.50 | | $4,414.00 |

**Total For This Matter**       **$4,414.00**



# ORRICK

Residential Capital - 11474
page 23

August 8, 2012
Invoice No. 1372768

For Legal Services Rendered Through June 30, 2012 in Connection With:

**Matter: 146 - Securitization questions**

| Date | Name | Description | Hours |
|---|---|---|---|
| 05/16/12 | D. Beasley | Review questions regarding cashflows in MBIA insured transactions (1.5); review sample transaction documents from MBIA insured transactions (1.0). | 2.50 |
| 05/20/12 | T. Mitchell | Telephone conference with K. Crost regarding payment of trustees' attorneys fees (.1); analysis regarding same (.3). | 0.40 |
| 05/20/12 | K. Crost | Review securitization documents regarding payment of expenses (0.8); telephone conference with T. Mitchell regarding same (0.4). | 1.20 |
| 05/21/12 | D. Beasley | Review transcript indices for references to trustee fee agreements (.3); respond to emails from K. Crost regarding transcript indices (.1). | 0.40 |
| 05/21/12 | K. Moskowitz | Research series supplements and standard terms. | 0.20 |
| 05/21/12 | K. Moskowitz | Review trustee fee agreements. | 0.30 |
| 05/21/12 | M. Howard | Review issues regarding trustee fees in securitizations. | 0.20 |
| 05/21/12 | L. Sanzari | Review Fee Agreement for payment of legal fees for extraordinary services. | 0.40 |
| 05/21/12 | K. Crost | Telephone conference with G. Lee (Morrison and Foerster) regarding PSA trustee reimbursement question (.4); review sample PSA and Indenture regarding same (.4); telephone conferences with L. McGowen regarding payment of expenses (.8); review Trustee Fee Agreements (.5). | 2.10 |
| 05/21/12 | L. McGowen | Review pleadings (cash management order, servicing agreement order, dip financing order, dip agreement, motion to approve cash management order) regarding ability to pay trustee custodial fees and other obligations (1.5); telephone conference with K. Crost regarding first day orders and ability to pay trustee fees and expenses (.5); follow-up regarding discussions with debtors' counsel regarding amendments to servicing order and cash management order (.6). | 2.60 |
| 05/22/12 | K. Moskowitz | Review trustee fee agreements. | 0.50 |
| 05/22/12 | M. Howard | Review trustee fee letters. | 0.20 |
| 05/22/12 | T. Mitchell | Review inquiries regarding effect of bankruptcy on securitization documents. | 0.20 |
| 05/22/12 | K. Crost | Analysis of trustee indemnity rights (2.1); telephone conference with L. McGowen regarding same (.2). | 2.30 |



**ORRICK**

Residential Capital - 11474                                                    August 8, 2012
page 24                                                              Invoice No. 1372768

| | | | |
|---|---|---|---|
| 05/22/12 | L. McGowen | Review and respond to e-mail from K. Crost regarding proposed changes to order (.1); conference with K. Crost regarding same (.2). | 0.30 |
| 05/23/12 | K. Crost | E-mail exchange with L. McGowen regarding request for payment of trustee expenses (.8); review related agreements (.6). | 1.40 |
| 05/24/12 | K. Crost | Review issues regarding bondholder rights. | 0.50 |
| 05/25/12 | K. Crost | Review of trustee request (1.4); emails with L. McGowen regarding trustee request (.5). | 1.90 |
| 05/29/12 | K. Crost | Review Trustee questions (.5); telephone conference with L. McGowen regarding Trustee questions (.3); follow up regarding same (.4). | 1.20 |
| 05/29/12 | L. McGowen | Telephone conference with K. Crost regarding indemnity issues. | 0.40 |
| 05/30/12 | K. Crost | Review issues regarding trustee rights of set off. | 0.70 |
| 05/31/12 | K. Crost | Conference calls with MoFo and ResCap regarding Trustee questions (1.5); research regarding Trustee questions (.6). | 2.10 |
| 06/01/12 | K. Bartlett | Review custodial agreements and draft e-mail to D. Dunne regarding same. | 0.80 |
| 06/01/12 | D. Dunne | Review and comment on Ally Financial letter to Judge Crotty (.3); respond to client request regarding custodial agreements and emails and telephone call with J. Ruckdaschel regarding same (.4). | 0.70 |
| 06/01/12 | K. Crost | Conference call with Trustee counsel and follow-up regarding same. | 1.50 |
| 06/05/12 | M. Howard | Discussions with K. Crost regarding Ambac termination letters and review same. | 0.50 |
| 06/06/12 | K. Crost | Discussions with M. Howard regarding Ambac letters and follow-up (1.6); email follow-up regarding same (.8); review Ambac letters and PSAs (1.3). | 3.70 |
| 06/11/12 | D. Mao | Participate in conference call regarding mortgage insurance rescission issues with J. Ruckdaschel and D. Dunne. | 0.50 |
| 06/11/12 | D. Dunne | Client conference with J. Ruckdaschel and D. Mao regarding mortgage insurance rescissions. | 0.50 |
| 06/11/12 | K. Crost | Review of Moody's article and related materials (.5); telephone conference with J. Ruckdaschel regarding same (.2); follow-up regarding same (.2). | 0.90 |
| 06/12/12 | K. Crost | Review sale objections. | 1.20 |
| 06/13/12 | M. Howard | Teleconference with Kramer Levin and creditors' counsel on pooling and servicing documents, provisions and issues. | 1.10 |
| 06/13/12 | K. Crost | Telephone conference with M. Beck (MoFo) regarding Trustee objections (0.9); preparation for same (0.7). | 1.60 |
| 06/13/12 | K. Crost | Telephone conference with Debtors' counsel and Kramer Levin regarding securitization documents. | 1.10 |

