# EXHIBIT E-2

# ORRICK'S SECOND MONTHLY FEE STATEMENT

# FOR THE TIME PERIOD

# JULY 1, 2012 – JULY 31, 2012



# ORRICK

ORRICK, HERRINGTON & SUTCLIFFE LLP
51 W 52ND STREET
NEW YORK, NEW YORK 10019-6142

*tel* +1-212-506-5000
*fax* +1-212-506-5151
WWW.ORRICK.COM

Katharine I. Crost
(212) 506-5070
kcrost@orrick.com

August 27, 2012

## VIA ELECTRONIC MAIL AND OVERNIGHT MAIL

Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104
Attn: Larren M. Nashelsky, Gary S. Lee and
     Lorenzo Marinuzzi

Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004
Attn: Tracy Hope Davis, Linda A. Riffkin,
     and Brian S. Masumoto

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
Attn: Kenneth H. Eckstein and
     Douglas H. Mannal

Kirkland & Ellis
601 Lexington Avenue
New York, NY 10022
Attn: Richard M. Cieri and Ray C. Schrock

Skadden, Arps, Slate, Meagher & Flom LLP
4 Times Square
New York, New York 10036
Attn: Kenneth S. Ziman and
     Jonathan H. Hofer

> **Re:**   **In re Residential Capital, LLC, et al., Case No. 12-12020:**
> **Monthly Fee Statement of Orrick, Herrington & Sutcliffe LLP**
> **for the time period July 1, 2012 through July 31, 2012**

Dear Counsel:

Pursuant to the Bankruptcy Court's July 17, 2012 *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* (the "Order"), enclosed please find the monthly fee statement of Orrick, Herrington & Sutcliffe LLP ("Orrick") as Special Securitization Transactional and Litigation Counsel to Residential Capital, *et al.* (collectively, the "Debtors" or the "Company") for the time period July 1, 2012 through July 31, 2012 (the



ORRICK

August 27, 2012
Page 2

"Invoice Period"), which was served on the parties listed in paragraph 2(a) of the Order on August 27, 2012 (the "Monthly Fee Statement).[1]

In the absence of a timely objection, the Debtors shall pay $206,836.90, consisting of the sum of (a) $206,384.68, an amount equal to 80% of the fees ($206,384.68 = $257,980.85 x 0.80) and (b) 100% of the expenses ($452.22) being requested in the Monthly Fee Statement.

Objections to the Monthly Fee Statement are due by September 17, 2012 (*i.e.*, 20 days after the date of service of this Monthly Fee Statement).

Pursuant to the Order, Orrick hereby sets forth a description of services rendered to the Debtors, including total hours worked and rates applied,[2] and all reasonable out-of-pocket costs and expenses. The following is intended to serve as a summary description of the primary services rendered by Orrick during the Invoice Period. This summary is derived from the time records of the attorneys and paraprofessionals who worked on this matter (attached hereto as **Exhibit A**), which time records were maintained regularly and entered contemporaneously with the rendition of the services by each Orrick attorney and paraprofessional in the ordinary course of practice. Orrick has incurred actual out-of-pocket costs and expenses in connection with providing services to the Debtors. Orrick, in the ordinary course of its legal practice, uses the most economical and efficient method, or, where appropriate, outside vendors, when incurring expenses. Reimbursement of expenses incurred by Orrick to outside vendors is limited to the actual amounts billed to, or paid by, Orrick.

---

[1] Orrick was retained as Special Securitization Transactional and Litigation Counsel pursuant to the *Order Under Section 327(e) of the Bankruptcy Code, Bankruptcy Rule 2014(a) and Local Rule 2014-1 Authorizing the Employment and Retention of Orrick Herrington & Sutcliffe LLP as Special Securitization Transactional and Litigation Counsel to the Debtors, Nunc Pro Tunc to May 14, 2012,* entered by the Bankruptcy Court on July 27, 2012 (Dkt. No. 930).

[2] Orrick began representing the Company more than twenty years ago. In connection with its longstanding representation, Orrick has historically billed the Company at a discounted hourly rate for legal services rendered. Orrick has agreed to continue to bill the Company at its discounted hourly rates (subject to annual rate increases) during these Chapter 11 cases. Accordingly, the fees included in this Monthly Fee Statement reflect Orrick's discounted hourly rates. The "Timekeeper Summary" in Orrick's invoice shows Orrick's "Base Rate," which is the hourly rate normally charged to Orrick clients, and the "Billed Rate," which reflects the discounted hourly rates Orrick is providing to the Debtors.


ORRICK

August 27, 2012
Page 3

PSA Amendments (Matter 141)

Orrick researched and analyzed certain documents in connection with preparing amendments to pooling and servicing agreements for loans in securitizations as well as servicing agreements for loans that the Debtors service but that are not in securitizations. Orrick advised the Debtors and their counsel, Morrison & Foerster, regarding the amendment process and the consents necessary for such amendments. Orrick also reviewed servicing agreements to identify provisions covering advance facility, if any. In addition, Orrick reviewed various Wells Fargo servicing agreements and corresponding securitization documents to determine who must consent to an amendment to add servicer advance language. Orrick prepared a draft form PSA amendment and a draft servicing agreement for Impac loans. Orrick also advised the Debtors regarding the status of negotiations with the trustees and discussed concerns with required amendment language. In addition, Orrick advised the Debtors in connection with the MetLife amendments and certain indemnification issues for the RALI trust servicing transfer to Nationstar. Orrick also participated in telephone conferences with Credit Suisse and attorneys from SNR Denton regarding the MetLife amendments and the Goldman Sachs amendments. In connection with this matter, Orrick devoted 363.80 hours resulting in fees of $170,558.70 and no expenses.

General Bankruptcy Administration (Matter 142)

Orrick reviewed the memorandum opinion and orders authorizing the appointment of an examiner. Orrick also reviewed the docket to determine various parties-in-interest in the Chapter 11 cases. In addition, Orrick reviewed the order approving interim compensation procedures. In connection with this matter, Orrick devoted 6.50 hours resulting in fees of $2,064.35 and $146.20 in expenses.

Retention (Matter 143)

Orrick reviewed the United States Trustee's omnibus objection to retention applications and prepared a revised proposed order approving Orrick's retention. Orrick also prepared a supplemental declaration in response to the United States Trustee's objection and communicated with Morrison & Foerster regarding the same. Orrick attended the July 13, 2012 hearing on Orrick's retention application and advised the Orrick team regarding the outcome. In connection with this matter, Orrick devoted 47.10 hours resulting in fees of $33,757.65 and $29.11 in expenses.


ORRICK

August 27, 2012
Page 4

Compensation (Matter 144)

Orrick corresponded with Morrison & Foerster regarding various compensation issues and
procedures for retained professionals. Orrick also prepared its monthly fee statement for the
time period May 14, 2012 through June 30, 2012. In connection with this matter, Orrick devoted
16.10 hours resulting in fees of $10,198.95 and no expenses.[3]

Securitization Questions (Matter 146)

At the request of the Debtors and their counsel, Morrison & Foerster, Orrick reviewed numerous
documents including certain pooling and servicing agreements, assignment and assumption
agreements, mortgage loan purchase agreements, and home loan purchase agreements in
connection with numerous separate deals. Orrick provided the Debtors with its advice and
analysis with respect thereto and responded to inquiries regarding the same. In connection with
this matter, Orrick devoted 85.30 hours resulting in fees of $30,634.35 and $75.91 in expenses.

Resolution of Pre-Bankruptcy Transactions (Matter 148)

Orrick advised the Debtors and Morrison & Foerster regarding various pre-bankruptcy pooling
and servicing agreements and amendments thereto. In addition, Orrick reviewed and revised
certain assignment and assumption agreements in connection with the MetLife transfer and
responded to inquiries from the Debtors with respect thereto. Orrick also advised the Debtors
regarding the termination of servicing under certain Deutsche Bank transactions. In connection
with this matter, Orrick devoted 13.70 hours resulting in fees of $8,024.20 and no expenses.

SEC Investigation Assistance (Matter 149)

Orrick reviewed certain pleadings and subpoenas in connection with the ongoing SEC
investigation. In addition, Orrick participated in a telephone conference with the Debtors and co-
counsel regarding the same. In connection with this matter, Orrick devoted 3.20 hours resulting
in fees of $2,742.65 and $201.00 in expenses.

---

[3] Orrick devoted an additional 11.50 hours resulting in fees of $8,606.05 in connection with reviewing,
revising and finalizing its monthly time records. Orrick is aware of Judge Bernstein's August 24, 2010
decision in *In re CCT Communications, Inc.*, Case No. 07-10210, which held that reviewing and editing
time records is not compensable. Accordingly, Orrick is not seeking compensation from the Debtors'
estates for such fees.



