# EXHIBIT B

## SUMMARY OF PROFESSIONAL SERVICES RENDERED BY PROJECT CATEGORY BY DORSEY & WHITNEY LLP ON BEHALF OF THE DEBTORS FOR THE PERIOD MAY 14, 2012 THROUGH AUGUST 31, 2012

### Compensation by Matter

| Task Code | Matter Description | Total Billed Hours | Total Compensation[9] |
|---|---|---|---|
| 1 | Asset Analysis and Recovery | 19.9 | $6,594.30 |
| 2 | Asset Disposition/Sales | 2.0 | $619.20 |
| 3 | Business Operations and Advice | 42.3 | $13,298.85 |
| 4 | Case Administration | 0.9 | $294.30 |
| 11 | Plan Supplement Documents | 4.4 | $1,125.00 |
| 17 | PLS Litigation | 775.4 | $199,261.88[10] |
| 18 | Litigation (Other) | 1.4 | $546.30 |
| 19 | Government/Regulatory | 631.2 | $180,165.15 |
| 22 | Communications with Creditors | 0.8 | $392.40 |
| 25 | Discovery or Rule 2004 Requests | 0.4 | $196.20 |
| 26 | Schedules and Statements | 0.2 | $98.10 |
| 27 | First Day Motions and Hearings | 29.6 | $9,597.60 |
| **Total Fees Incurred** | | **1,508.5** | **$412,189.28** |

---

[9] All fees listed, unless otherwise indicated, are after application of a 10 percent discount.

[10] In addition to the 10 percent discount, one of the matters in the PLS Litigation Task Code is subject to a fixed fee arrangement.