# EXHIBIT C

## SUMMARY OF PROFESSIONAL SERVICES RENDERED BY PROFESSIONAL BY DORSEY & WHITNEY LLP ON BEHALF OF THE DEBTORS FOR THE PERIOD MAY 14, 2012 THROUGH AUGUST 31, 2012

| Name of Professional Individual | Department and Licensure | Hourly Billing Rate | Total Hours Billed | Total Compensation[11] |
|---|---|---|---|---|
| **Partners** | | | | |
| P. Carter | Trial<br>MN License No. 0227985 | $625.00 | 45.3 | $28,312.50 |
| J. Langdon | Trial<br>MN License No. 0171931 | $610.00 | 174.1 | $106,201.00 |
| K. Constantine | Finance and Restructuring<br>MN License No. 0123341 | $585.00 | 0.6 | $351.00 |
| B. MacKenzie | Corporate<br>MN License No. 0301802 | $575.00 | 7.4 | $4,255.00 |
| C. Sawyer | Corporate<br>MN License No. 0140351 | $575.00 | 3.8 | $2,185.00 |
| T. Kelly | Finance and Restructuring<br>MN License No. 0189960 | $545.00 | 23.5 | $12,807.50 |
| K. Jorgensen | Trial<br>MN License No. 0159463 | $495.00 | 2.5 | $1,237.50 |
| S. Marsden | Trial<br>MN License No. 4879 | $450.00 | 6.3 | $2,835.00 |
| M. Grant | Trial<br>MN License No. | $400.00 | 0.2 | $80.00 |
| **Associates and Of Counsel** | | | | |
| M. Collins Zhao | Corporate<br>MN License No. 0391305 | $425.00 | 23.0 | $5,635.00 |
| L. McGlinn | Trial<br>CA License No. 161756 | $395.00 | 24.6 | $9,717.00 |
| R. Mallard | Finance and Restructuring<br>DE License No. 4279 | $385.00 | 4.4 | $1,694.00 |
| B. Vander Pol | Trial<br>MN License No. 0386389 | $365.00 | 16.2 | $5,913.00 |
| H. McCann | Trial<br>MN License No. 0386881 | $365.00 | 4.9 | $1,788.50 |
| B. Smith | Trial<br>MN License No. 0387223 | $325.00 | 532.0 | $172,900.00[12] |
| J. Stilson | Trial<br>MN License No. 0392913 | $315.00 | 22.9 | $7,213.50 |

---

[11] Total compensation listed here is before application of 10% discount.

[12] Total fees prior to write-down, total fees after write-down for fixed fee arrangement $105,629.03.

| B. McGarry | Trial<br>CA License No. 258156 | $295.00 | 5.2 | $1,534.00 |
|---|---|---|---|---|
| K. Schubert | Trial<br>MN License No. 0388396 | $295.00 | 159.9 | $47,170.50 |
| S. Iannacone | Corporate<br>MN License No. 0387820 | $280.00 | 17.3 | $4,844.00 |
| E. Hulsebos | Finance and Restructuring<br>MN License No. 0390389 | $265.00 | 26.5 | $7,022.50 |
| D. Faith | Trial<br>MN License No. 0389687 | $255.00 | 18.5 | $4,717.50 |
| E. Detlefsen | Finance and Restructuring<br>MN License No. 0391086 | $245.00 | 1.7 | $416.50 |
| M. Weinbeck | Trial<br>MN License No. | $235.00 | 20.6 | $4,841.00 |
| M. Stinson | Trial<br>MN License No. 0392482 | $235.00 | 15.3 | $3,595.00 |
| A. Brantingham | Trial<br>MN License No. 0389952 | $235.00 | 56.2 | $13,207.00 |
| P. Volpe | Trial<br>MN License No. 0392872 | 235.00 | 58.1 | $13,653.50 |
| **Paraprofessionals** | | | | |
| J. Lanz | N/A | $275.00 | 2.1 | $577.50 |
| V. Perisho | Trial | $240.00 | 1.0 | $240.00 |
| C. Miller | Trial | $225.00 | 0.5 | $112.50 |
| M. Stark | Trial | $225.00 | 1.6 | $360.00 |
| S. Jarzyna | N/A | $225.00 | 0.4 | $90.00 |
| N. Bussiere | Trial | $220.00 | 82.8 | $18,216.00 |
| R. Knudson | Trial | $220.00 | 118.8 | $26,136.00 |
| K. Rushing | Trial | $215.00 | 2.4 | $516.00 |
| N. Hine | Trial | $210.00 | 1.2 | $252.00 |
| R. Russell | Trial | $175.00 | 3.4 | $595.00 |
| A. Jarboe | Trial | $100.00 | 1.0 | $100.00 |
| J. Kragness | Trial | $100.00 | 6.5 | $650.00 |
| J. Dahl | Trial | $100.00 | 1.2 | $120.00 |
| K. Langlais | Trial | $100.00 | 2.5 | $250.00 |
| M. Edwards | Trial | $100.00 | 11.0 | $1,100.00 |
| P. Jennings | Trial | $100.00 | 0.8 | $80.00 |
| **Professionals Totals** | | Blended Rate | | |
| **Total Fees Incurred** | | $385.00 | | $513,522.00 |
| **Total Fees After 10% discount and Flat Fee Adjustment** | | | | $412,188.83 |