# EXHIBIT D

## SUMMARY OF EXPENSES INCURRED BY DORSEY & WHITNEY LLP ON BEHALF OF THE DEBTORS FOR THE PERIOD MAY 14, 2012 THROUGH AUGUST 31, 2012

| Expense Category | Amount[13] |
|---|---|
| Overnight Delivery Charges | $19.19 |
| Filing Fee ($500.00; $20.00, $225.00, $136.00) | $881.00 |
| Messenger Charges | $121.00 |
| Professional Services – Riley, Riper, Hollin & Collagreco – receive and review discovery requests from M. Ellis; email to J. Langdon regarding same | $82.50 |
| Travel Expense – B. Smith | $2,491.44 |
| ALM Media, Inc. – electronic monitoring of court docket | $13.23 |
| Riverside Court Web – copies of legal documents | $5.40 |
| Travel Expense – J. Langdon | $1,491.46 |
| **Total** | **$5,105.22** |

---

[13] Certain May 2012 statements attached to Exhibit E show disbursements and services charges that were incurred pre-petition. Only post-petition disbursements and service charges have been included in Exhibit D.