# EXHIBIT E

## MONTHLY FEE STATEMENTS





**THOMAS O. KELLY III**
**(612) 492-6029**
**FAX (612) 340-2868**
**kelly.tom@dorsey.com**

August 21, 2012

**VIA FEDERAL EXPRESS**

Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104
Attn: Larren M. Nashelsky, Gary S. Lee and
  Lorenzo Marinuzzi

Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004
Attn: Tracy Hope Davis, Linda A. Riffkin,
  and Brian S. Masumoto

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
Attn: Kenneth H. Eckstein and
  Douglas H. Mannal

Kirkland & Ellis
601 Lexington Avenue
New York, NY 10022
Attn: Richard M. Cieri and Ray C. Schrock

Skadden, Arps, Slate, Meagher & Flom LLP
4 Times Square
New York, New York 10036
Attn: Kenneth S. Ziman and
  Jonathan H. Hofer

   Re: ***In re Residential Capital, LLC, et al.***
     Case No. 12-12020

Dear Counsel:

Pursuant to the Court's July 17, 2012 *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* (the "Order"), enclosed please find Dorsey & Whitney LLP's monthly fee statements for the periods May 14, 2012 through May 31, 2012, June 1, 2012 through June 30, 2012, and July 1, 2012 through July 31, 2012 (the "Statements"), which were served with a copy of this on the parties listed in paragraph (a) of the Order, on August 21, 2012.

In the absence of a timely objection, the Debtors shall pay $286,283.13, consisting of the sum of (a) $284,018.26, an amount equal to 80% of the fees ($284,018.26 = $355,022.83 x 0.80) and (b) 100% of the expenses ($2,264.87) being requested in the Statement.

◯ ⟩⟩ **DORSEY**™

August 21, 2012
Page 2

Objections to the Statement are due by September 9, 2012.

Sincerely,

Thomas O. Kelly III

Encl.
cc:    Tammy Hamzehpour



**MINNEAPOLIS OFFICE**
612-340-2600

(Tax Identification No. 41-0223337)

## STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

GMAC ResCap
Attn: Tammy Hamzehpour
1100 Virginia Drive
Fort Washington, PA  19034

August 9, 2012
Invoice No. 1815675

Client-Matter No.: 479140-00003
ResCap Treasury General

---

**For Legal Services Rendered Through July 31, 2012**

# INVOICE TOTAL

| | |
|---|---:|
| Subtotal for Current Legal Fees | $1,754.50 |
| Less 10% Discount | -$175.45 |
| Total For Current Legal Fees | $1,579.05 |
| Total For Current Disbursements and Service Charges | $6.25 |
| **Total For Current Invoice** | **$1,585.30** |

For your convenience, please remit payment to the address below or we offer the option of remitting payment electronically by wire transfer.
If you have any questions regarding this information, please contact the lawyer you are working with on this project or Dorsey's Accounts
Receivable Department at 1-800-861-0760. Thank you.

| Mailing Instructions: | Wire Instructions: | |
|---|---|---|
| Dorsey & Whitney LLP | U.S. Bank National Association | ABA Routing Number: 091000022 |
| P.O. Box 1680 | 800 Nicollet Mall | Account Number: 1602-3010-8500 |
| Minneapolis, MN 55480-1680 | Minneapolis, MN  55402 | Swift Code: USBKUS44IMT |

**Please make reference to the invoice number**

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available
upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**

03515



## MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

## STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

GMAC ResCap
Attn: Tammy Hamzehpour
1100 Virginia Drive
Fort Washington, PA  19034

August 9, 2012
Invoice No. 1815675

**Client-Matter No: 479140-00003**

**ResCap Treasury General**

---

**For Legal Services Rendered Through July 31, 2012**

| Date | Attorney | Amount | Hours | | Description |
|---|---|---|---|---|---|
| 07/02/12 | T. Kelly | 163.50 | 0.30 | 1 | Review question regarding servicing receivables and email with T. Goran regarding same |
| 07/02/12 | T. Kelly | 54.50 | 0.10 | 1 | Review notice to creditors |
| 07/09/12 | T. Kelly | 218.00 | 0.40 | 1 | Participate in conference call regarding collateral analysis |
| 07/09/12 | T. Kelly | 163.50 | 0.30 | 1 | Review Aurelius Capital Management letter regarding collateral analysis |
| 07/10/12 | T. Kelly | 54.50 | 0.10 | 1 | Review third priority purchase and sale agreement regarding excluded assets |
| 07/10/12 | T. Kelly | 109.00 | 0.20 | 1 | Telephone conference with T. Goren regarding third priority purchase and sale agreement regarding excluded assets |
| 07/11/12 | T. Kelly | 54.50 | 0.10 | 3 | Review control account |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



GMAC ResCap
Client-Matter No.: 479140-00003
Invoice No.: 1815675

August 9, 2012
Page 2

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  |  |  |  | terminations and amendments regarding bank accounts being closed |
| 07/11/12 | T. Kelly | 54.50 | 0.10 | 3 | Review emails regarding control account terminations and amendments regarding bank accounts being closed |
| 07/12/12 | T. Kelly | 54.50 | 0.10 | 3 | Emails with R. Bluhm regarding control agreement, terminations and amendments |
| 07/16/12 | S. Iannacone | 308.00 | 1.10 | 27 | Correspond with servicers and Barclays' counsel regarding servicing acknowledgment letters |
| 07/16/12 | T. Kelly | 54.50 | 0.10 | 3 | Review direction letter and related documents for closing of Deutsche Bank account |
| 07/16/12 | T. Kelly | 54.50 | 0.10 | 3 | Email to R. Bluhm regarding same |
| 07/17/12 | S. Iannacone | 84.00 | 0.30 | 27 | Correspond with Wells Fargo regarding servicer acknowledgment letter |
| 07/17/12 | T. Kelly | 163.50 | 0.30 | 2 | Review T. Goren email and related materials regarding RFC asset sale and reply to same |
| 07/17/12 | T. Kelly | 54.50 | 0.10 | 2 | Follow-up emails regarding same |
| 07/17/12 | T. Kelly | 54.50 | 0.10 | 3 | Review revisions to DB blocked account termination documents |
| 07/25/12 | T. Kelly | 54.50 | 0.10 | 3 | Telephone conference with J. Ruckdaschel regarding independent director requirements |

**Total Hours**          **3.90**

**Subtotal for Legal Fees**          **$1,754.50**

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



GMAC ResCap                                          August 9, 2012
Client-Matter No.: 479140-00003                           Page 3
Invoice No.: 1815675

| | |
|---|---:|
| **Less 10% Discount** | -$175.45 |
| **Total for Legal Fees** | **$1,579.05** |

**Disbursements and Service Charges**

| | |
|---|---:|
| Local Authority Search - Companies House Services May 12 | 6.25 |
| **Total for Disbursements and Service Charges** | **$6.25** |
| **Total This Invoice** | **$1,585.30** |

**Timekeeper Summary**

| Timekeeper | Class | Hours | Billed Rate | Amount |
|---|---|---:|---:|---:|
| S. Iannacone | Associate | 1.40 | 280.00 | 392.00 |
| T. Kelly | Partner | 2.50 | 545.00 | 1,362.50 |
| **Total all Timekeepers** | | **3.90** | | **1,754.50** |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available
upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



**1OO** A NEW CENTURY OF SERVICE 1912 | 2012

⟨ ⟩⟩ **DORSEY**
DORSEY & WHITNEY LLP

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

## STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

GMAC ResCap
Attn: Tammy Hamzehpour
1100 Virginia Drive
Fort Washington, PA  19034

August 9, 2012
Invoice No. 1815665

Client-Matter No.: 479140-00003
ResCap Treasury General

**For Legal Services Rendered Through June 30, 2012**

# INVOICE TOTAL

| | |
|---|---:|
| Subtotal for Current Legal Fees | $6,970.00 |
| Less 10% Discount | -$697.00 |
| Total For Current Legal Fees | $6,273.00 |
| Total For Current Disbursements and Service Charges | $19.19 |
| **Total For Current Invoice** | **$6,292.19** |

For your convenience, please remit payment to the address below or we offer the option of remitting payment electronically by wire transfer. If you have any question regarding this information, please contact the lawyer you are working with on this project or Dorsey's Accounts Receivable Department at 1-800-861-0760.  Thank you.

Mailing Instructions:
Dorsey & Whitney LLP
P.O. Box 1680
Minneapolis, MN 55480-1680

Wire Instructions:
U.S. Bank National Association
800 Nicollet Mall
Minneapolis, MN  55402

ABA Routing Number: 091000022
Account Number: 1602-3010-8500
Swift Code: USBKUS44IMT

**Please make reference to the invoice number**

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY

03515



**DORSEY**
DORSEY & WHITNEY LLP

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

GMAC ResCap
Attn: Tammy Hamzehpour
1100 Virginia Drive
Fort Washington, PA  19034

August 9, 2012
Invoice No. 1815665

**Client-Matter No: 479140-00003**

**ResCap Treasury General**

**For Legal Services Rendered Through June 30, 2012**

| | | | | | |
|---|---|---|---|---|---|
| 06/04/12 | E. Hulsebos | 636.00 | 2.40 | 3 | Verify direction letter and notices of termination for accuracy |
| 06/04/12 | S. Iannacone | 196.00 | 0.70 | 3 | Review credit agreement |
| 06/04/12 | S. Iannacone | 336.00 | 1.20 | 3 | Draft servicer acknowledgment letters |
| 06/04/12 | T. Kelly | 163.50 | 0.30 | 3 | Review draft direction letter regarding control agreement termination notices and emails regarding same |
| 06/05/12 | E. Hulsebos | 212.00 | 0.80 | 3 | Review multiple notices of termination |
| 06/05/12 | S. Iannacone | 140.00 | 0.50 | 3 | Draft servicer acknowledgement letters |
| 06/05/12 | S. Iannacone | 56.00 | 0.20 | 3 | Correspond with J. Pierce regarding servicer acknowledgement letters |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available
upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



GMAC ResCap                                                      August 9, 2012
Client-Matter No.: 479140-00003                                          Page 2
Invoice No.: 1815665

| 06/05/12 | T. Kelly | 109.00 | 0.20 | 3 | Review side letter regarding bank account termination |
| 06/05/12 | T. Kelly | 54.50 | 0.10 | 3 | Email to J. Ruhlin, H. Anderson, and R. Bluhm regarding same |
| 06/05/12 | T. Kelly | 54.50 | 0.10 | 3 | Forward comments to T. Bundrant |
| 06/05/12 | T. Kelly | 54.50 | 0.10 | 3 | Review emails regarding termination notices and related documents |
| 06/06/12 | S. Iannacone | 588.00 | 2.10 | 27 | Draft servicer acknowledgment letters |
| 06/06/12 | S. Iannacone | 56.00 | 0.20 | 27 | Circulate servicer acknowledgment letters to the various servicers |
| 06/06/12 | T. Kelly | 109.00 | 0.20 | 3 | Emails regarding execution of bank account side letter |
| 06/07/12 | S. Iannacone | 84.00 | 0.30 | 27 | Correspond with servicers regarding servicer acknowledgment letters |
| 06/08/12 | K. Constantine | 175.50 | 0.30 | 18 | Analyze defendant claims regarding effect of bankruptcy filings |
| 06/11/12 | S. Iannacone | 224.00 | 0.80 | 27 | Draft servicing acknowledgment letters |
| 06/11/12 | S. Iannacone | 56.00 | 0.20 | 27 | Circulate servicing acknowledgment letters |
| 06/12/12 | S. Iannacone | 56.00 | 0.20 | 27 | Correspond with servicers regarding servicing acknowledgment letters |
| 06/13/12 | E. Hulsebos | 556.50 | 2.10 | 27 | Review statute and commentary on mortgage transfer disclosure |
| 06/13/12 | S. Iannacone | 700.00 | 2.50 | 27 | Revise servicing acknowledgment |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



letters

| 06/13/12 | S. Iannacone | 224.00 | 0.80 | 27 | Correspond with Barclay's counsel and various servicers regarding servicing acknowledgment letters |
| 06/13/12 | T. Kelly | 54.50 | 0.10 | 27 | Telephone conference with J. Ruckdaschel regarding transfer notice for DIP loans |
| 06/13/12 | T. Kelly | 54.50 | 0.10 | 27 | Review emails regarding same |
| 06/13/12 | T. Kelly | 109.00 | 0.20 | 27 | Conferences, emails with E. Hulsebos regarding same |
| 06/13/12 | T. Kelly | 54.50 | 0.10 | 27 | Email J. Ruckdaschel regarding same |
| 06/14/12 | E. Hulsebos | 79.50 | 0.30 | 27 | Review statutory section and email with T. Kelly regarding requirements of notice under mortgage transfer disclosures |
| 06/14/12 | S. Iannacone | 84.00 | 0.30 | 27 | Correspond with Barclay's counsel regarding servicing acknowledgment letters |
| 06/14/12 | S. Iannacone | 168.00 | 0.60 | 27 | Correspond with various servicers regarding servicing acknowledgment letters |
| 06/14/12 | T. Kelly | 54.50 | 0.10 | 27 | Review and respond to email to regarding investor code in DIP loan |
| 06/15/12 | S. Iannacone | 224.00 | 0.80 | 27 | Correspond with various servicers regarding servicing acknowledgment letters |
| 06/17/12 | T. Kelly | 54.50 | 0.10 | 1 | Review B. Westbrook email regarding 2011 RFOC transaction |
| 06/17/12 | T. Kelly | 54.50 | 0.10 | 27 | Review and respond to emails regarding Wells subservicing |

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



GMAC ResCap                                                      August 9, 2012
Client-Matter No.: 479140-00003                                        Page 4
Invoice No.: 1815665

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  |  |  |  | arrangement |
| 06/18/12 | S. Iannacone | 364.00 | 1.30 | 27 | Correspond with RFC and various servicers regarding servicing acknowledgment letters |
| 06/18/12 | T. Kelly | 109.00 | 0.20 | 27 | Conference with S. Iannacone, H. Anderson and D. Meier regarding subservicing question |
| 06/19/12 | S. Iannacone | 84.00 | 0.30 | 27 | Correspond with BB&T regarding servicing acknowledgment letter |
| 06/19/12 | T. Kelly | 163.50 | 0.30 | 1 | Review materials regarding CP-5 termination |
| 06/20/12 | S. Iannacone | 196.00 | 0.70 | 27 | Correspond with BB&T and PNC regarding servicing acknowledgment letters |
| 06/20/12 | T. Kelly | 54.50 | 0.10 | 1 | Review emails regarding bank account transfer documents |
| 06/20/12 | T. Kelly | 54.50 | 0.10 | 1 | Review and reply to T. Farley email regarding CP-5 termination |
| 06/25/12 | S. Iannacone | 112.00 | 0.40 | 27 | Correspond with Skadden and servicers regarding servicer acknowledgment letters |

**Total Hours**                                    **22.50**


**Subtotal for Legal Fees**        **$6,970.00**

**Less 10% Discount**          **-$697.00**

**Total for Legal Fees**        **$6,273.00**

**Disbursements and Service Charges**

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



GMAC ResCap                                                              August 9, 2012
Client-Matter No.: 479140-00003                                              Page 5
Invoice No.: 1815665

Overnight Delivery Charges                                                       19.19

**Total for Disbursements and Service Charges**                             **$19.19**

**Total This Invoice**                                                   **$6,292.19**

**Timekeeper Summary**

| Timekeeper | Class | Hours | Billed Rate | Amount |
|---|---|---|---|---|
| E. Hulsebos | Associate | 5.60 | 265.00 | 1,484.00 |
| S. Iannacone | Associate | 14.10 | 280.00 | 3,948.00 |
| K. Constantine | Partner | 0.30 | 585.00 | 175.50 |
| T. Kelly | Partner | 2.50 | 545.00 | 1,362.50 |
| **Total all Timekeepers** | | **22.50** | | **6,970.00** |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available
upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



**MINNEAPOLIS OFFICE**
612-340-2600

(Tax Identification No. 41-0223337)

## STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

GMAC ResCap
Attn: Tammy Hamzehpour
1100 Virginia Drive
Fort Washington, PA 19034

August 9, 2012
Invoice No. 1815664

Client-Matter No.: 479140-00003
ResCap Treasury General

---

**For Legal Services Rendered Through May 31, 2012**

## INVOICE TOTAL

| | |
|---|---:|
| Subtotal for Current Legal Fees | $11,960.50 |
| Less 10% Discount | -$1,196.05 |
| Total For Current Legal Fees | $10,764.45 |
| Total For Current Disbursements and Service Charges | $81.48 |
| **Total For Current Invoice** | **$10,845.93** |

For your convenience, please remit payment to the address below or we offer the option of remitting payment electronically by wire transfer. If you have any questions regarding this information, please contact the lawyer you are working with on this project or Dorsey's Accounts Receivable Department at 1-800-861-0760. Thank you.

Mailing Instructions:
Dorsey & Whitney LLP
P.O. Box 1680
Minneapolis, MN 55480-1680

Wire Instructions:
U.S. Bank National Association
800 Nicollet Mall
Minneapolis, MN 55402

ABA Routing Number: 091000022
Account Number: 1602-3010-8500
Swift Code: USBKUS44IMT

**Please make reference to the invoice number**

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**

03515



MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

## STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

GMAC ResCap
Attn: Tammy Hamzehpour
1100 Virginia Drive
Fort Washington, PA  19034

August 9, 2012
Invoice No. 1815664

**Client-Matter No: 479140-00003**

**ResCap Treasury General**

**For Legal Services Rendered Through May 31, 2012**

| | | | | |
|---|---|---|---|---|
| 05/14/12  N. Hine | 252.00 | 1.20 | 2 | Collate signature pages of all transaction documents, to create full final versions, for both Viaduct and Flume transactions to send to parties for records |
| 05/14/12  T. Kelly | 545.00 | 1.00 | 27 | Emails regarding eighth amendment issues |
| 05/14/12  T. Kelly | 490.50 | 0.90 | 27 | Review Ally DIP/cash collateral order regarding amendment issues |
| 05/14/12  T. Kelly | 109.00 | 0.20 | 27 | Conference with D. Linley, T. Bundrant regarding Ally/DIP cash collateral order |
| 05/14/12  T. Kelly | 163.50 | 0.30 | 27 | Conference with M. Scarseth, J. Ruhlin, W. Nolan, H. Anderson and R. Newman regarding Ally/DIP cash collateral order |

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



GMAC ResCap                                                      August 9, 2012
Client-Matter No.: 479140-00003                                        Page 2
Invoice No.: 1815664

| 05/14/12 | T. Kelly | 272.50 | 0.50 | 27 | Prepare mark-up of Ally/DIP cash collateral order |
| 05/14/12 | T. Kelly | 109.00 | 0.20 | 27 | Telephone conference with T. Bundrant regarding eighth amendment |
| 05/15/12 | E. Detlefsen | 318.50 | 1.30 | 19 | Research effect of automatic stay on regulatory actions |
| 05/15/12 | E. Hulsebos | 79.50 | 0.30 | 4 | Attend weekly legal update call |
| 05/15/12 | E. Hulsebos | 159.00 | 0.60 | 27 | Review docket for motions to keep various loan agreements in place |
| 05/15/12 | S. Iannacone | 224.00 | 0.80 | 27 | Review BMMZ repurchase agreement payoff letter |
| 05/15/12 | S. Iannacone | 84.00 | 0.30 | 4 | Attend weekly legal update conference call |
| 05/15/12 | T. Kelly | 272.50 | 0.50 | 27 | Review eighth amendment to DIP facility regarding proposed compromise |
| 05/15/12 | T. Kelly | 109.00 | 0.20 | 27 | Emails regarding same |
| 05/15/12 | T. Kelly | 218.00 | 0.40 | 1 | Research and emails regarding inclusion of servicing fees and interest in primary collateral |
| 05/15/12 | T. Kelly | 163.50 | 0.30 | 27 | Revise and distribute eighth amendment |
| 05/15/12 | T. Kelly | 163.50 | 0.30 | 4 | Participate in weekly update telephone conference |
| 05/16/12 | E. Detlefsen | 98.00 | 0.40 | 19 | Telephone conference with and email B. Smith regarding automatic stay research |
| 05/16/12 | E. Hulsebos | 397.50 | 1.50 | 27 | Review debtor in possession facility and the eighth amendment to the line of credit facility to |

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



GMAC ResCap                                                                    August 9, 2012
Client-Matter No.: 479140-00003                                                      Page 3
Invoice No.: 1815664

|            |              |        |      |    | compare provisions on ERISA |
|------------|--------------|--------|------|----|-----------------------------|
| 05/16/12   | S. Iannacone | 196.00 | 0.70 | 27 | Finalize payoff letter and attachments |
| 05/16/12   | T. Kelly     | 218.00 | 0.40 | 27 | Review revisions to eighth amendment |
| 05/16/12   | T. Kelly     | 109.00 | 0.20 | 27 | Email to Ally with comments on eighth amendment |
| 05/16/12   | T. Kelly     | 54.50  | 0.10 | 27 | Review emails regarding BMMZ termination, board approvals, Fannie early advance facility |
| 05/16/12   | T. Kelly     | 54.50  | 0.10 | 27 | Email revisions to eighth amendment to J. Ruhlin, H. Anderson, R. Newman, M. Scarseth and T. Goren |
| 05/21/12   | E. Hulsebos  | 212.00 | 0.80 | 1  | Begin reviewing agreements regarding release of liens from Ginnie Mae |
| 05/21/12   | T. Kelly     | 163.50 | 0.30 | 1  | Review and respond to emails regarding third priority lien release procedures for loan sale |
| 05/21/12   | T. Kelly     | 381.50 | 0.70 | 27 | Telephone conference with C. Hoyt, K&E, and T. Goren regarding eighth amendment issues |
| 05/21/12   | T. Kelly     | 109.00 | 0.20 | 27 | Draft revised language regarding same |
| 05/21/12   | T. Kelly     | 54.50  | 0.10 | 27 | Conference with E. Hulsebos regarding backup memorandum regarding same |
| 05/21/12   | T. Kelly     | 218.00 | 0.40 | 2  | Telephone conference with J. Ruckdaschel, T. Goren, W. Nolan, and M. Anally regarding loan sale |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available
upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



GMAC ResCap
Client-Matter No.: 479140-00003
Invoice No.: 1815664

August 9, 2012
Page 4

| | | | | | |
|---|---|---|---|---|---|
| 05/22/12 | E. Hulsebos | 927.50 | 3.50 | 1 | Review revolver loan agreement, first priority security agreement, third priority security agreement, line of credit loan agreement, line of credit security agreement, and debtor in possession order |
| 05/22/12 | E. Hulsebos | 954.00 | 3.60 | 1 | Draft memorandum regarding release of Ginnie Mae collateral from revolver loan agreement, first priority security agreement, third priority security agreement, line of credit loan agreement, line of credit security agreement, and debtor in possession order |
| 05/22/12 | T. Kelly | 54.50 | 0.10 | 1 | Conference with E. Hulsebos regarding loan sale lien release memorandum |
| 05/22/12 | T. Kelly | 54.50 | 0.10 | 1 | Emails with T. Goren regarding lien release memorandum |
| 05/22/12 | T. Kelly | 272.50 | 0.50 | 1 | Draft loan sale lien release memorandum |
| 05/22/12 | T. Kelly | 54.50 | 0.10 | 1 | Telephone conference with J. Ruhlin regarding lien release memorandum and eighth amendment |
| 05/23/12 | E. Hulsebos | 159.00 | 0.60 | 1 | Review junior indenture |
| 05/23/12 | E. Hulsebos | 159.00 | 0.60 | 1 | Revise memorandum on Ginnie Mae |
| 05/23/12 | K. Constantine | 175.50 | 0.30 | 1 | Conference with T. Kelly regarding impact of bankruptcy filing and legal opinions under indenture |
| 05/23/12 | T. Kelly | 436.00 | 0.80 | 1 | Revise memorandum regarding |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



GMAC ResCap                                                          August 9, 2012
Client-Matter No.: 479140-00003                                        Page 5
Invoice No.: 1815664

|  |  |  |  |  | release mechanics |
| 05/23/12 | T. Kelly | 272.50 | 0.50 | 1 | Conferences with E. Hulsebos, T. Goren and J. Ruckdaschel regarding same |
| 05/23/12 | T. Kelly | 109.00 | 0.20 | 1 | Emails with T. Goren regarding memorandum regarding release mechanics |
| 05/24/12 | T. Kelly | 272.50 | 0.50 | 1 | Finalize memorandum regarding lien releases in connection with asset sales |
| 05/24/12 | T. Kelly | 272.50 | 0.50 | 27 | Review revised draft of eighth amendment |
| 05/24/12 | T. Kelly | 109.00 | 0.20 | 27 | Emails with J. Ruhlin, T. Goren, M. Scarseth and R. Newman regarding eighth amendment |
| 05/24/12 | T. Kelly | 218.00 | 0.40 | 27 | Revise eighth amendment |
| 05/24/12 | T. Kelly | 109.00 | 0.20 | 1 | Distribute memorandum regarding lien releases in connection with asset sales |
| 05/24/12 | T. Kelly | 163.50 | 0.30 | 27 | Conferences with J. Ruhlin, T. Goren, M. Scarseth and R. Newman regarding eighth amendment |
| 05/24/12 | T. Kelly | 54.50 | 0.10 | 27 | Forward eighth amendment to Ally, counsel for review |
| 05/25/12 | T. Kelly | 381.50 | 0.70 | 27 | Finalize eighth amendment |
| 05/25/12 | T. Kelly | 163.50 | 0.30 | 11 | Review settlement and plan support agreement |
| 05/31/12 | E. Hulsebos | 265.00 | 1.00 | 27 | Draft notice of borrowing |
| 05/31/12 | E. Hulsebos | 106.00 | 0.40 | 27 | Email notice of borrowing to R. Newman, H. Anderson and T. |

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



GMAC ResCap                                                    August 9, 2012
Client-Matter No.: 479140-00003                                      Page 6
Invoice No.: 1815664

Kelly

| 05/31/12 | T. Kelly | 54.50 | 0.10 | 27 | Emails regarding LOC DIP borrowing request |
| 05/31/12 | T. Kelly | 54.50 | 0.10 | 27 | Conferences with E. Hulsebos regarding same |
| 05/31/12 | T. Kelly | 54.50 | 0.10 | 27 | Draft borrowing request |
| 05/31/12 | T. Kelly | 54.50 | 0.10 | 3 | Email regarding termination of Bank of America control agreements |

**Total Hours**                        **31.10**

**Subtotal for Legal Fees**        $11,960.50

**Less 10% Discount**              -$1,196.05

**Total for Legal Fees**           $10,764.45

## Disbursements and Service Charges

Taxi Charges                                              81.48

**Total for Disbursements and Service Charges**        **$81.48**

**Total This Invoice**           $10,845.93

## Timekeeper Summary

| Timekeeper | Class | Hours | Billed Rate | Amount |
|---|---|---|---|---|
| N. Hine | Trainee | 1.20 | 210.00 | 252.00 |
| E. Detlefsen | Associate | 1.70 | 245.00 | 416.50 |

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



GMAC ResCap
Client-Matter No.: 479140-00003
Invoice No.: 1815664

August 9, 2012
Page 7

| Timekeeper | Class | Hours | Billed Rate | Amount |
|---|---|---|---|---|
| E. Hulsebos | Associate | 12.90 | 265.00 | 3,418.50 |
| S. Iannacone | Associate | 1.80 | 280.00 | 504.00 |
| K. Constantine | Partner | 0.30 | 585.00 | 175.50 |
| T. Kelly | Partner | 13.20 | 545.00 | 7,194.00 |
| **Total all Timekeepers** | | **31.10** | | **11,960.50** |

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available
upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



**A NEW
CENTURY**
OF SERVICE
1912 | 2012

◯ ⟫ **DORSEY**
DORSEY & WHITNEY LLP

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

GMAC ResCap                                              August 9, 2012
Attn: Tammy Hamzehpour                          Invoice No. 1815822
General Counsel, Mortgage Operations
1100 Virginia Drive
Fort Washington, PA  19034

Client-Matter No.: 479140-00004
Broker-Dealer Regulatory Advice

---

**For Legal Services Rendered Through June 30, 2012**

## INVOICE TOTAL

| | |
|---|---|
| Subtotal for Current Legal Fees | $12,165.00 |
| Less 10% Discount | -$1,216.50 |
| Total For Current Legal Fees | $10,948.50 |
| **Total For Current Invoice** | **$10,948.50** |

For your convenience, please remit payment to the address below or we offer the option of remitting payment electronically by wire transfer.
If you have any questions regarding this information, please contact the lawyer you are working with on this project or Dorsey's Accounts
Receivable Department at 1-800-861-0760. Thank you.

Mailing Instructions:              Wire Instructions:
Dorsey & Whitney LLP               U.S. Bank National Association        ABA Routing Number: 091000022
P.O. Box 1680                      800 Nicollet Mall                     Account Number: 1602-3010-8500
Minneapolis, MN 55480-1680         Minneapolis, MN  55402                Swift Code: USBKUS44IMT

**Please make reference to the invoice number**

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available
upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**

03515



MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

## STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

GMAC ResCap
Attn: Tammy Hamzehpour
General Counsel, Mortgage Operations
1100 Virginia Drive
Fort Washington, PA  19034

August 9, 2012
Invoice No. 1815822

**Client-Matter No: 479140-00004**

**Broker-Dealer Regulatory Advice**

---

**For Legal Services Rendered Through June 30, 2012**

| 06/14/12 | B. MacKenzie | 287.50 | 0.50 | 3 | Telephone conference with J. Ruchsdaschel and M. Wulf with C. Sawyer regarding resale of deficiency accounts for third parties and broker-dealer registration and licensing issues |
| 06/18/12 | M. Collins Zhao | 122.50 | 0.50 | 3 | Review case law for background on definition of "security" under federal law |
| 06/18/12 | C. Sawyer | 402.50 | 0.70 | 3 | Telephone conference with B. MacKenzie, J. Ruckdaschel, M. Woehr and personnel of ETS regarding brokerage agreement with holder of charged off notes and nature of potential purchasers |
| 06/18/12 | C. Sawyer | 57.50 | 0.10 | 3 | Research regarding brokerage of charge offed notes |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



GMAC ResCap                                                                August 9, 2012
Client-Matter No.: 479140-00004                                                    Page 2
Invoice No.: 1815822

| 06/18/12 | B. MacKenzie | 575.00 | 1.00 | 3 | Telephone conference with C. Sawyer, J. Ruckdaschel, M. Woehr and personnel of ETS regarding brokerage agreement with holder of charged off notes and nature of potential purchasers |
| 06/19/12 | M. Collins Zhao | 759.50 | 3.10 | 3 | Research whether proposed sale of distressed notes on behalf of E*trade is likely to be considered a sale of securities under federal law |
| 06/19/12 | C. Sawyer | 862.50 | 1.50 | 3 | Revise brokerage agreement for charge-offs |
| 06/19/12 | B. MacKenzie | 57.50 | 0.10 | 3 | Review email from M. Woehr regarding state law issues |
| 06/19/12 | B. MacKenzie | 230.00 | 0.40 | 3 | Review template agreement with C. Sawyer mark-ups |
| 06/20/12 | M. Collins Zhao | 980.00 | 4.00 | 3 | Draft memorandum requesting distressed notes as securities sales |
| 06/20/12 | M. Collins Zhao | 98.00 | 0.40 | 3 | Conference with B. MacKenzie regarding memorandum |
| 06/20/12 | M. Collins Zhao | 1,004.50 | 4.10 | 3 | Research whether proposed sale of distressed notes on behalf of E*trade is sale of securities under federal law |
| 06/20/12 | B. MacKenzie | 230.00 | 0.40 | 3 | Conference with M. Collins Zhao regarding results of initial research and draft memorandum on securities issues relating to deficiency balance note sales |
| 06/21/12 | M. Collins Zhao | 73.50 | 0.30 | 3 | Review and analyze proposed contract template for arrangement to sell distressed notes on behalf of E*trade |

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available
upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



| 06/21/12 | M. Collins Zhao | 147.00 | 0.60 | 3 | Finalize draft of advice memorandum |
| 06/21/12 | M. Collins Zhao | 49.00 | 0.20 | 3 | Conference with B. MacKenzie regarding draft of advice memorandum |
| 06/21/12 | C. Sawyer | 172.50 | 0.30 | 3 | Review memorandum regarding broker-dealer issues |
| 06/21/12 | C. Sawyer | 115.00 | 0.20 | 3 | Conference with B. MacKenzie regarding memorandum regarding broker-dealer issues |
| 06/21/12 | B. MacKenzie | 287.50 | 0.50 | 3 | Review draft memorandum and supporting research materials from M. Collins Zhao regarding distressed notes sale as a securities transaction and application of broker-dealer regulations |
| 06/21/12 | B. MacKenzie | 287.50 | 0.50 | 3 | Conferences with M. Collins Zhao and C. Sawyer regarding memorandum |
| 06/21/12 | S. Jarzyna | 90.00 | 0.40 | 3 | Retrieve cases and conduct citation checks to those cases for B. MacKenzie |
| 06/22/12 | M. Collins Zhao | 122.50 | 0.50 | 3 | Conference with B. MacKenzie regarding draft advice memorandum and template agreement |
| 06/22/12 | M. Collins Zhao | 980.00 | 4.00 | 3 | Revise memorandum in response to B. MacKenzie's comments |
| 06/22/12 | B. MacKenzie | 575.00 | 1.00 | 3 | Research regarding distressed debt and broker-dealer issues |
| 06/22/12 | B. MacKenzie | 287.50 | 0.50 | 3 | Conference with M. Collins Zhao regarding recommended revisions to client memorandum regarding |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



GMAC ResCap                                                August 9, 2012
Client-Matter No.: 479140-00004                                  Page 4
Invoice No.: 1815822

|          |              |          |       |   | distressed note brokerage arrangements and template agreement |
|----------|--------------|----------|-------|---|---|
| 06/24/12 | M. Collins Zhao | 1,225.00 | 5.00 | 3 | Draft revised memorandum on proposed sale of distressed notes in response to B. MacKenzie's comments and suggested revisions to proposed contract template for E*trade arrangement |
| 06/25/12 | M. Collins Zhao | 73.50 | 0.30 | 3 | Review B. MacKenzie's and C. Sawyer's revisions to draft memorandum and contract template |
| 06/25/12 | C. Sawyer | 287.50 | 0.50 | 3 | Review template brokerage agreement |
| 06/25/12 | C. Sawyer | 115.00 | 0.20 | 3 | Review memorandum related to brokerage agreement |
| 06/25/12 | C. Sawyer | 172.50 | 0.30 | 3 | Comment on template brokerage agreement |
| 06/25/12 | B. MacKenzie | 1,322.50 | 2.30 | 3 | Draft revisions to draft memorandum and template contract |
| 06/25/12 | B. MacKenzie | 115.00 | 0.20 | 3 | Circulate revised memorandum and template contract to M. Collins Zhao and C. Sawyer |

**Total Hours**                        **34.60**

**Subtotal for Legal Fees**    **$12,165.00**

**Less 10% Discount**            **-$1,216.50**

**Total for Legal Fees**      **$10,948.50**

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**



GMAC ResCap
Client-Matter No.: 479140-00004
Invoice No.: 1815822

August 9, 2012
Page 5

**Total This Invoice**      **$10,948.50**

**Timekeeper Summary**

| Timekeeper | Class | Hours | Billed Rate | Amount |
|---|---|---|---|---|
| M. Collins Zhao | Associate | 23.00 | 245.00 | 5,635.00 |
| C. Sawyer | Partner | 3.80 | 575.00 | 2,185.00 |
| B. MacKenzie | Partner | 7.40 | 575.00 | 4,255.00 |
| S. Jarzyna | Paralegal | 0.40 | 225.00 | 90.00 |
| **Total all Timekeepers** | | **34.60** | | **12,165.00** |

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available
upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



**MINNEAPOLIS OFFICE**
612-340-2600

(Tax Identification No. 41-0223337)

## STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

GMAC ResCap
Attn: Tammy Hamzehpour
1100 Virginia Drive
Fort Washington, PA  19034

August 9, 2012
Invoice No. 1816008

Client-Matter No.: 479140-00005
Business Lending Workout Matters

**For Legal Services Rendered Through July 31, 2012**

# INVOICE TOTAL

| | |
|---|---:|
| Subtotal for Current Legal Fees | $14,558.50 |
| Less 10% Discount | -$1,455.85 |
| Total For Current Legal Fees | $13,102.65 |
| Total For Current Disbursements and Service Charges | $223.50 |
| **Total For Current Invoice** | **$13,326.15** |

For your convenience, please remit payment to the address below or we offer the option of remitting payment electronically by wire transfer. If you have any questions regarding this information, please contact the lawyer you are working with on this project or Dorsey's Accounts Receivable Department at 1-800-861-0760. Thank you.

Mailing Instructions:
Dorsey & Whitney LLP
P.O. Box 1680
Minneapolis, MN 55480-1680

Wire Instructions:
U.S. Bank National Association
800 Nicollet Mall
Minneapolis, MN  55402

ABA Routing Number: 091000022
Account Number: 1602-3010-8500
Swift Code: USBKUS44IMT

**Please make reference to the invoice number**

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY

03515



**MINNEAPOLIS OFFICE**
612-340-2600

(Tax Identification No. 41-0223337)

## STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

GMAC ResCap
Attn: Tammy Hamzehpour
1100 Virginia Drive
Fort Washington, PA  19034

August 9, 2012
Invoice No. 1816008

**Client-Matter No: 479140-00005**

**Business Lending Workout Matters**

**For Legal Services Rendered Through July 31, 2012**

| | | | | | |
|---|---|---|---|---|---|
| 07/02/12 | J. Langdon | 61.00 | 0.10 | 17 | (Nationwide) Memoranda to C. MacElree regarding interview with AUSA Axelrod |
| 07/02/12 | J. Langdon | 122.00 | 0.20 | 17 | (Nationwide) Draft memoranda regarding status of California proceeding |
| 07/03/12 | J. Langdon | 183.00 | 0.30 | 17 | (Nationwide) Draft memoranda regarding status reports |
| 07/05/12 | J. Langdon | 305.00 | 0.50 | 17 | (Nationwide) Draft responses to Hanover document requests |
| 07/06/12 | J. Langdon | 183.00 | 0.30 | 17 | (Nationwide) Draft responses to Hanover interrogatories |
| 07/09/12 | J. Langdon | 183.00 | 0.30 | 17 | (Nationwide) Draft memoranda regarding Pennsylvania discovery requests, California schedule and meeting with AUSA regarding |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



GMAC ResCap
Client-Matter No.: 479140-00005
Invoice No.: 1816008

August 9, 2012
Page 2

Pitchersky investigation

| 07/10/12 | J. Langdon | 122.00 | 0.20 | 17 | (Nationwide) Memoranda to and from C. MacElree regarding presentation to AUSA regarding Pitchersky |
| 07/11/12 | H. McCann | 146.00 | 0.40 | 17 | (Nationwide) Email correspondence with M. Ellis regarding request for extension to respond to discovery |
| 07/11/12 | J. Langdon | 122.00 | 0.20 | 17 | (Nationwide) Telephone conferences with C. MacElree regarding status of cases and strategy |
| 07/11/12 | J. Langdon | 122.00 | 0.20 | 17 | (Nationwide) Draft memoranda regarding Hanover discovery |
| 07/11/12 | J. Langdon | 61.00 | 0.10 | 17 | (Nationwide) Draft memoranda regarding California action |
| 07/12/12 | J. Langdon | 183.00 | 0.30 | 17 | (Nationwide) Draft memoranda regarding Hanover schedule and case analysis |
| 07/16/12 | J. Langdon | 610.00 | 1.00 | 17 | (Nationwide) Telephone conferences with C. MacElree in preparation for upcoming meeting with AUSA regarding Pitchersky |
| 07/16/12 | J. Langdon | 183.00 | 0.30 | 17 | (Nationwide) Telephone conference with D. Horst regarding Nationwide and Alliance matters |
| 07/17/12 | J. Langdon | 183.00 | 0.30 | 17 | (Nationwide) Memoranda to and from and telephone conference with C. MacElree regarding upcoming conference with AUSA regarding Pitchersky |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



GMAC ResCap                                                    August 9, 2012
Client-Matter No.: 479140-00005                                       Page 3
Invoice No.: 1816008

| Date | Name | Amount | Hours | | Description |
|------|------|--------|-------|---|-------------|
| 07/18/12 | J. Langdon | 305.00 | 0.50 | 17 | (Nationwide) Memoranda to and from C. MacElree regarding status and strategy |
| 07/18/12 | J. Langdon | 305.00 | 0.50 | 17 | (Nationwide) Memoranda to D. Horst regarding various details and documents |
| 07/18/12 | J. Langdon | 1,525.00 | 2.50 | 17 | (Nationwide) Conference with D. Horst regarding status and strategy as to Alliance and Nationwide matters |
| 07/19/12 | E. Hulsebos | 53.00 | 0.20 | 17 | (MILA) Conference with S. Heim regarding project |
| 07/19/12 | E. Hulsebos | 106.00 | 0.40 | 17 | (MILA) Review motions and court orders |
| 07/19/12 | E. Hulsebos | 53.00 | 0.20 | 17 | (MILA) Telephone conference with court |
| 07/19/12 | E. Hulsebos | 53.00 | 0.20 | 17 | (MILA) Review petition for payment of unclaimed funds |
| 07/19/12 | J. Langdon | 3,660.00 | 6.00 | 17 | (Nationwide) Accompany C. MacElree to conference with AUSA regarding Pitchersky |
| 07/19/12 | J. Langdon | 2,440.00 | 4.00 | 17 | (Nationwide) Prepare notes regarding follow-up tasks and litigation strategy |
| 07/20/12 | E. Hulsebos | 132.50 | 0.50 | 17 | (MILA) Review application for disbursement |
| 07/20/12 | E. Hulsebos | 53.00 | 0.20 | 17 | (MILA) Draft email to client regarding application for disbursement |
| 07/20/12 | J. Langdon | 244.00 | 0.40 | 17 | (Nationwide) Draft memoranda regarding discovery issues |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



GMAC ResCap                                                      August 9, 2012
Client-Matter No.: 479140-00005                                       Page 4
Invoice No.: 1816008

| 07/23/12 | E. Hulsebos | 53.00 | 0.20 | 17 | (MILA) Review email and application for disbursement |
| 07/23/12 | J. Langdon | 61.00 | 0.10 | 17 | (Nationwide) Draft memorandum regarding discovery issues |
| 07/23/12 | J. Langdon | 305.00 | 0.50 | 17 | (Nationwide) Telephone conference with D. Horst and L. Delehey regarding status and strategy |
| 07/23/12 | V. Perisho | 240.00 | 1.00 | 17 | (Nationwide) Prepare memorandum with new trial and related deadlines for L. McGlinn |
| 07/24/12 | E. Hulsebos | 26.50 | 0.10 | 17 | (MILA) Telephone conference with court |
| 07/24/12 | E. Hulsebos | 212.00 | 0.80 | 17 | (MILA) Prepare certificate in connection with petition for payment |
| 07/25/12 | E. Hulsebos | 106.00 | 0.40 | 17 | (MILA) Finalize petition for payment and email J. Larson regarding same |
| 07/25/12 | J. Langdon | 61.00 | 0.10 | 17 | (Nationwide) Draft memorandum regarding case analysis |
| 07/26/12 | J. Langdon | 183.00 | 0.30 | 17 | (Nationwide) Draft memoranda regarding status and analysis |
| 07/27/12 | E. Hulsebos | 26.50 | 0.10 | 17 | (MILA) Review petition for payment |
| 07/27/12 | J. Langdon | 305.00 | 0.50 | 17 | (Nationwide) Draft summary judgment memorandum for D. Horst and L. Delehey |
| 07/30/12 | J. Langdon | 1,281.00 | 2.10 | 17 | (Nationwide) Draft summary memorandum to D. Horst and L. Delehey |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



GMAC ResCap                                                          August 9, 2012
Client-Matter No.: 479140-00005                                              Page 5
Invoice No.: 1816008

| Total Hours | 26.50 |
|---|---|

| | |
|---|---|
| **Subtotal for Legal Fees** | **$14,558.50** |
| **Less 10% Discount** | **-$1,455.85** |
| **Total for Legal Fees** | **$13,102.65** |

**Disbursements and Service Charges**

| | |
|---|---|
| Messenger Charges | 121.00 |
| Filing Fee - ASAP Legal, LLC  - Riverside/Indio Court 06/14/12 | 20.00 |
| Professional Service - Riley, Riper, Hollin & Colagreco - Services rendered for receiving and reviewing discovery requests from M. Ellis; email to J. Langdon with regard to same on 05/22/12 | 82.50 |
| **Total for Disbursements and Service Charges** | **$223.50** |
| **Total This Invoice** | **$13,326.15** |

**Timekeeper Summary**

| Timekeeper | Class | Hours | Billed Rate | Amount |
|---|---|---|---|---|
| E. Hulsebos | Associate | 3.30 | 265.00 | 874.50 |
| H. McCann | Associate | 0.40 | 365.00 | 146.00 |
| J. Langdon | Partner | 21.80 | 610.00 | 13,298.00 |
| V. Perisho | Paralegal | 1.00 | 240.00 | 240.00 |
| **Total all Timekeepers** | | **26.50** | | **14,558.50** |

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



**10C** A NEW CENTURY OF SERVICE 1912 | 2012

◯ ⟫ **DORSEY**
DORSEY & WHITNEY LLP

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

## STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

GMAC ResCap
Attn: Tammy Hamzehpour
1100 Virginia Drive
Fort Washington, PA 19034

August 9, 2012
Invoice No. 1816007

Client-Matter No.: 479140-00005
Business Lending Workout Matters

---

**For Legal Services Rendered Through June 30, 2012**

# INVOICE TOTAL

| | |
|---|---|
| Subtotal for Current Legal Fees | $17,822.50 |
| Less 10% Discount | -$1,782.25 |
| Total For Current Legal Fees | $16,040.25 |
| Total For Current Disbursements and Service Charges | $1,503.02 |
| **Total For Current Invoice** | **$17,543.27** |

For your convenience, please remit payment to the address below or we offer the option of remitting payment electronically by wire transfer. If you have any questions regarding this information, please contact the lawyer you are working with on this project or Dorsey's Accounts Receivable Department at 1-800-861-0760. Thank you.

Mailing Instructions:
Dorsey & Whitney LLP
P.O. Box 1680
Minneapolis, MN 55480-1680

Wire Instructions:
U.S. Bank National Association
800 Nicollet Mall
Minneapolis, MN 55402

ABA Routing Number: 091000022
Account Number: 1602-3010-8500
Swift Code: USBKUS44IMT

**Please make reference to the invoice number**

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY

03515



**DORSEY**
DORSEY & WHITNEY LLP

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

GMAC ResCap                                    August 9, 2012
Attn: Tammy Hamzehpour                    Invoice No. 1816007
1100 Virginia Drive
Fort Washington, PA  19034

**Client-Matter No: 479140-00005**

**Business Lending Workout Matters**

**For Legal Services Rendered Through June 30, 2012**

| | | | | | |
|---|---|---|---|---|---|
| 06/01/12 | B. McGarry | 1,534.00 | 5.20 | 17 | (Nationwide) Draft responses to plaintiff's discovery requests |
| 06/01/12 | J. Langdon | 122.00 | 0.20 | 17 | (Nationwide) Draft memoranda regarding MacElree declaration |
| 06/04/12 | L. McGlinn | 1,027.00 | 2.60 | 17 | (Nationwide) Revise motion for summary adjudication |
| 06/04/12 | L. McGlinn | 592.50 | 1.50 | 17 | (Nationwide) Revise discovery requests to Nationwide and Pitchersky |
| 06/04/12 | H. McCann | 1,569.50 | 4.30 | 17 | (Nationwide) Revise responses to Hanover discovery |
| 06/05/12 | L. McGlinn | 1,501.00 | 3.80 | 17 | (Nationwide) Prepare exhibits and related documents in support of motion for summary adjudication for filing |
| 06/05/12 | L. McGlinn | 395.00 | 1.00 | 17 | (Nationwide) Revise discovery |

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available
upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



GMAC ResCap
Client-Matter No.: 479140-00005
Invoice No.: 1816007

August 9, 2012
Page 2

| | | | | | |
|---|---|---|---|---|---|
| | | | | | requests to Alternative Energy and Mortgage Management Associates, Pitchersky and Nationwide |
| 06/05/12 | S. Marsden | 225.00 | 0.50 | 17 | (Spectrum) Arrange G. Vetek interview |
| 06/05/12 | J. Langdon | 61.00 | 0.10 | 17 | (Nationwide) Review and execute declaration in support of motion for summary judgment |
| 06/05/12 | J. Langdon | 122.00 | 0.20 | 17 | (Nationwide) Review Hanover discovery requests |
| 06/06/12 | S. Marsden | 360.00 | 0.80 | 17 | (Spectrum) Arrange G. Vetek interview |
| 06/06/12 | J. Langdon | 427.00 | 0.70 | 17 | (Nationwide) Review and analyze Hanover discovery requests and responses |
| 06/07/12 | L. McGlinn | 158.00 | 0.40 | 17 | (Nationwide) Communications with J. Langdon and opposing counsel regarding matter |
| 06/07/12 | L. McGlinn | 790.00 | 2.00 | 17 | (Nationwide) Revise motion for summary judgment |
| 06/07/12 | S. Marsden | 225.00 | 0.50 | 17 | (Spectrum) Conference with G. Vetek regarding interview scheduling |
| 06/07/12 | T. Kelly | 54.50 | 0.10 | 17 | (Nationwide) Review email exchange regarding status of case |
| 06/07/12 | J. Langdon | 1,220.00 | 2.00 | 17 | (Nationwide) Analyze California and Pennsylvania litigation issues |
| 06/07/12 | J. Langdon | 61.00 | 0.10 | 17 | (Nationwide) Telephone conference with S. Schaefer regarding California and Pennsylvania litigation issues |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



GMAC ResCap                                                    August 9, 2012
Client-Matter No.: 479140-00005                                      Page 3
Invoice No.: 1816007

| 06/07/12 | J. Langdon | 61.00 | 0.10 | 17 | (Nationwide) Telephone conferences with L. McGlinn regarding California and Pennsylvania litigation issues |
| 06/07/12 | J. Langdon | 183.00 | 0.30 | 17 | (Nationwide) Memoranda to and from opposing counsel regarding California and Pennsylvania litigation issues |
| 06/08/12 | T. Kelly | 54.50 | 0.10 | 17 | (Nationwide) Conference with K. Constantine regarding bankruptcy retention |
| 06/08/12 | T. Kelly | 54.50 | 0.10 | 17 | (Nationwide) Conference with J. Langdon regarding bankruptcy retention |
| 06/08/12 | J. Langdon | 183.00 | 0.30 | 17 | (Nationwide) Draft memoranda regarding California proceedings |
| 06/11/12 | L. McGlinn | 711.00 | 1.80 | 17 | (Nationwide) Revise discovery responses and motion for summary judgment |
| 06/11/12 | L. McGlinn | 79.00 | 0.20 | 17 | (Nationwide) Communications with A. Cooper regarding matter |
| 06/11/12 | L. McGlinn | 39.50 | 0.10 | 17 | (Nationwide) Review mediation notes |
| 06/11/12 | L. McGlinn | 79.00 | 0.20 | 17 | (Nationwide) Prepare summary of Pitchersky's settlement position for J. Langdon |
| 06/11/12 | H. McCann | 73.00 | 0.20 | 17 | (Nationwide) Email correspondence with J. Langdon and M. Ellis regarding extension of deadline for response to Hanover's discovery requests |
| 06/11/12 | J. Langdon | 61.00 | 0.10 | 17 | (Nationwide) Draft memorandum regarding extension of discovery |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available
upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



GMAC ResCap                                                      August 9, 2012
Client-Matter No.: 479140-00005                                      Page 4
Invoice No.: 1816007

|  |  |  |  |  | requests in Hanover |
|---|---|---|---|---|---|
| 06/11/12 | K. Langlais | 250.00 | 2.50 | 17 | (Nationwide) Prepare hard copies of documents produced in native format for witness and subject kits |
| 06/12/12 | L. McGlinn | 118.50 | 0.30 | 17 | (Nationwide) Telephone court regarding continuance |
| 06/12/12 | L. McGlinn | 118.50 | 0.30 | 17 | (Nationwide) Communication with counsel regarding continuance |
| 06/12/12 | L. McGlinn | 395.00 | 1.00 | 17 | (Nationwide) Prepare stipulation |
| 06/12/12 | S. Marsden | 225.00 | 0.50 | 17 | (Spectrum) Emails regarding scheduling interview with G. Vetek |
| 06/12/12 | J. Langdon | 122.00 | 0.20 | 17 | (Nationwide) Draft memoranda regarding Hanover discovery and California schedule |
| 06/13/12 | S. Marsden | 225.00 | 0.50 | 17 | (Spectrum) Prepare for G. Vetek interview |
| 06/13/12 | S. Marsden | 450.00 | 1.00 | 17 | (Spectrum) Conference with G. Vetek |
| 06/13/12 | S. Marsden | 450.00 | 1.00 | 17 | (Spectrum) Attend FBI interview of G. Vetek |
| 06/14/12 | S. Marsden | 450.00 | 1.00 | 17 | (Spectrum) Review materials for G. Vetek |
| 06/15/12 | J. Langdon | 244.00 | 0.40 | 17 | (Nationwide) Prepare for and telephone conference with T. Hamzehpour regarding status and strategy |
| 06/18/12 | J. Langdon | 61.00 | 0.10 | 17 | (Nationwide) Draft memoranda regarding discovery requests |
| 06/22/12 | J. Langdon | 61.00 | 0.10 | 17 | (Nationwide) Memoranda from and to C. MacElree regarding |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



GMAC ResCap
Client-Matter No.: 479140-00005
Invoice No.: 1816007

August 9, 2012
Page 5

| | | | | |
|---|---|---|---|---|
| | | | | status |
| 06/25/12 | J. Langdon | 549.00 | 0.90 | 17 | (Nationwide) Draft status update for C. MacElree |
| 06/26/12 | J. Langdon | 1,464.00 | 2.40 | 17 | (Nationwide) Telephone conference with C. MacElree and FBI regarding status of investigation |
| 06/26/12 | M. Stark | 67.50 | 0.30 | 17 | (Nationwide) Review database and locate documents for J. Langdon |
| 06/27/12 | J. Langdon | 61.00 | 0.10 | 17 | (Nationwide) Memoranda to and from C. MacElree regarding conference with AUSA regarding investigation of Pitchersky |
| 06/27/12 | J. Langdon | 61.00 | 0.10 | 17 | (Nationwide) Telephone conference with AUSA D. Axelrod regarding investigation of Pitchersky |
| 06/28/12 | J. Langdon | 183.00 | 0.30 | 17 | (Nationwide) Telephone conferences with S. Schaefer and D. Horst regarding FBI subpoena and other matters |
| 06/28/12 | J. Langdon | 61.00 | 0.10 | 17 | (Nationwide) Review subpoena |
| 06/28/12 | J. Langdon | 183.00 | 0.30 | 17 | (Nationwide) Draft memoranda regarding litigation status |

**Total Hours**                          **42.90**

**Subtotal for Legal Fees**         **$17,822.50**

**Less 10% Discount**            **-$1,782.25**

**Total for Legal Fees**         **$16,040.25**

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



GMAC ResCap
Client-Matter No.: 479140-00005
Invoice No.: 1816007

August 9, 2012
Page 6

## Disbursements and Service Charges

| | |
|---|---:|
| Court Reporter - Veritext - Deposition transcript of S. Pitchersky taken on 05/09/12 | 1,003.02 |
| Filing Fee - Clerk of the Superior Court - Ally Bank's Motion for Summary Judgment 05/29/12 | 500.00 |
| **Total for Disbursements and Service Charges** | **$1,503.02** |
| **Total This Invoice** | **$17,543.27** |

## Timekeeper Summary

| Timekeeper | Class | Hours | Billed Rate | Amount |
|---|---|---:|---:|---:|
| L. McGlinn | Other Attorney | 15.20 | 395.00 | 6,004.00 |
| B. McGarry | Associate | 5.20 | 295.00 | 1,534.00 |
| H. McCann | Associate | 4.50 | 365.00 | 1,642.50 |
| S. Marsden | Partner | 5.80 | 450.00 | 2,610.00 |
| T. Kelly | Partner | 0.30 | 545.00 | 163.50 |
| J. Langdon | Partner | 9.10 | 610.00 | 5,551.00 |
| K. Langlais | Case Assistant | 2.50 | 100.00 | 250.00 |
| M. Stark | Paralegal | 0.30 | 225.00 | 67.50 |
| **Total all Timekeepers** | | **42.90** | | **17,822.50** |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available
upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



**MINNEAPOLIS OFFICE**
612-340-2600

(Tax Identification No. 41-0223337)

## STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

GMAC ResCap
Attn: Tammy Hamzehpour
1100 Virginia Drive
Fort Washington, PA  19034

August 9, 2012
Invoice No. 1816006

Client-Matter No.: 479140-00005
Business Lending Workout Matters

---

## For Legal Services Rendered Through May 31, 2012

# INVOICE TOTAL

| | |
|---|---|
| Subtotal for Current Legal Fees | $820.00 |
| Less 10% Discount | -$82.00 |
| Total For Current Legal Fees | $738.00 |
| **Total For Current Invoice** | **$738.00** |

For your convenience, please remit payment to the address below or we offer the option of remitting payment electronically by wire transfer. If you have any questions regarding this information, please contact the lawyer you are working with on this project or Dorsey's Accounts Receivable Department at 1-800-861-0760. Thank you.

Mailing Instructions:
Dorsey & Whitney LLP
P.O. Box 1680
Minneapolis, MN 55480-1680

Wire Instructions:
U.S. Bank National Association
800 Nicollet Mall
Minneapolis, MN  55402

ABA Routing Number: 091000022
Account Number: 1602-3010-8500
Swift Code: USBKUS44IMT

**Please make reference to the invoice number**

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**

03515



**MINNEAPOLIS OFFICE**
612-340-2600

(Tax Identification No. 41-0223337)

### STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

GMAC ResCap
Attn: Tammy Hamzehpour
1100 Virginia Drive
Fort Washington, PA 19034

August 9, 2012
Invoice No. 1816006

**Client-Matter No: 479140-00005**

**Business Lending Workout Matters**

---

**For Legal Services Rendered Through May 31, 2012**

| | | | | | |
|---|---|---|---|---|---|
| 05/31/12 | S. Marsden | 225.00 | 0.50 | 17 | (Spectrum) Conference with S. Russell regarding Vetak interview |
| 05/31/12 | S. Russell | 350.00 | 2.00 | 17 | (Spectrum) Review documents |
| 05/31/12 | S. Russell | 245.00 | 1.40 | 17 | (Spectrum) Prepare binder for S. Marsden regarding upcoming FBI interview |

**Total Hours**      **3.90**

| | |
|---|---|
| **Subtotal for Legal Fees** | **$820.00** |
| **Less 10% Discount** | **-$82.00** |
| **Total for Legal Fees** | **$738.00** |
| **Total This Invoice** | **$738.00** |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



GMAC ResCap
Client-Matter No.: 479140-00005
Invoice No.: 1816006

August 9, 2012
Page 2

## Timekeeper Summary

| Timekeeper | Class | Hours | Billed Rate | Amount |
|---|---|---|---|---|
| S. Marsden | Partner | 0.50 | 450.00 | 225.00 |
| S. Russell | Paralegal | 3.40 | 175.00 | 595.00 |
| **Total all Timekeepers** | | **3.90** | | **820.00** |

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available
upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

## STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Funding Company, LLC
One Meridian Crossings
Minneapolis, MN 55423

August 7, 2012
Invoice No. 1814910

Client-Matter No.: 355050-00359
Allstate Insurance Company et al.

**For Legal Services Rendered Through July 31, 2012**

# INVOICE TOTAL

| | |
|---|---|
| Subtotal for Current Legal Fees | $2,865.50 |
| Less 10% Discount | -$286.55 |
| Total For Current Legal Fees | $2,578.95 |
| **Total For Current Invoice** | **$2,578.95** |

For your convenience, please remit payment to the address below or we offer the option of remitting payment electronically by wire transfer. If you have any questions regarding this information, please contact the lawyer you are working with on this project or Dorsey's Accounts Receivable Department at 1-800-861-0760. Thank you.

Mailing Instructions:
Dorsey & Whitney LLP
P.O. Box 1680
Minneapolis, MN 55480-1680

Wire Instructions:
U.S. Bank National Association
800 Nicollet Mall
Minneapolis, MN 55402

ABA Routing Number: 091000022
Account Number: 1602-3010-8500
Swift Code: USBKUS44IMT

**Please make reference to the invoice number**

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY

03756



**DORSEY**
DORSEY & WHITNEY LLP

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

## STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Funding Company, LLC
One Meridian Crossings
Minneapolis, MN 55423

August 7, 2012
Invoice No. 1814910

**Client-Matter No: 355050-00359**

**Allstate Insurance Company et al.**
**Client No.: 709980**

**For Legal Services Rendered Through July 31, 2012**

| | | | | | |
|---|---|---|---|---|---|
| 07/03/12 | R. Knudson | 220.00 | 1.00 | 17 | Telephone conference with K. Schubert, N. Bussiere and G. Marty regarding discovery projects |
| 07/10/12 | J. Langdon | 61.00 | 0.10 | 17 | Memoranda to and from M. Ware regarding transition |
| 07/10/12 | J. Langdon | 61.00 | 0.10 | 17 | Telephone conference with opposing counsel regarding status notice to court |
| 07/11/12 | J. Langdon | 122.00 | 0.20 | 17 | Memoranda to M. Ware and J. Anderson regarding representation of Ally Securities |
| 07/12/12 | J. Stilson | 189.00 | 0.60 | 17 | Coordinate filing of notice of substitution of counsel |
| 07/12/12 | J. Langdon | 61.00 | 0.10 | 17 | Memoranda from and to J. Stilson |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available
upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



Residential Funding Company, LLC
Client-Matter No.: 355050-00359
Invoice No.: 1814910

August 7, 2012
Page 2

|  |  |  |  |  | regarding substitution |
|---|---|---|---|---|---|
| 07/16/12 | J. Langdon | 61.00 | 0.10 | 17 | Conference with J. Stilson regarding transition to Mayer Brown |
| 07/20/12 | J. Stilson | 315.00 | 1.00 | 17 | Transition meeting with J. Langdon, Mayer Brown and Fredrikson & Byron lawyers regarding defendant ResCap Securities |
| 07/20/12 | J. Langdon | 610.00 | 1.00 | 17 | Conference with M. Ware and team regarding transition for Ally Securities |
| 07/27/12 | J. Stilson | 472.50 | 1.50 | 17 | Work on transition of files to Fredrikson & Byron and Mayer Brown for defendant Residential Funding Securities |
| 07/30/12 | J. Stilson | 598.50 | 1.90 | 17 | Work on transition of files to Fredrikson & Byron and Mayer Brown for defendant Residential Funding Securities |
| 07/31/12 | J. Stilson | 94.50 | 0.30 | 17 | Draft correspondence and send transition file to Fredrikson & Byron |

**Total Hours**                          **7.90**

| | |
|---|---|
| **Subtotal for Legal Fees** | **$2,865.50** |
| **Less 10% Discount** | **-$286.55** |
| **Total for Legal Fees** | **$2,578.95** |
| **Total This Invoice** | **$2,578.95** |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



Residential Funding Company, LLC                                      August 7, 2012
Client-Matter No.: 355050-00359                                          Page 3
Invoice No.: 1814910

## Timekeeper Summary

| Timekeeper | Class | Hours | Billed Rate | Amount |
|---|---|---|---|---|
| J. Stilson | Associate | 5.30 | 315.00 | 1,669.50 |
| J. Langdon | Partner | 1.60 | 610.00 | 976.00 |
| R. Knudson | Paralegal | 1.00 | 220.00 | 220.00 |
| **Total all Timekeepers** | | **7.90** | | **2,865.50** |

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available
upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



**MINNEAPOLIS OFFICE**
612-340-2600

(Tax Identification No. 41-0223337)

## STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Funding Company, LLC
One Meridian Crossings
Minneapolis, MN 55423

August 7, 2012
Invoice No. 1814834

Client-Matter No.: 355050-00359
Allstate Insurance Company et al.

**For Legal Services Rendered Through June 30, 2012**

# INVOICE TOTAL

| | |
|---|---:|
| Subtotal for Current Legal Fees | $2,663.50 |
| Less 10% Discount | -$266.35 |
| Total For Current Legal Fees | $2,397.15 |
| Total For Current Disbursements and Service Charges | $23.00 |
| **Total For Current Invoice** | **$2,420.15** |

For your convenience, please remit payment to the address below or we offer the option of remitting payment electronically by wire transfer. If you have any questions regarding this information, please contact the lawyer you are working with on this project or Dorsey's Accounts Receivable Department at 1-800-861-0760. Thank you.

Mailing Instructions:
Dorsey & Whitney LLP
P.O. Box 1680
Minneapolis, MN 55480-1680

Wire Instructions:
U.S. Bank National Association
800 Nicollet Mall
Minneapolis, MN 55402

ABA Routing Number: 091000022
Account Number: 1602-3010-8500
Swift Code: USBKUS44IMT

**Please make reference to the invoice number**

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**

03756



MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Funding Company, LLC                          August 7, 2012
One Meridian Crossings                                 Invoice No. 1814834
Minneapolis, MN 55423

**Client-Matter No: 355050-00359**

**Allstate Insurance Company et al.**
**Client No.: 709980**

---

**For Legal Services Rendered Through June 30, 2012**

| | | | | | |
|---|---|---|---|---|---|
| 06/01/12 | J. Langdon | 244.00 | 0.40 | 17 | Draft memoranda regarding representation, stay and discovery matters |
| 06/04/12 | J. Langdon | 122.00 | 0.20 | 17 | Memoranda and telephone conferences regarding representation of Ally Securities |
| 06/05/12 | J. Langdon | 244.00 | 0.40 | 17 | Telephone conferences with T. Devine, M. Ware and J. Stilson regarding substitution for Ally Securities |
| 06/05/12 | J. Langdon | 122.00 | 0.20 | 17 | Telephone conferences with M. Ware regarding judge assignment |
| 06/05/12 | J. Langdon | 61.00 | 0.10 | 17 | Telephone conferences with J. Stilson regarding substitution of counsel and transfer of file to Mayer Brown firm |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



| 06/06/12 | J. Langdon | 61.00 | 0.10 | 17 | Draft memorandum regarding withdrawal from representation of Ally Securities |
| 06/06/12 | J. Langdon | 61.00 | 0.10 | 17 | Telephone conference with R. Kopecky regarding withdrawal from representation of Ally Securities |
| 06/07/12 | J. Stilson | 157.50 | 0.50 | 17 | Telephone conference with T. Wind regarding substitution of counsel for Defendant Residential Funding Securities |
| 06/07/12 | J. Langdon | 61.00 | 0.10 | 17 | Telephone conference with J. Stilson regarding substitution of counsel and transfer of files |
| 06/08/12 | J. Stilson | 63.00 | 0.20 | 17 | Prepare and send notice of substitution to T. Wind |
| 06/08/12 | J. Langdon | 122.00 | 0.20 | 17 | Draft memoranda regarding substitution of counsel |
| 06/08/12 | J. Langdon | 61.00 | 0.10 | 17 | Memoranda and telephone conferences with T. Devine regarding withdrawal regarding Ally Securities |
| 06/11/12 | A. Brantingham | 47.00 | 0.20 | 17 | Gather documents for bankruptcy discovery in response to request from P. Zellmann |
| 06/11/12 | N. Bussiere | 132.00 | 0.60 | 17 | Work with A. Brantingham to prepare collection of materials and FTP to P. Zellmann |
| 06/13/12 | J. Dahl | 120.00 | 1.20 | 17 | Prepare electronically stored information for attorney review in document management system |
| 06/19/12 | J. Kragness | 50.00 | 0.50 | 17 | Prepare electronically stored information of multiple custodians |

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available
upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



Residential Funding Company, LLC                                        August 7, 2012
Client-Matter No.: 355050-00359                                                 Page 3
Invoice No.: 1814834

|  |  |  |  |  | for attorney review in document management system |
|---|---|---|---|---|---|
| 06/19/12 | J. Kragness | 80.00 | 0.80 | 17 | Process document data of multiple custodians to document management system to allow for database searches |
| 06/21/12 | J. Langdon | 61.00 | 0.10 | 17 | Telephone conference with M. Ware regarding transition |
| 06/22/12 | J. Langdon | 61.00 | 0.10 | 17 | Memoranda from and to M. Ware regarding transition |
| 06/22/12 | J. Langdon | 61.00 | 0.10 | 17 | Memoranda from and to J. Stilson regarding witness interviews |
| 06/25/12 | J. Stilson | 126.00 | 0.40 | 17 | Communication with C. Lipps regarding Allstate discovery |
| 06/25/12 | J. Langdon | 122.00 | 0.20 | 17 | Draft memoranda regarding documents produced |
| 06/27/12 | J. Kragness | 130.00 | 1.30 | 17 | Prepare electronically stored information for attorney review in document management system |
| 06/27/12 | J. Kragness | 140.00 | 1.40 | 17 | Process document data to document management system to allow for database searches |
| 06/29/12 | R. Knudson | 154.00 | 0.70 | 17 | Submit request to DTI to begin production preparations for Seller Files data |

**Total Hours**                              **10.20**

**Subtotal for Legal Fees**              **$2,663.50**

**Less 10% Discount**              **-$266.35**

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



Residential Funding Company, LLC                                    August 7, 2012
Client-Matter No.: 355050-00359                                          Page 4
Invoice No.: 1814834

| | |
|---|---|
| **Total for Legal Fees** | **$2,397.15** |

## Disbursements and Service Charges

| | |
|---|---|
| Metro Legal Services, Inc. - Hennepin County District Court filing 05/14/12 | 23.00 |
| **Total for Disbursements and Service Charges** | **$23.00** |
| **Total This Invoice** | **$2,420.15** |

## Timekeeper Summary

| Timekeeper | Class | Hours | Billed Rate | Amount |
|---|---|---|---|---|
| J. Stilson | Associate | 1.10 | 315.00 | 346.50 |
| A. Brantingham | Associate | 0.20 | 235.00 | 47.00 |
| J. Langdon | Partner | 2.40 | 610.00 | 1,464.00 |
| J. Dahl | Paralegal | 1.20 | 100.00 | 120.00 |
| R. Knudson | Paralegal | 0.70 | 220.00 | 154.00 |
| J. Kragness | Case Assistant | 4.00 | 100.00 | 400.00 |
| N. Bussiere | Paralegal | 0.60 | 220.00 | 132.00 |
| **Total all Timekeepers** | | **10.20** | | **2,663.50** |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



**MINNEAPOLIS OFFICE**
612-340-2600

(Tax Identification No. 41-0223337)

### STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Funding Company, LLC
One Meridian Crossings
Minneapolis, MN 55423

August 7, 2012
Invoice No. 1814820

Client-Matter No.: 355050-00359
Allstate Insurance Company et al.

---

**For Legal Services Rendered Through May 31, 2012**

## INVOICE TOTAL

| | |
|---|---:|
| Subtotal for Current Legal Fees | $4,038.00 |
| Less 10% Discount | -$403.80 |
| Total For Current Legal Fees | $3,634.20 |
| **Total For Current Invoice** | **$3,634.20** |

For your convenience, please remit payment to the address below or we offer the option of remitting payment electronically by wire transfer. If you have any questions regarding this information, please contact the lawyer you are working with on this project or Dorsey's Accounts Receivable Department at 1-800-861-0760. Thank you.

Mailing Instructions:
Dorsey & Whitney LLP
P.O. Box 1680
Minneapolis, MN 55480-1680

Wire Instructions:
U.S. Bank National Association
800 Nicollet Mall
Minneapolis, MN 55402

ABA Routing Number: 091000022
Account Number: 1602-3010-8500
Swift Code: USBKUS44IMT

**Please make reference to the invoice number**

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available
upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**

03756



MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Funding Company, LLC
One Meridian Crossings
Minneapolis, MN 55423

August 7, 2012
Invoice No. 1814820

**Client-Matter No: 355050-00359**

**Allstate Insurance Company et al.**
**Client No.: 709980**

**For Legal Services Rendered Through May 31, 2012**

| | | | | | |
|---|---|---|---|---|---|
| 05/14/12 | J. Stilson | 157.50 | 0.50 | 17 | Finalize notice of bankruptcy |
| 05/14/12 | J. Stilson | 63.00 | 0.20 | 17 | Communication with J. Corcoran regarding bankruptcy notices |
| 05/14/12 | J. Stilson | 31.50 | 0.10 | 17 | Communication to service list with notice of bankruptcy |
| 05/14/12 | J. Stilson | 31.50 | 0.10 | 17 | File notice of bankruptcy with the Court |
| 05/14/12 | M. Weinbeck | 117.50 | 0.50 | 17 | Draft bankruptcy filing |
| 05/14/12 | M. Weinbeck | 23.50 | 0.10 | 17 | File bankruptcy filing in Minnesota state court |
| 05/14/12 | J. Langdon | 427.00 | 0.70 | 17 | Draft memoranda regarding ResCap filing and impact |
| 05/15/12 | N. Bussiere | 22.00 | 0.10 | 17 | Review updated spreadsheet analyzing 25 deals at issue |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



Residential Funding Company, LLC                                          August 7, 2012
Client-Matter No.: 355050-00359                                                  Page 2
Invoice No.: 1814820

| 05/16/12 | J. Langdon | 244.00 | 0.40 | 17 | Conference with counsel from Morrison & Foerster regarding extension of stay to non-debtor defendants |
|---|---|---|---|---|---|
| 05/18/12 | J. Stilson | 283.50 | 0.90 | 17 | Pull together CUSIP information regarding Allstate purchases |
| 05/18/12 | J. Langdon | 183.00 | 0.30 | 17 | Draft memoranda regarding details of securities hold |
| 05/21/12 | J. Langdon | 61.00 | 0.10 | 17 | Draft memoranda regarding representation of Ally Securities |
| 05/22/12 | J. Langdon | 610.00 | 1.00 | 17 | Review motion to extend stay |
| 05/22/12 | J. Langdon | 305.00 | 0.50 | 17 | Comment on motion to extend stay |
| 05/22/12 | R. Knudson | 286.00 | 1.30 | 17 | Conference with K. Schubert, N. Bussiere and G. Marty regarding status of documents collection and review |
| 05/23/12 | J. Langdon | 183.00 | 0.30 | 17 | Telephone conference with T. Devine regarding representation of Ally Securities |
| 05/23/12 | J. Langdon | 122.00 | 0.20 | 17 | Draft memoranda regarding representation of Ally Securities |
| 05/24/12 | J. Langdon | 305.00 | 0.50 | 17 | Analyze Ally Securities representation issues |
| 05/24/12 | J. Langdon | 122.00 | 0.20 | 17 | Telephone conference with W. Thompson regarding Ally Securities representation issues |
| 05/25/12 | J. Langdon | 61.00 | 0.10 | 17 | Draft memoranda regarding outstanding discovery issues |
| 05/29/12 | A. Brantingham | 94.00 | 0.40 | 17 | Review motion to extend automatic stay and draft notice of |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



Residential Funding Company, LLC                                    August 7, 2012
Client-Matter No.: 355050-00359                                            Page 3
Invoice No.: 1814820

|  |  |  |  |  | filing of motion |
|---|---|---|---|---|---|
| 05/29/12 | J. Langdon | 244.00 | 0.40 | 17 | Review motion to extend stay |
| 05/30/12 | J. Langdon | 61.00 | 0.10 | 17 | Telephone conference with W. Thompson regarding representation of Ally Securities |

**Total Hours**                           **9.00**

| | |
|---|---|
| **Subtotal for Legal Fees** | **$4,038.00** |
| **Less 10% Discount** | **-$403.80** |
| **Total for Legal Fees** | **$3,634.20** |
| **Total This Invoice** | **$3,634.20** |

**Timekeeper Summary**

| Timekeeper | Class | Hours | Billed Rate | Amount |
|---|---|---|---|---|
| J. Stilson | Associate | 1.80 | 315.00 | 567.00 |
| M. Weinbeck | Associate | 0.60 | 235.00 | 141.00 |
| A. Brantingham | Associate | 0.40 | 235.00 | 94.00 |
| J. Langdon | Partner | 4.80 | 610.00 | 2,928.00 |
| R. Knudson | Paralegal | 1.30 | 220.00 | 286.00 |
| N. Bussiere | Paralegal | 0.10 | 220.00 | 22.00 |
| **Total all Timekeepers** | | **9.00** | | **4,038.00** |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available
upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

## STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Funding Company, LLC
One Meridian Crossings
Minneapolis,  MN 55423

August 7, 2012
Invoice No. 1814957

Client-Matter No.: 355050-00360
Huntington Bancshares Inc.

---

## For Legal Services Rendered Through July 31, 2012

# INVOICE TOTAL

| | |
|---|---|
| Subtotal for Current Legal Fees | $610.00 |
| Less 10% Discount | -$61.00 |
| Total For Current Legal Fees | $549.00 |
| **Total For Current Invoice** | **$549.00** |

For your convenience, please remit payment to the address below or we offer the option of remitting payment electronically by wire transfer. If you have any questions regarding this information, please contact the lawyer you are working with on this project or Dorsey's Accounts Receivable Department at 1-800-861-0760. Thank you.

Mailing Instructions:
Dorsey & Whitney LLP
P.O. Box 1680
Minneapolis, MN 55480-1680

Wire Instructions:
U.S. Bank National Association
800 Nicollet Mall
Minneapolis, MN  55402

ABA Routing Number: 091000022
Account Number: 1602-3010-8500
Swift Code: USBKUS44IMT

**Please make reference to the invoice number**

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**

03756



MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Funding Company, LLC                      August 7, 2012
One Meridian Crossings                          Invoice No. 1814957
Minneapolis, MN 55423

**Client-Matter No: 355050-00360**

**Huntington Bancshares Inc.**
**Client No.: 719440**

**For Legal Services Rendered Through July 31, 2012**

| | | | | | |
|---|---|---|---|---|---|
| 07/05/12 | J. Langdon | 183.00 | 0.30 | 17 | Draft memoranda regarding stay and notification to court |
| 07/11/12 | J. Langdon | 61.00 | 0.10 | 17 | Draft memoranda regarding stipulation regarding stay |
| 07/11/12 | J. Langdon | 61.00 | 0.10 | 17 | Review stipulation |
| 07/19/12 | J. Langdon | 61.00 | 0.10 | 17 | Review memorandum from opposing counsel regarding scheduling of motion |
| 07/20/12 | J. Langdon | 122.00 | 0.20 | 17 | Memoranda from and to opposing counsel regarding hearing on motion to dismiss |
| 07/26/12 | J. Langdon | 122.00 | 0.20 | 17 | Draft memoranda regarding status |
| | **Total Hours** | | **1.00** | | |

**Subtotal for Legal Fees**          **$610.00**

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



Residential Funding Company, LLC                          August 7, 2012
Client-Matter No.: 355050-00360                                      Page 2
Invoice No.: 1814957

|  |  |
|---|---|
| **Less 10% Discount** | **-$61.00** |
| **Total for Legal Fees** | **$549.00** |
| **Total This Invoice** | **$549.00** |

## Timekeeper Summary

| Timekeeper | Class | Hours | Billed Rate | Amount |
|---|---|---|---|---|
| J. Langdon | Partner | 1.00 | 610.00 | 610.00 |
| **Total all Timekeepers** | | **1.00** | | **610.00** |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available
upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



### MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

## STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Funding Company, LLC
One Meridian Crossings
Minneapolis, MN 55423

August 7, 2012
Invoice No. 1814956

Client-Matter No.: 355050-00360
Huntington Bancshares Inc.

**For Legal Services Rendered Through June 30, 2012**

## INVOICE TOTAL

| | |
|---|---|
| Subtotal for Current Legal Fees | $4,690.50 |
| Less 10% Discount | -$469.05 |
| Total For Current Legal Fees | $4,221.45 |
| Total For Current Disbursements and Service Charges | $23.00 |
| **Total For Current Invoice** | **$4,244.45** |

For your convenience, please remit payment to the address below or we offer the option of remitting payment electronically by wire transfer. If you have any questions regarding this information, please contact the lawyer you are working with on this project or Dorsey's Accounts Receivable Department at 1-800-861-0760. Thank you.

Mailing Instructions:
Dorsey & Whitney LLP
P.O. Box 1680
Minneapolis, MN 55480-1680

Wire Instructions:
U.S. Bank National Association
800 Nicollet Mall
Minneapolis, MN 55402

ABA Routing Number: 091000022
Account Number: 1602-3010-8500
Swift Code: USBKUS44IMT

**Please make reference to the invoice number**

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY

03756



MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

## STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Funding Company, LLC                    August 7, 2012
One Meridian Crossings                          Invoice No. 1814956
Minneapolis, MN 55423

**Client-Matter No: 355050-00360**

**Huntington Bancshares Inc.**
**Client No.: 719440**

**For Legal Services Rendered Through June 30, 2012**

| | | | | | |
|---|---|---|---|---|---|
| 06/01/12 | J. Langdon | 427.00 | 0.70 | 17 | Telephone conference with individual defendants regarding status and indemnification issues |
| 06/04/12 | J. Langdon | 61.00 | 0.10 | 17 | Telephone conference with G. Jarvis regarding upcoming hearing |
| 06/05/12 | J. Langdon | 122.00 | 0.20 | 17 | Telephone conference with T. Devine regarding upcoming hearing |
| 06/06/12 | A. Brantingham | 23.50 | 0.10 | 17 | Review notice of substitution of counsel for Ally Securities and email J. Langdon regarding same |
| 06/06/12 | J. Langdon | 61.00 | 0.10 | 17 | Draft memoranda regarding substitution of counsel |
| 06/06/12 | J. Langdon | 122.00 | 0.20 | 17 | Telephone conference with opposing counsel regarding |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



Residential Funding Company, LLC                                    August 7, 2012
Client-Matter No.: 355050-00360                                              Page 2
Invoice No.: 1814956

|  |  |  |  |  | upcoming hearing |
|---|---|---|---|---|---|
| 06/07/12 | J. Langdon | 183.00 | 0.30 | 17 | Telephone conference with opposing counsel regarding scheduling of hearing |
| 06/07/12 | J. Langdon | 244.00 | 0.40 | 17 | Memoranda among counsel regarding scheduling of hearing |
| 06/07/12 | J. Langdon | 183.00 | 0.30 | 17 | Telephone conference with defense counsel regarding scheduling of hearing |
| 06/07/12 | J. Langdon | 61.00 | 0.10 | 17 | Telephone conference with court regarding scheduling of hearing |
| 06/08/12 | J. Langdon | 183.00 | 0.30 | 17 | Telephone conference with Judge DuFresne and other counsel regarding case status |
| 06/11/12 | A. Brantingham | 47.00 | 0.20 | 17 | Gather documents for bankruptcy discovery in response to request from P. Zellmann |
| 06/12/12 | J. Langdon | 244.00 | 0.40 | 17 | Update memorandum to individual defendants regarding status |
| 06/12/12 | J. Langdon | 61.00 | 0.10 | 17 | Telephone conference with D. Olsen regarding strategy |
| 06/14/12 | J. Langdon | 61.00 | 0.10 | 17 | Memoranda to and from individual defendants |
| 06/19/12 | J. Langdon | 183.00 | 0.30 | 17 | Review key bankruptcy filings for purposes of defending individual defendants |
| 06/21/12 | J. Langdon | 610.00 | 1.00 | 17 | Review key bankruptcy filings regarding 2004 examination, examiner and matters related to individual defendants |
| 06/25/12 | J. Langdon | 61.00 | 0.10 | 17 | Draft memoranda regarding representation of individual |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



Residential Funding Company, LLC                                    August 7, 2012
Client-Matter No.: 355050-00360                                           Page 3
Invoice No.: 1814956

|          |             |        |      |    |                                                                                |
|----------|-------------|--------|------|----|--------------------------------------------------------------------------------|
|          |             |        |      |    | defendants                                                                     |
| 06/26/12 | J. Langdon  | 305.00 | 0.50 | 17 | Review key bankruptcy filings                                                  |
| 06/26/12 | J. Langdon  | 366.00 | 0.60 | 17 | Legal research regarding indemnification issues                                |
| 06/26/12 | N. Bussiere | 352.00 | 1.60 | 17 | Review J. Langdon email for communications with individual defendants          |
| 06/27/12 | J. Langdon  | 122.00 | 0.20 | 17 | Draft memoranda regarding communications with individual defendants            |
| 06/27/12 | N. Bussiere | 22.00  | 0.10 | 17 | Receive and process insurance policies                                         |
| 06/27/12 | N. Bussiere | 110.00 | 0.50 | 17 | Review J. Langdon correspondence spindles for communications with individual defendants |
| 06/27/12 | N. Bussiere | 88.00  | 0.40 | 17 | Create non-duplicative, top-level email collection for privilege log           |
| 06/28/12 | J. Langdon  | 244.00 | 0.40 | 17 | Gather and produce to Morrison & Foerster copies of communications to individual defendants |
| 06/28/12 | N. Bussiere | 22.00  | 0.10 | 17 | Finalize email collection for privilege log                                    |
| 06/29/12 | J. Langdon  | 122.00 | 0.20 | 17 | Review indemnification issues                                                  |
|          | **Total Hours** |    | **9.60** |  |                                                                                |

**Subtotal for Legal Fees**          $4,690.50

**Less 10% Discount**                  -$469.05

**Total for Legal Fees**             $4,221.45

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



Residential Funding Company, LLC
Client-Matter No.: 355050-00360
Invoice No.: 1814956

August 7, 2012
Page 4

**Disbursements and Service Charges**

| | |
|---|---|
| Metro Legal Services, Inc. - Hennepin County District Court filing 05/22/12 | 23.00 |

**Total for Disbursements and Service Charges**    **$23.00**

**Total This Invoice**    **$4,244.45**

**Timekeeper Summary**

| Timekeeper | Class | Hours | Billed Rate | Amount |
|---|---|---|---|---|
| A. Brantingham | Associate | 0.30 | 235.00 | 70.50 |
| J. Langdon | Partner | 6.60 | 610.00 | 4,026.00 |
| N. Bussiere | Paralegal | 2.70 | 220.00 | 594.00 |
| **Total all Timekeepers** | | **9.60** | | **4,690.50** |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



CENTURY
OF SERVICE
1912 | 2012

DORSEY®
DORSEY & WHITNEY LLP

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Funding Company, LLC                                    August 7, 2012
One Meridian Crossings                                         Invoice No. 1814953
Minneapolis, MN 55423

Client-Matter No.: 355050-00360
Huntington Bancshares Inc.

**For Legal Services Rendered Through May 31, 2012**

# INVOICE TOTAL

| | |
|---|---|
| Subtotal for Current Legal Fees | $2,056.50 |
| Less 10% Discount | -$205.65 |
| Total For Current Legal Fees | $1,850.85 |
| Total For Current Disbursements and Service Charges | $54.50 |
| **Total For Current Invoice** | **$1,905.35** |

For your convenience, please remit payment to the address below or we offer the option of remitting payment electronically by wire transfer. If you have any questions regarding this information, please contact the lawyer you are working with on this project or Dorsey's Accounts Receivable Department at 1-800-861-0760. Thank you.

Mailing Instructions:                 Wire Instructions:
Dorsey & Whitney LLP                  U.S. Bank National Association        ABA Routing Number: 091000022
P.O. Box 1680                         800 Nicollet Mall                     Account Number: 1602-3010-8500
Minneapolis, MN 55480-1680            Minneapolis, MN  55402                Swift Code: USBKUS44IMT

**Please make reference to the invoice number**

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available
upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY

03756



MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

## STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Funding Company, LLC
One Meridian Crossings
Minneapolis, MN 55423

August 7, 2012
Invoice No. 1814953

**Client-Matter No: 355050-00360**

**Huntington Bancshares Inc.**
**Client No.: 719440**

**For Legal Services Rendered Through May 31, 2012**

| 05/14/12 | J. Stilson | 157.50 | 0.50 | 17 | Finalize notice of bankruptcy |
| 05/14/12 | J. Stilson | 63.00 | 0.20 | 17 | Communication to service list with notice of bankruptcy |
| 05/14/12 | J. Stilson | 31.50 | 0.10 | 17 | File notice of bankruptcy with Court |
| 05/14/12 | M. Weinbeck | 117.50 | 0.50 | 17 | Draft bankruptcy filing |
| 05/14/12 | M. Weinbeck | 23.50 | 0.10 | 17 | File bankruptcy filing in Minnesota state court |
| 05/14/12 | J. Langdon | 244.00 | 0.40 | 17 | Memoranda to individual defendants |
| 05/15/12 | J. Stilson | 63.00 | 0.20 | 17 | Communication to individual defendant group regarding notice of bankruptcy |
| 05/16/12 | J. Langdon | 244.00 | 0.40 | 17 | Conference with counsel from Morrison Foerster regarding |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



Residential Funding Company, LLC                                          August 7, 2012
Client-Matter No.: 355050-00360                                                   Page 2
Invoice No.: 1814953

|  |  |  |  |  | extension of stay to non-debtor defendants |
| 05/21/12 | J. Langdon | 61.00 | 0.10 | 17 | Draft memorandum regarding indemnification issues |
| 05/22/12 | J. Langdon | 244.00 | 0.40 | 17 | Review motion to extend stay to individual defendants |
| 05/22/12 | J. Langdon | 61.00 | 0.10 | 17 | Comment on motion to extend stay to individual defendants |
| 05/23/12 | J. Langdon | 61.00 | 0.10 | 17 | Draft memoranda regarding hearing and impact of stay |
| 05/24/12 | A. Brantingham | 47.00 | 0.20 | 17 | Conference with J. Langdon and underwriters' counsel regarding bankruptcy, withdrawal of Dorsey, and case strategy |
| 05/24/12 | J. Langdon | 244.00 | 0.40 | 17 | Draft memorandum regarding indemnification issues |
| 05/29/12 | A. Brantingham | 47.00 | 0.20 | 17 | Review motion to extend automatic stay |
| 05/29/12 | A. Brantingham | 47.00 | 0.20 | 17 | Draft notice of filing of motion |
| 05/29/12 | J. Langdon | 61.00 | 0.10 | 17 | Telephone conference with R. Kopecky regarding strategy |
| 05/30/12 | A. Brantingham | 70.50 | 0.30 | 17 | Revise notice of filing of motion to extend stay |
| 05/30/12 | J. Langdon | 61.00 | 0.10 | 17 | Draft memorandum regarding extension of stay to non-debtor defendants |
| 05/31/12 | A. Brantingham | 47.00 | 0.20 | 17 | Finalize, file, and serve notice of filing of motion to extend automatic stay |
| 05/31/12 | J. Langdon | 61.00 | 0.10 | 17 | Telephone conference with G. Jarvis regarding upcoming hearing |

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



Residential Funding Company, LLC                                    August 7, 2012
Client-Matter No.: 355050-00360                                              Page 3
Invoice No.: 1814953

| **Total Hours** | 4.90 | |
| --- | --- | --- |
| **Subtotal for Legal Fees** | | **$2,056.50** |
| **Less 10% Discount** | | **-$205.65** |
| **Total for Legal Fees** | | **$1,850.85** |

**Disbursements and Service Charges**

| Metro Legal Services, Inc. - Service on Sarah E. Bushnell, Timothy D. Kelly, Richard Lockridge, Karen H. Riebel and Elizabeth R. Odette on 04/09/12; Filing at HCDC on 04/19/12 (split cost with 355050-361) | 54.50 |
| --- | --- |

| **Total for Disbursements and Service Charges** | **$54.50** |
| --- | --- |

| **Total This Invoice** | **$1,905.35** |
| --- | --- |

**Timekeeper Summary**

| Timekeeper | Class | Hours | Billed Rate | Amount |
| --- | --- | --- | --- | --- |
| J. Stilson | Associate | 1.00 | 315.00 | 315.00 |
| M. Weinbeck | Associate | 0.60 | 235.00 | 141.00 |
| A. Brantingham | Associate | 1.10 | 235.00 | 258.50 |
| J. Langdon | Partner | 2.20 | 610.00 | 1,342.00 |
| **Total all Timekeepers** | | **4.90** | | **2,056.50** |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available
upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



**MINNEAPOLIS OFFICE**
612-340-2600

(Tax Identification No. 41-0223337)

## STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Funding Company, LLC
One Meridian Crossings
Minneapolis, MN 55423

August 7, 2012
Invoice No. 1814912

Client-Matter No.: 355050-00361
1941Stichting Pensioenfonds ABP

---

**For Legal Services Rendered Through July 31, 2012**

# INVOICE TOTAL

| | |
|---|---|
| Subtotal for Current Legal Fees | $18,517.50 |
| Less 10% Discount | -$1,851.75 |
| Total For Current Legal Fees | $16,665.75 |
| Total For Current Disbursements and Service Charges | $11.87 |
| **Total For Current Invoice** | **$16,677.62** |

For your convenience, please remit payment to the address below or we offer the option of remitting payment electronically by wire transfer. If you have any questions regarding this information, please contact the lawyer you are working with on this project or Dorsey's Accounts Receivable Department at 1-800-861-0760. Thank you.

| Mailing Instructions: | Wire Instructions: | |
|---|---|---|
| Dorsey & Whitney LLP | U.S. Bank National Association | ABA Routing Number: 091000022 |
| P.O. Box 1680 | 800 Nicollet Mall | Account Number: 1602-3010-8500 |
| Minneapolis, MN 55480-1680 | Minneapolis, MN 55402 | Swift Code: USBKUS44IMT |

**Please make reference to the invoice number**

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**

03756



MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Funding Company, LLC                          August 7, 2012
One Meridian Crossings                                Invoice No. 1814912
Minneapolis, MN 55423

**Client-Matter No: 355050-00361**

**1941Stichting Pensioenfonds ABP**
**Client No.: 719458**

**For Legal Services Rendered Through July 31, 2012**

| | | | | | |
|---|---|---|---|---|---|
| 07/02/12 | J. Langdon | 61.00 | 0.10 | 17 | Review order regarding briefing schedule |
| 07/02/12 | J. Langdon | 61.00 | 0.10 | 17 | Memorandum to A. Brantingham regarding motion to dismiss issues |
| 07/03/12 | J. Langdon | 183.00 | 0.30 | 17 | Review bankruptcy docket for relevant developments |
| 07/03/12 | J. Langdon | 122.00 | 0.20 | 17 | Draft memoranda regarding upcoming motion to dismiss |
| 07/03/12 | J. Langdon | 183.00 | 0.30 | 17 | Draft memoranda regarding individual defendants |
| 07/05/12 | J. Langdon | 183.00 | 0.30 | 17 | Draft memoranda regarding indemnification issues |
| 07/05/12 | J. Langdon | 305.00 | 0.50 | 17 | Monitor bankruptcy proceedings |
| 07/07/12 | J. Langdon | 305.00 | 0.50 | 17 | Memoranda regarding status and |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available
upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



Residential Funding Company, LLC                                    August 7, 2012
Client-Matter No.: 355050-00361                                              Page 2
Invoice No.: 1814912

|          |                |         |      |    | strategy |
|----------|----------------|---------|------|----|----------|
| 07/07/12 | J. Langdon     | 122.00  | 0.20 | 17 | Telephone conferences regarding status and strategy |
| 07/09/12 | A. Brantingham | 141.00  | 0.60 | 17 | Summarize notes of interview with K. Duncan |
| 07/09/12 | A. Brantingham | 376.00  | 1.60 | 17 | Research for motion to dismiss in federal court |
| 07/09/12 | A. Brantingham | 23.50   | 0.10 | 17 | Send summary of interview notes to J. Langdon |
| 07/09/12 | J. Langdon     | 305.00  | 0.50 | 17 | Draft memoranda regarding motion to dismiss on behalf of individual defendants |
| 07/10/12 | A. Brantingham | 70.50   | 0.30 | 17 | Email with counsel for other parties regarding hearing date for motions to dismiss |
| 07/10/12 | A. Brantingham | 47.00   | 0.20 | 17 | Email and telephone conference with other parties' counsel regarding scheduling of hearing on motion to dismiss |
| 07/10/12 | A. Brantingham | 164.50  | 0.70 | 17 | Research for motion to dismiss |
| 07/10/12 | J. Langdon     | 183.00  | 0.30 | 17 | Draft memoranda regarding motion to dismiss |
| 07/11/12 | A. Brantingham | 141.00  | 0.60 | 17 | Draft notice of withdrawal and substitution of counsel regarding Deutsche Bank |
| 07/11/12 | A. Brantingham | 470.00  | 2.00 | 17 | Research for motion to dismiss |
| 07/11/12 | A. Brantingham | 822.50  | 3.50 | 17 | Draft brief in support of individual defendants' motion to dismiss |
| 07/11/12 | A. Brantingham | 23.50   | 0.10 | 17 | Send notice of withdrawal and substitution of counsel regarding Deutsche Bank to Oppenheimer |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



Residential Funding Company, LLC                                                    August 7, 2012
Client-Matter No.: 355050-00361                                                          Page 3
Invoice No.: 1814912

| | | | | | |
|---|---|---|---|---|---|
| 07/11/12 | J. Langdon | 122.00 | 0.20 | 17 | Draft memoranda regarding motion to dismiss |
| 07/11/12 | J. Langdon | 122.00 | 0.20 | 17 | Memoranda from and to individual defendants regarding strategy |
| 07/12/12 | A. Brantingham | 47.00 | 0.20 | 17 | Continue research for motion to dismiss |
| 07/12/12 | A. Brantingham | 235.00 | 1.00 | 17 | Draft motion to dismiss |
| 07/12/12 | J. Langdon | 244.00 | 0.40 | 17 | Draft notes regarding individual defendant issues |
| 07/12/12 | J. Langdon | 305.00 | 0.50 | 17 | Review key bankruptcy filings regarding related matters |
| 07/13/12 | A. Brantingham | 470.00 | 2.00 | 17 | Continue research for motion to dismiss |
| 07/13/12 | A. Brantingham | 540.50 | 2.30 | 17 | Draft brief in support of motion to dismiss |
| 07/13/12 | J. Langdon | 122.00 | 0.20 | 17 | Draft memoranda regarding scheduling of hearing on motion to dismiss |
| 07/13/12 | J. Langdon | 183.00 | 0.30 | 17 | Draft notes regarding analysis of indemnification issues |
| 07/13/12 | J. Langdon | 305.00 | 0.50 | 17 | Review key bankruptcy filings |
| 07/14/12 | A. Brantingham | 235.00 | 1.00 | 17 | Continue research for motion to dismiss |
| 07/14/12 | A. Brantingham | 352.50 | 1.50 | 17 | Draft brief in support of motion to dismiss |
| 07/16/12 | A. Brantingham | 1,386.50 | 5.90 | 17 | Draft brief in support of motion to dismiss |
| 07/16/12 | J. Langdon | 122.00 | 0.20 | 17 | Draft memoranda regarding motion to dismiss filing and schedule |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



Residential Funding Company, LLC                                          August 7, 2012
Client-Matter No.: 355050-00361                                                    Page 4
Invoice No.: 1814912

| 07/17/12 | A. Brantingham | 47.00 | 0.20 | 17 | Conference with J. Langdon and email counsel regarding proposed stipulation to modify briefing schedule |
| 07/17/12 | A. Brantingham | 940.00 | 4.00 | 17 | Complete draft of individual defendants' motion to dismiss |
| 07/17/12 | J. Langdon | 183.00 | 0.30 | 17 | Memoranda and telephone conferences regarding brief in support of motion to dismiss |
| 07/18/12 | A. Brantingham | 117.50 | 0.50 | 17 | Revise draft brief in support of motion to dismiss |
| 07/18/12 | A. Brantingham | 23.50 | 0.10 | 17 | Send draft brief in support of motion to dismiss to J. Langdon for review |
| 07/18/12 | J. Langdon | 61.00 | 0.10 | 17 | Draft memoranda regarding briefing schedule |
| 07/19/12 | J. Langdon | 61.00 | 0.10 | 17 | Telephone conference with Kirkland regarding Ally Securities issues |
| 07/19/12 | J. Langdon | 61.00 | 0.10 | 17 | Draft memoranda regarding motion to dismiss |
| 07/20/12 | J. Langdon | 183.00 | 0.30 | 17 | Telephone conferences with R. Kopecky regarding arguments in support of motion to dismiss |
| 07/23/12 | J. Langdon | 854.00 | 1.40 | 17 | Revise draft brief in support of motion to dismiss |
| 07/25/12 | A. Brantingham | 446.50 | 1.90 | 17 | Revise brief in support of motion to dismiss |
| 07/25/12 | J. Langdon | 1,281.00 | 2.10 | 17 | Revise brief in support of motion to dismiss |
| 07/26/12 | A. Brantingham | 70.50 | 0.30 | 17 | Telephone meet-and-confer with |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



Residential Funding Company, LLC                                    August 7, 2012
Client-Matter No.: 355050-00361                                            Page 5
Invoice No.: 1814912

|  |  |  |  |  | counsel for other parties |
|---|---|---|---|---|---|
| 07/26/12 | A. Brantingham | 305.50 | 1.30 | 17 | Research for brief in support of motion to dismiss |
| 07/26/12 | A. Brantingham | 611.00 | 2.60 | 17 | Revise brief in support of motion to dismiss in response to J. Langdon revisions |
| 07/26/12 | J. Langdon | 427.00 | 0.70 | 17 | Revise brief in support of motion to dismiss |
| 07/27/12 | A. Brantingham | 117.50 | 0.50 | 17 | Revise brief in support of motion to dismiss with edits from J. Langdon |
| 07/27/12 | A. Brantingham | 70.50 | 0.30 | 17 | Meet-and-confer conference call with all parties for motion to dismiss |
| 07/27/12 | J. Langdon | 1,037.00 | 1.70 | 17 | Revise brief in support of motion to dismiss |
| 07/27/12 | J. Langdon | 305.00 | 0.50 | 17 | Memoranda to and from individual defendants regarding status and strategy |
| 07/29/12 | A. Brantingham | 47.00 | 0.20 | 17 | Draft papers supporting motion to dismiss |
| 07/30/12 | A. Brantingham | 493.50 | 2.10 | 17 | Draft motion to dismiss, notice of hearing, proposed order, and other motions papers |
| 07/30/12 | A. Brantingham | 775.50 | 3.30 | 17 | Finalize brief in support of motion to dismiss |
| 07/30/12 | J. Langdon | 427.00 | 0.70 | 17 | Draft memoranda regarding motion to dismiss |
| 07/30/12 | J. Langdon | 183.00 | 0.30 | 17 | Telephone conferences with individual defendants regarding motion to dismiss |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



Residential Funding Company, LLC                                      August 7, 2012
Client-Matter No.: 355050-00361                                              Page 6
Invoice No.: 1814912

| 07/31/12 | J. Langdon | 305.00 | 0.50 | 17 | Review briefs submitted by other defendants |
|---|---|---|---|---|---|

**Total Hours**                        **55.50**

**Subtotal for Legal Fees**                    **$18,517.50**

**Less 10% Discount**                    -**$1,851.75**

**Total for Legal Fees**                    **$16,665.75**

**Disbursements and Service Charges**

Messenger Charges                                               11.87

**Total for Disbursements and Service Charges**        **$11.87**

**Total This Invoice**            **$16,677.62**

**Timekeeper Summary**

| Timekeeper | Class | Hours | Billed Rate | Amount |
|---|---|---|---|---|
| A. Brantingham | Associate | 40.90 | 235.00 | 9,611.50 |
| J. Langdon | Partner | 14.60 | 610.00 | 8,906.00 |
| **Total all Timekeepers** | | **55.50** | | **18,517.50** |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



**MINNEAPOLIS OFFICE**
612-340-2600

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Funding Company, LLC
One Meridian Crossings
Minneapolis, MN 55423

August 7, 2012
Invoice No. 1814833

Client-Matter No.: 355050-00361
1941 Stichting Pensioenfonds ABP

**For Legal Services Rendered Through June 30, 2012**

# INVOICE TOTAL

| | |
|---|---:|
| Subtotal for Current Legal Fees | $8,396.00 |
| Less 10% Discount | -$839.60 |
| Total For Current Legal Fees | $7,556.40 |
| Total For Current Disbursements and Service Charges | $81.41 |
| **Total For Current Invoice** | **$7,637.81** |

For your convenience, please remit payment to the address below or we offer the option of remitting payment electronically by wire transfer. If you have any questions regarding this information, please contact the lawyer you are working with on this project or Dorsey's Accounts Receivable Department at 1-800-861-0760. Thank you.

Mailing Instructions:
Dorsey & Whitney LLP
P.O. Box 1680
Minneapolis, MN 55480-1680

Wire Instructions:
U.S. Bank National Association
800 Nicollet Mall
Minneapolis, MN 55402

ABA Routing Number: 091000022
Account Number: 1602-3010-8500
Swift Code: USBKUS44IMT

**Please make reference to the invoice number**

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**

03756



**MINNEAPOLIS OFFICE**
612-340-2600

(Tax Identification No. 41-0223337)

## STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Funding Company, LLC
One Meridian Crossings
Minneapolis, MN 55423

August 7, 2012
Invoice No. 1814833

**Client-Matter No: 355050-00361**

**1941Stichting Pensioenfonds ABP**
**Client No.: 719458**

**For Legal Services Rendered Through June 30, 2012**

| Date | Timekeeper | Amount | Hours | | Description |
|------|-----------|--------|-------|----|-------------|
| 06/01/12 | J. Langdon | 549.00 | 0.90 | 17 | Draft memoranda regarding representation, indemnification and discovery issues |
| 06/01/12 | J. Langdon | 61.00 | 0.10 | 17 | Telephone conference with opposing counsel regarding upcoming hearing |
| 06/04/12 | J. Langdon | 61.00 | 0.10 | 17 | Telephone conference with G. Jarvis regarding upcoming hearing |
| 06/05/12 | J. Langdon | 183.00 | 0.30 | 17 | Telephone conference with T. Devine regarding upcoming hearing |
| 06/05/12 | J. Langdon | 122.00 | 0.20 | 17 | Draft memoranda regarding impact of bankruptcy rulings |
| 06/06/12 | A. Brantingham | 23.50 | 0.10 | 17 | Review notice of substitution of counsel for Ally Securities and |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



Residential Funding Company, LLC
Client-Matter No.: 355050-00361
Invoice No.: 1814833

August 7, 2012
Page 2

|  |  |  |  |  | email J. Langdon regarding same |
| 06/06/12 | A. Brantingham | 47.00 | 0.20 | 17 | Review draft notice of removal by underwriters |
| 06/06/12 | A. Brantingham | 23.50 | 0.10 | 17 | Email J. Langdon regarding notice of removal by underwriters |
| 06/06/12 | J. Langdon | 122.00 | 0.20 | 17 | Draft memoranda regarding substitution of counsel |
| 06/06/12 | J. Langdon | 61.00 | 0.10 | 17 | Telephone conference with counsel regarding upcoming hearing |
| 06/06/12 | J. Langdon | 244.00 | 0.40 | 17 | Draft memoranda regarding underwriters' intent to remove |
| 06/07/12 | A. Brantingham | 23.50 | 0.10 | 17 | Conference with J. Langdon regarding hearing scheduling |
| 06/07/12 | A. Brantingham | 211.50 | 0.90 | 17 | Gather documents for underwriters' removal papers and send to Oppenheimer |
| 06/07/12 | A. Brantingham | 23.50 | 0.10 | 17 | Research bankruptcy removal |
| 06/07/12 | A. Brantingham | 23.50 | 0.10 | 17 | Email J. Langdon regarding research |
| 06/07/12 | J. Langdon | 244.00 | 0.40 | 17 | Memoranda among counsel regarding scheduling of hearing |
| 06/07/12 | J. Langdon | 244.00 | 0.40 | 17 | Telephone conference with opposing counsel regarding scheduling of hearing |
| 06/07/12 | J. Langdon | 122.00 | 0.20 | 17 | Telephone conference with defense counsel regarding scheduling of hearing |
| 06/07/12 | J. Langdon | 183.00 | 0.30 | 17 | Telephone conference with court regarding scheduling of hearing |
| 06/08/12 | A. Brantingham | 94.00 | 0.40 | 17 | Draft notice of withdrawal |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



Residential Funding Company, LLC                                              August 7, 2012
Client-Matter No.: 355050-00361                                              Page 3
Invoice No.: 1814833

| | | | | | |
|---|---|---|---|---|---|
| 06/08/12 | A. Brantingham | 94.00 | 0.40 | 17 | Conference with J. Langdon and J. Hegt regarding representation of Deutsche Bank |
| 06/08/12 | A. Brantingham | 94.00 | 0.40 | 17 | Review and sign removal papers |
| 06/08/12 | A. Brantingham | 94.00 | 0.40 | 17 | Telephone conference with Judge and counsel |
| 06/08/12 | J. Langdon | 305.00 | 0.50 | 17 | Memoranda regarding potential hearing |
| 06/08/12 | J. Langdon | 183.00 | 0.30 | 17 | Prepare for and telephone conference with Judge DuFresne regarding potential hearing |
| 06/08/12 | J. Langdon | 61.00 | 0.10 | 17 | Telephone conferences regarding potential hearing |
| 06/11/12 | A. Brantingham | 47.00 | 0.20 | 17 | Gather documents for bankruptcy discovery in response to request from P. Zellmann |
| 06/11/12 | J. Langdon | 183.00 | 0.30 | 17 | Draft memoranda regarding removal and schedule to respond to removal motion |
| 06/12/12 | A. Brantingham | 94.00 | 0.40 | 17 | Revise and file Rule 7.1 statement on behalf of Deutsche Bank |
| 06/12/12 | A. Brantingham | 23.50 | 0.10 | 17 | Review stipulation to extend time to respond to removal papers |
| 06/12/12 | A. Brantingham | 47.00 | 0.20 | 17 | Conference with J. Langdon regarding stipulation |
| 06/12/12 | J. Langdon | 244.00 | 0.40 | 17 | Memorandum to individual defendants regarding status |
| 06/12/12 | J. Langdon | 183.00 | 0.30 | 17 | Draft memorandum regarding removal and remand schedule |
| 06/13/12 | A. Brantingham | 47.00 | 0.20 | 17 | Review and execute stipulation to extend time to respond to |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



Residential Funding Company, LLC                                          August 7, 2012
Client-Matter No.: 355050-00361                                                  Page 4
Invoice No.: 1814833

|            |                |        |      |    | complaint |
|------------|----------------|--------|------|----|-----------|
| 06/14/12   | A. Brantingham | 47.00  | 0.20 | 17 | Review ECF parties |
| 06/14/12   | A. Brantingham | 23.50  | 0.10 | 17 | Telephone conference with clerk's office to correct error in ECF parties |
| 06/14/12   | J. Langdon     | 122.00 | 0.20 | 17 | Review pleadings regarding schedule |
| 06/19/12   | J. Langdon     | 183.00 | 0.30 | 17 | Review key bankruptcy filings for purposes of defending individual defendants |
| 06/21/12   | J. Langdon     | 610.00 | 1.00 | 17 | Review key bankruptcy filings regarding 2004 examination, examiner and matters related to individual defendants |
| 06/25/12   | J. Langdon     | 61.00  | 0.10 | 17 | Draft memoranda regarding representation of individual defendants |
| 06/26/12   | J. Langdon     | 366.00 | 0.60 | 17 | Telephone conferences with counsel for other parties regarding briefing and other schedule issues |
| 06/26/12   | J. Langdon     | 610.00 | 1.00 | 17 | Draft memoranda regarding brief on motion to dismiss |
| 06/26/12   | J. Langdon     | 183.00 | 0.30 | 17 | Memoranda to and from individual defendants regarding research issues |
| 06/26/12   | N. Bussiere    | 330.00 | 1.50 | 17 | Review J. Langdon email for communications with individual defendants |
| 06/27/12   | A. Brantingham | 70.50  | 0.30 | 17 | Obtain amended complaint and motion papers in In re Lehman Brothers case for use in motion to dismiss claims against individual |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available
upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



Residential Funding Company, LLC                                          August 7, 2012
Client-Matter No.: 355050-00361                                                  Page 5
Invoice No.: 1814833

|            |                |        |      |    | defendants |
|------------|----------------|--------|------|----|------------|
| 06/27/12   | A. Brantingham | 23.50  | 0.10 | 17 | Conference with J. Langdon regarding plan for motion to dismiss |
| 06/27/12   | J. Langdon     | 610.00 | 1.00 | 17 | Memoranda regarding briefing schedule and substance of motion to dismiss |
| 06/27/12   | J. Langdon     | 183.00 | 0.30 | 17 | Telephone conferences regarding briefing schedule and substance of motion to dismiss |
| 06/27/12   | N. Bussiere    | 110.00 | 0.50 | 17 | Review J. Langdon correspondence spindles for communications with individual defendants |
| 06/27/12   | N. Bussiere    | 66.00  | 0.30 | 17 | Create non-duplicative, top-level email collection for privilege log |
| 06/28/12   | J. Langdon     | 122.00 | 0.20 | 17 | Draft memoranda regarding stipulation and briefing scheduling |
| 06/28/12   | J. Langdon     | 122.00 | 0.20 | 17 | Letter to Magistrate regarding stipulation and briefing schedule |
| 06/28/12   | N. Bussiere    | 22.00  | 0.10 | 17 | Finalize email collection for privilege log |
| 06/29/12   | J. Langdon     | 122.00 | 0.20 | 17 | Review indemnification issues |
| 06/29/12   | N. Bussiere    | 44.00  | 0.20 | 17 | Draft letter to J. Heims and prepare attached correspondence with individual defendants |

**Total Hours**                                       **18.50**

**Subtotal for Legal Fees**          **$8,396.00**

**Less 10% Discount**            **-$839.60**

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available
upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



Residential Funding Company, LLC
Client-Matter No.: 355050-00361
Invoice No.: 1814833

August 7, 2012
Page 6

| | Total for Legal Fees | $7,556.40 |
|---|---|---|

**Disbursements and Service Charges**

| | |
|---|---|
| Overnight Delivery Charges | 23.41 |
| Metro Legal Services, Inc. - Document retrieval from Hennepin County Probate Court 06/13/12 | 58.00 |

| **Total for Disbursements and Service Charges** | **$81.41** |
|---|---|

| **Total This Invoice** | **$7,637.81** |
|---|---|

**Timekeeper Summary**

| Timekeeper | Class | Hours | Billed Rate | Amount |
|---|---|---|---|---|
| A. Brantingham | Associate | 5.00 | 235.00 | 1,175.00 |
| J. Langdon | Partner | 10.90 | 610.00 | 6,649.00 |
| N. Bussiere | Paralegal | 2.60 | 220.00 | 572.00 |
| **Total all Timekeepers** | | **18.50** | | **8,396.00** |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Funding Company, LLC
One Meridian Crossings
Minneapolis, MN 55423

August 7, 2012
Invoice No. 1814822

Client-Matter No.: 355050-00361
1941 Stichting Pensioenfonds ABP

**For Legal Services Rendered Through May 31, 2012**

# INVOICE TOTAL

| | |
|---|---|
| Subtotal for Current Legal Fees | $3,228.00 |
| Less 10% Discount | -$322.80 |
| Total For Current Legal Fees | $2,905.20 |
| Total For Current Disbursements and Service Charges | $54.50 |
| **Total For Current Invoice** | **$2,959.70** |

For your convenience, please remit payment to the address below or we offer the option of remitting payment electronically by wire transfer. If you have any questions regarding this information, please contact the lawyer you are working with on this project or Dorsey's Accounts Receivable Department at 1-800-861-0760. Thank you.

| Mailing Instructions: | Wire Instructions: | |
|---|---|---|
| Dorsey & Whitney LLP | U.S. Bank National Association | ABA Routing Number: 091000022 |
| P.O. Box 1680 | 800 Nicollet Mall | Account Number: 1602-3010-8500 |
| Minneapolis, MN 55480-1680 | Minneapolis, MN 55402 | Swift Code: USBKUS44IMT |

**Please make reference to the invoice number**

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**

03756



MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Funding Company, LLC
One Meridian Crossings
Minneapolis, MN 55423

August 7, 2012
Invoice No. 1814822

**Client-Matter No: 355050-00361**

**1941Stichting Pensioenfonds ABP**
**Client No.: 719458**

**For Legal Services Rendered Through May 31, 2012**

| | | | | | |
|---|---|---|---|---|---|
| 05/14/12 | J. Stilson | 157.50 | 0.50 | 17 | Finalize notice of bankruptcy |
| 05/14/12 | J. Stilson | 63.00 | 0.20 | 17 | Communication to service list with notice of bankruptcy |
| 05/14/12 | J. Stilson | 31.50 | 0.10 | 17 | File notice of bankruptcy with Court |
| 05/14/12 | M. Weinbeck | 117.50 | 0.50 | 17 | Draft bankruptcy notice |
| 05/14/12 | M. Weinbeck | 23.50 | 0.10 | 17 | File bankruptcy notice in Minnesota state court |
| 05/14/12 | J. Langdon | 244.00 | 0.40 | 17 | Memoranda to underwriter defendants |
| 05/16/12 | J. Langdon | 244.00 | 0.40 | 17 | Conference with counsel from Morrison & Foerster regarding extension of stay to non-debtor defendants |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



Residential Funding Company, LLC
Client-Matter No.: 355050-00361
Invoice No.: 1814822

August 7, 2012
Page 2

| 05/16/12 | J. Langdon | 61.00 | 0.10 | 17 | Telephone conference with J. Battle regarding indemnification |
|---|---|---|---|---|---|
| 05/18/12 | J. Langdon | 122.00 | 0.20 | 17 | Memoranda to and from underwriters' counsel regarding indemnification issues |
| 05/21/12 | J. Langdon | 122.00 | 0.20 | 17 | Draft memoranda regarding communications with underwriters' counsel |
| 05/22/12 | J. Langdon | 305.00 | 0.50 | 17 | Comment on motion to extend stay to individual defendants |
| 05/23/12 | J. Langdon | 61.00 | 0.10 | 17 | Conference with A. Brantingham regarding removal and strategy |
| 05/23/12 | J. Langdon | 61.00 | 0.10 | 17 | Draft memoranda regarding removal and strategy |
| 05/24/12 | A. Brantingham | 47.00 | 0.20 | 17 | Conference with J. Langdon and underwriters' counsel regarding bankruptcy, withdrawal of Dorsey, and case strategy |
| 05/24/12 | J. Langdon | 244.00 | 0.40 | 17 | Telephone conference with underwriters' counsel regarding withdrawal and potential removal |
| 05/25/12 | J. Langdon | 122.00 | 0.20 | 17 | Draft memoranda regarding indemnification issues |
| 05/29/12 | A. Brantingham | 258.50 | 1.10 | 17 | Draft withdrawal letters to underwriters |
| 05/29/12 | A. Brantingham | 47.00 | 0.20 | 17 | Review motion to extend automatic stay |
| 05/29/12 | A. Brantingham | 47.00 | 0.20 | 17 | Draft notice of filing of motion for state action |
| 05/29/12 | J. Langdon | 305.00 | 0.50 | 17 | Draft memoranda regarding motion to extend |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



Residential Funding Company, LLC
Client-Matter No.: 355050-00361
Invoice No.: 1814822

August 7, 2012
Page 3

| 05/29/12 | J. Langdon | 61.00 | 0.10 | 17 | Telephone conferences regarding motion to extend |
| 05/30/12 | A. Brantingham | 70.50 | 0.30 | 17 | Revise notice of filing of motion to extend stay |
| 05/30/12 | J. Langdon | 61.00 | 0.10 | 17 | Telephone conference with underwriters' counsel |
| 05/30/12 | J. Langdon | 183.00 | 0.30 | 17 | Draft memoranda regarding notice of filing regarding stay extension |
| 05/31/12 | A. Brantingham | 47.00 | 0.20 | 17 | Finalize, file, and serve notice of filing of motion to extend automatic stay |
| 05/31/12 | J. Langdon | 122.00 | 0.20 | 17 | Draft memoranda regarding representation issues |

**Total Hours**          7.40

| | |
|---|---|
| **Subtotal for Legal Fees** | **$3,228.00** |
| **Less 10% Discount** | **-$322.80** |
| **Total for Legal Fees** | **$2,905.20** |

**Disbursements and Service Charges**

Metro Legal Services, Inc. - Service on Sarah E. Bushnell, Timothy D. Kelly, Richard Lockridge, Karen H. Riebel and Elizabeth R. Odette on 04/09/12; Filing at HCDC on 04/19/12 (split cost with 355050-30)          54.50

| | |
|---|---|
| **Total for Disbursements and Service Charges** | **$54.50** |
| **Total This Invoice** | **$2,959.70** |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



Residential Funding Company, LLC
Client-Matter No.: 355050-00361
Invoice No.: 1814822

August 7, 2012
Page 4

## Timekeeper Summary

| Timekeeper | Class | Hours | Billed Rate | Amount |
|---|---|---|---|---|
| J. Stilson | Associate | 0.80 | 315.00 | 252.00 |
| M. Weinbeck | Associate | 0.60 | 235.00 | 141.00 |
| A. Brantingham | Associate | 2.20 | 235.00 | 517.00 |
| J. Langdon | Partner | 3.80 | 610.00 | 2,318.00 |
| **Total all Timekeepers** | | **7.40** | | **3,228.00** |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available
upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



**MINNEAPOLIS OFFICE**
612-340-2600

(Tax Identification No. 41-0223337)

## STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Funding Company, LLC                        August 7, 2012
One Meridian Crossings                             Invoice No. 1815088
Minneapolis, MN 55423

Client-Matter No.: 355050-00362
Secondment of Associate

---

**For Legal Services Rendered Through July 31, 2012**

# INVOICE TOTAL

| | |
|---|---:|
| Subtotal for Current Legal Fees | $43,225.00 |
| Less Write Off per Fixed Fee Agreement | -$13,725.00 |
| Total For Current Legal Fees | $29,500.00 |
| **Total For Current Invoice** | **$29,500.00** |

For your convenience, please remit payment to the address below or we offer the option of remitting payment electronically by wire transfer. If you have any questions regarding this information, please contact the lawyer you are working with on this project or Dorsey's Accounts Receivable Department at 1-800-861-0760. Thank you.

Mailing Instructions:           Wire Instructions:
Dorsey & Whitney LLP            U.S. Bank National Association       ABA Routing Number: 091000022
P.O. Box 1680                   800 Nicollet Mall                    Account Number: 1602-3010-8500
Minneapolis, MN 55480-1680      Minneapolis, MN  55402               Swift Code: USBKUS44IMT

**Please make reference to the invoice number**

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**



MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

## STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Funding Company, LLC
One Meridian Crossings
Minneapolis, MN 55423

August 7, 2012
Invoice No. 1815088

**Client-Matter No: 355050-00362**

**Secondment of Associate**

**For Legal Services Rendered Through July 31, 2012**

| 07/05/12 | B. Smith | 2,275.00 | 7.00 | 17 | Manage litigation and government investigations and advise client on various regulatory/compliance issues |
| 07/06/12 | B. Smith | 2,275.00 | 7.00 | 17 | Manage litigation and government investigations and advise client on various regulatory/compliance issues |
| 07/09/12 | B. Smith | 2,275.00 | 7.00 | 17 | Manage litigation and government investigations and advise client on various regulatory/compliance issues |
| 07/10/12 | B. Smith | 2,275.00 | 7.00 | 17 | Manage litigation and government investigations and advise client on various regulatory/compliance issues |
| 07/11/12 | B. Smith | 2,275.00 | 7.00 | 17 | Manage litigation and government |

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available
upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



Residential Funding Company, LLC                                    August 7, 2012
Client-Matter No.: 355050-00362                                              Page 2
Invoice No.: 1815088

|          |          |          |      |    | investigations and advise client on various regulatory/compliance issues |
|----------|----------|----------|------|----|--------------------------------------|
| 07/12/12 | B. Smith | 2,275.00 | 7.00 | 17 | Manage litigation and government investigations and advise client on various regulatory/compliance issues |
| 07/13/12 | B. Smith | 2,275.00 | 7.00 | 17 | Manage litigation and government investigations and advise client on various regulatory/compliance issues |
| 07/16/12 | B. Smith | 2,275.00 | 7.00 | 17 | Manage litigation and government investigations and advise client on various regulatory/compliance issues |
| 07/17/12 | B. Smith | 2,275.00 | 7.00 | 17 | Manage litigation and government investigations and advise client on various regulatory/compliance issues |
| 07/18/12 | B. Smith | 2,275.00 | 7.00 | 17 | Manage litigation and government investigations and advise client on various regulatory/compliance issues |
| 07/19/12 | B. Smith | 2,275.00 | 7.00 | 17 | Manage litigation and government investigations and advise client on various regulatory/compliance issues |
| 07/20/12 | B. Smith | 2,275.00 | 7.00 | 17 | Manage litigation and government investigations and advise client on various regulatory/compliance issues |
| 07/23/12 | B. Smith | 2,275.00 | 7.00 | 17 | Manage litigation and government investigations and advise client on various regulatory/compliance |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



Residential Funding Company, LLC                                                    August 7, 2012
Client-Matter No.: 355050-00362                                                            Page 3
Invoice No.: 1815088

|  |  |  |  |  | issues |
|---|---|---|---|---|---|
| 07/24/12 | B. Smith | 2,275.00 | 7.00 | 17 | Manage litigation and government investigations and advise client on various regulatory/compliance issues |
| 07/25/12 | B. Smith | 2,275.00 | 7.00 | 17 | Manage litigation and government investigations and advise client on various regulatory/compliance issues |
| 07/26/12 | B. Smith | 2,275.00 | 7.00 | 17 | Manage litigation and government investigations and advise client on various regulatory/compliance issues |
| 07/27/12 | B. Smith | 2,275.00 | 7.00 | 17 | Manage litigation and government investigations and advise client on various regulatory/compliance issues |
| 07/30/12 | B. Smith | 2,275.00 | 7.00 | 17 | Manage litigation and government investigations and advise client on various regulatory/compliance issues |
| 07/31/12 | B. Smith | 2,275.00 | 7.00 | 3 | Manage litigation and government investigations and advise client on various regulatory/compliance issues |

**Total Hours**                                          **133.00**

**Subtotal for Legal Fees**                    $43,225.00

**Less Write Off per Fixed Fee Agreement**       -$13,725.00

**Total for Legal Fees**                    $29,500.00

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



Residential Funding Company, LLC                                    August 7, 2012
Client-Matter No.: 355050-00362                                          Page 4
Invoice No.: 1815088

|  |  |
|---|---|
| **Total This Invoice** | **$29,500.00** |

**Timekeeper Summary**

| Timekeeper | Class | Hours | Billed Rate | Amount |
|---|---|---|---|---|
| B. Smith | Associate | 133.00 | 325.00 | 43,225.00 |
| **Total all Timekeepers** | | **133.00** | | **43,225.00** |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available
upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



**MINNEAPOLIS OFFICE**
612-340-2600

(Tax Identification No. 41-0223337)

## STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Funding Company, LLC                            August 7, 2012
One Meridian Crossings                                 Invoice No. 1815087
Minneapolis, MN 55423

Client-Matter No.: 355050-00362
Secondment of Associate

**For Legal Services Rendered Through June 30, 2012**

# INVOICE TOTAL

| | |
|---|---|
| Subtotal for Current Legal Fees | $47,775.00 |
| Less Write Off per Fixed Fee Agreement | -$18,275.00 |
| Total For Current Legal Fees | $29,500.00 |
| **Total For Current Invoice** | **$29,500.00** |

For your convenience, please remit payment to the address below or we offer the option of remitting payment electronically by wire transfer. If you have any questions regarding this information, please contact the lawyer you are working with on this project or Dorsey's Accounts Receivable Department at 1-800-861-0760. Thank you.

Mailing Instructions:            Wire Instructions:
Dorsey & Whitney LLP            U.S. Bank National Association        ABA Routing Number: 091000022
P.O. Box 1680                800 Nicollet Mall                Account Number: 1602-3010-8500
Minneapolis, MN 55480-1680        Minneapolis, MN 55402            Swift Code: USBKUS44IMT

**Please make reference to the invoice number**

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**

03756



**100** CENTURY
A NEW
OF SERVICE
1912 | 2012

◖ ≫ **DORSEY**
DORSEY & WHITNEY LLP

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Funding Company, LLC                          August 7, 2012
One Meridian Crossings                              Invoice No. 1815087
Minneapolis, MN 55423

**Client-Matter No: 355050-00362**

**Secondment of Associate**

---

**For Legal Services Rendered Through June 30, 2012**

| | | | | | |
|---|---|---|---|---|---|
| 06/01/12 | B. Smith | 2,275.00 | 7.00 | 17 | Manage litigation and government investigations and advise client on various regulatory/compliance issues |
| 06/04/12 | B. Smith | 2,275.00 | 7.00 | 17 | Manage litigation and government investigations and advise client on various regulatory/compliance issues |
| 06/05/12 | B. Smith | 2,275.00 | 7.00 | 17 | Manage litigation and government investigations and advise client on various regulatory/compliance issues |
| 06/06/12 | B. Smith | 2,275.00 | 7.00 | 17 | Manage litigation and government investigations and advise client on various regulatory/compliance issues |
| 06/07/12 | B. Smith | 2,275.00 | 7.00 | 17 | Manage litigation and government |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available
upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



Residential Funding Company, LLC                                    August 7, 2012
Client-Matter No.: 355050-00362                                              Page 2
Invoice No.: 1815087

| | | | | | |
|---|---|---|---|---|---|
| | | | | | investigations and advise client on various regulatory/compliance issues |
| 06/08/12 | B. Smith | 2,275.00 | 7.00 | 17 | Manage litigation and government investigations and advise client on various regulatory/compliance issues |
| 06/11/12 | B. Smith | 2,275.00 | 7.00 | 17 | Manage litigation and government investigations and advise client on various regulatory/compliance issues |
| 06/12/12 | B. Smith | 2,275.00 | 7.00 | 17 | Manage litigation and government investigations and advise client on various regulatory/compliance issues |
| 06/13/12 | B. Smith | 2,275.00 | 7.00 | 17 | Manage litigation and government investigations and advise client on various regulatory/compliance issues |
| 06/14/12 | B. Smith | 2,275.00 | 7.00 | 17 | Manage litigation and government investigations and advise client on various regulatory/compliance issues |
| 06/15/12 | B. Smith | 2,275.00 | 7.00 | 17 | Manage litigation and government investigations and advise client on various regulatory/compliance issues |
| 06/18/12 | B. Smith | 2,275.00 | 7.00 | 17 | Manage litigation and government investigations and advise client on various regulatory/compliance issues |
| 06/19/12 | B. Smith | 2,275.00 | 7.00 | 17 | Manage litigation and government investigations and advise client on various regulatory/compliance |

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



Residential Funding Company, LLC                                          August 7, 2012
Client-Matter No.: 355050-00362                                                    Page 3
Invoice No.: 1815087

|  |  |  |  |  | issues |
| 06/20/12 | B. Smith | 2,275.00 | 7.00 | 17 | Manage litigation and government investigations and advise client on various regulatory/compliance issues |
| 06/21/12 | B. Smith | 2,275.00 | 7.00 | 17 | Manage litigation and government investigations and advise client on various regulatory/compliance issues |
| 06/22/12 | B. Smith | 2,275.00 | 7.00 | 17 | Manage litigation and government investigations and advise client on various regulatory/compliance issues |
| 06/25/12 | B. Smith | 2,275.00 | 7.00 | 17 | Manage litigation and government investigations and advise client on various regulatory/compliance issues |
| 06/26/12 | B. Smith | 2,275.00 | 7.00 | 17 | Manage litigation and government investigations and advise client on various regulatory/compliance issues |
| 06/27/12 | B. Smith | 2,275.00 | 7.00 | 17 | Manage litigation and government investigations and advise client on various regulatory/compliance issues |
| 06/28/12 | B. Smith | 2,275.00 | 7.00 | 17 | Manage litigation and government investigations and advise client on various regulatory/compliance issues |
| 06/29/12 | B. Smith | 2,275.00 | 7.00 | 17 | Manage litigation and government investigations and advise client on various regulatory/compliance issues |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



Residential Funding Company, LLC                                    August 7, 2012
Client-Matter No.: 355050-00362                                              Page 4
Invoice No.: 1815087

| **Total Hours** | **147.00** |
|---|---|

| | |
|---|---|
| **Subtotal for Legal Fees** | $47,775.00 |
| **Less Write Off per Fixed Fee Agreement** | -$18,275.00 |
| **Total for Legal Fees** | $29,500.00 |
| **Total This Invoice** | $29,500.00 |

**Timekeeper Summary**

| Timekeeper | Class | Hours | Billed Rate | Amount |
|---|---|---|---|---|
| B. Smith | Associate | 147.00 | 325.00 | 47,775.00 |
| **Total all Timekeepers** | | **147.00** | | **47,775.00** |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Funding Company, LLC                                    August 7, 2012
One Meridian Crossings                                          Invoice No. 1815086
Minneapolis, MN 55423

Client-Matter No.: 355050-00362
Secondment of Associate

**For Legal Services Rendered Through May 31, 2012**

# INVOICE TOTAL

| | |
|---|---|
| Subtotal for Current Legal Fees | $29,575.00 |
| Less Write Off per Fixed Fee Agreement | -$12,445.97 |
| Total For Current Legal Fees | $17,129.03 |
| **Total For Current Invoice** | **$17,129.03** |

For your convenience, please remit payment to the address below or we offer the option of remitting payment electronically by wire transfer.
If you have any questions regarding this information, please contact the lawyer you are working with on this project or Dorsey's Accounts
Receivable Department at 1-800-861-0760. Thank you.

Mailing Instructions:                  Wire Instructions:
Dorsey & Whitney LLP                   U.S. Bank National Association        ABA Routing Number: 091000022
P.O. Box 1680                          800 Nicollet Mall                     Account Number: 1602-3010-8500
Minneapolis, MN 55480-1680            Minneapolis, MN 55402                  Swift Code: USBKUS44IMT

**Please make reference to the invoice number**

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available
upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**

03756



MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Funding Company, LLC                                    August 7, 2012
One Meridian Crossings                                    Invoice No. 1815086
Minneapolis, MN 55423

Client-Matter No: 355050-00362

**Secondment of Associate**

---

**For Legal Services Rendered Through May 31, 2012**

| | | | | | |
|---|---|---|---|---|---|
| 05/14/12 | B. Smith | 2,275.00 | 7.00 | 17 | Manage litigation and government investigations and advise client on various regulatory/compliance issues |
| 05/15/12 | B. Smith | 2,275.00 | 7.00 | 17 | Manage litigation and government investigations and advise client on various regulatory/compliance issues |
| 05/16/12 | B. Smith | 2,275.00 | 7.00 | 17 | Manage litigation and government investigations and advise client on various regulatory/compliance issues |
| 05/17/12 | B. Smith | 2,275.00 | 7.00 | 17 | Manage litigation and government investigations and advise client on various regulatory/compliance issues |
| 05/18/12 | B. Smith | 2,275.00 | 7.00 | 17 | Manage litigation and government |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



Residential Funding Company, LLC                                    August 7, 2012
Client-Matter No.: 355050-00362                                    Page 2
Invoice No.: 1815086

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  |  |  |  | investigations and advise client on various regulatory/compliance issues |
| 05/21/12 | B. Smith | 2,275.00 | 7.00 | 17 | Manage litigation and government investigations and advise client on various regulatory/compliance issues |
| 05/22/12 | B. Smith | 2,275.00 | 7.00 | 17 | Manage litigation and government investigations and advise client on various regulatory/compliance issues |
| 05/23/12 | B. Smith | 2,275.00 | 7.00 | 17 | Manage litigation and government investigations and advise client on various regulatory/compliance issues |
| 05/24/12 | B. Smith | 2,275.00 | 7.00 | 17 | Manage litigation and government investigations and advise client on various regulatory/compliance issues |
| 05/25/12 | B. Smith | 2,275.00 | 7.00 | 17 | Manage litigation and government investigations and advise client on various regulatory/compliance issues |
| 05/29/12 | B. Smith | 2,275.00 | 7.00 | 17 | Manage litigation and government investigations and advise client on various regulatory/compliance issues |
| 05/30/12 | B. Smith | 2,275.00 | 7.00 | 17 | Manage litigation and government investigations and advise client on various regulatory/compliance issues |
| 05/31/12 | B. Smith | 2,275.00 | 7.00 | 17 | Manage litigation and government investigations and advise client on various regulatory/compliance |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



Residential Funding Company, LLC                                           August 7, 2012
Client-Matter No.: 355050-00362                                                    Page 3
Invoice No.: 1815086

                                          issues

| Total Hours | 91.00 |
| --- | --- |

|  |  |
| --- | --- |
| **Subtotal for Legal Fees** | **$29,575.00** |
| **Less Write Off per Fixed Fee Agreement** | **-$12,445.97** |
| **Total for Legal Fees** | **$17,129.03** |
| **Total This Invoice** | **$17,129.03** |

**Timekeeper Summary**

| Timekeeper | Class | Hours | Billed Rate | Amount |
| --- | --- | --- | --- | --- |
| B. Smith | Associate | 91.00 | 325.00 | 29,575.00 |
| **Total all Timekeepers** | | **91.00** | | **29,575.00** |

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available
upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



**MINNEAPOLIS OFFICE**
612-340-2600

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Funding Company, LLC
One Meridian Crossings
Minneapolis, MN 55423

August 7, 2012
Invoice No. 1814955

Client-Matter No.: 355050-00363
Investigation by SIGTARP

**For Legal Services Rendered Through July 31, 2012**

# INVOICE TOTAL

| | |
|---|---|
| Subtotal for Current Legal Fees | $540.00 |
| Less 10% Discount | -$54.00 |
| Total For Current Legal Fees | $486.00 |
| **Total For Current Invoice** | **$486.00** |

For your convenience, please remit payment to the address below or we offer the option of remitting payment electronically by wire transfer. If you have any questions regarding this information, please contact the lawyer you are working with on this project or Dorsey's Accounts Receivable Department at 1-800-861-0760. Thank you.

Mailing Instructions:
Dorsey & Whitney LLP
P.O. Box 1680
Minneapolis, MN 55480-1680

Wire Instructions:
U.S. Bank National Association
800 Nicollet Mall
Minneapolis, MN 55402

ABA Routing Number: 091000022
Account Number: 1602-3010-8500
Swift Code: USBKUS44IMT

**Please make reference to the invoice number**

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY

03756



**MINNEAPOLIS OFFICE**
612-340-2600

(Tax Identification No. 41-0223337)

## STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Funding Company, LLC                                    August 7, 2012
One Meridian Crossings                                         Invoice No. 1814955
Minneapolis, MN 55423

**Client-Matter No: 355050-00363**

**Investigation by SIGTARP**

**For Legal Services Rendered Through July 31, 2012**

| | | | | | |
|---|---|---|---|---|---|
| 07/13/12 | J. Langdon | 61.00 | 0.10 | 19 | Draft memoranda regarding status |
| 07/13/12 | J. Langdon | 61.00 | 0.10 | 19 | Telephone conference with T. Devine regarding status |
| 07/16/12 | J. Langdon | 122.00 | 0.20 | 19 | Telephone conference with T. Devine regarding status of inquiry |
| 07/16/12 | M. Edwards | 40.00 | 0.40 | 19 | Update index to file with all new client and work product materials for transition to Morrison & Foerster Law Firm |
| 07/17/12 | N. Bussiere | 22.00 | 0.10 | 19 | Update index to file with new materials in preparation for transition to Morrison & Foerster |
| 07/19/12 | M. Edwards | 50.00 | 0.50 | 19 | Update index to file with all new client and work product materials for transition to Morrison & Foerster Law Firm |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



Residential Funding Company, LLC
Client-Matter No.: 355050-00363
Invoice No.: 1814955

August 7, 2012
Page 2

| 07/19/12 | N. Bussiere | 66.00 | 0.30 | 19 | Prepare materials for transfer to Morrison & Foerster |
| 07/23/12 | M. Edwards | 30.00 | 0.30 | 19 | Update index to file with all new client and work product materials for transition to Morrison & Foerster Law Firm |
| 07/23/12 | N. Bussiere | 44.00 | 0.20 | 19 | Prepare copy of office file materials for transfer to Morrison & Foerster |
| 07/24/12 | N. Bussiere | 22.00 | 0.10 | 19 | Prepare materials for transfer to Morrison & Foerster |
| 07/24/12 | N. Bussiere | 22.00 | 0.10 | 19 | Conference with K. Schubert regarding transfer of materials to Morrison & Foerster |

**Total Hours**                **2.40**

| | |
|---|---|
| **Subtotal for Legal Fees** | **$540.00** |
| **Less 10% Discount** | **-$54.00** |
| **Total for Legal Fees** | **$486.00** |
| **Total This Invoice** | **$486.00** |

**Timekeeper Summary**

| Timekeeper | Class | Hours | Billed Rate | Amount |
|---|---|---|---|---|
| J. Langdon | Partner | 0.40 | 610.00 | 244.00 |
| M. Edwards | Case Assistant | 1.20 | 100.00 | 120.00 |
| N. Bussiere | Paralegal | 0.80 | 220.00 | 176.00 |
| **Total all Timekeepers** | | **2.40** | | **540.00** |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



**MINNEAPOLIS OFFICE**
612-340-2600

(Tax Identification No. 41-0223337)

## STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Funding Company, LLC                             August 7, 2012
One Meridian Crossings                                  Invoice No. 1814952
Minneapolis, MN 55423

Client-Matter No.: 355050-00363
Investigation by SIGTARP

**For Legal Services Rendered Through May 31, 2012**

# INVOICE TOTAL

| | |
|---|---:|
| Subtotal for Current Legal Fees | $366.00 |
| Less 10% Discount | -$36.60 |
| Total For Current Legal Fees | $329.40 |
| **Total For Current Invoice** | **$329.40** |

For your convenience, please remit payment to the address below or we offer the option of remitting payment electronically by wire transfer. If you have any questions regarding this information, please contact the lawyer you are working with on this project or Dorsey's Accounts Receivable Department at 1-800-861-0760. Thank you.

Mailing Instructions:           Wire Instructions:
Dorsey & Whitney LLP            U.S. Bank National Association      ABA Routing Number: 091000022
P.O. Box 1680                   800 Nicollet Mall                  Account Number: 1602-3010-8500
Minneapolis, MN 55480-1680      Minneapolis, MN 55402              Swift Code: USBKUS44IMT

**Please make reference to the invoice number**

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**

03756



MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Funding Company, LLC                              August 7, 2012
One Meridian Crossings                                  Invoice No. 1814952
Minneapolis,  MN 55423

**Client-Matter No: 355050-00363**

**Investigation by SIGTARP**

_____

**For Legal Services Rendered Through May 31, 2012**

| | | | | | |
|---|---|---|---|---|---|
| 05/15/12 | J. Langdon | 122.00 | 0.20 | 19 | Telephone conference with J. Sellers regarding status and next steps |
| 05/17/12 | J. Langdon | 61.00 | 0.10 | 19 | Memorandum to W. Thompson and team regarding status |
| 05/18/12 | J. Langdon | 61.00 | 0.10 | 19 | Memorandum to W. Thompson |
| 05/21/12 | J. Langdon | 61.00 | 0.10 | 19 | Draft memoranda regarding status |
| 05/22/12 | J. Langdon | 61.00 | 0.10 | 19 | Draft memorandum regarding status |
| | **Total Hours** | | **0.60** | | |

**Subtotal for Legal Fees**                    **$366.00**

**Less 10% Discount**                           **-$36.60**

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available
upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



Residential Funding Company, LLC                                    August 7, 2012
Client-Matter No.: 355050-00363                                             Page 2
Invoice No.: 1814952

| | | |
|---|---|---|
| **Total for Legal Fees** | | **$329.40** |
| **Total This Invoice** | | **$329.40** |

**Timekeeper Summary**

| Timekeeper | Class | Hours | Billed Rate | Amount |
|---|---|---|---|---|
| J. Langdon | Partner | 0.60 | 610.00 | 366.00 |
| **Total all Timekeepers** | | **0.60** | | **366.00** |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available
upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



**MINNEAPOLIS OFFICE**
612-340-2600

(Tax Identification No. 41-0223337)

## STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Funding Company, LLC
One Meridian Crossings
Minneapolis, MN 55423

August 7, 2012
Invoice No. 1814908

Client-Matter No.: 355050-00364
Investigation by US SEC-Los Angeles Division

---

**For Legal Services Rendered Through July 31, 2012**

## INVOICE TOTAL

| | |
|---|---|
| Subtotal for Current Legal Fees | $49,703.00 |
| Less 10% Discount | -$4,970.30 |
| Total For Current Legal Fees | $44,732.70 |
| Total For Current Disbursements and Service Charges | $39.59 |
| **Total For Current Invoice** | **$44,772.29** |

For your convenience, please remit payment to the address below or we offer the option of remitting payment electronically by wire transfer. If you have any questions regarding this information, please contact the lawyer you are working with on this project or Dorsey's Accounts Receivable Department at 1-800-861-0760. Thank you.

Mailing Instructions:
Dorsey & Whitney LLP
P.O. Box 1680
Minneapolis, MN 55480-1680

Wire Instructions:
U.S. Bank National Association
800 Nicollet Mall
Minneapolis, MN 55402

ABA Routing Number: 091000022
Account Number: 1602-3010-8500
Swift Code: USBKUS44IMT

**Please make reference to the invoice number**

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**



**100** A NEW CENTURY OF SERVICE 1912 | 2012

**DORSEY**
DORSEY & WHITNEY LLP

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

## STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Funding Company, LLC
One Meridian Crossings
Minneapolis, MN 55423

August 7, 2012
Invoice No. 1814908

**Client-Matter No: 355050-00364**

**Investigation by US SEC-Los Angeles Division**
**Client No.: 712734**

---

**For Legal Services Rendered Through July 31, 2012**

| Date | Name | Amount | Hours | | Description |
|------|------|--------|-------|---|-------------|
| 07/01/12 | K. Schubert | 59.00 | 0.20 | 19 | Coordinate collection and processing of documents for production |
| 07/02/12 | D. Faith | 76.50 | 0.30 | 19 | Assess status of existing batches and follow up on document review project |
| 07/02/12 | K. Schubert | 236.00 | 0.80 | 19 | Telephone conference with J. Shipler, C. Casey, G. Marty and R. Knudson regarding processing and re-review of rating agency materials |
| 07/02/12 | K. Schubert | 206.50 | 0.70 | 19 | Coordinate establishment of extranet site |
| 07/02/12 | K. Schubert | 590.00 | 2.00 | 19 | Draft memoranda reflecting client meetings and outstanding tasks |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



Residential Funding Company, LLC                          August 7, 2012
Client-Matter No.: 355050-00364                                    Page 2
Invoice No.: 1814908

| | | | | | |
|---|---|---|---|---|---|
| 07/02/12 | K. Schubert | 560.50 | 1.90 | 19 | Coordinate collection, processing, and review of documents for production |
| 07/02/12 | J. Langdon | 305.00 | 0.50 | 19 | Memoranda regarding rating agency document production |
| 07/02/12 | J. Langdon | 305.00 | 0.50 | 19 | Revise work-in-progress chart |
| 07/02/12 | J. Langdon | 61.00 | 0.10 | 19 | Telephone conference with J. Battle regarding status and strategy |
| 07/02/12 | J. Langdon | 671.00 | 1.10 | 19 | Draft memoranda regarding witness interviews and strategy |
| 07/02/12 | J. Langdon | 122.00 | 0.20 | 19 | Telephone conferences regarding rating agency document production |
| 07/02/12 | R. Knudson | 220.00 | 1.00 | 19 | Telephone conference with Kroll Ontrack, DTI, G. Marty and K. Schubert regarding technical issue with missing attachment data in Discovery Partner database |
| 07/02/12 | R. Knudson | 220.00 | 1.00 | 19 | Conference N. Bussiere regarding setup of coding template in Discovery Partner database to facilitate privilege and redaction log coding and discussion of technical issues with missing attachment data in DTI database |
| 07/02/12 | R. Knudson | 88.00 | 0.40 | 19 | Update user security privileges to allow for privilege and redaction log coding by N. Bussiere |
| 07/02/12 | R. Knudson | 440.00 | 2.00 | 19 | Receive and QC electronic document production received from DTI |

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available
upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



Residential Funding Company, LLC                                    August 7, 2012
Client-Matter No.: 355050-00364                                    Page 3
Invoice No.: 1814908

| | | | | | |
|---|---|---|---|---|---|
| 07/02/12 | N. Bussiere | 44.00 | 0.20 | 19 | Update production tracking log and transmit copy to Carpenter Lipps |
| 07/02/12 | N. Bussiere | 132.00 | 0.60 | 19 | Discussions with K. Schubert, G. Marty and R. Knudson regarding DTI and Kroll Ontrack errors in processing ratings agency materials without attachments |
| 07/02/12 | N. Bussiere | 22.00 | 0.10 | 19 | Prepare responses to questionnaire regarding extranet for document sharing with Carpenter Lipps |
| 07/02/12 | N. Bussiere | 242.00 | 1.10 | 19 | Conference with R. Knudson regarding preparation of SEC redaction log, searches for redacted documents, and creation of privilege/redaction fields |
| 07/02/12 | N. Bussiere | 154.00 | 0.70 | 19 | Prepare redaction log |
| 07/03/12 | P. Volpe | 70.50 | 0.30 | 19 | Conference with K. Schubert regarding status of review and analysis of documents |
| 07/03/12 | K. Schubert | 177.00 | 0.60 | 19 | Telephone conference with G. Marty, D. Barthel, R. Knudson and N. Bussiere regarding status of document collection, processing and review |
| 07/03/12 | K. Schubert | 383.50 | 1.30 | 19 | Correspondence with P. Carter and J. Langdon regarding status of document collection, processing and review |
| 07/03/12 | K. Schubert | 501.50 | 1.70 | 19 | Coordinate document collection, processing, and review |
| 07/03/12 | J. Langdon | 61.00 | 0.10 | 19 | Draft memoranda regarding work-in-progress chart |

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available
upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



Residential Funding Company, LLC                                      August 7, 2012
Client-Matter No.: 355050-00364                                                Page 4
Invoice No.: 1814908

| 07/03/12 | J. Langdon | 122.00 | 0.20 | 19 | Draft memoranda regarding coordination of document review |
| 07/03/12 | R. Knudson | 220.00 | 1.00 | 19 | Perform QC of electronic document production received from DTI |
| 07/03/12 | R. Knudson | 44.00 | 0.20 | 19 | Prepare management report transmittal emails for review by K. Schubert |
| 07/03/12 | N. Bussiere | 44.00 | 0.20 | 19 | Emails with DTI regarding inability to log into database |
| 07/03/12 | N. Bussiere | 198.00 | 0.90 | 19 | Conference call regarding document productions and review with K. Schubert, G. Marty and R. Knudson |
| 07/05/12 | P. Volpe | 305.50 | 1.30 | 19 | Conference with K. Schubert, M. Stinson and D. Faith regarding status of document collection and review |
| 07/05/12 | M. Stinson | 282.00 | 1.20 | 19 | Conference with K. Schubert, D. Faith and T. Volpe regarding status of document collection and review |
| 07/05/12 | D. Faith | 331.50 | 1.30 | 19 | Conference with K. Schubert, M. Stinson, and T. Volpe regarding status of document collection and review |
| 07/05/12 | K. Schubert | 383.50 | 1.30 | 19 | Conference with M. Stinson, D. Faith, and T. Volpe regarding status of document collection and review |
| 07/05/12 | K. Schubert | 118.00 | 0.40 | 19 | Collect and review materials in preparation for status conference |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available
upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



Residential Funding Company, LLC                                                    August 7, 2012
Client-Matter No.: 355050-00364                                                          Page 5
Invoice No.: 1814908

| | | | | | |
|---|---|---|---|---|---|
| 07/05/12 | K. Schubert | 413.00 | 1.40 | 19 | Develop draft document review plan proposal |
| 07/05/12 | K. Schubert | 413.00 | 1.40 | 19 | Review documents for production |
| 07/05/12 | K. Schubert | 265.50 | 0.90 | 19 | Coordinate production of documents |
| 07/05/12 | J. Langdon | 183.00 | 0.30 | 19 | Draft memoranda regarding quality control and document reviews |
| 07/05/12 | R. Knudson | 660.00 | 3.00 | 19 | Update electronic document production of MBIA Rating Agency email data |
| 07/05/12 | R. Knudson | 154.00 | 0.70 | 19 | Telephone conference with J. Shipler regarding missing natives and metadata for selected MBIA rating agency email data |
| 07/05/12 | R. Knudson | 110.00 | 0.50 | 19 | Perform final QC for production |
| 07/05/12 | N. Bussiere | 44.00 | 0.20 | 19 | Review emails with DTI regarding MBIA loading issue with Kroll Ontrack |
| 07/06/12 | K. Schubert | 147.50 | 0.50 | 19 | Coordinate production of documents to SEC |
| 07/06/12 | K. Schubert | 118.00 | 0.40 | 19 | Coordinate processing and review of documents for production |
| 07/06/12 | J. Langdon | 183.00 | 0.30 | 19 | Draft memoranda regarding document review and related issues |
| 07/06/12 | J. Langdon | 488.00 | 0.80 | 19 | Telephone conference with J. Battle regarding training of contract review team |
| 07/06/12 | J. Kragness | 40.00 | 0.40 | 19 | Prepare electronically stored information of J. Steinhagen and Shared Directories for attorney |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



Residential Funding Company, LLC                                      August 7, 2012
Client-Matter No.: 355050-00364                                              Page 6
Invoice No.: 1814908

|  |  |  |  |  | review in document management system |
|---|---|---|---|---|---|
| 07/06/12 | J. Kragness | 60.00 | 0.60 | 19 | Process J. Steinhagen and Shared Directory document data to document management system to allow for database searches |
| 07/07/12 | J. Langdon | 305.00 | 0.50 | 19 | Memorandum to bankruptcy counsel regarding history and status of action |
| 07/08/12 | P. Carter | 187.50 | 0.30 | 19 | Review correspondence |
| 07/08/12 | P. Carter | 125.00 | 0.20 | 19 | Draft emails regarding dates for custodial testimony |
| 07/09/12 | P. Volpe | 258.50 | 1.10 | 19 | Review and analyze documents for purposes of quality control |
| 07/09/12 | J. Stilson | 189.00 | 0.60 | 19 | Telephone conferences with K. Schubert and M. Weinbeck regarding status and analysis of deals identified by the SEC |
| 07/09/12 | J. Stilson | 189.00 | 0.60 | 19 | Review materials from K. Schubert regarding status of production and work in progress list |
| 07/09/12 | D. Faith | 76.50 | 0.30 | 19 | Review revised protocol |
| 07/09/12 | K. Schubert | 1,298.00 | 4.40 | 19 | Telephone conference with P. Carter, B. Smith, J. Battle, J. Lipps, T. Underhill, and W. Thompson regarding preparation for SEC call |
| 07/09/12 | K. Schubert | 147.50 | 0.50 | 19 | Telephone conference with R. Lasky, B. Smyth, P. Carter, J. Battle, J. Lipps, and R. Fonz regarding status of SEC investigation and response |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



Residential Funding Company, LLC                                    August 7, 2012
Client-Matter No.: 355050-00364                                          Page 7
Invoice No.: 1814908

| Date | Name | Amount | Hours | | Description |
|------|------|--------|-------|----|-------------|
| 07/09/12 | K. Schubert | 1,003.00 | 3.40 | 19 | Coordinate collection, processing, and review of documents for production |
| 07/09/12 | J. Langdon | 244.00 | 0.40 | 19 | Telephone conference with team regarding status and strategy |
| 07/09/12 | J. Langdon | 244.00 | 0.40 | 19 | Draft memoranda regarding document review protocol |
| 07/09/12 | P. Carter | 312.50 | 0.50 | 19 | Telephone conference with defense group |
| 07/09/12 | P. Carter | 312.50 | 0.50 | 19 | Telephone conference with SEC |
| 07/09/12 | P. Carter | 312.50 | 0.50 | 19 | Draft memorandum regarding same |
| 07/09/12 | P. Carter | 625.00 | 1.00 | 19 | Telephone conference with Orrick |
| 07/09/12 | R. Knudson | 506.00 | 2.30 | 19 | Communications with legal team regarding privilege and redaction log preparations |
| 07/09/12 | R. Knudson | 330.00 | 1.50 | 19 | Prepare third level attorney review QC batches of documents to prepare for production |
| 07/09/12 | N. Bussiere | 66.00 | 0.30 | 19 | Update internal production log and production log transmitted to SEC and send same to G. Marty |
| 07/09/12 | N. Bussiere | 836.00 | 3.80 | 19 | Prepare redaction log |
| 07/10/12 | P. Volpe | 94.00 | 0.40 | 19 | Conference with K. Schubert regarding review and analysis of offering documents |
| 07/10/12 | P. Volpe | 94.00 | 0.40 | 19 | Conference with M. Weinbeck regarding review and analysis of offering documents |
| 07/10/12 | J. Stilson | 945.00 | 3.00 | 19 | Conferences with K. Schubert, J. Langdon, R. Knudson, N. Bussiere |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available
upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



Residential Funding Company, LLC
Client-Matter No.: 355050-00364
Invoice No.: 1814908

August 7, 2012
Page 8

| | | | | | |
|---|---|---|---|---|---|
| | | | | | and G. Marty regarding status of review, collection, and production of documents |
| 07/10/12 | M. Weinbeck | 164.50 | 0.70 | 19 | Conferences with K. Schubert, J. Stilson, and T. Volpe regarding identity and review of prospectus supplements |
| 07/10/12 | M. Stinson | 211.50 | 0.90 | 19 | Review documents for production to the SEC |
| 07/10/12 | D. Faith | 153.00 | 0.60 | 19 | Review complaint for violations of securities law in connection with revised subpoena and protocol |
| 07/10/12 | K. Schubert | 324.50 | 1.10 | 19 | Conferences with J. Langdon and J. Stilson regarding case management and status |
| 07/10/12 | K. Schubert | 442.50 | 1.50 | 19 | Conferences with G. Marty, R. Knudson, N. Bussiere and J. Stilson regarding status of document review and productions |
| 07/10/12 | K. Schubert | 531.00 | 1.80 | 19 | Coordinate collection, processing and review of documents for production |
| 07/10/12 | J. Langdon | 305.00 | 0.50 | 19 | Conference with internal team regarding upcoming tasks and strategy |
| 07/10/12 | J. Langdon | 183.00 | 0.30 | 19 | Draft memoranda regarding document production issues |
| 07/10/12 | J. Langdon | 122.00 | 0.20 | 19 | Draft memoranda regarding witness interviews |
| 07/10/12 | P. Carter | 312.50 | 0.50 | 19 | Review status |
| 07/10/12 | P. Carter | 187.50 | 0.30 | 19 | Conference with K. Schubert regarding same |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



Residential Funding Company, LLC                                    August 7, 2012
Client-Matter No.: 355050-00364                                           Page 9
Invoice No.: 1814908

| 07/10/12 | P. Carter | 312.50 | 0.50 | 19 | Review Vision Users data |
| 07/10/12 | R. Knudson | 330.00 | 1.50 | 19 | Prepare electronic document production of unencrypted excel files originally produced to SEC on 6/5/2012 |
| 07/10/12 | R. Knudson | 330.00 | 1.50 | 19 | Conference with G. Marty, K. Schubert, J. Stilson and N. Bussiere regarding discovery items |
| 07/10/12 | N. Bussiere | 66.00 | 0.30 | 19 | Prepare extranet for sharing of documents and information with Carpenter Lipps |
| 07/10/12 | N. Bussiere | 352.00 | 1.60 | 19 | Conferences with K. Schubert, G. Marty, J. Stilson and R. Knudson regarding document collection, document review, and production to SEC |
| 07/10/12 | N. Bussiere | 44.00 | 0.20 | 19 | Review Carpenter Lipps production logs for reference to Homecomings underwriting guidelines and manuals |
| 07/11/12 | J. Stilson | 31.50 | 0.10 | 19 | Telephone conference with M. Weinbeck regarding deals IDed by SEC |
| 07/11/12 | M. Weinbeck | 70.50 | 0.30 | 19 | Conferences with J. Stilson and K. Schubert regarding identity of subject prospectus supplements |
| 07/11/12 | M. Weinbeck | 94.00 | 0.40 | 19 | Research regarding identity of subject prospectus supplements |
| 07/11/12 | K. Schubert | 118.00 | 0.40 | 19 | Correspondence with J. Langdon regarding engagement status |
| 07/11/12 | K. Schubert | 413.00 | 1.40 | 19 | Coordinate processing and review |

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



Residential Funding Company, LLC                                        August 7, 2012
Client-Matter No.: 355050-00364                                          Page 10
Invoice No.: 1814908

|          |              |        |      |    | of documents for production |
|----------|--------------|--------|------|----|-----------------------------|
| 07/11/12 | K. Schubert  | 118.00 | 0.40 | 19 | Review documents for production |
| 07/11/12 | J. Langdon   | 122.00 | 0.20 | 19 | Conferences with internal team regarding transition process |
| 07/11/12 | J. Langdon   | 61.00  | 0.10 | 19 | Memoranda to and from R. Fons regarding transition |
| 07/11/12 | J. Langdon   | 61.00  | 0.10 | 19 | Draft memorandum regarding transition |
| 07/11/12 | R. Knudson   | 66.00  | 0.30 | 19 | Prepare review sets of selected documents for K. Schubert's final review for production |
| 07/11/12 | M. Edwards   | 100.00 | 1.00 | 19 | Organize documents for attorney review |
| 07/11/12 | N. Bussiere  | 66.00  | 0.30 | 19 | Prepare extranet for sharing of documents and information with Carpenter Lipps |
| 07/11/12 | N. Bussiere  | 572.00 | 2.60 | 19 | Prepare redaction log |
| 07/11/12 | N. Bussiere  | 616.00 | 2.80 | 19 | Prepare privileged document log |
| 07/11/12 | N. Bussiere  | 396.00 | 1.80 | 19 | Prepare working copies of closing documents for five deals the SEC is interested in |
| 07/11/12 | N. Bussiere  | 110.00 | 0.50 | 19 | Conversations with R. Knudson and K. Schubert regarding transition of case to Morrison & Foerster |
| 07/12/12 | K. Schubert  | 29.50  | 0.10 | 19 | Coordinate processing of documents for production |
| 07/12/12 | J. Langdon   | 244.00 | 0.40 | 19 | Memoranda to and from and telephone conference with R. Fons regarding transition |
| 07/12/12 | J. Langdon   | 122.00 | 0.20 | 19 | Telephone conference with P. |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



Residential Funding Company, LLC
Client-Matter No.: 355050-00364
Invoice No.: 1814908

August 7, 2012
Page 11

| | | | | | Carter regarding transition |
|---|---|---|---|---|---|
| 07/12/12 | J. Langdon | 244.00 | 0.40 | 19 | Memoranda to internal team regarding transition process and other matters |
| 07/12/12 | J. Langdon | 183.00 | 0.30 | 19 | Draft memorandum regarding document production issues |
| 07/12/12 | R. Knudson | 220.00 | 1.00 | 19 | Prepare electronic document production |
| 07/12/12 | N. Bussiere | 44.00 | 0.20 | 19 | Conversations with C. Sweeney and J. Stilson regarding transition of case to Morrison & Foerster |
| 07/13/12 | M. Weinbeck | 47.00 | 0.20 | 19 | Conference with K. Schubert regarding transfer of case |
| 07/13/12 | K. Schubert | 413.00 | 1.40 | 19 | Communications with M. Weinbeck, T. Volpe, M. Stinson, D. Faith, G. Marty, N. Bussiere, J. Stilson, and R. Knudson regarding case transition |
| 07/13/12 | J. Langdon | 122.00 | 0.20 | 19 | Memoranda to and from R. Fons regarding transition |
| 07/13/12 | J. Langdon | 183.00 | 0.30 | 19 | Memoranda to and from internal team regarding transition |
| 07/13/12 | P. Carter | 187.50 | 0.30 | 19 | Review emails regarding transition |
| 07/13/12 | N. Bussiere | 22.00 | 0.10 | 19 | Review email from J. Langdon regarding transition of cases to Morrison & Foerster |
| 07/16/12 | J. Stilson | 157.50 | 0.50 | 19 | Conference with K. Schubert, N. Bussiere and R. Knudson regarding transition |
| 07/16/12 | K. Schubert | 118.00 | 0.40 | 19 | Coordinate case transition |
| 07/16/12 | K. Schubert | 147.50 | 0.50 | 19 | Conference with R. Knudson, N. |

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available
upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



Residential Funding Company, LLC                                     August 7, 2012
Client-Matter No.: 355050-00364                                     Page 12
Invoice No.: 1814908

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Bussiere, J. Stilson, and K. Rushing regarding case transition |
| 07/16/12 | J. Langdon | 183.00 | 0.30 | 19 | Telephone conferences with R. Fons regarding transition |
| 07/16/12 | J. Langdon | 366.00 | 0.60 | 19 | Conferences with K. Schubert and J. Stilson regarding transition |
| 07/16/12 | R. Knudson | 88.00 | 0.40 | 19 | Conference with legal team regarding case transition to Morrison & Foerster |
| 07/16/12 | M. Edwards | 40.00 | 0.40 | 19 | Update index to file with all new client and work product materials for transition to Morrison & Foerster Law Firm |
| 07/16/12 | N. Bussiere | 176.00 | 0.80 | 19 | Meeting to transition case to Morrison & Foerster |
| 07/16/12 | N. Bussiere | 132.00 | 0.60 | 19 | Memorandum to K. Schubert regarding transition of the SEC LAX privilege and redaction logs |
| 07/16/12 | N. Bussiere | 132.00 | 0.60 | 19 | Update internal and SEC version of ResCap production dogs |
| 07/16/12 | K. Rushing | 107.50 | 0.50 | 19 | Conference with K. Schubert, J. Stilson, N. Bussiere and R. Knudson regarding transition of files |
| 07/17/12 | K. Schubert | 295.00 | 1.00 | 19 | Telephone conference with N. Serfoss regarding status of case and transition |
| 07/17/12 | K. Schubert | 354.00 | 1.20 | 19 | Telephone conference with G. Marty, J. Battle, D. Barthel, N. Serfoss, and R. Knudson |
| 07/17/12 | K. Schubert | 531.00 | 1.80 | 19 | Coordinate document processing and review |

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available
upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



Residential Funding Company, LLC                                        August 7, 2012
Client-Matter No.: 355050-00364                                              Page 13
Invoice No.: 1814908

| | | | | | |
|---|---|---|---|---|---|
| 07/17/12 | R. Knudson | 440.00 | 2.00 | 19 | Perform QC of electronic document production prepared by DTI |
| 07/17/12 | R. Knudson | 286.00 | 1.30 | 19 | Telephone conference with legal team regarding production and document review status and case transition to Morrison & Foerster |
| 07/17/12 | M. Edwards | 50.00 | 0.50 | 19 | Update index to file with all new client and work product materials for transition to Morrison & Foerster Law Firm |
| 07/17/12 | N. Bussiere | 44.00 | 0.20 | 19 | Update index to file with new materials in preparation for transition to Morrison & Foerster |
| 07/17/12 | N. Bussiere | 858.00 | 3.90 | 19 | Review all correspondence and hard copy documents, creating collection of key documents, emails, and client information for transition to Morrison & Foerster |
| 07/18/12 | K. Schubert | 1,386.50 | 4.70 | 19 | Coordinate processing and review of documents for production |
| 07/18/12 | J. Langdon | 427.00 | 0.70 | 19 | Memoranda regarding transition and document production concerns |
| 07/18/12 | R. Knudson | 550.00 | 2.50 | 19 | Prepare copies of electronic document productions to provide to Morrison & Foerster |
| 07/18/12 | R. Knudson | 330.00 | 1.50 | 19 | Communications with DTI regarding technical problems with electronic document production |
| 07/19/12 | P. Volpe | 23.50 | 0.10 | 19 | Review and analyze documents for quality control purposes |
| 07/19/12 | K. Schubert | 206.50 | 0.70 | 19 | Coordinate processing and review |

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available
upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



Residential Funding Company, LLC                                    August 7, 2012
Client-Matter No.: 355050-00364                                        Page 14
Invoice No.: 1814908

                                                    of documents for production

| | | | | | |
|---|---|---|---|---|---|
| 07/19/12 | K. Schubert | 118.00 | 0.40 | 19 | Analyze transition status and tasks |
| 07/19/12 | J. Langdon | 61.00 | 0.10 | 19 | Draft memoranda regarding transition issues |
| 07/19/12 | R. Knudson | 44.00 | 0.20 | 19 | Prepare third level attorney review QC batches of documents to prepare for production |
| 07/19/12 | M. Edwards | 50.00 | 0.50 | 19 | Update index to file with all new client and work product materials for transition to Morrison & Foerster Law Firm |
| 07/19/12 | N. Bussiere | 506.00 | 2.30 | 19 | Prepare materials for transfer to Morrison & Foerster |
| 07/20/12 | P. Volpe | 70.50 | 0.30 | 19 | Conference with K. Schubert regarding review and analysis of documents for quality control purposes |
| 07/20/12 | P. Volpe | 940.00 | 4.00 | 19 | Review and analyze documents for quality control purposes |
| 07/20/12 | M. Stinson | 658.00 | 2.80 | 19 | Quality control documents for production to the SEC |
| 07/20/12 | K. Schubert | 590.00 | 2.00 | 19 | Coordinate processing and review of documents for production |
| 07/20/12 | K. Schubert | 265.50 | 0.90 | 19 | Coordinate transition tasks |
| 07/20/12 | K. Schubert | 147.50 | 0.50 | 19 | Coordinate production of documents to SEC |
| 07/20/12 | R. Knudson | 550.00 | 2.50 | 19 | Perform QC of electronic document production |
| 07/21/12 | K. Schubert | 590.00 | 2.00 | 19 | Coordinate transition of document production |
| 07/23/12 | P. Volpe | 47.00 | 0.20 | 19 | Organize and compile offering |

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available
upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



Residential Funding Company, LLC                                    August 7, 2012
Client-Matter No.: 355050-00364                                        Page 15
Invoice No.: 1814908

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  |  |  |  | documents review analysis for K. Schubert |
| 07/23/12 | K. Schubert | 295.00 | 1.00 | 19 | Coordinate processing of documents for production |
| 07/23/12 | K. Schubert | 619.50 | 2.10 | 19 | Coordinate transition of tasks |
| 07/23/12 | J. Langdon | 427.00 | 0.70 | 19 | Draft memoranda regarding document production and transition |
| 07/23/12 | M. Edwards | 30.00 | 0.30 | 19 | Update index to file with all new client and work product materials for transition to Morrison & Foerster Law Firm |
| 07/23/12 | N. Bussiere | 66.00 | 0.30 | 19 | Prepare copy of office file materials for transfer to Morrison & Foerster |
| 07/23/12 | N. Bussiere | 22.00 | 0.10 | 19 | Read additional emails regarding VISION database production |
| 07/23/12 | N. Bussiere | 22.00 | 0.10 | 19 | Update production tracking with last week's production to the SEC |
| 07/23/12 | N. Bussiere | 22.00 | 0.10 | 19 | Review email from G. Marty regarding production |
| 07/23/12 | N. Bussiere | 22.00 | 0.10 | 19 | Process executed tolling agreement |
| 07/23/12 | N. Bussiere | 22.00 | 0.10 | 19 | Read email regarding potential production of preliminary loan tapes |
| 07/24/12 | J. Stilson | 567.00 | 1.80 | 19 | Attend transition meeting with P. Carter, K. Schubert, and Morrison & Foerster attorneys |
| 07/24/12 | K. Schubert | 1,032.50 | 3.50 | 19 | Conference with R. Fons, N. Serfoss, P. Carter, J. Stilson and J. Langdon |

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available
upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



Residential Funding Company, LLC                                   August 7, 2012
Client-Matter No.: 355050-00364                                          Page 16
Invoice No.: 1814908

| | | | | |
|---|---|---|---|---|
| 07/24/12 | K. Schubert | 442.50 | 1.50 | 19 | Draft transition memorandum |
| 07/24/12 | K. Schubert | 177.00 | 0.60 | 19 | Coordinate processing of data for production |
| 07/24/12 | J. Langdon | 976.00 | 1.60 | 19 | Participate by phone in conference with R. Fons regarding transition |
| 07/24/12 | P. Carter | 1,562.50 | 2.50 | 19 | Conference with R. Fons and K. Schubert regarding ResCap transition |
| 07/24/12 | R. Knudson | 220.00 | 1.00 | 19 | Communications with DTI and K. Schubert regarding status of outstanding production items |
| 07/24/12 | N. Bussiere | 176.00 | 0.80 | 19 | Prepare materials for transfer to Morrison & Foerster |
| 07/24/12 | N. Bussiere | 22.00 | 0.10 | 19 | Conference with K. Schubert regarding transfer of materials to Morrison & Foerster |
| 07/25/12 | M. Weinbeck | 47.00 | 0.20 | 19 | Conference with K. Schubert regarding compiling documents for transfer of case |
| 07/25/12 | K. Schubert | 177.00 | 0.60 | 19 | Coordinate transition of litigation files |
| 07/25/12 | J. Langdon | 122.00 | 0.20 | 19 | Conference with K. Schubert regarding transition |
| 07/25/12 | N. Bussiere | 264.00 | 1.20 | 19 | Prepare combined spreadsheet of deal analysis by M. Weinbeck and T. Volpe |
| 07/25/12 | N. Bussiere | 66.00 | 0.30 | 19 | Prepare materials for transition and shipment to Morrison & Foerster |
| 07/26/12 | K. Schubert | 59.00 | 0.20 | 19 | Coordinate processing of documents for production |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available
upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



Residential Funding Company, LLC                                          August 7, 2012
Client-Matter No.: 355050-00364                                              Page 17
Invoice No.: 1814908

| | | | | | |
|---|---|---|---|---|---|
| 07/26/12 | J. Langdon | 61.00 | 0.10 | 19 | Telephone conference with R. Fons regarding transition |
| 07/26/12 | R. Knudson | 154.00 | 0.70 | 19 | Perform QC of electronic document production from DTI |
| 07/26/12 | R. Knudson | 22.00 | 0.10 | 19 | Email correspondence with Morrison & Foerster regarding electronic document production from DTI |
| 07/26/12 | N. Bussiere | 44.00 | 0.20 | 19 | Prepare combined spreadsheet of deal analysis by M. Weinbeck and T. Volpe |
| 07/26/12 | N. Bussiere | 132.00 | 0.60 | 19 | Update production tracking information for N. Serfloss |
| 07/30/12 | R. Knudson | 220.00 | 1.00 | 19 | Prepare copies of electronic document productions to send to Morrison & Foerster |
| 07/31/12 | J. Langdon | 122.00 | 0.20 | 19 | Telephone conferences with Mayer Brown regarding Ally Securities subpoena response |

**Total Hours**                                    **167.80**

**Subtotal for Legal Fees**          $49,703.00

**Less 10% Discount**          -$4,970.30

**Total for Legal Fees**          $44,732.70

**Disbursements and Service Charges**

Overnight Delivery Charges                                                          39.59

**Total for Disbursements and Service Charges**          **$39.59**

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



Residential Funding Company, LLC                                    August 7, 2012
Client-Matter No.: 355050-00364                                         Page 18
Invoice No.: 1814908

**Total This Invoice**            **$44,772.29**

## Timekeeper Summary

| Timekeeper | Class | Hours | Billed Rate | Amount |
|---|---|---|---|---|
| P. Volpe | Associate | 8.10 | 235.00 | 1,903.50 |
| J. Stilson | Associate | 6.60 | 315.00 | 2,079.00 |
| M. Weinbeck | Associate | 1.80 | 235.00 | 423.00 |
| M. Stinson | Associate | 4.90 | 235.00 | 1,151.50 |
| D. Faith | Associate | 2.50 | 255.00 | 637.50 |
| K. Schubert | Associate | 57.50 | 295.00 | 16,962.50 |
| J. Langdon | Partner | 13.10 | 610.00 | 7,991.00 |
| P. Carter | Partner | 7.10 | 625.00 | 4,437.50 |
| R. Knudson | Paralegal | 31.10 | 220.00 | 6,842.00 |
| J. Kragness | Case Assistant | 1.00 | 100.00 | 100.00 |
| M. Edwards | Case Assistant | 2.70 | 100.00 | 270.00 |
| N. Bussiere | Paralegal | 30.90 | 220.00 | 6,798.00 |
| K. Rushing | Paralegal | 0.50 | 215.00 | 107.50 |
| **Total all Timekeepers** | | **167.80** | | **49,703.00** |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available
upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Funding Company, LLC
One Meridian Crossings
Minneapolis, MN 55423

August 7, 2012
Invoice No. 1814835

Client-Matter No.: 355050-00364
Investigation by US SEC-Los Angeles Division

**For Legal Services Rendered Through June 30, 2012**

# INVOICE TOTAL

| | |
|---|---:|
| Subtotal for Current Legal Fees | $75,582.00 |
| Less 10% Discount | -$7,558.20 |
| Total For Current Legal Fees | $68,023.80 |
| Total For Current Disbursements and Service Charges | $57.46 |
| **Total For Current Invoice** | **$68,081.26** |

For your convenience, please remit payment to the address below or we offer the option of remitting payment electronically by wire transfer.
If you have any questions regarding this information, please contact the lawyer you are working with on this project or Dorsey's Accounts
Receivable Department at 1-800-861-0760. Thank you.

| Mailing Instructions: | Wire Instructions: | |
|---|---|---|
| Dorsey & Whitney LLP | U.S. Bank National Association | ABA Routing Number: 091000022 |
| P.O. Box 1680 | 800 Nicollet Mall | Account Number: 1602-3010-8500 |
| Minneapolis, MN 55480-1680 | Minneapolis, MN 55402 | Swift Code: USBKUS44lMT |

**Please make reference to the invoice number**

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available
upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**

03756



**100** A NEW CENTURY OF SERVICE 1912 | 2012

**◯ ≫ DORSEY***
DORSEY & WHITNEY LLP

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Funding Company, LLC
One Meridian Crossings
Minneapolis, MN 55423

August 7, 2012
Invoice No. 1814835

**Client-Matter No: 355050-00364**

**Investigation by US SEC-Los Angeles Division**
**Client No.: 712734**

**For Legal Services Rendered Through June 30, 2012**

| Date | Name | Amount | Hours | | Description |
|---|---|---|---|---|---|
| 06/01/12 | P. Volpe | 470.00 | 2.00 | 19 | Review and analyze offering documents |
| 06/01/12 | K. Schubert | 177.00 | 0.60 | 19 | Coordinate processing of documents for production |
| 06/01/12 | J. Langdon | 488.00 | 0.80 | 19 | Review legal research and memoranda regarding representation issues |
| 06/01/12 | J. Langdon | 488.00 | 0.80 | 19 | Draft memoranda to W. Thompson regarding witness representation and other matters |
| 06/01/12 | P. Carter | 437.50 | 0.70 | 19 | Revise joint defense agreement |
| 06/01/12 | P. Carter | 187.50 | 0.30 | 19 | Review tolling agreement |
| 06/02/12 | K. Schubert | 59.00 | 0.20 | 19 | Coordinate processing of documents for production |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



Residential Funding Company, LLC                                    August 7, 2012
Client-Matter No.: 355050-00364                                         Page 2
Invoice No.: 1814835

| Date | Timekeeper | Amount | Hours | | Description |
|---|---|---|---|---|---|
| 06/02/12 | J. Langdon | 122.00 | 0.20 | 19 | Memoranda to J. Battle regarding document review issues |
| 06/03/12 | K. Schubert | 59.00 | 0.20 | 19 | Coordinate processing of documents for production |
| 06/03/12 | R. Knudson | 330.00 | 1.50 | 19 | Receive and QC updated document production set received from DTI |
| 06/04/12 | P. Volpe | 634.50 | 2.70 | 19 | Review and analyze offering documents |
| 06/04/12 | K. Schubert | 413.00 | 1.40 | 19 | Coordinate processing of documents for production |
| 06/04/12 | J. Langdon | 183.00 | 0.30 | 19 | Telephone conferences and memorandum regarding document protocol |
| 06/04/12 | R. Knudson | 1,232.00 | 5.60 | 19 | QC, media of electronic document production to the SEC |
| 06/04/12 | N. Bussiere | 22.00 | 0.10 | 19 | Review emails from DTI regarding fixing their problems with document productions and status of document production |
| 06/05/12 | P. Volpe | 470.00 | 2.00 | 19 | Review and analyze offering documents |
| 06/05/12 | K. Schubert | 295.00 | 1.00 | 19 | Coordinate production of documents to SEC |
| 06/05/12 | K. Schubert | 147.50 | 0.50 | 19 | Telephone conference with G. Marty and R. Knudson regarding status of document collection and review |
| 06/05/12 | J. Langdon | 122.00 | 0.20 | 19 | Conference with P. Carter regarding status and strategy |
| 06/05/12 | J. Langdon | 305.00 | 0.50 | 19 | Memorandum to W. Thompson |

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available
upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



Residential Funding Company, LLC
Client-Matter No.: 355050-00364
Invoice No.: 1814835

August 7, 2012
Page 3

| | | | | | |
|---|---|---|---|---|---|
| | | | | | regarding document review |
| 06/05/12 | J. Langdon | 366.00 | 0.60 | 19 | Draft memoranda regarding production issues |
| 06/05/12 | R. Knudson | 110.00 | 0.50 | 19 | Telephone conference with K. Schubert and G. Marty regarding status of document collection, review and production |
| 06/05/12 | R. Knudson | 176.00 | 0.80 | 19 | Prepare third level attorney review QC batches of documents to prepare for production |
| 06/05/12 | N. Bussiere | 66.00 | 0.30 | 19 | Prepare updates to Work in Progress list and internal Dorsey to-do list with items requested by the SEC in June 1 conference call |
| 06/06/12 | J. Langdon | 183.00 | 0.30 | 19 | Draft memoranda regarding witness indemnification issues |
| 06/06/12 | R. Knudson | 110.00 | 0.50 | 19 | Prepare third level review sets of documents to prepare for production |
| 06/07/12 | P. Volpe | 728.50 | 3.10 | 19 | Review and analyze documents for purposes of quality control |
| 06/07/12 | P. Volpe | 329.00 | 1.40 | 19 | Review and analyze offering documents |
| 06/07/12 | K. Schubert | 177.00 | 0.60 | 19 | Coordinate review of documents for production |
| 06/07/12 | J. Langdon | 183.00 | 0.30 | 19 | Draft memoranda regarding production issues |
| 06/07/12 | J. Langdon | 183.00 | 0.30 | 19 | Conference with P. Carter regarding status and strategy |
| 06/07/12 | J. Langdon | 427.00 | 0.70 | 19 | Research regarding witness indemnification and representation issues |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available
upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



Residential Funding Company, LLC                                      August 7, 2012
Client-Matter No.: 355050-00364                                          Page 4
Invoice No.: 1814835

| | | | | |
|---|---|---|---|---|
| 06/07/12 | P. Carter | 250.00 | 0.40 | 19 | Review revised tolling agreement |
| 06/07/12 | P. Carter | 62.50 | 0.10 | 19 | Draft email regarding revised tolling agreement |
| 06/08/12 | K. Schubert | 147.50 | 0.50 | 19 | Coordinate review of documents for production |
| 06/08/12 | J. Langdon | 122.00 | 0.20 | 19 | Memoranda and telephone conferences regarding production |
| 06/08/12 | J. Langdon | 1,098.00 | 1.80 | 19 | Review key bankruptcy filings |
| 06/08/12 | R. Knudson | 66.00 | 0.30 | 19 | Prepare third level review QC sets to prepare documents for production |
| 06/10/12 | M. Stinson | 564.00 | 2.40 | 19 | Review documents for production quality check to be produced to SEC pursuant to investigation |
| 06/10/12 | D. Faith | 739.50 | 2.90 | 19 | Review documents for production |
| 06/11/12 | M. Weinbeck | 1,950.50 | 8.30 | 19 | Review prospectus supplements |
| 06/11/12 | K. Schubert | 118.00 | 0.40 | 19 | Telephone conferences with P. Carter, W. Thompson, L. Delehey, B. Smith, J. Battle, T. Underhill and G. Marty regarding status of SEC investigation |
| 06/11/12 | K. Schubert | 147.50 | 0.50 | 19 | Coordinate review and processing of documents for production |
| 06/11/12 | J. Langdon | 732.00 | 1.20 | 19 | Memoranda regarding production issues and witness strategy |
| 06/11/12 | J. Langdon | 244.00 | 0.40 | 19 | Conferences regarding production issues and witness strategy |
| 06/11/12 | P. Carter | 312.50 | 0.50 | 19 | Telephone conference with team |
| 06/11/12 | P. Carter | 187.50 | 0.30 | 19 | Draft memorandum regarding telephone conference with team |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



Residential Funding Company, LLC                                    August 7, 2012
Client-Matter No.: 355050-00364                                          Page 5
Invoice No.: 1814835

| 06/11/12 | P. Carter | 312.50 | 0.50 | 19 | Telephone conference with SEC |
| 06/11/12 | P. Carter | 312.50 | 0.50 | 19 | Review work in progress list |
| 06/11/12 | R. Knudson | 154.00 | 0.70 | 19 | Prepare third level review QC sets to prepare documents for production |
| 06/11/12 | N. Bussiere | 66.00 | 0.30 | 19 | Prepare listing of complaints produced in February 2012 for Carpenter Lipps |
| 06/11/12 | N. Bussiere | 66.00 | 0.30 | 19 | Process June 5, 2012 production to the SEC and update production tracking spreadsheet |
| 06/11/12 | K. Rushing | 21.50 | 0.10 | 19 | Review and draft emails regarding document production |
| 06/12/12 | P. Volpe | 258.50 | 1.10 | 19 | Conference with K. Schubert and M. Weinbeck regarding review and analysis of offering documents |
| 06/12/12 | M. Weinbeck | 1,081.00 | 4.60 | 19 | Review and analyze prospectus supplements |
| 06/12/12 | M. Weinbeck | 235.00 | 1.00 | 19 | Conference with K. Schubert and T. Volpe regarding status of review and analysis of prospectus supplements |
| 06/12/12 | D. Faith | 408.00 | 1.60 | 19 | Review documents for production |
| 06/12/12 | K. Schubert | 177.00 | 0.60 | 19 | Telephone conference with P. Carter, R. Lasky, B. Smyth, J. Battle and J. Lipps regarding status of subpoena response |
| 06/12/12 | K. Schubert | 147.50 | 0.50 | 19 | Telephone conference with J. Battle and G. Marty regarding status of document production |
| 06/12/12 | K. Schubert | 1,534.00 | 5.20 | 19 | Coordinate production of |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available
upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



Residential Funding Company, LLC                                    August 7, 2012
Client-Matter No.: 355050-00364                                           Page 6
Invoice No.: 1814835

|            |             |        |      |    |                                                     |
|------------|-------------|--------|------|----|-----------------------------------------------------|
|            |             |        |      |    | documents to SEC                                    |
| 06/12/12   | J. Langdon  | 427.00 | 0.70 | 19 | Review key filings in bankruptcy proceedings        |
| 06/12/12   | J. Langdon  | 244.00 | 0.40 | 19 | Memoranda and conferences regarding document review and production |
| 06/12/12   | P. Carter   | 312.50 | 0.50 | 19 | Revise proposed response                            |
| 06/12/12   | R. Knudson  | 88.00  | 0.40 | 19 | Telephone conference with K. Schubert regarding document review and production status |
| 06/12/12   | R. Knudson  | 110.00 | 0.50 | 19 | Coordinate processing and loading of electronic data received from Kroll Ontrack into document management database to facilitate attorney review and production |
| 06/12/12   | R. Knudson  | 110.00 | 0.50 | 19 | Perform production QC searches to identify documents requiring further review for production |
| 06/12/12   | J. Kragness | 30.00  | 0.30 | 19 | Prepare electronically stored information of L. Gess and W. Thompson for attorney review in document management system |
| 06/12/12   | J. Kragness | 60.00  | 0.60 | 19 | Process L. Gess and W. Thompson document data to document management system to allow for database searches |
| 06/13/12   | P. Volpe    | 164.50 | 0.70 | 19 | Review and analyze documents for quality control purposes |
| 06/13/12   | M. Stinson  | 399.50 | 1.70 | 19 | Review documents for production and QC for production in response to SEC subpoena |
| 06/13/12   | D. Faith    | 357.00 | 1.40 | 19 | Review documents for production             |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



Residential Funding Company, LLC                                        August 7, 2012
Client-Matter No.: 355050-00364                                              Page 7
Invoice No.: 1814835

| 06/13/12 | K. Schubert | 2,124.00 | 7.20 | 19 | Coordinate review, processing, and production of documents |
| 06/13/12 | J. Langdon | 244.00 | 0.40 | 19 | Draft memoranda regarding status of document review and production |
| 06/13/12 | J. Langdon | 61.00 | 0.10 | 19 | Conference with P. Carter regarding strategy |
| 06/13/12 | P. Carter | 187.50 | 0.30 | 19 | Review response to B. Smyth question |
| 06/13/12 | R. Knudson | 110.00 | 0.50 | 19 | Conference with K. Schubert, N. Bussiere and K. Rushing regarding status of discovery projects |
| 06/13/12 | R. Knudson | 220.00 | 1.00 | 19 | Finalize electronic document production to DTI |
| 06/13/12 | R. Knudson | 660.00 | 3.00 | 19 | Prepare electronic document production of complaint and management report documents to the SEC |
| 06/13/12 | R. Knudson | 110.00 | 0.50 | 19 | Investigate technical issues with 6/4/12 document production as reported by the SEC |
| 06/13/12 | N. Bussiere | 176.00 | 0.80 | 19 | Conference with K. Schubert regarding document production issues and projects |
| 06/13/12 | N. Bussiere | 22.00 | 0.10 | 19 | Prepare new client complaints for production |
| 06/13/12 | K. Rushing | 172.00 | 0.80 | 19 | Conference with K. Schubert, N. Bussiere and R. Knudson regarding status of document productions and various items |
| 06/14/12 | P. Volpe | 188.00 | 0.80 | 19 | Review and analyze documents for quality control purposes |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



Residential Funding Company, LLC
Client-Matter No.: 355050-00364
Invoice No.: 1814835

August 7, 2012
Page 8

| 06/14/12 | P. Volpe | 164.50 | 0.70 | 19 | Review offering documents and analyze disclosures over time period of several months |
| 06/14/12 | K. Schubert | 147.50 | 0.50 | 19 | Telephone conference with J. Shipler, G. Marty, and R. Knudson regarding processing of documents for production |
| 06/14/12 | K. Schubert | 295.00 | 1.00 | 19 | Coordinate collection, processing, and review of documents for production |
| 06/14/12 | J. Langdon | 244.00 | 0.40 | 19 | Memoranda to and from B. Smith regarding recent record custodian subpoena |
| 06/14/12 | J. Langdon | 61.00 | 0.10 | 19 | Conference with P. Carter regarding strategy and new subpoena |
| 06/14/12 | J. Langdon | 183.00 | 0.30 | 19 | Review key bankruptcy filings |
| 06/14/12 | J. Langdon | 366.00 | 0.60 | 19 | Analyze new subpoena |
| 06/14/12 | J. Langdon | 61.00 | 0.10 | 19 | Telephone conferences with B. Smith regarding recent record custodian subpoena |
| 06/14/12 | R. Knudson | 88.00 | 0.40 | 19 | Conference with K. Schubert, DTI and G. Marty regarding document production processing |
| 06/14/12 | R. Knudson | 396.00 | 1.80 | 19 | Prepare overlay metadata file with corrected attachment range information of 6/4/12 document production |
| 06/14/12 | R. Knudson | 550.00 | 2.50 | 19 | Finalize request for electronic document production to DTI |
| 06/14/12 | N. Bussiere | 22.00 | 0.10 | 19 | Update production log with newly produced documents |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



Residential Funding Company, LLC                                        August 7, 2012
Client-Matter No.: 355050-00364                                              Page 9
Invoice No.: 1814835

| 06/15/12 | P. Volpe | 94.00 | 0.40 | 19 | Conference with M. Weinbeck regarding results of review and analysis of offering documents |
| 06/15/12 | P. Volpe | 117.50 | 0.50 | 19 | Review offering documents for further analysis |
| 06/15/12 | M. Weinbeck | 117.50 | 0.50 | 19 | Conference with T. Volpe regarding exemplar prospectus supplements |
| 06/15/12 | J. Langdon | 488.00 | 0.80 | 19 | Telephone conference with W. Thompson regarding status and strategy |
| 06/15/12 | J. Langdon | 183.00 | 0.30 | 19 | Conference with P. Carter regarding status and strategy |
| 06/15/12 | J. Langdon | 488.00 | 0.80 | 19 | Telephone conference with client team regarding new subpoena |
| 06/15/12 | P. Carter | 625.00 | 1.00 | 19 | Telephone conference with ResCap group |
| 06/15/12 | P. Carter | 62.50 | 0.10 | 19 | Telephone conference with B. Smyth |
| 06/15/12 | P. Carter | 312.50 | 0.50 | 19 | Telephone conference with J. Blashko |
| 06/18/12 | K. Schubert | 88.50 | 0.30 | 19 | Coordinate processing of documents for production |
| 06/18/12 | J. Langdon | 122.00 | 0.20 | 19 | Conference with P. Carter regarding B. Smyth concerns |
| 06/18/12 | J. Langdon | 122.00 | 0.20 | 19 | Draft memorandum regarding defense strategy |
| 06/18/12 | P. Carter | 312.50 | 0.50 | 19 | Telephone conference with B. Smyth |
| 06/18/12 | P. Carter | 312.50 | 0.50 | 19 | Telephone conference with defense group |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available
upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



Residential Funding Company, LLC                                    August 7, 2012
Client-Matter No.: 355050-00364                                        Page 10
Invoice No.: 1814835

| | | | | | |
|---|---|---|---|---|---|
| 06/18/12 | R. Knudson | 110.00 | 0.50 | 19 | Communications with G. Marty regarding use of Ringtail document database |
| 06/19/12 | K. Schubert | 649.00 | 2.20 | 19 | Coordinate collection, processing and review of documents for production |
| 06/19/12 | J. Langdon | 61.00 | 0.10 | 19 | Prepare notes regarding witness interview issues |
| 06/19/12 | P. Carter | 312.50 | 0.50 | 19 | Telephone conference with defense team |
| 06/19/12 | P. Carter | 312.50 | 0.50 | 19 | Review issues regarding SEC |
| 06/19/12 | P. Carter | 312.50 | 0.50 | 19 | Review spreadsheet |
| 06/19/12 | R. Knudson | 154.00 | 0.70 | 19 | Coordinate processing and loading of management report email data received from Kroll Ontrack into document management database to facilitate attorney review and production |
| 06/19/12 | R. Knudson | 440.00 | 2.00 | 19 | Communications with DTI and legal team regarding status of document production processing |
| 06/20/12 | J. Stilson | 31.50 | 0.10 | 19 | Telephone conference with K. Schubert regarding status of Homecomings documents |
| 06/20/12 | M. Weinbeck | 70.50 | 0.30 | 19 | Prepare summaries of prospective supplements |
| 06/20/12 | K. Schubert | 354.00 | 1.20 | 19 | Conferences with G. Marty, R. Knudson, and N. Bussiere regarding review and production of documents |
| 06/20/12 | K. Schubert | 796.50 | 2.70 | 19 | Coordinate review, collection and processing of documents for |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



Residential Funding Company, LLC
Client-Matter No.: 355050-00364
Invoice No.: 1814835

August 7, 2012
Page 11

| | | | | | |
|---|---|---|---|---|---|
| | | | | | production |
| 06/20/12 | J. Langdon | 183.00 | 0.30 | 19 | Draft memoranda regarding production status and issues |
| 06/20/12 | J. Langdon | 122.00 | 0.20 | 19 | Telephone conference with P. Carter regarding status and strategy |
| 06/20/12 | P. Carter | 312.50 | 0.50 | 19 | Review materials |
| 06/20/12 | P. Carter | 437.50 | 0.70 | 19 | Telephone conference with W. Thompson |
| 06/20/12 | P. Carter | 187.50 | 0.30 | 19 | Review Access issue |
| 06/20/12 | R. Knudson | 286.00 | 1.30 | 19 | Participate in document collection, review and production status call with G. Marty, K. Schubert and N. Bussiere |
| 06/20/12 | N. Bussiere | 242.00 | 1.10 | 19 | Conference call with G. Marty, R. Knudson and K. Schubert to discuss status of all outstanding projects |
| 06/21/12 | K. Schubert | 619.50 | 2.10 | 19 | Coordinate collection, processing and review of documents for production |
| 06/21/12 | J. Langdon | 366.00 | 0.60 | 19 | Draft memoranda regarding document production and other matters |
| 06/21/12 | P. Carter | 312.50 | 0.50 | 19 | Review Access information |
| 06/21/12 | P. Carter | 500.00 | 0.80 | 19 | Telephone conference with team regarding SEC testimony |
| 06/21/12 | R. Knudson | 110.00 | 0.50 | 19 | Prepare electronic document production of native Investor database |
| 06/21/12 | R. Knudson | 814.00 | 3.70 | 19 | Perform QC of electronic |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available
upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



Residential Funding Company, LLC                                         August 7, 2012
Client-Matter No.: 355050-00364                                               Page 12
Invoice No.: 1814835

|  |  |  |  |  | document production received from DTI |
|---|---|---|---|---|---|
| 06/21/12 | N. Bussiere | 22.00 | 0.10 | 19 | Emails from DTI and R. Knudson regarding status of Friday's production to the SEC |
| 06/22/12 | J. Stilson | 409.50 | 1.30 | 19 | Draft witness memorandum for J. Young |
| 06/22/12 | J. Stilson | 283.50 | 0.90 | 19 | Conference with K. Schubert and N. Bussiere regarding fact gathering projects in support of defense |
| 06/22/12 | M. Weinbeck | 235.00 | 1.00 | 19 | Prepare prospective supplements for review |
| 06/22/12 | M. Weinbeck | 94.00 | 0.40 | 19 | Conference with K. Schubert and T. Volpe regarding review of prospective supplements |
| 06/22/12 | K. Schubert | 265.50 | 0.90 | 19 | Conference with J. Stilson and N. Bussiere regarding document productions and claim analysis |
| 06/22/12 | K. Schubert | 265.50 | 0.90 | 19 | Coordinate review and processing of documents for production |
| 06/22/12 | J. Langdon | 122.00 | 0.20 | 19 | Conference with K. Schubert regarding document review process and coding issues |
| 06/22/12 | R. Knudson | 506.00 | 2.30 | 19 | Perform QC of hard drive of electronic document production received from DTI |
| 06/22/12 | N. Bussiere | 286.00 | 1.30 | 19 | Conference with K. Schubert and J. Stilson to discuss review of prospectuses and SEC filings, custodian deposition preparation, and document review and production |

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



Residential Funding Company, LLC                                                August 7, 2012
Client-Matter No.: 355050-00364                                                      Page 13
Invoice No.: 1814835

| | | | | | |
|---|---|---|---|---|---|
| 06/22/12 | N. Bussiere | 44.00 | 0.20 | 19 | Prepare meeting notes and to-do list |
| 06/22/12 | N. Bussiere | 22.00 | 0.10 | 19 | Prepare foam core blow-up of organizational chart |
| 06/22/12 | N. Bussiere | 110.00 | 0.50 | 19 | Prepare index of SEC filings |
| 06/22/12 | N. Bussiere | 44.00 | 0.20 | 19 | Review emails from DTI and R. Knudson regarding status of production of hard drive to the SEC |
| 06/22/12 | N. Bussiere | 22.00 | 0.10 | 19 | Update document production spreadsheet with Investor Database production |
| 06/22/12 | J. Lanz | 412.50 | 1.50 | 19 | Compile Residential Capital SEC filings for N. Bussiere |
| 06/22/12 | K. Rushing | 107.50 | 0.50 | 19 | Review email communications and documents relating to productions |
| 06/22/12 | K. Rushing | 64.50 | 0.30 | 19 | Telephone conference with N. Bussiere regarding meeting and upcoming productions |
| 06/22/12 | K. Rushing | 43.00 | 0.20 | 19 | Email communications with N. Bussiere regarding meeting and upcoming productions |
| 06/23/12 | J. Stilson | 220.50 | 0.70 | 19 | Complete witness memorandum for J. Young |
| 06/23/12 | K. Schubert | 88.50 | 0.30 | 19 | Review correspondence with SEC regarding document productions |
| 06/24/12 | J. Stilson | 535.50 | 1.70 | 19 | Complete witness memoranda for Olson and Lundsten |
| 06/24/12 | K. Schubert | 1,711.00 | 5.80 | 19 | Review and analyze SEC investigation and claims |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



Residential Funding Company, LLC                                    August 7, 2012
Client-Matter No.: 355050-00364                                        Page 14
Invoice No.: 1814835

| | | | | | |
|---|---|---|---|---|---|
| 06/25/12 | K. Schubert | 177.00 | 0.60 | 19 | Telephone conference with W. Thompson, J. Battle, B. Smith, P. Carter, P. Zellmann and T. Underhill regarding SEC call preparation |
| 06/25/12 | K. Schubert | 265.50 | 0.90 | 19 | Telephone conference with R. Lasky, B. Smyth, J. Battle, and P. Carter regarding status of investigation |
| 06/25/12 | K. Schubert | 1,298.00 | 4.40 | 19 | Coordinate collection, processing and review of documents for production |
| 06/25/12 | J. Langdon | 366.00 | 0.60 | 19 | Address coding issue |
| 06/25/12 | J. Langdon | 305.00 | 0.50 | 19 | Conference with client and team regarding status and strategy |
| 06/25/12 | J. Langdon | 122.00 | 0.20 | 19 | Draft memoranda regarding telephone conference with SEC |
| 06/25/12 | J. Langdon | 183.00 | 0.30 | 19 | Review key bankruptcy-related filings |
| 06/25/12 | P. Carter | 500.00 | 0.80 | 19 | Telephone conference with SEC |
| 06/25/12 | P. Carter | 312.50 | 0.50 | 19 | Telephone conference with team regarding production |
| 06/25/12 | N. Bussiere | 286.00 | 1.30 | 19 | Prepare index of SEC filings |
| 06/25/12 | N. Bussiere | 22.00 | 0.10 | 19 | Conference with IRC regarding expansion of search for SEC filings and investor call materials |
| 06/25/12 | N. Bussiere | 22.00 | 0.10 | 19 | Conference with K. Schubert regarding organization and review of SEC filings |
| 06/25/12 | N. Bussiere | 66.00 | 0.30 | 19 | Prepare collection of enlarged organizational charts |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



Residential Funding Company, LLC                                    August 7, 2012
Client-Matter No.: 355050-00364                                        Page 15
Invoice No.: 1814835

| 06/25/12 | N. Bussiere | 22.00 | 0.10 | 19 | Conference with K. Schubert regarding outcomes from conference call with the SEC |
| 06/25/12 | N. Bussiere | 44.00 | 0.20 | 19 | Prepare copy of management reports without parent emails for J. Langdon review |
| 06/25/12 | N. Bussiere | 22.00 | 0.10 | 19 | Conference with K. Schubert regarding email from SEC regarding problems with electronic productions |
| 06/25/12 | N. Bussiere | 66.00 | 0.30 | 19 | Prepare updated SEC production chart for K. Schubert use during SEC call |
| 06/25/12 | J. Lanz | 165.00 | 0.60 | 19 | Provide N. Bussiere with copies of the forms 10K filed by Residential Capital for the years 2002 through 2005 and 2009 through 2011 |
| 06/26/12 | J. Stilson | 63.00 | 0.20 | 19 | Telephone conference with G. Marty regarding Homecomings file issue |
| 06/26/12 | K. Schubert | 147.50 | 0.50 | 19 | Telephone conference with G. Marty, R. Knudson and N. Bussiere regarding status of document productions |
| 06/26/12 | K. Schubert | 147.50 | 0.50 | 19 | Conference with R. Knudson and N. Bussiere regarding project status |
| 06/26/12 | K. Schubert | 295.00 | 1.00 | 19 | Telephone conference with T. Underhill and G. Marty regarding search terms |
| 06/26/12 | K. Schubert | 619.50 | 2.10 | 19 | Coordinate collection and review of documents for production |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available
upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



Residential Funding Company, LLC
Client-Matter No.: 355050-00364
Invoice No.: 1814835

August 7, 2012
Page 16

| 06/26/12 | R. Knudson | 330.00 | 1.50 | 19 | Communications with J. Shipler at DTI regarding status of production processing and other outstanding document review and production items |
| 06/26/12 | R. Knudson | 242.00 | 1.10 | 19 | Telephone conference with K. Schubert, G. Marty and N. Bussiere regarding discovery items |
| 06/26/12 | M. Edwards | 150.00 | 1.50 | 19 | Prepare notebooks of SEC filings for review by attorneys |
| 06/26/12 | N. Bussiere | 154.00 | 0.70 | 19 | Prepare binders of 10-Ks and 10-Qs |
| 06/26/12 | N. Bussiere | 242.00 | 1.10 | 19 | Conference call with K. Schubert, R. Knudson and G. Marty regarding status of document review and document production |
| 06/26/12 | N. Bussiere | 44.00 | 0.20 | 19 | Prepare agenda for conference call with Carpenter Lipps |
| 06/26/12 | N. Bussiere | 22.00 | 0.10 | 19 | Follow up with J. Stilson regarding Homecomings website collection |
| 06/26/12 | N. Bussiere | 22.00 | 0.10 | 19 | Prepare to-do list from team meeting |
| 06/26/12 | N. Bussiere | 176.00 | 0.80 | 19 | Search database for parent emails of management reports |
| 06/27/12 | K. Schubert | 147.50 | 0.50 | 19 | Telephone conference with J. Battle, G. Marty and J. Langdon regarding document analysis |
| 06/27/12 | K. Schubert | 796.50 | 2.70 | 19 | Coordinate collection, processing and review of documents for production |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



Residential Funding Company, LLC                                    August 7, 2012
Client-Matter No.: 355050-00364                                          Page 17
Invoice No.: 1814835

| 06/27/12 | J. Langdon | 1,403.00 | 2.30 | 19 | Attention to satisfaction of SEC demands with SEC |
| 06/27/12 | R. Knudson | 220.00 | 1.00 | 19 | Perform test import of document production load files into Concordance database for final QC |
| 06/27/12 | R. Knudson | 286.00 | 1.30 | 19 | Prepare third level attorney review QC batches of documents to prepare for production |
| 06/27/12 | R. Knudson | 220.00 | 1.00 | 19 | Perform test import of document production load files into Concordance database for final QC |
| 06/27/12 | M. Edwards | 330.00 | 3.30 | 19 | Prepare notebooks of SEC filings for review by attorneys |
| 06/27/12 | N. Bussiere | 110.00 | 0.50 | 19 | Prepare binders of 10-Ks and 10-Qs |
| 06/27/12 | N. Bussiere | 462.00 | 2.10 | 19 | Search database for parent emails of management reports |
| 06/28/12 | P. Volpe | 916.50 | 3.90 | 19 | Review and analyze documents for quality control purposes |
| 06/28/12 | D. Faith | 994.50 | 3.90 | 19 | Review documents for production |
| 06/28/12 | K. Schubert | 1,976.50 | 6.70 | 19 | Conferences with W. Thompson, P. Carter, J. Langdon, J. Battle, J. Lipps, B. Smith, P. Zellmann, T. Underhill, J. Ruckdaschel and J. Blaschko regarding subpoena response strategy |
| 06/28/12 | J. Langdon | 3,660.00 | 6.00 | 19 | Prepare for conference with W. Thompson and internal team regarding upcoming depositions and document production matters |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available
upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



Residential Funding Company, LLC                                        August 7, 2012
Client-Matter No.: 355050-00364                                              Page 18
Invoice No.: 1814835

| | | | | |
|---|---|---|---|---|
| 06/28/12 | J. Langdon | 122.00 | 0.20 | 19 | Draft memoranda regarding document collection and other matters |
| 06/28/12 | P. Carter | 4,375.00 | 7.00 | 19 | Attend summit |
| 06/28/12 | R. Knudson | 638.00 | 2.90 | 19 | Verify receipt of transmitting email files for management reports produced to SEC |
| 06/28/12 | R. Knudson | 110.00 | 0.50 | 19 | Communication with DTI regarding password protected excel files produced to SEC |
| 06/28/12 | N. Bussiere | 44.00 | 0.20 | 19 | Update production spreadsheet with newest productions |
| 06/28/12 | N. Bussiere | 132.00 | 0.60 | 19 | Locate orphan management report cover emails in database |
| 06/29/12 | P. Volpe | 329.00 | 1.40 | 19 | Review and analyze documents for quality control purposes |
| 06/29/12 | P. Volpe | 117.50 | 0.50 | 19 | Telephone conference with K. Schubert and N. Bussiere regarding review and analysis of documents for quality control purposes |
| 06/29/12 | K. Schubert | 1,003.00 | 3.40 | 19 | Coordinate processing, collection and review of documents for production |
| 06/29/12 | K. Schubert | 442.50 | 1.50 | 19 | Telephone conferences with G. Marty, R. Knudson, and T. Volpe regarding document family collection |
| 06/29/12 | J. Langdon | 183.00 | 0.30 | 19 | Prepare for and conference with P. Carter and K. Schubert regarding upcoming tasks and defense strategy issues |

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available
upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



Residential Funding Company, LLC                                            August 7, 2012
Client-Matter No.: 355050-00364                                                 Page 19
Invoice No.: 1814835

| 06/29/12 | J. Langdon | 122.00 | 0.20 | 19 | Draft memoranda regarding document production issues |
| 06/29/12 | P. Carter | 187.50 | 0.30 | 19 | Conference with J. Langdon and K. Schubert |
| 06/29/12 | R. Knudson | 66.00 | 0.30 | 19 | Coordinate third level document review assignments |
| 06/29/12 | R. Knudson | 176.00 | 0.80 | 19 | Address technical problem with data in Discovery Partner database with J. Shipler |
| 06/29/12 | R. Knudson | 506.00 | 2.30 | 19 | QC load files of MBIA Rating Agency production documents |
| 06/29/12 | N. Bussiere | 66.00 | 0.30 | 19 | Conference with K. Schubert and T. Volpe regarding third level review and issues with DTI processing of emails without family members |
| 06/29/12 | N. Bussiere | 44.00 | 0.20 | 19 | Conference with R. Knudson regarding third level review and issues with DTI processing of emails without family members |
| 06/29/12 | N. Bussiere | 396.00 | 1.80 | 19 | Address third level T. Volpe batch of responsive documents for issues of blank emails and links to newsletters that should have been tagged non-responsive |
| 06/30/12 | K. Schubert | 295.00 | 1.00 | 19 | Draft email memorandum reflecting issues with document collection, processing, and review |

**Total Hours**                                236.00

**Subtotal for Legal Fees**         **$75,582.00**

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available
upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**

**100** CENTURY
OF SERVICE
1912 | 2012

◁ 》 **DORSEY**
DORSEY & WHITNEY LLP

Residential Funding Company, LLC                                    August 7, 2012
Client-Matter No.: 355050-00364                                    Page 20
Invoice No.: 1814835

| | |
|---|---:|
| **Less 10% Discount** | **-$7,558.20** |
| **Total for Legal Fees** | **$68,023.80** |

## Disbursements and Service Charges

| | |
|---|---:|
| Overnight Delivery Charges | 57.46 |
| **Total for Disbursements and Service Charges** | **$57.46** |
| **Total This Invoice** | **$68,081.26** |

## Timekeeper Summary

| Timekeeper | Class | Hours | Billed Rate | Amount |
|---|---|---:|---:|---:|
| P. Volpe | Associate | 21.20 | 235.00 | 4,982.00 |
| J. Stilson | Associate | 4.90 | 315.00 | 1,543.50 |
| M. Weinbeck | Associate | 16.10 | 235.00 | 3,783.50 |
| M. Stinson | Associate | 4.10 | 235.00 | 963.50 |
| D. Faith | Associate | 9.80 | 255.00 | 2,499.00 |
| K. Schubert | Associate | 63.10 | 295.00 | 18,614.50 |
| J. Langdon | Partner | 26.00 | 610.00 | 15,860.00 |
| P. Carter | Partner | 19.60 | 625.00 | 12,250.00 |
| R. Knudson | Paralegal | 44.70 | 220.00 | 9,834.00 |
| J. Kragness | Case Assistant | 0.90 | 100.00 | 90.00 |
| M. Edwards | Case Assistant | 4.80 | 100.00 | 480.00 |
| N. Bussiere | Paralegal | 16.80 | 220.00 | 3,696.00 |
| J. Lanz | Paralegal | 2.10 | 275.00 | 577.50 |
| K. Rushing | Paralegal | 1.90 | 215.00 | 408.50 |
| **Total all Timekeepers** | | **236.00** | | **75,582.00** |

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available
upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Funding Company, LLC
One Meridian Crossings
Minneapolis, MN 55423

August 7, 2012
Invoice No. 1814814

Client-Matter No.: 355050-00364
Investigation by US SEC-Los Angeles Division

**For Legal Services Rendered Through May 31, 2012**

# INVOICE TOTAL

| | |
|---|---:|
| Subtotal for Current Legal Fees | $45,937.00 |
| Less 10% Discount | -$4,593.70 |
| Total For Current Legal Fees | $41,343.30 |
| Total For Current Disbursements and Service Charges | $41.73 |
| **Total For Current Invoice** | **$41,385.03** |

For your convenience, please remit payment to the address below or we offer the option of remitting payment electronically by wire transfer. If you have any questions regarding this information, please contact the lawyer you are working with on this project or Dorsey's Accounts Receivable Department at 1-800-861-0760. Thank you.

Mailing Instructions:
Dorsey & Whitney LLP
P.O. Box 1680
Minneapolis, MN 55480-1680

Wire Instructions:
U.S. Bank National Association
800 Nicollet Mall
Minneapolis, MN  55402

ABA Routing Number: 091000022
Account Number: 1602-3010-8500
Swift Code: USBKUS44IMT

**Please make reference to the invoice number**

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**

03756



MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

## STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Funding Company, LLC
One Meridian Crossings
Minneapolis, MN 55423

August 7, 2012
Invoice No. 1814814

**Client-Matter No: 355050-00364**

**Investigation by US SEC-Los Angeles Division**
**Client No.: 712734**

**For Legal Services Rendered Through May 31, 2012**

| | | | | | |
|---|---|---|---|---|---|
| 05/14/12 | P. Volpe | 587.50 | 2.50 | 19 | Review and analyze offering documents |
| 05/14/12 | P. Volpe | 141.00 | 0.60 | 19 | Review and analyze SEC subpoena |
| 05/14/12 | K. Schubert | 442.50 | 1.50 | 19 | Coordinate review, collection, and processing of documents |
| 05/14/12 | J. Langdon | 183.00 | 0.30 | 19 | Draft memoranda regarding production issues and other matters |
| 05/14/12 | R. Knudson | 110.00 | 0.50 | 19 | Perform searches in DTI database of Compliance documents to verify |
| 05/14/12 | R. Knudson | 88.00 | 0.40 | 19 | Review search syntax of DTI potentially privileged name list |
| 05/14/12 | R. Knudson | 220.00 | 1.00 | 19 | QC coding to prepare for third |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



Residential Funding Company, LLC                                     August 7, 2012
Client-Matter No.: 355050-00364                                              Page 2
Invoice No.: 1814814

|  |  |  |  |  | level review |
| 05/14/12 | J. Kragness | 30.00 | 0.30 | 19 | Prepare electronically stored information of DTI documents for attorney review in document management system |
| 05/14/12 | J. Kragness | 30.00 | 0.30 | 19 | Process DTI document data to document management system to allow for database searches |
| 05/15/12 | P. Volpe | 1,433.50 | 6.10 | 19 | Review and analyze offering documents |
| 05/15/12 | M. Stinson | 164.50 | 0.70 | 19 | Research per K. Schubert regarding whether a bankruptcy automatic stay applies to SEC enforcement actions |
| 05/15/12 | M. Stinson | 70.50 | 0.30 | 19 | Draft email per K. Schubert regarding whether a bankruptcy automatic stay applies to SEC enforcement actions |
| 05/15/12 | K. Schubert | 118.00 | 0.40 | 19 | Coordinate review and processing of documents |
| 05/15/12 | K. Schubert | 118.00 | 0.40 | 19 | Telephone conference with G. Marty regarding status of document collection and review |
| 05/15/12 | J. Langdon | 61.00 | 0.10 | 19 | Draft memoranda regarding status of production |
| 05/15/12 | R. Knudson | 88.00 | 0.40 | 19 | Analysis regarding collection of email documents transmitting management report documents |
| 05/15/12 | R. Knudson | 66.00 | 0.30 | 19 | Discussion with G. Marty regarding collection of email documents transmitting management report documents |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



Residential Funding Company, LLC                                              August 7, 2012
Client-Matter No.: 355050-00364                                                    Page 3
Invoice No.: 1814814

| | | | | | |
|---|---|---|---|---|---|
| 05/15/12 | N. Bussiere | 88.00 | 0.40 | 19 | Update document production spreadsheet and spreadsheet sent to SEC |
| 05/15/12 | N. Bussiere | 22.00 | 0.10 | 19 | Update project list for Dorsey/Carpenter Lipps |
| 05/15/12 | N. Bussiere | 22.00 | 0.10 | 19 | Production of additional management reports, audit reports, and due diligence materials |
| 05/15/12 | N. Bussiere | 22.00 | 0.10 | 19 | Review email from K. Schubert regarding listing of attorney names for privilege review and review protocol and receipt of data load summary |
| 05/15/12 | N. Bussiere | 22.00 | 0.10 | 19 | Review email from J. Langdon regarding bankruptcy filing of ResCap |
| 05/15/12 | N. Bussiere | 22.00 | 0.10 | 19 | Review email from K. Schubert regarding projects and information from telephone call with SEC |
| 05/15/12 | N. Bussiere | 22.00 | 0.10 | 19 | Review emails from DTI regarding investigation and correction of their errors in database |
| 05/15/12 | N. Bussiere | 44.00 | 0.20 | 19 | Review emails from G. Marty and K. Schubert regarding the document collection and production of emails attached to management reports |
| 05/16/12 | P. Volpe | 517.00 | 2.20 | 19 | Review and analyze offering documents |
| 05/16/12 | M. Stinson | 258.50 | 1.10 | 19 | Research the origin and application of 11 U.S.C. 362(b)(25) and whether it applies |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available
upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



Residential Funding Company, LLC                                              August 7, 2012
Client-Matter No.: 355050-00364                                                      Page 4
Invoice No.: 1814814

|          |              |        |      |    |                                                        |
|----------|--------------|--------|------|----|--------------------------------------------------------|
|          |              |        |      |    | to the SEC when an entity under investigation files bankruptcy |
| 05/16/12 | K. Schubert  | 236.00 | 0.80 | 19 | Coordinate collection and review of documents          |
| 05/16/12 | J. Langdon   | 183.00 | 0.30 | 19 | Conference with M. Ware regarding response to subpoenas |
| 05/16/12 | R. Knudson   | 308.00 | 1.40 | 19 | Perform QC of compliance data review to identify documents requiring further attorney review |
| 05/17/12 | K. Schubert  | 177.00 | 0.60 | 19 | Telephone conference with SEC team                     |
| 05/17/12 | K. Schubert  | 944.00 | 3.20 | 19 | Coordinate collection, review and processing of documents for production |
| 05/17/12 | J. Langdon   | 183.00 | 0.30 | 19 | Telephone conference with P. Carter regarding status and strategy |
| 05/17/12 | P. Carter    | 312.50 | 0.50 | 19 | Telephone conference with defense team regarding SEC issues |
| 05/17/12 | P. Carter    | 312.50 | 0.50 | 19 | Telephone conference with SEC                          |
| 05/17/12 | P. Carter    | 312.50 | 0.50 | 19 | Prepare for SEC call and review production issues      |
| 05/17/12 | R. Knudson   | 440.00 | 2.00 | 19 | Perform QC of corrected production data received from DTI |
| 05/18/12 | P. Volpe     | 235.00 | 1.00 | 19 | Document review quality control training               |
| 05/18/12 | P. Volpe     | 540.50 | 2.30 | 19 | Review and analyze offering documents                  |
| 05/18/12 | M. Stinson   | 282.00 | 1.20 | 19 | Attend document review interface and protocol training session |
| 05/18/12 | K. Schubert  | 295.00 | 1.00 | 19 | Conference with R. Knudson, M.                         |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available
upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



Residential Funding Company, LLC                                    August 7, 2012
Client-Matter No.: 355050-00364                                        Page 5
Invoice No.: 1814814

|  |  |  |  |  | Stinson and T. Volpe regarding review training |
|---|---|---|---|---|---|
| 05/18/12 | K. Schubert | 737.50 | 2.50 | 19 | Coordinate collection, processing and review of documents for production to SEC |
| 05/18/12 | J. Langdon | 61.00 | 0.10 | 19 | Draft memoranda regarding production issues |
| 05/18/12 | J. Langdon | 122.00 | 0.20 | 19 | Telephone conferences with B. Smith regarding indemnification and other issues |
| 05/18/12 | J. Langdon | 244.00 | 0.40 | 19 | Analyze shared services agreement and potential conflicts issue regarding joint representations |
| 05/18/12 | J. Langdon | 122.00 | 0.20 | 19 | Conference with P. Carter regarding status and strategy |
| 05/18/12 | P. Carter | 312.50 | 0.50 | 19 | Telephone conference with B. Smith regarding SEC issues |
| 05/18/12 | P. Carter | 312.50 | 0.50 | 19 | Telephone conference with G. Lee regarding SEC issues |
| 05/18/12 | P. Carter | 312.50 | 0.50 | 19 | Review services agreement |
| 05/18/12 | R. Knudson | 440.00 | 2.00 | 19 | Verify receipt of transmittal emails for management report documents from Kroll Ontrack database |
| 05/18/12 | R. Knudson | 396.00 | 1.80 | 19 | Reviewer training for third level document review in Discovery Partner database |
| 05/21/12 | P. Volpe | 141.00 | 0.60 | 19 | Review and analyze background materials for Discovery Partner document review |
| 05/21/12 | M. Stinson | 235.00 | 1.00 | 19 | Review documents for production to the SEC |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available
upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



Residential Funding Company, LLC                                    August 7, 2012
Client-Matter No.: 355050-00364                                           Page 6
Invoice No.: 1814814

| 05/21/12 | D. Faith | 357.00 | 1.40 | 19 | Review documents for production |
| 05/21/12 | K. Schubert | 295.00 | 1.00 | 19 | Telephone conference with P. Carter, J. Battle, J. Ruckdaschel, P. Carter and others regarding SEC response |
| 05/21/12 | K. Schubert | 295.00 | 1.00 | 19 | Coordinate review and collection of documents for production |
| 05/21/12 | J. Langdon | 183.00 | 0.30 | 19 | Draft memoranda regarding status of production and related issues |
| 05/21/12 | P. Carter | 187.50 | 0.30 | 19 | Telephone conference with B. Smith regarding status |
| 05/21/12 | P. Carter | 312.50 | 0.50 | 19 | Telephone conference with E. Schnabel, T. Kelly, K. Jorgensen regarding bankruptcy issues |
| 05/21/12 | P. Carter | 625.00 | 1.00 | 19 | Review shared services agreement |
| 05/21/12 | P. Carter | 312.50 | 0.50 | 19 | Telephone conference with defense team regarding status |
| 05/21/12 | P. Carter | 312.50 | 0.50 | 19 | Telephone conference with SEC |
| 05/21/12 | P. Carter | 125.00 | 0.20 | 19 | Draft email regarding telephone conference with SEC |
| 05/21/12 | R. Knudson | 110.00 | 0.50 | 19 | Perform Discovery Partner review training for D. Faith |
| 05/22/12 | P. Volpe | 23.50 | 0.10 | 19 | Telephone conference with R. Knudson regarding quality control document review |
| 05/22/12 | P. Volpe | 235.00 | 1.00 | 19 | Review and analyze offering documents including notation of observations and patterns from documents analyzed thus far |
| 05/22/12 | P. Volpe | 23.50 | 0.10 | 19 | Email to K. Schubert regarding quality control |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



Residential Funding Company, LLC                                     August 7, 2012
Client-Matter No.: 355050-00364                                              Page 7
Invoice No.: 1814814

| | | | | | |
|---|---|---|---|---|---|
| 05/22/12 | D. Faith | 637.50 | 2.50 | 19 | Review documents for production |
| 05/22/12 | K. Schubert | 354.00 | 1.20 | 19 | Coordinate collection, processing and review of documents for production |
| 05/22/12 | K. Schubert | 147.50 | 0.50 | 19 | Telephone conference with G. Marty regarding collection, processing and review of documents for production |
| 05/22/12 | J. Langdon | 1,159.00 | 1.90 | 19 | Conferences regarding strategy and potential conflicts |
| 05/22/12 | P. Carter | 125.00 | 0.20 | 19 | Exchange emails with G. Lee regarding tolling issues |
| 05/22/12 | P. Carter | 312.50 | 0.50 | 19 | Review tolling agreement issue |
| 05/22/12 | P. Carter | 187.50 | 0.30 | 19 | Conference with B. Smith regarding tolling agreement |
| 05/22/12 | P. Carter | 625.00 | 1.00 | 19 | Conference with team regarding bankruptcy protocol |
| 05/22/12 | P. Carter | 125.00 | 0.20 | 19 | Conference with team regarding document review |
| 05/22/12 | R. Knudson | 220.00 | 1.00 | 19 | Communications with G. Marty and Kroll Ontrack regarding email data transmitting management report documents as requested by the SEC |
| 05/22/12 | N. Bussiere | 198.00 | 0.90 | 19 | Conference call with G. Marty and K. Schubert regarding status of discovery projects |
| 05/23/12 | M. Stinson | 164.50 | 0.70 | 19 | Review documents for production |
| 05/23/12 | D. Faith | 178.50 | 0.70 | 19 | Review documents for production |
| 05/23/12 | K. Schubert | 236.00 | 0.80 | 19 | Coordinate review, collection, and processing of documents |

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



Residential Funding Company, LLC                                      August 7, 2012
Client-Matter No.: 355050-00364                                      Page 8
Invoice No.: 1814814

| 05/23/12 | J. Langdon | 183.00 | 0.30 | 19 | Conference with P. Carter and K. Schubert regarding strategy |
| 05/23/12 | J. Langdon | 183.00 | 0.30 | 19 | Telephone conference with W. Thompson regarding status and strategy |
| 05/23/12 | J. Langdon | 610.00 | 1.00 | 19 | Draft memoranda regarding representation of individual witnesses and other discovery matters |
| 05/23/12 | J. Langdon | 122.00 | 0.20 | 19 | Telephone conferences regarding representation of individual witnesses and other discovery matters |
| 05/23/12 | P. Carter | 625.00 | 1.00 | 19 | Review bankruptcy documents |
| 05/23/12 | P. Carter | 125.00 | 0.20 | 19 | Conference with J. Langdon |
| 05/23/12 | R. Knudson | 220.00 | 1.00 | 19 | Prepare third level attorney review batches of selected Compliance and business report documents |
| 05/23/12 | R. Knudson | 330.00 | 1.50 | 19 | Perform document database searches to QC and verify production set in Compliance documents |
| 05/24/12 | P. Volpe | 235.00 | 1.00 | 19 | Review and analyze documents for purposes of quality control |
| 05/24/12 | M. Stinson | 305.50 | 1.30 | 19 | Review documents for production to the Securities and Exchange Commission |
| 05/24/12 | K. Schubert | 324.50 | 1.10 | 19 | Coordinate review and processing of documents for production |
| 05/24/12 | J. Langdon | 671.00 | 1.10 | 19 | Telephone conference with W. Thompson and L. Delehy regarding strategy and separate |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



Residential Funding Company, LLC
Client-Matter No.: 355050-00364
Invoice No.: 1814814

August 7, 2012
Page 9

interest issues

| 05/24/12 | J. Langdon | 610.00 | 1.00 | 19 | Telephone conferences with external team regarding strategy and separate interest issues |
| 05/24/12 | P. Carter | 125.00 | 0.20 | 19 | Telephone conference with R. Lasky regarding tolling agreement |
| 05/24/12 | P. Carter | 812.50 | 1.30 | 19 | Conference with B. Thompson and L. Delehey regarding status |
| 05/24/12 | P. Carter | 437.50 | 0.70 | 19 | Conference with defense team regarding SEC matter |
| 05/24/12 | P. Carter | 125.00 | 0.20 | 19 | Telephone conference with J. Ruckdaschel regarding status |
| 05/24/12 | R. Knudson | 66.00 | 0.30 | 19 | Prepare third level review QC sets of Business Report documents |
| 05/24/12 | R. Knudson | 66.00 | 0.30 | 19 | Perform Discovery Partner database training with T. Volpe |
| 05/24/12 | R. Knudson | 66.00 | 0.30 | 19 | Conference with K. Schubert regarding status of document review and production preparations |
| 05/24/12 | R. Knudson | 352.00 | 1.60 | 19 | Correspondence with Kroll Ontrack regarding identification and collection of email documents attaching Management Report documents as requested by the SEC |
| 05/24/12 | R. Knudson | 154.00 | 0.70 | 19 | Troubleshoot technical issues with reporting function with DTI technical support team |
| 05/25/12 | P. Volpe | 117.50 | 0.50 | 19 | Conference with K. Schubert regarding research and analysis of offering documents |

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available
upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



Residential Funding Company, LLC                                    August 7, 2012
Client-Matter No.: 355050-00364                                         Page 10
Invoice No.: 1814814

| 05/25/12 | P. Volpe | 23.50 | 0.10 | 19 | Telephone conference with M. Weinbeck regarding research and analysis of offering documents |
| 05/25/12 | M. Weinbeck | 117.50 | 0.50 | 19 | Conference with K. Schubert and P. Volpe regarding review of prospectus materials |
| 05/25/12 | M. Weinbeck | 70.50 | 0.30 | 19 | Review of prospectus materials |
| 05/25/12 | K. Schubert | 147.50 | 0.50 | 19 | Review documents for production |
| 05/25/12 | K. Schubert | 59.00 | 0.20 | 19 | Correspondence with J. Battle regarding production of data |
| 05/25/12 | K. Schubert | 442.50 | 1.50 | 19 | Coordinate review and processing of documents for production |
| 05/25/12 | J. Langdon | 61.00 | 0.10 | 19 | Draft memorandum regarding document production issues |
| 05/25/12 | P. Carter | 312.50 | 0.50 | 19 | Review joint defense documents |
| 05/25/12 | P. Carter | 937.50 | 1.50 | 19 | Draft memorandum regarding shared services agreement and related issues |
| 05/25/12 | R. Knudson | 220.00 | 1.00 | 19 | Finalize document production request to DTI |
| 05/25/12 | N. Bussiere | 22.00 | 0.10 | 19 | Prepare documents for production |
| 05/27/12 | P. Volpe | 117.50 | 0.50 | 19 | Review offering documents |
| 05/28/12 | P. Volpe | 705.00 | 3.00 | 19 | Review and analyze offering documents |
| 05/28/12 | J. Langdon | 183.00 | 0.30 | 19 | Outline upcoming issues and tasks |
| 05/29/12 | P. Volpe | 587.50 | 2.50 | 19 | Review and analyze offering documents |
| 05/29/12 | J. Stilson | 189.00 | 0.60 | 19 | Confer with K. Schubert regarding status of projects and collection efforts |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



Residential Funding Company, LLC                                    August 7, 2012
Client-Matter No.: 355050-00364                                        Page 11
Invoice No.: 1814814

| 05/29/12 | K. Schubert | 295.00 | 1.00 | 19 | Conference with J. Stilson regarding status of subpoena response |
| 05/29/12 | K. Schubert | 295.00 | 1.00 | 19 | Review work in progress list |
| 05/29/12 | K. Schubert | 147.50 | 0.50 | 19 | Coordinate review and processing of documents for production |
| 05/29/12 | J. Langdon | 488.00 | 0.80 | 19 | Draft memoranda regarding document production and defense strategy |
| 05/29/12 | P. Carter | 312.50 | 0.50 | 19 | Review tolling agreement |
| 05/29/12 | P. Carter | 125.00 | 0.20 | 19 | Draft memorandum regarding SOL |
| 05/29/12 | P. Carter | 312.50 | 0.50 | 19 | Revise shared service agreement |
| 05/29/12 | P. Carter | 312.50 | 0.50 | 19 | Telephone conference with SEC regarding status |
| 05/29/12 | P. Carter | 312.50 | 0.50 | 19 | Draft email regarding status |
| 05/29/12 | N. Bussiere | 22.00 | 0.10 | 19 | Conference with R. Knudson regarding production of documents |
| 05/30/12 | R. Mallard | 500.50 | 1.30 | 19 | Review shared services agreement for issues with shared legal services |
| 05/30/12 | R. Mallard | 154.00 | 0.40 | 19 | Conference with J. Langdon regarding shared services agreement |
| 05/30/12 | R. Mallard | 154.00 | 0.40 | 19 | Correspondence with J. Langdon regarding additional review of shared services agreement |
| 05/30/12 | K. Schubert | 944.00 | 3.20 | 19 | Coordinate review and processing of documents for production |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



Residential Funding Company, LLC                                    August 7, 2012
Client-Matter No.: 355050-00364                                        Page 12
Invoice No.: 1814814

| | | | | | |
|---|---|---|---|---|---|
| 05/30/12 | K. Schubert | 88.50 | 0.30 | 19 | Telephone conference with G. Marty regarding review of documents for production |
| 05/30/12 | J. Langdon | 732.00 | 1.20 | 19 | Memoranda regarding representation of individuals and document issues |
| 05/30/12 | P. Carter | 500.00 | 0.80 | 19 | Review motion papers |
| 05/30/12 | P. Carter | 437.50 | 0.70 | 19 | Revise motion papers |
| 05/30/12 | R. Knudson | 132.00 | 0.60 | 19 | Coordinate processing and loading of Management report email data received from Kroll Ontrack into document management database to facilitate attorney review and production |
| 05/30/12 | R. Knudson | 308.00 | 1.40 | 19 | Communications with legal team and DTI vendor regarding technical issues reported by DTI of electronic document production processing |
| 05/30/12 | N. Bussiere | 22.00 | 0.10 | 19 | Review emails from DTI regarding status of document production |
| 05/30/12 | A. Jarboe | 100.00 | 1.00 | 19 | Prepare email files of management reports from DIT and Kroll Ontrack databases for production to the SEC |
| 05/31/12 | P. Volpe | 352.50 | 1.50 | 19 | Review and analyze documents for quality control purposes |
| 05/31/12 | P. Volpe | 752.00 | 3.20 | 19 | Review and analyze offering documents |
| 05/31/12 | R. Mallard | 885.50 | 2.30 | 19 | Legal research into shared services agreement issues |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**



Residential Funding Company, LLC                                    August 7, 2012
Client-Matter No.: 355050-00364                                          Page 13
Invoice No.: 1814814

| | | | | | |
|---|---|---|---|---|---|
| 05/31/12 | D. Faith | 408.00 | 1.60 | 19 | Review documents for production |
| 05/31/12 | K. Schubert | 295.00 | 1.00 | 19 | Coordinate review and processing of documents for production |
| 05/31/12 | J. Langdon | 610.00 | 1.00 | 19 | Conferences with team regarding representation and strategy issues |
| 05/31/12 | J. Langdon | 610.00 | 1.00 | 19 | Conference with P. Carter regarding strategy |
| 05/31/12 | J. Langdon | 244.00 | 0.40 | 19 | Draft memoranda regarding document production |
| 05/31/12 | J. Langdon | 854.00 | 1.40 | 19 | Draft memoranda regarding representation of individuals and related matters |
| 05/31/12 | P. Carter | 312.50 | 0.50 | 19 | Review memorandum |
| 05/31/12 | P. Carter | 62.50 | 0.10 | 19 | Telephone conference with B. Smith regarding memorandum |
| 05/31/12 | R. Knudson | 330.00 | 1.50 | 19 | Prepare third level attorney review QC batches of documents to prepare for production |
| 05/31/12 | R. Knudson | 968.00 | 4.40 | 19 | QC document production set received from DTI |
| 05/31/12 | R. Knudson | 220.00 | 1.00 | 19 | Communications with vendor regarding technical problems with production |
| 05/31/12 | N. Bussiere | 22.00 | 0.10 | 19 | Review emails from J. Shipler of DTI and R. Knudson regarding DTI's issues with preparing document production |

**Total Hours**                     **135.60**

**Subtotal for Legal Fees**     **$45,937.00**

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



Residential Funding Company, LLC
Client-Matter No.: 355050-00364
Invoice No.: 1814814

August 7, 2012
Page 14

| | |
|---|---:|
| **Less 10% Discount** | **-$4,593.70** |
| **Total for Legal Fees** | **$41,343.30** |

### Disbursements and Service Charges

| | |
|---|---:|
| Overnight Delivery Charges | 41.73 |
| **Total for Disbursements and Service Charges** | **$41.73** |
| **Total This Invoice** | **$41,385.03** |

### Timekeeper Summary

| Timekeeper | Class | Hours | Billed Rate | Amount |
|---|---|---:|---:|---:|
| P. Volpe | Associate | 28.80 | 235.00 | 6,768.00 |
| J. Stilson | Associate | 0.60 | 315.00 | 189.00 |
| M. Weinbeck | Associate | 0.80 | 235.00 | 188.00 |
| M. Stinson | Associate | 6.30 | 235.00 | 1,480.50 |
| R. Mallard | Associate | 4.40 | 385.00 | 1,694.00 |
| D. Faith | Associate | 6.20 | 255.00 | 1,581.00 |
| K. Schubert | Associate | 25.20 | 295.00 | 7,434.00 |
| J. Langdon | Partner | 14.20 | 610.00 | 8,662.00 |
| P. Carter | Partner | 18.10 | 625.00 | 11,312.50 |
| R. Knudson | Paralegal | 26.90 | 220.00 | 5,918.00 |
| J. Kragness | Case Assistant | 0.60 | 100.00 | 60.00 |
| N. Bussiere | Paralegal | 2.50 | 220.00 | 550.00 |
| A. Jarboe | Misc Timekeeper | 1.00 | 100.00 | 100.00 |
| **Total all Timekeepers** | | **135.60** | | **45,937.00** |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available
upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



**MINNEAPOLIS OFFICE**
612-340-2600

(Tax Identification No. 41-0223337)

## STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Funding Company, LLC
One Meridian Crossings
Minneapolis, MN 55423

August 7, 2012
Invoice No. 1814907

Client-Matter No.: 355050-00365
Investigation by the U.S. Department of Justice

## For Legal Services Rendered Through July 31, 2012

# INVOICE TOTAL

| | |
|---|---|
| Subtotal for Current Legal Fees | $1,894.00 |
| Less 10% Discount | -$189.40 |
| Total For Current Legal Fees | $1,704.60 |
| **Total For Current Invoice** | **$1,704.60** |

For your convenience, please remit payment to the address below or we offer the option of remitting payment electronically by wire transfer. If you have any questions regarding this information, please contact the lawyer you are working with on this project or Dorsey's Accounts Receivable Department at 1-800-861-0760. Thank you.

Mailing Instructions:
Dorsey & Whitney LLP
P.O. Box 1680
Minneapolis, MN 55480-1680

Wire Instructions:
U.S. Bank National Association
800 Nicollet Mall
Minneapolis, MN 55402

ABA Routing Number: 091000022
Account Number: 1602-3010-8500
Swift Code: USBKUS44IMT

**Please make reference to the invoice number**

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**

03756



MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Funding Company, LLC                                    August 7, 2012
One Meridian Crossings                                         Invoice No. 1814907
Minneapolis, MN 55423

**Client-Matter No: 355050-00365**

**Investigation by the U.S. Department of Justice**

---

**For Legal Services Rendered Through July 31, 2012**

| | | | | |
|---|---|---|---|---|
| 07/10/12 N. Bussiere | 88.00 | 0.40 | 19 | Prepare privilege log |
| 07/10/12 N. Bussiere | 308.00 | 1.40 | 19 | Prepare redacted document log |
| 07/11/12 N. Bussiere | 176.00 | 0.80 | 19 | Prepare privilege log |
| 07/11/12 N. Bussiere | 198.00 | 0.90 | 19 | Prepare redacted document log |
| 07/16/12 M. Edwards | 40.00 | 0.40 | 19 | Update index to file with all new client and work product materials for transition to Morrison & Foerster Law Firm |
| 07/17/12 M. Edwards | 50.00 | 0.50 | 19 | Update index to file with all new client and work product materials for transition to Morrison & Foerster Law Firm |
| 07/17/12 N. Bussiere | 44.00 | 0.20 | 19 | Update index to file with new materials in preparation for transition to Morrison & Foerster |
| 07/17/12 N. Bussiere | 132.00 | 0.60 | 19 | Prepare privilege log |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



Residential Funding Company, LLC                                    August 7, 2012
Client-Matter No.: 355050-00365                                           Page 2
Invoice No.: 1814907

| 07/19/12 | M. Edwards | 50.00 | 0.50 | 19 | Update index to file with all new client and work product materials for transition to Morrison & Foerster Law Firm |
| 07/19/12 | N. Bussiere | 352.00 | 1.60 | 19 | Prepare materials for transfer to Morrison & Foerster |
| 07/23/12 | K. Schubert | 118.00 | 0.40 | 19 | Coordinate transition of tasks |
| 07/23/12 | M. Edwards | 30.00 | 0.30 | 19 | Update index to file with all new client and work product materials for transition to Morrison & Foerster Law Firm |
| 07/23/12 | N. Bussiere | 66.00 | 0.30 | 19 | Prepare copy of office file materials for transfer to Morrison & Foerster |
| 07/23/12 | N. Bussiere | 132.00 | 0.60 | 19 | Continue work on redacted log and privilege log |
| 07/23/12 | N. Bussiere | 44.00 | 0.20 | 19 | Prepare email report to K. Schubert regarding status of log work for transition to Morrison & Foerster |
| 07/24/12 | N. Bussiere | 44.00 | 0.20 | 19 | Prepare materials for transfer to Morrison & Foerster |
| 07/24/12 | N. Bussiere | 22.00 | 0.10 | 19 | Conference with K. Schubert regarding transfer of materials to Morrison & Foerster |

**Total Hours**                                   **9.40**

**Subtotal for Legal Fees**          **$1,894.00**

**Less 10% Discount**               **-$189.40**

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY

**100** A NEW
CENTURY
OF SERVICE
1912 | 2012

◯ 》 **DORSEY**
DORSEY & WHITNEY LLP

Residential Funding Company, LLC                    August 7, 2012
Client-Matter No.: 355050-00365                              Page 3
Invoice No.: 1814907

| | | |
|---|---|---|
| **Total for Legal Fees** | | **$1,704.60** |
| **Total This Invoice** | | **$1,704.60** |

**Timekeeper Summary**

| Timekeeper | Class | Hours | Billed Rate | Amount |
|---|---|---|---|---|
| K. Schubert | Associate | 0.40 | 295.00 | 118.00 |
| M. Edwards | Case Assistant | 1.70 | 100.00 | 170.00 |
| N. Bussiere | Paralegal | 7.30 | 220.00 | 1,606.00 |
| **Total all Timekeepers** | | **9.40** | | **1,894.00** |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available
upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



**100** A NEW CENTURY OF SERVICE 1912 | 2012

◁ ≫ **DORSEY**
DORSEY & WHITNEY LLP

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Funding Company, LLC
One Meridian Crossings
Minneapolis, MN 55423

August 7, 2012
Invoice No. 1814837

Client-Matter No.: 355050-00365
Investigation by the U.S. Department of Justice

**For Legal Services Rendered Through June 30, 2012**

## INVOICE TOTAL

| | |
|---|---|
| Subtotal for Current Legal Fees | $3,050.00 |
| Less 10% Discount | -$305.00 |
| Total For Current Legal Fees | $2,745.00 |
| **Total For Current Invoice** | **$2,745.00** |

For your convenience, please remit payment to the address below or we offer the option of remitting payment electronically by wire transfer. If you have any questions regarding this information, please contact the lawyer you are working with on this project or Dorsey's Accounts Receivable Department at 1-800-861-0760. Thank you.

Mailing Instructions:
Dorsey & Whitney LLP
P.O. Box 1680
Minneapolis, MN 55480-1680

Wire Instructions:
U.S. Bank National Association
800 Nicollet Mall
Minneapolis, MN 55402

ABA Routing Number: 091000022
Account Number: 1602-3010-8500
Swift Code: USBKUS44IMT

**Please make reference to the invoice number**

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY

03756



MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Funding Company, LLC
One Meridian Crossings
Minneapolis, MN 55423

August 7, 2012
Invoice No. 1814837

**Client-Matter No: 355050-00365**

**Investigation by the U.S. Department of Justice**

**For Legal Services Rendered Through June 30, 2012**

| | | | | | |
|---|---|---|---|---|---|
| 06/01/12 | J. Langdon | 61.00 | 0.10 | 19 | Draft memorandum regarding production issues |
| 06/05/12 | K. Schubert | 236.00 | 0.80 | 19 | Revise letter to J. Cordaro reflecting status of data productions |
| 06/06/12 | K. Schubert | 206.50 | 0.70 | 19 | Analyze status of data production |
| 06/06/12 | J. Langdon | 122.00 | 0.20 | 19 | Review and comment on letter accompanying GMACM data |
| 06/06/12 | J. Langdon | 61.00 | 0.10 | 19 | Draft memorandum regarding open issues |
| 06/06/12 | R. Knudson | 66.00 | 0.30 | 19 | Telephone conference with K. Schubert regarding Access database data produced to the DOJ |
| 06/07/12 | K. Schubert | 118.00 | 0.40 | 19 | Analyze status of data production |
| 06/07/12 | J. Langdon | 61.00 | 0.10 | 19 | Conference with K. Schubert regarding descriptions of extracted |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available
upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



Residential Funding Company, LLC                                   August 7, 2012
Client-Matter No.: 355050-00365                                            Page 2
Invoice No.: 1814837

|  |  |  |  |  | data |
|---|---|---|---|---|---|
| 06/07/12 | J. Langdon | 61.00 | 0.10 | 19 | Conference with P. Carter regarding strategy |
| 06/08/12 | K. Schubert | 147.50 | 0.50 | 19 | Telephone conference with J. Battle, T. Underhill, M. Jewel, and C. Chatelain regarding analysis of data production |
| 06/08/12 | J. Langdon | 61.00 | 0.10 | 19 | Draft memoranda regarding particulars of previous productions |
| 06/12/12 | K. Schubert | 206.50 | 0.70 | 19 | Coordinate production of data and corresponding materials to DOJ |
| 06/12/12 | J. Langdon | 61.00 | 0.10 | 19 | Draft memorandum regarding production status |
| 06/12/12 | R. Knudson | 88.00 | 0.40 | 19 | Prepare copies of database mapping documents and provide to K. Schubert |
| 06/12/12 | R. Knudson | 88.00 | 0.40 | 19 | Transmit electronic document production to the DOJ |
| 06/12/12 | N. Bussiere | 22.00 | 0.10 | 19 | Prepare pdf mapping documents for production |
| 06/13/12 | N. Bussiere | 22.00 | 0.10 | 19 | Update production log with newly produced documents |
| 06/19/12 | R. Knudson | 308.00 | 1.40 | 19 | Analyze Management Report data received from Kroll OnTrack to verify receipt of all missing management report email data |
| 06/20/12 | K. Schubert | 118.00 | 0.40 | 19 | Coordinate review and processing of documents for production |
| 06/20/12 | R. Knudson | 528.00 | 2.40 | 19 | Perform document database searches to identify outstanding items for initial and corrected production |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available
upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



Residential Funding Company, LLC                                    August 7, 2012
Client-Matter No.: 355050-00365                                              Page 3
Invoice No.: 1814837

| Date | Timekeeper | Amount | Hours | | Description |
|---|---|---|---|---|---|
| 06/20/12 | M. Grant | 80.00 | 0.20 | 19 | Conference with K. Schubert regarding document production issues |
| 06/20/12 | N. Bussiere | 22.00 | 0.10 | 19 | Conference call with G. Marty and K. Schubert to discuss additional production of documents |
| 06/21/12 | K. Schubert | 29.50 | 0.10 | 19 | Coordinate processing of documents for production |
| 06/21/12 | N. Bussiere | 22.00 | 0.10 | 19 | Email to D. Cervoni at Mayer Brown requesting copies of K & L Gates productions to DOJ |
| 06/25/12 | N. Bussiere | 132.00 | 0.60 | 19 | Update production spreadsheet with details of our productions by K & L Gates to the DOJ |
| 06/26/12 | J. Langdon | 122.00 | 0.20 | 19 | Draft memoranda regarding document production issues |

**Total Hours**                                    **10.70**

**Subtotal for Legal Fees**        **$3,050.00**

**Less 10% Discount**            **-$305.00**

**Total for Legal Fees**          **$2,745.00**

**Total This Invoice**            **$2,745.00**

## Timekeeper Summary

| Timekeeper | Class | Hours | Billed Rate | Amount |
|---|---|---|---|---|
| K. Schubert | Associate | 3.60 | 295.00 | 1,062.00 |
| J. Langdon | Partner | 1.00 | 610.00 | 610.00 |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



Residential Funding Company, LLC                                    August 7, 2012
Client-Matter No.: 355050-00365                                          Page 4
Invoice No.: 1814837

| Timekeeper | Class | Hours | Billed Rate | Amount |
|---|---|---|---|---|
| R. Knudson | Paralegal | 4.90 | 220.00 | 1,078.00 |
| M. Grant | Partner | 0.20 | 400.00 | 80.00 |
| N. Bussiere | Paralegal | 1.00 | 220.00 | 220.00 |
| **Total all Timekeepers** | | **10.70** | | **3,050.00** |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available
upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Funding Company, LLC                                    August 7, 2012
One Meridian Crossings                                          Invoice No. 1814813
Minneapolis, MN 55423

Client-Matter No.: 355050-00365
Investigation by the U.S. Department of Justice

**For Legal Services Rendered Through May 31, 2012**

# INVOICE TOTAL

| | |
|---|---|
| Subtotal for Current Legal Fees | $6,807.00 |
| Less 10% Discount | -$680.70 |
| Total For Current Legal Fees | $6,126.30 |
| Total For Current Disbursements and Service Charges | $14.25 |
| **Total For Current Invoice** | **$6,140.55** |

For your convenience, please remit payment to the address below or we offer the option of remitting payment electronically by wire transfer.
If you have any questions regarding this information, please contact the lawyer you are working with on this project or Dorsey's Accounts
Receivable Department at 1-800-861-0760. Thank you.

Mailing Instructions:          Wire Instructions:
Dorsey & Whitney LLP           U.S. Bank National Association        ABA Routing Number: 091000022
P.O. Box 1680                  800 Nicollet Mall                     Account Number: 1602-3010-8500
Minneapolis, MN 55480-1680     Minneapolis, MN 55402                 Swift Code: USBKUS44IMT

**Please make reference to the invoice number**

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available
upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**

03756



MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Funding Company, LLC
One Meridian Crossings
Minneapolis, MN 55423

August 7, 2012
Invoice No. 1814813

**Client-Matter No: 355050-00365**

**Investigation by the U.S. Department of Justice**

**For Legal Services Rendered Through May 31, 2012**

| | | | | | |
|---|---|---|---|---|---|
| 05/15/12 | M. Weinbeck | 23.50 | 0.10 | 19 | Review and summarize prospectus supplements |
| 05/15/12 | J. Langdon | 122.00 | 0.20 | 19 | Draft memoranda regarding status of production |
| 05/15/12 | N. Bussiere | 44.00 | 0.20 | 19 | Update document production spreadsheet |
| 05/15/12 | N. Bussiere | 176.00 | 0.80 | 19 | Prepare redacted document privilege log |
| 05/15/12 | N. Bussiere | 66.00 | 0.30 | 19 | Prepare privilege log |
| 05/15/12 | N. Bussiere | 44.00 | 0.20 | 19 | Review emails regarding issues with DTI vendor |
| 05/16/12 | R. Knudson | 286.00 | 1.30 | 19 | Communications with N. Bussiere and DTI regarding export of privilege log coding from DTI database |

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available
upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



Residential Funding Company, LLC                                    August 7, 2012
Client-Matter No.: 355050-00365                                         Page 2
Invoice No.: 1814813

| 05/16/12 | N. Bussiere | 506.00 | 2.30 | 19 | Prepare redacted document privilege log |
| 05/17/12 | J. Langdon | 61.00 | 0.10 | 19 | Draft memorandum regarding production of additional data |
| 05/17/12 | N. Bussiere | 616.00 | 2.80 | 19 | Prepare redacted document privilege log |
| 05/18/12 | K. Schubert | 29.50 | 0.10 | 19 | Correspondence with J. Battle regarding preparation of documents for production |
| 05/18/12 | J. Langdon | 61.00 | 0.10 | 19 | Draft memorandum regarding description of additional production |
| 05/18/12 | R. Knudson | 264.00 | 1.20 | 19 | Communications with DTI tech support regarding technical issues with privilege log report generation |
| 05/18/12 | N. Bussiere | 1,012.00 | 4.60 | 19 | Prepare redacted document privilege log |
| 05/21/12 | J. Langdon | 61.00 | 0.10 | 19 | Draft memorandum regarding status of production |
| 05/21/12 | N. Bussiere | 352.00 | 1.60 | 19 | Prepare redacted document privilege log |
| 05/22/12 | J. Langdon | 61.00 | 0.10 | 19 | Draft memorandum regarding status of production |
| 05/22/12 | R. Knudson | 88.00 | 0.40 | 19 | Conference with N. Bussiere regarding privilege log preparation |
| 05/22/12 | N. Bussiere | 66.00 | 0.30 | 19 | Work with R. Knudson on privilege log export from DTI, discussing edits for production |
| 05/22/12 | N. Bussiere | 242.00 | 1.10 | 19 | Prepare privilege log |
| 05/22/12 | N. Bussiere | 264.00 | 1.20 | 19 | Prepare redacted document log |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



Residential Funding Company, LLC                                    August 7, 2012
Client-Matter No.: 355050-00365                                         Page 3
Invoice No.: 1814813

| | | | | | |
|---|---|---|---|---|---|
| 05/25/12 | J. Langdon | 122.00 | 0.20 | 19 | Review production description and draft memorandum regarding same |
| 05/28/12 | J. Langdon | 61.00 | 0.10 | 19 | Draft memoranda regarding loan data production |
| 05/29/12 | K. Schubert | 590.00 | 2.00 | 19 | Analyze status of data production |
| 05/29/12 | K. Schubert | 147.50 | 0.50 | 19 | Revise letter to reflect status of data production |
| 05/29/12 | J. Langdon | 61.00 | 0.10 | 19 | Draft memorandum regarding data extraction project |
| 05/30/12 | K. Schubert | 442.50 | 1.50 | 19 | Review analysis of data production |
| 05/30/12 | K. Schubert | 295.00 | 1.00 | 19 | Revise letter to J. Cordaro reflecting data production status |
| 05/30/12 | J. Langdon | 122.00 | 0.20 | 19 | Draft memoranda regarding revisions to letter explaining data extraction and production |
| 05/31/12 | K. Schubert | 147.50 | 0.50 | 19 | Revise letter to J. Cordaro regarding data production status |
| 05/31/12 | J. Langdon | 61.00 | 0.10 | 19 | Draft memoranda regarding letter accompanying production of GMACM database |
| 05/31/12 | P. Carter | 312.50 | 0.50 | 19 | Review letter |
| | **Total Hours** | | 25.80 | | |

**Subtotal for Legal Fees**          **$6,807.00**

**Less 10% Discount**              **-$680.70**

**Total for Legal Fees**          **$6,126.30**

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY

**100** A NEW
CENTURY
OF SERVICE
1912 | 2012

◯ ≫ **DORSEY**
DORSEY & WHITNEY LLP

Residential Funding Company, LLC                                    August 7, 2012
Client-Matter No.: 355050-00365                                         Page 4
Invoice No.: 1814813

**Disbursements and Service Charges**

    Overnight Delivery Charges                                        14.25

**Total for Disbursements and Service Charges**            **$14.25**

**Total This Invoice**            **$6,140.55**

**Timekeeper Summary**

| Timekeeper | Class | Hours | Billed Rate | Amount |
|---|---|---|---|---|
| M. Weinbeck | Associate | 0.10 | 235.00 | 23.50 |
| K. Schubert | Associate | 5.60 | 295.00 | 1,652.00 |
| J. Langdon | Partner | 1.30 | 610.00 | 793.00 |
| P. Carter | Partner | 0.50 | 625.00 | 312.50 |
| R. Knudson | Paralegal | 2.90 | 220.00 | 638.00 |
| N. Bussiere | Paralegal | 15.40 | 220.00 | 3,388.00 |
| **Total all Timekeepers** | | **25.80** | | **6,807.00** |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available
upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



**MINNEAPOLIS OFFICE**
612-340-2600

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Funding Company, LLC                                August 7, 2012
One Meridian Crossings                                     Invoice No. 1814936
Minneapolis,  MN 55423

Client-Matter No.: 355050-00367
Investigation by U.S. SEC - Denver Division

---

**For Legal Services Rendered Through July 31, 2012**

# INVOICE TOTAL

| | |
|---|---:|
| Subtotal for Current Legal Fees | $502.00 |
| Less 10% Discount | -$50.20 |
| Total For Current Legal Fees | $451.80 |
| **Total For Current Invoice** | **$451.80** |

For your convenience, please remit payment to the address below or we offer the option of remitting payment electronically by wire transfer. If you have any questions regarding this information, please contact the lawyer you are working with on this project or Dorsey's Accounts Receivable Department at 1-800-861-0760. Thank you.

Mailing Instructions:            Wire Instructions:
Dorsey & Whitney LLP            U.S. Bank National Association        ABA Routing Number: 091000022
P.O. Box 1680                   800 Nicollet Mall                    Account Number: 1602-3010-8500
Minneapolis, MN 55480-1680      Minneapolis, MN 55402                Swift Code: USBKUS44IMT

**Please make reference to the invoice number**

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**

03756



**100** A NEW CENTURY OF SERVICE 1912 I 2012

◯ ❱❱ **DORSEY**®
DORSEY & WHITNEY LLP

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Funding Company, LLC                          August 7, 2012
One Meridian Crossings                               Invoice No. 1814936
Minneapolis,  MN 55423

**Client-Matter No: 355050-00367**

**Investigation by U.S. SEC - Denver Division**

**For Legal Services Rendered Through July 31, 2012**

| | | | | | |
|---|---|---|---|---|---|
| 07/11/12 | J. Langdon | 61.00 | 0.10 | 19 | Telephone conference with Z. Carlyle regarding requests |
| 07/11/12 | J. Langdon | 61.00 | 0.10 | 19 | Memoranda to R. Fons regarding transition |
| 07/12/12 | J. Langdon | 122.00 | 0.20 | 19 | Memoranda from and to Z. Carlyle regarding status |
| 07/16/12 | M. Edwards | 30.00 | 0.30 | 19 | Update Index to file with all new client and work product materials for transition to Morrison & Foerster Law Firm |
| 07/17/12 | N. Bussiere | 22.00 | 0.10 | 19 | Update index to file with new materials in preparation for transition to Morrison & Foerster |
| 07/19/12 | N. Bussiere | 66.00 | 0.30 | 19 | Prepare materials for transfer to Morrison & Foerster |
| 07/23/12 | M. Edwards | 30.00 | 0.30 | 19 | Update index to file with all new client and work product materials |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available
upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



Residential Funding Company, LLC
Client-Matter No.: 355050-00367
Invoice No.: 1814936

August 7, 2012
Page 2

| | | | | | for transition to Morrison & Foerster Law Firm |
|---|---|---|---|---|---|
| 07/23/12 | N. Bussiere | 44.00 | 0.20 | 19 | Prepare copy of office file materials for transfer to Morrison & Foerster |
| 07/24/12 | N. Bussiere | 44.00 | 0.20 | 19 | Prepare materials for transfer to Morrison & Foerster |
| 07/24/12 | N. Bussiere | 22.00 | 0.10 | 19 | Conference with K. Schubert regarding transfer of materials to Morrison & Foerster |

**Total Hours**                    **1.90**

Subtotal for Legal Fees        **$502.00**

Less 10% Discount              **-$50.20**

Total for Legal Fees          **$451.80**

Total This Invoice            **$451.80**

**Timekeeper Summary**

| Timekeeper | Class | Hours | Billed Rate | Amount |
|---|---|---|---|---|
| J. Langdon | Partner | 0.40 | 610.00 | 244.00 |
| M. Edwards | Case Assistant | 0.60 | 100.00 | 60.00 |
| N. Bussiere | Paralegal | 0.90 | 220.00 | 198.00 |
| **Total all Timekeepers** | | **1.90** | | **502.00** |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

## STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Funding Company, LLC
One Meridian Crossings
Minneapolis, MN 55423

August 7, 2012
Invoice No. 1814913

Client-Matter No.: 355050-00367
Investigation by U.S. SEC - Denver Division

**For Legal Services Rendered Through June 30, 2012**

# INVOICE TOTAL

| | |
|---|---:|
| Subtotal for Current Legal Fees | $6,052.50 |
| Less 10% Discount | -$605.25 |
| Total For Current Legal Fees | $5,447.25 |
| Total For Current Disbursements and Service Charges | $30.12 |
| **Total For Current Invoice** | **$5,477.37** |

For your convenience, please remit payment to the address below or we offer the option of remitting payment electronically by wire transfer.
If you have any questions regarding this information, please contact the lawyer you are working with on this project or Dorsey's Accounts
Receivable Department at 1-800-861-0760. Thank you.

Mailing Instructions:
Dorsey & Whitney LLP
P.O. Box 1680
Minneapolis, MN 55480-1680

Wire Instructions:
U.S. Bank National Association
800 Nicollet Mall
Minneapolis, MN 55402

ABA Routing Number: 091000022
Account Number: 1602-3010-8500
Swift Code: USBKUS44IMT

**Please make reference to the invoice number**

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available
upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**

03756



MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

## STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Funding Company, LLC
One Meridian Crossings
Minneapolis, MN 55423

August 7, 2012
Invoice No. 1814913

**Client-Matter No: 355050-00367**

**Investigation by U.S. SEC - Denver Division**

**For Legal Services Rendered Through June 30, 2012**

| Date | Name | Amount | Hours | | Description |
|---|---|---|---|---|---|
| 06/01/12 | J. Langdon | 122.00 | 0.20 | 19 | Memoranda to and from Z. Carlyle regarding status |
| 06/02/12 | J. Langdon | 61.00 | 0.10 | 19 | Memorandum to J. Ruckdaschel regarding status |
| 06/04/12 | B. Vander Pol | 73.00 | 0.20 | 19 | Exchange several emails with P. Zellmann regarding loan sale/transfer history |
| 06/04/12 | J. Langdon | 61.00 | 0.10 | 19 | Draft memorandum regarding note assignment issues |
| 06/05/12 | J. Langdon | 61.00 | 0.10 | 19 | Draft memoranda regarding loan note assignments |
| 06/06/12 | J. Langdon | 183.00 | 0.30 | 19 | Prepare for and telephone conference with Z. Carlyle regarding status |
| 06/06/12 | J. Langdon | 61.00 | 0.10 | 19 | Conference with B. Vander Pol regarding response |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



Residential Funding Company, LLC                                    August 7, 2012
Client-Matter No.: 355050-00367                                           Page 2
Invoice No.: 1814913

| | | | | | |
|---|---|---|---|---|---|
| 06/07/12 | B. Vander Pol | 730.00 | 2.00 | 19 | Review court dockets/filings for Nardello, Alejandro, and Trang Mai foreclosures |
| 06/07/12 | J. Langdon | 61.00 | 0.10 | 19 | Draft memoranda regarding analysis of chain of endorsements issues |
| 06/11/12 | J. Langdon | 122.00 | 0.20 | 19 | Draft memorandum regarding research and status |
| 06/12/12 | B. Vander Pol | 109.50 | 0.30 | 19 | Review additional documents and emails from P. Zellmann regarding purchase/transfer history of mortgage loans |
| 06/12/12 | B. Vander Pol | 365.00 | 1.00 | 19 | Begin compiling chronology of foreclosure on three outstanding mortgage loans |
| 06/12/12 | J. Langdon | 122.00 | 0.20 | 19 | Draft memoranda regarding loan level research |
| 06/13/12 | B. Vander Pol | 1,095.00 | 3.00 | 19 | Draft letter to Z. Carlyle regarding analysis of three remaining mortgage loans |
| 06/13/12 | B. Vander Pol | 182.50 | 0.50 | 19 | Research regarding enforcement of promissory notes under Florida law/UCC |
| 06/13/12 | B. Vander Pol | 219.00 | 0.60 | 19 | Review transaction documents and offering documents for references and disclosures regarding protection of certificateholders |
| 06/13/12 | B. Vander Pol | 365.00 | 1.00 | 19 | Revise letter to Z. Carlyle following conference with J. Langdon and T. Kelly |
| 06/13/12 | B. Vander Pol | 73.00 | 0.20 | 19 | Revise draft letter to Z. Carlyle accordingly |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available
upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



Residential Funding Company, LLC
Client-Matter No.: 355050-00367
Invoice No.: 1814913

August 7, 2012
Page 3

| 06/13/12 | T. Kelly | 163.50 | 0.30 | 19 | Review draft letter to Z. Carlyle |
| 06/13/12 | T. Kelly | 54.50 | 0.10 | 19 | Conference with B. Vander Pol, J. Langdon regarding Carlyle letter |
| 06/13/12 | J. Langdon | 915.00 | 1.50 | 19 | Revise letter to Z. Carlyle regarding remaining three loans at issue |
| 06/13/12 | J. Langdon | 183.00 | 0.30 | 19 | Conference with B. Vander Pol and T. Kelly regarding remaining three loans at issue |
| 06/14/12 | B. Vander Pol | 182.50 | 0.50 | 19 | Revise mortgage loan analysis spreadsheet to include information on three remaining loans |
| 06/14/12 | J. Langdon | 122.00 | 0.20 | 19 | Review and finalize letter to Z. Carlyle |
| 06/15/12 | J. Langdon | 305.00 | 0.50 | 19 | Telephone conferences with internal team and client regarding letter to Z. Carlyle |
| 06/15/12 | J. Langdon | 61.00 | 0.10 | 19 | Memorandum to Z. Carlyle regarding letter |

**Total Hours**                  **13.70**

**Subtotal for Legal Fees**          **$6,052.50**

**Less 10% Discount**          **-$605.25**

**Total for Legal Fees**          **$5,447.25**

**Disbursements and Service Charges**

Overnight Delivery Charges                          30.12

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available
upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



Residential Funding Company, LLC                    August 7, 2012
Client-Matter No.: 355050-00367                              Page 4
Invoice No.: 1814913

| | |
|---|---|
| **Total for Disbursements and Service Charges** | **$30.12** |
| **Total This Invoice** | **$5,477.37** |

**Timekeeper Summary**

| Timekeeper | Class | Hours | Billed Rate | Amount |
|---|---|---|---|---|
| B. Vander Pol | Associate | 9.30 | 365.00 | 3,394.50 |
| T. Kelly | Partner | 0.40 | 545.00 | 218.00 |
| J. Langdon | Partner | 4.00 | 610.00 | 2,440.00 |
| **Total all Timekeepers** | | **13.70** | | **6,052.50** |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



DORSEY
DORSEY & WHITNEY LLP

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

## STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Funding Company, LLC
One Meridian Crossings
Minneapolis, MN 55423

August 7, 2012
Invoice No. 1814832

Client-Matter No.: 355050-00367
Investigation by U.S. SEC - Denver Division

**For Legal Services Rendered Through May 31, 2012**

## INVOICE TOTAL

| | |
|---|---:|
| Subtotal for Current Legal Fees | $6,332.00 |
| Less 10% Discount | -$633.20 |
| Total For Current Legal Fees | $5,698.80 |
| **Total For Current Invoice** | **$5,698.80** |

For your convenience, please remit payment to the address below or we offer the option of remitting payment electronically by wire transfer. If you have any questions regarding this information, please contact the lawyer you are working with on this project or Dorsey's Accounts Receivable Department at 1-800-861-0760. Thank you.

Mailing Instructions:
Dorsey & Whitney LLP
P.O. Box 1680
Minneapolis, MN 55480-1680

Wire Instructions:
U.S. Bank National Association
800 Nicollet Mall
Minneapolis, MN 55402

ABA Routing Number: 091000022
Account Number: 1602-3010-8500
Swift Code: USBKUS44IMT

**Please make reference to the invoice number**

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**

03756



MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Funding Company, LLC                          August 7, 2012
One Meridian Crossings                               Invoice No. 1814832
Minneapolis, MN 55423

**Client-Matter No: 355050-00367**

**Investigation by U.S. SEC - Denver Division**

**For Legal Services Rendered Through May 31, 2012**

| | | | | | |
|---|---|---|---|---|---|
| 05/14/12 | B. Vander Pol | 1,241.00 | 3.40 | 19 | Additional review and investigation regarding status of mortgage loan files for three remaining loans |
| 05/14/12 | B. Vander Pol | 36.50 | 0.10 | 19 | Conference with T. Kelly regarding chain of title issues |
| 05/14/12 | B. Vander Pol | 109.50 | 0.30 | 19 | Send email to B. Smith regarding missing mortgage loan files and followup telephone conference regarding same |
| 05/14/12 | B. Vander Pol | 73.00 | 0.20 | 19 | Send email to P. Tedescko at Smith Hiatt regarding foreclosure files for three remaining mortgages |
| 05/15/12 | J. Langdon | 61.00 | 0.10 | 19 | Memoranda to and from B. Vander Pol regarding open issues |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available
upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



Residential Funding Company, LLC                                    August 7, 2012
Client-Matter No.: 355050-00367                                    Page 2
Invoice No.: 1814832

| | | | | | |
|---|---|---|---|---|---|
| 05/16/12 | B. Vander Pol | 146.00 | 0.40 | 19 | Review additional case law regarding noteholder standing to foreclose mortgage under Florida law |
| 05/16/12 | J. Langdon | 61.00 | 0.10 | 19 | Memoranda from and to Z. Carlyle regarding ongoing requests |
| 05/17/12 | J. Langdon | 61.00 | 0.10 | 19 | Memoranda to and from Z. Carlyle regarding status |
| 05/18/12 | J. Langdon | 61.00 | 0.10 | 19 | Telephone conference with Z. Carlyle regarding status and analysis |
| 05/21/12 | K. Jorgensen | 247.50 | 0.50 | 19 | Telephone conference with T. Kelly, P. Carter and E. Schnabel |
| 05/21/12 | T. Kelly | 272.50 | 0.50 | 19 | Conference with P. Carter, K. Jorgensen, and E. Schnabel regarding potential issues representing Ally and ResCap |
| 05/22/12 | K. Jorgensen | 495.00 | 1.00 | 19 | Conference with P. Carter, T. Kelly, J. Langdon, K. Constantine and B. MacKenzie regarding conflicts with Residential Funding Company, LLC bankruptcy filing |
| 05/22/12 | T. Kelly | 381.50 | 0.70 | 19 | Review shared services motion, order and description of legal services |
| 05/22/12 | T. Kelly | 109.00 | 0.20 | 19 | Prepare memorandum and chart for conflicts meeting |
| 05/22/12 | T. Kelly | 490.50 | 0.90 | 19 | Conferences with K. Jorgensen, J. Langdon, P. Carter, K. Constantine, and B. MacKenzie regarding conflict memorandum on joint representation of Ally and Res Cap |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available
upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



Residential Funding Company, LLC                                    August 7, 2012
Client-Matter No.: 355050-00367                                             Page 3
Invoice No.: 1814832

| | | | | | |
|---|---|---|---|---|---|
| 05/22/12 | J. Langdon | 122.00 | 0.20 | 19 | Draft memorandum regarding status and defense strategy |
| 05/23/12 | B. Vander Pol | 292.00 | 0.80 | 19 | Review foreclosure litigation filings from L. Hebda at Smith Hiatt |
| 05/23/12 | B. Vander Pol | 73.00 | 0.20 | 19 | Email L. Hebda at Smith Hiattto regarding additional questions on foreclosure litigation filings |
| 05/23/12 | J. Langdon | 61.00 | 0.10 | 19 | Memoranda to and from B. Vander Pol regarding status |
| 05/24/12 | J. Langdon | 61.00 | 0.10 | 19 | Memoranda to and from Z. Carlyle regarding status |
| 05/24/12 | J. Langdon | 244.00 | 0.40 | 19 | Outline responses to open issues |
| 05/25/12 | J. Langdon | 183.00 | 0.30 | 19 | Telephone conference with Z. Carlyle regarding status and responses |
| 05/25/12 | J. Langdon | 61.00 | 0.10 | 19 | Memoranda to and from B. Vander Pol regarding status and responses |
| 05/29/12 | B. Vander Pol | 146.00 | 0.40 | 19 | Conference with T. Kelly and J. Langdon regarding missing links in chain of note endorsements |
| 05/29/12 | B. Vander Pol | 109.50 | 0.30 | 19 | Review emails from L. Hebda responding to questions on foreclosures |
| 05/29/12 | B. Vander Pol | 109.50 | 0.30 | 19 | Draft and send email to B. Smith regarding additional documentation needed to establish missing links in chain of note endorsements. |
| 05/29/12 | B. Vander Pol | 36.50 | 0.10 | 19 | Exchange emails with T. Kelly and J. Langdon regarding emails |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available
upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



Residential Funding Company, LLC                                    August 7, 2012
Client-Matter No.: 355050-00367                                             Page 4
Invoice No.: 1814832

|  |  |  |  |  | from L. Hebda |
|---|---|---|---|---|---|
| 05/29/12 | B. Vander Pol | 146.00 | 0.40 | 19 | Organize mortgage loan files with updated information |
| 05/29/12 | T. Kelly | 163.50 | 0.30 | 19 | Conference with J. Langdon and B. Vander Pol regarding loan title transfer issues |
| 05/29/12 | J. Langdon | 183.00 | 0.30 | 19 | Conference with B. Vander Pol and T. Kelly regarding analysis of notes and foreclosure proceedings |
| 05/31/12 | K. Jorgensen | 495.00 | 1.00 | 19 | Revise memorandum relating to conflicts and send to P. Carter |

**Total Hours**                          **13.90**

| | | |
|---|---|---|
| **Subtotal for Legal Fees** | **$6,332.00** |
| **Less 10% Discount** | **-$633.20** |
| **Total for Legal Fees** | **$5,698.80** |
| **Total This Invoice** | **$5,698.80** |

## Timekeeper Summary

| Timekeeper | Class | Hours | Billed Rate | Amount |
|---|---|---|---|---|
| K. Jorgensen | Partner | 2.50 | 495.00 | 1,237.50 |
| B. Vander Pol | Associate | 6.90 | 365.00 | 2,518.50 |
| T. Kelly | Partner | 2.60 | 545.00 | 1,417.00 |
| J. Langdon | Partner | 1.90 | 610.00 | 1,159.00 |
| **Total all Timekeepers** | | **13.90** | | **6,332.00** |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available
upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY





THOMAS O. KELLY III
(612) 492-6029
FAX (612) 340-2868
kelly.tom@dorsey.com

September 12, 2012

**VIA FEDERAL EXPRESS**

Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104
Attn: Larren M. Nashelsky, Gary S. Lee and
    Lorenzo Marinuzzi

Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004
Attn: Tracy Hope Davis, Linda A. Riffkin,
    and Brian S. Masumoto

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
Attn: Kenneth H. Eckstein and
    Douglas H. Mannal

Kirkland & Ellis
601 Lexington Avenue
New York, NY 10022
Attn: Richard M. Cieri and Ray C. Schrock

Skadden, Arps, Slate, Meagher & Flom LLP
4 Times Square
New York, New York 10036
Attn: Kenneth S. Ziman and
    Jonathan H. Hofer

Re:    *In re Residential Capital, LLC, et al.*
       Case No. 12-12020

Dear Counsel:

Pursuant to the Court's July 17, 2012 *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* (the "Order"), enclosed please find Dorsey & Whitney LLP]'s monthly fee statements for the period August 1, 2012 through August 31 2012 (the "Statement"), which was served on the parties listed in paragraph (a) of the Order, on September 12, 2012.

In the absence of a timely objection, the Debtors shall pay $50,113.69, consisting of the sum of (a) $45,733.16, an amount equal to 80% of the fees ($45,733.16 = $57,166.45 x 0.80) and (b) 100% of the expenses ($4,380.53) being requested in the Statement.



September 12, 2012
Page 2

Objections to the Statement are due by date that is the later of (1) 20 days after the date of service, or (2) the 40th day following the end of the month for which compensation is sought.

Sincerely,

Thomas O. Kelly III

Enclosures



**MINNEAPOLIS OFFICE**
612-340-2600

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

GMAC ResCap                                        September 12, 2012
Attn: Tammy Hamzehpour                             Invoice No. 1821793
1100 Virginia Drive
Fort Washington, PA  19034

Client-Matter No.: 479140-00003
ResCap Treasury General

**For Legal Services Rendered Through August 31, 2012**

# INVOICE TOTAL

| | |
|---|---:|
| Subtotal for Current Legal Fees | $2,335.50 |
| Less 10% Discount | -$233.55 |
| Total For Current Legal Fees | $2,101.95 |
| **Total For Current Invoice** | **$2,101.95** |
| **Summary of Account** | |
| *Prior Balance Due | $18,723.42 |
| Total Amount Due | $20,825.37 |

*If payment has been submitted for prior balance due, please disregard.

For your convenience, please remit payment to the address below or we offer the option of remitting payment electronically by wire transfer. If you have any questions regarding this information, please contact the lawyer you are working with on this project or Dorsey's Accounts Receivable Department at 1-800-861-0760. Thank you.

Mailing Instructions:            Wire Instructions:
Dorsey & Whitney LLP            U.S. Bank National Association      ABA Routing Number: 091000022
P.O. Box 1680                    800 Nicollet Mall                   Account Number: 1602-3010-8500
Minneapolis, MN 55480-1680       Minneapolis, MN  55402             Swift Code: USBKUS44IMT

**Please make reference to the invoice number**

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY

03515



MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

GMAC ResCap                                          September 12, 2012
Attn: Tammy Hamzehpour                               Invoice No. 1821793
1100 Virginia Drive
Fort Washington, PA  19034

**Client-Matter No: 479140-00003**

**ResCap Treasury General**

**For Legal Services Rendered Through August 31, 2012**

| | | | | | |
|---|---|---|---|---|---|
| 08/04/12 | E. Hulsebos | 132.50 | 0.50 | 11 | Review emails for executed blocked account control agreements |
| 08/04/12 | E. Hulsebos | 26.50 | 0.10 | 11 | Email T. Kelly regarding executed blocked account control agreements |
| 08/04/12 | T. Kelly | 163.50 | 0.30 | 18 | Review creditors committee document request |
| 08/04/12 | T. Kelly | 109.00 | 0.20 | 18 | Emails regarding response to creditors committee document request |
| 08/06/12 | E. Hulsebos | 477.00 | 1.80 | 11 | Review emails for documents |
| 08/06/12 | E. Hulsebos | 397.50 | 1.50 | 11 | Telephone conference regarding documents |
| 08/06/12 | E. Hulsebos | 53.00 | 0.20 | 11 | Email S. Martin and J. Ruckdaschel regarding documents |

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available
upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



GMAC ResCap                                                September 12, 2012
Client-Matter No.: 479140-00003                                      Page 2
Invoice No.: 1821793

| 08/06/12 | T. Kelly | 109.00 | 0.20 | 26 | Forward mortgage loan schedules |
| 08/06/12 | T. Kelly | 54.50 | 0.10 | 25 | Emails with E. Hulsebos regarding response to Creditors Committee request for documents |
| 08/06/12 | T. Kelly | 163.50 | 0.30 | 25 | Participate in telephone conference regarding response to Creditors Committee request for documents |
| 08/06/12 | T. Kelly | 54.50 | 0.10 | 3 | Locate additional documents and forward to S. Martin |
| 08/09/12 | E. Hulsebos | 53.00 | 0.20 | 18 | Telephone conference with S. Martin regarding document production |
| 08/16/12 | E. Hulsebos | 106.00 | 0.40 | 18 | Review documents and email blocked account control agreements to S. Martin |
| 08/16/12 | T. Kelly | 272.50 | 0.50 | 22 | Locate documents responsive to creditors committee |
| 08/16/12 | T. Kelly | 163.50 | 0.30 | 22 | Email to S Martin regarding documents responsive to creditors committee |

**Total Hours**                              **6.70**

| **Subtotal for Legal Fees** | **$2,335.50** |
| **Less 10% Discount** | **-$233.55** |
| **Total for Legal Fees** | **$2,101.95** |
| **Total This Invoice** | **$2,101.95** |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY

100 A NEW CENTURY OF SERVICE

◯ 》 DORSEY
DORSEY & WHITNEY LLP

GMAC ResCap
Client-Matter No.: 479140-00003
Invoice No.: 1821793

September 12, 2012
Page 3

**Timekeeper Summary**

| Timekeeper | Class | Hours | Billed Rate | Amount |
|------------|-------|-------|-------------|--------|
| E. Hulsebos | Associate | 4.70 | 265.00 | 1,245.50 |
| T. Kelly | Partner | 2.00 | 545.00 | 1,090.00 |
| **Total all Timekeepers** | | **6.70** | | **2,335.50** |

Service charges are based on rates established by Dorsey & Whitney   A schedule of those rates has been provided and is available
upon request   Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



GMAC ResCap
Client-Matter No.: 479140-00003
Invoice No.: 1821793

September 12, 2012

## Statement of Account

| Invoice Date | Invoice Number | Invoice Amount | Payments | Balance Due |
|---|---|---|---|---|
| 08/09/12 | 1815664 | $10,845.93 | $0.00 | $10,845.93 |
| 08/09/12 | 1815665 | $6,292.19 | $0.00 | $6,292.19 |
| 08/09/12 | 1815675 | $1,585.30 | $0.00 | $1,585.30 |
| **Prior Balance Due** | | | | **$18,723.42** |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available
upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



**MINNEAPOLIS OFFICE**
612-340-2600

(Tax Identification No. 41-0223337)

## STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

GMAC ResCap
Attn: Tammy Hamzehpour
1100 Virginia Drive
Fort Washington, PA  19034

September 12, 2012
Invoice No. 1821778

Client-Matter No.: 479140-00005
Business Lending Workout Matters

---

### For Legal Services Rendered Through August 31, 2012

# INVOICE TOTAL

| | |
|---|---|
| Subtotal for Current Legal Fees | $17,191.00 |
| Less 10% Discount | -$1,719.10 |
| Total For Current Legal Fees | $15,471.90 |
| Total For Current Disbursements and Service Charges | $1,857.86 |
| **Total For Current Invoice** | **$17,329.76** |
| **Summary of Account** | |
| *Prior Balance Due | $31,607.42 |
| Total Amount Due | $48,937.18 |

*If payment has been submitted for prior balance due, please disregard.

For your convenience, please remit payment to the address below or we offer the option of remitting payment electronically by wire transfer.
If you have any questions regarding this information, please contact the lawyer you are working with on this project or Dorsey's Accounts
Receivable Department at 1-800-861-0760. Thank you.

Mailing Instructions:
Dorsey & Whitney LLP
P.O. Box 1680
Minneapolis, MN 55480-1680

Wire Instructions.
U.S. Bank National Association
800 Nicollet Mall
Minneapolis, MN  55402

ABA Routing Number: 091000022
Account Number. 1602-3010-8500
Swift Code: USBKUS44IMT

**Please make reference to the invoice number**

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available
upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY

03515



MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

GMAC ResCap                                      September 12, 2012
Attn: Tammy Hamzehpour                           Invoice No. 1821778
1100 Virginia Drive
Fort Washington, PA  19034

**Client-Matter No: 479140-00005**

**Business Lending Workout Matters**

**For Legal Services Rendered Through August 31, 2012**

| 08/02/12 | L. McGlinn | 158.00 | 0.40 | 1 | (Nationwide) Draft letter to opposing counsel regarding outstanding discovery issues |
| 08/02/12 | J. Langdon | 427.00 | 0.70 | 17 | (Nationwide) Telephone conference with Nationwide trustee regarding document requests |
| 08/02/12 | J. Langdon | 610.00 | 1.00 | 17 | (Nationwide) Telephone conference with D. Horst, W. Thompson and L. Delehey regarding status and strategy |
| 08/03/12 | J. Langdon | 61.00 | 0.10 | 17 | (Nationwide) Memorandum to team regarding discovery issues |
| 08/07/12 | J. Langdon | 305.00 | 0.50 | 17 | (Nationwide) Draft memoranda regarding obtaining documents for Nationwide bankruptcy trustee |

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available
upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



GMAC ResCap
Client-Matter No.: 479140-00005
Invoice No.: 1821778

September 12, 2012
Page 2

| | | | | |
|---|---|---|---|---|
| 08/07/12 | C. Miller | 112.50 | 0.50 | 1 | (Nationwide) Query document management database for responsive files |
| 08/07/12 | M. Stark | 180.00 | 0.80 | 1 | (Nationwide) Query database for Union Bank statements per J. Langdon request |
| 08/08/12 | J. Langdon | 61.00 | 0.10 | 17 | (Nationwide) Memorandum to L. McGlinn regarding outstanding discovery |
| 08/08/12 | P. Jennings | 80.00 | 0.80 | 1 | (Nationwide) Prepare 2 CDs of 52 bank statements for third part review |
| 08/09/12 | J. Langdon | 732.00 | 1.20 | 17 | (Nationwide) Draft responses to Hanover document requests |
| 08/10/12 | J. Langdon | 183.00 | 0.30 | 17 | (Nationwide) Draft responses to Hanover interrogatories |
| 08/13/12 | J. Langdon | 305.00 | 0.50 | 17 | (Nationwide) Telephone conferences with D. Horst regarding document production |
| 08/13/12 | J. Langdon | 1,342.00 | 2.20 | 17 | (Nationwide) Draft responses to Hanover discovery requests |
| 08/14/12 | J. Langdon | 2,257.00 | 3.70 | 17 | (Nationwide) Draft responses to Hanover interrogatories |
| 08/14/12 | J. Langdon | 122.00 | 0.20 | 17 | (Nationwide) Revise responses to Hanover document requests |
| 08/14/12 | J. Langdon | 488.00 | 0.80 | 17 | (Nationwide) Telephone conference with D. Horst and C. MacElree regarding document production |
| 08/15/12 | J. Langdon | 122.00 | 0.20 | 17 | (Nationwide) Draft memorandum regarding Hanover discovery |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



GMAC ResCap                                                      September 12, 2012
Client-Matter No.: 479140-00005                                             Page 3
Invoice No.: 1821778

| 08/15/12 | J. Langdon | 183.00 | 0.30 | 17 | (Nationwide) Telephone conference with C. MacElree regarding Hanover discovery |
| 08/15/12 | J. Langdon | 61.00 | 0.10 | 17 | (Nationwide) Draft memorandum regarding California summary judgment |
| 08/16/12 | J. Langdon | 732.00 | 1.20 | 17 | (Nationwide) Revise Hanover discovery responses |
| 08/17/12 | J. Langdon | 122.00 | 0.20 | 17 | (Nationwide) Draft notes regarding Hanover discovery responses |
| 08/20/12 | J. Langdon | 793.00 | 1.30 | 17 | (Nationwide) Finalize Hanover discovery responses |
| 08/20/12 | J. Langdon | 305.00 | 0.50 | 1 | (Nationwide) Telephone conference with T. Denis and C. MacElree regarding location and production of relevant documents |
| 08/21/12 | J. Langdon | 610.00 | 1.00 | 17 | (Nationwide) Review client documents for potential production to opposing counsel |
| 08/21/12 | J. Langdon | 61.00 | 0.10 | 1 | (Nationwide) Draft memoranda to C. MacElree regarding document gathering |
| 08/21/12 | J. Langdon | 244.00 | 0.40 | 17 | (Nationwide) Draft memoranda regarding discovery issues |
| 08/21/12 | M. Stark | 112.50 | 0.50 | 1 | (Nationwide) Review documents collected by client per J. Langdon request |
| 08/22/12 | L. McGlinn | 118.50 | 0.30 | 1 | (Nationwide) Review responses to special interrogatories |
| 08/22/12 | L. McGlinn | 79.00 | 0.20 | 1 | (Nationwide) Prepare email to opposing counsel regarding |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



GMAC ResCap                                    September 12, 2012
Client-Matter No.: 479140-00005                         Page 4
Invoice No.: 1821778

| | | | | | |
|---|---|---|---|---|---|
| | | | | | responses to special interrogatories |
| 08/22/12 | J. Langdon | 244.00 | 0.40 | 17 | (Nationwide) Draft memoranda regarding proof of claim support |
| 08/23/12 | J. Langdon | 366.00 | 0.60 | 17 | (Nationwide) Draft memoranda regarding information for Nationwide trustee |
| 08/24/12 | J. Langdon | 427.00 | 0.70 | 17 | (Nationwide) Analyze damage information to provide to trustee |
| 08/27/12 | L. McGlinn | 79.00 | 0.20 | 17 | (Nationwide) Review A. Cooper's dismissal demand letter |
| 08/27/12 | L. McGlinn | 1,027.00 | 2.60 | 17 | (Nationwide) Review documents produced in conjunction with request for production |
| 08/27/12 | L. McGlinn | 158.00 | 0.40 | 17 | (Nationwide) Communications with A. Cooper regarding documents produced in conjunction with request for production |
| 08/27/12 | J. Langdon | 244.00 | 0.40 | 1 | (Nationwide) Draft memorandum regarding authority to dismiss California and Pennsylvania actions |
| 08/27/12 | J. Langdon | 183.00 | 0.30 | 17 | (Nationwide) Draft memorandum regarding California demand to dismiss certain claims |
| 08/27/12 | J. Langdon | 244.00 | 0.40 | 17 | (Nationwide) Gather documents for production in Pennsylvania action |
| 08/28/12 | L. McGlinn | 790.00 | 2.00 | 17 | (Nationwide) Review documents produced in discovery |
| 08/28/12 | L. McGlinn | 790.00 | 2.00 | 17 | (Nationwide) Prepare detailed meet and confer letter detailing |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available
upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



GMAC ResCap
Client-Matter No.: 479140-00005
Invoice No.: 1821778

September 12, 2012
Page 5

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  |  |  |  | deficiencies in discovery responses |
| 08/28/12 | L. McGlinn | 118.50 | 0.30 | 17 | (Nationwide) Research regarding assignability of conversion claim |
| 08/28/12 | L. McGlinn | 158.00 | 0.40 | 17 | (Nationwide) Research regarding recoverable damages on conversion claim when converted property returned |
| 08/28/12 | L. McGlinn | 118.50 | 0.30 | 17 | (Nationwide) Review and analyze Morrison Settlement Agreement |
| 08/28/12 | L. McGlinn | 118.50 | 0.30 | 17 | (Nationwide) Prepare memorandum regarding Morrison Settlement Agreement |
| 08/28/12 | J. Langdon | 244.00 | 0.40 | 17 | (Nationwide) Draft memorandum regarding litigation strategy |
| 08/28/12 | J. Langdon | 183.00 | 0.30 | 1 | (Nationwide) Telephone conferences with L. McGlinn regarding dismissal |
| 08/29/12 | J. Langdon | 305.00 | 0.50 | 17 | (Nationwide) Analyze conversion claim in California action |
| 08/30/12 | J. Langdon | 183.00 | 0.30 | 17 | (Nationwide) Draft memoranda regarding discovery issues |
| 08/31/12 | J. Langdon | 244.00 | 0.40 | 17 | (Nationwide) Draft memoranda regarding discovery issues in Hanover action |

**Total Hours**    33.30

**Subtotal for Legal Fees**    $17,191.00

**Less 10% Discount**    -$1,719.10

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



GMAC ResCap                                                September 12, 2012
Client-Matter No.: 479140-00005                                      Page 6
Invoice No.: 1821778

|  | **Total for Legal Fees** | **$15,471.90** |
|---|---|---|

**Disbursements and Service Charges**

| | | |
|---|---|---|
| Filing Fee - ASAP Legal, LLC  - Riverside/Indio Court 06/18/12 | | 225.00 |
| Filing Fee - ASAP Legal, LLC  - Riverside/Indio Court 06/19/12 | | 136.00 |
| Copies of Legal Documents - Riverside Court Web - Copy of signed Stipulation and Order for Continuance of Trial Date and Related Deadlines 07/17/12 | | 5.40 |
| Travel Expense - Travel for J. Langdon to Philadelphia, PA to accompany client, C. MacAlree, to US Attorney's Office 07/19/12 | | 1,491.46 |

|  | **Total for Disbursements and Service Charges** | **$1,857.86** |
|---|---|---|
|  | **Total This Invoice** | **$17,329.76** |

**Timekeeper Summary**

| Timekeeper | Class | Hours | Billed Rate | Amount |
|---|---|---|---|---|
| L. McGlinn | Other Attorney | 9.40 | 395.00 | 3,713.00 |
| J. Langdon | Partner | 21.30 | 610.00 | 12,993.00 |
| C. Miller | Paralegal | 0.50 | 225.00 | 112.50 |
| M. Stark | Paralegal | 1.30 | 225.00 | 292.50 |
| P. Jennings | Misc Timekeeper | 0.80 | 100.00 | 80.00 |
| **Total all Timekeepers** | | **33.30** | | **17,191.00** |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available
upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



GMAC ResCap
Client-Matter No.: 479140-00005
Invoice No.: 1821778

September 12, 2012

**Statement of Account**

| Invoice Date | Invoice Number | Invoice Amount | Payments | Balance Due |
|---|---|---|---|---|
| 08/09/12 | 1816006 | $738.00 | $0.00 | $738.00 |
| 08/09/12 | 1816007 | $17,543.27 | $0.00 | $17,543.27 |
| 08/09/12 | 1816008 | $13,326.15 | $0.00 | $13,326.15 |
| **Prior Balance Due** | | | | **$31,607.42** |

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available
upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

## STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Funding Company, LLC
One Meridian Crossings
Minneapolis, MN 55423

September 12, 2012
Invoice No. 1821607

Client-Matter No.: 355050-00359
Allstate Insurance Company et al.

**For Legal Services Rendered Through August 31, 2012**

# INVOICE TOTAL

| | |
|---|---|
| Subtotal for Current Legal Fees | $584.50 |
| Less 10% Discount | -$58.45 |
| Total For Current Legal Fees | $526.05 |
| **Total For Current Invoice** | **$526.05** |
| **Summary of Account** | |
| *Prior Balance Due | $8,633.30 |
| Total Amount Due | $9,159.35 |

*If payment has been submitted for prior balance due, please disregard.

For your convenience, please remit payment to the address below or we offer the option of remitting payment electronically by wire transfer. If you have a question regarding this information, please contact the lawyer you are working with on this project or Dorsey's Accounts Receivable Department at 1-800-861-0760. Thank you.

Mailing Instructions:
Dorsey & Whitney LLP
P.O. Box 1680
Minneapolis, MN 55480-1680

Wire Instructions:
U.S. Bank National Association
800 Nicollet Mall
Minneapolis, MN 55402

ABA Routing Number: 091000022
Account Number: 1602-3010-8500
Swift Code: USBKUS44IMT

**Please make reference to the invoice number**

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY

03756



MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Funding Company, LLC
One Meridian Crossings
Minneapolis, MN 55423

September 12, 2012
Invoice No. 1821607

**Client-Matter No: 355050-00359**

**Allstate Insurance Company et al.**
**Client No.: 709980**

---

**For Legal Services Rendered Through August 31, 2012**

| | | | | | |
|---|---|---|---|---|---|
| 08/03/12 | J. Stilson | 63.00 | 0.20 | 17 | Communication to Mayer Brown regarding transition of file for defendant Residential Funding Securities |
| 08/06/12 | J. Stilson | 94.50 | 0.30 | 17 | Draft correspondence regarding transmission of file information to Mayer Brown and Fredrikson |
| 08/09/12 | J. Langdon | 244.00 | 0.40 | 17 | Draft memoranda regarding third-party subpoenas |
| 08/10/12 | J. Langdon | 61.00 | 0.10 | 17 | Draft memoranda regarding third-party subpoenas |
| 08/15/12 | J. Langdon | 61.00 | 0.10 | 17 | Draft memorandum regarding third-party subpoenas |
| 08/16/12 | J. Langdon | 61.00 | 0.10 | 17 | Draft memoranda regarding third-party subpoenas |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY

**1OO** A NEW CENTURY OF SERVICE 1912 | 2012

◯ 》 **DORSEY**
DORSEY & WHITNEY LLP

Residential Funding Company, LLC                    September 12, 2012
Client-Matter No.: 355050-00359                              Page 2
Invoice No.: 1821607

| Total Hours | 1.20 | |
|---|---|---|

| | | |
|---|---|---|
| **Subtotal for Legal Fees** | | **$584.50** |
| **Less 10% Discount** | | **-$58.45** |
| **Total for Legal Fees** | | **$526.05** |
| **Total This Invoice** | | **$526.05** |

## Timekeeper Summary

| Timekeeper | Class | Hours | Billed Rate | Amount |
|---|---|---|---|---|
| J. Stilson | Associate | 0.50 | 315.00 | 157.50 |
| J. Langdon | Partner | 0.70 | 610.00 | 427.00 |
| **Total all Timekeepers** | | **1.20** | | **584.50** |

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available
upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



Residential Funding Company, LLC                                    September 12, 2012
Client-Matter No.: 355050-00359
Invoice No.: 1821607

## Statement of Account

| Invoice Date | Invoice Number | Invoice Amount | Payments | Balance Due |
|---|---|---|---|---|
| 08/07/12 | 1814820 | $3,634.20 | $0.00 | $3,634.20 |
| 08/07/12 | 1814834 | $2,420.15 | $0.00 | $2,420.15 |
| 08/07/12 | 1814910 | $2,578.95 | $0.00 | $2,578.95 |
| **Prior Balance Due** | | | | **$8,633.30** |

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available
upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



**100** A NEW CENTURY OF SERVICE

DORSEY
DORSEY & WHITNEY LLP

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

## STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Funding Company, LLC
One Meridian Crossings
Minneapolis, MN 55423

September 12, 2012
Invoice No. 1821608

Client-Matter No.: 355050-00360
Huntington Bancshares Inc.

**For Legal Services Rendered Through August 31, 2012**

# INVOICE TOTAL

| | |
|---|---|
| Subtotal for Current Legal Fees | $488.00 |
| Less 10% Discount | -$48.80 |
| Total For Current Legal Fees | $439.20 |
| **Total For Current Invoice** | **$439.20** |
| **Summary of Account** | |
| *Prior Balance Due | $6,698.80 |
| Total Amount Due | $7,138.00 |

*If payment has been submitted for prior balance due, please disregard.

For your convenience, please remit payment to the address below or we offer the option of remitting payment electronically by wire transfer. If you have any questions regarding this information, please contact the lawyer you are working with on this project or Dorsey's Accounts Receivable Department at 1-800-861-0760. Thank you.

Mailing Instructions:
Dorsey & Whitney LLP
P.O. Box 1680
Minneapolis, MN 55480-1680

Wire Instructions:
U.S. Bank National Association
800 Nicollet Mall
Minneapolis, MN 55402

ABA Routing Number: 091000022
Account Number: 1602-3010-8500
Swift Code: USBKUS44IMT

**Please make reference to the invoice number**

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available
upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**

03756



MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

## STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Funding Company, LLC
One Meridian Crossings
Minneapolis, MN 55423

September 12, 2012
Invoice No. 1821608

**Client-Matter No: 355050-00360**

**Huntington Bancshares Inc.**
**Client No.: 719440**

---

**For Legal Services Rendered Through August 31, 2012**

| | | | | | |
|---|---|---|---|---|---|
| 08/01/12 | J. Langdon | 305.00 | 0.50 | 17 | Telephone conferences with individual defendants regarding status and strategy |
| 08/14/12 | J. Langdon | 61.00 | 0.10 | 17 | Review correspondence to court regarding impact of stay |
| 08/15/12 | J. Langdon | 61.00 | 0.10 | 17 | Draft memorandum regarding upcoming hearing on motion to dismiss |
| 08/24/12 | J. Langdon | 61.00 | 0.10 | 17 | Draft memoranda regarding indemnification |
| | **Total Hours** | | **0.80** | | |

**Subtotal for Legal Fees**     $488.00

**Less 10% Discount**     -$48.80

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



Residential Funding Company, LLC                    September 12, 2012
Client-Matter No.: 355050-00360                              Page 2
Invoice No.: 1821608

| | | **Total for Legal Fees** | **$439.20** |
|---|---|---|---|

| | | **Total This Invoice** | **$439.20** |
|---|---|---|---|

**Timekeeper Summary**

| Timekeeper | Class | Hours | Billed Rate | Amount |
|---|---|---|---|---|
| J. Langdon | Partner | 0.80 | 610.00 | 488.00 |
| **Total all Timekeepers** | | **0.80** | | **488.00** |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available
upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



Residential Funding Company, LLC                                    September 12, 2012
Client-Matter No.: 355050-00360
Invoice No.: 1821608

## Statement of Account

| Invoice Date | Invoice Number | Invoice Amount | Payments | Balance Due |
|---|---|---|---|---|
| 08/07/12 | 1814953 | $1,905.35 | $0.00 | $1,905.35 |
| 08/07/12 | 1814956 | $4,244.45 | $0.00 | $4,244.45 |
| 08/07/12 | 1814957 | $549.00 | $0.00 | $549.00 |
| **Prior Balance Due** | | | | **$6,698.80** |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available
upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

## STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Funding Company, LLC
One Meridian Crossings
Minneapolis, MN 55423

September 12, 2012
Invoice No. 1821609

Client-Matter No.: 355050-00361
1941Stichting Pensioenfonds ABP

## For Legal Services Rendered Through August 31, 2012

# INVOICE TOTAL

| | |
|---|---|
| Subtotal for Current Legal Fees | $948.50 |
| Less 10% Discount | -$94.85 |
| Total For Current Legal Fees | $853.65 |
| Total For Current Disbursements and Service Charges | $18.00 |
| **Total For Current Invoice** | **$871.65** |

### Summary of Account

| | |
|---|---|
| *Prior Balance Due | $27,275.13 |
| Total Amount Due | $28,146.78 |

*If payment has been submitted for prior balance due, please disregard.

For your convenience, please remit payment to the address below or we offer the option of remitting payment electronically by wire transfer. If you have any questions regarding this information, please contact the lawyer you are working with on this project or Dorsey's Accounts Receivable Department at 1-800-861-0760. Thank you.

Mailing Instructions:
Dorsey & Whitney LLP
P.O. Box 1680
Minneapolis, MN 55480-1680

Wire Instructions:
U.S. Bank National Association
800 Nicollet Mall
Minneapolis, MN  55402

ABA Routing Number: 091000022
Account Number: 1602-3010-8500
Swift Code: USBKUS44IMT

**Please make reference to the invoice number**

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available
upon request  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**

03756



### MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

## STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Funding Company, LLC
One Meridian Crossings
Minneapolis, MN 55423

September 12, 2012
Invoice No. 1821609

**Client-Matter No: 355050-00361**

**1941Stichting Pensioenfonds ABP**
**Client No.: 719458**

**For Legal Services Rendered Through August 31, 2012**

| | | | | | |
|---|---|---|---|---|---|
| 08/01/12 | J. Langdon | 305.00 | 0.50 | 17 | Telephone conference with L. Lundsen and D. Wold regarding status and strategy |
| 08/07/12 | J. Langdon | 61.00 | 0.10 | 17 | Memorandum to T. Devine regarding D&O insurance issues |
| 08/10/12 | J. Langdon | 61.00 | 0.10 | 17 | Draft memoranda regarding stay and scheduling |
| 08/14/12 | J. Langdon | 61.00 | 0.10 | 17 | Review correspondence to court regarding impact of stay |
| 08/20/12 | J. Stilson | 94.50 | 0.30 | 17 | Respond to inquiry of D. Beck at Carpenter Lipps regarding motion to dismiss filings |
| 08/20/12 | J. Langdon | 61.00 | 0.10 | 17 | Draft memoranda regarding upcoming hearing on motion to dismiss |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



Residential Funding Company, LLC                                    September 12, 2012
Client-Matter No.: 355050-00361                                                    Page 2
Invoice No.: 1821609

| 08/24/12 | J. Langdon | 61.00 | 0.10 | 17 | Draft memoranda regarding indemnification |
| 08/27/12 | J. Langdon | 61.00 | 0.10 | 17 | Review recent pleadings |
| 08/29/12 | J. Langdon | 122.00 | 0.20 | 17 | Draft memorandum regarding impact of bankruptcy proceedings on individual defendants |
| 08/31/12 | J. Langdon | 61.00 | 0.10 | 17 | Review recent court filings |
| | **Total Hours** | | **1.70** | | |

| | |
|---|---|
| **Subtotal for Legal Fees** | **$948.50** |
| **Less 10% Discount** | **-$94.85** |
| **Total for Legal Fees** | **$853.65** |

**Disbursements and Service Charges**

| | |
|---|---|
| Metro Legal Services, Inc. – Delivery to Judge Montgomery 07/31/12 | 18.00 |
| **Total for Disbursements and Service Charges** | **$18.00** |
| **Total This Invoice** | **$871.65** |

**Timekeeper Summary**

| Timekeeper | Class | Hours | Billed Rate | Amount |
|---|---|---|---|---|
| J. Stilson | Associate | 0.30 | 315.00 | 94.50 |
| J. Langdon | Partner | 1.40 | 610.00 | 854.00 |
| **Total all Timekeepers** | | **1.70** | | **948.50** |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



Residential Funding Company, LLC                                September 12, 2012
Client-Matter No.: 355050-00361
Invoice No.: 1821609

## Statement of Account

| Invoice Date | Invoice Number | Invoice Amount | Payments | Balance Due |
|---|---|---|---|---|
| 08/07/12 | 1814822 | $2,959.70 | $0.00 | $2,959.70 |
| 08/07/12 | 1814833 | $7,637.81 | $0.00 | $7,637.81 |
| 08/07/12 | 1814912 | $16,677.62 | $0.00 | $16,677.62 |
| **Prior Balance Due** | | | | **$27,275.13** |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



### MINNEAPOLIS OFFICE
### 612-340-2600

(Tax Identification No. 41-0223337)

## STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Funding Company, LLC
One Meridian Crossings
Minneapolis, MN 55423

September 12, 2012
Invoice No. 1821606

Client-Matter No.: 355050-00362
Secondment of Associate

---

**For Legal Services Rendered Through August 31, 2012**

## INVOICE TOTAL

| | |
|---|---:|
| Subtotal for Current Legal Fees | $52,325.00 |
| Less Write Off per Fixed Fee Agreement | -$22,825.00 |
| Total For Current Legal Fees | $29,500.00 |
| Total For Current Disbursements and Service Charges | $2,491.44 |
| **Total For Current Invoice** | **$31,991.44** |

**Summary of Account**

| | |
|---|---:|
| *Prior Balance Due | $76,129.03 |
| Total Amount Due | $108,120.47 |

*If payment has been submitted for prior balance due, please disregard.

For your convenience, please remit payment to the address below or we offer the option of remitting payment electronically by wire transfer. If you have any questions regarding this information, please contact the lawyer you are working with on this project or Dorsey's Accounts Receivable Department at 1-800-861-0760. Thank you.

| Mailing Instructions: | Wire Instructions. | |
|---|---|---|
| Dorsey & Whitney LLP | U.S. Bank National Association | ABA Routing Number 091000022 |
| P.O. Box 1680 | 800 Nicollet Mall | Account Number. 1602-3010-8500 |
| Minneapolis, MN 55480-1680 | Minneapolis, MN 55402 | Swift Code: USBKUS44IMT |

**Please make reference to the invoice number**

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**

03756



MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Funding Company, LLC                    September 12, 2012
One Meridian Crossings                              Invoice No. 1821606
Minneapolis,  MN 55423

**Client-Matter No: 355050-00362**

**Secondment of Associate**

---

**For Legal Services Rendered Through August 31, 2012**

| | | | | | |
|---|---|---|---|---|---|
| 08/01/12 | B. Smith | 2,275.00 | 7.00 | 17 | Manage litigation and government investigations and advise client on various regulatory/compliance issues |
| 08/02/12 | B. Smith | 2,275.00 | 7.00 | 17 | Manage litigation and government investigations and advise client on various regulatory/compliance issues |
| 08/03/12 | B. Smith | 2,275.00 | 7.00 | 17 | Manage litigation and government investigations and advise client on various regulatory/compliance issues |
| 08/06/12 | B. Smith | 2,275.00 | 7.00 | 17 | Manage litigation and government investigations and advise client on various regulatory/compliance issues |
| 08/07/12 | B. Smith | 2,275.00 | 7.00 | 17 | Manage litigation and government |

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available
upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



Residential Funding Company, LLC                                   September 12, 2012
Client-Matter No.: 355050-00362                                                 Page 2
Invoice No.: 1821606

|  |  |  |  |  | investigations and advise client on various regulatory/compliance issues |
| 08/08/12 | B. Smith | 2,275.00 | 7.00 | 17 | Manage litigation and government investigations and advise client on various regulatory/compliance issues |
| 08/09/12 | B. Smith | 2,275.00 | 7.00 | 17 | Manage litigation and government investigations and advise client on various regulatory/compliance issues |
| 08/10/12 | B. Smith | 2,275.00 | 7.00 | 17 | Manage litigation and government investigations and advise client on various regulatory/compliance issues |
| 08/13/12 | B. Smith | 2,275.00 | 7.00 | 17 | Manage litigation and government investigations and advise client on various regulatory/compliance issues |
| 08/14/12 | B. Smith | 2,275.00 | 7.00 | 17 | Manage litigation and government investigations and advise client on various regulatory/compliance issues |
| 08/15/12 | B. Smith | 2,275.00 | 7.00 | 17 | Manage litigation and government investigations and advise client on various regulatory/compliance issues |
| 08/16/12 | B. Smith | 2,275.00 | 7.00 | 17 | Manage litigation and government investigations and advise client on various regulatory/compliance issues |
| 08/17/12 | B. Smith | 2,275.00 | 7.00 | 17 | Manage litigation and government investigations and advise client on various regulatory/compliance |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



Residential Funding Company, LLC                                    September 12, 2012
Client-Matter No.: 355050-00362                                                Page 3
Invoice No.: 1821606

|            |          |          |      |    | issues |
|------------|----------|----------|------|----|--------|
| 08/20/12   | B. Smith | 2,275.00 | 7.00 | 17 | Manage litigation and government investigations and advise client on various regulatory/compliance issues |
| 08/21/12   | B. Smith | 2,275.00 | 7.00 | 17 | Manage litigation and government investigations and advise client on various regulatory/compliance issues |
| 08/22/12   | B. Smith | 2,275.00 | 7.00 | 17 | Manage litigation and government investigations and advise client on various regulatory/compliance issues |
| 08/23/12   | B. Smith | 2,275.00 | 7.00 | 17 | Manage litigation and government investigations and advise client on various regulatory/compliance issues |
| 08/24/12   | B. Smith | 2,275.00 | 7.00 | 17 | Manage litigation and government investigations and advise client on various regulatory/compliance issues |
| 08/27/12   | B. Smith | 2,275.00 | 7.00 | 17 | Manage litigation and government investigations and advise client on various regulatory/compliance issues |
| 08/28/12   | B. Smith | 2,275.00 | 7.00 | 17 | Manage litigation and government investigations and advise client on various regulatory/compliance issues |
| 08/29/12   | B. Smith | 2,275.00 | 7.00 | 17 | Manage litigation and government investigations and advise client on various regulatory/compliance issues |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available
upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



Residential Funding Company, LLC
Client-Matter No.: 355050-00362
Invoice No.: 1821606

September 12, 2012
Page 4

| Date | Timekeeper | Amount | Hours | | Description |
|---|---|---|---|---|---|
| 08/30/12 | B. Smith | 2,275.00 | 7.00 | 17 | Manage litigation and government investigations and advise client on various regulatory/compliance issues |
| 08/31/12 | B. Smith | 2,275.00 | 7.00 | 17 | Manage litigation and government investigations and advise client on various regulatory/compliance issues |

**Total Hours**       **161.00**

|  |  |
|---|---|
| **Subtotal for Legal Fees** | **$52,325.00** |
| **Less Write Off per Fixed Fee Agreement** | **-$22,825.00** |
| **Total for Legal Fees** | **$29,500.00** |

**Disbursements and Service Charges**

Travel Expense - Travel for B. Smith to New York, NY to attend     2,491.44
meeting for Residential Capital, LLC 07/16-19/12

| | |
|---|---|
| **Total for Disbursements and Service Charges** | **$2,491.44** |
| **Total This Invoice** | **$31,991.44** |

**Timekeeper Summary**

| Timekeeper | Class | Hours | Billed Rate | Amount |
|---|---|---|---|---|
| B. Smith | Associate | 161.00 | 325.00 | 52,325.00 |
| **Total all Timekeepers** | | **161.00** | | **52,325.00** |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available
upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



Residential Funding Company, LLC                                    September 12, 2012
Client-Matter No.: 355050-00362
Invoice No.: 1821606

**Statement of Account**

| Invoice Date | Invoice Number | Invoice Amount | Payments | Balance Due |
|---|---|---|---|---|
| 08/07/12 | 1815086 | $17,129.03 | $0.00 | $17,129.03 |
| 08/07/12 | 1815087 | $29,500.00 | $0.00 | $29,500.00 |
| 08/07/12 | 1815088 | $29,500.00 | $0.00 | $29,500.00 |
| **Prior Balance Due** | | | | **$76,129.03** |

Service charges are based on rates established by Dorsey & Whitney   A schedule of those rates has been provided and is available
upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Funding Company, LLC
One Meridian Crossings
Minneapolis, MN 55423

September 12, 2012
Invoice No. 1821610

Client-Matter No.: 355050-00364
Investigation by US SEC-Los Angeles Division

**For Legal Services Rendered Through August 31, 2012**

# INVOICE TOTAL

| | |
|---|---|
| Subtotal for Current Legal Fees | $3,001.50 |
| Less 10% Discount | -$300.15 |
| Total For Current Legal Fees | $2,701.35 |
| **Total For Current Invoice** | **$2,701.35** |
| **Summary of Account** | |
| *Prior Balance Due | $154,238.58 |
| Total Amount Due | $156,939.93 |

*If payment has been submitted for prior balance due, please disregard.

For your convenience, please remit payment to the address below or we offer the option of remitting payment electronically by wire transfer. If you have any questions regarding this information, please contact the lawyer you are working with on this project or Dorsey's Accounts Receivable Department at 1-800-861-0760. Thank you.

Mailing Instructions:
Dorsey & Whitney LLP
P.O. Box 1680
Minneapolis, MN 55480-1680

Wire Instructions:
U.S. Bank National Association
800 Nicollet Mall
Minneapolis, MN 55402

ABA Routing Number: 091000022
Account Number: 1602-3010-8500
Swift Code: USBKUS44IMT

**Please make reference to the invoice number**

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**

03756



MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Funding Company, LLC
One Meridian Crossings
Minneapolis, MN 55423

September 12, 2012
Invoice No. 1821610

**Client-Matter No: 355050-00364**

**Investigation by US SEC-Los Angeles Division
Client No.: 712734**

---

**For Legal Services Rendered Through August 31, 2012**

| | | | | | |
|---|---|---|---|---|---|
| 08/01/12 | J. Langdon | 61.00 | 0.10 | 19 | Telephone conference with Mayer Brown regarding Ally Securities response to subpoena |
| 08/02/12 | K. Schubert | 29.50 | 0.10 | 19 | Correspondence with N. Serfoss regarding transition |
| 08/02/12 | K. Schubert | 29.50 | 0.10 | 19 | Correspondence with R. Knudson regarding transition |
| 08/02/12 | K. Schubert | 29.50 | 0.10 | 19 | Correspondence with N. Bussiere regarding transition |
| 08/03/12 | K. Schubert | 59.00 | 0.20 | 19 | Coordinate collection of materials for transition |
| 08/03/12 | R. Knudson | 286.00 | 1.30 | 19 | Finalize hard drive with electronic document productions |
| 08/03/12 | R. Knudson | 22.00 | 0.10 | 19 | Transmit hard drive with electronic document productions |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available
upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



Residential Funding Company, LLC                                    September 12, 2012
Client-Matter No.: 355050-00364                                              Page 2
Invoice No.: 1821610

|  |  |  |  |  | to Morrison & Foerster |
|---|---|---|---|---|---|
| 08/06/12 | K. Schubert | 177.00 | 0.60 | 19 | Coordinate transition of materials |
| 08/07/12 | K. Schubert | 147.50 | 0.50 | 19 | Coordinate transition of materials |
| 08/07/12 | R. Knudson | 330.00 | 1.50 | 19 | Transmit documents requiring review and production from Ringtail database to Morrison & Foerster |
| 08/07/12 | N. Bussiere | 66.00 | 0.30 | 19 | Prepare ResCap deal review for transmittal to Morrison & Foerster |
| 08/08/12 | K. Schubert | 442.50 | 1.50 | 19 | Coordinate transition of materials |
| 08/08/12 | R. Knudson | 242.00 | 1.10 | 19 | Confirm transmittal of all documents requiring review and production within Ringtail document management database to Morrison & Foerster |
| 08/08/12 | N. Bussiere | 198.00 | 0.90 | 19 | Search database for past production of six documents |
| 08/09/12 | K. Schubert | 295.00 | 1.00 | 19 | Coordinate transition of materials |
| 08/09/12 | R. Knudson | 66.00 | 0.30 | 19 | Telephone conference with Morrison & Foerster regarding production data |
| 08/13/12 | R. Knudson | 220.00 | 1.00 | 19 | Prepare cross reference report of re-production bates numbers of management report documents |
| 08/15/12 | K. Schubert | 59.00 | 0.20 | 19 | Correspondence with N. Serfoss regarding production of family documents |
| 08/15/12 | K. Schubert | 59.00 | 0.20 | 19 | Correspondence with G. Marty regarding production of family documents |
| 08/15/12 | J. Langdon | 61.00 | 0.10 | 19 | Telephone conferences with |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



Residential Funding Company, LLC
Client-Matter No.: 355050-00364
Invoice No.: 1821610

September 12, 2012
Page 3

|  |  |  |  |  | Mayer Brown attorneys regarding requests |
|---|---|---|---|---|---|
| 08/16/12 | J. Langdon | 122.00 | 0.20 | 19 | Telephone conference with Mayer Brown attorneys regarding questions regarding Ally Securities |

**Total Hours**                     **11.40**

|  |  |
|---|---|
| **Subtotal for Legal Fees** | **$3,001.50** |
| **Less 10% Discount** | **-$300.15** |
| **Total for Legal Fees** | **$2,701.35** |
| **Total This Invoice** | **$2,701.35** |

**Timekeeper Summary**

| Timekeeper | Class | Hours | Billed Rate | Amount |
|---|---|---|---|---|
| K. Schubert | Associate | 4.50 | 295.00 | 1,327.50 |
| J. Langdon | Partner | 0.40 | 610.00 | 244.00 |
| R. Knudson | Paralegal | 5.30 | 220.00 | 1,166.00 |
| N. Bussiere | Paralegal | 1.20 | 220.00 | 264.00 |
| **Total all Timekeepers** | | **11.40** | | **3,001.50** |

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



Residential Funding Company, LLC                                      September 12, 2012
Client-Matter No.: 355050-00364
Invoice No.: 1821610

## Statement of Account

| Invoice Date | Invoice Number | Invoice Amount | Payments | Balance Due |
|---|---|---|---|---|
| 08/07/12 | 1814814 | $41,385.03 | $0.00 | $41,385.03 |
| 08/07/12 | 1814835 | $68,081.26 | $0.00 | $68,081.26 |
| 08/07/12 | 1814908 | $44,772.29 | $0.00 | $44,772.29 |
| **Prior Balance Due** | | | | **$154,238.58** |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available
upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Funding Company, LLC                    September 12, 2012
One Meridian Crossings                              Invoice No. 1821611
Minneapolis, MN 55423

Client-Matter No.: 355050-00366
Union Central Insurance Investor Litigation

**For Disbursements and Services Charges Rendered Through August 31, 2012**

# INVOICE TOTAL

Total For Current Disbursements and Service Charges          $13.23

**Total For Current Invoice**                                **$13.23**

For your convenience, please remit payment to the address below or we offer the option of remitting payment electronically by wire transfer.
If you have any questions regarding this information, please contact the lawyer you are working with on this project or Dorsey's Accounts
Receivable Department at 1-800-861-0760. Thank you.

Mailing Instructions:              Wire Instructions:
Dorsey & Whitney LLP               U.S. Bank National Association      ABA Routing Number: 091000022
P.O. Box 1680                      800 Nicollet Mall                   Account Number: 1602-3010-8500
Minneapolis, MN 55480-1680        Minneapolis, MN 55402               Swift Code: USBKUS44IMT

**Please make reference to the invoice number**

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available
upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY

03756



MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

## STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Funding Company, LLC                          September 12, 2012
One Meridian Crossings                                    Invoice No. 1821611
Minneapolis, MN 55423

**Client-Matter No: 355050-00366**

**Union Central Insurance Investor Litigation**

**For Disbursements and Service Charges Rendered Through August 31, 2012**

|  | |
|---|---|
| **Total for Legal Fees** | **$0.00** |

**Disbursements and Service Charges**

|  | |
|---|---|
| Professional Service - ALM Media, Inc. - Electronic Monitoring of Court Docket for period ending 06/30/12 | 13.23 |
| **Total for Disbursements and Service Charges** | **$13.23** |
| **Total This Invoice** | **$13.23** |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available
upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Funding Company, LLC                                    September 12, 2012
One Meridian Crossings                                             Invoice No. 1821844
Minneapolis, MN 55423

Client-Matter No.: 355050-00368
John Hancock Life Insurance Company, et al

---

**For Legal Services Rendered Through August 31, 2012**

# INVOICE TOTAL

| | |
|---|---|
| Subtotal for Current Legal Fees | $6,191.50 |
| Less 10% Discount | -$619.15 |
| Total For Current Legal Fees | $5,572.35 |
| **Total For Current Invoice** | **$5,572.35** |

For your convenience, please remit payment to the address below or we offer the option of remitting payment electronically by wire transfer. If you have any questions regarding this information, please contact the lawyer you are working with on this project or Dorsey's Accounts Receivable Department at 1-800-861-0760. Thank you.

| Mailing Instructions: | Wire Instructions: | |
|---|---|---|
| Dorsey & Whitney LLP | U.S. Bank National Association | ABA Routing Number: 091000022 |
| P.O. Box 1680 | 800 Nicollet Mall | Account Number: 1602-3010-8500 |
| Minneapolis, MN 55480-1680 | Minneapolis, MN 55402 | Swift Code: USBKUS44IMT |

**Please make reference to the invoice number**

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY

03756



MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Funding Company, LLC                                September 12, 2012
One Meridian Crossings                                           Invoice No. 1821844
Minneapolis, MN 55423

**Client-Matter No: 355050-00368**

**John Hancock Life Insurance Company, et al**

_____

**For Legal Services Rendered Through August 31, 2012**

| | | | | | |
|---|---|---|---|---|---|
| 07/27/12 | A. Brantingham | 94.00 | 0.40 | 17 | Review complaint |
| 07/27/12 | A. Brantingham | 23.50 | 0.10 | 17 | Email J. Langdon regarding complaint |
| 07/27/12 | J. Langdon | 122.00 | 0.20 | 17 | Memorandum to W. Thompson regarding service of complaint |
| 07/27/12 | J. Langdon | 122.00 | 0.20 | 17 | Joint memorandum to individual defendants regarding service of complaint |
| 07/27/12 | J. Langdon | 61.00 | 0.10 | 17 | Memorandum to A. Brantingham regarding service of complaint |
| 07/27/12 | J. Langdon | 61.00 | 0.10 | 17 | Review memorandum from A. Brantingham regarding service of complaint |
| 07/29/12 | J. Langdon | 915.00 | 1.50 | 17 | Review complaint |
| 07/30/12 | A. Brantingham | 70.50 | 0.30 | 17 | Run conflicts check |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



Residential Funding Company, LLC                                    September 12, 2012
Client-Matter No.: 355050-00368                                                Page 2
Invoice No.: 1821844

| | | | | | |
|---|---|---|---|---|---|
| 07/30/12 | A. Brantingham | 23.50 | 0.10 | 17 | Email clients regarding conflict check |
| 07/30/12 | J. Langdon | 244.00 | 0.40 | 17 | Memorandum to individual defendants jointly regarding representation |
| 07/30/12 | J. Langdon | 244.00 | 0.40 | 17 | Review memoranda from individual defendants regarding representation |
| 07/31/12 | J. Langdon | 183.00 | 0.30 | 17 | Memorandum to individual defendant D. Wold regarding status |
| 08/03/12 | J. Langdon | 122.00 | 0.20 | 17 | Telephone conference with W. Thompson regarding background of case and defense strategy |
| 08/03/12 | J. Langdon | 61.00 | 0.10 | 17 | Telephone conference with L. Delehy regarding background of case and defense strategy |
| 08/03/12 | J. Langdon | 183.00 | 0.30 | 17 | Joint memorandum to individual defendants regarding background of case and defense strategy |
| 08/06/12 | J. Langdon | 61.00 | 0.10 | 17 | Memorandum to L. Lundsten regarding status |
| 08/07/12 | A. Brantingham | 47.00 | 0.20 | 17 | Telephone conference with opposing counsel regarding extension of time to respond to complaint |
| 08/07/12 | J. Langdon | 61.00 | 0.10 | 17 | Memoranda to J. Haims regarding stay issues |
| 08/07/12 | J. Langdon | 61.00 | 0.10 | 17 | Memorandum to L. Marinuzzi regarding retention issues |
| 08/07/12 | J. Langdon | 244.00 | 0.40 | 17 | Draft memorandum regarding potential motion to dismiss |

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available
upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



Residential Funding Company, LLC                                  September 12, 2012
Client-Matter No.: 355050-00368                                              Page 3
Invoice No.: 1821844

| 08/08/12 | A. Brantingham | 70.50 | 0.30 | 17 | Review stipulation regarding extension of stay |
| 08/08/12 | A. Brantingham | 23.50 | 0.10 | 17 | Email J. Langdon regarding stipulation |
| 08/08/12 | J. Langdon | 122.00 | 0.20 | 17 | Memorandum to co-counsel regarding extension of stay to individual defendants |
| 08/09/12 | A. Brantingham | 188.00 | 0.80 | 17 | Review stipulation in bankruptcy action |
| 08/09/12 | A. Brantingham | 70.50 | 0.30 | 17 | Telephone conference with plaintiff's counsel regarding extending briefing schedule |
| 08/09/12 | A. Brantingham | 70.50 | 0.30 | 17 | Telephone conference with Judge Nelson's courtroom deputy regarding extending briefing schedule |
| 08/09/12 | A. Brantingham | 141.00 | 0.60 | 17 | Draft stipulation to extend response to complaint and briefing schedule |
| 08/09/12 | J. Langdon | 122.00 | 0.20 | 17 | Memorandum to A. Brantingham regarding scheduling stipulation |
| 08/09/12 | J. Langdon | 61.00 | 0.10 | 17 | Review memorandum from A. Brantingham regarding scheduling stipulation |
| 08/09/12 | J. Langdon | 122.00 | 0.20 | 17 | Telephone conference with A. Brantingham regarding scheduling stipulation |
| 08/10/12 | J. Langdon | 61.00 | 0.10 | 17 | Draft memorandum regarding scheduling and stay |
| 08/13/12 | J. Langdon | 366.00 | 0.60 | 17 | Review allegations regarding individual defendants |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



Residential Funding Company, LLC                                          September 12, 2012
Client-Matter No.: 355050-00368                                                          Page 4
Invoice No.: 1821844

| | | | | |
|---|---|---|---|---|
| 08/14/12 | A. Brantingham | 188.00 | 0.80 | 17 | Draft stipulation and proposed order granting extension to respond to complaint |
| 08/14/12 | A. Brantingham | 23.50 | 0.10 | 17 | Send stipulation and proposed order to opposing counsel |
| 08/14/12 | J. Langdon | 183.00 | 0.30 | 17 | Draft memorandum regarding briefing schedule for motion to dismiss |
| 08/15/12 | J. Langdon | 61.00 | 0.10 | 17 | Review memorandum from counsel for co-defendants regarding stipulation to extend response date |
| 08/16/12 | A. Brantingham | 23.50 | 0.10 | 17 | Review order transferring case to Judge Montgomery; email with opposing counsel regarding stipulated briefing schedule |
| 08/16/12 | J. Langdon | 122.00 | 0.20 | 17 | Memoranda to plaintiffs' counsel regarding extension negotiations |
| 08/17/12 | A. Brantingham | 70.50 | 0.30 | 17 | Email with opposing counsel regarding stipulation to extend time to respond to complaint |
| 08/17/12 | A. Brantingham | 188.00 | 0.80 | 17 | Revise and file stipulation |
| 08/17/12 | J. Langdon | 122.00 | 0.20 | 17 | Memorandum to team regarding schedule |
| 08/20/12 | A. Brantingham | 47.00 | 0.20 | 17 | Review proposed stipulation from underwriters' counsel and email counsel regarding same |
| 08/20/12 | J. Langdon | 61.00 | 0.10 | 17 | Review memoranda from plaintiffs' counsel regarding scheduling orders |
| 08/21/12 | J. Langdon | 122.00 | 0.20 | 17 | Review pleadings |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



Residential Funding Company, LLC
Client-Matter No.: 355050-00368
Invoice No.: 1821844

September 12, 2012
Page 5

| 08/22/12 | A. Brantingham | 23.50 | 0.10 | 17 | Email underwriters' counsel regarding draft stipulation |
| 08/22/12 | A. Brantingham | 47.00 | 0.20 | 17 | Review draft stipulation from underwriters' counsel regarding briefing schedule |
| 08/22/12 | J. Langdon | 122.00 | 0.20 | 17 | Draft notes regarding motion to dismiss issues |
| 08/23/12 | J. Langdon | 61.00 | 0.10 | 17 | Draft memorandum regarding briefing schedule |
| 08/24/12 | J. Langdon | 122.00 | 0.20 | 17 | Draft notes regarding motion to dismiss |
| 08/27/12 | J. Langdon | 61.00 | 0.10 | 17 | Review court filings |
| 08/29/12 | J. Langdon | 61.00 | 0.10 | 17 | Review order regarding scheduling |
| 08/31/12 | J. Langdon | 61.00 | 0.10 | 17 | Review recent court filings |
| | **Total Hours** | | **13.90** | | |

| | |
|---|---|
| **Subtotal for Legal Fees** | **$6,191.50** |
| **Less 10% Discount** | **-$619.15** |
| **Total for Legal Fees** | **$5,572.35** |
| **Total This Invoice** | **$5,572.35** |

## Timekeeper Summary

| Timekeeper | Class | Hours | Billed Rate | Amount |
|---|---|---|---|---|
| A. Brantingham | Associate | 6.10 | 235.00 | 1,433.50 |
| J. Langdon | Partner | 7.80 | 610.00 | 4,758.00 |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY

100 CENTURY
A NEW
OF SERVICE
1912 | 2012

◯ ≫ DORSEY
DORSEY & WHITNEY LLP

Residential Funding Company, LLC                    September 12, 2012
Client-Matter No.: 355050-00368                            Page 6
Invoice No.: 1821844

| Timekeeper | Class | Hours | Billed Rate | Amount |
|---|---|---|---|---|
| **Total all Timekeepers** | | **13.90** | | **6,191.50** |

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available
upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY