**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
|  | ) |  |
| RESIDENTIAL CAPITAL, LLC, <u>et al</u>., | ) | Chapter 11 |
|  | ) |  |
| Debtors. | ) | Jointly Administered |
|  | ) |  |

### ORDER DENYING MOTION OF DEBORAH BOLLINGER AND BRYAN BUBNICK FOR RELIEF FROM AUTOMATIC STAY AS TO GMAC MORTGAGE, LLC AND RESIDENTIAL CAPITAL, LLC

Upon consideration of the *Motion Of Deborah Bollinger And Bryan Bubnick* (the "**Movants**") *For Relief From Automatic Stay As To GMAC Mortgage, LLC And Residential Capital, LLC* (ECF Doc. # 677) (the "**Motion**");[1] and it appearing that this Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334; and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and upon consideration of the *Memorandum of Law in Support of Motion of Deborah Bollinger and Bryan Bubnick for Relief from Automatic Stay as to GMAC Mortgage, LLC and Residential Capital, LLC* (ECF Doc. # 678), the *Declaration of Robert L. Schug in Support of Motion of Deborah Bollinger and Bryan Bubnick for Relief from Automatic Stay as to GMAC Mortgage, LLC and Residential Capital, LLC* (ECF Doc. # 679), the *Debtors' Objection to Motion of Deborah Bollinger and Bryan Bubnick for Relief from Automatic Stay as to GMAC Mortgage, LLC and Residential Capital, LLC* (ECF Doc. # 1706), and the *Reply Memorandum in Support of Motion of Deborah Bollinger and Bryan Bubnick for Relief from Automatic Stay as to GMAC Mortgage, LLC and Residential Capital,*

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

1

*LLC* (ECF Doc. # 1733); and upon the arguments and statements in support of and in opposition to the Motion presented at the hearing before the Court held on October 10, 2012; and after due deliberation; it is hereby

**ORDERED ADJUDGED, AND DECREED THAT:**

1. For the reasons stated on the record at the hearing, the Motion is **DENIED** without prejudice to Movants' right to seek relief from the automatic stay at a future date.

2. The automatic stay of section 362(a) of the Bankruptcy Code is lifted solely to the extent necessary to permit a status conference to be held in the action pending before the United States District Court for the Western District of Washington, captioned Bollinger, *et al.* v. Residential Capital, LLC, *et al.*, Civ No. 2:10-01123 (RSM) (the "**Washington Action**").

3. This Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated:   October 19, 2012
         New York, New York

                                                    /s/Martin Glenn
                                                   MARTIN GLENN
                                           United States Bankruptcy Judge