**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, <u>et</u> <u>al</u>., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

---------------------------------------------------------------------

### <u>ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE*</u>

Upon the motion of Jennifer A.L. Battle, dated October 19, 2012, for admission to

practice *pro hac vice* to represent Residential Capital, LLC, *et al*. in the above-captioned case,

and upon the movant's certification that the movant is a member in good standing of the bar(s) of

the State(s) of Ohio, New York and the Commonwealth of Pennsylvania, and the bar(s) of the

United States District Court for the Eastern District of Pennsylvania, IT IS HEREBY ORDERED

that Jennifer A.L. Battle is admitted to practice, *pro hac vice*, in the above-captioned case in the

United States Bankruptcy Court for the Southern District of New York to represent Residential

Capital, LLC, *et al*., provided that the filing fee has been paid.

Dated: New York, New York
      **October 19, 2012**                 __/s/Martin Glenn_____

                               The Honorable Martin Glenn
                               United States Bankruptcy Judge
                               Southern District of New York