**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | ) | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE***

Upon the motion of Jeffrey A. Lipps, dated October 19, 2012, for admission to practice *pro hac vice* to represent Residential Capital, LLC, *et al*. in the above-captioned case, and upon the movant's certification that the movant is a member in good standing of the bar(s) of the State(s) of Ohio and the bar(s) of the United States District Court for the Southern District of Ohio and Northern District of Ohio, IT IS HEREBY ORDERED that Jeffrey A. Lipps is admitted to practice, *pro hac vice*, in the above-captioned case in the United States Bankruptcy Court for the Southern District of New York to represent Residential Capital, LLC, *et al*., provided that the filing fee has been paid.

Dated: New York, New York
     **October 19, 2012**                         **/s/Martin Glenn**

                                                 The Honorable Martin Glenn
                                                 United States Bankruptcy Judge
                                                 Southern District of New York