Katharine I. Crost (New York Bar No. 1391523)
Lorraine S. McGowen (New York Bar No. 2137727)
Orrick, Herrington & Sutcliffe LLP
51 West 52nd Street
New York, NY 10019-6142
Telephone: (212) 506-5000
Facsimile: (212) 506-5151

*Special Securitization Transactional
and Litigation Counsel to the Debtors
and Debtors in Possession*

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

### AFFIDAVIT OF SERVICE

I, PATRICIA A. REYES, hereby depose and say that I am employed by Orrick, Herrington & Sutcliffe, LLP ("Orrick"), Special Securitization Transactional and Litigation Counsel to the Debtors and Debtors in Possession in the above-reference cases.

On October 19, 2012, I caused the following documents to be served via federal-express and electronic mail to those parties as identified on the following page.

**FIRST INTERIM APPLICATION OF ORRICK, HERRINGTON & SUTCLIFFE LLP
AS SPECIAL SECURITIZATION TRANSACTIONAL AND LITIGATION COUNSEL
FOR THE DEBTORS FOR COMPENSATION AND REIMBURSEMENT
OF EXPENSES INCURRED FOR THE PERIOD
MAY 14, 2012 THROUGH AUGUST 31, 2012 ALONG WITH
SUMMARY CHARTS AND EXHIBITS THERTO**

**Via Federal Express:**

Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104
Attn: Larren M. Nashelsky, Gary S. Lee and
    Lorenzo Marinuzzi

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
Attn: Kenneth H. Eckstein and Douglas H. Mannal

Skadden, Arps, Slate, Meagher & Flom LLP
4 Times Square
New York, New York 10036
Attn: Kenneth S. Ziman and Jonathan H. Hofer

Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004
Attn: Tracy Hope Davis, Linda A. Riffkin,
    and Brian S. Masumoto

Kirkland & Ellis
601 Lexington Avenue
New York, NY 10022
Attn: Richard M. Cieri and Ray C. Schrock

**Via Electronical Mail:**

lnashelsky@mofo.com;
glee@mofo.com;
lmarinuzzi@mofo.com
smolison@mofo.com
keckstein@kramerlevin.com
dmannal@kramerlevin.com
ken.ziman@skadden.com
jhofer@skadden.com
tracy.davis2@usdoj.gov
brian.masumoto@usdoj.gov
linda.riffkin@usdoj.gov
richard.cieri@kirkland.com
ray.schrock@kirkland.com
erichards@mofo.com

Dated: October 19, 2012

*Patricia A. Reyes*
Patricia A. Reyes
ORRICK HERRINGTON & SUTCLIFFE LLP
1152 15th Street, N.W.
Washington, DC 20007
Telephone:  (202) 339-8400
Facsimile:   (202) 339-8500

*Special Securitization Transactional
and Litigation Counsel to the Debtors
and Debtors in Possession*

Subscribe and Sworn to before me
this 19th day of October 2012

_____
Notary Public

My Commission Expires: _____

MILDRED ANN AUSTIN
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires April 30, 2013