**Hearing Date:    December 20, 2012, at 10:00 a.m. (ET)**
**Objection Deadline:        To be noticed at a later date**

## EXHIBIT E

**MONTHLY FEE APPLICATIONS OF BRADLEY ARANT BOULT CUMMINGS LLP ON BEHALF OF THE DEBTORS FOR THE MONTHS OF MAY, JUNE, JULY, AND AUGUST 2012**

**[See attached]**

 BRADLEY ARANT
BOULT CUMMINGS
LLP

Jay Bender
Direct: (205) 521-8645
Fax: (205) 488-6645
jbender@babc.com

August 30, 2012

**VIA PRIORITY UPS**

Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104
Attn: Larren M. Nashelsky, Gary S. Lee and
     Lorenzo Marinuzzi

Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004
Attn: Tracy Hope Davis, Linda A. Riffkin,
     and Brian S. Masumoto

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
Attn: Kenneth H. Eckstein and
     Douglas H. Mannal

Kirkland & Ellis
601 Lexington Avenue
New York, NY 10022
Attn: Richard M. Cieri and Ray C. Schrock

Skadden, Arps, Slate, Meagher & Flom LLP
4 Times Square
New York, New York 10036
Attn: Kenneth S. Ziman and
     Jonathan H. Hofer

Re:    ***In re Residential Capital, LLC, et al. (the "Debtors")***
       Case No. 12-12020

Dear Counsel:

Pursuant to the Court's July 17, 2012 *Order Establishing Procedures for Interim
Compensation and Reimbursement of Expenses of Professionals* (the "Order"), enclosed please
find the monthly fee statement (the "Statement") of Bradley Arant Boult Cummings LLP, special
litigation and compliance counsel for the Debtors ("BABC"), for the period May 14, 2012
through May 31, 2012 (the "Statement Period").

The Statement includes BABC's billings on over 300 different matters BABC in which
BABC is representing the Debtors. The Statement includes both those matters for which BABC
is representing the Debtors on an hourly-rate basis, as well as litigation matters that fall within
the alternative billing arrangement between BABC and the Debtors. The terms of this alternative
billing arrangement are set forth in the Debtors' application to employ BABC on file with the
Bankruptcy Court.

Under the alternative billing arrangement, BABC and the Debtors agreed that, if the fees
(exclusive of expenses) incurred by BABC with respect to any alternative billing case were to
exceed $18,000 (the "Safety Valve Level"), that case would then convert to an hourly-rate

August 30, 2012
Page 2

_____

payment arrangement, including payment of BABC's out of pocket expenses. As part of this Statement, we have attached a list of the new alternative billing matters that BABC undertook during the Statement Period, as well as a calculation of the amount of the fees for which BABC is seeking interim compensation pursuant to the Statement. Also, BABC is enclosing its hourly billing records for those alternative billing matters that have reached the Safety Valve Level and have converted to hourly-rate billing. With respect to alternative billing matters that have not reached the Safety Valve Level, BABC continues to maintain time records for those matters and will provide those time records as part of subsequent compensation requests if and when those matters reach the Safety Valve Level and convert to hourly-rate billing.

In the absence of a timely objection, the Debtors shall pay $621,537.01, consisting of the sum of (a) $591,594.36, an amount equal to 80% of the fees ($591,594.36 = $739,492.95[1] x 0.80) and (b) 100% of the expenses ($29,942.65) being requested in the Statement.

Objections to the Statement are due by September 19, 2012, which is the date that is twenty (20) days after the date of this letter.

If you have questions about the Statement, please do not hesitate to contact me.

Sincerely,

Jay Bender

JRB
Enclosure

cc:    Tammy Hamzehpour, Esq. (w/o encl)
       Natasha Campbell, Esq. (w/o encl)
       Robert Maddox, Esq. (w/o encl)

_____

[1] BABC is due $102,200 for the 14 alternative billing cases it received during the Statement Period (14 x $7,300 up-front fee = $102,200) plus $637,292.95 for fees incurred on hourly rate matters during the Statement Period, for a total of $739,492.95.

Residential Capital, LLC, et al. debtor
Bradley Arant Boult Cummings LLP
Summary of Invoices                                 May 14, 2012 to May 31, 2012
   30-Aug-12                        #2378708

Code key:
0R0802 - Mortgage operations                              0R0805 - SCG Group
0R0803 - Real estate owned                                0R0806 - Witness Group
0G2012 - "Safety valve" (material) litigation             0R0807 - Title claims
0G2011 - fixed fee litigation (separate list)             0R0808 - hourly litigation

| Count | TC # | Client/Matter | Assigned | Fixed Fee Amount |
|---|---|---|---|---|
| 1 | 728504 | 0G2011/301806 | 5/14/2012 | $ 7,300.00 |
| 2 | 728649 | 0G2011/301810 | 5/15/2012 | $ 7,300.00 |
| 3 | 728693 | 0G2011/301808 | 5/17/2012 | $ 7,300.00 |
| 4 | 728691 | 0G2011/301809 | 5/17/2012 | $ 7,300.00 |
| 5 | 728687 | 0G2011/301807 | 5/17/2012 | $ 7,300.00 |
| 6 | 728740 | 0G2011/301815 | 5/18/2012 | $ 7,300.00 |
| 7 | 728750 | 0G2011/301786 | 5/21/2012 | $ 7,300.00 |
| 8 | 728863 | 0G2011/301812 | 5/22/2012 | $ 7,300.00 |
| 9 | 728760 | 0G2011/301811 | 5/22/2012 | $ 7,300.00 |
| 10 | 728656 | 0G2011/301818 | 5/23/2012 | $ 7,300.00 |
| 11 | 728472 | 0G2011/301813 | 5/24/2012 | $ 7,300.00 |
| 12 | 728922 | 0G2011/301814 | 5/24/2012 | $ 7,300.00 |
| 13 | 729007 | 0G2011/301816 | 5/29/2012 | $ 7,300.00 |
| 14 | 729019 | 0G2011/301817 | 5/29/2012 | $ 7,300.00 |
| Total | | | | $ 102,200.00 |

Bradley Arant Boult Cummings LLP
Summary of Invoices    May 14, 2012 to May 31, 2012
30-Aug-12    #2378689

Code key:

| 0R0802 - Mortgage operations | 0R0805 - SCG Group |
| 0R0803 - Real estate owned | 0R0806 - Witness Group |
| 0G2012 - "Safety valve" (material) litigation | 0R0807 - Title claims |
| 0G2011 - fixed fee litigation (separate list) | 0R0808 - hourly litigation |

| Count | Client/Matter # | Inv # | Inv Date | Fees | Costs | Total |
|---|---|---|---|---|---|---|
| 1 | 0r0803-102574 | 787352 | 6/7/12 | 127.50 | 0.00 | 127.50 |
| 2 | 0R0803-105781 | 787353 | 6/7/12 | 66.00 | 0.00 | 66.00 |
| 3 | 0R0803-106017 | 787354 | 6/7/12 | 34.00 | 0.00 | 34.00 |
| 4 | 0R0803-106533 | 787355 | 6/7/12 | 88.00 | 11.36 | 99.36 |
| 5 | 0r0803-106891 | 787356 | 6/7/12 | 4,133.50 | 0.00 | 4,133.50 |
| 6 | 0R0803-107382 | 787357 | 6/7/12 | 22.00 | 0.00 | 22.00 |
| 7 | 0R0803-109264 | 787358 | 6/7/12 | 82.00 | 0.00 | 82.00 |
| 8 | 0R0803-109849 | 787359 | 6/7/12 | 634.00 | 0.00 | 634.00 |
| 9 | 0R0803-109980 | 787360 | 6/7/12 | 79.50 | 0.00 | 79.50 |
| 10 | 0R0803-301046 | 787361 | 6/7/12 | 154.00 | 0.00 | 154.00 |
| 11 | 0R0803-301078 | 787362 | 6/7/12 | 66.00 | 0.00 | 66.00 |
| 12 | 0R0803-301083 | 787363 | 6/7/12 | 493.50 | 0.00 | 493.50 |
| 13 | 0R0803-301092 | 787364 | 6/7/12 | 110.00 | 0.00 | 110.00 |
| 14 | 0R0803-301097 | 787365 | 6/7/12 | 1,457.50 | 0.00 | 1,457.50 |
| 15 | 0R0803-301132 | 787366 | 6/7/12 | 25.50 | 0.00 | 25.50 |
| 16 | 0R0803-301140 | 787367 | 6/7/12 | 197.00 | 0.00 | 197.00 |
| 17 | 0R0803-301142 | 787368 | 6/7/12 | 88.50 | 0.00 | 88.50 |
| 18 | 0R0803-301144 | 787369 | 6/7/12 | 88.00 | 0.00 | 88.00 |
| 19 | 0R0803-301145 | 787370 | 6/7/12 | 510.00 | 0.00 | 510.00 |
| 20 | 0R0803-301146 | 787371 | 6/7/12 | 1,266.00 | 0.00 | 1,266.00 |
| 21 | 0R0803-301147 | 787372 | 6/7/12 | 82.00 | 0.00 | 82.00 |
| 22 | 0R0803-301151 | 787373 | 6/7/12 | 34.00 | 0.00 | 34.00 |
| 23 | 0R0803-301152 | 787374 | 6/7/12 | 34.00 | 0.00 | 34.00 |
| 24 | 0R0803-301164 | 787375 | 6/7/12 | 76.50 | 11.79 | 88.29 |
| 25 | 0R0803-301168 | 787376 | 6/7/12 | 127.50 | 0.00 | 127.50 |
| 26 | 0R0803-301169 | 787377 | 6/7/12 | 110.00 | 0.00 | 110.00 |
| 27 | 0R0803-301170 | 787378 | 6/7/12 | 110.50 | 0.00 | 110.50 |
| 28 | 0R0803-301171 | 787379 | 6/7/12 | 662.50 | 0.00 | 662.50 |
| 29 | 0R0803-301173 | 787380 | 6/7/12 | 88.00 | 0.00 | 88.00 |
| 30 | 0R0803-301174 | 787381 | 6/7/12 | 1,802.00 | 0.00 | 1,802.00 |
| 31 | 0R0803-305002 | 787382 | 6/7/12 | 530.00 | 0.00 | 530.00 |
| 32 | 0R0803-301122 | 787394 | 6/7/12 | 25.50 | 0.00 | 25.50 |
| 33 | 0R0803-109911 | 787395 | 6/7/12 | 204.75 | 0.00 | 204.75 |
| 34 | 0G2012-301001 | 800594 | 8/27/12 | 770.10 | 10.00 | 780.10 |
| 35 | 0G2012-301002 | 800595 | 8/27/12 | 18,109.10 | 16,468.66 | 34,577.76 |
| 36 | 0G2012-301003 | 800596 | 8/27/12 | 3,003.80 | 0.00 | 3,003.80 |
| 37 | 0G2012-301008 | 800597 | 8/27/12 | 1,845.90 | 0.00 | 1,845.90 |
| 38 | 0G2012-301009 | 800598 | 8/27/12 | 536.20 | 825.00 | 1,361.20 |
| 39 | 0G2012-301010 | 800599 | 8/27/12 | 2,133.70 | 311.48 | 2,445.18 |
| 40 | 0G2012-301012 | 800600 | 8/27/12 | 218.00 | 0.00 | 218.00 |
| 41 | 0G2012-301017 | 800601 | 8/27/12 | 141.50 | 0.00 | 141.50 |
| 42 | 0G2012-301020 | 800602 | 8/27/12 | 575.00 | 0.00 | 575.00 |
| 43 | 0G2012-301021 | 800603 | 8/27/12 | 246.60 | 0.00 | 246.60 |
| 44 | 0G2012-301023 | 800604 | 8/27/12 | 419.90 | 0.00 | 419.90 |
| 45 | 0G2012-301024 | 800605 | 8/27/12 | 74.00 | 0.00 | 74.00 |
| 46 | 0G2012-301026 | 800606 | 8/27/12 | 5,491.60 | 0.00 | 5,491.60 |
| 47 | 0G2012-301027 | 800607 | 8/27/12 | 905.80 | 0.00 | 905.80 |
| 48 | 0G2012-301028 | 800608 | 8/27/12 | 0.00 | 0.00 | 0.00 |
| 49 | 0G2012-301031 | 800609 | 8/27/12 | 598.80 | 0.00 | 598.80 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Bradley Arant Boult Cummings LLP | | | | | |
| | Summary of Invoices | May 14, 2012 to May 31, 2012 | | | | |
| | 30-Aug-12 | #2378689 | | | | |
| | Code key: | | | | | |
| | 0R0802 - Mortgage operations | | | 0R0805 - SCG Group | | |
| | 0R0803 - Real estate owned | | | 0R0806 - Witness Group | | |
| | 0G2012 - "Safety valve" (material) litigation | | | 0R0807 - Title claims | | |
| | 0G2011 - fixed fee litigation (separate list) | | | 0R0808 - hourly litigation | | |

| Count | Client/Matter # | Inv # | Inv Date | Fees | Costs | Total |
|---|---|---|---|---|---|---|
| 50 | 0G2012-301033 | 800610 | 8/27/12 | 11,854.50 | 9.66 | 11,864.16 |
| 51 | 0G2012-301034 | 800611 | 8/27/12 | 174.80 | 0.00 | 174.80 |
| 52 | 0G2012-301035 | 800612 | 8/27/12 | 2,640.00 | 0.00 | 2,640.00 |
| 53 | 0G2012-301036 | 800613 | 8/27/12 | 124.00 | 0.00 | 124.00 |
| 54 | 0G2012-301037 | 800614 | 8/27/12 | 2,997.50 | 114.24 | 3,111.74 |
| 55 | 0G2012-301038 | 800615 | 8/27/12 | 807.50 | 0.00 | 807.50 |
| 56 | 0G2012-301039 | 800616 | 8/27/12 | 55.60 | 0.00 | 55.60 |
| 57 | 0G2012-301040 | 800617 | 8/27/12 | 380.90 | 0.00 | 380.90 |
| 58 | 0G2012-301041 | 800618 | 8/27/12 | 275.00 | 0.00 | 275.00 |
| 59 | 0G2012-301042 | 800619 | 8/27/12 | 360.00 | 0.00 | 360.00 |
| 60 | 0G2012-301043 | 800620 | 8/27/12 | 2,052.50 | 48.27 | 2,100.77 |
| 61 | 0G2012-301044 | 800621 | 8/27/12 | 467.00 | 0.00 | 467.00 |
| 62 | 0G2012-301045 | 800622 | 8/27/12 | 25.00 | 0.00 | 25.00 |
| 63 | 0G2012-301047 | 800623 | 8/27/12 | 1,566.30 | 0.00 | 1,566.30 |
| 64 | 0G2012-301049 | 800624 | 8/27/12 | 2,065.90 | 80.00 | 2,145.90 |
| 65 | 0G2012-301050 | 800625 | 8/27/12 | 3,230.50 | 331.81 | 3,562.31 |
| 66 | 0G2012-301051 | 800626 | 8/27/12 | 29.80 | 0.00 | 29.80 |
| 67 | 0G2012-301054 | 800627 | 8/27/12 | 50.00 | 0.00 | 50.00 |
| 68 | 0G2012-301055 | 800628 | 8/27/12 | 150.00 | 0.00 | 150.00 |
| 69 | 0G2012-301058 | 800629 | 8/27/12 | 1,175.30 | 9.00 | 1,184.30 |
| 70 | 0G2012-301059 | 800630 | 8/27/12 | 25.80 | 0.00 | 25.80 |
| 71 | 0G2012-301061 | 800631 | 8/27/12 | 342.20 | 0.00 | 342.20 |
| 72 | 0G2012-301062 | 800632 | 8/27/12 | 171.80 | 0.00 | 171.80 |
| 73 | 0G2012-301063 | 800633 | 8/27/12 | 442.50 | 0.00 | 442.50 |
| 74 | 0G2012-301065 | 800634 | 8/27/12 | 72.30 | 0.00 | 72.30 |
| 75 | 0G2012-301066 | 800635 | 8/27/12 | 832.60 | 0.00 | 832.60 |
| 76 | 0G2012-301069 | 800636 | 8/27/12 | 655.50 | 0.00 | 655.50 |
| 77 | 0G2012-301070 | 800637 | 8/27/12 | 1,005.20 | 0.00 | 1,005.20 |
| 78 | 0G2012-301072 | 800638 | 8/27/12 | 51.40 | 0.00 | 51.40 |
| 79 | 0G2012-301073 | 800639 | 8/27/12 | 361.00 | 0.00 | 361.00 |
| 80 | 0G2012-301074 | 800640 | 8/27/12 | 376.90 | 0.00 | 376.90 |
| 81 | 0G2012-301076 | 800642 | 8/27/12 | 1,592.80 | 0.00 | 1,592.80 |
| 82 | 0G2012-301077 | 800643 | 8/27/12 | 433.80 | 0.00 | 433.80 |
| 83 | 0G2012-301078 | 800644 | 8/27/12 | 658.70 | 0.00 | 658.70 |
| 84 | 0G2012-301081 | 800645 | 8/27/12 | 212.80 | 0.00 | 212.80 |
| 85 | 0G2012-301082 | 800646 | 8/27/12 | 1,886.20 | 0.00 | 1,886.20 |
| 86 | 0G2012-301083 | 800647 | 8/27/12 | 874.10 | 12.01 | 886.11 |
| 87 | 0G2012-301084 | 800648 | 8/27/12 | 2,520.00 | 0.00 | 2,520.00 |
| 88 | 0G2012-301085 | 800649 | 8/27/12 | 115.90 | 0.00 | 115.90 |
| 89 | 0G2012-301086 | 800650 | 8/27/12 | 334.40 | 0.00 | 334.40 |
| 90 | 0G2012-301087 | 800651 | 8/27/12 | 260.50 | 198.00 | 458.50 |
| 91 | 0G2012-301088 | 800652 | 8/27/12 | 129.70 | 0.00 | 129.70 |
| 92 | 0G2012-301089 | 800653 | 8/27/12 | 147.00 | 0.00 | 147.00 |
| 93 | 0G2012-301090 | 800654 | 8/27/12 | 4,083.00 | 0.00 | 4,083.00 |
| 94 | 0G2012-301092 | 800655 | 8/27/12 | 311.70 | 0.00 | 311.70 |
| 95 | 0G2012-301093 | 800656 | 8/27/12 | 84.00 | 0.00 | 84.00 |
| 96 | 0G2012-301094 | 800657 | 8/27/12 | 429.00 | 0.00 | 429.00 |
| 97 | 0G2012-301095 | 800658 | 8/27/12 | 0.00 | 0.00 | 0.00 |
| 98 | 0G2012-301096 | 800659 | 8/27/12 | 73.50 | 0.00 | 73.50 |

Bradley Arant Boult Cummings LLP        May (Part 1)    Pg 7 of 223

| | | | | | | |
|---|---|---|---|---|---|---|
| Summary of Invoices | May 14, 2012 to May 31, 2012 | | | | | |
| 30-Aug-12 | #2378689 | | | | | |
| Code key: | | | | | | |
| 0R0802 - Mortgage operations | | | 0R0805 - SCG Group | | | |
| 0R0803 - Real estate owned | | | 0R0806 - Witness Group | | | |
| 0G2012 - "Safety valve" (material) litigation | | | 0R0807 - Title claims | | | |
| 0G2011 - fixed fee litigation (separate list) | | | 0R0808 - hourly litigation | | | |

| Count | Client/Matter # | Inv # | Inv Date | Fees | Costs | Total |
|---|---|---|---|---|---|---|
| 99 | 0G2012-301097 | 800660 | 8/27/12 | 8,817.40 | 0.00 | 8,817.40 |
| 100 | 0G2012-301098 | 800661 | 8/27/12 | 188.90 | 0.00 | 188.90 |
| 101 | 0G2012-301099 | 800662 | 8/27/12 | 52.60 | 0.00 | 52.60 |
| 102 | 0G2012-301100 | 800663 | 8/27/12 | 216.20 | 0.00 | 216.20 |
| 103 | 0G2012-301101 | 800664 | 8/27/12 | 118.60 | 0.00 | 118.60 |
| 104 | 0G2012-301102 | 800665 | 8/27/12 | 442.70 | 0.00 | 442.70 |
| 105 | 0G2012-301103 | 800666 | 8/27/12 | 1,180.90 | 0.00 | 1,180.90 |
| 106 | 0G2012-301105 | 800667 | 8/27/12 | 220.30 | 0.00 | 220.30 |
| 107 | 0G2012-301106 | 800668 | 8/27/12 | 1,603.20 | 0.00 | 1,603.20 |
| 108 | 0G2012-301107 | 800669 | 8/27/12 | 1,065.20 | 0.00 | 1,065.20 |
| 109 | 0G2012-301108 | 800670 | 8/27/12 | 417.00 | 0.00 | 417.00 |
| 110 | 0G2012-301109 | 800671 | 8/27/12 | 108.70 | 0.00 | 108.70 |
| 111 | 0G2012-301110 | 800672 | 8/27/12 | 73.50 | 0.00 | 73.50 |
| 112 | 0G2012-301111 | 800673 | 8/27/12 | 167.80 | 0.00 | 167.80 |
| 113 | 0G2012-301112 | 800674 | 8/27/12 | 1,012.70 | 0.00 | 1,012.70 |
| 114 | 0G2012-301113 | 800675 | 8/27/12 | 8,425.00 | 0.00 | 8,425.00 |
| 115 | 0G2012-301115 | 800676 | 8/27/12 | 1,528.00 | 0.00 | 1,528.00 |
| 116 | 0G2012-301116 | 800677 | 8/27/12 | 142.00 | 0.00 | 142.00 |
| 117 | 0G2012-301117 | 800678 | 8/27/12 | 44.60 | 0.00 | 44.60 |
| 118 | 0G2012-301118 | 800679 | 8/27/12 | 10,060.50 | 0.00 | 10,060.50 |
| 119 | 0G2012-301120 | 800680 | 8/27/12 | 4,718.30 | 0.00 | 4,718.30 |
| 120 | 0G2012-301121 | 800681 | 8/27/12 | 245.00 | 0.00 | 245.00 |
| 121 | 0G2012-301122 | 800682 | 8/27/12 | 1,868.00 | 0.00 | 1,868.00 |
| 122 | 0G2012-301123 | 800683 | 8/27/12 | 72.30 | 0.00 | 72.30 |
| 123 | 0G2012-301124 | 800684 | 8/27/12 | 22,813.30 | 252.34 | 23,065.64 |
| 124 | 0G2012-301125 | 800685 | 8/27/12 | 73.50 | 0.00 | 73.50 |
| 125 | 0G2012-301126 | 800686 | 8/27/12 | 25.00 | 0.00 | 25.00 |
| 126 | 0G2012-301127 | 800687 | 8/27/12 | 2,036.50 | 0.00 | 2,036.50 |
| 127 | 0G2012-301128 | 800688 | 8/27/12 | 59.40 | 0.00 | 59.40 |
| 128 | 0G2012-301129 | 800689 | 8/27/12 | 90.40 | 0.00 | 90.40 |
| 129 | 0G2012-301130 | 800690 | 8/27/12 | 274.70 | 0.00 | 274.70 |
| 130 | 0G2012-301131 | 800691 | 8/27/12 | 55.20 | 0.00 | 55.20 |
| 131 | 0R0802-102836 | 800692 | 8/27/12 | 824.60 | 0.00 | 824.60 |
| 132 | 0R0802-103582 | 800693 | 8/27/12 | 180.00 | 0.00 | 180.00 |
| 133 | 0R0802-103633 | 800694 | 8/27/12 | 0.00 | 0.00 | 0.00 |
| 134 | 0R0802-107722 | 800695 | 8/27/12 | 122.50 | 0.00 | 122.50 |
| 135 | 0R0802-108374 | 800696 | 8/27/12 | 79.80 | 0.00 | 79.80 |
| 136 | 0R0802-301007 | 800697 | 8/27/12 | 487.50 | 0.00 | 487.50 |
| 137 | 0R0802-301019 | 800698 | 8/27/12 | 288.00 | 0.00 | 288.00 |
| 138 | 0R0802-301036 | 800699 | 8/27/12 | 112.80 | 0.00 | 112.80 |
| 139 | 0R0802-301051 | 800700 | 8/27/12 | 7,505.00 | 0.00 | 7,505.00 |
| 140 | 0R0802-301055 | 800701 | 8/27/12 | 1,073.00 | 0.00 | 1,073.00 |
| 141 | 0R0802-301062 | 800702 | 8/27/12 | 58.60 | 0.00 | 58.60 |
| 142 | 0R0802-301067 | 800703 | 8/27/12 | 20.60 | 0.00 | 20.60 |
| 143 | 0R0802-301068 | 800704 | 8/27/12 | 161.50 | 0.00 | 161.50 |
| 144 | 0R0802-301073 | 800705 | 8/27/12 | 29.00 | 0.00 | 29.00 |
| 145 | 0R0802-301081 | 800706 | 8/27/12 | 33,632.80 | 0.00 | 33,632.80 |
| 146 | 0R0802-301082 | 800707 | 8/27/12 | 79.80 | 0.00 | 79.80 |
| 147 | 0R0802-301094 | 800708 | 8/27/12 | 75.00 | 0.00 | 75.00 |

