

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

AUGUST 27, 2012
0G2012-301043
INVOICE # 800620

BILL AMOUNT $2,100.77

To: ResCap
1100 Virginia Drive
Fort Washington, PA 19034

TC Number: 718267
Invoice Date: 08/27/2012
Invoice No. 800620
Period ending: 05/31/2012

Case Management Number LD 0G2012-301043

| Code | Task | Current Invoice Hours | Fees |
|---|---|---|---|
| L120 | Analysis/Strategy | 4.60 | $ 1,594.60 |
| L230 | Court Mandated Conferences | 1.50 | $ 361.50 |
| L250 | Other Written Motions/Submissions | 0.40 | $ 96.40 |
| | TOTAL FEES | 6.50 | $ 2,052.50 |
| | TOTAL FEES DUE | | $ 2,052.50 |
| | TOTAL DISBURSEMENTS DUE | | $ 48.27 |
| | TOTAL DUE THIS INVOICE | | $ 2,100.77 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 27, 2012
0G2012-301044

INVOICE # 800621

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0G2012-301044 TC Number: 690220

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 05/14/12 | Review ABS exchange emails with borrower's counsel regarding motion to file out of time | L120 | HTC | .10 | 315.00 | 31.50 |
| 05/15/12 | Review and analyze matter and determine if bankruptcy stay is in place and, if so, how it will impact the case | L120 | phn | .40 | 200.00 | 80.00 |
| 05/16/12 | Reclassify bankruptcy categories based on GMACÆs updated bucket chart | L190 | phn | .20 | 200.00 | 40.00 |
| 05/16/12 | Review Homecomings' Motion Partial Summary Judgment and Plaintiff's Motion for Judgment | L210 | JAM | .20 | 145.00 | 29.00 |
| 05/21/12 | Review emails relating to insurance on the property and issues regarding effect of bankruptcy on case | L120 | HTC | .30 | 315.00 | 94.50 |
| 05/21/12 | Exchange emails with A.Parma regarding cross motion for summary judgment and affidavit | L120 | HTC | .20 | 315.00 | 63.00 |
| 05/21/12 | Review affidavit of A.Levine and exchange emails with D.Parma regarding evidentiary submission | L120 | HTC | .20 | 315.00 | 63.00 |
| 05/21/12 | Review and analyze complaint and determine impact of GMAC's bankruptcy on the suit | L210 | CWH | .20 | 330.00 | 66.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

AUGUST 27, 2012

0G2012-301044

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| | | FEES | | $467.00 |
| 01 | Copy Charges | | 0.00 | |
| | | AMOUNT DUE THIS BILL | | $467.00 |

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

AUGUST 27, 2012

Rescap

0G2012-301044

FED ID NO. 63-0243316

**INDIVIDUAL SUMMARY**

| NAME | RANK | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| Hope Cannon | Partner | 315.00 | .80 | 252.00 |
| Christian W. Hancock | Partner | 330.00 | .20 | 66.00 |
| Jamie Mathews | Paralegal | 145.00 | .20 | 29.00 |
| Preston H. Neel | Associate | 200.00 | .60 | 120.00 |
| Total | | | 1.80 | 467.00 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

AUGUST 27, 2012
0G2012-301044
INVOICE # 800621

BILL AMOUNT $467.00

---

To: ResCap
1100 Virginia Drive
Fort Washington, PA 19034

TC Number: 690220
Invoice Date: 08/27/2012
Invoice No. 800621
Period ending: 05/31/2012

Case Management Number LD 0G2012-301044

| Code Task | Current Invoice Hours | | Fees |
|---|---|---|---|
| L120 Analysis/Strategy | 1.20 | $ | 332.00 |
| L190 Other Case Assessment, Develop't/Admin | 0.20 | $ | 40.00 |
| L210 Pleadings | 0.40 | $ | 95.00 |
| TOTAL FEES | 1.80 | $ | 467.00 |
| TOTAL FEES DUE | | $ | 467.00 |
| TOTAL DISBURSEMENTS DUE | | $ | 0.00 |
| TOTAL DUE THIS INVOICE | | $ | 467.00 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 27, 2012
0G2012-301045

INVOICE # 800622

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0G2012-301045 TC Number: 715979

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 05/15/12 | Review and analyze issues re bankruptcy stay | L120 | JJPH | .10 | 250.00 | 25.00 |

FEES $25.00

AMOUNT DUE THIS BILL $25.00

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE 2
AUGUST 27, 2012

0G2012-301045

FED ID NO. 63-0243316

**INDIVIDUAL SUMMARY**

| NAME | RANK | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| Joshua J. Phillips | Associate | 250.00 | .10 | 25.00 |
| Total | | | .10 | 25.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

AUGUST 27, 2012
0G2012-301045
INVOICE # 800622

BILL AMOUNT $25.00

---

To: ResCap
1100 Virginia Drive
Fort Washington, PA 19034

TC Number: 715979
Invoice Date: 08/27/2012
Invoice No. 800622
Period ending: 05/31/2012

Case Management Number LD 0G2012-301045

| Code Task | Current Invoice Hours | | Fees |
|---|---|---|---|
| L120 Analysis/Strategy | 0.10 | $ | 25.00 |
| TOTAL FEES | 0.10 | $ | 25.00 |
| TOTAL FEES DUE | | $ | 25.00 |
| TOTAL DISBURSEMENTS DUE | | $ | 0.00 |
| TOTAL DUE THIS INVOICE | | $ | 25.00 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 27, 2012
0G2012-301047

INVOICE # 800623

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0G2012-301047 TC Number: 713410

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 05/15/12 | Analyze status, determine if bankruptcy stay is in place, and assess impact on case | L120 | DKP | .20 | 323.00 | 64.60 |
| 05/16/12 | Report on status of litigation in context of bankruptcy petition | L120 | DKP | .50 | 323.00 | 161.50 |
| 05/18/12 | Analyze need for suggestion of bankruptcy | L120 | DKP | .20 | 323.00 | 64.60 |
| 05/18/12 | Draft suggestion of bankruptcy | L240B | ES | .20 | 185.00 | 37.00 |
| 05/20/12 | Analyze and revise suggestion of bankruptcy | L160 | DKP | .30 | 323.00 | 96.90 |
| 05/21/12 | Review correspondence from plaintiff's counsel regarding bankruptcy notice | L120 | DKP | .20 | 323.00 | 64.60 |
| 05/21/12 | Confer with C.Hancock regarding strategy for litigation after bankruptcy petition | L120 | DKP | .20 | 323.00 | 64.60 |
| 05/21/12 | Revise notice of bankruptcy and prepare for filing | L240B | ES | .10 | 185.00 | 18.50 |
| 05/21/12 | Receive instructions regarding motions in limine | L240B | ES | .10 | 185.00 | 18.50 |
| 05/22/12 | Review arguments and documents produced by plaintiff in preparation for motions in limine | L240B | ES | .30 | 185.00 | 55.50 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE 2
AUGUST 27, 2012

0G2012-301047

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 05/22/12 | Telephone messages and e-mail correspondence with plaintiff's counsel regarding bankruptcy stay | L210 | DKP | .30 | 323.00 | 96.90 |
| 05/24/12 | Review evidence produced by plaintiff and draft motions in limine | L240B | ES | 1.70 | 185.00 | 314.50 |
| 05/31/12 | Research deadlines upon filing notice of bankruptcy | L240B | ES | 2.40 | 185.00 | 444.00 |
| 05/31/12 | Analyze docket entries, deadlines in light of stay, upcoming trial date | L120 | DKP | .20 | 323.00 | 64.60 |

FEES $1,566.30

AMOUNT DUE THIS BILL $1,566.30

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

AUGUST 27, 2012

Rescap

0G2012-301047

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| David K. Pharr | Partner | 323.00 | 2.10 | 678.30 |
| Erin Saltaformaggio | Associate | 185.00 | 4.80 | 888.00 |
| Total | | | 6.90 | 1,566.30 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

AUGUST 27, 2012
0G2012-301047
INVOICE # 800623

BILL AMOUNT $1,566.30

---

To: ResCap
1100 Virginia Drive
Fort Washington, PA 19034

TC Number: 713410
Invoice Date: 08/27/2012
Invoice No. 800623
Period ending: 05/31/2012

Case Management Number LD 0G2012-301047

| Code Task | Current Invoice Hours | | Fees |
|---|---|---|---|
| L120 Analysis/Strategy | 1.50 | $ | 484.50 |
| L160 Settlement/Non-Binding ADR | 0.30 | $ | 96.90 |
| L210 Pleadings | 0.30 | $ | 96.90 |
| L240BAll Other | 4.80 | $ | 888.00 |
| TOTAL FEES | 6.90 | $ | 1,566.30 |
| TOTAL FEES DUE | | $ | 1,566.30 |
| TOTAL DISBURSEMENTS DUE | | $ | 0.00 |
| TOTAL DUE THIS INVOICE | | $ | 1,566.30 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 27, 2012
0G2012-301049

INVOICE # 800624

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0G2012-301049 TC Number: 714803

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 05/14/12 | Analysis of deposition transcript; update file and process payment for same. | L110 | MST | .40 | 150.00 | 60.00 |
| 05/15/12 | Consider strategy regarding State Law | L120 | GP | .60 | 185.00 | 111.00 |
| 05/15/12 | Review and analyze matter and determine if bankruptcy stay is in place and, if so, how it will impact the case | L120 | phn | .40 | 200.00 | 80.00 |
| 05/16/12 | Draft e-mail to J.Cheatham regarding third party complaint | L210 | GP | .40 | 185.00 | 74.00 |
| 05/16/12 | Review documents to produce as supplemental discovery responses | L310 | GP | .50 | 185.00 | 92.50 |
| 05/16/12 | Draft letter to T.McDaniel regarding supplemental discovery responses | L310 | GP | .60 | 185.00 | 111.00 |
| 05/16/12 | Reclassify bankruptcy categories based on GMACÆs updated bucket chart | L190 | phn | .20 | 200.00 | 40.00 |
| 05/17/12 | Draft e-mail to J.Cheatham confirming agreement to waive service and attaching third party complaint | L210 | GP | .50 | 185.00 | 92.50 |
| 05/21/12 | Consider arguments relating to title claim | L120 | GP | 1.10 | 185.00 | 203.50 |
| 05/22/12 | Consider strategy regarding Texas Business and Commerce Code | L120 | GP | .40 | 185.00 | 74.00 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

AUGUST 27, 2012

0G2012-301049

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 05/23/12 | Telephone call from process server regarding payment for service of subpoena; conference with accounting and notify server of processed payment | L110 | MST | .30 | 150.00 | 45.00 |
| 05/23/12 | Analyze suggestion of bankruptcy approval | L120 | phn | .30 | 200.00 | 60.00 |
| 05/24/12 | Consider effect of latest bankruptcy guidance | L120 | GP | .30 | 185.00 | 55.50 |
| 05/24/12 | Draft suggestion of bankruptcy | L210 | GP | .40 | 185.00 | 74.00 |
| 05/24/12 | Draft motion to continue hearing | L210 | GP | 1.80 | 185.00 | 333.00 |
| 05/24/12 | Analyze strategy with bankruptcy filing | L120 | KSA | .30 | 223.00 | 66.90 |
| 05/25/12 | Review and revise suggestion of bankruptcy | L210 | GP | .20 | 185.00 | 37.00 |
| 05/25/12 | Finalize Notice of Bankruptcy and prepare for filing and service | L210 | MST | .40 | 150.00 | 60.00 |
| 05/25/12 | Review bankruptcy analysis for suggestion of bankruptcy filing | L120 | phn | .20 | 200.00 | 40.00 |
| 05/29/12 | Telephone call with special process server regarding Tax ID number and notify accounting department of same | L110 | MST | .20 | 150.00 | 30.00 |
| 05/30/12 | Consider strategy for discovery | L120 | GP | .60 | 185.00 | 111.00 |
| 05/31/12 | Review and revise First American's Answer | L210 | GP | .20 | 185.00 | 37.00 |
| 05/31/12 | Draft e-mail to J.Cheatham regarding bankruptcy and answer | L120 | GP | .80 | 185.00 | 148.00 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

AUGUST 27, 2012

Rescap

0G2012-301049

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 05/31/12 | Receive notification of certified service delivery of Notice of Bankruptcy and update file regarding same. | L120 | MST | .20 | 150.00 | 30.00 |

FEES $2,065.90

**DESCRIPTION OF DISBURSEMENTS**

| | | |
|---|---|---|
| 01 | Copy Charges | 0.00 |
| 17A | Messenger/Delivery Charges | 80.00 |
| 41 | Computerized Legal Research-Westlaw | 0.00 |

COSTS $80.00

AMOUNT DUE THIS BILL $2,145.90

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE 4
AUGUST 27, 2012

0G2012-301049

FED ID NO. 63-0243316

**INDIVIDUAL SUMMARY**

| NAME | RANK | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| Melanie Thompson | Paralegal | 150.00 | 1.50 | 225.00 |
| Keith S. Anderson | Associate | 223.00 | .30 | 66.90 |
| Preston H. Neel | Associate | 200.00 | 1.10 | 220.00 |
| Grant Premo | Associate | 185.00 | 8.40 | 1,554.00 |
| Total | | | 11.30 | 2,065.90 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

AUGUST 27, 2012
0G2012-301049
INVOICE # 800624

BILL AMOUNT $2,145.90

---

To: ResCap
1100 Virginia Drive
Fort Washington, PA 19034

TC Number: 714803
Invoice Date: 08/27/2012
Invoice No. 800624
Period ending: 05/31/2012

Case Management Number LD 0G2012-301049

| Code | Task | Current Invoice Hours | | Fees |
|---|---|---|---|---|
| L110 | Fact Investigation/Development | 0.90 | $ | 135.00 |
| L120 | Analysis/Strategy | 5.20 | $ | 979.90 |
| L190 | Other Case Assessment, Develop't/Admin | 0.20 | $ | 40.00 |
| L210 | Pleadings | 3.90 | $ | 707.50 |
| L310 | Written Discovery | 1.10 | $ | 203.50 |
| | TOTAL FEES | 11.30 | $ | 2,065.90 |
| | TOTAL FEES DUE | | $ | 2,065.90 |
| | TOTAL DISBURSEMENTS DUE | | $ | 80.00 |
| | TOTAL DUE THIS INVOICE | | $ | 2,145.90 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 27, 2012
0G2012-301050

INVOICE # 800625

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0G2012-301050 TC Number: 707812

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 05/15/12 | Review and analysis of case materials in order to obtain information for GMAC spreadsheet and update list regarding same | L110 | ABB | .30 | 150.00 | 45.00 |
| 05/16/12 | Review file for effect of bankruptcy on continued litigation | L120 | BG | .20 | 190.00 | 38.00 |
| 05/16/12 | Review Affidavit of counsel for borrower filed in support of motion to continue hearing on motion for summary judgment | L250 | JHP | .10 | 245.00 | 24.50 |
| 05/17/12 | Review of allegations | L120 | JHP | .10 | 245.00 | 24.50 |
| 05/18/12 | Update analysis of bankruptcyÆs impact on this case | L120 | BG | .10 | 190.00 | 19.00 |
| 05/21/12 | Review and analysis of file and detailed preparation of notebook containing all pending Motions and responses to same totaling over 700 pages in preparation for hearing with in Bay Minette, Alabama | L110 | ABB | 2.10 | 150.00 | 315.00 |
| 05/22/12 | Prepared for and attended and argued at hearing on motion for summary judgment, motion for protective order on discovery requests, motion to escrow payments and motion to continue hearing on motion for summary judgment | L240 | JHP | 8.50 | 245.00 | 2,082.50 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE 2
AUGUST 27, 2012

0G2012-301050

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 05/22/12 | Reviewed opposition brief and supporting exhibits filed by borrowers in response to motion for summary judgment and in support of motion to continue summary judgment hearing | L240 | JHP | 1.50 | 245.00 | 367.50 |
| 05/22/12 | Emails to/from client contact to discuss various issues relating to hearing on summary judgment motion | L240 | JHP | .60 | 245.00 | 147.00 |
| 05/23/12 | Emails to/from client contact to discuss outcome of hearing on various motions | L120 | JHP | .20 | 245.00 | 49.00 |
| 05/24/12 | Receive and review multiple Notices of Case Settings on multiple pending Motions and update file regarding same | L110 | ABB | .30 | 150.00 | 45.00 |
| 05/25/12 | Phone call with client contact to discuss summary judgment hearing outcome and post-hearing strategy | L240 | JHP | .30 | 245.00 | 73.50 |

FEES $3,230.50

**DESCRIPTION OF DISBURSEMENTS**

| | | |
|---|---|---|
| 01 | Copy Charges | 0.00 |
| 07 | Filing Fees | 52.05 |
| 21 | Travel Expense | 266.40 |
| 23 | Meal Expense | 13.36 |

COSTS $331.81



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE 3
AUGUST 27, 2012

0G2012-301050

FED ID NO. 63-0243316

AMOUNT DUE THIS BILL $3,562.31

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

AUGUST 27, 2012

0G2012-301050

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| Allison Burke | Paralegal | 150.00 | 2.70 | 405.00 |
| Jon H. Patterson | Associate | 245.00 | 11.30 | 2,768.50 |
| Blake Goodsell | Associate | 190.00 | .30 | 57.00 |
| Total | | | 14.30 | 3,230.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

AUGUST 27, 2012
0G2012-301050
INVOICE # 800625

BILL AMOUNT $3,562.31

---

To: ResCap
1100 Virginia Drive
Fort Washington, PA 19034

TC Number: 707812
Invoice Date: 08/27/2012
Invoice No. 800625
Period ending: 05/31/2012

Case Management Number LD 0G2012-301050

| Code | Task | Current Invoice Hours | | Fees |
|---|---|---|---|---|
| L110 | Fact Investigation/Development | 2.70 | $ | 405.00 |
| L120 | Analysis/Strategy | 0.60 | $ | 130.50 |
| L240 | Dispositive Motions | 10.90 | $ | 2,670.50 |
| L250 | Other Written Motions/Submissions | 0.10 | $ | 24.50 |
| | TOTAL FEES | 14.30 | $ | 3,230.50 |
| | TOTAL FEES DUE | | $ | 3,230.50 |
| | TOTAL DISBURSEMENTS DUE | | $ | 331.81 |
| | TOTAL DUE THIS INVOICE | | $ | 3,562.31 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 27, 2012
0G2012-301051

INVOICE # 800626

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0G2012-301051 TC Number: 716587

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 05/14/12 | Telephone conference with E.Galvez and Judicial Assistant to set Hearing on Motion to Reconsider as telephone hearing. | L110 | MPE | .20 | 149.00 | 29.80 |

FEES $29.80

35 Express Mail/Fedex 0.00

AMOUNT DUE THIS BILL $29.80

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE 2
AUGUST 27, 2012

0G2012-301051

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| Melisa P. Palmer | Paralegal | 149.00 | .20 | 29.80 |
| Total | | | .20 | 29.80 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

AUGUST 27, 2012
0G2012-301051
INVOICE # 800626

BILL AMOUNT $29.80

---

To: ResCap
1100 Virginia Drive
Fort Washington, PA 19034

TC Number: 716587
Invoice Date: 08/27/2012
Invoice No. 800626
Period ending: 05/31/2012

Case Management Number LD 0G2012-301051

| Code Task | Current Invoice Hours | | Fees |
|---|---|---|---|
| L110 Fact Investigation/Development | 0.20 | $ | 29.80 |
| TOTAL FEES | 0.20 | $ | 29.80 |
| TOTAL FEES DUE | | $ | 29.80 |
| TOTAL DISBURSEMENTS DUE | | $ | 0.00 |
| TOTAL DUE THIS INVOICE | | $ | 29.80 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 27, 2012
0G2012-301054

INVOICE # 800627

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0G2012-301054 TC Number: 712653

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 05/15/12 | Review and analyze issues regarding bankruptcy stay | L120 | JJPH | .10 | 250.00 | 25.00 |
| 05/24/12 | Email correspondence regarding bankruptcy stay | L120 | JJPH | .10 | 250.00 | 25.00 |

| | |
|---|---|
| FEES | $50.00 |
| AMOUNT DUE THIS BILL | $50.00 |

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

AUGUST 27, 2012

0G2012-301054

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| Joshua J. Phillips | Associate | 250.00 | .20 | 50.00 |
| Total | | | .20 | 50.00 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

AUGUST 27, 2012
0G2012-301054
INVOICE # 800627

BILL AMOUNT $50.00

---

To: ResCap
1100 Virginia Drive
Fort Washington, PA 19034

TC Number: 712653
Invoice Date: 08/27/2012
Invoice No. 800627
Period ending: 05/31/2012

Case Management Number LD 0G2012-301054

| Code Task | Current Invoice Hours | | Fees |
|---|---|---|---|
| L120 Analysis/Strategy | 0.20 | $ | 50.00 |
| TOTAL FEES | 0.20 | $ | 50.00 |
| TOTAL FEES DUE | | $ | 50.00 |
| TOTAL DISBURSEMENTS DUE | | $ | 0.00 |
| TOTAL DUE THIS INVOICE | | $ | 50.00 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 27, 2012
0G2012-301055

INVOICE # 800628

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0G2012-301055 TC Number: 712411

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 05/15/12 | Review and analyze file to determine appropriate party information to provide to attorney for bankruptcy chart | L120 | KE | .20 | 150.00 | 30.00 |
| 05/15/12 | Review and analyze matter and determine if bankruptcy stay is in place and, if so, how it will impact the case | L120 | phn | .40 | 200.00 | 80.00 |
| 05/16/12 | Reclassify bankruptcy categories based on GMACÆs updated bucket chart | L190 | phn | .20 | 200.00 | 40.00 |

FEES $150.00

AMOUNT DUE THIS BILL $150.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE 2
AUGUST 27, 2012

0G2012-301055

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| Karalia Ezell | Paralegal | 150.00 | .20 | 30.00 |
| Preston H. Neel | Associate | 200.00 | .60 | 120.00 |
| Total | | | .80 | 150.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

AUGUST 27, 2012
0G2012-301055
INVOICE # 800628

BILL AMOUNT $150.00

To: ResCap
1100 Virginia Drive
Fort Washington, PA 19034

TC Number: 712411
Invoice Date: 08/27/2012
Invoice No. 800628
Period ending: 05/31/2012

Case Management Number LD 0G2012-301055

| Code | Task | Current Invoice Hours | | Fees |
|---|---|---|---|---|
| L120 | Analysis/Strategy | 0.60 | $ | 110.00 |
| L190 | Other Case Assessment, Develop't/Admin | 0.20 | $ | 40.00 |
| | TOTAL FEES | 0.80 | $ | 150.00 |
| | TOTAL FEES DUE | | $ | 150.00 |
| | TOTAL DISBURSEMENTS DUE | | $ | 0.00 |
| | TOTAL DUE THIS INVOICE | | $ | 150.00 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 27, 2012
0G2012-301058

INVOICE # 800629

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0G2012-301058 TC Number: 714133

