

### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE      6
AUGUST 27, 2012

0G2012-301124

FED ID NO. 63-0243316

Rescap

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/29/12 | Revise letter to Board of Law Examiners enclosing payment for pro hac vice admission and forward via Federal Express. | L110 | MST | .40 | 150.00 | 60.00 |
| 05/29/12 | Complete deposition prep binder | L330 | CM | .50 | 185.00 | 92.50 |
| 05/29/12 | Continue reviewing Texas caselaw relevant to the borrower's First Amended Complaint | L240 | CM | 7.20 | 185.00 | 1,332.00 |
| 05/30/12 | Continue preparing motion for summary judgment | L240 | CM | 5.50 | 185.00 | 1,017.50 |
| 05/30/12 | Draft and revise application for pro hac vice admission into the 170th Judicial District Court in McLennan County, Texas | L210 | CM | .30 | 185.00 | 55.50 |
| 05/30/12 | Obtain title report for property, schedule plaintiff's deposition with SetDepo and draft Pro Hac Admission Application for C. Miller | L110 | MST | 1.80 | 150.00 | 270.00 |
| 05/30/12 | E-mails from and to SetDepo regarding confirmation of plaintiff's deposition, notify attorneys and update file and calendar regarding same. | L110 | MST | .30 | 150.00 | 45.00 |
| 05/30/12 | Prepare for borrower's  deposition | L330 | GWG | 2.60 | 263.00 | 683.80 |
| 05/31/12 | Deposition preparation with client and T. Maxwell | L330 | GWG | 2.50 | 263.00 | 657.50 |
| 05/31/12 | Work on client affidavit to be used in support of our motion for summary judgment | L240 | GWG | 1.40 | 263.00 | 368.20 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE      7
AUGUST 27, 2012

Rescap

0G2012-301124

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/31/12 | Draft motion to continue trial date and correspond with J. Ingham and C. Childers regarding same | L250 | GWG | 1.40 | 263.00 | 368.20 |
| 05/31/12 | Prepare materials for use in upcoming deposition preparation of witness | L330 | GWG | 1.30 | 263.00 | 341.90 |
| 05/31/12 | Legal research into possible summary judgment arguments | L240 | GWG | .80 | 263.00 | 210.40 |
| 05/31/12 | Review medical records received from plaintiff's counsel | L310 | GWG | .60 | 263.00 | 157.80 |
| 05/31/12 | Receive acknowledgment letter from the Board of Law Examiners in preparation of drafting Pro Hac Vice Motion for C. Miller | L120 | MST | .20 | 150.00 | 30.00 |
| 05/31/12 | Draft Motion for Pro Hac Vice Admission for C. Miller | L210 | MST | .60 | 150.00 | 90.00 |
| 05/31/12 | Draft Motion of Texas Attorney to be filed with Motion for Pro Hac Vice Motion | L210 | MST | .40 | 150.00 | 60.00 |
| 05/31/12 | Telephone call and e-mails with court reporter regarding expedited delivery of deposition transcript | L110 | MST | .20 | 150.00 | 30.00 |
| 05/31/12 | Prepare for and participate in deposition prep conference call | L330 | CM | 3.40 | 185.00 | 629.00 |
| 05/31/12 | Draft and revise summary judgment affidavit and prepare the exhibits thereto | L240 | CM | 5.40 | 185.00 | 999.00 |



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE      8
AUGUST 27, 2012

Rescap

0G2012-301124

FED ID NO. 63-0243316

FEES                          $22,813.30

## DESCRIPTION OF DISBURSEMENTS

| | | |
|---|---|---:|
| 01 | Copy Charges | 0.00 |
| 02 | Postage Charges | 0.00 |
| 07 | Filing Fees | 250.00 |
| 35 | Express Mail/Fedex | 0.00 |
| 41 | Computerized Legal Research-Westlaw | 0.00 |
| 70S | Ready Conference | 2.34 |

COSTS                      $252.34

AMOUNT DUE THIS BILL       $23,065.64

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    9
Rescap                                                    AUGUST 27, 2012

0G2012-301124

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Melanie Thompson | Paralegal | 150.00 | 5.50 | 825.00 |
| Christian W. Hancock | Partner | 330.00 | .10 | 33.00 |
| Allison Burke | Paralegal | 150.00 | .40 | 60.00 |
| Jonathan Cobb | Associate | 195.00 | 1.50 | 292.50 |
| Graham W. Gerhardt | Partner | 263.00 | 43.10 | 11,335.30 |
| Riley Key | Associate | 185.00 | 2.30 | 425.50 |
| Cam Miller | Associate | 185.00 | 53.20 | 9,842.00 |
| Total | | | 106.10 | 22,813.30 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap                                           AUGUST 27, 2012
                                                 0G2012-301124
BILL AMOUNT      $23,065.64                       INVOICE #  800684

To:   ResCap                   TC Number:        690325
      1100 Virginia Drive       Invoice Date:    08/27/2012
      Fort Washington, PA 19034 Invoice No.      800684
                                Period ending:   05/31/2012

Case Management Number     LD   0G2012-301124

                                    Current Invoice
                                    Hours        Fees
Code Task

| Code | Task | Hours | Fees |
|------|------|-------|------|
| L110 | Fact Investigation/Development | 9.80 | $ 1,884.60 |
| L120 | Analysis/Strategy | 19.10 | $ 3,843.60 |
| L130 | Experts/Consultants | 0.40 | $ 74.00 |
| L140 | Document/File Management | 0.70 | $ 105.00 |
| L210 | Pleadings | 4.70 | $ 834.50 |
| L240 | Dispositive Motions | 33.10 | $ 6,653.90 |
| L240B | All Other | 0.70 | $ 129.50 |
| L250 | Other Written Motions/Submissions | 1.40 | $ 368.20 |
| L310 | Written Discovery | 1.90 | $ 398.30 |
| L320 | Document Production | 4.60 | $ 1,209.80 |
| L330 | Depositions | 28.00 | $ 6,864.80 |
| L390 | Other Discovery | 0.50 | $ 131.50 |
| L420 | Expert Witnesses | 1.20 | $ 315.60 |

=================================================
                TOTAL FEES    106.10    $ 22,813.30

                   TOTAL FEES DUE        $ 22,813.30
         TOTAL DISBURSEMENTS DUE         $    252.34
           TOTAL DUE THIS INVOICE        $ 23,065.64



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 27, 2012
0G2012-301125

INVOICE #  800685

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0G2012-301125  TC Number: 699859

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/16/12 | Review file in responding to client request for information on case style and allegations raised | L120 | JHP | .30 | 245.00 | 73.50 |

FEES                                                                $73.50

AMOUNT DUE THIS BILL                                      $73.50

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE      2
AUGUST 27, 2012

Rescap

0G2012-301125

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Jon H. Patterson | Associate | 245.00 | .30 | 73.50 |
| Total |  |  | .30 | 73.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap                                                        AUGUST 27, 2012
                                                             0G2012-301125
BILL AMOUNT            $73.50                                INVOICE #  800685

_____

To:    ResCap                          TC Number:          699859
       1100 Virginia Drive             Invoice Date:       08/27/2012
       Fort Washington, PA 19034       Invoice No.         800685
                                       Period ending:      05/31/2012


Case Management Number        LD   0G2012-301125


                                        Current Invoice
Code Task                               Hours          Fees

L120 Analysis/Strategy                   0.30    $    73.50


                             ==================================
                    TOTAL FEES           0.30    $    73.50

                    TOTAL FEES DUE                $    73.50
           TOTAL DISBURSEMENTS DUE               $     0.00
           TOTAL DUE THIS INVOICE                $    73.50



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                    AUGUST 27, 2012
1100 Virginia Drive                                       0G2012-301126
Fort Washington, PA 19034

                                                          INVOICE #  800686

                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0G2012-301126  TC Number: 695221

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/15/12 | Review and analyze issues re bankruptcy stay | L120 | JJPH | .10 | 250.00 | 25.00 |

                         FEES                                $25.00


                         AMOUNT DUE THIS BILL                $25.00

                ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    2
AUGUST 27, 2012

0G2012-301126

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Joshua J. Phillips | Associate | 250.00 | .10 | 25.00 |
| Total | | | .10 | 25.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap                                                    AUGUST 27, 2012
                                                          0G2012-301126
BILL AMOUNT          $25.00                               INVOICE #  800686
_____

To:    ResCap                          TC Number:         695221
       1100 Virginia Drive             Invoice Date:      08/27/2012
       Fort Washington, PA 19034       Invoice No.        800686
                                       Period ending:     05/31/2012


Case Management Number      LD  0G2012-301126


                                      Current Invoice
Code Task                           Hours          Fees

L120 Analysis/Strategy               0.10     $    25.00

                         ===================================
               TOTAL FEES            0.10     $    25.00

             TOTAL FEES DUE                   $    25.00
     TOTAL DISBURSEMENTS DUE                   $     0.00
       TOTAL DUE THIS INVOICE                  $    25.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                         AUGUST 27, 2012
1100 Virginia Drive                                           0G2012-301127
Fort Washington, PA 19034

                                                              INVOICE #  800687

                                                              FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0G2012-301127  TC Number: 697162

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 05/15/12 | Review and analyze status of the file and the July 2012 trial date on the severed portion of trial and whether suit will be impacted by the bankruptcy stay | L110 | CWH | .20 | 330.00 | 66.00 |
| 05/15/12 | Send status update to client regarding upcoming trial | L110 | CWH | .10 | 330.00 | 33.00 |
| 05/15/12 | Review and analyze matter and determine if bankruptcy stay is in place and, if so, how it will impact the case | L120 | CM | .30 | 185.00 | 55.50 |
| 05/16/12 | In light of updated information, analyze matter and determine if bankruptcy stay is in place, and, if so, how it will impact the case | L120 | CM | .10 | 185.00 | 18.50 |
| 05/21/12 | Strategy conference regarding effect of the bankruptcy automatic stay on this matter | L120 | GWG | .30 | 263.00 | 78.90 |
| 05/21/12 | Correspondence with client regarding effect of the bankruptcy on claim for affirmative relief | L120 | GWG | .20 | 263.00 | 52.60 |
| 05/23/12 | Draft summer clerk project for claim | L110 | CM | 1.00 | 185.00 | 185.00 |
| 05/25/12 | Review dockets for both underlying actions to determine if trial date for claim has been set | L120 | CM | .20 | 185.00 | 37.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    2
AUGUST 27, 2012

0G2012-301127

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/30/12 | Review and summarize project for research regarding bona fide status | L120 | CM | .50 | 185.00 | 92.50 |
| 05/30/12 | Research re borrower's claims | L120 | ML | 4.80 | 175.00 | 840.00 |
| 05/31/12 | Research and meeting with C.Miller re. details of assignment and borrower's claims | L120 | ML | 3.30 | 175.00 | 577.50 |

FEES                                     $2,036.50

AMOUNT DUE THIS BILL              $2,036.50

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE       3

Rescap                                                  AUGUST 27, 2012

0G2012-301127

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christian W. Hancock | Partner | 330.00 | .30 | 99.00 |
| Graham W. Gerhardt | Partner | 263.00 | .50 | 131.50 |
| Cam Miller | Associate | 185.00 | 2.10 | 388.50 |
| Mitchell London | Law Clerk | 175.00 | 8.10 | 1,417.50 |
| Total | | | 11.00 | 2,036.50 |



# BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

BILL AMOUNT          $2,036.50

AUGUST 27, 2012
0G2012-301127
INVOICE #  800687

To:    ResCap
       1100 Virginia Drive
       Fort Washington, PA 19034

TC Number:          697162
Invoice Date:       08/27/2012
Invoice No.         800687
Period ending:      05/31/2012

Case Management Number      LD  0G2012-301127

| Code | Task | Current Invoice Hours | Fees |
|------|------|------|------|
| L110 | Fact Investigation/Development | 1.30 | $    284.00 |
| L120 | Analysis/Strategy | 9.70 | $  1,752.50 |
| | | ================================= | |
| | TOTAL FEES | 11.00 | $  2,036.50 |

TOTAL FEES DUE              $  2,036.50
TOTAL DISBURSEMENTS DUE     $      0.00
TOTAL DUE THIS INVOICE      $  2,036.50



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 27, 2012
0G2012-301128

INVOICE #  800688

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0G2012-301128  TC Number: 722716

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/21/12 | Research on mandate issuance | L510 | MJA | .20 | 297.00 | 59.40 |

FEES                                                    $59.40

AMOUNT DUE THIS BILL                                    $59.40

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE     2
AUGUST 27, 2012

0G2012-301128

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Marc J. Ayers | Partner | 297.00 | .20 | 59.40 |
| Total | | | .20 | 59.40 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap                                                      AUGUST 27, 2012
                                                           0G2012-301128
BILL AMOUNT            $59.40                               INVOICE #  800688

To:    ResCap                        TC Number:            722716
       1100 Virginia Drive           Invoice Date:         08/27/2012
       Fort Washington, PA 19034     Invoice No.           800688
                                     Period ending:        05/31/2012

Case Management Number      LD  0G2012-301128

|  | | Current Invoice | |
|---|---|---|---|
| Code Task | | Hours | Fees |
| L510 Appellate Motions and Submissions | | 0.20 | $   59.40 |
| | | ========================= | |
| TOTAL FEES | | 0.20 | $   59.40 |
| TOTAL FEES DUE | | $ | 59.40 |
| TOTAL DISBURSEMENTS DUE | | $ | 0.00 |
| TOTAL DUE THIS INVOICE | | $ | 59.40 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    AUGUST 27, 2012
1100 Virginia Drive                                       0G2012-301129
Fort Washington, PA 19034

                                                          INVOICE #  800689

                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0G2012-301129  TC Number: 713325

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/17/12 | Review and analyze matter and determine if bankruptcy stay is in place and, if so, how it will impact the case | L120 | LADA | .40 | 65.00 | 26.00 |
| 05/29/12 | Draft status report for client regarding trial preparation | L120 | MSW | .10 | 254.00 | 25.40 |
| 05/30/12 | Research and update pleadings and counsel for use in preparation for upcoming hearing and trial | L190 | LADA | .60 | 65.00 | 39.00 |

                              FEES                              $90.40

                         AMOUNT DUE THIS BILL                   $90.40

                  ***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    2
AUGUST 27, 2012

Rescap

0G2012-301129

FED ID NO. 63-0243316

**INDIVIDUAL SUMMARY**

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Mark S. Wierman | Associate | 254.00 | .10 | 25.40 |
| Lucinda Kish | Paralegal | 65.00 | 1.00 | 65.00 |
| Total | | | 1.10 | 90.40 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap                                                      AUGUST 27, 2012
                                                           0G2012-301129
BILL AMOUNT              $90.40                            INVOICE #  800689

To:    ResCap                          TC Number:            713325
       1100 Virginia Drive             Invoice Date:         08/27/2012
       Fort Washington, PA 19034       Invoice No.           800689
                                       Period ending:        05/31/2012

Case Management Number      LD  0G2012-301129

                                       Current Invoice
Code Task                              Hours          Fees

L120 Analysis/Strategy                  0.50      $   51.40
L190 Other Case Assessment, Develop't/Admin  0.60  $  39.00

                              =====================================
              TOTAL FEES       1.10      $   90.40

              TOTAL FEES DUE             $   90.40
      TOTAL DISBURSEMENTS DUE            $    0.00
         TOTAL DUE THIS INVOICE          $   90.40



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 27, 2012
0G2012-301130

INVOICE #  800690

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0G2012-301130   TC Number: 719469

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/14/12 | Telephone discussion with plaintiff's counsel regarding settlement | L160 | KSA | .40 | 223.00 | 89.20 |
| 05/15/12 | Evaluate matter and determine if bankruptcy stay is in place and, if so, how it will impact the case | L120 | GP | .20 | 185.00 | 37.00 |
| 05/16/12 | Evaluate matter and determine if bankruptcy stay is in place based on new bankruptcy guidance | L120 | GP | .20 | 185.00 | 37.00 |
| 05/16/12 | Phone discussion with plaintiff's counsel regarding settlement status with bankruptcy filing | L120 | KSA | .30 | 223.00 | 66.90 |

FEES                                          $274.70

AMOUNT DUE THIS BILL                            $274.70

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    2
AUGUST 27, 2012

0G2012-301130

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Keith S. Anderson | Associate | 223.00 | .70 | 156.10 |
| Grant Premo | Associate | 185.00 | .40 | 74.00 |
| Total | | | 1.10 | 230.10 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap                                                      AUGUST 27, 2012
                                                           0G2012-301130
BILL AMOUNT         $274.70                                INVOICE #  800690

To:    ResCap                      TC Number:          719469
       1100 Virginia Drive         Invoice Date:       08/27/2012
       Fort Washington, PA 19034   Invoice No.         800690
                                   Period ending:      05/31/2012

Case Management Number      LD  0G2012-301130

                                              Current Invoice
Code Task                              Hours            Fees

L120 Analysis/Strategy                 0.70     $    140.90
L160 Settlement/Non-Binding ADR        0.40     $     89.20

                           ========================================
              TOTAL FEES              1.10      $    274.70

                 TOTAL FEES DUE                 $    274.70
          TOTAL DISBURSEMENTS DUE               $      0.00
            TOTAL DUE THIS INVOICE              $    274.70



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          AUGUST 27, 2012
1100 Virginia Drive                                            0G2012-301131
Fort Washington, PA 19034

                                                               INVOICE #  800691

                                                               FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0G2012-301131  TC Number: 720738

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/16/12 | Review and analyze matter and determine if bankruptcy stay is in place and, if so, how it will impact the case | L140 | RBB | .20 | 149.00 | 29.80 |
| 05/29/12 | Draft status report for client regarding trial date and motion for summary judgment | L120 | MSW | .10 | 254.00 | 25.40 |

                        FEES                              $55.20


                        AMOUNT DUE THIS BILL              $55.20

                ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE      2
AUGUST 27, 2012

0G2012-301131

FED ID NO. 63-0243316

---

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Robert B. Benson | Paralegal | 149.00 | .20 | 29.80 |
| Mark S. Wierman | Associate | 254.00 | .10 | 25.40 |
| Total |  |  | .30 | 55.20 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap                                              AUGUST 27, 2012
                                                   0G2012-301131
BILL AMOUNT          $55.20                         INVOICE #  800691

To:    ResCap                    TC Number:         720738
       1100 Virginia Drive       Invoice Date:      08/27/2012
       Fort Washington, PA 19034 Invoice No.        800691
                                 Period ending:     05/31/2012

Case Management Number      LD   0G2012-301131

|  |  | Current Invoice | |
| Code | Task | Hours | Fees |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.10 | $   25.40 |
| L140 | Document/File Management | 0.20 | $   29.80 |
|  | =================================== | | |
|  | TOTAL FEES | 0.30 | $   55.20 |

                    TOTAL FEES DUE         $    55.20
            TOTAL DISBURSEMENTS DUE        $     0.00
                TOTAL DUE THIS INVOICE     $    55.20



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 27, 2012

0R0802-102836

INVOICE #  800692

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0802-102836  TC Number: 707079

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/15/12 | Review voicemail from outside coverage counsel for Fidelity and prior emails from Fidelity's retained counsel | L190 | HEA | .50 | 266.00 | 133.00 |
| 05/15/12 | Draft and send email to P.Cannon regarding assignment to Deutsche Bank and current plan and speak with P.Cannon regarding same | L190 | HEA | .50 | 266.00 | 133.00 |
| 05/21/12 | Provide update to L.Hogle by request | L190 | HEA | .40 | 266.00 | 106.40 |
| 05/24/12 | Draft assignment from DBT to Impac | L190 | HEA | 1.30 | 266.00 | 345.80 |
| 05/24/12 | Review and consider amendment to prior assignment and draft language to include in new mortgage assignment | L190 | HEA | .40 | 266.00 | 106.40 |

FEES                                          $824.60

AMOUNT DUE THIS BILL                          $824.60

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE     2
AUGUST 27, 2012

0R0802-102836

ResCap

**FED ID NO. 63-0243316**

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Hall Eady | Partner | 266.00 | 3.10 | 824.60 |
| Total | | | 3.10 | 824.60 |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

BILL AMOUNT       $824.60

AUGUST 27, 2012
0R0802-102836
INVOICE #  800692

To:     ResCap
        1100 Virginia Drive
        Fort Washington, PA 19034

TC Number:        707079
Invoice Date:     08/27/2012
Invoice No.       800692
Period ending:    05/31/2012

Case Management Number    LD  0R0802-102836

| Code Task | Current Invoice Hours | Fees |
|---|---|---|
| L190 Other Case Assessment, Develop't/Admin | 3.10 | $   824.60 |
| ================================== | | |
| TOTAL FEES | 3.10 | $   824.60 |

TOTAL FEES DUE            $   824.60
TOTAL DISBURSEMENTS DUE   $     0.00
TOTAL DUE THIS INVOICE    $   824.60



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                              AUGUST 27, 2012
1100 Virginia Drive                                0R0802-103582
Fort Washington, PA 19034

                                                   INVOICE #   800693

                                                   FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0802-103582   TC Number: 691287

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/16/12 | Telephone conference with Court regarding release of excess tax sale proceeds from registry of Court | L190 | CSM | .20 | 300.00 | 60.00 |
| 05/16/12 | Revise and finalize letter to judge arguing notice of sale to be constitutionally sufficient and requesting disbursement of excess tax sale proceeds from registry of Court | L190 | CSM | .40 | 300.00 | 120.00 |

                    FEES                                $180.00

01        Copy Charges                         0.00
35        Express Mail/Fedex                   0.00

              AMOUNT DUE THIS BILL            $180.00

          ***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE     2
AUGUST 27, 2012

ResCap

0R0802-103582

FED ID NO. 63-0243316

**INDIVIDUAL SUMMARY**

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Cory S. Menees | Associate | 300.00 | .60 | 180.00 |
| Total | | | .60 | 180.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    AUGUST 27, 2012
                                                          0R0802-103582
BILL AMOUNT          $180.00                              INVOICE #  800693

To:    ResCap                         TC Number:          691287
       1100 Virginia Drive            Invoice Date:       08/27/2012
       Fort Washington, PA 19034      Invoice No.         800693
                                      Period ending:      05/31/2012

Case Management Number      LD  0R0802-103582

|  |  | Current Invoice | |
|---|---|---|---|
| Code Task |  | Hours | Fees |
| L190 Other Case Assessment, Develop't/Admin | | 0.60 | $   180.00 |
| ================================= | | | |
| TOTAL FEES | | 0.60 | $   180.00 |
| TOTAL FEES DUE | | $ | 180.00 |
| TOTAL DISBURSEMENTS DUE | | $ | 0.00 |
| TOTAL DUE THIS INVOICE | | $ | 180.00 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 27, 2012
0R0802-103633

INVOICE #  800694

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0802-103633   TC Number: 691284
   35      Express Mail/Fedex                                  0.00

                        AMOUNT DUE THIS BILL                        $.00

                ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
AUGUST 27, 2012

OR0802-103633

FED ID NO. 63-0243316



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                          AUGUST 27, 2012
                                                0R0802-103633
BILL AMOUNT              $.00                   INVOICE #  800694

---

To:    ResCap                    TC Number:        691284
       1100 Virginia Drive       Invoice Date:     08/27/2012
       Fort Washington, PA 19034 Invoice No.       800694
                                 Period ending:    05/31/2012


Case Management Number    LD  0R0802-103633


                                      Current Invoice
Code Task                          Hours            Fees


                        ===================================
             TOTAL FEES        0.00      $      0.00

             TOTAL FEES DUE             $      0.00
        TOTAL DISBURSEMENTS DUE         $      0.00
           TOTAL DUE THIS INVOICE       $      0.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                                    AUGUST 27, 2012
1100 Virginia Drive                                                       0R0802-107722
Fort Washington, PA 19034

