

BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    19
AUGUST 27, 2012

0R0802-301160

**FED ID NO. 63-0243316**

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/23/12 | Coordinate file review for QC purposes | L190 | FWA | .50 | 345.00 | 172.50 |
| 05/23/12 | Confer with client updated and provide memo to client re: document execution protocols for assignments | L190 | FWA | 1.60 | 345.00 | 552.00 |
| 05/23/12 | Confer with client re: proposed plan for assignment compliance | L190 | FWA | 1.20 | 345.00 | 414.00 |
| 05/23/12 | Review and revise bankruptcy practices and procedures for loan servicing operations | B410 | JRB | 1.50 | 372.00 | 558.00 |
| 05/23/12 | Conference call concerning single point of contact procedures | B410 | WLN | .50 | 420.00 | 210.00 |
| 05/23/12 | Review and analyze issue related to assignments for record services training materials review | L190 | LSDR | .40 | 350.00 | 140.00 |
| 05/23/12 | Review and analyze new REO department procedures for online policy and procedure manual | L190 | LSDR | 1.70 | 350.00 | 595.00 |
| 05/23/12 | Review and respond to follow up questions regarding assignments | L190 | LSDR | .30 | 350.00 | 105.00 |
| 05/23/12 | Review and analyze further changes to various foreclosure procedures for revisions to online policy and procedure manual | L190 | LSDR | 3.90 | 350.00 | 1,365.00 |
| 05/23/12 | Reviewed and updated notary language in policies and procedures | C300 | ACA | .50 | 380.00 | 190.00 |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    20
AUGUST 27, 2012

ResCap

0R0802-301160

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/23/12 | Receive and review Order granting Attorney's Fees sent from D.Stern's Office | L110 | MPE | .60 | 149.00 | 89.40 |
| 05/23/12 | Receive and review order setting case for trial in Miami Dade County from D.Stern's Office and review current status and default counsel | L110 | MPE | .50 | 149.00 | 74.50 |
| 05/23/12 | Advise GMACM foreclosure counsel regarding affidavit issues | L120 | DCL | .30 | 376.00 | 112.80 |
| 05/23/12 | Advise GMACM Records Department regarding loan document matter | L120 | DCL | .40 | 376.00 | 150.40 |
| 05/23/12 | Conference call with P. Cannon regarding matter in Texas | L120 | GWG | .50 | 263.00 | 131.50 |
| 05/23/12 | Begin review of state law compliance template and sample review file. | C300 | ASK | 2.00 | 195.00 | 390.00 |
| 05/23/12 | Assist remediation effort in drafting and executing foreclosure documents, including communicating with outside foreclosure counsel | C300 | JWA | 1.10 | 241.00 | 265.10 |
| 05/23/12 | Continue researching and analyzing state law on ability of agent to foreclose for purposes of new beneficiary matrix | L120 | CC | 3.00 | 190.00 | 570.00 |
| 05/23/12 | Revise spreadsheet of loans from Weltman, Weinberg & Reis based on updates received 5/23/2012 | L140 | RBB | .20 | 149.00 | 29.80 |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    21
AUGUST 27, 2012

0R0802-301160

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/23/12 | Review and analysis of updated spreadsheet of loans from Weltman, Weinberg & Reis in order to prepare update to GMACM | L140 | RBB | .30 | 149.00 | 44.70 |
| 05/23/12 | Receipt and review e-mail correspondence from E.Wellborn re: endorsements compliance | L120 | JDM | .60 | 336.00 | 201.60 |
| 05/23/12 | Conference with claimant  regarding bankruptcy | L190 | KMS | .10 | 236.00 | 23.60 |
| 05/23/12 | Conference regarding claimant issues with P.Cannon and L.Reilly | L120 | RK | .90 | 185.00 | 166.50 |
| 05/23/12 | Reviewed and analyzed State law regarding title issues and possessory rights | C200 | JJE | 1.60 | 197.00 | 315.20 |
| 05/23/12 | Review of Wells Fargo's proposed filing of verified complaint and attachments and made comments and revisions regarding same | L120 | DBO | 2.20 | 345.00 | 759.00 |
| 05/23/12 | Correspondence with FDLG and Wellborn regarding note endorsement matters | L120 | DBO | .70 | 345.00 | 241.50 |
| 05/23/12 | Study and review Greenspoon correspondence and memorandum to S.Shah-Jani re: Florida trial program | L120 | JDM | .50 | 336.00 | 168.00 |
| 05/24/12 | Prepared for and attended teleconference related to trials in FL | L120 | DBO | 1.10 | 345.00 | 379.50 |
| 05/24/12 | Review and revise Wells documents to be filed with court | L120 | DBO | 1.40 | 345.00 | 483.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    22
AUGUST 27, 2012

ResCap

0R0802-301160

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/24/12 | Attended joint teleconference with regarding NOI issues and verified complaint to be filed | L120 | DBO | .70 | 345.00 | 241.50 |
| 05/24/12 | Email to client regarding analysis of note and allonges and to identify additional information needed from client regarding | C300 | JJE | .40 | 197.00 | 78.80 |
| 05/24/12 | Reviewed, analyzed, and revised draft affidavit and supporting documentation to identify needed revisions and supplemental information needed from the client | C300 | JJE | .90 | 197.00 | 177.30 |
| 05/24/12 | Call to foreclosure counsel  regarding necessity of title company involvement | C300 | JJE | .20 | 197.00 | 39.40 |
| 05/24/12 | Email to client to discuss needed revisions to affidavit and suggestions regarding same | C300 | JJE | .10 | 197.00 | 19.70 |
| 05/24/12 | Telephone conference with E.Desilva re: firm visits and status of action plans | L120 | JDM | .50 | 336.00 | 168.00 |
| 05/24/12 | Telephone conferences with E.Lenzi and M.Zeilina re: bulk trial schedules | L120 | JDM | 1.30 | 336.00 | 436.80 |
| 05/24/12 | Receipt and review direct trial listing from client and comparison of figures with spreadsheets provided by firms | L120 | JDM | 1.80 | 336.00 | 604.80 |
| 05/24/12 | Preparation for and attend conference call with client re: bulk trial program | L120 | JDM | 3.20 | 336.00 | 1,075.20 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    23
AUGUST 27, 2012

0R0802-301160

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/24/12 | Telephone conference with common-interest servicers counsel regarding order to show cause proceedings before equity judges and related issues | L120 | JMH | .70 | 241.00 | 168.70 |
| 05/24/12 | Review and analysis of correspondence from contact at John D. Clunk law firm regarding request for loan information | L140 | RBB | .20 | 149.00 | 29.80 |
| 05/24/12 | Prepare follow up correspondence to contact at Manley, Deas & Kochalski law firm with spreadsheet of loans | L140 | RBB | .20 | 149.00 | 29.80 |
| 05/24/12 | Prepare follow up correspondence to contact at John D. Clunk law firm with spreadsheet of loans | L140 | RBB | .20 | 149.00 | 29.80 |
| 05/24/12 | Prepare follow up correspondence to contact at Lerner, Sampson & Rothfuss law firm with spreadsheet of loans | L140 | RBB | .20 | 149.00 | 29.80 |
| 05/24/12 | Continue researching and analyzing state law regarding ability of servicing agent to bring foreclosures | L120 | CC | 2.00 | 190.00 | 380.00 |
| 05/24/12 | Complete research and review of updates to state law to update template and complete compliance review of R.Reynolds file. | C300 | ASK | 4.00 | 195.00 | 780.00 |
| 05/24/12 | Advise GMAC Records Department regarding preparation of "lost allonge" affidavit | L120 | DCL | .40 | 376.00 | 150.40 |
| 05/24/12 | Conference call with Record Services on training materials. | C300 | ACA | 2.00 | 380.00 | 760.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

0R0802-301160

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 05/24/12 | Draft and revise changes to record services training materials on assignment document | L190 | LSDR | 2.10 | 350.00 | 735.00 |
| 05/24/12 | Review UCC research re: endorsement of checks | L190 | KTW | .20 | 380.00 | 76.00 |
| 05/24/12 | Review correspondence and notes re: endorsement of insurance proceeds checks | L190 | KTW | .30 | 380.00 | 114.00 |
| 05/24/12 | Review and revise bankruptcy practices and procedures regarding servicing operations and e-mails to client regarding same | B410 | JRB | .50 | 372.00 | 186.00 |
| 05/24/12 | Confer with client re: document execution practices and compliance | L190 | FWA | 1.30 | 345.00 | 448.50 |
| 05/24/12 | Prepare for and attend conference call with investor counsel re: POA and review and revise draft of same | L190 | FWA | 1.20 | 345.00 | 414.00 |
| 05/24/12 | Confer with client re: title insurance issues | L190 | FWA | .60 | 345.00 | 207.00 |
| 05/25/12 | Review and respond to inquiry from client re: GNMA loan | L190 | FWA | .60 | 345.00 | 207.00 |
| 05/25/12 | Receive and review affidavit for beneficiary project | L190 | FWA | .70 | 345.00 | 241.50 |
| 05/25/12 | Review loan count re: beneficiary project | L190 | FWA | 1.10 | 345.00 | 379.50 |
| 05/25/12 | Review correspondence regarding ownership of loan | L120 | LDV | .80 | 406.00 | 324.80 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    25
AUGUST 27, 2012

ResCap

0R0802-301160

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/25/12 | Review research memo regarding GNMA pools | L120 | LDV | .60 | 406.00 | 243.60 |
| 05/25/12 | Correspondence regarding ownership of loan | L120 | LDV | .20 | 406.00 | 81.20 |
| 05/25/12 | Review and respond to questions regarding notarizations | L190 | LSDR | .60 | 350.00 | 210.00 |
| 05/25/12 | Analysis regarding notarization compliance | L120 | PMD | .80 | 345.00 | 276.00 |
| 05/25/12 | Conference with and emails regarding Florida Trial Project spreadsheet | L190 | NWN | .30 | 135.00 | 40.50 |
| 05/25/12 | Worked on notary issue for loan assignments | C300 | ACA | .30 | 380.00 | 114.00 |
| 05/25/12 | Advise GMAC Records Department regarding policy for treating certain allonges | L120 | DCL | .80 | 376.00 | 300.80 |
| 05/25/12 | Advise GMAC Records Department regarding proposed changes to state noteholder affidavit firm | L120 | DCL | .50 | 376.00 | 188.00 |
| 05/25/12 | Research and review updates to state foreclosure law and complete state compliance review for C.Martinez. | C300 | ASK | 5.00 | 195.00 | 975.00 |
| 05/25/12 | Research updated to state foreclosure law. | C300 | ASK | 2.00 | 195.00 | 390.00 |
| 05/25/12 | Review and analyze results of review of most recent beneficiary matrix | L120 | CC | 1.50 | 190.00 | 285.00 |



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    26
AUGUST 27, 2012

0R0802-301160

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/25/12 | Revise spreadsheet to incorporate findings from review of beneficiary matrix | L120 | CC | 1.80 | 190.00 | 342.00 |
| 05/25/12 | Conference with P.Karpowicz to review state foreclosure procedures and checklists | L120 | MSW | .80 | 254.00 | 203.20 |
| 05/25/12 | Revise spreadsheet of loans from Manley, Deas & Kochalski based on updates received 5/9/2012 | L140 | RBB | .30 | 149.00 | 44.70 |
| 05/25/12 | Revise spreadsheet of loans from John D. Clunk based on updates received 5/9/2012 | L140 | RBB | .20 | 149.00 | 29.80 |
| 05/25/12 | Review and analysis of updated spreadsheet of loans from Lerner, Sampson & Rothfuss in order to prepare update to GMACM | L140 | RBB | .60 | 149.00 | 89.40 |
| 05/25/12 | Revise spreadsheet of loans from Lerner, Sampson & Rothfuss based on updates received 5/9/2012 | L140 | RBB | .30 | 149.00 | 44.70 |
| 05/25/12 | Review and analysis of updated spreadsheet of loans from John D. Clunk in order to prepare update to GMACM | L140 | RBB | .20 | 149.00 | 29.80 |
| 05/25/12 | Review and analysis of updated spreadsheet of loans from Manley, Deas & Kochalski in order to prepare update to GMACM | L140 | RBB | .60 | 149.00 | 89.40 |
| 05/25/12 | Conference with contact at Manley, Deas & Kochalski law firm to request updates on loans | L140 | RBB | .10 | 149.00 | 14.90 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    27
AUGUST 27, 2012

ResCap

0R0802-301160

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/25/12 | Emails from and to client regarding loan document compliance question | L320 | JJE | .40 | 197.00 | 78.80 |
| 05/25/12 | Emails from and to client regarding affidavit questions | L320 | JJE | .40 | 197.00 | 78.80 |
| 05/25/12 | Multiple e-mail correspondence and telephone conferences with Marshall Watson, Wellborn and Phelan re: acceleration of bulk trial scheduling | L120 | JDM | 5.30 | 336.00 | 1,780.80 |
| 05/25/12 | Begin work on trial spreadsheet for proposed trials | L120 | JDM | .60 | 336.00 | 201.60 |
| 05/25/12 | Study and review attorney notes from client call and trial spreadsheets re: draft proposed accelerated trial program | L120 | JDM | 2.90 | 336.00 | 974.40 |
| 05/25/12 | Attended teleconference related to note endorsement compliance questions | L120 | DBO | .50 | 345.00 | 172.50 |
| 05/28/12 | Review research on updates to state foreclosure law to draft revisions to compliance template and complete compliance review of L.Linehan file. | C300 | ASK | 9.10 | 195.00 | 1,774.50 |
| 05/29/12 | Advise GMAC Records Department regarding affidavit issues related to new Maryland legislation | L120 | DCL | .70 | 376.00 | 263.20 |
| 05/29/12 | Review and analyze beneficiary matrix issues in weekly update call | L120 | CC | .40 | 190.00 | 76.00 |
| 05/29/12 | Review and analyze issues regarding ownership of Ginnie Mae loan in response to borrower inquiry | L120 | CC | 1.00 | 190.00 | 190.00 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE   28
AUGUST 27, 2012

0R0802-301160

**FED ID NO. 63-0243316**

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/29/12 | Prepare correspondence to contact at Lerner, Sampson & Rothfuss law firm with spreadsheet of loans | L140 | RBB | .20 | 149.00 | 29.80 |
| 05/29/12 | Prepare correspondence to contact at Weltman, Weinberg & Reis law firm with spreadsheet of loans | L140 | RBB | .20 | 149.00 | 29.80 |
| 05/29/12 | Reviewed revised materials for Record Services and participated in conference call with client on training materials. | C300 | ACA | 6.50 | 380.00 | 2,470.00 |
| 05/29/12 | Prepare for and attend conference call with M.Zelina at M.Watson and respond and analyze compliance issues raised on same | L120 | ASI | .90 | 249.00 | 224.10 |
| 05/29/12 | Review, analyze, research and respond to issues raised by the foreclosure document execution team, including communicating with foreclosure counsel about same | C300 | ASI | 2.50 | 249.00 | 622.50 |
| 05/29/12 | Reviewed single point of contact procedures and responded with comments | B410 | WLN | .50 | 420.00 | 210.00 |
| 05/29/12 | Reviewed Schedule of Subscribers and Ginnie Mae Guaranty regarding borrower loan | L120 | LDV | .70 | 406.00 | 284.20 |
| 05/29/12 | Correspondence regarding ownership of borrower loan | L120 | LDV | .50 | 406.00 | 203.00 |
| 05/29/12 | Prepare for and attend conference call with client re: beneficiary Matrix | L190 | FWA | .60 | 345.00 | 207.00 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    29
AUGUST 27, 2012

0R0802-301160

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/29/12 | Confer with FNMA re: foreclosure directives and holder status | L190 | FWA | .70 | 345.00 | 241.50 |
| 05/29/12 | Review and revise remedial letter | L190 | FWA | .60 | 345.00 | 207.00 |
| 05/29/12 | Review and revise POA for investor and confer with their counsel re: same | L190 | FWA | .70 | 345.00 | 241.50 |
| 05/29/12 | Review documents related to the same | L190 | FWA | 1.60 | 345.00 | 552.00 |
| 05/29/12 | Review, revise and approve bankruptcy practices and procedures regarding servicing business and correspond with client regarding same | B410 | JRB | 1.00 | 372.00 | 372.00 |
| 05/29/12 | Correspondence and teleconferences related to NOIs  with Big 5 as well as foreclosure counsel | L120 | DBO | .80 | 345.00 | 276.00 |
| 05/29/12 | Email from and to client regarding endorsements to notes | L320 | JJE | .20 | 197.00 | 39.40 |
| 05/29/12 | Instructions regarding trial tracking spreadsheet | L120 | JDM | .80 | 336.00 | 268.80 |
| 05/29/12 | Receipt and review pleading from J.Kohl | L120 | JDM | .50 | 336.00 | 168.00 |
| 05/29/12 | Study and review attorney notes from firm calls re: population of loans for trial spreadsheet | L120 | JDM | .80 | 336.00 | 268.80 |
| 05/29/12 | Telephone conference with Marshall Watson re: trial scheduling assistance | L120 | JDM | .50 | 336.00 | 168.00 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    30
AUGUST 27, 2012

0R0802-301160

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/29/12 | Multiple e-mail correspondence and telephone conferences with Wellborn and Phelan attorneys re: firms' trial listings and trial scheduling | L120 | JDM | 3.00 | 336.00 | 1,008.00 |
| 05/29/12 | Multiple email correspondence with Wolfe Law firm re: business records and loan issues | L120 | JDM | .40 | 336.00 | 134.40 |
| 05/29/12 | Prepare correspondence to contact at John D. Clunk law firm with spreadsheet of loans | L140 | RBB | .20 | 149.00 | 29.80 |
| 05/29/12 | Review and analysis of updated spreadsheet of loans from John D. Clunk in order to prepare update to GMACM | L140 | RBB | .20 | 149.00 | 29.80 |
| 05/29/12 | Revise spreadsheet of loans from John D. Clunk based on updates received 5/29/2012 | L140 | RBB | .20 | 149.00 | 29.80 |
| 05/29/12 | Revise law firms contact list with contact information for new contact for the John D. Clunk law offices  received 5/29/2012 | L140 | RBB | .10 | 149.00 | 14.90 |
| 05/29/12 | Prepare correspondence to contact at Manley, Deas & Kochalski law firm with spreadsheet of loans | L140 | RBB | .20 | 149.00 | 29.80 |
| 05/30/12 | Receipt and review Greenspoon  trial spreadsheet | L120 | JDM | 1.00 | 336.00 | 336.00 |
| 05/30/12 | Study and review law firm audit materials in preparation for review with K.Crecco | L120 | JDM | 1.10 | 336.00 | 369.60 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    31
AUGUST 27, 2012

ResCap

0R0802-301160

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 05/30/12 | Edit and revise bulk trial spreadsheet and analysis of same for recommendation to client | L120 | JDM | 3.30 | 336.00 | 1,108.80 |
| 05/30/12 | Prepare for and attend conference call with client re: beneficiary matrix issues and review documents related to same | L190 | FWA | 1.70 | 345.00 | 586.50 |
| 05/30/12 | Finalize investor power of attorney and confer with client re: same | L190 | FWA | .60 | 345.00 | 207.00 |
| 05/30/12 | Research regarding endorsement of joint-payee checks | L120 | LDV | 2.40 | 406.00 | 974.40 |
| 05/30/12 | Review and analyze escrow analysis policies and procedures for online manual | L190 | LSDR | .40 | 350.00 | 140.00 |
| 05/30/12 | Review and analyze record services training materials regarding contacting settlement agents and title companies | L190 | LSDR | .40 | 350.00 | 140.00 |
| 05/30/12 | Review and analyze question regarding procedure for confirming note holder on documents | L190 | LSDR | .50 | 350.00 | 175.00 |
| 05/30/12 | Prepare spreadsheet for Florida Trial Project | L120 | NWN | .70 | 135.00 | 94.50 |
| 05/30/12 | Review, analyze, and prepare revised affidavit template for state law in response to recent case law developments in preparation for call with S.ShahJani regarding same | C300 | ASI | .60 | 249.00 | 149.40 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    32
AUGUST 27, 2012

ResCap

0R0802-301160

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/30/12 | Review, analyze, research and respond to issues raised by the foreclosure document execution team, including communicating with foreclosure counsel about same | C300 | ASI | 1.70 | 249.00 | 423.30 |
| 05/30/12 | Assist remediation effort in drafting and executing foreclosure documents, including communicating with foreclosure counsel about same | C300 | JWA | .60 | 241.00 | 144.60 |
| 05/30/12 | Advise Records Department regarding allonge issues | L120 | DCL | .50 | 376.00 | 188.00 |
| 05/30/12 | Review and revise affidavit templates currently in use for GMAC's foreclosure department for states | L110 | MPE | 1.20 | 149.00 | 178.80 |
| 05/31/12 | Receive and review Notice of Hearing from D.Stern's office and research docket and records to determine status and assignment to default counsel. | L110 | MPE | .50 | 149.00 | 74.50 |
| 05/31/12 | Receive and review motion for status conference from D.Stern's office and research docket and records to determine default counsel and forward information. | L110 | MPE | .30 | 149.00 | 44.70 |
| 05/31/12 | Advise GMACM Records Department regarding noteholder affidavit issues | L120 | DCL | .80 | 376.00 | 300.80 |
| 05/31/12 | Review, analyze and respond to issues raised by foreclosure counsel regarding remediation files | C300 | ASI | .50 | 249.00 | 124.50 |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    33
AUGUST 27, 2012

0R0802-301160

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/31/12 | Review, analyze and respond to issues raised by foreclosure counsel regarding various files | C300 | ASI | .90 | 249.00 | 224.10 |
| 05/31/12 | Conference call with client on Record Services training materials and completed review of revised Record Services materials for next call. | C300 | ACA | 6.50 | 380.00 | 2,470.00 |
| 05/31/12 | Work on Florida Trial Project spreadsheet | L120 | NWN | 1.90 | 135.00 | 256.50 |
| 05/31/12 | Continue to review and analyze Record Services polices and procedures regarding contacting settlement agents and title companies | L190 | LSDR | 2.10 | 350.00 | 735.00 |
| 05/31/12 | Draft and revise Record Services procedures for contacting agents and title companies for online P&P manual | L190 | LSDR | 2.90 | 350.00 | 1,015.00 |
| 05/31/12 | Researched regarding ownership of loans in Ginnie Mae pools | L120 | LDV | .60 | 406.00 | 243.60 |
| 05/31/12 | Researched regarding terms of Ginnie Mae guarantee | L120 | LDV | .80 | 406.00 | 324.80 |
| 05/31/12 | Review beneficiary matrix issues | L190 | FWA | .80 | 345.00 | 276.00 |
| 05/31/12 | Coordinate review of power of attorney and insurance claims | L190 | FWA | .60 | 345.00 | 207.00 |
| 05/31/12 | Address FNMA and ownership issues | L190 | FWA | .90 | 345.00 | 310.50 |
| 05/31/12 | Update on filing of Wells' verified complaint in NJ with S.Shah-Jani | L120 | DBO | .30 | 345.00 | 103.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE   34
ResCap                                                        AUGUST 27, 2012

