

BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                         AUGUST 27, 2012
1100 Virginia Drive                                           0R0808-301038
Fort Washington, PA 19034

                                                             INVOICE #  800808

                                                             FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0808-301038  TC Number: 699506

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/14/12 | Teleconference and correspondence with plaintiff's counsel regarding bankruptcy and automatic stay of case | L120 | DBO | .30 | 345.00 | 103.50 |
| 05/15/12 | Analyze matter to determine if bankruptcy stay is in place and, if so, how it will affect the case | L120 | JDV | .50 | 219.00 | 109.50 |
| 05/15/12 | Research regarding effect of stay | L120 | HTC | .10 | 315.00 | 31.50 |
| 05/17/12 | Review order to show cause and contact clerk regarding suggestion of bankruptcy | L120 | DBO | .40 | 345.00 | 138.00 |
| 05/17/12 | Draft Notice of Bankruptcy | L210 | JAM | .20 | 145.00 | 29.00 |
| 05/17/12 | Review court's order to show cause | L120 | HTC | .10 | 315.00 | 31.50 |

                                    FEES                              $443.00

                        DESCRIPTION OF DISBURSEMENTS

        37        Research Fee                                          3.08

                                    COSTS                              $3.08

                        AMOUNT DUE THIS BILL                          $446.08



Bradley Arant
Boult Cummings
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE       2
AUGUST 27, 2012

0R0808-301038

FED ID NO. 63-0243316

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    3
AUGUST 27, 2012

ResCap

0R0808-301038

FED ID NO. 63-0243316

---

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Hope Cannon | Partner | 315.00 | .20 | 63.00 |
| D. Brian O'Dell | Partner | 345.00 | .70 | 241.50 |
| Jamie Mathews | Paralegal | 145.00 | .20 | 29.00 |
| Jose D. Vega | Associate | 219.00 | .50 | 109.50 |
| Total | | | 1.60 | 443.00 |



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    AUGUST 27, 2012
                                                         0R0808-301038
BILL AMOUNT          $446.08                             INVOICE #  800808

---

To:    ResCap                        TC Number:           699506
       1100 Virginia Drive           Invoice Date:        08/27/2012
       Fort Washington, PA 19034      Invoice No.          800808
                                     Period ending:       05/31/2012


Case Management Number     LD  0R0808-301038


|  | | Current Invoice | |
|---|---|---|---|
| Code Task | | Hours | Fees |
| L120 Analysis/Strategy | | 1.40 | $   414.00 |
| L210 Pleadings | | 0.20 | $    29.00 |
| | ===================================== | | |
| TOTAL FEES | | 1.60 | $   443.00 |
| TOTAL FEES DUE | | | $   443.00 |
| TOTAL DISBURSEMENTS DUE | | | $     3.08 |
| TOTAL DUE THIS INVOICE | | | $   446.08 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 27, 2012
0R0808-301040

INVOICE #  800809

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0808-301040   TC Number: 690409

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/18/12 | Draft suggestion of bankruptcy | L210 | LADA | .30 | 65.00 | 19.50 |
| 05/18/12 | Revise notice of bankruptcy for filing | L210 | MCG | .20 | 323.00 | 64.60 |

|  | FEES |  |  |  |  | $84.10 |
|------|------|------|------|------|------|--------|
| 01 | Copy Charges |  |  |  | 0.00 |  |
| 35 | Express Mail/Fedex |  |  |  | 0.00 |  |
|  | AMOUNT DUE THIS BILL |  |  |  |  | $84.10 |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
AUGUST 27, 2012

0R0808-301040

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Michael C. Griffin | Partner | 323.00 | .20 | 64.60 |
| Lucinda Kish | Paralegal | 65.00 | .30 | 19.50 |
| Total | | | .50 | 84.10 |



### BRADLEY ARANT
### BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

BILL AMOUNT          $84.10

AUGUST 27, 2012
0R0808-301040
INVOICE #  800809

---

To:    ResCap
       1100 Virginia Drive
       Fort Washington, PA 19034

TC Number:          690409
Invoice Date:       08/27/2012
Invoice No.         800809
Period ending:      05/31/2012


Case Management Number      LD   0R0808-301040


|  |  | Current Invoice | |
| --- | --- | --- | --- |
| Code Task |  | Hours | Fees |
| L210 Pleadings |  | 0.50 | $   84.10 |
| TOTAL FEES |  | 0.50 | $   84.10 |

TOTAL FEES DUE                    $    84.10
TOTAL DISBURSEMENTS DUE           $     0.00
TOTAL DUE THIS INVOICE            $    84.10



# BRADLEY ARANT
# BOULT CUMMINGS
#### LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                                AUGUST 27, 2012
1100 Virginia Drive                                                   0R0808-301041
Fort Washington, PA 19034

                                                                      INVOICE #  800810

                                                                      FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0808-301041  TC Number: 715139

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/16/12 | Analyze matter to determine if bankruptcy stay is in place and, if so, how it will impact the case | L120 | NJV | .10 | 258.00 | 25.80 |

| | | |
|---|---|---|
| | FEES | $25.80 |
| | AMOUNT DUE THIS BILL | $25.80 |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE      2
AUGUST 27, 2012

0R0808-301041

FED ID NO. 63-0243316

ResCap

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Nicholas J. Voelker | Associate | 258.00 | .10 | 25.80 |
| Total | | | .10 | 25.80 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                              AUGUST 27, 2012
                                                    0R0808-301041
BILL AMOUNT          $25.80                          INVOICE #  800810

To:    ResCap                        TC Number:            715139
       1100 Virginia Drive           Invoice Date:         08/27/2012
       Fort Washington, PA 19034     Invoice No.           800810
                                     Period ending:        05/31/2012

Case Management Number     LD  0R0808-301041

|  | Code Task | Current Invoice | |
|---|---|---|---|
|  |  | Hours | Fees |
| L120 | Analysis/Strategy | 0.10 | $    25.80 |
|  | TOTAL FEES | 0.10 | $    25.80 |

                    TOTAL FEES DUE           $    25.80
            TOTAL DISBURSEMENTS DUE          $     0.00
            TOTAL DUE THIS INVOICE           $    25.80



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                              AUGUST 27, 2012
1100 Virginia Drive                                                0R0808-301042
Fort Washington, PA 19034

                                                                   INVOICE #   800811

                                                                   FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0808-301042   TC Number: 716722

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/15/12 | Analyze matter to determine if bankruptcy stay is in place and, if so, how it will affect the case | L120 | JDV | .30 | 219.00 | 65.70 |
| 05/15/12 | Conference with J.Vega regarding case status relative to bankruptcy | L110 | JAM | .10 | 145.00 | 14.50 |
| 05/16/12 | Draft Notice of Bankruptcy | L250 | JDV | .20 | 219.00 | 43.80 |
| 05/22/12 | Email correspondence with client regarding bankruptcy filing | L120 | KSA | .30 | 223.00 | 66.90 |
| 05/22/12 | Exchange several emails with client about suggestion of bankruptcy | L160 | CWH | .20 | 330.00 | 66.00 |
| 05/22/12 | Review notice of bankruptcy and confirmation of filing | L190 | JDV | .20 | 219.00 | 43.80 |
| 05/25/12 | Analysis of Order requiring Plaintiff to file a response or show cause why this case against Defendant GMAC Mortgage, LLC should not be stayed pursuant to 11 U.S.C. sec. 362 | L210 | JDV | .20 | 219.00 | 43.80 |
| 05/25/12 | Email with plaintiff counsel regarding loan mod terms and resolution | L160 | KSA | .20 | 223.00 | 44.60 |

                              FEES                                    $389.10



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE      2
AUGUST 27, 2012

0R0808-301042

FED ID NO. 63-0243316

ResCap

AMOUNT DUE THIS BILL                    $389.10

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    3
AUGUST 27, 2012

ResCap

0R0808-301042

FED ID NO. 63-0243316

---

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christian W. Hancock | Partner | 330.00 | .20 | 66.00 |
| Jamie Mathews | Paralegal | 145.00 | .10 | 14.50 |
| Keith S. Anderson | Associate | 223.00 | .50 | 111.50 |
| Jose D. Vega | Associate | 219.00 | .90 | 197.10 |
| Total | | | 1.70 | 389.10 |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                   AUGUST 27, 2012
                                                         0R0808-301042
BILL AMOUNT          $389.10                             INVOICE #   800811

To:     ResCap                          TC Number:           716722
        1100 Virginia Drive             Invoice Date:        08/27/2012
        Fort Washington, PA 19034       Invoice No.          800811
                                        Period ending:       05/31/2012

Case Management Number       LD   0R0808-301042

|  | | Current Invoice | |
| Code | Task | Hours | Fees |
|---|---|---|---|
| L110 | Fact Investigation/Development | 0.10 | $   14.50 |
| L120 | Analysis/Strategy | 0.60 | $  132.60 |
| L160 | Settlement/Non-Binding ADR | 0.40 | $  110.60 |
| L190 | Other Case Assessment, Develop't/Admin | 0.20 | $   43.80 |
| L210 | Pleadings | 0.20 | $   43.80 |
| L250 | Other Written Motions/Submissions | 0.20 | $   43.80 |

```
                    ==================================
        TOTAL FEES      1.70    $    389.10

            TOTAL FEES DUE              $    389.10
    TOTAL DISBURSEMENTS DUE             $      0.00
       TOTAL DUE THIS INVOICE          $    389.10
```



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 27, 2012
0R0808-301045

INVOICE #  800814

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0808-301045  TC Number: 698535

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/16/12 | Analyze matter to determine if bankruptcy stay is in place and, if so, how it will impact the case | L120 | CLHA | .20 | 345.00 | 69.00 |

FEES                                                        $69.00

AMOUNT DUE THIS BILL                                        $69.00

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
AUGUST 27, 2012

0R0808-301045

FED ID NO. 63-0243316

---

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christopher L. Hawkins | Partner | 345.00 | .20 | 69.00 |
| Total | | | .20 | 69.00 |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                          AUGUST 27, 2012
                                                0R0808-301045
BILL AMOUNT          $69.00                     INVOICE #   800814

To:    ResCap                    TC Number:           698535
       1100 Virginia Drive       Invoice Date:        08/27/2012
       Fort Washington, PA 19034  Invoice No.          800814
                                  Period ending:       05/31/2012

Case Management Number      LD   0R0808-301045

|  |  | Current Invoice | |
|---|---|---|---|
| Code Task |  | Hours | Fees |
| L120 Analysis/Strategy |  | 0.20 | $   69.00 |
| TOTAL FEES |  | 0.20 | $   69.00 |
| TOTAL FEES DUE |  |  | $   69.00 |
| TOTAL DISBURSEMENTS DUE |  |  | $    0.00 |
| TOTAL DUE THIS INVOICE |  |  | $   69.00 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 27, 2012
0R0808-301047

INVOICE #  800815

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0808-301047   TC Number: 696927

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/15/12 | Analyze matter to determine if bankruptcy stay is in place and, if so, how it will impact case | B410 | RLB | .20 | 266.00 | 53.20 |
| 05/15/12 | E-mail to client regarding Equivest's acceptance of settlement offer | L160 | RLB | .20 | 266.00 | 53.20 |
| 05/16/12 | Respond to e-mail from opposing counsel regarding structure of settlement agreement | L160 | RLB | .20 | 266.00 | 53.20 |
| 05/16/12 | E-mail to client regarding settlement | L160 | RLB | .30 | 266.00 | 79.80 |
| 05/18/12 | E-mail to client regarding settlement | L160 | RLB | .10 | 266.00 | 26.60 |
| 05/22/12 | Teleconferences with client regarding facilitation of settlement documentation | L160 | RLB | .20 | 266.00 | 53.20 |
| 05/22/12 | E-mails advising on relief from stay to continue with case | B420 | RLB | .70 | 266.00 | 186.20 |
| 05/23/12 | E-mails to and from client regarding quitclaim deed | L160 | RLB | .70 | 266.00 | 186.20 |
| 05/23/12 | E-mail to opposing counsel regarding name to insert as grantee of quitclaim deed | L160 | RLB | .10 | 266.00 | 26.60 |
| 05/23/12 | Teleconference with client regarding settlement issues | L160 | RLB | .80 | 266.00 | 212.80 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE     2
AUGUST 27, 2012

ResCap

0R0808-301047

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 05/29/12 | Teleconference with client regarding settlement | L160 | RLB | .20 | 266.00 | 53.20 |
| 05/30/12 | Teleconference with client regarding settlement consummation | L160 | RLB | .70 | 266.00 | 186.20 |
| 05/30/12 | Review deed prepared by W.Hereford | L160 | RLB | .30 | 266.00 | 79.80 |
| 05/30/12 | E-mails to W.Hereford regarding settlement | L160 | RLB | .30 | 266.00 | 79.80 |
| 05/31/12 | E-mails to J.Skinner regarding client's legal name | L160 | RLB | .20 | 266.00 | 53.20 |
| 05/31/12 | Draft and revise settlement agreement | L160 | RLB | 4.70 | 266.00 | 1,250.20 |

FEES                                    $2,633.40


AMOUNT DUE THIS BILL                     $2,633.40


***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    3
AUGUST 27, 2012

ResCap

0R0808-301047

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Rashad L. Blossom | Associate | 266.00 | 9.90 | 2,633.40 |
| Total | | | 9.90 | 2,633.40 |



## BRADLEY ARANT
## BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

AUGUST 27, 2012
0R0808-301047

BILL AMOUNT        $2,633.40

INVOICE #  800815

To:    ResCap
       1100 Virginia Drive
       Fort Washington, PA 19034

TC Number:        696927
Invoice Date:     08/27/2012
Invoice No.       800815
Period ending:    05/31/2012

Case Management Number      LD  0R0808-301047

|      |                                  | Current Invoice | |
|------|----------------------------------|--------|---------|
| Code | Task                             | Hours  | Fees    |
| B410 | General Bankruptcy Advice/Opinions | 0.20 | $    53.20 |
| B420 | Restructurings                   | 0.70   | $   186.20 |
| L160 | Settlement/Non-Binding ADR       | 9.00   | $ 2,394.00 |

===================================

| TOTAL FEES | 9.90 | $ 2,633.40 |

TOTAL FEES DUE                $ 2,633.40
TOTAL DISBURSEMENTS DUE       $     0.00
TOTAL DUE THIS INVOICE        $ 2,633.40



### BRADLEY ARANT
### BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 27, 2012
0R0808-301048

INVOICE #  800816

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0808-301048   TC Number: 706679

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/16/12 | Analyze matter to determine if bankruptcy stay is in place and, if so, how it will impact the case | L120 | CLHA | .20 | 345.00 | 69.00 |
| 05/21/12 | Prepare and circulate closing memorandum | L120 | CLHA | .50 | 345.00 | 172.50 |

FEES                                        $241.50

AMOUNT DUE THIS BILL                        $241.50

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
AUGUST 27, 2012

0R0808-301048

FED ID NO. 63-0243316

---

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christopher L. Hawkins | Partner | 345.00 | .70 | 241.50 |
| Total | | | .70 | 241.50 |



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

BILL AMOUNT        $241.50

AUGUST 27, 2012
0R0808-301048
INVOICE #   800816

| To: | ResCap | | |
|---|---|---|---|
| | 1100 Virginia Drive | TC Number: | 706679 |
| | Fort Washington, PA 19034 | Invoice Date: | 08/27/2012 |
| | | Invoice No. | 800816 |
| | | Period ending: | 05/31/2012 |

Case Management Number        LD   0R0808-301048

|  |  | Current Invoice | |
|---|---|---|---|
| Code Task | | Hours | Fees |
| L120 Analysis/Strategy | | 0.70 | $   241.50 |
| | | ================================= | |
| | TOTAL FEES | 0.70 | $   241.50 |
| | TOTAL FEES DUE | | $   241.50 |
| | TOTAL DISBURSEMENTS DUE | | $     0.00 |
| | TOTAL DUE THIS INVOICE | | $   241.50 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 27, 2012
0R0808-301049

INVOICE #  800817

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0808-301049  TC Number: 702383

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 05/14/12 | Analyze 11th Circuit's opinion affirming dismissal and e-mail correspondence regarding same | L510 | MFW | .10 | 236.00 | 23.60 |
| 05/14/12 | Review of appellate opinion affirming judgment | L510 | MJA | .20 | 297.00 | 59.40 |
| 05/15/12 | Analyze impact of bankruptcy | L120 | MRP | .20 | 424.00 | 84.80 |
| 05/15/12 | Analyze matter to determine if bankruptcy stay is in place and, if so, how it will impact the case | L190 | MFW | .20 | 236.00 | 47.20 |
| 05/17/12 | Prepare notices of bankruptcy for trial court and appellate court | L250 | MRP | .40 | 424.00 | 169.60 |
| 05/18/12 | Finalize and file stay filings | L250 | MRP | .10 | 424.00 | 42.40 |
| 05/18/12 | Draft memo to client regarding stay filings | L250 | MRP | .10 | 424.00 | 42.40 |
| 05/18/12 | File bankruptcy stay notice in appellate court | L510 | MJA | .40 | 297.00 | 118.80 |
| 05/18/12 | Finalize and electronically file the Notice of Bankruptcy and Effect of Automatic stay on the US District Court for the Southern District of FLorida. | L210 | MPE | .30 | 149.00 | 44.70 |
| 05/18/12 | Final review and revision of Suggestion of Bankruptcy to be filed in the 11th Circuit Court of Appeal | L510 | AHC | .60 | 145.00 | 87.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     2
AUGUST 27, 2012

0R0808-301049

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/24/12 | Review and approve certificate of interested persons for filing along with stay notice | L250 | MRP | .10 | 424.00 | 42.40 |

FEES                                    $762.30

AMOUNT DUE THIS BILL                    $762.30

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    3
AUGUST 27, 2012

0R0808-301049

FED ID NO. 63-0243316

ResCap

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Michael R. Pennington | Partner | 424.00 | .90 | 381.60 |
| Marc J. Ayers | Partner | 297.00 | .60 | 178.20 |
| Alecia H. Cockrell | Paralegal | 145.00 | .60 | 87.00 |
| Michael Walker | Associate | 236.00 | .30 | 70.80 |
| Melisa P. Palmer | Paralegal | 149.00 | .30 | 44.70 |
| Total | | | 2.70 | 762.30 |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

BILL AMOUNT          $762.30

AUGUST 27, 2012
0R0808-301049
INVOICE #  800817

To:    ResCap
       1100 Virginia Drive
       Fort Washington, PA 19034

TC Number:        702383
Invoice Date:     08/27/2012
Invoice No.       800817
Period ending:    05/31/2012

Case Management Number      LD  0R0808-301049

|  | | Current Invoice | |
|---|---|---|---|
| Code | Task | Hours | Fees |
| L120 | Analysis/Strategy | 0.20 | $ 84.80 |
| L190 | Other Case Assessment, Develop't/Admin | 0.20 | $ 47.20 |
| L210 | Pleadings | 0.30 | $ 44.70 |
| L250 | Other Written Motions/Submissions | 0.70 | $ 296.80 |
| L510 | Appellate Motions and Submissions | 1.30 | $ 288.80 |

```
                    ========================================
            TOTAL FEES     2.70   $   762.30

            TOTAL FEES DUE          $   762.30
    TOTAL DISBURSEMENTS DUE         $     0.00
     TOTAL DUE THIS INVOICE         $   762.30
```



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                      AUGUST 27, 2012
1100 Virginia Drive                                         OR0808-301050
Fort Washington, PA 19034

                                                            INVOICE #  800818

                                                            FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

OR0808-301050  TC Number: 709499

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/16/12 | Analyze matter to determine if bankruptcy stay is in place and, if so, how it will impact the case | L120 | CLHA | .20 | 345.00 | 69.00 |
| 05/17/12 | Prepare closing memorandum | L120 | CLHA | .50 | 345.00 | 172.50 |

                              FEES                          $241.50

                              AMOUNT DUE THIS BILL          $241.50

                    ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
AUGUST 27, 2012

0R0808-301050

FED ID NO. 63-0243316

---

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christopher L. Hawkins | Partner | 345.00 | .70 | 241.50 |
| Total | | | .70 | 241.50 |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

AUGUST 27, 2012
0R0808-301050

BILL AMOUNT      $241.50

INVOICE #  800818

To:    ResCap
       1100 Virginia Drive
       Fort Washington, PA 19034

TC Number:        709499
Invoice Date:     08/27/2012
Invoice No.       800818
Period ending:    05/31/2012

Case Management Number      LD  0R0808-301050

|  | | Current Invoice | |
|---|---|---|---|
| Code Task | | Hours | Fees |
| L120 Analysis/Strategy | | 0.70 | $   241.50 |
| ================================================ | | | |
| TOTAL FEES | | 0.70 | $   241.50 |
| TOTAL FEES DUE | | | $   241.50 |
| TOTAL DISBURSEMENTS DUE | | | $     0.00 |
| TOTAL DUE THIS INVOICE | | | $   241.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          AUGUST 27, 2012
1100 Virginia Drive                                            0R0808-301052
Fort Washington, PA 19034

                                                               INVOICE #  800819

                                                               FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0808-301052   TC Number: 708174

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/15/12 | Review and analyze matter to determine if bankruptcy stay is in place and, if so, how it will impact the case. | L120 | MST | .20 | 150.00 | 30.00 |

                              FEES                                    $30.00


                              AMOUNT DUE THIS BILL                    $30.00

                    ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    2
AUGUST 27, 2012

ResCap

0R0808-301052

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Melanie Thompson | Paralegal | 150.00 | .20 | 30.00 |
| Total | | | .20 | 30.00 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                              AUGUST 27, 2012
                                                    0R0808-301052
BILL AMOUNT          $30.00                          INVOICE #  800819

To:    ResCap                          TC Number:          708174
       1100 Virginia Drive             Invoice Date:       08/27/2012
       Fort Washington, PA 19034        Invoice No.        800819
                                       Period ending:      05/31/2012

Case Management Number      LD  0R0808-301052

|  | Current Invoice | |
| Code Task | Hours | Fees |
|---|---|---|
| L120 Analysis/Strategy | 0.20 | $  30.00 |
| ========================================= | | |
| TOTAL FEES | 0.20 | $  30.00 |

| | |
|---|---|
| TOTAL FEES DUE | $  30.00 |
| TOTAL DISBURSEMENTS DUE | $   0.00 |
| TOTAL DUE THIS INVOICE | $  30.00 |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 27, 2012
0R0808-301053

INVOICE #  800820

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0808-301053  TC Number: 710301

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/16/12 | Analyze matter to determine if bankruptcy stay is in place and, if so, how it will impact the case | L120 | CLHA | .20 | 345.00 | 69.00 |
| 05/21/12 | E-mail correspondence regarding loan closing memorandum | B420 | JHA | .10 | 249.00 | 24.90 |
| 05/21/12 | Prepare and circulate closing memorandum | L120 | CLHA | .40 | 345.00 | 138.00 |

| | | |
|---|---|---|
| FEES | | $231.90 |
| AMOUNT DUE THIS BILL | | $231.90 |

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
AUGUST 27, 2012

0R0808-301053

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christopher L. Hawkins | Partner | 345.00 | .60 | 207.00 |
| Jennifer H. Henderson | Associate | 249.00 | .10 | 24.90 |
| Total | | | .70 | 231.90 |