# O
## ORRICK

Residential Capital - 11474
page 25

August 8, 2012
Invoice No. 1372768

| | | | |
|---|---|---|---|
| 06/14/12 | D. Mao | Review of email correspondence from J. Ruckdaschel and D. Dunne regarding mortgage insurance premium obligations and form of promissory note. | 0.50 |
| 06/14/12 | D. Dunne | Review multiple emails from J. Ruckdaschel regarding mortgage insurance refunds and accounting (.3); analyze same and draft reply email with attorney-client advice regarding such refunds (.7). | 1.00 |
| 06/14/12 | K. Crost | Telephone conference with G. Liu of Kramer Levin (counsel to Creditors' Committee) regarding securitization documents. | 0.90 |
| 06/15/12 | D. Mao | Conference call with J. Ruckdaschel, B. Smith, M. Hreshko, D. Dunne regarding application of mortgage insurance premium refunds. | 0.50 |
| 06/15/12 | D. Dunne | Communications with K. Crost and L. McGowen regarding discovery needs of client and scope of services (.6); emails with J. Ruckdaschel and M. Howard regarding Regulation FD filings by RMBS issuers (.1); telephone conference with D. Mao and J. Ruckdaschel and ResCap business representatives regarding procedures and accounting for MI rescission premium refunds (.5). | 1.20 |
| 06/15/12 | D. Dunne | Respond to inquiries from R. Maddox regarding execution of settlement and release in qui tam case. | 0.30 |
| 06/15/12 | M. Howard | Discussions with J. Ruckdaschel on trustee request for certain requests under documents (0.2); review of request regarding same (0.3). | 0.50 |
| 06/15/12 | K. Crost | Review motions to approve RMBS settlements. | 3.20 |
| 06/18/12 | D. Dunne | Communications with T. Hamzehpour, L. Delahy, and T. Devine regarding scope of N.C. and S.C. qui tam releases for attorneys' fees. | 0.50 |
| 06/18/12 | D. Dunne | Respond to client question regarding FGIC's termination of servicing rights. | 0.20 |
| 06/19/12 | D. Dunne | Emails with J. Ruckdaschel regarding contract "best efforts" provision regarding confidentiality. | 0.50 |
| 06/20/12 | K. Crost | E-mails with M. Beck and MoFo regarding posting assignment and assumption and mortgage loan purchase agreements (0.2); telephone conference with D. Bent and M. Howard regarding same (0.4). | 0.60 |
| 06/21/12 | S. Weissman | Review email correspondence from D. Bent regarding MPLA review (.8); telephone conference with D. Bent and N. Gatimu to discuss MLPA review project and logistics (.5). | 1.30 |



**ORRICK**

Residential Capital - 11474                                        August 8, 2012
page 26                                                      Invoice No. 1372768

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 06/21/12 | D. Bent | Telephone conference with K. Crost and N. Gatimu regarding MLPA project (0.4); telephone conferences with N. Gatimu regarding MLPA project (0.3); telephone conference with P. Young (ResCap paralegal) regarding MLPA project (0.1); telephone conference with N. Gatimu and S. Weissman regarding MLPA project (0.3); review and respond to email correspondence with same regarding MLPA project (0.3). | 1.40 |
| 06/21/12 | N. Gatimu | Conference with K. Crost regarding due diligence review of Pooling and Servicing Agreements and obtaining documents (.6); review list of 610 transactions and identify which Pooling and Servicing Agreements must be reviewed (.8); review Pooling and Servicing Agreements for relevant provisions (3.9). | 5.30 |
| 06/21/12 | K. Crost | Telephone conference with M. Beck regarding severability issue (.6); review PSA to identify relevant provisions (2.3); discussions with N. Gatimu regarding severability issue project (.2). | 3.10 |
| 06/21/12 | K. Crost | Telephone conferences with J. Ruckdaschel and P. Young regarding obtaining securitization documents (0.4); telephone conferences with N. Gatimu and D. Bent regarding same (0.4). | 0.80 |
| 06/22/12 | S. Weissman | Analysis of transaction CDs and review purchase agreements and assignment agreements in connection with due diligence (5.4); update MPLA spreadsheet with status of review (1.5). | 6.90 |
| 06/22/12 | E. Walker | Review Assignment and Assumption Agreements and Loan Purchase Agreements for N. Gatimu (3.5); prepare same for transmission to Morrison and Foerster for N. Gatimu (2.0). | 5.50 |
| 06/22/12 | L. Santos | Review issues regarding Assignment and Assumption Agreements and Loan Purchase Agreements (.2); review issues regarding bankruptcy case (.2); review Assignment and Assumption Agreements and Loan Purchase Agreements from relevant closing set compact disks (1.3); prepare same for transmission to co-counsel (.8). | 2.50 |
| 06/22/12 | D. Bent | Telephone conferences with N. Gatimu regarding MLPA project (0.1); review and respond to email correspondence from same regarding MLPA project (0.2). | 0.30 |
| 06/22/12 | N. Gatimu | Coordinate review of closing sets and Assignment and Assumption Agreements and Loan Purchase Agreements for 610 relevant transactions (1.5); call with D. Bent to coordinate review of same (.1); review Pooling and Servicing Agreements for relevant provisions (4.0). | 5.60 |