ORRICK

August 27, 2012
Page 5

## COMPENSATION SUMMARY

### JULY 1, 2012 THROUGH JULY 31, 2012

| Name of Professional Person | Position of Applicant | Hourly Billing Rate | Total Hours Billed | Total Fees |
|---|---|---|---|---|
| **Partners & Senior Counsel** | | | | |
| Katharine I. Crost | Partner | $874.00 | 13.30 | $11,624.20 |
| Daniel J. Dunne | Partner | $741.00 | 2.90 | $2,148.90 |
| Martin B. Howard | Partner | $731.50 | 14.80 | $10,826.20 |
| Dora Y. Mao | Senior Counsel | $660.25 | 1.40 | $924.36 |
| Lorraine S. McGowen | Partner | $875.00 | 9.80 | $8,575.00 |
| James A. Meyers | Partner | $902.50 | 2.30 | $2,075.75 |
| Thomas C. Mitchell | Partner | $790.00 | 0.20 | $158.00 |
| **Associates** | | | | |
| Spencer C. Barrowes | Associate | $451.25 | 92.70 | $41,830.94 |
| Duane K. Beasley | Senior Associate | $612.75 | 75.20 | $46,112.11 |
| Dennis M. Bent | Contract Associate | $451.25 | 88.20 | $39,800.33 |
| John A. Farmer | Contract Associate | $342.00 | 74.70 | $25,547.40 |
| Debra L. Felder | Senior Associate | $617.50 | 43.30 | $26,737.75 |
| Njoki Gatimu | Managing Associate | $495.00 | 21.30 | $10,543.50 |



ORRICK

August 27, 2012
Page 6

| Name of Professional Person | Position of Applicant | Hourly Billing Rate | Total Hours Billed | Total Fees |
|---|---|---|---|---|
| S. Chris Min | Managing Associate | $510.00 | 26.30 | $13,413.00 |
| Sarah R. Weissman | Career Associate | $190.00 | 2.90 | $551.00 |
| **Paralegals/Paraprofessionals** | | | | |
| Debra O. Fullem | Bankruptcy Research Specialist | $256.50 | 5.40 | $1,385.10 |
| Margaret A. Goetz | Paralegal | $242.25 | 7.50 | $1,816.90 |
| Frances McKeown | Research Specialist | $232.76 | 1.00 | $232.76 |
| Sherwin Sabado | Research and Information Resource Assistant | $185.86 | 0.50 | $92.63 |
| Elizabeth Y. Walker | Senior Paralegal | $261.25 | 52.00 | $13,585.02 |
| **TOTAL:** | | | **535.70** | **$257,980.85** |
| Total Hourly Blended Rate (excluding paralegals/paraprofessionals): | | | | $513.00 ($240,868.44 / 469.3 hrs = $513.00) |



ORRICK

August 27, 2012
Page 7

## COMPENSATION BY PROJECT CATEGORY

### JULY 1, 2012 THROUGH JULY 31, 2012

| Project Category | Total Hours | Total Fees |
|---|---|---|
| PSA Amendments | 363.80 | $170,558.70 |
| General Bankruptcy Administration | 6.50 | $2,064.35 |
| Retention | 47.10 | $33,757.65 |
| Compensation | 16.10 | $10,198.95 |
| Securitization Questions | 85.30 | $30,634.35 |
| Resolution of Pre-Bankruptcy Transactions | 13.70 | $8,024.20 |
| SEC Investigation Assistance | 3.20 | $2,742.65 |
| **TOTAL:** | **535.70** | **$257,980.85** |



ORRICK

August 27, 2012
Page 8

## EXPENSE SUMMARY

### JULY 1, 2012 THROUGH JULY 31, 2012

| Expense Category | Total |
|---|---|
| PACER | $146.20 |
| Taxi Expense | $94.52 |
| Hand Delivery | $211.50 |
| TOTAL: | $452.22 |

## SUMMARY OF ALL COMPENSATION PREVIOUSLY REQUESTED

Since May 14, 2012, Orrick has served the following monthly fee statements:

| Monthly/Interim Period | Fees at 100% | Fees at 80% | Expenses at 100% | Total Fees at 80% and 100% of Expenses | Payments Received |
|---|---|---|---|---|---|
| May 14, 2012 – June 30, 2012 Monthly Fee Statement | $311,664.09 | $249,331.27 | $204.00 | $249,535.27 | $0.00 |


ORRICK

August 27, 2012
Page 9

Please contact me if you have any questions regarding the foregoing.

Sincerely,

*/s/ Katharine I. Crost*
Katharine I. Crost

Enclosure

cc: John G. Ruckdaschel, Esq. (via electronic mail)

# EXHIBIT A:

# ORRICK, HERRINGTON & SUTCLIFFE LLP
# INVOICE FOR
# JULY 1, 2012 THROUGH JULY 31, 2012

Residential Capital
8400 Normandale Lake Blvd, Suite 350
Minneapolis, MN 55437
Attn: John G. Ruckdaschel, Esq.

August 20, 2012
Client No. 11474
Invoice No. 1379743

Orrick Contact: Katharine I. Crost

| | | |
|---|---|---|
| FOR SERVICES RENDERED through July 31, 2012 in connection with the matters described on the attached pages: | $ | 257,980.85 |
| DISBURSEMENTS as per attached pages: | | 452.22 |
| **TOTAL CURRENT FEES & DISBURSEMENTS** (Pay this Amount): | $ | **258,433.07** |

Matter(s): 11474/141, 142, 143, 144, 146, 148, 149, 151

## DUE UPON RECEIPT

In order to ensure proper credit to your account,
please reference your **INVOICE** and **CLIENT** numbers on your remittance.
For inquiries, call: (304) 231-2701. Fax (304) 231-2501.

## REMITTANCE COPY - PLEASE RETURN WITH PAYMENT

| **REMITTANCE ADDRESS:** | **ELECTRONIC FUNDS TRANSFERS:** | **OVERNIGHT DELIVERY:** |
|---|---|---|
| *Orrick, Herrington & Sutcliffe LLP* | ***ACH & Wire Transfers:*** | *Orrick, Herrington & Sutcliffe LLP* |
| *Lockbox #774619* | ***ABA Number 121000248*** | *c/o Wells Fargo* |
| *4619 Solutions Center* | ***SWIFT CODE: WFBIUS6S*** | *Attn: Lockbox #774619* |
| *Chicago, IL 60677-4006* | ***Account Number: 4123701088*** | *350 East Devon Avenue* |
| *Reference: 11474/ Invoice: 1379743* | *Wells Fargo* | *Itasca, IL 60143* |
| | *420 Montgomery Street* | *(213) 614-3248* |
| | *San Francisco, CA 94104* | *Reference: 11474/ Invoice: 1379743* |
| | *Account of* | |
| | *Orrick, Herrington & Sutcliffe LLP* | |
| | *Reference: 11474/ Invoice: 1379743* | |
| | *E.I.N. 94-2952627* | |

Residential Capital                                              August 20, 2012
8400 Normandale Lake Blvd, Suite 350                         Client No. 11474
Minneapolis, MN 55437                                     Invoice No. 1379743
Attn:  John G. Ruckdaschel, Esq.

Orrick Contact: Katharine I. Crost

For Legal Services Rendered Through July 31, 2012 in Connection With:

**Matter:  141 - PSA Amendments**

| | | | |
|---|---|---|---|
| 07/02/12 | M. Goetz | Update chart reflecting amendment due diligence per D. Bent.  (.4). | 0.40 |
| 07/02/12 | J. Farmer | Review documents in due diligence folders regarding proposed revisions to PSA amendments. | 2.00 |
| 07/02/12 | S. Barrowes | Review and summarize assignability and amendment provisions in mortgage loan purchase agreements and pooling servicing agreements (4.3); phone call with D. Bent of Orrick regarding due diligence contract review process (1.0). | 5.30 |
| 07/02/12 | D. Bent | Review various Wells Fargo servicing agreements and corresponding securitization documents to determine who must consent to an amendment to add servicer advance language. | 4.90 |
| 07/02/12 | S. Min | Review servicing agreements to identify provisions covering advance facility, if any, and amendment procedure of the related documents. | 2.00 |
| 07/02/12 | S. Min | Telephone call to D. Bent regarding due diligence review of the Pooling and Servicing Agreements. | 0.50 |
| 07/02/12 | D. Beasley | Respond to emails from M. Brunken (ResCap) and P. Kollydas (ResCap) regarding calls regarding PSA amendments (0.3); review sample pooling agreements and servicing agreements in connection with form of PSA amendment (1.0); draft form of PSA amendment (1.0); draft servicing agreement for Impac loans (1.5). | 3.80 |
| 07/02/12 | M. Howard | Discussions with P. Kollydas (ResCap) on waiver set off rights (0.3); discussions with J. Ruckdaschel (ResCap) on amendment language (0.7). | 1.00 |