Bradley Arant Boult Cummings LLP

| Summary of Invoices | May 14, 2012 to May 31, 2012 |
| 30-Aug-12 | #2378689 |

Code key:

| 0R0802 - Mortgage operations | 0R0805 - SCG Group |
| 0R0803 - Real estate owned | 0R0806 - Witness Group |
| 0G2012 - "Safety valve" (material) litigation | 0R0807 - Title claims |
| 0G2011 - fixed fee litigation (separate list) | 0R0808 - hourly litigation |

| Count | Client/Matter # | Inv # | Inv Date | Fees | Costs | Total |
|-------|-----------------|-------|----------|------|-------|-------|
| 148 | 0R0802-301096 | 800709 | 8/27/12 | 79.80 | 0.00 | 79.80 |
| 149 | 0R0802-301098 | 800710 | 8/27/12 | 37.00 | 0.00 | 37.00 |
| 150 | 0R0802-301099 | 800711 | 8/27/12 | 539.40 | 200.00 | 739.40 |
| 151 | 0R0802-301104 | 800712 | 8/27/12 | 526.80 | 0.00 | 526.80 |
| 152 | 0R0802-301108 | 800713 | 8/27/12 | 37.00 | 0.00 | 37.00 |
| 153 | 0R0802-301110 | 800714 | 8/27/12 | 4,979.00 | 1,113.04 | 6,092.04 |
| 154 | 0R0802-301113 | 800715 | 8/27/12 | 11,961.00 | 38.00 | 11,999.00 |
| 155 | 0R0802-301115 | 800716 | 8/27/12 | 1,659.00 | 0.00 | 1,659.00 |
| 156 | 0R0802-301116 | 800717 | 8/27/12 | 216.60 | 0.00 | 216.60 |
| 157 | 0R0802-301117 | 800718 | 8/27/12 | 51.60 | 0.00 | 51.60 |
| 158 | 0R0802-301118 | 800719 | 8/27/12 | 208.40 | 0.00 | 208.40 |
| 159 | 0R0802-301119 | 800720 | 8/27/12 | 1,062.00 | 0.00 | 1,062.00 |
| 160 | 0R0802-301120 | 800721 | 8/27/12 | 51.60 | 0.00 | 51.60 |
| 161 | 0R0802-301123 | 800722 | 8/27/12 | 755.20 | 0.00 | 755.20 |
| 162 | 0R0802-301124 | 800723 | 8/27/12 | 266.00 | 0.00 | 266.00 |
| 163 | 0R0802-301128 | 800724 | 8/27/12 | 112.00 | 0.00 | 112.00 |
| 164 | 0R0802-301129 | 800725 | 8/27/12 | 2,413.20 | 0.00 | 2,413.20 |
| 165 | 0R0802-301131 | 800726 | 8/27/12 | 324.00 | 0.00 | 324.00 |
| 166 | 0R0802-301133 | 800727 | 8/27/12 | 1,319.70 | 0.00 | 1,319.70 |
| 167 | 0R0802-301134 | 800728 | 8/27/12 | 32,109.00 | 5,438.06 | 37,547.06 |
| 168 | 0R0802-301137 | 800729 | 8/27/12 | 640.20 | 0.00 | 640.20 |
| 169 | 0R0802-301138 | 800730 | 8/27/12 | 3,926.50 | 0.00 | 3,926.50 |
| 170 | 0R0802-301140 | 800731 | 8/27/12 | 34,719.90 | 0.00 | 34,719.90 |
| 171 | 0R0802-301141 | 800732 | 8/27/12 | 1,842.00 | 0.00 | 1,842.00 |
| 172 | 0R0802-301142 | 800733 | 8/27/12 | 246.00 | 0.00 | 246.00 |
| 173 | 0R0802-301143 | 800734 | 8/27/12 | 10,713.00 | 0.00 | 10,713.00 |
| 174 | 0R0802-301144 | 800735 | 8/27/12 | 19,524.70 | 0.00 | 19,524.70 |
| 175 | 0R0802-301149 | 800736 | 8/27/12 | 373.50 | 0.00 | 373.50 |
| 176 | 0R0802-301160 | 800737 | 8/27/12 | 99,311.70 | 0.00 | 99,311.70 |
| 177 | 0R0802-301202 | 800738 | 8/27/12 | 69.00 | 0.00 | 69.00 |
| 178 | 0R0802-305004 | 800740 | 8/27/12 | 0.00 | 0.00 | 0.00 |
| 179 | 0R0802-305006 | 800741 | 8/27/12 | 80.20 | 0.00 | 80.20 |
| 180 | 0R0802-305015 | 800742 | 8/27/12 | 80.20 | 0.00 | 80.20 |
| 181 | 0R0803-109911 | 800743 | 8/27/12 | 678.50 | 0.00 | 678.50 |
| 182 | 0R0803-301146 | 800744 | 8/27/12 | 0.00 | 11.94 | 11.94 |
| 183 | 0R0803-301172 | 800745 | 8/27/12 | 410.00 | 0.00 | 410.00 |
| 184 | 0R0806-105015 | 800746 | 8/27/12 | 268.00 | 0.00 | 268.00 |
| 185 | 0R0806-106888 | 800747 | 8/27/12 | 78.00 | 0.00 | 78.00 |
| 186 | 0R0806-301001 | 800748 | 8/27/12 | 85.00 | 0.00 | 85.00 |
| 187 | 0R0806-301004 | 800749 | 8/27/12 | 145.00 | 0.00 | 145.00 |
| 188 | 0R0806-301005 | 800750 | 8/27/12 | 910.00 | 0.00 | 910.00 |
| 189 | 0R0806-301006 | 800751 | 8/27/12 | 267.00 | 0.00 | 267.00 |
| 190 | 0R0806-301007 | 800752 | 8/27/12 | 174.00 | 0.00 | 174.00 |
| 191 | 0R0806-301010 | 800753 | 8/27/12 | 42.00 | 0.00 | 42.00 |
| 192 | 0R0806-301011 | 800754 | 8/27/12 | 28.00 | 0.00 | 28.00 |
| 193 | 0R0806-301012 | 800755 | 8/27/12 | 84.00 | 0.00 | 84.00 |
| 194 | 0R0806-301013 | 800756 | 8/27/12 | 84.00 | 0.00 | 84.00 |
| 195 | 0R0806-301014 | 800757 | 8/27/12 | 397.00 | 0.00 | 397.00 |
| 196 | 0R0806-301015 | 800758 | 8/27/12 | 577.50 | 0.00 | 577.50 |

Bradley Arant Boult Cummings LLP

| Summary of Invoices | May 14, 2012 to May 31, 2012 | | |
|---|---|---|---|
| 30-Aug-12 | #2378689 | | |

| Code key: | | |
|---|---|---|
| 0R0802 - Mortgage operations | | 0R0805 - SCG Group |
| 0R0803 - Real estate owned | | 0R0806 - Witness Group |
| 0G2012 - "Safety valve" (material) litigation | | 0R0807 - Title claims |
| 0G2011 - fixed fee litigation (separate list) | | 0R0808 - hourly litigation |

| Count | Client/Matter # | Inv # | Inv Date | Fees | Costs | Total |
|---|---|---|---|---|---|---|
| 197 | 0R0806-301016 | 800759 | 8/27/12 | 28.00 | 0.00 | 28.00 |
| 198 | 0R0806-301017 | 800760 | 8/27/12 | 1,122.00 | 480.08 | 1,602.08 |
| 199 | 0R0806-301018 | 800761 | 8/27/12 | 88.50 | 0.00 | 88.50 |
| 200 | 0R0806-301019 | 800762 | 8/27/12 | 165.00 | 0.00 | 165.00 |
| 201 | 0R0806-301020 | 800763 | 8/27/12 | 4,280.00 | 879.62 | 5,159.62 |
| 202 | 0R0806-301021 | 800764 | 8/27/12 | 1,081.50 | 0.00 | 1,081.50 |
| 203 | 0R0806-301022 | 800765 | 8/27/12 | 1,585.00 | 0.00 | 1,585.00 |
| 204 | 0R0806-301023 | 800766 | 8/27/12 | 699.00 | 0.00 | 699.00 |
| 205 | 0R0807-301001 | 800767 | 8/27/12 | 10,998.50 | 184.95 | 11,183.45 |
| 206 | 0R0808-097885 | 800768 | 8/27/12 | 410.20 | 0.00 | 410.20 |
| 207 | 0R0808-104171 | 800769 | 8/27/12 | 395.60 | 0.00 | 395.60 |
| 208 | 0R0808-104980 | 800770 | 8/27/12 | 1,458.10 | 0.00 | 1,458.10 |
| 209 | 0R0808-105192 | 800772 | 8/27/12 | 266.00 | 26.00 | 292.00 |
| 210 | 0R0808-108064 | 800773 | 8/27/12 | 91.20 | 0.00 | 91.20 |
| 211 | 0R0808-108317 | 800774 | 8/27/12 | 322.20 | 0.00 | 322.20 |
| 212 | 0R0808-109205 | 800775 | 8/27/12 | 1,470.50 | 0.00 | 1,470.50 |
| 213 | 0R0808-109909 | 800776 | 8/27/12 | 69.00 | 0.00 | 69.00 |
| 214 | 0R0808-109948 | 800777 | 8/27/12 | 69.00 | 0.00 | 69.00 |
| 215 | 0R0808-109965 | 800778 | 8/27/12 | 69.00 | 0.00 | 69.00 |
| 216 | 0R0808-301001 | 800779 | 8/27/12 | 1,410.70 | 949.42 | 2,360.12 |
| 217 | 0R0808-301003 | 800780 | 8/27/12 | 626.70 | 0.00 | 626.70 |
| 218 | 0R0808-301004 | 800781 | 8/27/12 | 475.70 | 0.00 | 475.70 |
| 219 | 0R0808-301005 | 800782 | 8/27/12 | 469.50 | 0.00 | 469.50 |
| 220 | 0R0808-301006 | 800783 | 8/27/12 | 69.00 | 0.00 | 69.00 |
| 221 | 0R0808-301008 | 800784 | 8/27/12 | 71.60 | 0.00 | 71.60 |
| 222 | 0R0808-301009 | 800785 | 8/27/12 | 64.60 | 0.00 | 64.60 |
| 223 | 0R0808-301011 | 800786 | 8/27/12 | 328.00 | 0.00 | 328.00 |
| 224 | 0R0808-301013 | 800788 | 8/27/12 | 71.60 | 0.00 | 71.60 |
| 225 | 0R0808-301014 | 800789 | 8/27/12 | 69.00 | 0.00 | 69.00 |
| 226 | 0R0808-301015 | 800790 | 8/27/12 | 500.00 | 0.00 | 500.00 |
| 227 | 0R0808-301016 | 800791 | 8/27/12 | 138.00 | 0.00 | 138.00 |
| 228 | 0R0808-301020 | 800792 | 8/27/12 | 188.10 | 0.00 | 188.10 |
| 229 | 0R0808-301021 | 800793 | 8/27/12 | 3,244.40 | 7.50 | 3,251.90 |
| 230 | 0R0808-301022 | 800794 | 8/27/12 | 1,254.50 | 0.00 | 1,254.50 |
| 231 | 0R0808-301023 | 800795 | 8/27/12 | 675.00 | 0.00 | 675.00 |
| 232 | 0R0808-301024 | 800796 | 8/27/12 | 287.20 | 0.00 | 287.20 |
| 233 | 0R0808-301026 | 800797 | 8/27/12 | 37.00 | 0.00 | 37.00 |
| 234 | 0R0808-301027 | 800798 | 8/27/12 | 410.20 | 296.00 | 706.20 |
| 235 | 0R0808-301028 | 800799 | 8/27/12 | 128.20 | 0.00 | 128.20 |
| 236 | 0R0808-301029 | 800800 | 8/27/12 | 578.40 | 0.00 | 578.40 |
| 237 | 0R0808-301031 | 800801 | 8/27/12 | 225.00 | 0.00 | 225.00 |
| 238 | 0R0808-301032 | 800802 | 8/27/12 | 96.90 | 0.00 | 96.90 |
| 239 | 0R0808-301033 | 800803 | 8/27/12 | 19.00 | 0.00 | 19.00 |
| 240 | 0R0808-301034 | 800804 | 8/27/12 | 491.40 | 0.00 | 491.40 |
| 241 | 0R0808-301035 | 800805 | 8/27/12 | 69.00 | 0.00 | 69.00 |
| 242 | 0R0808-301036 | 800806 | 8/27/12 | 69.00 | 0.00 | 69.00 |
| 243 | 0R0808-301037 | 800807 | 8/27/12 | 1,276.60 | 0.00 | 1,276.60 |
| 244 | 0R0808-301038 | 800808 | 8/27/12 | 443.00 | 3.08 | 446.08 |
| 245 | 0R0808-301040 | 800809 | 8/27/12 | 84.10 | 0.00 | 84.10 |

Bradley Arant Boult Cummings LLP

Summary of Invoices   May 14, 2012 to May 31, 2012

| | 30-Aug-12 | #2378689 | | | | |
|---|---|---|---|---|---|---|
| Code key: | | | | | | |
| 0R0802 - Mortgage operations | | | | 0R0805 - SCG Group | | |
| 0R0803 - Real estate owned | | | | 0R0806 - Witness Group | | |
| 0G2012 - "Safety valve" (material) litigation | | | | 0R0807 - Title claims | | |
| 0G2011 - fixed fee litigation (separate list) | | | | 0R0808 - hourly litigation | | |

| Count | Client/Matter # | Inv # | Inv Date | Fees | Costs | Total |
|---|---|---|---|---|---|---|
| 246 | 0R0808-301041 | 800810 | 8/27/12 | 25.80 | 0.00 | 25.80 |
| 247 | 0R0808-301042 | 800811 | 8/27/12 | 389.10 | 0.00 | 389.10 |
| 248 | 0R0808-301045 | 800814 | 8/27/12 | 69.00 | 0.00 | 69.00 |
| 249 | 0R0808-301047 | 800815 | 8/27/12 | 2,633.40 | 0.00 | 2,633.40 |
| 250 | 0R0808-301048 | 800816 | 8/27/12 | 241.50 | 0.00 | 241.50 |
| 251 | 0R0808-301049 | 800817 | 8/27/12 | 762.30 | 0.00 | 762.30 |
| 252 | 0R0808-301050 | 800818 | 8/27/12 | 241.50 | 0.00 | 241.50 |
| 253 | 0R0808-301052 | 800819 | 8/27/12 | 30.00 | 0.00 | 30.00 |
| 254 | 0R0808-301053 | 800820 | 8/27/12 | 231.90 | 0.00 | 231.90 |
| 255 | 0R0808-301054 | 800821 | 8/27/12 | 281.50 | 0.00 | 281.50 |
| 256 | 0R0808-301055 | 800822 | 8/27/12 | 76.00 | 0.00 | 76.00 |
| 257 | 0R0808-301057 | 800823 | 8/27/12 | 241.50 | 0.00 | 241.50 |
| 258 | 0R0808-301058 | 800824 | 8/27/12 | 241.50 | 0.00 | 241.50 |
| 259 | 0R0808-301059 | 800825 | 8/27/12 | 266.00 | 0.00 | 266.00 |
| 260 | 0R0808-301060 | 800826 | 8/27/12 | 137.20 | 41.00 | 178.20 |
| 261 | 0R0808-301061 | 800827 | 8/27/12 | 266.00 | 0.00 | 266.00 |
| 262 | 0R0808-301063 | 800828 | 8/27/12 | 2,402.70 | 0.00 | 2,402.70 |
| 263 | 0R0808-301064 | 800829 | 8/27/12 | 131.60 | 0.00 | 131.60 |
| 264 | 0R0808-301065 | 800830 | 8/27/12 | 71.60 | 0.00 | 71.60 |
| 265 | 0R0808-301067 | 800831 | 8/27/12 | 1,064.00 | 0.00 | 1,064.00 |
| 266 | 0R0808-301069 | 800832 | 8/27/12 | 201.00 | 0.00 | 201.00 |
| 267 | 0R0808-301070 | 800833 | 8/27/12 | 571.20 | 5.00 | 576.20 |
| 268 | 0R0808-301071 | 800834 | 8/27/12 | 44.70 | 0.00 | 44.70 |
| 269 | 0R0808-301072 | 800835 | 8/27/12 | 37.00 | 0.00 | 37.00 |
| 270 | 0R0808-301073 | 800836 | 8/27/12 | 162.10 | 0.00 | 162.10 |
| 271 | 0R0808-301074 | 800837 | 8/27/12 | 542.50 | 0.00 | 542.50 |
| 272 | 0R0808-301076 | 800838 | 8/27/12 | 72.00 | 0.00 | 72.00 |
| 273 | 0R0808-301082 | 800839 | 8/27/12 | 52.60 | 0.00 | 52.60 |
| 274 | 0R0808-301086 | 800840 | 8/27/12 | 677.60 | 0.00 | 677.60 |
| 275 | 0R0808-301088 | 800841 | 8/27/12 | 1,032.30 | 0.00 | 1,032.30 |
| 276 | 0R0808-301089 | 800842 | 8/27/12 | 1,077.60 | 0.00 | 1,077.60 |
| 277 | 0R0808-301093 | 800843 | 8/27/12 | 825.60 | 0.00 | 825.60 |
| 278 | 0R0808-301095 | 800844 | 8/27/12 | 52.60 | 0.00 | 52.60 |
| 279 | 0R0808-301096 | 800845 | 8/27/12 | 118.60 | 0.00 | 118.60 |
| 280 | 0R0808-301097 | 800846 | 8/27/12 | 105.20 | 0.00 | 105.20 |
| 281 | 0R0808-301098 | 800847 | 8/27/12 | 52.60 | 0.00 | 52.60 |
| 282 | 0R0808-301102 | 800848 | 8/27/12 | 2,231.70 | 240.00 | 2,471.70 |
| 283 | 0R0808-301120 | 800849 | 8/27/12 | 37.10 | 0.00 | 37.10 |
| 284 | 0R0808-301121 | 800850 | 8/27/12 | 263.00 | 0.00 | 263.00 |
| 285 | 0R0808-301122 | 800851 | 8/27/12 | 127.00 | 0.00 | 127.00 |
| 286 | 0R0808-301123 | 800852 | 8/27/12 | 56.00 | 0.00 | 56.00 |
| 287 | 0R0808-301124 | 800853 | 8/27/12 | 480.60 | 0.00 | 480.60 |
| 288 | 0R0808-301125 | 800854 | 8/27/12 | 648.80 | 0.00 | 648.80 |
| 289 | 0R0808-301126 | 800855 | 8/27/12 | 180.00 | 0.00 | 180.00 |
| 290 | 0R0808-301127 | 800856 | 8/27/12 | 132.00 | 0.00 | 132.00 |
| 291 | 0R0808-301128 | 800857 | 8/27/12 | 71.60 | 0.00 | 71.60 |
| 292 | 0R0808-301129 | 800858 | 8/27/12 | 483.00 | 0.00 | 483.00 |
| 293 | 0R0808-301130 | 800859 | 8/27/12 | 6,211.30 | 0.00 | 6,211.30 |
| 294 | 0R0808-301132 | 800860 | 8/27/12 | 2,416.10 | 0.00 | 2,416.10 |

Bradley Arant Boult Cummings LLP

| | | | | | | |
|---|---|---|---|---|---|---|
| | Summary of Invoices | May 14, 2012 to May 31, 2012 | | | | |
| | 30-Aug-12 | #2378689 | | | | |
| | Code key: | | | | | |
| | 0R0802 - Mortgage operations | | | 0R0805 - SCG Group | | |
| | 0R0803 - Real estate owned | | | 0R0806 - Witness Group | | |
| | 0G2012 - "Safety valve" (material) litigation | | | 0R0807 - Title claims | | |
| | 0G2011 - fixed fee litigation (separate list) | | | 0R0808 - hourly litigation | | |

| Count | Client/Matter # | Inv # | Inv Date | Fees | Costs | Total |
|---|---|---|---|---|---|---|
| 295 | 0R0808-301133 | 800861 | 8/27/12 | 863.70 | 592.53 | 1,456.23 |
| 296 | 0R0808-301134 | 800862 | 8/27/12 | 246.40 | 0.00 | 246.40 |
| 297 | 0R0808-301135 | 800863 | 8/27/12 | 253.90 | 0.00 | 253.90 |
| 298 | 0R0808-301136 | 800864 | 8/27/12 | 1,980.80 | 0.00 | 1,980.80 |
| 299 | 0R0808-301137 | 800865 | 8/27/12 | 1,074.00 | 0.00 | 1,074.00 |
| 300 | 0R0808-301138 | 800866 | 8/27/12 | 882.20 | 0.00 | 882.20 |
| 301 | 0R0808-301139 | 800867 | 8/27/12 | 806.30 | 0.00 | 806.30 |
| 302 | 0R0808-301140 | 800868 | 8/27/12 | 1,536.30 | 50.00 | 1,586.30 |
| 303 | 0R0808-301141 | 800869 | 8/27/12 | 120.50 | 0.00 | 120.50 |
| 304 | 0R0808-301142 | 800870 | 8/27/12 | 73.50 | 0.00 | 73.50 |
| 305 | 0R0808-301143 | 800871 | 8/27/12 | 967.60 | 0.00 | 967.60 |
| 306 | 0R0808-301144 | 800872 | 8/27/12 | 2,096.00 | 0.00 | 2,096.00 |
| 307 | 0R0808-301145 | 800873 | 8/27/12 | 1,322.50 | 241.35 | 1,563.85 |
| 308 | 0R0808-301146 | 800874 | 8/27/12 | 3,349.20 | 0.00 | 3,349.20 |
| 309 | 0R0808-301147 | 800875 | 8/27/12 | 1,608.80 | 0.00 | 1,608.80 |
| 310 | 0R0808-301148 | 800876 | 8/27/12 | 28.00 | 0.00 | 28.00 |
| 311 | 0R0808-301149 | 800877 | 8/27/12 | 201.50 | 9.46 | 210.96 |
| 312 | 0R0808-301150 | 800878 | 8/27/12 | 410.20 | 0.00 | 410.20 |
| 313 | 0R0808-301151 | 800879 | 8/27/12 | 119.00 | 0.00 | 119.00 |
| 314 | 0R0808-301152 | 800880 | 8/27/12 | 231.50 | 0.00 | 231.50 |
| 315 | 0R0808-301153 | 800881 | 8/27/12 | 55.30 | 0.00 | 55.30 |
| 316 | 0R0808-301154 | 800882 | 8/27/12 | 101.50 | 0.00 | 101.50 |
| 317 | 0R0808-301155 | 800883 | 8/27/12 | 655.50 | 0.00 | 655.50 |
| 318 | 0R0808-301156 | 800884 | 8/27/12 | 55.30 | 0.00 | 55.30 |
| 319 | 0R0808-301157 | 800885 | 8/27/12 | 163.00 | 0.00 | 163.00 |
| 320 | 0R0808-301158 | 800886 | 8/27/12 | 235.50 | 0.00 | 235.50 |
| 321 | 0R0808-301159 | 800887 | 8/27/12 | 37.90 | 0.00 | 37.90 |
| 322 | 0R0808-301160 | 800888 | 8/27/12 | 46.20 | 0.00 | 46.20 |
| 323 | 0R0808-301162 | 800889 | 8/27/12 | 28.00 | 0.00 | 28.00 |
| 324 | 0R0808-301163 | 800890 | 8/27/12 | 19.70 | 0.00 | 19.70 |
| 325 | 0R0808-301164 | 800891 | 8/27/12 | 149.10 | 0.00 | 149.10 |
| 326 | 0R0808-301165 | 800892 | 8/27/12 | 2,048.00 | 0.00 | 2,048.00 |
| 327 | 0R0808-301206 | 800893 | 8/27/12 | 680.20 | 0.00 | 680.20 |
| 328 | 0R0808-301210 | 800894 | 8/27/12 | 601.60 | 0.00 | 601.60 |
| 329 | 0R0808-301753 | 800895 | 8/27/12 | 65.70 | 0.00 | 65.70 |
| 330 | 0r0808-301763 | 800896 | 8/27/12 | 440.20 | 0.00 | 440.20 |
| 331 | 0R0808-301786 | 800897 | 8/27/12 | 5,451.00 | 442.00 | 5,893.00 |
| 332 | 0R0809-301001 | 800898 | 8/27/12 | 312.80 | 0.00 | 312.80 |
| 333 | 0R0809-301002 | 800899 | 8/27/12 | 1,061.90 | 0.00 | 1,061.90 |
| 334 | 0R0809-301003 | 800900 | 8/27/12 | 521.50 | 0.00 | 521.50 |
| 335 | 0G2012-301075 | 801599 | 8/28/12 | 5,091.50 | 0.00 | 5,091.50 |
| 336 | 0R0802-301220 | 801600 | 8/28/12 | 88,935.20 | 0.00 | 88,935.20 |
| | Grand Total: | | | 637,292.95 | 29,942.65 | 667,235.60 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                          JUNE 7, 2012
1100 Virginia Drive                             0r0803-102574
Fort Washington, PA 19034

                                                INVOICE #  787352

                                                FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0r0803-102574   TC Number: NA

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/14/12 | Consider and respond to inquiry from S.Lawson regarding February work and case status | B110 | DBT | .30 | 255.00 | 76.50 |
| 05/15/12 | Consider implications of bankruptcy filing and correspondence related to the same for the preparation of bankruptcy motions (.2) | B110 | DBT | .20 | 255.00 | 51.00 |

                            FEES                        $127.50


                            AMOUNT DUE THIS BILL        $127.50
                                                        ========

                ***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT**
**BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
JUNE 7, 2012

0r0803-102574

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| D. Bryan Thomas | Associate | 255.00 | .50 | 127.50 |
| Total | | | .50 | 127.50 |



# BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          JUNE 7, 2012
                                                               0r0803-102574
BILL AMOUNT        $127.50                                     INVOICE #  787352
_____

To:    ResCap                          TC Number:         NA
       1100 Virginia Drive             Invoice Date:      06/07/2012
       Fort Washington, PA 19034       Invoice No.        787352
                                       Period ending:     05/31/2012