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 05/15/12 | Conference with J.Vega regarding case status relative to bankruptcy | L110 | JAM | .10 | 145.00 | 14.50 |
| 05/15/12 | Draft correspondence to opposing counsel addressing her concerns with the settlement agreement | L160 | RK | .70 | 185.00 | 129.50 |
| 05/15/12 | Review and analyze matter and determine if bankruptcy stay is in place and, if so, how it will affect the case | L120 | JDV | .30 | 219.00 | 65.70 |
| 05/17/12 | Strategy conferences regarding loan modification agreement | L160 | GWG | .40 | 263.00 | 105.20 |
| 05/17/12 | Conference regarding opposing counsel's questions | L120 | RK | .30 | 185.00 | 55.50 |
| 05/17/12 | Communications with E.Cvetetic, defendants' attorney, regarding loan modification concerns | L160 | JDV | .40 | 219.00 | 87.60 |
| 05/17/12 | Communications with clientl regarding concerns of E.Cvetetic, defendants' attorney, to record the loan modification agreement | L160 | JDV | .30 | 219.00 | 65.70 |
| 05/17/12 | Analysis of state law regarding recordation of a loan modification agreement | L120 | JDV | .40 | 219.00 | 87.60 |
| 05/21/12 | Review settlement agreement executed by defendants | L160 | JDV | .20 | 219.00 | 43.80 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE 2
AUGUST 27, 2012

0G2012-301058

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 05/22/12 | Communications with client regarding execution of settlement agreement and loan modification agreement | L190 | JDV | .30 | 219.00 | 65.70 |
| 05/29/12 | Analysis and review of Order Rescinding Foreclosure and multiple telephone conferences with Circuit Court and Probate Court pertaining to same | L110 | ABB | .40 | 150.00 | 60.00 |
| 05/29/12 | Preparation of correspondence to Probate Court regarding foreclosure Order | L110 | ABB | .30 | 150.00 | 45.00 |
| 05/29/12 | Review executed Order rescinding foreclosure sale and communications with client regarding same | L210 | JDV | .20 | 219.00 | 43.80 |
| 05/29/12 | Conference with judge regarding settlement | L160 | RK | .30 | 185.00 | 55.50 |
| 05/30/12 | Communications with client regarding correspondence sent to defendants from attorney Barnes | L190 | JDV | .40 | 219.00 | 87.60 |
| 05/30/12 | Communications with E.Cvetetic regarding correspondence sent to defendants from attorney Barnes | L190 | JDV | .40 | 219.00 | 87.60 |
| 05/30/12 | Correspondence to Morgan County with enclosures to Probate regarding recorded Order and compilation of documents and enclosures | L110 | ABB | .50 | 150.00 | 75.00 |

FEES $1,175.30



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE 3
AUGUST 27, 2012

0G2012-301058

FED ID NO. 63-0243316

**DESCRIPTION OF DISBURSEMENTS**

| | | |
|---|---|---|
| 08 | Recording Fees | 9.00 |
| | COSTS | $9.00 |
| | AMOUNT DUE THIS BILL | $1,184.30 |

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

AUGUST 27, 2012

Rescap

0G2012-301058

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| Jamie Mathews | Paralegal | 145.00 | .10 | 14.50 |
| Allison Burke | Paralegal | 150.00 | 1.20 | 180.00 |
| Graham W. Gerhardt | Partner | 263.00 | .40 | 105.20 |
| Jose D. Vega | Associate | 219.00 | 2.90 | 635.10 |
| Riley Key | Associate | 185.00 | 1.30 | 240.50 |
| Total | | | 5.90 | 1,175.30 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

AUGUST 27, 2012
0G2012-301058
INVOICE # 800629

BILL AMOUNT $1,184.30

---

To: ResCap
1100 Virginia Drive
Fort Washington, PA 19034

TC Number: 714133
Invoice Date: 08/27/2012
Invoice No. 800629
Period ending: 05/31/2012

Case Management Number LD 0G2012-301058

| Code Task | Current Invoice Hours | | Fees |
|---|---|---|---|
| L110 Fact Investigation/Development | 1.30 | $ | 194.50 |
| L120 Analysis/Strategy | 1.00 | $ | 208.80 |
| L160 Settlement/Non-Binding ADR | 2.30 | $ | 487.30 |
| L190 Other Case Assessment, Develop't/Admin | 1.10 | $ | 240.90 |
| L210 Pleadings | 0.20 | $ | 43.80 |
| TOTAL FEES | 5.90 | $ | 1,175.30 |
| TOTAL FEES DUE | | $ | 1,175.30 |
| TOTAL DISBURSEMENTS DUE | | $ | 9.00 |
| TOTAL DUE THIS INVOICE | | $ | 1,184.30 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 27, 2012
0G2012-301059

INVOICE # 800630

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0G2012-301059 TC Number: 707801

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 05/16/12 | Review and analyze matter to determine if bankruptcy stay is in place and, if so, how it will impact the case | L120 | NJV | .10 | 258.00 | 25.80 |

FEES $25.80

AMOUNT DUE THIS BILL $25.80

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE 2
AUGUST 27, 2012

0G2012-301059

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| Nicholas J. Voelker | Associate | 258.00 | .10 | 25.80 |
| Total | | | .10 | 25.80 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

AUGUST 27, 2012
0G2012-301059
INVOICE # 800630

BILL AMOUNT $25.80

---

To: ResCap
1100 Virginia Drive
Fort Washington, PA 19034

TC Number: 707801
Invoice Date: 08/27/2012
Invoice No. 800630
Period ending: 05/31/2012

Case Management Number LD 0G2012-301059

| Code Task | Current Invoice Hours | | Fees |
|---|---|---|---|
| L120 Analysis/Strategy | 0.10 | $ | 25.80 |
| TOTAL FEES | 0.10 | $ | 25.80 |
| TOTAL FEES DUE | | $ | 25.80 |
| TOTAL DISBURSEMENTS DUE | | $ | 0.00 |
| TOTAL DUE THIS INVOICE | | $ | 25.80 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 27, 2012
0G2012-301061

INVOICE # 800631

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0G2012-301061 TC Number: 709618

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 05/16/12 | Review and analyze matter and determine if bankruptcy stay is in place, and, if so, how it will impact case | L120 | KSA | .20 | 223.00 | 44.60 |
| 05/22/12 | Review court's pretrial order in anticipation for July 23 trial setting | L120 | KSA | .80 | 223.00 | 178.40 |
| 05/22/12 | Conference call and email to P.Stokes regarding strategy and witness availability | L120 | KSA | .40 | 223.00 | 89.20 |

| | |
|---|---|
| FEES | $342.20 |
| AMOUNT DUE THIS BILL | $342.20 |

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE 2
AUGUST 27, 2012

0G2012-301061

FED ID NO. 63-0243316

**INDIVIDUAL SUMMARY**

| NAME | RANK | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| Keith S. Anderson | Associate | 223.00 | 1.40 | 312.20 |
| Total | | | 1.40 | 312.20 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

AUGUST 27, 2012
0G2012-301061

BILL AMOUNT $342.20

INVOICE # 800631

---

To: ResCap
1100 Virginia Drive
Fort Washington, PA 19034

TC Number: 709618
Invoice Date: 08/27/2012
Invoice No. 800631
Period ending: 05/31/2012

Case Management Number LD 0G2012-301061

| Code Task | Current Invoice Hours | | Fees |
|---|---|---|---|
| L120 Analysis/Strategy | 1.40 | $ | 312.20 |
| TOTAL FEES | 1.40 | $ | 342.20 |
| TOTAL FEES DUE | | $ | 342.20 |
| TOTAL DISBURSEMENTS DUE | | $ | 0.00 |
| TOTAL DUE THIS INVOICE | | $ | 342.20 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 27, 2012
0G2012-301062

INVOICE # 800632

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0G2012-301062 TC Number: 709816

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 05/15/12 | Review and analyze issues re bankruptcy stay | L120 | JJPH | .20 | 250.00 | 50.00 |
| 05/21/12 | Reviewed client email from client on status of DIL approval by Loss Mitigation and the status of filing a suggestion of bankruptcy/relief from stay | L190 | KW | .20 | 185.00 | 37.00 |
| 05/21/12 | Review and respond to correspondence from client regarding status of consideration of financial package, and effect of bankruptcy on case. | P500 | JDR | .10 | 293.00 | 29.30 |
| 05/22/12 | Planned and prepared for filing suggestion of bankruptcy according to appropriate "bucket" | P300 | KW | .10 | 185.00 | 18.50 |
| 05/30/12 | Reviewed correspondence from client re: loss mitigation's denial of deed in lieu procedure | C100 | KW | .20 | 185.00 | 37.00 |

FEES $171.80

AMOUNT DUE THIS BILL $171.80

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE 2
AUGUST 27, 2012

0G2012-301062

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| Joshua J. Phillips | Associate | 250.00 | .20 | 50.00 |
| Jonathan Rose | Partner | 293.00 | .10 | 29.30 |
| Kristi Wilcox | Associate | 185.00 | .50 | 92.50 |
| Total | | | .80 | 171.80 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

AUGUST 27, 2012
0G2012-301062
INVOICE # 800632

BILL AMOUNT $171.80

---

To: ResCap
1100 Virginia Drive
Fort Washington, PA 19034

TC Number: 709816
Invoice Date: 08/27/2012
Invoice No. 800632
Period ending: 05/31/2012

Case Management Number LD 0G2012-301062

| Code | Task | Current Invoice Hours | | Fees |
|---|---|---|---|---|
| C100 | Fact Gathering | 0.20 | $ | 37.00 |
| L120 | Analysis/Strategy | 0.20 | $ | 50.00 |
| L190 | Other Case Assessment, Develop't/Admin | 0.20 | $ | 37.00 |
| P300 | Structure/Strategy/Analysis | 0.10 | $ | 18.50 |
| P500 | Negotiation/Revision/Responses | 0.10 | $ | 29.30 |
| | TOTAL FEES | 0.80 | $ | 171.80 |
| | TOTAL FEES DUE | | $ | 171.80 |
| | TOTAL DISBURSEMENTS DUE | | $ | 0.00 |
| | TOTAL DUE THIS INVOICE | | $ | 171.80 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 27, 2012
0G2012-301063

INVOICE # 800633

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0G2012-301063 TC Number: 711738

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 05/14/12 | Email from counsel for borrower enclosing bank account information for borrower | L310 | JHP | .20 | 245.00 | 49.00 |
| 05/15/12 | Assimilation and compilation of General Briefing Order and recordation of imperative information contained therein | L110 | ABB | .30 | 150.00 | 45.00 |
| 05/15/12 | Analysis of Scheduling Order and summarization of same | L110 | ABB | .30 | 150.00 | 45.00 |
| 05/15/12 | Review file for effect of bankruptcy on continued litigation | L120 | BG | .10 | 190.00 | 19.00 |
| 05/21/12 | Email from client regarding suggestion of bankruptcy | L120 | JHP | .10 | 245.00 | 24.50 |
| 05/21/12 | Draft Notice of Bankruptcy | L210 | BG | .20 | 190.00 | 38.00 |
| 05/22/12 | Finalize Notice of Bankruptcy and prepare for service upon all parties and for filing in Federal Court | L110 | ABB | .50 | 150.00 | 75.00 |
| 05/22/12 | E-mail communications with client regarding bankruptcy stay | L110 | ABB | .20 | 150.00 | 30.00 |
| 05/22/12 | Revise and edit Notice of Suggestion of Bankruptcy and prepare for filing | L210 | JHP | .20 | 245.00 | 49.00 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE 2
AUGUST 27, 2012

Rescap

0G2012-301063

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 05/31/12 | Emails to/from client contacts to discuss status of bankruptcy stay and to discuss borrower's discussions with co-defendant | L120 | JHP | .10 | 245.00 | 24.50 |
| 05/31/12 | Correspondence with BorrowersÆ counsel regarding property inspection and prospective motion to lift stay | L120 | BG | .10 | 190.00 | 19.00 |
| 05/31/12 | Emails to/from counsel to discuss status of bankruptcy stay and to discuss borrower's discussions with co-defendant | L190 | JHP | .10 | 245.00 | 24.50 |

FEES $442.50

01 Copy Charges 0.00

AMOUNT DUE THIS BILL $442.50

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE 3
AUGUST 27, 2012

0G2012-301063

FED ID NO. 63-0243316

**INDIVIDUAL SUMMARY**

| NAME | RANK | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| Allison Burke | Paralegal | 150.00 | 1.30 | 195.00 |
| Jon H. Patterson | Associate | 245.00 | .70 | 171.50 |
| Blake Goodsell | Associate | 190.00 | .40 | 76.00 |
| Total | | | 2.40 | 442.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

BILL AMOUNT $442.50

AUGUST 27, 2012
0G2012-301063
INVOICE # 800633

To: ResCap
1100 Virginia Drive
Fort Washington, PA 19034

TC Number: 711738
Invoice Date: 08/27/2012
Invoice No. 800633
Period ending: 05/31/2012

Case Management Number LD 0G2012-301063

| Code Task | Current Invoice Hours | | Fees |
|---|---|---|---|
| L110 Fact Investigation/Development | 1.30 | $ | 195.00 |
| L120 Analysis/Strategy | 0.40 | $ | 87.00 |
| L190 Other Case Assessment, Develop't/Admin | 0.10 | $ | 24.50 |
| L210 Pleadings | 0.40 | $ | 87.00 |
| L310 Written Discovery | 0.20 | $ | 49.00 |
| TOTAL FEES | 2.40 | $ | 442.50 |
| TOTAL FEES DUE | | $ | 442.50 |
| TOTAL DISBURSEMENTS DUE | | $ | 0.00 |
| TOTAL DUE THIS INVOICE | | $ | 442.50 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 27, 2012
0G2012-301065

INVOICE # 800634

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0G2012-301065 TC Number: 715285

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 05/14/12 | Draft status report for client regarding setting of hearing | L120 | JMH | .10 | 241.00 | 24.10 |
| 05/15/12 | Determine appropriate "bucket" assignment for matter, whether automatic stay applies to any represented clients, and whether to seek relief from same | L120 | JMH | .20 | 241.00 | 48.20 |

| | |
|---|---|
| FEES | $72.30 |
| AMOUNT DUE THIS BILL | $72.30 |

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE 2
AUGUST 27, 2012

0G2012-301065

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| Jonathan Hooks | Associate | 241.00 | .30 | 72.30 |
| Total | | | .30 | 72.30 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

AUGUST 27, 2012
0G2012-301065
INVOICE # 800634

BILL AMOUNT $72.30

---

To: ResCap
1100 Virginia Drive
Fort Washington, PA 19034

TC Number: 715285
Invoice Date: 08/27/2012
Invoice No. 800634
Period ending: 05/31/2012

Case Management Number LD 0G2012-301065

| Code Task | Current Invoice Hours | | Fees |
|---|---|---|---|
| L120 Analysis/Strategy | 0.30 | $ | 72.30 |
| TOTAL FEES | 0.30 | $ | 72.30 |
| TOTAL FEES DUE | | $ | 72.30 |
| TOTAL DISBURSEMENTS DUE | | $ | 0.00 |
| TOTAL DUE THIS INVOICE | | $ | 72.30 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 27, 2012
0G2012-301066

INVOICE # 800635

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0G2012-301066 TC Number: 715873

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 05/15/12 | Review matter, insert required information into bankruptcy spreadsheet, and make bucket determinations | L120 | JCCO | .20 | 195.00 | 39.00 |
| 05/16/12 | Review privilege log to ensure accuracy | L320 | JCCO | .80 | 195.00 | 156.00 |
| 05/22/12 | Review privilege log and speak with opposing counsel regarding scheduling of depositions and overall trial schedule | L330 | JCCO | 1.20 | 195.00 | 234.00 |
| 05/24/12 | Unredact portions of initial production which may not be privileged and send to opposing counsel with a letter detailing GMAC's actions | L320 | JCCO | 1.70 | 195.00 | 331.50 |
| 05/24/12 | Strategy conference regarding production of a privilege log | L310 | GWG | .20 | 263.00 | 52.60 |
| 05/29/12 | Send email to opposing counsel regarding scheduling of GMAC depositions | L330 | JCCO | .10 | 195.00 | 19.50 |

| | | | |
|---|---|---|---|
| | FEES | | $832.60 |
| 01 | Copy Charges | 0.00 | |
| 02 | Postage Charges | 0.00 | |
| | AMOUNT DUE THIS BILL | | $832.60 |

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE 2
AUGUST 27, 2012

0G2012-301066

FED ID NO. 63-0243316

**INDIVIDUAL SUMMARY**

| NAME | RANK | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| Jonathan Cobb | Associate | 195.00 | 4.00 | 780.00 |
| Graham W. Gerhardt | Partner | 263.00 | .20 | 52.60 |
| Total | | | 4.20 | 832.60 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

AUGUST 27, 2012
0G2012-301066
INVOICE # 800635

BILL AMOUNT $832.60

To: ResCap
1100 Virginia Drive
Fort Washington, PA 19034

TC Number: 715873
Invoice Date: 08/27/2012
Invoice No. 800635
Period ending: 05/31/2012

Case Management Number LD 0G2012-301066

| Code Task | Current Invoice Hours | | Current Invoice Fees |
|---|---|---|---|
| L120 Analysis/Strategy | 0.20 | $ | 39.00 |
| L310 Written Discovery | 0.20 | $ | 52.60 |
| L320 Document Production | 2.50 | $ | 487.50 |
| L330 Depositions | 1.30 | $ | 253.50 |
| TOTAL FEES | 4.20 | $ | 832.60 |
| TOTAL FEES DUE | | $ | 832.60 |
| TOTAL DISBURSEMENTS DUE | | $ | 0.00 |
| TOTAL DUE THIS INVOICE | | $ | 832.60 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 27, 2012
0G2012-301069

INVOICE # 800636

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0G2012-301069 TC Number: 718287

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 05/15/12 | Analyze matter and determine if bankruptcy stay is in place and if so, how it will impact the case | L120 | CLHA | .20 | 345.00 | 69.00 |
| 05/21/12 | Analyze confirmation order and advise client regarding same | L120 | CLHA | .30 | 345.00 | 103.50 |
| 05/21/12 | Prepare stipulation of dismissal and email to opposing counsel regarding stipulation of dismissal | L120 | CLHA | .50 | 345.00 | 172.50 |
| 05/22/12 | Finalize and file joint stipulation of dismissal of adversary proceeding | L120 | CLHA | .40 | 345.00 | 138.00 |
| 05/23/12 | Prepare and circulate closing memorandum | L120 | CLHA | .50 | 345.00 | 172.50 |

FEES $655.50

AMOUNT DUE THIS BILL $655.50

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE 2
AUGUST 27, 2012

0G2012-301069

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| Christopher L. Hawkins | Partner | 345.00 | 1.90 | 655.50 |
| Total | | | 1.90 | 655.50 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

AUGUST 27, 2012
0G2012-301069
INVOICE # 800636

BILL AMOUNT $655.50

---

To: ResCap
1100 Virginia Drive
Fort Washington, PA 19034

TC Number: 718287
Invoice Date: 08/27/2012
Invoice No. 800636
Period ending: 05/31/2012

Case Management Number LD 0G2012-301069

| Code Task | Current Invoice Hours | | Current Invoice Fees |
|---|---|---|---|
| L120 Analysis/Strategy | 1.90 | $ | 655.50 |
| TOTAL FEES | 1.90 | $ | 655.50 |
| TOTAL FEES DUE | | $ | 655.50 |
| TOTAL DISBURSEMENTS DUE | | $ | 0.00 |
| TOTAL DUE THIS INVOICE | | $ | 655.50 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 27, 2012
0G2012-301070

INVOICE # 800637

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0G2012-301070 TC Number: 718085

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 05/15/12 | Review and analyze matter and determine if bankruptcy stay is in place and, if so, how it will impact the case | L120 | phn | .40 | 200.00 | 80.00 |
| 05/16/12 | Reclassify bankruptcy categories based on GMACÆs updated bucket chart from bankruptcy counsel | L190 | phn | .20 | 200.00 | 40.00 |
| 05/18/12 | Draft email requesting approval for suggestion of bankruptcy | L210 | phn | .30 | 200.00 | 60.00 |
| 05/18/12 | Draft suggestion of bankruptcy | L210 | phn | .50 | 200.00 | 100.00 |
| 05/21/12 | Analysis of bankruptcy classification | L120 | phn | .30 | 200.00 | 60.00 |
| 05/21/12 | Conference call with client regarding loan modification and bankruptcy suggestion | L120 | phn | .40 | 200.00 | 80.00 |
| 05/25/12 | Conference call with client regarding suggestion of bankruptcy and attempted phone calls with opposing counsel regarding possible continuance | L190 | phn | .50 | 200.00 | 100.00 |
| 05/25/12 | Draft joint motion to continue trial setting and pretrial conference | L210 | phn | .30 | 200.00 | 60.00 |
| 05/25/12 | Strategy conference regarding effect of bankruptcy on case and possible motion to continue remaining deadlines | L120 | GWG | .40 | 263.00 | 105.20 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE 2
AUGUST 27, 2012

0G2012-301070

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 05/29/12 | Draft Suggestion of Bankruptcy, conference call with opposing counsel informing him of bankruptcy, and prepare for filing and service | L210 | phn | 1.20 | 200.00 | 240.00 |
| 05/29/12 | Finalize Notice of Bankruptcy and prepare for filing and service. | L210 | MST | .40 | 150.00 | 60.00 |
| 05/30/12 | Change bankruptcy classification in master spreadsheet | L190 | phn | .10 | 200.00 | 20.00 |

| | |
|---|---|
| FEES | $1,005.20 |
| AMOUNT DUE THIS BILL | $1,005.20 |

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

AUGUST 27, 2012

0G2012-301070

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| Melanie Thompson | Paralegal | 150.00 | .40 | 60.00 |
| Graham W. Gerhardt | Partner | 263.00 | .40 | 105.20 |
| Preston H. Neel | Associate | 200.00 | 4.20 | 840.00 |
| Total | | | 5.00 | 1,005.20 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

AUGUST 27, 2012
0G2012-301070
INVOICE # 800637

BILL AMOUNT $1,005.20

---

To: ResCap
1100 Virginia Drive
Fort Washington, PA 19034

TC Number: 718085
Invoice Date: 08/27/2012
Invoice No. 800637
Period ending: 05/31/2012

Case Management Number LD 0G2012-301070

| Code | Task | Current Invoice Hours | | Fees |
|---|---|---|---|---|
| L120 | Analysis/Strategy | 1.50 | $ | 325.20 |
| L190 | Other Case Assessment, Develop't/Admin | 0.80 | $ | 160.00 |
| L210 | Pleadings | 2.70 | $ | 520.00 |
| | TOTAL FEES | 5.00 | $ | 1,005.20 |
| | TOTAL FEES DUE | | $ | 1,005.20 |
| | TOTAL DISBURSEMENTS DUE | | $ | 0.00 |
| | TOTAL DUE THIS INVOICE | | $ | 1,005.20 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 27, 2012
0G2012-301072

INVOICE # 800638

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0G2012-301072 TC Number: 719127

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 05/17/12 | Review and analyze matter and determine if bankruptcy stay is in place and, if so, how it will impact the case | L120 | LADA | .40 | 65.00 | 26.00 |
| 05/29/12 | Draft status report for client regarding dismissal of matter | L120 | MSW | .10 | 254.00 | 25.40 |

| | |
|---|---|
| FEES | $51.40 |
| AMOUNT DUE THIS BILL | $51.40 |

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE 2
AUGUST 27, 2012

0G2012-301072

FED ID NO. 63-0243316

**INDIVIDUAL SUMMARY**

| NAME | RANK | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| Mark S. Wierman | Associate | 254.00 | .10 | 25.40 |
| Lucinda Kish | Paralegal | 65.00 | .40 | 26.00 |
| Total | | | .50 | 51.40 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