                                                                          INVOICE #  800695

                                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0802-107722  TC Number: 696810

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 05/16/12 | Reviewed file in responding to client request for information on case style to determine whether current bankruptcy stay should remain in place | L120 | JHP | .20 | 245.00 | 49.00 |
| 05/18/12 | Emails to/from counsel for borrowers to discuss settlement discussions and to advise of bankruptcy of client | L160 | JHP | .30 | 245.00 | 73.50 |

                              FEES                                     $122.50


                              AMOUNT DUE THIS BILL                      $122.50


                    ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
AUGUST 27, 2012

0R0802-107722

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Jon H. Patterson | Associate | 245.00 | .50 | 122.50 |
| Total | | | .50 | 122.50 |



## BRADLEY ARANT BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

AUGUST 27, 2012
0R0802-107722

BILL AMOUNT          $122.50          INVOICE #  800695

To:    ResCap                        TC Number:         696810
       1100 Virginia Drive           Invoice Date:      08/27/2012
       Fort Washington, PA 19034     Invoice No.        800695
                                     Period ending:     05/31/2012

Case Management Number     LD   0R0802-107722

|  | | Current Invoice | |
|---|---|---|---|
| Code Task | | Hours | Fees |
| L120 Analysis/Strategy | | 0.20 | $   49.00 |
| L160 Settlement/Non-Binding ADR | | 0.30 | $   73.50 |
| | | ================================= | |
| TOTAL FEES | | 0.50 | $  122.50 |

TOTAL FEES DUE              $   122.50
TOTAL DISBURSEMENTS DUE     $     0.00
TOTAL DUE THIS INVOICE      $   122.50



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                        AUGUST 27, 2012
1100 Virginia Drive                                          0R0802-108374
Fort Washington, PA 19034

                                                             INVOICE #  800696

                                                             FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0802-108374  TC Number: 704824

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/31/12 | Review mortgages in preparation for commencing action to release | L190 | RLB | .30 | 266.00 | 79.80 |

                                    FEES                                    $79.80


                             AMOUNT DUE THIS BILL                           $79.80

                   ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE     2
ResCap                                                           AUGUST 27, 2012

0R0802-108374

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Rashad L. Blossom | Associate | 266.00 | .30 | 79.80 |
| Total | | | .30 | 79.80 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                              AUGUST 27, 2012
                                                    0R0802-108374
BILL AMOUNT         $79.80                           INVOICE #  800696

To:    ResCap                       TC Number:          704824
       1100 Virginia Drive          Invoice Date:       08/27/2012
       Fort Washington, PA 19034    Invoice No.         800696
                                    Period ending:      05/31/2012

Case Management Number     LD  0R0802-108374


                                        Current Invoice
                                        Hours           Fees
Code Task

L190 Other Case Assessment, Develop't/Admin    0.30    $    79.80

                                    ===================================
                       TOTAL FEES    0.30    $    79.80

                       TOTAL FEES DUE           $    79.80
               TOTAL DISBURSEMENTS DUE          $     0.00
                  TOTAL DUE THIS INVOICE        $    79.80



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                        AUGUST 27, 2012
1100 Virginia Drive                                          0R0802-301007
Fort Washington, PA 19034

                                                             INVOICE #  800697

                                                             FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0802-301007  TC Number: 711036

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/16/12 | Call borrower's lawyer to determine his client's objective | C400 | JCCO | .30 | 195.00 | 58.50 |
| 05/16/12 | Call client contact regarding the planned sale of borrower property | C400 | JCCO | .40 | 195.00 | 78.00 |
| 05/16/12 | Call opposing counsel in borrower matter and discuss the planned sale | C400 | JCCO | .50 | 195.00 | 97.50 |
| 05/23/12 | Call borrower's lawyer to discuss potential loan modifications | C400 | JCCO | .30 | 195.00 | 58.50 |
| 05/23/12 | View and respond to email from opposing counsel on borrower's file | C400 | JCCO | .20 | 195.00 | 39.00 |
| 05/29/12 | Communicate with borrower's lawyer and client contact regarding potential for loan modifciation | C400 | JCCO | .70 | 195.00 | 136.50 |
| 05/30/12 | Email borrower's lawyer regarding financial package and potential for loan modification | C400 | JCCO | .10 | 195.00 | 19.50 |

                              FEES                                    $487.50

01       Copy Charges                                        0.00

                    AMOUNT DUE THIS BILL                     $487.50



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE        2
AUGUST 27, 2012

0R0802-301007

**FED ID NO. 63-0243316**

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE      3
AUGUST 27, 2012

ResCap

0R0802-301007

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Jonathan Cobb | Associate | 195.00 | 2.50 | 487.50 |
| Total | | | 2.50 | 487.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    AUGUST 27, 2012
                                                          0R0802-301007
BILL AMOUNT          $487.50                              INVOICE #   800697

_____

To:     ResCap                        TC Number:          711036
        1100 Virginia Drive           Invoice Date:       08/27/2012
        Fort Washington, PA 19034     Invoice No.         800697
                                      Period ending:      05/31/2012


Case Management Number      LD   0R0802-301007


                                        Current Invoice
Code Task                               Hours          Fees

C400 Third Party Communication          2.50      $    487.50

                              ===================================
                    TOTAL FEES          2.50      $    487.50

                    TOTAL FEES DUE                $    487.50
            TOTAL DISBURSEMENTS DUE               $      0.00
            TOTAL DUE THIS INVOICE                $    487.50



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          AUGUST 27, 2012
1100 Virginia Drive                                            0R0802-301019
Fort Washington, PA 19034

                                                               INVOICE #  800698

                                                               FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0802-301019   TC Number: 712999

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/30/12 | Attend vendor management conference call | L120 | DERO | .80 | 360.00 | 288.00 |

|  | FEES |  | $288.00 |
|--|------|--|---------|
|  | AMOUNT DUE THIS BILL |  | $288.00 |

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    2
AUGUST 27, 2012

ResCap

0R0802-301019

FED ID NO. 63-0243316

---

**INDIVIDUAL SUMMARY**

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| David E. Roth | Partner | 360.00 | .80 | 288.00 |
| Total | | | .80 | 288.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    AUGUST 27, 2012
                                                          0R0802-301019
BILL AMOUNT        $288.00                                INVOICE #  800698

To:    ResCap                        TC Number:        712999
       1100 Virginia Drive           Invoice Date:     08/27/2012
       Fort Washington, PA 19034     Invoice No.       800698
                                     Period ending:    05/31/2012

Case Management Number     LD   0R0802-301019

                                        Current Invoice
Code Task                               Hours          Fees

L120 Analysis/Strategy                  0.80      $    288.00

                          ===================================
                 TOTAL FEES             0.80      $    288.00

                     TOTAL FEES DUE               $    288.00
              TOTAL DISBURSEMENTS DUE             $      0.00
              TOTAL DUE THIS INVOICE              $    288.00



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 27, 2012
0R0802-301036

INVOICE #  800699

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0802-301036   TC Number: 714875

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/24/12 | Advise GMACM Loss Mitigation Department regarding changes to loss mitigation documents | L120 | DCL | .30 | 376.00 | 112.80 |

FEES                          $112.80

AMOUNT DUE THIS BILL          $112.80

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

0R0802-301036

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Dana C. Lumsden | Partner | 376.00 | .30 | 112.80 |
| Total | | | .30 | 112.80 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

BILL AMOUNT          $112.80

AUGUST 27, 2012
0R0802-301036
INVOICE #  800699

To:    ResCap                          TC Number:        714875
       1100 Virginia Drive             Invoice Date:     08/27/2012
       Fort Washington, PA 19034       Invoice No.       800699
                                       Period ending:    05/31/2012

Case Management Number      LD   0R0802-301036

|  | | Current Invoice | |
|---|---|---|---|
| Code Task | | Hours | Fees |
| L120 Analysis/Strategy | | 0.30 | $   112.80 |
| | | ============================ | |
| TOTAL FEES | | 0.30 | $   112.80 |
| TOTAL FEES DUE | | | $   112.80 |
| TOTAL DISBURSEMENTS DUE | | | $     0.00 |
| TOTAL DUE THIS INVOICE | | | $   112.80 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          AUGUST 27, 2012
1100 Virginia Drive                                             0R0802-301051
Fort Washington, PA 19034

                                                               INVOICE #  800700

                                                               FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0802-301051  TC Number: 716768

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/15/12 | Prepare e-mail to GMAC in-house counsel regarding SCRA question | C300 | MCG | .30 | 323.00 | 96.90 |
| 05/16/12 | Exchange e-mails with A.Standridge of DOJ regarding selection of independent consultant and methodology for SCRA review | C400 | MCG | .20 | 323.00 | 64.60 |
| 05/17/12 | Review and analyze the independent consultant engagement letter for the SCRA review | C300 | MCG | 1.10 | 323.00 | 355.30 |
| 05/17/12 | Review and analyze the independent consultant methodology for the SCRA review | C300 | MCG | .80 | 323.00 | 258.40 |
| 05/17/12 | Review and analyze the responses to the independent consultant questions to the OCC regarding the SCRA review | C300 | MCG | .90 | 323.00 | 290.70 |
| 05/21/12 | Edit and add to memo regarding SCRA compliance question | L120 | KSA | .50 | 223.00 | 111.50 |
| 05/22/12 | Exchange e-mails with GMAC in-house counsel regarding data requested by DOJ for SCRA review | C300 | MCG | .20 | 323.00 | 64.60 |
| 05/23/12 | Review and analyze case law regarding SCRA compliance issue | C200 | MCG | .90 | 323.00 | 290.70 |
| 05/23/12 | Review and analyze engagement letter from independent consultant | C300 | MCG | .70 | 323.00 | 226.10 |



B R A D L E Y   A R A N T
B O U L T   C U M M I N G S
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
AUGUST 27, 2012

0R0802-301051

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/23/12 | Review and analyze memorandum describing procedures for servicing loans covered by SCRA | L110 | MCG | .60 | 323.00 | 193.80 |
| 05/24/12 | Review and revise judicial foreclosures analysis from independent consultant | C300 | MCG | .90 | 323.00 | 290.70 |
| 05/24/12 | Review and revise proposed amendments to SCRA | C300 | MCG | 1.10 | 323.00 | 355.30 |
| 05/24/12 | Review and analyze case law regarding SCRA loans | C200 | MCG | 1.10 | 323.00 | 355.30 |
| 05/24/12 | Review Consent Order related to deadlines related to SCRA | L120 | MCG | .40 | 323.00 | 129.20 |
| 05/24/12 | Edit and send memo to GMAC in-house counsel regarding SCRA compliance | L110 | KSA | .40 | 223.00 | 89.20 |
| 05/24/12 | Conference call with GMAC in-house counsel regarding SCRA compliance | L110 | KSA | .80 | 223.00 | 178.40 |
| 05/24/12 | Review proposed amendments from HPA and provide remarks to GMAC in-house | L110 | KSA | .30 | 223.00 | 66.90 |
| 05/24/12 | Review and revise memorandum regarding SCRA compliance | C300 | MCG | 2.60 | 323.00 | 839.80 |
| 05/24/12 | Telephone conference with E.DeSilva regarding SCRA compliance | L120 | MCG | .70 | 323.00 | 226.10 |
| 05/25/12 | Review and revise methodology for reviewing judicial and non-judicial foreclosures | C300 | MCG | 2.90 | 323.00 | 936.70 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    3
AUGUST 27, 2012

ResCap

0R0802-301051

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/25/12 | Research regarding SCRA loan compliance issues | L120 | KSA | .50 | 223.00 | 111.50 |
| 05/25/12 | Analyze SCRA foreclosure issues | L120 | KSA | .70 | 223.00 | 156.10 |
| 05/29/12 | Prepare e-mail to GMAC in-house counsel regarding proposed amendment to SCRA | C300 | MCG | .10 | 323.00 | 32.30 |
| 05/29/12 | Review and revise methodology for review of completed foreclosure for SCRA compliance and provide to GMAC in-house counsel for review | C300 | MCG | .20 | 323.00 | 64.60 |
| 05/29/12 | Review and analyze proposed amendment to SCRA | C300 | MCG | .60 | 323.00 | 193.80 |
| 05/29/12 | Review proposed SCRA amendment and provide comments to same | L110 | KSA | .30 | 223.00 | 66.90 |
| 05/30/12 | Review consent order and deliverable deadlines to the DOJ and prepare e-mail to GMAC in-house counsel with analysis and timeline | C300 | MCG | .50 | 323.00 | 161.50 |
| 05/31/12 | Edit and add to memo regarding SCRA loan compliance | L120 | KSA | 1.80 | 223.00 | 401.40 |
| 05/31/12 | Follow up phone discussions with GMAC in-house counsel regarding edits to SCRA research memo | L120 | KSA | .40 | 223.00 | 89.20 |
| 05/31/12 | Telephone conference with GMAC in-house counsel regarding consent order deadlines | C300 | MCG | .60 | 323.00 | 193.80 |
| 05/31/12 | Review and analyze case law regarding SCRA redemption period | C200 | MCG | 1.30 | 323.00 | 419.90 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     4
AUGUST 27, 2012

0R0802-301051

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/31/12 | Review and analyze issue related to SCRA compliance issues | C200 | MCG | .60 | 323.00 | 193.80 |
| | FEES | | | | | $7,505.00 |
| 41 | Computerized Legal Research-Westlaw | | | | 0.00 | |
| | AMOUNT DUE THIS BILL | | | | | $7,505.00 |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    5
AUGUST 27, 2012

0R0802-301051

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Keith S. Anderson | Associate | 223.00 | 5.70 | 1,271.10 |
| Michael C. Griffin | Partner | 323.00 | 19.30 | 6,233.90 |
| Total | | | 25.00 | 7,505.00 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                        AUGUST 27, 2012
                                                             0R0802-301051
BILL AMOUNT          $7,505.00                               INVOICE #  800700

To:    ResCap                          TC Number:           716768
       1100 Virginia Drive             Invoice Date:        08/27/2012
       Fort Washington, PA 19034       Invoice No.          800700
                                       Period ending:       05/31/2012

Case Management Number      LD   0R0802-301051

|                              | Current Invoice | |
| Code Task                    | Hours | Fees |
|------------------------------|-------|------|
| C200 Researching Law         | 3.90  | $ 1,259.70 |
| C300 Analysis and Advice     | 13.50 | $ 4,360.50 |
| C400 Third Party Communication | 0.20 | $    64.60 |
| L110 Fact Investigation/Development | 2.40 | $  595.20 |
| L120 Analysis/Strategy       | 5.00  | $ 1,225.00 |

```
                        ==================================
            TOTAL FEES   25.00    $  7,505.00

            TOTAL FEES DUE          $  7,505.00
    TOTAL DISBURSEMENTS DUE         $      0.00
      TOTAL DUE THIS INVOICE        $  7,505.00
```



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    AUGUST 27, 2012
1100 Virginia Drive                                       0R0802-301055
Fort Washington, PA 19034

                                                          INVOICE #  800701

                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0802-301055  TC Number: 698487

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/22/12 | Communication concerning case and settlement agreement with confidential municipality | L120 | LG | .10 | 185.00 | 18.50 |
| 05/22/12 | Analyze AG servicer Exhibits A-I to evaluate effect on proposed settlement agreement with confidential municipality | L120 | LG | 1.70 | 185.00 | 314.50 |
| 05/22/12 | Analyze confidential municipality settlement agreement in order to determine the terms and effects of that agreement | L120 | LG | 1.10 | 185.00 | 203.50 |
| 05/24/12 | Revise memorandum analyzing the interaction between the 50 state Settlement Agreement and the confidential municipalitySettlement Agreement | L120 | LG | .20 | 185.00 | 37.00 |
| 05/24/12 | Analyze differences and similarities between Proposed Settlement Agreement with confidential municipality and Exhibit A of the 50 State Servicer Settlement Agreement | L120 | LG | .60 | 185.00 | 111.00 |
| 05/24/12 | Analyze interaction of the confidential municipality settlement agreement with the 50 state Settlement Agreement | L120 | LG | .50 | 185.00 | 92.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
AUGUST 27, 2012

0R0802-301055

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/24/12 | Draft memorandum comparing the 50 state Settlement Agreement and the proposed confidential municipalitySettlement Agreement and analyzing the interaction between the two agreements | L120 | LG | 1.60 | 185.00 | 296.00 |

FEES                                                           $1,073.00

AMOUNT DUE THIS BILL                            $1,073.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     3
AUGUST 27, 2012

0R0802-301055

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Lee Gilley | Associate | 185.00 | 5.80 | 1,073.00 |
| Total | | | 5.80 | 1,073.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                    AUGUST 27, 2012
                                                         0R0802-301055
BILL AMOUNT        $1,073.00                             INVOICE #  800701

To:    ResCap                          TC Number:         698487
       1100 Virginia Drive             Invoice Date:      08/27/2012
       Fort Washington, PA 19034       Invoice No.        800701
                                       Period ending:     05/31/2012

Case Management Number      LD  0R0802-301055

|            |                          | Current Invoice |           |
|------------|--------------------------|-----------------|-----------|
| Code Task  |                          | Hours           | Fees      |
| L120       | Analysis/Strategy        | 5.80            | $  1,073.00 |
|            | ============================================= |
|            | TOTAL FEES               | 5.80            | $  1,073.00 |

                    TOTAL FEES DUE              $  1,073.00
            TOTAL DISBURSEMENTS DUE             $      0.00
            TOTAL DUE THIS INVOICE             $  1,073.00



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                      AUGUST 27, 2012
1100 Virginia Drive                                         0R0802-301062
Fort Washington, PA 19034

INVOICE #  800702

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0802-301062  TC Number: 718330

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/15/12 | Draft status report regarding borrower inactivity | B110 | TRL | .10 | 293.00 | 29.30 |
| 05/15/12 | Analyze whether pending litigation is affected by automatic bankruptcy stay and complete GMAC bankruptcy spreadsheet report | B140 | TRL | .10 | 293.00 | 29.30 |

FEES                                                       $58.60

AMOUNT DUE THIS BILL                                       $58.60

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    2
AUGUST 27, 2012

0R0802-301062

ResCap

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Thomas Ryan Lynch | Associate | 293.00 | .20 | 58.60 |
| Total | | | .20 | 58.60 |



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                          AUGUST 27, 2012
                                                               0R0802-301062
BILL AMOUNT          $58.60                                     INVOICE #  800702

To:    ResCap                          TC Number:           718330
       1100 Virginia Drive             Invoice Date:        08/27/2012
       Fort Washington, PA 19034       Invoice No.          800702
                                       Period ending:       05/31/2012

Case Management Number      LD   0R0802-301062

|  |  | Current Invoice | |
|---|---|---|---|
| Code | Task | Hours | Fees |
| B110 | Case Administration | 0.10 | $  29.30 |
| B140 | Relief from Stay/Adequate Protection Pro | 0.10 | $  29.30 |
|  | ======================================= | | |
|  | TOTAL FEES | 0.20 | $  58.60 |

                              TOTAL FEES DUE           $   58.60
                    TOTAL DISBURSEMENTS DUE            $    0.00
                    TOTAL DUE THIS INVOICE             $   58.60



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                          AUGUST 27, 2012
1100 Virginia Drive                                            0R0802-301067
Fort Washington, PA 19034

                                                               INVOICE #  800703

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0802-301067   TC Number: 719122

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/15/12 | Update monthly status report for client review | B110 | DBT | .10 | 206.00 | 20.60 |

                                    FEES                           $20.60

                       AMOUNT DUE THIS BILL                        $20.60

                 ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE      2
AUGUST 27, 2012

ResCap

0R0802-301067

FED ID NO. 63-0243316

---

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| D. Bryan Thomas | Associate | 206.00 | .10 | 20.60 |
| Total | | | .10 | 20.60 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    AUGUST 27, 2012
                                                          0R0802-301067
BILL AMOUNT          $20.60                               INVOICE #  800703

To:    ResCap                          TC Number:          719122
       1100 Virginia Drive             Invoice Date:       08/27/2012
       Fort Washington, PA 19034       Invoice No.         800703
                                       Period ending:      05/31/2012

Case Management Number      LD  0R0802-301067

                                        Current Invoice
Code Task                              Hours          Fees

B110 Case Administration               0.10    $     20.60

                            ===================================
                 TOTAL FEES            0.10    $     20.60

                     TOTAL FEES DUE            $     20.60
            TOTAL DISBURSEMENTS DUE            $      0.00
            TOTAL DUE THIS INVOICE             $     20.60



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 27, 2012
0R0802-301068

INVOICE #  800704

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0802-301068   TC Number: 719362

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/15/12 | Review file materials and provide update in connection with bankruptcy filing | B190 | SAP | .20 | 323.00 | 64.60 |
| 05/18/12 | Correspond with client re paying amounts due | B190 | SAP | .20 | 323.00 | 64.60 |
| 05/31/12 | Review file and submit status report | B110 | SAP | .10 | 323.00 | 32.30 |

|  |  |
|--|--|
| FEES | $161.50 |
| AMOUNT DUE THIS BILL | $161.50 |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE     2
AUGUST 27, 2012

ResCap

0R0802-301068

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Steven A. Pozefsky | Associate | 323.00 | .50 | 161.50 |
| Total | | | .50 | 161.50 |



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

BILL AMOUNT          $161.50

AUGUST 27, 2012
0R0802-301068
INVOICE #  800704

| To: | ResCap | | TC Number: | 719362 |
|---|---|---|---|---|
| | 1100 Virginia Drive | | Invoice Date: | 08/27/2012 |
| | Fort Washington, PA 19034 | | Invoice No. | 800704 |
| | | | Period ending: | 05/31/2012 |

Case Management Number     LD  0R0802-301068

|  |  | Current Invoice | |
|---|---|---|---|
| Code Task | | Hours | Fees |
| B110 Case Administration | | 0.10 | $    32.30 |
| B190 Other Contested Matters | | 0.40 | $   129.20 |
| | | ================================= | |
| TOTAL FEES | | 0.50 | $   161.50 |
| TOTAL FEES DUE | | | $   161.50 |
| TOTAL DISBURSEMENTS DUE | | | $     0.00 |
| TOTAL DUE THIS INVOICE | | | $   161.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                        AUGUST 27, 2012
1100 Virginia Drive                                          0R0802-301073
Fort Washington, PA 19034

                                                             INVOICE #  800705

                                                             FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0802-301073  TC Number: 720443

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/30/12 | Telephone call to JA to follow up regarding case assignment | L190 | JAM | .20 | 145.00 | 29.00 |

                              FEES                                    $29.00


                   AMOUNT DUE THIS BILL                               $29.00


              ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
AUGUST 27, 2012

0R0802-301073

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Jamie Mathews | Paralegal | 145.00 | .20 | 29.00 |
| Total | | | .20 | 29.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

BILL AMOUNT        $29.00

AUGUST 27, 2012
0R0802-301073
INVOICE #  800705

| To: | ResCap | TC Number: | 720443 |
|---|---|---|---|
| | 1100 Virginia Drive | Invoice Date: | 08/27/2012 |
| | Fort Washington, PA 19034 | Invoice No. | 800705 |
| | | Period ending: | 05/31/2012 |

Case Management Number       LD  0R0802-301073

|  |  | Current Invoice | |
|---|---|---|---|
| Code Task | | Hours | Fees |
| L190 Other Case Assessment, Develop't/Admin | | 0.20 | $    29.00 |
| | | =================================== | |
| | TOTAL FEES | 0.20 | $    29.00 |
| | TOTAL FEES DUE | | $    29.00 |
| | TOTAL DISBURSEMENTS DUE | | $     0.00 |
| | TOTAL DUE THIS INVOICE | | $    29.00 |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 27, 2012
0R0802-301081