0R0802-301160

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/31/12 | Drafted template lloan documentation affidavit for use by client | L320 | JJE | 1.70 | 197.00 | 334.90 |
| 05/31/12 | Multiple telephone conferences with Florida firms re: procedure for requesting trial settings | L120 | JDM | 2.00 | 336.00 | 672.00 |
| 05/31/12 | Study and review trial tracking spreadsheet and individual firm spreadsheets re: preparation for conference call with client | L120 | JDM | 3.60 | 336.00 | 1,209.60 |
| 05/31/12 | Multiple conversations with Rosicki & Rosicki and Lerner Sampson regarding loan document questions | L120 | MSW | .90 | 254.00 | 228.60 |

FEES                                  $99,311.70

AMOUNT DUE THIS BILL                  $99,311.70

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    35
AUGUST 27, 2012

0R0802-301160

FED ID NO. 63-0243316

ResCap

---

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Laurence D. Vinson, Jr. | Partner | 406.00 | 6.60 | 2,679.60 |
| Kenneth T. Wyatt | Partner | 380.00 | .50 | 190.00 |
| Paige M. Boshell | Partner | 345.00 | 1.70 | 586.50 |
| Jay R. Bender | Partner | 372.00 | 3.50 | 1,302.00 |
| Lesley Smith DeRamus | Counsel | 350.00 | 35.30 | 12,355.00 |
| Wendell Allen | Partner | 345.00 | 35.50 | 12,247.50 |
| J. Douglas Minor | Partner | 336.00 | 49.70 | 16,699.20 |
| Eric A. Frechtel | Partner | 358.00 | .20 | 71.60 |
| Christian W. Hancock | Partner | 330.00 | .40 | 132.00 |
| D. Brian O'Dell | Partner | 345.00 | 17.10 | 5,899.50 |
| Ann Cargile | Partner | 380.00 | 30.80 | 11,704.00 |
| William L. Norton | Partner | 420.00 | 5.80 | 2,436.00 |
| Dana C. Lumsden | Partner | 376.00 | 6.90 | 2,594.40 |
| Niki Nix | Paralegal | 135.00 | 2.90 | 391.50 |
| Robert B. Benson | Paralegal | 149.00 | 11.60 | 1,728.40 |
| Katherine M. Suttle Weiner | Associate | 236.00 | .10 | 23.60 |
| Steven A. Pozefsky | Associate | 323.00 | .50 | 161.50 |
| Jennifer H. Henderson | Associate | 249.00 | .30 | 74.70 |
| Joycelyn J. Eason | Associate | 197.00 | 5.90 | 1,162.30 |
| Johanna Jumper | Associate | 232.00 | 7.00 | 1,624.00 |
| Avery Simmons | Associate | 249.00 | 29.60 | 7,370.40 |
| Aman S. Kahlon | Associate | 195.00 | 22.10 | 4,309.50 |
| Graham W. Gerhardt | Partner | 263.00 | 2.50 | 657.50 |
| Chandler Combest | Associate | 190.00 | 32.30 | 6,137.00 |
| James Warmoth | Associate | 241.00 | 1.70 | 409.70 |
| Jonathan Hooks | Associate | 241.00 | 6.90 | 1,662.90 |
| Mark S. Wierman | Associate | 254.00 | 1.90 | 482.60 |
| Riley Key | Associate | 185.00 | 1.40 | 259.00 |
| Cam Miller | Associate | 185.00 | .40 | 74.00 |
| Alex Dugan | Associate | 185.00 | 2.50 | 462.50 |
| Melisa P. Palmer | Paralegal | 149.00 | 4.60 | 685.40 |
| Harvey L. Yarborough | Lit. Support | 166.00 | 16.00 | 2,656.00 |
| Kerry Keane | Paralegal | 91.00 | .90 | 81.90 |
| Total | | | 345.10 | 99,311.70 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          AUGUST 27, 2012
                                                                0R0802-301160
BILL AMOUNT        $99,311.70                                   INVOICE #  800737

To:    ResCap                          TC Number:          702040
       1100 Virginia Drive             Invoice Date:       08/27/2012
       Fort Washington, PA 19034       Invoice No.         800737
                                       Period ending:      05/31/2012

Case Management Number      LD  0R0802-301160

| Code | Task | Current Invoice Hours | Fees |
|------|------|------:|------:|
| B410 | General Bankruptcy Advice/Opinions | 9.30 | $ 3,738.00 |
| B420 | Restructurings | 0.30 | $ 74.70 |
| C100 | Fact Gathering | 0.50 | $ 124.50 |
| C200 | Researching Law | 2.10 | $ 476.70 |
| C300 | Analysis and Advice | 86.90 | $ 24,222.70 |
| L110 | Fact Investigation/Development | 5.90 | $ 899.30 |
| L120 | Analysis/Strategy | 133.80 | $ 38,786.10 |
| L140 | Document/File Management | 11.60 | $ 1,728.40 |
| L160 | Settlement/Non-Binding ADR | 0.60 | $ 144.60 |
| L190 | Other Case Assessment, Develop't/Admin | 71.70 | $ 24,856.60 |
| L210 | Pleadings | 0.30 | $ 72.30 |
| L320 | Document Production | 4.20 | $ 893.40 |
| L460 | Post-Trial Motions and Submissions | 1.90 | $ 638.40 |
| L631 | ESI Stage, preparation and process | 16.00 | $ 2,656.00 |

==========================================
                TOTAL FEES     345.10    $ 99,311.70

                TOTAL FEES DUE             $ 99,311.70
          TOTAL DISBURSEMENTS DUE          $      0.00
          TOTAL DUE THIS INVOICE           $ 99,311.70



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 27, 2012
0R0802-301202

INVOICE #  800738

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0802-301202  TC Number: 703916

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/16/12 | Analyze matter and determine if bankruptcy stay is in place and if so, possible modification of stay | L120 | CLHA | .20 | 345.00 | 69.00 |

FEES                                        $69.00

AMOUNT DUE THIS BILL                         $69.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
AUGUST 27, 2012

0R0802-301202

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christopher L. Hawkins | Partner | 345.00 | .20 | 69.00 |
| Total |  |  | .20 | 69.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                              AUGUST 27, 2012
                                                    0R0802-301202
BILL AMOUNT          $69.00                         INVOICE #  800738

To:    ResCap                        TC Number:        703916
       1100 Virginia Drive           Invoice Date:     08/27/2012
       Fort Washington, PA 19034     Invoice No.        800738
                                     Period ending:    05/31/2012


Case Management Number      LD   0R0802-301202


                                        Current Invoice
Code Task                             Hours          Fees

L120 Analysis/Strategy                 0.20    $    69.00

                          ===============================
                 TOTAL FEES            0.20    $    69.00

                 TOTAL FEES DUE                $    69.00
          TOTAL DISBURSEMENTS DUE              $     0.00
          TOTAL DUE THIS INVOICE               $    69.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 27, 2012
0R0802-305004

INVOICE #  800740

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0802-305004  TC Number: 711059
  01        Copy Charges                                    0.00

                  AMOUNT DUE THIS BILL                   $.00

          ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
AUGUST 27, 2012

0R0802-305004

FED ID NO. 63-0243316



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                      AUGUST 27, 2012
                                                           0R0802-305004
BILL AMOUNT              $.00                               INVOICE #  800740

---

To:    ResCap                          TC Number:          711059
       1100 Virginia Drive             Invoice Date:       08/27/2012
       Fort Washington, PA 19034       Invoice No.         800740
                                       Period ending:      05/31/2012


Case Management Number        LD   0R0802-305004


                                        Current Invoice
Code Task                            Hours              Fees


                      ===================================
              TOTAL FEES           0.00      $        0.00

              TOTAL FEES DUE                 $        0.00
       TOTAL DISBURSEMENTS DUE               $        0.00
         TOTAL DUE THIS INVOICE              $        0.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                      AUGUST 27, 2012
1100 Virginia Drive                                         0R0802-305006
Fort Washington, PA 19034

                                                            INVOICE #  800741

                                                            FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0802-305006  TC Number: 708556

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/15/12 | Review and analyze matter and determine if bankruptcy stay is in place and, if so, how it will affect the case | L120 | JDV | .30 | 219.00 | 65.70 |
| 05/15/12 | Analyze issues regarding case status relative to bankruptcy | L110 | JAM | .10 | 145.00 | 14.50 |

                           FEES                                $80.20


                      AMOUNT DUE THIS BILL                     $80.20


                ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    2
ResCap                                                                    AUGUST 27, 2012

0R0802-305006

**FED ID NO. 63-0243316**

---

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Jamie Mathews | Paralegal | 145.00 | .10 | 14.50 |
| Jose D. Vega | Associate | 219.00 | .30 | 65.70 |
| Total | | | .40 | 80.20 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                              AUGUST 27, 2012
                                                    0R0802-305006
BILL AMOUNT          $80.20                         INVOICE #  800741

To:    ResCap                      TC Number:        708556
       1100 Virginia Drive         Invoice Date:     08/27/2012
       Fort Washington, PA 19034   Invoice No.       800741
                                   Period ending:    05/31/2012

Case Management Number      LD   0R0802-305006

|  |  | Current Invoice | |
| Code | Task | Hours | Fees |
|---|---|---|---|
| L110 | Fact Investigation/Development | 0.10 | $    14.50 |
| L120 | Analysis/Strategy | 0.30 | $    65.70 |
| | TOTAL FEES | 0.40 | $    80.20 |

| | | |
|---|---|---|
| TOTAL FEES DUE | $ | 80.20 |
| TOTAL DISBURSEMENTS DUE | $ | 0.00 |
| TOTAL DUE THIS INVOICE | $ | 80.20 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 27, 2012
0R0802-305015

INVOICE #   800742

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0802-305015   TC Number: 713817

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/15/12 | Review and analyze matter and determine if bankruptcy stay is in place and, if so, how it will affect the case | L120 | JDV | .30 | 219.00 | 65.70 |
| 05/15/12 | Analyze issues regarding case status relative to bankruptcy | L110 | JAM | .10 | 145.00 | 14.50 |

FEES                                                    $80.20

AMOUNT DUE THIS BILL                                    $80.20

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE     2
AUGUST 27, 2012

ResCap

0R0802-305015

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Jamie Mathews | Paralegal | 145.00 | .10 | 14.50 |
| Jose D. Vega | Associate | 219.00 | .30 | 65.70 |
| Total | | | .40 | 80.20 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                              AUGUST 27, 2012
                                                    0R0802-305015
BILL AMOUNT          $80.20                          INVOICE #  800742

To:    ResCap                    TC Number:        713817
       1100 Virginia Drive       Invoice Date:     08/27/2012
       Fort Washington, PA 19034 Invoice No.       800742
                                 Period ending:    05/31/2012

Case Management Number    LD  0R0802-305015

| Code Task | Current Invoice Hours | Fees |
|-----------|-------|------|
| L110 Fact Investigation/Development | 0.10 | $    14.50 |
| L120 Analysis/Strategy | 0.30 | $    65.70 |
| ================================= | | |
| TOTAL FEES | 0.40 | $    80.20 |
| TOTAL FEES DUE | | $    80.20 |
| TOTAL DISBURSEMENTS DUE | | $     0.00 |
| TOTAL DUE THIS INVOICE | | $    80.20 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                      AUGUST 27, 2012
1100 Virginia Drive                                         0R0803-109911
Fort Washington, PA 19034

                                                            INVOICE #  800743

                                                            FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0803-109911  TC Number:

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/22/12 | Review 50 page motion for summary judgment filed by Bowman and 50 page response in opposition filed by Fidelity's retained counsel on our behalf (1.5); draft and send email to retained counsel regarding same (.5) | | HEA | 2.30 | 295.00 | 678.50 |

                              FEES                              $678.50

                    AMOUNT DUE THIS BILL                        $678.50

              ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
AUGUST 27, 2012

0R0803-109911

FED ID NO. 63-0243316

---

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Hall, Eady | Partner | 295.00 | 2.30 | 678.50 |
| Total | | | 2.30 | 678.50 |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

AUGUST 27, 2012
0R0803-109911

BILL AMOUNT        $678.50

INVOICE #   800743

---

To:    ResCap
       1100 Virginia Drive
       Fort Washington, PA 19034

TC Number:
Invoice Date:      08/27/2012
Invoice No.        800743
Period ending:     05/31/2012

Case Management Number        LD   0R0803-109911

| Code Task | Current Invoice Hours | | Fees |
|-----------|------------------------|---|------|
|           | 2.30                   | $ | 678.50 |
|           | ================================= | | |
| TOTAL FEES | 2.30                  | $ | 678.50 |

|                          |   |        |
|--------------------------|---|--------|
| TOTAL FEES DUE           | $ | 678.50 |
| TOTAL DISBURSEMENTS DUE  | $ | 0.00   |
| TOTAL DUE THIS INVOICE   | $ | 678.50 |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                    AUGUST 27, 2012
1100 Virginia Drive                                      0R0803-301146
Fort Washington, PA 19034

                                                         INVOICE #  800744

                                                         FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0803-301146  TC Number: NA

### DESCRIPTION OF DISBURSEMENTS


        35      Express Mail/Fedex                            11.94

                        COSTS                              $11.94

                AMOUNT DUE THIS BILL                       $11.94


        *****  TOTAL DUE UPON RECEIPT  *****



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE       2
AUGUST 27, 2012

OR0803-301146

FED ID NO. 63-0243316



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                AUGUST 27, 2012
                                                      0R0803-301146
BILL AMOUNT          $11.94                           INVOICE #  800744

To:    ResCap                    TC Number:          NA
       1100 Virginia Drive       Invoice Date:       08/27/2012
       Fort Washington, PA 19034  Invoice No.         800744
                                  Period ending:      05/31/2012


Case Management Number     LD   0R0803-301146


                                        Current Invoice
                                   Hours            Fees
Code Task

                    ==================================
            TOTAL FEES       0.00     $       0.00

            TOTAL FEES DUE           $       0.00
    TOTAL DISBURSEMENTS DUE          $      11.94
       TOTAL DUE THIS INVOICE        $      11.94



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                          AUGUST 27, 2012
1100 Virginia Drive                                            0R0803-301172
Fort Washington, PA 19034

                                                               INVOICE #  800745

                                                               FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0803-301172  TC Number: NA

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/22/12 | Research and memorandum regarding West Virginia hearing oil spill issue | | DERO | 1.00 | 410.00 | 410.00 |

                            FEES                                    $410.00


                    AMOUNT DUE THIS BILL                            $410.00


              ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE      2
AUGUST 27, 2012

ResCap

0R0803-301172

FED ID NO. 63-0243316

---

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| David E. Roth | Partner | 410.00 | 1.00 | 410.00 |
| Total | | | 1.00 | 410.00 |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                    AUGUST 27, 2012
                                                         0R0803-301172
BILL AMOUNT          $410.00                             INVOICE #  800745

---

To:    ResCap                          TC Number:        NA
       1100 Virginia Drive             Invoice Date:     08/27/2012
       Fort Washington, PA 19034       Invoice No.       800745
                                       Period ending:    05/31/2012


Case Management Number      LD  0R0803-301172


|                    | Current Invoice |         |
| Code Task          | Hours | Fees |
|--------------------|-------|---------|
|                    | 1.00  | $   410.00 |
|                    | ================================= |
| TOTAL FEES         | 1.00  | $   410.00 |

|                          |   |        |
|--------------------------|---|--------|
| TOTAL FEES DUE           | $ | 410.00 |
| TOTAL DISBURSEMENTS DUE  | $ |   0.00 |
| TOTAL DUE THIS INVOICE   | $ | 410.00 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    AUGUST 27, 2012
1100 Virginia Drive                                      0R0806-105015
Fort Washington, PA 19034

                                                         INVOICE #  800746

                                                         FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0806-105015   TC Number: NA

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/15/12 | Draft status report regarding mechanic's lien | B110 | TRL | .10 | 290.00 | 29.00 |
| 05/15/12 | Review state court docket sheet and analyze whether pending litigation is affected by automatic bankruptcy stay and complete GMAC bankruptcy spreadsheet report | B140 | TRL | .40 | 290.00 | 116.00 |
| 05/16/12 | Modify bankruptcy spreadsheet entry based on new instruction from bankruptcy counsel for bucket 3 cases | B140 | TRL | .20 | 290.00 | 58.00 |
| 05/18/12 | Prepare and file document request with local court | B110 | ATH | .50 | 130.00 | 65.00 |

                              FEES                           $268.00

                    AMOUNT DUE THIS BILL                     $268.00

                ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE     2
AUGUST 27, 2012

ResCap

0R0806-105015

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Thomas Ryan Lynch | Associate | 290.00 | .70 | 203.00 |
| Andrew Thompson | Paralegal | 130.00 | .50 | 65.00 |
| Total | | | 1.20 | 268.00 |



**BRADLEY ARANT**
**BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                         AUGUST 27, 2012
                                                              0R0806-105015
BILL AMOUNT        $268.00                                    INVOICE #  800746

To:    ResCap                          TC Number:            NA
       1100 Virginia Drive             Invoice Date:         08/27/2012
       Fort Washington, PA 19034       Invoice No.           800746
                                       Period ending:        05/31/2012

Case Management Number      LD  0R0806-105015

|  |  | Current Invoice | |
|---|---|---|---|
| Code | Task | Hours | $ Fees |
| B110 | Case Administration | 0.60 | $  94.00 |
| B140 | Relief from Stay/Adequate Protection Pro | 0.60 | $ 174.00 |
| | TOTAL FEES | 1.20 | $ 268.00 |

                    TOTAL FEES DUE              $  268.00
              TOTAL DISBURSEMENTS DUE           $    0.00
               TOTAL DUE THIS INVOICE           $  268.00



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    AUGUST 27, 2012
1100 Virginia Drive                                      0R0806-106888
Fort Washington, PA 19034

                                                         INVOICE #  800747

                                                         FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0806-106888   TC Number: NA

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/16/12 | Review and analyze matter and determine if bankruptcy stay is in place | L210 | TMB | .20 | 390.00 | 78.00 |

                         FEES                              $78.00


                 AMOUNT DUE THIS BILL                      $78.00


            ***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE      2
AUGUST 27, 2012

0R0806-106888

ResCap

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| T. Michael Brown | Partner | 390.00 | .20 | 78.00 |
| Total | | | .20 | 78.00 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    AUGUST 27, 2012
                                                         0R0806-106888
BILL AMOUNT        $78.00                                INVOICE #  800747

To:    ResCap                     TC Number:          NA
       1100 Virginia Drive        Invoice Date:       08/27/2012
       Fort Washington, PA 19034  Invoice No.         800747
                                  Period ending:      05/31/2012

Case Management Number      LD  0R0806-106888

                                        Current Invoice
Code Task                            Hours           Fees

L210 Pleadings                        0.20    $      78.00

                              =============================
                TOTAL FEES            0.20    $      78.00

                TOTAL FEES DUE                $      78.00
          TOTAL DISBURSEMENTS DUE             $       0.00
          TOTAL DUE THIS INVOICE              $      78.00



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                      AUGUST 27, 2012
1100 Virginia Drive                                        0R0806-301001
Fort Washington, PA 19034

                                                           INVOICE #  800748

                                                           FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0806-301001  TC Number: NA

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/15/12 | Review matter, insert required information into bankruptcy spreadsheet, and make bucket determinations | L120 | JCCO | .20 | 200.00 | 40.00 |
| 05/22/12 | Analysis and review of file materials and determine status of filing bankruptcy pleadings | L110 | ABB | .30 | 150.00 | 45.00 |

                              FEES                                    $85.00


                    AMOUNT DUE THIS BILL                              $85.00


              ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
AUGUST 27, 2012

0R0806-301001

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Allison Burke | Paralegal | 150.00 | .30 | 45.00 |
| Jonathan Cobb | Associate | 200.00 | .20 | 40.00 |
| Total | | | .50 | 85.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                    AUGUST 27, 2012
                                                          0R0806-301001
BILL AMOUNT          $85.00                               INVOICE #  800748

To:    ResCap                          TC Number:         NA
       1100 Virginia Drive             Invoice Date:      08/27/2012
       Fort Washington, PA 19034       Invoice No.        800748
                                       Period ending:     05/31/2012

Case Management Number      LD  0R0806-301001

                                            Current Invoice
Code Task                             Hours          Fees

L110 Fact Investigation/Development   0.30    $    45.00
L120 Analysis/Strategy                0.20    $    40.00

                          ====================================
         TOTAL FEES                   0.50    $    85.00

              TOTAL FEES DUE                  $    85.00
       TOTAL DISBURSEMENTS DUE                $     0.00
          TOTAL DUE THIS INVOICE              $    85.00



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    AUGUST 27, 2012
1100 Virginia Drive                                       0R0806-301004
Fort Washington, PA 19034

                                                          INVOICE #  800749

                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0806-301004   TC Number: NA

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/15/12 | Draft status report regarding settlement | B110 | TRL | .20 | 290.00 | 58.00 |
| 05/15/12 | Draft closing memo | L160 | TRL | .30 | 290.00 | 87.00 |

                    FEES                        $145.00


                    AMOUNT DUE THIS BILL         $145.00


            ***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    2
AUGUST 27, 2012

ResCap

OR0806-301004

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Thomas Ryan Lynch | Associate | 290.00 | .50 | 145.00 |
| Total | | | .50 | 145.00 |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

AUGUST 27, 2012
0R0806-301004

BILL AMOUNT        $145.00

INVOICE #  800749

To:    ResCap
       1100 Virginia Drive
       Fort Washington, PA 19034

| | |
|---|---|
| TC Number: | NA |
| Invoice Date: | 08/27/2012 |
| Invoice No. | 800749 |
| Period ending: | 05/31/2012 |

Case Management Number      LD  0R0806-301004

| Code | Task | Current Invoice Hours | | Fees |
|---|---|---|---|---|
| B110 | Case Administration | 0.20 | $ | 58.00 |
| L160 | Settlement/Non-Binding ADR | 0.30 | $ | 87.00 |
| | ================================ | | | |
| | TOTAL FEES | 0.50 | $ | 145.00 |

|  |  |  |
|---|---|---|
| TOTAL FEES DUE | $ | 145.00 |
| TOTAL DISBURSEMENTS DUE | $ | 0.00 |
| TOTAL DUE THIS INVOICE | $ | 145.00 |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 27, 2012
0R0806-301005

INVOICE # 800750

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0806-301005   TC Number: NA

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/18/12 | Review and analyze matter and determine if bankruptcy stay is in place and, if so, how it will impact the case | L120 | MW | .20 | 300.00 | 60.00 |
| 05/21/12 | Review and analysis of additional documents recorded by borrower in violation of previously sent cease and desist letter | C300 | MW | .80 | 300.00 | 240.00 |
| 05/21/12 | Receive and review documents to determine chronology of events and status of case | L110 | KK | .40 | 100.00 | 40.00 |
| 05/22/12 | Research and review recorded documents to determine status of case and chronology of events | L110 | KK | 1.50 | 100.00 | 150.00 |
| 05/22/12 | Research and analyze Arizona Rules of Civil Procedure regarding declaratory judgments and actions to quiet title | C300 | MW | .90 | 300.00 | 270.00 |
| 05/22/12 | Review and analyze timeline of events leading up to action, including filings and correspondences initiated by borrower | L120 | MW | .50 | 300.00 | 150.00 |

FEES                                                                $910.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     2
AUGUST 27, 2012