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                      AUGUST 27, 2012
                                                           0R0808-301053
BILL AMOUNT          $231.90                               INVOICE #  800820

_____

To:    ResCap                    TC Number:            710301
       1100 Virginia Drive       Invoice Date:         08/27/2012
       Fort Washington, PA 19034  Invoice No.          800820
                                 Period ending:        05/31/2012


Case Management Number     LD  0R0808-301053


                                        Current Invoice
                                    Hours              Fees
Code Task

B420 Restructurings                 0.10      $      24.90
L120 Analysis/Strategy              0.60      $     207.00


                             ======================================
                TOTAL FEES          0.70      $     231.90

                TOTAL FEES DUE                $     231.90
          TOTAL DISBURSEMENTS DUE             $       0.00
          TOTAL DUE THIS INVOICE              $     231.90



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 27, 2012

0R0808-301054

INVOICE #  800821

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0808-301054  TC Number: 711432

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/15/12 | Review docket and complete review for bankruptcy status | L120 | JB | .20 | 190.00 | 38.00 |
| 05/16/12 | E-mail to J.Scoliard regarding original documents | L120 | GEG | .10 | 335.00 | 33.50 |
| 05/17/12 | Work on analysis of bankruptcy stay issues and chart regarding stay-related information | L120 | GEG | .40 | 335.00 | 134.00 |
| 05/17/12 | E-mails regarding bankruptcy stay status | L120 | JB | .40 | 190.00 | 76.00 |

|  | FEES |  |  |  |  | $281.50 |
| 01 | Copy Charges |  |  |  | 0.00 |  |
| 35 | Express Mail/Fedex |  |  |  | 0.00 |  |
|  | AMOUNT DUE THIS BILL |  |  |  |  | $281.50 |

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
AUGUST 27, 2012

0R0808-301054

FED ID NO. 63-0243316

---

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Glenn E. Glover | Partner | 335.00 | .50 | 167.50 |
| James Bailey | Associate | 190.00 | .60 | 114.00 |
| Total | | | 1.10 | 281.50 |



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                          AUGUST 27, 2012
                                                0R0808-301054
BILL AMOUNT        $281.50                       INVOICE #  800821

To:    ResCap                    TC Number:          711432
       1100 Virginia Drive       Invoice Date:       08/27/2012
       Fort Washington, PA 19034  Invoice No.         800821
                                 Period ending:       05/31/2012

Case Management Number      LD  0R0808-301054

|  |  | Current Invoice | |
|---|---|---|---|
| Code Task | | Hours | Fees |
| L120 Analysis/Strategy | | 1.10 | $   281.50 |
| | | ================================= | |
| TOTAL FEES | | 1.10 | $   281.50 |
| | TOTAL FEES DUE | $   281.50 | |
| | TOTAL DISBURSEMENTS DUE | $     0.00 | |
| | TOTAL DUE THIS INVOICE | $   281.50 | |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 27, 2012
0R0808-301055

INVOICE #   800822

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0808-301055   TC Number: 711791

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/17/12 | Review appellate court communication regarding needed filings. | L120 | HFH | .10 | 380.00 | 38.00 |
| 05/18/12 | Prepare notice of bankruptcy for filing with the court of appeals. | L210 | HFH | .10 | 380.00 | 38.00 |

FEES                                                          $76.00

AMOUNT DUE THIS BILL                                          $76.00

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT
## BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE        2
AUGUST 27, 2012

ResCap

0R0808-301055

FED ID NO. 63-0243316

---

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Rick Humbracht | Partner | 380.00 | .20 | 76.00 |
| Total | | | .20 | 76.00 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                    AUGUST 27, 2012
                                                         0R0808-301055
BILL AMOUNT        $76.00                                 INVOICE #  800822

---

To:    ResCap                          TC Number:        711791
       1100 Virginia Drive             Invoice Date:     08/27/2012
       Fort Washington, PA 19034       Invoice No.       800822
                                       Period ending:    05/31/2012


Case Management Number      LD  0R0808-301055


|            |                      | Current Invoice |          |
|------------|----------------------|-----------------|----------|
| Code       | Task                 | Hours           | Fees     |
| L120       | Analysis/Strategy    | 0.10            | $  38.00 |
| L210       | Pleadings            | 0.10            | $  38.00 |
| ========================================================== |
|            | TOTAL FEES           | 0.20            | $  76.00 |

                    TOTAL FEES DUE              $    76.00
              TOTAL DISBURSEMENTS DUE           $     0.00
              TOTAL DUE THIS INVOICE            $    76.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                              AUGUST 27, 2012
1100 Virginia Drive                                 0R0808-301057
Fort Washington, PA 19034

                                                    INVOICE #  800823

                                                    FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0808-301057  TC Number: 713877

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/15/12 | Analyze matter to determine if bankruptcy stay is in place and if so, how it will impact the case, | L120 | CLHA | .20 | 345.00 | 69.00 |
| 05/21/12 | Follow up with client regarding comments to settlement agreement | L120 | CLHA | .30 | 345.00 | 103.50 |
| 05/30/12 | Conference with client regarding status and strategy | L120 | CLHA | .20 | 345.00 | 69.00 |

                          FEES                          $241.50

                  AMOUNT DUE THIS BILL                   $241.50

            ***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE     2
AUGUST 27, 2012

ResCap

0R0808-301057

FED ID NO. 63-0243316

---

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christopher L. Hawkins | Partner | 345.00 | .70 | 241.50 |
| Total | | | .70 | 241.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                    AUGUST 27, 2012
                                                          0R0808-301057
BILL AMOUNT        $241.50                                INVOICE #  800823

To:    ResCap                        TC Number:          713877
       1100 Virginia Drive           Invoice Date:       08/27/2012
       Fort Washington, PA 19034      Invoice No.         800823
                                      Period ending:      05/31/2012

Case Management Number    LD  0R0808-301057

|  | | Current Invoice | |
|---|---|---|---|
| Code Task | | Hours | Fees |
| L120 Analysis/Strategy | | 0.70 | $   241.50 |
| ============================= | | | |
| TOTAL FEES | | 0.70 | $   241.50 |

                    TOTAL FEES DUE            $   241.50
              TOTAL DISBURSEMENTS DUE         $     0.00
              TOTAL DUE THIS INVOICE          $   241.50



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                      AUGUST 27, 2012
1100 Virginia Drive                                         0R0808-301058
Fort Washington, PA 19034

                                                            INVOICE #  800824

                                                            FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0808-301058  TC Number: 719345

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/16/12 | Analyze matter to determine if bankruptcy stay is in place and, if so, how it will impact the case | L120 | CLHA | .20 | 345.00 | 69.00 |
| 05/17/12 | Prepare closing memorandum | L120 | CLHA | .50 | 345.00 | 172.50 |

                          FEES                                    $241.50

                          AMOUNT DUE THIS BILL                    $241.50

                 ***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
AUGUST 27, 2012

OR0808-301058

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christopher L. Hawkins | Partner | 345.00 | .70 | 241.50 |
| Total | | | .70 | 241.50 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                          AUGUST 27, 2012
                                                               0R0808-301058
BILL AMOUNT        $241.50                                      INVOICE #  800824

To:    ResCap                       TC Number:        719345
       1100 Virginia Drive          Invoice Date:     08/27/2012
       Fort Washington, PA 19034    Invoice No.       800824
                                    Period ending:    05/31/2012

Case Management Number    LD   0R0808-301058

                                      Current Invoice
                                   Hours          Fees
Code Task

L120 Analysis/Strategy              0.70    $    241.50

                          ===================================
                 TOTAL FEES         0.70    $    241.50

                 TOTAL FEES DUE             $    241.50
          TOTAL DISBURSEMENTS DUE           $      0.00
             TOTAL DUE THIS INVOICE         $    241.50



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 27, 2012
0R0808-301059

INVOICE #  800825

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0808-301059   TC Number: 714656

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/14/12 | Review and respond to e-mails from opposing counsel regarding revised settlement letter | L160 | RLB | .40 | 266.00 | 106.40 |
| 05/14/12 | E-mail to client regarding revised settlement letter | L160 | RLB | .20 | 266.00 | 53.20 |
| 05/15/12 | Review and analyze matter to determine if bankruptcy stay is in place and, if so, how it will impact case | B410 | RLB | .30 | 266.00 | 79.80 |
| 05/22/12 | Review and forward e-mail to client regarding status of loan modification | L160 | RLB | .10 | 266.00 | 26.60 |

FEES                                   $266.00

AMOUNT DUE THIS BILL                   $266.00

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
AUGUST 27, 2012

0R0808-301059

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Rashad L. Blossom | Associate | 266.00 | 1.00 | 266.00 |
| Total | | | 1.00 | 266.00 |



### BRADLEY ARANT
### BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    AUGUST 27, 2012
                                                         0R0808-301059
BILL AMOUNT          $266.00                             INVOICE #  800825

_____

To:    ResCap                        TC Number:          714656
       1100 Virginia Drive           Invoice Date:       08/27/2012
       Fort Washington, PA 19034      Invoice No.         800825
                                     Period ending:      05/31/2012


Case Management Number      LD   0R0808-301059


|       |                                    | Current Invoice | |
| Code  | Task                               | Hours | Fees |
|-------|------------------------------------|-------|------|
| B410  | General Bankruptcy Advice/Opinions | 0.30  | $ 79.80 |
| L160  | Settlement/Non-Binding ADR         | 0.70  | $ 186.20 |

=========================================

|  | TOTAL FEES | 1.00 | $ 266.00 |

|  |  |
|--|--|
| TOTAL FEES DUE | $ 266.00 |
| TOTAL DISBURSEMENTS DUE | $ 0.00 |
| TOTAL DUE THIS INVOICE | $ 266.00 |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 27, 2012
0R0808-301060

INVOICE #  800826

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0808-301060  TC Number: 721871

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/15/12 | Analyze matter to determine how bankruptcy stay will affect the case. | L190 | EWS | .20 | 266.00 | 53.20 |
| 05/15/12 | Analyze matter and determining if bankruptcy stay is in place and, if so, how it will impact the case | L120 | FS | .40 | 210.00 | 84.00 |

FEES                                    $137.20

### DESCRIPTION OF DISBURSEMENTS

| 01 | Copy Charges | 0.00 |
|----|--------------|------|
| 12 | Court Costs - Pleadings | 41.00 |

COSTS                                    $41.00

AMOUNT DUE THIS BILL                     $178.20

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE     2
AUGUST 27, 2012

ResCap

0R0808-301060

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Eric Smith | Partner | 266.00 | .20 | 53.20 |
| Frankie Spero | Associate | 210.00 | .40 | 84.00 |
| Total | | | .60 | 137.20 |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                          AUGUST 27, 2012
                                                0R0808-301060
BILL AMOUNT        $178.20                       INVOICE #  800826

_____

To:    ResCap                      TC Number:        721871
       1100 Virginia Drive         Invoice Date:     08/27/2012
       Fort Washington, PA 19034   Invoice No.       800826
                                   Period ending:    05/31/2012


Case Management Number      LD  0R0808-301060


| Code Task | | Current Invoice | |
|---|---|---|---|
| | | Hours | Fees |
| L120 | Analysis/Strategy | 0.40 | $    84.00 |
| L190 | Other Case Assessment, Develop't/Admin | 0.20 | $    53.20 |
| | | =============================== | |
| | TOTAL FEES | 0.60 | $   137.20 |
| | TOTAL FEES DUE | | $   137.20 |
| | TOTAL DISBURSEMENTS DUE | | $    41.00 |
| | TOTAL DUE THIS INVOICE | | $   178.20 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 27, 2012
0R0808-301061

INVOICE #   800827

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0808-301061   TC Number: 725468

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/18/12 | Telephone conversation with client regarding stay | L120 | HFH | .10 | 380.00 | 38.00 |
| 05/21/12 | Telephone conversation with client regarding indemnification issues | L120 | HFH | .60 | 380.00 | 228.00 |

FEES                                              $266.00

AMOUNT DUE THIS BILL                              $266.00

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE      2
AUGUST 27, 2012

ResCap

0R0808-301061

FED ID NO. 63-0243316

---

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Rick Humbracht | Partner | 380.00 | .70 | 266.00 |
| Total | | | .70 | 266.00 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                AUGUST 27, 2012
                                                      0R0808-301061
BILL AMOUNT        $266.00                             INVOICE #  800827

To:    ResCap                    TC Number:           725468
       1100 Virginia Drive       Invoice Date:        08/27/2012
       Fort Washington, PA 19034  Invoice No.          800827
                                 Period ending:       05/31/2012

Case Management Number    LD  0R0808-301061

|  | | Current Invoice | |
|---|---|---|---|
| Code Task | | Hours | Fees |
| L120 Analysis/Strategy | | 0.70 | $   266.00 |
| TOTAL FEES | | 0.70 | $   266.00 |
| TOTAL FEES DUE | | | $   266.00 |
| TOTAL DISBURSEMENTS DUE | | | $     0.00 |
| TOTAL DUE THIS INVOICE | | | $   266.00 |



### BRADLEY ARANT
### BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 27, 2012
0R0808-301063

INVOICE #  800828

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0808-301063   TC Number: 714383

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/14/12 | Review deposition testimony | L250 | KSA | 1.20 | 223.00 | 267.60 |
| 05/14/12 | Analysis of deposition transcripts of F. Edquid and L. Edquid. | L120 | MST | .40 | 150.00 | 60.00 |
| 05/15/12 | Edit discovery responses | L310 | KSA | .50 | 223.00 | 111.50 |
| 05/15/12 | Review deposition transcript  citations | L240 | KSA | 1.20 | 223.00 | 267.60 |
| 05/16/12 | Analyze matter to determine if bankruptcy stay is in place, and, if so, how it will impact case | L120 | KSA | .20 | 223.00 | 44.60 |
| 05/16/12 | Analyze deposition transcript | L250 | KSA | 2.40 | 223.00 | 535.20 |
| 05/16/12 | Draft Edquid suggestion of bankruptcy | L210 | KSA | .30 | 223.00 | 66.90 |
| 05/16/12 | Revise Suggestion of Bankruptcy and prepare for filing and service. | L210 | MST | .30 | 150.00 | 45.00 |
| 05/18/12 | Finalize Notice of Bankruptcy and prepare for filing and service. | L210 | MST | .40 | 150.00 | 60.00 |
| 05/18/12 | Draft statement of facts for use with motion for summary of judgment | L240 | KSA | 1.70 | 223.00 | 379.10 |
| 05/21/12 | Edit and add to statement of facts in support of motion for summary judgment | L240 | KSA | 1.20 | 223.00 | 267.60 |
| 05/21/12 | Prepare documents in response to discovery requests | L320 | KSA | .60 | 223.00 | 133.80 |



## BRADLEY ARANT
## BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE     2
AUGUST 27, 2012

ResCap

0R0808-301063

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/22/12 | Review Order from judge regarding case stayed due to Notice of Filing Bankruptcy. | L140 | MST | .20 | 150.00 | 30.00 |
| 05/23/12 | Review QWR/RESPA section of motion for summary judgment and edit | L120 | KSA | .30 | 223.00 | 66.90 |
| 05/25/12 | Edit RESPA section of motion for summary judgment | L120 | KSA | .30 | 223.00 | 66.90 |

FEES                              $2,402.70

AMOUNT DUE THIS BILL              $2,402.70

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE      3
AUGUST 27, 2012

ResCap

0R0808-301063

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Melanie Thompson | Paralegal | 150.00 | 1.30 | 195.00 |
| Keith S. Anderson | Associate | 223.00 | 9.90 | 2,207.70 |
| Total | | | 11.20 | 2,402.70 |



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

BILL AMOUNT        $2,402.70

AUGUST 27, 2012
0R0808-301063
INVOICE #  800828

| To: | ResCap | TC Number: | 714383 |
|-----|--------|------------|--------|
|     | 1100 Virginia Drive | Invoice Date: | 08/27/2012 |
|     | Fort Washington, PA 19034 | Invoice No. | 800828 |
|     |        | Period ending: | 05/31/2012 |

Case Management Number    LD  0R0808-301063

|  |  | Current Invoice | |
|--|--|--|--|
| Code Task | | Hours | Fees |
| L120 Analysis/Strategy | | 1.20 | $   238.40 |
| L140 Document/File Management | | 0.20 | $    30.00 |
| L210 Pleadings | | 1.00 | $   171.90 |
| L240 Dispositive Motions | | 4.10 | $   914.30 |
| L250 Other Written Motions/Submissions | | 3.60 | $   802.80 |
| L310 Written Discovery | | 0.50 | $   111.50 |
| L320 Document Production | | 0.60 | $   133.80 |

=====================================
|  | | | |
|--|--|--|--|
| TOTAL FEES | | 11.20 | $  2,402.70 |
| TOTAL FEES DUE | | | $  2,402.70 |
| TOTAL DISBURSEMENTS DUE | | | $      0.00 |
| TOTAL DUE THIS INVOICE | | | $  2,402.70 |



**BRADLEY ARANT BOULT CUMMINGS LLP**

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 27, 2012
0R0808-301064

INVOICE #  800829

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0808-301064   TC Number: 725295

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/16/12 | Analyze matter to determine if bankruptcy stay is in place and, if so, how it will impact the case | L120 | AKA | .20 | 184.00 | 36.80 |
| 05/21/12 | E-mails with M.Ayers and A.Cockrell regarding status of Morton ILAB to submit to client | L190 | AKA | .20 | 184.00 | 36.80 |
| 05/21/12 | Final review and revision of Initial Litigation Analysis and correspondence with client regarding same | L190 | AHC | .40 | 145.00 | 58.00 |

FEES                                          $131.60

AMOUNT DUE THIS BILL                          $131.60

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     2
AUGUST 27, 2012

0R0808-301064

FED ID NO. 63-0243316

---

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Alecia H. Cockrell | Paralegal | 145.00 | .40 | 58.00 |
| Anne Averitt | Associate | 184.00 | .40 | 73.60 |
| Total | | | .80 | 131.60 |



# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                      AUGUST 27, 2012
                                                           0R0808-301064
BILL AMOUNT          $131.60                               INVOICE #  800829

---

To:    ResCap                          TC Number:        725295
       1100 Virginia Drive             Invoice Date:     08/27/2012
       Fort Washington, PA 19034       Invoice No.       800829
                                       Period ending:    05/31/2012


Case Management Number      LD   0R0808-301064


|  | | Current Invoice | |
|---|---|---|---|
| Code | Task | Hours | Fees |
| L120 | Analysis/Strategy | 0.20 | $   36.80 |
| L190 | Other Case Assessment, Develop't/Admin | 0.60 | $   94.80 |
| | =================================== | | |
| | TOTAL FEES | 0.80 | $  131.60 |

                    TOTAL FEES DUE            $   131.60
              TOTAL DISBURSEMENTS DUE         $     0.00
              TOTAL DUE THIS INVOICE          $   131.60



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 27, 2012
0R0808-301065

INVOICE #  800830

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0808-301065   TC Number: 723477

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/15/12 | Prepare information relative to case for bankruptcy proceedings | L120 | EAF | .20 | 358.00 | 71.60 |
|  | FEES |  |  |  |  | $71.60 |
|  | AMOUNT DUE THIS BILL |  |  |  |  | $71.60 |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      2
AUGUST 27, 2012

0R0808-301065

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Eric A. Frechtel | Partner | 358.00 | .20 | 71.60 |
| Total | | | .20 | 71.60 |



## BRADLEY ARANT
## BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                      AUGUST 27, 2012
                                                           0R0808-301065
BILL AMOUNT          $71.60                                INVOICE #  800830

---

To:    ResCap                    TC Number:         723477
       1100 Virginia Drive       Invoice Date:      08/27/2012
       Fort Washington, PA 19034  Invoice No.        800830
                                  Period ending:     05/31/2012

Case Management Number      LD   0R0808-301065

|          |                    | Current Invoice | |
| Code Task |                   | Hours | Fees |
|----------|---------------------|-------|------|
| L120 Analysis/Strategy |       | 0.20  | $   71.60 |
|          |                     | ================== | |
|          | TOTAL FEES          | 0.20  | $   71.60 |
|          | TOTAL FEES DUE      |       | $   71.60 |
|          | TOTAL DISBURSEMENTS DUE |   | $    0.00 |
|          | TOTAL DUE THIS INVOICE |    | $   71.60 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 27, 2012
0R0808-301067

INVOICE #  800831

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0808-301067  TC Number: 725622

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/15/12 | Analyze matter to determine if bankruptcy stay is in place and, if so, how it will impact the case | L120 | TPG | .20 | 200.00 | 40.00 |
| 05/15/12 | Telephone conference with debtor's attorney and judge's chambers regarding GMAC bankruptcy and stay of all proceedings related to motion | L120 | TPG | .20 | 200.00 | 40.00 |
| 05/15/12 | Revise letter to debtor's attorney regarding GMAC bankruptcy and stay of hearing on motion | L120 | TPG | .10 | 200.00 | 20.00 |
| 05/15/12 | E-mails and voice mails regarding hearing on discovery motion | L120 | GEG | .20 | 335.00 | 67.00 |
| 05/15/12 | Review bankruptcy document | L120 | GEG | .40 | 335.00 | 134.00 |
| 05/15/12 | E-mail from J.Scoliard regarding form bankruptcy notice | L120 | GEG | .10 | 335.00 | 33.50 |
| 05/15/12 | Draft letter to borrower's attorney regarding bankruptcy filing | B420 | GEG | .60 | 335.00 | 201.00 |
| 05/16/12 | Appear telephonically for hearing on debtor's motion for sanctions and suggestion of stay thereof | L120 | TPG | .30 | 200.00 | 60.00 |
| 05/17/12 | Work on analysis of bankruptcy stay issues | L120 | GEG | .40 | 335.00 | 134.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE     2
AUGUST 27, 2012

ResCap

0R0808-301067

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/19/12 | Review court mail (docket entry for oral notice of stay) | L120 | GEG | .20 | 335.00 | 67.00 |
| 05/29/12 | Draft and file notice of bankruptcy and effect of automatic stay | L120 | TPG | .50 | 200.00 | 100.00 |
| 05/29/12 | Apply e-mails to and from J.Scoliard regarding effect of stay | L120 | GEG | .50 | 335.00 | 167.50 |

FEES                                    $1,064.00

AMOUNT DUE THIS BILL                    $1,064.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    3
AUGUST 27, 2012