# ORRICK

Residential Capital - 11474
page 27

August 8, 2012
Invoice No. 1372768

| | | | |
|---|---|---|---|
| 06/22/12 | M. Howard | Discussions with J. Ruckdaschel of ResCap on various Reg AB and other questions. | 0.30 |
| 06/22/12 | K. Crost | Review documents for intralinks (0.3); review PSA regarding severability issues (1.6). | 1.90 |
| 06/23/12 | L. Santos | Prepare and send emails to team regarding document search findings (0.5); review Assignment and Assumption Agreements and Loan Purchase Agreements from relevant closing set compact disks (1.7); prepare same for transmission to co-counsel (1.0). | 3.20 |
| 06/24/12 | S. Weissman | Review of MLPA and AA for diligence. | 1.20 |
| 06/24/12 | E. Walker | Review Assignment and Assumption Agreements and Loan Purchase Agreements from relevant closing set compact disks for N. Gatimu (8.0); prepare same for transmission to co-counsel (4.0). | 12.00 |
| 06/24/12 | L. Santos | Review Assignment and Assumption Agreements and Loan Purchase Agreements from relevant closing set compact disks (7.00); prepare same for transmission to co-counsel (4.50). | 11.50 |
| 06/25/12 | S. Weissman | Review MLPAs and AAs from client. | 7.50 |
| 06/25/12 | M. Goetz | Review termination notices regarding transfer of servicing rights for various DB/MIT securitizations. | 0.30 |
| 06/25/12 | E. Walker | Review Assignment and Assumption Agreements and Loan Purchase Agreements from relevant closing set compact disks for N. Gatimu (6.0); prepare same for transmission to co-counsel for N. Gatimu (2.0); review Assignment and Assumption Agreements and Loan Purchase Agreements for N. Gatimu (4.0). | 12.00 |
| 06/25/12 | L. Santos | Review Assignment and Assumption Agreements and Loan Purchase Agreements from relevant closing set compact disks (4.00); prepare same for transmission to co-counsel (2.2). | 6.20 |
| 06/25/12 | D. Bent | Review 21 sets of DBALT, ACE and MIT securitization documents for which GMACM is the servicer to determine whether unreimbursed advances are payable upon termination (4.5); telephone conference with T. Mitchell regarding same (0.1);  review various Assignment and Assumption Agreements, Mortgage Loan Purchase Agreements and Home Loan Purchase Agreements in order to send such documents to Morrison & Foerster (0.7). | 5.30 |



**ORRICK**

Residential Capital - 11474                                        August 8, 2012
page 28                                                        Invoice No. 1372768