Residential Capital - 11474                                                                    August 20, 2012
page 2                                                                              Invoice No. 1379743

| 07/03/12 | S. Barrowes | Review and summarize assignability and amendment provisions in mortgage loan purchase agreements and pooling servicing agreements. | 4.10 |
|---|---|---|---|
| 07/03/12 | D. Bent | Review various Wells Fargo servicing agreements and corresponding securitization documents to determine who must consent to an amendment to add servicer advance language (1.3); telephone conference with P. Kollydas (ResCap), M. Schoffelen (ResCap), D. Citron (ResCap), M. Brunken (ResCap), J. Ruckdaschel (ResCap In-House Attorney), M. Howard (OHS Partner) and D. Beasley (OHS Senior Associate) regarding PSA amendments (1.0). | 2.30 |
| 07/03/12 | S. Min | Review servicing agreements to identify provisions covering advance facility, if any, and amendment procedure of the related documents. | 2.00 |
| 07/03/12 | D. Beasley | Review whole loan amendment analysis and respond to questions regarding same (1.5); draft and distribute form of PSA amendment (2.5); telephone conference with P. Kollydas (ResCap), M. Brunken (ResCap), M. Schoffelen (ResCap), J. Ruckdaschel (ResCap In-house Counsel), D. Citron (ResCap) and M. Howard (Partner) regarding status of negotiation with trustees and concerns with required amendment language (1.0). | 5.00 |
| 07/03/12 | M. Howard | Teleconference with ResCap on discussions with trustees on pooling and servicing agreement amendments and procedural issues (0.6); discussions with same regarding amendment language (0.6). | 1.20 |
| 07/04/12 | J. Farmer | Review documents in due diligence folders regarding proposed revisions to PSA amendments. | 7.00 |
| 07/04/12 | S. Barrowes | Review and summarize assignability and amendment provisions in mortgage loan purchase agreements and pooling servicing agreements. | 6.60 |
| 07/05/12 | J. Farmer | Review documents in due diligence folders regarding proposed revisions to PSA amendments. | 3.20 |
| 07/05/12 | S. Barrowes | Review and summarize assignability and amendment provisions in servicing agreements and pooling and servicing agreements. | 4.90 |
| 07/05/12 | D. Bent | Review various Wells Fargo servicing agreements and corresponding securitization documents to determine who must consent to an amendment to add servicer advance language. | 3.40 |
| 07/05/12 | S. Min | Telephone call to D. Bent regarding due diligence review of the Pooling and Servicing Agreements. | 0.30 |

Residential Capital - 11474                                          August 20, 2012
page 3                                                          Invoice No. 1379743

| Date | Name | Description | Hours |
|---|---|---|---|
| 07/05/12 | D. Beasley | Review and respond to questions from M. Beck (Morrison & Foerster) regarding PSAs (0.2); draft servicing agreement for Impac loans (1.0). | 1.20 |
| 07/05/12 | D. Mao | Telephone conference with M. Werner of Sidley regarding status of servicing transfer consents and forward prior emails with document comments and signatures. | 0.20 |
| 07/06/12 | J. Farmer | Review documents in due diligence folders regarding proposed revisions to PSA amendments. | 4.50 |
| 07/06/12 | S. Barrowes | Review and summarize assignability and amendment provisions in servicing agreements and pooling and servicing agreements. | 4.20 |
| 07/06/12 | D. Bent | Review various Wells Fargo servicing agreements and corresponding securitization documents to determine who must consent to an amendment to add servicer advance language. | 3.70 |
| 07/06/12 | D. Beasley | Respond to questions from P. Kollydas (ResCap) regarding PSA amendments and form of amendment (1.5); draft Impac servicing agreement (1.0); review Impac Servicing Guide (0.2). | 2.70 |
| 07/07/12 | S. Min | Review servicing agreements to identify provisions covering advance facility, if any, and amendment procedure of the related documents. | 5.00 |
| 07/09/12 | M. Goetz | Update chart reflecting amendment due diligence per D. Bent. | 0.70 |
| 07/09/12 | J. Farmer | Review documents in due diligence folders regarding proposed revisions to PSA amendments. | 4.20 |
| 07/09/12 | S. Barrowes | Review and summarize provisions relating to the assignability of servicing agreements. | 3.90 |
| 07/09/12 | D. Bent | Review various Wells Fargo servicing agreements and corresponding securitization documents to determine who must consent to an amendment to add servicer advance language (4.0); review, revise and distribute Required Parties Chart and corresponding spreadsheet (1.0); telephone conference with D. Natter (SNR Denton attorney) regarding same. (0.1). | 5.10 |
| 07/09/12 | S. Min | Review servicing agreements to identify provisions covering advance facility, if any, and amendment procedure of the related documents. | 3.00 |
| 07/09/12 | D. Beasley | Telephone conferences with P. Kollydas (ResCap) regarding required parties for consent and status of negotiations with trustees (1.0); draft forms of amendments (0.5); draft servicing agreement for Impac loans (1.0); respond to request for information from counsel to trustees (0.5). | 3.00 |

Residential Capital - 11474                                      August 20, 2012
page 4                                                     Invoice No. 1379743

| | | | |
|---|---|---|---|
| 07/09/12 | M. Howard | Teleconference with Morrison & Foerster and counsel to the pooling and servicing agreement trustees on amendments (0.8); teleconference with G. Kelly of Sidley & Austin on trustee comments to pooling and servicing amendment requests (0.3). | 1.10 |
| 07/10/12 | J. Farmer | Review documents in due diligence folders regarding proposed revisions to PSA amendments. | 0.30 |
| 07/10/12 | S. Barrowes | Review and summarize provisions relating to the assignability of servicing agreements. | 5.00 |
| 07/10/12 | D. Bent | Review various private label servicing agreements (non-Impac and non-Wells) and corresponding securitization documents to determine who must consent to an amendment to add servicer advance language (3.9); telephone conference with P. Kollydas (ResCap), M. Schoffelen (ResCap), D. Citron (ResCap), M. Brunken (ResCap), J. Ruckdaschel (ResCap In-House Attorney), M. Howard (OHS Partner) and D. Beasley (OHS Senior Associate) regarding PSA amendments (1.0); telephone conference with P. Kollydas (ResCap) and D. Beasley (OHS Senior Associate) regarding PSA amendments (0.5). | 5.40 |
| 07/10/12 | S. Min | Review servicing agreements to identify provisions covering advance facility, if any, and amendment procedure of the related documents. | 0.20 |
| 07/10/12 | D. Beasley | Respond to questions from counsel to trustees regarding PSA amendments and distribute form of amendment (1.0); draft servicing agreement for Impac loans (2.5); telephone conference with M. Howard (Partner), D. Bent (Contract Associate) and ResCap (P. Kollydas, D. Citron, M. Brunken, M. Schoffelen) regarding status of PSA amendment negotiations (1.0). | 4.50 |
| 07/10/12 | M. Howard | Teleconference with ResCap on status and questions relating to pooling and servicing agreement amendments. | 1.00 |
| 07/11/12 | J. Farmer | Review documents in due diligence folders regarding proposed revisions to PSA amendments. | 2.00 |
| 07/11/12 | S. Barrowes | Review and summarize provisions relating to the assignability of servicing agreements. | 4.90 |
| 07/11/12 | D. Bent | Review various private label servicing agreements (non-Impac and non-Wells) and corresponding securitization documents to determine who must consent to an amendment to add servicer advance language. | 3.40 |

Residential Capital - 11474
page 5

August 20, 2012
Invoice No. 1379743

| | | | |
|---|---|---|---|
| 07/11/12 | D. Beasley | Telephone conference with M. Schoffelen regarding comments to form of PSA amendment (.5); revise form of PSA amendment (.5); draft servicing agreement for Impac loans (2.5); telephone conference with M. Howard (Partner) and D. Citron (ResCap) regarding strategy for Impac loans (0.5). | 4.00 |
| 07/11/12 | D. Mao | Emails with J. Kelly regarding proposed RALI amendment and change in terms. | 0.10 |
| 07/11/12 | M. Howard | Discussions with P. Kollydas (ResCap) on pooling and servicing agreement amendments. | 0.30 |
| 07/12/12 | J. Farmer | Review documents in due diligence folders regarding proposed revisions to PSA amendments. | 4.00 |
| 07/12/12 | S. Barrowes | Review and summarize provisions relating to the assignability of servicing agreements. | 4.60 |
| 07/12/12 | D. Bent | Review various private label servicing agreements (non-Impac and non-Wells) and corresponding securitization documents to determine who must consent to an amendment to add servicer advance language. | 4.50 |
| 07/12/12 | D. Beasley | Respond to questions from SNR Denton regarding PSA amendments (1.0); draft servicing agreement for Impac loans (4.5); revise form of PSA amendment and distribute to Wells Fargo (1.0). | 6.50 |
| 07/12/12 | M. Howard | Discussions with T. Mitchell (Partner-Orrick) and D. Bent (associate-Orrick) on questions from SNR Denton on PSA amendments. | 0.50 |
| 07/12/12 | T. Mitchell | Analysis of BNYM inquiry regarding amendments (.1); telephone conference with M. Howard regarding same (.1). | 0.20 |
| 07/13/12 | S. Barrowes | Review and summarize provisions relating to the assignability of servicing agreements. | 3.30 |
| 07/13/12 | D. Bent | Review various private label servicing agreements (non-Impac) and corresponding securitization documents to determine who must consent to an amendment to add servicer advance language. | 5.30 |
| 07/13/12 | S. Min | Review servicing agreements to identify provisions covering advance facility, if any, and amendment procedure of the related documents. | 3.00 |
| 07/13/12 | D. Beasley | Review Impac guide and precedent servicing agreements (2.5); draft servicing agreement for Impac loans (2.0); review precedent pooling agreements for Impac securitizations and Impac Guide (2.5). | 7.00 |

Residential Capital - 11474                                          August 20, 2012
page 6                                                          Invoice No. 1379743