Case Management Number       LD  0r0803-102574


                                         Current Invoice
Code Task                                Hours          Fees

B110 Case Administration                 0.50      $    127.50

                             ========================================
                 TOTAL FEES              0.50      $    127.50

                 TOTAL FEES DUE                    $    127.50
            TOTAL DISBURSEMENTS DUE                $      0.00
              TOTAL DUE THIS INVOICE               $    127.50



# BRADLEY ARANT BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JUNE 7, 2012
0R0803-105781

INVOICE #  787353

**FED ID NO. 63-0243316**

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0803-105781   TC Number:

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/15/12 | Evaluate case to determine the affect of GMAC's bankruptcy on the file and whether GMAC should attempt to waive the automatic stay pertaining to certain cases | | LG | .10 | 220.00 | 22.00 |
| 05/22/12 | Communications with retained counsel requesting an update on the status of the case | | LG | .20 | 220.00 | 44.00 |

|  | FEES |  | $66.00 |
|--|------|--|--------|
|  | AMOUNT DUE THIS BILL |  | $66.00 |

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
JUNE 7, 2012

0R0803-105781

FED ID NO. 63-0243316

---

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Lee Gilley | Associate | 220.00 | .30 | 66.00 |
| Total | | | .30 | 66.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
JUNE 7, 2012
0R0803-105781
BILL AMOUNT          $66.00                          INVOICE #   787353

To:    ResCap                          TC Number:
       1100 Virginia Drive             Invoice Date:      06/07/2012
       Fort Washington, PA 19034       Invoice No.        787353
                                       Period ending:     05/31/2012

Case Management Number        LD   0R0803-105781

|  |  |  | Current Invoice | |
|---|---|---|---|---|
| Code Task |  |  | Hours | Fees |
|  |  |  | 0.30 | $   66.00 |
|  |  |  | ========================== | |
|  | TOTAL FEES |  | 0.30 | $   66.00 |
|  | TOTAL FEES DUE |  |  | $   66.00 |
|  | TOTAL DISBURSEMENTS DUE |  |  | $    0.00 |
|  | TOTAL DUE THIS INVOICE |  |  | $   66.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JUNE 7, 2012
0R0803-106017

INVOICE #  787354

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0803-106017   TC Number:

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/15/12 | Review and analyze matter to determine if bankruptcy stay is in place and, if so, how it will impact the case. | | MST | .20 | 170.00 | 34.00 |

FEES                                             $34.00


AMOUNT DUE THIS BILL                             $34.00


***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
JUNE 7, 2012

0R0803-106017

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Melanie Thompson | Paralegal | 170.00 | .20 | 34.00 |
| Total | | | .20 | 34.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                                    JUNE 7, 2012
                                                                          0R0803-106017
BILL AMOUNT              $34.00                                           INVOICE #  787354

To:      ResCap                        TC Number:
         1100 Virginia Drive           Invoice Date:        06/07/2012
         Fort Washington, PA 19034     Invoice No.          787354
                                       Period ending:       05/31/2012


Case Management Number      LD  0R0803-106017


                                        Current Invoice
Code Task                              Hours          Fees

                                       0.20      $     34.00

                              =================================
                 TOTAL FEES            0.20      $     34.00

                 TOTAL FEES DUE                  $     34.00
         TOTAL DISBURSEMENTS DUE                 $      0.00
            TOTAL DUE THIS INVOICE               $     34.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JUNE 7, 2012
0R0803-106533

INVOICE #  787355

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0803-106533   TC Number:

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/15/12 | Communications with GMAC and association regarding receipt of settlement check, outstanding association fees, and point of contact for future payments owed to the association | | LG | .30 | 220.00 | 66.00 |
| 05/15/12 | Evaluate case to determine the affect of GMAC's bankruptcy on the file and whether GMAC should attempt to waive the automatic stay pertaining to certain cases | | LG | .10 | 220.00 | 22.00 |

FEES

$88.00

### DESCRIPTION OF DISBURSEMENTS

| 01 | Copy Charges | 0.00 |
|----|--------------|------|
| 35 | Express Mail/Fedex | 11.36 |

COSTS                $11.36

AMOUNT DUE THIS BILL          $99.36

***** TOTAL DUE UPON RECEIPT *****



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
JUNE 7, 2012

0R0803-106533

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Lee Gilley | Associate | 220.00 | .40 | 88.00 |
| Total | | | .40 | 88.00 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                      JUNE 7, 2012
                                                           0R0803-106533
BILL AMOUNT           $99.36                                INVOICE #  787355

To:    ResCap                          TC Number:
       1100 Virginia Drive             Invoice Date:      06/07/2012
       Fort Washington, PA 19034       Invoice No.        787355
                                       Period ending:     05/31/2012

Case Management Number        LD   0R0803-106533

                                       Current Invoice
Code Task                              Hours              Fees

                                       0.40      $       88.00

                              ===================================
               TOTAL FEES              0.40      $       88.00

               TOTAL FEES DUE                    $       88.00
          TOTAL DISBURSEMENTS DUE                $       11.36
            TOTAL DUE THIS INVOICE               $       99.36



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                              JUNE 7, 2012
1100 Virginia Drive                                                0r0803-106891
Fort Washington, PA 19034

                                                                   INVOICE #  787356

                                                                   FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0r0803-106891   TC Number: NA

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/17/12 | Conference call with A.Barham regarding property protocol agreement and changes to current REO eviction process | B250 | CJA | 1.60 | 265.00 | 424.00 |
| 05/21/12 | Confer with joint defense group re: DB claims | L190 | FWA | .50 | 405.00 | 202.50 |
| 05/21/12 | Receipt and review of various REO department comments to LACA property protocol agreement and summarized same | B250 | CJA | 4.30 | 265.00 | 1,139.50 |
| 05/22/12 | Review of state AG settlement in light of LACA property protocol | B250 | CJA | 2.90 | 265.00 | 768.50 |
| 05/23/12 | Prepare for and attend LACA conference call and report on results to client | L190 | FWA | 1.20 | 405.00 | 486.00 |
| 05/23/12 | Conference call with servicer group regarding property protocol agreement and strategy for dealing with DBNTC | B250 | CJA | .50 | 265.00 | 132.50 |
| 05/24/12 | Receipt and review of memorandum comparing obligations under state AG settlement and LACA property protocol agreement | B250 | CJA | 1.70 | 265.00 | 450.50 |
| 05/25/12 | Conference call with A.Barham, F.Robinson, J.Kurtright regarding property protocol document | B250 | CJA | 2.00 | 265.00 | 530.00 |

                                FEES                                    $4,133.50



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
JUNE 7, 2012

0r0803-106891

FED ID NO. 63-0243316

AMOUNT DUE THIS BILL              $4,133.50

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     3
JUNE 7, 2012

0r0803-106891

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Wendell Allen | Partner | 405.00 | 1.70 | 688.50 |
| C. Jason Avery | Associate | 265.00 | 13.00 | 3,445.00 |
| Total | | | 14.70 | 4,133.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                              JUNE 7, 2012
                                                                   0r0803-106891
BILL AMOUNT          $4,133.50                                     INVOICE #  787356
_____

To:    ResCap                          TC Number:          NA
       1100 Virginia Drive             Invoice Date:       06/07/2012
       Fort Washington, PA 19034       Invoice No.         787356
                                       Period ending:      05/31/2012


Case Management Number      LD  0r0803-106891


                                          Current Invoice
Code Task                                 Hours          Fees

B250 Real Estate                          13.00    $  3,445.00
L190 Other Case Assessment, Develop't/Admin  1.70  $    688.50


                              ==========================================
                  TOTAL FEES   14.70     $  4,133.50

                  TOTAL FEES DUE          $  4,133.50
          TOTAL DISBURSEMENTS DUE         $      0.00
             TOTAL DUE THIS INVOICE       $  4,133.50



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JUNE 7, 2012
0R0803-107382

INVOICE #  787357

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0803-107382    TC Number:

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/15/12 | Evaluate case to determine the affect of GMAC's bankruptcy on the file and whether GMAC should attempt to waive the automatic stay pertaining to certain cases | | LG | .10 | 220.00 | 22.00 |

FEES                                           $22.00

AMOUNT DUE THIS BILL                           $22.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
JUNE 7, 2012

0R0803-107382

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Lee Gilley | Associate | 220.00 | .10 | 22.00 |
| Total | | | .10 | 22.00 |



**BRADLEY ARANT
BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

BILL AMOUNT          $22.00

JUNE 7, 2012
0R0803-107382
INVOICE #  787357

---

To:    ResCap                          TC Number:
       1100 Virginia Drive             Invoice Date:      06/07/2012
       Fort Washington, PA 19034       Invoice No.        787357
                                       Period ending:     05/31/2012


Case Management Number      LD  0R0803-107382


|                    | Current Invoice | |
|-------------------|-------|----------|
| Code Task         | Hours | Fees     |
|                   | 0.10  | $  22.00 |
| TOTAL FEES        | 0.10  | $  22.00 |
| TOTAL FEES DUE    |       | $  22.00 |
| TOTAL DISBURSEMENTS DUE |  | $   0.00 |
| TOTAL DUE THIS INVOICE  |  | $  22.00 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                    JUNE 7, 2012
1100 Virginia Drive                                      0R0803-109264
Fort Washington, PA 19034

                                                    INVOICE #  787358

                                                    FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0803-109264   TC Number:

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/16/12 | Correspondence regarding implications of bankruptcy on open environmental issues | | DERO | .20 | 410.00 | 82.00 |

                         FEES                              $82.00


                  AMOUNT DUE THIS BILL                     $82.00


            ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
JUNE 7, 2012

0R0803-109264

FED ID NO. 63-0243316

---

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| David E. Roth | Partner | 410.00 | .20 | 82.00 |
| Total | | | .20 | 82.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                    JUNE 7, 2012
                                                         0R0803-109264
BILL AMOUNT          $82.00                              INVOICE #  787358
```
```

To:    ResCap                          TC Number:
       1100 Virginia Drive             Invoice Date:      06/07/2012
       Fort Washington, PA 19034       Invoice No.        787358
                                       Period ending:     05/31/2012


Case Management Number      LD  0R0803-109264


                                          Current Invoice
Code Task                            Hours          Fees

                                     0.20    $     82.00


                          ================================
               TOTAL FEES             0.20    $     82.00

               TOTAL FEES DUE                 $     82.00
         TOTAL DISBURSEMENTS DUE              $      0.00
            TOTAL DUE THIS INVOICE            $     82.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    JUNE 7, 2012
1100 Virginia Drive                                      0R0803-109849
Fort Washington, PA 19034

                                            INVOICE #  787359

                                            FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0803-109849   TC Number:

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/17/12 | Review contacts with Cahokio, Illnois and consider same regarding 38 W. Adams Street | | DBT | .20 | 255.00 | 51.00 |
| 05/18/12 | Review of updated list of fines and assessments and compare to previously paid fines | | CJA | 2.20 | 265.00 | 583.00 |

                        FEES                        $634.00

                        AMOUNT DUE THIS BILL         $634.00

            ***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
JUNE 7, 2012

0R0803-109849

FED ID NO. 63-0243316

---

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| C. Jason Avery | Associate | 265.00 | 2.20 | 583.00 |
| D. Bryan Thomas | Associate | 255.00 | .20 | 51.00 |
| Total | | | 2.40 | 634.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                    JUNE 7, 2012
                                                         0R0803-109849
BILL AMOUNT          $634.00                              INVOICE #  787359
_____

To:    ResCap                           TC Number:
       1100 Virginia Drive              Invoice Date:      06/07/2012
       Fort Washington, PA 19034        Invoice No.        787359
                                        Period ending:     05/31/2012


Case Management Number        LD  0R0803-109849


                                         Current Invoice
Code Task                                Hours          Fees

                                         2.40     $     634.00

                          ==========================================
                  TOTAL FEES             2.40     $     634.00

                  TOTAL FEES DUE                  $     634.00
             TOTAL DISBURSEMENTS DUE              $       0.00
                TOTAL DUE THIS INVOICE            $     634.00



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                        JUNE 7, 2012
1100 Virginia Drive                                          OR0803-109911
Fort Washington, PA 19034

INVOICE #  787395

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

OR0803-109911   TC Number: NA

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/22/12 | Review 50 page motion for summary judgment filed by Bowman and 50 page response in opposition filed by Fidelity's retained counsel on our behalf (1.5); draft and send email to retained counsel regarding same (.5) | | HEA | .70 | 295.00 | 206.50 |

|  |  |
|--|--|
| FEES | $206.50 |
| LESS DISCOUNT | (1.75) |
| NET FEES | $204.75 |
| LESS UNALLOCATED | ( $204.75) |
| AMOUNT DUE THIS BILL | $.00 |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
JUNE 7, 2012

0R0803-109911

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Hall Eady | Partner | 295.00 | .70 | 206.50 |
| Total | | | .70 | 206.50 |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                        JUNE 7, 2012
                                                             0R0803-109911
BILL AMOUNT          $.00                                    INVOICE #  787395

To:    ResCap                    TC Number:       NA
       1100 Virginia Drive       Invoice Date:    06/07/2012
       Fort Washington, PA 19034 Invoice No.      787395
                                 Period ending:   05/31/2012

Case Management Number      LD   0R0803-109911

|  |  | Current Invoice |  |
|---|---|---|---|
| Code Task |  | Hours | Fees |
|  |  | 0.70 | $  206.50 |
|  | ================================== | | |
| | TOTAL FEES | 0.70 | $  204.75 |
| | TOTAL FEES DUE |  | $  204.75 |
| | TOTAL DISBURSEMENTS DUE |  | $    0.00 |
| | TOTAL DUE THIS INVOICE |  | $  204.75 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                          JUNE 7, 2012
1100 Virginia Drive                                            0R0803-109980
Fort Washington, PA 19034

                                                              INVOICE #  787360

                                                              **FED ID NO. 63-0243316**

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0803-109980   TC Number:

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/16/12 | Confer with F.Robinson regarding closing of transaction | | CJA | .30 | 265.00 | 79.50 |

                                   FEES                           $79.50

                          AMOUNT DUE THIS BILL                    $79.50

                     ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     2
JUNE 7, 2012

0R0803-109980

FED ID NO. 63-0243316

---

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| C. Jason Avery | Associate | 265.00 | .30 | 79.50 |
| Total | | | .30 | 79.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                          JUNE 7, 2012
                                                               0R0803-109980
BILL AMOUNT              $79.50                                 INVOICE #  787360

To:    ResCap                          TC Number:
       1100 Virginia Drive             Invoice Date:      06/07/2012
       Fort Washington, PA 19034       Invoice No.        787360
                                       Period ending:     05/31/2012

Case Management Number      LD  0R0803-109980

| Code Task | Current Invoice Hours | | Fees |
|---|---|---|---|
|  | 0.30 | $ | 79.50 |
| TOTAL FEES | 0.30 | $ | 79.50 |
| TOTAL FEES DUE |  | $ | 79.50 |
| TOTAL DISBURSEMENTS DUE |  | $ | 0.00 |
| TOTAL DUE THIS INVOICE |  | $ | 79.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JUNE 7, 2012
0R0803-301046

INVOICE #  787361

**FED ID NO. 63-0243316**

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0803-301046   TC Number:

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/15/12 | Evaluate case to determine the affect of GMAC's bankruptcy on the file and whether GMAC should attempt to waive the automatic stay pertaining to certain cases | | LG | .10 | 220.00 | 22.00 |
| 05/22/12 | Communications with retained counsel concerning the status of GMAC's settlement offer | | LG | .20 | 220.00 | 44.00 |
| 05/29/12 | Communications with retained counsel regarding access issue and providing clearance to proceed with curative work | | LG | .40 | 220.00 | 88.00 |

FEES                                    $154.00

AMOUNT DUE THIS BILL                     $154.00

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
JUNE 7, 2012

0R0803-301046

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Lee Gilley | Associate | 220.00 | .70 | 154.00 |
| Total | | | .70 | 154.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          JUNE 7, 2012
                                                               0R0803-301046
BILL AMOUNT            $154.00                                  INVOICE #  787361

To:    ResCap                          TC Number:
       1100 Virginia Drive             Invoice Date:      06/07/2012
       Fort Washington, PA 19034       Invoice No.        787361
                                       Period ending:     05/31/2012

Case Management Number      LD   0R0803-301046

                                        Current Invoice
Code Task                              Hours          Fees

                                       0.70    $    154.00

                                ====================================
                TOTAL FEES             0.70    $    154.00

                TOTAL FEES DUE                 $    154.00
        TOTAL DISBURSEMENTS DUE                $      0.00
           TOTAL DUE THIS INVOICE             $    154.00



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JUNE 7, 2012
0R0803-301078

INVOICE #  787362

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0803-301078  TC Number:

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/15/12 | Evaluate case to determine the affect of GMAC's bankruptcy on the file and whether GMAC should attempt to waive the automatic stay pertaining to certain cases | | LG | .10 | 220.00 | 22.00 |
| 05/22/12 | Communications with retained counsel concerning the access issue and asking retained counsel to order a survey | | LG | .20 | 220.00 | 44.00 |

FEES                                                          $66.00

AMOUNT DUE THIS BILL                              $66.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
JUNE 7, 2012

0R0803-301078

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Lee Gilley | Associate | 220.00 | .30 | 66.00 |
| Total | | | .30 | 66.00 |



**BRADLEY ARANT
BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                           JUNE 7, 2012
                                                                0R0803-301078
BILL AMOUNT            $66.00                                    INVOICE #  787362
_____

To:    ResCap                          TC Number:
       1100 Virginia Drive             Invoice Date:        06/07/2012
       Fort Washington, PA 19034       Invoice No.          787362
                                       Period ending:       05/31/2012


Case Management Number      LD  0R0803-301078


                                          Current Invoice
Code Task                                 Hours          Fees

                                          0.30      $      66.00

                           ==========================================
                   TOTAL FEES             0.30      $      66.00

                   TOTAL FEES DUE                   $      66.00
             TOTAL DISBURSEMENTS DUE                $       0.00
               TOTAL DUE THIS INVOICE              $      66.00



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JUNE 7, 2012
0R0803-301083

INVOICE #  787363

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0803-301083   TC Number:

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/21/12 | Talk to R.Kelly about the status of the matter(0.3); review all correspondence with title insurer(0.4); research Florida law requiring certification of liens(0.5) | | JCCO | 1.20 | 235.00 | 282.00 |
| 05/22/12 | Call R.Kelly to discuss the status of the matter(0.2); call opposing counsel to discuss lien certification and potential for settlement(0.3); devise strategy for resolving matter with title insurer and city(0.4) | | JCCO | .90 | 235.00 | 211.50 |

FEES                                  $493.50

AMOUNT DUE THIS BILL          $493.50

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE     2
ResCap                                                    JUNE 7, 2012

0R0803-301083

FED ID NO. 63-0243316

---

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Jonathan Cobb | Associate | 235.00 | 2.10 | 493.50 |
| Total | | | 2.10 | 493.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

JUNE 7, 2012
0R0803-301083

BILL AMOUNT          $493.50                          INVOICE #  787363

---

To:    ResCap                          TC Number:
       1100 Virginia Drive             Invoice Date:      06/07/2012
       Fort Washington, PA 19034       Invoice No.        787363
                                       Period ending:     05/31/2012


Case Management Number       LD  0R0803-301083


|                  | Current Invoice | |
| Code Task        | Hours | Fees |
|                  | 2.10  | $    493.50 |
|                  | ================================= |
| TOTAL FEES       | 2.10  | $    493.50 |
| TOTAL FEES DUE   |       | $    493.50 |
| TOTAL DISBURSEMENTS DUE |   | $      0.00 |
| TOTAL DUE THIS INVOICE  |   | $    493.50 |



## BRADLEY ARANT
## BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JUNE 7, 2012
0R0803-301092

INVOICE #  787364

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0803-301092    TC Number:

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/15/12 | Evaluate case to determine the affect of GMAC's bankruptcy on the file and whether GMAC should attempt to waive the automatic stay pertaining to certain cases | | LG | .10 | 220.00 | 22.00 |
| 05/30/12 | Draft lengthy update summarizing case status | | LG | .40 | 220.00 | 88.00 |

FEES                                        $110.00

AMOUNT DUE THIS BILL                        $110.00

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
JUNE 7, 2012

0R0803-301092

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Lee Gilley | Associate | 220.00 | .50 | 110.00 |
| Total | | | .50 | 110.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

BILL AMOUNT          $110.00

JUNE 7, 2012
0R0803-301092
INVOICE #  787364

To:    ResCap                         TC Number:
       1100 Virginia Drive            Invoice Date:      06/07/2012
       Fort Washington, PA 19034      Invoice No.        787364
                                      Period ending:     05/31/2012

Case Management Number      LD   0R0803-301092

|           |            | Current Invoice | |
| Code Task |            | Hours | Fees |
|---|---|---|---|
|           |            | 0.50  | $  110.00 |
|           | ========================================= | | |
|           | TOTAL FEES | 0.50  | $  110.00 |

| | |
|---|---|
| TOTAL FEES DUE            | $  110.00 |
| TOTAL DISBURSEMENTS DUE   | $    0.00 |
| TOTAL DUE THIS INVOICE    | $  110.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                        JUNE 7, 2012
1100 Virginia Drive                                          0R0803-301097
Fort Washington, PA 19034

                                                            INVOICE #  787365

                                                            FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0803-301097  TC Number: NA

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/16/12 | Telephone call with M.Hudson regarding contract for Latta property and drafted settlement agreement | | CJA | 2.20 | 265.00 | 583.00 |
| 05/17/12 | Telephone call with K.Nicols regarding sales contract and why the Archers have not been provided with a sales contract | | CJA | .30 | 265.00 | 79.50 |
| 05/18/12 | Conferred with M.McBride regarding contract | | CJA | .20 | 265.00 | 53.00 |
| 05/30/12 | Telephone call with court regarding continuance of eviction case pending close of REO transaction to tenants | | CJA | .40 | 265.00 | 106.00 |
| 05/30/12 | Conferred with M.McBride and F.Robinson regarding closing of REO transaction | | CJA | .30 | 265.00 | 79.50 |
| 05/30/12 | Conference call with REO closing attorney, R.Redmon, regarding status of eviction case and implications for REO closing | | CJA | .70 | 265.00 | 185.50 |
| 05/30/12 | Drafted dismissal and conferred with R.Redman regarding same | | CJA | .40 | 265.00 | 106.00 |
| 05/30/12 | Edit and revise settlement agreement | | CJA | 1.00 | 265.00 | 265.00 |

                              FEES                                      $1,457.50



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
JUNE 7, 2012

0R0803-301097

FED ID NO. 63-0243316

AMOUNT DUE THIS BILL                    $1,457.50

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    3
JUNE 7, 2012

0R0803-301097

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| C. Jason Avery | Associate | 265.00 | 5.50 | 1,457.50 |
| Total | | | 5.50 | 1,457.50 |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

BILL AMOUNT          $1,457.50

JUNE 7, 2012
0R0803-301097
INVOICE #   787365

| To: | ResCap | | TC Number: | NA |
|-----|--------|---|------------|----|
| | 1100 Virginia Drive | | Invoice Date: | 06/07/2012 |
| | Fort Washington, PA 19034 | | Invoice No. | 787365 |
| | | | Period ending: | 05/31/2012 |

Case Management Number        LD  0R0803-301097

| | Current Invoice | |
|---------|-------|------|
| Code Task | Hours | Fees |
| | 5.50 | $  1,457.50 |
| | ========================== | |
| TOTAL FEES | 5.50 | $  1,457.50 |
| TOTAL FEES DUE | | $  1,457.50 |
| TOTAL DISBURSEMENTS DUE | | $     0.00 |
| TOTAL DUE THIS INVOICE | | $  1,457.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JUNE 7, 2012
0R0803-301122

INVOICE #  787394

**FED ID NO. 63-0243316**

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0803-301122   TC Number:

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/15/12 | Update final status report | | DBT | .10 | 255.00 | 25.50 |

|  |  |
|--|--|
| FEES | $25.50 |
| LESS UNALLOCATED | ($25.50) |
| AMOUNT DUE THIS BILL | $.00 |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
JUNE 7, 2012

0R0803-301122

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| D. Bryan Thomas | Associate | 255.00 | .10 | 25.50 |
| Total | | | .10 | 25.50 |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

BILL AMOUNT          $.00

JUNE 7, 2012
0R0803-301122
INVOICE #  787394

To:    ResCap
       1100 Virginia Drive
       Fort Washington, PA 19034

TC Number:
Invoice Date:      06/07/2012
Invoice No.        787394
Period ending:     05/31/2012

Case Management Number      LD  0R0803-301122

| Code Task | Current Invoice | | |
|---|---|---|---|
| | Hours | $ | Fees |
| | 0.10 | $ | 25.50 |
| TOTAL FEES | 0.10 | $ | 25.50 |
| TOTAL FEES DUE | | $ | 25.50 |
| TOTAL DISBURSEMENTS DUE | | $ | 0.00 |
| TOTAL DUE THIS INVOICE | | $ | 25.50 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                                JUNE 7, 2012
1100 Virginia Drive                                                   0R0803-301132
Fort Washington, PA 19034

                                                                      INVOICE #  787366

                                                                      FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0803-301132   TC Number:

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/15/12 | Update final status report | | DBT | .10 | 255.00 | 25.50 |

                              FEES                                     $25.50

                              AMOUNT DUE THIS BILL                     $25.50

                    ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| D. Bryan Thomas | Associate | 255.00 | .10 | 25.50 |
| Total | | | .10 | 25.50 |



## BRADLEY ARANT
## BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          JUNE 7, 2012
                                                               0R0803-301132
BILL AMOUNT          $25.50                                    INVOICE #  787366

---

To:    ResCap                            TC Number:
       1100 Virginia Drive               Invoice Date:        06/07/2012
       Fort Washington, PA 19034         Invoice No.          787366
                                         Period ending:       05/31/2012