AUGUST 27, 2012
0G2012-301072
INVOICE # 800638

BILL AMOUNT $51.40

---

To: ResCap
1100 Virginia Drive
Fort Washington, PA 19034

TC Number: 719127
Invoice Date: 08/27/2012
Invoice No. 800638
Period ending: 05/31/2012

Case Management Number LD 0G2012-301072

| Code Task | Current Invoice Hours | | Fees |
|---|---|---|---|
| L120 Analysis/Strategy | 0.50 | $ | 51.40 |
| TOTAL FEES | 0.50 | $ | 51.40 |
| TOTAL FEES DUE | | $ | 51.40 |
| TOTAL DISBURSEMENTS DUE | | $ | 0.00 |
| TOTAL DUE THIS INVOICE | | $ | 51.40 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 27, 2012
0G2012-301073

INVOICE # 800639

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0G2012-301073 TC Number: 719617

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 05/15/12 | Review and analyze issues re bankruptcy stay | L120 | JJPH | .10 | 250.00 | 25.00 |
| 05/22/12 | Telephone conference with Pete Whaley regarding bankruptcy filing and regarding potential settlement of case | P500 | JDR | .20 | 293.00 | 58.60 |
| 05/22/12 | E-mail correspondence with P.Whaley regarding GMAC bankruptcy, in response to his request, including locating and attaching relevant bankruptcy filings | P500 | JDR | .30 | 293.00 | 87.90 |
| 05/22/12 | Email correspondence with Pete Whaley re GMAC bankruptcy and settlement | L160 | JJPH | .10 | 250.00 | 25.00 |
| 05/23/12 | Telephone call and email correspondence to client re medical records | L310 | JJPH | .20 | 250.00 | 50.00 |
| 05/24/12 | Telephone conference with client re medical records and case strategy | L120 | JJPH | .40 | 250.00 | 100.00 |
| 05/24/12 | Two telephone conferences with St. Elizabeth's Hospital regarding order of medical records | P100 | CAV | .10 | 145.00 | 14.50 |

FEES $361.00



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE 2
AUGUST 27, 2012

0G2012-301073

FED ID NO. 63-0243316

AMOUNT DUE THIS BILL $361.00

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

AUGUST 27, 2012

0G2012-301073

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| Joshua J. Phillips | Associate | 250.00 | .80 | 200.00 |
| Jonathan Rose | Partner | 293.00 | .50 | 146.50 |
| Catherine A. Vest | Paralegal | 145.00 | .10 | 14.50 |
| Total | | | 1.40 | 361.00 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

AUGUST 27, 2012
0G2012-301073
INVOICE # 800639

BILL AMOUNT $361.00

---

To: ResCap
1100 Virginia Drive
Fort Washington, PA 19034

TC Number: 719617
Invoice Date: 08/27/2012
Invoice No. 800639
Period ending: 05/31/2012

Case Management Number LD 0G2012-301073

| Code | Task | Current Invoice Hours | | Fees |
|---|---|---|---|---|
| L120 | Analysis/Strategy | 0.50 | $ | 125.00 |
| L160 | Settlement/Non-Binding ADR | 0.10 | $ | 25.00 |
| L310 | Written Discovery | 0.20 | $ | 50.00 |
| P100 | Project Administration | 0.10 | $ | 14.50 |
| P500 | Negotiation/Revision/Responses | 0.50 | $ | 146.50 |
| | TOTAL FEES | 1.40 | $ | 361.00 |
| | TOTAL FEES DUE | | $ | 361.00 |
| | TOTAL DISBURSEMENTS DUE | | $ | 0.00 |
| | TOTAL DUE THIS INVOICE | | $ | 361.00 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 27, 2012
0G2012-301074

INVOICE # 800640

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0G2012-301074 TC Number: 719598

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 05/15/12 | Review and analyze matter and determine if bankruptcy stay is in place and, if so, how it will impact the case | L120 | CM | .30 | 185.00 | 55.50 |
| 05/16/12 | In light of updated information, analyze matter and determine if bankruptcy stay is in place, and, if so, how it will impact the case | L120 | CM | .10 | 185.00 | 18.50 |
| 05/16/12 | Call with client regarding arrearages on home equity loan | L160 | GWG | .20 | 263.00 | 52.60 |
| 05/21/12 | Correspondence with client regarding loan modification | L160 | GWG | .30 | 263.00 | 78.90 |
| 05/24/12 | Calls with borrower's counsel regarding effect of GMAC's bankruptcy on our ability to try to settle this matter | L160 | GWG | .30 | 263.00 | 78.90 |
| 05/24/12 | Call to borrower's counsel regarding loan modification terms | L160 | CM | .50 | 185.00 | 92.50 |

FEES $376.90

AMOUNT DUE THIS BILL $376.90

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

AUGUST 27, 2012

0G2012-301074

FED ID NO. 63-0243316

**INDIVIDUAL SUMMARY**

| NAME | RANK | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| Graham W. Gerhardt | Partner | 263.00 | .80 | 210.40 |
| Cam Miller | Associate | 185.00 | .90 | 166.50 |
| Total | | | 1.70 | 376.90 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

AUGUST 27, 2012
0G2012-301074
INVOICE # 800640

BILL AMOUNT $376.90

---

To: ResCap
1100 Virginia Drive
Fort Washington, PA 19034

TC Number: 719598
Invoice Date: 08/27/2012
Invoice No. 800640
Period ending: 05/31/2012

Case Management Number LD 0G2012-301074

| Code | Task | Current Invoice Hours | | Fees |
|---|---|---|---|---|
| L120 | Analysis/Strategy | 0.40 | $ | 74.00 |
| L160 | Settlement/Non-Binding ADR | 1.30 | $ | 302.90 |
| | TOTAL FEES | 1.70 | $ | 376.90 |
| | TOTAL FEES DUE | | $ | 376.90 |
| | TOTAL DISBURSEMENTS DUE | | $ | 0.00 |
| | TOTAL DUE THIS INVOICE | | $ | 376.90 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 27, 2012
0G2012-301076

INVOICE # 800642

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0G2012-301076 TC Number: 720586

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 05/16/12 | Review and analyze matter and determine if bankruptcy stay is in place and, if so, how it will impact the case | L120 | AKA | .20 | 184.00 | 36.80 |
| 05/17/12 | Review status update on GMAC bankruptcy from C.Hancock/ S.Stell | L190 | AKA | .10 | 184.00 | 18.40 |
| 05/18/12 | Check status for oral arguments in light of GMAC bankruptcy | L190 | AKA | .30 | 184.00 | 55.20 |
| 05/18/12 | E-mail to M.Ayers regarding status of oral arguments | L120 | AKA | .10 | 184.00 | 18.40 |
| 05/24/12 | Phone call with C.Hancock regarding GMAC bankruptcy status updates | L190 | AKA | .30 | 184.00 | 55.20 |
| 05/29/12 | Research for oral argument | L530 | MJA | .20 | 297.00 | 59.40 |
| 05/31/12 | Search Florida case law for relevant judgments entered after appellant's reply brief was filed | C200 | AKA | 1.20 | 184.00 | 220.80 |
| 05/31/12 | Continued preparations for oral argument, including analysis of cases cited on opposing brief and record documents | L530 | MJA | 3.80 | 297.00 | 1,128.60 |

FEES $1,592.80

| | | |
|---|---|---|
| 01 | Copy Charges | 0.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE 2
AUGUST 27, 2012

0G2012-301076

FED ID NO. 63-0243316

AMOUNT DUE THIS BILL $1,592.80

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

AUGUST 27, 2012

Rescap

0G2012-301076

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| Marc J. Ayers | Partner | 297.00 | 4.00 | 1,188.00 |
| Anne Averitt | Associate | 184.00 | 2.20 | 404.80 |
| Total | | | 6.20 | 1,592.80 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

AUGUST 27, 2012
0G2012-301076
INVOICE # 800642

BILL AMOUNT $1,592.80

To: ResCap
1100 Virginia Drive
Fort Washington, PA 19034

TC Number: 720586
Invoice Date: 08/27/2012
Invoice No. 800642
Period ending: 05/31/2012

Case Management Number LD 0G2012-301076

| Code | Task | Current Invoice Hours | | Fees |
|---|---|---|---|---|
| C200 | Researching Law | 1.20 | $ | 220.80 |
| L120 | Analysis/Strategy | 0.30 | $ | 55.20 |
| L190 | Other Case Assessment, Develop't/Admin | 0.70 | $ | 128.80 |
| L530 | Oral Argument | 4.00 | $ | 1,188.00 |
| | TOTAL FEES | 6.20 | $ | 1,592.80 |
| | TOTAL FEES DUE | | $ | 1,592.80 |
| | TOTAL DISBURSEMENTS DUE | | $ | 0.00 |
| | TOTAL DUE THIS INVOICE | | $ | 1,592.80 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 27, 2012
0G2012-301077

INVOICE # 800643

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0G2012-301077 TC Number: 722608

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 05/15/12 | Conference with J.Vega regarding case status relative to bankruptcy | L110 | JAM | .10 | 145.00 | 14.50 |
| 05/16/12 | Review and analyze matter and determine if bankruptcy stay is in place and, if so, how it will affect the case | L190 | JDV | .30 | 219.00 | 65.70 |
| 05/21/12 | Correspondence with client regarding draft settlement agreement review prior to transmittal to opposing counsel | C400 | MW | .20 | 263.00 | 52.60 |
| 05/22/12 | Review and analyze court dockets for both cases and provide attorney with updated information regarding hearing on the motion to vacate | L120 | KE | .30 | 150.00 | 45.00 |
| 05/22/12 | Various emails with attorney regarding status of hearing and provide prior communications for case strategy | L120 | KE | .20 | 150.00 | 30.00 |
| 05/23/12 | Exchange email with J.Pierce regarding status of settlement agreement | L120 | HTC | .10 | 315.00 | 31.50 |
| 05/24/12 | Review and revise settlement agreement | L160 | MW | .50 | 263.00 | 131.50 |
| 05/25/12 | Review revised settlement agreement and exchange emails with J.Pierce, borrower's counsel regarding same | L160 | HTC | .20 | 315.00 | 63.00 |

FEES $433.80



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE     2
AUGUST 27, 2012

0G2012-301077

FED ID NO. 63-0243316

AMOUNT DUE THIS BILL                    $433.80

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE 3
AUGUST 27, 2012

0G2012-301077

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| Karalia Ezell | Paralegal | 150.00 | .50 | 75.00 |
| Hope Cannon | Partner | 315.00 | .30 | 94.50 |
| Jamie Mathews | Paralegal | 145.00 | .10 | 14.50 |
| Jose D. Vega | Associate | 219.00 | .30 | 65.70 |
| Monica Wilson | Associate | 263.00 | .70 | 184.10 |
| Total | | | 1.90 | 433.80 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

AUGUST 27, 2012
0G2012-301077
INVOICE # 800643

BILL AMOUNT $433.80

---

To: ResCap
1100 Virginia Drive
Fort Washington, PA 19034

TC Number: 722608
Invoice Date: 08/27/2012
Invoice No. 800643
Period ending: 05/31/2012

Case Management Number LD 0G2012-301077

| Code | Task | Current Invoice Hours | | Fees |
|---|---|---|---|---|
| C400 | Third Party Communication | 0.20 | $ | 52.60 |
| L110 | Fact Investigation/Development | 0.10 | $ | 14.50 |
| L120 | Analysis/Strategy | 0.60 | $ | 106.50 |
| L160 | Settlement/Non-Binding ADR | 0.70 | $ | 194.50 |
| L190 | Other Case Assessment, Develop't/Admin | 0.30 | $ | 65.70 |
| | TOTAL FEES | 1.90 | $ | 433.80 |
| | TOTAL FEES DUE | | $ | 433.80 |
| | TOTAL DISBURSEMENTS DUE | | $ | 0.00 |
| | TOTAL DUE THIS INVOICE | | $ | 433.80 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 27, 2012
0G2012-301078

INVOICE # 800644

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0G2012-301078 TC Number: 692660

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 05/17/12 | Review and analyze proposed response from GMAC to the State of Florida to borrower's communication to the Florida Attorney General | C300 | MW | .70 | 263.00 | 184.10 |
| 05/17/12 | Correspondence with client regarding revisions to proposed response letter to State of Florida | C300 | MW | .20 | 263.00 | 52.60 |
| 05/17/12 | Review and revise response to Florida AG regarding e-mail from borrower | C400 | MCG | .40 | 323.00 | 129.20 |
| 05/18/12 | Review and analyze matter and determine if bankruptcy stay is in place and, if so, how it will impact the case | L120 | MW | .20 | 263.00 | 52.60 |
| 05/21/12 | Telephone conference with judicial assistant regarding the cancelation of the hearing on our Motion to Mediate. | L110 | MPE | .20 | 149.00 | 29.80 |
| 05/21/12 | Correspondence with borrower regarding canceled hearing for motion to mediate and filed bankruptcy of one party | C400 | MW | .60 | 263.00 | 157.80 |
| 05/30/12 | Correspondence with client regarding case caption, remaining parties in action, and joint motion to consolidate | C400 | MW | .20 | 263.00 | 52.60 |

FEES $658.70



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE 2
AUGUST 27, 2012

0G2012-301078

FED ID NO. 63-0243316

| AMOUNT DUE THIS BILL | $658.70 |
|---|---|

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

AUGUST 27, 2012

Rescap

0G2012-301078

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| Michael C. Griffin | Partner | 323.00 | .40 | 129.20 |
| Monica Wilson | Associate | 263.00 | 1.90 | 499.70 |
| Melisa P. Palmer | Paralegal | 149.00 | .20 | 29.80 |
| Total | | | 2.50 | 658.70 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

AUGUST 27, 2012
0G2012-301078
INVOICE # 800644

BILL AMOUNT $658.70

---

To: ResCap
1100 Virginia Drive
Fort Washington, PA 19034

TC Number: 692660
Invoice Date: 08/27/2012
Invoice No. 800644
Period ending: 05/31/2012

Case Management Number LD 0G2012-301078

| Code | Task | Current Invoice Hours | | Fees |
|---|---|---|---|---|
| C300 | Analysis and Advice | 0.90 | $ | 236.70 |
| C400 | Third Party Communication | 1.20 | $ | 339.60 |
| L110 | Fact Investigation/Development | 0.20 | $ | 29.80 |
| L120 | Analysis/Strategy | 0.20 | $ | 52.60 |
| | TOTAL FEES | 2.50 | $ | 658.70 |
| | TOTAL FEES DUE | | $ | 658.70 |
| | TOTAL DISBURSEMENTS DUE | | $ | 0.00 |
| | TOTAL DUE THIS INVOICE | | $ | 658.70 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 27, 2012
0G2012-301081

INVOICE # 800645

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0G2012-301081 TC Number: 717815

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 05/15/12 | Review and analyze matter and determine if bankruptcy stay is in place and, if so, how it will impact case | B410 | RLB | .20 | 266.00 | 53.20 |
| 05/16/12 | Assign case to designated bucket | B410 | RLB | .10 | 266.00 | 26.60 |
| 05/17/12 | Draft suggestion of bankruptcy | B420 | RLB | .50 | 266.00 | 133.00 |

FEES $212.80

AMOUNT DUE THIS BILL $212.80

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

AUGUST 27, 2012

0G2012-301081

FED ID NO. 63-0243316

**INDIVIDUAL SUMMARY**

| NAME | RANK | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| Rashad L. Blossom | Associate | 266.00 | .80 | 212.80 |
| Total | | | .80 | 212.80 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

AUGUST 27, 2012
0G2012-301081

BILL AMOUNT $212.80

INVOICE # 800645

---

To: ResCap
1100 Virginia Drive
Fort Washington, PA 19034

TC Number: 717815
Invoice Date: 08/27/2012
Invoice No. 800645
Period ending: 05/31/2012

Case Management Number LD 0G2012-301081

| Code Task | Current Invoice Hours | | Fees |
|---|---|---|---|
| B410 General Bankruptcy Advice/Opinions | 0.30 | $ | 79.80 |
| B420 Restructurings | 0.50 | $ | 133.00 |
| TOTAL FEES | 0.80 | $ | 212.80 |
| TOTAL FEES DUE | | $ | 212.80 |
| TOTAL DISBURSEMENTS DUE | | $ | 0.00 |
| TOTAL DUE THIS INVOICE | | $ | 212.80 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 27, 2012
0G2012-301082

INVOICE # 800646

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0G2012-301082 TC Number: 718350

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 05/14/12 | Revise motion for summary judgment | L210 | RK | 3.30 | 185.00 | 610.50 |
| 05/15/12 | Review documents to update our production | L601 | RK | .70 | 185.00 | 129.50 |
| 05/15/12 | Review case to determine whether the bankruptcy stay applies | L120 | RK | .20 | 185.00 | 37.00 |
| 05/15/12 | Revise and edit supplemental brief in support of summary judgment | L240 | GWG | 1.70 | 263.00 | 447.10 |
| 05/15/12 | Work on statement of facts for supplemental summary judgment motion | L240 | GWG | 1.20 | 263.00 | 315.60 |
| 05/21/12 | Strategy conference regarding effect of the bankruptcy automatic stay on this matter | L120 | GWG | .50 | 263.00 | 131.50 |
| 05/21/12 | Receive notice from court regarding Notice of Bankruptcy and update file regarding same. | L140 | MST | .20 | 150.00 | 30.00 |
| 05/21/12 | Draft suggestion of bankruptcy | L210 | RK | .30 | 185.00 | 55.50 |
| 05/21/12 | Revise suggestion of bankruptcy | L210 | RK | .20 | 185.00 | 37.00 |
| 05/23/12 | Review client documents related to foreclosure to determine affect of bankruptcy | L120 | RK | .50 | 185.00 | 92.50 |

FEES $1,886.20



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE 2
AUGUST 27, 2012

0G2012-301082

FED ID NO. 63-0243316

| | | |
|---|---|---|
| 01 | Copy Charges | 0.00 |
| | AMOUNT DUE THIS BILL | $1,886.20 |

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE 3
AUGUST 27, 2012

0G2012-301082

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| Melanie Thompson | Paralegal | 150.00 | .20 | 30.00 |
| Graham W. Gerhardt | Partner | 263.00 | 3.40 | 894.20 |
| Riley Key | Associate | 185.00 | 5.20 | 962.00 |
| Total | | | 8.80 | 1,886.20 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

AUGUST 27, 2012
0G2012-301082
INVOICE # 800646

BILL AMOUNT $1,886.20

To: ResCap
1100 Virginia Drive
Fort Washington, PA 19034

TC Number: 718350
Invoice Date: 08/27/2012
Invoice No. 800646
Period ending: 05/31/2012

Case Management Number LD 0G2012-301082

| Code | Task | Current Invoice Hours | | Fees |
|---|---|---|---|---|
| L120 | Analysis/Strategy | 1.20 | $ | 261.00 |
| L140 | Document/File Management | 0.20 | $ | 30.00 |
| L210 | Pleadings | 3.80 | $ | 703.00 |
| L240 | Dispositive Motions | 2.90 | $ | 762.70 |
| L601 | Discovery planning | 0.70 | $ | 129.50 |
| | TOTAL FEES | 8.80 | $ | 1,886.20 |

| | | |
|---|---|---|
| TOTAL FEES DUE | $ | 1,886.20 |
| TOTAL DISBURSEMENTS DUE | $ | 0.00 |
| TOTAL DUE THIS INVOICE | $ | 1,886.20 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 27, 2012
0G2012-301083

INVOICE # 800647

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0G2012-301083 TC Number: 709242

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 05/15/12 | Review and analyze matter and determine if bankruptcy stay is in place and, if so, how it will impact the case | L120 | CM | .30 | 185.00 | 55.50 |
| 05/16/12 | In light of updated information, analyze matter and determine if bankruptcy stay is in place, and, if so, how it will impact the case | L120 | CM | .10 | 185.00 | 18.50 |
| 05/16/12 | Correspondence and calls with plaintiff's counsel and counsel for codefendants regarding effect of Chapter 11 bankruptcy on the finalization of a settlement | L160 | GWG | 1.40 | 263.00 | 368.20 |
| 05/16/12 | Revise and edit notice of bankruptcy | L210 | GWG | .30 | 263.00 | 78.90 |
| 05/16/12 | Finalize Notice of Bankruptcy and Effect of Automatic Stay and prepare for filing and service. | L210 | MST | .40 | 150.00 | 60.00 |
| 05/17/12 | Receive notice from the court regarding Notice of Bankruptcy and update file regarding same. | L140 | MST | .20 | 150.00 | 30.00 |
| 05/17/12 | Calls with N. Cash, L. Subar and E. Wood regarding status of settlement given GMAC's bankruptcy filing | L160 | GWG | 1.00 | 263.00 | 263.00 |

FEES $874.10



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE 2
AUGUST 27, 2012

0G2012-301083

FED ID NO. 63-0243316

**DESCRIPTION OF DISBURSEMENTS**

| | | |
|---|---|---|
| 07 | Filing Fees | 12.01 |
| | COSTS | $12.01 |
| | AMOUNT DUE THIS BILL | $886.11 |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE 3
AUGUST 27, 2012

0G2012-301083

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| Melanie Thompson | Paralegal | 150.00 | .60 | 90.00 |
| Graham W. Gerhardt | Partner | 263.00 | 2.70 | 710.10 |
| Cam Miller | Associate | 185.00 | .40 | 74.00 |
| Total | | | 3.70 | 874.10 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

AUGUST 27, 2012
0G2012-301083
INVOICE # 800647

BILL AMOUNT $886.11

To: ResCap
1100 Virginia Drive
Fort Washington, PA 19034

TC Number: 709242
Invoice Date: 08/27/2012
Invoice No. 800647
Period ending: 05/31/2012

Case Management Number LD 0G2012-301083

| Code | Task | Current Invoice Hours | | Current Invoice Fees |
|---|---|---|---|---|
| L120 | Analysis/Strategy | 0.40 | $ | 74.00 |
| L140 | Document/File Management | 0.20 | $ | 30.00 |
| L160 | Settlement/Non-Binding ADR | 2.40 | $ | 631.20 |
| L210 | Pleadings | 0.70 | $ | 138.90 |
| | TOTAL FEES | 3.70 | $ | 874.10 |
| | TOTAL FEES DUE | | $ | 874.10 |
| | TOTAL DISBURSEMENTS DUE | | $ | 12.01 |
| | TOTAL DUE THIS INVOICE | | $ | 886.11 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 27, 2012
0G2012-301084

INVOICE # 800648

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0G2012-301084 TC Number: 717294

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 05/15/12 | Conference with J.Vega regarding status of case relative to bankruptcy | L110 | JAM | .10 | 145.00 | 14.50 |
| 05/15/12 | Review and analyze matter and determine if bankruptcy stay is in place and, if so, how it will affect the case | L120 | JDV | .30 | 219.00 | 65.70 |
| 05/17/12 | Analysis of effect of bankruptcy filing on counterclaim and third party claims | L120 | JDV | 1.40 | 219.00 | 306.60 |
| 05/18/12 | Communications with C.Roesch, defendants' attorney, regarding effect of GMAC bankruptcy | L190 | JDV | .50 | 219.00 | 109.50 |
| 05/18/12 | Communications with T.Jordan regarding effect of bankruptcy on litigation | L190 | JDV | .40 | 219.00 | 87.60 |
| 05/18/12 | Obtain Homecomings Financial Network bankruptcy petition to provide to opposing counsel | L120 | JB | .10 | 190.00 | 19.00 |
| 05/18/12 | Conference with J.Vega regarding extending stay | L120 | JB | .30 | 190.00 | 57.00 |
| 05/21/12 | Draft Notice of Bankruptcy for HCF and GMAC | L210 | JAM | .20 | 145.00 | 29.00 |
| 05/21/12 | Draft correspondence to clerk of Court enclosing Notice of Bankruptcy | L210 | JAM | .20 | 145.00 | 29.00 |
| 05/21/12 | Analyze issues relating to cancellation of mediation | L120 | HTC | .80 | 315.00 | 252.00 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE 2
AUGUST 27, 2012