INVOICE #  800706

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0802-301081   TC Number: 719626

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/14/12 | Forward copy of completed compliance review report for borrower foreclosure file (February 2012 Massachusetts) to client contacts | L120 | EL | .20 | 337.00 | 67.40 |
| 05/14/12 | Review of and edit new compliance review template of state laws | L120 | EL | .50 | 337.00 | 168.50 |
| 05/14/12 | Complete spreadsheet regarding review of borrower foreclosure file (February 2012 New Mexico) | L120 | EL | .40 | 337.00 | 134.80 |
| 05/14/12 | Finalize review of borrower foreclosure file (February 2012 New Mexico) and forward copy of completed compliance review report to client contacts | L120 | EL | .20 | 337.00 | 67.40 |
| 05/14/12 | Review of completed compliance review report for borrower foreclosure file (February 2012 Massachusetts) | L120 | EL | .50 | 337.00 | 168.50 |
| 05/14/12 | Research changes in state foreclosure laws and new changes in laws for use in updating state foreclosure templates and draft email summarizing research | L120 | TRL | .50 | 293.00 | 146.50 |
| 05/16/12 | Legal research to review and update compliance review report state law | L120 | EL | 3.00 | 337.00 | 1,011.00 |
| 05/16/12 | Complete compliance review report regarding borrower foreclosure file (February 2012 Delaware) | L120 | EL | 3.00 | 337.00 | 1,011.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
AUGUST 27, 2012

0R0802-301081

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/17/12 | Telephone conference with client contacts regarding national servicing standards workstream and issues requiring BABC research | P270 | CSM | .00 | 300.00 | 0.00 |
| 05/17/12 | Complete spreadsheet report regarding borrower foreclosure file (February 2012 Delaware) | L120 | EL | .50 | 337.00 | 168.50 |
| 05/17/12 | Review of borrower foreclosure file (February 2012 Virginia) | L120 | EL | 2.00 | 337.00 | 674.00 |
| 05/17/12 | Complete compliance review report for borrower foreclosure file (February 2012 Virginia) | L120 | EL | 2.00 | 337.00 | 674.00 |
| 05/17/12 | Forward copy of completed compliance review report for borrower foreclosure file (February 2012 Delaware) to client contacts | L120 | EL | .10 | 337.00 | 33.70 |
| 05/17/12 | Work on state law foreclosure law review | C300 | CWI | 3.50 | 315.00 | 1,102.50 |
| 05/18/12 | Finalize review of borrower foreclosure file, including completion of spreadsheet responses (February 2010 Virginia) | L120 | EL | .50 | 337.00 | 168.50 |
| 05/18/12 | Review of borrower foreclosure file (February 2012 Virginia) | L120 | EL | 2.00 | 337.00 | 674.00 |
| 05/18/12 | Conference call with client contacts to review New Mexico, New Hampshire, and Connecticut foreclosure files | L120 | EL | 2.00 | 337.00 | 674.00 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      3
AUGUST 27, 2012

0R0802-301081

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/18/12 | Telephone conference with client contacts regarding review of New Hampshire foreclosure file and transfer of file review to GMAC | P200 | CSM | .40 | 300.00 | 120.00 |
| 05/18/12 | Review and revise state law template for foreclosure reviews | P280 | CST | .30 | 200.00 | 60.00 |
| 05/18/12 | Complete compliance review report and spreadsheet regarding borrower foreclosure file (February 2012 Virginia) | L120 | EL | 2.00 | 337.00 | 674.00 |
| 05/21/12 | Telephone conference with client contacts regarding national servicing standards workstream and issues requiring BABC research | P270 | CSM | .70 | 300.00 | 210.00 |
| 05/21/12 | Review non-judicial forms provided by default counsel in preparation for forms standardization | P270 | CSM | .70 | 300.00 | 210.00 |
| 05/21/12 | Consideration of change to compliance review report for Virginia regarding foreclosure proceeding | L120 | EL | .40 | 337.00 | 134.80 |
| 05/21/12 | Forward copy of completed compliance review report for borrower foreclosure file (February 2012 Virginia) to client contacts | L120 | EL | .10 | 337.00 | 33.70 |
| 05/22/12 | Review of borrower foreclosure file (February 2012  Virginia) | L120 | EL | 2.00 | 337.00 | 674.00 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    4
AUGUST 27, 2012

ResCap

0R0802-301081

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/22/12 | Finalize review of borrower foreclosure file (February 2012 Virginia) and forward copy of completed compliance review report to client contacts | L120 | EL | .50 | 337.00 | 168.50 |
| 05/22/12 | Review of completed compliance review report for borrower foreclosure file (March 2012 - Pennsylvania) | L120 | EL | .50 | 337.00 | 168.50 |
| 05/22/12 | Manage assignments and other project issues for April 2012 foreclosure file reviews (25 foreclosure files from various states) | L120 | EL | 1.00 | 337.00 | 337.00 |
| 05/22/12 | Begin to evaluate state law foreclosure compliance template for consistency with current law | L190 | KMS | .60 | 236.00 | 141.60 |
| 05/23/12 | Develop updated foreclosure compliance review template | L190 | KMS | 4.60 | 236.00 | 1,085.60 |
| 05/23/12 | Analyze Maine foreclosure file for compliance with state law | L190 | KMS | 3.50 | 236.00 | 826.00 |
| 05/23/12 | Forward completed compliance review report regarding borrower foreclosure file (February 2012  Virginia) to client contacts | L120 | EL | .10 | 337.00 | 33.70 |
| 05/23/12 | Review of completed compliance review report for borrower foreclosure file (March 2012 Vermont) and forward copy of same to client contacts | L120 | EL | .50 | 337.00 | 168.50 |
| 05/23/12 | Review of borrower foreclosure file (February 2012  Virginia) | L120 | EL | 2.00 | 337.00 | 674.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    5
AUGUST 27, 2012

0R0802-301081

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/23/12 | Telephone conference with client contacts regarding property registration fees and issues regarding other property preservations fees in Idaho and Mississippi | L120 | EL | .30 | 337.00 | 101.10 |
| 05/23/12 | E-mail correspondence regarding Idaho and Mississippi permissibility of various property preservation fees | L120 | EL | .20 | 337.00 | 67.40 |
| 05/23/12 | Complete compliance review report and spreadsheet regarding borrower foreclosure file (February 2012 Virginia) | L120 | EL | 2.00 | 337.00 | 674.00 |
| 05/23/12 | Finalize spreadsheet regarding February 2012 foreclosure file reviews and forward copy of same to client contacts | L120 | EL | .50 | 337.00 | 168.50 |
| 05/23/12 | Complete compliance review report and spreadsheet regarding borrower foreclosure file (February 2012 Virginia) | L120 | EL | 2.00 | 337.00 | 674.00 |
| 05/23/12 | Forward compliance review report for borrower foreclosure file (March 2012 Pennsylvania) to client contacts with note regarding review of county mediation requirements | L120 | EL | .20 | 337.00 | 67.40 |
| 05/23/12 | Update and revise state laws regarding whether property preservation charges may be assessed | L240B | ES | 1.30 | 185.00 | 240.50 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     6
AUGUST 27, 2012

0R0802-301081

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/23/12 | Review of completed compliance review report for borrower foreclosure file (March 2012 Maine) and forward copy of same to client contacts | L120 | EL | .50 | 337.00 | 168.50 |
| 05/23/12 | Manage and coordinate assignments for March 2012 file reviews, including updating of compliance review reports for selected states | L120 | EL | 1.00 | 337.00 | 337.00 |
| 05/23/12 | Reviewed borrower foreclos review form template | L120 | PMD | .50 | 345.00 | 172.50 |
| 05/23/12 | Conference regarding borrower file from Michigan | C400 | CWI | .30 | 315.00 | 94.50 |
| 05/23/12 | Review and analyze various North Carolina foreclosure files | C300 | CWI | 3.00 | 315.00 | 945.00 |
| 05/24/12 | Review of and respond to e-mail from client contact regarding  affirmations of compliance regarding trustee's deed | L120 | EL | .20 | 337.00 | 67.40 |
| 05/24/12 | Strategize regarding revising the template for reviewing foreclosure files | P300 | MLM | .90 | 190.00 | 171.00 |
| 05/24/12 | Strategize and prepare to revise foreclosure file review template to reflect updates in Rhode Island foreclosure law | L190 | MMB | .60 | 240.00 | 144.00 |
| 05/24/12 | Draft updated answer to property preservation question | L240B | ES | .40 | 185.00 | 74.00 |
| 05/24/12 | Foreclosure file review of file no. (loan number redacted) | P300 | CST | .50 | 200.00 | 100.00 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    7
AUGUST 27, 2012

ResCap

0R0802-301081

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 05/24/12 | Foreclosure file review of file no.(loan number redacted) | P300 | CST | 1.30 | 200.00 | 260.00 |
| 05/24/12 | Telephone conference with client contacts regarding national servicing standards workstream and issues requiring BABC research | P270 | CSM | .60 | 300.00 | 180.00 |
| 05/24/12 | Analyze Florida foreclosure file for compliance with state law | L190 | KMS | 4.30 | 236.00 | 1,014.80 |
| 05/25/12 | Analyze additional Florida foreclosure file for compliance with state law | L190 | KMS | 2.60 | 236.00 | 613.60 |
| 05/25/12 | Telephone conference with client regarding audit of March 2012 foreclosure file for compliance with Idaho law | L120 | NSR | .60 | 280.00 | 168.00 |
| 05/25/12 | Drafted email to client regarding foreclosure loan file review | L120 | PMD | .50 | 345.00 | 172.50 |
| 05/25/12 | Telephone conference regarding (borrower's name redacted) loan | L120 | PMD | 1.10 | 345.00 | 379.50 |
| 05/25/12 | Work on review of North Carolina mortgage foreclosure files | C300 | CWI | 2.30 | 315.00 | 724.50 |
| 05/25/12 | Research various state foreclosure laws and amendments | C200 | MLM | 3.00 | 190.00 | 570.00 |
| 05/25/12 | Telephone conference with client contacts regarding review of Idaho, Pennsylvania, and Virginia foreclosure files | L120 | EL | 2.00 | 337.00 | 674.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    8
AUGUST 27, 2012

ResCap

0R0802-301081

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/28/12 | Legal research regarding changes in state's foreclosure laws to be reflected in the state law compliance template | C200 | MMB | 1.90 | 240.00 | 456.00 |
| 05/28/12 | Analyzing Idaho law regarding recording of notice of default and assignment of deed of trust | L120 | NSR | .50 | 280.00 | 140.00 |
| 05/29/12 | Review of foreclosure file No. (loan number redacted) | B110 | CST | 1.60 | 200.00 | 320.00 |
| 05/29/12 | Review of foreclosure file No. (loan number redacted) | B110 | CST | 1.00 | 200.00 | 200.00 |
| 05/29/12 | Work on review of North Carolina foreclosure files | C100 | CWI | 3.00 | 315.00 | 945.00 |
| 05/29/12 | Legal research regarding changes in Rhode Island foreclosure law to be reflected in the compliance template | C200 | MMB | 1.90 | 240.00 | 456.00 |
| 05/29/12 | Review and analyze foreclosure file for compliance with Rhode Island foreclosure law | C300 | MMB | 1.10 | 240.00 | 264.00 |
| 05/29/12 | Begin reviewing West Virginia foreclosure file and begin filling in template regarding compliance with state law | C300 | MLM | 5.60 | 190.00 | 1,064.00 |
| 05/29/12 | Confer with regarding update to Kentucky foreclosure checklist template | L190 | EBM | .40 | 219.00 | 87.60 |
| 05/29/12 | Further research regarding mediation of foreclosure issue | L120 | PMD | .30 | 345.00 | 103.50 |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE     9
AUGUST 27, 2012

ResCap

0R0802-301081

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/30/12 | Complete foreclosure file review and complete spreadsheet pertaining to the foreclosure process on borrower's property | C200 | MLM | 3.70 | 190.00 | 703.00 |
| 05/30/12 | Review foreclosure file for compliance with Rhode Island foreclosure law | C300 | MMB | 3.70 | 240.00 | 888.00 |
| 05/30/12 | Review existing state law foreclosure template | L190 | EBM | .20 | 219.00 | 43.80 |
| 05/30/12 | Review of proposed changes to state law compliance review template | L120 | EL | .30 | 337.00 | 101.10 |
| 05/30/12 | Analyzing state law regarding property preservation expenses after default | L120 | NSR | 1.10 | 280.00 | 308.00 |
| 05/30/12 | Review of various North Carolina foreclosure files | C300 | CWI | 3.00 | 315.00 | 945.00 |
| 05/31/12 | Review of foreclosure file (March 2012 Illinois) | L120 | EL | 2.00 | 337.00 | 674.00 |
| 05/31/12 | Complete compliance review report regarding foreclosure file (March 2012 Illinois). | L120 | EL | 2.00 | 337.00 | 674.00 |
| 05/31/12 | Review of and revise final draft of compliance review template for specific state | L120 | EL | 2.00 | 337.00 | 674.00 |
| 05/31/12 | Review of suggested changes to and revise default servicing fees chart for state | L120 | EL | .50 | 337.00 | 168.50 |



**BRADLEY ARANT BOULT CUMMINGS LLP**

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE   10
AUGUST 27, 2012

ResCap

0R0802-301081

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/31/12 | Review of suggested changes to default servicing fees chart for state | L120 | EL | .50 | 337.00 | 168.50 |
| 05/31/12 | Review file in preparation of in-house training regarding foreclosure review | C300 | MLM | .90 | 190.00 | 171.00 |
| 05/31/12 | Update state law foreclosure file review template | P200 | MLM | .90 | 190.00 | 171.00 |
| 05/31/12 | Researched regarding mediation regarding foreclosure | L120 | PMD | .30 | 345.00 | 103.50 |
| 05/31/12 | PA foreclosure file review follow up | L120 | PMD | .50 | 345.00 | 172.50 |
| 05/31/12 | Analysis regarding mediation requirements for foreclosure | L120 | PMD | .50 | 345.00 | 172.50 |
| 05/31/12 | Drafted email to client regarding local mediation requirements | L120 | PMD | .30 | 345.00 | 103.50 |
| 05/31/12 | Review of North Carolina foreclosure files and revision of foreclosure | C300 | CWI | 2.50 | 315.00 | 787.50 |
| 05/31/12 | Research state law regarding mediation guidelines for designated counties requirements | L120 | MSW | .70 | 254.00 | 177.80 |
| 05/31/12 | Analyzing state case law and statutes regarding property preservation fees | L120 | NSR | 1.00 | 280.00 | 280.00 |
| 05/31/12 | Reviewing documents provided for audit of foreclosure file regarding compliance with applicable state law | L120 | NSR | 1.00 | 280.00 | 280.00 |
| 05/31/12 | Examine Florida foreclosure file for compliance | L190 | KMS | .60 | 236.00 | 141.60 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    11
AUGUST 27, 2012

0R0802-301081

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| | FEES | | | | | $33,632.80 |
| | AMOUNT DUE THIS BILL | | | | | $33,632.80 |

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

0R0802-301081

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|-----:|------:|-------:|
| Paige M. Boshell | Partner | 345.00 | 4.00 | 1,380.00 |
| Christopher Wiginton | Partner | 315.00 | 17.60 | 5,544.00 |
| Katherine M. Suttle Weiner | Associate | 236.00 | 16.20 | 3,823.20 |
| Elizabeth B. Mitchell | Associate | 219.00 | .60 | 131.40 |
| Thomas Ryan Lynch | Associate | 293.00 | .50 | 146.50 |
| C. Samuel Todd | Associate | 200.00 | 4.70 | 940.00 |
| Molly L. Melius | Associate | 190.00 | 15.00 | 2,850.00 |
| Mark S. Wierman | Associate | 254.00 | .70 | 177.80 |
| Erin Saltaformaggio | Associate | 185.00 | 1.70 | 314.50 |
| Elena Lovoy | Senior Attorney | 337.00 | 42.20 | 14,221.40 |
| Melissa Burton | Associate | 240.00 | 9.20 | 2,208.00 |
| Nader Raja | Associate | 280.00 | 4.20 | 1,176.00 |
| Cory S. Menees | Associate | 300.00 | 2.40 | 720.00 |
| Total | | | 119.00 | 33,632.80 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                AUGUST 27, 2012
                                                      0R0802-301081
BILL AMOUNT        $33,632.80                          INVOICE #  800706

To:    ResCap                        TC Number:            719626
       1100 Virginia Drive           Invoice Date:         08/27/2012
       Fort Washington, PA 19034     Invoice No.           800706
                                     Period ending:        05/31/2012

Case Management Number       LD  0R0802-301081

                                            Current Invoice
Code Task                              Hours          Fees

B110 Case Administration                2.60     $      520.00
C100 Fact Gathering                     3.00     $      945.00
C200 Researching Law                   10.50     $    2,185.00
C300 Analysis and Advice               25.60     $    6,891.50
C400 Third Party Communication          0.30     $       94.50
L120 Analysis/Strategy                 51.60     $   17,101.70
L190 Other Case Assessment, Develop't/Admin  17.40  $   4,098.60
L240BAll Other                          1.70     $      314.50
P200 Fact Gathering/Due Diligence       1.30     $      291.00
P270 Regulatory Reviews                 2.00     $      600.00
P280 Other                              0.30     $       60.00
P300 Structure/Strategy/Analysis        2.70     $      531.00

                         ===================================
            TOTAL FEES       119.00     $ 33,632.80

                TOTAL FEES DUE           $ 33,632.80
       TOTAL DISBURSEMENTS DUE           $      0.00
         TOTAL DUE THIS INVOICE          $ 33,632.80



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 27, 2012

0R0802-301082

INVOICE #  800707

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0802-301082   TC Number: 721351

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/31/12 | Review mortgage in preparation for commencing action to release | L190 | RLB | .30 | 266.00 | 79.80 |

|  |  | FEES |  |  |  | $79.80 |
|  |  | AMOUNT DUE THIS BILL |  |  |  | $79.80 |

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE      2
AUGUST 27, 2012

ResCap

0R0802-301082

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Rashad L. Blossom | Associate | 266.00 | .30 | 79.80 |
| Total | | | .30 | 79.80 |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

BILL AMOUNT        $79.80

AUGUST 27, 2012
0R0802-301082
INVOICE #  800707

To:    ResCap
       1100 Virginia Drive
       Fort Washington, PA 19034

TC Number:          721351
Invoice Date:       08/27/2012
Invoice No.         800707
Period ending:      05/31/2012

Case Management Number     LD   0R0802-301082

|  | | Current Invoice | |
|---|---|---|---|
| Code Task | | Hours | Fees |
| L190 Other Case Assessment, Develop't/Admin | 0.30 | $ | 79.80 |
| ================================== | | | |
| TOTAL FEES | 0.30 | $ | 79.80 |
| TOTAL FEES DUE | | $ | 79.80 |
| TOTAL DISBURSEMENTS DUE | | $ | 0.00 |
| TOTAL DUE THIS INVOICE | | $ | 79.80 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                    AUGUST 27, 2012
1100 Virginia Drive                                       0R0802-301094
Fort Washington, PA 19034

                                                          INVOICE #  800708

                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0802-301094  TC Number: 723712

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/14/12 | Preparation of closing memo and finalize closing documents | L110 | ABB | .50 | 150.00 | 75.00 |

                         FEES                                      $75.00


                 AMOUNT DUE THIS BILL                              $75.00


              ***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE       2
AUGUST 27, 2012

ResCap

0R0802-301094

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Allison Burke | Paralegal | 150.00 | .50 | 75.00 |
| Total | | | .50 | 75.00 |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                              AUGUST 27, 2012
                                                    0R0802-301094
BILL AMOUNT          $75.00                         INVOICE #  800708

To:     ResCap                        TC Number:         723712
        1100 Virginia Drive           Invoice Date:      08/27/2012
        Fort Washington, PA 19034     Invoice No.        800708
                                      Period ending:     05/31/2012

Case Management Number      LD  0R0802-301094

|  | | Current Invoice | |
|---|---|---|---|
| Code Task | | Hours | Fees |
| L110 Fact Investigation/Development | | 0.50 | $    75.00 |
| ============================== | | | |
| TOTAL FEES | | 0.50 | $    75.00 |
| | TOTAL FEES DUE | $ | 75.00 |
| | TOTAL DISBURSEMENTS DUE | $ | 0.00 |
| | TOTAL DUE THIS INVOICE | $ | 75.00 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                        AUGUST 27, 2012
1100 Virginia Drive                                           0R0802-301096
Fort Washington, PA 19034

                                                              INVOICE #   800709

                                                              FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0802-301096  TC Number: 704821

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/31/12 | Review mortgage in preparation for commencing action to release | L190 | RLB | .30 | 266.00 | 79.80 |

                              FEES                              $79.80


                    AMOUNT DUE THIS BILL                        $79.80


              ***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE      2
ResCap                                                                        AUGUST 27, 2012

0R0802-301096

FED ID NO. 63-0243316

---

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Rashad L. Blossom | Associate | 266.00 | .30 | 79.80 |
| Total | | | .30 | 79.80 |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                     AUGUST 27, 2012
                                                           0R0802-301096
BILL AMOUNT          $79.80                                INVOICE #  800709

---

To:   ResCap                          TC Number:          704821
      1100 Virginia Drive             Invoice Date:       08/27/2012
      Fort Washington, PA 19034       Invoice No.         800709
                                      Period ending:      05/31/2012

Case Management Number        LD  0R0802-301096

| Code Task | Current Invoice Hours | | Fees |
|---|---|---|---|
| L190 Other Case Assessment, Develop't/Admin | 0.30 | $ | 79.80 |
| ====================================== | | | |
| TOTAL FEES | 0.30 | $ | 79.80 |
| TOTAL FEES DUE | | $ | 79.80 |
| TOTAL DISBURSEMENTS DUE | | $ | 0.00 |
| TOTAL DUE THIS INVOICE | | $ | 79.80 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                          AUGUST 27, 2012
1100 Virginia Drive                             0R0802-301098
Fort Washington, PA 19034
                                                INVOICE #  800710

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0802-301098  TC Number: 724564

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/15/12 | Evaluate case to determine the effect GMAC's bankruptcy on the file and potential waive of automatic stay | L120 | LG | .20 | 185.00 | 37.00 |

                            FEES                              $37.00


                            AMOUNT DUE THIS BILL              $37.00


                    ***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
AUGUST 27, 2012

0R0802-301098

FED ID NO. 63-0243316

---

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Lee Gilley | Associate | 185.00 | .20 | 37.00 |
| Total | | | .20 | 37.00 |



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                        AUGUST 27, 2012
                                              0R0802-301098
BILL AMOUNT          $37.00                   INVOICE #  800710

---

To:    ResCap                    TC Number:        724564
       1100 Virginia Drive       Invoice Date:     08/27/2012
       Fort Washington, PA 19034 Invoice No.       800710
                                 Period ending:    05/31/2012

Case Management Number    LD  0R0802-301098

| Code Task | Current Invoice Hours | Fees |
|---|---|---|
| L120 Analysis/Strategy | 0.20 | $  37.00 |
| ================================ | | |
| TOTAL FEES | 0.20 | $  37.00 |

|  |  |
|---|---|
| TOTAL FEES DUE | $  37.00 |
| TOTAL DISBURSEMENTS DUE | $   0.00 |
| TOTAL DUE THIS INVOICE | $  37.00 |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                               AUGUST 27, 2012
1100 Virginia Drive                                  0R0802-301099
Fort Washington, PA 19034