0R0806-301005

FED ID NO. 63-0243316

AMOUNT DUE THIS BILL                    $910.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    3
AUGUST 27, 2012

ResCap

0R0806-301005

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Monica Wilson | Associate | 300.00 | 2.40 | 720.00 |
| Kerry Keane | Paralegal | 100.00 | 1.90 | 190.00 |
| Total | | | 4.30 | 910.00 |



### BRADLEY ARANT
### BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

AUGUST 27, 2012
0R0806-301005

BILL AMOUNT          $910.00

INVOICE #  800750

To:   ResCap                          TC Number:          NA
      1100 Virginia Drive             Invoice Date:       08/27/2012
      Fort Washington, PA 19034       Invoice No.         800750
                                      Period ending:      05/31/2012

Case Management Number      LD  0R0806-301005

| Code | Task | Current Invoice Hours | | Fees |
|------|------|------|------|------|
| C300 | Analysis and Advice | 1.70 | $ | 510.00 |
| L110 | Fact Investigation/Development | 1.90 | $ | 190.00 |
| L120 | Analysis/Strategy | 0.70 | $ | 210.00 |
| | ================================= | | | |
| | TOTAL FEES | 4.30 | $ | 910.00 |

| | | |
|------|------|------|
| TOTAL FEES DUE | $ | 910.00 |
| TOTAL DISBURSEMENTS DUE | $ | 0.00 |
| TOTAL DUE THIS INVOICE | $ | 910.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                                          AUGUST 27, 2012
1100 Virginia Drive                                                             0R0806-301006
Fort Washington, PA 19034

                                                                                INVOICE #  800751

                                                                                FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0806-301006   TC Number: NA

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/15/12 | Review file for effect of bankruptcy on continued litigation | L120 | BG | .10 | 210.00 | 21.00 |
| 05/22/12 | Draft Notice of Bankruptcy | L210 | BG | .20 | 210.00 | 42.00 |
| 05/23/12 | Revised and edited Notice of Suggestion of Bankruptcy and prepared for filing | L210 | JHP | .20 | 255.00 | 51.00 |
| 05/24/12 | Finalize Notice of Bankruptcy and Effect of Automatic Stay and prepare for filing via the court system and further prepare pleading for service via certified mail and facsimile upon all parties | L110 | ABB | .60 | 150.00 | 90.00 |
| 05/31/12 | Return Plaintiffs' call about settlement and inform about lack of authority due to bankruptcy | L190 | BG | .30 | 210.00 | 63.00 |

                                FEES                                $267.00


                                AMOUNT DUE THIS BILL                $267.00


                        ***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
AUGUST 27, 2012

0R0806-301006

FED ID NO. 63-0243316

---

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Allison Burke | Paralegal | 150.00 | .60 | 90.00 |
| Jon H. Patterson | Associate | 255.00 | .20 | 51.00 |
| Blake Goodsell | Associate | 210.00 | .60 | 126.00 |
| Total | | | 1.40 | 267.00 |



### BRADLEY ARANT
### BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                AUGUST 27, 2012
                                                      0R0806-301006
BILL AMOUNT          $267.00                          INVOICE #  800751

To:    ResCap                        TC Number:        NA
       1100 Virginia Drive           Invoice Date:     08/27/2012
       Fort Washington, PA 19034     Invoice No.       800751
                                     Period ending:    05/31/2012

Case Management Number      LD  0R0806-301006

| | | Current Invoice | |
|---|---|---|---|
| Code | Task | Hours | Fees |
| L110 | Fact Investigation/Development | 0.60 | $ 90.00 |
| L120 | Analysis/Strategy | 0.10 | $ 21.00 |
| L190 | Other Case Assessment, Develop't/Admin | 0.30 | $ 63.00 |
| L210 | Pleadings | 0.40 | $ 93.00 |
| | ============================== | | |
| | TOTAL FEES | 1.40 | $ 267.00 |

                        TOTAL FEES DUE          $  267.00
              TOTAL DISBURSEMENTS DUE           $    0.00
                  TOTAL DUE THIS INVOICE        $  267.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 27, 2012
0R0806-301007

INVOICE #  800752

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0806-301007  TC Number: NA

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/15/12 | Draft status report regarding settlement agreement | B110 | TRL | .10 | 290.00 | 29.00 |
| 05/15/12 | Draft email to GMAC regarding issuing final check and action items to close case | L160 | TRL | .20 | 290.00 | 58.00 |
| 05/15/12 | Analyze whether pending litigation is affected by automatic bankruptcy stay and complete GMAC bankruptcy spreadsheet report | B140 | TRL | .10 | 290.00 | 29.00 |
| 05/31/12 | Review and respond to email from K.Krull regarding property address and loan number | B110 | TRL | .20 | 290.00 | 58.00 |

FEES                                          $174.00

AMOUNT DUE THIS BILL                          $174.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE      2
AUGUST 27, 2012

ResCap

0R0806-301007

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Thomas Ryan Lynch | Associate | 290.00 | .60 | 174.00 |
| Total | | | .60 | 174.00 |



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

BILL AMOUNT          $174.00

AUGUST 27, 2012
0R0806-301007
INVOICE #   800752

| To: | ResCap | TC Number: | NA |
|-----|--------|-----------|-----|
| | 1100 Virginia Drive | Invoice Date: | 08/27/2012 |
| | Fort Washington, PA 19034 | Invoice No. | 800752 |
| | | Period ending: | 05/31/2012 |

Case Management Number       LD   0R0806-301007

| | | Current Invoice | |
|-----|------|-------|------|
| Code Task | | Hours | Fees |
| B110 Case Administration | | 0.30 | $    87.00 |
| B140 Relief from Stay/Adequate Protection Pro | | 0.10 | $    29.00 |
| L160 Settlement/Non-Binding ADR | | 0.20 | $    58.00 |
| | | ===================================== | |
| TOTAL FEES | | 0.60 | $   174.00 |
| TOTAL FEES DUE | | | $   174.00 |
| TOTAL DISBURSEMENTS DUE | | | $     0.00 |
| TOTAL DUE THIS INVOICE | | | $   174.00 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 27, 2012
0R0806-301010

INVOICE #  800753

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0806-301010  TC Number: NA

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/15/12 | Provide client with loan and address number | L120 | BG | .10 | 210.00 | 21.00 |
| 05/15/12 | Review of insurance proceed information | L120 | BG | .10 | 210.00 | 21.00 |

FEES $42.00

AMOUNT DUE THIS BILL $42.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE     2
AUGUST 27, 2012

0R0806-301010

ResCap

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Blake Goodsell | Associate | 210.00 | .20 | 42.00 |
| Total | | | .20 | 42.00 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                              AUGUST 27, 2012
                                                    0R0806-301010
BILL AMOUNT          $42.00                         INVOICE #  800753

To:     ResCap                    TC Number:          NA
        1100 Virginia Drive       Invoice Date:       08/27/2012
        Fort Washington, PA 19034  Invoice No.         800753
                                   Period ending:      05/31/2012

Case Management Number     LD  0R0806-301010

|  | | Current Invoice | |
|---|---|---|---|
| Code Task | | Hours | Fees |
| L120 Analysis/Strategy | | 0.20 | $   42.00 |
| | | ================================ | |
| TOTAL FEES | | 0.20 | $   42.00 |
| TOTAL FEES DUE | | | $   42.00 |
| TOTAL DISBURSEMENTS DUE | | | $    0.00 |
| TOTAL DUE THIS INVOICE | | | $   42.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 27, 2012
0R0806-301011

INVOICE #  800754

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0806-301011  TC Number: NA

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/15/12 | Review and analyzing matter to determine if bankruptcy automatic stay is in place and impact on litigation | L120 | NSR | .10 | 280.00 | 28.00 |

FEES                                                    $28.00

AMOUNT DUE THIS BILL                                    $28.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE     2
AUGUST 27, 2012

0R0806-301011

ResCap

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Nader Raja | Associate | 280.00 | .10 | 28.00 |
| Total | | | .10 | 28.00 |



# BRADLEY ARANT
# BOULT CUMMINGS
### LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                          AUGUST 27, 2012
                                                0R0806-301011
BILL AMOUNT          $28.00                      INVOICE #  800754

To:   ResCap                      TC Number:        NA
      1100 Virginia Drive         Invoice Date:     08/27/2012
      Fort Washington, PA 19034   Invoice No.       800754
                                  Period ending:    05/31/2012

Case Management Number      LD  0R0806-301011

|  | | Current Invoice | |
|---|---|---|---|
| Code Task | | Hours | Fees |
| L120 Analysis/Strategy | | 0.10 | $   28.00 |
| ================================= | | | |
| TOTAL FEES | | 0.10 | $   28.00 |
| TOTAL FEES DUE | | | $   28.00 |
| TOTAL DISBURSEMENTS DUE | | | $    0.00 |
| TOTAL DUE THIS INVOICE | | | $   28.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 27, 2012
0R0806-301012

INVOICE #  800755

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0806-301012   TC Number: NA

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/15/12 | Review and analyzing matter to determine if bankruptcy automatic stay is in place and impact on litigation | L120 | NSR | .10 | 280.00 | 28.00 |
| 05/31/12 | Draft notice of bankruptcy and effect of automatic stay | L210 | NSR | .20 | 280.00 | 56.00 |

|  | FEES |  |  |  |  | $84.00 |
|  | AMOUNT DUE THIS BILL |  |  |  |  | $84.00 |

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE       2
AUGUST 27, 2012

ResCap

0R0806-301012

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Nader Raja | Associate | 280.00 | .30 | 84.00 |
| Total |  |  | .30 | 84.00 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

AUGUST 27, 2012
0R0806-301012

BILL AMOUNT          $84.00

INVOICE #  800755

To:     ResCap                          TC Number:        NA
        1100 Virginia Drive             Invoice Date:     08/27/2012
        Fort Washington, PA 19034       Invoice No.       800755
                                        Period ending:    05/31/2012

Case Management Number      LD  0R0806-301012

|  |  | Current Invoice | |
| --- | --- | --- | --- |
| Code | Task | Hours | Fees |
| L120 | Analysis/Strategy | 0.10 | $ 28.00 |
| L210 | Pleadings | 0.20 | $ 56.00 |
| | TOTAL FEES | 0.30 | $ 84.00 |

TOTAL FEES DUE              $   84.00
TOTAL DISBURSEMENTS DUE     $    0.00
TOTAL DUE THIS INVOICE      $   84.00



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 27, 2012
0R0806-301013

INVOICE #  800756

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0806-301013   TC Number: NA

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/15/12 | Review and analyzing matter to determine if bankruptcy automatic stay is in place and impact on litigation | L120 | NSR | .10 | 280.00 | 28.00 |
| 05/31/12 | Draft notice of bankruptcy and effect of automatic stay | L210 | NSR | .20 | 280.00 | 56.00 |

FEES                          $84.00

AMOUNT DUE THIS BILL          $84.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE     2
AUGUST 27, 2012

ResCap

0R0806-301013

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Nader Raja | Associate | 280.00 | .30 | 84.00 |
| Total | | | .30 | 84.00 |



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

BILL AMOUNT          $84.00

AUGUST 27, 2012
0R0806-301013
INVOICE #  800756

To:   ResCap
      1100 Virginia Drive
      Fort Washington, PA 19034

TC Number:          NA
Invoice Date:       08/27/2012
Invoice No.         800756
Period ending:      05/31/2012

Case Management Number        LD  0R0806-301013

| Code | Task | Current Invoice Hours | | Fees |
|------|------|------|------|------|
| L120 | Analysis/Strategy | 0.10 | $ | 28.00 |
| L210 | Pleadings | 0.20 | $ | 56.00 |
| | TOTAL FEES | 0.30 | $ | 84.00 |

TOTAL FEES DUE              $    84.00
TOTAL DISBURSEMENTS DUE     $     0.00
TOTAL DUE THIS INVOICE      $    84.00



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    AUGUST 27, 2012
1100 Virginia Drive                                      0R0806-301014
Fort Washington, PA 19034

                                                        INVOICE #  800757

                                                        **FED ID NO. 63-0243316**

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0806-301014   TC Number: NA

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/15/12 | Evaluate matter and determine if bankruptcy stay is in place and, if so, how it will impact the case | L120 | GP | .20 | 205.00 | 41.00 |
| 05/16/12 | Evaluate matter and determine if bankruptcy stay is in place based on new bankruptcy guidance | L120 | GP | .20 | 205.00 | 41.00 |
| 05/23/12 | Email communication with plaintiff counsel and K.Krull regarding settlement and bankruptcy stay | L160 | KSA | 1.40 | 225.00 | 315.00 |

                          FEES                          $397.00

                          AMOUNT DUE THIS BILL          $397.00

                 ***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE     2
AUGUST 27, 2012

ResCap

0R0806-301014

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Keith S. Anderson | Associate | 225.00 | 1.40 | 315.00 |
| Grant Premo | Associate | 205.00 | .40 | 82.00 |
| Total | | | 1.80 | 397.00 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

AUGUST 27, 2012
0R0806-301014

BILL AMOUNT        $397.00                    INVOICE #   800757

To:    ResCap                    TC Number:        NA
       1100 Virginia Drive       Invoice Date:     08/27/2012
       Fort Washington, PA 19034  Invoice No.       800757
                                  Period ending:    05/31/2012

Case Management Number      LD   0R0806-301014

|  | | Current Invoice | |
|---|---|---|---|
| Code | Task | Hours | Fees |
| L120 | Analysis/Strategy | 0.40 | $   82.00 |
| L160 | Settlement/Non-Binding ADR | 1.40 | $  315.00 |

================================================

|  |  |  |  |
|---|---|---|---|
| | TOTAL FEES | 1.80 | $  397.00 |

|  |  |  |
|---|---|---|
| TOTAL FEES DUE | $ | 397.00 |
| TOTAL DISBURSEMENTS DUE | $ | 0.00 |
| TOTAL DUE THIS INVOICE | $ | 397.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 27, 2012
0R0806-301015

INVOICE #  800758

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0806-301015   TC Number: NA

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/15/12 | Reviewed file in responding to client request for information on case style and allegations raised in order to determine whether current bankruptcy stay will remain in place or whether leave from stay will be considered | L120 | JHP | .40 | 255.00 | 102.00 |
| 05/16/12 | Review and analyze matter to determine status for monthly status update | L110 | ABB | .20 | 150.00 | 30.00 |
| 05/21/12 | Retrieval of docket report in Eastern Arkansas regarding status of bankruptcy proceedings and email communications regarding same | L110 | ABB | .50 | 150.00 | 75.00 |
| 05/21/12 | Draft Initial Litigation Summary and plan of action | L120 | BG | .80 | 210.00 | 168.00 |
| 05/21/12 | Review file materials in preparation for developing plan of action | L120 | BG | .20 | 210.00 | 42.00 |
| 05/21/12 | Review docket in Plaintiff's bankruptcy action to determine if the stay is still active as to Plaintiff's claims' | L120 | BG | .10 | 210.00 | 21.00 |
| 05/21/12 | Review proposed bankruptcy plan and evaluate its impact on the protection of GMAC's interests | L120 | BG | .20 | 210.00 | 42.00 |
| 05/25/12 | Send Initial litigation summary to client | L120 | BG | .10 | 210.00 | 21.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE     2
AUGUST 27, 2012

ResCap

0R0806-301015

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/25/12 | Revised and edited initial litigation memo to client | L120 | JHP | .30 | 255.00 | 76.50 |

|  | FEES |  | $577.50 |
|---|------|---|---------|
|  | AMOUNT DUE THIS BILL |  | $577.50 |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE      3
AUGUST 27, 2012

ResCap

0R0806-301015

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Allison Burke | Paralegal | 150.00 | .70 | 105.00 |
| Jon H. Patterson | Associate | 255.00 | .70 | 178.50 |
| Blake Goodsell | Associate | 210.00 | 1.40 | 294.00 |
| Total | | | 2.80 | 577.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                              AUGUST 27, 2012
                                                    0R0806-301015
BILL AMOUNT          $577.50                        INVOICE #  800758

To:   ResCap                      TC Number:        NA
      1100 Virginia Drive         Invoice Date:     08/27/2012
      Fort Washington, PA 19034   Invoice No.       800758
                                  Period ending:    05/31/2012

Case Management Number      LD  0R0806-301015

                                    Current Invoice
Code Task                           Hours        Fees

L110 Fact Investigation/Development   0.70    $    105.00
L120 Analysis/Strategy                2.10    $    472.50

                          ==================================
              TOTAL FEES    2.80    $    577.50

              TOTAL FEES DUE          $    577.50
      TOTAL DISBURSEMENTS DUE         $      0.00
      TOTAL DUE THIS INVOICE          $    577.50



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 27, 2012
0R0806-301016

INVOICE #  800759

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0806-301016  TC Number: NA

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/15/12 | Review and analyzing matter to determine if bankruptcy automatic stay is in place and impact on litigation | L120 | NSR | .10 | 280.00 | 28.00 |

FEES                                              $28.00

AMOUNT DUE THIS BILL                              $28.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      2
AUGUST 27, 2012

0R0806-301016

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Nader Raja | Associate | 280.00 | .10 | 28.00 |
| Total | | | .10 | 28.00 |



**BRADLEY ARANT**
**BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                AUGUST 27, 2012
                                                      0R0806-301016
BILL AMOUNT          $28.00                           INVOICE #  800759

To:    ResCap                    TC Number:        NA
       1100 Virginia Drive       Invoice Date:     08/27/2012
       Fort Washington, PA 19034 Invoice No.       800759
                                 Period ending:    05/31/2012

Case Management Number      LD  0R0806-301016

|                        | Current Invoice | |
| Code Task              | Hours | Fees |
| L120 Analysis/Strategy | 0.10 | $  28.00 |
| ========================= | ===== | ===== |
| TOTAL FEES             | 0.10 | $  28.00 |

TOTAL FEES DUE              $   28.00
TOTAL DISBURSEMENTS DUE     $    0.00
TOTAL DUE THIS INVOICE      $   28.00



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 27, 2012
0R0806-301017

INVOICE #  800760

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0806-301017  TC Number: NA

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/14/12 | Discussion about procedures to protect GMAC's interests | L120 | BG | .40 | 210.00 | 84.00 |
| 05/15/12 | Follow up and review of docket regarding hearing and award of commissioners | L110 | ABB | .20 | 150.00 | 30.00 |
| 05/15/12 | Check docket to see if hearing set on disbursement of funds | L120 | BG | .10 | 210.00 | 21.00 |
| 05/16/12 | Review file for effect of bankruptcy on continued litigation and evaluate whether it is necessary to seek relief from the stay based on non-foreclosure nature of allegations | L120 | BG | .20 | 210.00 | 42.00 |
| 05/21/12 | Draft  Statement of Interest asserting GMAC's superior interest in the eminent domain award | L210 | BG | 1.40 | 210.00 | 294.00 |
| 05/21/12 | Request property valuation for use in drafting Statement of Interest in the subject property | L120 | BG | .10 | 210.00 | 21.00 |
| 05/23/12 | Amend / revise Statement of Interest and finalize for filing | L210 | BG | .80 | 210.00 | 168.00 |
| 05/23/12 | Retrieval and analysis of docket report in order to obtain updated status regarding deposit into court registry | L110 | ABB | .30 | 150.00 | 45.00 |



# BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    2
AUGUST 27, 2012

ResCap

0R0806-301017

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/23/12 | Redaction of documents and preparation of exhibits to be filed with Statement of Interest of GMAC | L110 | ABB | .50 | 150.00 | 75.00 |
| 05/23/12 | Finalize GMAC's Statement of Interest and prepare pleading for filing with the Court and for service upon all parties via federal express and regular U.S mail | L110 | ABB | .50 | 150.00 | 75.00 |
| 05/23/12 | Revised and edited statement of interest of client | L210 | JHP | .40 | 255.00 | 102.00 |
| 05/30/12 | Analysis and review of file materials and draft Litigation Assessment Memo | L110 | ABB | 1.10 | 150.00 | 165.00 |

FEES                              $1,122.00

## DESCRIPTION OF DISBURSEMENTS

05/16/12 Copy Charges                                          0.00
05/17/12 Messenger/Delivery Charges - SPECIAL DELIVERY        480.08
         SERVICE, INC. AB DELIVERY SERVICE-CERTIFIED
         COURT RECORDS
         Bank ID: GENR Check Number: 93509

COSTS                             $480.08

AMOUNT DUE THIS BILL              $1,602.08

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    3
AUGUST 27, 2012

0R0806-301017

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Allison Burke | Paralegal | 150.00 | 2.60 | 390.00 |
| Jon H. Patterson | Associate | 255.00 | .40 | 102.00 |
| Blake Goodsell | Associate | 210.00 | 3.00 | 630.00 |
| Total | | | 6.00 | 1,122.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

BILL AMOUNT        $1,602.08

AUGUST 27, 2012
0R0806-301017
INVOICE #  800760

To:     ResCap                      TC Number:          NA
        1100 Virginia Drive         Invoice Date:       08/27/2012
        Fort Washington, PA 19034   Invoice No.         800760
                                    Period ending:      05/31/2012

Case Management Number      LD  0R0806-301017

|  | | Current Invoice | |
| Code Task | | Hours | Fees |
|---|---|---|---|
| L110 Fact Investigation/Development | | 2.60 | $   390.00 |
| L120 Analysis/Strategy | | 0.80 | $   168.00 |
| L210 Pleadings | | 2.60 | $   564.00 |
| TOTAL FEES | | 6.00 | $ 1,122.00 |

TOTAL FEES DUE              $ 1,122.00
TOTAL DISBURSEMENTS DUE     $   480.08
TOTAL DUE THIS INVOICE      $ 1,602.08



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 27, 2012
0R0806-301018

INVOICE #  800761

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0806-301018   TC Number: NA

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/16/12 | Review case status and analyze impact of bankruptcy stay on case strategy and ability of plaintiff to maintain claims | L120 | CSM | .10 | 295.00 | 29.50 |
| 05/16/12 | Review and analyze complaint and fact package in support of claim evaluation | L110 | CSM | .20 | 295.00 | 59.00 |

FEES                                                $88.50

AMOUNT DUE THIS BILL                                 $88.50

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
AUGUST 27, 2012

0R0806-301018

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Cory S. Menees | Associate | 295.00 | .30 | 88.50 |
| Total | | | .30 | 88.50 |



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

BILL AMOUNT        $88.50

AUGUST 27, 2012
0R0806-301018
INVOICE #  800761

| To: | ResCap<br>1100 Virginia Drive<br>Fort Washington, PA 19034 | TC Number: | NA |
|---|---|---|---|
| | | Invoice Date: | 08/27/2012 |
| | | Invoice No. | 800761 |
| | | Period ending: | 05/31/2012 |

Case Management Number        LD   0R0806-301018

| | | Current Invoice | |
|---|---|---|---|
| Code | Task | Hours | Fees |
| L110 | Fact Investigation/Development | 0.20 | $   59.00 |
| L120 | Analysis/Strategy | 0.10 | $   29.50 |
| | =================================== | | |
| | TOTAL FEES | 0.30 | $   88.50 |
| | TOTAL FEES DUE | | $   88.50 |
| | TOTAL DISBURSEMENTS DUE | | $    0.00 |
| | TOTAL DUE THIS INVOICE | | $   88.50 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 27, 2012
0R0806-301019