ResCap

0R0808-301067

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Glenn E. Glover | Partner | 335.00 | 2.40 | 804.00 |
| T. Parker Griffin, Jr. | Associate | 200.00 | 1.30 | 260.00 |
| Total | | | 3.70 | 1,064.00 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                    AUGUST 27, 2012
                                                         0R0808-301067
BILL AMOUNT        $1,064.00                             INVOICE #  800831

To:     ResCap                        TC Number:        725622
        1100 Virginia Drive           Invoice Date:     08/27/2012
        Fort Washington, PA 19034      Invoice No.       800831
                                      Period ending:    05/31/2012

Case Management Number      LD  0R0808-301067

                                        Current Invoice
                                      Hours          Fees
Code Task

B420 Restructurings                    0.60     $    201.00
L120 Analysis/Strategy                 3.10     $    863.00

                    ========================================
            TOTAL FEES       3.70     $  1,064.00

                    TOTAL FEES DUE        $  1,064.00
              TOTAL DISBURSEMENTS DUE     $      0.00
              TOTAL DUE THIS INVOICE      $  1,064.00



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    AUGUST 27, 2012
1100 Virginia Drive                                      0R0808-301069
Fort Washington, PA 19034

                                                         INVOICE #  800832

                                                         FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0808-301069  TC Number: 725016

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/17/12 | Work on analysis of bankruptcy stay issues | L120 | GEG | .40 | 335.00 | 134.00 |
| 05/29/12 | E-mails to and from local counsel regarding filing a notice of bankruptcy and dismissal of case | B420 | GEG | .20 | 335.00 | 67.00 |

FEES                                             $201.00

AMOUNT DUE THIS BILL                             $201.00

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE      2
AUGUST 27, 2012

ResCap

0R0808-301069

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Glenn E. Glover | Partner | 335.00 | .60 | 201.00 |
| Total | | | .60 | 201.00 |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    AUGUST 27, 2012
                                                          0R0808-301069
BILL AMOUNT        $201.00                                INVOICE #  800832

To:    ResCap                          TC Number:        725016
       1100 Virginia Drive             Invoice Date:     08/27/2012
       Fort Washington, PA 19034       Invoice No.       800832
                                       Period ending:    05/31/2012

Case Management Number      LD   0R0808-301069

|  |  | Current Invoice | |
|  |  | Hours | Fees |
| Code | Task |  |  |
| B420 | Restructurings | 0.20 | $    67.00 |
| L120 | Analysis/Strategy | 0.40 | $   134.00 |
|  | TOTAL FEES | 0.60 | $   201.00 |

TOTAL FEES DUE                $   201.00
TOTAL DISBURSEMENTS DUE       $     0.00
TOTAL DUE THIS INVOICE        $   201.00



### BRADLEY ARANT
### BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 27, 2012
0R0808-301070

INVOICE #  800833

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0808-301070   TC Number: 725710

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/15/12 | Analyze matter to determine if bankruptcy stay is in place and, if so, how it will impact the case | C300 | HHW | .20 | 263.00 | 52.60 |
| 05/15/12 | Review of docket regarding status of appellant's motion for extension of time and correspondence to T.Jordan regarding same | L110 | AHC | .30 | 145.00 | 43.50 |
| 05/16/12 | Correspondence to J.Wadler regarding foreclosure file and status of foreclosure sale | L190 | AHC | .20 | 145.00 | 29.00 |
| 05/16/12 | Correspondence to T.Jordan regarding ex parte motion to cancel foreclosure sale | L190 | AHC | .20 | 145.00 | 29.00 |
| 05/16/12 | Conference with client regarding procedural posture of case | L190 | AHC | .30 | 145.00 | 43.50 |
| 05/16/12 | Conference call with Mr. Jordan regarding status of case and litigation strategy | L120 | HHW | .20 | 263.00 | 52.60 |
| 05/16/12 | Analyze file materials and docket information regarding status of case in preparation for conference call with client | L120 | HHW | .80 | 263.00 | 210.40 |
| 05/23/12 | Telephone conference with E.Berger regarding status of foreclosure sale and correspondence to T.Jordan regarding same | L110 | AHC | .40 | 145.00 | 58.00 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    2
AUGUST 27, 2012

ResCap

0R0808-301070

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/24/12 | Email correspondence with Mr. Jordan regarding status of foreclosure proceeding | L190 | HHW | .10 | 263.00 | 26.30 |
| 05/25/12 | Email correspondence with Mr. Jordan regarding status of foreclosure proceeding | L190 | HHW | .10 | 263.00 | 26.30 |

| | | |
|---|---|---|
| **FEES** | | **$571.20** |

**DESCRIPTION OF DISBURSEMENTS**

| 07 | Filing Fees | 5.00 |
|----|-------------|------|
| | COSTS | $5.00 |
| | AMOUNT DUE THIS BILL | $576.20 |

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT
## BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE        3
AUGUST 27, 2012

0R0808-301070

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Alecia H. Cockrell | Paralegal | 145.00 | 1.40 | 203.00 |
| Heather Wright | Associate | 263.00 | 1.40 | 368.20 |
| Total | | | 2.80 | 571.20 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    AUGUST 27, 2012
                                                          0R0808-301070
BILL AMOUNT            $576.20                            INVOICE #  800833

To:    ResCap                      TC Number:        725710
       1100 Virginia Drive         Invoice Date:     08/27/2012
       Fort Washington, PA 19034   Invoice No.       800833
                                   Period ending:    05/31/2012

Case Management Number       LD   0R0808-301070

                                        Current Invoice
                                        Hours          Fees
Code Task

C300  Analysis and Advice                0.20    $      52.60
L110  Fact Investigation/Development     0.70    $     101.50
L120  Analysis/Strategy                  1.00    $     263.00
L190  Other Case Assessment, Develop't/Admin  0.90  $ 154.10

                                   ==============================
                  TOTAL FEES        2.80    $     571.20

                  TOTAL FEES DUE            $     571.20
           TOTAL DISBURSEMENTS DUE          $       5.00
              TOTAL DUE THIS INVOICE        $     576.20



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 27, 2012

0R0808-301071

INVOICE #  800834

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0808-301071  TC Number: 721067

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/30/12 | Research docket to confirm that Motion to Amend Complaint was filed on May 21, 2012 | L110 | MPE | .30 | 149.00 | 44.70 |

FEES                                               $44.70

AMOUNT DUE THIS BILL                               $44.70

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
AUGUST 27, 2012

0R0808-301071

FED ID NO. 63-0243316

---

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Melisa P. Palmer | Paralegal | 149.00 | .30 | 44.70 |
| Total | | | .30 | 44.70 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                    AUGUST 27, 2012
                                                         0R0808-301071

BILL AMOUNT            $44.70                             INVOICE #  800834

To:    ResCap                        TC Number:          721067
       1100 Virginia Drive           Invoice Date:       08/27/2012
       Fort Washington, PA 19034     Invoice No.         800834
                                     Period ending:      05/31/2012

Case Management Number      LD   0R0808-301071

                              Current Invoice
Code Task                   Hours          Fees

L110 Fact Investigation/Development    0.30    $    44.70

                            ==================================
            TOTAL FEES         0.30    $    44.70

            TOTAL FEES DUE             $    44.70
    TOTAL DISBURSEMENTS DUE            $     0.00
        TOTAL DUE THIS INVOICE         $    44.70



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 27, 2012
0R0808-301072

INVOICE #  800835

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0808-301072  TC Number: 720703

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/15/12 | Review case to determine impact of the bankruptcy stay | L120 | RK | .20 | 185.00 | 37.00 |

|  |  |  |
|--|--|--|
| | FEES | $37.00 |
| | AMOUNT DUE THIS BILL | $37.00 |

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT
## BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
AUGUST 27, 2012

0R0808-301072

FED ID NO. 63-0243316

---

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Riley Key | Associate | 185.00 | .20 | 37.00 |
| Total | | | .20 | 37.00 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                              AUGUST 27, 2012
                                                                   0R0808-301072
BILL AMOUNT          $37.00                                        INVOICE #  800835

To:    ResCap                              TC Number:            720703
       1100 Virginia Drive                 Invoice Date:         08/27/2012
       Fort Washington, PA 19034           Invoice No.           800835
                                           Period ending:        05/31/2012

Case Management Number      LD  0R0808-301072

                                         Current Invoice
                                      Hours          Fees
Code Task

L120 Analysis/Strategy                0.20      $    37.00

                           ============================
                TOTAL FEES            0.20      $    37.00

                  TOTAL FEES DUE                $    37.00
          TOTAL DISBURSEMENTS DUE               $     0.00
          TOTAL DUE THIS INVOICE                $    37.00



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                              AUGUST 27, 2012
1100 Virginia Drive                                 0R0808-301073
Fort Washington, PA 19034

                                                    INVOICE #  800836

                                                    FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0808-301073  TC Number: 726070

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/15/12 | Analyze matter to determine if bankruptcy stay is in place and, if so, how it will impact the case | L120 | RH | .20 | 220.00 | 44.00 |
| 05/16/12 | Research on record on appeal issue | L510 | MJA | .30 | 297.00 | 89.10 |
| 05/17/12 | Receipt and review of court order regarding motion for extension of time | L110 | AHC | .20 | 145.00 | 29.00 |

                        FEES                                $162.10

                        AMOUNT DUE THIS BILL                $162.10

                ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE      2
AUGUST 27, 2012

0R0808-301073

FED ID NO. 63-0243316

ResCap

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Marc J. Ayers | Partner | 297.00 | .30 | 89.10 |
| Alecia H. Cockrell | Paralegal | 145.00 | .20 | 29.00 |
| Rudy Hill | Associate | 220.00 | .20 | 44.00 |
| Total | | | .70 | 162.10 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                    AUGUST 27, 2012
                                                         0R0808-301073
BILL AMOUNT        $162.10                                INVOICE #  800836

---

To:     ResCap                    TC Number:          726070
        1100 Virginia Drive       Invoice Date:       08/27/2012
        Fort Washington, PA 19034 Invoice No.         800836
                                  Period ending:      05/31/2012


Case Management Number    LD  0R0808-301073


|  |  | Current Invoice | |
|---|---|---|---|
| Code | Task | Hours | Fees |
| L110 | Fact Investigation/Development | 0.20 | $    29.00 |
| L120 | Analysis/Strategy | 0.20 | $    44.00 |
| L510 | Appellate Motions and Submissions | 0.30 | $    89.10 |
| | | ================================= | |
| | TOTAL FEES | 0.70 | $   162.10 |

                        TOTAL FEES DUE           $   162.10
                  TOTAL DISBURSEMENTS DUE        $     0.00
                   TOTAL DUE THIS INVOICE        $   162.10



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 27, 2012
0R0808-301074

INVOICE #  800837

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0808-301074  TC Number: 726135

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/15/12 | Analyze matter to determine if bankruptcy stay is in place and, if so, how it will impact the case | L120 | TPG | .20 | 200.00 | 40.00 |
| 05/17/12 | Analysis of bankruptcy stay issues | L120 | GEG | .40 | 335.00 | 134.00 |
| 05/22/12 | Voice mail from and phone conference with borrower's attorney regarding GMAC's bankruptcy filing and pending motion to strip liens | L120 | GEG | .40 | 335.00 | 134.00 |
| 05/23/12 | E-mail from J.Scoliard regarding status | L120 | GEG | .10 | 335.00 | 33.50 |
| 05/24/12 | E-mails from and to J.Scoliard regarding motion to strip lien | B150 | GEG | .10 | 335.00 | 33.50 |
| 05/29/12 | Review court mail (order on mediation) and e-mails to and from J.Scoliard regarding same | B420 | GEG | .50 | 335.00 | 167.50 |

FEES                                                    $542.50

AMOUNT DUE THIS BILL                        $542.50

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     2
AUGUST 27, 2012

0R0808-301074

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Glenn E. Glover | Partner | 335.00 | 1.50 | 502.50 |
| T. Parker Griffin, Jr. | Associate | 200.00 | .20 | 40.00 |
| Total | | | 1.70 | 542.50 |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                              AUGUST 27, 2012
                                                    0R0808-301074
BILL AMOUNT        $542.50                          INVOICE #  800837

---

To:    ResCap                          TC Number:        726135
       1100 Virginia Drive             Invoice Date:     08/27/2012
       Fort Washington, PA 19034       Invoice No.       800837
                                       Period ending:    05/31/2012


Case Management Number      LD   0R0808-301074


| Code Task | Current Invoice Hours | Fees |
|---|---|---|
| B150 Meetings of and Comunications with Credi | 0.10 | $  33.50 |
| B420 Restructurings | 0.50 | $ 167.50 |
| L120 Analysis/Strategy | 1.10 | $ 341.50 |
| ================================= | | |
| TOTAL FEES | 1.70 | $ 542.50 |

TOTAL FEES DUE                      $   542.50
TOTAL DISBURSEMENTS DUE             $     0.00
TOTAL DUE THIS INVOICE             $   542.50



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 27, 2012
0R0808-301076

INVOICE #  800838

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0808-301076  TC Number: 726275

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/15/12 | Analyze effect of bankruptcy filing on case strategy | C300 | MMB | .30 | 240.00 | 72.00 |

| | | FEES | | | | $72.00 |
|--|--|------|--|--|--|--------|

| 05/31/12 | Express Mail/Fedex | | | 0.00 | | |
| 05/31/12 | Express Mail/Fedex | | | 0.00 | | |

AMOUNT DUE THIS BILL            $72.00

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE     2
AUGUST 27, 2012

ResCap

0R0808-301076

FED ID NO. 63-0243316

---

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Melissa Burton | Associate | 240.00 | .30 | 72.00 |
| Total | | | .30 | 72.00 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                    AUGUST 27, 2012
                                                          0R0808-301076
BILL AMOUNT          $72.00                               INVOICE #  800838

To:    ResCap                      TC Number:           726275
       1100 Virginia Drive         Invoice Date:        08/27/2012
       Fort Washington, PA 19034   Invoice No.          800838
                                   Period ending:       05/31/2012

Case Management Number     LD   0R0808-301076

|                               | Current Invoice | |
| Code Task                     | Hours | Fees |
| C300 Analysis and Advice      | 0.30  | $   72.00 |
| ================================================ | | |
| TOTAL FEES                    | 0.30  | $   72.00 |
| TOTAL FEES DUE                |       | $   72.00 |
| TOTAL DISBURSEMENTS DUE       |       | $    0.00 |
| TOTAL DUE THIS INVOICE        |       | $   72.00 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 27, 2012
0R0808-301082

INVOICE #  800839

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0808-301082  TC Number: 722166

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/18/12 | Review and analyze matter to determine if bankruptcy stay is in place and, if so, how it will impact the case | L120 | MW | .20 | 263.00 | 52.60 |

FEES $52.60

AMOUNT DUE THIS BILL $52.60

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
AUGUST 27, 2012

0R0808-301082

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Monica Wilson | Associate | 263.00 | .20 | 52.60 |
| Total | | | .20 | 52.60 |



### BRADLEY ARANT
### BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                   AUGUST 27, 2012
                                                         0R0808-301082
BILL AMOUNT          $52.60                              INVOICE #  800839

To:    ResCap                          TC Number:        722166
       1100 Virginia Drive             Invoice Date:     08/27/2012
       Fort Washington, PA 19034       Invoice No.       800839
                                       Period ending:    05/31/2012

Case Management Number    LD  0R0808-301082

|  | | Current Invoice | |
|---|---|---|---|
| Code Task | | Hours | Fees |
| L120 Analysis/Strategy | | 0.20 | $    52.60 |
| ================================= | | | |
| TOTAL FEES | | 0.20 | $    52.60 |
| TOTAL FEES DUE | | | $    52.60 |
| TOTAL DISBURSEMENTS DUE | | | $     0.00 |
| TOTAL DUE THIS INVOICE | | | $    52.60 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 27, 2012
0R0808-301086

INVOICE #   800840

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0808-301086   TC Number: 725986

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/15/12 | Correspondence with G.Albright needed for analysis of affirmative defenses | C400 | MW | .20 | 263.00 | 52.60 |
| 05/18/12 | Analyze matter to determine if bankruptcy stay is in place and, if so, how it will impact the case | L120 | MW | .20 | 263.00 | 52.60 |
| 05/22/12 | Review and analyze loan origination file, in preparation for final analysis and recommendation in responding to borrower's asserted affirmative defenses and potential title issue | C300 | MW | 1.10 | 263.00 | 289.30 |
| 05/22/12 | Correspondence with G.Albright regarding account history | C400 | MW | .30 | 263.00 | 78.90 |
| 05/23/12 | Revise analysis of action and draft proposed recommendation | C300 | MW | .40 | 263.00 | 105.20 |
| 05/28/12 | Revise analysis memo regarding defenses | L120 | CWH | .30 | 330.00 | 99.00 |

FEES                                                    $677.60

| 05/24/12 | Copy Charges | 0.00 |
| 05/24/12 | Copy Charges | 0.00 |
| 05/24/12 | Copy Charges | 0.00 |

AMOUNT DUE THIS BILL                                    $677.60



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
AUGUST 27, 2012

0R0808-301086

FED ID NO. 63-0243316

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    3
AUGUST 27, 2012

0R0808-301086

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christian W. Hancock | Partner | 330.00 | .30 | 99.00 |
| Monica Wilson | Associate | 263.00 | 2.20 | 578.60 |
| Total | | | 2.50 | 677.60 |



# BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

BILL AMOUNT          $677.60

AUGUST 27, 2012
0R0808-301086
INVOICE #  800840

To:   ResCap
      1100 Virginia Drive
      Fort Washington, PA 19034

TC Number:        725986
Invoice Date:     08/27/2012
Invoice No.       800840
Period ending:    05/31/2012

Case Management Number    LD   0R0808-301086

| Code | Task | Current Invoice Hours | Fees |
|------|------|------|------|
| C300 | Analysis and Advice | 1.50 | $   394.50 |
| C400 | Third Party Communication | 0.50 | $   131.50 |
| L120 | Analysis/Strategy | 0.50 | $   151.60 |
| | TOTAL FEES | 2.50 | $   677.60 |

TOTAL FEES DUE            $   677.60
TOTAL DISBURSEMENTS DUE   $     0.00
TOTAL DUE THIS INVOICE    $   677.60



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                           AUGUST 27, 2012
1100 Virginia Drive                                             0R0808-301088
Fort Washington, PA 19034

                                                               INVOICE #  800841

                                                               FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0808-301088   TC Number: 725981

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/14/12 | Research Denton County, Texas clerk of court and local rules regarding condemnation proceedings, Statement of Interest, and local probate court rules | L110 | KK | .50 | 91.00 | 45.50 |
| 05/14/12 | Analyze notice in condemnation sent regarding valuation hearing on May 30 before special commissioners | C300 | MW | .40 | 263.00 | 105.20 |
| 05/18/12 | Analyze matter to determine if bankruptcy stay is in place and, if so, how it will impact the case | L120 | MW | .20 | 263.00 | 52.60 |
| 05/21/12 | Telephone call with special commissioner in Denton County, Texas regarding local rules regarding land valuation hearing on May 30, 2012 | L110 | KK | .40 | 91.00 | 36.40 |
| 05/21/12 | Research need for appearance at eminent domain hearing before special commissioners | L120 | MW | .70 | 263.00 | 184.10 |
| 05/23/12 | Research condemnation proceedings and pleadings i | L120 | KSA | 1.10 | 223.00 | 245.30 |
| 05/24/12 | Analysis of eminent domain issues and procedure | L120 | KSA | .30 | 223.00 | 66.90 |
| 05/24/12 | Analyze service documents related to valuation hearing set by special commissioners | L120 | MW | .70 | 263.00 | 184.10 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE      2
AUGUST 27, 2012

ResCap

0R0808-301088

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/29/12 | Revise notice of appearance and claim to interest in property to be filed and served prior to valuation hearing set by special commissioners | C300 | MW | .20 | 263.00 | 52.60 |
| 05/29/12 | Prepare initial draft of Notice of Appearance and Motion for Condemnation Proceeds. | L210 | MPE | .40 | 149.00 | 59.60 |

FEES                                                                    $1,032.30

05/29/12 Express Mail/Fedex                                     0.00

AMOUNT DUE THIS BILL                       $1,032.30

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    3
AUGUST 27, 2012

ResCap

0R0808-301088

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Keith S. Anderson | Associate | 223.00 | 1.40 | 312.20 |
| Monica Wilson | Associate | 263.00 | 2.20 | 578.60 |
| Melisa P. Palmer | Paralegal | 149.00 | .40 | 59.60 |
| Kerry Keane | Paralegal | 91.00 | .90 | 81.90 |
| Total | | | 4.90 | 1,032.30 |



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                          AUGUST 27, 2012
                                                0R0808-301088
BILL AMOUNT      $1,032.30                       INVOICE #  800841

To:    ResCap                    TC Number:        725981
       1100 Virginia Drive       Invoice Date:     08/27/2012
       Fort Washington, PA 19034  Invoice No.       800841
                                 Period ending:    05/31/2012

Case Management Number     LD  0R0808-301088

|  | | Current Invoice | |
|---|---|---|---|
| Code | Task | Hours | Fees |
| C300 | Analysis and Advice | 0.60 | $   157.80 |
| L110 | Fact Investigation/Development | 0.90 | $    81.90 |
| L120 | Analysis/Strategy | 3.00 | $   733.00 |
| L210 | Pleadings | 0.40 | $    59.60 |

==========================================

|  | | | |
|---|---|---|---|
| TOTAL FEES | | 4.90 | $  1,032.30 |
| TOTAL FEES DUE | | | $  1,032.30 |
| TOTAL DISBURSEMENTS DUE | | | $      0.00 |
| TOTAL DUE THIS INVOICE | | | $  1,032.30 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 27, 2012
0R0808-301089

INVOICE #  800842

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0808-301089  TC Number: 726054

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/23/12 | Review pleadings and research docket to determine status of case | L110 | KK | .20 | 91.00 | 18.20 |
| 05/23/12 | Analyze pleadings and fact package | L110 | NSR | 1.00 | 280.00 | 280.00 |
| 05/24/12 | Analyze affirmative defenses | L120 | NSR | 2.30 | 280.00 | 644.00 |
| 05/24/12 | Research pleadings and dockets to determine statuses of foreclosure actions | L110 | KK | .40 | 91.00 | 36.40 |
| 05/28/12 | Revise foreclosure analysis memo | L110 | CWH | .30 | 330.00 | 99.00 |

FEES                                          $1,077.60

AMOUNT DUE THIS BILL                          $1,077.60

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE      2
AUGUST 27, 2012

ResCap

0R0808-301089

**FED ID NO. 63-0243316**

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christian W. Hancock | Partner | 330.00 | .30 | 99.00 |
| Nader Raja | Associate | 280.00 | 3.30 | 924.00 |
| Kerry Keane | Paralegal | 91.00 | .60 | 54.60 |
| Total | | | 4.20 | 1,077.60 |