| | | | |
|---|---|---|---|
| 06/25/12 | N. Gatimu | Review Pooling and Servicing Agreements and Loan Purchase Agreements for 610 transactions that will be transmitted to co-counsel (2.8); review Pooling and Servicing Agreements of certain deals for relevant provisions and populate the master chart for deals prior to 2004 (3.5). | 6.30 |
| 06/25/12 | M. Howard | Review termination notices from Deutsche Bank. | 0.50 |
| 06/25/12 | K. Crost | Review Pooling and Servicing Agreements for severability issue (2.2); e-mail correspondence with M. Beck regarding severability issue (0.4); e-mails regarding collection of assignment and assumption and mortgage loan purchase agreements (0.3); reviewed trustee fee order (0.7). | 3.60 |
| 06/26/12 | S. Weissman | Review of MLPAs and AAs (4.2); revise spreadsheet regarding same (.8); review additional deals (1.4). | 6.40 |
| 06/26/12 | M. Goetz | Search for executed assignment and assumption agreements for RALI 2006-QH1, RASC 2004-KS5, RASC 2005-AHL2, RALI 2005-QA13, RALI 2006-QA1, RALI 2006-QA7, RALIE 2006-QH1, RALI 2006-QA7 NIM, RALI 2006-QA8 NIM and RALI 2006-RZ5 NIM and confer with D. Bent regarding same. | 0.60 |
| 06/26/12 | E. Walker | Review Assignment and Assumption Agreement and Loan Purchase Agreements for transmission to co-counsel for N. Gatimu. | 8.50 |
| 06/26/12 | D. Bent | Review various Assignment and Assumption Agreements, Mortgage Loan Purchase Agreements and Home Loan Purchase Agreements in order to send such documents to Morrison & Foerster (4.0); review various DB, ACE and MIT securitization documents for which GMACM is the servicer to determine if there is an unilateral termination right (0.5); telephone conference with J. Ruckdaschel and M. Howard regarding same (0.2). | 4.70 |
| 06/26/12 | N. Gatimu | Review Assignment and Assumption Agreements and Loan Purchase Agreements for 610 transactions to transmit to co-counsel (5.5); review Pooling and Servicing Agreements of certain deals for relevant provisions (6.3). | 11.80 |
| 06/26/12 | K. Crost | Work on chart listing representation and warranty provisions in Pooling and Servicing Agreement (4.7); communication with client and Morrison and Foerster regarding obtaining assignment and assumption and mortgage loan purchase agreements (0.2). | 4.90 |
| 06/27/12 | S. Weissman | Review MLPAs and AAs. | 6.10 |



# ORRICK

Residential Capital - 11474                                              August 8, 2012
page 29                                                          Invoice No. 1372768

| | | | |
|---|---|---|---|
| 06/27/12 | D. Bent | Draft email to J. Ruckdaschel regarding unilateral termination right for various DB and MIT deals (0.2); telephone conferences with S. Weissman regarding MLPA project (0.2). | 0.40 |
| 06/27/12 | N. Gatimu | Review Assignment and Assumption Agreements and Loan Purchase Agreements for 610 transactions that will be transmitted to co-counsel. | 3.50 |
| 06/27/12 | K. Crost | Review PSA chart. | 0.30 |
| 06/28/12 | S. Weissman | Continue review of MLPAs and AAs and confirmation of same against spreadsheet data for use in ongoing diligence project (.6); telephone conference with D. Bent regarding same (.2). | 0.80 |
| 06/28/12 | N. Gatimu | Review Assignment and Assumption Agreements and Loan Purchase Agreements for 610 transactions that will be transmitted to co-counsel. | 3.50 |
| 06/29/12 | S. Weissman | Analysis of spreadsheet used in due diligence process. | 1.10 |
| 06/29/12 | S. Weissman | Analysis of deals 2007-QH1, 2007-S9, 2006-RZ4 and RZ5 in on-going diligence project (1.1); comparison of deals against data in spreadsheet and confirm accordingly (1.2). | 2.30 |
| 06/29/12 | N. Gatimu | Review Assignment and Assumption Agreements and Loan Purchase Agreements for remainder of the 610 transactions that will be transmitted to co-counsel (4.5); transmit relevant agreements to co-counsel (1.5). | 6.00 |
| 06/29/12 | K. Crost | Work on obtaining assignment and assumption agreements. | 0.50 |

Total Hours              211.90
Total For Services                      $100,063.00

| Timekeeper Summary | Hours | Base Rate | Base Amount | Billed Rate | Billed Amount |
|---|---|---|---|---|---|
| Kristen Bartlett | 0.80 | 355.00 | 284.00 | 370.50 | 296.40 |
| Duane K. Beasley | 2.90 | 650.00 | 1,885.00 | 612.75 | 1,776.98 |
| Dennis M. Bent | 12.10 | 495.00 | 5,989.50 | 451.25 | 5,460.14 |
| Katharine I. Crost | 43.20 | 895.00 | 38,664.00 | 874.00 | 37,756.80 |
| Daniel J. Dunne | 4.90 | 775.00 | 3,797.50 | 741.00 | 3,630.90 |
| Njoki Gatimu | 42.00 | 575.00 | 24,150.00 | 495.00 | 20,790.00 |
| Margaret A. Goetz | 0.90 | 265.00 | 238.50 | 242.26 | 218.03 |
| Martin B. Howard | 3.30 | 795.00 | 2,623.50 | 731.50 | 2,413.95 |
| Dora Y. Mao | 1.50 | 695.00 | 1,042.50 | 660.26 | 990.39 |
| Lorraine S. McGowen | 3.30 | 895.00 | 2,953.50 | 875.00 | 2,887.50 |
| Thomas C. Mitchell | 0.60 | 825.00 | 495.00 | 790.00 | 474.00 |
| Kara F. Moskowitz | 1.00 | 675.00 | 675.00 | 530.00 | 530.00 |
| Linda C. Santos | 23.40 | 280.00 | 6,552.00 | 266.00 | 6,224.40 |
| Leah P. Sanzari | 0.40 | 805.00 | 322.00 | 755.00 | 302.00 |