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 07/13/12 | M. Howard | Discussions with D. Natter, counsel to Bank of New York, on pooling and servicing agreement amendments (0.5); discussions with D. Citron (ResCap) and P. Kollydas (ResCap) on open items on pooling and servicing agreement amendments and requirements. (0.5). | 1.00 |
| 07/14/12 | J. Farmer | Review documents in due diligence folders regarding proposed revisions to PSA amendments. | 4.10 |
| 07/15/12 | J. Farmer | Review documents in due diligence folders regarding proposed revisions to PSA amendments. | 6.00 |
| 07/15/12 | S. Min | Review servicing agreements to identify provisions covering advance facility, if any, and amendment procedure of the related documents. | 4.00 |
| 07/15/12 | D. Beasley | Review precedent servicing agreements and Impac servicing guide (1.5); draft servicing agreement for Impac loans (1.5). | 3.00 |
| 07/16/12 | M. Goetz | Update chart reflecting amendment due diligence per D. Bent (Orrick attorney). | 1.10 |
| 07/16/12 | J. Farmer | Review documents in due diligence folders regarding proposed revisions to PSA amendments. | 3.00 |
| 07/16/12 | S. Barrowes | Review and summarize provisions relating to the assignability of servicing agreements. | 5.10 |
| 07/16/12 | D. Bent | Review various Wells Fargo servicing agreements and corresponding securitization documents to determine who must consent to an amendment to add servicer advance language (2.8); review, revise and distribute Required Parties Chart and corresponding spreadsheet). | 4.80 |
| 07/16/12 | S. Min | Telephone call to D. Bent (transactional associate) regarding due diligence review of the Pooling and Servicing Agreements. | 0.10 |
| 07/16/12 | S. Min | Review servicing agreements to identify provisions covering advance facility, if any, and amendment procedure of the related documents. | 4.00 |
| 07/16/12 | D. Beasley | Respond to questions from M. Brunken (ResCap) and P. Kollydas (ResCap) regarding pooling and servicing agreement amendments (1.0); review precedent servicing agreements and mortgage loan purchase agreements from the conduit lite program (1.5); draft servicing agreement for Impac loans (1.0). | 3.50 |
| 07/16/12 | D. Mao | Review of new draft of servicing transfer letter for final RALI trust and email to J. Ruckdaschel regarding comments. | 0.40 |
| 07/16/12 | M. Howard | Respond to emails from M. Brunken (ResCap) and J. Ruckdaschel (ResCap) on items concerning Met Life amendments (0.7); discussions and review of status of pooling and servicing agreement amendments. (1.4). | 2.10 |

Residential Capital - 11474
page 7

August 20, 2012
Invoice No. 1379743

| Date | Name | Description | Hours |
|---|---|---|---|
| 07/17/12 | M. Goetz | Update chart reflecting amendment due diligence per D. Bent (Orrick attorney). | 0.90 |
| 07/17/12 | S. Barrowes | Review and summarize provisions relating to the assignability of servicing agreements. | 5.90 |
| 07/17/12 | D. Bent | Review various Wells Fargo servicing agreements and corresponding securitization documents to determine who must consent to an amendment to add servicer advance language (4.7); telephone conference with P. Kollydas (ResCap), H. Anderson (ResCap), M. Brunken (ResCap), J. Ruckdaschel (ResCap In-House Attorney) and M. Howard (Orrick Partner) regarding Pooling and Servicing Agreement amendments (0.7). | 5.40 |
| 07/17/12 | S. Min | Review servicing agreements to identify provisions covering advance facility, if any, and amendment procedure of the related documents. | 2.00 |
| 07/17/12 | S. Min | Telephone call to D. Bent (transactional associate) regarding due diligence review of the Pooling and Servicing Agreements. | 0.20 |
| 07/17/12 | D. Beasley | Respond to questions from P. Kollydas (ResCap) regarding pooling and servicing agreement amendments (1.0); review precedent servicing agreements and Impac Servicing Guide (1.5); draft servicing agreement for Impac loans (3.0); respond to emails from K. Rodriquez (Deutsche Bank) and J. Malloy (Impac) regarding pooling and servicing agreement amendments (1.0). | 6.50 |
| 07/17/12 | M. Howard | Telephone conference with P. Kollydas (ResCap), H. Anderson (ResCap), M. Brunken (ResCap), J. Ruckdaschel (ResCap In-House Attorney) and D. Bent (Orrick Contract Associate) regarding pooling and servicing agreement amendments (0.7); telephone conference with P. Kollydas (ResCap) and M. Brunken (ResCap) regarding Met Life amendment (0.5); comments to Met Life amendments and distribution thereof (0.5); teleconference with D. Citron (ResCap) regarding same (0.3). | 2.00 |
| 07/18/12 | J. Farmer | Review documents in due diligence folders regarding proposed revisions to PSA amendments. | 6.50 |
| 07/18/12 | S. Barrowes | Review and summarize provisions relating to the assignability of servicing agreements. | 3.80 |

Residential Capital - 11474                                                          August 20, 2012
page 8                                                                          Invoice No. 1379743

| Date | Name | Description | Hours |
|---|---|---|---|
| 07/18/12 | D. Bent | Review various Wells Fargo servicing agreements and corresponding securitization documents to determine who must consent to an amendment to add servicer advance language (2.7); review precedent and underlying Servicing Agreements to begin drafting Amendment No. 1 to the December 1, 2004 Standard Terms and Provisions of Sale and Servicing Agreement between Residential Funding Company, LLC and MetLife Bank, N.A. (1.2). | 3.90 |
| 07/18/12 | D. Beasley | Review, revise and distribute servicing agreement for Impac loans (3.5); respond to questions from D. Citron (ResCap) regarding servicing agreement for Impac loans (0.2); respond to questions from J. Ruckdaschel (ResCap In-house Counsel) regarding strategy for pooling agreement amendments (0.5). | 4.20 |
| 07/18/12 | D. Mao | Telephone conference with J. Ruckdaschel regarding indemnification issue for final RALI trust servicing transfer to Nationstar (0.1); emails with M. Howard regarding same (0.1). | 0.20 |
| 07/18/12 | M. Howard | Teleconference with P. Kollydas (ResCap) on requests from NationStar for Aurora amendments (0.3); review MetLife amendment (0.2). | 0.50 |
| 07/19/12 | J. Farmer | Review documents in due diligence folders regarding proposed revisions to PSA amendments. | 1.00 |
| 07/19/12 | S. Barrowes | Review and summarize provisions relating to the assignability of servicing agreements. | 1.20 |
| 07/19/12 | D. Bent | Review various Wells Fargo servicing agreements and corresponding securitization documents to determine who must consent to an amendment to add servicer advance language (4.0); telephone conference with P. Kollydas (ResCap) and M. Brunken (ResCap) regarding Pooling and Servicing Agreement amendments (0.4); review, revise and distribute Amendment No. 2012-1 (formerly Amendment No. 1) to the December 1, 2004 Standard Terms and Provisions of Sale and Servicing Agreement between Residential Funding Company, LLC and MetLife Bank, N.A. and the corresponding Assignment, Assumption and Recognition Agreement (1.1). | 5.50 |
| 07/19/12 | D. Beasley | Telephone conference with J. Malloy (Impac) regarding servicing agreement for Impac loans (0.7); respond to emails from J. Malloy (Impac) regarding strategy for executing servicing agreement and third party consents (0.5); respond to questions from P. Kollydas regarding review of whole loan agreements and strategies for missing documents (0.5). | 1.70 |

Residential Capital - 11474                                    August 20, 2012
page 9                                                    Invoice No. 1379743

| 07/19/12 | D. Mao | Emails with J. Ruckdaschel, M. Howard regarding final RALI consent for Nationstar servicing transfer (.1); forward comments on transfer consent letter to J. Kelly (.1). | 0.20 |
|---|---|---|---|
| 07/19/12 | M. Howard | Teleconference with P. Kollydas (ResCap) and P. Fleming (ResCap) on requests from NationStar for Aurora amendments and Goldman amendments (0.5); discussions with Credit Suisse on MetLife amendment and correspondence to ResCap in connection therewith (0.3). | 0.80 |
| 07/20/12 | J. Farmer | Review documents in due diligence folders regarding proposed revisions to PSA amendments. | 7.00 |
| 07/20/12 | S. Barrowes | Review and summarize provisions relating to the assignability of servicing agreements. | 3.90 |
| 07/20/12 | D. Bent | Review various Wells Fargo servicing agreements and corresponding securitization documents to determine who must consent to an amendment to add servicer advance language (1.7). | 1.70 |
| 07/20/12 | D. Beasley | Review and respond to questions from P. Kollydas (Residential Capital) regarding status of servicing agreement review (0.5); telephone conference with P. Kollydas (Residential Capital) regarding history of Impac servicing provisions and issues with list of investor codes (1.0); respond to questions from J. Ruckdaschel (Residential Capital) regarding status of amendment requests (0.5). | 2.00 |
| 07/20/12 | M. Howard | Teleconference with D. Citron (ResCap) on pooling and servicing agreement amendments. | 0.20 |
| 07/22/12 | J. Farmer | Review documents in due diligence folders regarding proposed revisions to PSA amendments. | 3.90 |
| 07/23/12 | M. Goetz | Update chart reflecting amendment due diligence per D. Bent. | 1.90 |
| 07/23/12 | J. Farmer | Review documents in due diligence folders regarding proposed revisions to servicing agreement amendments. | 0.80 |
| 07/23/12 | S. Barrowes | Review and summarize provisions relating to the assignability of servicing agreements. | 5.70 |
| 07/23/12 | D. Bent | Review various Wells Fargo servicing agreements and corresponding securitization documents to determine who must consent to an amendment to add servicer advance language (1.6); review, revise and distribute Required Parties Chart and corresponding spreadsheet (3.0); telephone conference with P. Kollydas (ResCap), H. Anderson (ResCap), M. Brunken (ResCap), M. Schoffelen (ResCap), D. Meyer (ResCap Master Servicing), B. Ziegenfuse (ResCap), M. Howard (Orrick Partner) and D. Beasley (Orrick Senior Associate) regarding Pooling and Servicing Agreement amendments (0.5). | 5.10 |