Case Management Number       LD   0R0803-301132


|                    | Current Invoice | | |
| Code Task | Hours | | Fees |
|---|---|---|---|
| | 0.10 | $ | 25.50 |
| ============================================= | | | |
| TOTAL FEES | 0.10 | $ | 25.50 |
| TOTAL FEES DUE | | $ | 25.50 |
| TOTAL DISBURSEMENTS DUE | | $ | 0.00 |
| TOTAL DUE THIS INVOICE | | $ | 25.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          JUNE 7, 2012
1100 Virginia Drive                                            0R0803-301140
Fort Washington, PA 19034

INVOICE #  787367

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0803-301140   TC Number:

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/17/12 | April 2012 Status update: "We have advised the client as to what amounts we think are legitimately due Cowgill. On Feb. 28 2012, the client notified us that a settlement amount of $96,765.81 was approved by GMAC. We communicated that settlement offer to Mr. Cowgill's attorney and he did not accept it. Cowgill's attorney said he is going to provide additional documentation, but this process has been delayed because Cowgill's father has become very ill. We are currently waiting for the additional documents. There has been no payment by GMAC to Cowgill as of 5/16/2012." | | VP | .20 | 230.00 | 46.00 |
| 05/18/12 | Exchange of email correspondence with M.Jensen, counsel for Cowgill, regarding bankruptcy and status of relief to allow settlement payment to occur | | MWK | .20 | 410.00 | 82.00 |
| 05/31/12 | Correspondence with M.Knapp and Y.McCoy regarding approval for Cowgill settlement | | VP | .30 | 230.00 | 69.00 |

FEES                                               $197.00

AMOUNT DUE THIS BILL                               $197.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
JUNE 7, 2012

0R0803-301140

FED ID NO. 63-0243316

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    3
JUNE 7, 2012

0R0803-301140

FED ID NO. 63-0243316

---

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Michael W. Knapp | Partner | 410.00 | .20 | 82.00 |
| Vesco Petrov | Associate | 230.00 | .50 | 115.00 |
| Total | | | .70 | 197.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                      JUNE 7, 2012
                                                           0R0803-301140
BILL AMOUNT        $197.00                                 INVOICE #  787367

To:    ResCap                          TC Number:
       1100 Virginia Drive             Invoice Date:       06/07/2012
       Fort Washington, PA 19034       Invoice No.         787367
                                       Period ending:      05/31/2012

Case Management Number      LD  0R0803-301140

                                       Current Invoice
Code Task                              Hours          Fees

                                       0.70      $    197.00

                              ===================================
              TOTAL FEES               0.70      $    197.00

              TOTAL FEES DUE                     $    197.00
       TOTAL DISBURSEMENTS DUE                    $      0.00
         TOTAL DUE THIS INVOICE                  $    197.00



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                      JUNE 7, 2012
1100 Virginia Drive                                         0R0803-301142
Fort Washington, PA 19034

                                                            INVOICE #  787368

                                                            **FED ID NO. 63-0243316**

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0803-301142   TC Number:

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/24/12 | Provide update to C.Mishler by request regarding formal denial of claim by Fidelity | | HEA | .30 | 295.00 | 88.50 |

                              FEES                                    $88.50

                    AMOUNT DUE THIS BILL                              $88.50

              ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
JUNE 7, 2012

0R0803-301142

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Hall Eady | Partner | 295.00 | .30 | 88.50 |
| Total | | | .30 | 88.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                    JUNE 7, 2012
                                                          0R0803-301142
BILL AMOUNT          $88.50                               INVOICE #  787368

---

To:    ResCap                          TC Number:
       1100 Virginia Drive             Invoice Date:      06/07/2012
       Fort Washington, PA 19034       Invoice No.        787368
                                       Period ending:     05/31/2012


Case Management Number      LD  0R0803-301142


|  | Current Invoice | |
|---|---|---|
| Code Task | Hours | Fees |
|  | 0.30 | $   88.50 |
| ========================================= | | |
| TOTAL FEES | 0.30 | $   88.50 |
| TOTAL FEES DUE | | $   88.50 |
| TOTAL DISBURSEMENTS DUE | | $    0.00 |
| TOTAL DUE THIS INVOICE | | $   88.50 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                        JUNE 7, 2012
1100 Virginia Drive                                          0R0803-301144
Fort Washington, PA 19034

                                                     INVOICE #  787369

                                                     FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0803-301144   TC Number: NA

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/15/12 | Evaluate case to determine the affect of GMAC's bankruptcy on the file and whether GMAC should attempt to waive the automatic stay pertaining to certain cases | | LG | .10 | 220.00 | 22.00 |
| 05/24/12 | Call with opposing counsel regarding the tax lien issue | | LG | .20 | 220.00 | 44.00 |
| 05/24/12 | Communications with opposing counsel transmitting documentation relevant to the tax lien | | LG | .10 | 220.00 | 22.00 |

                         FEES                                        $88.00


                         AMOUNT DUE THIS BILL                        $88.00


               ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
JUNE 7, 2012

0R0803-301144

FED ID NO. 63-0243316

---

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Lee Gilley | Associate | 220.00 | .40 | 88.00 |
| Total | | | .40 | 88.00 |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                JUNE 7, 2012
                                                      0R0803-301144
BILL AMOUNT            $88.00                          INVOICE #  787369

To:    ResCap                    TC Number:           NA
       1100 Virginia Drive       Invoice Date:        06/07/2012
       Fort Washington, PA 19034  Invoice No.          787369
                                 Period ending:       05/31/2012

Case Management Number      LD  0R0803-301144

|  |  | Current Invoice | |
| Code Task | | Hours | Fees |
|  |  | 0.40 | $  88.00 |
|  |  | ================================ | |
| TOTAL FEES | | 0.40 | $  88.00 |
| TOTAL FEES DUE | | | $  88.00 |
| TOTAL DISBURSEMENTS DUE | | | $   0.00 |
| TOTAL DUE THIS INVOICE | | | $  88.00 |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                      JUNE 7, 2012
1100 Virginia Drive                                         0R0803-301145
Fort Washington, PA 19034

                                                   INVOICE #   787370

                                                   FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0803-301145   TC Number: NA

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/15/12 | Review and analyze matter to determine if bankruptcy stay is in place and, if so, how it will impact the case. | | MST | .20 | 170.00 | 34.00 |
| 05/21/12 | Edit and add to notice of bankruptcy of servicer GMAC | | KSA | .80 | 280.00 | 224.00 |
| 05/21/12 | Conference call with E.DeSilva, N.Campbell, and C.Hancock | | KSA | .60 | 280.00 | 168.00 |
| 05/21/12 | Email correspondence regarding Cleveland City situation | | KSA | .30 | 280.00 | 84.00 |

                         FEES                          $510.00


                         AMOUNT DUE THIS BILL           $510.00


            ***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
JUNE 7, 2012

0R0803-301145

**FED ID NO. 63-0243316**

---

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Melanie Thompson | Paralegal | 170.00 | .20 | 34.00 |
| Keith S. Anderson | Associate | 280.00 | 1.70 | 476.00 |
| Total | | | 1.90 | 510.00 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                              JUNE 7, 2012
                                                    0R0803-301145
BILL AMOUNT          $510.00                        INVOICE #  787370

To:    ResCap                       TC Number:        NA
       1100 Virginia Drive          Invoice Date:     06/07/2012
       Fort Washington, PA 19034    Invoice No.       787370
                                    Period ending:    05/31/2012

Case Management Number       LD   0R0803-301145

|  |  | Current Invoice | |
| Code Task | | Hours | Fees |
|  |  | 1.90 | $ 510.00 |
|  |  | ================================ | |
| TOTAL FEES | | 1.90 | $ 510.00 |
| TOTAL FEES DUE | | | $ 510.00 |
| TOTAL DISBURSEMENTS DUE | | | $ 0.00 |
| TOTAL DUE THIS INVOICE | | | $ 510.00 |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    JUNE 7, 2012
1100 Virginia Drive                                       0R0803-301146
Fort Washington, PA 19034

                                                    INVOICE #  787371

**FED ID NO. 63-0243316**

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0803-301146   TC Number: NA

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/15/12 | Review and analyze matter to determine if bankruptcy stay is in place and, if so, how it will impact the case. | | MST | .20 | 170.00 | 34.00 |
| 05/17/12 | Evaluate situation with bankruptcy and civil fire sanction payments with City of Cleveland and draft motion for relief | | KSA | 1.00 | 280.00 | 280.00 |
| 05/22/12 | Conference call with G.McGinnis and D.Wallace regarding Cleveland issues with bankruptcy | | KSA | .80 | 280.00 | 224.00 |
| 05/22/12 | Email communication with D.Wallace regarding notice/motion to file | | KSA | .20 | 280.00 | 56.00 |
| 05/24/12 | Edit and revise motion/notice of bankruptcy to Cleveland Housing Court | | KSA | 1.10 | 280.00 | 308.00 |
| 05/29/12 | Edit motions for extension with proposed order, finalize and file in all four cases and prepare for June 4 hearing | | KSA | 1.30 | 280.00 | 364.00 |

                              FEES                           $1,266.00


                              AMOUNT DUE THIS BILL           $1,266.00

                    ***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
JUNE 7, 2012

0R0803-301146

FED ID NO. 63-0243316

---

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Melanie Thompson | Paralegal | 170.00 | .20 | 34.00 |
| Keith S. Anderson | Associate | 280.00 | 4.40 | 1,232.00 |
| Total | | | 4.60 | 1,266.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                  JUNE 7, 2012
                                                        0R0803-301146
BILL AMOUNT        $1,266.00                            INVOICE #  787371

To:   ResCap                        TC Number:          NA
      1100 Virginia Drive           Invoice Date:       06/07/2012
      Fort Washington, PA 19034     Invoice No.         787371
                                    Period ending:      05/31/2012

Case Management Number      LD   0R0803-301146

|                        | Current Invoice |            |
| Code Task              | Hours           | Fees       |
|                        | 4.60            | $ 1,266.00 |
| ================================================ |
| TOTAL FEES             | 4.60            | $ 1,266.00 |
| TOTAL FEES DUE         |                 | $ 1,266.00 |
| TOTAL DISBURSEMENTS DUE |                | $     0.00 |
| TOTAL DUE THIS INVOICE |                 | $ 1,266.00 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                            JUNE 7, 2012
1100 Virginia Drive                                              0R0803-301147
Fort Washington, PA 19034

                                                    INVOICE #  787372

                                                    **FED ID NO. 63-0243316**

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0803-301147  TC Number: NA

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/16/12 | Review and analyze matter and determine if bankruptcy stay is in place | | TMB | .20 | 410.00 | 82.00 |

                                FEES                              $82.00


                        AMOUNT DUE THIS BILL                      $82.00


                ***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
JUNE 7, 2012

0R0803-301147

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| T. Michael Brown | Partner | 410.00 | .20 | 82.00 |
| Total | | | .20 | 82.00 |



**BRADLEY ARANT**
**BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          JUNE 7, 2012
                                                               0R0803-301147
BILL AMOUNT          $82.00                                    INVOICE #  787372

---

To:    ResCap                          TC Number:         NA
       1100 Virginia Drive             Invoice Date:      06/07/2012
       Fort Washington, PA 19034       Invoice No.        787372
                                       Period ending:     05/31/2012


Case Management Number        LD   0R0803-301147


|                |                | Current Invoice |           |
| Code Task      |                | Hours           | Fees      |
|                |                | 0.20            | $   82.00 |
|                |                | ============================ |  |
| TOTAL FEES     |                | 0.20            | $   82.00 |
|                | TOTAL FEES DUE |                 | $   82.00 |
|                | TOTAL DISBURSEMENTS DUE |        | $    0.00 |
|                | TOTAL DUE THIS INVOICE |         | $   82.00 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                      JUNE 7, 2012
1100 Virginia Drive                                        0R0803-301151
Fort Washington, PA 19034

                                                     INVOICE #  787373

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0803-301151   TC Number: NA

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/15/12 | Review and analyze matter to determine if bankruptcy stay is in place and, if so, how it will impact the case. | | MST | .20 | 170.00 | 34.00 |

                        FEES                                  $34.00


                        AMOUNT DUE THIS BILL                  $34.00

                ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
JUNE 7, 2012

0R0803-301151

FED ID NO. 63-0243316

---

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Melanie Thompson | Paralegal | 170.00 | .20 | 34.00 |
| Total | | | .20 | 34.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                          JUNE 7, 2012
                                                                0R0803-301151
BILL AMOUNT          $34.00                                     INVOICE #  787373
_____

To:    ResCap                        TC Number:        NA
       1100 Virginia Drive           Invoice Date:     06/07/2012
       Fort Washington, PA 19034      Invoice No.       787373
                                     Period ending:    05/31/2012

Case Management Number      LD  0R0803-301151


                                          Current Invoice
Code Task                          Hours           Fees

                                   0.20     $     34.00

                                   =========================
                   TOTAL FEES      0.20     $     34.00

                   TOTAL FEES DUE           $     34.00
           TOTAL DISBURSEMENTS DUE          $      0.00
              TOTAL DUE THIS INVOICE        $     34.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JUNE 7, 2012
0R0803-301152

INVOICE #  787374

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0803-301152   TC Number: NA

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/15/12 | Review and analyze matter to determine if bankruptcy stay is in place and, if so, how it will impact the case. | | MST | .20 | 170.00 | 34.00 |

FEES                                                    $34.00

AMOUNT DUE THIS BILL                                    $34.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
JUNE 7, 2012

0R0803-301152

FED ID NO. 63-0243316

---

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Melanie Thompson | Paralegal | 170.00 | .20 | 34.00 |
| Total | | | .20 | 34.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                      JUNE 7, 2012
                                                           0R0803-301152
BILL AMOUNT          $34.00                                INVOICE #  787374

_____

To:   ResCap                      TC Number:        NA
      1100 Virginia Drive         Invoice Date:     06/07/2012
      Fort Washington, PA 19034   Invoice No.       787374
                                  Period ending:    05/31/2012


Case Management Number      LD  0R0803-301152


                                      Current Invoice
Code Task                          Hours            Fees

                                    0.20      $     34.00


                           ==============================
                 TOTAL FEES          0.20      $     34.00

                 TOTAL FEES DUE                $     34.00
           TOTAL DISBURSEMENTS DUE             $      0.00
            TOTAL DUE THIS INVOICE             $     34.00



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JUNE 7, 2012
0R0803-301164

INVOICE #  787375

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0803-301164   TC Number: NA

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/15/12 | Update monthly status report (.1); consider implications of bankruptcy filing and correspondence related to the same for the preparation of bankruptcy motions (.2) | | DBT | .30 | 255.00 | 76.50 |
| | **FEES** | | | | | $76.50 |

### DESCRIPTION OF DISBURSEMENTS

| | | | |
|---|---|---|---|
| 35 | Express Mail/Fedex | | 11.79 |
| | COSTS | | $11.79 |
| | AMOUNT DUE THIS BILL | | $88.29 |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
JUNE 7, 2012

0R0803-301164

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| D. Bryan Thomas | Associate | 255.00 | .30 | 76.50 |
| Total | | | .30 | 76.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                              JUNE 7, 2012
                                                    0R0803-301164
BILL AMOUNT          $88.29                          INVOICE #  787375

---

To:   ResCap                        TC Number:        NA
      1100 Virginia Drive           Invoice Date:     06/07/2012
      Fort Washington, PA 19034     Invoice No.       787375
                                    Period ending:    05/31/2012


Case Management Number      LD   0R0803-301164


|  | | Current Invoice | |
| Code Task | | Hours | Fees |
|---|---|---|---|
| | | 0.30 | $   76.50 |
| | ============================== | | |
| TOTAL FEES | | 0.30 | $   76.50 |
| TOTAL FEES DUE | | $ | 76.50 |
| TOTAL DISBURSEMENTS DUE | | $ | 11.79 |
| TOTAL DUE THIS INVOICE | | $ | 88.29 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          JUNE 7, 2012
1100 Virginia Drive                                            0R0803-301168
Fort Washington, PA 19034

                                                          INVOICE #  787376

                                                          **FED ID NO. 63-0243316**

---

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0803-301168   TC Number: NA

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/21/12 | Consider email from F.Robinson and attached violations (0.10); review file and sales deed and respond to F.Robinson (0.20); coordinate appearance at hearing and resolution strategy with T.Leinenweber (0.20) | | DBT | .50 | 255.00 | 127.50 |

|  |  | FEES |  |  |  | $127.50 |
|  |  | AMOUNT DUE THIS BILL |  |  |  | $127.50 |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
JUNE 7, 2012

0R0803-301168

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| D. Bryan Thomas | Associate | 255.00 | .50 | 127.50 |
| Total | | | .50 | 127.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

JUNE 7, 2012
0R0803-301168
BILL AMOUNT         $127.50                          INVOICE #  787376

To:    ResCap                      TC Number:          NA
       1100 Virginia Drive         Invoice Date:       06/07/2012
       Fort Washington, PA 19034   Invoice No.         787376
                                   Period ending:      05/31/2012

Case Management Number       LD  0R0803-301168

                                        Current Invoice
Code Task                           Hours            Fees

                                     0.50      $    127.50

                          =====================================
                 TOTAL FEES           0.50      $    127.50

                 TOTAL FEES DUE                 $    127.50
          TOTAL DISBURSEMENTS DUE               $      0.00
          TOTAL DUE THIS INVOICE                $    127.50



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                        JUNE 7, 2012
1100 Virginia Drive                                          0R0803-301169
Fort Washington, PA 19034

INVOICE #  787377

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0803-301169  TC Number: NA

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/15/12 | Evaluate case to determine the affect of GMAC's bankruptcy on the file and whether GMAC should attempt to waive the automatic stay pertaining to certain cases | | LG | .10 | 220.00 | 22.00 |
| 05/16/12 | Communications with GMAC and opposing counsel regarding valuation of the property and possibility of avoiding litigation by selling the property | | LG | .20 | 220.00 | 44.00 |
| 05/22/12 | Communications with opposing counsel regarding neighbor's willingness to purchase the subject property | | LG | .20 | 220.00 | 44.00 |

FEES                                                              $110.00

AMOUNT DUE THIS BILL                                              $110.00

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
JUNE 7, 2012

0R0803-301169

FED ID NO. 63-0243316

---

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Lee Gilley | Associate | 220.00 | .50 | 110.00 |
| Total | | | .50 | 110.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

JUNE 7, 2012
0R0803-301169

BILL AMOUNT          $110.00

INVOICE #  787377

To:   ResCap                          TC Number:          NA
      1100 Virginia Drive             Invoice Date:       06/07/2012
      Fort Washington, PA 19034       Invoice No.         787377
                                      Period ending:      05/31/2012

Case Management Number      LD   0R0803-301169

|  |  | Current Invoice | |
| Code Task | | Hours | Fees |
|  |  | 0.50 | $    110.00 |
|  | ============================== | | |
| TOTAL FEES | | 0.50 | $    110.00 |
| TOTAL FEES DUE | | | $    110.00 |
| TOTAL DISBURSEMENTS DUE | | | $      0.00 |
| TOTAL DUE THIS INVOICE | | | $    110.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                              JUNE 7, 2012
1100 Virginia Drive                                 0R0803-301170
Fort Washington, PA 19034

                                         INVOICE #  787378

                                         FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0803-301170  TC Number: NA

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/15/12 | Evaluate case to determine the effect of GMAC's bankruptcy on the file and whether GMAC should attempt to waive the automatic stay pertaining to certain cases | | LG | .10 | 220.00 | 22.00 |
| 05/17/12 | Review prior assessment and transmit to C.Mishler and others regarding limited recoupment options | | HEA | .30 | 295.00 | 88.50 |

                          FEES                        $110.50

                   AMOUNT DUE THIS BILL               $110.50

              ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
JUNE 7, 2012

0R0803-301170

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Hall Eady | Partner | 295.00 | .30 | 88.50 |
| Lee Gilley | Associate | 220.00 | .10 | 22.00 |
| Total | | | .40 | 110.50 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          JUNE 7, 2012
                                                               0R0803-301170
BILL AMOUNT          $110.50                                   INVOICE #  787378
_____

To:     ResCap                      TC Number:        NA
        1100 Virginia Drive         Invoice Date:     06/07/2012
        Fort Washington, PA 19034   Invoice No.       787378
                                    Period ending:    05/31/2012


Case Management Number     LD   0R0803-301170


                                         Current Invoice
Code Task                               Hours        Fees

                                         0.40    $   110.50

                            ====================================
                 TOTAL FEES              0.40    $   110.50

                 TOTAL FEES DUE                  $   110.50
            TOTAL DISBURSEMENTS DUE              $     0.00
             TOTAL DUE THIS INVOICE             $   110.50



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    JUNE 7, 2012
1100 Virginia Drive                                      0R0803-301171
Fort Washington, PA 19034

                                                         INVOICE #  787379

                                                         FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0803-301171  TC Number: NA

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/15/12 | Telephone call with A.Bleu regarding adjoining 1.01 acres and settlement discussions regarding purchase of same | | CJA | 1.30 | 265.00 | 344.50 |
| 05/15/12 | Telephone call with agent detailing remaining options GMAC has to sell REO property in light of bankruptcy | | CJA | .70 | 265.00 | 185.50 |
| 05/15/12 | Conferred with J.Houle and other involved parties regarding updated on discussions with A.Bleau | | CJA | .50 | 265.00 | 132.50 |

                        FEES                              $662.50


                        AMOUNT DUE THIS BILL              $662.50


                ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
JUNE 7, 2012

0R0803-301171

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| C. Jason Avery | Associate | 265.00 | 2.50 | 662.50 |
| Total | | | 2.50 | 662.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                      JUNE 7, 2012
                                                           0R0803-301171
BILL AMOUNT          $662.50                               INVOICE #  787379

To:    ResCap                         TC Number:           NA
       1100 Virginia Drive            Invoice Date:        06/07/2012
       Fort Washington, PA 19034      Invoice No.          787379
                                      Period ending:       05/31/2012

Case Management Number       LD   0R0803-301171

|  | Current Invoice | |
| Code Task | Hours | Fees |
|  | 2.50 | $   662.50 |
| =============================== | | |
| TOTAL FEES | 2.50 | $   662.50 |
| TOTAL FEES DUE | $ | 662.50 |
| TOTAL DISBURSEMENTS DUE | $ | 0.00 |
| TOTAL DUE THIS INVOICE | $ | 662.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JUNE 7, 2012
0R0803-301173

INVOICE #  787380

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0803-301173  TC Number: NA

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/25/12 | Analyze documentation provided by GMAC and the current docket in order to assess the best steps for resolving the claim | | LG | .40 | 220.00 | 88.00 |

FEES                                            $88.00

AMOUNT DUE THIS BILL                            $88.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     2
JUNE 7, 2012

0R0803-301173

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Lee Gilley | Associate | 220.00 | .40 | 88.00 |
| Total | | | .40 | 88.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    JUNE 7, 2012
                                                          0R0803-301173
BILL AMOUNT          $88.00                               INVOICE #  787380

To:    ResCap                          TC Number:        NA
       1100 Virginia Drive             Invoice Date:     06/07/2012
       Fort Washington, PA 19034       Invoice No.       787380
                                       Period ending:    05/31/2012

Case Management Number      LD  0R0803-301173

                                        Current Invoice
Code Task                               Hours          Fees

                                        0.40      $    88.00

                                   ====================================
                    TOTAL FEES          0.40      $    88.00

                    TOTAL FEES DUE                $    88.00
             TOTAL DISBURSEMENTS DUE              $     0.00
               TOTAL DUE THIS INVOICE            $    88.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                            JUNE 7, 2012
1100 Virginia Drive                               0R0803-301174
Fort Washington, PA 19034

                                                  INVOICE #  787381

                                                  FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0803-301174  TC Number: NA

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/22/12 | Review of REO file, including mortgage, foreclosure documents, survey and title work | | CJA | 5.80 | 265.00 | 1,537.00 |
| 05/23/12 | Telephone call with C.Mishler regarding land use issues and potential corrective action | | CJA | 1.00 | 265.00 | 265.00 |

                            FEES                        $1,802.00


                    AMOUNT DUE THIS BILL                $1,802.00


               ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
JUNE 7, 2012

0R0803-301174

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| C. Jason Avery | Associate | 265.00 | 6.80 | 1,802.00 |
| Total | | | 6.80 | 1,802.00 |



**BRADLEY ARANT**
**BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                          JUNE 7, 2012
                                                               0R0803-301174
BILL AMOUNT          $1,802.00                                 INVOICE #  787381

―――――――――――――――――――――――――――――――――――――――――――――――――――――――――――――――

To:    ResCap                          TC Number:          NA
       1100 Virginia Drive             Invoice Date:       06/07/2012
       Fort Washington, PA 19034       Invoice No.         787381
                                       Period ending:      05/31/2012


Case Management Number      LD  0R0803-301174


                                       Current Invoice
Code Task                              Hours            Fees

                                       6.80      $  1,802.00

                          ===================================
              TOTAL FEES                6.80      $  1,802.00

                  TOTAL FEES DUE                  $  1,802.00
          TOTAL DISBURSEMENTS DUE                 $      0.00
             TOTAL DUE THIS INVOICE               $  1,802.00



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                              JUNE 7, 2012
1100 Virginia Drive                                                0R0803-305002
Fort Washington, PA 19034

INVOICE #  787382

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0803-305002  TC Number: 704601

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/16/12 | Confer with F.Baker and P.Evans regarding recording of easement agreement | B250 | CJA | .40 | 265.00 | 106.00 |
| 05/17/12 | Conference call with S.Watkins, counsel for title insurance company, regarding recording of easement and issues related to closing of REO transaction | B250 | CJA | 1.30 | 265.00 | 344.50 |
| 05/25/12 | Confer with C.Mishler and F.Baker regarding recording of easement documents | B250 | CJA | .30 | 265.00 | 79.50 |