0G2012-301084

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 05/22/12 | Communications with T.Jordan regarding cancellation of mediation and litigation strategy post-bankruptcy filing | L190 | JDV | .50 | 219.00 | 109.50 |
| 05/22/12 | Communications with C.Roesch, defendants' attorney, regarding cancellation of mediation and effect of GMAC and Homecomings' bankruptcy on litigation | L190 | JDV | .40 | 219.00 | 87.60 |
| 05/23/12 | Communications with R.Combs, Vice President of Cooper, Simms, Nelson & Mosley, Inc., regarding status of insurance payment | L190 | JDV | .20 | 219.00 | 43.80 |
| 05/23/12 | Communications with T.Jordan regarding reinstatement figures | L190 | JDV | .30 | 219.00 | 65.70 |
| 05/24/12 | Analyze issues relating to effect of bankruptcy on counterclaims and how to get matter to resolution | L120 | HTC | .10 | 315.00 | 31.50 |
| 05/24/12 | Draft Response to Motion to Cancel Mediation | L250 | JDV | 1.10 | 219.00 | 240.90 |
| 05/24/12 | Communications with T.Jordan regarding defendants' payment history and status of default | L190 | JDV | .20 | 219.00 | 43.80 |
| 05/24/12 | Analysis of rules and administrative orders regarding cancellation of mediations | L120 | JDV | 1.10 | 219.00 | 240.90 |
| 05/24/12 | Review defendants' proposed order on motion to cancel mediation | L190 | JDV | .20 | 219.00 | 43.80 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE 3
AUGUST 27, 2012

0G2012-301084

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 05/25/12 | Review and revise response to motion to dispense of mediation | L120 | HTC | .10 | 315.00 | 31.50 |
| 05/25/12 | Correspondence with C.Roesch, defendants' attorney, regarding revision of proposed order on defendants' motion for cancellation of mediation | L190 | JDV | .40 | 219.00 | 87.60 |
| 05/28/12 | Telephone calls with Judge Radisill's JA and opposing counsel regarding hearing on unopposed motion to cancel mediation | L210 | JAM | .30 | 145.00 | 43.50 |
| 05/29/12 | Communications with C.Roesch, defendants' attorney, regarding cancellation of hearing on motion to cancel mediation revisions to proposed order | L190 | JDV | .80 | 219.00 | 175.20 |
| 05/29/12 | Telephone conference with judicial assistant regarding hearing requirement for unopposed motion | L110 | AHC | .30 | 145.00 | 43.50 |
| 05/29/12 | Telephone conference with opposing counsel and follow up correspondence to same regarding hearing requirement for unopposed motion | L110 | AHC | .30 | 145.00 | 43.50 |
| 05/30/12 | Final review of documents for privileged information | L320 | JAM | 1.20 | 145.00 | 174.00 |
| 05/30/12 | Communications with T.Jordan regarding cancellation of hearing on defendants' motion to cancel mediation | L190 | JDV | .20 | 219.00 | 43.80 |

FEES $2,520.00



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE 4
AUGUST 27, 2012

0G2012-301084

FED ID NO. 63-0243316

| | | |
|---|---|---|
| 01 | Copy Charges | 0.00 |
| 35 | Express Mail/Fedex | 0.00 |
| | AMOUNT DUE THIS BILL | $2,520.00 |

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE 5
AUGUST 27, 2012

0G2012-301084

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| Hope Cannon | Partner | 315.00 | 1.00 | 315.00 |
| Alecia H. Cockrell | Paralegal | 145.00 | .60 | 87.00 |
| Jamie Mathews | Paralegal | 145.00 | 2.00 | 290.00 |
| James Bailey | Associate | 190.00 | .40 | 76.00 |
| Jose D. Vega | Associate | 219.00 | 8.00 | 1,752.00 |
| Total | | | 12.00 | 2,520.00 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap | | AUGUST 27, 2012
0G2012-301084
BILL AMOUNT $2,520.00 | | INVOICE # 800648

---

To: ResCap
1100 Virginia Drive
Fort Washington, PA 19034

TC Number: 717294
Invoice Date: 08/27/2012
Invoice No. 800648
Period ending: 05/31/2012

Case Management Number LD 0G2012-301084

| Code Task | Current Invoice Hours | | Fees |
|---|---|---|---|
| L110 Fact Investigation/Development | 0.70 | $ | 101.50 |
| L120 Analysis/Strategy | 4.20 | $ | 1,004.20 |
| L190 Other Case Assessment, Develop't/Admin | 4.10 | $ | 897.90 |
| L210 Pleadings | 0.70 | $ | 101.50 |
| L250 Other Written Motions/Submissions | 1.10 | $ | 240.90 |
| L320 Document Production | 1.20 | $ | 174.00 |
| TOTAL FEES | 12.00 | $ | 2,520.00 |
| TOTAL FEES DUE | | $ | 2,520.00 |
| TOTAL DISBURSEMENTS DUE | | $ | 0.00 |
| TOTAL DUE THIS INVOICE | | $ | 2,520.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 27, 2012
0G2012-301085

INVOICE # 800649

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0G2012-301085 TC Number: 709246

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 05/15/12 | Review case to determine whether the bankruptcy stay applies and whether we should seek relief | L120 | RK | .20 | 185.00 | 37.00 |
| 05/31/12 | Review court order granting summary judgment | L240 | GWG | .30 | 263.00 | 78.90 |

| | |
|---|---|
| FEES | $115.90 |
| AMOUNT DUE THIS BILL | $115.90 |

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

AUGUST 27, 2012

0G2012-301085

FED ID NO. 63-0243316

**INDIVIDUAL SUMMARY**

| NAME | RANK | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| Graham W. Gerhardt | Partner | 263.00 | .30 | 78.90 |
| Riley Key | Associate | 185.00 | .20 | 37.00 |
| Total | | | .50 | 115.90 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

AUGUST 27, 2012
0G2012-301085

BILL AMOUNT $115.90

INVOICE # 800649

---

To: ResCap
1100 Virginia Drive
Fort Washington, PA 19034

TC Number: 709246
Invoice Date: 08/27/2012
Invoice No. 800649
Period ending: 05/31/2012

Case Management Number LD 0G2012-301085

| Code Task | Current Invoice Hours | | Fees |
|---|---|---|---|
| L120 Analysis/Strategy | 0.20 | $ | 37.00 |
| L240 Dispositive Motions | 0.30 | $ | 78.90 |
| TOTAL FEES | 0.50 | $ | 115.90 |
| TOTAL FEES DUE | | $ | 115.90 |
| TOTAL DISBURSEMENTS DUE | | $ | 0.00 |
| TOTAL DUE THIS INVOICE | | $ | 115.90 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 27, 2012
0G2012-301086

INVOICE # 800650

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0G2012-301086 TC Number: 700546

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 05/14/12 | Reviewing order received from the court. | L240 | CET | .20 | 293.00 | 58.60 |
| 05/14/12 | Analyzing the effect of the bankruptcy filing on the status of the case. | L240 | CET | .20 | 293.00 | 58.60 |
| 05/14/12 | Review signed order regarding May 3, 2012 hearing | L240 | JJPH | .10 | 250.00 | 25.00 |
| 05/15/12 | Review and analyze issues re bankruptcy stay | L120 | JJPH | .10 | 250.00 | 25.00 |
| 05/16/12 | Check status of case and confirm that case is progressing toward resolution. | L190 | JDR | .10 | 293.00 | 29.30 |
| 05/17/12 | Update status report with respect to outcome of hearing on summary judgment motion. | L190 | JDR | .10 | 293.00 | 29.30 |
| 05/18/12 | Email correspondence with Susan Harding re status update | L120 | JJPH | .20 | 250.00 | 50.00 |
| 05/31/12 | Providing status update to the client. | L240 | CET | .20 | 293.00 | 58.60 |

| | |
|---|---|
| FEES | $334.40 |
| AMOUNT DUE THIS BILL | $334.40 |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

AUGUST 27, 2012

Rescap

0G2012-301086

FED ID NO. 63-0243316

**INDIVIDUAL SUMMARY**

| NAME | RANK | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| Joshua J. Phillips | Associate | 250.00 | .40 | 100.00 |
| Jonathan Rose | Partner | 293.00 | .20 | 58.60 |
| Christopher E. Thorsen | Partner | 293.00 | .60 | 175.80 |
| Total | | | 1.20 | 334.40 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

AUGUST 27, 2012
0G2012-301086
INVOICE # 800650

BILL AMOUNT $334.40

---

To: ResCap
1100 Virginia Drive
Fort Washington, PA 19034

TC Number: 700546
Invoice Date: 08/27/2012
Invoice No. 800650
Period ending: 05/31/2012

Case Management Number LD 0G2012-301086

| Code Task | Current Invoice Hours | | Fees |
|---|---|---|---|
| L120 Analysis/Strategy | 0.30 | $ | 75.00 |
| L190 Other Case Assessment, Develop't/Admin | 0.20 | $ | 58.60 |
| L240 Dispositive Motions | 0.70 | $ | 200.80 |
| TOTAL FEES | 1.20 | $ | 334.40 |
| TOTAL FEES DUE | | $ | 334.40 |
| TOTAL DISBURSEMENTS DUE | | $ | 0.00 |
| TOTAL DUE THIS INVOICE | | $ | 334.40 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 27, 2012
0G2012-301087

INVOICE # 800651

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0G2012-301087 TC Number: 719360

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 05/14/12 | Advise opposing counsel regarding bankruptcy | L120 | CLHA | .20 | 345.00 | 69.00 |
| 05/15/12 | Complete review for bankruptcy status | L120 | JB | .10 | 190.00 | 19.00 |
| 05/17/12 | Prepare and file notice of bankruptcy and suggestion of stay | L120 | CLHA | .50 | 345.00 | 172.50 |

FEES $260.50

**DESCRIPTION OF DISBURSEMENTS**

| | | |
|---|---|---|
| 61 | Local Counsel Fees | 198.00 |

COSTS $198.00

AMOUNT DUE THIS BILL $458.50

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

AUGUST 27, 2012

0G2012-301087

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| Christopher L. Hawkins | Partner | 345.00 | .70 | 241.50 |
| James Bailey | Associate | 190.00 | .10 | 19.00 |
| Total | | | .80 | 260.50 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

AUGUST 27, 2012
0G2012-301087
INVOICE # 800651

BILL AMOUNT $458.50

---

To: ResCap
1100 Virginia Drive
Fort Washington, PA 19034

TC Number: 719360
Invoice Date: 08/27/2012
Invoice No. 800651
Period ending: 05/31/2012

Case Management Number LD 0G2012-301087

| Code Task | Current Invoice Hours | | Fees |
|---|---|---|---|
| L120 Analysis/Strategy | 0.80 | $ | 260.50 |
| TOTAL FEES | 0.80 | $ | 260.50 |
| TOTAL FEES DUE | | $ | 260.50 |
| TOTAL DISBURSEMENTS DUE | | $ | 198.00 |
| TOTAL DUE THIS INVOICE | | $ | 458.50 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 27, 2012
0G2012-301088

INVOICE # 800652

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0G2012-301088 TC Number: 719942

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 05/15/12 | Review and analysis of Final Summary Judgment of Mortgage Foreclosure for case status update | L140 | RBB | .20 | 149.00 | 29.80 |
| 05/15/12 | Research Local Rules regarding Final Summary Judgment of Mortgage Foreclosure | L140 | RBB | .30 | 149.00 | 44.70 |
| 05/22/12 | Prepare initial draft of May 2012 monthly status update for attorney review | L140 | RBB | .20 | 149.00 | 29.80 |
| 05/30/12 | Preparing a monthly status update. | L120 | JJS | .10 | 254.00 | 25.40 |

| | |
|---|---|
| FEES | $129.70 |
| AMOUNT DUE THIS BILL | $129.70 |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE 2
AUGUST 27, 2012

0G2012-301088

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| Robert B. Benson | Paralegal | 149.00 | .70 | 104.30 |
| Jessica J. Sibley | Associate | 254.00 | .10 | 25.40 |
| Total | | | .80 | 129.70 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

AUGUST 27, 2012
0G2012-301088

BILL AMOUNT $129.70

INVOICE # 800652

---

To: ResCap
1100 Virginia Drive
Fort Washington, PA 19034

TC Number: 719942
Invoice Date: 08/27/2012
Invoice No. 800652
Period ending: 05/31/2012

Case Management Number LD 0G2012-301088

| Code Task | Current Invoice Hours | | Fees |
|---|---|---|---|
| L120 Analysis/Strategy | 0.10 | $ | 25.40 |
| L140 Document/File Management | 0.70 | $ | 104.30 |
| TOTAL FEES | 0.80 | $ | 129.70 |
| TOTAL FEES DUE | | $ | 129.70 |
| TOTAL DISBURSEMENTS DUE | | $ | 0.00 |
| TOTAL DUE THIS INVOICE | | $ | 129.70 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 27, 2012
0G2012-301089

INVOICE # 800653

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0G2012-301089 TC Number: 706870

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 05/16/12 | Review file in responding to client request for information on case style and allegations raised | L120 | JHP | .30 | 245.00 | 73.50 |
| 05/21/12 | Email from client contact advising that loss mitigation department needs proof of income for loan modification application of borrowers | L160 | JHP | .10 | 245.00 | 24.50 |
| 05/31/12 | Email to counsel for borrowers requesting last 2 pay-stubs to verify income and requesting borrowers complete hardship affidavit | L160 | JHP | .20 | 245.00 | 49.00 |

FEES $147.00

AMOUNT DUE THIS BILL $147.00

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

AUGUST 27, 2012

0G2012-301089

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| Jon H. Patterson | Associate | 245.00 | .60 | 147.00 |
| Total | | | .60 | 147.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

AUGUST 27, 2012
0G2012-301089

BILL AMOUNT $147.00

INVOICE # 800653

---

To: ResCap
1100 Virginia Drive
Fort Washington, PA 19034

TC Number: 706870
Invoice Date: 08/27/2012
Invoice No. 800653
Period ending: 05/31/2012

Case Management Number LD 0G2012-301089

| Code | Task | Current Invoice Hours | | Fees |
|---|---|---|---|---|
| L120 | Analysis/Strategy | 0.30 | $ | 73.50 |
| L160 | Settlement/Non-Binding ADR | 0.30 | $ | 73.50 |
| | TOTAL FEES | 0.60 | $ | 147.00 |
| | TOTAL FEES DUE | | $ | 147.00 |
| | TOTAL DISBURSEMENTS DUE | | $ | 0.00 |
| | TOTAL DUE THIS INVOICE | | $ | 147.00 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 27, 2012
0G2012-301090

INVOICE # 800654

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0G2012-301090 TC Number: 688129

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 05/15/12 | Evaluate settlement strategy | L120 | DCL | .20 | 376.00 | 75.20 |
| 05/15/12 | Review and analyze status of the file and the pending offer of judgment and whether suit will be impacted by the bankruptcy stay | L110 | CWH | .20 | 330.00 | 66.00 |
| 05/15/12 | Send status update to client | L110 | CWH | .10 | 330.00 | 33.00 |
| 05/15/12 | Research Hillsborough County (FL) Tax appraiser and Property appraiser websites | L140 | RBB | 1.20 | 149.00 | 178.80 |
| 05/15/12 | Correspondence with opposing counsel K.Olsen regarding pending deadline for response to joint offer of judgment and potential for resolution of action | C400 | MW | .40 | 263.00 | 105.20 |
| 05/15/12 | Correspondence with client regarding potential to offer term in proposed settlement | C400 | MW | .30 | 263.00 | 78.90 |
| 05/15/12 | Review and analyze Hillsborough County property appraiser and tax collectors' reports regarding taxes | L120 | MW | .60 | 263.00 | 157.80 |
| 05/16/12 | Correspondence with client regarding offer of judgment and potential resolution incentive for borrowers' settlement | C400 | MW | .30 | 263.00 | 78.90 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

AUGUST 27, 2012

0G2012-301090

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 05/16/12 | Analysis of issues regarding settlement terms in the event borrowers timely accept offer of judgment | C300 | MW | 1.90 | 263.00 | 499.70 |
| 05/16/12 | Negotiate potential settlement with Borrowers' counsel | L120 | DCL | .80 | 376.00 | 300.80 |
| 05/16/12 | Review and analyze matter and determine if bankruptcy stay is in place and, if so, how it will impact the case | L140 | RBB | .20 | 149.00 | 29.80 |
| 05/17/12 | Review and analysis of correspondence to/from client regarding offer of judgment and GMACMÆs filing for bankruptcy for case status update | L140 | RBB | .10 | 149.00 | 14.90 |
| 05/17/12 | Review and analysis of correspondence to/from client regarding case status and BK for case status update | L140 | RBB | .10 | 149.00 | 14.90 |
| 05/17/12 | Review issues regarding offer of judgment | L120 | MCG | .40 | 323.00 | 129.20 |
| 05/17/12 | Review purported notice of acceptance of settlement filed by borrower and issues regarding response | L120 | MCG | .30 | 323.00 | 96.90 |
| 05/17/12 | Correspondence with A.Koury of CoreLogic regarding judgment | C400 | MW | .40 | 263.00 | 105.20 |
| 05/17/12 | Review and analyze correspondence sent from opposing counsel K.Olsen purporting to accept settlement | L120 | MW | 1.10 | 263.00 | 289.30 |
| 05/17/12 | Draft and revise letter to opposing counsel K.Olsen regarding lack of agreement for settlement | C400 | MW | .70 | 263.00 | 184.10 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

AUGUST 27, 2012

0G2012-301090

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 05/17/12 | Research and analyze effect of outstanding offer of judgment in light of bankruptcy | C200 | MW | 2.30 | 263.00 | 604.90 |
| 05/17/12 | Correspondence with M.Verma regarding updated status of written withdrawal of joint offer of judgment due to lack of settlement authority by GMAC in bankruptcy | C400 | MW | .30 | 263.00 | 78.90 |
| 05/17/12 | Correspondence with A.Koury of CoreLogic regarding settlement agreement | C400 | MW | .30 | 263.00 | 78.90 |
| 05/17/12 | Correspondence with client regarding joint offer of judgment | C400 | MW | .40 | 263.00 | 105.20 |
| 05/17/12 | Draft and revise letter to opposing counsel K.Olsen regarding offer of judgment | C300 | MW | .90 | 263.00 | 236.70 |
| 05/18/12 | Review and analyze further correspondence sent by opposing counsel K.Olsen regarding demand for withdrawal of notification | C400 | MW | .30 | 263.00 | 78.90 |
| 05/18/12 | Review and analyze matter and determine if bankruptcy stay is in place and, if so, how it will impact the case | L120 | MW | .20 | 263.00 | 52.60 |
| 05/18/12 | Review and analysis of correspondence to/from K.Olsen regarding offer of judgment | L140 | RBB | .10 | 149.00 | 14.90 |
| 05/18/12 | Review and analysis of correspondence to/from A.Koury regarding joint offer of judgment | L140 | RBB | .10 | 149.00 | 14.90 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE 4
AUGUST 27, 2012

0G2012-301090

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 05/18/12 | Review and analysis of correspondence to/from client re joint offer of judgment | L140 | RBB | .10 | 149.00 | 14.90 |
| 05/18/12 | Review and analysis of correspondence to/from client re letter proposingn settlement terms | L140 | RBB | .10 | 149.00 | 14.90 |
| 05/18/12 | Review and analysis of correspondence to/from A.Koury regarding letter proposing settlement terms | L140 | RBB | .20 | 149.00 | 29.80 |
| 05/22/12 | Review and analysis of correspondence regarding trial | L140 | RBB | .10 | 149.00 | 14.90 |
| 05/22/12 | Prepare initial draft of May 2012 monthly status update for attorney review | L140 | RBB | .30 | 149.00 | 44.70 |
| 05/22/12 | Review correspondence from opposing counsel K.Olsen in preparation for drafting response regarding bankruptcy | L120 | MW | .40 | 263.00 | 105.20 |
| 05/22/12 | Evaluation of potential discovery options | L120 | MW | .30 | 263.00 | 78.90 |
| 05/24/12 | Review case strategy | L120 | DCL | .20 | 376.00 | 75.20 |

FEES $4,083.00

41 Computerized Legal Research-Westlaw 0.00

AMOUNT DUE THIS BILL $4,083.00

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

AUGUST 27, 2012

0G2012-301090

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| Christian W. Hancock | Partner | 330.00 | .30 | 99.00 |
| Dana C. Lumsden | Partner | 376.00 | 1.20 | 451.20 |
| Robert B. Benson | Paralegal | 149.00 | 2.60 | 387.40 |
| Michael C. Griffin | Partner | 323.00 | .70 | 226.10 |
| Monica Wilson | Associate | 263.00 | 11.10 | 2,919.30 |
| Total | | | 15.90 | 4,083.00 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

AUGUST 27, 2012
0G2012-301090

BILL AMOUNT $4,083.00

INVOICE # 800654

---

To: ResCap
1100 Virginia Drive
Fort Washington, PA 19034

TC Number: 688129
Invoice Date: 08/27/2012
Invoice No. 800654
Period ending: 05/31/2012

Case Management Number LD 0G2012-301090

| Code | Task | Current Invoice Hours | Current Invoice Fees |
|---|---|---|---|
| C200 | Researching Law | 2.30 | $ 604.90 |
| C300 | Analysis and Advice | 2.80 | $ 736.40 |
| C400 | Third Party Communication | 3.40 | $ 894.20 |
| L110 | Fact Investigation/Development | 0.30 | $ 99.00 |
| L120 | Analysis/Strategy | 4.50 | $ 1,361.10 |
| L140 | Document/File Management | 2.60 | $ 387.40 |
| | TOTAL FEES | 15.90 | $ 4,083.00 |
| | TOTAL FEES DUE | | $ 4,083.00 |
| | TOTAL DISBURSEMENTS DUE | | $ 0.00 |
| | TOTAL DUE THIS INVOICE | | $ 4,083.00 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 27, 2012
0G2012-301092

INVOICE # 800655

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0G2012-301092 TC Number: 720116

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 05/16/12 | Review and analyze matter to determine if bankruptcy stay is in place and, if so, how it will impact the case | L120 | NJV | .10 | 258.00 | 25.80 |
| 05/16/12 | Review of status of appeal and record documents | L510 | MJA | .30 | 297.00 | 89.10 |
| 05/16/12 | Review docket and telephone conference with clerk regarding status of appellant's initial brief | L110 | AHC | .30 | 145.00 | 43.50 |
| 05/17/12 | Review trial court order in preparation for appellate briefing | L520 | AC | .60 | 193.00 | 115.80 |
| 05/21/12 | Research and review PACER to determine status of District Court of Appeal case | L110 | KK | .20 | 91.00 | 18.20 |
| 05/23/12 | Review status of briefing with updated deadlines | L120 | AC | .10 | 193.00 | 19.30 |