                                                     INVOICE #  800711

                                                     FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0802-301099  TC Number: 724864

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/22/12 | Prepare initial draft of May 2012 monthly status update for attorney review | L140 | RBB | .20 | 149.00 | 29.80 |
| 05/24/12 | Review and analysis of local rules in preparation of filing Complaint | L140 | RBB | .60 | 149.00 | 89.40 |
| 05/24/12 | Strategy regarding filing of declaratory judgment complaint seeking to reinstate mortgage | L120 | MCG | .20 | 323.00 | 64.60 |
| 05/24/12 | Completing and preparing the final declaratory judgment complaint to restore title | L120 | JJS | .50 | 254.00 | 127.00 |
| 05/25/12 | Completing declaratory judgment complaint and addressing issues related to filing service of same. | L120 | JJS | .80 | 254.00 | 203.20 |
| 05/30/12 | Preparing a monthly status update. | L120 | JJS | .10 | 254.00 | 25.40 |

                              FEES                                $539.40


                    DESCRIPTION OF DISBURSEMENTS

          01        Copy Charges                                    0.00
          07        Filing Fees                                   200.00

                              COSTS                              $200.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
AUGUST 27, 2012

0R0802-301099

FED ID NO. 63-0243316

AMOUNT DUE THIS BILL                    $739.40

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE     3
AUGUST 27, 2012

0R0802-301099

FED ID NO. 63-0243316

ResCap

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Robert B. Benson | Paralegal | 149.00 | .80 | 119.20 |
| Michael C. Griffin | Partner | 323.00 | .20 | 64.60 |
| Jessica J. Sibley | Associate | 254.00 | 1.40 | 355.60 |
| Total | | | 2.40 | 539.40 |



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                                AUGUST 27, 2012
                                                                      0R0802-301099
BILL AMOUNT            $739.40                                        INVOICE #  800711

To:    ResCap                              TC Number:          724864
       1100 Virginia Drive                 Invoice Date:       08/27/2012
       Fort Washington, PA 19034           Invoice No.         800711
                                           Period ending:      05/31/2012

Case Management Number       LD   0R0802-301099

|  |  | Current Invoice | |
| Code | Task | Hours | Fees |
|---|---|---|---|
| L120 | Analysis/Strategy | 1.60 | $    420.20 |
| L140 | Document/File Management | 0.80 | $    119.20 |
| | TOTAL FEES | 2.40 | $    539.40 |

TOTAL FEES DUE                 $    539.40
TOTAL DISBURSEMENTS DUE        $    200.00
TOTAL DUE THIS INVOICE         $    739.40



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                        AUGUST 27, 2012
1100 Virginia Drive                                          0R0802-301104
Fort Washington, PA 19034

                                                             INVOICE #  800712

                                                             FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0802-301104   TC Number: 725319

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/15/12 | Review and analyze matter to determine if bankruptcy stay is in place and, if so, how it will impact the case. | L120 | MST | .20 | 150.00 | 30.00 |
| 05/17/12 | Review title policy, notice of claim, claim denial and TX law regarding agricultural exemption | L190 | HEA | 1.20 | 266.00 | 319.20 |
| 05/17/12 | Provide email memo to file regarding basis of title coverage and plan regarding same moving forward | L190 | HEA | .50 | 266.00 | 133.00 |
| 05/22/12 | Email communications with client regarding QWR response and email communications with Fidelity counsel regarding title claim | L120 | KSA | .20 | 223.00 | 44.60 |

|  | FEES |  |  |  |  | $526.80 |
| 41 | Computerized Legal Research-Westlaw |  |  |  | 0.00 |  |
|  | AMOUNT DUE THIS BILL |  |  |  |  | $526.80 |

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE      2
ResCap                                                                AUGUST 27, 2012

0R0802-301104

FED ID NO. 63-0243316

---

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Melanie Thompson | Paralegal | 150.00 | .20 | 30.00 |
| Hall Eady | Partner | 266.00 | 1.70 | 452.20 |
| Keith S. Anderson | Associate | 223.00 | .20 | 44.60 |
| Total | | | 2.10 | 526.80 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                              AUGUST 27, 2012
                                                    0R0802-301104
BILL AMOUNT        $526.80                          INVOICE #  800712

To:    ResCap                        TC Number:           725319
       1100 Virginia Drive           Invoice Date:        08/27/2012
       Fort Washington, PA 19034     Invoice No.          800712
                                     Period ending:       05/31/2012

Case Management Number      LD   0R0802-301104

                                        Current Invoice
Code Task                               Hours          Fees

L120 Analysis/Strategy                   0.40    $       74.60
L190 Other Case Assessment, Develop't/Admin   1.70    $      452.20

                              =================================
                 TOTAL FEES    2.10    $      526.80

                 TOTAL FEES DUE         $      526.80
           TOTAL DISBURSEMENTS DUE      $        0.00
           TOTAL DUE THIS INVOICE       $      526.80



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                              AUGUST 27, 2012
1100 Virginia Drive                                                0R0802-301108
Fort Washington, PA 19034

                                                                   INVOICE #  800713

                                                                   FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0802-301108  TC Number: 725703

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/16/12 | Review case to determine whether bankruptcy stay applies and potential modificaton of stay | L120 | RK | .20 | 185.00 | 37.00 |

                        FEES                                        $37.00


                        AMOUNT DUE THIS BILL                        $37.00


                ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
AUGUST 27, 2012

0R0802-301108

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Riley Key | Associate | 185.00 | .20 | 37.00 |
| Total | | | .20 | 37.00 |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                              AUGUST 27, 2012
                                                    0R0802-301108
BILL AMOUNT          $37.00                         INVOICE #  800713

To:    ResCap                    TC Number:          725703
       1100 Virginia Drive       Invoice Date:       08/27/2012
       Fort Washington, PA 19034 Invoice No.         800713
                                 Period ending:      05/31/2012

Case Management Number      LD  0R0802-301108

|            |                    | Current Invoice |          |
|------------|--------------------|-----------------|----------|
| Code       | Task               | Hours           | Fees     |
| L120       | Analysis/Strategy  | 0.20            | $  37.00 |
|            | TOTAL FEES         | 0.20            | $  37.00 |

                    TOTAL FEES DUE              $    37.00
            TOTAL DISBURSEMENTS DUE             $     0.00
            TOTAL DUE THIS INVOICE             $    37.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                           AUGUST 27, 2012
1100 Virginia Drive                                             0R0802-301110
Fort Washington, PA 19034

                                                                INVOICE #  800714

                                                                FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0802-301110   TC Number: 725704

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/23/12 | Review memo re old REO interviews and new ones | L120 | TMB | .20 | 371.00 | 74.20 |
| 05/23/12 | Revise framework for report regarding REO document review | L190 | FWA | .90 | 345.00 | 310.50 |
| 05/24/12 | Review of REO policy and procedures and analysis of REO docuemnt for confidential report | B250 | CJA | 6.50 | 210.00 | 1,365.00 |
| 05/25/12 | Revise draft report regarding REO review | L190 | FWA | 1.20 | 345.00 | 414.00 |
| 05/27/12 | Work on memo regarding REO review | L120 | TMB | .80 | 371.00 | 296.80 |
| 05/28/12 | Continue drafting REO review report and conferred with involved parties regarding same | B250 | CJA | 5.60 | 210.00 | 1,176.00 |
| 05/29/12 | Continued drafting REO review reoport | B250 | CJA | 3.60 | 210.00 | 756.00 |
| 05/31/12 | Review and revise REO review report | L190 | FWA | 1.70 | 345.00 | 586.50 |

                              FEES                              $4,979.00


                    DESCRIPTION OF DISBURSEMENTS


        20      Airline Tickets                        637.60
        21      Travel Expense                         467.65
        23      Meal Expense                             7.79



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
AUGUST 27, 2012

0R0802-301110

FED ID NO. 63-0243316

COSTS                      $1,113.04

AMOUNT DUE THIS BILL        $6,092.04

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      3
AUGUST 27, 2012

0R0802-301110

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| T. Michael Brown | Partner | 371.00 | 1.00 | 371.00 |
| Wendell Allen | Partner | 345.00 | 3.80 | 1,311.00 |
| C. Jason Avery | Associate | 210.00 | 15.70 | 3,297.00 |
| Total | | | 20.50 | 4,979.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                      AUGUST 27, 2012
                                                            0R0802-301110
BILL AMOUNT        $6,092.04                                INVOICE #  800714

To:    ResCap                       TC Number:          725704
       1100 Virginia Drive          Invoice Date:       08/27/2012
       Fort Washington, PA 19034    Invoice No.         800714
                                    Period ending:      05/31/2012

Case Management Number      LD   0R0802-301110

                                          Current Invoice
Code Task                              Hours          Fees

B250 Real Estate                       15.70      $  3,297.00
L120 Analysis/Strategy                  1.00      $    371.00
L190 Other Case Assessment, Develop't/Admin  3.80  $  1,311.00

                          ===================================
                  TOTAL FEES    20.50      $  4,979.00

                  TOTAL FEES DUE              $  4,979.00
          TOTAL DISBURSEMENTS DUE             $  1,113.04
             TOTAL DUE THIS INVOICE           $  6,092.04



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 27, 2012
0R0802-301113

INVOICE #  800715

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0802-301113   TC Number: 725849

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/14/12 | Retrieve and review 43 online dockets in efforts to obtain filed notes | L120 | ERP | 2.30 | 150.00 | 345.00 |
| 05/14/12 | Continued work on analysis of cases involving third party vendor-uploaded documents | L120 | CLHA | 1.80 | 345.00 | 621.00 |
| 05/15/12 | Retrieve and review 146 online dockets in efforts to obtain filed notes | L120 | ERP | 6.10 | 150.00 | 915.00 |
| 05/16/12 | Retrieve and review 133 online dockets in efforts to obtain filed notes | L120 | ERP | 3.70 | 150.00 | 555.00 |
| 05/16/12 | Initial review of notes regarding endorsements | L120 | ERP | 1.30 | 150.00 | 195.00 |
| 05/16/12 | Continued analysis of issues related to third party vendor-uploaded loan documents in bankruptcy cases | L120 | CLHA | 1.70 | 345.00 | 586.50 |
| 05/17/12 | Continued analysis related to third party vendor-uploaded documents | L120 | CLHA | 3.90 | 345.00 | 1,345.50 |
| 05/18/12 | Review and analyze original notes provided compared to notes actually filed | L120 | ERP | 1.90 | 150.00 | 285.00 |
| 05/18/12 | Conference call with client regarding status of third party vendor document analysis and strategy going forward | L120 | CLHA | .60 | 345.00 | 207.00 |
| 05/18/12 | Continued analysis of issues related to third party vendor uploaded documents | L120 | CLHA | 1.50 | 345.00 | 517.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    2
ResCap                                                        AUGUST 27, 2012

0R0802-301113

**FED ID NO. 63-0243316**

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/18/12 | Prepare for and attend third party vendor update call | L190 | FWA | .80 | 345.00 | 276.00 |
| 05/21/12 | Continued analysis of third party vendor-uploaded document issues | L120 | CLHA | 1.10 | 345.00 | 379.50 |
| 05/23/12 | Retrieve and review online dockets in efforts to obtain filed notes | L120 | ERP | 2.10 | 150.00 | 315.00 |
| 05/24/12 | Retrieve and review online dockets in efforts to obtain filed notes | L120 | ERP | 1.10 | 150.00 | 165.00 |
| 05/24/12 | Analyze updated spreadsheets related to third party vendor-uploaded documents | L120 | CLHA | 1.80 | 345.00 | 621.00 |
| 05/24/12 | Review third party vendor data from client | L190 | FWA | .70 | 345.00 | 241.50 |
| 05/25/12 | Prepare for and attend weekly third party vendor status conference | L190 | FWA | .80 | 345.00 | 276.00 |
| 05/25/12 | Conference call with client regarding status of research on third party vendor-uploaded loan documents | L120 | CLHA | .60 | 345.00 | 207.00 |
| 05/25/12 | Work on memorandum regarding third party vendor-uploaded loan documents in bankruptcy case | L120 | CLHA | 1.20 | 345.00 | 414.00 |
| 05/28/12 | Review materials related to third party vendor issue | L190 | FWA | 1.10 | 345.00 | 379.50 |
| 05/30/12 | Continued analysis of third party vendor data and preparation of related memorandum | L120 | CLHA | 2.10 | 345.00 | 724.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    3
AUGUST 27, 2012

ResCap

0R0802-301113

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/30/12 | Review third party vendor documents and coordinate review of same | L190 | FWA | 1.50 | 345.00 | 517.50 |
| 05/30/12 | Review files and analyze third party vendor documents | L629 | AH | .90 | 185.00 | 166.50 |
| 05/31/12 | Review and analyze third party vendor documents | L629 | AH | 1.80 | 185.00 | 333.00 |
| 05/31/12 | Continued work on memorandum related to third party vendor uploaded notes | L120 | CLHA | 2.70 | 345.00 | 931.50 |
| 05/31/12 | Review third party vendor issues | L190 | FWA | .80 | 345.00 | 276.00 |
| 05/31/12 | Review and analyze third party vendor documents | L120 | ERP | 1.10 | 150.00 | 165.00 |

FEES                                      $11,961.00

## DESCRIPTION OF DISBURSEMENTS

07        Filing Fees                                      38.00

COSTS                                      $38.00

AMOUNT DUE THIS BILL                       $11,999.00

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    4
AUGUST 27, 2012

ResCap

0R0802-301113

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Wendell Allen | Partner | 345.00 | 5.70 | 1,966.50 |
| Christopher L. Hawkins | Partner | 345.00 | 19.00 | 6,555.00 |
| Emily R. Powell | Paralegal | 150.00 | 19.60 | 2,940.00 |
| Ashlee Hightower | Associate | 185.00 | 2.70 | 499.50 |
| Total | | | 47.00 | 11,961.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                      AUGUST 27, 2012
                                                            0R0802-301113
BILL AMOUNT        $11,999.00                               INVOICE #   800715

To:    ResCap                           TC Number:          725849
       1100 Virginia Drive              Invoice Date:       08/27/2012
       Fort Washington, PA 19034        Invoice No.         800715
                                        Period ending:      05/31/2012

Case Management Number     LD   0R0802-301113

                                         Current Invoice
Code Task                                Hours        Fees

L120 Analysis/Strategy                   38.60    $  9,495.00
L190 Other Case Assessment, Develop't/Admin  5.70 $  1,966.50
L629 Quality assurance and control        2.70    $    499.50

                           ================================
              TOTAL FEES    47.00    $ 11,961.00

               TOTAL FEES DUE          $ 11,961.00
       TOTAL DISBURSEMENTS DUE         $      38.00
        TOTAL DUE THIS INVOICE         $ 11,999.00



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                        AUGUST 27, 2012
1100 Virginia Drive                                          0R0802-301115
Fort Washington, PA 19034

                                                             INVOICE #  800716

                                                             FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0802-301115  TC Number: 726128

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/31/12 | Telephone call with Young Property Management regarding demo process and delays related thereto | B250 | CJA | .70 | 210.00 | 147.00 |
| 05/31/12 | Review of city demo checklist and back up documentation to insure compliance with city standards and to avoid further delays in demo process and conferred with Young Property Management regarding defects in submittal package for demo permit | B250 | CJA | 7.20 | 210.00 | 1,512.00 |

                              FEES                                    $1,659.00

                              AMOUNT DUE THIS BILL                     $1,659.00

                    ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
AUGUST 27, 2012

0R0802-301115

FED ID NO. 63-0243316

---

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| C. Jason Avery | Associate | 210.00 | 7.90 | 1,659.00 |
| Total | | | 7.90 | 1,659.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                          AUGUST 27, 2012
                                                0R0802-301115
BILL AMOUNT        $1,659.00                     INVOICE #  800716

To:    ResCap                    TC Number:          726128
       1100 Virginia Drive       Invoice Date:       08/27/2012
       Fort Washington, PA 19034 Invoice No.         800716
                                 Period ending:      05/31/2012

Case Management Number     LD   0R0802-301115

                                        Current Invoice
Code Task                              Hours          Fees

B250 Real Estate                        7.90     $  1,659.00

                           ===================================
                   TOTAL FEES           7.90     $  1,659.00

                   TOTAL FEES DUE                $  1,659.00
           TOTAL DISBURSEMENTS DUE               $      0.00
           TOTAL DUE THIS INVOICE                $  1,659.00



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                              AUGUST 27, 2012
1100 Virginia Drive                                 0R0802-301116
Fort Washington, PA 19034

                                                    INVOICE #  800717

                                                    FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0802-301116  TC Number: 726194

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/14/12 | Exchange e-mails with C.Markely regarding closing | L110 | CWH | .10 | 330.00 | 33.00 |
| 05/14/12 | Email opposing counsel to notify them of GMAC's bankruptcy | L110 | CWH | .10 | 330.00 | 33.00 |
| 05/15/12 | Exchange e-mails with third party purchaser's counsel regarding impact of the bankruptcy on pending settlement | L160 | CWH | .20 | 330.00 | 66.00 |
| 05/16/12 | Continue to exchange e-mails with third party purchaser's counsel about bankruptcy | L160 | CWH | .10 | 330.00 | 33.00 |
| 05/16/12 | Review and analyze matter to determine if bankruptcy stay is in place and, if so, possible modification of stay | L120 | NJV | .20 | 258.00 | 51.60 |

                          FEES                           $216.60


                          AMOUNT DUE THIS BILL           $216.60

                    ***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE      2
AUGUST 27, 2012

ResCap

0R0802-301116

FED ID NO. 63-0243316

---

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christian W. Hancock | Partner | 330.00 | .50 | 165.00 |
| Nicholas J. Voelker | Associate | 258.00 | .20 | 51.60 |
| Total | | | .70 | 216.60 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    AUGUST 27, 2012
                                                          0R0802-301116
BILL AMOUNT        $216.60                                INVOICE #   800717

To:    ResCap                          TC Number:          726194
       1100 Virginia Drive             Invoice Date:       08/27/2012
       Fort Washington, PA 19034       Invoice No.         800717
                                       Period ending:      05/31/2012

Case Management Number      LD   0R0802-301116

                                      Current Invoice
Code Task                            Hours          Fees

L110 Fact Investigation/Development    0.20    $    66.00
L120 Analysis/Strategy                 0.20    $    51.60
L160 Settlement/Non-Binding ADR        0.30    $    99.00

                          ==================================
                  TOTAL FEES   0.70    $   216.60

                   TOTAL FEES DUE        $   216.60
          TOTAL DISBURSEMENTS DUE        $     0.00
          TOTAL DUE THIS INVOICE         $   216.60



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    AUGUST 27, 2012
1100 Virginia Drive                                       0R0802-301117
Fort Washington, PA 19034

                                                          INVOICE #  800718

                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0802-301117  TC Number: 726190

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/16/12 | Review and analyze matter to determine if bankruptcy stay is in place and, if so, possible modification of stay | L120 | NJV | .20 | 258.00 | 51.60 |

|  | FEES |  |  |  |  | $51.60 |
|--|------|--|--|--|--|--------|
| 05/17/12 | Express Mail/Fedex |  |  |  | 0.00 |  |
|  | AMOUNT DUE THIS BILL |  |  |  |  | $51.60 |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

                                                    PAGE      2
ResCap                                              AUGUST 27, 2012

                                                    0R0802-301117

                                                    FED ID NO. 63-0243316

---

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Nicholas J. Voelker | Associate | 258.00 | .20 | 51.60 |
| Total | | | .20 | 51.60 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    AUGUST 27, 2012
                                                          0R0802-301117
BILL AMOUNT          $51.60                               INVOICE #  800718

To:    ResCap                          TC Number:            726190
       1100 Virginia Drive             Invoice Date:         08/27/2012
       Fort Washington, PA 19034       Invoice No.           800718
                                       Period ending:        05/31/2012

Case Management Number      LD  0R0802-301117

|              |                | Current Invoice | |
|--------------|----------------|-------|---------|
| Code Task    |                | Hours | Fees    |
| L120 Analysis/Strategy |      | 0.20  | $  51.60 |
|              |                | ===== | ======= |
|              | TOTAL FEES     | 0.20  | $  51.60 |
|              | TOTAL FEES DUE |       | $  51.60 |
|              | TOTAL DISBURSEMENTS DUE | | $   0.00 |
|              | TOTAL DUE THIS INVOICE  | | $  51.60 |



### BRADLEY ARANT
### BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 27, 2012
0R0802-301118

INVOICE #  800719

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0802-301118   TC Number: 726618

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/15/12 | Review and analyze matter to determine if bankruptcy stay is in place and, if so, possible modification of stay | L120 | MST | .20 | 150.00 | 30.00 |
| 05/29/12 | Draft stipulations from borrower and third party purchaser | L210 | KSA | .60 | 223.00 | 133.80 |
| 05/29/12 | Email correspondence with third party purchaser and client | L190 | KSA | .20 | 223.00 | 44.60 |

|  | FEES |  | $208.40 |
|--|------|--|---------|
|  | AMOUNT DUE THIS BILL |  | $208.40 |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE      2
AUGUST 27, 2012

ResCap

0R0802-301118

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Melanie Thompson | Paralegal | 150.00 | .20 | 30.00 |
| Keith S. Anderson | Associate | 223.00 | .80 | 178.40 |
| Total | | | 1.00 | 208.40 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    AUGUST 27, 2012
                                                          0R0802-301118
BILL AMOUNT          $208.40                              INVOICE #  800719

To:    ResCap                          TC Number:            726618
       1100 Virginia Drive             Invoice Date:         08/27/2012
       Fort Washington, PA 19034       Invoice No.           800719
                                       Period ending:        05/31/2012

Case Management Number      LD   0R0802-301118

                                       Current Invoice
Code Task                              Hours           Fees

L120 Analysis/Strategy                 0.20    $       30.00
L190 Other Case Assessment, Develop't/Admin  0.20    $       44.60
L210 Pleadings                         0.60    $      133.80

                          =====================================
                   TOTAL FEES          1.00    $      208.40

                   TOTAL FEES DUE              $      208.40
              TOTAL DISBURSEMENTS DUE          $        0.00
              TOTAL DUE THIS INVOICE           $      208.40



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                                    AUGUST 27, 2012
1100 Virginia Drive                                                       0R0802-301119
Fort Washington, PA 19034

                                                                          INVOICE #  800720

                                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0802-301119  TC Number: 726206

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/15/12 | Analyze matter to determine impact of bankruptcy stay | L190 | KMS | .10 | 236.00 | 23.60 |
| 05/17/12 | Begin update of state law compliance template | L190 | KMS | .20 | 236.00 | 47.20 |
| 05/18/12 | Evaluate state law foreclosure file for compliance | L190 | KMS | 3.70 | 236.00 | 873.20 |
| 05/24/12 | Update borrower on impact of bankruptcy on settlement ability | L190 | KMS | .40 | 236.00 | 94.40 |
| 05/24/12 | Provide status update to client | L190 | KMS | .10 | 236.00 | 23.60 |

                          FEES                                   $1,062.00


                          AMOUNT DUE THIS BILL                   $1,062.00


                ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
AUGUST 27, 2012

0R0802-301119

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Katherine M. Suttle WeinerAssociate | | 236.00 | 4.50 | 1,062.00 |
| Total | | | 4.50 | 1,062.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                    AUGUST 27, 2012
                                                          0R0802-301119
BILL AMOUNT        $1,062.00                              INVOICE #  800720

To:    ResCap                        TC Number:          726206
       1100 Virginia Drive           Invoice Date:       08/27/2012
       Fort Washington, PA 19034     Invoice No.         800720
                                     Period ending:      05/31/2012