INVOICE #   800762

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0806-301019   TC Number: NA

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/15/12 | Provide status update to client | L120 | BG | .20 | 210.00 | 42.00 |
| 05/16/12 | Review and analyze matter to determine information regarding monthly status update | L110 | ABB | .20 | 150.00 | 30.00 |
| 05/22/12 | Draft Notice of Bankruptcy | L210 | BG | .20 | 210.00 | 42.00 |
| 05/23/12 | Revised and edited suggestion of bankruptcy and prepared for filing | L210 | JHP | .20 | 255.00 | 51.00 |

FEES                              $165.00

AMOUNT DUE THIS BILL              $165.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE     2
AUGUST 27, 2012

ResCap

0R0806-301019

FED ID NO. 63-0243316

---

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Allison Burke | Paralegal | 150.00 | .20 | 30.00 |
| Jon H. Patterson | Associate | 255.00 | .20 | 51.00 |
| Blake Goodsell | Associate | 210.00 | .40 | 84.00 |
| Total | | | .80 | 165.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                          AUGUST 27, 2012
                                                0R0806-301019
BILL AMOUNT        $165.00                       INVOICE #  800762

To:    ResCap                    TC Number:          NA
       1100 Virginia Drive       Invoice Date:       08/27/2012
       Fort Washington, PA 19034 Invoice No.         800762
                                 Period ending:      05/31/2012

Case Management Number      LD  0R0806-301019

|  | | Current Invoice | |
|---|---|---|---|
| Code | Task | Hours | Fees |
| L110 | Fact Investigation/Development | 0.20 | $  30.00 |
| L120 | Analysis/Strategy | 0.20 | $  42.00 |
| L210 | Pleadings | 0.40 | $  93.00 |
|  | | ================================ | |
|  | TOTAL FEES | 0.80 | $  165.00 |

                 TOTAL FEES DUE           $   165.00
         TOTAL DISBURSEMENTS DUE          $     0.00
           TOTAL DUE THIS INVOICE         $   165.00



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 27, 2012
0R0806-301020

INVOICE # 800763

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0806-301020  TC Number: NA

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/15/12 | Full file review in preparation for pre-trial conference | L230 | BAW | 5.50 | 305.00 | 1,677.50 |
| 05/16/12 | Prepare for and attend pre-trial conference with Judge Graham | L230 | BAW | 5.80 | 305.00 | 1,769.00 |
| 05/16/12 | Settlement negotiations with plaintiff and his counsel | L160 | BAW | .70 | 305.00 | 213.50 |
| 05/17/12 | Review and analyze matter to determine applicability of bankruptcy stay | L120 | BAW | .30 | 305.00 | 91.50 |
| 05/17/12 | Chart case-specific information for client and bankruptcy counsel | L190 | BAW | .20 | 305.00 | 61.00 |
| 05/18/12 | Report to K.Krull regarding potential settlement | L160 | BAW | .30 | 305.00 | 91.50 |
| 05/18/12 | Work to resolve case with borrower | L160 | BAW | .40 | 305.00 | 122.00 |
| 05/21/12 | Finalize notices of appearance and bankruptcy | L210 | BAW | .20 | 305.00 | 61.00 |
| 05/21/12 | Draft Notice of Appearance and Notice of Bankruptcy | L210 | JAM | .50 | 145.00 | 72.50 |
| 05/21/12 | Draft correspondence to Clerk of Court forwarding Notice of Appearance and Notice of Bankruptcy | L210 | JAM | .20 | 145.00 | 29.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    2
AUGUST 27, 2012

ResCap

0R0806-301020

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/23/12 | Follow up correspondence with K.Krull regarding escrow and forced place insurance | L190 | BAW | .10 | 305.00 | 30.50 |
| 05/23/12 | Correspond with Chatani and counsel regarding potential to resolve complaints | L160 | BAW | .20 | 305.00 | 61.00 |

FEES                                    $4,280.00

### DESCRIPTION OF DISBURSEMENTS

| | | |
|---|---|---|
| 05/21/12 | Airline Tickets - BRIAN WAHL ATTEND PRETRIAL CONF. 5/15/12 - 5/16/12 CHANGE FEE Bank ID: GENR Check Number: 94106 | 50.00 |
| 05/29/12 | Airline Tickets - BRIAN WAHL ATTEND PRETRIAL CONF 5/16/12 Bank ID: GENR Check Number: 94106 | 518.40 |
| 05/21/12 | Travel Expense - BRIAN WAHL ATTEND PRETRIAL CONF. 5/15/12 - 5/16/12 HOTEL Bank ID: GENR Check Number: 94106 | 190.97 |
| 05/21/12 | Travel Expense - BRIAN WAHL ATTEND PRETRIAL CONF. 5/15/12 - 5/16/12 RENTAL CAR Bank ID: GENR Check Number: 94106 | 44.85 |
| 05/21/12 | Travel Expense - BRIAN WAHL ATTEND PRETRIAL CONF. 5/15/12 - 5/16/12 PARKING Bank ID: GENR Check Number: 94106 | 59.00 |
| 05/21/12 | Meal Expense - BRIAN WAHL ATTEND PRETRIAL CONF. 5/15/12 - 5/16/12 Bank ID: GENR Check Number: 94106 | 16.40 |
| 05/21/12 | Express Mail/Fedex | 0.00 |

COSTS                                    $879.62



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    3
AUGUST 27, 2012

0R0806-301020

FED ID NO. 63-0243316

ResCap

AMOUNT DUE THIS BILL                    $5,159.62

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE     4
AUGUST 27, 2012

ResCap

0R0806-301020

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Brian Wahl | Partner | 305.00 | 13.70 | 4,178.50 |
| Jamie Mathews | Paralegal | 145.00 | .70 | 101.50 |
| Total | | | 14.40 | 4,280.00 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    AUGUST 27, 2012
                                                         0R0806-301020
BILL AMOUNT        $5,159.62                              INVOICE #  800763

To:    ResCap                         TC Number:        NA
       1100 Virginia Drive            Invoice Date:     08/27/2012
       Fort Washington, PA 19034      Invoice No.       800763
                                      Period ending:    05/31/2012

Case Management Number       LD  0R0806-301020

                                            Current Invoice
                                       Hours           Fees
Code Task

L120  Analysis/Strategy                 0.30    $       91.50
L160  Settlement/Non-Binding ADR        1.60    $      488.00
L190  Other Case Assessment, Develop't/Admin  0.30  $   91.50
L210  Pleadings                         0.90    $      162.50
L230  Court Mandated Conferences       11.30    $    3,446.50

                                 ===================================
                TOTAL FEES       14.40    $    4,280.00

                TOTAL FEES DUE            $    4,280.00
        TOTAL DISBURSEMENTS DUE           $      879.62
        TOTAL DUE THIS INVOICE           $    5,159.62



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                          AUGUST 27, 2012
1100 Virginia Drive                                            0R0806-301021
Fort Washington, PA 19034

                                                               INVOICE #  800764

                                                               FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0806-301021  TC Number: NA

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/14/12 | Draft and revise answer to petition for condemnation | L210 | MMB | 2.10 | 240.00 | 504.00 |
| 05/14/12 | Prepare answer for filing | L210 | MMB | .30 | 240.00 | 72.00 |
| 05/14/12 | Review and finalize answer to be filed in Bibb County, Georgia | L210 | KSA | .30 | 225.00 | 67.50 |
| 05/15/12 | Analyze effect of bankruptcy filing on case strategy and determine if bankruptcy stay is in place | C300 | MMB | .30 | 240.00 | 72.00 |
| 05/15/12 | Review and analyze matter to determine if bankruptcy stay is in place and, if so, how it will impact the case. | L120 | MST | .20 | 150.00 | 30.00 |
| 05/17/12 | Telephone conference with B.Harris regarding answer and consent order | L210 | MMB | .40 | 240.00 | 96.00 |
| 05/17/12 | Attend to e-mail with K.Krull regarding case strategy, answer, and possible consent order | C300 | MMB | .30 | 240.00 | 72.00 |
| 05/17/12 | Strategize regarding possible consent order and cost-efficient case resolution | C300 | MMB | .20 | 240.00 | 48.00 |
| 05/21/12 | Attend to e-mail with K.Krull regarding discussions with the borrower about disbursement of compensation for condemnation | L190 | MMB | .20 | 240.00 | 48.00 |



### BRADLEY ARANT BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     2
AUGUST 27, 2012

0R0806-301021

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/22/12 | Telephone conference with C.Mapp regarding entry of a consent order regarding funds from condemnation | L190 | MMB | .30 | 240.00 | 72.00 |
| | FEES | | | | | $1,081.50 |
| 05/14/12 | Copy Charges | | | | | 0.00 |
| 05/17/12 | Postage Charges 5/14 4@5.95 Certified | | | | | 0.00 |
| 05/14/12 | Express Mail/Fedex | | | | | 0.00 |
| | AMOUNT DUE THIS BILL | | | | | $1,081.50 |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     3
AUGUST 27, 2012

0R0806-301021

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Melanie Thompson | Paralegal | 150.00 | .20 | 30.00 |
| Keith S. Anderson | Associate | 225.00 | .30 | 67.50 |
| Melissa Burton | Associate | 240.00 | 4.10 | 984.00 |
| Total | | | 4.60 | 1,081.50 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

AUGUST 27, 2012
0R0806-301021

BILL AMOUNT        $1,081.50

INVOICE #  800764

To:    ResCap
       1100 Virginia Drive
       Fort Washington, PA 19034

| | |
|---|---|
| TC Number: | NA |
| Invoice Date: | 08/27/2012 |
| Invoice No. | 800764 |
| Period ending: | 05/31/2012 |

Case Management Number    LD  0R0806-301021

| Code Task | Current Invoice Hours | Fees |
|---|---|---|
| C300 Analysis and Advice | 0.80 | $    192.00 |
| L120 Analysis/Strategy | 0.20 | $     30.00 |
| L190 Other Case Assessment, Develop't/Admin | 0.50 | $    120.00 |
| L210 Pleadings | 3.10 | $    739.50 |
| ========================================= | | |
| TOTAL FEES | 4.60 | $  1,081.50 |
| | | |
| TOTAL FEES DUE | | $  1,081.50 |
| TOTAL DISBURSEMENTS DUE | | $      0.00 |
| TOTAL DUE THIS INVOICE | | $  1,081.50 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 27, 2012
0R0806-301022

INVOICE #  800765

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0806-301022  TC Number: NA

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/15/12 | Email request for additional property petition for eminent domain and review and analysis of pleadings received as well as communication with attorney regarding the same | L120 | KE | .40 | 150.00 | 60.00 |
| 05/16/12 | Review and analyze matter and determine if bankruptcy stay is in place and, if so, how it will affect the case | L190 | JDV | .30 | 250.00 | 75.00 |
| 05/18/12 | Prepare Answer to Eminent Domain Proceeding for service and filing | L210 | JDV | .40 | 250.00 | 100.00 |
| 05/18/12 | Analysis of Petition in Eminent Domain (12-833CA) | L120 | JDV | .30 | 250.00 | 75.00 |
| 05/18/12 | Revise Answer to Petition for Eminent Domain and file with the court as well as provide service upon all parties | L120 | KE | .40 | 150.00 | 60.00 |
| 05/21/12 | Communications with K.Krull regarding other properties that may be serviced by GMAC and thus require representation in the eminent domain proceeding | L190 | JDV | .30 | 250.00 | 75.00 |
| 05/21/12 | Analysis of Notice of Filing Proof of Publication, Summons to Show Cause, Notice of Eminent Domain Proceeding and Notice of Hearing (12-833-CA) | L120 | JDV | .40 | 250.00 | 100.00 |
| 05/29/12 | Attend hearing on notice of eminent domain proceeding | L450 | JDV | 2.00 | 250.00 | 500.00 |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    2
AUGUST 27, 2012

ResCap

0R0806-301022

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/29/12 | Review and analyze Answer to Petition in Eminent Domain received from clerk for case strategy | L120 | KE | .30 | 150.00 | 45.00 |
| 05/31/12 | Review and analyze orders received from court and review of email from attorney regarding instructions on case strategy | L120 | KE | .30 | 150.00 | 45.00 |
| 05/31/12 | Review Order of Taking and Circuit Court Minutes | L210 | JDV | .30 | 250.00 | 75.00 |
| 05/31/12 | Communications with K.Krull regarding Order of Taking and resolution of action | L190 | JDV | .30 | 250.00 | 75.00 |
| 05/31/12 | Draft Motion to Withdraw Funds | L250 | JDV | 1.20 | 250.00 | 300.00 |

FEES                                                    $1,585.00

| 05/15/12 Copy Charges | 0.00 |
|-----------------------|------|
| 05/18/12 Copy Charges | 0.00 |
| 05/21/12 Copy Charges | 0.00 |
| 05/18/12 Express Mail/Fedex | 0.00 |

AMOUNT DUE THIS BILL                    $1,585.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE      3
AUGUST 27, 2012

ResCap

0R0806-301022

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Karalia Ezell | Paralegal | 150.00 | 1.40 | 210.00 |
| Jose D. Vega | Associate | 250.00 | 5.50 | 1,375.00 |
| Total | | | 6.90 | 1,585.00 |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                      AUGUST 27, 2012
                                                           0R0806-301022
BILL AMOUNT        $1,585.00                                INVOICE #  800765

To:    ResCap                          TC Number:          NA
       1100 Virginia Drive             Invoice Date:       08/27/2012
       Fort Washington, PA 19034       Invoice No.         800765
                                       Period ending:      05/31/2012

Case Management Number      LD  0R0806-301022

                                       Current Invoice
                                       Hours           Fees
Code Task

L120 Analysis/Strategy                 2.10     $    385.00
L190 Other Case Assessment, Develop't/Admin   0.90   $   225.00
L210 Pleadings                         0.70     $    175.00
L250 Other Written Motions/Submissions 1.20     $    300.00
L450 Trial and Hearing Attendance      2.00     $    500.00

                              =================================
              TOTAL FEES      6.90     $  1,585.00

              TOTAL FEES DUE           $  1,585.00
      TOTAL DISBURSEMENTS DUE          $      0.00
       TOTAL DUE THIS INVOICE          $  1,585.00



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                        AUGUST 27, 2012
1100 Virginia Drive                                           0R0806-301023
Fort Washington, PA 19034

                                                             INVOICE #  800766

                                                             FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0806-301023   TC Number: NA

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/29/12 | Review initial pleadings and determine applicability of bankruptcy stay | L120 | CM | .50 | 205.00 | 102.50 |
| 05/30/12 | Draft and revise suggestion of bankruptcy for the Vanderburg matter | L210 | CM | .80 | 205.00 | 164.00 |
| 05/30/12 | Draft letter to clerk for Justice of the Peace requesting current docket sheet. | L110 | MST | .30 | 150.00 | 45.00 |
| 05/30/12 | Telephone call and e-mails to and from assistant to Justice of the Peace regarding docket sheet. | L110 | MST | .20 | 150.00 | 30.00 |
| 05/30/12 | Revise Notice of Bankruptcy and prepare for service by certified and regular U.S. Mail. | L210 | MST | .50 | 150.00 | 75.00 |
| 05/30/12 | Draft letter to Justice of the Peace enclosing Notice of Bankruptcy and prepare for filing via Federal Express. | L110 | MST | .40 | 150.00 | 60.00 |
| 05/30/12 | Telephone calls with court clerk regarding Notice of Bankruptcy and Effect of Automatic Stay. | L110 | MST | .20 | 150.00 | 30.00 |
| 05/30/12 | Review new file from client and revise suggestion of bankruptcy | L110 | GWG | .70 | 275.00 | 192.50 |

                              FEES                                    $699.00



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE      2
AUGUST 27, 2012

ResCap

0R0806-301023

FED ID NO. 63-0243316

AMOUNT DUE THIS BILL                $699.00

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE     3
AUGUST 27, 2012

ResCap

0R0806-301023

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Melanie Thompson | Paralegal | 150.00 | 1.60 | 240.00 |
| Graham W. Gerhardt | Partner | 275.00 | .70 | 192.50 |
| Cam Miller | Associate | 205.00 | 1.30 | 266.50 |
| Total | | | 3.60 | 699.00 |



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                AUGUST 27, 2012
                                                      0R0806-301023
BILL AMOUNT        $699.00                            INVOICE #  800766

---

To:    ResCap                        TC Number:        NA
       1100 Virginia Drive           Invoice Date:     08/27/2012
       Fort Washington, PA 19034      Invoice No.       800766
                                      Period ending:    05/31/2012


Case Management Number      LD  0R0806-301023


                                        Current Invoice
                                    Hours           Fees
Code Task

L110 Fact Investigation/Development    1.80    $    357.50
L120 Analysis/Strategy                 0.50    $    102.50
L210 Pleadings                         1.30    $    239.00

                        ===================================
            TOTAL FEES     3.60    $    699.00

            TOTAL FEES DUE            $    699.00
      TOTAL DISBURSEMENTS DUE          $      0.00
      TOTAL DUE THIS INVOICE           $    699.00



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 27, 2012
0R0807-301001

INVOICE # 800767

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0807-301001    TC Number: 717481

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/14/12 | Analyze e-mail regarding plan for proceeding with title insurance and other matters in light of bankruptcy | L140 | MFW | .10 | 236.00 | 23.60 |
| 05/14/12 | Review correspondence from claims counsel and retained counsel regarding progress of curative work for title policy claim | L190 | HEA | .50 | 266.00 | 133.00 |
| 05/14/12 | Review executed release received from GMAC and transmit same by cover letter to claims counsel for title policy claim | L160 | HEA | 1.00 | 266.00 | 266.00 |
| 05/14/12 | Subsequent emails with claims counsel regarding settlement of title policy claim | L160 | HEA | .30 | 266.00 | 79.80 |
| 05/14/12 | Draft and send email to GMAC team regarding status of title policy claim and recommendations | L190 | HEA | .50 | 266.00 | 133.00 |
| 05/15/12 | Review and consider GMAC bankruptcy related issues in context of current recoupment efforts being made for title insurance and title defect cures | L190 | HEA | 1.00 | 266.00 | 266.00 |
| 05/15/12 | Review and consider information provided by GMAC regarding title policy matter and unauthorized release of lien by prior lender | L190 | HEA | 1.00 | 266.00 | 266.00 |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

0R0807-301001

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/15/12 | Draft and send initial email memo to GMAC regarding recoupment options in title policy matter | L190 | HEA | .50 | 266.00 | 133.00 |
| 05/15/12 | Analyze documents including mortgage, note, title policy, title commitment, and claims correspondence in preparation to draft demand letter to insurer | L120 | LG | 1.20 | 185.00 | 222.00 |
| 05/15/12 | Draft letter to insurer asserting GMAC's position and demanding an immediate update on the status of its claim | L120 | LG | .90 | 185.00 | 166.50 |
| 05/15/12 | Call title insurer's claim center in an attempt to obtain an update regarding the claim | L120 | LG | .20 | 185.00 | 37.00 |
| 05/16/12 | Review agenda items and prepare for weekly conference call to discuss title claims, and more recent requests for review | L190 | HEA | 1.20 | 266.00 | 319.20 |
| 05/16/12 | Weekly conference call with L.Holder and A.Gregory regarding status of project and next steps | L190 | HEA | .80 | 266.00 | 212.80 |
| 05/16/12 | Review action items from weekly call and draft internal plan of action for next steps | L190 | HEA | .50 | 266.00 | 133.00 |
| 05/16/12 | Review issues surrounding title claim and draft and send coverage correspondence to title insurer's counsel regarding same | L190 | HEA | 1.00 | 266.00 | 266.00 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    3
AUGUST 27, 2012

0R0807-301001

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 05/16/12 | Draft response letter to title insurer regarding title policy claim including acceptance of settlement money and agreement to cure defect | L190 | HEA | 1.20 | 266.00 | 319.20 |
| 05/16/12 | Draft and send email to HB Stiver on title policy claim regarding status of settlement | L160 | HEA | .20 | 266.00 | 53.20 |
| 05/16/12 | Initial review of title report received from title company on title policy | L120 | ERP | .40 | 150.00 | 60.00 |
| 05/16/12 | Review and analyze coverage correspondence in preparation for drafting a demand letter | L120 | LG | .40 | 185.00 | 74.00 |
| 05/16/12 | Call with GMAC representatives analyzing various claims in order to determine the best methods for recovery | L120 | LG | .80 | 185.00 | 148.00 |
| 05/16/12 | Analysis and review of completed and outstanding assignments for the title claims project in preparation for call discussing strategies for recovery | L120 | LG | .30 | 185.00 | 55.50 |
| 05/16/12 | Communications regarding the case status and next steps for evaluating GMAC's recoupment options on title claim | L120 | LG | .20 | 185.00 | 37.00 |
| 05/17/12 | Review email from claims counsel regarding quitclaim deed to be obtained from third party | L190 | HEA | .20 | 266.00 | 53.20 |
| 05/17/12 | Communications with GMAC regarding documents needed to better assess title claim | L120 | LG | .20 | 185.00 | 37.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE        4
AUGUST 27, 2012

ResCap

0R0807-301001

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/17/12 | Analyze and review title report regarding borrower file | L120 | LG | .30 | 185.00 | 55.50 |
| 05/18/12 | Review and finalize demand letter for title insurance claim | L190 | HEA | 1.00 | 266.00 | 266.00 |
| 05/21/12 | Analyze loan documents including the mortgage, note, title abstract, HUD-1, closing documents, and correspondence in order to provide an initial opinion regarding recovery options | L120 | LG | 2.00 | 185.00 | 370.00 |
| 05/21/12 | Initial review of documents provided by GMAC in preparation of ordering title report | L120 | ERP | .30 | 150.00 | 45.00 |
| 05/21/12 | Communication with title company requesting title report | L120 | ERP | .20 | 150.00 | 30.00 |
| 05/22/12 | Correspondence with claims counsel for regarding claim and penalty payment | L160 | HEA | .50 | 266.00 | 133.00 |
| 05/22/12 | Draft section of initial analysis assessing GMAC's ability to recoup its losses from various insurers, the borrower, or the property | L120 | LG | 2.50 | 185.00 | 462.50 |
| 05/22/12 | Draft fact section of initial analysis assessing GMAC's recovery options on title claim | L120 | LG | 1.30 | 185.00 | 240.50 |
| 05/22/12 | Recovery claims against analyze existence/viability of various companies including the title agent and correspondent lender on title claim | L120 | LG | .50 | 185.00 | 92.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    5
AUGUST 27, 2012

ResCap

0R0807-301001

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/22/12 | Analyze property records to determine whether the funds from the GMAC closing were used to pay off a prior lien | L120 | LG | .50 | 185.00 | 92.50 |
| 05/22/12 | Analyze state law concerning statute of limitations issues in quiet title actions | L120 | LG | 1.20 | 185.00 | 222.00 |
| 05/22/12 | Draft section of memorandum discussing the applicable statute of limitations for quiet title action | L120 | LG | .50 | 185.00 | 92.50 |
| 05/22/12 | Analyze status of various cases in preparation for weekly call discussing strategies for resolving GMACÆs title claim' | L120 | LG | .50 | 185.00 | 92.50 |
| 05/23/12 | Communication with title company regarding status of title report | L120 | ERP | .20 | 150.00 | 30.00 |
| 05/23/12 | Review title report for title claim received from Title company | L120 | ERP | .60 | 150.00 | 90.00 |
| 05/24/12 | Revise memorandum assessing GMACÆs potential recovery options on title claim | L120 | LG | .70 | 185.00 | 129.50 |
| 05/24/12 | Analyze state law concerning the protections offered to a bona fide purchaser for value and the effect of those protections on GMAC's interest in the Property | L120 | LG | 1.80 | 185.00 | 333.00 |
| 05/24/12 | Initial review of title report regarding title policy claim received from title company | L120 | ERP | .40 | 150.00 | 60.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    6
AUGUST 27, 2012