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

AUGUST 27, 2012
0R0808-301089

BILL AMOUNT      $1,077.60

INVOICE #  800842

To:    ResCap                          TC Number:         726054
       1100 Virginia Drive             Invoice Date:      08/27/2012
       Fort Washington, PA 19034       Invoice No.        800842
                                       Period ending:     05/31/2012

Case Management Number      LD  0R0808-301089

|       |                                | Current Invoice | |
|-------|--------------------------------|-------|----------|
| Code  | Task                           | Hours | Fees     |
| L110  | Fact Investigation/Development | 1.90  | $  433.60 |
| L120  | Analysis/Strategy              | 2.30  | $  644.00 |
| | **TOTAL FEES** | **4.20** | **$ 1,077.60** |

TOTAL FEES DUE              $  1,077.60
TOTAL DISBURSEMENTS DUE     $      0.00
TOTAL DUE THIS INVOICE      $  1,077.60



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    AUGUST 27, 2012
1100 Virginia Drive                                       0R0808-301093
Fort Washington, PA 19034

                                                          INVOICE #  800843

                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0808-301093  TC Number: 725404

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/15/12 | Update timeline of relevant case events based on new information received regarding D.Mulcahy's complaint to the Consumer Financial Protection Bureau. | L110 | MPE | .90 | 149.00 | 134.10 |
| 05/18/12 | Correspondence with client regarding letter sent to borrower on RESPA | C400 | MW | .20 | 263.00 | 52.60 |
| 05/18/12 | Analyze matter to determine if bankruptcy stay is in place and, if so, how it will impact the case | L120 | MW | .20 | 263.00 | 52.60 |
| 05/22/12 | Revise letter to borrower regarding claims and correspondence with updated information regarding bankruptcy | C400 | MW | .40 | 263.00 | 105.20 |
| 05/24/12 | Finalize letter to D.Mulcahy regarding threatened litigation. | L110 | MPE | .70 | 149.00 | 104.30 |
| 05/24/12 | Exchange e-mails with client about CFPB inquiry | L110 | CWH | .10 | 330.00 | 33.00 |
| 05/24/12 | Revise final letter to Mulcahy, | L110 | CWH | .10 | 330.00 | 33.00 |
| 05/25/12 | Research YouTube and Twitter for recent postings from D.Mulcahy regarding GMAC and view videos for relevant information | L110 | MPE | .30 | 149.00 | 44.70 |
| 05/25/12 | Title search | L110 | MPE | .70 | 149.00 | 104.30 |



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    2
AUGUST 27, 2012

ResCap

0R0808-301093

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/25/12 | Review Mulcahy's YouTube video and exchange e-mails with client regarding same | L110 | CWH | .40 | 330.00 | 132.00 |
| 05/29/12 | Research YouTube and twitter for most recent postings from borrower. | L110 | MPE | .20 | 149.00 | 29.80 |

FEES    $825.60

AMOUNT DUE THIS BILL    $825.60

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE     3
AUGUST 27, 2012

ResCap

0R0808-301093

FED ID NO. 63-0243316

---

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christian W. Hancock | Partner | 330.00 | .60 | 198.00 |
| Monica Wilson | Associate | 263.00 | .80 | 210.40 |
| Melisa P. Palmer | Paralegal | 149.00 | 2.80 | 417.20 |
| Total | | | 4.20 | 825.60 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                           AUGUST 27, 2012
                                                                0R0808-301093
BILL AMOUNT          $825.60                                    INVOICE #  800843

To:    ResCap                          TC Number:          725404
       1100 Virginia Drive             Invoice Date:       08/27/2012
       Fort Washington, PA 19034       Invoice No.         800843
                                       Period ending:      05/31/2012

Case Management Number      LD   0R0808-301093

                                          Current Invoice
                                       Hours           Fees
Code Task

C400 Third Party Communication          0.60    $    157.80
L110 Fact Investigation/Development      3.40    $    615.20
L120 Analysis/Strategy                   0.20    $     52.60

                            ==================================
                TOTAL FEES   4.20    $    825.60

                TOTAL FEES DUE          $    825.60
        TOTAL DISBURSEMENTS DUE         $      0.00
        TOTAL DUE THIS INVOICE          $    825.60



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    AUGUST 27, 2012
1100 Virginia Drive                                       0R0808-301095
Fort Washington, PA 19034

                                                         INVOICE #  800844

                                                    FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0808-301095  TC Number: 723935

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/18/12 | Review and analyze matter to determine if bankruptcy stay is in place and, if so, how it will impact the case | L120 | MW | .20 | 263.00 | 52.60 |

FEES                                        $52.60


AMOUNT DUE THIS BILL                         $52.60


***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE     2
AUGUST 27, 2012

ResCap

0R0808-301095

FED ID NO. 63-0243316

---

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Monica Wilson | Associate | 263.00 | .20 | 52.60 |
| Total | | | .20 | 52.60 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                    AUGUST 27, 2012
                                                         0R0808-301095
BILL AMOUNT          $52.60                               INVOICE #  800844

To:    ResCap                        TC Number:            723935
       1100 Virginia Drive           Invoice Date:         08/27/2012
       Fort Washington, PA 19034      Invoice No.           800844
                                     Period ending:        05/31/2012

Case Management Number      LD   0R0808-301095

|  |  | Current Invoice | |
| Code Task |  | Hours | Fees |
| L120 Analysis/Strategy |  | 0.20 | $  52.60 |
| TOTAL FEES |  | 0.20 | $  52.60 |
| TOTAL FEES DUE |  |  | $  52.60 |
| TOTAL DISBURSEMENTS DUE |  |  | $   0.00 |
| TOTAL DUE THIS INVOICE |  |  | $  52.60 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 27, 2012
0R0808-301096

INVOICE #  800845

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0808-301096  TC Number: 726147

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/18/12 | Review and analyze matter to determine if bankruptcy stay is in place and, if so, how it will impact the case | L120 | MW | .20 | 263.00 | 52.60 |
| 05/28/12 | Revise foreclosure analysis memo | L110 | CWH | .20 | 330.00 | 66.00 |

FEES                                $118.60

AMOUNT DUE THIS BILL                $118.60

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      2
AUGUST 27, 2012

0R0808-301096

FED ID NO. 63-0243316

---

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christian W. Hancock | Partner | 330.00 | .20 | 66.00 |
| Monica Wilson | Associate | 263.00 | .20 | 52.60 |
| Total | | | .40 | 118.60 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

BILL AMOUNT     $118.60

AUGUST 27, 2012
0R0808-301096
INVOICE #  800845

To:    ResCap
       1100 Virginia Drive
       Fort Washington, PA 19034

TC Number:        726147
Invoice Date:     08/27/2012
Invoice No.       800845
Period ending:    05/31/2012

Case Management Number     LD  0R0808-301096

| Code | Task | Current Invoice Hours | Fees |
|------|------|------|------|
| L110 | Fact Investigation/Development | 0.20 | $  66.00 |
| L120 | Analysis/Strategy | 0.20 | $  52.60 |
| | | ================================= | |
| | TOTAL FEES | 0.40 | $  118.60 |

TOTAL FEES DUE              $   118.60
TOTAL DISBURSEMENTS DUE     $     0.00
TOTAL DUE THIS INVOICE      $   118.60



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 27, 2012
0R0808-301097

INVOICE #  800846

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0808-301097  TC Number: 725351

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/18/12 | Analyze matter to determine if bankruptcy stay is in place and, if so, how it will impact the case | L120 | MW | .20 | 263.00 | 52.60 |
| 05/22/12 | Correspondence with H.Franchi regarding FHA mortgage insurance commitment | C400 | MW | .20 | 263.00 | 52.60 |

FEES                          $105.20

AMOUNT DUE THIS BILL          $105.20

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
AUGUST 27, 2012

0R0808-301097

FED ID NO. 63-0243316

---

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Monica Wilson | Associate | 263.00 | .40 | 105.20 |
| Total | | | .40 | 105.20 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                AUGUST 27, 2012
                                                      0R0808-301097
BILL AMOUNT        $105.20                            INVOICE #  800846

To:    ResCap                      TC Number:        725351
       1100 Virginia Drive         Invoice Date:     08/27/2012
       Fort Washington, PA 19034   Invoice No.       800846
                                   Period ending:    05/31/2012

Case Management Number    LD  0R0808-301097

                                   Current Invoice
                                    Hours        Fees
Code Task

C400 Third Party Communication       0.20    $    52.60
L120 Analysis/Strategy               0.20    $    52.60

                                  ==============================
                  TOTAL FEES        0.40    $   105.20

                  TOTAL FEES DUE            $   105.20
            TOTAL DISBURSEMENTS DUE         $     0.00
            TOTAL DUE THIS INVOICE          $   105.20



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 27, 2012
0R0808-301098

INVOICE #  800847

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0808-301098  TC Number: 726277

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/18/12 | Analyze matter to determine if bankruptcy stay is in place and, if so, how it will impact the case | L120 | MW | .20 | 263.00 | 52.60 |

FEES                                           $52.60

AMOUNT DUE THIS BILL                           $52.60

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE      2
AUGUST 27, 2012

ResCap

0R0808-301098

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Monica Wilson | Associate | 263.00 | .20 | 52.60 |
| Total | | | .20 | 52.60 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

BILL AMOUNT          $52.60

AUGUST 27, 2012
0R0808-301098
INVOICE #  800847

To:    ResCap                          TC Number:          726277
       1100 Virginia Drive             Invoice Date:       08/27/2012
       Fort Washington, PA 19034       Invoice No.         800847
                                       Period ending:      05/31/2012

Case Management Number      LD  0R0808-301098

|            |                       | Current Invoice | |
|------------|-----------------------|-------|-------|
| Code Task  |                       | Hours | Fees  |
| L120       | Analysis/Strategy     | 0.20  | $  52.60 |
|            | =================================== | | |
|            | TOTAL FEES            | 0.20  | $  52.60 |
|            | TOTAL FEES DUE        |       | $  52.60 |
|            | TOTAL DISBURSEMENTS DUE |     | $   0.00 |
|            | TOTAL DUE THIS INVOICE |      | $  52.60 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                        AUGUST 27, 2012
1100 Virginia Drive                                          0R0808-301102
Fort Washington, PA 19034

                                                             INVOICE #   800848

                                                             FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0808-301102   TC Number: 726605

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/14/12 | Emails with counsel for Matthews regarding extension of time for filing response to motion to dismiss and bankruptcy filing by GMAC | C400 | EAF | .50 | 358.00 | 179.00 |
| 05/14/12 | Analyze bankruptcy to determine filings next steps in litigation | L240 | SAP | .30 | 323.00 | 96.90 |
| 05/15/12 | Review and analyze reply brief in support of Ward's motion to sever | L240 | SAP | .20 | 323.00 | 64.60 |
| 05/15/12 | Review and analyze correspondence re foreclosure mediation | L230 | SAP | .20 | 323.00 | 64.60 |
| 05/15/12 | Email with foreclosure counsel regarding mediation | C400 | EAF | .20 | 358.00 | 71.60 |
| 05/15/12 | Telephone conference with J.Ho regarding Matthews' filings relating to bankruptcy and status and strategy regarding case | L120 | EAF | .40 | 358.00 | 143.20 |
| 05/15/12 | Review issues associated with impact of bankruptcy filing on Matthews case | L120 | EAF | .30 | 358.00 | 107.40 |
| 05/16/12 | Emails regarding effect of bankruptcy and scheduled mediation | L120 | EAF | .30 | 358.00 | 107.40 |
| 05/18/12 | Telephone conference with J.Ho regarding status of case and effect of bankruptcy on case | L120 | EAF | .20 | 358.00 | 71.60 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE     2
AUGUST 27, 2012

ResCap

0R0808-301102

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/18/12 | Correspond with Ward's counsel re filing of bankruptcy and case status | L240 | SAP | .20 | 323.00 | 64.60 |
| 05/21/12 | Review issues associated with bankruptcy | C300 | EAF | 1.00 | 358.00 | 358.00 |
| 05/24/12 | Review bankruptcy issues and prepare filings in case relating to bankruptcy | L210 | EAF | 1.80 | 358.00 | 644.40 |
| 05/24/12 | Review and analyze Stephan's Motion to Dismiss and related recent case filings | L240 | SAP | .30 | 323.00 | 96.90 |
| 05/26/12 | Review file and draft Litigation Analysis | B110 | SAP | .50 | 323.00 | 161.50 |

FEES                                         $2,231.70

## DESCRIPTION OF DISBURSEMENTS

05/16/12  Copy Charges                                    0.00
05/27/12  Messenger/Delivery Charges - BEST MESSENGER    240.00
          INC. K WARNER 4-25-12 TO: BALT CIRCUIT COURT
          Bank ID: GENR Check Number: 93811

COSTS                                        $240.00

AMOUNT DUE THIS BILL                       $2,471.70

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    3
AUGUST 27, 2012

0R0808-301102

FED ID NO. 63-0243316

---

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Eric A. Frechtel | Partner | 358.00 | 4.70 | 1,682.60 |
| Steven A. Pozefsky | Associate | 323.00 | 1.70 | 549.10 |
| Total | | | 6.40 | 2,231.70 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                          AUGUST 27, 2012
                                                0R0808-301102
BILL AMOUNT        $2,471.70                     INVOICE #  800848

To:   .ResCap                        TC Number:        726605
      1100 Virginia Drive            Invoice Date:     08/27/2012
      Fort Washington, PA 19034      Invoice No.       800848
                                     Period ending:    05/31/2012

Case Management Number      LD   0R0808-301102

|  | | Current Invoice | |
|---|---|---|---|
| Code | Task | Hours | Fees |
| B110 | Case Administration | 0.50 | $   161.50 |
| C300 | Analysis and Advice | 1.00 | $   358.00 |
| C400 | Third Party Communication | 0.70 | $   250.60 |
| L120 | Analysis/Strategy | 1.20 | $   429.60 |
| L210 | Pleadings | 1.80 | $   644.40 |
| L230 | Court Mandated Conferences | 0.20 | $    64.60 |
| L240 | Dispositive Motions | 1.00 | $   323.00 |

=====================================
                   TOTAL FEES    6.40    $  2,231.70

                 TOTAL FEES DUE           $  2,231.70
        TOTAL DISBURSEMENTS DUE           $    240.00
        TOTAL DUE THIS INVOICE            $  2,471.70



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                              AUGUST 27, 2012
1100 Virginia Drive                                 0R0808-301120
Fort Washington, PA 19034

                                                    INVOICE #  800849

                                                    FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0808-301120   TC Number: 726699

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/15/12 | Review matter to determine if bankruptcy automatic stay is in place and impact on litigation | L120 | NSR | .10 | 280.00 | 28.00 |
| 05/22/12 | Research docket to determine status of case | L110 | KK | .10 | 91.00 | 9.10 |

                                    FEES                    $37.10

                                    AMOUNT DUE THIS BILL     $37.10

              ***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE     2
AUGUST 27, 2012

ResCap

0R0808-301120

FED ID NO. 63-0243316

---

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Nader Raja | Associate | 280.00 | .10 | 28.00 |
| Kerry Keane | Paralegal | 91.00 | .10 | 9.10 |
| Total | | | .20 | 37.10 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

BILL AMOUNT          $37.10

AUGUST 27, 2012
0R0808-301120
INVOICE #  800849

| To: | ResCap | TC Number: | 726699 |
| | 1100 Virginia Drive | Invoice Date: | 08/27/2012 |
| | Fort Washington, PA 19034 | Invoice No. | 800849 |
| | | Period ending: | 05/31/2012 |

Case Management Number      LD  0R0808-301120

|  |  | Current Invoice | |
| Code | Task | Hours | Fees |
| L110 | Fact Investigation/Development | 0.10 | $  9.10 |
| L120 | Analysis/Strategy | 0.10 | $  28.00 |
| | ================================== | | |
| | TOTAL FEES | 0.20 | $  37.10 |
| | TOTAL FEES DUE | | $  37.10 |
| | TOTAL DISBURSEMENTS DUE | | $  0.00 |
| | TOTAL DUE THIS INVOICE | | $  37.10 |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 27, 2012
0R0808-301121

INVOICE #  800850

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0808-301121   TC Number: 726762

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/15/12 | Analyze matter to determine if bankruptcy stay is in place and, if so, how it will impact the case | C300 | HHW | .40 | 263.00 | 105.20 |
| 05/23/12 | Draft closing memo | P600 | HHW | .20 | 263.00 | 52.60 |
| 05/23/12 | Email correspondence with Ms. Hoy regarding status of appeal | L190 | HHW | .10 | 263.00 | 26.30 |
| 05/23/12 | Conduct research of docket for Florida Fourth District Court of Appeals and Florida Supreme Court to determine whether Mr. Mammas has filed a petition for hearing by the Florida Supreme Court | L190 | HHW | .30 | 263.00 | 78.90 |

FEES                                   $263.00

AMOUNT DUE THIS BILL              $263.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE      2
AUGUST 27, 2012

ResCap

0R0808-301121

FED ID NO. 63-0243316

---

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Heather Wright | Associate | 263.00 | 1.00 | 263.00 |
| Total | | | 1.00 | 263.00 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                          AUGUST 27, 2012
                                                0R0808-301121
BILL AMOUNT        $263.00                      INVOICE #  800850

---

To:    ResCap                     TC Number:        726762
       1100 Virginia Drive        Invoice Date:     08/27/2012
       Fort Washington, PA 19034  Invoice No.       800850
                                  Period ending:    05/31/2012


Case Management Number      LD   0R0808-301121


                                     Current Invoice
Code Task                            Hours          Fees

C300 Analysis and Advice             0.40      $    105.20
L190 Other Case Assessment, Develop't/Admin  0.40  $  105.20
P600 Completion/Closing              0.20      $     52.60


                        ===================================
             TOTAL FEES           1.00      $    263.00

             TOTAL FEES DUE                 $    263.00
       TOTAL DISBURSEMENTS DUE              $      0.00
       TOTAL DUE THIS INVOICE               $    263.00



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                          AUGUST 27, 2012
1100 Virginia Drive                             0R0808-301122
Fort Washington, PA 19034

                                                INVOICE #  800851

                                                FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0808-301122  TC Number: 726147

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/14/12 | Revise memo to GMAC regarding foreclosure suit and borrower's affirmative defenses | L120 | CWH | .30 | 330.00 | 99.00 |
| 05/15/12 | Review matter to determine if bankruptcy automatic stay is in place and impact on litigation | L120 | NSR | .10 | 280.00 | 28.00 |

                          FEES                              $127.00

                          AMOUNT DUE THIS BILL              $127.00

              ***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE      2
AUGUST 27, 2012

ResCap

0R0808-301122

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christian W. Hancock | Partner | 330.00 | .30 | 99.00 |
| Nader Raja | Associate | 280.00 | .10 | 28.00 |
| Total | | | .40 | 127.00 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

BILL AMOUNT          $127.00

AUGUST 27, 2012
0R0808-301122
INVOICE #   800851

To:     ResCap                        TC Number:          726147
        1100 Virginia Drive           Invoice Date:       08/27/2012
        Fort Washington, PA 19034     Invoice No.         800851
                                      Period ending:      05/31/2012

Case Management Number       LD   0R0808-301122

|                          | Current Invoice | |
| Code Task | Hours | Fees |
|---|---|---|
| L120 Analysis/Strategy | 0.40 | $   127.00 |
| ================================= | | |
| TOTAL FEES | 0.40 | $   127.00 |
| TOTAL FEES DUE | | $   127.00 |
| TOTAL DISBURSEMENTS DUE | | $     0.00 |
| TOTAL DUE THIS INVOICE | | $   127.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 27, 2012
0R0808-301123

INVOICE #  800852

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0808-301123   TC Number: 726882

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/14/12 | Review e-mail regarding loan modification status and communicate deadline to counsel for borrowers | L110 | NSR | .10 | 280.00 | 28.00 |
| 05/15/12 | Review matter to determine if bankruptcy automatic stay is in place and impact on litigation | L120 | NSR | .10 | 280.00 | 28.00 |

| | | FEES | | | | $56.00 |
| | | AMOUNT DUE THIS BILL | | | | $56.00 |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    2
AUGUST 27, 2012

ResCap

0R0808-301123

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Nader Raja | Associate | 280.00 | .20 | 56.00 |
| Total | | | .20 | 56.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                               AUGUST 27, 2012
                                                     0R0808-301123
BILL AMOUNT          $56.00                          INVOICE #  800852

To:    ResCap                        TC Number:        726882
       1100 Virginia Drive           Invoice Date:     08/27/2012
       Fort Washington, PA 19034     Invoice No.       800852
                                     Period ending:    05/31/2012

Case Management Number      LD  0R0808-301123

                                      Current Invoice
Code Task                            Hours          Fees

L110 Fact Investigation/Development   0.10    $     28.00
L120 Analysis/Strategy                0.10    $     28.00

                      ==================================
            TOTAL FEES    0.20    $     56.00

                TOTAL FEES DUE        $     56.00
        TOTAL DISBURSEMENTS DUE       $      0.00
          TOTAL DUE THIS INVOICE      $     56.00



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                              AUGUST 27, 2012
1100 Virginia Drive                                0R0808-301124
Fort Washington, PA 19034

                                                   INVOICE #  800853

                                                   FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0808-301124   TC Number: 720641

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/14/12 | Two phone calls with borrower's counsel regarding questions about the final loan modification paperwork, amount of last payment, and whether account is escrowed | L110 | CWH | .30 | 330.00 | 99.00 |
| 05/14/12 | Exchange emails with GMAC about borrower's last trial modification payment | L110 | CWH | .20 | 330.00 | 66.00 |
| 05/16/12 | Send borrower's insurance information to GMAC for loan modification process | L110 | CWH | .10 | 330.00 | 33.00 |
| 05/16/12 | Analyze matter to determine if bankruptcy stay is in place and, if so, how it will impact the case | L120 | NJV | .20 | 258.00 | 51.60 |
| 05/17/12 | Exchange e-mails with client about the loan modification in light of bankruptcy | L110 | CWH | .10 | 330.00 | 33.00 |
| 05/22/12 | Exchange e-mails with client about suggestion of bankruptcy | L110 | CWH | .10 | 330.00 | 33.00 |
| 05/30/12 | Review borrower's final loan modification documents and follow-up with P.Stokes on whether it includes insurance | L110 | CWH | .20 | 330.00 | 66.00 |
| 05/31/12 | Send final loan modification contract to borrower's counsel with instructions for completion | L110 | CWH | .20 | 330.00 | 66.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
AUGUST 27, 2012

0R0808-301124

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/31/12 | Email client to advise that final loan modification was sent to borrower's counsel | L110 | CWH | .10 | 330.00 | 33.00 |

FEES                                                   $480.60

AMOUNT DUE THIS BILL                                   $480.60

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     3
AUGUST 27, 2012

0R0808-301124

FED ID NO. 63-0243316

---

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christian W. Hancock | Partner | 330.00 | 1.30 | 429.00 |
| Nicholas J. Voelker | Associate | 258.00 | .20 | 51.60 |
| Total | | | 1.50 | 480.60 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    AUGUST 27, 2012
                                                         0R0808-301124
BILL AMOUNT          $480.60                             INVOICE #  800853