# ORRICK

Residential Capital - 11474
page 30

August 8, 2012
Invoice No. 1372768

| Timekeeper Summary | Hours | Base Rate | Base Amount | Billed Rate | Billed Amount |
|---|---|---|---|---|---|
| Elizabeth Y. Walker | 38.00 | 275.00 | 10,450.00 | 261.25 | 9,927.51 |
| Sarah R. Weissman | 33.60 | 200.00 | 6,720.00 | 190.00 | 6,384.00 |
| Total All Timekeepers | 211.90 | | $106,842.00 | | $100,063.00 |

**Total For This Matter**      **$100,063.00**

For Legal Services Rendered Through June 30, 2012 in Connection With:

**Matter: 148 - Resolution of Pre-Bankruptcy Transactions**

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 05/16/12 | D. Bent | Review the Indenture, Servicing Agreement or Pooling and Servicing Agreement, as applicable, for GMACM 2004-HE4, GMACM 2007-HE1, RFMSI 2004-S4 and RFMSII 2007-HSA2 to determine how Subsequent Recoveries are distributed through the waterfall. | 2.40 |
| 05/17/12 | M. Goetz | Confer with D. Beasley (Senior Associate) regarding preparation of trustee notices (.1); prepare initial draft of notice to Bank of New York Mellon (.2). | 0.30 |
| 05/17/12 | D. Bent | Email communication with M. Goetz regarding signature pages. | 0.10 |
| 05/17/12 | D. Beasley | Respond to emails from J. Ruckdaschel (ResCap) regarding MBIA insured transactions (1.0); respond to emails from M. Howard regarding MBIA insured transactions and wind-up of GSAP facility (2.0); conferences with M. Goetz regarding notices to trustees for GSAP financed securitizations (.1). | 3.10 |
| 05/22/12 | M. Goetz | Prepare emails to trustees M. Moeller (U.S. Bank), K. Rodriquez (Deutsche Bank), and P. Gobell (Wells Fargo Bank) requesting correct address for Trustee Notices. | 0.30 |
| 05/22/12 | D. Beasley | Respond to emails from H. Anderson (ResCap) regarding notices under DIP Credit Agreement (0.5); respond to emails from J. Pierce (Morrison & Foerster) regarding notices under DIP Credit Agreement (0.5); revise form of notice to MBS trustees regarding advance reimbursement amounts (1.0); review final DIP Credit Agreement (0.5); respond to emails from J. Ruckdaschel (ResCap In-House Counsel) regarding amendments to MetLife servicing agreements (0.5). | 3.00 |



**ORRICK**

Residential Capital - 11474
page 31

August 8, 2012
Invoice No. 1372768

| Date | Name | Description | Hours |
|---|---|---|---|
| 05/23/12 | M. Goetz | Email with Deutsche Bank confirming address for Notice to Trustees (.1); email to D. Bent outlining correct addresses to be used on Notices to Trustees (.1). | 0.20 |
| 05/23/12 | D. Bent | Review and revise the MBS Trust notices regarding Advance Reimbursement Amounts. | 0.50 |
| 05/24/12 | D. Bent | Review, revise and distribute MBS Trust notices regarding Advance Reimbursement Amounts. | 0.50 |
| 05/24/12 | D. Beasley | Review and respond to emails from J. Ruhlin (ResCap Treasury) regarding MBS notices and open items concerning DIP Credit Agreement. | 0.50 |
| 05/30/12 | D. Bent | Review the GMACM 2004-HE2, GMACM 2006-J1, RASC 2004-KS4 and RFMSII 2007-HSA3 deals regarding Cash Flow Provisions (1.6); review two whole loan agreements and an AAR to determine the Servicer's indemnification obligations to a Trustee or Owner of the loans (0.8). | 2.40 |
| 05/30/12 | D. Beasley | Review and respond to emails from M. Schoffelen and P. Kollydas (ResCap) regarding CAPCO audit contract (0.3); review CAPCO audit contract and operative documents from GMACM 2010-1 to determine strategy for terminating contract (0.5); review and respond to emails from H. Anderson (ResCap) regarding PSA amendment process (0.5). | 1.30 |
| 05/31/12 | D. Bent | Review precedent and draft Direction Letter and Notice of Termination to Capco for GMACM 2010-1 (0.5); telephone conference with GMACM regarding Direction Letter and Notice of Termination to Capco (0.5); search previous GMACM/RFC deals to determine if GMACM or RFC ever entered into an Administration Agreement (0.1). | 1.10 |
| 05/31/12 | D. Beasley | Telephone conference with J. Ruckdaschel, M. Schoffelen and P. Kollydas regarding CAPCO audit contract (.5); review and respond to emails regarding PSA amendment process (.2). | 0.70 |
| 06/05/12 | D. Bent | Research whether the Credit Agreement was a mandatory attachment to the Interim Financing Order for the Notice regarding Advance Reimbursement Amounts (0.5); aggregate various PSAs for Ambac deals and send to K. Crost, M. Howard and T. Mitchell (0.2). | 0.70 |
| 06/08/12 | D. Bent | Telephone conference with M. Schoffelen (ResCap), J. Ruckdaschel (In-House Attorney) regarding CAPCO termination and BNY's suggestions for amendment. | 0.20 |