Residential Capital - 11474                                        August 20, 2012
page 10                                                          Invoice No. 1379743

| 07/23/12 | D. Beasley | Telephone conference with P. Kollydas (ResCap), H. Anderson (ResCap), M. Brunken (ResCap), M. Schoffelen (ResCap), D. Meyer (ResCap Master Servicing), B. Ziegenfuse (ResCap), M. Howard (Orrick Partner) and D. Bent (Orrick Contract Associate) regarding Pooling and Servicing Agreement amendments (0.5); respond to questions from P. Kollydas regarding Impac Servicing Agreement and whole loan servicing agreement analysis (0.7); draft email summarizing strategy for Impac Servicing Agreement (0.5). | 1.70 |
|---|---|---|---|
| 07/23/12 | M. Howard | Telephone conference with P. Kollydas (ResCap), H. Anderson (ResCap), M. Brunken (ResCap), M. Schoffelen (ResCap), D. Meyer (ResCap Master Servicing), B. Ziegenfuse (ResCap), D. Bent (Orrick Associate) and D. Beasley (Orrick Senior Associate) regarding Pooling and Servicing Agreement amendments (0.5); discussions with R. Olin (SNR Denton) regarding MetLife amendments (0.2); discussions with R. Olin (SNR Denton) regarding Goldman amendments (0.1). | 0.80 |
| 07/24/12 | S. Barrowes | Review and summarize provisions relating to the assignability of servicing agreements. | 5.70 |
| 07/24/12 | D. Bent | Review various Impac securitization documents to determine who must consent to an amendment to add servicer advance language (3.1); telephone conference with P. Kollydas (ResCap), D. Citron (ResCap), H. Anderson (ResCap), M. Brunken (ResCap), M. Schoffelen (ResCap), J. Ruckdaschel (ResCap In-House Attorney) and M. Howard (Orrick Partner) regarding Pooling and Servicing Agreement amendments (0.5); telephone conference with M. Schoffelen (ResCap) regarding Pooling and Servicing Agreement amendment spreadsheet (0.1). | 3.70 |
| 07/24/12 | D. Beasley | Telephone conference with P. Kollydas (ResCap), D. Citron (ResCap), H. Anderson (ResCap), M. Brunken (ResCap), M. Schoffelen (ResCap) J. Ruckdaschel (ResCap In-House Attorney) and M. Howard (Orrick Partner) regarding Pooling and Servicing Agreement amendments (0.5); telephone conference with H. Anderson (ResCap) regarding servicing agreement for Impac loans (0.2); telephone conference with P. Kollydas (ResCap) regarding review of whole loan agreements (0.3); review whole loan agreement analysis (1.0). | 2.00 |
| 07/24/12 | D. Mao | Review of changes to RALI 2006-Q02 master servicing transfer consent agreement from Sidley Austin and forward to D. Meyer for execution. | 0.20 |

Residential Capital - 11474
page 11

August 20, 2012
Invoice No. 1379743

| Date | Name | Description | Hours |
|---|---|---|---|
| 07/24/12 | M. Howard | Telephone conference with P. Kollydas (ResCap), D. Citron (ResCap), H. Anderson (ResCap), M. Brunken (ResCap), M. Schoffelen (ResCap) J. Ruckdaschel (ResCap In-House Attorney), D. Beasley (Orrick Senior Associate) and D. Bent (Orrick Associate) regarding Pooling and Servicing Agreement amendments. | 0.50 |
| 07/25/12 | J. Farmer | Review documents in due diligence folders regarding proposed revisions to servicing agreement amendments. | 4.00 |
| 07/25/12 | S. Barrowes | Review and summarize provisions relating to the assignability of servicing agreements. | 1.10 |
| 07/25/12 | D. Bent | Review various Impac securitization documents to determine who must consent to an amendment to add servicer advance language (4.4); review, revise and distribute proposed final draft of Amendment No. 2012-1 to Standard Terms and Provisions of Sale and Servicing Agreement (0.2); telephone conference with M. Schoffelen (ResCap) regarding Pooling and Servicing Agreement amendment spreadsheet (0.1). | 4.70 |
| 07/26/12 | S. Barrowes | Review and summarize provisions relating to the assignability of servicing agreements. | 5.80 |
| 07/26/12 | D. Bent | Review various Impac securitization documents to determine who must consent to an amendment to add servicer advance language (3.3), review and provide comments on Assignment Agreements (.8). | 4.10 |
| 07/26/12 | D. Beasley | Review and respond to emails concerning follow-up to comments to omnibus amendment to servicing agreements. | 0.70 |
| 07/27/12 | S. Barrowes | Review and summarize provisions relating to the assignability of servicing agreements. | 2.00 |
| 07/27/12 | D. Bent | Review and revise the Required Parties Chart. | 0.10 |
| 07/29/12 | J. Farmer | Review documents in due diligence folders regarding proposed revisions to PSA amendments. | 6.50 |
| 07/30/12 | M. Goetz | Update chart reflecting amendment due diligence per D. Bent. | 1.80 |
| 07/30/12 | J. Farmer | Review documents in due diligence folders regarding proposed amendments to servicing agreements. | 1.70 |
| 07/30/12 | S. Barrowes | Review and summarize provisions relating to the assignability of servicing agreements. | 3.60 |
| 07/30/12 | D. Bent | Review various Impac securitization documents to determine who must consent to an amendment to add servicer advance language (0.8); review, revise and distribute Required Parties Chart and corresponding spreadsheet (3.0). | 3.80 |
| 07/31/12 | J. Farmer | Review documents in due diligence folders regarding proposed amendments to servicing agreements. | 3.00 |

Residential Capital - 11474                                               August 20, 2012
page 12                                                               Invoice No. 1379743

| | | | |
|---|---|---|---|
| 07/31/12 | S. Barrowes | Review and summarize provisions relating to the assignability of servicing agreements. | 2.10 |
| 07/31/12 | D. Bent | Review various Impac securitization documents to determine who must consent to an amendment to add servicer advance language (3.3); telephone conference with P. Kollydas (ResCap), D. Citron (ResCap), H. Anderson (ResCap), M. Brunken (ResCap), M. Schoffelen (ResCap), J. Ruckdaschel (ResCap In-House Attorney), M. Howard (Orrick Partner) and D. Beasley (Orrick Senior Associate) regarding Pooling and Servicing Agreement amendments (0.3). | 3.60 |
| 07/31/12 | D. Beasley | Respond to questions from P. Kollydas (ResCap) regarding status of amendments and importance of set-off language (0.2); telephone conference with P. Kollydas (ResCap), D. Citron (ResCap), H. Anderson (ResCap), M. Brunken (ResCap), M. Schoffelen (ResCap), J. Ruckdaschel (ResCap In-House Attorney), M. Howard (Orrick Partner) and D. Beasley (Orrick Senior Associate) regarding Pooling and Servicing Agreement amendments (0.3); follow-up with Impac regarding servicing agreement (0.2); respond to questions from D. Citron (ResCap) and J. Ruckdaschel regarding same (0.3). | 1.00 |
| 07/31/12 | M. Howard | Telephone conference with P. Kollydas (ResCap), D. Citron (ResCap), H. Anderson (ResCap), M. Brunken (ResCap), M. Schoffelen (ResCap), J. Ruckdaschel (ResCap In-House Attorney), M. Howard (Orrick Partner) and D. Beasley (Orrick Senior Associate) regarding Pooling and Servicing Agreement amendments (0.3); teleconference with D. Citron (ResCap) regarding status of trustee consents (0.1). | 0.40 |

| | | |
|---|---|---|
| Total Hours | 363.80 | |
| Total For Services | | $170,558.70 |

Residential Capital - 11474
page 13

August 20, 2012
Invoice No. 1379743

| Timekeeper Summary | Hours | Base Rate | Base Amount | Billed Rate | Billed Amount |
|---|---|---|---|---|---|
| Spencer C. Barrowes | 92.70 | 475.00 | 44,032.50 | 451.25 | 41,830.94 |
| Duane K. Beasley | 64.00 | 650.00 | 41,600.00 | 612.75 | 39,216.04 |
| Dennis M. Bent | 84.40 | 495.00 | 41,778.00 | 451.25 | 38,085.57 |
| John A. Farmer | 74.70 | 360.00 | 26,892.00 | 342.00 | 25,547.40 |
| Margaret A. Goetz | 6.80 | 265.00 | 1,802.00 | 242.25 | 1,647.32 |
| Martin B. Howard | 13.40 | 795.00 | 10,653.00 | 731.50 | 9,802.10 |
| Dora Y. Mao | 1.30 | 695.00 | 903.50 | 660.25 | 858.33 |
| Sie Ne C. Min | 26.30 | 575.00 | 15,122.50 | 510.00 | 13,413.00 |
| Thomas C. Mitchell | 0.20 | 825.00 | 165.00 | 790.00 | 158.00 |
| Total All Timekeepers | 363.80 | | $182,948.50 | | $170,558.70 |

**Total For This Matter**            **$170,558.70**

Residential Capital - 11474
page 14

August 20, 2012
Invoice No. 1379743

For Legal Services Rendered Through July 31, 2012 in Connection With:

**Matter: 142 - General Bankruptcy Administration**

| | | | |
|---|---|---|---|
| 07/12/12 | D. Felder | Review memorandum opinion and orders authorizing and appointing examiner (.9); email correspondence with T. Mitchell regarding same (.2). | 1.10 |
| 07/17/12 | D. Fullem | Review and respond to email from D. Felder regarding MetLife. | 0.30 |
| 07/17/12 | D. Fullem | Review and respond to email from D. Felder regarding list of appearances in case (.20); prepare list of notices of appearances by all parties (1.30); forward to D. Felder (.10). | 1.60 |
| 07/19/12 | D. Fullem | Research regarding retention of special counsel (1.4); update D. Felder, L. McGowen regarding same (.1). | 1.50 |
| 07/19/12 | D. Fullem | Continue review/research conflict reports and prepare summary of results for supplemental disclosure. | 1.30 |
| 07/19/12 | D. Fullem | Review several emails from D. Felder regarding billing matters. | 0.40 |
| 07/19/12 | D. Fullem | Review order on interim compensation procedures. | 0.30 |

Total Hours                     6.50
Total For Services                          $2,064.35

| Timekeeper Summary | Hours | Base Rate | Base Amount | Billed Rate | Billed Amount |
|---|---|---|---|---|---|
| Debra Felder | 1.10 | 650.00 | 715.00 | 617.50 | 679.25 |
| Debra O. Fullem | 5.40 | 270.00 | 1,458.00 | 256.50 | 1,385.10 |
| Total All Timekeepers | 6.50 | | $2,173.00 | | $2,064.35 |

Disbursements
    PACER                                    146.20
                        Total Disbursements                $146.20

                        **Total For This Matter**          **$2,210.55**

Residential Capital - 11474                                         August 20, 2012
page 15                                                       Invoice No. 1379743

For Legal Services Rendered Through July 31, 2012 in Connection With:

**Matter: 143 - Retention**

| | | | |
|---|---|---|---|
| 07/06/12 | D. Felder | Review U.S. Trustee's omnibus objection to retention applications (.5); email correspondence with K. Crost, L. McGowen, M. Howard and D. Dunne regarding same (.6). | 1.10 |
| 07/06/12 | D. Felder | Email correspondence with K. Crost and S. Molison regarding United States Trustee's objection and response regarding same (.5); review response and begin drafting supplemental declaration and revised proposed order (1.5). | 2.00 |
| 07/06/12 | K. Crost | Respond to objections to retention application. | 0.60 |
| 07/06/12 | L. McGowen | Review US Trustee's objection to retention applications (.9); exchange e-mails with D. Felder regarding our responses to same (.2); review and respond to D. Felder's e-mail summarizing our responses (.3). | 1.40 |
| 07/07/12 | D. Felder | Review email correspondence from Debtors' counsel regarding retention application (.3); email correspondence with K. Crost, M. Howard, and D. Dunne regarding same (.9); review and draft response to United States Trustee's objection to retention application (1.5). | 2.70 |
| 07/07/12 | M. Howard | Review and comment on revised application to employ Orrick. | 0.90 |
| 07/07/12 | K. Crost | Review and revise response to US Trustee objections. | 1.80 |
| 07/08/12 | D. Felder | Review and revise response to United States Trustee's objection and email correspondence with Debtors' counsel regarding same. | 0.60 |
| 07/08/12 | D. Felder | Draft supplemental declaration and revised proposed order regarding Orrick's retention application. | 2.00 |
| 07/08/12 | K. Crost | Review revised proposed order and supplemental Crost declaration. | 0.20 |
| 07/09/12 | D. Felder | Telephone conferences with L. McGowen and M. Howard regarding supplemental disclosure (.5); telephone conference with L. Marinuzzi regarding same (.1); review issues regarding supplemental disclosure and revise draft regarding same (.9); review email correspondence from K. Crost and M. Howard regarding scope of services for Orrick's retention (.4). | 1.90 |
| 07/09/12 | D. Dunne | Emails with D. Felder, K. Crost, M. Howard and L. McGowen regarding application for appointment as special counsel reply and affidavit. | 0.50 |
| 07/09/12 | M. Howard | Review of reply to retention objections. | 0.50 |
| 07/09/12 | L. McGowen | Review and make comments to draft supplemental declaration of K. Crost (.4); conference with D. Felder regarding comments to same and Orrick's retention (.6); review and make comments to revised scope of services (.3). | 1.30 |

Residential Capital - 11474                                    August 20, 2012
page 16                                                   Invoice No. 1379743

| 07/10/12 | D. Felder | Telephone conference with K. Crost, M. Howard and L. McGowen regarding supplemental declaration and scope of Orrick's retention (1.0); revise supplemental declaration regarding same (2.5); email correspondence with K. Crost and M. Howard regarding same (.6); telephone conferences with T. Mitchell, J. Dolan, S. Vucelick regarding same (1.0). | 5.10 |
| --- | --- | --- | --- |
| 07/10/12 | D. Dunne | Comments and revisions to reply and declaration in support of application for appointment as Special Counsel. | 1.00 |
| 07/10/12 | K. Crost | E-mails with D. Felder and M. Howard regarding supplemental filings in response to US Trustee objections. | 1.30 |
| 07/10/12 | L. McGowen | Participate in conference call with K. Crost, D. Felder and M. Howard to discuss comments to the Crost supplemental declaration. | 1.00 |
| 07/11/12 | D. Felder | Telephone conferences with Debtors' counsel regarding supplemental declaration (.3); review, revise, and finalize same (1.5); telephone conferences with K. Crost and L. McGowen regarding same and follow-up (.5). | 2.30 |
| 07/11/12 | D. Dunne | Email to K. Crost regarding reply in support of motion for appointment as special counsel. | 0.20 |
| 07/11/12 | K. Crost | E-mails with D. Felder and L. McGowen regarding supplemental declaration (.6); review and comment on revisions (.4); telephone conference with L. Marinuzzi regarding same (.2). | 1.20 |
| 07/11/12 | L. McGowen | Review and make comments to revised supplemental declaration (.2); exchange e-mails with D. Felder regarding finalizing declaration (.2); telephone conference with D. Felder regarding revised declaration (.3). | 0.70 |
| 07/12/12 | D. Felder | Review revised proposed order from Debtors' regarding Orrick's retention (.2); email correspondence with Debtors' counsel, K. Crost and L. McGowen regarding same (.3); review Creditors' Committee's statement and reservation of rights regarding Debtors' retention application (.1). | 0.60 |
| 07/12/12 | K. Crost | E-mails with D. Felder regarding retention order. | 0.60 |
| 07/13/12 | K. Crost | Emails with D. Felder and L. McGowen regarding retention hearing and requirements for revised retention order. | 0.70 |
| 07/13/12 | L. McGowen | Attend hearing on Orrick retention application (3.0); e-mail to Orrick team regarding retention application and proposed revisions to retention order (.5). | 3.50 |
| 07/16/12 | D. Felder | Email correspondence with S. Molison regarding revised order approving Orrick retention (.2); review same and email correspondence with L. McGowen and K. Crost regarding same (.3); email correspondence with M. Howard regarding supplemental disclosures and follow-up regarding same (.8). | 1.30 |
| 07/16/12 | K. Crost | E-mails with D. Felder and L. McGowen regarding retention requirements. | 0.30 |

Residential Capital - 11474
page 17

August 20, 2012
Invoice No. 1379743

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 07/16/12 | L. McGowen | Review and respond to e-mails from Debtors' counsel regarding revised retention order and exchange e-mail with D. Felder regarding same. | 0.50 |
| 07/17/12 | D. Felder | Review case management procedures order, interim compensation order, local rules and administrative orders (1.5); prepare email summary to L. McGowen, K. Crost and M. Howard regarding same (.5); telephone conference with D. Fullem regarding procedures (.1). | 2.10 |
| 07/17/12 | D. Felder | Email correspondence with S. Molison regarding status of order approving Orrick's retention. | 0.10 |
| 07/18/12 | D. Felder | Review additional parties to search for disclosure purposes and email correspondence regarding same. | 1.00 |
| 07/23/12 | K. Crost | E-mails regarding task codes (.3); telephone conference with M. Beck regarding same (.1). | 0.40 |
| 07/24/12 | D. Felder | Telephone conference with S. Molison (MoFo) regarding retention and compensation issues (.2); follow-up email correspondence with K. Crost, L. McGowen and D. Dunne regarding same (.6); review language regarding scope of Orrick's services and email correspondence regarding same (.4). | 1.20 |
| 07/24/12 | K. Crost | E-mails regarding retention order. | 0.60 |
| 07/25/12 | D. Felder | Telephone conference with K. Crost regarding scope of services and email correspondence regarding same (.5); telephone conference with N. Moss (Morrison & Foerster) regarding retention and compensation issues and follow-up regarding same (.8); email correspondence with L. McGowen and K. Crost regarding scope of services and compensation issues (.5). | 1.80 |
| 07/25/12 | D. Dunne | Revise proposed order regarding special counsel application per MoFo's request. | 0.30 |
| 07/27/12 | D. Felder | Review order approving scope of examiner's investigation and email Orrick team regarding same. | 0.30 |
| 07/27/12 | L. McGowen | Review and respond to e-mails from D. Felder regarding Orrick's retention order and monthly statements. | 0.50 |
| 07/30/12 | D. Felder | Review July 13 hearing transcript and email correspondence with K. Crost and L. McGowen regarding same. | 1.00 |

Total Hours                 47.10
Total For Services                    $33,757.65