FEES                                            $530.00


AMOUNT DUE THIS BILL                            $530.00


***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
JUNE 7, 2012

0R0803-305002

FED ID NO. 63-0243316

---

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| C. Jason Avery | Associate | 265.00 | 2.00 | 530.00 |
| Total | | | 2.00 | 530.00 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                              JUNE 7, 2012
                                                    0R0803-305002
BILL AMOUNT          $530.00                        INVOICE #  787382

To:    ResCap                       TC Number:        704601
       1100 Virginia Drive          Invoice Date:     06/07/2012
       Fort Washington, PA 19034     Invoice No.       787382
                                    Period ending:    05/31/2012

Case Management Number      LD   0R0803-305002

|                          | Current Invoice |          |
| Code Task                | Hours           | Fees     |
|--------------------------|-----------------|----------|
| B250 Real Estate         | 2.00            | $  530.00 |
| ============================================== | | |
| TOTAL FEES               | 2.00            | $  530.00 |

TOTAL FEES DUE               $   530.00
TOTAL DISBURSEMENTS DUE      $     0.00
TOTAL DUE THIS INVOICE       $   530.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                      AUGUST 27, 2012
1100 Virginia Drive                                        0G2012-301001
Fort Washington, PA 19034

                                                           INVOICE #  800594

                                                           FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0G2012-301001  TC Number: 702113

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/15/12 | Final review and revision of clarification motion for extension of time | L520 | AHC | .30 | 145.00 | 43.50 |
| 05/15/12 | Research on motion for time extension and on clerk's response and on fee issue | L510 | MJA | .50 | 297.00 | 148.50 |
| 05/15/12 | Review and analyze matter to determine if bankruptcy stay is in place and, if so, how it will impact the case. | L120 | MST | .20 | 150.00 | 30.00 |
| 05/16/12 | Review and analyze matter and determine if bankruptcy stay is in place, and, if so, how it will impact case | L120 | KSA | .20 | 223.00 | 44.60 |
| 05/16/12 | Calls to appellate clerk on time extension | L510 | MJA | .40 | 297.00 | 118.80 |
| 05/16/12 | Continued research on status of motion for extension of time | L510 | MJA | .40 | 297.00 | 118.80 |
| 05/17/12 | Multiple telephone conferences with clerk of court regarding status of motion for extension of time | L110 | AHC | .40 | 145.00 | 58.00 |
| 05/17/12 | Continued research on motion for extension of time to file brief | L510 | MJA | .30 | 297.00 | 89.10 |
| 05/18/12 | Research to determine effect of bankruptcy stay on Texas appeal | L510 | MJA | .40 | 297.00 | 118.80 |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE     2
AUGUST 27, 2012

0G2012-301001

FED ID NO. 63-0243316

FEES                                                    $770.10

### DESCRIPTION OF DISBURSEMENTS

| | | |
|---|---|---|
| 01 | Copy Charges | 0.00 |
| 07 | Filing Fees | 10.00 |
| 35 | Express Mail/Fedex | 0.00 |

COSTS                            $10.00

AMOUNT DUE THIS BILL            $780.10

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE     3
AUGUST 27, 2012

Rescap

0G2012-301001

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Melanie Thompson | Paralegal | 150.00 | .20 | 30.00 |
| Marc J. Ayers | Partner | 297.00 | 2.00 | 594.00 |
| Alecia H. Cockrell | Paralegal | 145.00 | .70 | 101.50 |
| Keith S. Anderson | Associate | 223.00 | .20 | 44.60 |
| Total | | | 3.10 | 770.10 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap                                                        AUGUST 27, 2012
                                                             0G2012-301001
BILL AMOUNT          $780.10                                 INVOICE #   800594

To:    ResCap                          TC Number:        702113
       1100 Virginia Drive             Invoice Date:     08/27/2012
       Fort Washington, PA 19034       Invoice No.       800594
                                       Period ending:    05/31/2012

Case Management Number      LD   0G2012-301001

|  |  | Current Invoice | |
| Code | Task | Hours | Fees |
|---|---|---|---|
| L110 | Fact Investigation/Development | 0.40 | $   58.00 |
| L120 | Analysis/Strategy | 0.40 | $   74.60 |
| L510 | Appellate Motions and Submissions | 2.00 | $  594.00 |
| L520 | Appellate Briefs | 0.30 | $   43.50 |

```
                            ==================================
              TOTAL FEES          3.10    $    770.10

                    TOTAL FEES DUE         $    770.10
            TOTAL DISBURSEMENTS DUE        $     10.00
             TOTAL DUE THIS INVOICE        $    780.10
```



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 27, 2012
0G2012-301002

INVOICE #  800595

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0G2012-301002  TC Number: 715129

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/14/12 | Review and bates label medical records produced by defendants | L320 | JAM | .90 | 145.00 | 130.50 |
| 05/14/12 | Communications with client regarding review and execution of affidavit authenticating newtrack notes | L440 | JDV | .50 | 219.00 | 109.50 |
| 05/14/12 | Prepare affidavit authenticating notes for execution | L440 | JDV | .50 | 219.00 | 109.50 |
| 05/14/12 | Work on hearing preparations | L450 | JST | 1.70 | 345.00 | 586.50 |
| 05/15/12 | Work on preparations for hearing | L450 | JST | 3.70 | 345.00 | 1,276.50 |
| 05/15/12 | Review research on due diligence and consumer protection statute | L450 | JST | 2.30 | 345.00 | 793.50 |
| 05/15/12 | Work on issues remaining for Bennett and McSurdy examinations | L450 | JST | 1.50 | 345.00 | 517.50 |
| 05/15/12 | Review exhibits and determine documents needed for resumption of hearing | L450 | JST | 1.80 | 345.00 | 621.00 |
| 05/15/12 | Review borrower's recently produced medical records | L320 | JST | 1.00 | 345.00 | 345.00 |
| 05/15/12 | Email correspondence regarding McSurdy testimony and Iron Mountain Subpoena | L310 | JAM | .20 | 145.00 | 29.00 |
| 05/16/12 | Review and analyze matter and determine if bankruptcy stay is in place and, if so, how it will affect the case | L190 | JDV | .30 | 219.00 | 65.70 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    2
Rescap                                                                    AUGUST 27, 2012

0G2012-301002

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/16/12 | Memo to client summarizing hearing and next steps | L120 | JST | .80 | 345.00 | 276.00 |
| 05/16/12 | Participate in evidentiary hearing before Judge Manalich | L450 | JST | 5.00 | 345.00 | 1,725.00 |
| 05/16/12 | Review and finalize answer to counterclaims to be submitted | L210 | JST | .50 | 345.00 | 172.50 |
| 05/16/12 | Prepare for evidentiary hearing before Judge Manalich | L450 | JST | 4.70 | 345.00 | 1,621.50 |
| 05/16/12 | Draft Proposed Answer to Counterclaim | L210 | JDV | 1.00 | 219.00 | 219.00 |
| 05/18/12 | Review proposed order on schedule submitted by defendants | L250 | JST | .10 | 345.00 | 34.50 |
| 05/18/12 | Call with client to review bond and other issues | L120 | JST | .10 | 345.00 | 34.50 |
| 05/18/12 | Communications with client regarding effect of bankruptcy on surety bond | L190 | JDV | .20 | 219.00 | 43.80 |
| 05/18/12 | Communications with D.Hay, Jurisco representative, regarding complete copy of supersedeas bond application | L190 | JDV | .20 | 219.00 | 43.80 |
| 05/18/12 | Analysis of supersedeas bond application and indemnity bond | L120 | JDV | .20 | 219.00 | 43.80 |
| 05/21/12 | Work on summation of evidence and arguments to be submitted to Court | L250 | JST | 3.50 | 345.00 | 1,207.50 |
| 05/22/12 | Work on summation brief | L210 | JST | 6.50 | 345.00 | 2,242.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    3
AUGUST 27, 2012

Rescap

0G2012-301002

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 05/23/12 | Review motion to admit exhibits and updates on hearing regarding exhibits | L210 | JST | .30 | 345.00 | 103.50 |
| 05/23/12 | Analysis ofthe Florida Rules of Civil Procedure | L120 | JDV | .70 | 219.00 | 153.30 |
| 05/23/12 | Analysis of arguments and defenses regarding judgment relief | L120 | JDV | 1.30 | 219.00 | 284.70 |
| 05/24/12 | Work on reviewing deposition excerpts cited by Defendants | L330 | JST | 3.50 | 345.00 | 1,207.50 |
| 05/25/12 | Revise Plaintiff's Summation of the Evidence and Arguments in Support of Motion to Set Aside Final Judgment and Set New Trial | L250 | JDV | 1.00 | 219.00 | 219.00 |
| 05/25/12 | Hearing on admission of exhibits and excerpts | L450 | JST | 2.50 | 345.00 | 862.50 |
| 05/25/12 | Prepare for hearing on admission of exhibits and deposition excerpts | L450 | JST | 1.50 | 345.00 | 517.50 |
| 05/29/12 | Review notes and confirm list of rulings made by court | L210 | JST | .30 | 345.00 | 103.50 |
| 05/29/12 | Memorandum to client summarizing rulings by court during evidentiary hearing and next steps | L120 | JST | .50 | 345.00 | 172.50 |
| 05/29/12 | Review bond, bond application and finalize memorandum to client regarding likely outcome for payout on bond | L120 | JST | .80 | 345.00 | 276.00 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    4
Rescap                                                    AUGUST 27, 2012

0G2012-301002

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/30/12 | Work on reviewing and responding to deposition excerpts and documents offered into evidence by Defendants | L330 | JST | 3.00 | 345.00 | 1,035.00 |
| 05/31/12 | Review and highlight excerpts from Reyes' deposition relative to exhibit submissions | L440 | JAM | 2.10 | 145.00 | 304.50 |
| 05/31/12 | Conference call with D.Garber, attorney for Defendants regarding Defendants' deposition excerpts and document citations | L390 | JST | 1.00 | 345.00 | 345.00 |
| 05/31/12 | Review Defendants' notice to court for hearing | L250 | JST | .10 | 345.00 | 34.50 |
| 05/31/12 | Review deposition excerpts and provide responsive citations to D.Garber | L330 | JST | .70 | 345.00 | 241.50 |

FEES                                                    $18,109.10

DESCRIPTION OF DISBURSEMENTS

| 01 | Copy Charges | 0.00 |
|----|--------------|------|
| 13 | Court Reporter Charges | 1,014.16 |
| 20 | Airline Tickets | 1,583.80 |
| 21 | Travel Expense | 560.61 |
| 23 | Meal Expense | 66.25 |
| 35 | Express Mail/Fedex | 0.00 |
| 41 | Computerized Legal Research-Westlaw | 0.00 |
| 61 | Local Counsel Fees | 13,243.84 |

COSTS                                                    $16,468.66



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE      5
AUGUST 27, 2012

0G2012-301002

FED ID NO. 63-0243316

AMOUNT DUE THIS BILL              $34,577.76

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE      6
AUGUST 27, 2012

Rescap

0G2012-301002

FED ID NO. 63-0243316

---

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| John Smith T | Partner | 345.00 | 47.40 | 16,353.00 |
| Jamie Mathews | Paralegal | 145.00 | 3.20 | 464.00 |
| Jose D. Vega | Associate | 219.00 | 5.90 | 1,292.10 |
| Total | | | 56.50 | 18,109.10 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap                                                    AUGUST 27, 2012
                                                         0G2012-301002
BILL AMOUNT        $34,577.76                            INVOICE #  800595

To:    ResCap                        TC Number:        715129
       1100 Virginia Drive           Invoice Date:     08/27/2012
       Fort Washington, PA 19034     Invoice No.       800595
                                     Period ending:    05/31/2012

Case Management Number      LD   0G2012-301002

|      |                                          | Current Invoice |            |
|------|------------------------------------------|-----------------|------------|
| Code | Task                                     | Hours           | Fees       |
| L120 | Analysis/Strategy                        | 4.40            | $ 1,240.80 |
| L190 | Other Case Assessment, Develop't/Admin   | 0.70            | $   153.30 |
| L210 | Pleadings                                | 8.60            | $ 2,841.00 |
| L250 | Other Written Motions/Submissions        | 4.70            | $ 1,495.50 |
| L310 | Written Discovery                        | 0.20            | $    29.00 |
| L320 | Document Production                      | 1.90            | $   475.50 |
| L330 | Depositions                              | 7.20            | $ 2,484.00 |
| L390 | Other Discovery                          | 1.00            | $   345.00 |
| L440 | Other Trial Preparation and Support      | 3.10            | $   523.50 |
| L450 | Trial and Hearing Attendance             | 24.70           | $ 8,521.50 |

====================================

                  TOTAL FEES        56.50    $ 18,109.10

                  TOTAL FEES DUE             $ 18,109.10
       TOTAL DISBURSEMENTS DUE               $ 16,468.66
       TOTAL DUE THIS INVOICE                $ 34,577.76



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 27, 2012
0G2012-301003

INVOICE #  800596

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0G2012-301003  TC Number: 706627

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 05/14/12 | Draft inquiry for Morrison Foerster regarding class counterclaims | L120 | MRP | .20 | 424.00 | 84.80 |
| 05/15/12 | Update bankruptcy status list | L120 | RJC | .30 | 293.00 | 87.90 |
| 05/15/12 | Review circulated provision of bankruptcy order setting forth scope of relief from automatic stay, and applicability to the Contreras class action counterclaim | L120 | RJC | .50 | 293.00 | 146.50 |
| 05/15/12 | Draft memo requesting addt'l information on intended scope and effect of relief from automatic bankruptcy stay, and whether it is meant, and how it affects, class action-based counterclaims and how it impacts claims | L120 | RJC | .60 | 293.00 | 175.80 |
| 05/15/12 | Complete bankruptcy spreadsheet for GMAC | L250 | MRP | .20 | 424.00 | 84.80 |
| 05/15/12 | Exchange multiple memos with client regarding class counterclaims | L120 | MRP | .20 | 424.00 | 84.80 |
| 05/16/12 | Review instructions from GMAC regarding bankruptcy notices | L120 | MRP | .20 | 424.00 | 84.80 |
| 05/17/12 | Review instructions from GMAC regarding bankruptcy notices | L160 | MRP | .20 | 424.00 | 84.80 |
| 05/18/12 | Inquire as to effect of bankruptcy stay on class counterclaim | L120 | MRP | .10 | 424.00 | 42.40 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE     2
AUGUST 27, 2012

0G2012-301003

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/21/12 | Exchange multiple memos with client regarding effect of stay on class counterclaims and associated strategy issues | L120 | MRP | .20 | 424.00 | 84.80 |
| 05/21/12 | Memo exchanges with clientregarding scope of bankruptcy stay and counterclaim-based class action claims against GMAC, as well as strategy for May 30th hearing on Stern defendants' motion to dismiss | L120 | RJC | .40 | 293.00 | 117.20 |
| 05/22/12 | Exchange multiple memos with client regarding scope of stay and related strategy | L120 | MRP | .20 | 424.00 | 84.80 |
| 05/23/12 | Draft update on class action matters in response to inquiry regarding status of same vis-a-vis ResCap bankruptcy filing | L120 | RJC | .60 | 293.00 | 175.80 |
| 05/24/12 | Review pre-hearing package, incld. opposition to the defendant's motion to dismiss and potential impact of arguments on our own pending motion to dismiss | L240 | RJC | 1.80 | 293.00 | 527.40 |
| 05/24/12 | Memo exchanges with counsel regarding upcoming hearing on  motion to dismiss, scheduling and strategy for same, and status of our own continuing participation in action | L240 | RJC | .60 | 293.00 | 175.80 |
| 05/24/12 | Review opposition to motion to dismiss and attachments | L240 | MRP | .80 | 424.00 | 339.20 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    3
AUGUST 27, 2012

Rescap

0G2012-301003

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/25/12 | Memo exchanges with counsel regarding upcoming hearing on MTD | L240 | RJC | .50 | 293.00 | 146.50 |
| 05/30/12 | Exchange memos with client regarding stay issues | L120 | MRP | .10 | 424.00 | 42.40 |
| 05/30/12 | Review memo from counsel regarding hearing on motion to dismiss | L240 | MRP | .10 | 424.00 | 42.40 |
| 05/30/12 | Memo exchanges with client forwarding update on results of today's hearing on co-defendants' motion to dismiss, and status of proceedings in ResCap bankruptcy | L240 | RJC | .40 | 293.00 | 117.20 |
| 05/30/12 | Teleconference with counsel regarding update on results of today's motion to dismiss hearing | L240 | RJC | .50 | 293.00 | 146.50 |
| 05/31/12 | Multiple telephone conferences with GMAC foreclosure counsel regarding stay issues | L120 | MRP | .20 | 424.00 | 84.80 |
| 05/31/12 | Exchange memos with client regarding stay issues | L120 | MRP | .10 | 424.00 | 42.40 |

FEES                                      $3,003.80

01    Copy Charges                              0.00

AMOUNT DUE THIS BILL              $3,003.80

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    4
AUGUST 27, 2012

0G2012-301003

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Michael R. Pennington | Partner | 424.00 | 2.80 | 1,187.20 |
| Robert Campbell | Partner | 293.00 | 6.20 | 1,816.60 |
| Total | | | 9.00 | 3,003.80 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

BILL AMOUNT        $3,003.80

AUGUST 27, 2012
0G2012-301003
INVOICE #   800596

To:    ResCap
       1100 Virginia Drive
       Fort Washington, PA 19034

TC Number:          706627
Invoice Date:       08/27/2012
Invoice No.         800596
Period ending:      05/31/2012

Case Management Number     LD   0G2012-301003

| Code | Task | Current Invoice Hours | | Fees |
|------|------|------|---|------|
| L120 | Analysis/Strategy | 3.90 | $ | 1,339.20 |
| L160 | Settlement/Non-Binding ADR | 0.20 | $ | 84.80 |
| L240 | Dispositive Motions | 4.70 | $ | 1,495.00 |
| L250 | Other Written Motions/Submissions | 0.20 | $ | 84.80 |
| | TOTAL FEES | 9.00 | $ | 3,003.80 |

TOTAL FEES DUE              $   3,003.80
TOTAL DISBURSEMENTS DUE     $       0.00
TOTAL DUE THIS INVOICE      $   3,003.80



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 27, 2012
0G2012-301008

INVOICE #  800597

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0G2012-301008   TC Number: 689042

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/14/12 | Analyzing the effect of the bankruptcy filing on the status of the case. | L240 | CET | .20 | 293.00 | 58.60 |
| 05/15/12 | Summarizing case for bankruptcy bucket analysis. | L240 | CET | .40 | 293.00 | 117.20 |
| 05/15/12 | Drafting and revising Deutsche Bank's Motion for Leave to File Response to Motion to Alter or Amend. | L240 | CET | .50 | 293.00 | 146.50 |
| 05/15/12 | Drafting and revising Deutsche Bank's Response to Motion to Reconsider. | L240 | CET | 1.40 | 293.00 | 410.20 |
| 05/15/12 | Drafting and revising Deutsche Bank's proposed order denying Motion to Reconsider. | L240 | CET | .40 | 293.00 | 117.20 |
| 05/16/12 | Analyzing the effect of the bankruptcy filing on the status of the case with updated information regarding bankruptcy buckets. | L240 | CET | .20 | 293.00 | 58.60 |
| 05/16/12 | Telephone conference with client regarding whether or not one or more of these six consolidated cases is stayed because of bankruptcy. | L250 | JDR | .20 | 293.00 | 58.60 |
| 05/17/12 | Review of six consolidated federal court cases to assist client in determination of what effect of bankruptcy is on each case. | L120 | JDR | 1.00 | 293.00 | 293.00 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    2
Rescap                                                          AUGUST 27, 2012

0G2012-301008

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 05/17/12 | Telephone conversation with J. Ho regarding the buckets for each of the consolidated actions. | L240 | CET | .30 | 293.00 | 87.90 |
| 05/17/12 | Analyzing the effect of the bankruptcy filing on the status of the case. | L240 | CET | .20 | 293.00 | 58.60 |
| 05/18/12 | Analyzing the effect of the bankruptcy on each of the consolidated actions. | L240 | CET | .70 | 293.00 | 205.10 |
| 05/18/12 | Email correspondence with client regarding the buckets for each of the consolidated actions. | L240 | CET | .20 | 293.00 | 58.60 |
| 05/24/12 | Analyzing bankruptcy filing on status of the case. | L240 | CET | .20 | 293.00 | 58.60 |
| 05/24/12 | Analyze whether judgment dismissing action is a final judgment . | L240 | JDR | .20 | 293.00 | 58.60 |
| 05/31/12 | Providing status update to the client. | L240 | CET | .20 | 293.00 | 58.60 |

                         FEES                              $1,845.90

    35      Express Mail/Fedex                        0.00

                AMOUNT DUE THIS BILL              $1,845.90

            ***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE     3
Rescap                                                                      AUGUST 27, 2012

0G2012-301008

FED ID NO. 63-0243316

---

**INDIVIDUAL SUMMARY**

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Jonathan Rose | Partner | 293.00 | 1.40 | 410.20 |
| Christopher E. Thorsen | Partner | 293.00 | 4.90 | 1,435.70 |
| Total | | | 6.30 | 1,845.90 |



## BRADLEY ARANT
## BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap                                                          AUGUST 27, 2012
                                                               0G2012-301008
BILL AMOUNT        $1,845.90                                    INVOICE #  800597

To:    ResCap                          TC Number:         689042
       1100 Virginia Drive             Invoice Date:      08/27/2012
       Fort Washington, PA 19034       Invoice No.        800597
                                       Period ending:     05/31/2012

Case Management Number      LD   0G2012-301008

|       |                                    | Current Invoice |            |
|-------|------------------------------------|-----------------|------------|
| Code  | Task                               | Hours           | Fees       |
| L120  | Analysis/Strategy                  | 1.00            | $   293.00 |
| L240  | Dispositive Motions                | 5.10            | $ 1,494.30 |
| L250  | Other Written Motions/Submissions  | 0.20            | $    58.60 |

```
                         ========================================
                 TOTAL FEES       6.30      $  1,845.90

                    TOTAL FEES DUE             $  1,845.90
            TOTAL DISBURSEMENTS DUE            $      0.00
               TOTAL DUE THIS INVOICE          $  1,845.90
```



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 27, 2012
0G2012-301009

INVOICE #  800598

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0G2012-301009  TC Number: 696479

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/15/12 | Review and respond to e-mail from local counsel regarding service of subpoena | L330 | RLB | .10 | 266.00 | 26.60 |
| 05/15/12 | Review and analyze matter and determine if bankruptcy stay is in place and, if so, how it will impact case | B410 | RLB | .20 | 266.00 | 53.20 |
| 05/16/12 | Assign case to designated bucket | B410 | RLB | .10 | 266.00 | 26.60 |
| 05/17/12 | Draft suggestion of bankruptcy | B420 | RLB | .50 | 266.00 | 133.00 |
| 05/22/12 | Review and respond to e-mail from Stern counsel regarding automatic stay | B420 | RLB | .10 | 266.00 | 26.60 |
| 05/29/12 | E-mail to S.Tew regarding depositions in light of client's bankruptcy | L330 | RLB | .10 | 266.00 | 26.60 |
| 05/29/12 | Correspondence with R.Blossom regarding depositions and status | L330 | ETT | .10 | 280.00 | 28.00 |
| 05/31/12 | Conference with R.Blossom regarding case issues and review correspondence with opposing counsel regarding same | L120 | ETT | .20 | 280.00 | 56.00 |
| 05/31/12 | Teleconference with L.Young regarding deposition | L330 | RLB | .20 | 266.00 | 53.20 |
| 05/31/12 | E-mail to opposing counsel regarding extension of discovery | L390 | RLB | .20 | 266.00 | 53.20 |
| 05/31/12 | Teleconferences with opposing counsel regarding extension of discovery | L390 | RLB | .20 | 266.00 | 53.20 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE        2
AUGUST 27, 2012

0G2012-301009

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
|      | FEES        |      |       |       |      | $536.20 |

### DESCRIPTION OF DISBURSEMENTS

| | | | |
|---|---|---|---|
| 61 | Local Counsel Fees | | 825.00 |
| | COSTS | | $825.00 |
| | AMOUNT DUE THIS BILL | | $1,361.20 |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE     3

Rescap                                                                    AUGUST 27, 2012

0G2012-301009

FED ID NO. 63-0243316

---

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Ethan Tidmore | Partner | 280.00 | .30 | 84.00 |
| Rashad L. Blossom | Associate | 266.00 | 1.70 | 452.20 |
| Total | | | 2.00 | 536.20 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap                                                           AUGUST 27, 2012
                                                                0G2012-301009
BILL AMOUNT        $1,361.20                                     INVOICE #  800598

To:    ResCap                            TC Number:        696479
       1100 Virginia Drive               Invoice Date:     08/27/2012
       Fort Washington, PA 19034         Invoice No.       800598
                                         Period ending:    05/31/2012

Case Management Number      LD   0G2012-301009

|  |  | Current Invoice | |
| Code | Task | Hours | Fees |
|---|---|---|---|
| B410 | General Bankruptcy Advice/Opinions | 0.30 | $ 79.80 |
| B420 | Restructurings | 0.60 | $ 159.60 |
| L120 | Analysis/Strategy | 0.20 | $ 56.00 |
| L330 | Depositions | 0.50 | $ 134.40 |
| L390 | Other Discovery | 0.40 | $ 106.40 |

===================================

|  | | |
|---|---|---|
| TOTAL FEES | 2.00 | $ 536.20 |

TOTAL FEES DUE                $    536.20
TOTAL DISBURSEMENTS DUE       $    825.00
TOTAL DUE THIS INVOICE        $  1,361.20