FEES $311.70

AMOUNT DUE THIS BILL $311.70

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

AUGUST 27, 2012

0G2012-301092

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| Marc J. Ayers | Partner | 297.00 | .30 | 89.10 |
| Alecia H. Cockrell | Paralegal | 145.00 | .30 | 43.50 |
| Nicholas J. Voelker | Associate | 258.00 | .10 | 25.80 |
| Aaron Chastain | Associate | 193.00 | .70 | 135.10 |
| Kerry Keane | Paralegal | 91.00 | .20 | 18.20 |
| Total | | | 1.60 | 311.70 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

AUGUST 27, 2012
0G2012-301092
INVOICE # 800655

BILL AMOUNT $311.70

---

To: ResCap
1100 Virginia Drive
Fort Washington, PA 19034

TC Number: 720116
Invoice Date: 08/27/2012
Invoice No. 800655
Period ending: 05/31/2012

Case Management Number LD 0G2012-301092

| Code | Task | Current Invoice Hours | | Fees |
|---|---|---|---|---|
| L110 | Fact Investigation/Development | 0.50 | $ | 61.70 |
| L120 | Analysis/Strategy | 0.20 | $ | 45.10 |
| L510 | Appellate Motions and Submissions | 0.30 | $ | 89.10 |
| L520 | Appellate Briefs | 0.60 | $ | 115.80 |
| | TOTAL FEES | 1.60 | $ | 311.70 |
| | TOTAL FEES DUE | | $ | 311.70 |
| | TOTAL DISBURSEMENTS DUE | | $ | 0.00 |
| | TOTAL DUE THIS INVOICE | | $ | 311.70 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 27, 2012
0G2012-301093

INVOICE # 800656

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0G2012-301093 TC Number: 700772

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 05/15/12 | Review and analyzing matter to determine if bankruptcy automatic stay is in place and impact on litigation | L120 | NSR | .10 | 280.00 | 28.00 |
| 05/24/12 | Evaluating impact of automatic stay | L120 | NSR | .20 | 280.00 | 56.00 |

FEES $84.00

AMOUNT DUE THIS BILL $84.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE 2
AUGUST 27, 2012

0G2012-301093

FED ID NO. 63-0243316

**INDIVIDUAL SUMMARY**

| NAME | RANK | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| Nader Raja | Associate | 280.00 | .30 | 84.00 |
| Total | | | .30 | 84.00 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

AUGUST 27, 2012
0G2012-301093
INVOICE # 800656

BILL AMOUNT $84.00

---

To: ResCap
1100 Virginia Drive
Fort Washington, PA 19034

TC Number: 700772
Invoice Date: 08/27/2012
Invoice No. 800656
Period ending: 05/31/2012

Case Management Number LD 0G2012-301093

| Code Task | Current Invoice Hours | | Fees |
|---|---|---|---|
| L120 Analysis/Strategy | 0.30 | $ | 84.00 |
| TOTAL FEES | 0.30 | $ | 84.00 |
| TOTAL FEES DUE | | $ | 84.00 |
| TOTAL DISBURSEMENTS DUE | | $ | 0.00 |
| TOTAL DUE THIS INVOICE | | $ | 84.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 27, 2012
0G2012-301094

INVOICE # 800657

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0G2012-301094 TC Number: 707254

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 05/15/12 | Correspondence to opposing counsel informing them of the bankruptcy stay | L120 | BG | .10 | 190.00 | 19.00 |
| 05/15/12 | Review file in responding to client request for information on case style and allegations raised | L120 | JHP | .40 | 245.00 | 98.00 |
| 05/15/12 | Email to all counsel to advise of bankruptcy filing by GMAC and Homecomings | L190 | JHP | .10 | 245.00 | 24.50 |
| 05/24/12 | Emails to/from counsel for plaintiff to discuss bankruptcy filing by client and to discuss suggestion of bankruptcy to be filed | L190 | JHP | .20 | 245.00 | 49.00 |
| 05/25/12 | Review and edit notice of suggestion of bankruptcy | L210 | JHP | .30 | 245.00 | 73.50 |
| 05/25/12 | Review and analysis of file materials and preparation of Notice of Bankruptcy and Effect of Automatic Stay | L110 | ABB | .60 | 150.00 | 90.00 |
| 05/25/12 | Finalize Notice of Bankruptcy and Effect of Automatic Stay and prepare for filing via the court system and further prepare pleading for service via certified mail and regular U.S mail upon all parties | L110 | ABB | .50 | 150.00 | 75.00 |

FEES $429.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE 2
AUGUST 27, 2012

0G2012-301094

FED ID NO. 63-0243316

AMOUNT DUE THIS BILL $429.00

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE 3
AUGUST 27, 2012

0G2012-301094

FED ID NO. 63-0243316

**INDIVIDUAL SUMMARY**

| NAME | RANK | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| Allison Burke | Paralegal | 150.00 | 1.10 | 165.00 |
| Jon H. Patterson | Associate | 245.00 | 1.00 | 245.00 |
| Blake Goodsell | Associate | 190.00 | .10 | 19.00 |
| Total | | | 2.20 | 429.00 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

AUGUST 27, 2012
0G2012-301094
INVOICE # 800657

BILL AMOUNT $429.00

---

To: ResCap
1100 Virginia Drive
Fort Washington, PA 19034

TC Number: 707254
Invoice Date: 08/27/2012
Invoice No. 800657
Period ending: 05/31/2012

Case Management Number LD 0G2012-301094

| Code | Task | Current Invoice Hours | | Fees |
|---|---|---|---|---|
| L110 | Fact Investigation/Development | 1.10 | $ | 165.00 |
| L120 | Analysis/Strategy | 0.50 | $ | 117.00 |
| L190 | Other Case Assessment, Develop't/Admin | 0.30 | $ | 73.50 |
| L210 | Pleadings | 0.30 | $ | 73.50 |
| | TOTAL FEES | 2.20 | $ | 429.00 |
| | TOTAL FEES DUE | | $ | 429.00 |
| | TOTAL DISBURSEMENTS DUE | | $ | 0.00 |
| | TOTAL DUE THIS INVOICE | | $ | 429.00 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 27, 2012
0G2012-301095

INVOICE # 800658

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0G2012-301095 TC Number: 704177

| | | |
|---|---|---|
| 01 | Copy Charges | 0.00 |
| | AMOUNT DUE THIS BILL | $.00 |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    2
AUGUST 27, 2012

0G2012-301095

FED ID NO. 63-0243316



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

AUGUST 27, 2012
0G2012-301095

BILL AMOUNT $.00

INVOICE # 800658

---

To: ResCap
1100 Virginia Drive
Fort Washington, PA 19034

TC Number: 704177
Invoice Date: 08/27/2012
Invoice No. 800658
Period ending: 05/31/2012

Case Management Number LD 0G2012-301095

| Code Task | | Current Invoice Hours | | Fees |
|---|---|---|---|---|
| | TOTAL FEES | 0.00 | $ | 0.00 |
| | TOTAL FEES DUE | | $ | 0.00 |
| | TOTAL DISBURSEMENTS DUE | | $ | 0.00 |
| | TOTAL DUE THIS INVOICE | | $ | 0.00 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 27, 2012
0G2012-301096

INVOICE # 800659

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0G2012-301096 TC Number: 697887

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 05/16/12 | Review file in responding to client request for information on case style and allegations raised | L120 | JHP | .30 | 245.00 | 73.50 |

| | |
|---|---|
| FEES | $73.50 |
| AMOUNT DUE THIS BILL | $73.50 |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE 2
AUGUST 27, 2012

0G2012-301096

FED ID NO. 63-0243316

**INDIVIDUAL SUMMARY**

| NAME | RANK | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| Jon H. Patterson | Associate | 245.00 | .30 | 73.50 |
| Total | | | .30 | 73.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

AUGUST 27, 2012
0G2012-301096

BILL AMOUNT $73.50

INVOICE # 800659

---

To: ResCap
1100 Virginia Drive
Fort Washington, PA 19034

TC Number: 697887
Invoice Date: 08/27/2012
Invoice No. 800659
Period ending: 05/31/2012

Case Management Number LD 0G2012-301096

| Code Task | Current Invoice Hours | | Fees |
|---|---|---|---|
| L120 Analysis/Strategy | 0.30 | $ | 73.50 |
| TOTAL FEES | 0.30 | $ | 73.50 |
| TOTAL FEES DUE | | $ | 73.50 |
| TOTAL DISBURSEMENTS DUE | | $ | 0.00 |
| TOTAL DUE THIS INVOICE | | $ | 73.50 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 27, 2012
0G2012-301097

INVOICE # 800660

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0G2012-301097 TC Number: 718371

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 05/14/12 | Review and analyze borrower's motion for rehearing and motion for sanctions and review transcript from last hearing | L110 | CWH | .30 | 330.00 | 99.00 |
| 05/14/12 | Draft and revise letter noticing opposing counsel of safe harbor period regarding motion for rehearing | L120 | MW | 1.30 | 263.00 | 341.90 |
| 05/14/12 | Draft and revise motion for sanctions | C300 | MW | 2.40 | 263.00 | 631.20 |
| 05/14/12 | Review and analyze Florida Rules of Civil Procedure | C300 | MW | .30 | 263.00 | 78.90 |
| 05/16/12 | Review and analyze transcripts of hearings on December 29, 2011, and May 1, 2012, in preparation for revision of motion for sanctions | C300 | MW | 1.10 | 263.00 | 289.30 |
| 05/16/12 | Review and revise motion for sanctions | L240 | MW | .90 | 263.00 | 236.70 |
| 05/17/12 | Correspondence with Freddie Mac regarding appeal status of action | C400 | MW | .20 | 263.00 | 52.60 |
| 05/18/12 | Review and analyze matter and determine if bankruptcy stay is in place and, if so, how it will impact the case | L120 | MW | .20 | 263.00 | 52.60 |
| 05/18/12 | Review and edit draft letter and proposed motion for sanctions | L120 | HTC | .30 | 315.00 | 94.50 |
| 05/18/12 | Revise and finalize safe harbor letter to opposing counsel K.Trent | C400 | MW | .20 | 263.00 | 52.60 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE 2
AUGUST 27, 2012

0G2012-301097

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 05/18/12 | Revise and finalize motion for sanctions enclosed with safe harbor letter sent to opposing counsel | C400 | MW | .90 | 263.00 | 236.70 |
| 05/21/12 | Email correspondence to K.Trent regarding emergency hearing and motion for sanctions requirements per Florida Rules. | L110 | MPE | .20 | 149.00 | 29.80 |
| 05/21/12 | Research docket to confirm recent filings by opposing, K.Trent. | L110 | MPE | .20 | 149.00 | 29.80 |
| 05/21/12 | Review emails from K.Trent regarding motion and hearing dates | L120 | HTC | .20 | 315.00 | 63.00 |
| 05/21/12 | Review emails from borrowers counsel regarding emergency hearing on motion for rehearing and our own motion for sanctions | L120 | HTC | .20 | 315.00 | 63.00 |
| 05/21/12 | Correspondence with opposing counsel K.Trent regarding hearing dates and potential for earlier dates with stipulation that both motions be heard simultaneously | C400 | MW | .50 | 263.00 | 131.50 |
| 05/21/12 | Research and analyze standards set by judge regarding conference on hearing dates prior to scheduling and notice of hearing | L120 | MW | .40 | 263.00 | 105.20 |
| 05/29/12 | Review copy of notice to clerk of court requesting emergency hearing sent from opposing counsel regarding filed motion for rehearing and motion for sanctions | L120 | MW | .40 | 263.00 | 105.20 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE 3
AUGUST 27, 2012

0G2012-301097

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 05/29/12 | Correspondence with opposing counsel K.Trent regarding unilaterally scheduled hearing | C400 | MW | .30 | 263.00 | 78.90 |
| 05/29/12 | Research and analyze effect of motion for rehearing filed pursuant to order on a motion to vacate final judgment | C200 | MW | 1.30 | 263.00 | 341.90 |
| 05/29/12 | Correspondence with opposing counsel K.Trent regarding failure to attach alleged notice of filing supplemental exhibit | C400 | MW | .20 | 263.00 | 52.60 |
| 05/29/12 | Review emails from K.Trent regarding hearing on motion to reconsider and review; revise draft response to same | L120 | HTC | .20 | 315.00 | 63.00 |
| 05/29/12 | Multiple telephone conferences with Judge Langer's Judicial Assistant regarding emergency hearing | L110 | MPE | .60 | 149.00 | 89.40 |
| 05/30/12 | Review emails from K.Trent regarding hearing date and telephone conference with the courtÆs office regarding same and draft and edit email responses to K.Trent regarding hearing date and time | L120 | HTC | .80 | 315.00 | 252.00 |
| 05/30/12 | Review supplemental submission to motion for rehearing | L120 | HTC | .50 | 315.00 | 157.50 |
| 05/30/12 | Final review and revision of motion for sanctions | C300 | MW | .40 | 263.00 | 105.20 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE 4
AUGUST 27, 2012

0G2012-301097

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 05/30/12 | Correspondence with opposing counsel K.Trent requesting telephonic conference with judicial assistant regarding scheduling of emergency motion hearing on motion for rehearing and motion for sanctions | C400 | MW | .20 | 263.00 | 52.60 |
| 05/30/12 | Review and prepare pleadings, correspondence with opposing counsel, orders entered, and hearing transcripts filed, in preparation for upcoming hearing | L120 | MW | 2.30 | 263.00 | 604.90 |
| 05/30/12 | Assemble notebook for hearing on Defendant's Motion for Rehearing on Order Denying Motion to Vacate and Motion for Sanctions | L230 | JAM | 1.40 | 145.00 | 203.00 |
| 05/30/12 | Finalize and e-submit Motion for sanctions to Judge Langer | L210 | MPE | .50 | 149.00 | 74.50 |
| 05/30/12 | Telephone conference with Judge Langer's Judicial Assistant regarding emergency hearing schedule for may 30, 2012 and May 31, 2012. | L110 | MPE | .20 | 149.00 | 29.80 |
| 05/30/12 | Prepare pleadings and correspondence for emergency hearing scheduled by opposing counsel | L110 | MPE | 1.00 | 149.00 | 149.00 |
| 05/31/12 | Prepare for hearing and attendance at hearing and motion for sanctions | L230 | HTC | 11.70 | 315.00 | 3,685.50 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE 5
AUGUST 27, 2012

0G2012-301097

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 05/31/12 | Review and analysis of hearing transcripts from December and October hearings as relating to borrower's claim in preparation for upcoming hearing on borrower's motion for rehearing and motion for sanctions | C300 | MW | .70 | 263.00 | 184.10 |

FEES $8,817.40

35 Express Mail/Fedex 0.00

AMOUNT DUE THIS BILL $8,817.40

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

AUGUST 27, 2012

0G2012-301097

FED ID NO. 63-0243316

**INDIVIDUAL SUMMARY**

| NAME | RANK | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| Hope Cannon | Partner | 315.00 | 13.90 | 4,378.50 |
| Christian W. Hancock | Partner | 330.00 | .30 | 99.00 |
| Jamie Mathews | Paralegal | 145.00 | 1.40 | 203.00 |
| Monica Wilson | Associate | 263.00 | 14.20 | 3,734.60 |
| Melisa P. Palmer | Paralegal | 149.00 | 2.70 | 402.30 |
| Total | | | 32.50 | 8,817.40 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

AUGUST 27, 2012
0G2012-301097
INVOICE # 800660

BILL AMOUNT $8,817.40

---

To: ResCap
1100 Virginia Drive
Fort Washington, PA 19034

TC Number: 718371
Invoice Date: 08/27/2012
Invoice No. 800660
Period ending: 05/31/2012

Case Management Number LD 0G2012-301097

| Code | Task | Current Invoice Hours | | Fees |
|---|---|---|---|---|
| C200 | Researching Law | 1.30 | $ | 341.90 |
| C300 | Analysis and Advice | 4.90 | $ | 1,288.70 |
| C400 | Third Party Communication | 2.50 | $ | 657.50 |
| L110 | Fact Investigation/Development | 2.50 | $ | 426.80 |
| L120 | Analysis/Strategy | 6.80 | $ | 1,902.80 |
| L210 | Pleadings | 0.50 | $ | 74.50 |
| L230 | Court Mandated Conferences | 13.10 | $ | 3,888.50 |
| L240 | Dispositive Motions | 0.90 | $ | 236.70 |
| | TOTAL FEES | 32.50 | $ | 8,817.40 |

| | | |
|---|---|---|
| TOTAL FEES DUE | $ | 8,817.40 |
| TOTAL DISBURSEMENTS DUE | $ | 0.00 |
| TOTAL DUE THIS INVOICE | $ | 8,817.40 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 27, 2012
0G2012-301098

INVOICE # 800661

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0G2012-301098 TC Number: 706169

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 05/14/12 | Telephone conversation with opposing counsel concerning whether borrowers are still in house | P300 | EWS | .20 | 266.00 | 53.20 |
| 05/15/12 | Review and analyze matter to determine how bankruptcy filing affects case | L190 | EWS | .20 | 266.00 | 53.20 |
| 05/17/12 | Update status report regarding post-dismissal actions | L190 | JDR | .10 | 293.00 | 29.30 |
| 05/17/12 | Email correspondence with J.Rose concerning residual issues in case | L190 | EWS | .20 | 266.00 | 53.20 |

FEES $188.90

AMOUNT DUE THIS BILL $188.90

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE 2
AUGUST 27, 2012

0G2012-301098

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| Jonathan Rose | Partner | 293.00 | .10 | 29.30 |
| Eric Smith | Partner | 266.00 | .60 | 159.60 |
| Total | | | .70 | 188.90 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

AUGUST 27, 2012
0G2012-301098
INVOICE # 800661

BILL AMOUNT $188.90

---

To: ResCap
1100 Virginia Drive
Fort Washington, PA 19034

TC Number: 706169
Invoice Date: 08/27/2012
Invoice No. 800661
Period ending: 05/31/2012

Case Management Number LD 0G2012-301098

| Code | Task | Current Invoice Hours | | Fees |
|---|---|---|---|---|
| L190 | Other Case Assessment, Develop't/Admin | 0.50 | $ | 135.70 |
| P300 | Structure/Strategy/Analysis | 0.20 | $ | 53.20 |
| | TOTAL FEES | 0.70 | $ | 188.90 |
| | TOTAL FEES DUE | | $ | 188.90 |
| | TOTAL DISBURSEMENTS DUE | | $ | 0.00 |
| | TOTAL DUE THIS INVOICE | | $ | 188.90 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 27, 2012
0G2012-301099

INVOICE # 800662

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0G2012-301099 TC Number: 700507

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 05/18/12 | Review and analyze matter and determine if bankruptcy stay is in place and, if so, how it will impact the case | L120 | MW | .20 | 263.00 | 52.60 |

FEES $52.60

AMOUNT DUE THIS BILL $52.60

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE 2
AUGUST 27, 2012

0G2012-301099

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| Monica Wilson | Associate | 263.00 | .20 | 52.60 |
| Total | | | .20 | 52.60 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

AUGUST 27, 2012
0G2012-301099
INVOICE # 800662

BILL AMOUNT $52.60

---

To: ResCap
1100 Virginia Drive
Fort Washington, PA 19034

TC Number: 700507
Invoice Date: 08/27/2012
Invoice No. 800662
Period ending: 05/31/2012

Case Management Number LD 0G2012-301099

| Code Task | Current Invoice Hours | | Fees |
|---|---|---|---|
| L120 Analysis/Strategy | 0.20 | $ | 52.60 |
| TOTAL FEES | 0.20 | $ | 52.60 |
| TOTAL FEES DUE | | $ | 52.60 |
| TOTAL DISBURSEMENTS DUE | | $ | 0.00 |
| TOTAL DUE THIS INVOICE | | $ | 52.60 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 27, 2012
0G2012-301100

INVOICE # 800663

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0G2012-301100 TC Number: 714375

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 05/15/12 | Review case to determine whether the bankruptcy stay applies | L120 | RK | .20 | 185.00 | 37.00 |
| 05/17/12 | Draft correspondence to client regarding status of the property | L120 | RK | .10 | 185.00 | 18.50 |
| 05/21/12 | Strategy conferences regarding effect of the bankruptcy automatic stay on this matter | L120 | GWG | .40 | 263.00 | 105.20 |
| 05/22/12 | Draft correspondence regarding bankruptcy stay's affect on case | L120 | RK | .30 | 185.00 | 55.50 |

| | |
|---|---|
| FEES | $216.20 |
| AMOUNT DUE THIS BILL | $216.20 |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE 2
AUGUST 27, 2012

0G2012-301100

FED ID NO. 63-0243316

**INDIVIDUAL SUMMARY**

| NAME | RANK | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| Graham W. Gerhardt | Partner | 263.00 | .40 | 105.20 |
| Riley Key | Associate | 185.00 | .60 | 111.00 |
| Total | | | 1.00 | 216.20 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

AUGUST 27, 2012
0G2012-301100
INVOICE # 800663

BILL AMOUNT $216.20

---

To: ResCap
1100 Virginia Drive
Fort Washington, PA 19034

TC Number: 714375
Invoice Date: 08/27/2012
Invoice No. 800663
Period ending: 05/31/2012

Case Management Number LD 0G2012-301100

| Code Task | Current Invoice Hours | | Fees |
|---|---|---|---|
| L120 Analysis/Strategy | 1.00 | $ | 216.20 |
| TOTAL FEES | 1.00 | $ | 216.20 |
| TOTAL FEES DUE | | $ | 216.20 |
| TOTAL DISBURSEMENTS DUE | | $ | 0.00 |
| TOTAL DUE THIS INVOICE | | $ | 216.20 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 27, 2012
0G2012-301101

INVOICE # 800664

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0G2012-301101 TC Number: 719346

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 05/15/12 | Evaluate matter and determine if bankruptcy stay is in place and, if so, how it will impact the case | L120 | GP | .20 | 185.00 | 37.00 |
| 05/16/12 | Evaluate matter and determine if bankruptcy stay is in place based on new bankruptcy guidance | L120 | GP | .20 | 185.00 | 37.00 |
| 05/16/12 | Review and analyze matter re bankruptcy | L120 | KSA | .20 | 223.00 | 44.60 |

FEES $118.60

AMOUNT DUE THIS BILL $118.60

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE 2
AUGUST 27, 2012

0G2012-301101

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| Keith S. Anderson | Associate | 223.00 | .20 | 44.60 |
| Grant Premo | Associate | 185.00 | .40 | 74.00 |
| Total | | | .60 | 118.60 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

AUGUST 27, 2012
0G2012-301101
INVOICE # 800664

BILL AMOUNT $118.60

---

To: ResCap
1100 Virginia Drive
Fort Washington, PA 19034

TC Number: 719346
Invoice Date: 08/27/2012
Invoice No. 800664
Period ending: 05/31/2012

Case Management Number LD 0G2012-301101

| Code Task | Current Invoice Hours | | Fees |
|---|---|---|---|
| L120 Analysis/Strategy | 0.60 | $ | 118.60 |
| TOTAL FEES | 0.60 | $ | 118.60 |
| TOTAL FEES DUE | | $ | 118.60 |
| TOTAL DISBURSEMENTS DUE | | $ | 0.00 |
| TOTAL DUE THIS INVOICE | | $ | 118.60 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 27, 2012
0G2012-301102

INVOICE # 800665

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0G2012-301102 TC Number: 716371