Case Management Number       LD  0R0802-301119

                                         Current Invoice
Code Task                              Hours          Fees

L190 Other Case Assessment, Develop't/Admin    4.50    $  1,062.00

                              ===================================
                   TOTAL FEES           4.50    $  1,062.00

              TOTAL FEES DUE                    $  1,062.00
        TOTAL DISBURSEMENTS DUE                 $      0.00
        TOTAL DUE THIS INVOICE                  $  1,062.00



# BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 27, 2012
0R0802-301120

INVOICE #  800721

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0802-301120  TC Number: 726816

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/16/12 | Review and analyze matter to determine if bankruptcy stay is in place and, if so, possible modification of stay | L120 | NJV | .20 | 258.00 | 51.60 |
| | FEES | | | | | $51.60 |
| | AMOUNT DUE THIS BILL | | | | | $51.60 |

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE      2
AUGUST 27, 2012

ResCap

0R0802-301120

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Nicholas J. Voelker | Associate | 258.00 | .20 | 51.60 |
| Total | | | .20 | 51.60 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    AUGUST 27, 2012
                                                          0R0802-301120
BILL AMOUNT          $51.60                                INVOICE #  800721

To:    ResCap                          TC Number:          726816
       1100 Virginia Drive             Invoice Date:       08/27/2012
       Fort Washington, PA 19034       Invoice No.         800721
                                       Period ending:      05/31/2012

Case Management Number      LD   0R0802-301120

                                        Current Invoice
Code Task                              Hours          Fees

L120 Analysis/Strategy                  0.20     $    51.60

                             ===================================
                  TOTAL FEES            0.20     $    51.60

                  TOTAL FEES DUE                 $    51.60
          TOTAL DISBURSEMENTS DUE                $     0.00
          TOTAL DUE THIS INVOICE                 $    51.60



# BRADLEY ARANT BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                              AUGUST 27, 2012
1100 Virginia Drive                                 0R0802-301123
Fort Washington, PA 19034

                                                    INVOICE # 800722

                                                    FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0802-301123   TC Number: 727006

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/15/12 | Evaluate case to determine the affect of GMAC's bankruptcy on the file and possible modification of the automatic stay | L120 | LG | .20 | 185.00 | 37.00 |
| 05/24/12 | Review prior correspondence with title company regarding title issue | L190 | HEA | 1.50 | 266.00 | 399.00 |
| 05/24/12 | Draft and send demand letter to title company- based on inability to market | L190 | HEA | 1.20 | 266.00 | 319.20 |

                        FEES                              $755.20


                        AMOUNT DUE THIS BILL              $755.20


              ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE      2
AUGUST 27, 2012

0R0802-301123

FED ID NO. 63-0243316

ResCap

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| Hall Eady | Partner | 266.00 | 2.70 | 718.20 |
| Lee Gilley | Associate | 185.00 | .20 | 37.00 |
| Total | | | 2.90 | 755.20 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                            AUGUST 27, 2012
                                                                 0R0802-301123
BILL AMOUNT          $755.20                                     INVOICE #  800722

To:    ResCap                           TC Number:          727006
       1100 Virginia Drive              Invoice Date:       08/27/2012
       Fort Washington, PA 19034        Invoice No.         800722
                                        Period ending:      05/31/2012

Case Management Number      LD   0R0802-301123

|  | | Current Invoice | |
|---|---|---|---|
| Code | Task | Hours | Fees |
| L120 | Analysis/Strategy | 0.20 | $   37.00 |
| L190 | Other Case Assessment, Develop't/Admin | 2.70 | $  718.20 |
| | TOTAL FEES | 2.90 | $  755.20 |

                    TOTAL FEES DUE            $   755.20
              TOTAL DISBURSEMENTS DUE         $     0.00
              TOTAL DUE THIS INVOICE          $   755.20



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    AUGUST 27, 2012
1100 Virginia Drive                                      0R0802-301124
Fort Washington, PA 19034

                                                         INVOICE #  800723

                                                         FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0802-301124   TC Number: 727026

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/14/12 | Review and revise memo regarding matter and effect of foreclosure by the junior lienholder | L190 | HEA | 1.00 | 266.00 | 266.00 |

                       FEES                               $266.00


                       AMOUNT DUE THIS BILL               $266.00


             *****  TOTAL DUE UPON RECEIPT  *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     2
AUGUST 27, 2012

0R0802-301124

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Hall Eady | Partner | 266.00 | 1.00 | 266.00 |
| Total | | | 1.00 | 266.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                      AUGUST 27, 2012
                                                            0R0802-301124
BILL AMOUNT          $266.00                                INVOICE #  800723

To:    ResCap                        TC Number:          727026
       1100 Virginia Drive           Invoice Date:       08/27/2012
       Fort Washington, PA 19034     Invoice No.         800723
                                     Period ending:      05/31/2012

Case Management Number      LD  0R0802-301124

                                      Current Invoice
Code Task                            Hours          Fees

L190 Other Case Assessment, Develop't/Admin    1.00    $    266.00

                         ===================================
                         TOTAL FEES      1.00    $    266.00

                   TOTAL FEES DUE              $    266.00
          TOTAL DISBURSEMENTS DUE              $      0.00
            TOTAL DUE THIS INVOICE             $    266.00



### BRADLEY ARANT
### BOULT CUMMINGS
###### LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                      AUGUST 27, 2012
1100 Virginia Drive                                        0R0802-301128
Fort Washington, PA 19034

                                                           INVOICE #  800724

                                                           FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0802-301128   TC Number: 727195

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/15/12 | Evaluate case to determine the effect of GMAC's bankruptcy on the file and possible modification of automatic stay | L120 | LG | .20 | 185.00 | 37.00 |
| 05/18/12 | Research land records online for information regarding foreclosure | L120 | ERP | .30 | 150.00 | 45.00 |
| 05/24/12 | Review online search results regarding land documents for status of foreclosure | L120 | ERP | .20 | 150.00 | 30.00 |

                            FEES                                $112.00


                    AMOUNT DUE THIS BILL                        $112.00

                ***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
AUGUST 27, 2012

0R0802-301128

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Emily R. Powell | Paralegal | 150.00 | .50 | 75.00 |
| Lee Gilley | Associate | 185.00 | .20 | 37.00 |
| Total | | | .70 | 112.00 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                              AUGUST 27, 2012
                                                    0R0802-301128
BILL AMOUNT          $112.00                        INVOICE #   800724

To:    ResCap                    TC Number:          727195
       1100 Virginia Drive       Invoice Date:       08/27/2012
       Fort Washington, PA 19034 Invoice No.         800724
                                 Period ending:      05/31/2012

Case Management Number       LD   0R0802-301128

|                          | Current Invoice | |
| Code Task                | Hours | Fees |
| L120 Analysis/Strategy   | 0.70  | $  112.00 |
| TOTAL FEES               | 0.70  | $  112.00 |

TOTAL FEES DUE                    $   112.00
TOTAL DISBURSEMENTS DUE           $     0.00
TOTAL DUE THIS INVOICE            $   112.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                        AUGUST 27, 2012
1100 Virginia Drive                                          0R0802-301129
Fort Washington, PA 19034

                                                             INVOICE #  800725

                                                             FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0802-301129  TC Number: 727459

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/30/12 | Review and analyze state law requirements regarding borrower communications and compliance | L120 | LSDR | 3.10 | 350.00 | 1,085.00 |
| 05/30/12 | Analyze and review policies regarding compliance and communication requirements | L190 | KMS | 4.20 | 236.00 | 991.20 |
| 05/30/12 | Legal research regarding compliance with state law communications required | L120 | EL | .80 | 337.00 | 269.60 |
| 05/30/12 | Draft memo regarding compliance with laws and regulations regarding communication requirements | L120 | EL | .20 | 337.00 | 67.40 |

                              FEES                           $2,413.20

                              AMOUNT DUE THIS BILL           $2,413.20

                   ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE      2
AUGUST 27, 2012

ResCap

0R0802-301129

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Lesley Smith DeRamus | Counsel | 350.00 | 3.10 | 1,085.00 |
| Katherine M. Suttle Weiner | Associate | 236.00 | 4.20 | 991.20 |
| Elena Lovoy | Senior Attorney | 337.00 | 1.00 | 337.00 |
| Total | | | 8.30 | 2,413.20 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                    AUGUST 27, 2012
                                                          0R0802-301129
BILL AMOUNT        $2,413.20                              INVOICE #  800725

To:    ResCap                        TC Number:          727459
       1100 Virginia Drive           Invoice Date:       08/27/2012
       Fort Washington, PA 19034     Invoice No.         800725
                                     Period ending:      05/31/2012


Case Management Number        LD   0R0802-301129


                                         Current Invoice
                                      Hours            Fees
Code Task

L120 Analysis/Strategy                   4.10    $  1,422.00
L190 Other Case Assessment, Develop't/Admin   4.20   $    991.20

                          =====================================
                TOTAL FEES    8.30      $  2,413.20

                   TOTAL FEES DUE        $  2,413.20
           TOTAL DISBURSEMENTS DUE       $      0.00
           TOTAL DUE THIS INVOICE        $  2,413.20



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    AUGUST 27, 2012
1100 Virginia Drive                                      0R0802-301131
Fort Washington, PA 19034

                                                         INVOICE #   800726

                                                         **FED ID NO. 63-0243316**

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0802-301131   TC Number: 727450

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/16/12 | Attend conference call with client contacts to discuss history of transfers of this property | L110 | CWH | .50 | 330.00 | 165.00 |
| 05/16/12 | Review and evaluate purchaser's contract for property | L110 | CWH | .20 | 330.00 | 66.00 |
| 05/16/12 | Review case status and analyze impact of bankruptcy stay on case strategy and ability of potential plaintiff to maintain claims | L120 | CSM | .10 | 300.00 | 30.00 |
| 05/24/12 | Follow-up with client on the sale of REO property | L110 | CWH | .10 | 330.00 | 33.00 |
| 05/25/12 | Review and respond to e-mails from counsel for REO purchaser regarding timing of sale | L190 | CSM | .10 | 300.00 | 30.00 |

                              FEES                              $324.00


                    AMOUNT DUE THIS BILL                        $324.00

                ***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE      2
AUGUST 27, 2012

ResCap

0R0802-301131

FED ID NO. 63-0243316

---

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christian W. Hancock | Partner | 330.00 | .80 | 264.00 |
| Cory S. Menees | Associate | 300.00 | .20 | 60.00 |
| Total | | | 1.00 | 324.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                              AUGUST 27, 2012
                                                    0R0802-301131
BILL AMOUNT          $324.00                        INVOICE #  800726

To:    ResCap                        TC Number:        727450
       1100 Virginia Drive           Invoice Date:     08/27/2012
       Fort Washington, PA 19034     Invoice No.       800726
                                     Period ending:    05/31/2012

Case Management Number       LD   0R0802-301131

|      |                                        | Current Invoice |        |
|------|----------------------------------------|-----------------|--------|
| Code | Task                                   | Hours           | Fees   |
| L110 | Fact Investigation/Development         | 0.80            | $  264.00 |
| L120 | Analysis/Strategy                      | 0.10            | $   30.00 |
| L190 | Other Case Assessment, Develop't/Admin | 0.10            | $   30.00 |

```
                    ==================================
          TOTAL FEES        1.00        $    324.00

                TOTAL FEES DUE          $    324.00
          TOTAL DISBURSEMENTS DUE       $      0.00
             TOTAL DUE THIS INVOICE     $    324.00
```



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                          AUGUST 27, 2012
1100 Virginia Drive                             0R0802-301133
Fort Washington, PA 19034

                                                INVOICE #  800727

                                                FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0802-301133  TC Number: 703916

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/14/12 | Prepare for and attend call with GMAC contacts relating to implementation of AG National Servicing Standards, including review and analysis of issues raised regarding same | C300 | ASI | 1.30 | 249.00 | 323.70 |
| 05/14/12 | Review, analyze and revise definitions related to note assignment issues | C300 | ASI | .50 | 249.00 | 124.50 |
| 05/17/12 | Review and revise state chart relating to requirements surrounding assignments of mortgages and notes | C300 | ASI | .50 | 249.00 | 124.50 |
| 05/30/12 | Review case law developments relating to note assignments | C300 | ASI | 3.00 | 249.00 | 747.00 |

                    FEES                              $1,319.70


                    AMOUNT DUE THIS BILL              $1,319.70


                ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
AUGUST 27, 2012

0R0802-301133

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Avery Simmons | Associate | 249.00 | 5.30 | 1,319.70 |
| Total | | | 5.30 | 1,319.70 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                          AUGUST 27, 2012
                                                               0R0802-301133
BILL AMOUNT          $1,319.70                                 INVOICE #  800727

To:    ResCap                        TC Number:          703916
       1100 Virginia Drive           Invoice Date:       08/27/2012
       Fort Washington, PA 19034     Invoice No.         800727
                                     Period ending:      05/31/2012

Case Management Number        LD   0R0802-301133

                                        Current Invoice
Code Task                              Hours          Fees

C300 Analysis and Advice                5.30     $  1,319.70

                            ====================================
                 TOTAL FEES             5.30     $  1,319.70

                 TOTAL FEES DUE                  $  1,319.70
         TOTAL DISBURSEMENTS DUE                 $      0.00
         TOTAL DUE THIS INVOICE                  $  1,319.70



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          AUGUST 27, 2012
1100 Virginia Drive                                            0R0802-301134
Fort Washington, PA 19034

                                                               INVOICE #  800728

                                                               FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0802-301134   TC Number: 728178

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 05/14/12 | Review and analyze the motions filed in GMAC's bankruptcy suit and note how the limited relief from bankruptcy stay will impact various cases; attend conference call with local counsel on Balensiefer matter; attend conference call/meeting with all GMAC Legal Department to discuss the bankruptcy; attend conference call with case manager on Walls matter | L110 | CWH | 3.40 | 330.00 | 1,122.00 |
| 05/15/12 | Review new mass/class action in California against GMAC and send same to lead attorney; discussion with case manager about cases on verge of settlement and how same are affected by the bankruptcy filing; attend attorney call to discuss bankruptcy and strategy with regard to different types of cases; work with case managers on their completion of GMAC's master bankruptcy chart  review outside counsels' litigation portfolio for same tasks | L190 | CWH | 6.90 | 330.00 | 2,277.00 |
| 05/16/12 | Numerous meetings with case managers to review and discuss bankruptcy and strategy with regard to different types of cases; attend internal attorney-meeting to discuss interim orders and various litigation issues regarding the bankruptcy; update GMAC's chart regarding various litigation cases and bankruptcy impact; prepare for and | L190 | CWH | 10.30 | 330.00 | 3,399.00 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
AUGUST 27, 2012

0R0802-301134

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| | attend phone call with Ohio counsel on City of Cleveland issues; review and analyze bankruptcy pleadings and interim orders and determine which matters may proceed and which need suggestions of bankruptcy; confer with outside counsel on bankruptcy issues and strategy in numerous individual cases | | | | | |
| 05/17/12 | Work in GMAC legal suite in PA; attend internal attorney-meeting to discuss interim orders, application of same to cases and strategy regarding the bankruptcy; numerous meetings with case managers to review and discuss bankruptcy and strategy with regard to different categories of cases; update GMAC's chart regarding various litigation cases and bankruptcy impact | L190 | CWH | 10.40 | 330.00 | 3,432.00 |
| 05/18/12 | Work in PA legal suite; continue to work with 6 case managers on reviewing and analyzing their files in light of the bankruptcy; discussions with case managers and GMAC attorneys about handling of litigation after the bankruptcy; work with outside counsel on bankruptcy issues and analysis | L110 | CWH | 10.50 | 330.00 | 3,465.00 |
| 05/20/12 | Review and revise drafts of bankruptcy spreadsheets from case managers and analyze cases and determine which can proceed in light of bankruptcy filing | L190 | CWH | 4.10 | 330.00 | 1,353.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     3
AUGUST 27, 2012

0R0802-301134

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/21/12 | Work in Fort Washington legal suite; continue to review and revise drafts of litigation spreadsheets from six case managers and determine which cases can proceed in light of bankruptcy filing; discussions with case managers about how the bankruptcy impacts their cases; conference call with other in-house counsel regarding City of Cleveland fine issues; conference call with various outside counsel to discuss GMAC's bankruptcy-related issues | L190 | CWH | 6.90 | 330.00 | 2,277.00 |
| 05/22/12 | Work in Fort Washington legal suit; continue to revise and finalize drafts of litigation spreadsheets from six case managers and determine which can proceed in light of bankruptcy filing; meetings with other in-house attorneys to discuss bankruptcy related updates; several meetings/discussions with in-house counsel to discuss various bankruptcy questions; discussions with case manager regarding management of case manager and scope of his authority; discussions with in-house counsel about outside counsel's and which cases to file suggestions of bankruptcy in; review and revise outside counsel's allocation of cases to various categories and determine which merit suggestions of bankruptcy | L190 | CWH | 9.60 | 330.00 | 3,168.00 |
| 05/23/12 | Work in legal suite and continue review of case managers' files in light of bankruptcy attend meetings with Morrison Foerster and GMAC attorneys to discuss bankruptcy updates, questions, and | L190 | CWH | 9.70 | 330.00 | 3,201.00 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    4
AUGUST 27, 2012

ResCap

0R0802-301134

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| | strategy; review and analyze new cases assigned to case managers and discuss how to handle new files; review and analyze various issues concerning upcoming hearings and trials with case managers | | | | | |
| 05/24/12 | Review and revise proposed order from Morrison Foerster regarding modification of stay and discuss thoughts on same; exchange several emails with in-house attorneys regarding strategy on individual suits | L190 | CWH | 1.00 | 330.00 | 330.00 |
| 05/25/12 | Phone call with case manager regarding individual cases and bankruptcy impact; review and revise proposed ResCap bankruptcy motion and order to clarify prior modification of stay | L110 | CWH | .90 | 330.00 | 297.00 |
| 05/28/12 | Review and revise several case managers' case lists, allocating file handling after bankruptcy | L190 | CWH | 1.60 | 330.00 | 528.00 |
| 05/29/12 | Work in GMAC Legal Suite in Pennsylvania; review case managers' incoming cases and the ones approaching trial; various in person and email discussions with case managers and attorneys about cases coming up on trial calendar and whether they are wholly/partially stayed and discussing strategy; continue to review issues with the City of Cleveland and outside counsel; review issues relating to suit in Virginia; conduct weekly meeting with case managers to discuss cases and | L190 | CWH | 8.20 | 330.00 | 2,706.00 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE      5
AUGUST 27, 2012

ResCap

OR0802-301134

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
|  | strategy; discussions with other GMAC attorneys about bankruptcy and analysis of claims to be stayed or not; review sample of counterclaims against Debtors and draft memo outlining how claims can be separated into stayed and not-stayed under the bankruptcy |  |  |  |  |  |
| 05/30/12 | Work in GMAC Legal Suite in Pennsylvania; conduct weekly meeting with case managers to discuss cases and strategy; phone call with borrower's counsel regarding specific loan and short sale offer; attorney meeting to discuss bankruptcy updates; attend conference call with Severson firm ; discussion with attorneys about performance of case managers to date; review case managers' incoming cases; prepare first draft of frequently asked questions regarding the bankruptcy and circulate to GMAC attorneys; conference call with Ohio counsel regarding upcoming hearing; discussions with case managers about multiple cases for strategy and settlement issues | L190 | CWH | 6.30 | 330.00 | 2,079.00 |
| 05/31/12 | Work in GMAC Legal Suite; conduct weekly meeting with case managers; continue to draft/edit frequently asked questions/answers for bankruptcy-related issues; review and analyze Morrison Foerster's bankruptcy pleadings to be filed today regarding settlement authority and non-judicial states; discussion with case managers regarding multiple cases; exchange e-mails with | L190 | CWH | 7.50 | 330.00 | 2,475.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE       6
AUGUST 27, 2012

0R0802-301134

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|

counsel regarding the City of Cleveland
and issues with the plea agreement;
review and analyze regarding upcoming
trial; exchange e-mails with in-house
attorney regarding pushback received
from title counsel who are delaying
payout of policy due to bankruptcy;
review and revise the bankruptcy case
charts for case managers

$FEES$                                            $32,109.00

### DESCRIPTION OF DISBURSEMENTS

05/17/12 Airline Tickets - CHRISTIAN HANCOCK TRAVEL TO            612.10
         AND WORK IN FORT WASHINGTON, PA 5/6/12 -
         5/10/12
         Bank ID: GENR Check Number: 93401
05/29/12 Airline Tickets - CHRISTIAN HANCOCK TRAVEL TO            762.10
         AND WORK IN FORT WASHINGTON, PA 5/15/12 -
         5/18/12
         Bank ID: GENR Check Number: 94003
05/29/12 Airline Tickets - CHRISTIAN HANCOCK TRAVEL TO            637.10
         AND WORK FROM FORT WASHINGTON, PA 5/20/12 -
         5/23/12
         Bank ID: GENR Check Number: 94003
05/17/12 Travel Expense - CHRISTIAN HANCOCK TRAVEL TO             516.61
         AND WORK IN FORT WASHINGTON, PA 5/6/12 -
         5/10/12 RENTAL CAR
         Bank ID: GENR Check Number: 93401
05/17/12 Travel Expense - CHRISTIAN HANCOCK TRAVEL TO             686.88
         AND WORK IN FORT WASHINGTON, PA 5/6/12 -
         5/10/12 HOTEL
         Bank ID: GENR Check Number: 93401



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     7
AUGUST 27, 2012

0R0802-301134

FED ID NO. 63-0243316

### DESCRIPTION OF DISBURSEMENTS

| | |
|---|---:|
| 05/17/12 Travel Expense - CHRISTIAN HANCOCK TRAVEL TO AND WORK IN FORT WASHINGTON, PA 5/6/12 - 5/10/12 ROAD TOLLS<br>Bank ID: GENR Check Number: 93401 | 15.98 |
| 05/29/12 Travel Expense - CHRISTIAN HANCOCK TRAVEL TO AND WORK IN FORT WASHINGTON, PA 5/15/12 - 5/18/12 HOTEL<br>Bank ID: GENR Check Number: 94003 | 596.16 |
| 05/29/12 Travel Expense - CHRISTIAN HANCOCK TRAVEL TO AND WORK IN FORT WASHINGTON, PA 5/15/12 - 5/18/12 RENTAL CAR<br>Bank ID: GENR Check Number: 94003 | 407.27 |
| 05/29/12 Travel Expense - CHRISTIAN HANCOCK TRAVEL TO AND WORK IN FORT WASHINGTON, PA 5/3/12 ROAD TOLLS<br>Bank ID: GENR Check Number: 94003 | 6.60 |
| 05/29/12 Travel Expense - CHRISTIAN HANCOCK TRAVEL TO AND WORK FROM FORT WASHINGTON, PA 5/20/12 - 5/23/12 RENTAL CAR<br>Bank ID: GENR Check Number: 94003 | 293.26 |
| 05/29/12 Travel Expense - CHRISTIAN HANCOCK TRAVEL TO AND WORK FROM FORT WASHINGTON, PA 5/20/12 - 5/23/12 HOTEL<br>Bank ID: GENR Check Number: 94003 | 596.16 |
| 05/29/12 Travel Expense - CHRISTIAN HANCOCK TRAVEL TO AND WORK FROM FORT WASHINGTON, PA 5/20/12 - 5/23/12 PARKING<br>Bank ID: GENR Check Number: 94003 | 40.00 |
| 05/17/12 Meal Expense - CHRISTIAN HANCOCK TRAVEL TO AND WORK IN FORT WASHINGTON, PA 5/6/12 - 5/10/12<br>Bank ID: GENR Check Number: 93401 | 69.70 |
| 05/29/12 Meal Expense - CHRISTIAN HANCOCK TRAVEL TO AND WORK IN FORT WASHINGTON, PA 5/16/12<br>Bank ID: GENR Check Number: 94003 | 26.98 |
| 05/29/12 Meal Expense - CHRISTIAN HANCOCK TRAVEL TO AND WORK IN FORT WASHINGTON, PA 5/17/12<br>Bank ID: GENR Check Number: 94003 | 83.91 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     8
AUGUST 27, 2012