ResCap

0R0807-301001

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/24/12 | Draft section of analysis making recommendation to GMAC regarding how it should proceed on title claim | L120 | LG | .50 | 185.00 | 92.50 |
| 05/24/12 | Correspondence with claims counsel at title insurer regarding title claim | L190 | HEA | .80 | 266.00 | 212.80 |
| 05/24/12 | Correspondence with claims counsel at title insurer regarding claim and execution of quitclaim deed by third party | L190 | HEA | .50 | 266.00 | 133.00 |
| 05/25/12 | Review and analyze correspondence for title claim in preparation of drafting summary | L120 | ERP | 1.90 | 150.00 | 285.00 |
| 05/25/12 | Initial draft of detailed summary of claims correspondence | L120 | ERP | 1.20 | 150.00 | 180.00 |
| 05/25/12 | Call with title company representative to verify claim was received | L120 | LG | .20 | 185.00 | 37.00 |
| 05/25/12 | Communications regarding to whom GMAC's request for information regarding title claim should be addressed | L120 | LG | .10 | 185.00 | 18.50 |
| 05/25/12 | Review and revise draft demand letter to title insurer regarding title claim | L190 | HEA | 1.30 | 266.00 | 345.80 |
| 05/25/12 | Review coverage correspondence for title claim in preparation for final demand letter to title insurer | L190 | HEA | .50 | 266.00 | 133.00 |
| 05/25/12 | Review and finalize demand letter for title claim | L190 | HEA | 1.00 | 266.00 | 266.00 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE      7
AUGUST 27, 2012

ResCap

0R0807-301001

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/25/12 | Correspondence with L.Holder and claims counsel regarding title claim | L190 | HEA | .30 | 266.00 | 79.80 |
| 05/29/12 | Analyze abstract, note, mortgage, assignments, and other documents in order to asses GMAC's ability to recuperate its losses on title claims | L120 | LG | 2.10 | 185.00 | 388.50 |
| 05/29/12 | Draft fact section of memorandum setting forth GMAC's recoupment options regarding title claim | L120 | LG | 1.60 | 185.00 | 296.00 |
| 05/29/12 | Analyze county official records to determine status of lien | L120 | LG | .80 | 185.00 | 148.00 |
| 05/29/12 | Review and consider facts and legal support for possible coverage litigation against title insurer regarding title claim | L190 | HEA | 1.00 | 266.00 | 266.00 |
| 05/29/12 | Correspondence with L.Holder regarding surplus funds on title claim | L190 | HEA | .30 | 266.00 | 79.80 |
| 05/30/12 | Begin drafting section of memorandum discussing GMAC's recoupment options on title claim | L120 | LG | 1.80 | 185.00 | 333.00 |
| 05/30/12 | Analyze and assess GMAC's ability to recover from the closing agent | L120 | LG | .60 | 185.00 | 111.00 |
| 05/30/12 | Attempt to obtain copy of release of lien to verify authenticity | L120 | LG | .20 | 185.00 | 37.00 |
| 05/30/12 | Draft and send email to GMAC liaison counsel regarding bankruptcy and settled title claims | L160 | HEA | .30 | 266.00 | 79.80 |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    8
AUGUST 27, 2012

ResCap

0R0807-301001

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/30/12 | Telephone call with claims counsel at title company regarding title policy claim and impact of bankruptcy on recoupment efforts | L190 | HEA | .50 | 266.00 | 133.00 |
| 05/31/12 | Emails with claims counsel for title claim regarding possible impact of bankruptcy and consider issues regarding same | L190 | HEA | .70 | 266.00 | 186.20 |
| 05/31/12 | Telephone call with and email to retained counsel in matter involving title claim | L190 | HEA | .50 | 266.00 | 133.00 |
| 05/31/12 | Draft and send email to L.Holder regarding status of title claim matter | L190 | HEA | .30 | 266.00 | 79.80 |
| 05/31/12 | Review initial memo and subsequent demand letter for title claim | L190 | HEA | .50 | 266.00 | 133.00 |
| 05/31/12 | Retrieve and initial review of online copy of Release of Deed for title policy title claim | L120 | ERP | .30 | 150.00 | 45.00 |
| 05/31/12 | Initial review of all closing documents, title claim documents, title policy documents, and pleadings received from client on 3/30 | L120 | ERP | .40 | 150.00 | 60.00 |
| 05/31/12 | Initial draft of summary regarding all correspondence received for title claim | L120 | ERP | 1.90 | 150.00 | 285.00 |
| 05/31/12 | Final review and revise summary of all correspondence received on title Claim | L120 | ERP | .60 | 150.00 | 90.00 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    9
AUGUST 27, 2012

0R0807-301001

FED ID NO. 63-0243316

FEES                                        $10,998.50

## DESCRIPTION OF DISBURSEMENTS

| 01 | Copy Charges | 0.00 |
| 07 | Filing Fees | 184.95 |
| 35 | Express Mail/Fedex | 0.00 |
| 41 | Computerized Legal Research-Westlaw | 0.00 |

COSTS                          $184.95

AMOUNT DUE THIS BILL           $11,183.45

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    10
AUGUST 27, 2012

ResCap

0R0807-301001

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Emily R. Powell | Paralegal | 150.00 | 8.40 | 1,260.00 |
| Hall Eady | Partner | 266.00 | 19.90 | 5,293.40 |
| Michael Walker | Associate | 236.00 | .10 | 23.60 |
| Lee Gilley | Associate | 185.00 | 23.90 | 4,421.50 |
| Total | | | 52.30 | 10,998.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                              AUGUST 27, 2012
                                                    0R0807-301001
BILL AMOUNT        $11,183.45                        INVOICE #  800767

To:    ResCap                        TC Number:           717481
       1100 Virginia Drive           Invoice Date:        08/27/2012
       Fort Washington, PA 19034     Invoice No.          800767
                                     Period ending:       05/31/2012

Case Management Number      LD  0R0807-301001

|                                    | Current Invoice | |
| Code Task                          | Hours | Fees |
|------------------------------------|-------|------|
| L120 Analysis/Strategy             | 32.30 | $  5,681.50 |
| L140 Document/File Management       | 0.10  | $     23.60 |
| L160 Settlement/Non-Binding ADR     | 2.30  | $    611.80 |
| L190 Other Case Assessment, Develop't/Admin | 17.60 | $  4,681.60 |

==================================
|                    TOTAL FEES    | 52.30 | $ 10,998.50 |

                    TOTAL FEES DUE          $ 10,998.50
           TOTAL DISBURSEMENTS DUE          $    184.95
              TOTAL DUE THIS INVOICE        $ 11,183.45



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 27, 2012
0R0808-097885

INVOICE #  800768

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0808-097885   TC Number: 687622

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/15/12 | Draft status report for client regarding judicial foreclosure | B110 | TRL | .20 | 293.00 | 58.60 |
| 05/15/12 | Exchange emails with client regarding status of foreclosure | L160 | TRL | .20 | 293.00 | 58.60 |
| 05/15/12 | Analyze GMAC email regarding loss mitigation efforts and determine action items to close file  pending judicial foreclosure by judgment creditor | L160 | TRL | .40 | 293.00 | 117.20 |
| 05/15/12 | Review state court docket sheet and analyze whether pending litigation is affected by automatic bankruptcy stay to complete GMAC bankruptcy spreadsheet report | B110 | TRL | .60 | 293.00 | 175.80 |

FEES                                        $410.20

AMOUNT DUE THIS BILL              $410.20

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     2
AUGUST 27, 2012

0R0808-097885

FED ID NO. 63-0243316

---

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Thomas Ryan Lynch | Associate | 293.00 | 1.40 | 410.20 |
| Total | | | 1.40 | 410.20 |

MATTER SUMMARY

FEES BILLED TO DATE        $13,393.27
COST BILLED TO DATE         $593.57



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

BILL AMOUNT          $410.20

AUGUST 27, 2012
0R0808-097885
INVOICE #  800768

To:    ResCap                          TC Number:        687622
       1100 Virginia Drive             Invoice Date:     08/27/2012
       Fort Washington, PA 19034       Invoice No.       800768
                                       Period ending:    05/31/2012

Case Management Number      LD   0R0808-097885

|  |  | Current Invoice | |
|---|---|---|---|
| Code | Task | Hours | Fees |
| B110 | Case Administration | 0.80 | $   234.40 |
| L160 | Settlement/Non-Binding ADR | 0.60 | $   175.80 |
| | TOTAL FEES | 1.40 | $   410.20 |

              TOTAL FEES DUE          $    410.20
       TOTAL DISBURSEMENTS DUE        $      0.00
       TOTAL DUE THIS INVOICE         $    410.20



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                              AUGUST 27, 2012
1100 Virginia Drive                                                0R0808-104171
Fort Washington, PA 19034

                                                                   INVOICE #  800769

                                                                   FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0808-104171  TC Number: 691867

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/14/12 | Calls with 9th Circuit Clerk regarding record excerpts | L250 | SBSM | .20 | 355.00 | 71.00 |
| 05/14/12 | Investigate status of record excerpts and supplemental record excerpts | L250 | SBSM | .50 | 355.00 | 177.50 |
| 05/15/12 | Research regarding record excerpts per the Court's request and correspondence to clerk of court regarding same | L510 | AHC | .40 | 145.00 | 58.00 |
| 05/29/12 | Review decision affirming judgment | L510 | MJA | .30 | 297.00 | 89.10 |

                         FEES                                      $395.60

  01      Copy Charges                                    0.00

                         AMOUNT DUE THIS BILL                      $395.60

                 ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE     2
AUGUST 27, 2012

ResCap

0R0808-104171

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Scott B. Smith | Partner | 355.00 | .70 | 248.50 |
| Marc J. Ayers | Partner | 297.00 | .30 | 89.10 |
| Alecia H. Cockrell | Paralegal | 145.00 | .40 | 58.00 |
| Total | | | 1.40 | 395.60 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                              AUGUST 27, 2012
                                                    0R0808-104171
BILL AMOUNT          $395.60                        INVOICE #  800769

To:    ResCap                        TC Number:        691867
       1100 Virginia Drive           Invoice Date:     08/27/2012
       Fort Washington, PA 19034     Invoice No.       800769
                                     Period ending:    05/31/2012

Case Management Number      LD  0R0808-104171

|  |  | Current Invoice | |
| Code Task |  | Hours | Fees |
| L250 Other Written Motions/Submissions | | 0.70 | $  248.50 |
| L510 Appellate Motions and Submissions | | 0.70 | $  147.10 |
| | ================================= | | |
| TOTAL FEES | | 1.40 | $  395.60 |
| TOTAL FEES DUE | | | $  395.60 |
| TOTAL DISBURSEMENTS DUE | | | $    0.00 |
| TOTAL DUE THIS INVOICE | | | $  395.60 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 27, 2012
0R0808-104980

INVOICE #  800770

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0808-104980   TC Number: 698077

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/14/12 | Analyze client documents from GMAC FTP site | L140 | JCO | 1.00 | 162.00 | 162.00 |
| 05/14/12 | Prepare for deposition and effect of automatic stay on same | L330 | ASI | 1.00 | 249.00 | 249.00 |
| 05/14/12 | Evaluate status of Dallas depositions in light of bankruptcy | L330 | SMC | .30 | 358.00 | 107.40 |
| 05/16/12 | Determine if bankruptcy stay is in place and, if so, how it will impact the case | L120 | LADA | .20 | 65.00 | 13.00 |
| 05/17/12 | Draft suggestion of bankruptcy | L210 | ASI | .50 | 249.00 | 124.50 |
| 05/22/12 | Emails to and from plaintiff attorney objection to automatic stay | L210 | SMC | .60 | 358.00 | 214.80 |
| 05/23/12 | Work on automatic stay objection from plaintiff and related issues | L210 | SMC | .80 | 358.00 | 286.40 |
| 05/24/12 | Analyze claims that were dismissed and claims that are still pending against individually named employee defendants | L190 | LADA | 1.50 | 65.00 | 97.50 |
| 05/29/12 | Research court docket for withdrawal of plaintiffs' objection to GMAC's filed suggestion of bankruptcy | L190 | LADA | .20 | 65.00 | 13.00 |
| 05/29/12 | Review opposition to notice of bankruptcy and analyze withdrawal of same | L210 | ASI | .50 | 249.00 | 124.50 |



## BRADLEY ARANT
## BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
AUGUST 27, 2012

0R0808-104980

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/29/12 | Exchange e-mails with N.Campbell regarding employee defendants, status of suit, and motion to extend stay to employees | L110 | CWH | .20 | 330.00 | 66.00 |

|  |  |  |  |
|--|--|--|--|
|  | FEES |  | $1,458.10 |
| 35 | Express Mail/Fedex | 0.00 |  |
|  | AMOUNT DUE THIS BILL |  | $1,458.10 |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE     3
AUGUST 27, 2012

ResCap

0R0808-104980

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Stewart M. Cox | Partner | 358.00 | 1.70 | 608.60 |
| Christian W. Hancock | Partner | 330.00 | .20 | 66.00 |
| Avery Simmons | Associate | 249.00 | 2.00 | 498.00 |
| Lucinda Kish | Paralegal | 65.00 | 1.90 | 123.50 |
| Jennifer Cooper | Lit. Support | 162.00 | 1.00 | 162.00 |
| Total | | | 6.80 | 1,458.10 |



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                AUGUST 27, 2012
                                                      0R0808-104980
BILL AMOUNT        $1,458.10                          INVOICE #  800770

To:    ResCap                      TC Number:        698077
       1100 Virginia Drive         Invoice Date:     08/27/2012
       Fort Washington, PA 19034   Invoice No.       800770
                                   Period ending:    05/31/2012

Case Management Number    LD   0R0808-104980

                                          Current Invoice
                                       Hours           Fees
Code Task

L110  Fact Investigation/Development       0.20    $     66.00
L120  Analysis/Strategy                    0.20    $     13.00
L140  Document/File Management             1.00    $    162.00
L190  Other Case Assessment, Develop't/Admin  1.70  $   110.50
L210  Pleadings                            2.40    $    750.20
L330  Depositions                          1.30    $    356.40

                    ==================================
              TOTAL FEES      6.80    $  1,458.10

                    TOTAL FEES DUE          $  1,458.10
              TOTAL DISBURSEMENTS DUE       $      0.00
               TOTAL DUE THIS INVOICE       $  1,458.10



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                          AUGUST 27, 2012
1100 Virginia Drive                             0R0808-105192
Fort Washington, PA 19034

                                                INVOICE #  800772

                                                FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0808-105192   TC Number: 694816

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/15/12 | Analyze docket to determine if any parties have been dismissed | L120 | BG | .10 | 190.00 | 19.00 |
| 05/15/12 | Send correspondence to local counsel regarding notice of appearance, bankruptcy | L120 | BG | .20 | 190.00 | 38.00 |
| 05/15/12 | Develop plan of action regarding bankruptcy filing | L120 | BG | .10 | 190.00 | 19.00 |
| 05/15/12 | Review file for effect of bankruptcy on continued litigation and evaluate whether it is necessary to seek relief from the stay based on multiple parties named that are not subject to the stay | L120 | BG | .20 | 190.00 | 38.00 |
| 05/18/12 | Discuss case  to determine plan of action after bankruptcy | L120 | BG | .30 | 190.00 | 57.00 |
| 05/22/12 | Draft Notice of Bankruptcy | L210 | BG | .20 | 190.00 | 38.00 |
| 05/23/12 | Analyze pleadings filed in matter and outstanding discovery | L120 | BG | .30 | 190.00 | 57.00 |

                         FEES                              $266.00

### DESCRIPTION OF DISBURSEMENTS

         61        Local Counsel Fees                        26.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
AUGUST 27, 2012

0R0808-105192

FED ID NO. 63-0243316

COSTS                                      $26.00

AMOUNT DUE THIS BILL              $292.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    3
AUGUST 27, 2012

0R0808-105192

FED ID NO. 63-0243316

**INDIVIDUAL SUMMARY**

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Blake Goodsell | Associate | 190.00 | 1.40 | 266.00 |
| Total | | | 1.40 | 266.00 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

BILL AMOUNT        $292.00

AUGUST 27, 2012
0R0808-105192
INVOICE #  800772

To:    ResCap                          TC Number:        694816
       1100 Virginia Drive             Invoice Date:     08/27/2012
       Fort Washington, PA 19034       Invoice No.       800772
                                       Period ending:    05/31/2012

Case Management Number      LD  0R0808-105192

|  |  | Current Invoice | |
|---|---|---|---|
| Code | Task | Hours | Fees |
| L120 | Analysis/Strategy | 1.20 | $  228.00 |
| L210 | Pleadings | 0.20 | $   38.00 |
| | | ==================================== | |
| | TOTAL FEES | 1.40 | $  266.00 |

TOTAL FEES DUE              $  266.00
TOTAL DISBURSEMENTS DUE     $   26.00
TOTAL DUE THIS INVOICE      $  292.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 27, 2012
0R0808-108064

INVOICE #  800773

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0808-108064  TC Number: 696974

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/23/12 | Draft and file notice of bankruptcy and automatic stay | | ATT | .40 | 228.00 | 91.20 |

|  | FEES |  |  |  |  | $91.20 |
|---|------|---|---|---|---|--------|
| 01 | Copy Charges |  |  |  | 0.00 |  |
| 35 | Express Mail/Fedex |  |  |  | 0.00 |  |
|  | AMOUNT DUE THIS BILL |  |  |  |  | $91.20 |

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    2
AUGUST 27, 2012

ResCap

0R0808-108064

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Ann T. Taylor | Associate | 228.00 | .40 | 91.20 |
| Total | | | .40 | 91.20 |



### BRADLEY ARANT
### BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

AUGUST 27, 2012
0R0808-108064

BILL AMOUNT          $91.20

INVOICE #  800773

To:    ResCap
       1100 Virginia Drive
       Fort Washington, PA 19034

TC Number:        696974
Invoice Date:     08/27/2012
Invoice No.       800773
Period ending:    05/31/2012

Case Management Number      LD   0R0808-108064

|  | Current Invoice | |
|---|---|---|
| Code Task | Hours | Fees |
| | 0.40 | $  91.20 |
| | ================================= | |
| TOTAL FEES | 0.40 | $  91.20 |
| TOTAL FEES DUE | $ | 91.20 |
| TOTAL DISBURSEMENTS DUE | $ | 0.00 |
| TOTAL DUE THIS INVOICE | $ | 91.20 |



**BRADLEY ARANT**
**BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    AUGUST 27, 2012
1100 Virginia Drive                                      0R0808-108317
Fort Washington, PA 19034

                                                        INVOICE #  800774

                                                        FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0808-108317  TC Number: 696873

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/14/12 | Prepare for and participate in telephone conference with S.McGinnis regarding appeal issues | L120 | EAF | .70 | 358.00 | 250.60 |
| 05/15/12 | Prepare information relative to case for bankruptcy proceedings | L120 | EAF | .20 | 358.00 | 71.60 |

                              FEES                           $322.20

                    AMOUNT DUE THIS BILL                     $322.20

                ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE     2
AUGUST 27, 2012

ResCap

0R0808-108317

FED ID NO. 63-0243316

---

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Eric A. Frechtel | Partner | 358.00 | .90 | 322.20 |
| Total | | | .90 | 322.20 |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

AUGUST 27, 2012
0R0808-108317

BILL AMOUNT          $322.20

INVOICE #  800774

| To: | ResCap | TC Number: | 696873 |
|-----|--------|------------|--------|
| | 1100 Virginia Drive | Invoice Date: | 08/27/2012 |
| | Fort Washington, PA 19034 | Invoice No. | 800774 |
| | | Period ending: | 05/31/2012 |

Case Management Number     LD  0R0808-108317

| Code Task | Current Invoice | |
|-----------|-------|------|
| | Hours | Fees |
| L120 Analysis/Strategy | 0.90 | $ 322.20 |
| =========================== | | |
| TOTAL FEES | 0.90 | $ 322.20 |
| TOTAL FEES DUE | | $ 322.20 |
| TOTAL DISBURSEMENTS DUE | | $ 0.00 |
| TOTAL DUE THIS INVOICE | | $ 322.20 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 27, 2012
0R0808-109205

INVOICE #  800775

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0808-109205   TC Number: 705942

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/14/12 | Meeting with T.Lynch on how to proceed with appeal of bankruptcy filing | B150 | EHI | .50 | 450.00 | 225.00 |
| 05/14/12 | Review material on whether the pending appeal is stayed by Chapter 11 filing | B110 | EHI | 1.20 | 450.00 | 540.00 |
| 05/14/12 | Formulate conclusion as to position on the automatic stay | B110 | EHI | .30 | 450.00 | 135.00 |
| 05/14/12 | Analyze effect of bankruptcy stay on pending appeal of judgment in favor of GMAC | B110 | TRL | .40 | 293.00 | 117.20 |
| 05/14/12 | Draft memo regarding effect of bankruptcy stay on pending appeal of judgment in favor GMAC | B110 | TRL | .50 | 293.00 | 146.50 |
| 05/14/12 | Conduct research regarding stay of appeal | C200 | ATH | 1.00 | 131.00 | 131.00 |
| 05/15/12 | Review state court docket sheet and analyze whether pending litigation is affected by automatic bankruptcy stay | B140 | TRL | .30 | 293.00 | 87.90 |
| 05/15/12 | Draft status report regarding pending appeal | B110 | TRL | .10 | 293.00 | 29.30 |
| 05/17/12 | Review and respond to email from G.Albright regarding appeal status | B110 | TRL | .20 | 293.00 | 58.60 |

FEES                                           $1,470.50



## BRADLEY ARANT
## BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    2
AUGUST 27, 2012

ResCap

0R0808-109205

FED ID NO. 63-0243316

41      Computerized Legal Research-Westlaw                      0.00

AMOUNT DUE THIS BILL                   $1,470.50

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS LLP**

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE     3
AUGUST 27, 2012

ResCap

0R0808-109205

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Emil Hirsch | Partner | 450.00 | 2.00 | 900.00 |
| Thomas Ryan Lynch | Associate | 293.00 | 1.50 | 439.50 |
| Andrew Thompson | Paralegal | 131.00 | 1.00 | 131.00 |
| Total | | | 4.50 | 1,470.50 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    AUGUST 27, 2012
                                                         0R0808-109205
BILL AMOUNT        $1,470.50                              INVOICE #  800775

To:    ResCap                        TC Number:        705942
       1100 Virginia Drive           Invoice Date:     08/27/2012
       Fort Washington, PA 19034     Invoice No.       800775
                                     Period ending:    05/31/2012