---

To:    ResCap                          TC Number:        720641
       1100 Virginia Drive             Invoice Date:     08/27/2012
       Fort Washington, PA 19034       Invoice No.       800853
                                       Period ending:    05/31/2012


Case Management Number        LD   0R0808-301124


|  |  | Current Invoice | |
| Code | Task | Hours | Fees |
|------|------|-------|------|
| L110 | Fact Investigation/Development | 1.30 | $ 429.00 |
| L120 | Analysis/Strategy | 0.20 | $ 51.60 |
| | ==================================== | | |
| | TOTAL FEES | 1.50 | $ 480.60 |

|  |  |
|--|--|
| TOTAL FEES DUE | $ 480.60 |
| TOTAL DISBURSEMENTS DUE | $ 0.00 |
| TOTAL DUE THIS INVOICE | $ 480.60 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 27, 2012
0R0808-301125

INVOICE #  800854

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0808-301125  TC Number: 693399

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/15/12 | Evaluate case to determine the effect of GMAC's bankruptcy on the file and whether GMAC should attempt to waive the automatic stay pertaining to certain cases | L120 | LG | .20 | 185.00 | 37.00 |
| 05/17/12 | Review pleadings, prior correspondence and revise memo to be sent to G.Albright regarding status of matter | L190 | HEA | 2.00 | 266.00 | 532.00 |
| 05/24/12 | Review trial order denying ex-wife's motion for new trial | L210 | HEA | .30 | 266.00 | 79.80 |

FEES                                                          $648.80

AMOUNT DUE THIS BILL                                          $648.80

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    2
ResCap                                                    AUGUST 27, 2012

0R0808-301125

FED ID NO. 63-0243316

---

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Hall Eady | Partner | 266.00 | 2.30 | 611.80 |
| Lee Gilley | Associate | 185.00 | .20 | 37.00 |
| Total | | | 2.50 | 648.80 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    AUGUST 27, 2012
                                                         0R0808-301125
BILL AMOUNT        $648.80                                INVOICE #  800854

To:   ResCap                        TC Number:            693399
      1100 Virginia Drive           Invoice Date:         08/27/2012
      Fort Washington, PA 19034      Invoice No.           800854
                                    Period ending:        05/31/2012

Case Management Number      LD  0R0808-301125

                                    Current Invoice
Code Task                           Hours           Fees

L120 Analysis/Strategy              0.20     $      37.00
L190 Other Case Assessment, Develop't/Admin   2.00   $    532.00
L210 Pleadings                      0.30     $      79.80

                    =================================
          TOTAL FEES        2.50     $     648.80

          TOTAL FEES DUE             $     648.80
     TOTAL DISBURSEMENTS DUE         $       0.00
       TOTAL DUE THIS INVOICE        $     648.80



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 27, 2012
0R0808-301126

INVOICE #  800855

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0808-301126  TC Number: 727040

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/16/12 | Draft notice of bankruptcy and correspondence to opposing counsel regarding same | L250 | CSM | .40 | 300.00 | 120.00 |
| 05/16/12 | Review case status and analyze impact of bankruptcy stay on case strategy | L120 | CSM | .10 | 300.00 | 30.00 |
| 05/17/12 | E-mail correspondence with opposing counsel regarding GMAC bankruptcy filing | L190 | CSM | .10 | 300.00 | 30.00 |
| 05/23/12 | Email correspondence to M.Verma regarding filing of notice of bankruptcy | L190 | CSM | .00 | 300.00 | 0.00 |

FEES                    $180.00

AMOUNT DUE THIS BILL          $180.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE     2
AUGUST 27, 2012

ResCap

0R0808-301126

FED ID NO. 63-0243316

---

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Cory S. Menees | Associate | 300.00 | .60 | 180.00 |
| Total | | | .60 | 180.00 |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

| ResCap | | AUGUST 27, 2012 |
|---|---|---|
| | | 0R0808-301126 |
| BILL AMOUNT | $180.00 | INVOICE #  800855 |

---

```
To:   ResCap                      TC Number:        727040
      1100 Virginia Drive         Invoice Date:     08/27/2012
      Fort Washington, PA 19034   Invoice No.       800855
                                  Period ending:    05/31/2012
```

Case Management Number      LD  0R0808-301126

|  | | Current Invoice | |
|---|---|---|---|
| Code Task | | Hours | Fees |
| L120 Analysis/Strategy | | 0.10 | $   30.00 |
| L190 Other Case Assessment, Develop't/Admin | | 0.10 | $   30.00 |
| L250 Other Written Motions/Submissions | | 0.40 | $  120.00 |
| ======================================= | | | |
| TOTAL FEES | | 0.60 | $  180.00 |

```
             TOTAL FEES DUE            $    180.00
      TOTAL DISBURSEMENTS DUE          $      0.00
        TOTAL DUE THIS INVOICE         $    180.00
```



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 27, 2012
0R0808-301127

INVOICE #  800856

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0808-301127  TC Number: 727073

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/24/12 | Review and analyze issues raised by default counsel | L110 | CWH | .20 | 330.00 | 66.00 |
| 05/29/12 | Exchange e-mails with M.Verma regarding instructions | L110 | CWH | .20 | 330.00 | 66.00 |

FEES                                    $132.00

AMOUNT DUE THIS BILL                    $132.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
AUGUST 27, 2012

0R0808-301127

FED ID NO. 63-0243316

---

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christian W. Hancock | Partner | 330.00 | .40 | 132.00 |
| Total | | | .40 | 132.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          AUGUST 27, 2012
                                                               0R0808-301127
BILL AMOUNT        $132.00                                      INVOICE #  800856

To:    ResCap                          TC Number:            727073
       1100 Virginia Drive             Invoice Date:         08/27/2012
       Fort Washington, PA 19034        Invoice No.           800856
                                       Period ending:        05/31/2012

Case Management Number      LD   0R0808-301127

                                          Current Invoice
Code Task                               Hours          Fees

L110 Fact Investigation/Development       0.40    $    132.00

                                  =====================================
                        TOTAL FEES        0.40    $    132.00

                        TOTAL FEES DUE            $    132.00
              TOTAL DISBURSEMENTS DUE            $      0.00
              TOTAL DUE THIS INVOICE            $    132.00



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 27, 2012
0R0808-301128

INVOICE #  800857

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0808-301128  TC Number: 727102

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/23/12 | Prepare email to client regarding filed Notice of Bankruptcy and Effect of Automatic Stay | L120 | EAF | .20 | 358.00 | 71.60 |
| | FEES | | | | | $71.60 |

| | | | | |
|------|--------------------|---|---|------|
| 05/22/12 | Copy Charges | | | 0.00 |
| 05/22/12 | Express Mail/Fedex | | | 0.00 |

AMOUNT DUE THIS BILL          $71.60

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE     2
ResCap                                                        AUGUST 27, 2012

0R0808-301128

FED ID NO. 63-0243316

---

**INDIVIDUAL SUMMARY**

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Eric A. Frechtel | Partner | 358.00 | .20 | 71.60 |
| Total | | | .20 | 71.60 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                            AUGUST 27, 2012
                                                  0R0808-301128
BILL AMOUNT          $71.60                       INVOICE #  800857

To:    ResCap                    TC Number:        727102
       1100 Virginia Drive       Invoice Date:     08/27/2012
       Fort Washington, PA 19034 Invoice No.       800857
                                 Period ending:    05/31/2012

Case Management Number     LD  0R0808-301128

                                          Current Invoice
Code Task                             Hours          Fees

L120 Analysis/Strategy                 0.20    $    71.60

                          ==================================
                  TOTAL FEES            0.20    $    71.60

                      TOTAL FEES DUE            $    71.60
              TOTAL DISBURSEMENTS DUE          $     0.00
              TOTAL DUE THIS INVOICE           $    71.60



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 27, 2012
0R0808-301129

INVOICE #  800858

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0808-301129  TC Number: 727121

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 05/15/12 | Telephone call with L.Matos regarding permit process | B250 | CJA | .70 | 210.00 | 147.00 |
| 05/16/12 | Review of contractor agreement from L.Matos and provide comments to same | B250 | CJA | 1.60 | 210.00 | 336.00 |

FEES                                    $483.00

AMOUNT DUE THIS BILL            $483.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
AUGUST 27, 2012

0R0808-301129

**FED ID NO. 63-0243316**

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| C. Jason Avery | Associate | 210.00 | 2.30 | 483.00 |
| Total | | | 2.30 | 483.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                    AUGUST 27, 2012
                                                          0R0808-301129
BILL AMOUNT          $483.00                              INVOICE #  800858

To:    ResCap                        TC Number:         727121
       1100 Virginia Drive           Invoice Date:      08/27/2012
       Fort Washington, PA 19034     Invoice No.        800858
                                     Period ending:     05/31/2012

Case Management Number      LD   0R0808-301129

|              |                | Current Invoice |          |
|--------------|----------------|-----------------|----------|
| Code Task    |                | Hours           | Fees     |
| B250 Real Estate |            | 2.30            | $   483.00 |
|              |                | ================================= |  |
|              | TOTAL FEES     | 2.30            | $   483.00 |

                     TOTAL FEES DUE            $    483.00
              TOTAL DISBURSEMENTS DUE          $      0.00
              TOTAL DUE THIS INVOICE           $    483.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    AUGUST 27, 2012
1100 Virginia Drive                                      0R0808-301130
Fort Washington, PA 19034

                                                         INVOICE #  800859

                                                         FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0808-301130   TC Number: 727191

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/14/12 | Telephone conference with M.Jensen regarding filing of bankruptcy and discussion of effect on settlement | C400 | MWK | .20 | 360.00 | 72.00 |
| 05/15/12 | Draft initial case assessment memo and send to client | L120 | KSA | 1.30 | 223.00 | 289.90 |
| 05/16/12 | Analyze matter to determine if bankruptcy stay is in place, and, if so, how it will impact case | L120 | KSA | .20 | 223.00 | 44.60 |
| 05/23/12 | Review correspondence from R.Rydstrom, counsel for Fischer, regarding legal authority in support of demand for withdrawal of removal and motion to dismiss | C400 | MWK | .20 | 360.00 | 72.00 |
| 05/23/12 | Research SCRA and HAMP case law regarding federal jurisdiction and draft response to plaintiff counsel email asserting no federal jurisdiction | L120 | KSA | 2.10 | 223.00 | 468.30 |
| 05/24/12 | Analysis of legal authority cited by R.Rydstrom, counsel for Fischer, in preparation response to demand for remand of complaint from federal court | C200 | MWK | .30 | 360.00 | 108.00 |
| 05/24/12 | Revise and finalize correspondence to R.Rydstrom, counsel for Fischer, regarding denial of demand for remand of complaint from federal court | C400 | MWK | .40 | 360.00 | 144.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    2
ResCap                                                          AUGUST 27, 2012

0R0808-301130

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/25/12 | Review of correspondence from R.Rydstrom, counsel for Fischer, regarding legal analysis of support against removal of complaint to federal court | C400 | MWK | .20 | 360.00 | 72.00 |
| 05/25/12 | Review plaintiff counsel email regarding remand and federal jurisdiction and research federal question jurisdiction under Ninth Circuit case law and draft opposition to anticipated motion to remand | L120 | KSA | 2.70 | 223.00 | 602.10 |
| 05/29/12 | Email update to J.May regarding remand/removal | L110 | KSA | .30 | 223.00 | 66.90 |
| 05/29/12 | Research removal/remand/federal question jurisdiction | L120 | KSA | .30 | 223.00 | 66.90 |
| 05/29/12 | Research and outline responses to plaintiff for motion to dismiss and remand | L120 | KSA | 1.20 | 223.00 | 267.60 |
| 05/29/12 | Phone discussion with J. May regarding strategy | L120 | KSA | .20 | 223.00 | 44.60 |
| 05/29/12 | Analysis of Plaintiff's Complaint and comparison to recently issued federal case law regarding removal and use of federal statutes as basis to support state law claims in preparation for conference with client to determine whether to agree to remand case back to state court | C300 | MWK | .60 | 360.00 | 216.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    3
AUGUST 27, 2012

ResCap

0R0808-301130

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/29/12 | Exchange of email correspondence with R.Rydstrom, counsel for Fischer, regarding refusal to voluntarily remand case back to state court and discussion of Plaintiff's potentially filing amended complaint to correct deficiencies raised in motion to dismiss | C400 | MWK | .30 | 360.00 | 108.00 |
| 05/30/12 | Receipt and review Plaintiff's Answer and Affirmative Defenses to counterclaims | L210 | MWK | .80 | 360.00 | 288.00 |
| 05/30/12 | Receipt and review Plaintiff's Memorandum of Points and Authorities in Opposition to Motion to Dismiss Plaintiff's Complaint | L250 | MWK | 2.60 | 360.00 | 936.00 |
| 05/30/12 | Receipt and review Plaintiff's Notice of Motion, Motion to Remand, Memorandum of Points and Authorities in Support, and Declaration of R.Rydstrom | L250 | MWK | 2.20 | 360.00 | 792.00 |
| 05/30/12 | Review motion to dismiss opposition and outline response and draft | L250 | KSA | 3.70 | 223.00 | 825.10 |
| 05/31/12 | Review Notice of Rescheduled Hearing from the clerk of court related to GMAC's motion to dismiss | L250 | MWK | .10 | 360.00 | 36.00 |
| 05/31/12 | Draft reply to opposition | L210 | KSA | 3.10 | 223.00 | 691.30 |

FEES                                    $6,211.30

05/29/12 Copy Charges                              0.00
05/29/12 Copy Charges                              0.00
05/29/12 Copy Charges                              0.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    4
AUGUST 27, 2012

ResCap

0R0808-301130

FED ID NO. 63-0243316

| | | |
|---|---|---|
| 05/31/12 | Copy Charges | 0.00 |
| 05/14/12 | Express Mail/Fedex | 0.00 |
| 05/23/12 | Computerized Legal Research-Westlaw Westlaw | 0.00 |
| | User: ANDERSON,KEITH | |
| 05/25/12 | Computerized Legal Research-Westlaw Westlaw | 0.00 |
| | User: ANDERSON,KEITH | |
| 05/30/12 | Computerized Legal Research-Westlaw Westlaw | 0.00 |
| | User: ANDERSON,KEITH | |
| 05/31/12 | Computerized Legal Research-Westlaw Westlaw | 0.00 |
| | User: ANDERSON,KEITH | |

AMOUNT DUE THIS BILL                 $6,211.30

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    5
AUGUST 27, 2012

0R0808-301130

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Michael W. Knapp | Partner | 360.00 | 7.90 | 2,844.00 |
| Keith S. Anderson | Associate | 223.00 | 15.10 | 3,367.30 |
| Total | | | 23.00 | 6,211.30 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

AUGUST 27, 2012
0R0808-301130

BILL AMOUNT        $6,211.30

INVOICE #  800859

| To: | ResCap | TC Number: | 727191 |
| | 1100 Virginia Drive | Invoice Date: | 08/27/2012 |
| | Fort Washington, PA 19034 | Invoice No. | 800859 |
| | | Period ending: | 05/31/2012 |

Case Management Number      LD   0R0808-301130

Current Invoice

| Code | Task | Hours | Fees |
|------|------|-------|------|
| C200 | Researching Law | 0.30 | $ 108.00 |
| C300 | Analysis and Advice | 0.60 | $ 216.00 |
| C400 | Third Party Communication | 1.30 | $ 468.00 |
| L110 | Fact Investigation/Development | 0.30 | $ 66.90 |
| L120 | Analysis/Strategy | 8.00 | $ 1,784.00 |
| L210 | Pleadings | 3.90 | $ 979.30 |
| L250 | Other Written Motions/Submissions | 8.60 | $ 2,589.10 |

==================================

|  | TOTAL FEES | 23.00 | $ 6,211.30 |

| TOTAL FEES DUE | $ 6,211.30 |
| TOTAL DISBURSEMENTS DUE | $ 0.00 |
| TOTAL DUE THIS INVOICE | $ 6,211.30 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    AUGUST 27, 2012
1100 Virginia Drive                                       0R0808-301132
Fort Washington, PA 19034

                                                          INVOICE #  800860

                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0808-301132  TC Number: 727287

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/15/12 | Analyze matter to determine if bankruptcy stay is in place and, if so, how it will impact the case | L120 | JJE | .10 | 197.00 | 19.70 |
| 05/22/12 | Draft analysis of affirmative defenses regarding alleged TILA and FDCPA violations | C300 | JJE | 3.60 | 197.00 | 709.20 |
| 05/23/12 | Revise analysis of eight remaining affirmative defenses regarding alleged TILA violations, Regulation Z disclosure violations, RESPA violations, etc. | C300 | JJE | 4.60 | 197.00 | 906.20 |
| 05/23/12 | Research disclosures, correspondence, and notices to determine status of case and supplement analysis of affirmative defenses | L110 | KK | 1.00 | 91.00 | 91.00 |
| 05/24/12 | Identify recommendations for moving forward with the matter | C300 | JJE | 1.20 | 197.00 | 236.40 |
| 05/24/12 | Email to foreclosure counsel recommending next steps | C300 | JJE | .30 | 197.00 | 59.10 |
| 05/25/12 | Email from and to foreclosure counsel regarding status of foreclosure filings and strategy | C300 | JJE | .30 | 197.00 | 59.10 |
| 05/28/12 | Review foreclosure analysis memo discussing standing to foreclosure and borrower's affirmative defenses | L110 | CWH | .30 | 330.00 | 99.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
AUGUST 27, 2012

0R0808-301132

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/30/12 | Analyze additional client documents to determine impact  borrower's various affirmative defenses | C300 | JJE | 1.20 | 197.00 | 236.40 |

|  | FEES |  |  |  |  | $2,416.10 |
|--|------|--|--|--|--|-----------|

| 05/22/12 | Copy Charges |  |  |  |  | 0.00 |
| 05/23/12 | Copy Charges |  |  |  |  | 0.00 |
| 05/23/12 | Copy Charges |  |  |  |  | 0.00 |
| 05/23/12 | Copy Charges |  |  |  |  | 0.00 |
| 05/24/12 | Copy Charges |  |  |  |  | 0.00 |
| 05/22/12 | Computerized Legal Research-Westlaw Westlaw User: EASON,JO |  |  |  |  | 0.00 |
| 05/23/12 | Computerized Legal Research-Westlaw Westlaw User: EASON,JO |  |  |  |  | 0.00 |

AMOUNT DUE THIS BILL            $2,416.10

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE       3
AUGUST 27, 2012

ResCap

0R0808-301132

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christian W. Hancock | Partner | 330.00 | .30 | 99.00 |
| Joycelyn J. Eason | Associate | 197.00 | 11.30 | 2,226.10 |
| Kerry Keane | Paralegal | 91.00 | 1.00 | 91.00 |
| Total | | | 12.60 | 2,416.10 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                              AUGUST 27, 2012
                                                    0R0808-301132
BILL AMOUNT        $2,416.10                         INVOICE #  800860

To:    ResCap                          TC Number:           727287
       1100 Virginia Drive             Invoice Date:        08/27/2012
       Fort Washington, PA 19034       Invoice No.          800860
                                       Period ending:       05/31/2012

Case Management Number        LD   0R0808-301132

|  | | Current Invoice | |
| Code Task | | Hours | Fees |
|---|---|---|---|
| C300 Analysis and Advice | | 11.20 | $ 2,206.40 |
| L110 Fact Investigation/Development | | 1.30 | $ 190.00 |
| L120 Analysis/Strategy | | 0.10 | $ 19.70 |

```
                    =====================================
              TOTAL FEES      12.60    $  2,416.10

                  TOTAL FEES DUE          $  2,416.10
           TOTAL DISBURSEMENTS DUE        $      0.00
           TOTAL DUE THIS INVOICE         $  2,416.10
```



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                                          AUGUST 27, 2012
1100 Virginia Drive                                                             0R0808-301133
Fort Washington, PA 19034

                                                                                INVOICE #  800861

                                                                                FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0808-301133  TC Number: 727215

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/14/12 | Call to plaintiff's counsel to discuss erroneous naming of Deutsch Bank as a party and propose steps to correct same | C300 | JJE | .20 | 197.00 | 39.40 |
| 05/15/12 | Call to plaintiff's counsel regarding erroneously named party and suggestion regarding dismissal of client as a party | C300 | JJE | .10 | 197.00 | 19.70 |
| 05/15/12 | Develop strategy regarding responsive pleading and defenses | C300 | JJE | .30 | 197.00 | 59.10 |
| 05/15/12 | Analyze matter to determine if bankruptcy stay is in place and, if so, how it will impact the case | L120 | JJE | .10 | 197.00 | 19.70 |
| 05/15/12 | Review legal description of property and complaint with quiet title claim | L110 | MCG | .30 | 323.00 | 96.90 |
| 05/16/12 | Review title searches for two properties and determine chronology of events and status of case | L110 | KK | .70 | 91.00 | 63.70 |
| 05/16/12 | Review and analysis of all correspondence, documents, and pleadings associated with this case for status update | L140 | RBB | .80 | 149.00 | 119.20 |
| 05/16/12 | File notice of appearance | C300 | JJE | .10 | 197.00 | 19.70 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     2
AUGUST 27, 2012

0R0808-301133

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/17/12 | Research and review Seminole County official records for two properties and pleadings to determine status of loan and chronology of events in case | L110 | KK | 3.00 | 91.00 | 273.00 |
| 05/18/12 | Analysis of correspondence to/from M.Verma (GMACM) regarding title search review | L140 | RBB | .30 | 149.00 | 44.70 |
| 05/18/12 | Emails from and to client regarding status of claims, title search and strategy | C300 | JJE | .40 | 197.00 | 78.80 |
| 05/22/12 | Draft May 2012 monthly status update | L140 | RBB | .20 | 149.00 | 29.80 |

FEES                                                $863.70

### DESCRIPTION OF DISBURSEMENTS

05/22/12 Court Costs - Pleadings - WEST GROUP KK COURT        592.53
FEES
Bank ID: GENR Check Number: 93617
05/16/12 Express Mail/Fedex                                    0.00

COSTS                        $592.53

AMOUNT DUE THIS BILL         $1,456.23

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE      3
AUGUST 27, 2012

ResCap

0R0808-301133

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Robert B. Benson | Paralegal | 149.00 | 1.30 | 193.70 |
| Michael C. Griffin | Partner | 323.00 | .30 | 96.90 |
| Joycelyn J. Eason | Associate | 197.00 | 1.20 | 236.40 |
| Kerry Keane | Paralegal | 91.00 | 3.70 | 336.70 |
| Total | | | 6.50 | 863.70 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    AUGUST 27, 2012
                                                         0R0808-301133
BILL AMOUNT        $1,456.23                              INVOICE #  800861