# ORRICK

Residential Capital - 11474
page 32

August 8, 2012
Invoice No. 1372768

| Date | Name | Description | Hours |
|---|---|---|---|
| 06/11/12 | D. Bent | Review deal documents in order to draft and distribute Amendment No. 1 to Indenture, Amendment No. 1 to Declaration of Trust, Amendment No. 1 to Servicing Agreement and Certification and Direction Letter for GMACM 2010-1 (1.5); telephone conference with I. Kameros at Nixon Peabody regarding amendments (0.2). | 1.70 |
| 06/11/12 | D. Beasley | Review and comment on amendment to GMACM 2010-1 documents (0.5); telephone conferences with D. Bent regarding strategy for amendments (0.5). | 1.00 |
| 06/13/12 | M. Goetz | Review Amendment No. 1 to Indenture, Declaration of Trust and Servicing Agreement and Certification and Direction Letter (.1); prepare stand-alone signature pages for same (.1); prepare email and forward documents for execution to P. Young (ResCap) and J. Ruckdaschel (ResCap) (.1); two emails with M. Schoffelen (ResCap) regarding signature (.1). | 0.40 |
| 06/13/12 | D. Bent | Telephone conference with J. Luce at Wilmington Trust regarding amendment (0.2); review, revise and distribute Amendment No. 1 to Indenture, Amendment No. 1 to Declaration of Trust and Amendment No. 1 to Servicing Agreement for GMACM 2010-1 (0.8); review and respond to email correspondence with D. Beasley regarding Amendment No. 1 (0.2). | 1.20 |
| 06/13/12 | D. Beasley | Review and respond to emails with D. Bent regarding amendment to GMACM 2010-1 documents. | 0.30 |
| 06/14/12 | M. Goetz | Review emails from D. Bent and D. Beasley regarding Amendment No. 1 (.1); prepare assembled WTC direction letter and forward to J. Luce and R. Maney at Wilmington Trust Company (.1); assemble fully-executed Amendment No. 1 and prepare email transmitting same to J. Ruckdaschel (ResCap), P. Kollydas (ResCap), M. Schoffelen (ResCap), P. Huang (Bank of New York Mellon), J. Luce (Wilmington Trust Company), I. Karneros (Nixon Peabody), D. Bent (Orrick attorney), D. Beasley (Senior Associate) and M. Howard (partner) (.2). | 0.40 |
| 06/14/12 | D. Bent | Telephone conference with J. Luce at Wilmington Trust regarding amendment (0.1); review, revise and distribute Amendment No. 1 to Indenture, Amendment No. 1 to Declaration of Trust and Amendment No. 1 to Servicing Agreement for GMACM 2010-1 (0.2); review and respond to email correspondence with M. Goetz regarding Amendment No. 1 (0.2). | 0.50 |
| 06/25/12 | T. Mitchell | Review DB and Mortgage IT termination notices. | 0.60 |
| 06/27/12 | T. Mitchell | Analysis of automatic stay and servicing termination issues. | 0.20 |



# ORRICK

Residential Capital - 11474
page 33

August 8, 2012
Invoice No. 1372768

| | | | |
|---|---|---|---|
| 06/28/12 | D. Beasley | Respond to questions from J. Ruckdaschel (ResCap) and M. Beck (Morrison and Foerster) regarding vintage securitizations. | 1.00 |

Total Hours                 24.60
Total For Services                           $12,797.77

| Timekeeper Summary | Hours | Base Rate | Base Amount | Billed Rate | Billed Amount |
|---|---|---|---|---|---|
| Duane  K. Beasley | 10.90 | 650.00 | 7,085.00 | 612.75 | 6,679.00 |
| Dennis  M. Bent | 11.30 | 495.00 | 5,593.50 | 451.25 | 5,099.16 |
| Margaret  A. Goetz | 1.60 | 265.00 | 424.00 | 242.26 | 387.61 |
| Thomas  C. Mitchell | 0.80 | 825.00 | 660.00 | 790.00 | 632.00 |
| Total All Timekeepers | 24.60 | | $13,762.50 | | $12,797.77 |

**Total For This Matter**                    $12,797.77



# ORRICK

Residential Capital - 11474
page 34

August 8, 2012
Invoice No. 1372768

For Legal Services Rendered Through June 30, 2012 in Connection With:

**Matter: 149 - SEC Investigation Assistance**

| | | | |
|---|---|---|---|
| 06/21/12 | D. Dunne | Emails with J. Ruckdaschel and J. Meyers regarding SEC mini-summit. | 0.50 |
| 06/25/12 | J. Meyers | Emails from/to D. Dunn regarding SEC process questions. | 0.30 |
| 06/29/12 | D. Dunne | Emails with P. Zellmann regarding SEC investigation. | 0.20 |

|  |  |  |
|---|---|---|
| Total Hours | 1.00 | |
| Total For Services | | $789.45 |

| Timekeeper Summary | Hours | Base Rate | Base Amount | Billed Rate | Billed Amount |
|---|---|---|---|---|---|
| Daniel J. Dunne | 0.70 | 850.00 | 595.00 | 741.00 | 518.70 |
| James A. Meyers | 0.30 | 950.00 | 285.00 | 902.50 | 270.75 |
| Total All Timekeepers | 1.00 | | $880.00 | | $789.45 |

**Total For This Matter**      **$789.45**

For Legal Services Rendered Through June 30, 2012 in Connection With:

**Matter: 150 - Non-Securitization Issues**

| | | | |
|---|---|---|---|
| 06/27/12 | J. Drury-Smith | Telephone conference with K. Crost and client on UK legal issue requirements (.4 ); review correspondence, questionnaire, and background research regarding same (2.1). | 2.50 |
| 06/27/12 | M. Howard | Telephone conference with S. Willis and K. Crost regarding UK legal issues. | 0.40 |
| 06/27/12 | S. Willis | Telephone conference with M. Howard regarding UK legal issue and follow-up regarding same (.5); conference call with client regarding same (.3). | 0.80 |
| 06/27/12 | K. Crost | Telephone conferences with M. Howard, S. Willis, D. Dunn, J. Drury-Smith and J. Ruckdaschel regarding UK legal issues. | 0.30 |



# ORRICK

Residential Capital - 11474
page 35

August 8, 2012
Invoice No. 1372768

| 06/28/12 | J. Drury-Smith | Conference call with S. Willis, M. Howard, J. Ruckdaschel (ResCap) regarding UK issue (.30); internal discussions regarding same (.40). | 0.70 |
| 06/28/12 | M. Howard | Conference call with S. Willis, J. Drury, M. Howard, J. Ruckdaschel (ResCap) regarding UK issue and follow-up regarding same. | 0.50 |
| 06/28/12 | S. Willis | Further consideration of UK legal issues (.20); further call with J. Ruckdaschel (ResCap) regarding same (.30). | 0.50 |
| 06/28/12 | K. Crost | Conference call with S. Willis, J. Drury, M. Howard, and J. Ruckdaschel (ResCap) regarding UK issue and follow-up regarding same. | 0.30 |

|  | Total Hours | 6.00 |  |
|  | Total For Services |  | $3,804.29 |

| Timekeeper Summary | Hours | Base Rate | Base Amount | Billed Rate | Billed Amount |
|---|---|---|---|---|---|
| Katharine I. Crost | 0.60 | 895.00 | 537.00 | 874.00 | 524.40 |
| James Drury-Smith | 3.20 | 515.00 | 1,648.00 | 489.25 | 1,565.61 |
| Martin B. Howard | 0.90 | 795.00 | 715.50 | 731.50 | 658.35 |
| Simon Willis | 1.30 | 855.00 | 1,111.50 | 812.25 | 1,055.93 |
| Total All Timekeepers | 6.00 |  | $4,012.00 |  | $3,804.29 |

**Total For This Matter**                    **$3,804.29**



**ORRICK**

Residential Capital - 11474
page 36

August 8, 2012
Invoice No. 1372768

For Legal Services Rendered Through June 30, 2012 in Connection With:

**Matter: 151 - Termination of Servicing Contracts**

| | | | |
|---|---|---|---|
| 06/05/12 | T. Mitchell | Review documents regarding Ambac servicer termination rights (.9); telephone conference with K. Crost regarding same (.1); conference call with client regarding same (.5). | 1.50 |
| 06/05/12 | K. Crost | Telephone conferences with client and T. Mitchell regarding Ambac correspondence (1.2); review correspondence regarding servicer termination (0.8). | 2.00 |
| 06/06/12 | M. Howard | Teleconference with K. Crost and T. Mitchell on Ambac termination notices (.4); review of notices regarding same (.4). | 0.80 |
| 06/06/12 | M. Howard | Discussion of Ambac notices with J. Ruckdaschel. | 0.80 |
| 06/06/12 | T. Mitchell | Draft e-mail to M. Howard and K. Crost regarding Ambac termination issues (.6); telephone conferences with M. Howard and K. Crost regarding termination issues (.4); analysis regarding termination issues (.7). | 1.70 |
| 06/07/12 | M. Howard | Teleconference with Morrison and Foerster and ResCap on strategy regarding Ambac termination notices. | 1.20 |
| 06/07/12 | T. Mitchell | Review Ambac termination issues (.8); telephone conferences with M. Howard and K. Crost regarding Ambac strategy (.3); analysis regarding same (.2). | 1.30 |
| 06/07/12 | K. Crost | Discussions with M. Howard and T. Mitchell regarding Ambac letters (0.8); prepare/review emails regarding Ambac letters (0.4). | 1.20 |
| 06/08/12 | M. Howard | Discussions with J. Ruckdaschel, P. Kollydas and P. Fleming of ResCap on negotiations with trustees on Ambac terminations. | 0.70 |
| 06/08/12 | T. Mitchell | Telephone conference with M. Howard regarding Ambac termination issues. | 0.10 |
| 06/11/12 | T. Mitchell | Analysis regarding securitization trustee inquiries. | 0.10 |
| 06/12/12 | D. Dunne | Telephone conference with K. Crost regarding Ambac servicing termination response (.3); review Pooling and Servicing Agreements, Insurance and Indemnity Agreements and guaranty policies in connection with Ambac termination notice (1.7); conference call with K. Crost, M. Howard, and T. Mitchell regarding servicing termination notices (.5); telephone conference with Orrick and MoFo lawyers regarding same (.3). | 2.80 |