Residential Capital - 11474
page 18

August 20, 2012
Invoice No. 1379743

| Timekeeper Summary | Hours | Base Rate | Base Amount | Billed Rate | Billed Amount |
|---|---|---|---|---|---|
| Katharine I. Crost | 7.70 | 895.00 | 6,891.50 | 874.00 | 6,729.80 |
| Daniel J. Dunne | 2.00 | 775.00 | 1,550.00 | 741.00 | 1,482.00 |
| Debra Felder | 27.10 | 650.00 | 17,615.00 | 617.50 | 16,734.25 |
| Martin B. Howard | 1.40 | 795.00 | 1,113.00 | 731.50 | 1,024.10 |
| Lorraine S. McGowen | 8.90 | 895.00 | 7,965.50 | 875.00 | 7,787.50 |
| Total All Timekeepers | 47.10 | | $35,135.00 | | $33,757.65 |

Disbursements
    Taxi Expense             29.11

Total Disbursements      $29.11

**Total For This Matter**      **$33,786.76**

Residential Capital - 11474
page 19

August 20, 2012
Invoice No. 1379743

For Legal Services Rendered Through July 31, 2012 in Connection With:

**Matter:  144 - Compensation**

| | | | |
|---|---|---|---|
| 07/16/12 | D. Felder | Email correspondence with L. Marinuzzi regarding professional compensation issues (.1); email correspondence with K. Crost and L. McGowen regarding same (.2). | 0.30 |
| 07/17/12 | D. Felder | Email correspondence with L. Marinuzzi regarding compensation issues for professionals. | 0.20 |
| 07/19/12 | D. Felder | Email correspondence with K. Crost and M. Howard regarding same and follow up regarding compensation issues and monthly fee statement (2.0); email correspondence with Morrison & Foerster regarding compensation issues (.1). | 2.10 |
| 07/23/12 | D. Felder | Email correspondence with S. Molison, N. Moss, and L. Marinuzzi regarding compensation issues (.3); prepare summary cover letter regarding same (.5); telephone conference and email correspondence with K. Crost regarding same (.1); review cover letter regarding same (.3). | 1.20 |
| 07/23/12 | L. McGowen | Review e-mails regarding monthly billing (.3); telephone conference with T. Mitchell regarding fees relating to retention (.2); transmit e-mails to D. Felder regarding retention related invoices (.2). | 0.70 |
| 07/27/12 | D. Felder | Telephone conference with N. Moss regarding compensation issues. | 0.20 |
| 07/30/12 | D. Felder | Review issues regarding compensation of legal fees and research regarding same (4.5); email correspondence with K. Crost and L. McGowen regarding same (.5). | 5.00 |
| 07/30/12 | K. Crost | E-mails with D. Felder and M. Howard regarding invoices. | 0.30 |
| 07/31/12 | D. Felder | Review and revise cover letter for May 14 through June 30 time period (3.5); conference with L. McGowen regarding same and follow-up (.5); email correspondence with K. Crost and M. Howard regarding same (.5); email correspondence to Debtors' counsel regarding same (.1); prepare summary memorandum for monthly fee statement (2.0). | 6.10 |

|  | Total Hours | 16.10 | |
|---|---|---|---|
|  | Total For Services | | $10,198.95 |

Residential Capital - 11474
page 20

August 20, 2012
Invoice No. 1379743

| Timekeeper Summary | Hours | Base Rate | Base Amount | Billed Rate | Billed Amount |
|---|---|---|---|---|---|
| Katharine I. Crost | 0.30 | 895.00 | 268.50 | 874.00 | 262.20 |
| Debra Felder | 15.10 | 650.00 | 9,815.00 | 617.50 | 9,324.25 |
| Lorraine S. McGowen | 0.70 | 895.00 | 626.50 | 875.00 | 612.50 |
| Total All Timekeepers | 16.10 | | $10,710.00 | | $10,198.95 |

**Total For This Matter**                     **$10,198.95**

Residential Capital - 11474                                    August 20, 2012
page 21                                                   Invoice No. 1379743


For Legal Services Rendered Through July 31, 2012 in Connection With:

**Matter:  146 - Securitization questions**


| | | | |
|---|---|---|---|
| 07/02/12 | S.  Weissman | Review deal CDs and prepare for use in on-going due diligence. | 2.10 |
| 07/02/12 | E.  Walker | Review closing set diskettes received from client for N. Gatimu. | 5.00 |
| 07/02/12 | D.  Bent | Review various Assignment Agreements and Mortgage Loan Purchase Agreements. | 0.70 |
| 07/02/12 | K.  Crost | Review Shellpoint Agreement (0.5); e-mails with J. Ruckdaschel and A. Klien regarding Shellpoint (0.4). | 0.90 |
| 07/02/12 | K.  Crost | Review agreement from securitizations. | 0.40 |
| 07/03/12 | E.  Walker | Review diskettes received from client for N. Gatimu (2.00); review closing set diskette index (.50). | 2.50 |
| 07/03/12 | K.  Crost | Review comments from trustees regarding 9019 and sale procedures. | 1.10 |
| 07/05/12 | S.  Weissman | Prepare and finalize deal index for review by N. Gatimu for ongoing due diligence project. | 0.40 |
| 07/05/12 | L.  McGowen | Conference with K. Crost regarding assumption of contracts by debtors and issues regarding assumption. | 0.20 |
| 07/06/12 | S.  Weissman | Correspondence with N. Gatimu regarding deals received from ResCap. | 0.40 |
| 07/06/12 | N.  Gatimu | Review Mortgage Loan Purchase Agreements and Assignment and Assumption Agreements to be sent to co-counsel. | 2.50 |
| 07/09/12 | E.  Walker | Review closing set diskettes (0.8); prepare update regarding same (0.6). | 1.40 |
| 07/10/12 | E.  Walker | Review closing set diskettes (2.3); prepare update regarding same (2.2). | 4.50 |
| 07/11/12 | E.  Walker | Review Assignment and Assumption Agreements and Loan Purchase Agreements from relevant closing set transcripts for N. Gatimu (2.5); follow-up regarding Assignment and Assumption Agreements and Loan Purchase Agreements for N. Gatimu (2.5). | 5.00 |
| 07/12/12 | E.  Walker | Review Assignment and Assumption Agreements and Loan Purchase Agreements from relevant closing set transcripts for N. Gatimu (1.0); follow-up regarding Assignment and Assumption Agreements and Loan Purchase Agreements for N. Gatimu (3.0); update index of closing set diskettes received from client for N. Gatimu (1.4) | 5.40 |

Residential Capital - 11474                                                    August 20, 2012
page 22                                                                    Invoice No. 1379743

| | | | |
|---|---|---|---|
| 07/13/12 | E. Walker | Review ResCap deal CDs received from client for N. Gatimu (4.5); update index of closing set ResCap diskettes obtained from client for N. Gatimu (2.5). | 7.00 |
| 07/13/12 | D. Bent | Review and respond to email correspondence from J. Ruckdaschel (ResCap In-House Attorney) and M. Howard (OHS Senior Partner) regarding GSR 2007-HEL1 amendment. | 0.20 |
| 07/13/12 | K. Crost | Telephone conference with J. Ruckdaschel regarding trustee reimbursement question (0.2); review pooling and servicing agreements regarding same (0.7). | 0.90 |
| 07/16/12 | E. Walker | Review index of ResCap deal CDs received from client for N. Gatimu (1.8); update index of closing set ResCap diskettes obtained from client for N. Gatimu (1.2); prepare closing transcript sets (1.8); follow-up regarding same (.8). | 5.60 |
| 07/17/12 | M. Goetz | Review ResCap deals at request of N. Gatimu (Orrick associate). | 0.70 |
| 07/17/12 | E. Walker | Review index of ResCap diskettes for N. Gatimu (2.0); create master index of closing set ResCap diskettes of ResCap deals for N. Gatimu (2.0). | 4.00 |
| 07/18/12 | E. Walker | Review ResCap deal CDs received from client for N. Gatimu (4.2); update master index of closing set ResCap diskettes of ResCap deals for N. Gatimu (2.0). | 6.20 |
| 07/19/12 | E. Walker | Review ResCap deal CDs received from client for N. Gatimu (1.8); update master index with Non-Orrick ResCap deals information for N. Gatimu (2.2). | 4.00 |
| 07/20/12 | N. Gatimu | Review Purchase Agreements and Assignment and Assumption Agreements for transmission to co-counsel (2.5); follow-up regarding documents in order to update co-counsel (1.0). | 3.50 |
| 07/23/12 | E. Walker | Review ResCap deals diskettes for N. Gatimu (.4); prepare update regarding new relevant Purchase Agreement for N. Gatimu (.3). | 0.70 |
| 07/25/12 | D. Bent | Review Residential Asset Holding II, LLC's charter documents for J. Ruckdaschel (ResCap In-House Attorney). | 0.40 |
| 07/25/12 | N. Gatimu | Draft letter to co-counsel regarding outstanding Loan Purchase Agreements and Assignment and Assumption Agreements (0.5); send additional Loan Purchase Agreements and Assignment and Assumption Agreements to co-counsel (0.8). | 1.30 |
| 07/25/12 | D. Mao | Review and comment on query from B. Smith regarding underwriter roles, emails with K. Crost and D. Beasley regarding same. | 0.10 |
| 07/25/12 | K. Crost | E-mails with D. Mao and D. Beasley regarding question about underwriting syndicates. | 1.40 |