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 27, 2012
0G2012-301012

INVOICE #  800600

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0G2012-301012   TC Number: 704174

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/18/12 | Review and consider effect of bankruptcy on case and revise suggestion to reflect stay as to GMAC only | L120 | HTC | .10 | 315.00 | 31.50 |
| 05/21/12 | Draft Notice of Bankruptcy | L210 | JAM | .20 | 145.00 | 29.00 |
| 05/21/12 | Review and revise notice of suggestion of bankruptcy to reflect that case will not be stayed in total but only as to GMAC | L120 | HTC | .50 | 315.00 | 157.50 |

FEES                           $218.00

AMOUNT DUE THIS BILL           $218.00

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    2
AUGUST 27, 2012

0G2012-301012

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Hope Cannon | Partner | 315.00 | .60 | 189.00 |
| Jamie Mathews | Paralegal | 145.00 | .20 | 29.00 |
| Total | | | .80 | 218.00 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

AUGUST 27, 2012
0G2012-301012
BILL AMOUNT        $218.00                    INVOICE #   800600

To:   ResCap                    TC Number:        704174
      1100 Virginia Drive       Invoice Date:     08/27/2012
      Fort Washington, PA 19034  Invoice No.       800600
                                 Period ending:    05/31/2012

Case Management Number      LD   0G2012-301012

                                    Current Invoice
Code Task                         Hours          Fees

L120 Analysis/Strategy            0.60      $    189.00
L210 Pleadings                    0.20      $     29.00

                        ==================================
             TOTAL FEES           0.80      $    218.00

                TOTAL FEES DUE               $    218.00
       TOTAL DISBURSEMENTS DUE               $      0.00
        TOTAL DUE THIS INVOICE               $    218.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 27, 2012
0G2012-301017

INVOICE #  800601

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0G2012-301017  TC Number: 693257

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/16/12 | Review and analyze matter and determine if bankruptcy stay is in place, and, if so, how it will impact case | L120 | KSA | .20 | 223.00 | 44.60 |
| 05/21/12 | Draft and prepare notice of bankruptcy to be filed | L120 | KSA | .30 | 223.00 | 66.90 |

FEES                                        $141.50

AMOUNT DUE THIS BILL                        $141.50

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    2
AUGUST 27, 2012

0G2012-301017

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Keith S. Anderson | Associate | 223.00 | .50 | 111.50 |
| Total | | | .50 | 111.50 |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

AUGUST 27, 2012
0G2012-301017

BILL AMOUNT          $141.50

INVOICE #  800601

To:    ResCap
       1100 Virginia Drive
       Fort Washington, PA 19034

TC Number:       693257
Invoice Date:    08/27/2012
Invoice No.      800601
Period ending:   05/31/2012

Case Management Number     LD  0G2012-301017

| Code | Task | Current Invoice Hours | | Fees |
|------|------|------|------|------|
| L120 | Analysis/Strategy | 0.50 | $ | 111.50 |
| | | ========================= | | |
| | TOTAL FEES | 0.50 | $ | 141.50 |
| | TOTAL FEES DUE | | $ | 141.50 |
| | TOTAL DISBURSEMENTS DUE | | $ | 0.00 |
| | TOTAL DUE THIS INVOICE | | $ | 141.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          AUGUST 27, 2012
1100 Virginia Drive                                            0G2012-301020
Fort Washington, PA 19034

                                                              INVOICE #  800602

                                                              FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0G2012-301020  TC Number: 709049

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/22/12 | Review and analyze borrower's motion for continuance | L510 | MSW | .20 | 254.00 | 50.80 |
| 05/22/12 | Research state appellate rules regarding extensions and filing of initial and final briefs | L510 | MSW | .60 | 254.00 | 152.40 |
| 05/29/12 | Draft status report for client regarding borrower's motion for extension | L120 | MSW | .10 | 254.00 | 25.40 |
| 05/29/12 | Review and analyze correspondence from court and impact on potential deadlines | L510 | MSW | .20 | 254.00 | 50.80 |
| 05/29/12 | Research on status of Cross appeal and ruling on motion to designate matter for record on appeal | L510 | MJA | .80 | 297.00 | 237.60 |
| 05/29/12 | Telephone conference with appeal case manager regarding status of appellant's request for extension and remaining briefing schedule and correspondence to client regarding same | L110 | AHC | .40 | 145.00 | 58.00 |

                          FEES                                    $575.00


                          AMOUNT DUE THIS BILL                    $575.00


                ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE     2
Rescap                                                                AUGUST 27, 2012

0G2012-301020

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Marc J. Ayers | Partner | 297.00 | .80 | 237.60 |
| Alecia H. Cockrell | Paralegal | 145.00 | .40 | 58.00 |
| Mark S. Wierman | Associate | 254.00 | 1.10 | 279.40 |
| Total | | | 2.30 | 575.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap                                                    AUGUST 27, 2012
                                                         0G2012-301020
BILL AMOUNT          $575.00                             INVOICE #  800602

---

To:    ResCap                      TC Number:          709049
       1100 Virginia Drive         Invoice Date:       08/27/2012
       Fort Washington, PA 19034   Invoice No.         800602
                                   Period ending:      05/31/2012

Case Management Number     LD  0G2012-301020

| | | Current Invoice | |
| Code Task | | Hours | Fees |
|---|---|---|---|
| L110 Fact Investigation/Development | | 0.40 | $ 58.00 |
| L120 Analysis/Strategy | | 0.10 | $ 25.40 |
| L510 Appellate Motions and Submissions | | 1.80 | $ 491.60 |
| TOTAL FEES | | 2.30 | $ 575.00 |

| | | |
|---|---|---|
| TOTAL FEES DUE | $ | 575.00 |
| TOTAL DISBURSEMENTS DUE | $ | 0.00 |
| TOTAL DUE THIS INVOICE | $ | 575.00 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                          AUGUST 27, 2012
1100 Virginia Drive                                            0G2012-301021
Fort Washington, PA 19034

                                                               INVOICE #  800603

**FED ID NO. 63-0243316**

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0G2012-301021  TC Number: 712398

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/16/12 | Review and analyze matter and determine if bankruptcy stay is in place, and, if so, how it will impact case | L120 | KSA | .20 | 223.00 | 44.60 |
| 05/17/12 | Work on analysis of bankruptcy stay issues and chart regarding stay-related information | L120 | GEG | .40 | 335.00 | 134.00 |
| 05/18/12 | Check dockets for status of two appeals from bankruptcy proceeding | L120 | JB | .20 | 190.00 | 38.00 |

                              FEES                          $246.60

                              AMOUNT DUE THIS BILL          $246.60

                    ***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT**
**BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    2
Rescap                                              AUGUST 27, 2012

0G2012-301021

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Glenn E. Glover | Partner | 335.00 | .40 | 134.00 |
| Keith S. Anderson | Associate | 223.00 | .20 | 44.60 |
| James Bailey | Associate | 190.00 | .20 | 38.00 |
| Total | | | .80 | 216.60 |



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap                                                        AUGUST 27, 2012
                                                             0G2012-301021
BILL AMOUNT        $246.60                                   INVOICE #  800603

_____

To:    ResCap                          TC Number:        712398
       1100 Virginia Drive             Invoice Date:     08/27/2012
       Fort Washington, PA 19034       Invoice No.       800603
                                       Period ending:    05/31/2012


Case Management Number      LD  0G2012-301021


|                              | Current Invoice | |
| Code Task                    | Hours | Fees |
| L120 Analysis/Strategy       | 0.80  | $   216.60 |
|                              | ================================== | |
| TOTAL FEES                   | 0.80  | $   246.60 |
|                              |       |            |
| TOTAL FEES DUE               |       | $   246.60 |
| TOTAL DISBURSEMENTS DUE       |       | $     0.00 |
| TOTAL DUE THIS INVOICE        |       | $   246.60 |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 27, 2012
0G2012-301023

INVOICE #  800604

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0G2012-301023  TC Number: 709039

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/15/12 | Review and analyze matter and determine if bankruptcy stay is in place and, if so, how it will impact the case | C300 | MCG | .10 | 323.00 | 32.30 |
| 05/17/12 | Prepare deed for deed in lieu of foreclosure | L250 | MCG | .70 | 323.00 | 226.10 |
| 05/17/12 | Review and revise stipulation of dismissal | L210 | MCG | .10 | 323.00 | 32.30 |
| 05/17/12 | Prepare correspondence to counsel for title insurer with stipulation of dismissal, deed in lieu and settlement agreement | C400 | MCG | .20 | 323.00 | 64.60 |
| 05/17/12 | Review and revise settlement agreement | L160 | MCG | .20 | 323.00 | 64.60 |

FEES                                $419.90


AMOUNT DUE THIS BILL                 $419.90

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE     2
Rescap                                                          AUGUST 27, 2012

0G2012-301023

FED ID NO. 63-0243316

---

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Michael C. Griffin | Partner | 323.00 | 1.30 | 419.90 |
| Total | | | 1.30 | 419.90 |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

AUGUST 27, 2012
0G2012-301023

BILL AMOUNT          $419.90

INVOICE #  800604

To:    ResCap                          TC Number:          709039
       1100 Virginia Drive             Invoice Date:       08/27/2012
       Fort Washington, PA 19034       Invoice No.         800604
                                       Period ending:      05/31/2012

Case Management Number      LD   0G2012-301023

|  |  | Current Invoice | |
|---|---|---|---|
| Code | Task | Hours | Fees |
| C300 | Analysis and Advice | 0.10 | $ 32.30 |
| C400 | Third Party Communication | 0.20 | $ 64.60 |
| L160 | Settlement/Non-Binding ADR | 0.20 | $ 64.60 |
| L210 | Pleadings | 0.10 | $ 32.30 |
| L250 | Other Written Motions/Submissions | 0.70 | $ 226.10 |
| | **TOTAL FEES** | 1.30 | $ 419.90 |

TOTAL FEES DUE               $    419.90
TOTAL DISBURSEMENTS DUE      $      0.00
TOTAL DUE THIS INVOICE       $    419.90



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 27, 2012
0G2012-301024

INVOICE #  800605

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0G2012-301024  TC Number: 696712

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/23/12 | Draft Notice of Bankruptcy | L210 | RK | .40 | 185.00 | 74.00 |
| | FEES | | | | | $74.00 |
| 01 | Copy Charges | | | | 0.00 | |
| | AMOUNT DUE THIS BILL | | | | | $74.00 |

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE     2
AUGUST 27, 2012

0G2012-301024

FED ID NO. 63-0243316

---

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Riley Key | Associate | 185.00 | .40 | 74.00 |
| Total | | | .40 | 74.00 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

AUGUST 27, 2012
0G2012-301024

BILL AMOUNT          $74.00

INVOICE #   800605

---

To:     ResCap
        1100 Virginia Drive
        Fort Washington, PA 19034

TC Number:           696712
Invoice Date:        08/27/2012
Invoice No.          800605
Period ending:       05/31/2012

Case Management Number     LD   0G2012-301024

|  |  | Current Invoice | |
|---|---|---|---|
| Code Task |  | Hours | Fees |
| L210 Pleadings |  | 0.40 | $    74.00 |
| ============================== | | | |
| TOTAL FEES | | 0.40 | $    74.00 |
| TOTAL FEES DUE | | | $    74.00 |
| TOTAL DISBURSEMENTS DUE | | | $     0.00 |
| TOTAL DUE THIS INVOICE | | | $    74.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                        AUGUST 27, 2012
1100 Virginia Drive                                          0G2012-301026
Fort Washington, PA 19034

                                                             INVOICE #  800606

                                                             FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0G2012-301026  TC Number: 713334

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/14/12 | Receive and review notice of hearing on motion for sanctions set for June 19 | L230 | JMH | .10 | 241.00 | 24.10 |
| 05/14/12 | E-mails regarding affidavit in support of summary-judgment motion | L250 | JMH | .20 | 241.00 | 48.20 |
| 05/14/12 | Receive and review executed affidavit in support of summary judgment | L250 | JMH | .10 | 241.00 | 24.10 |
| 05/14/12 | E-mail to client regarding response to motion for sanctions and other issues pertaining to summary-judgment response | L350 | JMH | .20 | 241.00 | 48.20 |
| 05/14/12 | Review and analyze whether suit will be stayed by bankruptcy in light of motion for sanctions | L110 | CWH | .10 | 330.00 | 33.00 |
| 05/14/12 | Draft status report for client regarding discovery responses and motion for sanctions | L120 | JMH | .10 | 241.00 | 24.10 |
| 05/14/12 | Evaluate appropriate handling of matter in light of GMAC's bankruptcy and determine order in which motions, responses, discovery, and bankruptcy-related filings should be submitted | L120 | JMH | .30 | 241.00 | 72.30 |
| 05/15/12 | Determine appropriate "bucket" assignment for matter and whether automatic stay applies to any represented clients | L120 | JMH | .20 | 241.00 | 48.20 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    2
Rescap                                                    AUGUST 27, 2012

0G2012-301026

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/16/12 | Telephone conference with client regarding information pertaining to MERS and confirming company policy with regard to production of same | L120 | JMH | .20 | 241.00 | 48.20 |
| 05/16/12 | Telephone conference with J.Collins regarding bankruptcy petition filed by GMAC and status of case going forward | L120 | JMH | .10 | 241.00 | 24.10 |
| 05/16/12 | Telephone conference with C.LaRoche regarding MERS information | L120 | JMH | .10 | 241.00 | 24.10 |
| 05/16/12 | Receive and review affidavit of Michael Bennett in support of summary-judgment motion | L250 | JMH | .10 | 241.00 | 24.10 |
| 05/21/12 | Review and analyze complaint and determine impact of GMAC's bankruptcy on the suit | L210 | CWH | .20 | 330.00 | 66.00 |
| 05/21/12 | Revise GMAC affidavit authenticating summary-judgment exhibits to incorporate changes | L250 | JMH | .40 | 241.00 | 96.40 |
| 05/21/12 | Draft proposed affidavit authenticating notice of acceleration | L250 | JMH | .40 | 241.00 | 96.40 |
| 05/21/12 | Telephone conference with J.Collins regarding summary-judgment motion, sanctions response, and production of agreement | L240 | JMH | .40 | 241.00 | 96.40 |
| 05/21/12 | E-mails to and from client and P.Knapp regarding discovery production, summary-judgment motion, and sanctions response | L240 | JMH | 1.30 | 241.00 | 313.30 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    3
AUGUST 27, 2012

0G2012-301026

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/21/12 | Multiple telephone conferences with client regarding numerous issues concerning summary judgment | L240 | JMH | .90 | 241.00 | 216.90 |
| 05/21/12 | Telephone conference with C.McCullough regarding affidavit | L240 | JMH | .20 | 241.00 | 48.20 |
| 05/21/12 | Receive and review e-mail from C.McCullough regarding notices of acceleration | L250 | JMH | .10 | 241.00 | 24.10 |
| 05/21/12 | E-mails to and from C.McCullough regarding affidavit authenticating notice of acceleration | L250 | JMH | .30 | 241.00 | 72.30 |
| 05/21/12 | Revise summary-judgment motion to line up with supporting affidavit | L240 | JMH | .40 | 241.00 | 96.40 |
| 05/22/12 | Review and analyze revised affidavit authenticating notice of acceleration | L250 | JMH | .20 | 241.00 | 48.20 |
| 05/22/12 | E-mails to and from client and P.Knapp regarding affidavit in support of summary-judgment motion | L250 | JMH | .70 | 241.00 | 168.70 |
| 05/22/12 | E-mails to and from C.McCullough regarding affidavit authenticating notice of acceleration | L250 | JMH | 1.90 | 241.00 | 457.90 |
| 05/22/12 | Telephone conference with C.LaRoche regarding milestones | L240 | JMH | .20 | 241.00 | 48.20 |
| 05/22/12 | Review and analyze proposed affidavit authenticating notice of acceleration | L250 | JMH | .40 | 241.00 | 96.40 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    4
AUGUST 27, 2012

0G2012-301026

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/22/12 | E-mails to and from J.Collins regarding draft summary-judgment motion | L240 | JMH | .20 | 241.00 | 48.20 |
| 05/23/12 | E-mails to and from affidavit in support of summary-judgment motion | L250 | JMH | .70 | 241.00 | 168.70 |
| 05/23/12 | E-mails to and from revised affidavit in support of summary-judgment motion | L250 | JMH | .40 | 241.00 | 96.40 |
| 05/23/12 | Draft responses to plaintiffs' further supplemental document requests | L320 | JMH | .70 | 241.00 | 168.70 |
| 05/23/12 | E-mail to B.Grimsley and J.Daniel regarding responses to supplemental discovery | L320 | JMH | .10 | 241.00 | 24.10 |
| 05/23/12 | Minor revisions to summary-judgment motion and supporting exhibits | L240 | JMH | .50 | 241.00 | 120.50 |
| 05/23/12 | Receive and review discovery responses from USAA | L320 | JMH | .10 | 241.00 | 24.10 |
| 05/23/12 | E-mail to J.Collins regarding impending filing of GMAC's summary-judgment motion | L320 | JMH | .40 | 241.00 | 96.40 |
| 05/23/12 | Approve summary-judgment motion for filing | L240 | JMH | .10 | 241.00 | 24.10 |
| 05/23/12 | Prepare 8 exhibits to Response to Motion for Sanctions for attorney review | L250 | AHC | .40 | 145.00 | 58.00 |
| 05/23/12 | Revise 11 exhibits to Motion for Summary Judgment for attorney review | L240 | AHC | .60 | 145.00 | 87.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    5
AUGUST 27, 2012

0G2012-301026

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/24/12 | Review and analyze sanctions issues to consider additional arguments that could or should be raised to overcome motion | L120 | JMH | 1.30 | 241.00 | 313.30 |
| 05/24/12 | Review all previous pleadings and discovery responses | L110 | GWG | 1.00 | 263.00 | 263.00 |
| 05/24/12 | Work on response to plaintiff's motion for sanctions | L210 | GWG | 1.20 | 263.00 | 315.60 |
| 05/24/12 | Call with counsel for USAA regarding procedural posture and status of discovery disputes | L110 | GWG | .50 | 263.00 | 131.50 |
| 05/24/12 | Revise response to sanctions motion | L350 | JMH | 2.80 | 241.00 | 674.80 |
| 05/25/12 | Receive and review USAA's motion joining in and adopting in whole GMAC's summary-judgment motion and its reasoning | L240 | JMH | .20 | 241.00 | 48.20 |
| 05/25/12 | Telephone conference with C.LaRoche regarding additional issue pertaining to MERS information | L120 | JMH | .20 | 241.00 | 48.20 |
| 05/29/12 | Receive and review from C.McCullough the original of affidavit authenticating Notice of Acceleration for attachment to summary-judgment motion | L250 | JMH | .10 | 241.00 | 24.10 |
| 05/30/12 | Work on response to plaintiff's motion for sanctions | L210 | GWG | 1.40 | 263.00 | 368.20 |

FEES                                                       $5,491.60

01        Copy Charges                                      0.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    6
AUGUST 27, 2012

0G2012-301026

FED ID NO. 63-0243316

41        Computerized Legal Research-Westlaw                          0.00

                        AMOUNT DUE THIS BILL                    $5,491.60

                *****  TOTAL DUE UPON RECEIPT  *****



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE     7
AUGUST 27, 2012

0G2012-301026

FED ID NO. 63-0243316

Rescap

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|-----:|------:|-------:|
| Christian W. Hancock | Partner | 330.00 | .30 | 99.00 |
| Alecia H. Cockrell | Paralegal | 145.00 | 1.00 | 145.00 |
| Graham W. Gerhardt | Partner | 263.00 | 4.10 | 1,078.30 |
| Jonathan Hooks | Associate | 241.00 | 17.30 | 4,169.30 |
| Total | | | 22.70 | 5,491.60 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap                                                    AUGUST 27, 2012
                                                         0G2012-301026
BILL AMOUNT        $5,491.60                              INVOICE #  800606

---

To:    ResCap                          TC Number:        713334
       1100 Virginia Drive             Invoice Date:     08/27/2012
       Fort Washington, PA 19034       Invoice No.       800606
                                       Period ending:    05/31/2012

Case Management Number    LD  0G2012-301026

|  |  | Current Invoice |  |
|---|---|---|---|
| Code | Task | Hours | Fees |
| L110 | Fact Investigation/Development | 1.60 | $    427.50 |
| L120 | Analysis/Strategy | 2.50 | $    602.50 |
| L210 | Pleadings | 2.80 | $    749.80 |
| L230 | Court Mandated Conferences | 0.10 | $     24.10 |
| L240 | Dispositive Motions | 5.00 | $  1,147.40 |
| L250 | Other Written Motions/Submissions | 6.40 | $  1,504.00 |
| L320 | Document Production | 1.30 | $    313.30 |
| L350 | Discovery Motions | 3.00 | $    723.00 |

```
                    ======================================
         TOTAL FEES    22.70    $  5,491.60

              TOTAL FEES DUE             $  5,491.60
     TOTAL DISBURSEMENTS DUE             $      0.00
       TOTAL DUE THIS INVOICE            $  5,491.60
```



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 27, 2012
0G2012-301027

INVOICE #   800607

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0G2012-301027   TC Number: 712180

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/15/12 | Review and analyze matter and determine if bankruptcy stay is in place and, if so, how it will affect the case | L120 | JDV | .30 | 219.00 | 65.70 |
| 05/15/12 | Conference with J.Vega regarding case status relative to bankruptcy | L110 | JAM | .10 | 145.00 | 14.50 |
| 05/16/12 | Draft a Notice of Cancellation of Hearing and telephone call with judicial assistant regarding local rules for cancellation | L110 | KK | .20 | 91.00 | 18.20 |
| 05/17/12 | Communications with defendant regarding cancellation of hearing on plaintiff's motion to amend complaint | L190 | JDV | .30 | 219.00 | 65.70 |
| 05/17/12 | Analysis of defendant's objection to plaintiff's request to decline referral to Magistrate Friedman for plaintiff's leave to amend complaint | L250 | JDV | .20 | 219.00 | 43.80 |
| 05/18/12 | Revise Notice of Cancellation of Hearing and file with the court as well as provide copy of notice to all parties | L120 | KE | .40 | 150.00 | 60.00 |
| 05/21/12 | Communications with defendant regarding possible settlement options and effect of bankruptcy | L190 | JDV | .50 | 219.00 | 109.50 |
| 05/22/12 | Analysis of defendant's settlement offer | L160 | JDV | .20 | 219.00 | 43.80 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    2
AUGUST 27, 2012

0G2012-301027

FED ID NO. 63-0243316

Rescap

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/23/12 | Communications with client regarding review of defendant's settlement offer | L190 | JDV | .40 | 219.00 | 87.60 |
| 05/24/12 | Communications with defendant regarding rejection of settlement offer and scheduling of hearing on motion for leave to amend complaint | L190 | JDV | .30 | 219.00 | 65.70 |
| 05/29/12 | Correspondence with current tenant of property, regarding his interest in continuing to lease property | L190 | JDV | .20 | 219.00 | 43.80 |
| 05/29/12 | Draft memo analyzing defendant's counterclaims | L190 | JDV | .40 | 219.00 | 87.60 |
| 05/29/12 | Review of return receipt for certified mail sent to pro se borrower for case strategy | L120 | KE | .10 | 150.00 | 15.00 |
| 05/30/12 | Research hearings dates and times on court Motion to Amend and confer with borrower in order to set hearing before magistrate judge. | L110 | MPE | .50 | 149.00 | 74.50 |
| 05/30/12 | Draft and finalize notice of hearing for Motion to Amend Complaint on June 19, 2012 at 1:30pm. | L210 | MPE | .30 | 149.00 | 44.70 |
| 05/30/12 | Revise Notice of Hearing on Motion to Amend Complaint | L250 | JDV | .30 | 219.00 | 65.70 |

FEES                                                                    $905.80



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE      3
AUGUST 27, 2012

0G2012-301027

**FED ID NO. 63-0243316**

AMOUNT DUE THIS BILL                    $905.80

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE      4
Rescap                                                        AUGUST 27, 2012

0G2012-301027

FED ID NO. 63-0243316

---

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Karalia Ezell | Paralegal | 150.00 | .50 | 75.00 |
| Jamie Mathews | Paralegal | 145.00 | .10 | 14.50 |
| Jose D. Vega | Associate | 219.00 | 3.10 | 678.90 |
| Melisa P. Palmer | Paralegal | 149.00 | .80 | 119.20 |
| Kerry Keane | Paralegal | 91.00 | .20 | 18.20 |
| Total | | | 4.70 | 905.80 |



## BRADLEY ARANT
## BOULT CUMMINGS
#### LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap                                                  AUGUST 27, 2012
                                                       0G2012-301027
BILL AMOUNT          $905.80                            INVOICE #  800607

---

To:   ResCap                    TC Number:        712180
      1100 Virginia Drive        Invoice Date:     08/27/2012
      Fort Washington, PA 19034  Invoice No.       800607
                                 Period ending:    05/31/2012


Case Management Number     LD   0G2012-301027

|  |  | Current Invoice | |
|---|---|---|---|
| Code | Task | Hours | Fees |
| L110 | Fact Investigation/Development | 0.80 | $ 107.20 |
| L120 | Analysis/Strategy | 0.80 | $ 140.70 |
| L160 | Settlement/Non-Binding ADR | 0.20 | $ 43.80 |
| L190 | Other Case Assessment, Develop't/Admin | 2.10 | $ 459.90 |
| L210 | Pleadings | 0.30 | $ 44.70 |
| L250 | Other Written Motions/Submissions | 0.50 | $ 109.50 |

```
                      ===================================
          TOTAL FEES       4.70    $    905.80

              TOTAL FEES DUE           $    905.80
      TOTAL DISBURSEMENTS DUE          $      0.00
        TOTAL DUE THIS INVOICE         $    905.80
```