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 05/15/12 | Review and analyze matter and determine if bankruptcy stay is in place and, if so, how it will impact the case | L120 | CM | .30 | 185.00 | 55.50 |
| 05/16/12 | In light of updated information, analyze matter and determine if bankruptcy stay is in place, and, if so, how it will impact the case | L120 | CM | .10 | 185.00 | 18.50 |
| 05/21/12 | Review and analyze impact of bankruptcy stay on matter | L110 | CWH | .20 | 330.00 | 66.00 |
| 05/21/12 | Draft Suggestion of Bankruptcy | L210 | CM | .40 | 185.00 | 74.00 |
| 05/21/12 | Strategy conference regarding effect of the bankruptcy automatic stay on this matter | L120 | GWG | .40 | 263.00 | 105.20 |
| 05/22/12 | Finalize Notice of Bankruptcy and prepare for filing and service. | L210 | MST | .50 | 150.00 | 75.00 |
| 05/22/12 | Receive notice from court regarding Notice of Bankruptcy and update file regarding same. | L140 | MST | .20 | 150.00 | 30.00 |
| 05/22/12 | Revise suggestion of bankruptcy | L210 | CM | .10 | 185.00 | 18.50 |

FEES $442.70



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE 2
AUGUST 27, 2012

Rescap

0G2012-301102

FED ID NO. 63-0243316

| AMOUNT DUE THIS BILL | $442.70 |
|---|---|

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE 3
AUGUST 27, 2012

0G2012-301102

FED ID NO. 63-0243316

**INDIVIDUAL SUMMARY**

| NAME | RANK | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| Melanie Thompson | Paralegal | 150.00 | .70 | 105.00 |
| Christian W. Hancock | Partner | 330.00 | .20 | 66.00 |
| Graham W. Gerhardt | Partner | 263.00 | .40 | 105.20 |
| Cam Miller | Associate | 185.00 | .90 | 166.50 |
| Total | | | 2.20 | 442.70 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

AUGUST 27, 2012
0G2012-301102
INVOICE # 800665

BILL AMOUNT $442.70

To: ResCap
1100 Virginia Drive
Fort Washington, PA 19034

TC Number: 716371
Invoice Date: 08/27/2012
Invoice No. 800665
Period ending: 05/31/2012

Case Management Number LD 0G2012-301102

| Code | Task | Current Invoice Hours | | Fees |
|---|---|---|---|---|
| L110 | Fact Investigation/Development | 0.20 | $ | 66.00 |
| L120 | Analysis/Strategy | 0.80 | $ | 179.20 |
| L140 | Document/File Management | 0.20 | $ | 30.00 |
| L210 | Pleadings | 1.00 | $ | 167.50 |
| | TOTAL FEES | 2.20 | $ | 442.70 |
| | TOTAL FEES DUE | | $ | 442.70 |
| | TOTAL DISBURSEMENTS DUE | | $ | 0.00 |
| | TOTAL DUE THIS INVOICE | | $ | 442.70 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 27, 2012
0G2012-301103

INVOICE # 800666

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0G2012-301103 TC Number: 706906

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 05/14/12 | Draft status report for client regarding motion to strike | L120 | JMH | .10 | 241.00 | 24.10 |
| 05/15/12 | Determine appropriate "bucket" assignment for matter, and whether automatic stay applies | L120 | JMH | .20 | 241.00 | 48.20 |
| 05/30/12 | Research Florida statute, surrounding statutes, and cases pertaining to UCC refusal of tender rule | L120 | JMH | 1.60 | 241.00 | 385.60 |
| 05/30/12 | Draft motion to strike | L250 | JMH | .90 | 241.00 | 216.90 |
| 05/30/12 | Review and analyze multiple pleadings from borrower to determine appropriate response | L210 | JMH | 1.50 | 241.00 | 361.50 |
| 05/31/12 | Continue drafting motion to strike | L250 | JMH | .60 | 241.00 | 144.60 |

| | | | |
|---|---|---|---|
| | FEES | | $1,180.90 |
| 41 | Computerized Legal Research-Westlaw | 0.00 | |
| | AMOUNT DUE THIS BILL | | $1,180.90 |

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE 2
AUGUST 27, 2012

0G2012-301103

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| Jonathan Hooks | Associate | 241.00 | 4.90 | 1,180.90 |
| Total | | | 4.90 | 1,180.90 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

AUGUST 27, 2012
0G2012-301103
INVOICE # 800666

BILL AMOUNT $1,180.90

---

To: ResCap
1100 Virginia Drive
Fort Washington, PA 19034

TC Number: 706906
Invoice Date: 08/27/2012
Invoice No. 800666
Period ending: 05/31/2012

Case Management Number LD 0G2012-301103

| Code | Task | Current Invoice Hours | | Fees |
|---|---|---|---|---|
| L120 | Analysis/Strategy | 1.90 | $ | 457.90 |
| L210 | Pleadings | 1.50 | $ | 361.50 |
| L250 | Other Written Motions/Submissions | 1.50 | $ | 361.50 |
| | TOTAL FEES | 4.90 | $ | 1,180.90 |
| | TOTAL FEES DUE | | $ | 1,180.90 |
| | TOTAL DISBURSEMENTS DUE | | $ | 0.00 |
| | TOTAL DUE THIS INVOICE | | $ | 1,180.90 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 27, 2012
0G2012-301105

INVOICE # 800667

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0G2012-301105 TC Number: 701016

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 05/14/12 | Review file to determine if private mortgage insurance was ever paid to GMAC | L110 | MPE | .30 | 149.00 | 44.70 |
| 05/15/12 | Revise timeline of relevant case events based on additional client documents. | L110 | MPE | .20 | 149.00 | 29.80 |
| 05/16/12 | Enter monthly status report regarding discovery | L120 | NJV | .10 | 258.00 | 25.80 |
| 05/16/12 | Review and analyze pleadings and fact package in support of claim evaluation | L110 | CSM | .40 | 300.00 | 120.00 |

FEES $220.30

AMOUNT DUE THIS BILL $220.30

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE 2
AUGUST 27, 2012

0G2012-301105

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| Nicholas J. Voelker | Associate | 258.00 | .10 | 25.80 |
| Cory S. Menees | Associate | 300.00 | .40 | 120.00 |
| Melisa P. Palmer | Paralegal | 149.00 | .50 | 74.50 |
| Total | | | 1.00 | 220.30 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

AUGUST 27, 2012
0G2012-301105

BILL AMOUNT $220.30

INVOICE # 800667

---

To: ResCap
1100 Virginia Drive
Fort Washington, PA 19034

TC Number: 701016
Invoice Date: 08/27/2012
Invoice No. 800667
Period ending: 05/31/2012

Case Management Number LD 0G2012-301105

| Code Task | Current Invoice Hours | | Fees |
|---|---|---|---|
| L110 Fact Investigation/Development | 0.90 | $ | 194.50 |
| L120 Analysis/Strategy | 0.10 | $ | 25.80 |
| TOTAL FEES | 1.00 | $ | 220.30 |
| TOTAL FEES DUE | | $ | 220.30 |
| TOTAL DISBURSEMENTS DUE | | $ | 0.00 |
| TOTAL DUE THIS INVOICE | | $ | 220.30 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 27, 2012
0G2012-301106

INVOICE # 800668

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0G2012-301106 TC Number: 704160

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 05/14/12 | Review letter from court regarding references to record below | L520 | JJPH | .10 | 250.00 | 25.00 |
| 05/14/12 | Review and revise citations to record in appellee brief | L520 | JJPH | 1.20 | 250.00 | 300.00 |
| 05/14/12 | Analyzing the effect of the bankruptcy filing on the status of the case. | P300 | CET | .20 | 293.00 | 58.60 |
| 05/15/12 | Review, edit, and finalize corrected brief of appellees | L520 | JJPH | 2.30 | 250.00 | 575.00 |
| 05/15/12 | Reading and analyzing the notice received from the 6th Circuit regarding the brief. | P300 | CET | .20 | 293.00 | 58.60 |
| 05/15/12 | Analyzing the effect of the bankruptcy filing on the issue of whether the stay applies to the appeal. | P300 | CET | .30 | 293.00 | 87.90 |
| 05/15/12 | Analyzing revised brief per the court's requirements. | P300 | CET | .60 | 293.00 | 175.80 |
| 05/15/12 | Summarizing case for bankruptcy bucket analysis. | P300 | CET | .40 | 293.00 | 117.20 |
| 05/16/12 | Check status of case and confirm that case is progressing toward resolution. | L190 | JDR | .10 | 293.00 | 29.30 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE 2
AUGUST 27, 2012

0G2012-301106

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 05/16/12 | Analyzing the effect of the bankruptcy filing on the status of the case with updated information regarding bankruptcy buckets. | P300 | CET | .20 | 293.00 | 58.60 |
| 05/17/12 | Analyzing the effect of the bankruptcy filing on the status of the case. | P300 | CET | .20 | 293.00 | 58.60 |
| 05/31/12 | Providing status update to the client. | P300 | CET | .20 | 293.00 | 58.60 |

| | |
|---|---|
| FEES | $1,603.20 |
| AMOUNT DUE THIS BILL | $1,603.20 |

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

AUGUST 27, 2012

Rescap

0G2012-301106

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| Joshua J. Phillips | Associate | 250.00 | 3.60 | 900.00 |
| Jonathan Rose | Partner | 293.00 | .10 | 29.30 |
| Christopher E. Thorsen | Partner | 293.00 | 2.30 | 673.90 |
| Total | | | 6.00 | 1,603.20 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

AUGUST 27, 2012
0G2012-301106
INVOICE # 800668

BILL AMOUNT $1,603.20

---

To: ResCap
1100 Virginia Drive
Fort Washington, PA 19034

TC Number: 704160
Invoice Date: 08/27/2012
Invoice No. 800668
Period ending: 05/31/2012

Case Management Number LD 0G2012-301106

| Code | Task | Current Invoice Hours | | Fees |
|---|---|---|---|---|
| L190 | Other Case Assessment, Develop't/Admin | 0.10 | $ | 29.30 |
| L520 | Appellate Briefs | 3.60 | $ | 900.00 |
| P300 | Structure/Strategy/Analysis | 2.30 | $ | 673.90 |
| | TOTAL FEES | 6.00 | $ | 1,603.20 |

| | | |
|---|---|---|
| TOTAL FEES DUE | $ | 1,603.20 |
| TOTAL DISBURSEMENTS DUE | $ | 0.00 |
| TOTAL DUE THIS INVOICE | $ | 1,603.20 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 27, 2012
0G2012-301107

INVOICE # 800669

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0G2012-301107 TC Number: 717397

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 05/15/12 | Review and analyze matter and determine if bankruptcy stay is in place and, if so, how it will impact the case | L120 | phn | .40 | 200.00 | 80.00 |
| 05/16/12 | Reclassify bankruptcy categories based on GMACÆs updated bucket chart from bankruptcy counsel | L190 | phn | .20 | 200.00 | 40.00 |
| 05/23/12 | Analyze suggestion of bankruptcy approval and reclassification to case where stay has been lifted | L120 | phn | .30 | 200.00 | 60.00 |
| 05/23/12 | Conference regarding effect of bankruptcy automatic stay on this matter | L120 | GWG | .40 | 263.00 | 105.20 |
| 05/30/12 | Researching bankruptcy stay exemption related to plaintiff's filings | L120 | phn | 1.60 | 200.00 | 320.00 |
| 05/30/12 | Draft Motion to Enforce Rule 11 Agreement, draft Proposed Order | L210 | phn | 1.80 | 200.00 | 360.00 |
| 05/30/12 | Conference with Court to set hearing | L230 | phn | .40 | 200.00 | 80.00 |
| 05/30/12 | Change bankruptcy classification in master spreadsheet | L190 | phn | .10 | 200.00 | 20.00 |

FEES $1,065.20

| | | | |
|---|---|---|---|
| 41 | Computerized Legal Research-Westlaw | 0.00 | |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE 2
AUGUST 27, 2012

0G2012-301107

FED ID NO. 63-0243316

AMOUNT DUE THIS BILL $1,065.20

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE 3
AUGUST 27, 2012

0G2012-301107

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| Graham W. Gerhardt | Partner | 263.00 | .40 | 105.20 |
| Preston H. Neel | Associate | 200.00 | 4.80 | 960.00 |
| Total | | | 5.20 | 1,065.20 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

AUGUST 27, 2012
0G2012-301107
INVOICE # 800669

BILL AMOUNT $1,065.20

To: ResCap
1100 Virginia Drive
Fort Washington, PA 19034

TC Number: 717397
Invoice Date: 08/27/2012
Invoice No. 800669
Period ending: 05/31/2012

Case Management Number LD 0G2012-301107

| Code | Task | Current Invoice Hours | | Fees |
|---|---|---|---|---|
| L120 | Analysis/Strategy | 2.70 | $ | 565.20 |
| L190 | Other Case Assessment, Develop't/Admin | 0.30 | $ | 60.00 |
| L210 | Pleadings | 1.80 | $ | 360.00 |
| L230 | Court Mandated Conferences | 0.40 | $ | 80.00 |
| | TOTAL FEES | 5.20 | $ | 1,065.20 |

| | | |
|---|---|---|
| TOTAL FEES DUE | $ | 1,065.20 |
| TOTAL DISBURSEMENTS DUE | $ | 0.00 |
| TOTAL DUE THIS INVOICE | $ | 1,065.20 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 27, 2012
0G2012-301108

INVOICE # 800670

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0G2012-301108 TC Number: 686391

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 05/15/12 | Conference with J.Vega regarding case status relative to bankruptcy | L110 | JAM | .10 | 145.00 | 14.50 |
| 05/15/12 | Review and analyze matter and determine if bankruptcy stay is in place and, if so, how it will affect the case | L120 | JDV | .30 | 219.00 | 65.70 |
| 05/17/12 | Communications with B.Northrop-Day regarding status of litigation | L190 | JDV | .20 | 219.00 | 43.80 |
| 05/23/12 | Review correspondence from N.Nelson, defendant's attorney, in response to counteroffer | L190 | JDV | .20 | 219.00 | 43.80 |
| 05/29/12 | Conference call with Beth Northrop-Day regarding status of Harris case | L160 | CM | .40 | 185.00 | 74.00 |
| 05/29/12 | Communications with N.Nelson, defendant's attorney, regarding conference call to discuss discovery issues | L190 | JDV | .20 | 219.00 | 43.80 |
| 05/29/12 | Conference call with B.Northrop-Day regarding litigation status | L190 | JDV | .60 | 219.00 | 131.40 |

FEES $417.00



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE 2
AUGUST 27, 2012

0G2012-301108

FED ID NO. 63-0243316

AMOUNT DUE THIS BILL $417.00

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE 3
AUGUST 27, 2012

0G2012-301108

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| Jamie Mathews | Paralegal | 145.00 | .10 | 14.50 |
| Jose D. Vega | Associate | 219.00 | 1.50 | 328.50 |
| Cam Miller | Associate | 185.00 | .40 | 74.00 |
| Total | | | 2.00 | 417.00 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

AUGUST 27, 2012
0G2012-301108
INVOICE # 800670

BILL AMOUNT $417.00

---

To: ResCap
1100 Virginia Drive
Fort Washington, PA 19034

TC Number: 686391
Invoice Date: 08/27/2012
Invoice No. 800670
Period ending: 05/31/2012

Case Management Number LD 0G2012-301108

| Code | Task | Current Invoice Hours | | Fees |
|---|---|---|---|---|
| L110 | Fact Investigation/Development | 0.10 | $ | 14.50 |
| L120 | Analysis/Strategy | 0.30 | $ | 65.70 |
| L160 | Settlement/Non-Binding ADR | 0.40 | $ | 74.00 |
| L190 | Other Case Assessment, Develop't/Admin | 1.20 | $ | 262.80 |
| | TOTAL FEES | 2.00 | $ | 417.00 |
| | TOTAL FEES DUE | | $ | 417.00 |
| | TOTAL DISBURSEMENTS DUE | | $ | 0.00 |
| | TOTAL DUE THIS INVOICE | | $ | 417.00 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 27, 2012
0G2012-301109

INVOICE # 800671

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0G2012-301109 TC Number: 711608

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 05/21/12 | Conversation with client regarding affidavit in support of motion for summary judgment and supporting documents | L120 | MSW | .20 | 254.00 | 50.80 |
| 05/21/12 | Research documents required as exhibits to affidavit to be executed by client | L140 | LADA | .50 | 65.00 | 32.50 |
| 05/29/12 | Draft status report for client regarding motion for summary judgment | L120 | MSW | .10 | 254.00 | 25.40 |

| | |
|---|---|
| FEES | $108.70 |
| AMOUNT DUE THIS BILL | $108.70 |

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

AUGUST 27, 2012

0G2012-301109

FED ID NO. 63-0243316

**INDIVIDUAL SUMMARY**

| NAME | RANK | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| Mark S. Wierman | Associate | 254.00 | .30 | 76.20 |
| Lucinda Kish | Paralegal | 65.00 | .50 | 32.50 |
| Total | | | .80 | 108.70 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

AUGUST 27, 2012
0G2012-301109
INVOICE # 800671

BILL AMOUNT $108.70

---

To: ResCap
1100 Virginia Drive
Fort Washington, PA 19034

TC Number: 711608
Invoice Date: 08/27/2012
Invoice No. 800671
Period ending: 05/31/2012

Case Management Number LD 0G2012-301109

| Code Task | Current Invoice Hours | | Fees |
|---|---|---|---|
| L120 Analysis/Strategy | 0.30 | $ | 76.20 |
| L140 Document/File Management | 0.50 | $ | 32.50 |
| TOTAL FEES | 0.80 | $ | 108.70 |
| TOTAL FEES DUE | | $ | 108.70 |
| TOTAL DISBURSEMENTS DUE | | $ | 0.00 |
| TOTAL DUE THIS INVOICE | | $ | 108.70 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 27, 2012
0G2012-301110

INVOICE # 800672

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0G2012-301110 TC Number: 702559

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 05/16/12 | Review file in responding to client request for information on case style and allegations raised | L120 | JHP | .30 | 245.00 | 73.50 |

FEES $73.50

AMOUNT DUE THIS BILL $73.50

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE 2
AUGUST 27, 2012

0G2012-301110

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| Jon H. Patterson | Associate | 245.00 | .30 | 73.50 |
| Total | | | .30 | 73.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

AUGUST 27, 2012
0G2012-301110
INVOICE # 800672

BILL AMOUNT $73.50

---

To: ResCap
1100 Virginia Drive
Fort Washington, PA 19034

TC Number: 702559
Invoice Date: 08/27/2012
Invoice No. 800672
Period ending: 05/31/2012

Case Management Number LD 0G2012-301110

| Code Task | Current Invoice Hours | | Fees |
|---|---|---|---|
| L120 Analysis/Strategy | 0.30 | $ | 73.50 |
| TOTAL FEES | 0.30 | $ | 73.50 |
| TOTAL FEES DUE | | $ | 73.50 |
| TOTAL DISBURSEMENTS DUE | | $ | 0.00 |
| TOTAL DUE THIS INVOICE | | $ | 73.50 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 27, 2012
0G2012-301111

INVOICE # 800673

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0G2012-301111 TC Number: 688839

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 05/15/12 | Conference with J.Vega regarding case status relative to bankruptcy | L110 | JAM | .10 | 145.00 | 14.50 |
| 05/15/12 | Review and analyze matter and determine if bankruptcy stay is in place and, if so, how it will affect the case | L120 | JDV | .30 | 219.00 | 65.70 |
| 05/22/12 | Communications with client regarding mortgage insurance company's review of defendant's settlement offer | L190 | JDV | .20 | 219.00 | 43.80 |
| 05/29/12 | Communications with client regarding acceptance of defendant's settlement offer | L160 | JDV | .20 | 219.00 | 43.80 |

| | |
|---|---|
| FEES | $167.80 |
| AMOUNT DUE THIS BILL | $167.80 |

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

AUGUST 27, 2012

Rescap

0G2012-301111

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| Jamie Mathews | Paralegal | 145.00 | .10 | 14.50 |
| Jose D. Vega | Associate | 219.00 | .70 | 153.30 |
| Total | | | .80 | 167.80 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

AUGUST 27, 2012
0G2012-301111
INVOICE # 800673

BILL AMOUNT $167.80

---

To: ResCap
1100 Virginia Drive
Fort Washington, PA 19034

TC Number: 688839
Invoice Date: 08/27/2012
Invoice No. 800673
Period ending: 05/31/2012

Case Management Number LD 0G2012-301111

| Code | Task | Current Invoice Hours | | Fees |
|---|---|---|---|---|
| L110 | Fact Investigation/Development | 0.10 | $ | 14.50 |
| L120 | Analysis/Strategy | 0.30 | $ | 65.70 |
| L160 | Settlement/Non-Binding ADR | 0.20 | $ | 43.80 |
| L190 | Other Case Assessment, Develop't/Admin | 0.20 | $ | 43.80 |
| | TOTAL FEES | 0.80 | $ | 167.80 |
| | TOTAL FEES DUE | | $ | 167.80 |
| | TOTAL DISBURSEMENTS DUE | | $ | 0.00 |
| | TOTAL DUE THIS INVOICE | | $ | 167.80 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 27, 2012
0G2012-301112

INVOICE # 800674

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0G2012-301112 TC Number: 693729

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 05/14/12 | Analyzing the effect of the bankruptcy filing on the status of the case. | L250 | CET | .20 | 293.00 | 58.60 |
| 05/15/12 | Summarize case for bankruptcy analysis | L250 | CET | .40 | 293.00 | 117.20 |
| 05/15/12 | Analyze effect of bankruptcy filing on case strategy and determine if bankruptcy stay is in place | C300 | MMB | .30 | 240.00 | 72.00 |
| 05/16/12 | Check status of case and confirm that case is progressing toward resolution. | L190 | JDR | .10 | 293.00 | 29.30 |
| 05/16/12 | Analyzing the effect of the bankruptcy filing on the status of the case with updated information regarding bankruptcy buckets. | L250 | CET | .20 | 293.00 | 58.60 |
| 05/17/12 | Analyzing the effect of the bankruptcy filing on the status of the case. | L250 | CET | .20 | 293.00 | 58.60 |
| 05/22/12 | Attend to e-mail with C.Wheland and H.Miller regarding postponing deadlines in light of postponement of the summary judgment hearing | L210 | MMB | .20 | 240.00 | 48.00 |
| 05/23/12 | Attend to e-mail with H.Miller and C.Wheland regarding postponing case deadlines in light of postponement of summary judgment hearing | B110 | MMB | .20 | 240.00 | 48.00 |
| 05/23/12 | Calendar postponed deadlines pursuant to agreement with opposing counsel | B110 | MMB | .20 | 240.00 | 48.00 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE 2
AUGUST 27, 2012

0G2012-301112

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 05/23/12 | Email correspondence with plaintiff's counsel regarding extending the deadlines in the case as a result of the bankruptcy. | L250 | CET | .20 | 293.00 | 58.60 |
| 05/25/12 | Review and analyze effect of bankruptcy filing on scheduled summary judgment hearing | L240 | MMB | .40 | 240.00 | 96.00 |
| 05/25/12 | Draft and revise suggestion of bankruptcy | L210 | MMB | .30 | 240.00 | 72.00 |
| 05/25/12 | Analyzing the effect of the bankruptcy on the scheduling order in the matter. | L250 | CET | .40 | 293.00 | 117.20 |
| 05/29/12 | Revise and finalize suggestion of bankruptcy for filing | L210 | MMB | .30 | 240.00 | 72.00 |
| 05/31/12 | Providing status update to the client. | L250 | CET | .20 | 293.00 | 58.60 |