0R0802-301134

FED ID NO. 63-0243316

### DESCRIPTION OF DISBURSEMENTS

```
05/29/12  Meal Expense - CHRISTIAN HANCOCK TRAVEL TO AND          17.10
          WORK IN FORT WASHINGTON, PA 5/17/12 -5/18/12
          Bank ID: GENR Check Number: 94003
05/29/12  Meal Expense - CHRISTIAN HANCOCK TRAVEL TO AND          70.15
          WORK FROM FORT WASHINGTON, PA 5/20/12 - 5/23/12
          PARKING
          Bank ID: GENR Check Number: 94003
```

                    COSTS                    $5,438.06

                    AMOUNT DUE THIS BILL     $37,547.06

            ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      9
AUGUST 27, 2012

0R0802-301134

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christian W. Hancock | Partner | 330.00 | 97.30 | 32,109.00 |
| Total | | | 97.30 | 32,109.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                      AUGUST 27, 2012
                                                            0R0802-301134
BILL AMOUNT        $37,547.06                               INVOICE #  800728

To:    ResCap                         TC Number:         728178
       1100 Virginia Drive            Invoice Date:      08/27/2012
       Fort Washington, PA 19034      Invoice No.        800728
                                      Period ending:     05/31/2012

Case Management Number     LD  0R0802-301134

                                          Current Invoice
Code Task                                 Hours            Fees

L110 Fact Investigation/Development       14.80      $  4,884.00
L190 Other Case Assessment, Develop't/Admin  82.50   $ 27,225.00

                                     ===================================
                      TOTAL FEES        97.30       $ 32,109.00

                      TOTAL FEES DUE                $ 32,109.00
             TOTAL DISBURSEMENTS DUE               $  5,438.06
               TOTAL DUE THIS INVOICE              $ 37,547.06



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                      AUGUST 27, 2012
1100 Virginia Drive                                        0R0802-301137
Fort Washington, PA 19034

                                                           INVOICE #  800729

                                                           FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0802-301137  TC Number: 728322

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/14/12 | Review and analyze title report and state court file to determine service and procedural posture of case | B110 | phn | 1.20 | 200.00 | 240.00 |
| 05/15/12 | Review and analyze matter and determine if bankruptcy stay is in place and, if so, how it will impact the case | L120 | phn | .40 | 200.00 | 80.00 |
| 05/16/12 | Reclassify bankruptcy categories based on GMAC's updated bucket chart from bankruptcy counsel | L190 | phn | .20 | 200.00 | 40.00 |
| 05/21/12 | Receive notice from court regarding Answer and update file regarding same. | L140 | MST | .20 | 150.00 | 30.00 |
| 05/25/12 | Conference call with court to verify if service was made and legal analysis regarding pleadings, bankruptcy, and service | L120 | phn | .50 | 200.00 | 100.00 |
| 05/25/12 | Strategy conference regarding effect of bankruptcy on case | L120 | GWG | .40 | 263.00 | 105.20 |
| 05/31/12 | Receipt and review of invoice regarding state court record search and process payment regarding same. | L110 | MST | .30 | 150.00 | 45.00 |

                          FEES                                  $640.20



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
AUGUST 27, 2012

0R0802-301137

FED ID NO. 63-0243316

AMOUNT DUE THIS BILL                    $640.20

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    3
AUGUST 27, 2012

0R0802-301137

FED ID NO. 63-0243316

---

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Melanie Thompson | Paralegal | 150.00 | .50 | 75.00 |
| Graham W. Gerhardt | Partner | 263.00 | .40 | 105.20 |
| Preston H. Neel | Associate | 200.00 | 2.30 | 460.00 |
| Total | | | 3.20 | 640.20 |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                      AUGUST 27, 2012
                                                           0R0802-301137
BILL AMOUNT          $640.20                               INVOICE #  800729

_____

To:   ResCap                          TC Number:          728322
      1100 Virginia Drive             Invoice Date:       08/27/2012
      Fort Washington, PA 19034       Invoice No.         800729
                                      Period ending:      05/31/2012


Case Management Number      LD  0R0802-301137


                                          Current Invoice

Code Task                              Hours         $      Fees

B110 Case Administration               1.20    $      240.00
L110 Fact Investigation/Development    0.30    $       45.00
L120 Analysis/Strategy                 1.30    $      285.20
L140 Document/File Management          0.20    $       30.00
L190 Other Case Assessment, Develop't/Admin  0.20  $   40.00


                            ===================================
                  TOTAL FEES       3.20    $      640.20

                  TOTAL FEES DUE           $      640.20
              TOTAL DISBURSEMENTS DUE      $        0.00
              TOTAL DUE THIS INVOICE       $      640.20



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 27, 2012
0R0802-301138

INVOICE #   800730

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0802-301138   TC Number: 728471

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/14/12 | Review and analyze e-mail communications for ETS regarding TROs | L120 | ERP | .40 | 150.00 | 60.00 |
| 05/14/12 | Retrieve and initial review of docket regarding status of hearing on Temporary Restraining Order | L120 | ERP | .40 | 150.00 | 60.00 |
| 05/14/12 | Communication with T.Brooks at Brazoria County, Texas clerk's office regarding status of Temporary Restraining Order hearing | L120 | ERP | .20 | 150.00 | 30.00 |
| 05/15/12 | Monitoring and review of ETS TRO inbox and review of multiple TROs and conferred with involved parties regarding same | B250 | CJA | 1.00 | 210.00 | 210.00 |
| 05/16/12 | Review e-mail communications and update tracking report with current status | L120 | ERP | .40 | 150.00 | 60.00 |
| 05/16/12 | Monitoring and review of ETS TRO inbox and review of multiple TROs and conferred with involved parties regarding same | B250 | CJA | 1.00 | 210.00 | 210.00 |
| 05/17/12 | Monitoring and review of ETS TRO inbox and review of multiple TROs and conferred with involved parties regarding same | B250 | CJA | 1.30 | 210.00 | 273.00 |
| 05/17/12 | Review e-mail communications and update tracking chart with current status | L120 | ERP | .40 | 150.00 | 60.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      2
AUGUST 27, 2012

0R0802-301138

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/17/12 | Retrieve and review court docket regarding dismissal of case | L120 | ERP | .60 | 150.00 | 90.00 |
| 05/17/12 | Communication with court regarding case status | L120 | ERP | .20 | 150.00 | 30.00 |
| 05/18/12 | Review e-mail communications and update status on comprehensive tracking report regarding matter | L120 | ERP | .40 | 150.00 | 60.00 |
| 05/18/12 | Communication with court regarding status of case | L120 | ERP | .20 | 150.00 | 30.00 |
| 05/18/12 | Monitoring and review of ETS TRO inbox and review of multiple TROs and conferred with involved parties regarding same | B250 | CJA | 1.00 | 210.00 | 210.00 |
| 05/21/12 | Monitoring and review of ETS TRO inbox and review of multiple TROs and conferred with involved parties regarding same | B250 | CJA | 1.50 | 210.00 | 315.00 |
| 05/22/12 | Monitoring and review of ETS TRO inbox and review of multiple TROs and conferred with involved parties regarding same | B250 | CJA | .90 | 210.00 | 189.00 |
| 05/23/12 | Monitoring and review of ETS TRO inbox and review of multiple TROs and conferred with involved parties regarding same | B250 | CJA | 1.20 | 210.00 | 252.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      3
AUGUST 27, 2012

0R0802-301138

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/24/12 | Monitoring and review of ETS TRO inbox and review of multiple TROs and conferred with involved parties regarding same | B250 | CJA | 1.20 | 210.00 | 252.00 |
| 05/25/12 | Monitoring and review of ETS TRO inbox and review of multiple TROs and conferred with involved parties regarding same | B250 | CJA | 1.30 | 210.00 | 273.00 |
| 05/28/12 | Monitoring and review of ETS TRO inbox and review of multiple TROs and conferred with involved parties regarding same | B250 | CJA | 1.00 | 210.00 | 210.00 |
| 05/29/12 | Monitoring and review of ETS TRO inbox and review of multiple TROs and conferred with involved parties regarding same | B250 | CJA | 1.30 | 210.00 | 273.00 |
| 05/29/12 | Conferred with borrower's counsel regarding loan modification | B250 | CJA | .40 | 210.00 | 84.00 |
| 05/30/12 | Monitoring and review of ETS TRO inbox and review of multiple TROs and conferred with involved parties regarding same | B250 | CJA | 1.10 | 210.00 | 231.00 |
| 05/30/12 | Review correspondence and update tracking chart with current status | L120 | ERP | .60 | 150.00 | 90.00 |
| 05/30/12 | Research and multiple telephone conferences with clerk of court regarding status of TRO | L110 | AHC | .70 | 145.00 | 101.50 |



# BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     4
AUGUST 27, 2012

0R0802-301138

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/31/12 | Monitoring and review of ETS TRO inbox and review of multiple TROs and conferred with involved parties regarding same | B250 | CJA | 1.30 | 210.00 | 273.00 |

FEES                                                  $3,926.50

AMOUNT DUE THIS BILL                     $3,926.50

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    5
AUGUST 27, 2012

ResCap

0R0802-301138

FED ID NO. 63-0243316

---

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Alecia H. Cockrell | Paralegal | 145.00 | .70 | 101.50 |
| Emily R. Powell | Paralegal | 150.00 | 3.80 | 570.00 |
| C. Jason Avery | Associate | 210.00 | 15.50 | 3,255.00 |
| Total | | | 20.00 | 3,926.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                          AUGUST 27, 2012
                                                0R0802-301138
BILL AMOUNT        $3,926.50                     INVOICE #  800730

To:    ResCap                   TC Number:        728471
       1100 Virginia Drive      Invoice Date:     08/27/2012
       Fort Washington, PA 19034  Invoice No.     800730
                                Period ending:    05/31/2012

Case Management Number      LD  0R0802-301138

                                        Current Invoice
Code Task                               Hours          Fees

B250 Real Estate                        15.50    $  3,255.00
L110 Fact Investigation/Development      0.70    $    101.50
L120 Analysis/Strategy                   3.80    $    570.00

                      ===================================
             TOTAL FEES       20.00    $  3,926.50

                 TOTAL FEES DUE         $  3,926.50
           TOTAL DISBURSEMENTS DUE      $      0.00
             TOTAL DUE THIS INVOICE     $  3,926.50



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 27, 2012
0R0802-301140

INVOICE #  800731

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0802-301140   TC Number: 728560

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/14/12 | Reviewed and analyzed GMAC vendor contracts for various provisions related to assignment and bankruptcy | C300 | JBU | 2.40 | 228.00 | 547.20 |
| 05/14/12 | Reviewing and analyzing multiple contracts regarding assignment and termination provisions | L120 | NSR | 7.80 | 280.00 | 2,184.00 |
| 05/14/12 | Analyze contracts involving RFC, GMAC and third parties with respect to termination and assignment | L120 | CLHA | 3.60 | 345.00 | 1,242.00 |
| 05/14/12 | Review contracts for certain provisions | P210 | RKB | 3.00 | 195.00 | 585.00 |
| 05/14/12 | Continue to review and analyze various GMAC 3rd party vendor agreements for provisions regarding assignability and termination and draft entries on summary chart for client | L110 | CWH | 1.30 | 330.00 | 429.00 |
| 05/14/12 | Review third party vendor contracts for termination and assignment provisions. | L120 | MSW | 2.30 | 254.00 | 584.20 |
| 05/14/12 | Review contracts to assess assignability | L120 | KSA | 1.30 | 223.00 | 289.90 |
| 05/14/12 | Reviewed and analyzed contracts for termination and assignment clauses and terms regarding same | C300 | JJE | 4.30 | 197.00 | 847.10 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     2
AUGUST 27, 2012

0R0802-301140

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/14/12 | Review approximately three dozen contracts for assignment and termination provisions and code in consolidated excel workbook | B120 | AC | 2.60 | 193.00 | 501.80 |
| 05/14/12 | Review and analyze vendor contracts to determine effect of bankruptcy filing | C300 | MMB | 1.80 | 240.00 | 432.00 |
| 05/14/12 | Review GMAC contracts for termination and assignment provisions | P600 | SL | 2.30 | 200.00 | 460.00 |
| 05/14/12 | Review contracts for provisions relating to assignability and terminability for convenience a | P200 | CSM | 7.80 | 300.00 | 2,340.00 |
| 05/14/12 | Review third party agreements regarding assignability | B410 | CW | 1.90 | 205.00 | 389.50 |
| 05/14/12 | Review and analyze applicable contractual documents in order to analyze and answer issues raised relating to assignability, bankruptcy, and termination | C300 | ASI | 1.30 | 249.00 | 323.70 |
| 05/14/12 | Review of contracts regarding assignment and termination provisions | P280 | CST | 8.00 | 200.00 | 1,600.00 |
| 05/14/12 | Review and analyze contract documents regarding terms for assignment, bankruptcy, and termination for convenience with all associated fees | C300 | MW | 2.30 | 263.00 | 604.90 |
| 05/15/12 | Review and analyze vendor contracts for assignability and termination rights | L190 | RLB | 4.40 | 266.00 | 1,170.40 |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    3
AUGUST 27, 2012

0R0802-301140

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/15/12 | Review and analyze contract documents, including stipulations, amendments, and statements of work regarding terms for assignment, bankruptcy, and termination for convenience with all associated fees | C300 | MW | 2.70 | 263.00 | 710.10 |
| 05/15/12 | Review of third party vendor contract for Aegis then population of summary chart with analysis. | L120 | JKJ | 4.00 | 232.00 | 928.00 |
| 05/15/12 | Review numerous contracts 245-250, 264-266, and 323 and contract amendments to determine whether GMAC has the right to assign the agreement | P200 | MLM | 4.70 | 190.00 | 893.00 |
| 05/15/12 | Reviewed Imagetek file regarding assignment issue | L120 | PMD | .30 | 345.00 | 103.50 |
| 05/15/12 | Researched iMortgage vendor contract | L120 | PMD | .40 | 345.00 | 138.00 |
| 05/15/12 | Reviewed Impac file regarding assignment | L120 | PMD | .90 | 345.00 | 310.50 |
| 05/15/12 | Reviewed Intervoice contracts regarding assignment | L120 | PMD | .50 | 345.00 | 172.50 |
| 05/15/12 | Researched Intex contract regarding assignment | L120 | PMD | .50 | 345.00 | 172.50 |
| 05/15/12 | Revised vendor matrix regarding assignment | L120 | PMD | .90 | 345.00 | 310.50 |
| 05/15/12 | Review of contracts regarding assignment and termination provisions | P280 | CST | 1.20 | 200.00 | 240.00 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    4
AUGUST 27, 2012

0R0802-301140

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/15/12 | Review and analyze applicable contractual documents in order to analyze and answer issues raised relating to assignability, bankruptcy, and termination | C300 | ASI | 3.00 | 249.00 | 747.00 |
| 05/15/12 | Revise contract review spreadsheet | P210 | RKB | 2.00 | 195.00 | 390.00 |
| 05/15/12 | Review approximately twenty five contracts for termination and assignment clauses and document same as chart | B120 | AC | 3.10 | 193.00 | 598.30 |
| 05/15/12 | Revise spreadsheet entries regarding contract assignability | P600 | SL | 1.20 | 200.00 | 240.00 |
| 05/15/12 | Review and code contracts for assignability and ability to terminate for convenience | L120 | KSA | 3.30 | 223.00 | 735.90 |
| 05/15/12 | Analyze contracts involving RFC, GMAC and third parties with respect to termination and assignment | L120 | CLHA | 4.60 | 345.00 | 1,587.00 |
| 05/15/12 | Review and analysis of vendor contracts for assignment and termination provisions | L120 | JDV | 2.70 | 219.00 | 591.30 |
| 05/15/12 | Reviewing and analyzing contracts regarding assignment and termination provisions | L120 | NSR | 1.30 | 280.00 | 364.00 |
| 05/15/12 | Review and analyze vendor contracts to determine effect of bankruptcy filing | C300 | MMB | 1.50 | 240.00 | 360.00 |
| 05/15/12 | Reviewed and analyzed contracts for termination and assignment clauses and terms regarding same | C300 | JJE | 5.10 | 197.00 | 1,004.70 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    5
AUGUST 27, 2012

ResCap

0R0802-301140

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/15/12 | Review contracts for provisions relating to assignability and terminability for convenience | P200 | CSM | 1.00 | 300.00 | 300.00 |
| 05/15/12 | Continue to review and analyze various GMAC vendor agreements for provisions regarding assignability and termination and draft entries on summary chart for client and revise entries on chart for uniformity | L110 | CWH | 1.50 | 330.00 | 495.00 |
| 05/15/12 | Reviewed and analyzed GMAC vendor contracts for various provisions related to assignment and bankruptcy | C300 | JBU | 6.40 | 228.00 | 1,459.20 |
| 05/16/12 | Reviewed and revised chart containing all GMAC contracts and the pertinent assignment provisions in the same | C300 | JBU | 6.30 | 228.00 | 1,436.40 |
| 05/16/12 | Revise and finalize entries into contract summary chart to conform with standards and details about termination and assignment | B120 | AC | 1.20 | 193.00 | 231.60 |
| 05/16/12 | Reviewing and analyzing spreadsheet regarding vendor contract termination and assignment provisions | C300 | NSR | .30 | 280.00 | 84.00 |
| 05/16/12 | Review contracts for provisions relating to assignability and terminability for convenience | P200 | CSM | 2.00 | 300.00 | 600.00 |
| 05/16/12 | Revise spreadsheet summarizing review of contracts regarding assignment and termination provisions | P280 | CST | 1.30 | 200.00 | 260.00 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE     6
AUGUST 27, 2012

ResCap

0R0802-301140

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/16/12 | Revise contract review spreadsheet | P200 | MLM | 1.10 | 190.00 | 209.00 |
| 05/16/12 | Review of items available on client extranet for purposes of determining status of review for two vendor contracts. | L120 | JKJ | .80 | 232.00 | 185.60 |
| 05/16/12 | Update of chart to include information as to missing contracts. | L120 | JKJ | .80 | 232.00 | 185.60 |
| 05/16/12 | Review and revise analysis of contract documents regarding terms for assignment, bankruptcy, and termination for convenience with all associated fees | C300 | MW | .90 | 263.00 | 236.70 |
| 05/17/12 | Reviewing vendor contracts, preparing chart regarding vendor contract provisions and reviewing and revising the chart. | L240B | WJH | 9.90 | 215.00 | 2,128.50 |
| 05/17/12 | Revise vendor matrix regarding contract review | L120 | PMD | .40 | 345.00 | 138.00 |
| 05/17/12 | Confirmation of completion of contract review. | L120 | JKJ | .30 | 232.00 | 69.60 |
| 05/17/12 | Reviewed, revised, and finalized chart containing all GMAC contracts and the pertinent assignment provisions in the same | C300 | JBU | 6.90 | 228.00 | 1,573.20 |

FEES                                                    $34,719.90



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      7
AUGUST 27, 2012

0R0802-301140

FED ID NO. 63-0243316

AMOUNT DUE THIS BILL                    $34,719.90

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

0R0802-301140

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Paige M. Boshell | Partner | 345.00 | 3.90 | 1,345.50 |
| Christopher L. Hawkins | Partner | 345.00 | 8.20 | 2,829.00 |
| Christian W. Hancock | Partner | 330.00 | 2.80 | 924.00 |
| Keith S. Anderson | Associate | 223.00 | 4.60 | 1,025.80 |
| Jason R. Bushby | Associate | 228.00 | 22.00 | 5,016.00 |
| C. Samuel Todd | Associate | 200.00 | 10.50 | 2,100.00 |
| Rashad L. Blossom | Associate | 266.00 | 4.40 | 1,170.40 |
| Joycelyn J. Eason | Associate | 197.00 | 9.40 | 1,851.80 |
| Johanna Jumper | Associate | 232.00 | 5.90 | 1,368.80 |
| R. Kane Burnette | Associate | 195.00 | 5.00 | 975.00 |
| W. Justin Hendrix | Associate | 215.00 | 9.90 | 2,128.50 |
| Avery Simmons | Associate | 249.00 | 4.30 | 1,070.70 |
| Molly L. Melius | Associate | 190.00 | 5.80 | 1,102.00 |
| Jose D. Vega | Associate | 219.00 | 2.70 | 591.30 |
| Mark S. Wierman | Associate | 254.00 | 2.30 | 584.20 |
| Sarah Laird | Associate | 200.00 | 3.50 | 700.00 |
| Aaron Chastain | Associate | 193.00 | 6.90 | 1,331.70 |
| Caitlyn Whitney | Associate | 205.00 | 1.90 | 389.50 |
| Monica Wilson | Associate | 263.00 | 5.90 | 1,551.70 |
| Melissa Burton | Associate | 240.00 | 3.30 | 792.00 |
| Nader Raja | Associate | 280.00 | 9.40 | 2,632.00 |
| Cory S. Menees | Associate | 300.00 | 10.80 | 3,240.00 |
| Total | | | 143.40 | 34,719.90 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    AUGUST 27, 2012
                                                          0R0802-301140
BILL AMOUNT        $34,719.90                             INVOICE #  800731

To:    ResCap                        TC Number:           728560
       1100 Virginia Drive           Invoice Date:        08/27/2012
       Fort Washington, PA 19034     Invoice No.          800731
                                     Period ending:       05/31/2012

Case Management Number    LD  0R0802-301140

| Code | Task | Current Invoice Hours | Fees |
|------|------|------|------|
| B120 | Asset Analysis and Recovery | 6.90 | $ 1,331.70 |
| B410 | General Bankruptcy Advice/Opinions | 1.90 | $   389.50 |
| C300 | Analysis and Advice | 45.20 | $ 10,366.20 |
| L110 | Fact Investigation/Development | 2.80 | $   924.00 |
| L120 | Analysis/Strategy | 36.70 | $ 10,292.60 |
| L190 | Other Case Assessment, Develop't/Admin | 4.40 | $ 1,170.40 |
| L240B | All Other | 9.90 | $ 2,128.50 |
| P200 | Fact Gathering/Due Diligence | 16.60 | $ 4,342.00 |
| P210 | Corporate Review | 5.00 | $   975.00 |
| P280 | Other | 10.50 | $ 2,100.00 |
| P600 | Completion/Closing | 3.50 | $   700.00 |

==========================================

                    TOTAL FEES    143.40    $ 34,719.90

                  TOTAL FEES DUE              $ 34,719.90
            TOTAL DISBURSEMENTS DUE           $      0.00
            TOTAL DUE THIS INVOICE            $ 34,719.90



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                              AUGUST 27, 2012
1100 Virginia Drive                                                0R0802-301141
Fort Washington, PA 19034

                                                                   INVOICE #  800732

                                                                   FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0802-301141  TC Number: 728735

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/18/12 | Conference calls with client regarding status of bench warrant and strategy in resolving the same | C300 | JBU | 1.80 | 228.00 | 410.40 |
| 05/18/12 | Correspondence with clerk of court regarding status of bench warrant and possibility of resolving the same | C100 | JBU | .60 | 228.00 | 136.80 |
| 05/18/12 | Reviewed, analyzed, and researched issues related to issuing of bench warrants and the possibility of getting the same recalled | C100 | JBU | 4.60 | 228.00 | 1,048.80 |
| 05/18/12 | Research and analysis of  legal authority regarding possible responses to bench warrant for failure to appear for hearing | L120 | MWK | .40 | 360.00 | 144.00 |
| 05/18/12 | Consult and advise regarding appropriate handling of bench warrant for failure to appear. | C300 | TEH | .30 | 340.00 | 102.00 |