Case Management Number        LD  0R0808-109205

|  |  | Current Invoice | |
|---|---|---|---|
| Code | Task | Hours | Fees |
| B110 | Case Administration | 2.70 | $  1,026.60 |
| B140 | Relief from Stay/Adequate Protection Pro | 0.30 | $     87.90 |
| B150 | Meetings of and Comunications with Credi | 0.50 | $    225.00 |
| C200 | Researching Law | 1.00 | $    131.00 |

```
                         ===============================
            TOTAL FEES     4.50    $  1,470.50

                 TOTAL FEES DUE           $  1,470.50
         TOTAL DISBURSEMENTS DUE          $      0.00
          TOTAL DUE THIS INVOICE          $  1,470.50
```



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                           AUGUST 27, 2012
1100 Virginia Drive                              0R0808-109909
Fort Washington, PA 19034

                                                 INVOICE #  800776
                                                 FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0808-109909  TC Number: 693531

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/16/12 | Analyze matter to determine if bankruptcy stay is in place and if so how it will impact the case | L120 | CLHA | .20 | 345.00 | 69.00 |

                              FEES                          $69.00

                              AMOUNT DUE THIS BILL          $69.00

                   ***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
AUGUST 27, 2012

0R0808-109909

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christopher L. Hawkins | Partner | 345.00 | .20 | 69.00 |
| Total | | | .20 | 69.00 |



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    AUGUST 27, 2012
                                                         0R0808-109909
BILL AMOUNT          $69.00                              INVOICE #  800776

To:   ResCap                     TC Number:           693531
      1100 Virginia Drive        Invoice Date:        08/27/2012
      Fort Washington, PA 19034  Invoice No.          800776
                                 Period ending:       05/31/2012

Case Management Number     LD   0R0808-109909

|                          | Current Invoice | |
| Code Task                | Hours | Fees |
| L120 Analysis/Strategy   | 0.20  | $   69.00 |

|                          |  |  |
| TOTAL FEES               | 0.20 | $   69.00 |

|  |  |
| TOTAL FEES DUE           | $   69.00 |
| TOTAL DISBURSEMENTS DUE  | $    0.00 |
| TOTAL DUE THIS INVOICE   | $   69.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                    AUGUST 27, 2012
1100 Virginia Drive                                      0R0808-109948
Fort Washington, PA 19034

                                                         INVOICE #  800777

                                                         FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0808-109948  TC Number: 682615

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/16/12 | Analyze matter to determine if bankruptcy stay is in place and if so how it will impact the case | L120 | CLHA | .20 | 345.00 | 69.00 |

                                           FEES                    $69.00

                              AMOUNT DUE THIS BILL                 $69.00

                    ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE     2
AUGUST 27, 2012

ResCap

0R0808-109948

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christopher L. Hawkins | Partner | 345.00 | .20 | 69.00 |
| Total | | | .20 | 69.00 |



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

AUGUST 27, 2012
0R0808-109948

BILL AMOUNT          $69.00

INVOICE #  800777

To:   ResCap                          TC Number:         682615
      1100 Virginia Drive             Invoice Date:      08/27/2012
      Fort Washington, PA 19034       Invoice No.        800777
                                      Period ending:     05/31/2012

Case Management Number      LD   0R0808-109948

|                        | Current Invoice | |
| Code Task              | Hours | Fees |
|------------------------|-------|------|
| L120 Analysis/Strategy | 0.20  | $  69.00 |
| ======================================== | | |
| TOTAL FEES             | 0.20  | $  69.00 |

| | |
|---|---|
| TOTAL FEES DUE | $  69.00 |
| TOTAL DISBURSEMENTS DUE | $   0.00 |
| TOTAL DUE THIS INVOICE | $  69.00 |



### BRADLEY ARANT
### BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 27, 2012
0R0808-109965

INVOICE # 800778

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0808-109965   TC Number: 682614

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/16/12 | Analyze matter to determine if bankruptcy stay is in place and, if so, how it will impact the case | L120 | CLHA | .20 | 345.00 | 69.00 |

FEES                                    $69.00

AMOUNT DUE THIS BILL                    $69.00

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    2
AUGUST 27, 2012

ResCap

0R0808-109965

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christopher L. Hawkins | Partner | 345.00 | .20 | 69.00 |
| Total | | | .20 | 69.00 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                              AUGUST 27, 2012
                                                    0R0808-109965

BILL AMOUNT          $69.00                         INVOICE #  800778

To:    ResCap                    TC Number:         682614
       1100 Virginia Drive       Invoice Date:      08/27/2012
       Fort Washington, PA 19034 Invoice No.        800778
                                 Period ending:     05/31/2012

Case Management Number      LD   0R0808-109965

|  | Current Invoice | |
| Code Task | Hours | Fees |
|---|---|---|
| L120 Analysis/Strategy | 0.20 | $    69.00 |
| TOTAL FEES | 0.20 | $    69.00 |
| TOTAL FEES DUE |  | $    69.00 |
| TOTAL DISBURSEMENTS DUE |  | $     0.00 |
| TOTAL DUE THIS INVOICE |  | $    69.00 |



### BRADLEY ARANT
### BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 27, 2012
0R0808-301001

INVOICE #  800779

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0808-301001  TC Number: 710503

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/14/12 | Draft exception in response to reconventional demand for damages | L210 | ASI | 1.90 | 249.00 | 473.10 |
| 05/15/12 | Finalize and file brief, exception, and notice of hearing | L240 | ASI | .40 | 249.00 | 99.60 |
| 05/15/12 | Finalize amended brief and prepare corresponding exhibits in response to borrower's amended petition | L210 | LADA | .80 | 65.00 | 52.00 |
| 05/15/12 | Finalize motion to cancel May 29, 2012 hearing on borrower's petition and reset the hearing for another date | L210 | LADA | .80 | 65.00 | 52.00 |
| 05/15/12 | Draft motion to set hearing on dilatory exception | L210 | LADA | .60 | 65.00 | 39.00 |
| 05/15/12 | Telephone conference with Division B law clerk regarding dilatory exception filing | L210 | LADA | .30 | 65.00 | 19.50 |
| 05/15/12 | Telephone conference with Division B Minute Clerk regarding removal of hearing set for May 29 on borrower's petition and rescheduling due to borrower filing amended petition | L210 | LADA | .50 | 65.00 | 32.50 |
| 05/15/12 | Telephone conference with client regarding strategy | L210 | LADA | .70 | 65.00 | 45.50 |
| 05/18/12 | Review issues relating to effect of bankruptcy and need to file a notice of bankruptcy | L120 | HTC | .10 | 315.00 | 31.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    2
AUGUST 27, 2012

ResCap

0R0808-301001

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 05/18/12 | Review filed memorandum and motions to set for hearing | L140 | LADA | .30 | 65.00 | 19.50 |
| 05/18/12 | Receipt and review of borrower's opposition to Deutsche Bank's memorandum in opposition to borrower's petition for injunction | L140 | LADA | .30 | 65.00 | 19.50 |
| 05/22/12 | Review opposition to motion to set hearing filed by borrower | L210 | MCG | .80 | 323.00 | 258.40 |
| 05/22/12 | Revise strategy regarding  response to opposition to motion to set hearing | L120 | MCG | .20 | 323.00 | 64.60 |
| 05/22/12 | Review pleadings and procedural history and evaluate potential strategies | L210 | BG | .80 | 190.00 | 152.00 |
| 05/22/12 | Telephone conference with Clerk regarding resetting of hearing on borrower's petition and setting hearing on dilatory exception | L250 | LADA | .30 | 65.00 | 19.50 |
| 05/23/12 | Telephone conference with P.Breeden, counsel for borrower, regarding cancellation of original hearing on borrower's petition for injunction and resetting date to coincide with hearing on dilatory exception, including his current schedule and possible need to file for continuance of newly set motions | L430 | LADA | .50 | 65.00 | 32.50 |

FEES

$1,410.70



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    3
AUGUST 27, 2012

0R0808-301001

FED ID NO. 63-0243316

### DESCRIPTION OF DISBURSEMENTS

| | | |
|---|---|---|
| 01 | Copy Charges | 0.00 |
| 07 | Filing Fees | 942.24 |
| 35 | Express Mail/Fedex | 0.00 |
| 70S | Ready Conference | 7.18 |

COSTS                          $949.42

AMOUNT DUE THIS BILL          $2,360.12

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    4
AUGUST 27, 2012

ResCap

0R0808-301001

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Hope Cannon | Partner | 315.00 | .10 | 31.50 |
| Michael C. Griffin | Partner | 323.00 | 1.00 | 323.00 |
| Avery Simmons | Associate | 249.00 | 2.30 | 572.70 |
| Blake Goodsell | Associate | 190.00 | .80 | 152.00 |
| Lucinda Kish | Paralegal | 65.00 | 5.10 | 331.50 |
| Total | | | 9.30 | 1,410.70 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                          AUGUST 27, 2012
                                                0R0808-301001
BILL AMOUNT        $2,360.12                     INVOICE #  800779

_____

To:    ResCap                    TC Number:        710503
       1100 Virginia Drive       Invoice Date:     08/27/2012
       Fort Washington, PA 19034  Invoice No.       800779
                                  Period ending:    05/31/2012


Case Management Number      LD  0R0808-301001


                                     Current Invoice
Code Task                            Hours         Fees

L120 Analysis/Strategy                0.30    $      96.10
L140 Document/File Management         0.60    $      39.00
L210 Pleadings                        7.20    $   1,124.00
L240 Dispositive Motions              0.40    $      99.60
L250 Other Written Motions/Submissions 0.30   $      19.50
L430 Written Motions/Submissions      0.50    $      32.50

                            ==================================
              TOTAL FEES      9.30    $   1,410.70

              TOTAL FEES DUE          $   1,410.70
      TOTAL DISBURSEMENTS DUE         $     949.42
      TOTAL DUE THIS INVOICE          $   2,360.12



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                        AUGUST 27, 2012
1100 Virginia Drive                                          0R0808-301003
Fort Washington, PA 19034

                                                             INVOICE #  800780

                                                             FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0808-301003   TC Number: 713139

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/14/12 | Teleconference with plaintiff's counsel regarding bankruptcy and automatic stay of case | L120 | DBO | .30 | 345.00 | 103.50 |
| 05/14/12 | Review witness and exhibit lists from Stern | L210 | JST | .10 | 345.00 | 34.50 |
| 05/14/12 | Review updated information on bankruptcy filing | L210 | JST | .10 | 345.00 | 34.50 |
| 05/15/12 | Correspondence regarding filing of suggestion of bankruptcy | L120 | DBO | .20 | 345.00 | 69.00 |
| 05/16/12 | Analyze matter and determine if bankruptcy stay is in place and, if so, how it will affect the case | L190 | JDV | .30 | 219.00 | 65.70 |
| 05/17/12 | Conduct legal research regarding issues presented in case | L110 | AHC | .30 | 145.00 | 43.50 |
| 05/18/12 | File suggestion of bankruptcy | L120 | DBO | .20 | 345.00 | 69.00 |
| 05/29/12 | Prepared for and attended joint defense call with all servicers regarding status of lawsuits | L120 | DBO | .60 | 345.00 | 207.00 |

                              FEES                                      $626.70



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
AUGUST 27, 2012

0R0808-301003

FED ID NO. 63-0243316

AMOUNT DUE THIS BILL                    $626.70

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

0R0808-301003

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| John Smith T | Partner | 345.00 | .20 | 69.00 |
| D. Brian O'Dell | Partner | 345.00 | 1.30 | 448.50 |
| Alecia H. Cockrell | Paralegal | 145.00 | .30 | 43.50 |
| Jose D. Vega | Associate | 219.00 | .30 | 65.70 |
| Total | | | 2.10 | 626.70 |



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          AUGUST 27, 2012
                                                               0R0808-301003
BILL AMOUNT          $626.70                                   INVOICE #  800780

To:   ResCap                          TC Number:        713139
      1100 Virginia Drive             Invoice Date:     08/27/2012
      Fort Washington, PA 19034       Invoice No.       800780
                                      Period ending:    05/31/2012

Case Management Number      LD  0R0808-301003

|                                              | Current Invoice | |
| Code Task                                    | Hours | Fees |
|----------------------------------------------|-------|------|
| L110 Fact Investigation/Development          | 0.30  | $   43.50 |
| L120 Analysis/Strategy                       | 1.30  | $  448.50 |
| L190 Other Case Assessment, Develop't/Admin  | 0.30  | $   65.70 |
| L210 Pleadings                               | 0.20  | $   69.00 |
|                                              | ================================ | |
| TOTAL FEES                                   | 2.10  | $  626.70 |

                    TOTAL FEES DUE              $    626.70
              TOTAL DISBURSEMENTS DUE           $      0.00
              TOTAL DUE THIS INVOICE            $    626.70



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 27, 2012
0R0808-301004

INVOICE # 800781

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0808-301004   TC Number: 713214

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/15/12 | Complete bankruptcy spreadsheet for GMAC | L250 | MRP | .20 | 424.00 | 84.80 |
| 05/16/12 | Prepare, proof, and revise notice of stay | L250 | MRP | .30 | 424.00 | 127.20 |
| 05/21/12 | File Notice of Bankruptcy and Effect of Automatic Stay in the district court (Western District of Kentucky) action (separate Notice to be filed in the Sixth Circuit). | L250 | JDR | .30 | 293.00 | 87.90 |
| 05/23/12 | Review docket entry from clerk directing that suggestion of bankruptcy be refiled under another category. | L510 | JDR | .10 | 293.00 | 29.30 |
| 05/23/12 | Telephone conference with court clerk and follow up voicemail to case manager regarding filing of notice of bankruptcy. | L510 | JDR | .10 | 293.00 | 29.30 |
| 05/24/12 | E-mail correspondence with L.Delehy regarding filing of notices of bankruptcy in Western District of Kentucky and Sixth Circuit Court of Appeals. | L510 | JDR | .10 | 293.00 | 29.30 |
| 05/24/12 | Call with J.D. Kermode regarding same notice of bankruptcy | L510 | JDR | .30 | 293.00 | 87.90 |

FEES                                                         $475.70



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE     2
AUGUST 27, 2012

ResCap

0R0808-301004

FED ID NO. 63-0243316

AMOUNT DUE THIS BILL                                    $475.70

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE     3
AUGUST 27, 2012

ResCap

0R0808-301004

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Michael R. Pennington | Partner | 424.00 | .50 | 212.00 |
| Jonathan Rose | Partner | 293.00 | .90 | 263.70 |
| Total | | | 1.40 | 475.70 |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

AUGUST 27, 2012
0R0808-301004

BILL AMOUNT         $475.70

INVOICE #  800781

To:    ResCap
       1100 Virginia Drive
       Fort Washington, PA 19034

TC Number:        713214
Invoice Date:     08/27/2012
Invoice No.       800781
Period ending:    05/31/2012

Case Management Number     LD  0R0808-301004

| Code Task | Current Invoice Hours | Fees |
|---|---|---|
| L250 Other Written Motions/Submissions | 0.80 | $ 299.90 |
| L510 Appellate Motions and Submissions | 0.60 | $ 175.80 |
| TOTAL FEES | 1.40 | $ 475.70 |

TOTAL FEES DUE            $   475.70
TOTAL DISBURSEMENTS DUE   $     0.00
TOTAL DUE THIS INVOICE    $   475.70



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 27, 2012
0R0808-301005

INVOICE # 800782

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0808-301005   TC Number: 713701

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/15/12 | Analyze matter to determine if bankruptcy stay is in place and, if so, how it will impact the case | L110 | ABB | .20 | 150.00 | 30.00 |
| 05/16/12 | Review file for effect of bankruptcy on continued litigation and evaluate whether it is necessary to seek relief from the stay based on ongoing discovery dispute | L120 | BG | .20 | 190.00 | 38.00 |
| 05/17/12 | Multiple telephone conferences with court coordinator regarding upcoming hearing on Motion to Compel | L110 | ABB | .30 | 150.00 | 45.00 |
| 05/17/12 | Analyze docket report in Saline County in order to view images regarding case | L110 | ABB | .30 | 150.00 | 45.00 |
| 05/18/12 | Telephone conferences to and from court regarding hearing | L110 | ABB | .20 | 150.00 | 30.00 |
| 05/18/12 | Email to counsel for borrowers advising that hearing on motion to compel was continued | L210 | JHP | .10 | 245.00 | 24.50 |
| 05/21/12 | Telephone call with court reporters regarding cancellation of depositions | L110 | ABB | .20 | 150.00 | 30.00 |
| 05/21/12 | Assimilation and compilation of filed Joint Motion to Continue received from Saline County | L110 | ABB | .20 | 150.00 | 30.00 |



## BRADLEY ARANT
## BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

|                        |                        |
|------------------------|------------------------|
|                        | PAGE      2            |
| ResCap                 | AUGUST 27, 2012        |
|                        |                        |
|                        | 0R0808-301005          |

FED ID NO. 63-0243316

| DATE     | DESCRIPTION                                                                       | TASK  | ATTY. | HOURS | RATE   | AMOUNT    |
|----------|----------------------------------------------------------------------------------|-------|-------|-------|--------|-----------|
| 05/23/12 | Discussion with P.Stokes regarding merits of suit, effect of the stay, and potential resolution | L160  | CWH   | .30   | 330.00 | 99.00     |
| 05/23/12 | Emails with client contacts H.Franchi and P.Stokes to discuss                    | L120  | JHP   | .30   | 245.00 | 73.50     |
| 05/23/12 | Email to counsel for borrower to discuss bankruptcy status of case               | L190  | JHP   | .10   | 245.00 | 24.50     |

FEES                              $469.50

AMOUNT DUE THIS BILL              $469.50

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    3
AUGUST 27, 2012

ResCap

0R0808-301005

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christian W. Hancock | Partner | 330.00 | .30 | 99.00 |
| Allison Burke | Paralegal | 150.00 | 1.40 | 210.00 |
| Jon H. Patterson | Associate | 245.00 | .50 | 122.50 |
| Blake Goodsell | Associate | 190.00 | .20 | 38.00 |
| Total | | | 2.40 | 469.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

AUGUST 27, 2012
0R0808-301005

BILL AMOUNT          $469.50          INVOICE #  800782

To:    ResCap                          TC Number:        713701
       1100 Virginia Drive             Invoice Date:     08/27/2012
       Fort Washington, PA 19034       Invoice No.       800782
                                       Period ending:    05/31/2012

Case Management Number    LD  0R0808-301005

|  |  | Current Invoice | |
|---|---|---|---|
| Code | Task | Hours | Fees |
| L110 | Fact Investigation/Development | 1.40 | $  210.00 |
| L120 | Analysis/Strategy | 0.50 | $  111.50 |
| L160 | Settlement/Non-Binding ADR | 0.30 | $  99.00 |
| L190 | Other Case Assessment, Develop't/Admin | 0.10 | $  24.50 |
| L210 | Pleadings | 0.10 | $  24.50 |

============================================
TOTAL FEES          2.40      $   469.50

TOTAL FEES DUE              $   469.50
TOTAL DISBURSEMENTS DUE     $     0.00
TOTAL DUE THIS INVOICE     $   469.50



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                AUGUST 27, 2012
1100 Virginia Drive                                   0R0808-301006
Fort Washington, PA 19034

                                                      INVOICE #  800783

                                              FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0808-301006  TC Number: 713693

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/16/12 | Analyze matter to determine if bankruptcy stay is in place and, if so, how it will impact the case | L120 | CLHA | .20 | 345.00 | 69.00 |

                              FEES                          $69.00


                              AMOUNT DUE THIS BILL          $69.00

                    ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE      2
AUGUST 27, 2012

ResCap

0R0808-301006

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christopher L. Hawkins | Partner | 345.00 | .20 | 69.00 |
| Total | | | .20 | 69.00 |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

BILL AMOUNT        $69.00

AUGUST 27, 2012
0R0808-301006
INVOICE #   800783

To:     ResCap
        1100 Virginia Drive
        Fort Washington, PA 19034

TC Number:        713693
Invoice Date:     08/27/2012
Invoice No.       800783
Period ending:    05/31/2012

Case Management Number      LD  0R0808-301006

|            |                      | Current Invoice |         |
|------------|----------------------|-----------------|---------|
| Code       | Task                 | Hours           | Fees    |
| L120       | Analysis/Strategy    | 0.20            | $   69.00 |
|            | TOTAL FEES           | 0.20            | $   69.00 |

TOTAL FEES DUE              $   69.00
TOTAL DISBURSEMENTS DUE     $    0.00
TOTAL DUE THIS INVOICE      $   69.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 27, 2012
0R0808-301008

INVOICE #  800784

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0808-301008  TC Number: 696559

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/15/12 | Prepare information relative to case for bankruptcy proceedings | L120 | EAF | .20 | 358.00 | 71.60 |

FEES                                         $71.60

AMOUNT DUE THIS BILL                          $71.60

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
AUGUST 27, 2012

0R0808-301008

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Eric A. Frechtel | Partner | 358.00 | .20 | 71.60 |
| Total | | | .20 | 71.60 |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                           AUGUST 27, 2012
                                                 0R0808-301008
BILL AMOUNT        $71.60                         INVOICE #   800784

To:   ResCap                    TC Number:        696559
      1100 Virginia Drive       Invoice Date:     08/27/2012
      Fort Washington, PA 19034  Invoice No.      800784
                                 Period ending:   05/31/2012

Case Management Number     LD  0R0808-301008

|              |                    | Current Invoice | |
| Code Task    |                    | Hours | Fees |
| L120 Analysis/Strategy |          | 0.20 | $ 71.60 |
| TOTAL FEES   |                     | 0.20 | $ 71.60 |

TOTAL FEES DUE                   $   71.60
TOTAL DISBURSEMENTS DUE          $    0.00
TOTAL DUE THIS INVOICE           $   71.60



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                              AUGUST 27, 2012
1100 Virginia Drive                                                0R0808-301009
Fort Washington, PA 19034

                                                                   INVOICE #  800785

                                                                   FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0808-301009  TC Number: 717726

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/15/12 | Review file materials and provide update in connection with bankruptcy filing | L240 | SAP | .20 | 323.00 | 64.60 |

                              FEES                                  $64.60


                       AMOUNT DUE THIS BILL                        $64.60


                ***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
AUGUST 27, 2012

0R0808-301009

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Steven A. Pozefsky | Associate | 323.00 | .20 | 64.60 |
| Total | | | .20 | 64.60 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    AUGUST 27, 2012
                                                          0R0808-301009
BILL AMOUNT         $64.60                                INVOICE #  800785

To:     ResCap                    TC Number:          717726
        1100 Virginia Drive       Invoice Date:       08/27/2012
        Fort Washington, PA 19034  Invoice No.         800785
                                  Period ending:      05/31/2012

Case Management Number      LD   0R0808-301009

                                        Current Invoice
                                   Hours            Fees
Code Task

L240 Dispositive Motions            0.20    $    64.60

                          =================================
                TOTAL FEES          0.20    $    64.60

                TOTAL FEES DUE              $    64.60
          TOTAL DISBURSEMENTS DUE           $     0.00
            TOTAL DUE THIS INVOICE          $    64.60



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 27, 2012
0R0808-301011

INVOICE #  800786

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0808-301011  TC Number: 718443

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/15/12 | Advise client regarding effects on bankruptcy on case | L120 | JCCO | .20 | 195.00 | 39.00 |
| 05/16/12 | Review discovery responses | B190 | GLH | .20 | 333.00 | 66.60 |
| 05/17/12 | Drafted and edited notice of bankruptcy stay | L210 | JHP | .50 | 245.00 | 122.50 |
| 05/24/12 | Review discovery documents and correspondence related to same | B190 | GLH | .30 | 333.00 | 99.90 |