To:    ResCap                        TC Number:          727215
       1100 Virginia Drive           Invoice Date:       08/27/2012
       Fort Washington, PA 19034      Invoice No.         800861
                                     Period ending:      05/31/2012

Case Management Number        LD   0R0808-301133

                                        Current Invoice
Code Task                              Hours        Fees

C300 Analysis and Advice               1.10    $    216.70
L110 Fact Investigation/Development    4.00    $    433.60
L120 Analysis/Strategy                 0.10    $     19.70
L140 Document/File Management          1.30    $    193.70

                          ==================================
              TOTAL FEES   6.50    $    863.70

              TOTAL FEES DUE             $    863.70
        TOTAL DISBURSEMENTS DUE          $    592.53
          TOTAL DUE THIS INVOICE         $  1,456.23



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                        AUGUST 27, 2012
1100 Virginia Drive                                          0R0808-301134
Fort Washington, PA 19034

                                                             INVOICE #  800862

                                                             **FED ID NO. 63-0243316**

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0808-301134   TC Number: 727333

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/15/12 | Review matter to determine if bankruptcy automatic stay is in place and impact on litigation | L120 | NSR | .10 | 280.00 | 28.00 |
| 05/23/12 | Analyze pleadings and official records in Duval County, Florida to determine status of case, chronology of events, and merits of the affirmative defenses | L110 | KK | 1.80 | 91.00 | 163.80 |
| 05/24/12 | Revise  analysis and determine status of case | L110 | KK | .60 | 91.00 | 54.60 |

                         FEES                              $246.40


                         AMOUNT DUE THIS BILL              $246.40

                ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
AUGUST 27, 2012

0R0808-301134

FED ID NO. 63-0243316

---

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Nader Raja | Associate | 280.00 | .10 | 28.00 |
| Kerry Keane | Paralegal | 91.00 | 2.40 | 218.40 |
| Total | | | 2.50 | 246.40 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                          AUGUST 27, 2012
                                                               0R0808-301134
BILL AMOUNT        $246.40                                      INVOICE #  800862

To:    ResCap                          TC Number:        727333
       1100 Virginia Drive             Invoice Date:     08/27/2012
       Fort Washington, PA 19034       Invoice No.       800862
                                       Period ending:    05/31/2012

Case Management Number      LD  0R0808-301134

|  |  | Current Invoice | |
| Code Task |  | Hours | Fees |
|---|---|---|---|
| L110 Fact Investigation/Development |  | 2.40 | $   218.40 |
| L120 Analysis/Strategy |  | 0.10 | $    28.00 |

===================================
             TOTAL FEES     2.50    $   246.40

                 TOTAL FEES DUE           $   246.40
          TOTAL DISBURSEMENTS DUE         $     0.00
             TOTAL DUE THIS INVOICE       $   246.40



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                          AUGUST 27, 2012
1100 Virginia Drive                             0R0808-301135
Fort Washington, PA 19034

                                                INVOICE #  800863

                                                **FED ID NO. 63-0243316**

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0808-301135  TC Number: 727310

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/15/12 | Analyze matter to determine if bankruptcy stay is in place and, if so, how it will impact the case | L120 | JJE | .20 | 197.00 | 39.40 |
| 05/16/12 | Correspondence to R.Edwards regarding index to record on appeal | L110 | AHC | .20 | 145.00 | 29.00 |
| 05/16/12 | Review docket regarding status of motion to stay and motion to cancel foreclosure sale | L110 | AHC | .20 | 145.00 | 29.00 |
| 05/21/12 | Email from and to client updating on status of appeal | L510 | JJE | .20 | 197.00 | 39.40 |
| 05/30/12 | Review docket regarding status of initial brief | L110 | AHC | .20 | 145.00 | 29.00 |
| 05/30/12 | Research regarding administrative order 2011-2 | L110 | AHC | .20 | 145.00 | 29.00 |
| 05/31/12 | Call from opposing counsel regarding request for 120 day extension to file briefs while possible loan modification is pending | L510 | JJE | .20 | 197.00 | 39.40 |
| 05/31/12 | Email to client regarding possible extension and to inquire as to the status of any possible loan modification agreements that may or may not be pending | L510 | JJE | .10 | 197.00 | 19.70 |

                          FEES                              $253.90



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
AUGUST 27, 2012

0R0808-301135

**FED ID NO. 63-0243316**

AMOUNT DUE THIS BILL                    $253.90

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE        3
AUGUST 27, 2012

0R0808-301135

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Alecia H. Cockrell | Paralegal | 145.00 | .80 | 116.00 |
| Joycelyn J. Eason | Associate | 197.00 | .70 | 137.90 |
| Total | | | 1.50 | 253.90 |



# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

BILL AMOUNT          $253.90

AUGUST 27, 2012
0R0808-301135
INVOICE #  800863

| To: | ResCap | TC Number: | 727310 |
|-----|--------|-----------|--------|
|     | 1100 Virginia Drive | Invoice Date: | 08/27/2012 |
|     | Fort Washington, PA 19034 | Invoice No. | 800863 |
|     |        | Period ending: | 05/31/2012 |

Case Management Number      LD  0R0808-301135

|      |      | Current Invoice | |
|------|------|-----------------|---|
| Code | Task | Hours | Fees |
| L110 | Fact Investigation/Development | 0.80 | $   116.00 |
| L120 | Analysis/Strategy | 0.20 | $    39.40 |
| L510 | Appellate Motions and Submissions | 0.50 | $    98.50 |
| | | ============================= | |
| | TOTAL FEES | 1.50 | $   253.90 |
| | TOTAL FEES DUE | | $   253.90 |
| | TOTAL DISBURSEMENTS DUE | | $     0.00 |
| | TOTAL DUE THIS INVOICE | | $   253.90 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    AUGUST 27, 2012
1100 Virginia Drive                                       0R0808-301136
Fort Washington, PA 19034

                                                         INVOICE #  800864

                                                         FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0808-301136  TC Number: 726219

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/15/12 | Analyze matter to determine if bankruptcy stay is in place and, if so, how it will impact the case | L120 | JJE | .20 | 197.00 | 39.40 |
| 05/16/12 | Emails from and to local counsel regarding status of the appeal, appellants failure to post supersedeas bond, and strategy | L510 | JJE | .20 | 197.00 | 39.40 |
| 05/16/12 | Call to clerk regarding status of appellants' motion for extension of time to file brief and the effect regarding same on the tolling of the clock with regard to responses | L510 | JJE | .20 | 197.00 | 39.40 |
| 05/16/12 | Research case law and court rules regarding effect of failure to post supersedeas bond on appeal of stay of eviction | L510 | JJE | 1.40 | 197.00 | 275.80 |
| 05/16/12 | Research on writ of assistance and bond posting issues | L510 | MJA | .70 | 297.00 | 207.90 |
| 05/17/12 | Correspondence to M.Shaffer regarding copies of court pleadings | L110 | AHC | .20 | 145.00 | 29.00 |
| 05/18/12 | Review correspondence from court regarding order denying motion for extension of time to post supersedeas bond | L510 | JJE | .10 | 197.00 | 19.70 |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
AUGUST 27, 2012

0R0808-301136

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/18/12 | Call from and to appellant Alonzo Washington regarding receipt of service copies of various motions and filings | L510 | JJE | .60 | 197.00 | 118.20 |
| 05/22/12 | Email to client updating status of the appeal including a procedural timeline of relevant activity and advising on recommended course of action | L510 | JJE | .70 | 197.00 | 137.90 |
| 05/22/12 | Research on stay and writ of assistance issue | L510 | MJA | .30 | 297.00 | 89.10 |
| 05/23/12 | Call to client regarding status of appeal and eviction | L510 | JJE | .10 | 197.00 | 19.70 |
| 05/23/12 | Email from and to local counsel regarding writ of assistance | L510 | JJE | .10 | 197.00 | 19.70 |
| 05/24/12 | Call to and email from client and email to local counsel regarding current strategy | L510 | JJE | .40 | 197.00 | 78.80 |
| 05/24/12 | Emails to and from local counsel regarding strategy | L510 | JJE | .50 | 197.00 | 98.50 |
| 05/25/12 | Analyze appellant's pending motion to proceed with the appeal and advised local counsel on strategy | L510 | JJE | .80 | 197.00 | 157.60 |
| 05/29/12 | Review appellate docket, email from local counsel regarding eviction status and strategy regarding same | L510 | JJE | .30 | 197.00 | 59.10 |
| 05/29/12 | Email to client to provide update on and attaching a copy of court's signed eviction order (writ of assistance) | L510 | JJE | .20 | 197.00 | 39.40 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE      3
AUGUST 27, 2012

ResCap

0R0808-301136

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/29/12 | Emails from local counsel and to client regarding eviction | L510 | JJE | .30 | 197.00 | 59.10 |
| 05/30/12 | Emails from and to client regarding email correspondence received from the borrower | L510 | JJE | .60 | 197.00 | 118.20 |
| 05/30/12 | Emails from and to borrowers regarding eviction | L510 | JJE | .50 | 197.00 | 98.50 |
| 05/31/12 | Analyze emails from borrowers regarding opposition to eviction and claims regarding handling of the foreclosure and desires to reinstate loan | L510 | JJE | .60 | 197.00 | 118.20 |
| 05/31/12 | Emails from and to client and local counsel | L510 | JJE | .60 | 197.00 | 118.20 |

|  |  |  |  | FEES |  | $1,980.80 |
|---|---|---|---|---|---|---|

| 05/16/12 | Computerized Legal Research-Westlaw Westlaw User: EASON,JO | | | | 0.00 | |

AMOUNT DUE THIS BILL                    $1,980.80

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     4
AUGUST 27, 2012

0R0808-301136

FED ID NO. 63-0243316

---

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Marc J. Ayers | Partner | 297.00 | 1.00 | 297.00 |
| Alecia H. Cockrell | Paralegal | 145.00 | .20 | 29.00 |
| Joycelyn J. Eason | Associate | 197.00 | 8.40 | 1,654.80 |
| Total | | | 9.60 | 1,980.80 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    AUGUST 27, 2012
                                                         0R0808-301136
BILL AMOUNT        $1,980.80                              INVOICE #   800864

To:   ResCap                     TC Number:        726219
      1100 Virginia Drive        Invoice Date:     08/27/2012
      Fort Washington, PA 19034  Invoice No.       800864
                                 Period ending:    05/31/2012

Case Management Number        LD   0R0808-301136

                                        Current Invoice
                                    Hours          Fees
Code Task

L110 Fact Investigation/Development     0.20    $      29.00
L120 Analysis/Strategy                  0.20    $      39.40
L510 Appellate Motions and Submissions  9.20    $   1,912.40

                                    ==============================
                 TOTAL FEES             9.60    $   1,980.80

                 TOTAL FEES DUE                 $   1,980.80
         TOTAL DISBURSEMENTS DUE                $       0.00
         TOTAL DUE THIS INVOICE                 $   1,980.80



# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 27, 2012
0R0808-301137

INVOICE #  800865

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0808-301137  TC Number: 727293

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/15/12 | Review matter to determine if bankruptcy automatic stay is in place and impact on litigation | L120 | NSR | .10 | 280.00 | 28.00 |
| 05/23/12 | Review pleadings, fact package, and affirmative defenses | L120 | NSR | 3.50 | 280.00 | 980.00 |
| 05/28/12 | Revise foreclosure analysis memo | L110 | CWH | .20 | 330.00 | 66.00 |

FEES $1,074.00

AMOUNT DUE THIS BILL $1,074.00

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
AUGUST 27, 2012

0R0808-301137

FED ID NO. 63-0243316

---

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christian W. Hancock | Partner | 330.00 | .20 | 66.00 |
| Nader Raja | Associate | 280.00 | 3.60 | 1,008.00 |
| Total | | | 3.80 | 1,074.00 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                                    AUGUST 27, 2012
                                                                         0R0808-301137
BILL AMOUNT          $1,074.00                                           INVOICE #  800865

---

To:    ResCap                              TC Number:          727293
       1100 Virginia Drive                 Invoice Date:       08/27/2012
       Fort Washington, PA 19034           Invoice No.         800865
                                           Period ending:      05/31/2012

Case Management Number      LD   0R0808-301137

|  |  | Current Invoice | |
|---|---|---|---|
| Code | Task | Hours | Fees |
| L110 | Fact Investigation/Development | 0.20 | $     66.00 |
| L120 | Analysis/Strategy | 3.60 | $  1,008.00 |
| | | ================================= | |
| | TOTAL FEES | 3.80 | $  1,074.00 |
| | TOTAL FEES DUE | | $  1,074.00 |
| | TOTAL DISBURSEMENTS DUE | | $      0.00 |
| | TOTAL DUE THIS INVOICE | | $  1,074.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 27, 2012
0R0808-301138

INVOICE #  800866

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0808-301138   TC Number: 727342

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/15/12 | Review pleadings, docket, and official records to determine status of case | L110 | KK | .50 | 91.00 | 45.50 |
| 05/15/12 | Review matter to determine if bankruptcy automatic stay is in place and impact on litigation | L120 | NSR | .10 | 280.00 | 28.00 |
| 05/23/12 | Review pleadings and official records in Palm Beach County to determine status of case and begin draft of analysis | L110 | KK | 1.70 | 91.00 | 154.70 |
| 05/24/12 | Review affirmative defenses | L120 | NSR | 2.10 | 280.00 | 588.00 |
| 05/28/12 | Revise foreclosure analysis memo | L110 | CWH | .20 | 330.00 | 66.00 |

FEES                                             $882.20

AMOUNT DUE THIS BILL                             $882.20

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE     2
AUGUST 27, 2012

ResCap

0R0808-301138

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christian W. Hancock | Partner | 330.00 | .20 | 66.00 |
| Nader Raja | Associate | 280.00 | 2.20 | 616.00 |
| Kerry Keane | Paralegal | 91.00 | 2.20 | 200.20 |
| Total | | | 4.60 | 882.20 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                  AUGUST 27, 2012
                                                        0R0808-301138
BILL AMOUNT          $882.20                            INVOICE #  800866

---

To:     ResCap                        TC Number:          727342
        1100 Virginia Drive           Invoice Date:       08/27/2012
        Fort Washington, PA 19034     Invoice No.         800866
                                      Period ending:      05/31/2012


Case Management Number      LD   0R0808-301138


|  |  | Current Invoice | |
| Code Task |  | Hours | Fees |
|---|---|---|---|
| L110 Fact Investigation/Development |  | 2.40 | $   266.20 |
| L120 Analysis/Strategy |  | 2.20 | $   616.00 |
| | ===================================== | | |
| TOTAL FEES | | 4.60 | $   882.20 |

                    TOTAL FEES DUE          $   882.20
            TOTAL DISBURSEMENTS DUE         $     0.00
            TOTAL DUE THIS INVOICE          $   882.20



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 27, 2012
0R0808-301139

INVOICE #  800867

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0808-301139  TC Number: 727461

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/15/12 | Analyze matter to determine if bankruptcy stay is in place and, if so, how it will impact the case | L120 | JJE | .10 | 197.00 | 19.70 |
| 05/22/12 | Review pleadings and client documents to determine chronology of events, status of case defenses | L110 | KK | 1.50 | 91.00 | 136.50 |
| 05/29/12 | Review client documents and analyzing defenses | C300 | JJE | 3.30 | 197.00 | 650.10 |

FEES                                           $806.30

AMOUNT DUE THIS BILL                           $806.30

***** TOTAL DUE UPON RECEIPT *****



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE      2
AUGUST 27, 2012

ResCap

0R0808-301139

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Joycelyn J. Eason | Associate | 197.00 | 3.40 | 669.80 |
| Kerry Keane | Paralegal | 91.00 | 1.50 | 136.50 |
| Total | | | 4.90 | 806.30 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    AUGUST 27, 2012
                                                         0R0808-301139
BILL AMOUNT          $806.30                             INVOICE #  800867

To:    ResCap                          TC Number:            727461
       1100 Virginia Drive             Invoice Date:         08/27/2012
       Fort Washington, PA 19034       Invoice No.           800867
                                       Period ending:        05/31/2012

Case Management Number     LD   0R0808-301139

                                          Current Invoice
Code Task                                 Hours          Fees

C300 Analysis and Advice                  3.30    $    650.10
L110 Fact Investigation/Development       1.50    $    136.50
L120 Analysis/Strategy                    0.10    $     19.70

                              ====================================
                    TOTAL FEES    4.90    $    806.30

                    TOTAL FEES DUE        $    806.30
             TOTAL DISBURSEMENTS DUE      $      0.00
             TOTAL DUE THIS INVOICE       $    806.30



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 27, 2012
0R0808-301140

INVOICE #  800868

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0808-301140   TC Number: 727447

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/14/12 | Analyze borrower's request for a short sale for $65,000 in cash | L110 | CWH | .10 | 330.00 | 33.00 |
| 05/14/12 | Review analysis and research short sale information | L110 | KK | .50 | 91.00 | 45.50 |
| 05/14/12 | Review file for initial to identify issues for client | C300 | JJE | .60 | 197.00 | 118.20 |
| 05/14/12 | Calls to discuss possible short sale and for further clarification on listing and status of contract | C300 | JJE | .30 | 197.00 | 59.10 |
| 05/14/12 | Emails from and to client regarding possible short sale | C300 | JJE | .40 | 197.00 | 78.80 |
| 05/14/12 | Email detailing needed information to initiate short sale application | C300 | JJE | .20 | 197.00 | 39.40 |
| 05/15/12 | Analyze matter to determine if bankruptcy stay is in place and, if so, how it will impact the case | L120 | JJE | .20 | 197.00 | 39.40 |
| 05/29/12 | Review of foreclosure file in support of analysis of claims and affirmative defenses | C300 | JJE | 3.30 | 197.00 | 650.10 |
| 05/30/12 | Continued analysis of law in support of defenses | C300 | JJE | 2.40 | 197.00 | 472.80 |

FEES                                                                    $1,536.30



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     2
AUGUST 27, 2012

0R0808-301140

FED ID NO. 63-0243316

## DESCRIPTION OF DISBURSEMENTS

05/23/12 Court Costs - Pleadings - WEST GROUP K KEANE                50.00
         COURT FEES 5/9/12
         Bank ID: GENR Check Number: 93959

                COSTS                                              $50.00

                AMOUNT DUE THIS BILL                            $1,586.30

          ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      3
AUGUST 27, 2012

0R0808-301140

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christian W. Hancock | Partner | 330.00 | .10 | 33.00 |
| Joycelyn J. Eason | Associate | 197.00 | 7.40 | 1,457.80 |
| Kerry Keane | Paralegal | 91.00 | .50 | 45.50 |
| Total | | | 8.00 | 1,536.30 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                      AUGUST 27, 2012
                                                            0R0808-301140
BILL AMOUNT        $1,586.30                                INVOICE #  800868

```
To:    ResCap                        TC Number:         727447
       1100 Virginia Drive           Invoice Date:      08/27/2012
       Fort Washington, PA 19034      Invoice No.        800868
                                      Period ending:     05/31/2012
```

Case Management Number      LD  0R0808-301140

| Code | Task | Hours | Fees |
|------|------|-------|------|
| | | **Current Invoice** | |
| | | Hours | Fees |
| C300 | Analysis and Advice | 7.20 | $ 1,418.40 |
| L110 | Fact Investigation/Development | 0.60 | $ 78.50 |
| L120 | Analysis/Strategy | 0.20 | $ 39.40 |
| | TOTAL FEES | 8.00 | $ 1,536.30 |
| | TOTAL FEES DUE | | $ 1,536.30 |
| | TOTAL DISBURSEMENTS DUE | | $ 50.00 |
| | TOTAL DUE THIS INVOICE | | $ 1,586.30 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                      AUGUST 27, 2012
1100 Virginia Drive                                        0R0808-301141
Fort Washington, PA 19034

                                                           INVOICE #  800869

                                                           FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0808-301141  TC Number: 727409

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/17/12 | Access online docket to ascertain status of hearing and email to G.Dunkel regarding same | L230 | JAM | .20 | 145.00 | 29.00 |
| 05/18/12 | Review notice of dismissal and exchange emails with R.Hoadap and client regarding same | L120 | HTC | .10 | 315.00 | 31.50 |
| 05/29/12 | Analyze court docket to confirm filing of dismissal and email communication to provide information to client | L120 | KE | .40 | 150.00 | 60.00 |

                              FEES                              $120.50

                              AMOUNT DUE THIS BILL              $120.50

                    ***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE      2
ResCap                                                          AUGUST 27, 2012

0R0808-301141

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Karalia Ezell | Paralegal | 150.00 | .40 | 60.00 |
| Hope Cannon | Partner | 315.00 | .10 | 31.50 |
| Jamie Mathews | Paralegal | 145.00 | .20 | 29.00 |
| Total | | | .70 | 120.50 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                              AUGUST 27, 2012
                                                    0R0808-301141
BILL AMOUNT        $120.50                          INVOICE #  800869

---

To:    ResCap                        TC Number:        727409
       1100 Virginia Drive           Invoice Date:     08/27/2012
       Fort Washington, PA 19034      Invoice No.       800869
                                      Period ending:    05/31/2012


Case Management Number      LD  0R0808-301141


                                        Current Invoice
                                      Hours          Fees
Code Task

L120 Analysis/Strategy                 0.50    $      91.50
L230 Court Mandated Conferences        0.20    $      29.00

                              ================================
               TOTAL FEES      0.70    $     120.50

                  TOTAL FEES DUE        $     120.50
          TOTAL DISBURSEMENTS DUE       $       0.00
          TOTAL DUE THIS INVOICE        $     120.50



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                            AUGUST 27, 2012
1100 Virginia Drive                               0R0808-301142
Fort Washington, PA 19034

                                                  INVOICE #  800870

                                                  FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0808-301142  TC Number: 728105

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/15/12 | Review matter to determine if bankruptcy automatic stay is in place and impact on litigation | L120 | NSR | .10 | 280.00 | 28.00 |
| 05/16/12 | Review pleadings, correspondence, and official records and e-mail with foreclosure counsel regarding status of original loan documents to determine chronology of events and analyze merits of defenses | L110 | KK | .50 | 91.00 | 45.50 |

                          FEES                            $73.50

                          AMOUNT DUE THIS BILL            $73.50

              ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    2
ResCap                                                              AUGUST 27, 2012

0R0808-301142

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Nader Raja | Associate | 280.00 | .10 | 28.00 |
| Kerry Keane | Paralegal | 91.00 | .50 | 45.50 |
| Total | | | .60 | 73.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          AUGUST 27, 2012
                                                               0R0808-301142
BILL AMOUNT          $73.50                                    INVOICE #  800870

To:    ResCap                          TC Number:            728105
       1100 Virginia Drive             Invoice Date:         08/27/2012
       Fort Washington, PA 19034       Invoice No.           800870
                                       Period ending:        05/31/2012