**ORRICK**

Residential Capital - 11474
page 37

August 8, 2012
Invoice No. 1372768

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 06/12/12 | M. Howard | Teleconference with K. Crost and T. Mitchell on Ambac termination requests (0.3); teleconference with Morrison and Foerster on Ambac terminations (0.3); follow up call with J. Ruckdaschel on Ambac termination requests (0.5); review of pooling and servicing agreements with respect to Ambac rights upon an insurer default (0.6); review of Ambac letter (0.3). | 2.00 |
| 06/12/12 | T. Mitchell | Conference call with Morrison and Foerster regarding servicing termination issues (.3); draft letter to Ambac regarding servicing termination (1.0); analysis regarding Roosevelt and Shellpoint terminations (.4); conference call with M. Howard and K. Crost regarding termination issues (.4). | 2.10 |
| 06/12/12 | K. Crost | Reviewed Ambac letters (0.3); conference call with Debtor's counsel regarding Ambac letters regarding servicing termination (0.4); review draft response (0.5); prepare/review emails regarding draft response (0.5). | 1.70 |
| 06/13/12 | T. Mitchell | Revise Ambac termination letter (0.4); research regarding stay issues regarding Roosevelt termination (0.3); prepare e-mail regarding Roosevelt (0.1). | 0.80 |
| 06/13/12 | K. Crost | Draft response to Roosevelt request for servicing transfer (0.6); review Roosevelt servicing agreements (1.2). | 1.80 |
| 06/21/12 | K. Crost | Review Shellpoint motion (1.2); telephone conference with A. Klein (Debtor's counsel) regarding Shellpoint motion (0.2); e-mail regarding response to Shellpoint motion (0.3). | 1.70 |
| 06/27/12 | K. Crost | Telephone conference with A. Klein (Debtor's Counsel) regarding automatic stay issues (0.2); telephone conference with T. Mitchell regarding Shellpoint (0.1). | 0.30 |
| 06/29/12 | T. Mitchell | Conference call with Morrison and Foerster regarding termination without cause issues and strategy (0.4); telephone conference with K. Crost regarding same (0.2). | 0.60 |
| 06/29/12 | K. Crost | Telephone conferences with M. Howard regarding servicing terminations (0.6); telephone conferences with T. Mitchell regarding Shellpoint (0.2); telephone conference with T. Mitchell and A. Klein (Debtor's counsel) regarding Shellpoint (0.4); review Shellpoint motion (0.4). | 1.60 |

|  | Total Hours | 26.80 |  |
|---|---|---|---|
|  | Total For Services |  | $21,578.25 |



# ORRICK

Residential Capital - 11474                                                August 8, 2012
page 38                                                                    Invoice No. 1372768

| Timekeeper Summary | Hours | Base Rate | Base Amount | Billed Rate | Billed Amount |
|---|---|---|---|---|---|
| Katharine I. Crost | 10.30 | 895.00 | 9,218.50 | 874.00 | 9,002.20 |
| Daniel J. Dunne | 2.80 | 775.00 | 2,170.00 | 741.00 | 2,074.80 |
| Martin B. Howard | 5.50 | 795.00 | 4,372.50 | 731.50 | 4,023.25 |
| Thomas C. Mitchell | 8.20 | 825.00 | 6,765.00 | 790.00 | 6,478.00 |
| Total All Timekeepers | 26.80 | | $22,526.00 | | $21,578.25 |

**Total For This Matter**                                   **$21,578.25**


**\* \* \* COMBINED TOTALS \* \* \***

| | | |
|---|---|---|
| Total Hours | 567.30 | |
| Total Fees, all Matters | | $311,664.09 |
| Total Disbursements, all Matters | | $204.00 |
| Total Amount Due | | $311,868.09 |