Residential Capital - 11474
page 23

August 20, 2012
Invoice No. 1379743

| 07/26/12 | K. Crost | E-mails with B. Smith and J. Ruckdaschel regarding underwriting syndicate question. | 0.60 |
| 07/30/12 | S. Sabado | Review relevant Pooling and Servicing Agreements from the Securities and Exchange Commission's website per the request of N. Gatimu. | 0.50 |
| 07/30/12 | F. McKeown | Research regarding relevant Pooling and Servicing Agreements from the Securities and Exchange Commission's website per the request of N. Gatimu. | 0.50 |
| 07/30/12 | E. Walker | Review closing set diskettes regarding various deals for N. Gatimu. | 0.70 |
| 07/30/12 | N. Gatimu | Review Pooling and Servicing Agreements and Servicing Agreements for certain transactions for which GMAC Mortgage, LLC has been terminated as servicer in order to determine whether such termination was effectuated properly. | 6.50 |
| 07/31/12 | F. McKeown | Additional research regarding relevant Pooling and Servicing Agreements from the Securities and Exchange Commission's website per the request of N. Gatimu. | 0.50 |
| 07/31/12 | N. Gatimu | Review Pooling and Servicing Agreements, Assignment and Assumption Agreements and Servicing Agreements for certain transactions for which GMAC Mortgage, LLC has been terminated as servicer in order to determine whether such termination was effectuated properly. | 7.50 |

Total Hours                85.30
Total For Services                    $30,634.35

| Timekeeper Summary | Hours | Base Rate | Base Amount | Billed Rate | Billed Amount |
|---|---|---|---|---|---|
| Dennis M. Bent | 1.30 | 495.00 | 643.50 | 451.25 | 586.63 |
| Katharine I. Crost | 5.30 | 895.00 | 4,743.50 | 874.00 | 4,632.20 |
| Njoki Gatimu | 21.30 | 575.00 | 12,247.50 | 495.00 | 10,543.50 |
| Margaret A. Goetz | 0.70 | 265.00 | 185.50 | 242.26 | 169.58 |
| Dora Y. Mao | 0.10 | 695.00 | 69.50 | 660.30 | 66.03 |
| Lorraine S. McGowen | 0.20 | 895.00 | 179.00 | 875.00 | 175.00 |
| Frances N. McKeown | 1.00 | 245.00 | 245.00 | 232.76 | 232.76 |
| Sherwin Sabado | 0.50 | 195.00 | 97.50 | 185.26 | 92.63 |
| Elizabeth Y. Walker | 52.00 | 275.00 | 14,300.00 | 261.25 | 13,585.02 |
| Sarah R. Weissman | 2.90 | 200.00 | 580.00 | 190.00 | 551.00 |
| Total All Timekeepers | 85.30 | | $33,291.00 | | $30,634.35 |

Residential Capital - 11474                                             August 20, 2012
page 24                                                             Invoice No. 1379743

Disbursements
    Hand Delivery                              10.50
    Taxi Expense                               65.41
               Total  Disbursements                    $75.91

               **Total For This Matter**              **$30,710.26**

Residential Capital - 11474                                    August 20, 2012
page 25                                                   Invoice No. 1379743


For Legal Services Rendered Through July 31, 2012 in Connection With:

## Matter:  148 - Resolution of Pre-Bankruptcy Transactions

| | | | |
|---|---|---|---|
| 07/06/12 | D. Beasley | Respond to questions from M. Beck (Morrison & Foerster) regarding pre-bankruptcy pooling agreements. | 0.70 |
| 07/16/12 | D. Beasley | Respond to questions from J. Ruckdaschel (ResCap In-House Counsel) regarding requests to amend documents for third parties. | 1.50 |
| 07/18/12 | D. Beasley | Review and comment on amendments for GSR 2007-HE1 securitization (1.0); draft agreement regarding cooperation with future amendments for advance facility provisions (1.5). | 2.50 |
| 07/19/12 | D. Beasley | Respond to questions from J. Ruckdaschel (ResCap In-House Counsel) regarding GSR 2007-HE1 (0.5); revise and distribute comments to amendments to GSR 2007-HE1 documents and agreement regarding cooperation with advance facility amendments (1.0); review and comment on amendment to MetLife assignment and recognition agreement (0.5). | 2.00 |
| 07/23/12 | D. Beasley | Respond to questions from Debtors regarding requests to amend servicing agreements and execute AARs for MetLife and Goldman transactions. | 1.00 |
| 07/24/12 | D. Beasley | Respond to questions from J. Ruckdaschel (ResCap In-House Attorney) and P. Kollydas regarding Goldman, MetLife and Credit Suisse requests for execution of agreements. | 0.50 |
| 07/26/12 | D. Beasley | Review and respond to questions from P. Fleming (ResCap) and D. Citron (ResCap) regarding Goldman requests (0.2); review and respond to emails from M. Brunken (ResCap) regarding MetLife requests (0.3); review and comment on MetLife and Credit Suisse Assignment and Assumption Agreements (1.0). | 1.50 |

Residential Capital - 11474                                        August 20, 2012
page 26                                                      Invoice No. 1379743

| 07/27/12 | D. Bent | Review, revise and distribute the Residential Funding Company, LLC Assignment and Assumption Agreements in connection with the Metropolitan Life transfer (1.4); telephone conference with M. Brunken (ResCap), J. Ruckdaschel (ResCap In-House Attorney) and D. Beasley (Orrick Senior Associate) regarding the same (0.3); review and respond to email correspondence with J. Ruckdaschel (ResCap In-House Attorney) and N. Gatimu (Orrick Associate) regarding whether Deutsche Bank's termination of GMAC Mortgage, LLC as servicer on various securitizations was effectuated properly (0.2). | 1.90 |
| 07/27/12 | D. Beasley | Telephone conference with M. Brunken (ResCap), J. Ruckdaschel (ResCap In-House Attorney) and D. Beasley (Orrick Senior Associate) regarding comments to Assignment and Assumption Agreements (0.3); respond to questions from J. Ruckdaschel regarding requests for AARs and amendments (0.2). | 0.50 |
| 07/31/12 | D. Bent | Review and provide comments on Residential Funding Company, LLC Assignment and Assumption Agreements in connection with the Metropolitan Life transfer (0.4); review and respond to email correspondence with N. Gatimu (Orrick Associate) regarding whether Deutsche Bank's termination of GMAC Mortgage, LLC as servicer on various securitizations was effectuated properly (0.2). | 0.60 |
| 07/31/12 | D. Beasley | Review and respond to emails from Orrick team regarding MetLife assignment agreement (0.3); review and respond to emails from Orrick team regarding termination of servicing under Deutsche Bank transactions (0.4); respond to questions from J. Ruckdaschel (ResCap In-House Attorney) regarding same (0.3). | 1.00 |

Total Hours                         13.70
Total For Services                              $8,024.20

| Timekeeper Summary | Hours | Base Rate | Base Amount | Billed Rate | Billed Amount |
|---|---|---|---|---|---|
| Duane K. Beasley | 11.20 | 650.00 | 7,280.00 | 615.72 | 6,896.07 |
| Dennis M. Bent | 2.50 | 495.00 | 1,237.50 | 451.25 | 1,128.13 |
| Total All Timekeepers | 13.70 | | $8,517.50 | | $8,024.20 |

**Total For This Matter**                         **$8,024.20**

Residential Capital - 11474                                          August 20, 2012
page 27                                                       Invoice No. 1379743


For Legal Services Rendered Through July 31, 2012 in Connection With:

**Matter:  149 - SEC Investigation Assistance**


| 07/09/12 | D. Dunne | Conference call with J. Ruckdaschel, P. Zellman, B. Smith, J. Meyers, J. Battle, B. Thompson, P. Carter regarding SBC subpoenas. | 0.90 |
|---|---|---|---|
| 07/09/12 | J. Meyers | Review pleadings from Countrywide matter to prepare for conference call regarding SEC inquiry (1.0); conference call with client, co-counsel and D. Dunne regarding SEC inquiry, and follow-up emails to/from D. Dunne regarding same (1.0); review article regarding FDIC action, and email to D. Dunne re same (0.3). | 2.30 |

|  | Total Hours | 3.20 |  |
|---|---|---|---|
|  | Total For Services |  | $2,742.65 |

| Timekeeper Summary | Hours | Base Rate | Base Amount | Billed Rate | Billed Amount |
|---|---|---|---|---|---|
| Daniel J. Dunne | 0.90 | 850.00 | 765.00 | 741.00 | 666.90 |
| James A. Meyers | 2.30 | 950.00 | 2,185.00 | 902.50 | 2,075.75 |
| Total All Timekeepers | 3.20 |  | $2,950.00 |  | $2,742.65 |

**Total For This Matter**                                    **$2,742.65**

Residential Capital - 11474
page 28

August 20, 2012
Invoice No. 1379743

For Legal Services Rendered Through July 31, 2012 in Connection With:

**Matter:  151 - Termination of Servicing Contracts**

Disbursements
    Hand Delivery

201.00

Total  Disbursements        $201.00

**Total For This Matter**      **$201.00**

**\* \* \* COMBINED TOTALS \* \* \***

| | | |
|---|---:|---:|
| Total Hours | 535.70 | |
| Total Fees, all Matters | | $257,980.85 |
| Total Disbursements, all Matters | | $452.22 |
| Total Amount Due | | $258,433.07 |