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 27, 2012
0G2012-301028

INVOICE #  800608

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0G2012-301028  TC Number: 711093
    41        Computerized Legal Research-Westlaw                    0.00

                    AMOUNT DUE THIS BILL                          $.00

              ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE     2
AUGUST 27, 2012

Rescap

0G2012-301028

FED ID NO. 63-0243316



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap                                               AUGUST 27, 2012
                                                     0G2012-301028
BILL AMOUNT            $.00                           INVOICE #  800608

To:     ResCap                          TC Number:            711093
        1100 Virginia Drive             Invoice Date:         08/27/2012
        Fort Washington, PA 19034       Invoice No.           800608
                                        Period ending:        05/31/2012


Case Management Number      LD   0G2012-301028


                                             Current Invoice
Code Task                                  Hours          Fees


                          ===================================
                  TOTAL FEES        0.00    $       0.00

                  TOTAL FEES DUE            $       0.00
          TOTAL DISBURSEMENTS DUE           $       0.00
             TOTAL DUE THIS INVOICE         $       0.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          AUGUST 27, 2012
1100 Virginia Drive                                            0G2012-301031
Fort Washington, PA 19034

                                                       INVOICE #  800609

                                                       FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0G2012-301031  TC Number: 702685

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/15/12 | Review case to determine whether the bankruptcy stay applies | L120 | RK | .20 | 185.00 | 37.00 |
| 05/16/12 | Review and analyze summary judgment findings and recommendations entered by the magistrate judge | L240 | GWG | .60 | 263.00 | 157.80 |
| 05/18/12 | Receipt and review of Findings and Recommendations of US Magistrate Judge and update file regarding same. | L110 | MST | .20 | 150.00 | 30.00 |
| 05/31/12 | Review objections to magistrate findings | L210 | RK | .60 | 185.00 | 111.00 |
| 05/31/12 | Review plaintiff's objections to the magistrate's R&R and prepare outline of response to those objections | L240 | GWG | 1.00 | 263.00 | 263.00 |

                              FEES                              $598.80

                         AMOUNT DUE THIS BILL                   $598.80

                  ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    2
AUGUST 27, 2012

0G2012-301031

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Melanie Thompson | Paralegal | 150.00 | .20 | 30.00 |
| Graham W. Gerhardt | Partner | 263.00 | 1.60 | 420.80 |
| Riley Key | Associate | 185.00 | .80 | 148.00 |
| Total | | | 2.60 | 598.80 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

AUGUST 27, 2012
0G2012-301031

BILL AMOUNT          $598.80

INVOICE #  800609

To:    ResCap                          TC Number:        702685
       1100 Virginia Drive             Invoice Date:     08/27/2012
       Fort Washington, PA 19034       Invoice No.       800609
                                       Period ending:    05/31/2012

Case Management Number      LD  0G2012-301031

|      |                                | Current Invoice | | |
|------|--------------------------------|-------|----|-------|
| Code | Task                           | Hours | $  | Fees  |
| L110 | Fact Investigation/Development | 0.20  | $  | 30.00 |
| L120 | Analysis/Strategy              | 0.20  | $  | 37.00 |
| L210 | Pleadings                      | 0.60  | $  | 111.00 |
| L240 | Dispositive Motions            | 1.60  | $  | 420.80 |

```
                  =====================================
        TOTAL FEES      2.60      $      598.80

              TOTAL FEES DUE            $      598.80
       TOTAL DISBURSEMENTS DUE          $        0.00
       TOTAL DUE THIS INVOICE          $      598.80
```



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                        AUGUST 27, 2012
1100 Virginia Drive                                          0G2012-301033
Fort Washington, PA 19034

INVOICE #  800610

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0G2012-301033   TC Number: 686851

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/14/12 | Revise Motion to Extend Deadlines to reflect executed affidavits in support | L210 | BG | .20 | 190.00 | 38.00 |
| 05/14/12 | Draft Affidavit in support of Motion to Extend Deadlines | L210 | BG | .20 | 190.00 | 38.00 |
| 05/14/12 | Request executed affidavits from various individuals and entities regarding Motion to Extend Deadlines / discuss strategy for filing motions | L120 | BG | .30 | 190.00 | 57.00 |
| 05/14/12 | Review Motion for New Trial drafted by foreclosure counsel | L120 | BG | .20 | 190.00 | 38.00 |
| 05/14/12 | Discuss Motion to Extend Deadlines / Motion for New Trial with counsel for MERS | L120 | BG | .10 | 190.00 | 19.00 |
| 05/14/12 | Draft Affidavit in support of Motion to Extend Deadlines | L210 | BG | .10 | 190.00 | 19.00 |
| 05/14/12 | Draft Affidavit of RFC in support of Motion to Extend Deadlines | L210 | BG | .20 | 190.00 | 38.00 |
| 05/14/12 | Send supporting affidavits to client for execution | L210 | BG | .10 | 190.00 | 19.00 |
| 05/14/12 | Draft Affidavit of GMAC in support of Motion to Extend Deadlines | L210 | BG | .20 | 190.00 | 38.00 |
| 05/14/12 | Draft Affidavit of Deutsche in support of Motion to Extend Deadlines | L210 | BG | .20 | 190.00 | 38.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    2
AUGUST 27, 2012

0G2012-301033

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/14/12 | Further communications and effort in coordinating hearing with presiding Judge regarding objection | L110 | ABB | .30 | 150.00 | 45.00 |
| 05/14/12 | Receive and review court stamped documents and compilation of same regarding recent court filings | L110 | ABB | .30 | 150.00 | 45.00 |
| 05/14/12 | Emails to/from counsel for Barry Johnson and Settle Pou to discuss status of motion for new trial filings | L210 | JHP | .30 | 245.00 | 73.50 |
| 05/15/12 | Further efforts in coordinating hearing on Objections to Motion | L110 | ABB | .30 | 150.00 | 45.00 |
| 05/15/12 | Contact counsel for Deutsche to discuss execution of affidavit in support of motion to extend deadlines | L120 | BG | .20 | 190.00 | 38.00 |
| 05/15/12 | Revise Affidavit of RFC in support of Motion to Extend Deadlines | L210 | BG | .10 | 190.00 | 19.00 |
| 05/15/12 | Receipt / review of executed Affidavit in support of Motion to Extend Deadlines | L120 | BG | .10 | 190.00 | 19.00 |
| 05/15/12 | Combine affidavits of GMAC and RFC in support of Motion to Extend Deadlines | L210 | BG | .20 | 190.00 | 38.00 |
| 05/15/12 | Revise Affidavit of GMAC in support of Motion to Extend Deadlines | L210 | BG | .10 | 190.00 | 19.00 |
| 05/15/12 | Discuss content of affidavits of GMAC and RFC in support of Motion to Extend Deadlines with client | L120 | BG | .20 | 190.00 | 38.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE      3
AUGUST 27, 2012

0G2012-301033

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/16/12 | Revise and edit motion for extension to file response to Order and Findings of Fact in new suit filed by borrower against various entities declaring liens void | L250 | JHP | .50 | 245.00 | 122.50 |
| 05/16/12 | Review motion for extension of deadlines and motion for new trial filed by Barry Johnson of Settle Pou Law Firm in response to new suit filed by borrower against various entities declaring liens void | L250 | JHP | .40 | 245.00 | 98.00 |
| 05/16/12 | Correspondence with MERSand MERS counsel for Settle Pou law firm to regarding motions to new suit filed by borrower against various entities declaring liens void | L120 | JHP | .30 | 245.00 | 73.50 |
| 05/16/12 | Phone call to new counsel for borrower to discuss possibility of resolving new suit filed by borrower against various entities declaring liens void | L190 | JHP | .20 | 245.00 | 49.00 |
| 05/16/12 | Review file in responding to client request for information on case style and allegations raised | L120 | JHP | .30 | 245.00 | 73.50 |
| 05/16/12 | Finalize Notice of Hearing and prepare for filing and service upon all parties including the Judge | L110 | ABB | .40 | 150.00 | 60.00 |
| 05/16/12 | Receive telephone call from Spencer Law Firm regarding exhibits to recent filing | L110 | ABB | .30 | 150.00 | 45.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    4
Rescap                                                                     AUGUST 27, 2012

0G2012-301033

**FED ID NO.** 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/16/12 | Determine whether Deutsche Trust is affected | L120 | BG | .30 | 190.00 | 57.00 |
| 05/16/12 | Discuss case with Deutsche representatives | L120 | BG | .30 | 190.00 | 57.00 |
| 05/16/12 | Revise affidavit of Deutsche Bank in support of Motion to extend postjudgment deadlines | L210 | BG | .10 | 190.00 | 19.00 |
| 05/16/12 | Revise Motion to Extend Postjudgment deadlines to reflect newly executed affidavits | L210 | BG | .30 | 190.00 | 57.00 |
| 05/16/12 | Correspond with counsel for co-movants regarding upcoming motion practice | L120 | BG | .20 | 190.00 | 38.00 |
| 05/16/12 | Begin drafting argument section  for Motion for New Trial | L210 | BG | 1.20 | 190.00 | 228.00 |
| 05/16/12 | Draft factual background section for Motion for New Trial | L210 | BG | 1.40 | 190.00 | 266.00 |
| 05/16/12 | Draft conclusion to Motion for New Trial | L210 | BG | .20 | 190.00 | 38.00 |
| 05/16/12 | Draft executive summary section for Motion for New Trial | L210 | BG | .10 | 190.00 | 19.00 |
| 05/16/12 | Begin standard of review section  for Motion for New Trial | L210 | BG | .20 | 190.00 | 38.00 |
| 05/17/12 | Emails to/from counsel for borrower to discuss potential resolution to separate suit filed by borrower | L210 | JHP | .40 | 245.00 | 98.00 |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE      5
Rescap                                                    AUGUST 27, 2012

0G2012-301033

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/17/12 | Review bankruptcy issues and analyze with respect to new matter involving borrower and RFC | L120 | JHP | .90 | 245.00 | 220.50 |
| 05/17/12 | Email to client to discuss strategy in filing motion for new trial in new matter filed by borrower | L120 | JHP | .20 | 245.00 | 49.00 |
| 05/17/12 | Revise and edit most recent version of motion for extension to file post-judgment pleadings | L250 | JHP | .40 | 245.00 | 98.00 |
| 05/17/12 | Emails to/from counsel for MERS to discuss motion for new trial and motion for post-judgment deadlines and to discuss changes/edits to motion | L120 | JHP | .40 | 245.00 | 98.00 |
| 05/17/12 | Receipt and review of documents regarding recent filings | L110 | ABB | .20 | 150.00 | 30.00 |
| 05/17/12 | Assess impact of bankruptcy on parties entitled to file Motion to Extend Postjudgment / Motion for new trial and evaluate strategy | L120 | BG | .40 | 190.00 | 76.00 |
| 05/17/12 | Emails to/from counsel for Settle Pou to discuss available dates for hearing on motion to extend post-judgment deadlines | L240 | JHP | .10 | 245.00 | 24.50 |
| 05/17/12 | Revise Motion to Extend Postjudment Deadlines | L210 | BG | .80 | 190.00 | 152.00 |
| 05/17/12 | Revise Motion to Extend Postjudment Deadlines / Motion for New Trial | L210 | BG | .60 | 190.00 | 114.00 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    6
AUGUST 27, 2012

0G2012-301033

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 05/17/12 | Insert new argument into Motion to Extend Postjudgment Deadlines | L210 | BG | 1.10 | 190.00 | 209.00 |
| 05/17/12 | Respond to MERS counsel's question about the Motion to Extend Deadlines | L210 | BG | .10 | 190.00 | 19.00 |
| 05/17/12 | Revise Motion for New Trial | L210 | BG | .80 | 190.00 | 152.00 |
| 05/17/12 | Receipt / review of Deutsche's executed affidavit in support of Motion to Extend Postjudgment deadlines | L120 | BG | .10 | 190.00 | 19.00 |
| 05/17/12 | Consider Plaintiff's litigation and timing for filing the same in light of recent bankruptcy filing | L120 | BG | .10 | 190.00 | 19.00 |
| 05/17/12 | Evaluate argument for inclusion in Motion for New Trial | L120 | BG | .30 | 190.00 | 57.00 |
| 05/17/12 | Circulate Motion to Extend Postjudgment Deadlines | L120 | BG | .10 | 190.00 | 19.00 |
| 05/17/12 | Preparation of Notice of Hearing regarding Motion for Continuance | L110 | ABB | .40 | 150.00 | 60.00 |
| 05/18/12 | Draft proposed order on Motion to Extend Postjudgment deadlines | L210 | BG | .30 | 190.00 | 57.00 |
| 05/18/12 | Draft proposed order on Motion for New Trial | L210 | BG | .30 | 190.00 | 57.00 |
| 05/18/12 | Correspondence with opposing counsel about potentially vacating order in separate action filed without notice | L120 | BG | .10 | 190.00 | 19.00 |
| 05/18/12 | Review / revise Motion for New Trial | L210 | BG | .60 | 190.00 | 114.00 |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    7
Rescap                                                      AUGUST 27, 2012

0G2012-301033

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 05/18/12 | Emails to/from all counsel to discuss hearing dates on motion to extend post-judgment deadlines | L240 | JHP | .40 | 245.00 | 98.00 |
| 05/18/12 | Make final edits and revisions to motion to extend post-judgment deadlines and reviewed exhibits for motion and prepared motion for filing along with proposed Order | L240 | JHP | 1.80 | 245.00 | 441.00 |
| 05/18/12 | Begin revising and editing motion for new trial addressing issues to be raised at new trial hearing | L240 | JHP | 2.70 | 245.00 | 661.50 |
| 05/18/12 | State law research on issues to be addressed in motion for new trial | L240 | JHP | 1.30 | 245.00 | 318.50 |
| 05/18/12 | Revise Motion for New Trial and insert additional authority in support | L210 | BG | .90 | 190.00 | 171.00 |
| 05/18/12 | Finalize Verified Motion to Extend Post Judgment Deadlines and prepare for electronic filing with Brazoria County and for service upon multiple parties | L110 | ABB | .80 | 150.00 | 120.00 |
| 05/18/12 | E-mail communications to and from parties regarding deadlines | L110 | ABB | .20 | 150.00 | 30.00 |
| 05/18/12 | Correspondence to D.O'Dens, J.Overby, J.Greco, W.Kricken and G.Riebschlager regarding Motion to Extend Post Judgment Deadlines | L110 | ABB | .40 | 150.00 | 60.00 |
| 05/21/12 | Assimilation and compilation of filed documents from Brazoria County regarding Judgment | L110 | ABB | .30 | 150.00 | 45.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE     8
AUGUST 27, 2012

0G2012-301033

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/21/12 | Further efforts in coordinating new hearing regarding filed Motion | L110 | ABB | .20 | 150.00 | 30.00 |
| 05/21/12 | Continue to revise and edit motion for new trial | L240 | JHP | 2.80 | 245.00 | 686.00 |
| 05/21/12 | Phone call to court coordinator to request hearing date on motion to extend post-judgment deadlines and emails to/from all counsel to advise of hearing date | L240 | JHP | .30 | 245.00 | 73.50 |
| 05/21/12 | Emails to/from counsel for Ark-La-Tex regarding suit filed by borrower | L120 | JHP | .20 | 245.00 | 49.00 |
| 05/21/12 | Draft Notice of Hearing for May 29, 2012 per telephone conference with Court Coordinator | L110 | ABB | .40 | 150.00 | 60.00 |
| 05/22/12 | Email to counsel for borrower to confirm his agreement to entry of agreed order granting motion to extend post-judgment deadlines without the need for a hearing | L240 | JHP | .10 | 245.00 | 24.50 |
| 05/22/12 | Email from counsel for Barry Johnson and Settle Pou advising he spoke with counsel for borrower who agreed to entry of agreed order on motion for extension of post-judgment deadlines | L240 | JHP | .10 | 245.00 | 24.50 |
| 05/22/12 | Emails to/from counsel for MERS to discuss motion for new trial and hearing date on motion to extend post-judgment deadlines | L120 | JHP | .20 | 245.00 | 49.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE      9
AUGUST 27, 2012

0G2012-301033

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/22/12 | Finalize Notice of Hearing and prepare for service regarding Judgment case, e-mail communications with all parties as well as preparation of correspondence to the clerk's office regarding same in Brazoria County | L110 | ABB | 1.30 | 150.00 | 195.00 |
| 05/22/12 | Assimilation and compilation of retrieved court records regarding Brazoria County, Texas case | L110 | ABB | .70 | 150.00 | 105.00 |
| 05/22/12 | Further communications with G.Riebschlager regarding hearing information | L110 | ABB | .20 | 150.00 | 30.00 |
| 05/22/12 | Research and retrieval of records  in Brazoria County filed against Arklatex | L110 | ABB | .50 | 150.00 | 75.00 |
| 05/22/12 | Research in order to obtain voluminous cases cited in brief and Motion for a New Trial | L110 | ABB | 1.80 | 150.00 | 270.00 |
| 05/22/12 | Finalize Motion for New Trial | L210 | BG | 1.00 | 190.00 | 190.00 |
| 05/22/12 | Prepare exhibits and exhibit citations for Motion for New Trial | L210 | BG | .30 | 190.00 | 57.00 |
| 05/22/12 | Send Motion for New Trial to MERS representatives for comment prior to filing | L210 | BG | .10 | 190.00 | 19.00 |
| 05/22/12 | Draft Petition in Intervention in third case filed by Plaintiff | L210 | BG | 1.80 | 190.00 | 342.00 |
| 05/22/12 | Check docket to confirm upcoming Motion for Summary Judgment hearing | L120 | BG | .10 | 190.00 | 19.00 |



### BRADLEY ARANT
### BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    10
Rescap                                                        AUGUST 27, 2012

0G2012-301033

**FED ID NO. 63-0243316**

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 05/22/12 | Correspondence with co-defendant regarding agreed order on the motions to extend postjudgment deadlines | L120 | BG | .10 | 190.00 | 19.00 |
| 05/22/12 | Draft Motion to Stay portion of Petition in Intervention in third case filed by Plaintiff against ArklaTex | L210 | BG | 1.10 | 190.00 | 209.00 |
| 05/22/12 | Make revisions to Motion for New Trial based on MERS counsel's suggestions / comments | L210 | BG | .20 | 190.00 | 38.00 |
| 05/22/12 | Correspondence with counsel for MERS providing update on upcoming motion practice and hearing dates | L120 | BG | .20 | 190.00 | 38.00 |
| 05/23/12 | General revisions Petition in Intervention / Motion to Stay based on recently received pleadings folder from third case filed by Plaintiff | L210 | BG | .80 | 190.00 | 152.00 |
| 05/23/12 | Draft proposed order on Motion to Postpone Motion for Summary Judgment hearing set in the third action filed by Plaintiff against ArklaTex | L210 | BG | .10 | 190.00 | 19.00 |
| 05/23/12 | Draft proposed order for Petition in Intervention in the third action filed by Plaintiff against Arklatex | L210 | BG | .20 | 190.00 | 38.00 |
| 05/23/12 | Begin drafting Plea in Abatement for filing in the third action filed by Plaintiff against ArklaTex | L120 | BG | 1.40 | 190.00 | 266.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/23/12 | Draft Motion to Enjoin third action against ArklaTex for filing in the 412th Judicial District Court | L210 | BG | 2.80 | 190.00 | 532.00 |
| 05/23/12 | Insert argument into Petition in Intervention | L210 | BG | .20 | 190.00 | 38.00 |
| 05/23/12 | Insert causes of action into Petition in Intervention | L210 | BG | .90 | 190.00 | 171.00 |
| 05/23/12 | Draft Motion to Postpone Motion for Summary Judgment hearing set in the third action against ArklaTex | L210 | BG | .30 | 190.00 | 57.00 |
| 05/23/12 | Receipt / review of pleadings filed in third action brought by Plaintiff | L210 | BG | .50 | 190.00 | 95.00 |
| 05/23/12 | Further efforts in assisting with Brief exhibits | L110 | ABB | .50 | 150.00 | 75.00 |
| 05/23/12 | Drafted agreed Order on motion to extend post-judgment deadlines and sent to all counsel to review and execute | L240 | JHP | .70 | 245.00 | 171.50 |
| 05/24/12 | Further assimilation and compilation of case law in preparation for filing brief | L110 | ABB | .40 | 150.00 | 60.00 |
| 05/24/12 | Preparation and compilation of Exhibits A-J to be filed with Motion for New Trial and accompanying brief | L110 | ABB | 1.20 | 150.00 | 180.00 |
| 05/24/12 | Review agreed order extended post-judgment deadlines | L120 | BG | .10 | 190.00 | 19.00 |
| 05/24/12 | Evaluate strategy for defending first case filed in the 239th district court | L120 | BG | .10 | 190.00 | 19.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    12
AUGUST 27, 2012

0G2012-301033

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/24/12 | Correspondence with opposing counsel about hearing scheduling in Arklatex case | L120 | BG | .20 | 190.00 | 38.00 |
| 05/24/12 | Revise Petition in Intervention | L210 | BG | .40 | 190.00 | 76.00 |
| 05/24/12 | Revise Proposed Order granting Petition in Intervention | L210 | BG | .10 | 190.00 | 19.00 |
| 05/24/12 | Emails to/from all counsel to discuss execution of agreed Order on motion for extension of post-judgment deadlines and to discuss agreement to postpone hearing on borrower's motion for summary judgment in separate case involving Ark-La-Tex | L240 | JHP | .40 | 245.00 | 98.00 |
| 05/24/12 | Continued revising and editing motion for new trial | L240 | JHP | 2.80 | 245.00 | 686.00 |
| 05/25/12 | Emails to/from all counsel confirming receipt of signed agreed order by all parties to agree to court extending deadlines for post-judgment motion filing | L240 | JHP | .20 | 245.00 | 49.00 |
| 05/25/12 | Prepared cases cited in motion for new trial brief for submission to court per local court rules | L240 | JHP | .90 | 245.00 | 220.50 |
| 05/25/12 | Cancellation of hearing on Motion to Extend Postjudgment Deadlines based on agreed order extending | L190 | BG | .10 | 190.00 | 19.00 |
| 05/25/12 | Call opposing counsel regarding agreed order pushing postjudgment deadlines | L190 | BG | .20 | 190.00 | 38.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    13
Rescap                                                          AUGUST 27, 2012

0G2012-301033

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/25/12 | Finalize Agreed Order regarding post-judgment deadlines | L110 | ABB | .30 | 150.00 | 45.00 |
| 05/25/12 | E-mail communications to and from court coordinator regarding Agreed Order and proposal of same | L110 | ABB | .20 | 150.00 | 30.00 |
| 05/25/12 | Preparation of correspondence with enclosures to Judge Sebesta regarding post judgment deadlines and agreement regarding same | L110 | ABB | .40 | 150.00 | 60.00 |
| 05/25/12 | Prepare Judge's voluminous copies of brief and Motion with exhibits regarding new trial date pursuant to communications with Court Coordinator | L110 | ABB | .40 | 150.00 | 60.00 |
| 05/25/12 | Telephone conference with court coordinator regarding hearing cancellation pursuant to agreement upon parties | L110 | ABB | .20 | 150.00 | 30.00 |
| 05/29/12 | Update counsel for MERS regarding motion practice | L190 | BG | .20 | 190.00 | 38.00 |
| 05/29/12 | Receipt and review of filed documents from Brazoria County regarding judgment | L110 | ABB | .20 | 150.00 | 30.00 |
| 05/30/12 | Insert additional case law in Motion for Summary Judgment | L210 | BG | .20 | 190.00 | 38.00 |
| 05/31/12 | Contact opposing counsel about vacation of the prior order | L190 | BG | .10 | 190.00 | 19.00 |

FEES                                                          $11,854.50



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    14
Rescap                                                          AUGUST 27, 2012

0G2012-301033

FED ID NO. 63-0243316

---

**DESCRIPTION OF DISBURSEMENTS**

| | | |
|---|---|---:|
| 01 | Copy Charges | 0.00 |
| 07 | Filing Fees | 9.66 |
| 41 | Computerized Legal Research-Westlaw | 0.00 |
| | COSTS | $9.66 |
| | AMOUNT DUE THIS BILL | $11,864.16 |

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    15
AUGUST 27, 2012

0G2012-301033

FED ID NO. 63-0243316

---

**INDIVIDUAL SUMMARY**

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Allison Burke | Paralegal | 150.00 | 12.80 | 1,920.00 |
| Jon H. Patterson | Associate | 245.00 | 19.30 | 4,728.50 |
| Blake Goodsell | Associate | 190.00 | 27.40 | 5,206.00 |
| Total | | | 59.50 | 11,854.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

AUGUST 27, 2012
0G2012-301033

BILL AMOUNT        $11,864.16

INVOICE #  800610

To:    ResCap
       1100 Virginia Drive
       Fort Washington, PA 19034

TC Number:        686851
Invoice Date:     08/27/2012
Invoice No.       800610
Period ending:    05/31/2012

Case Management Number      LD  0G2012-301033

| Code | Task | Current Invoice Hours | Fees |
|------|------|------|------|
| L110 | Fact Investigation/Development | 12.80 | $  1,920.00 |
| L120 | Analysis/Strategy | 7.70 | $  1,600.50 |
| L190 | Other Case Assessment, Develop't/Admin | 0.80 | $    163.00 |
| L210 | Pleadings | 22.30 | $  4,275.50 |
| L240 | Dispositive Motions | 14.60 | $  3,577.00 |
| L250 | Other Written Motions/Submissions | 1.30 | $    318.50 |

```
                        =================================
          TOTAL FEES      59.50    $ 11,854.50

              TOTAL FEES DUE          $ 11,854.50
     TOTAL DISBURSEMENTS DUE          $      9.66
     TOTAL DUE THIS INVOICE           $ 11,864.16
```