FEES $1,012.70

| | | | |
|---|---|---|---|
| 01 | Copy Charges | 0.00 | |
| 35 | Express Mail/Fedex | 0.00 | |
| | AMOUNT DUE THIS BILL | | $1,012.70 |

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

AUGUST 27, 2012

0G2012-301112

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| Jonathan Rose | Partner | 293.00 | .10 | 29.30 |
| Christopher E. Thorsen | Partner | 293.00 | 1.80 | 527.40 |
| Melissa Burton | Associate | 240.00 | 1.90 | 456.00 |
| Total | | | 3.80 | 1,012.70 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

AUGUST 27, 2012
0G2012-301112
INVOICE # 800674

BILL AMOUNT $1,012.70

To: ResCap
1100 Virginia Drive
Fort Washington, PA 19034

TC Number: 693729
Invoice Date: 08/27/2012
Invoice No. 800674
Period ending: 05/31/2012

Case Management Number LD 0G2012-301112

| Code | Task | Current Invoice Hours | | Fees |
|---|---|---|---|---|
| B110 | Case Administration | 0.40 | $ | 96.00 |
| C300 | Analysis and Advice | 0.30 | $ | 72.00 |
| L190 | Other Case Assessment, Develop't/Admin | 0.10 | $ | 29.30 |
| L210 | Pleadings | 0.80 | $ | 192.00 |
| L240 | Dispositive Motions | 0.40 | $ | 96.00 |
| L250 | Other Written Motions/Submissions | 1.80 | $ | 527.40 |
| | TOTAL FEES | 3.80 | $ | 1,012.70 |
| | TOTAL FEES DUE | | $ | 1,012.70 |
| | TOTAL DISBURSEMENTS DUE | | $ | 0.00 |
| | TOTAL DUE THIS INVOICE | | $ | 1,012.70 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 27, 2012
0G2012-301113

INVOICE # 800675

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0G2012-301113 TC Number: 693708

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 05/16/12 | Continue research for appeal brief following grant of petition, and on status of appeal following bankruptcy | L520 | MJA | .90 | 297.00 | 267.30 |
| 05/16/12 | Review file in responding to client request for information on case style and allegations raised | L120 | JHP | .70 | 245.00 | 171.50 |
| 05/17/12 | Continue to review bankruptcy related issues with respect to appellate deadline | L510 | JHP | .30 | 245.00 | 73.50 |
| 05/17/12 | Review pleadings and bankruptcy orders lifting stay to determine whether this appeal is subject to bankruptcy stay or was lifted from stay | L120 | JHP | .40 | 245.00 | 98.00 |
| 05/17/12 | Continue research on whether appeal falls under bankruptcy stay | L510 | MJA | .40 | 297.00 | 118.80 |
| 05/17/12 | Call to Supreme Court clerk on time extension and confirmation letter | L510 | MJA | .30 | 297.00 | 89.10 |
| 05/21/12 | Research on standing and jurisdictional issues for appellate brief | L520 | MJA | 1.30 | 297.00 | 386.10 |
| 05/21/12 | Review issues regarding briefing in appeal based on petition for certiorari | L120 | AC | .40 | 193.00 | 77.20 |
| 05/22/12 | Review Petition for Cert and recent decisions by Alabama Supreme Court and Court of Civil Appeals and begin outlining draft of appellate brief | L520 | AC | 1.60 | 193.00 | 308.80 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE 2
AUGUST 27, 2012

0G2012-301113

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 05/22/12 | Continue research for appellate brief | L520 | MJA | .30 | 297.00 | 89.10 |
| 05/24/12 | Continue reviewing Alabama case law in preparation for appellate briefing | L520 | AC | .50 | 193.00 | 96.50 |
| 05/24/12 | Begin drafting appellate brief | L520 | AC | 1.00 | 193.00 | 193.00 |
| 05/25/12 | Emails to/from client to discuss update on case and appeal | L120 | JHP | .20 | 245.00 | 49.00 |
| 05/26/12 | Complete draft of outline of appellate brief for appeal to Alabama Supreme Court | L520 | AC | 1.00 | 193.00 | 193.00 |
| 05/27/12 | Continue drafting appellate brief, including statement of the case, statement of the facts, and discussion of dismissal of counterclaims | L520 | AC | 5.00 | 193.00 | 965.00 |
| 05/28/12 | Draft discussion of main argument concerning elements of proof and standing for ejectment actions under Alabama law and interpretation of "foreclosure" and send complete draft to M.Ayers | L520 | AC | 5.40 | 193.00 | 1,042.20 |
| 05/29/12 | Proof first draft of Appellant's brief, edit, finalize, and send to M.Ayers to circulate to counsel and client | L520 | AC | 2.10 | 193.00 | 405.30 |
| 05/29/12 | Continue revision of appeal brief | L520 | MJA | 2.60 | 297.00 | 772.20 |
| 05/29/12 | Case law research for appeal brief | L520 | MJA | 2.70 | 297.00 | 801.90 |
| 05/29/12 | Conference with A.Warfield concerning possible coordination of briefs | L520 | MJA | .50 | 297.00 | 148.50 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE 3
AUGUST 27, 2012

0G2012-301113

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 05/30/12 | Revise, complete, file and serve PetitionerÆs Brief with Alabama Supreme Court | L520 | MJA | 4.50 | 297.00 | 1,336.50 |
| 05/30/12 | Continued caselaw research on standard of review and ejectment statute | L520 | MJA | 1.80 | 297.00 | 534.60 |
| 05/31/12 | Review of hard copies of brief for filing to Alabama Supreme Court | L520 | MJA | .30 | 297.00 | 89.10 |
| 05/31/12 | Draft, file and serve notice of appearance for A.Chastain | L510 | MJA | .40 | 297.00 | 118.80 |

| | | | |
|---|---|---|---|
| | FEES | | $8,425.00 |
| 01 | Copy Charges | 0.00 | |
| | AMOUNT DUE THIS BILL | | $8,425.00 |

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE 4
AUGUST 27, 2012

0G2012-301113

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| Marc J. Ayers | Partner | 297.00 | 16.00 | 4,752.00 |
| Jon H. Patterson | Associate | 245.00 | 1.60 | 392.00 |
| Aaron Chastain | Associate | 193.00 | 17.00 | 3,281.00 |
| Total | | | 34.60 | 8,425.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

AUGUST 27, 2012
0G2012-301113
INVOICE # 800675

BILL AMOUNT $8,425.00

---

To: ResCap
1100 Virginia Drive
Fort Washington, PA 19034

TC Number: 693708
Invoice Date: 08/27/2012
Invoice No. 800675
Period ending: 05/31/2012

Case Management Number LD 0G2012-301113

| Code | Task | Current Invoice Hours | | Fees |
|---|---|---|---|---|
| L120 | Analysis/Strategy | 1.70 | $ | 395.70 |
| L510 | Appellate Motions and Submissions | 1.40 | $ | 400.20 |
| L520 | Appellate Briefs | 31.50 | $ | 7,629.10 |
| | TOTAL FEES | 34.60 | $ | 8,425.00 |
| | TOTAL FEES DUE | | $ | 8,425.00 |
| | TOTAL DISBURSEMENTS DUE | | $ | 0.00 |
| | TOTAL DUE THIS INVOICE | | $ | 8,425.00 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 27, 2012
0G2012-301115

INVOICE # 800676

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0G2012-301115 TC Number: 686549

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 05/18/12 | Correspondence with client regarding upcoming discovery deadline and request for milestones, letters of default and notices of acceleration, and all correspondence involving loan modification options sent to borrower | C400 | MW | .30 | 263.00 | 78.90 |
| 05/18/12 | Review and analyze matter and determine if bankruptcy stay is in place and, if so, how it will impact the case | L120 | MW | .20 | 263.00 | 52.60 |
| 05/21/12 | Analysis of claims alleged against lender as extended from servicer as counterclaim or equitable defense | L120 | MW | .90 | 263.00 | 236.70 |
| 05/21/12 | Review and analysis of borrower's second request for production of documents | L120 | MW | 1.10 | 263.00 | 289.30 |
| 05/22/12 | Draft initial responses to borrower's second request for production | L310 | MW | .80 | 263.00 | 210.40 |
| 05/24/12 | Review documents received from GMAC for document production and determine additional requirements for June 1, 2012 deadlines | L320 | MPE | .70 | 149.00 | 104.30 |
| 05/24/12 | Email correspondence with D.Aponte confirming production to be served June 1, 2012 | L320 | MPE | .20 | 149.00 | 29.80 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE 2
AUGUST 27, 2012

0G2012-301115

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 05/24/12 | Correspondence with client regarding letter for Homecoming Financial's acquisition of loan sent to borrower | C400 | MW | .10 | 263.00 | 26.30 |
| 05/29/12 | Correspondence with client regarding credit reporting hold on loan pending foreclosure | C400 | MW | .10 | 263.00 | 26.30 |
| 05/29/12 | Review and analyze letter as effecting validity and magnitude of borrower's claim | C300 | MW | 1.10 | 263.00 | 289.30 |
| 05/29/12 | Correspondence with client enclosing closing memorandum and order of dismissal, requesting confirmation of decision to close file | C400 | MW | .10 | 263.00 | 26.30 |
| 05/30/12 | Review and revise flow chart mapping validity of borrower's claims pursuant to the Truth in Lending Act and potential damages calculations to be assessed if liability occurs | L120 | MW | .60 | 263.00 | 157.80 |

FEES $1,528.00

41 Computerized Legal Research-Westlaw 0.00

AMOUNT DUE THIS BILL $1,528.00

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE 3
AUGUST 27, 2012

0G2012-301115

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| Monica Wilson | Associate | 263.00 | 5.30 | 1,393.90 |
| Melisa P. Palmer | Paralegal | 149.00 | .90 | 134.10 |
| Total | | | 6.20 | 1,528.00 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

AUGUST 27, 2012
0G2012-301115
INVOICE # 800676

BILL AMOUNT $1,528.00

---

To: ResCap
1100 Virginia Drive
Fort Washington, PA 19034

TC Number: 686549
Invoice Date: 08/27/2012
Invoice No. 800676
Period ending: 05/31/2012

Case Management Number LD 0G2012-301115

| Code | Task | Current Invoice Hours | | Fees |
|---|---|---|---|---|
| C300 | Analysis and Advice | 1.10 | $ | 289.30 |
| C400 | Third Party Communication | 0.60 | $ | 157.80 |
| L120 | Analysis/Strategy | 2.80 | $ | 736.40 |
| L310 | Written Discovery | 0.80 | $ | 210.40 |
| L320 | Document Production | 0.90 | $ | 134.10 |
| | TOTAL FEES | 6.20 | $ | 1,528.00 |
| | TOTAL FEES DUE | | $ | 1,528.00 |
| | TOTAL DISBURSEMENTS DUE | | $ | 0.00 |
| | TOTAL DUE THIS INVOICE | | $ | 1,528.00 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 27, 2012
0G2012-301116

INVOICE # 800677

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0G2012-301116 TC Number: 693701

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 05/16/12 | Analyze impact of bankruptcy filing on pending appeal | L120 | MCM | .20 | 284.00 | 56.80 |
| 05/23/12 | Evaluate impact of bankruptcy filing on status of appeal and study Court of Appeals hand-down lists to check case status | L120 | MCM | .30 | 284.00 | 85.20 |

FEES $142.00

AMOUNT DUE THIS BILL $142.00

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE 2
AUGUST 27, 2012

0G2012-301116

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| Mary C. Morgan | Partner | 284.00 | .50 | 142.00 |
| Total | | | .50 | 142.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

AUGUST 27, 2012
0G2012-301116
INVOICE # 800677

BILL AMOUNT $142.00

---

To: ResCap
1100 Virginia Drive
Fort Washington, PA 19034

TC Number: 693701
Invoice Date: 08/27/2012
Invoice No. 800677
Period ending: 05/31/2012

Case Management Number LD 0G2012-301116

| Code Task | Current Invoice Hours | | Fees |
|---|---|---|---|
| L120 Analysis/Strategy | 0.50 | $ | 142.00 |
| TOTAL FEES | 0.50 | $ | 142.00 |
| TOTAL FEES DUE | | $ | 142.00 |
| TOTAL DISBURSEMENTS DUE | | $ | 0.00 |
| TOTAL DUE THIS INVOICE | | $ | 142.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 27, 2012
0G2012-301117

INVOICE # 800678

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0G2012-301117 TC Number: 713657

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 05/16/12 | Review and analyze matter and determine if bankruptcy stay is in place, and, if so, how it will impact case | L120 | KSA | .20 | 223.00 | 44.60 |

FEES $44.60

AMOUNT DUE THIS BILL $44.60

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE 2
AUGUST 27, 2012

0G2012-301117

FED ID NO. 63-0243316

**INDIVIDUAL SUMMARY**

| NAME | RANK | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| Keith S. Anderson | Associate | 223.00 | .20 | 44.60 |
| Total | | | .20 | 44.60 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

AUGUST 27, 2012
0G2012-301117
INVOICE # 800678

BILL AMOUNT $44.60

---

To: ResCap
1100 Virginia Drive
Fort Washington, PA 19034

TC Number: 713657
Invoice Date: 08/27/2012
Invoice No. 800678
Period ending: 05/31/2012

Case Management Number LD 0G2012-301117

| Code Task | Current Invoice Hours | | Fees |
|---|---|---|---|
| L120 Analysis/Strategy | 0.20 | $ | 44.60 |
| TOTAL FEES | 0.40 | $ | 44.60 |
| TOTAL FEES DUE | | $ | 44.60 |
| TOTAL DISBURSEMENTS DUE | | $ | 0.00 |
| TOTAL DUE THIS INVOICE | | $ | 44.60 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 27, 2012
0G2012-301118

INVOICE # 800679

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0G2012-301118 TC Number: 720423

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 05/14/12 | Analysis of Defendant's Notice of Hearing on Motion to Set Mediation Date Certain, Notice of Withdrawal of Motion to Dismiss Plaintiff's Third Amended Complaint, Motion to Specially Set Trial, Notice for Non-Jury Trial, and Answer to Third Amended Complaint | L250 | JDV | .30 | 219.00 | 65.70 |
| 05/14/12 | Review and analyze case file to revise Initial Case Analysis form | L120 | KE | .50 | 150.00 | 75.00 |
| 05/14/12 | Telephone conference with realtor regarding BPO and exchange emails with C.Lerman regarding motion to distribute funds | L120 | HTC | .20 | 315.00 | 63.00 |
| 05/15/12 | Exchange emails with client, Broker, and C.Lerman regarding inspection | L120 | HTC | .10 | 315.00 | 31.50 |
| 05/15/12 | Review and analyze file to locate Notice of Hearing on January 26th and provide information to attorney regarding never being received | L120 | KE | .30 | 150.00 | 45.00 |
| 05/16/12 | Email to litigation coordinator in response to status of initial case analysis sent to attorney | L120 | KE | .10 | 150.00 | 15.00 |
| 05/16/12 | Review and analyze matter and determine if bankruptcy stay is in place and, if so, how it will affect the case | L190 | JDV | .30 | 219.00 | 65.70 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE 2
AUGUST 27, 2012

0G2012-301118

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 05/17/12 | Telephone call from real estate company regarding BPO | L190 | JAM | .10 | 145.00 | 14.50 |
| 05/17/12 | Review of email request for current case style, review of file to locate and email to client regarding necessary information | L120 | KE | .20 | 150.00 | 30.00 |
| 05/17/12 | Exchange emails with J.Lukcas regarding RFC's need to perform a BPO on the property | L120 | HTC | .10 | 315.00 | 31.50 |
| 05/21/12 | Draft responses and objections to defendant's interrogatories and requests for production of documents | L310 | JDV | 3.50 | 219.00 | 766.50 |
| 05/21/12 | Communications with M.Louis, title counsel, regarding filing of response in the response to the motion for in camera inspection and review of responses to defendant's interrogatories | L190 | JDV | .50 | 219.00 | 109.50 |
| 05/21/12 | Telephone conference with M.Lewis regarding hearing results on hearing on petition for mediation | L110 | HTC | .50 | 315.00 | 157.50 |
| 05/21/12 | Analysis of Order on Defendant's Motion for Specially Set Trial Date and Agreed Order on Defendant's Motion to Set Mediation Date Certain | L120 | JDV | .20 | 219.00 | 43.80 |
| 05/21/12 | Analysis of amended privilege log and notes | L120 | JDV | .60 | 219.00 | 131.40 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

AUGUST 27, 2012

Rescap

0G2012-301118

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 05/21/12 | Exchange emails with client regarding comments between Cutler and GMAC regarding insurance proceeds and CFPB complaint | L120 | HTC | .40 | 315.00 | 126.00 |
| 05/21/12 | Telephone conference with J.Bolton at GMAC regarding property inspection | L120 | HTC | .20 | 315.00 | 63.00 |
| 05/21/12 | Telephone conference with broker regarding BPO and need for damages assessment | L120 | HTC | .30 | 315.00 | 94.50 |
| 05/21/12 | Review and exchange emails with B.Billbrough regarding inspection of property and status conference with the court | L120 | HTC | .40 | 315.00 | 126.00 |
| 05/21/12 | Review and revise responses to request for production of documents from E.Cutler | L320 | HTC | .80 | 315.00 | 252.00 |
| 05/21/12 | Telephone conference with GMAC regarding inspection of property | L120 | HTC | .20 | 315.00 | 63.00 |
| 05/21/12 | Draft initial responses to E.Cutler interrogatories | L310 | HTC | .40 | 315.00 | 126.00 |
| 05/21/12 | Review issues relating to submission of documents to court for in camera inspection | L120 | HTC | .20 | 315.00 | 63.00 |
| 05/21/12 | Review motion for status conference before probate court | L250 | HTC | .20 | 315.00 | 63.00 |
| 05/21/12 | Continue editing discovery responses to Culter's discovery requests | L310 | HTC | .30 | 315.00 | 94.50 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

AUGUST 27, 2012

Rescap

0G2012-301118

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 05/22/12 | Review notes to identify references to Note and Mortgage | L320 | JAM | 1.70 | 145.00 | 246.50 |
| 05/22/12 | Telephone conference with A.Barnett and Aldridge Connors regarding property inspection and status | L120 | HTC | .80 | 315.00 | 252.00 |
| 05/22/12 | Review and redact notes | L320 | JAM | .90 | 145.00 | 130.50 |
| 05/22/12 | Telephone call with foreclosure counsel regarding court filing | L210 | JAM | .10 | 145.00 | 14.50 |
| 05/23/12 | Telephone conference with A.Barnett regarding inspection and status conference and exchange emails with title counsel and B.Billbrough regarding same | L120 | HTC | .80 | 315.00 | 252.00 |
| 05/23/12 | Continue review of Notes to identify references to Note and Mortgage | L320 | JAM | 2.30 | 145.00 | 333.50 |
| 05/23/12 | Review Florida law on jurisdiction of probate courts | L120 | RK | 2.30 | 185.00 | 425.50 |
| 05/23/12 | Analyze jurisdicition over insurance probate | C300 | SEA | .20 | 310.00 | 62.00 |
| 05/23/12 | Review notes for privilege in response to Defendant Cutler's requests for production of documents | L320 | JDV | 1.60 | 219.00 | 350.40 |
| 05/24/12 | Revise Privilege Log Regarding Responses to E.Cutler's Requests for Production of Documents | L390 | JDV | 1.00 | 219.00 | 219.00 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

AUGUST 27, 2012

0G2012-301118

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 05/24/12 | Communications with M.Louis, title counsel, regarding privileged communications responsive to defendant's requests for production of documents | L310 | JDV | .40 | 219.00 | 87.60 |
| 05/24/12 | Telephone conference with A.Barnett regarding upcoming status conference and inspection and gather documents in preparation for same | L120 | HTC | 1.00 | 315.00 | 315.00 |
| 05/24/12 | Prepare outline of argument and provide necessary documents to title counsel and Aldridge for status conference | L120 | HTC | 2.00 | 315.00 | 630.00 |
| 05/24/12 | Draft privilege log for Response to E.Cutler's Request for Production | L320 | JAM | .80 | 145.00 | 116.00 |
| 05/24/12 | Telephone conference with A.Barnett regarding results of inspection | L120 | HTC | .30 | 315.00 | 94.50 |
| 05/24/12 | Telephone conference with A.Barnett and exchange emails with title counsel regarding outcome of status conference and June 8 hearing | L120 | HTC | .90 | 315.00 | 283.50 |
| 05/24/12 | Review and respond to various emails with attorney regarding missing pleadings and review case file in order to determine their location | L120 | KE | .50 | 150.00 | 75.00 |
| 05/24/12 | Review and organize over 40 pleadings received from co-counsel | L120 | KE | 2.10 | 150.00 | 315.00 |
| 05/24/12 | Communications with client regarding review and execution of responses to interrogatories | L310 | JDV | .20 | 219.00 | 43.80 |

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap


AUGUST 27, 2012

0G2012-301118

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 05/25/12 | Review and analyze email communications with both attorneys regarding directives on responses to discovery and case strategy | L120 | KE | .20 | 150.00 | 30.00 |
| 05/25/12 | Exchange emails with title counsel regarding hearing in motion to distribute funds and motion to reconsider hearing on mediation order | L120 | HTC | .10 | 315.00 | 31.50 |
| 05/25/12 | Revise interrogatory responses and exchange emails with client regarding same | L310 | HTC | .40 | 315.00 | 126.00 |
| 05/25/12 | Exchange emails with B.Billbrough, defendants counsel, regarding discovery responses and revise responses to same | L310 | HTC | .40 | 315.00 | 126.00 |
| 05/28/12 | Review and analyze issues relating to arguments for objection on C.Cutler's motion to distribute insurance proceeds | L120 | HTC | .40 | 315.00 | 126.00 |
| 05/28/12 | Exchange emails with C.Lerman regarding P.Knapp's deposition prior to summary judgment hearing | L330 | HTC | .20 | 315.00 | 63.00 |
| 05/29/12 | Telephone conference with client regarding trial date, BPO results and June 8 hearing | L120 | HTC | .10 | 315.00 | 31.50 |
| 05/29/12 | Analysis of state law regarding property subject to probate estate | L120 | JDV | 1.90 | 219.00 | 416.10 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

AUGUST 27, 2012

0G2012-301118

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 05/29/12 | Revise Motion to Withdraw as Counsel for Plaintiff and proposed Order replacing Steve Rubino with Adam Barnett, including research and email for full contact information for revisions and send completed motion and order to client for execution of client portion of the same as well as various email communications with attorney regarding directions for revising pleading | L120 | KE | 1.00 | 150.00 | 150.00 |
| 05/29/12 | Revise motion to withdraw and proposed order | L250 | JDV | .20 | 219.00 | 43.80 |
| 05/30/12 | Draft Response to Petition for Disbursement of Insurance Proceeds | L250 | JDV | 2.00 | 219.00 | 438.00 |
| 05/30/12 | Review and exchange emails with M.Louis regarding deposition of 30b6 representative and review email from J.Lukcas regarding same | L120 | HTC | .10 | 315.00 | 31.50 |
| 05/30/12 | Mediation preparation with client | L120 | HTC | .50 | 315.00 | 157.50 |
| 05/31/12 | Conference with J.Vega regarding probate issues related to foreclosure action, funds held in escrow, and authority of probate court to direct distribution of escrow funds | C300 | SEA | .50 | 310.00 | 155.00 |
| 05/31/12 | Revise Response to Petition of Disbursement of Insurance Proceeds | L250 | JDV | 1.50 | 219.00 | 328.50 |
| 05/31/12 | Review and revise response to petition to distribute proceeds | L120 | JMH | .20 | 241.00 | 48.20 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE 8
AUGUST 27, 2012