                        FEES                                $1,842.00


                        AMOUNT DUE THIS BILL                 $1,842.00


                ***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE      2
AUGUST 27, 2012

ResCap

0R0802-301141

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Michael W. Knapp | Partner | 360.00 | .40 | 144.00 |
| Ty Howard | Partner | 340.00 | .30 | 102.00 |
| Jason R. Bushby | Associate | 228.00 | 7.00 | 1,596.00 |
| Total | | | 7.70 | 1,842.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                            AUGUST 27, 2012
                                                  0R0802-301141
BILL AMOUNT        $1,842.00                      INVOICE #  800732

---

To:    ResCap                    TC Number:              728735
       1100 Virginia Drive       Invoice Date:           08/27/2012
       Fort Washington, PA 19034 Invoice No.             800732
                                 Period ending:          05/31/2012

Case Management Number     LD  0R0802-301141

|  |  | Current Invoice | |
| Code | Task | Hours | Fees |
| C100 | Fact Gathering | 5.20 | $ 1,185.60 |
| C300 | Analysis and Advice | 2.10 | $ 512.40 |
| L120 | Analysis/Strategy | 0.40 | $ 144.00 |

===================================

|  |  |  |  |
| --- | --- | --- | --- |
| | TOTAL FEES | 7.70 | $ 1,842.00 |
| | TOTAL FEES DUE | | $ 1,842.00 |
| | TOTAL DISBURSEMENTS DUE | | $ 0.00 |
| | TOTAL DUE THIS INVOICE | | $ 1,842.00 |



**BRADLEY ARANT**
**BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          AUGUST 27, 2012
1100 Virginia Drive                                            0R0802-301142
Fort Washington, PA 19034

                                                               INVOICE #  800733

                                                               FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0802-301142  TC Number: 728360

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/21/12 | Phone call with client about completing short sale on this property | L110 | CWH | .20 | 330.00 | 66.00 |
| 05/25/12 | Review email correspondence between parties to unconsummated short sale to support facilitation of post-foreclosure REO sale | L190 | CSM | .40 | 300.00 | 120.00 |
| 05/25/12 | Telephone conference with agent for REO property purchaser regarding closing logistics | L190 | CSM | .20 | 300.00 | 60.00 |

FEES                                                          $246.00

AMOUNT DUE THIS BILL                                          $246.00

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE     2
ResCap                                                        AUGUST 27, 2012

                                                              0R0802-301142
                                                                   FED ID NO. 63-0243316

---

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christian W. Hancock | Partner | 330.00 | .20 | 66.00 |
| Cory S. Menees | Associate | 300.00 | .60 | 180.00 |
| Total | | | .80 | 246.00 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                              AUGUST 27, 2012
                                                    0R0802-301142
BILL AMOUNT        $246.00                          INVOICE #  800733

To:    ResCap                       TC Number:         728360
       1100 Virginia Drive          Invoice Date:      08/27/2012
       Fort Washington, PA 19034    Invoice No.        800733
                                    Period ending:     05/31/2012

Case Management Number     LD  0R0802-301142

| | | Current Invoice | |
|---|---|---|---|
| Code | Task | Hours | Fees |
| L110 | Fact Investigation/Development | 0.20 | $ 66.00 |
| L190 | Other Case Assessment, Develop't/Admin | 0.60 | $ 180.00 |
| | TOTAL FEES | 0.80 | $ 246.00 |

                         TOTAL FEES DUE            $   246.00
                  TOTAL DISBURSEMENTS DUE          $     0.00
                  TOTAL DUE THIS INVOICE           $   246.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    AUGUST 27, 2012
1100 Virginia Drive                                       0R0802-301143
Fort Washington, PA 19034

                                                          INVOICE #  800734

                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0802-301143  TC Number: NA

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/17/12 | Review draft employment application and commence work on revising same for debtors' engagement of special counsel | B410 | JRB | 1.00 | 372.00 | 372.00 |
| 05/18/12 | Review form application for employment as special counsel and commence revisions to same for firm's use | B410 | JRB | 1.10 | 372.00 | 409.20 |
| 05/21/12 | Confer with Morrison Foerster counsel regarding employment application process | B410 | JRB | .50 | 372.00 | 186.00 |
| 05/21/12 | Draft employment application, supporting declaration, and exhibits to same | B410 | JRB | 3.00 | 372.00 | 1,116.00 |
| 05/21/12 | Work on employment application | L190 | JPC | 1.40 | 390.00 | 546.00 |
| 05/22/12 | Telephone conference with J.Wishnew and S.Molison at Morrison & Foerster regarding employment application | L190 | JPC | .90 | 390.00 | 351.00 |
| 05/22/12 | Review and draft affidavit by R.Maddox | L190 | JPC | .30 | 390.00 | 117.00 |
| 05/22/12 | Call with Morrison Foerster counsel regarding employment application issues | B410 | JRB | .50 | 372.00 | 186.00 |
| 05/22/12 | Draft and revise special counsel employment application and supporting application | B410 | JRB | 4.30 | 372.00 | 1,599.60 |
| 05/23/12 | Review declaration of support regarding firm employment application | L190 | JPC | .70 | 390.00 | 273.00 |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE        2
AUGUST 27, 2012

0R0802-301143

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/23/12 | Review and revise application for firm's employment as special litigation and compliance counsel and circulate same to Morrison Foerster counsel for review and comment | B410 | JRB | 1.20 | 372.00 | 446.40 |
| 05/24/12 | Review and analyze information concerning employment application and revise and revise same | B410 | JRB | 1.20 | 372.00 | 446.40 |
| 05/25/12 | Review and revise application to employ Bradley Arant as special counsel | B410 | JRB | .40 | 372.00 | 148.80 |
| 05/29/12 | Review affidavit in support of fee application | L110 | JPC | .30 | 390.00 | 117.00 |
| 05/29/12 | Review financial information required for inclusion in employment application | L190 | JPC | .10 | 390.00 | 39.00 |
| 05/29/12 | Review and revise draft application for employment of Bradley Arant, proposed order and notice regarding same, supporting declaration, and exhibits to same | B410 | JRB | 7.00 | 372.00 | 2,604.00 |
| 05/30/12 | Correspondence with bankruptcy countsel regarding application for employment | L110 | JPC | .20 | 390.00 | 78.00 |
| 05/30/12 | Review and revise employment application and exhibits to same, and circulate same to Morrison Foerster counsel | B410 | JRB | 3.30 | 372.00 | 1,227.60 |
| 05/31/12 | Correspondence with J.Wishnew regarding schedulefor employment applications | L190 | JPC | .20 | 390.00 | 78.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    3
AUGUST 27, 2012

0R0802-301143

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/31/12 | Work on finalizing draft debtors' application to employ firm as special counsel and circulate same | B410 | JRB | 1.00 | 372.00 | 372.00 |

FEES                                   $10,713.00

AMOUNT DUE THIS BILL                   $10,713.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    4
AUGUST 27, 2012

0R0802-301143

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| J. Paul Compton, Jr. | Partner | 390.00 | 4.10 | 1,599.00 |
| Jay R. Bender | Partner | 372.00 | 24.50 | 9,114.00 |
| Total | | | 28.60 | 10,713.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                              AUGUST 27, 2012
                                                    0R0802-301143
BILL AMOUNT     $10,713.00                          INVOICE #  800734

To:    ResCap                      TC Number:        NA
       1100 Virginia Drive         Invoice Date:     08/27/2012
       Fort Washington, PA 19034   Invoice No.       800734
                                   Period ending:    05/31/2012

Case Management Number    LD  0R0802-301143

|              |                                      | Current Invoice | |
| Code | Task |                                      | Hours | Fees |
|------|------|--------------------------------------|-------|------|
| B410 | General Bankruptcy Advice/Opinions |       | 24.50 | $ 9,114.00 |
| L110 | Fact Investigation/Development |          | 0.50  | $   195.00 |
| L190 | Other Case Assessment, Develop't/Admin | | 3.60  | $ 1,404.00 |

```
                    =====================================
          TOTAL FEES        28.60     $ 10,713.00

            TOTAL FEES DUE             $ 10,713.00
      TOTAL DISBURSEMENTS DUE          $      0.00
      TOTAL DUE THIS INVOICE           $ 10,713.00
```



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 27, 2012
0R0802-301144

INVOICE #  800735

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0802-301144  TC Number: NA

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/14/12 | Review first day motions petitions and bankruptcy | L190 | JPC | .50 | 390.00 | 195.00 |
| 05/14/12 | Review reports regarding impact of bankruptcy on pending litigation and other matters | L190 | JPC | .30 | 390.00 | 117.00 |
| 05/14/12 | Develop buckets or categories of pending litigation to help analyze automatic stay issues | L190 | JPC | 1.00 | 390.00 | 390.00 |
| 05/14/12 | Review and comment on ResCap first day motions, motion to continue servicing in ordinary court, motion continuing original motion in ordinary course and motion continue private label servicing in ordinary course | L190 | RRM | 3.10 | 345.00 | 1,069.50 |
| 05/14/12 | Attend early session prior to first day motions hearing and work on questions as to impact on current litigation matters based on motions | L190 | RRM | 2.80 | 345.00 | 966.00 |
| 05/14/12 | Attend oral arguments on first day motions and notes on same | L190 | RRM | 3.40 | 345.00 | 1,173.00 |
| 05/14/12 | Review ResCap bankruptcy pleadings and work on correspondence to litigators handling GMAC litigation regarding effect of same | B410 | JRB | 1.00 | 372.00 | 372.00 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      2
AUGUST 27, 2012

OR0802-301144

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/14/12 | Analyze effect of bankruptcy on foreclosure-related litigation and class action litigation and respond to inquiries regarding same | B410 | JRB | 1.20 | 372.00 | 446.40 |
| 05/15/12 | Review analysis of bankruptcy and effect on pending litigation | L190 | JPC | .30 | 390.00 | 117.00 |
| 05/15/12 | Analyze effect of bankruptcy and automatic stay on pending foreclosure-related litigation including removal issues | B410 | JRB | 2.00 | 372.00 | 744.00 |
| 05/16/12 | Review interim orders approving continuation of servicing operations and e-mail to lead litigation team regarding effect of such orders on pending litigation | B410 | JRB | .80 | 372.00 | 297.60 |
| 05/16/12 | Analyze effect of automatic stay and modification to same by interim order on pending foreclosure-related litigation | B410 | JRB | 2.00 | 372.00 | 744.00 |
| 05/16/12 | Review, revise and correct form notices of bankruptcy and suggestions of stay and circulate same for filing in various foreclosure-related lawsuits | B410 | JRB | 1.00 | 372.00 | 372.00 |
| 05/16/12 | Review reports regarding bankruptcy and analyze effects on pending matters | L190 | JPC | .40 | 390.00 | 156.00 |
| 05/16/12 | Review interim bankruptcy order modifying stay | L190 | JPC | .60 | 390.00 | 234.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    3
AUGUST 27, 2012

ResCap

0R0802-301144

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 05/16/12 | Analyze pending litigation matters and determine if bankruptcy stay is in place and if so how it will impact the case | L120 | CLHA | .20 | 345.00 | 69.00 |
| 05/17/12 | Review and comment upon form suggestion of bankruptcy form | L190 | JPC | 1.20 | 390.00 | 468.00 |
| 05/17/12 | Analyze cases for which bankruptcy stay is applicable and for which stay modification might be proposed | L190 | JPC | 1.60 | 390.00 | 624.00 |
| 05/17/12 | Attended teleconference with MoFo regarding bankruptcy issues and discussing buckets related to stay of foreclosure cases | L120 | DBO | .70 | 345.00 | 241.50 |
| 05/17/12 | Analyze and respond to inquiries about effect of bankruptcy on pending litigation | B410 | JRB | 3.00 | 372.00 | 1,116.00 |
| 05/18/12 | Review and analyze various litigation files to determine bankruptcy impact | L120 | MST | .80 | 150.00 | 120.00 |
| 05/18/12 | Revise global suggestions of bankruptcy | B410 | RLB | .60 | 266.00 | 159.60 |
| 05/18/12 | Advise regarding effect of automatic stay on bench warrant issue | B410 | RLB | .50 | 266.00 | 133.00 |
| 05/18/12 | Analyze issues concerning applicability of automatic stay to pending litigation | B410 | JRB | 1.00 | 372.00 | 372.00 |
| 05/18/12 | Work on issues related to management of litigation files in bankruptcy | L120 | CLHA | .40 | 345.00 | 138.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    4
AUGUST 27, 2012

ResCap

0R0802-301144

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/20/12 | Review and analyze numerous matters in light of GMAC's bankruptcy and determine which are stayed by bankruptcy suit and which can proceed | L110 | CWH | 1.10 | 330.00 | 363.00 |
| 05/20/12 | Review analysis regarding bankruptcy impact on pending cases | L190 | JPC | .40 | 390.00 | 156.00 |
| 05/21/12 | Work on issues related to ligation of matters post-bankruptcy | L120 | CLHA | .70 | 345.00 | 241.50 |
| 05/21/12 | Analyze issues concerning automatic stay and effect on pending litigation | B410 | JRB | .40 | 372.00 | 148.80 |
| 05/21/12 | Research regarding effect of automatic stay on issuance of bench warrant | B410 | RLB | 1.80 | 266.00 | 478.80 |
| 05/22/12 | E-mail memorandum regarding suggestions of bankruptcy to be filed in borrower-bankruptcy cases | B420 | RLB | .30 | 266.00 | 79.80 |
| 05/22/12 | E-mail memorandum regarding chapter 11 process on claims by borrowers | B420 | RLB | .50 | 266.00 | 133.00 |
| 05/22/12 | Analyze issues concerning application of automatic stay to pending actions | B410 | JRB | .40 | 372.00 | 148.80 |
| 05/22/12 | Review bucket definitions for stay filing | L190 | JPC | .60 | 390.00 | 234.00 |
| 05/22/12 | Continue pending litigation to review and analyze numerous matters in light of GMAC's bankruptcy and determine which are stayed by bankruptcy suit and which can proceed | L110 | CWH | .90 | 330.00 | 297.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    5
AUGUST 27, 2012

ResCap

0R0802-301144

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/22/12 | Work through litigation management issues related to GMAC Mortgage, LLC bankruptcy | L120 | CLHA | 2.40 | 345.00 | 828.00 |
| 05/23/12 | Continued analysis of litigation matters impacted by bankruptcy | L120 | CLHA | 1.90 | 345.00 | 655.50 |
| 05/23/12 | Review and respond to e-mail regarding deadlines for motions for relief from stay and proofs of claim | B410 | RLB | .10 | 266.00 | 26.60 |
| 05/24/12 | Conference call to discuss primary bankruptcy issues | B420 | RLB | .90 | 266.00 | 239.40 |
| 05/24/12 | Correspondence with S.Molison regarding stay filings | L190 | JPC | .30 | 390.00 | 117.00 |
| 05/24/12 | Continued work on management of litigation files in context of client bankruptcy | L120 | CLHA | 3.90 | 345.00 | 1,345.50 |
| 05/24/12 | Review and analyze issues concerning effect of automatic stay on various foreclosure-related lawsuits in which debtors are involved | B410 | JRB | 1.00 | 372.00 | 372.00 |
| 05/24/12 | Review and analyze 75+ BABC/GMAC litigation files and allocate same to categories for bankruptcy handling | L120 | CWH | 4.50 | 330.00 | 1,485.00 |
| 05/25/12 | Work on strategy related to management of litigation files impacted by automatic stay | L120 | CLHA | 1.20 | 345.00 | 414.00 |
| 05/29/12 | Review Stay questions and responses to same | L110 | JPC | .40 | 390.00 | 156.00 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE      6
AUGUST 27, 2012

ResCap

0R0802-301144

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/29/12 | Continue to review how GMAC's bankruptcy filing impacts various BABC-handled suits | L110 | CWH | .90 | 330.00 | 297.00 |
| 05/30/12 | Review A.Lewis published material regarding T.Marano letter to borrowers regarding ResCap bankruptcy | L110 | JPC | .60 | 390.00 | 234.00 |
| 05/30/12 | Teleconference with client regarding automatic stay in borrower-bankruptcy cases | B410 | RLB | .90 | 266.00 | 239.40 |

FEES                      $19,524.70

AMOUNT DUE THIS BILL          $19,524.70

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE      7
AUGUST 27, 2012

ResCap

0R0802-301144

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|-----:|------:|-------:|
| Melanie Thompson | Paralegal | 150.00 | .80 | 120.00 |
| J. Paul Compton, Jr. | Partner | 390.00 | 8.20 | 3,198.00 |
| Jay R. Bender | Partner | 372.00 | 13.80 | 5,133.60 |
| Christopher L. Hawkins | Partner | 345.00 | 10.70 | 3,691.50 |
| Christian W. Hancock | Partner | 330.00 | 7.40 | 2,442.00 |
| Robert R. Maddox | Partner | 345.00 | 9.30 | 3,208.50 |
| D. Brian O'Dell | Partner | 345.00 | .70 | 241.50 |
| Rashad L. Blossom | Associate | 266.00 | 5.60 | 1,489.60 |
| Total | | | 56.50 | 19,524.70 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                              AUGUST 27, 2012
                                                    0R0802-301144
BILL AMOUNT        $19,524.70                       INVOICE #  800735

To:    ResCap                        .   TC Number:           NA
       1100 Virginia Drive               Invoice Date:        08/27/2012
       Fort Washington, PA 19034         Invoice No.          800735
                                         Period ending:       05/31/2012

Case Management Number       LD   0R0802-301144

                                       Current Invoice
Code Task                              Hours         Fees

B410 General Bankruptcy Advice/Opinions    17.70    $  6,171.00
B420 Restructurings                         1.70    $    452.20
L110 Fact Investigation/Development         3.90    $  1,347.00
L120 Analysis/Strategy                     16.70    $  5,538.00
L190 Other Case Assessment, Develop't/Admin 16.50   $  6,016.50

                                       ==================================
                         TOTAL FEES     56.50       $ 19,524.70

                   TOTAL FEES DUE                   $ 19,524.70
              TOTAL DISBURSEMENTS DUE               $      0.00
              TOTAL DUE THIS INVOICE                $ 19,524.70



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 27, 2012
0R0802-301149

INVOICE #  800736

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0802-301149   TC Number: 729287

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/29/12 | Review of documents relating to inquiry | L120 | JWS | .40 | 415.00 | 166.00 |
| 05/29/12 | Phone call with C.McCullough regarding inquiry | L120 | JWS | .20 | 415.00 | 83.00 |
| 05/29/12 | Phone call with clients and P.Mulcahy regarding inquiry | L120 | JWS | .30 | 415.00 | 124.50 |

FEES                                             $373.50

AMOUNT DUE THIS BILL                             $373.50

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE     2
AUGUST 27, 2012

0R0802-301149

FED ID NO. 63-0243316

ResCap

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Jack W. Selden | Partner | 415.00 | .90 | 373.50 |
| Total | | | .90 | 373.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                              AUGUST 27, 2012
                                                    0R0802-301149
BILL AMOUNT          $373.50                        INVOICE #  800736

---

To:    ResCap                      TC Number:          729287
       1100 Virginia Drive         Invoice Date:       08/27/2012
       Fort Washington, PA 19034   Invoice No.         800736
                                   Period ending:      05/31/2012


Case Management Number       LD  0R0802-301149


                                       Current Invoice
Code Task                             Hours           Fees

L120 Analysis/Strategy                0.90     $    373.50

                          =====================================
             TOTAL FEES               0.90     $    373.50

             TOTAL FEES DUE                    $    373.50
     TOTAL DISBURSEMENTS DUE                    $      0.00
     TOTAL DUE THIS INVOICE                    $    373.50



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 27, 2012
0R0802-301160

INVOICE # 800737

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0802-301160   TC Number: 702040

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/14/12 | Review and revise remediation issues and confer with client re: same | L190 | FWA | .70 | 345.00 | 241.50 |
| 05/14/12 | Review loan modification issues | L190 | FWA | .80 | 345.00 | 276.00 |
| 05/14/12 | Confer with client re: proof of claim issues | L190 | FWA | .60 | 345.00 | 207.00 |
| 05/14/12 | Review bankruptcy case dockets and claims agent web site and analyze stay issues in specific laswuits | B420 | JHA | .30 | 249.00 | 74.70 |
| 05/14/12 | Telephone conference with client solicitation of loan modifications | B410 | WLN | 1.00 | 420.00 | 420.00 |
| 05/14/12 | Draft of memo to E. DeSilva concerning solicitation of loan modifications | B410 | WLN | 2.00 | 420.00 | 840.00 |
| 05/14/12 | Review of various third party vendor agreements addendums and statements of work then analysis of material terms in summary chart. | L120 | JKJ | 6.50 | 232.00 | 1,508.00 |
| 05/14/12 | Review of third party vendor agreements addendums and statements of work then analysis of material terms in summary chart. | L120 | JKJ | .50 | 232.00 | 116.00 |
| 05/14/12 | Research, analyze, and resolve issues regarding document execution team and foreclosure compliance | C300 | ASI | 1.30 | 249.00 | 323.70 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    2
AUGUST 27, 2012

ResCap

0R0802-301160

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/14/12 | Research Texas insurance law requirements for P. Cannon | L120 | GWG | 2.00 | 263.00 | 526.00 |
| 05/14/12 | Advise GMACM regarding force-placed insurance issue | L120 | DCL | .50 | 376.00 | 188.00 |
| 05/14/12 | Prepare correspondence to contact at John D. Clunk law firm requesting information about various loans | L140 | RBB | .20 | 149.00 | 29.80 |
| 05/14/12 | Prepare correspondence to contact at Lerner, Sampson & Rothfuss law firm requesting information about various loans | L140 | RBB | .20 | 149.00 | 29.80 |
| 05/14/12 | Prepare correspondence to contact at Manley, Deas & Kochalski law firm requesting information about various loans | L140 | RBB | .20 | 149.00 | 29.80 |
| 05/14/12 | Review and analysis of correspondence from contact at Manley, Deas & Kochalski requesting information about various loans | L140 | RBB | .10 | 149.00 | 14.90 |
| 05/14/12 | Revise spreadsheet of loan information for the law firm of  Manley, Deas & Kochalski | L140 | RBB | .40 | 149.00 | 59.60 |
| 05/14/12 | Prepare correspondence to contact at Weltman, Weinberg & Reis law firm requesting information about various loans | L140 | RBB | .20 | 149.00 | 29.80 |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    3
AUGUST 27, 2012

0R0802-301160

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/14/12 | Conference regarding strategy for responding to attorney's demand that GMAC pay | L120 | RK | .50 | 185.00 | 92.50 |
| 05/14/12 | Receipt and review email correspondence from M.Lynn re: Greenspoon unsigned loan modifications | L120 | JDM | .30 | 336.00 | 100.80 |
| 05/14/12 | Prepared correspondence to E.DeSilva and S.Shah-Jani regarding summary of responses from our NJ firms on NOI templates | L120 | DBO | .70 | 345.00 | 241.50 |
| 05/15/12 | Correspondence with J.Alderman regarding outstanding subpoena issues | L120 | DBO | .50 | 345.00 | 172.50 |
| 05/15/12 | Telephone conference with J.Ho regarding status of appeal in Morley | L120 | EAF | .20 | 358.00 | 71.60 |
| 05/15/12 | Prepare correspondence to contact at the law firm of Manley, Deas & Kochalski regarding questions about loans | L140 | RBB | .20 | 149.00 | 29.80 |
| 05/15/12 | Prepare correspondence to contact at Weltman, Weinberg & Reis law firm regarding loan information | L140 | RBB | .20 | 149.00 | 29.80 |
| 05/15/12 | Review and analysis of correspondence from contact at Weltman, Weinberg & Reis law firm regarding questions about loans | L140 | RBB | .10 | 149.00 | 14.90 |
| 05/15/12 | Revise spreadsheet of information from the Weltman, Weinberg & Reis law firm | L140 | RBB | .10 | 149.00 | 14.90 |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    4
AUGUST 27, 2012