FEES                                                          $328.00

AMOUNT DUE THIS BILL                                          $328.00

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE      2
AUGUST 27, 2012

ResCap

0R0808-301011

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Gary L. Howard | Partner | 333.00 | .50 | 166.50 |
| Jonathan Cobb | Associate | 195.00 | .20 | 39.00 |
| Jon H. Patterson | Associate | 245.00 | .50 | 122.50 |
| Total | | | 1.20 | 328.00 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                AUGUST 27, 2012
                                                      0R0808-301011
BILL AMOUNT        $328.00                            INVOICE #  800786

_____

To:    ResCap                          TC Number:          718443
       1100 Virginia Drive             Invoice Date:       08/27/2012
       Fort Washington, PA 19034       Invoice No.         800786
                                       Period ending:      05/31/2012


Case Management Number      LD  0R0808-301011


                                       Current Invoice
Code Task                          Hours            Fees

B190 Other Contested Matters         0.50    $     166.50
L120 Analysis/Strategy               0.20    $      39.00
L210 Pleadings                       0.50    $     122.50

                            ================================
                 TOTAL FEES          1.20    $     328.00

                 TOTAL FEES DUE              $     328.00
            TOTAL DISBURSEMENTS DUE          $       0.00
            TOTAL DUE THIS INVOICE           $     328.00



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 27, 2012
0R0808-301013

INVOICE #  800788

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0808-301013   TC Number: 715655

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/15/12 | Prepare information relative to case for bankruptcy proceedings | L120 | EAF | .20 | 358.00 | 71.60 |

|  |  |
|--|--|
| FEES | $71.60 |
| AMOUNT DUE THIS BILL | $71.60 |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE      2
AUGUST 27, 2012

ResCap

0R0808-301013

FED ID NO. 63-0243316

---

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Eric A. Frechtel | Partner | 358.00 | .20 | 71.60 |
| Total | | | .20 | 71.60 |



## BRADLEY ARANT
## BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                              AUGUST 27, 2012
                                                    0R0808-301013
BILL AMOUNT          $71.60                         INVOICE #  800788

To:    ResCap                          TC Number:          715655
       1100 Virginia Drive             Invoice Date:       08/27/2012
       Fort Washington, PA 19034       Invoice No.         800788
                                       Period ending:      05/31/2012

Case Management Number      LD  0R0808-301013

|  |  | Current Invoice | |
| Code Task | | Hours | Fees |
| L120 Analysis/Strategy | | 0.20 | $    71.60 |
| | | ================================ | |
| | TOTAL FEES | 0.20 | $    71.60 |
| | TOTAL FEES DUE | | $    71.60 |
| | TOTAL DISBURSEMENTS DUE | | $     0.00 |
| | TOTAL DUE THIS INVOICE | | $    71.60 |



### BRADLEY ARANT
### BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 27, 2012
0R0808-301014

INVOICE #  800789

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0808-301014  TC Number: 720468

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/16/12 | Analyze matter to determine if bankruptcy stay is in place and, if so, how it will impact the case | L120 | CLHA | .20 | 345.00 | 69.00 |

FEES                                                    $69.00

AMOUNT DUE THIS BILL                                    $69.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
AUGUST 27, 2012

0R0808-301014

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christopher L. Hawkins | Partner | 345.00 | .20 | 69.00 |
| Total | | | .20 | 69.00 |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                    AUGUST 27, 2012
                                                         0R0808-301014
BILL AMOUNT          $69.00                              INVOICE #  800789

---

To:    ResCap                        TC Number:           720468
       1100 Virginia Drive           Invoice Date:        08/27/2012
       Fort Washington, PA 19034     Invoice No.          800789
                                     Period ending:       05/31/2012


Case Management Number      LD  0R0808-301014


|  |  | Current Invoice | |
| Code Task |  | Hours | Fees |
| L120 Analysis/Strategy |  | 0.20 | $   69.00 |
|  |  | ================================ | |
| TOTAL FEES |  | 0.20 | $   69.00 |
|  | TOTAL FEES DUE |  | $   69.00 |
|  | TOTAL DISBURSEMENTS DUE |  | $    0.00 |
|  | TOTAL DUE THIS INVOICE |  | $   69.00 |



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 27, 2012
0R0808-301015

INVOICE #  800790

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0808-301015  TC Number: 720202

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/15/12 | Review and analyze matter to determine if bankruptcy stay is in place and, if so, how it will impact the case | L120 | phn | .40 | 200.00 | 80.00 |
| 05/16/12 | Reclassify bankruptcy categories based on GMAC's updated bucket chart from bankruptcy counsel | L190 | phn | .20 | 200.00 | 40.00 |
| 05/16/12 | Email exchange with J.Hoy regarding bankruptcy issues | L120 | phn | .30 | 200.00 | 60.00 |
| 05/23/12 | Analyze email from J.Hoy regarding bankruptcy issues | L120 | phn | .30 | 200.00 | 60.00 |
| 05/24/12 | Conference call with J.Hoy and follow-up research concerning suggestion of bankruptcy | L120 | phn | 1.00 | 200.00 | 200.00 |
| 05/31/12 | Analyze J.Hoy's request to apply unapplied funds | L120 | phn | .30 | 200.00 | 60.00 |

FEES                                            $500.00

AMOUNT DUE THIS BILL                            $500.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE     2
AUGUST 27, 2012

ResCap

0R0808-301015

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Preston H. Neel | Associate | 200.00 | 2.50 | 500.00 |
| Total | | | 2.50 | 500.00 |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

AUGUST 27, 2012
0R0808-301015

BILL AMOUNT          $500.00

INVOICE #   800790

To:     ResCap                          TC Number:          720202
        1100 Virginia Drive             Invoice Date:       08/27/2012
        Fort Washington, PA 19034       Invoice No.         800790
                                        Period ending:      05/31/2012

Case Management Number       LD   0R0808-301015

| | Current Invoice | |
|---|---|---|
| Code Task | Hours | Fees |
| L120 Analysis/Strategy | 2.30 | $   460.00 |
| L190 Other Case Assessment, Develop't/Admin | 0.20 | $    40.00 |
| ================================= | | |
| TOTAL FEES | 2.50 | $   500.00 |

| | | |
|---|---|---|
| TOTAL FEES DUE | $ | 500.00 |
| TOTAL DISBURSEMENTS DUE | $ | 0.00 |
| TOTAL DUE THIS INVOICE | $ | 500.00 |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 27, 2012
0R0808-301016

INVOICE #  800791

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0808-301016  TC Number: 722004

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/16/12 | Analyze matter to determine if bankruptcy stay is in place and, if so, how it will impact the case | L120 | CLHA | .20 | 345.00 | 69.00 |
| 05/30/12 | Conference with client regarding status and strategy | L120 | CLHA | .20 | 345.00 | 69.00 |

FEES                                        $138.00

AMOUNT DUE THIS BILL                         $138.00

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      2
AUGUST 27, 2012

0R0808-301016

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christopher L. Hawkins | Partner | 345.00 | .40 | 138.00 |
| Total | | | .40 | 138.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                    AUGUST 27, 2012
                                                          0R0808-301016
BILL AMOUNT          $138.00                              INVOICE #  800791

To:    ResCap                      TC Number:        722004
       1100 Virginia Drive         Invoice Date:     08/27/2012
       Fort Washington, PA 19034   Invoice No.       800791
                                   Period ending:    05/31/2012

Case Management Number      LD  0R0808-301016

                                          Current Invoice
                                      Hours           Fees
Code Task

L120 Analysis/Strategy                 0.40     $    138.00

                             ====================================
                  TOTAL FEES            0.40     $    138.00

                  TOTAL FEES DUE                 $    138.00
         TOTAL DISBURSEMENTS DUE                 $      0.00
         TOTAL DUE THIS INVOICE                  $    138.00



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 27, 2012
0R0808-301020

INVOICE #  800792

**FED ID NO. 63-0243316**

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0808-301020  TC Number: 723030

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/15/12 | Analyze pleadins and advise client regarding status | L190 | JDR | .20 | 293.00 | 58.60 |
| 05/23/12 | Call opposing counsel and clerk of court to ascertain status of agreed order dismissing our client | C100 | KW | .30 | 185.00 | 55.50 |
| 05/25/12 | Analyze next steps in light of bankruptcy filing and outstanding agreed order of dismissal | P300 | KW | .20 | 185.00 | 37.00 |
| 05/31/12 | Call with court clerk in Jefferson County to discover whether dismissal order had been entered | C100 | KW | .20 | 185.00 | 37.00 |

FEES                                    $188.10

AMOUNT DUE THIS BILL                     $188.10

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
AUGUST 27, 2012

0R0808-301020

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Jonathan Rose | Partner | 293.00 | .20 | 58.60 |
| Kristi Wilcox | Associate | 185.00 | .70 | 129.50 |
| Total | | | .90 | 188.10 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

BILL AMOUNT        $188.10

AUGUST 27, 2012
0R0808-301020
INVOICE #   800792

To:    ResCap                          TC Number:          723030
       1100 Virginia Drive             Invoice Date:       08/27/2012
       Fort Washington, PA 19034       Invoice No.         800792
                                       Period ending:      05/31/2012

Case Management Number       LD   0R0808-301020

|  |  | Current Invoice | |
|---|---|---|---|
| Code | Task | Hours | Fees |
| C100 | Fact Gathering | 0.50 | $   92.50 |
| L190 | Other Case Assessment, Develop't/Admin | 0.20 | $   58.60 |
| P300 | Structure/Strategy/Analysis | 0.20 | $   37.00 |
| | | ================================= | |
| | TOTAL FEES | 0.90 | $   188.10 |

TOTAL FEES DUE              $   188.10
TOTAL DISBURSEMENTS DUE     $     0.00
TOTAL DUE THIS INVOICE      $   188.10



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 27, 2012
0R0808-301021

INVOICE #  800793

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0808-301021  TC Number: 723447

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/14/12 | Confer with M.Ayers regarding revisions to appellee's brief | L520 | AKA | .10 | 184.00 | 18.40 |
| 05/14/12 | Confer with R.Blossom regarding status on state court litigation | L120 | AKA | .10 | 184.00 | 18.40 |
| 05/14/12 | E-mail to client regarding status on state court litigation | L190 | AKA | .10 | 184.00 | 18.40 |
| 05/14/12 | Research Florida case law on appellant's burden | C200 | AKA | 1.50 | 184.00 | 276.00 |
| 05/14/12 | Draft statement of the case section in appellee's brief | L210 | AKA | 1.30 | 184.00 | 239.20 |
| 05/14/12 | Teleconferences with local counsel regarding confirmation hearing | B410 | RLB | .30 | 266.00 | 79.80 |
| 05/14/12 | E-mail memorandum to client regarding confirmation hearing | B410 | RLB | .30 | 266.00 | 79.80 |
| 05/14/12 | Continued revision of Eskanos brief summary and argument sections | L520 | MJA | 1.20 | 297.00 | 356.40 |
| 05/15/12 | Research applicable caselaw and on record documents for appellate brief | L520 | MJA | 1.30 | 297.00 | 386.10 |
| 05/15/12 | Continued revision of all sections or reply brief | L520 | MJA | 2.50 | 297.00 | 742.50 |
| 05/15/12 | Respond to e-mail from local counsel regarding confirmation hearing | B410 | RLB | .10 | 266.00 | 26.60 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
AUGUST 27, 2012

0R0808-301021

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/15/12 | Review ownership history of loan | B410 | RLB | .20 | 266.00 | 53.20 |
| 05/15/12 | Final review and revision of Brief of Appellee | L520 | AHC | .40 | 145.00 | 58.00 |
| 05/15/12 | Confer with M.Ayers regarding revisions to appellee's brief | L210 | AKA | .30 | 184.00 | 55.20 |
| 05/15/12 | Research Florida case law on burden shifting | C200 | AKA | 1.30 | 184.00 | 239.20 |
| 05/15/12 | Phone call to R.Blossom regarding background of GMACM substituting in for Washington Mutual as appellee | L190 | AKA | .10 | 184.00 | 18.40 |
| 05/15/12 | E-mail to J.Hooks regarding in FL case law relating to summary judgment | L120 | AKA | .10 | 184.00 | 18.40 |
| 05/15/12 | Make final revisions to appellee's brief | L520 | AKA | 1.10 | 184.00 | 202.40 |
| 05/16/12 | Analyze matter to determine if bankruptcy stay is in place and, if so, how it will impact the case | L120 | AKA | .20 | 184.00 | 36.80 |
| 05/17/12 | E-mails memorandum to client regarding necessity of suggestion of bankruptcy | B420 | RLB | .30 | 266.00 | 79.80 |
| 05/18/12 | Review status update e-mails from C.Hancock/S.Stell for GMAC bankruptcy | L120 | AKA | .10 | 184.00 | 18.40 |
| 05/24/12 | Phone call with C.Hancock regarding GMAC bankruptcy status updates | L190 | AKA | .20 | 184.00 | 36.80 |
| 05/24/12 | Respond to e-mail from local counsel regarding filing by debtor | L250 | RLB | .20 | 266.00 | 53.20 |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    3
AUGUST 27, 2012

0R0808-301021

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/24/12 | E-mail to client regarding orders recently entered by court | L250 | RLB | .20 | 266.00 | 53.20 |
| 05/30/12 | Review and respond to e-mail from client regarding ability to require monthly payments | B410 | RLB | .30 | 266.00 | 79.80 |

FEES                              $3,244.40

### DESCRIPTION OF DISBURSEMENTS

| 01 | Copy Charges | 0.00 |
|----|--------------|------|
| 35 | Express Mail/Fedex | 0.00 |
| 49C | BINDING | 7.50 |

COSTS                    $7.50

AMOUNT DUE THIS BILL        $3,251.90

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    4
AUGUST 27, 2012

ResCap

0R0808-301021

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Marc J. Ayers | Partner | 297.00 | 5.00 | 1,485.00 |
| Alecia H. Cockrell | Paralegal | 145.00 | .40 | 58.00 |
| Rashad L. Blossom | Associate | 266.00 | 1.90 | 505.40 |
| Anne Averitt | Associate | 184.00 | 6.50 | 1,196.00 |
| Total | | | 13.80 | 3,244.40 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

AUGUST 27, 2012
0R0808-301021

BILL AMOUNT        $3,251.90

INVOICE #  800793

To:    ResCap
       1100 Virginia Drive
       Fort Washington, PA 19034

| | |
|---|---|
| TC Number: | 723447 |
| Invoice Date: | 08/27/2012 |
| Invoice No. | 800793 |
| Period ending: | 05/31/2012 |

Case Management Number    LD  0R0808-301021

| Code | Task | Current Invoice Hours | Fees |
|---|---|---|---|
| B410 | General Bankruptcy Advice/Opinions | 1.20 | $ 319.20 |
| B420 | Restructurings | 0.30 | $ 79.80 |
| C200 | Researching Law | 2.80 | $ 515.20 |
| L120 | Analysis/Strategy | 0.50 | $ 92.00 |
| L190 | Other Case Assessment, Develop't/Admin | 0.40 | $ 73.60 |
| L210 | Pleadings | 1.60 | $ 294.40 |
| L250 | Other Written Motions/Submissions | 0.40 | $ 106.40 |
| L520 | Appellate Briefs | 6.60 | $ 1,763.80 |

======================================

| | TOTAL FEES | 13.80 | $ 3,244.40 |
|---|---|---|---|

| | | |
|---|---|---|
| TOTAL FEES DUE | $ | 3,244.40 |
| TOTAL DISBURSEMENTS DUE | $ | 7.50 |
| TOTAL DUE THIS INVOICE | $ | 3,251.90 |



### BRADLEY ARANT
### BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    AUGUST 27, 2012
1100 Virginia Drive                                       0R0808-301022
Fort Washington, PA 19034

                                                          INVOICE #  800794

                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0808-301022   TC Number: 725069

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 05/14/12 | Research on motion to vacate order dismissing appeal | L510 | MJA | .30 | 297.00 | 89.10 |
| 05/16/12 | Continued revision to motion to reinstate appeal | L510 | MJA | .50 | 297.00 | 148.50 |
| 05/16/12 | Review docket regarding status of motion to vacate | L110 | AHC | .20 | 145.00 | 29.00 |
| 05/17/12 | Review of order dismissing Herzog appeal | L510 | MJA | .20 | 297.00 | 59.40 |
| 05/18/12 | Research on question concerning parties in case and style of case for J.Ho | L510 | MJA | .30 | 297.00 | 89.10 |
| 05/18/12 | Review foreclosure pleadings and appellate court filings to determine whether bankruptcy stay applies | B410 | MCG | .20 | 323.00 | 64.60 |
| 05/20/12 | Continued drafting of opposition to Motion to Vacate dismissal of appeal | L510 | MJA | .60 | 297.00 | 178.20 |
| 05/21/12 | Finalized revisions to Opposition to Motion to Vacate | L510 | MJA | 1.10 | 297.00 | 326.70 |
| 05/21/12 | Review of court order denying motion to vacate | L510 | MJA | .20 | 297.00 | 59.40 |
| 05/21/12 | Conference with local counsel for Robert Walls | L510 | MJA | .20 | 297.00 | 59.40 |
| 05/21/12 | Review order dismissing appeal | L210 | MCG | .10 | 323.00 | 32.30 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
AUGUST 27, 2012

0R0808-301022

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/23/12 | Research on pro hac vice letter regarding Herzog matter | L510 | MJA | .40 | 297.00 | 118.80 |

|  |  |  |
|--|--|--|
| FEES |  | $1,254.50 |
| AMOUNT DUE THIS BILL |  | $1,254.50 |

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    3
AUGUST 27, 2012

ResCap

0R0808-301022

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Marc J. Ayers | Partner | 297.00 | 3.80 | 1,128.60 |
| Alecia H. Cockrell | Paralegal | 145.00 | .20 | 29.00 |
| Michael C. Griffin | Partner | 323.00 | .30 | 96.90 |
| Total | | | 4.30 | 1,254.50 |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                    AUGUST 27, 2012
                                                         0R0808-301022
BILL AMOUNT        $1,254.50                              INVOICE #  800794

---

To:    ResCap                          TC Number:          725069
       1100 Virginia Drive             Invoice Date:       08/27/2012
       Fort Washington, PA 19034       Invoice No.         800794
                                       Period ending:      05/31/2012


Case Management Number      LD  0R0808-301022


|  | | Current Invoice | |
|---|---|---|---|
| Code | Task | Hours | Fees |
| B410 | General Bankruptcy Advice/Opinions | 0.20 | $ 64.60 |
| L110 | Fact Investigation/Development | 0.20 | $ 29.00 |
| L210 | Pleadings | 0.10 | $ 32.30 |
| L510 | Appellate Motions and Submissions | 3.80 | $ 1,128.60 |

```
                            ==================================
            TOTAL FEES          4.30      $  1,254.50

            TOTAL FEES DUE                $  1,254.50
      TOTAL DISBURSEMENTS DUE              $      0.00
         TOTAL DUE THIS INVOICE           $  1,254.50
```



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                                        AUGUST 27, 2012
1100 Virginia Drive                                                           0R0808-301023
Fort Washington, PA 19034

                                                                              INVOICE #  800795

                                                                              FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0808-301023   TC Number: 725233

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/14/12 | Review order regarding extension | L250 | MRP | .10 | 424.00 | 42.40 |
| 05/15/12 | Complete bankruptcy spreadsheet for GMAC | L250 | MRP | .40 | 424.00 | 169.60 |
| 05/16/12 | Prepare notice | L250 | MRP | .30 | 424.00 | 127.20 |
| 05/17/12 | Research on intervening Maryland decisions | L250 | SBSM | .20 | 355.00 | 71.00 |
| 05/18/12 | Draft memo to N.Campbell regarding stay notice | L250 | MRP | .10 | 424.00 | 42.40 |
| 05/24/12 | Review stay order and forward same to N.Campbell | L250 | MRP | .10 | 424.00 | 42.40 |
| 05/24/12 | Review filing notice and order to stay of case | B110 | EHI | .40 | 450.00 | 180.00 |

                                    FEES                                    $675.00

                                    AMOUNT DUE THIS BILL                    $675.00

                          ***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE      2
AUGUST 27, 2012

0R0808-301023

FED ID NO. 63-0243316

ResCap

---

**INDIVIDUAL SUMMARY**

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Michael R. Pennington | Partner | 424.00 | 1.00 | 424.00 |
| Scott B. Smith | Partner | 355.00 | .20 | 71.00 |
| Emil Hirsch | Partner | 450.00 | .40 | 180.00 |
| Total | | | 1.60 | 675.00 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

AUGUST 27, 2012
0R0808-301023
INVOICE #  800795

BILL AMOUNT        $675.00

To:    ResCap                            TC Number:        725233
       1100 Virginia Drive               Invoice Date:     08/27/2012
       Fort Washington, PA 19034         Invoice No.       800795
                                         Period ending:    05/31/2012

Case Management Number     LD  0R0808-301023

|            |                                     | Current Invoice |          |
|------------|-------------------------------------|-----------------|----------|
| Code       | Task                                | Hours           | Fees     |
| B110       | Case Administration                 | 0.40            | $ 180.00 |
| L250       | Other Written Motions/Submissions   | 1.20            | $ 495.00 |
|            | **TOTAL FEES**                      | 1.60            | $ 675.00 |

TOTAL FEES DUE                 $   675.00
TOTAL DISBURSEMENTS DUE        $     0.00
TOTAL DUE THIS INVOICE         $   675.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          AUGUST 27, 2012
1100 Virginia Drive                                            0R0808-301024
Fort Washington, PA 19034

                                                              INVOICE #  800796

                                                              FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0808-301024  TC Number: 725199

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/15/12 | Review docket and confirm continuance of court-mandated hearing on motion to compel. | L230 | JDR | .20 | 293.00 | 58.60 |
| 05/15/12 | Review motion to remand and court order regarding same | L250 | RLB | .20 | 266.00 | 53.20 |
| 05/16/12 | Analyze matter to determine if bankruptcy stay is in place and if so how it will impact the case | L120 | CLHA | .20 | 345.00 | 69.00 |
| 05/23/12 | Teleconference with opposing counsel regarding settlement offer | L160 | RLB | .40 | 266.00 | 106.40 |

                              FEES                                    $287.20


                    AMOUNT DUE THIS BILL                              $287.20


            ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE      2
AUGUST 27, 2012

ResCap

0R0808-301024

FED ID NO. 63-0243316

---

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christopher L. Hawkins | Partner | 345.00 | .20 | 69.00 |
| Jonathan Rose | Partner | 293.00 | .20 | 58.60 |
| Rashad L. Blossom | Associate | 266.00 | .60 | 159.60 |
| Total | | | 1.00 | 287.20 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

BILL AMOUNT          $287.20

AUGUST 27, 2012
0R0808-301024
INVOICE #  800796

To:    ResCap
       1100 Virginia Drive
       Fort Washington, PA 19034

| | |
|---|---|
| TC Number: | 725199 |
| Invoice Date: | 08/27/2012 |
| Invoice No. | 800796 |
| Period ending: | 05/31/2012 |