Case Management Number      LD   0R0808-301142

|  | | Current Invoice | |
|---|---|---|---|
| Code Task | | Hours | Fees |
| L110 Fact Investigation/Development | | 0.50 | $    45.50 |
| L120 Analysis/Strategy | | 0.10 | $    28.00 |
| | | ================================= | |
| TOTAL FEES | | 0.60 | $    73.50 |
| TOTAL FEES DUE | | | $    73.50 |
| TOTAL DISBURSEMENTS DUE | | | $     0.00 |
| TOTAL DUE THIS INVOICE | | | $    73.50 |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 27, 2012
0R0808-301143

INVOICE #  800871

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0808-301143  TC Number: 727477

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/15/12 | Prepare status report. | L190 | JDR | .50 | 293.00 | 146.50 |
| 05/15/12 | Review and revise bankruptcy analysis for GMAC | L250 | MRP | .20 | 424.00 | 84.80 |
| 05/16/12 | Analysis of bankruptcy effect on case and of timing of filing of suggestion of bankruptcy. | L250 | JDR | .20 | 293.00 | 58.60 |
| 05/16/12 | Prepare, proof, and revise notice of stay | L250 | MRP | .30 | 424.00 | 127.20 |
| 05/20/12 | Review motion to stay filed by MERS | L250 | MRP | .10 | 424.00 | 42.40 |
| 05/21/12 | Revise and file Notice of Bankruptcy and Effect of Automatic Stay. | L250 | JDR | .50 | 293.00 | 146.50 |
| 05/22/12 | Review notice from court clerk regarding submission of suggestion of bankruptcy to chambers of Judge Wilhoit for review. | L250 | JDR | .10 | 293.00 | 29.30 |
| 05/22/12 | Receive and review (filed) joint motion to stay proceedings and to defer responsive deadline to plaintiff's complaint. | L250 | JDR | .50 | 293.00 | 146.50 |
| 05/23/12 | Review motion to stay filed by co-defendants | L250 | MRP | .10 | 424.00 | 42.40 |
| 05/23/12 | Exchange memos with L.Delehey regarding strategy going forward | L120 | MRP | .10 | 424.00 | 42.40 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    2
AUGUST 27, 2012

ResCap

0R0808-301143

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 05/24/12 | E-mail correspondence with L.Delehy regarding filing of notice of bankruptcy with Eastern District of Kentucky. | L510 | JDR | .20 | 293.00 | 58.60 |
| 05/29/12 | Review stay order | L250 | MRP | .10 | 424.00 | 42.40 |

FEES                                          $967.60

AMOUNT DUE THIS BILL                          $967.60

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE     3
AUGUST 27, 2012

0R0808-301143

FED ID NO. 63-0243316

ResCap

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Michael R. Pennington | Partner | 424.00 | .90 | 381.60 |
| Jonathan Rose | Partner | 293.00 | 2.00 | 586.00 |
| Total | | | 2.90 | 967.60 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    AUGUST 27, 2012
                                                         0R0808-301143
BILL AMOUNT          $967.60                             INVOICE #  800871

To:    ResCap                         TC Number:          727477
       1100 Virginia Drive            Invoice Date:       08/27/2012
       Fort Washington, PA 19034      Invoice No.         800871
                                      Period ending:      05/31/2012

Case Management Number      LD  0R0808-301143

                                     Current Invoice

Code Task                            Hours        $      Fees

L120  Analysis/Strategy               0.10    $       42.40
L190  Other Case Assessment, Develop't/Admin    0.50    $      146.50
L250  Other Written Motions/Submissions   2.10    $      720.10
L510  Appellate Motions and Submissions   0.20    $       58.60

                          ==================================
                     TOTAL FEES   2.90    $      967.60

                  TOTAL FEES DUE           $      967.60
           TOTAL DISBURSEMENTS DUE         $        0.00
           TOTAL DUE THIS INVOICE          $      967.60



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    AUGUST 27, 2012
1100 Virginia Drive                                       0R0808-301144
Fort Washington, PA 19034

                                                          INVOICE #  800872

                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0808-301144  TC Number: 728084

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/18/12 | Analyze fact package for purposes of evaluating claims and defenses | L120 | CSM | 1.20 | 300.00 | 360.00 |
| 05/21/12 | Review and analyze fact package, closing documents, pleadings filed by title insurer-selected counsel | L110 | CSM | 2.90 | 300.00 | 870.00 |
| 05/22/12 | Review memo regarding insurers coverage | L190 | HEA | 1.00 | 266.00 | 266.00 |
| 05/22/12 | Draft memorandum regarding basis for title claim | L120 | CSM | 2.00 | 300.00 | 600.00 |

                    FEES                                   $2,096.00


                    AMOUNT DUE THIS BILL                   $2,096.00


              ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE      2
AUGUST 27, 2012

ResCap

0R0808-301144

FED ID NO. 63-0243316

---

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Hall Eady | Partner | 266.00 | 1.00 | 266.00 |
| Cory S. Menees | Associate | 300.00 | 6.10 | 1,830.00 |
| Total | | | 7.10 | 2,096.00 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

AUGUST 27, 2012
0R0808-301144

BILL AMOUNT        $2,096.00

INVOICE #  800872

To:    ResCap                          TC Number:          728084
       1100 Virginia Drive             Invoice Date:       08/27/2012
       Fort Washington, PA 19034       Invoice No.         800872
                                       Period ending:      05/31/2012

Case Management Number      LD  0R0808-301144

|  |  | Current Invoice | |
|---|---|---|---|
| Code Task | | Hours | Fees |
| L110 Fact Investigation/Development | | 2.90 | $ 870.00 |
| L120 Analysis/Strategy | | 3.20 | $ 960.00 |
| L190 Other Case Assessment, Develop't/Admin | | 1.00 | $ 266.00 |
| | ================================ | | |
| TOTAL FEES | | 7.10 | $ 2,096.00 |
| TOTAL FEES DUE | | | $ 2,096.00 |
| TOTAL DISBURSEMENTS DUE | | | $ 0.00 |
| TOTAL DUE THIS INVOICE | | | $ 2,096.00 |



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 27, 2012
0R0808-301145

INVOICE #  800873

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0808-301145  TC Number: 727340

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/14/12 | Respond to client e-mail regarding short sale approval and impact on litigation | L110 | NSR | .10 | 280.00 | 28.00 |
| 05/15/12 | Review matter to determine if bankruptcy automatic stay is in place and impact on litigation | L120 | NSR | .10 | 280.00 | 28.00 |
| 05/16/12 | Research official records, pleadings, and correspondence to determine chronology of events | L110 | KK | 1.50 | 91.00 | 136.50 |
| 05/21/12 | Review foreclosure pleadings, fact package, and analyzing affirmative defenses regarding recommendations to client | L120 | NSR | 3.50 | 280.00 | 980.00 |
| 05/22/12 | Finalize advisory memorandum and timeline | L120 | NSR | .30 | 280.00 | 84.00 |
| 05/28/12 | Revise foreclosure analysis memo | L110 | CWH | .20 | 330.00 | 66.00 |

FEES                                    $1,322.50

### DESCRIPTION OF DISBURSEMENTS

| 05/23/12 | Court Costs - Pleadings - WEST GROUP K KEANE COURT FEES 5/7/12 Bank ID: GENR Check Number: 93959 | 241.35 |
| 05/21/12 | Computerized Legal Research-Westlaw Westlaw User: RAJA,NADER | 0.00 |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
AUGUST 27, 2012

0R0808-301145

FED ID NO. 63-0243316

### DESCRIPTION OF DISBURSEMENTS

05/22/12 Computerized Legal Research-Westlaw Westlaw                    0.00
         User: RAJA,NADER

                         COSTS                              $241.35

                         AMOUNT DUE THIS BILL               $1,563.85

              ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    3
AUGUST 27, 2012

ResCap

0R0808-301145

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christian W. Hancock | Partner | 330.00 | .20 | 66.00 |
| Nader Raja | Associate | 280.00 | 4.00 | 1,120.00 |
| Kerry Keane | Paralegal | 91.00 | 1.50 | 136.50 |
| Total | | | 5.70 | 1,322.50 |



# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                          AUGUST 27, 2012
                                                0R0808-301145
BILL AMOUNT        $1,563.85                     INVOICE #  800873

To:    ResCap                    TC Number:           727340
       1100 Virginia Drive       Invoice Date:        08/27/2012
       Fort Washington, PA 19034  Invoice No.          800873
                                  Period ending:       05/31/2012

Case Management Number        LD   0R0808-301145

|  |  | Current Invoice | |
| Code | Task | Hours | Fees |
| L110 | Fact Investigation/Development | 1.80 | $    230.50 |
| L120 | Analysis/Strategy | 3.90 | $  1,092.00 |
| | =================================== | | |
| | TOTAL FEES | 5.70 | $  1,322.50 |

TOTAL FEES DUE            $  1,322.50
TOTAL DISBURSEMENTS DUE   $    241.35
TOTAL DUE THIS INVOICE    $  1,563.85



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                      AUGUST 27, 2012
1100 Virginia Drive                                        0R0808-301146
Fort Washington, PA 19034

                                                           INVOICE #  800874

                                                           FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0808-301146  TC Number: 727561

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/14/12 | Telephone call with D.Bentacourt regarding foreclosure file | L190 | JAM | .20 | 145.00 | 29.00 |
| 05/14/12 | Correspond with foreclosure counsel regarding affidavit requirement for dispositive motions | L190 | BAW | .40 | 320.00 | 128.00 |
| 05/15/12 | Telephone call with M.Gutierre to follow up on obtaining copy of foreclosure file | L190 | JAM | .10 | 145.00 | 14.50 |
| 05/17/12 | Analyze matter to determine applicability of bankruptcy stay | L120 | BAW | .50 | 320.00 | 160.00 |
| 05/17/12 | Correspond with H.Franchi regarding USAA representation issue | L120 | BAW | .40 | 320.00 | 128.00 |
| 05/17/12 | Draft Notice of Bankruptcy | L210 | JAM | .20 | 145.00 | 29.00 |
| 05/17/12 | Communications with J.Collins, attorney for USAA, regarding representation of USAA | L110 | JDV | .30 | 219.00 | 65.70 |
| 05/18/12 | Work to finalize notice of bankruptcy and correspond with counsel regarding same | L210 | BAW | .30 | 320.00 | 96.00 |
| 05/21/12 | Draft memo regarding nature of third party allegations against GMAC | L190 | BAW | .50 | 320.00 | 160.00 |
| 05/23/12 | Draft memo to K.Krull and H.Franchi regarding status of stayed GMAC matters | L190 | BAW | .60 | 320.00 | 192.00 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE      2
AUGUST 27, 2012

ResCap

OR0808-301146

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/30/12 | Review foreclosure file from client | L120 | BAW | 1.20 | 320.00 | 384.00 |
| 05/30/12 | Multiple calls and correspondence with Cascade Villages HOA, borrower's counsel and USAA regarding threatened lien, overdue HOA dues and responsibility for same | L190 | BAW | 1.80 | 320.00 | 576.00 |
| 05/30/12 | Correspond with H.Franchi regarding threatened lien and third party claim against GMAC | L190 | BAW | .20 | 320.00 | 64.00 |
| 05/30/12 | Review FL statutes on interplay of deed in lieu and responsibility for HOA dues | L190 | BAW | .50 | 320.00 | 160.00 |
| 05/30/12 | Email to Court Express to order court files | L190 | JAM | .10 | 145.00 | 14.50 |
| 05/30/12 | Email correspondence to R.Perrine regarding Third Party Claim and GMAC's Answer | L210 | JAM | .10 | 145.00 | 14.50 |
| 05/31/12 | Begin review of court files received from Court Express | L190 | JAM | .70 | 145.00 | 101.50 |
| 05/31/12 | Research official records of St. John's County, Florida for Homeowner's Association's Declaration and Covenants | L190 | EBE | .50 | 145.00 | 72.50 |
| 05/31/12 | Research World of Golf Villages HOA Declaration terms regarding priority of assessment lien | L190 | BAW | 1.50 | 320.00 | 480.00 |
| 05/31/12 | Draft cease and desist letter to MAY Management Services regarding automatic stay and lien | L190 | BAW | .80 | 320.00 | 256.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    3
AUGUST 27, 2012

0R0808-301146

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/31/12 | Continue settlement negotiations with WOGV HOA and former owners | L160 | BAW | .70 | 320.00 | 224.00 |
| | FEES | | | | | $3,349.20 |
| 05/21/12 | Express Mail/Fedex | | | 0.00 | | |
| | AMOUNT DUE THIS BILL | | | | | $3,349.20 |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    4
AUGUST 27, 2012

0R0808-301146

**FED ID NO. 63-0243316**

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Brian Wahl | Partner | 320.00 | 9.40 | 3,008.00 |
| Elizabeth B. Eaton | Paralegal | 145.00 | .50 | 72.50 |
| Jamie Mathews | Paralegal | 145.00 | 1.40 | 203.00 |
| Jose D. Vega | Associate | 219.00 | .30 | 65.70 |
| Total | | | 11.60 | 3,349.20 |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

BILL AMOUNT     $3,349.20

AUGUST 27, 2012
0R0808-301146
INVOICE #  800874

To:   ResCap
      1100 Virginia Drive
      Fort Washington, PA 19034

TC Number:        727561
Invoice Date:     08/27/2012
Invoice No.       800874
Period ending:    05/31/2012

Case Management Number    LD  0R0808-301146

| Code | Task | Hours | Fees |
|------|------|-------|------|
| | | **Current Invoice** | |
| L110 | Fact Investigation/Development | 0.30 | $ 65.70 |
| L120 | Analysis/Strategy | 2.10 | $ 672.00 |
| L160 | Settlement/Non-Binding ADR | 0.70 | $ 224.00 |
| L190 | Other Case Assessment, Develop't/Admin | 7.90 | $ 2,248.00 |
| L210 | Pleadings | 0.60 | $ 139.50 |
| | **TOTAL FEES** | 11.60 | $ 3,349.20 |

TOTAL FEES DUE              $ 3,349.20
TOTAL DISBURSEMENTS DUE     $     0.00
TOTAL DUE THIS INVOICE      $ 3,349.20



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    AUGUST 27, 2012
1100 Virginia Drive                                      0R0808-301147
Fort Washington, PA 19034

INVOICE #  800875

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0808-301147  TC Number: 728278

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 05/15/12 | Review matter to determine if bankruptcy automatic stay is in place and impact on litigation | L120 | NSR | .10 | 280.00 | 28.00 |
| 05/22/12 | Review pleadings and research official records to determine status of case and analyze merits of affirmative defenses | L110 | KK | 1.50 | 91.00 | 136.50 |
| 05/23/12 | Analyze pleadings and official records to determine status of case and begin memo regarding affirmative defenses | L110 | KK | 1.30 | 91.00 | 118.30 |
| 05/28/12 | Revise foreclosure analysis memo | L110 | CWH | .20 | 330.00 | 66.00 |
| 05/29/12 | Analyz seventeen affirmative defenses filed by borrowers | L120 | NSR | 4.50 | 280.00 | 1,260.00 |

FEES                                                     $1,608.80

AMOUNT DUE THIS BILL                                     $1,608.80

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    2

ResCap                                                    AUGUST 27, 2012

0R0808-301147

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christian W. Hancock | Partner | 330.00 | .20 | 66.00 |
| Nader Raja | Associate | 280.00 | 4.60 | 1,288.00 |
| Kerry Keane | Paralegal | 91.00 | 2.80 | 254.80 |
| Total | | | 7.60 | 1,608.80 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                              AUGUST 27, 2012
                                                    0R0808-301147
BILL AMOUNT        $1,608.80                         INVOICE #  800875

To:    ResCap                       TC Number:        ·728278
       1100 Virginia Drive          Invoice Date:     08/27/2012
       Fort Washington, PA 19034    Invoice No.       800875
                                    Period ending:    05/31/2012

Case Management Number        LD  0R0808-301147

|  |  | Current Invoice | |
|---|---|---|---|
| Code | Task | Hours | Fees |
| L110 | Fact Investigation/Development | 3.00 | $ 320.80 |
| L120 | Analysis/Strategy | 4.60 | $ 1,288.00 |
| | ================================ | | |
| | TOTAL FEES | 7.60 | $ 1,608.80 |

                    TOTAL FEES DUE          $  1,608.80
              TOTAL DISBURSEMENTS DUE        $      0.00
              TOTAL DUE THIS INVOICE         $  1,608.80



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                    AUGUST 27, 2012
1100 Virginia Drive                                       0R0808-301148
Fort Washington, PA 19034

                                                          INVOICE #   800876

                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0808-301148   TC Number: 728106

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/15/12 | Review matter to determine if bankruptcy automatic stay is in place and impact on litigation | L120 | NSR | .10 | 280.00 | 28.00 |

                              FEES                                 $28.00


                              AMOUNT DUE THIS BILL                 $28.00


                    ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE      2
AUGUST 27, 2012

0R0808-301148

FED ID NO. 63-0243316

ResCap

---

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Nader Raja | Associate | 280.00 | .10 | 28.00 |
| Total | | | .10 | 28.00 |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

BILL AMOUNT          $28.00

AUGUST 27, 2012
0R0808-301148
INVOICE #  800876

To:   ResCap
      1100 Virginia Drive
      Fort Washington, PA 19034

TC Number:       728106
Invoice Date:    08/27/2012
Invoice No.      800876
Period ending:   05/31/2012

Case Management Number      LD  0R0808-301148

| Code | Task | Current Invoice Hours | | Fees |
|------|------|------|------|------|
| L120 | Analysis/Strategy | 0.10 | $ | 28.00 |
| | TOTAL FEES | 0.10 | $ | 28.00 |

TOTAL FEES DUE              $    28.00
TOTAL DISBURSEMENTS DUE     $     0.00
TOTAL DUE THIS INVOICE      $    28.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                       AUGUST 27, 2012
1100 Virginia Drive                                          0R0808-301149
Fort Washington, PA 19034

                                                             INVOICE #  800877

                                                             FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0808-301149   TC Number: 728488

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/14/12 | Receive notice from court regarding Rule 11 Agreement and update file regarding same. | L140 | MST | .20 | 150.00 | 30.00 |
| 05/16/12 | Review and analyze matter and determine if bankruptcy stay is in place, and, if so, how it will impact case | L120 | KSA | .20 | 223.00 | 44.60 |
| 05/18/12 | Draft and file answer to original petition | L210 | KSA | .30 | 223.00 | 66.90 |
| 05/18/12 | Finalize Answer to Plaintiff's Complaint and prepare for filing and service. | L210 | MST | .40 | 150.00 | 60.00 |

                         FEES                                    $201.50

                 DESCRIPTION OF DISBURSEMENTS

   05/21/12 Postage Charges 05/18/2012                        0.00
   05/30/12 Filing Fees - BUSINESS CARD TX ONLINE 5-14-12     7.46
            Bank ID: GENR Check Number: 93889
   05/30/12 Filing Fees - BUSINESS CARD BEXAS DC 5-14-12      2.00
            Bank ID: GENR Check Number: 93889

                 COSTS                                        $9.46

                 AMOUNT DUE THIS BILL                        $210.96



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
AUGUST 27, 2012

0R0808-301149

**FED ID NO. 63-0243316**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      3
AUGUST 27, 2012

0R0808-301149

FED ID NO. 63-0243316

---

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Melanie Thompson | Paralegal | 150.00 | .60 | 90.00 |
| Keith S. Anderson | Associate | 223.00 | .50 | 111.50 |
| Total | | | 1.10 | 201.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                      AUGUST 27, 2012
                                                           0R0808-301149
BILL AMOUNT          $210.96                                INVOICE #   800877

To:    ResCap                        TC Number:          728488
       1100 Virginia Drive           Invoice Date:       08/27/2012
       Fort Washington, PA 19034     Invoice No.         800877
                                     Period ending:      05/31/2012

Case Management Number      LD   0R0808-301149

                                         Current Invoice
Code Task                                Hours          Fees

L120 Analysis/Strategy                   0.20    $     44.60
L140 Document/File Management            0.20    $     30.00
L210 Pleadings                           0.70    $    126.90

                              =================================
                  TOTAL FEES   1.10    $    201.50

                  TOTAL FEES DUE         $    201.50
       TOTAL DISBURSEMENTS DUE           $      9.46
       TOTAL DUE THIS INVOICE            $    210.96



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 27, 2012
0R0808-301150

INVOICE #  800878

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0808-301150  TC Number: 728451

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/15/12 | Review matter to determine if bankruptcy automatic stay is in place and impact on litigation | L120 | NSR | .10 | 280.00 | 28.00 |
| 05/17/12 | Research Orange County, Florida official records, docket, and pleadings to determine status of case | L110 | KK | .50 | 91.00 | 45.50 |
| 05/24/12 | Review entire case file and official records to determine status of case and begin analysis of affirmative defenses | L110 | KK | 3.70 | 91.00 | 336.70 |

FEES                                                    $410.20

AMOUNT DUE THIS BILL                                    $410.20

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE       2
AUGUST 27, 2012

ResCap

0R0808-301150

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Nader Raja | Associate | 280.00 | .10 | 28.00 |
| Kerry Keane | Paralegal | 91.00 | 4.20 | 382.20 |
| Total | | | 4.30 | 410.20 |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                              AUGUST 27, 2012
                                                                   0R0808-301150
BILL AMOUNT          $410.20                                        INVOICE #  800878

_____

To:    ResCap                        TC Number:          728451
       1100 Virginia Drive           Invoice Date:       08/27/2012
       Fort Washington, PA 19034     Invoice No.         800878
                                     Period ending:      05/31/2012


Case Management Number      LD  0R0808-301150


|  |  | Current Invoice | |
|---|---|---|---|
| Code | Task | Hours | Fees |
| L110 | Fact Investigation/Development | 4.20 | $   382.20 |
| L120 | Analysis/Strategy | 0.10 | $    28.00 |
| | ========================================= | | |
| | TOTAL FEES | 4.30 | $   410.20 |
| | TOTAL FEES DUE | | $   410.20 |
| | TOTAL DISBURSEMENTS DUE | | $     0.00 |
| | TOTAL DUE THIS INVOICE | | $   410.20 |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                          AUGUST 27, 2012
1100 Virginia Drive                             0R0808-301151
Fort Washington, PA 19034

                                                INVOICE #   800879

                                                FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0808-301151   TC Number: 728484

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/14/12 | Research and review pleadings and case file to determine chronology of events and status of case | L110 | KK | 1.00 | 91.00 | 91.00 |
| 05/15/12 | Review matter to determine if bankruptcy automatic stay is in place and impact on litigation | L120 | NSR | .10 | 280.00 | 28.00 |

                        FEES                            $119.00


                        AMOUNT DUE THIS BILL            $119.00


            ***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE      2
AUGUST 27, 2012

0R0808-301151

FED ID NO. 63-0243316

ResCap

---

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|-----:|------:|-------:|
| Nader Raja | Associate | 280.00 | .10 | 28.00 |
| Kerry Keane | Paralegal | 91.00 | 1.00 | 91.00 |
| Total | | | 1.10 | 119.00 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                              AUGUST 27, 2012
                                                    0R0808-301151
BILL AMOUNT        $119.00                          INVOICE #  800879