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                          AUGUST 27, 2012
1100 Virginia Drive                             0G2012-301034
Fort Washington, PA 19034

                                                INVOICE #  800611

                                                FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0G2012-301034  TC Number: 708014

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/16/12 | Review and analyze matter to determine if bankruptcy stay is in place and, if so, how it will impact the case | L120 | NJV | .10 | 258.00 | 25.80 |
| 05/23/12 | Draft, finalize and forward closing file memorandum to client | L110 | MPE | .50 | 149.00 | 74.50 |
| 05/29/12 | Receive and review mandatory subpoena for GMAC records custodian and telephone conference with Florida Assistant State Attorney A.Guttman regarding trial dates and requirements | L110 | MPE | .50 | 149.00 | 74.50 |

                              FEES                           $174.80


                    AMOUNT DUE THIS BILL                     $174.80

                ***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE     2
Rescap                                              AUGUST 27, 2012

0G2012-301034

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Nicholas J. Voelker | Associate | 258.00 | .10 | 25.80 |
| Melisa P. Palmer | Paralegal | 149.00 | 1.00 | 149.00 |
| Total | | | 1.10 | 174.80 |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap                                                          AUGUST 27, 2012
                                                               0G2012-301034
BILL AMOUNT            $174.80                                  INVOICE #   800611

To:    ResCap                          TC Number:           708014
       1100 Virginia Drive             Invoice Date:        08/27/2012
       Fort Washington, PA 19034       Invoice No.          800611
                                       Period ending:       05/31/2012

Case Management Number      LD   0G2012-301034

|  |  | Current Invoice | |
| Code | Task | Hours | Fees |
|---|---|---|---|
| L110 | Fact Investigation/Development | 1.00 | $  149.00 |
| L120 | Analysis/Strategy | 0.10 | $   25.80 |
| | TOTAL FEES | 1.10 | $  174.80 |

|  |  |  |
|---|---|---|
| TOTAL FEES DUE | $ | 174.80 |
| TOTAL DISBURSEMENTS DUE | $ | 0.00 |
| TOTAL DUE THIS INVOICE | $ | 174.80 |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          AUGUST 27, 2012
1100 Virginia Drive                                            0G2012-301035
Fort Washington, PA 19034

INVOICE #  800612

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0G2012-301035  TC Number: 716367

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/15/12 | Review and analyze matter and determine if bankruptcy stay is in place and, if so, how it will impact the case | L120 | phn | .40 | 200.00 | 80.00 |
| 05/16/12 | Reclassify bankruptcy categories based on GMACÆs updated bucket chart | L190 | phn | .20 | 200.00 | 40.00 |
| 05/21/12 | Research Plaintiff's claims | L120 | phn | 3.20 | 200.00 | 640.00 |
| 05/22/12 | Research Plaintiff's claims | L120 | phn | 1.50 | 200.00 | 300.00 |
| 05/22/12 | Draft judgment on the pleadings standard | L210 | phn | .50 | 200.00 | 100.00 |
| 05/22/12 | Research related to plaintiff's claims | L120 | phn | 1.10 | 200.00 | 220.00 |
| 05/22/12 | Draft fact section of motion for judgment on the pleadings | L210 | phn | 1.20 | 200.00 | 240.00 |
| 05/22/12 | Draft arguments for judgment on the pleadings | L210 | phn | 5.10 | 200.00 | 1,020.00 |

FEES                                    $2,640.00

41      Computerized Legal Research-Westlaw              0.00

AMOUNT DUE THIS BILL              $2,640.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE      2
AUGUST 27, 2012

0G2012-301035

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Preston H. Neel | Associate | 200.00 | 13.20 | 2,640.00 |
| Total | | | 13.20 | 2,640.00 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap                                                    AUGUST 27, 2012
                                                         0G2012-301035
BILL AMOUNT          $2,640.00                           INVOICE #  800612

To:   ResCap                           TC Number:        716367
      1100 Virginia Drive              Invoice Date:     08/27/2012
      Fort Washington, PA 19034        Invoice No.       800612
                                       Period ending:    05/31/2012

Case Management Number      LD   0G2012-301035

|                                              | Current Invoice | |
| Code Task                                    | Hours | Fees |
|----------------------------------------------|-------|------|
| L120 Analysis/Strategy                       | 6.20  | $  1,240.00 |
| L190 Other Case Assessment, Develop't/Admin  | 0.20  | $     40.00 |
| L210 Pleadings                               | 6.80  | $  1,360.00 |
| TOTAL FEES                                   | 13.20 | $  2,640.00 |

| | | |
|---|---|---|
| TOTAL FEES DUE            | $ | 2,640.00 |
| TOTAL DISBURSEMENTS DUE   | $ | 0.00 |
| TOTAL DUE THIS INVOICE    | $ | 2,640.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 27, 2012
0G2012-301036

INVOICE #  800613

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0G2012-301036   TC Number: 687152

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/15/12 | Conference with J.Vega regarding case status relative to bankruptcy | L110 | JAM | .10 | 145.00 | 14.50 |
| 05/15/12 | Review and analyze matter and determine if bankruptcy stay is in place and, if so, how it will affect the case | L120 | JDV | .30 | 219.00 | 65.70 |
| 05/18/12 | Communications with client regarding case style of litigation | L190 | JDV | .20 | 219.00 | 43.80 |

FEES                                      $124.00

AMOUNT DUE THIS BILL                      $124.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    2
AUGUST 27, 2012

Rescap

0G2012-301036

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Jamie Mathews | Paralegal | 145.00 | .10 | 14.50 |
| Jose D. Vega | Associate | 219.00 | .50 | 109.50 |
| Total | | | .60 | 124.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap                                                        AUGUST 27, 2012
                                                             0G2012-301036
BILL AMOUNT          $124.00                                 INVOICE #   800613

---

To:    ResCap                      TC Number:         687152
       1100 Virginia Drive         Invoice Date:      08/27/2012
       Fort Washington, PA 19034   Invoice No.        800613
                                   Period ending:     05/31/2012


Case Management Number       LD   0G2012-301036


                                            Current Invoice
Code Task                              Hours            Fees

L110 Fact Investigation/Development     0.10    $       14.50
L120 Analysis/Strategy                  0.30    $       65.70
L190 Other Case Assessment, Develop't/Admin   0.20    $       43.80

                         ===================================
                 TOTAL FEES             0.60    $      124.00

                     TOTAL FEES DUE             $      124.00
              TOTAL DISBURSEMENTS DUE           $        0.00
              TOTAL DUE THIS INVOICE            $      124.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                              AUGUST 27, 2012
1100 Virginia Drive                                 0G2012-301037
Fort Washington, PA 19034

                                                    INVOICE #  800614

                                                    FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0G2012-301037  TC Number: 713376

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/14/12 | Email correspondence with D.Riggs regarding hearing on Motions for Summary Judgment | L210 | JAM | .20 | 145.00 | 29.00 |
| 05/14/12 | Analysis of defendant's responses and objections to interrogatories, requests for production of documents, and requests for admission | L310 | JDV | .50 | 219.00 | 109.50 |
| 05/14/12 | Email correspondence regarding hearing | L240 | JAM | .10 | 145.00 | 14.50 |
| 05/15/12 | Telephone calls and emails with J.McSweeney regarding document production | L320 | JAM | .30 | 145.00 | 43.50 |
| 05/15/12 | Conference with J.Vega regarding status of case relative to bankruptcy | L110 | JAM | .10 | 145.00 | 14.50 |
| 05/15/12 | Review and analyze matter and determine if bankruptcy stay is in place and, if so, how it will affect the case | L120 | JDV | .30 | 219.00 | 65.70 |
| 05/17/12 | Analysis of defendants' responses and objections to interrogatories and 754 page production of documents in response to requests for production of documents | L310 | JDV | 2.50 | 219.00 | 547.50 |
| 05/21/12 | Review and recuse responses to interrogatories | L310 | HTC | .20 | 315.00 | 63.00 |
| 05/22/12 | Review documents produced by defendant | L320 | JAM | .60 | 145.00 | 87.00 |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE      2
AUGUST 27, 2012

0G2012-301037

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/22/12 | Initial review of documents to be produced to defendant | L320 | JAM | .90 | 145.00 | 130.50 |
| 05/22/12 | Review and edit discovery responses | L310 | HTC | .90 | 315.00 | 283.50 |
| 05/22/12 | Revise responses to defendants' first set of interrogatories | L310 | JDV | 1.20 | 219.00 | 262.80 |
| 05/23/12 | Communications with T.Jordan regarding review and execution of responses to defendants' first set of interrogatories | L310 | JDV | .20 | 219.00 | 43.80 |
| 05/29/12 | Analysis of document production in response to defendants' interrogatories for privilege and redaction of confidential information | L320 | JDV | 1.30 | 219.00 | 284.70 |
| 05/29/12 | Review approximately 2000 pages of documents for responsive or privileged information in preparation for production in response to document request | L320 | AHC | 3.10 | 145.00 | 449.50 |
| 05/30/12 | Revise redacted and privileged documents and Bates-label documents in preparation for production to opposing counsel | L320 | AHC | .50 | 145.00 | 72.50 |
| 05/30/12 | Final review and revision of Response to Interrogatories | L310 | AHC | .40 | 145.00 | 58.00 |
| 05/30/12 | Communications with T.Jordan regarding review and execution of responses to defendants' first set of interrogatories | L310 | JDV | .30 | 219.00 | 65.70 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    3
AUGUST 27, 2012

0G2012-301037

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/31/12 | Communications with K.Lucas and T.Jordan regarding execution and service of responses to defendants' interrogatories | L310 | JDV | .50 | 219.00 | 109.50 |
| 05/31/12 | Finalize and prepare interrogatories and document production in response to discovery requests for service | L310 | JDV | 1.00 | 219.00 | 219.00 |
| 05/31/12 | Review verified responses and objections to defendants' first set of interrogatories | L310 | JDV | .20 | 219.00 | 43.80 |

FEES                          $2,997.50

### DESCRIPTION OF DISBURSEMENTS

| 01 | Copy Charges | 0.00 |
|----|--------------|------|
| 07 | Filing Fees | 114.24 |

COSTS                          $114.24

AMOUNT DUE THIS BILL           $3,111.74

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    4
AUGUST 27, 2012

Rescap

0G2012-301037

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Hope Cannon | Partner | 315.00 | 1.10 | 346.50 |
| Alecia H. Cockrell | Paralegal | 145.00 | 4.00 | 580.00 |
| Jamie Mathews | Paralegal | 145.00 | 2.20 | 319.00 |
| Jose D. Vega | Associate | 219.00 | 8.00 | 1,752.00 |
| Total | | | 15.30 | 2,997.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap                                                    AUGUST 27, 2012
                                                         0G2012-301037
BILL AMOUNT          $3,111.74                           INVOICE #  800614

To:    ResCap                        TC Number:          713376
       1100 Virginia Drive           Invoice Date:       08/27/2012
       Fort Washington, PA 19034     Invoice No.         800614
                                     Period ending:      05/31/2012

Case Management Number      LD  0G2012-301037

                                         Current Invoice
Code Task                            Hours          Fees

L110  Fact Investigation/Development   0.10    $      14.50
L120  Analysis/Strategy                0.30    $      65.70
L210  Pleadings                        0.20    $      29.00
L240  Dispositive Motions              0.10    $      14.50
L310  Written Discovery                7.90    $   1,806.10
L320  Document Production              6.70    $   1,067.70

                              ===================================
                  TOTAL FEES   15.30    $   2,997.50

                  TOTAL FEES DUE        $   2,997.50
           TOTAL DISBURSEMENTS DUE      $     114.24
              TOTAL DUE THIS INVOICE    $   3,111.74



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 27, 2012
0G2012-301038

INVOICE #  800615

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0G2012-301038   TC Number: 703187

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/15/12 | Review and analyze matter and determine if bankruptcy stay is in place and, if so, how it will impact the case | C300 | MCG | .10 | 323.00 | 32.30 |
| 05/15/12 | Review and analyze borrower's responses to discovery requests | L310 | MCG | .90 | 323.00 | 290.70 |
| 05/16/12 | Telephone conference with judge's assistant regarding motion to compel hearing and borrower's discovery responses | C400 | MCG | .10 | 323.00 | 32.30 |
| 05/16/12 | Telephone conference with opposing counsel regarding motion to compel hearing and borrower's discovery responses | C400 | MCG | .20 | 323.00 | 64.60 |
| 05/22/12 | Prepare case status update to client | C300 | MCG | .10 | 323.00 | 32.30 |
| 05/23/12 | Prepare updated litigation analysis | C300 | MCG | 1.10 | 323.00 | 355.30 |

FEES                                                          $807.50

AMOUNT DUE THIS BILL                                          $807.50

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE     2
Rescap                                              AUGUST 27, 2012

0G2012-301038

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Michael C. Griffin | Partner | 323.00 | 2.50 | 807.50 |
| Total | | | 2.50 | 807.50 |



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

BILL AMOUNT          $807.50

AUGUST 27, 2012
0G2012-301038
INVOICE #  800615

| To: | ResCap | TC Number: | 703187 |
|-----|--------|------------|--------|
|     | 1100 Virginia Drive | Invoice Date: | 08/27/2012 |
|     | Fort Washington, PA 19034 | Invoice No. | 800615 |
|     |        | Period ending: | 05/31/2012 |

Case Management Number      LD  0G2012-301038

|  |  | Current Invoice | |
|--|--|-----------------|--|
| Code | Task | Hours | Fees |
| C300 | Analysis and Advice | 1.30 | $   419.90 |
| C400 | Third Party Communication | 0.30 | $    96.90 |
| L310 | Written Discovery | 0.90 | $   290.70 |
|  | TOTAL FEES | 2.50 | $   807.50 |

TOTAL FEES DUE            $   807.50
TOTAL DISBURSEMENTS DUE   $     0.00
TOTAL DUE THIS INVOICE    $   807.50



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 27, 2012
0G2012-301039

INVOICE #  800616

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0G2012-301039  TC Number: 702516

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/16/12 | Review and analyze matter to determine if bankruptcy stay is in place and, if so, how it will impact the case | L120 | NJV | .10 | 258.00 | 25.80 |
| 05/24/12 | Receive and review Notice of Appeal from A.Wane to determine relevant deadlines. | L110 | MPE | .20 | 149.00 | 29.80 |

| | FEES | | | | | $55.60 |
| | AMOUNT DUE THIS BILL | | | | | $55.60 |

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    2
Rescap                                                      AUGUST 27, 2012

0G2012-301039

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Nicholas J. Voelker | Associate | 258.00 | .10 | 25.80 |
| Melisa P. Palmer | Paralegal | 149.00 | .20 | 29.80 |
| Total | | | .30 | 55.60 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap                                                          AUGUST 27, 2012
                                                               0G2012-301039
BILL AMOUNT          $55.60                                    INVOICE #  800616

_____

To:     ResCap                         TC Number:          702516
        1100 Virginia Drive            Invoice Date:       08/27/2012
        Fort Washington, PA 19034       Invoice No.        800616
                                        Period ending:     05/31/2012


Case Management Number        LD   0G2012-301039


                                        Current Invoice
Code Task                               Hours           Fees

L110  Fact Investigation/Development    0.20    $    29.80
L120  Analysis/Strategy                 0.10    $    25.80


                        ==================================
                TOTAL FEES              0.30    $    55.60

                TOTAL FEES DUE                  $    55.60
        TOTAL DISBURSEMENTS DUE                 $     0.00
            TOTAL DUE THIS INVOICE              $    55.60



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    AUGUST 27, 2012
1100 Virginia Drive                                       0G2012-301040
Fort Washington, PA 19034

                                                          INVOICE #  800617

                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0G2012-301040  TC Number: 688460

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/14/12 | Analyzing the effect of the bankruptcy filing on the status of the case. | P300 | CET | .20 | 293.00 | 58.60 |
| 05/15/12 | Summarizing case for bankruptcy bucket analysis. | P300 | CET | .40 | 293.00 | 117.20 |
| 05/16/12 | Analyzing the effect of the bankruptcy filing on the status of the case with updated information regarding bankruptcy buckets. | P300 | CET | .20 | 293.00 | 58.60 |
| 05/16/12 | Check status of case and confirm that case is progressing toward resolution. | L190 | JDR | .10 | 293.00 | 29.30 |
| 05/17/12 | Analyzing the effect of the bankruptcy filing on the status of the case. | P300 | CET | .20 | 293.00 | 58.60 |
| 05/31/12 | Providing status update to the client. | P300 | CET | .20 | 293.00 | 58.60 |

                          FEES                              $380.90


                          AMOUNT DUE THIS BILL              $380.90

                    ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE     2
Rescap                                                                 AUGUST 27, 2012

0G2012-301040

FED ID NO. 63-0243316

---

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Jonathan Rose | Partner | 293.00 | .10 | 29.30 |
| Christopher E. Thorsen | Partner | 293.00 | 1.20 | 351.60 |
| Total | | | 1.30 | 380.90 |

MATTER SUMMARY

FEES BILLED TO DATE       $45,026.97
COST BILLED TO DATE       $1,927.46



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap                                                AUGUST 27, 2012
                                                      0G2012-301040
BILL AMOUNT        $380.90                            INVOICE #  800617

---

To:    ResCap                          TC Number:        688460
       1100 Virginia Drive             Invoice Date:     08/27/2012
       Fort Washington, PA 19034       Invoice No.       800617
                                       Period ending:    05/31/2012


Case Management Number      LD   0G2012-301040


|  |  | Current Invoice | |
| Code | Task | Hours | Fees |
|------|------|-------|------|
| L190 | Other Case Assessment, Develop't/Admin | 0.10 | $    29.30 |
| P300 | Structure/Strategy/Analysis | 1.20 | $   351.60 |
|  | TOTAL FEES | 1.30 | $   380.90 |

                    TOTAL FEES DUE          $   380.90
           TOTAL DISBURSEMENTS DUE          $     0.00
              TOTAL DUE THIS INVOICE        $   380.90



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 27, 2012
0G2012-301041

INVOICE #  800618

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0G2012-301041  TC Number: 706770

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/15/12 | Review and analyze issues re bankruptcy stay | L120 | JJPH | .10 | 250.00 | 25.00 |
| 05/24/12 | Email correspondence re bankruptcy stay | L120 | JJPH | .10 | 250.00 | 25.00 |
| 05/25/12 | Prepare letter to court re renewing request for motion to be heard on the papers and entry of summary judgment in favor of GMAC | L240 | JJPH | .70 | 250.00 | 175.00 |
| 05/29/12 | Finalize letter to Court re request for motion to be decided on papers and proposed order | L240 | JJPH | .20 | 250.00 | 50.00 |

|  |  | FEES |  |  |  | $275.00 |
| 01 | Copy Charges |  |  |  |  | 0.00 |
| 02 | Postage Charges |  |  |  |  | 0.00 |
| 35 | Express Mail/Fedex |  |  |  |  | 0.00 |

AMOUNT DUE THIS BILL                    $275.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    2
AUGUST 27, 2012

0G2012-301041

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Joshua J. Phillips | Associate | 250.00 | 1.10 | 275.00 |
| Total | | | 1.10 | 275.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap                                                    AUGUST 27, 2012
                                                         0G2012-301041
BILL AMOUNT          $275.00                             INVOICE #  800618

---

To:    ResCap                        TC Number:          706770
       1100 Virginia Drive           Invoice Date:       08/27/2012
       Fort Washington, PA 19034      Invoice No.         800618
                                      Period ending:      05/31/2012

Case Management Number      LD  0G2012-301041

                                        Current Invoice
                                        Hours          Fees
Code Task

L120 Analysis/Strategy                   0.20      $      50.00
L240 Dispositive Motions                 0.90      $     225.00

                          ===================================
               TOTAL FEES     1.10      $     275.00

               TOTAL FEES DUE            $     275.00
       TOTAL DISBURSEMENTS DUE           $       0.00
       TOTAL DUE THIS INVOICE            $     275.00



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 27, 2012
0G2012-301042

INVOICE #  800619

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0G2012-301042   TC Number: 699974

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/14/12 | Plan and prepare for motion for summary judgment hearing | B110 | phn | .60 | 200.00 | 120.00 |
| 05/15/12 | Review and analyze matter and determine if bankruptcy stay is in place and, if so, how it will impact the case | L120 | phn | .40 | 200.00 | 80.00 |
| 05/16/12 | Reclassify bankruptcy categories based on GMACÆs updated bucket chart | L190 | phn | .20 | 200.00 | 40.00 |
| 05/16/12 | Cancel Motion for Summary Judgment hearing set May 18th due to bankruptcy and conference call with opposing counsel informing him of same | L190 | phn | .60 | 200.00 | 120.00 |

FEES                                                    $360.00

AMOUNT DUE THIS BILL                                    $360.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Preston H. Neel | Associate | 200.00 | 1.80 | 360.00 |
| Total | | | 1.80 | 360.00 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap                                                      AUGUST 27, 2012
                                                           0G2012-301042
BILL AMOUNT          $360.00                               INVOICE #  800619

To:    ResCap                        TC Number:        699974
       1100 Virginia Drive           Invoice Date:     08/27/2012
       Fort Washington, PA 19034      Invoice No.       800619
                                     Period ending:    05/31/2012

Case Management Number      LD  0G2012-301042

|      |                                          | Current Invoice | |
|------|------------------------------------------|-------|---------|
| Code | Task                                     | Hours | Fees    |
| B110 | Case Administration                      | 0.60  | $  120.00 |
| L120 | Analysis/Strategy                        | 0.40  | $   80.00 |
| L190 | Other Case Assessment, Develop't/Admin   | 0.80  | $  160.00 |

```
                    =====================================
         TOTAL FEES      1.80      $    360.00

              TOTAL FEES DUE          $    360.00
       TOTAL DISBURSEMENTS DUE        $      0.00
          TOTAL DUE THIS INVOICE      $    360.00
```



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 27, 2012
0G2012-301043

INVOICE #  800620

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0G2012-301043  TC Number: 718267

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/14/12 | Receive and review borrower's motion for reconsideration, rehearing or for clarification | L250 | JMH | .20 | 241.00 | 48.20 |
| 05/14/12 | Receive and review borrower's fifth motion to compel and for sanctions | L250 | JMH | .20 | 241.00 | 48.20 |
| 05/14/12 | Draft status report for client regarding denial of borrower's motion for sanctions | L120 | JMH | .10 | 241.00 | 24.10 |
| 05/15/12 | Determine appropriate "bucket" assignment for matter, whether automatic stay applies to any represented clients, and whether to seek relief from same | L120 | JMH | .20 | 241.00 | 48.20 |
| 05/15/12 | Review and analyze renewed motion submitted by borrowers' counsel | L120 | DCL | .20 | 376.00 | 75.20 |
| 05/16/12 | Receive and review e-mails from J.Huss regarding conference call to discuss strategy regarding ongoing work in case | L120 | JMH | .30 | 241.00 | 72.30 |
| 05/17/12 | Telephone conference with J.Huss regarding strategy to resolve case | L120 | JMH | .20 | 241.00 | 48.20 |
| 05/21/12 | Telephone conference with J.Murray regarding coordination of strategy for response to borrower's renewed sanctions and rehearing motions | L120 | JMH | .20 | 241.00 | 48.20 |
| 05/22/12 | Exchange correspondence with title counsel regarding case strategy | L120 | DCL | .50 | 376.00 | 188.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE      2
AUGUST 27, 2012

0G2012-301043

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/22/12 | Review Court's order denying Borrowers' motion for sanctions and prepare outline of case strategy | L120 | DCL | .50 | 376.00 | 188.00 |
| 05/22/12 | Read deposition transcripts | L120 | DCL | 1.10 | 376.00 | 413.60 |
| 05/22/12 | E-mails to and from J.Murray regarding hearing on borrower's discovery motions and GMAC's | L230 | JMH | .20 | 241.00 | 48.20 |
| 05/22/12 | Telephone conference with J.Murray regarding procedural issues relating to uniform and lengthier motion hearings | L230 | JMH | .20 | 241.00 | 48.20 |
| 05/22/12 | Receive and review e-mail from J.Murray regarding additional issues pertaining to uniform motion calendar hearing and efforts at that hearing to obtain lengthier hearing on motions | L230 | JMH | .10 | 241.00 | 24.10 |
| 05/22/12 | E-mails to and from J.Huss regarding hearing(s) on borrowers discovery/sanctions motions and GMAC's motion and strategy for each | L230 | JMH | .80 | 241.00 | 192.80 |
| 05/24/12 | Read deposition transcripts and analyze case strategy | L120 | DCL | 1.10 | 376.00 | 413.60 |
| 05/29/12 | E-mails to and from J.Murray regarding coordination with J.Huss's firm pertaining to hearings | L230 | JMH | .20 | 241.00 | 48.20 |
| 05/31/12 | Advise foreclosure counsel regarding litigation strategy | L120 | DCL | .20 | 376.00 | 75.20 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    3
AUGUST 27, 2012

0G2012-301043

FED ID NO. 63-0243316

FEES                                     $2,052.50

### DESCRIPTION OF DISBURSEMENTS

01A     Copy Charges - OUTSIDE SOURCES                48.27

COSTS                      $48.27

AMOUNT DUE THIS BILL          $2,100.77

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    4
AUGUST 27, 2012

0G2012-301043

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Dana C. Lumsden | Partner | 376.00 | 3.60 | 1,353.60 |
| Jonathan Hooks | Associate | 241.00 | 2.90 | 698.90 |
| Total | | | 6.50 | 2,052.50 |