0G2012-301118

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 05/31/12 | Evaluate appropriate arguments to assert in opposition to petition to distribute insurance proceeds | L120 | JMH | .30 | 241.00 | 72.30 |
| 05/31/12 | Draft Amended Motion for Summary Final Judgment As To Defendant Cutler's Affirmative Defenses | L210 | JDV | 3.30 | 219.00 | 722.70 |

FEES $10,060.50

| | | | |
|---|---|---|---|
| 01 | Copy Charges | 0.00 | |
| 35 | Express Mail/Fedex | 0.00 | |
| 41 | Computerized Legal Research-Westlaw | 0.00 | |
| | AMOUNT DUE THIS BILL | | $10,060.50 |

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

AUGUST 27, 2012

0G2012-301118

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| Karalia Ezell | Paralegal | 150.00 | 4.90 | 735.00 |
| Scott Adams | Partner | 310.00 | .70 | 217.00 |
| Hope Cannon | Partner | 315.00 | 12.30 | 3,874.50 |
| Jamie Mathews | Paralegal | 145.00 | 5.90 | 855.50 |
| Jonathan Hooks | Associate | 241.00 | .50 | 120.50 |
| Jose D. Vega | Associate | 219.00 | 17.50 | 3,832.50 |
| Riley Key | Associate | 185.00 | 2.30 | 425.50 |
| Total | | | 44.10 | 10,060.50 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

AUGUST 27, 2012
0G2012-301118
INVOICE # 800679

BILL AMOUNT $10,060.50

---

To: ResCap
1100 Virginia Drive
Fort Washington, PA 19034

TC Number: 720423
Invoice Date: 08/27/2012
Invoice No. 800679
Period ending: 05/31/2012

Case Management Number LD 0G2012-301118

| Code | Task | Current Invoice Hours | | Fees |
|---|---|---|---|---|
| C300 | Analysis and Advice | 0.70 | $ | 217.00 |
| L110 | Fact Investigation/Development | 0.50 | $ | 157.50 |
| L120 | Analysis/Strategy | 19.50 | $ | 4,738.80 |
| L190 | Other Case Assessment, Develop't/Admin | 0.90 | $ | 189.70 |
| L210 | Pleadings | 3.40 | $ | 737.20 |
| L250 | Other Written Motions/Submissions | 4.20 | $ | 939.00 |
| L310 | Written Discovery | 5.60 | $ | 1,370.40 |
| L320 | Document Production | 8.10 | $ | 1,428.90 |
| L330 | Depositions | 0.20 | $ | 63.00 |
| L390 | Other Discovery | 1.00 | $ | 219.00 |
| | TOTAL FEES | 44.10 | $ | 10,060.50 |

| | |
|---|---|
| TOTAL FEES DUE | $ 10,060.50 |
| TOTAL DISBURSEMENTS DUE | $ 0.00 |
| TOTAL DUE THIS INVOICE | $ 10,060.50 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 27, 2012
0G2012-301120

INVOICE # 800680

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0G2012-301120 TC Number: 693575

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 05/14/12 | Review and analysis of borrower's motion to compel discovery and requested documents | L310 | JWA | .60 | 241.00 | 144.60 |
| 05/14/12 | Review and analysis of borrower's response to motion for summary judgment | L240 | JWA | .70 | 241.00 | 168.70 |
| 05/15/12 | Additional review and analysis of borrower's response to motion for summary judgment | L240 | JWA | .80 | 241.00 | 192.80 |
| 05/15/12 | Review and analyze file to ensure that bankruptcy stay will not prevent May motion for summary judgment hearing from going forward | L110 | CWH | .10 | 330.00 | 33.00 |
| 05/15/12 | Send status update to client regarding motion for summary judgment as to counterclaims | L110 | CWH | .10 | 330.00 | 33.00 |
| 05/20/12 | Prepare letter to borrower regarding motion for summary judgment and motion to compel discovery | L240 | JWA | .80 | 241.00 | 192.80 |
| 05/21/12 | Review and prepare materials for hearing on motion for summary judgment | L240 | JWA | 1.80 | 241.00 | 433.80 |
| 05/21/12 | Start to review and analyze motion for summary judgment and any and all supporting documents in preparation for motion for summary judgment hearing | L120 | NJV | 1.10 | 258.00 | 283.80 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

AUGUST 27, 2012

Rescap

0G2012-301120

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 05/21/12 | Attend motion for summary judgment hearing strategy meeting in preparation for motion for summary judgment of borrower's counterclaims hearing | L120 | NJV | .80 | 258.00 | 206.40 |
| 05/22/12 | Draft proposed order for motion for summary judgment of borrower's counterclaims in preparation for said hearing | L240 | NJV | .30 | 258.00 | 77.40 |
| 05/22/12 | Prepare documents and binders for use in hearing on motion for partial summary judgment | L430 | LADA | 2.60 | 65.00 | 169.00 |
| 05/24/12 | Review and analyze client documents, motion for summary judgment and supporting brief, affidavits and attached exhibits thereto, memorandum in opposition and other related documents in preparation for motion for summary judgment hearing and draft detailed oral argument outline from said documents | L240 | NJV | 4.10 | 258.00 | 1,057.80 |
| 05/25/12 | Attend motion for summary judgment and/or motion to compel proper responsive pleading hearing in Port St. Lucie, Florida | L240 | NJV | 6.10 | 258.00 | 1,573.80 |
| 05/25/12 | Calendar deadlines for borrower to respond to complaint pursuant to hearing on motion for summary judgment | B110 | JWA | .20 | 241.00 | 48.20 |
| 05/29/12 | Per the Court's instruction, draft proposed order and send to the Court for signature and filing | L120 | NJV | .40 | 258.00 | 103.20 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE 3
AUGUST 27, 2012

0G2012-301120

FED ID NO. 63-0243316

| | | | |
|---|---|---|---|
| | FEES | | $4,718.30 |
| 01 | Copy Charges | 0.00 | |
| 35 | Express Mail/Fedex | 0.00 | |
| | AMOUNT DUE THIS BILL | | $4,718.30 |

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

AUGUST 27, 2012

0G2012-301120

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| Christian W. Hancock | Partner | 330.00 | .20 | 66.00 |
| Nicholas J. Voelker | Associate | 258.00 | 12.80 | 3,302.40 |
| James Warmoth | Associate | 241.00 | 4.90 | 1,180.90 |
| Lucinda Kish | Paralegal | 65.00 | 2.60 | 169.00 |
| Total | | | 20.50 | 4,718.30 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

AUGUST 27, 2012
0G2012-301120
INVOICE # 800680

BILL AMOUNT $4,718.30

To: ResCap
1100 Virginia Drive
Fort Washington, PA 19034

TC Number: 693575
Invoice Date: 08/27/2012
Invoice No. 800680
Period ending: 05/31/2012

Case Management Number LD 0G2012-301120

| Code | Task | Current Invoice Hours | | Fees |
|---|---|---|---|---|
| B110 | Case Administration | 0.20 | $ | 48.20 |
| L110 | Fact Investigation/Development | 0.20 | $ | 66.00 |
| L120 | Analysis/Strategy | 2.30 | $ | 593.40 |
| L240 | Dispositive Motions | 14.60 | $ | 3,697.10 |
| L310 | Written Discovery | 0.60 | $ | 144.60 |
| L430 | Written Motions/Submissions | 2.60 | $ | 169.00 |
| | TOTAL FEES | 20.50 | $ | 4,718.30 |
| | TOTAL FEES DUE | | $ | 4,718.30 |
| | TOTAL DISBURSEMENTS DUE | | $ | 0.00 |
| | TOTAL DUE THIS INVOICE | | $ | 4,718.30 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 27, 2012
0G2012-301121

INVOICE # 800681

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0G2012-301121 TC Number: 718605

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 05/15/12 | Review file for effect of bankruptcy on continued litigation | L120 | BG | .20 | 190.00 | 38.00 |
| 05/21/12 | Draft Notice of Bankruptcy | L210 | BG | .20 | 190.00 | 38.00 |
| 05/22/12 | Finalize Notice of Bankruptcy and Effect of Automatic Stay and prepare same for filing with the Court and service upon all parties via U.S mail, electronic mail and federal express | L110 | ABB | .60 | 150.00 | 90.00 |
| 05/22/12 | Revised and edited Notice of Suggestion of Bankruptcy and prepared for filing | L210 | JHP | .20 | 245.00 | 49.00 |

| | |
|---|---|
| FEES | $245.00 |
| AMOUNT DUE THIS BILL | $245.00 |

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE 2
AUGUST 27, 2012

0G2012-301121

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| Allison Burke | Paralegal | 150.00 | .60 | 90.00 |
| Jon H. Patterson | Associate | 245.00 | .20 | 49.00 |
| Blake Goodsell | Associate | 190.00 | .40 | 76.00 |
| Total | | | 1.20 | 215.00 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

AUGUST 27, 2012
0G2012-301121
INVOICE # 800681

BILL AMOUNT $245.00

---

To: ResCap
1100 Virginia Drive
Fort Washington, PA 19034

TC Number: 718605
Invoice Date: 08/27/2012
Invoice No. 800681
Period ending: 05/31/2012

Case Management Number LD 0G2012-301121

| Code | Task | Current Invoice Hours | | Current Invoice Fees |
|---|---|---|---|---|
| L110 | Fact Investigation/Development | 0.60 | $ | 90.00 |
| L120 | Analysis/Strategy | 0.20 | $ | 38.00 |
| L210 | Pleadings | 0.40 | $ | 87.00 |
| | TOTAL FEES | 1.20 | $ | 245.00 |
| | TOTAL FEES DUE | | $ | 245.00 |
| | TOTAL DISBURSEMENTS DUE | | $ | 0.00 |
| | TOTAL DUE THIS INVOICE | | $ | 245.00 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 27, 2012
0G2012-301122

INVOICE # 800682

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0G2012-301122 TC Number: 705274

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 05/14/12 | Email correspondence with opposing counsel concerning deposition of L.Porter. | L330 | EWS | .30 | 266.00 | 79.80 |
| 05/14/12 | Analyzing the effect of the bankruptcy filing on the status of the case. | P300 | CET | .20 | 293.00 | 58.60 |
| 05/15/12 | Reviewed filing by borrower asking for extensions of time; relocation of deposition; and rescheduling of trial date | L350 | KW | .20 | 185.00 | 37.00 |
| 05/15/12 | Review and analyze matter with J.Phillips to determine how bankruptcy stay will impact the case. | L190 | EWS | .20 | 266.00 | 53.20 |
| 05/15/12 | Review borrower's pro se motion to continue deposition deadline and trial date. | L330 | EWS | .20 | 266.00 | 53.20 |
| 05/15/12 | Review and analyze issues re bankruptcy stay | L120 | JJPH | .20 | 250.00 | 50.00 |
| 05/16/12 | Check status of case and confirm that case is progressing toward resolution. | L190 | JDR | .10 | 293.00 | 29.30 |
| 05/21/12 | Review and analyze motions in opposition to plaintiff's motion to extend deposition deadline for 6 months | L350 | KW | .60 | 185.00 | 111.00 |
| 05/22/12 | Discuss rescheduling deposition in light of the stay | L330 | KW | .10 | 185.00 | 18.50 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE 2
AUGUST 27, 2012

0G2012-301122

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 05/23/12 | Work on notice of bankruptcy, including review and research of successor entities to Homecomings Financial Network, Inc. | L190 | EWS | 1.20 | 266.00 | 319.20 |
| 05/23/12 | Reviewe and analyze effect of bankruptcy | L190 | EWS | .80 | 266.00 | 212.80 |
| 05/23/12 | Email correspondence with Christy Hancock concerning borrower bankruptcy issues | L190 | EWS | .50 | 266.00 | 133.00 |
| 05/23/12 | Email correspondence with client concerning borrower bankruptcy issues | L190 | EWS | .40 | 266.00 | 106.40 |
| 05/24/12 | Telephone conversation and email correspondence with client concerning successor-in-interest issue | L190 | EWS | .30 | 266.00 | 79.80 |
| 05/24/12 | Review court orders concerning discovery, depositions, and dispositive motion deadline. | L330 | EWS | .40 | 266.00 | 106.40 |
| 05/24/12 | Email correspondence with opposing counsel concerning bankruptcy, depositions, and written discovery issues. | L330 | EWS | .60 | 266.00 | 159.60 |
| 05/24/12 | Review loan documents for certain mortgage insurance disclosure. | L330 | EWS | .30 | 266.00 | 79.80 |
| 05/24/12 | Review order from court on discovery/deposition deadlines | L240 | KW | .20 | 185.00 | 37.00 |
| 05/25/12 | Review discovery motions and order | L350 | KW | .20 | 185.00 | 37.00 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE 3
AUGUST 27, 2012

0G2012-301122

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 05/25/12 | Email correspondence with pro se plaintiff concerning bankruptcy and deposition. | L330 | EWS | .40 | 266.00 | 106.40 |

FEES $1,868.00

| | | |
|---|---|---|
| 01 | Copy Charges | 0.00 |
| 35 | Express Mail/Fedex | 0.00 |

AMOUNT DUE THIS BILL $1,868.00

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

AUGUST 27, 2012

0G2012-301122

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| Joshua J. Phillips | Associate | 250.00 | .20 | 50.00 |
| Jonathan Rose | Partner | 293.00 | .10 | 29.30 |
| Eric Smith | Partner | 266.00 | 5.60 | 1,489.60 |
| Christopher E. Thorsen | Partner | 293.00 | .20 | 58.60 |
| Kristi Wilcox | Associate | 185.00 | 1.30 | 240.50 |
| Total | | | 7.40 | 1,868.00 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

AUGUST 27, 2012
0G2012-301122
INVOICE # 800682

BILL AMOUNT $1,868.00

---

To: ResCap
1100 Virginia Drive
Fort Washington, PA 19034

TC Number: 705274
Invoice Date: 08/27/2012
Invoice No. 800682
Period ending: 05/31/2012

Case Management Number LD 0G2012-301122

| Code | Task | Current Invoice Hours | | Fees |
|---|---|---|---|---|
| L120 | Analysis/Strategy | 0.20 | $ | 50.00 |
| L190 | Other Case Assessment, Develop't/Admin | 3.50 | $ | 933.70 |
| L240 | Dispositive Motions | 0.20 | $ | 37.00 |
| L330 | Depositions | 2.30 | $ | 603.70 |
| L350 | Discovery Motions | 1.00 | $ | 185.00 |
| P300 | Structure/Strategy/Analysis | 0.20 | $ | 58.60 |
| | TOTAL FEES | 7.40 | $ | 1,868.00 |
| | TOTAL FEES DUE | | $ | 1,868.00 |
| | TOTAL DISBURSEMENTS DUE | | $ | 0.00 |
| | TOTAL DUE THIS INVOICE | | $ | 1,868.00 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 27, 2012
0G2012-301123

INVOICE # 800683

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0G2012-301123 TC Number: 717577

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 05/15/12 | Review and analysis of file in relation to bankruptcy filing | B110 | JWA | .30 | 241.00 | 72.30 |

FEES $72.30

AMOUNT DUE THIS BILL $72.30

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE 2
AUGUST 27, 2012

0G2012-301123

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| James Warmoth | Associate | 241.00 | .30 | 72.30 |
| Total | | | .30 | 72.30 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

AUGUST 27, 2012
0G2012-301123
INVOICE # 800683

BILL AMOUNT $72.30

---

To: ResCap
1100 Virginia Drive
Fort Washington, PA 19034

TC Number: 717577
Invoice Date: 08/27/2012
Invoice No. 800683
Period ending: 05/31/2012

Case Management Number LD 0G2012-301123

| Code Task | Current Invoice Hours | | Fees |
|---|---|---|---|
| B110 Case Administration | 0.30 | $ | 72.30 |
| TOTAL FEES | 0.30 | $ | 72.30 |
| TOTAL FEES DUE | | $ | 72.30 |
| TOTAL DISBURSEMENTS DUE | | $ | 0.00 |
| TOTAL DUE THIS INVOICE | | $ | 72.30 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 27, 2012
0G2012-301124

INVOICE # 800684

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0G2012-301124 TC Number: 690325

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 05/14/12 | Review pleadings and case file to determine the borrower's current delinquent status | L120 | CM | 2.50 | 185.00 | 462.50 |
| 05/14/12 | Factual research into loan file regarding payment history, changes in loan terms, and current foreclosure status | L110 | GWG | 1.40 | 263.00 | 368.20 |
| 05/14/12 | Legal research into treatment of release of liability waivers in residential and construction loan agreements | L120 | GWG | 1.60 | 263.00 | 420.80 |
| 05/14/12 | Analysis of plaintiff's designation of expert witnesses in preparation of background search and update file regarding same. | L120 | MST | .30 | 150.00 | 45.00 |
| 05/15/12 | Review depo and other client documents that might affect whether the defendant is covered by the Chapter 11 bankruptcy | L120 | GWG | 1.20 | 263.00 | 315.60 |
| 05/15/12 | Review borrower's pleadings and case file to determine current owner of the note/account to determine the applicability of the bankruptcy stay | L120 | CM | 1.80 | 185.00 | 333.00 |
| 05/15/12 | Draft email to client providing case summary and requesting information on current holder of the note/account | L240B | CM | .70 | 185.00 | 129.50 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

AUGUST 27, 2012

Rescap

0G2012-301124

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 05/15/12 | Review and analyze matter and determine if bankruptcy stay is in place and, if so, how it will impact the case | L120 | CM | .30 | 185.00 | 55.50 |
| 05/15/12 | Review and analyze whether GMAC Bank is still doing business and, if settlement offer, if they are wrapped up in the bankruptcy stay | L110 | CWH | .10 | 330.00 | 33.00 |
| 05/16/12 | In light of updated information, analyze matter and determine if bankruptcy stay is in place, and, if so, how it will impact the case | L120 | CM | .10 | 185.00 | 18.50 |
| 05/16/12 | Review construction contract documents, loan draws, and third-party inspector's reports to weigh the strengths and weaknesses of plaintiff's claims | L110 | JCCO | 1.50 | 195.00 | 292.50 |
| 05/16/12 | Review loan documents and payment history to resolve disbursement issues and to assess Plaintiff's claims in preparation for upcoming depositions | L120 | CM | 1.50 | 185.00 | 277.50 |
| 05/17/12 | Review client documents and documents produced by plaintiff in preparation for upcoming depositions | L320 | GWG | 3.60 | 263.00 | 946.80 |
| 05/18/12 | Telephone call with probate court regarding Deed of Trust and conference with attorney regarding same. | L110 | MST | .30 | 150.00 | 45.00 |
| 05/21/12 | Call to client regarding applicability of bankruptcy stay | L210 | CM | .50 | 185.00 | 92.50 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE 3
AUGUST 27, 2012

0G2012-301124

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 05/21/12 | Conferences regarding effect of the bankruptcy automatic stay on this matter | L120 | GWG | .70 | 263.00 | 184.10 |
| 05/21/12 | Legal research into state law requirements regarding substitution of the real party in interest | L120 | GWG | .70 | 263.00 | 184.10 |
| 05/22/12 | Review all pleadings, discovery and documents produced in preparation for summary judgment arguments and upcoming depositions | L330 | GWG | 9.50 | 263.00 | 2,498.50 |
| 05/22/12 | Review case file and relevant Texas cases to prepare for drafting Motion for Summary Judgment | L240 | CM | 3.30 | 185.00 | 610.50 |
| 05/22/12 | Review inspection reports, draw requests, and other documents related to disbursements to prep for deposition and to analyze Plaintiff's claims regarding the propriety of the disbursements | L120 | CM | 5.90 | 185.00 | 1,091.50 |
| 05/23/12 | Receipt and review updated title report, forward to attorneys and update file regarding same. | L110 | MST | .30 | 150.00 | 45.00 |
| 05/23/12 | Review servicing notes received from client and work on supplemental document production to plaintiff | L320 | GWG | 1.00 | 263.00 | 263.00 |
| 05/23/12 | Factual and legal research into plaintiff's expert witnesses | L420 | GWG | 1.20 | 263.00 | 315.60 |
| 05/23/12 | Legal research for summary judgment arguments on plaintiff's claims | L240 | GWG | 2.00 | 263.00 | 526.00 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE 4
AUGUST 27, 2012

0G2012-301124

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 05/23/12 | Legal research regarding possible notice requirement for summary judgment hearings | L240 | GWG | .40 | 263.00 | 105.20 |
| 05/23/12 | Conference regarding litigation strategy | L120 | RK | .40 | 185.00 | 74.00 |
| 05/23/12 | Complete review/comparison of inspection reports, draw requests, and disbursement-related documents | L110 | CM | 1.40 | 185.00 | 259.00 |
| 05/23/12 | Email Susan Young to set up phone conference | L110 | CM | .30 | 185.00 | 55.50 |
| 05/23/12 | Review Plaintiff's designation of expert witnesses for compliance with Texas Rules and continue research for Motion for Summary Judgment | L210 | CM | 2.90 | 185.00 | 536.50 |
| 05/23/12 | Telephone Call with Susan Young | L110 | CM | .50 | 185.00 | 92.50 |
| 05/24/12 | Review Texas law in cases involving construction loans | L120 | RK | 1.90 | 185.00 | 351.50 |
| 05/24/12 | Begin drafting factual summary for the Motion for Summary Judgment and continue to review Texas case law applicable to Plaintiff's claims | L240 | CM | 3.40 | 185.00 | 629.00 |
| 05/25/12 | Draft letter to Board of Law Examiners regarding pro hac vice admission for C. Miller. | L140 | MST | .40 | 150.00 | 60.00 |
| 05/25/12 | Redaction of documents to be produced regarding loan file | L110 | ABB | .40 | 150.00 | 60.00 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

AUGUST 27, 2012

0G2012-301124

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 05/25/12 | Review original responses to requests for production of documents and prepare supplemental production to be sent to Plaintiff's Counsel, following receipt of new documentation | L310 | CM | 1.30 | 185.00 | 240.50 |
| 05/25/12 | Review Plaintiff's default hearing testimony | L130 | CM | .40 | 185.00 | 74.00 |
| 05/25/12 | Prepare deposition binder | L330 | CM | 2.50 | 185.00 | 462.50 |
| 05/25/12 | Call to client regarding matter | L110 | CM | .10 | 185.00 | 18.50 |
| 05/25/12 | Work on arguments in support of our motion for summary judgment | L240 | GWG | 2.20 | 263.00 | 578.60 |
| 05/25/12 | Conference calls with client regarding disbursements of the construction loan | L110 | GWG | .80 | 263.00 | 210.40 |
| 05/25/12 | Factual research and review of client documents in preparation for the deposition of borrower | L330 | GWG | 3.20 | 263.00 | 841.60 |
| 05/28/12 | Continue drafting Motion for Summary Judgment and reviewing relevant caselaw | L240 | CM | 1.50 | 185.00 | 277.50 |
| 05/29/12 | Calls with J. Ingham regarding upcoming deposition schedule, expert disclosures, and remaining documents to be produced, | L390 | GWG | .50 | 263.00 | 131.50 |
| 05/29/12 | Prepare exhibits to be used at the plaintiff's deposition | L330 | GWG | 2.50 | 263.00 | 657.50 |
| 05/29/12 | Schedule court reporter for plaintiff's deposition, notify attorneys and update file regarding same. | L140 | MST | .30 | 150.00 | 45.00 |