ResCap

0R0802-301160

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/15/12 | Telephone calls and e-mails with foreclosure counsels regarding non-judicial forms | L110 | KK | .50 | 91.00 | 45.50 |
| 05/15/12 | Research loan modification solicitation issues | C300 | AD | 1.50 | 185.00 | 277.50 |
| 05/15/12 | Receive and review e-mails from D.Bettino and B.Herman along with draft complaint and order to show cause | L120 | JMH | .30 | 241.00 | 72.30 |
| 05/15/12 | E-mails to and from J.Camacho regarding affidavit-review matter | L120 | JMH | .20 | 241.00 | 48.20 |
| 05/15/12 | Review and analyze issues regarding foreclosing in the name of state agencies | L120 | CC | 1.00 | 190.00 | 190.00 |
| 05/15/12 | Research, analyze, and resolve issues regarding document execution compliance and foreclosure compliance | C300 | ASI | 4.20 | 249.00 | 1,045.80 |
| 05/15/12 | Prepare for and attend call with D.Cunningham, D.Harriott, and S.ShahJani relating to state law foreclosure compliance issues | C300 | ASI | .50 | 249.00 | 124.50 |
| 05/15/12 | Review documents provided by S.ShahJani relating to proposed rule change foreclosure actions | C300 | ASI | .60 | 249.00 | 149.40 |
| 05/15/12 | Review loan remediation lists to advise client regarding same | C100 | ASI | .50 | 249.00 | 124.50 |
| 05/15/12 | Responded to question concerning response to Congressional letter | B410 | WLN | .50 | 420.00 | 210.00 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    5
AUGUST 27, 2012

ResCap

0R0802-301160

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/15/12 | Responded to inquiry regarding single point of contact | B410 | WLN | .50 | 420.00 | 210.00 |
| 05/15/12 | Reviewed and responded to issues relating to executed assignments. | C300 | ACA | .50 | 380.00 | 190.00 |
| 05/15/12 | Prepare for and attend meeting with client re: POA issues | L190 | FWA | .70 | 345.00 | 241.50 |
| 05/15/12 | Confer with ETS re: data received | L190 | FWA | .70 | 345.00 | 241.50 |
| 05/16/12 | Prepare for and attend meeting with client re: third party vendor issues | L190 | FWA | .70 | 345.00 | 241.50 |
| 05/16/12 | Revised vendor matrix regarding assignment | L120 | PMD | .90 | 345.00 | 310.50 |
| 05/16/12 | Review and analyze record services assignment exception training materials | L190 | LSDR | 4.50 | 350.00 | 1,575.00 |
| 05/16/12 | Reviewed Record Services training materials in preparation for call. | C300 | ACA | 4.50 | 380.00 | 1,710.00 |
| 05/16/12 | Research, analyze, and resolve issues regarding document execution and foreclosure compliance | C300 | ASI | 1.60 | 249.00 | 398.40 |
| 05/16/12 | Review and analyze beneficiary matrix regarding foreclosure directives | L120 | CC | 3.50 | 190.00 | 665.00 |
| 05/16/12 | Receive and review e-mails from D.Cunningham and S.Bocresion regarding session to prepare for call with state document request | L120 | JMH | .20 | 241.00 | 48.20 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE       6
AUGUST 27, 2012

ResCap

0R0802-301160

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 05/16/12 | Research regarding cases interpreting section 524(a) of the Bankruptcy Code | C300 | AD | 1.00 | 185.00 | 185.00 |
| 05/16/12 | Review foreclosure counsel forms in non-judicial states foreclosure counsel | L110 | KK | .40 | 91.00 | 36.40 |
| 05/16/12 | E-mails to and from L.Ugaz regarding status of title-release efforts in affidavit-review matter | L160 | JMH | .30 | 241.00 | 72.30 |
| 05/16/12 | Call with P.Stokes to determine strategy for proceeding with foreclosure sale issues | L120 | CM | .40 | 185.00 | 74.00 |
| 05/16/12 | Further research re amount of attorneys' fees recoverable by foreclosure counsel | C200 | SAP | .50 | 323.00 | 161.50 |
| 05/16/12 | Receive and review e-mail from A.Pidala regarding loan documentation issue | L120 | JMH | .20 | 241.00 | 48.20 |
| 05/16/12 | Reviewed questions relating to FL issues relating to Trust Series | L120 | DBO | .30 | 345.00 | 103.50 |
| 05/16/12 | Correspondence with GMAC employees related to bankruptcy filing | L120 | DBO | .20 | 345.00 | 69.00 |
| 05/16/12 | Correspondence with FL Default, Pendergast, Albertelli and Johnson Freedman regarding mass trial issues and setting of same | L120 | DBO | .60 | 345.00 | 207.00 |
| 05/16/12 | Correspondence with M.Ackerman at Zucker regarding NOIs and request for review and comment | L120 | DBO | .30 | 345.00 | 103.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    7
AUGUST 27, 2012

0R0802-301160

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 05/16/12 | Correspondence with R.Diamond at Phelan regarding NOIs and request for review and comment | L120 | DBO | .30 | 345.00 | 103.50 |
| 05/16/12 | Prepared for and attended teleconference set by S.Bocresion related to issues surrounding template NOIs | L120 | DBO | .70 | 345.00 | 241.50 |
| 05/16/12 | Correspondence with S.Seffer of Fein Such related to NOI | L120 | DBO | .20 | 345.00 | 69.00 |
| 05/17/12 | Correspondence with S.Shah-Jani regarding issues with review of template NOIs with Zucker and Phelan | L120 | DBO | .20 | 345.00 | 69.00 |
| 05/17/12 | Teleconference with M.Ackerman regarding NOI and comments on same | L120 | DBO | .50 | 345.00 | 172.50 |
| 05/17/12 | Correspondence with J.Evans regarding issues with notes in Stern transfer files and review of Stern agreements relating to same and forward to client | L120 | DBO | .70 | 345.00 | 241.50 |
| 05/17/12 | Receive and review e-mail from A.Hancock regarding issues relating to affidavits of indebtedness | L120 | JMH | .20 | 241.00 | 48.20 |
| 05/17/12 | Review e-mail from T.Slocum regarding Special Master's request for information and work on response to same | L120 | JMH | .40 | 241.00 | 96.40 |
| 05/17/12 | E-mails to and from D.Cunningham and S.Bocresion regarding document production regarding governmental inquiry | L320 | JMH | .40 | 241.00 | 96.40 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE      8
ResCap                                                      AUGUST 27, 2012

OR0802-301160

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/17/12 | Address and analyze issues regarding use of powers of attorney in foreclosure and bankruptcy issues | L120 | CC | 2.50 | 190.00 | 475.00 |
| 05/17/12 | Prepare follow up correspondence to contact at Lerner, Sampson & Rothfuss law firm regarding loan review and analysis | L140 | RBB | .20 | 149.00 | 29.80 |
| 05/17/12 | Prepare follow up correspondence to contact at Weltman, Weinberg & Reis law firm regarding loan review and analysis | L140 | RBB | .20 | 149.00 | 29.80 |
| 05/17/12 | Prepare follow up correspondence to contact at John D. Clunk law firm regarding loan review and analysis | L140 | RBB | .20 | 149.00 | 29.80 |
| 05/17/12 | Prepare follow up correspondence to contact at Manley, Deas & Kochalski law firm regarding loan review and analysis | L140 | RBB | .20 | 149.00 | 29.80 |
| 05/17/12 | Continue review and analysis of revised beneficiary matrix and compare to prior versions | L120 | CC | 2.70 | 190.00 | 513.00 |
| 05/17/12 | Review and analyze FNMA servicing guide in order to respond to questions and execution of foreclosure documents | C300 | ASI | .50 | 249.00 | 124.50 |
| 05/17/12 | Review and analyze remedial loan level file issues and notes provided by foreclosure counsel and provide client updated status reports on same | C300 | ASI | 2.00 | 249.00 | 498.00 |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     9
AUGUST 27, 2012

0R0802-301160

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/17/12 | Research, analyze, and resolve issues regarding document execution compliance and foreclosure | C300 | ASI | 2.40 | 249.00 | 597.60 |
| 05/17/12 | Addressed issues regarding execution of assignments | C300 | ACA | 1.00 | 380.00 | 380.00 |
| 05/17/12 | Conference call with client on Record Services training materials. | C300 | ACA | 3.00 | 380.00 | 1,140.00 |
| 05/17/12 | Draft and revise procedures for issuing loan document assignments | L190 | LSDR | 1.70 | 350.00 | 595.00 |
| 05/17/12 | Review and analyze Record Service assignment training materials | L190 | LSDR | 3.70 | 350.00 | 1,295.00 |
| 05/17/12 | Draft and revise Record Services assignment handling training materials | L190 | LSDR | 3.10 | 350.00 | 1,085.00 |
| 05/17/12 | Review and analyze REO repair process online policies and procedures | L190 | LSDR | .80 | 350.00 | 280.00 |
| 05/17/12 | Review and revise bankruptcy practices and procedures regarding servicing business and e-mail to client regarding same | B410 | JRB | .50 | 372.00 | 186.00 |
| 05/17/12 | Confer with client re: POA issues | L190 | FWA | .60 | 345.00 | 207.00 |
| 05/17/12 | Respond to QC questions related to file review | L190 | FWA | .50 | 345.00 | 172.50 |
| 05/17/12 | Address remediation issues | L190 | FWA | .50 | 345.00 | 172.50 |
| 05/18/12 | Review data re: mediation | L190 | FWA | .90 | 345.00 | 310.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    10
AUGUST 27, 2012

ResCap

0R0802-301160

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/18/12 | Confer with client re: remediation | L190 | FWA | .70 | 345.00 | 241.50 |
| 05/18/12 | Prepare for and attend remediation call with client | L190 | FWA | .60 | 345.00 | 207.00 |
| 05/18/12 | Attend weekly file review call with client | L190 | FWA | .70 | 345.00 | 241.50 |
| 05/18/12 | Review information from client on POA issues and consider implications of same | L190 | FWA | .80 | 345.00 | 276.00 |
| 05/18/12 | Telephone conference with J. Scoliard concerning setoff question | B410 | WLN | .30 | 420.00 | 126.00 |
| 05/18/12 | Reviewed revised foreclosure policies and procedures and sent out comments. | C300 | ACA | 2.50 | 380.00 | 950.00 |
| 05/18/12 | Assist document execution team with issues raised during review of foreclosure documents, including communications with foreclosure counsel about same | C300 | ASI | 2.80 | 249.00 | 697.20 |
| 05/18/12 | Prepare for, analyze applicable law and documents, and train four document verification teams on various loan document issues | C300 | ASI | 6.10 | 249.00 | 1,518.90 |
| 05/18/12 | Review and analyze changes to foreclosure department policies and procedures for stopping foreclosure process | L190 | LSDR | .40 | 350.00 | 140.00 |
| 05/18/12 | Continue review and analysis of updated beneficiary matrix regarding foreclosure actions | L120 | CC | 5.30 | 190.00 | 1,007.00 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    11
AUGUST 27, 2012

ResCap

0R0802-301160

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/18/12 | Review hearing testimony of other respondents regarding state inquiry | L120 | DCL | 1.40 | 376.00 | 526.40 |
| 05/18/12 | Participate in training the GMAC document execution team regarding UCC issues | L120 | DCL | .40 | 376.00 | 150.40 |
| 05/18/12 | Receive and review multiple cases set for trial to insure coverage of all GMAC cases and  Email with foreclosure counsel confirming all trials are handled. | L110 | MPE | 1.50 | 149.00 | 223.50 |
| 05/18/12 | Conference with contact at Weltman, Weinberg & Reis law firm regarding request for loan information | L140 | RBB | .10 | 149.00 | 14.90 |
| 05/18/12 | Review and analysis of updated spreadsheet of loans from Manley, Deas & Kochalski in order to prepare update to GMACM | L140 | RBB | .60 | 149.00 | 89.40 |
| 05/18/12 | Review and analysis of correspondence from contact at Manley, Deas & Kochalski's request for loan information | L140 | RBB | .30 | 149.00 | 44.70 |
| 05/18/12 | Prepare correspondence to contact at Manley, Deas & Kochalski's request for loan information | L140 | RBB | .20 | 149.00 | 29.80 |
| 05/18/12 | Receive and review e-mails from L.Ugaz regarding efforts to release title in affidavit-review matter | L160 | JMH | .20 | 241.00 | 48.20 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    12
AUGUST 27, 2012

0R0802-301160

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/18/12 | Telephone conference with S.Bocresion and D.Cunningham regarding responses to governmental inquiries | L120 | JMH | .30 | 241.00 | 72.30 |
| 05/18/12 | Telephone conference with L.Ugaz regarding releasing title in affidavit-review matter | L160 | JMH | .10 | 241.00 | 24.10 |
| 05/18/12 | Receive and review e-mails from S.Bocresion and D.Cunningham regarding prep session | L120 | JMH | .20 | 241.00 | 48.20 |
| 05/18/12 | Receive and review e-mails from A.Hancock regarding pending issue relating to affidavits of indebtedness | L120 | JMH | .50 | 241.00 | 120.50 |
| 05/18/12 | Receive and review e-mails from S.Bocresion and D.Cunningham regarding meeting with E.Dauber and T.Slocum regarding documents produced to same | L320 | JMH | .20 | 241.00 | 48.20 |
| 05/18/12 | Review and analysis of updated spreadsheet of loans from Lerner, Sampson & Rothfuss in order to prepare update to GMACM | L140 | RBB | .50 | 149.00 | 74.50 |
| 05/18/12 | Revise spreadsheet of loans from Lerner, Sampson & Rothfuss based on updates received | L140 | RBB | .30 | 149.00 | 44.70 |
| 05/18/12 | Revise spreadsheet of loans from Manley, Deas & Kochalski based on updates received | L140 | RBB | .30 | 149.00 | 44.70 |
| 05/18/12 | Research regarding response to subpoena | L140 | RBB | .40 | 149.00 | 59.60 |



### BRADLEY ARANT
### BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    13
AUGUST 27, 2012

ResCap

0R0802-301160

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/18/12 | Conference with contact at John D. Clunk law firm regarding request for loan information | L140 | RBB | .10 | 149.00 | 14.90 |
| 05/18/12 | Import electronic discovery cross reference information from client | L631 | HLY | 7.50 | 166.00 | 1,245.00 |
| 05/18/12 | Study and review affidavit research re: outside request for business records | L120 | JDM | 1.30 | 336.00 | 436.80 |
| 05/18/12 | Multiple e-mail correspondence with A.Hancock re: third party request for business records and legal authorities provided to firm | L120 | JDM | .80 | 336.00 | 268.80 |
| 05/18/12 | Correspondence with E.DeSilva and J.Evans regarding NOI issues | L120 | DBO | .60 | 345.00 | 207.00 |
| 05/18/12 | Correspondence with S.Shah-Jani regarding default judgment issues and the pros and cons of same | L120 | DBO | .50 | 345.00 | 172.50 |
| 05/19/12 | Receive and review e-mail from P.Vernitsky regarding affidavit of indebtedness issues | L120 | JMH | .10 | 241.00 | 24.10 |
| 05/20/12 | Receive and review e-mail and draft verified complaint, order to show cause and letter brief from D.Bettino in restart efforts | L210 | JMH | .30 | 241.00 | 72.30 |
| 05/20/12 | Receive and review e-mail from T.Slocum regarding meeting to discuss GMAC's document production in government inquiry | L320 | JMH | .10 | 241.00 | 24.10 |
| 05/20/12 | Address beneficiary Matrix issues | L190 | FWA | .70 | 345.00 | 241.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE     14
AUGUST 27, 2012

ResCap

OR0802-301160

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/21/12 | Prepare for and attend conference with client re: assignment policies and practices | L190 | FWA | 1.40 | 345.00 | 483.00 |
| 05/21/12 | Prepare for beneficiary matrix conference call | L190 | FWA | .60 | 345.00 | 207.00 |
| 05/21/12 | Revise draft language for policies and procedures, to records services team | L190 | FWA | .70 | 345.00 | 241.50 |
| 05/21/12 | Review QC issues related to beneficiary matrix and consider response to same | L190 | FWA | .80 | 345.00 | 276.00 |
| 05/21/12 | Draft and revise new foreclosure policies and procedures for online policy and procedure manual | L190 | LSDR | .60 | 350.00 | 210.00 |
| 05/21/12 | Review and analyze final versions of new foreclosure policies and procedures for online policy and procedure manual | L190 | LSDR | 2.80 | 350.00 | 980.00 |
| 05/21/12 | Continue review and analysis of new beneficiary matrix and foreclosure compliance | L120 | CC | 3.00 | 190.00 | 570.00 |
| 05/21/12 | Process and quality review of electronic documents to be produced | L631 | HLY | 7.00 | 166.00 | 1,162.00 |
| 05/21/12 | Receive and review e-mail from D.Cunningham regarding meeting with E.Dauber & T.Slocum | L320 | JMH | .10 | 241.00 | 24.10 |
| 05/21/12 | Receive and review e-mails from A.Hancock and P.Vernitsky regarding issue relating to affidavit of indebtedness | L120 | JMH | .20 | 241.00 | 48.20 |



## BRADLEY ARANT
## BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    15
AUGUST 27, 2012

0R0802-301160

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/21/12 | Receive and review e-mail from T.Slocum regarding meeting with GMAC over document production | L320 | JMH | .10 | 241.00 | 24.10 |
| 05/21/12 | Revise spreadsheet of loans for Weltman, Weinberg & Reis law firm | L140 | RBB | .10 | 149.00 | 14.90 |
| 05/21/12 | Prepare correspondence to contact at Lerner, Sampson & Rothfuss law firm with spreadsheet of loans | L140 | RBB | .20 | 149.00 | 29.80 |
| 05/21/12 | Prepare correspondence to contact at Manley, Deas & Kochalski law firm with spreadsheet of loans | L140 | RBB | .20 | 149.00 | 29.80 |
| 05/21/12 | Prepare correspondence to contact at Weltman, Weinberg & Reis law firm with spreadsheet of loans | L140 | RBB | .30 | 149.00 | 44.70 |
| 05/21/12 | Prepare correspondence to contact at John D. Clunk law firm with spreadsheet of loans | L140 | RBB | .30 | 149.00 | 44.70 |
| 05/21/12 | Revise spreadsheet of loans for John D. Clunk law firm | L140 | RBB | .10 | 149.00 | 14.90 |
| 05/21/12 | Legal research re: draft response to motion to vacate | L460 | JDM | 1.90 | 336.00 | 638.40 |
| 05/21/12 | Multiple e-mail correspondence and telephone communications re: Wolfe law firm request for business records and response to legal authorities provided | L120 | JDM | 2.00 | 336.00 | 672.00 |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    16
AUGUST 27, 2012

0R0802-301160

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/21/12 | Study and review correspondence from client and case spreadsheets from firms re: status of bulk trial effort in preparation for conference call with client | L120 | JDM | 3.30 | 336.00 | 1,108.80 |
| 05/21/12 | Attended teleconference with business related to issues surrounding trials in FL | L120 | DBO | .70 | 345.00 | 241.50 |
| 05/21/12 | Correspondence with FL law firms regarding trial settings | L120 | DBO | .80 | 345.00 | 276.00 |
| 05/21/12 | Exchange several emails with default counsel, A.Fleitas, and P.Vernitsky about contested loan set for hearing on 5/24 | L110 | CWH | .40 | 330.00 | 132.00 |
| 05/22/12 | Correspondence with J.Pendergast and C.Morgan regarding trials and FL issues | L120 | DBO | .20 | 345.00 | 69.00 |
| 05/22/12 | Review and revise draft documents of Wells Fargo to be filed related to verified complaint,  and forward same to client with comments | L120 | DBO | 1.40 | 345.00 | 483.00 |
| 05/22/12 | Multiple telephone conferences with L.Futch, E.Lenzi and M.Zeilana re: Florida status | L120 | JDM | 3.80 | 336.00 | 1,276.80 |
| 05/22/12 | E-mail correspondence with client re: Florida trial program | L120 | JDM | 1.10 | 336.00 | 369.60 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    17
AUGUST 27, 2012

ResCap

0R0802-301160

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/22/12 | Multiple e-mail correspondence and telephone conferences with M.Zeilina re: bulk trial program and request for business records | L120 | JDM | 1.50 | 336.00 | 504.00 |
| 05/22/12 | Draft memo regarding findings on review of beneficiary matrix and progress on state law research | L120 | CC | 1.00 | 190.00 | 190.00 |
| 05/22/12 | Continue review of revised beneficiary matrix and foreclosure compliance | L120 | CC | 2.00 | 190.00 | 380.00 |
| 05/22/12 | Telephone conference with E.Dauber and T.Slocum regarding GMAC production and government office issues and questions relating to same | L320 | JMH | .40 | 241.00 | 96.40 |
| 05/22/12 | Receive and review e-mail from J.Camacho regarding completion of title release in affidavit-review matter | L120 | JMH | .10 | 241.00 | 24.10 |
| 05/22/12 | E-mails to and from I.Marx regarding document production to be discussed during telephone conference with E.Dauber and T.Slocum | L320 | JMH | .20 | 241.00 | 48.20 |
| 05/22/12 | Gather and identify electronic discovery folder information for  review | L631 | HLY | 1.50 | 166.00 | 249.00 |
| 05/22/12 | Conversation with counsel at Lerner Sampson regarding requirements for allonges executed by third party | L120 | MSW | .20 | 254.00 | 50.80 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    18
AUGUST 27, 2012

ResCap

0R0802-301160

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/22/12 | Receive and review e-mails from common-interest servicers counsel regarding order to show cause process and draft filings | L120 | JMH | .90 | 241.00 | 216.90 |
| 05/22/12 | Research state law in multiple states regarding servicer  foreclosure actions | L120 | CC | 1.60 | 190.00 | 304.00 |
| 05/22/12 | Advise GMAC Records Department regarding changes to State affidavits | L120 | DCL | .20 | 376.00 | 75.20 |
| 05/22/12 | Conference call with client on Record Services materials. | C300 | ACA | 3.50 | 380.00 | 1,330.00 |
| 05/22/12 | Review and analyze record services training materials for changes to same | L190 | LSDR | 2.40 | 350.00 | 840.00 |
| 05/22/12 | Reviewed single point of contact procedures and responded to emails concerning approval | B410 | WLN | .50 | 420.00 | 210.00 |
| 05/22/12 | Prepare for and attend beneficiary matrix update call with client | L190 | FWA | 1.30 | 345.00 | 448.50 |
| 05/22/12 | Confer with client re: status of file review | L190 | FWA | .70 | 345.00 | 241.50 |
| 05/22/12 | Confer with client re: property preservation fees | L190 | FWA | .50 | 345.00 | 172.50 |
| 05/22/12 | Review beneficiary matrix issues and consider response to same | L190 | FWA | .90 | 345.00 | 310.50 |
| 05/22/12 | Review and revise ownership issues raised by client and consider response to same | L190 | FWA | .80 | 345.00 | 276.00 |