Case Management Number      LD  0R0808-301024

| Code | Task | Current Invoice Hours | Fees |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.20 | $ 69.00 |
| L160 | Settlement/Non-Binding ADR | 0.40 | $ 106.40 |
| L230 | Court Mandated Conferences | 0.20 | $ 58.60 |
| L250 | Other Written Motions/Submissions | 0.20 | $ 53.20 |
| | **TOTAL FEES** | **1.00** | **$ 287.20** |

|  |  |
|---|---|
| TOTAL FEES DUE | $ 287.20 |
| TOTAL DISBURSEMENTS DUE | $ 0.00 |
| TOTAL DUE THIS INVOICE | $ 287.20 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    AUGUST 27, 2012
1100 Virginia Drive                                      0R0808-301026
Fort Washington, PA 19034

                                                         INVOICE #   800797

                                                         FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0808-301026   TC Number: 724987

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/15/12 | Evaluate case to determine the affect of GMAC's bankruptcy on the file | L120 | LG | .20 | 185.00 | 37.00 |

                              FEES                                    $37.00

                              AMOUNT DUE THIS BILL                    $37.00

                    ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE     2
AUGUST 27, 2012

ResCap

0R0808-301026

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Lee Gilley | Associate | 185.00 | .20 | 37.00 |
| Total | | | .20 | 37.00 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                              AUGUST 27, 2012
                                                    0R0808-301026
BILL AMOUNT          $37.00                          INVOICE #  800797

To:    ResCap                          TC Number:          724987
       1100 Virginia Drive             Invoice Date:       08/27/2012
       Fort Washington, PA 19034       Invoice No.         800797
                                       Period ending:      05/31/2012

Case Management Number       LD  0R0808-301026

|                              | Current Invoice | |
| Code Task                    | Hours | Fees |
| L120 Analysis/Strategy       | 0.20  | $    37.00 |
| TOTAL FEES                   | 0.20  | $    37.00 |
| TOTAL FEES DUE               |       | $    37.00 |
| TOTAL DISBURSEMENTS DUE       |       | $     0.00 |
| TOTAL DUE THIS INVOICE       |       | $    37.00 |



### BRADLEY ARANT
### BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                  AUGUST 27, 2012
1100 Virginia Drive                                     0R0808-301027
Fort Washington, PA 19034

                                                        INVOICE #  800798

                                                        FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0808-301027  TC Number: 713554

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/14/12 | Review incoming bankruptcy filing notice and analyze automatic stay implications on case | B110 | TRL | .30 | 293.00 | 87.90 |
| 05/15/12 | Draft status report regarding filing complaint | B110 | TRL | .20 | 293.00 | 58.60 |
| 05/18/12 | Revise and finalize complaint for filing | L210 | TRL | .30 | 293.00 | 87.90 |
| 05/18/12 | Draft civil cover sheet and transmittal letter for filing complaint | L210 | TRL | .40 | 293.00 | 117.20 |
| 05/18/12 | Exchange emails with GMAC regarding complaint | L210 | TRL | .20 | 293.00 | 58.60 |

                              FEES                              $410.20

                    **DESCRIPTION OF DISBURSEMENTS**

        07        Filing Fees                              296.00

                              COSTS                             $296.00

                    AMOUNT DUE THIS BILL                        $706.20

                ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    2
AUGUST 27, 2012

0R0808-301027

FED ID NO. 63-0243316

ResCap

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Thomas Ryan Lynch | Associate | 293.00 | 1.40 | 410.20 |
| Total | | | 1.40 | 410.20 |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

BILL AMOUNT        $706.20

AUGUST 27, 2012
0R0808-301027
INVOICE #  800798

To:   ResCap
      1100 Virginia Drive
      Fort Washington, PA 19034

TC Number:       713554
Invoice Date:    08/27/2012
Invoice No.      800798
Period ending:   05/31/2012

Case Management Number    LD  0R0808-301027

|      |                     | Current Invoice | |
| Code | Task                | Hours | Fees |
|------|---------------------|-------|------|
| B110 | Case Administration | 0.50  | $ 146.50 |
| L210 | Pleadings           | 0.90  | $ 263.70 |
| | ============================= | | |
| | TOTAL FEES | 1.40 | $ 410.20 |

TOTAL FEES DUE               $  410.20
TOTAL DISBURSEMENTS DUE      $  296.00
TOTAL DUE THIS INVOICE       $  706.20



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 27, 2012
0R0808-301028

INVOICE #  800799

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0808-301028   TC Number: 705298

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/22/12 | Exchange emails with J.Ho regarding status of motion for summary judgment and scheduling issues | L120 | MSW | .20 | 254.00 | 50.80 |
| 05/22/12 | Revise motion for summary judgment, exhibit | L210 | LADA | .50 | 65.00 | 32.50 |
| 05/22/12 | Telephone conference with Clerk regarding optional dates for setting hearing on motion for summary judgment | L250 | LADA | .30 | 65.00 | 19.50 |
| 05/29/12 | Draft status report for client as follows: attempting to schedule hearing on motion for summary judgment; it appears the hearing will be sometime in July | L120 | MSW | .10 | 254.00 | 25.40 |

FEES                                              $128.20

AMOUNT DUE THIS BILL                 $128.20

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE     2
AUGUST 27, 2012

ResCap

0R0808-301028

FED ID NO. 63-0243316

---

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Mark S. Wierman | Associate | 254.00 | .30 | 76.20 |
| Lucinda Kish | Paralegal | 65.00 | .80 | 52.00 |
| Total | | | 1.10 | 128.20 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
AUGUST 27, 2012
0R0808-301028

BILL AMOUNT        $128.20                                    INVOICE #  800799

---

To:    ResCap                          TC Number:          705298
       1100 Virginia Drive             Invoice Date:       08/27/2012
       Fort Washington, PA 19034       Invoice No.         800799
                                       Period ending:      05/31/2012

Case Management Number        LD   0R0808-301028

|  |  | Current Invoice | |
|---|---|---|---|
| Code | Task | Hours | Fees |
| L120 | Analysis/Strategy | 0.30 | $ 76.20 |
| L210 | Pleadings | 0.50 | $ 32.50 |
| L250 | Other Written Motions/Submissions | 0.30 | $ 19.50 |
| | | ================================= | |
| | TOTAL FEES | 1.10 | $ 128.20 |

| | | |
|---|---|---|
| TOTAL FEES DUE | $ | 128.20 |
| TOTAL DISBURSEMENTS DUE | $ | 0.00 |
| TOTAL DUE THIS INVOICE | $ | 128.20 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 27, 2012
0R0808-301029

INVOICE #  800800

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0808-301029   TC Number: 705963

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/14/12 | Draft status report for client as follows: Borrower has been approved for a trial modification under HAMP | L120 | JMH | .10 | 241.00 | 24.10 |
| 05/14/12 | E-mail to client regarding trial or permanent modification plan | L160 | JMH | .10 | 241.00 | 24.10 |
| 05/15/12 | Receive and review e-mail from regarding terms of modification | L160 | JMH | .10 | 241.00 | 24.10 |
| 05/15/12 | Determine whether automatic stay applies to any represented clients, and whether to seek relief from same | L120 | JMH | .20 | 241.00 | 48.20 |
| 05/17/12 | E-mails to client regarding loan modification status | L160 | JMH | .20 | 241.00 | 48.20 |
| 05/17/12 | Telephone conference with client regarding loan modification offer | L160 | JMH | .20 | 241.00 | 48.20 |
| 05/18/12 | Telephone conference with client regarding client approval to offer loan modification | L160 | JMH | .20 | 241.00 | 48.20 |
| 05/18/12 | E-mails to and from client confirming loan modification offer  to be transmitted to borrower's counsel | L160 | JMH | .20 | 241.00 | 48.20 |
| 05/18/12 | E-mail trial HAMP loan modification offer for borrower's consideration | L160 | JMH | .30 | 241.00 | 72.30 |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE     2
AUGUST 27, 2012

0R0808-301029

ResCap

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/21/12 | Receive and review e-mail from S.Lombardi regarding loan modification | L160 | JMH | .10 | 241.00 | 24.10 |
| 05/21/12 | E-mails to and from client regarding trial modification documents | L160 | JMH | .20 | 241.00 | 48.20 |
| 05/30/12 | E-mail to client regarding status of modification documents | L160 | JMH | .10 | 241.00 | 24.10 |
| 05/31/12 | E-mails to and from S.Lombardi regarding HAMP trial modification paperwork | L160 | JMH | .20 | 241.00 | 48.20 |
| 05/31/12 | E-mails to and from client regarding status of trial modification paperwork | L160 | JMH | .20 | 241.00 | 48.20 |

FEES                                    $578.40

AMOUNT DUE THIS BILL                    $578.40

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    3
AUGUST 27, 2012

0R0808-301029

FED ID NO. 63-0243316

---

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Jonathan Hooks | Associate | 241.00 | 2.40 | 578.40 |
| Total | | | 2.40 | 578.40 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    AUGUST 27, 2012
                                                         0R0808-301029
BILL AMOUNT          $578.40                             INVOICE #  800800

To:   ResCap                      TC Number:          705963
      1100 Virginia Drive         Invoice Date:       08/27/2012
      Fort Washington, PA 19034   Invoice No.         800800
                                  Period ending:      05/31/2012

Case Management Number      LD   0R0808-301029

                                         Current Invoice
                                    Hours            Fees
Code Task

L120 Analysis/Strategy              0.30      $      72.30
L160 Settlement/Non-Binding ADR     2.10      $     506.10

                              ==================================
                TOTAL FEES          2.40      $     578.40

                TOTAL FEES DUE                $     578.40
       TOTAL DISBURSEMENTS DUE                $       0.00
          TOTAL DUE THIS INVOICE              $     578.40



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                        AUGUST 27, 2012
1100 Virginia Drive                                          0R0808-301031
Fort Washington, PA 19034

                                                             INVOICE #  800801

                                                             FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0808-301031  TC Number: 722078

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/15/12 | Review file in responding to client request for information on case style and allegations raised to determine whether bankruptcy stay will remain in place | L120 | JHP | .40 | 245.00 | 98.00 |
| 05/15/12 | Review most recent filing made by borrower to appellate court requesting additional time to file brief | L510 | JHP | .30 | 245.00 | 73.50 |
| 05/15/12 | Review docket regarding status of appellant's initial brief | L110 | AHC | .20 | 145.00 | 29.00 |
| 05/31/12 | Review order of court granting plaintiff one final extension until June 6 to file reply brief in appellate court | L510 | JHP | .10 | 245.00 | 24.50 |

                              FEES                            $225.00


                              AMOUNT DUE THIS BILL            $225.00


                    ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE        2
AUGUST 27, 2012

0R0808-301031

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Alecia H. Cockrell | Paralegal | 145.00 | .20 | 29.00 |
| Jon H. Patterson | Associate | 245.00 | .80 | 196.00 |
| Total | | | 1.00 | 225.00 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

BILL AMOUNT          $225.00

AUGUST 27, 2012
0R0808-301031

INVOICE #  800801

| To: | ResCap | TC Number: | 722078 |
|---|---|---|---|
| | 1100 Virginia Drive | Invoice Date: | 08/27/2012 |
| | Fort Washington, PA 19034 | Invoice No. | 800801 |
| | | Period ending: | 05/31/2012 |

Case Management Number      LD   0R0808-301031

| | | Current Invoice | |
|---|---|---|---|
| Code | Task | Hours | Fees |
| L110 | Fact Investigation/Development | 0.20 | $ 29.00 |
| L120 | Analysis/Strategy | 0.40 | $ 98.00 |
| L510 | Appellate Motions and Submissions | 0.40 | $ 98.00 |

```
                    =================================
        TOTAL FEES      1.00    $    225.00

            TOTAL FEES DUE              $    225.00
      TOTAL DISBURSEMENTS DUE           $      0.00
        TOTAL DUE THIS INVOICE          $    225.00
```



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    AUGUST 27, 2012
1100 Virginia Drive                                      0R0808-301032
Fort Washington, PA 19034

                                                         INVOICE #  800802

                                                         FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0808-301032  TC Number: 708760

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/15/12 | Review file and provide update in connection with bankruptcy filing | L510 | SAP | .20 | 323.00 | 64.60 |
| 05/31/12 | Review file and submit status report | L510 | SAP | .10 | 323.00 | 32.30 |

                                     FEES                          $96.90

                                     AMOUNT DUE THIS BILL          $96.90

                     ***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE     2
AUGUST 27, 2012

ResCap

0R0808-301032

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Steven A. Pozefsky | Associate | 323.00 | .30 | 96.90 |
| Total | | | .30 | 96.90 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                              AUGUST 27, 2012
                                                    0R0808-301032
BILL AMOUNT        $96.90                           INVOICE #  800802

To:    ResCap                        TC Number:          708760
       1100 Virginia Drive           Invoice Date:       08/27/2012
       Fort Washington, PA 19034      Invoice No.         800802
                                      Period ending:      05/31/2012

Case Management Number      LD   0R0808-301032

                                          Current Invoice
                                        Hours          Fees
Code Task

L510 Appellate Motions and Submissions    0.30    $     96.90

                              ===================================
                TOTAL FEES                0.30    $     96.90

                TOTAL FEES DUE                    $     96.90
         TOTAL DISBURSEMENTS DUE                  $      0.00
           TOTAL DUE THIS INVOICE                $     96.90



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                           AUGUST 27, 2012
1100 Virginia Drive                              0R0808-301033
Fort Washington, PA 19034

                                                 INVOICE #  800803

                                                 FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0808-301033  TC Number: 708828

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/15/12 | Review file for effect of bankruptcy on continued litigation and evaluate whether it is necessary to seek relief | L120 | BG | .10 | 190.00 | 19.00 |

FEES                                     $19.00

AMOUNT DUE THIS BILL                     $19.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE      2
AUGUST 27, 2012

0R0808-301033

ResCap

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Blake Goodsell | Associate | 190.00 | .10 | 19.00 |
| Total | | | .10 | 19.00 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    AUGUST 27, 2012
                                                         0R0808-301033
BILL AMOUNT          $19.00                               INVOICE #  800803

To:    ResCap                    TC Number:        708828
       1100 Virginia Drive       Invoice Date:     08/27/2012
       Fort Washington, PA 19034  Invoice No.       800803
                                 Period ending:     05/31/2012

Case Management Number      LD   0R0808-301033

|                        | Current Invoice | |
| Code Task              | Hours | Fees |
| L120 Analysis/Strategy | 0.10 | $  19.00 |
| ========================================= | | |
| TOTAL FEES             | 0.10 | $  19.00 |

|                          | | |
| TOTAL FEES DUE           | $ | 19.00 |
| TOTAL DISBURSEMENTS DUE  | $ | 0.00 |
| TOTAL DUE THIS INVOICE   | $ | 19.00 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                              AUGUST 27, 2012
1100 Virginia Drive                                 0R0808-301034
Fort Washington, PA 19034

                                                    INVOICE #  800804

                                                    FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0808-301034  TC Number: 723079

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/16/12 | Formulate strategy regarding liens | L120 | MCG | .30 | 323.00 | 96.90 |
| 05/16/12 | Correspondence with client regarding title issues | C400 | MW | .20 | 263.00 | 52.60 |
| 05/18/12 | Review and analyze matter to determine if bankruptcy stay is in place and, if so, how it will impact the case | L120 | MW | .20 | 263.00 | 52.60 |
| 05/22/12 | Conference with foreclosure counsel, regarding assignment of file and current status | C400 | MW | .30 | 263.00 | 78.90 |
| 05/22/12 | Conference with foreclosure counsel, regarding options moving forward | C400 | MW | .60 | 263.00 | 157.80 |
| 05/29/12 | Correspondence with foreclosure counsel regarding timeline analysis | C400 | MW | .20 | 263.00 | 52.60 |

                        FEES                        $491.40


                        AMOUNT DUE THIS BILL         $491.40


                 ***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    2
AUGUST 27, 2012

ResCap

0R0808-301034

FED ID NO. 63-0243316

---

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Michael C. Griffin | Partner | 323.00 | .30 | 96.90 |
| Monica Wilson | Associate | 263.00 | 1.50 | 394.50 |
| Total | | | 1.80 | 491.40 |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

BILL AMOUNT          $491.40

AUGUST 27, 2012
0R0808-301034
INVOICE #  800804

To:    ResCap
       1100 Virginia Drive
       Fort Washington, PA 19034

TC Number:        723079
Invoice Date:     08/27/2012
Invoice No.       800804
Period ending:    05/31/2012

Case Management Number    LD  0R0808-301034

| Code | Task | Current Invoice Hours | Fees |
|------|------|------|------|
| C400 | Third Party Communication | 1.30 | $ 341.90 |
| L120 | Analysis/Strategy | 0.50 | $ 149.50 |
| | TOTAL FEES | 1.80 | $ 491.40 |

TOTAL FEES DUE                    $   491.40
TOTAL DISBURSEMENTS DUE           $     0.00
TOTAL DUE THIS INVOICE            $   491.40



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 27, 2012
0R0808-301035

INVOICE #  800805

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0808-301035   TC Number: 712454

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/16/12 | Analyze matter to determine if bankruptcy stay is in place and, if so, how it will impact the case | L120 | CLHA | .20 | 345.00 | 69.00 |

FEES    $69.00

AMOUNT DUE THIS BILL    $69.00

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE      2
AUGUST 27, 2012

0R0808-301035

ResCap

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christopher L. Hawkins | Partner | 345.00 | .20 | 69.00 |
| Total | | | .20 | 69.00 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                              AUGUST 27, 2012
                                                    0R0808-301035

BILL AMOUNT          $69.00                         INVOICE #  800805

To:    ResCap                        TC Number:        712454
       1100 Virginia Drive           Invoice Date:     08/27/2012
       Fort Washington, PA 19034     Invoice No.       800805
                                     Period ending:    05/31/2012

Case Management Number      LD   0R0808-301035

|                          | Current Invoice | |
| Code Task                | Hours | Fees |
| L120 Analysis/Strategy   | 0.20  | $ 69.00 |
| TOTAL FEES               | 0.20  | $ 69.00 |

TOTAL FEES DUE                        $   69.00
TOTAL DISBURSEMENTS DUE               $    0.00
TOTAL DUE THIS INVOICE                $   69.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 27, 2012
0R0808-301036

INVOICE #  800806

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0808-301036   TC Number: 712651

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/16/12 | Analyze matter to determine if bankruptcy stay is in place and, if so, how it will impact the case | L120 | CLHA | .20 | 345.00 | 69.00 |

FEES     $69.00

AMOUNT DUE THIS BILL     $69.00

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE     2
AUGUST 27, 2012

0R0808-301036

FED ID NO. 63-0243316

ResCap

---

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christopher L. Hawkins | Partner | 345.00 | .20 | 69.00 |
| Total | | | .20 | 69.00 |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    AUGUST 27, 2012
                                                         0R0808-301036
BILL AMOUNT          $69.00                               INVOICE #  800806

---

To:    ResCap                        TC Number:          712651
       1100 Virginia Drive           Invoice Date:       08/27/2012
       Fort Washington, PA 19034      Invoice No.         800806
                                      Period ending:      05/31/2012


Case Management Number      LD   0R0808-301036


|  |  | Current Invoice | |
| Code Task | | Hours | Fees |
|---|---|---|---|
| L120 Analysis/Strategy | | 0.20 | $    69.00 |
| | | ================================ | |
| | TOTAL FEES | 0.20 | $    69.00 |
| | TOTAL FEES DUE | | $    69.00 |
| | TOTAL DISBURSEMENTS DUE | | $     0.00 |
| | TOTAL DUE THIS INVOICE | | $    69.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 27, 2012
0R0808-301037

INVOICE #  800807

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0808-301037  TC Number: 699305

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/14/12 | Conduct research for rehearing | L510 | MJA | .90 | 297.00 | 267.30 |
| 05/14/12 | Draft summary of rehearing issues | L510 | MJA | .60 | 297.00 | 178.20 |
| 05/14/12 | Call from counsel about strategy | L510 | MJA | .40 | 297.00 | 118.80 |
| 05/15/12 | Determine whether automatic stay applies to any represented clients | L120 | JMH | .20 | 241.00 | 48.20 |
| 05/17/12 | Review notices regarding GMAC bankruptcy and stay of mandate | L210 | JMH | .40 | 241.00 | 96.40 |
| 05/17/12 | Review rehearing petition | L520 | JMH | .20 | 241.00 | 48.20 |
| 05/18/12 | Review Bank of America's motion to file amicus brief | L520 | JMH | .10 | 241.00 | 24.10 |
| 05/18/12 | Review inquiry from court regarding bankruptcy | L510 | JMH | .10 | 241.00 | 24.10 |
| 05/18/12 | Review of rehearing petition and amicus brief for suggestions | L520 | MJA | .40 | 297.00 | 118.80 |
| 05/18/12 | Research inquiry from Fourth Circuit Court of Appeals concerning bankruptcy stay | L510 | MJA | .50 | 297.00 | 148.50 |
| 05/18/12 | Review notice of appearance of L.Schiller | L510 | JMH | .10 | 241.00 | 24.10 |
| 05/21/12 | Research on response to Fourth Circuit's inquiry regarding bankruptcy stay | L510 | MJA | .20 | 297.00 | 59.40 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     2
AUGUST 27, 2012

0R0808-301037

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/21/12 | Review notice of appearance for M.Fitzgerald and letter submission regarding GMAC's bankruptcy | L510 | JMH | .20 | 241.00 | 48.20 |
| 05/22/12 | Evaluate issues regarding say of appeal | L120 | JMH | .20 | 241.00 | 48.20 |
| 05/30/12 | Review request from 4th Circuit for response or notification from borrowers' counsel regarding stay and its effect on appeal | L510 | JMH | .10 | 241.00 | 24.10 |

FEES                          $1,276.60

AMOUNT DUE THIS BILL          $1,276.60

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE      3
AUGUST 27, 2012

ResCap

0R0808-301037

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Marc J. Ayers | Partner | 297.00 | 3.00 | 891.00 |
| Jonathan Hooks | Associate | 241.00 | 1.60 | 385.60 |
| Total | | | 4.60 | 1,276.60 |



### BRADLEY ARANT
### BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

AUGUST 27, 2012
0R0808-301037

BILL AMOUNT       $1,276.60

INVOICE #  800807

| To: | ResCap | TC Number: | 699305 |
|---|---|---|---|
| | 1100 Virginia Drive | Invoice Date: | 08/27/2012 |
| | Fort Washington, PA 19034 | Invoice No. | 800807 |
| | | Period ending: | 05/31/2012 |

Case Management Number    LD   0R0808-301037

| | | Current Invoice | |
|---|---|---|---|
| Code | Task | Hours | Fees |
| L120 | Analysis/Strategy | 0.40 | $    96.40 |
| L210 | Pleadings | 0.40 | $    96.40 |
| L510 | Appellate Motions and Submissions | 3.10 | $   892.70 |
| L520 | Appellate Briefs | 0.70 | $   191.10 |
| | ================================= | | |
| | TOTAL FEES | 4.60 | $ 1,276.60 |

| TOTAL FEES DUE | $ 1,276.60 |
|---|---|
| TOTAL DISBURSEMENTS DUE | $     0.00 |
| TOTAL DUE THIS INVOICE | $ 1,276.60 |