To:   ResCap                      TC Number:          728484
      1100 Virginia Drive         Invoice Date:       08/27/2012
      Fort Washington, PA 19034   Invoice No.         800879
                                  Period ending:      05/31/2012

Case Management Number    LD  0R0808-301151

|  |  | Current Invoice | |
|---|---|---|---|
| Code | Task | Hours | Fees |
| L110 | Fact Investigation/Development | 1.00 | $   91.00 |
| L120 | Analysis/Strategy | 0.10 | $   28.00 |
| | TOTAL FEES | 1.10 | $  119.00 |
| | TOTAL FEES DUE | | $  119.00 |
| | TOTAL DISBURSEMENTS DUE | | $    0.00 |
| | TOTAL DUE THIS INVOICE | | $  119.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 27, 2012
0R0808-301152

INVOICE #  800880

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0808-301152  TC Number: 728498

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/14/12 | Receive notice from court regarding Rule 11 Agreement and update file regarding same. | L210 | MST | .40 | 150.00 | 60.00 |
| 05/16/12 | Review and analyze matter and determine if bankruptcy stay is in place, and, if so, how it will impact case | L120 | KSA | .20 | 223.00 | 44.60 |
| 05/18/12 | Draft and file answer to original petition | L210 | KSA | .30 | 223.00 | 66.90 |
| 05/18/12 | Finalize Answer to Plaintiff's Complaint and prepare for filing and service. | L210 | MST | .40 | 150.00 | 60.00 |

FEES                                              $231.50

AMOUNT DUE THIS BILL                              $231.50

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
AUGUST 27, 2012

0R0808-301152

FED ID NO. 63-0243316

---

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Melanie Thompson | Paralegal | 150.00 | .80 | 120.00 |
| Keith S. Anderson | Associate | 223.00 | .50 | 111.50 |
| Total | | | 1.30 | 231.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                              AUGUST 27, 2012
                                                    0R0808-301152
BILL AMOUNT          $231.50                        INVOICE #  800880

---

To:    ResCap                        TC Number:          728498
       1100 Virginia Drive           Invoice Date:       08/27/2012
       Fort Washington, PA 19034      Invoice No.         800880
                                     Period ending:      05/31/2012

Case Management Number    LD   0R0808-301152

|      |                  | Current Invoice |        |
|------|------------------|-----------------|--------|
| Code | Task             | Hours           | Fees   |
| L120 | Analysis/Strategy | 0.20           | $  44.60 |
| L210 | Pleadings        | 1.10            | $ 186.90 |

```
                          ==================================
            TOTAL FEES     1.30          $    231.50

                TOTAL FEES DUE            $    231.50
          TOTAL DISBURSEMENTS DUE         $      0.00
          TOTAL DUE THIS INVOICE          $    231.50
```



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                        AUGUST 27, 2012
1100 Virginia Drive                                           0R0808-301153
Fort Washington, PA 19034

                                                             INVOICE #  800881

                                                             FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0808-301153  TC Number: 728555

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/16/12 | Review and respond to client e-mail regarding analysis of claims and defenses | L110 | NSR | .10 | 280.00 | 28.00 |
| 05/16/12 | Review and e-mail foreclosure counsel regarding case file and research docket and official records to determine status of case | L110 | KK | .30 | 91.00 | 27.30 |

                              FEES                                  $55.30

                              AMOUNT DUE THIS BILL                  $55.30

                    ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

0R0808-301153

**FED ID NO. 63-0243316**

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Nader Raja | Associate | 280.00 | .10 | 28.00 |
| Kerry Keane | Paralegal | 91.00 | .30 | 27.30 |
| Total | | | .40 | 55.30 |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    AUGUST 27, 2012
                                                          0R0808-301153
BILL AMOUNT          $55.30                               INVOICE #  800881

To:    ResCap                          TC Number:         728555
       1100 Virginia Drive             Invoice Date:      08/27/2012
       Fort Washington, PA 19034       Invoice No.        800881
                                       Period ending:     05/31/2012

Case Management Number      LD   0R0808-301153

|                                          | Current Invoice | |
| Code Task                                | Hours | Fees |
|------------------------------------------|-------|------|
| L110 Fact Investigation/Development      | 0.40  | $  55.30 |
| ========================================= | | |
| TOTAL FEES                               | 0.40  | $  55.30 |

|                              |   |       |
|------------------------------|---|-------|
| TOTAL FEES DUE               | $ | 55.30 |
| TOTAL DISBURSEMENTS DUE       | $ | 0.00  |
| TOTAL DUE THIS INVOICE        | $ | 55.30 |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 27, 2012
0R0808-301154

INVOICE #  800882

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0808-301154   TC Number: 728645

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/17/12 | Review and respond to client e-mail regarding analysis of claims and defenses | L110 | NSR | .10 | 280.00 | 28.00 |
| 05/17/12 | Review pleading and litigation transfer file and research docket and official records to determine status of case | L110 | KK | .50 | 91.00 | 45.50 |
| 05/18/12 | Review client e-mail regarding correspondence with foreclosure counsel and delay in foreclosure action | L110 | NSR | .10 | 280.00 | 28.00 |

FEES                                                    $101.50

AMOUNT DUE THIS BILL                                    $101.50

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
AUGUST 27, 2012

0R0808-301154

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Nader Raja | Associate | 280.00 | .20 | 56.00 |
| Kerry Keane | Paralegal | 91.00 | .50 | 45.50 |
| Total |  |  | .70 | 101.50 |



### BRADLEY ARANT
### BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                          AUGUST 27, 2012
                                                0R0808-301154
BILL AMOUNT        $101.50                       INVOICE #  800882

_____

To:    ResCap                        TC Number:        728645
       1100 Virginia Drive           Invoice Date:     08/27/2012
       Fort Washington, PA 19034      Invoice No.       800882
                                     Period ending:    05/31/2012


Case Management Number      LD  0R0808-301154


                                       Current Invoice
Code Task                             Hours          Fees

L110 Fact Investigation/Development    0.70    $    101.50

                          ==================================
                    TOTAL FEES          0.70    $    101.50

                    TOTAL FEES DUE               $    101.50
            TOTAL DISBURSEMENTS DUE              $      0.00
            TOTAL DUE THIS INVOICE              $    101.50



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 27, 2012
0R0808-301155

INVOICE #  800883

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0808-301155   TC Number: 728707

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/21/12 | Analyze motion for sanctions and prepare and file notice of bankruptcy | L120 | CLHA | 1.00 | 345.00 | 345.00 |
| 05/22/12 | Respond to movant's inquiry regarding notice of bankruptcy | L120 | CLHA | .40 | 345.00 | 138.00 |
| 05/23/12 | Confer with opposing counsel and client regarding effect of bankruptcy on motion for sanctions | L120 | CLHA | .50 | 345.00 | 172.50 |

FEES                                     $655.50


AMOUNT DUE THIS BILL                     $655.50


***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
AUGUST 27, 2012

0R0808-301155

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christopher L. Hawkins | Partner | 345.00 | 1.90 | 655.50 |
| Total | | | 1.90 | 655.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

BILL AMOUNT          $655.50

AUGUST 27, 2012
0R0808-301155
INVOICE #  800883

| To: | ResCap | TC Number: | 728707 |
|-----|--------|-----------|--------|
|     | 1100 Virginia Drive | Invoice Date: | 08/27/2012 |
|     | Fort Washington, PA 19034 | Invoice No. | 800883 |
|     |        | Period ending: | 05/31/2012 |

Case Management Number        LD   0R0808-301155

| Code Task | Current Invoice Hours | Fees |
|-----------|------|------|
| L120 Analysis/Strategy | 1.90 | $   655.50 |
| TOTAL FEES | 1.90 | $   655.50 |

| | | |
|---|---|---|
| TOTAL FEES DUE | $ | 655.50 |
| TOTAL DISBURSEMENTS DUE | $ | 0.00 |
| TOTAL DUE THIS INVOICE | $ | 655.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 27, 2012
0R0808-301156

INVOICE #  800884

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0808-301156  TC Number: 728741

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/21/12 | Respond to client e-mail with attached answer and affirmative defenses | L110 | NSR | .10 | 280.00 | 28.00 |
| 05/21/12 | Review litigation documentation for file research docket, and e-mail foreclosure counsel regarding  pleadings | L110 | KK | .30 | 91.00 | 27.30 |

|  |  |
|--|--|
| FEES | $55.30 |
| AMOUNT DUE THIS BILL | $55.30 |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    2
AUGUST 27, 2012

ResCap

0R0808-301156

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Nader Raja | Associate | 280.00 | .10 | 28.00 |
| Kerry Keane | Paralegal | 91.00 | .30 | 27.30 |
| Total | | | .40 | 55.30 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          AUGUST 27, 2012
                                                               0R0808-301156
BILL AMOUNT        $55.30                                      INVOICE #  800884

_____

To:    ResCap                          TC Number:         728741
       1100 Virginia Drive             Invoice Date:      08/27/2012
       Fort Washington, PA 19034       Invoice No.        800884
                                       Period ending:     05/31/2012


Case Management Number      LD   0R0808-301156


|  |  | Current Invoice | |
| Code Task |  | Hours | Fees |
|---|---|---|---|
| L110 Fact Investigation/Development |  | 0.40 | $   55.30 |
|  |  | ================================= | |
| TOTAL FEES |  | 0.40 | $   55.30 |
|  | TOTAL FEES DUE |  | $   55.30 |
|  | TOTAL DISBURSEMENTS DUE |  | $    0.00 |
|  | TOTAL DUE THIS INVOICE |  | $   55.30 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 27, 2012
0R0808-301157

INVOICE #  800885

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0808-301157  TC Number: 728879

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/24/12 | Email to client regarding initiation of file review | C300 | JJE | .10 | 197.00 | 19.70 |
| 05/24/12 | Review new file, e-mail foreclosure counsel regarding case file, and research docket to determine status of case | L110 | KK | .20 | 91.00 | 18.20 |
| 05/30/12 | Analyze possible settlement options | L120 | CWH | .20 | 330.00 | 66.00 |
| 05/30/12 | Email from and to client regarding settlement options | C300 | JJE | .30 | 197.00 | 59.10 |

FEES                                                    $163.00

AMOUNT DUE THIS BILL                                    $163.00

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
AUGUST 27, 2012

0R0808-301157

**FED ID NO. 63-0243316**

---

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christian W. Hancock | Partner | 330.00 | .20 | 66.00 |
| Joycelyn J. Eason | Associate | 197.00 | .40 | 78.80 |
| Kerry Keane | Paralegal | 91.00 | .20 | 18.20 |
| Total | | | .80 | 163.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                      AUGUST 27, 2012
                                                            0R0808-301157
BILL AMOUNT          $163.00                                INVOICE #  800885

---

To:     ResCap                      TC Number:           728879
        1100 Virginia Drive         Invoice Date:        08/27/2012
        Fort Washington, PA 19034   Invoice No.          800885
                                    Period ending:       05/31/2012


Case Management Number      LD   0R0808-301157


|      |                                | Current Invoice | |
| Code | Task                           | Hours | Fees |
|------|--------------------------------|-------|------|
| C300 | Analysis and Advice            | 0.40  | $ 78.80 |
| L110 | Fact Investigation/Development | 0.20  | $ 18.20 |
| L120 | Analysis/Strategy              | 0.20  | $ 66.00 |

```
                        ===============================
            TOTAL FEES      0.80    $    163.00

            TOTAL FEES DUE          $    163.00
      TOTAL DISBURSEMENTS DUE       $      0.00
        TOTAL DUE THIS INVOICE      $    163.00
```



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          AUGUST 27, 2012
1100 Virginia Drive                                            0R0808-301158
Fort Washington, PA 19034

                                                              INVOICE #  800886

                                                              FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0808-301158  TC Number: 728768

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/23/12 | Initial research on new appeal documents | L510 | MJA | .30 | 297.00 | 89.10 |
| 05/23/12 | Review trial court and appeal court dockets to determine initial status of case | L110 | AHC | .30 | 145.00 | 43.50 |
| 05/23/12 | Draft Notice of Appearance for attorney review | L510 | AHC | .30 | 145.00 | 43.50 |
| 05/24/12 | Research record on appeal issue | L510 | MJA | .20 | 297.00 | 59.40 |

                        FEES                              $235.50


                        AMOUNT DUE THIS BILL              $235.50


              ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE      2
AUGUST 27, 2012

ResCap

0R0808-301158

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Marc J. Ayers | Partner | 297.00 | .50 | 148.50 |
| Alecia H. Cockrell | Paralegal | 145.00 | .60 | 87.00 |
| Total | | | 1.10 | 235.50 |



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                       AUGUST 27, 2012
                                                            0R0808-301158
BILL AMOUNT          $235.50                                INVOICE #  800886

To:    ResCap                          TC Number:          728768
       1100 Virginia Drive             Invoice Date:       08/27/2012
       Fort Washington, PA 19034       Invoice No.         800886
                                       Period ending:      05/31/2012

Case Management Number       LD   0R0808-301158

|  |  | Current Invoice | |
| --- | --- | --- | --- |
| Code | Task | Hours | Fees |
| L110 | Fact Investigation/Development | 0.30 | $   43.50 |
| L510 | Appellate Motions and Submissions | 0.80 | $  192.00 |
|  | ================================= | | |
|  | TOTAL FEES | 1.10 | $  235.50 |

                        TOTAL FEES DUE             $   235.50
               TOTAL DISBURSEMENTS DUE             $     0.00
                  TOTAL DUE THIS INVOICE           $   235.50



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                      AUGUST 27, 2012
1100 Virginia Drive                                         0R0808-301159
Fort Washington, PA 19034

                                                           INVOICE #  800887

                                                           FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0808-301159   TC Number: 728933

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/24/12 | Email to client regarding initiation of file review | C300 | JJE | .10 | 197.00 | 19.70 |
| 05/24/12 | Review file, e-mail foreclosure counsel regarding case file, and research docket to determine status of case | L110 | KK | .20 | 91.00 | 18.20 |

                                    FEES                              $37.90


                          AMOUNT DUE THIS BILL                        $37.90


                ***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
AUGUST 27, 2012

0R0808-301159

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Joycelyn J. Eason | Associate | 197.00 | .10 | 19.70 |
| Kerry Keane | Paralegal | 91.00 | .20 | 18.20 |
| Total | | | .30 | 37.90 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    AUGUST 27, 2012
                                                         0R0808-301159
BILL AMOUNT          $37.90                              INVOICE #  800887

To:    ResCap                          TC Number:        728933
       1100 Virginia Drive             Invoice Date:     08/27/2012
       Fort Washington, PA 19034       Invoice No.       800887
                                       Period ending:    05/31/2012

Case Management Number      LD  0R0808-301159

|  | | Current Invoice | |
| Code Task | | Hours | Fees |
| C300 Analysis and Advice | | 0.10 | $    19.70 |
| L110 Fact Investigation/Development | | 0.20 | $    18.20 |
| | TOTAL FEES | 0.30 | $    37.90 |
| | TOTAL FEES DUE | | $    37.90 |
| | TOTAL DISBURSEMENTS DUE | | $     0.00 |
| | TOTAL DUE THIS INVOICE | | $    37.90 |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap-Hourly Litigation                                  AUGUST 27, 2012
1100 Virginia Drive                                      0R0808-301160
Fort Washington, PA 19034

INVOICE #  800888

**FED ID NO. 63-0243316**

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0808-301160   TC Number:  728868

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/22/12 | Respond to client e-mail regarding analysis | L110 | NSR | .10 | 280.00 | 28.00 |
| 05/22/12 | Review docket and official records in Broward County, Florida to determine status of case | L110 | KK | .20 | 91.00 | 18.20 |

|  | FEES |  |  |  |  | $46.20 |
| 05/16/12 | Copy Charges |  |  |  | 0.00 |  |
|  | AMOUNT DUE THIS BILL |  |  |  |  | $46.20 |

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
AUGUST 27, 2012

0R0808-301160

**FED ID NO. 63-0243316**

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Nader Raja | Associate | 280.00 | .10 | 28.00 |
| Kerry Keane | Paralegal | 91.00 | .20 | 18.20 |
| Total | | | .30 | 46.20 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    AUGUST 27, 2012
                                                          0R0808-301160
BILL AMOUNT          $46.20                               INVOICE #  800888

To:    ResCap-Hourly Litigation          TC Number:        728868
       1100 Virginia Drive               Invoice Date:     08/27/2012
       Fort Washington, PA 19034         Invoice No.       800888
                                         Period ending:    05/31/2012

Case Management Number      LD  0R0808-301160

                                         Current Invoice
Code Task                                Hours         Fees

L110 Fact Investigation/Development      0.30    $    46.20

                              ========================================
                  TOTAL FEES            0.30    $    46.20

                  TOTAL FEES DUE                $    46.20
          TOTAL DISBURSEMENTS DUE               $     0.00
          TOTAL DUE THIS INVOICE                $    46.20



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap-Hourly Litigation                                      AUGUST 27, 2012
1100 Virginia Drive                                          0R0808-301162
Fort Washington, PA 19034

                                                    INVOICE #  800889

                                                    FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0808-301162  TC Number: 729017

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/29/12 | Respond to client e-mail regarding scrub analysis of case file | L110 | NSR | .10 | 280.00 | 28.00 |

                          FEES                          $28.00


                  AMOUNT DUE THIS BILL                  $28.00


            ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
AUGUST 27, 2012

0R0808-301162

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Nader Raja | Associate | 280.00 | .10 | 28.00 |
| Total | | | .10 | 28.00 |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    AUGUST 27, 2012
                                                         0R0808-301162
BILL AMOUNT            $28.00                             INVOICE #  800889
_____

To:    ResCap-Hourly Litigation        TC Number:       729017
       1100 Virginia Drive             Invoice Date:     08/27/2012
       Fort Washington, PA 19034       Invoice No.       800889
                                       Period ending:    05/31/2012


Case Management Number      LD  0R0808-301162


                                         Current Invoice
Code Task                               Hours          Fees

L110 Fact Investigation/Development      0.10    $     28.00

                               ===================================
                     TOTAL FEES          0.10    $     28.00

                     TOTAL FEES DUE              $     28.00
            TOTAL DISBURSEMENTS DUE              $      0.00
               TOTAL DUE THIS INVOICE            $     28.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap-Hourly Litigation                                        AUGUST 27, 2012
1100 Virginia Drive                                            0R0808-301163
Fort Washington, PA 19034

                                                               INVOICE #  800890

                                                               FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0808-301163  TC Number: 729087

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/29/12 | Email to client regarding initiation of file analysis and update regarding same | C300 | JJE | .10 | 197.00 | 19.70 |

                                    FEES                              $19.70


                          AMOUNT DUE THIS BILL                        $19.70


                  ***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
AUGUST 27, 2012

0R0808-301163

FED ID NO. 63-0243316

---

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Joycelyn J. Eason | Associate | 197.00 | .10 | 19.70 |
| Total | | | .10 | 19.70 |



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                    AUGUST 27, 2012
                                                         0R0808-301163
BILL AMOUNT          $19.70                              INVOICE #  800890

To:    ResCap-Hourly Litigation        TC Number:        729087
       1100 Virginia Drive             Invoice Date:     08/27/2012
       Fort Washington, PA 19034       Invoice No.       800890
                                       Period ending:    05/31/2012

Case Management Number      LD  0R0808-301163

|                              | Current Invoice |         |
| Code Task                    | Hours | Fees |
|------------------------------|-------|---------|
| C300 Analysis and Advice     | 0.10  | $    19.70 |
| ============================ |       |         |
| TOTAL FEES                   | 0.10  | $    19.70 |
| TOTAL FEES DUE               |       | $    19.70 |
| TOTAL DISBURSEMENTS DUE       |       | $     0.00 |
| TOTAL DUE THIS INVOICE       |       | $    19.70 |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap-Hourly Litigation
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 27, 2012
0R0808-301164

INVOICE #  800891

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0808-301164   TC Number: 728982

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/30/12 | Research on appeal status and record documents | L510 | MJA | .30 | 297.00 | 89.10 |
| 05/30/12 | Analyze court dockets for both circuit and district court of appeal's cases and provide updated information to attorney | L120 | KE | .40 | 150.00 | 60.00 |

FEES                                                   $149.10

AMOUNT DUE THIS BILL                     $149.10

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
AUGUST 27, 2012

0R0808-301164

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Karalia Ezell | Paralegal | 150.00 | .40 | 60.00 |
| Marc J. Ayers | Partner | 297.00 | .30 | 89.10 |
| Total | | | .70 | 149.10 |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          AUGUST 27, 2012
                                                               0R0808-301164
BILL AMOUNT            $149.10                                  INVOICE #  800891

---

To:    ResCap-Hourly Litigation          TC Number:        728982
       1100 Virginia Drive               Invoice Date:     08/27/2012
       Fort Washington, PA 19034         Invoice No.       800891
                                         Period ending:    05/31/2012


Case Management Number       LD   0R0808-301164


|  | | Current Invoice | |
| Code Task | | Hours | Fees |
|---|---|---|---|
| L120 Analysis/Strategy | | 0.40 | $ 60.00 |
| L510 Appellate Motions and Submissions | | 0.30 | $ 89.10 |

```
                    ==================================
      TOTAL FEES       0.70      $    149.10

      TOTAL FEES DUE             $    149.10
      TOTAL DISBURSEMENTS DUE    $      0.00
      TOTAL DUE THIS INVOICE     $    149.10
```



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap-Hourly Litigation                                      AUGUST 27, 2012
1100 Virginia Drive                                          0R0808-301165
Fort Washington, PA 19034

                                                             INVOICE #   800892

                                                             FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0808-301165   TC Number: 728482

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/14/12 | Review Orange County administrative order regarding residential foreclosures and mandatory mediation guidelines | L120 | BAW | .50 | 320.00 | 160.00 |
| 05/14/12 | Initial review of pleadings file and loan documents | L110 | BAW | 1.50 | 320.00 | 480.00 |
| 05/16/12 | Correspond with H.Franchi regarding claims against USAA | L190 | BAW | .20 | 320.00 | 64.00 |
| 05/17/12 | Analyze matter to determine applicability of bankruptcy stay | L120 | BAW | .50 | 320.00 | 160.00 |
| 05/17/12 | Review initial documents from client concerning FLT action to quiet title | L120 | BAW | 1.20 | 320.00 | 384.00 |
| 05/18/12 | Research regarding foreclosure action filed by Fidelity Trust | L120 | BAW | 1.70 | 320.00 | 544.00 |
| 05/18/12 | Research competing interests in mortgaged property | L120 | BAW | .80 | 320.00 | 256.00 |

                            FEES                                  $2,048.00

05/30/12 Postage Charges                              0.00
         5/29 JDR

                    AMOUNT DUE THIS BILL                          $2,048.00