

BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
AUGUST 27, 2012

0R0808-301165

FED ID NO. 63-0243316

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Brian Wahl | Partner | 320.00 | 6.40 | 2,048.00 |
| Total | | | 6.40 | 2,048.00 |



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                      AUGUST 27, 2012
                                                           0R0808-301165
BILL AMOUNT        $2,048.00                                INVOICE #  800892

_____

To:    ResCap-Hourly Litigation          TC Number:          728482
       1100 Virginia Drive               Invoice Date:       08/27/2012
       Fort Washington, PA 19034          Invoice No.         800892
                                         Period ending:      05/31/2012


Case Management Number      LD  0R0808-301165


|  |  | Current Invoice | |
| Code Task |  | Hours | Fees |
| --- | --- | --- | --- |
| L110 Fact Investigation/Development | | 1.50 | $    480.00 |
| L120 Analysis/Strategy | | 4.70 | $  1,504.00 |
| L190 Other Case Assessment, Develop't/Admin | | 0.20 | $     64.00 |

```
                          ===================================
           TOTAL FEES        6.40      $  2,048.00

           TOTAL FEES DUE              $  2,048.00
       TOTAL DISBURSEMENTS DUE         $      0.00
        TOTAL DUE THIS INVOICE         $  2,048.00
```



### BRADLEY ARANT
### BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap-Hourly Litigation                                    AUGUST 27, 2012
1100 Virginia Drive                                        0R0808-301206
Fort Washington, PA 19034

                                                    INVOICE #  800893

                                                    FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0808-301206  TC Number: 705012

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/15/12 | Review notice regarding briefing and argument schedule and email to client regarding same | L210 | EAF | .20 | 358.00 | 71.60 |
| 05/15/12 | Email with eviction counsel regarding appeal and status of eviction | C400 | EAF | .20 | 358.00 | 71.60 |
| 05/17/12 | Review issues relating to the effect of the bankruptcy on the appeal in Morley and the status of eviction proceedings | L120 | EAF | .50 | 358.00 | 179.00 |
| 05/18/12 | Telephone conference with J.Ho regarding status of Morley case and effect of bankruptcy on same | L120 | EAF | .20 | 358.00 | 71.60 |
| 05/22/12 | Review Order denying motion for reconsideration in Morley and email to J.Ho regarding same | L120 | EAF | .20 | 358.00 | 71.60 |
| 05/23/12 | Prepare email to counsel for J.Morely regarding financial package and consideration for loan modification | L160 | EAF | .40 | 358.00 | 143.20 |
| 05/23/12 | Prepare Line to enter appearance in Morely case so that future documents are sent to me | L210 | EAF | .20 | 358.00 | 71.60 |

                              FEES                          $680.20



**BRADLEY ARANT
BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE      2
AUGUST 27, 2012

ResCap

0R0808-301206

FED ID NO. 63-0243316

AMOUNT DUE THIS BILL                    $680.20

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    3
AUGUST 27, 2012

0R0808-301206

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Eric A. Frechtel | Partner | 358.00 | 1.90 | 680.20 |
| Total | | | 1.90 | 680.20 |



# BRADLEY ARANT
# BOULT CUMMINGS
### LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          AUGUST 27, 2012
                                                               0R0808-301206
BILL AMOUNT          $680.20                                    INVOICE #  800893

_____

To:     ResCap-Hourly Litigation           TC Number:        705012
        1100 Virginia Drive                 Invoice Date:     08/27/2012
        Fort Washington, PA 19034           Invoice No.       800893
                                            Period ending:    05/31/2012


Case Management Number      LD  0R0808-301206


                                          Current Invoice
Code Task                                 Hours        Fees

C400 Third Party Communication             0.20    $    71.60
L120 Analysis/Strategy                     0.90    $   322.20
L160 Settlement/Non-Binding ADR            0.40    $   143.20
L210 Pleadings                             0.40    $   143.20


                        ==================================
                TOTAL FEES       1.90    $   680.20

                TOTAL FEES DUE            $   680.20
        TOTAL DISBURSEMENTS DUE           $     0.00
            TOTAL DUE THIS INVOICE        $   680.20



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap-Hourly Litigation                                     AUGUST 27, 2012
1100 Virginia Drive                                         0R0808-301210
Fort Washington, PA 19034

                                                   INVOICE #  800894

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0808-301210   TC Number: 731308

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/29/12 | Prepare for depositions of the borrowers | L330 | DCL | .80 | 376.00 | 300.80 |
| 05/29/12 | Conference call with J. Knickerbocker regarding case strategy | L120 | DCL | .20 | 376.00 | 75.20 |
| 05/30/12 | Advise Connecticut counsel on discovery strategy and trial preparation | L120 | DCL | .60 | 376.00 | 225.60 |

                         FEES                         $601.60

                         AMOUNT DUE THIS BILL          $601.60

                ***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
AUGUST 27, 2012

0R0808-301210

FED ID NO. 63-0243316

---

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Dana C. Lumsden | Partner | 376.00 | 1.60 | 601.60 |
| Total | | | 1.60 | 601.60 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    AUGUST 27, 2012
                                                         0R0808-301210
BILL AMOUNT          $601.60                             INVOICE #  800894
_____

To:    ResCap-Hourly Litigation          TC Number:        731308
       1100 Virginia Drive               Invoice Date:     08/27/2012
       Fort Washington, PA 19034         Invoice No.       800894
                                         Period ending:    05/31/2012


Case Management Number      LD  0R0808-301210


                                          Current Invoice
Code Task                                 Hours          Fees

L120 Analysis/Strategy                     0.80    $     300.80
L330 Depositions                           0.80    $     300.80


                          ==================================
                TOTAL FEES     1.60    $     601.60

                TOTAL FEES DUE          $     601.60
        TOTAL DISBURSEMENTS DUE          $       0.00
        TOTAL DUE THIS INVOICE          $     601.60



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap-Hourly Litigation                                       AUGUST 27, 2012
1100 Virginia Drive                                           0R0808-301753
Fort Washington, PA 19034

                                                       INVOICE #  800895

                                                       FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0808-301753  TC Number: 726541

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/14/12 | Communications with P.Stokes regarding review of foreclosure analysis checklist | L190 | JDV | .20 | 219.00 | 43.80 |
| 05/16/12 | Analyze matter to determine if bankruptcy stay is in place and, if so, how it will affect the case | L190 | JDV | .10 | 219.00 | 21.90 |

                          FEES                              $65.70


                          AMOUNT DUE THIS BILL              $65.70


                 *****  TOTAL DUE UPON RECEIPT  *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
AUGUST 27, 2012

0R0808-301753

FED ID NO. 63-0243316

---

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Jose D. Vega | Associate | 219.00 | .30 | 65.70 |
| Total | | | .30 | 65.70 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                              AUGUST 27, 2012
                                                    0R0808-301753
BILL AMOUNT          $65.70                         INVOICE #  800895

---

To:     ResCap-Hourly Litigation          TC Number:       726541
        1100 Virginia Drive               Invoice Date:    08/27/2012
        Fort Washington, PA 19034         Invoice No.      800895
                                          Period ending:   05/31/2012

Case Management Number        LD  0R0808-301753

|                                               | Current Invoice | |
| Code Task                                     | Hours | Fees |
|-----------------------------------------------|-------|------|
| L190 Other Case Assessment, Develop't/Admin   | 0.30  | $   65.70 |
| TOTAL FEES                                    | 0.30  | $   65.70 |

TOTAL FEES DUE                 $   65.70
TOTAL DISBURSEMENTS DUE        $    0.00
TOTAL DUE THIS INVOICE         $   65.70



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap-Hourly Litigation                                          AUGUST 27, 2012
1100 Virginia Drive                                              0r0808-301763
Fort Washington, PA 19034

INVOICE #  800896

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0r0808-301763   TC Number: 726923

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/15/12 | Conference with J.Vega regarding case status relative to bankruptcy | L110 | JAM | .10 | 145.00 | 14.50 |
| 05/16/12 | Analyze matter to determine if bankruptcy stay is in place and, if so, how it will affect the case | L190 | JDV | .30 | 219.00 | 65.70 |
| 05/23/12 | Review email from C.Morgan regarding hearing results and review order regarding same | L120 | HTC | .10 | 315.00 | 31.50 |
| 05/24/12 | Analyze email communications regarding initial case analysis for files | L120 | KE | .30 | 150.00 | 45.00 |
| 05/30/12 | Exchange emails with C.Morgan and client regarding evidentiary hearing on vacating default | L120 | HTC | .90 | 315.00 | 283.50 |

FEES                                                              $440.20

AMOUNT DUE THIS BILL                                              $440.20

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE     2
AUGUST 27, 2012

ResCap

0r0808-301763

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Karalia Ezell | Paralegal | 150.00 | .30 | 45.00 |
| Hope Cannon | Partner | 315.00 | 1.00 | 315.00 |
| Jamie Mathews | Paralegal | 145.00 | .10 | 14.50 |
| Jose D. Vega | Associate | 219.00 | .30 | 65.70 |
| Total | | | 1.70 | 440.20 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                AUGUST 27, 2012
                                                      0r0808-301763
BILL AMOUNT          $440.20                          INVOICE #  800896
_____

To:    ResCap-Hourly Litigation          TC Number:       726923
       1100 Virginia Drive               Invoice Date:    08/27/2012
       Fort Washington, PA 19034         Invoice No.      800896
                                         Period ending:   05/31/2012


Case Management Number     LD  0r0808-301763


                                         Current Invoice
Code Task                                Hours        Fees

L110 Fact Investigation/Development       0.10    $     14.50
L120 Analysis/Strategy                    1.30    $    360.00
L190 Other Case Assessment, Develop't/Admin  0.30 $     65.70


                        ==================================
              TOTAL FEES                  1.70    $    440.20

                    TOTAL FEES DUE                 $    440.20
            TOTAL DISBURSEMENTS DUE               $      0.00
              TOTAL DUE THIS INVOICE              $    440.20



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap-Hourly Litigation                                      AUGUST 27, 2012
1100 Virginia Drive                                          0R0808-301786
Fort Washington, PA 19034

                                                      INVOICE #  800897

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0808-301786  TC Number: 727555

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/17/12 | Conference with J.Ho regarding status of case and title claim | L120 | KRS | .90 | 210.00 | 189.00 |
| 05/18/12 | Analyze issues regarding title claim, including causes of action against title insurer | L120 | KRS | 3.30 | 210.00 | 693.00 |
| 05/21/12 | Research issues related to potential defenses | L110 | KRS | 1.90 | 210.00 | 399.00 |
| 05/21/12 | Review promissory note and research assets of borrower | L110 | KRS | 1.30 | 210.00 | 273.00 |
| 05/21/12 | Review loan documents in connection with defense | L110 | KRS | 1.80 | 210.00 | 378.00 |
| 05/21/12 | Research title insurer and affiliated entities | L110 | KRS | 2.30 | 210.00 | 483.00 |
| 05/21/12 | Conference with J.Ho regarding possible next steps in investigation and potential remedies for client | L120 | KRS | .50 | 210.00 | 105.00 |
| 05/22/12 | Consider issues surrounding title insurance policy | L190 | HEA | 1.00 | 266.00 | 266.00 |
| 05/22/12 | Draft memo concerning status of litigation and title issue | L120 | KRS | 2.10 | 210.00 | 441.00 |
| 05/22/12 | Conference with J.Ho regarding title issues and current suit pending in Lamar County | L120 | KRS | .60 | 210.00 | 126.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    2
ResCap                                                                AUGUST 27, 2012

OR0808-301786

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/22/12 | Analyze title issues | L120 | KRS | 2.20 | 210.00 | 462.00 |
| 05/23/12 | Compilation of invoices and voluminous chain of title documents and records | L110 | ABB | 1.10 | 150.00 | 165.00 |
| 05/23/12 | Continued email correspondence regarding title issues | L120 | KRS | .20 | 210.00 | 42.00 |
| 05/23/12 | Review origination file | L110 | KRS | 1.00 | 210.00 | 210.00 |
| 05/24/12 | Review of loan documents and electronic compilation of same | L110 | ABB | .90 | 150.00 | 135.00 |
| 05/30/12 | Further assimilation and compilation of records pertaining to potential claims and defenses | L110 | ABB | .70 | 150.00 | 105.00 |
| 05/30/12 | Compilation of title documents including records pertaining to chain of title | L110 | ABB | .60 | 150.00 | 90.00 |
| 05/30/12 | Review file documents to determine next steps regarding  claim and pending lawsuit | L190 | HEA | .50 | 266.00 | 133.00 |
| 05/30/12 | Further email correspondence with J.Ho regarding title policy and settlement statement | L110 | KRS | .10 | 210.00 | 21.00 |
| 05/30/12 | Review effect of GMAC's bankruptcy filing on this case | L120 | KRS | .10 | 210.00 | 21.00 |
| 05/30/12 | Review backchain from title search on Forrest County property | L110 | KRS | .60 | 210.00 | 126.00 |
| 05/30/12 | Review backchain from title search of Lamar County property | L110 | KRS | .70 | 210.00 | 147.00 |



| BRADLEY ARANT |
| BOULT CUMMINGS |
| LLP |

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     3
AUGUST 27, 2012

0R0808-301786

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/30/12 | Email and telephone correspondence regarding counterclaims from the Mitchells | L160 | KRS | .90 | 210.00 | 189.00 |
| 05/30/12 | Telephone call with V.Smith regarding bankruptcy and possible settlement | L160 | KRS | .40 | 210.00 | 84.00 |
| 05/30/12 | Email correspondence regarding effect of bankrupcy on motion for trial setting and settlement | L160 | KRS | .40 | 210.00 | 84.00 |
| 05/31/12 | Conference with J.Ho regarding existence of title policy and executed settlement statement | L110 | KRS | .20 | 210.00 | 42.00 |
| 05/31/12 | Investigate collectibility issues | L110 | KRS | .20 | 210.00 | 42.00 |

FEES                                                    $5,451.00

## DESCRIPTION OF DISBURSEMENTS

| | | |
|---|---|---|
| 05/21/12 Copy Charges | | 0.00 |
| 05/21/12 Copy Charges | | 0.00 |
| 05/14/12 Title Search Fee - FIRST AMERICAN ABSTRACT CO. KSO'BEIRNE | | 223.50 |
| Bank ID: GENR Check Number: 93230 | | |
| 05/14/12 Title Search Fee - FIRST AMERICAN ABSTRACT CO. KSO'BEIRNE | | 218.50 |
| Bank ID: GENR Check Number: 93230 | | |

COSTS                                                    $442.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    4
AUGUST 27, 2012

ResCap

0R0808-301786

FED ID NO. 63-0243316

AMOUNT DUE THIS BILL                    $5,893.00

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    5
AUGUST 27, 2012

0R0808-301786

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Allison Burke | Paralegal | 150.00 | 3.30 | 495.00 |
| Hall Eady | Partner | 266.00 | 1.50 | 399.00 |
| Kathleen R. Shields O'Beir | Associate | 210.00 | 21.70 | 4,557.00 |
| Total | | | 26.50 | 5,451.00 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                                AUGUST 27, 2012
                                                                      0R0808-301786
BILL AMOUNT        $5,893.00                                          INVOICE #  800897

To:   ResCap-Hourly Litigation            TC Number:        727555
      1100 Virginia Drive                 Invoice Date:     08/27/2012
      Fort Washington, PA 19034           Invoice No.       800897
                                          Period ending:    05/31/2012

Case Management Number      LD  0R0808-301786

|      |                                            | Current Invoice |           |
|------|--------------------------------------------|-----------------|-----------|
| Code | Task                                       | Hours           | Fees      |
| L110 | Fact Investigation/Development             | 13.40           | $  2,616.00 |
| L120 | Analysis/Strategy                          | 9.90            | $  2,079.00 |
| L160 | Settlement/Non-Binding ADR                 | 1.70            | $    357.00 |
| L190 | Other Case Assessment, Develop't/Admin     | 1.50            | $    399.00 |
|      | TOTAL FEES                                 | 26.50           | $  5,451.00 |

                         TOTAL FEES DUE           $  5,451.00
                    TOTAL DISBURSEMENTS DUE        $    442.00
                    TOTAL DUE THIS INVOICE         $  5,893.00



## BRADLEY ARANT
## BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap-ECR                                                                                   AUGUST 27, 2012
1100 Virginia Drive                                                                          0R0809-301001
Fort Washington, PA 19034

                                                                                             INVOICE #  800898

                                                                                             FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0809-301001  TC Number: 728122

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/17/12 | Analysis of Complaint, discovery requests, payment history and other client documents in light of GMAC's bankruptcy filing | L110 | JDV | .50 | 219.00 | 109.50 |
| 05/18/12 | Review Complaint, Discovery and court notice served on GMAC | L210 | JAM | .30 | 145.00 | 43.50 |
| 05/18/12 | Access online docket to review case activity | L190 | JAM | .20 | 145.00 | 29.00 |
| 05/18/12 | Draft Notice of Bankruptcy | L210 | JAM | .20 | 145.00 | 29.00 |
| 05/18/12 | Draft correspondence to Clerk of Court enclosing Notice of Bankruptcy | L210 | JAM | .20 | 145.00 | 29.00 |
| 05/25/12 | Analysis of Federal Truth-in-Lending Disclosure Statement and Promissory Note | L110 | JDV | .20 | 219.00 | 43.80 |
| 05/30/12 | Telephone call to JA to follow up regarding Notice of Bankruptcy | L210 | JAM | .20 | 145.00 | 29.00 |

                                     FEES                                    $312.80

05/18/12 Express Mail/Fedex                                      0.00

                            AMOUNT DUE THIS BILL                             $312.80

                    ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE     2
AUGUST 27, 2012

ResCap

0R0809-301001

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Jamie Mathews | Paralegal | 145.00 | 1.10 | 159.50 |
| Jose D. Vega | Associate | 219.00 | .70 | 153.30 |
| Total | | | 1.80 | 312.80 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                              AUGUST 27, 2012
                                                                   0R0809-301001
BILL AMOUNT          $312.80                                       INVOICE #  800898

To:    ResCap-ECR                        TC Number:        728122
       1100 Virginia Drive               Invoice Date:     08/27/2012
       Fort Washington, PA 19034         Invoice No.       800898
                                         Period ending:    05/31/2012

Case Management Number      LD  0R0809-301001

| Code | Task | Current Invoice Hours | $ | Fees |
|------|------|------|---|------|
| L110 | Fact Investigation/Development | 0.70 | $ | 153.30 |
| L190 | Other Case Assessment, Develop't/Admin | 0.20 | $ | 29.00 |
| L210 | Pleadings | 0.90 | $ | 130.50 |
| | TOTAL FEES | 1.80 | $ | 312.80 |
| | TOTAL FEES DUE | | $ | 312.80 |
| | TOTAL DISBURSEMENTS DUE | | $ | 0.00 |
| | TOTAL DUE THIS INVOICE | | $ | 312.80 |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap-ECR                                                    AUGUST 27, 2012
1100 Virginia Drive                                          0R0809-301002
Fort Washington, PA 19034

                                                             INVOICE #  800899

                                                             FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0809-301002  TC Number: 728260

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/14/12 | Review and analysis of complaint and prepare initial draft of litigation analysis. | L110 | MPE | .90 | 149.00 | 134.10 |
| 05/14/12 | Receive and review client documents to determine relevant case events | L110 | MPE | 1.40 | 149.00 | 208.60 |
| 05/14/12 | Research docket, public records to determine status of property and case. | L110 | MPE | .80 | 149.00 | 119.20 |
| 05/16/12 | Review and analyze complaint and fact package in support of claim evaluation | L110 | CSM | .50 | 300.00 | 150.00 |
| 05/18/12 | Draft notice of bankruptcy filing | L190 | CSM | .20 | 300.00 | 60.00 |
| 05/18/12 | Review and analyze pleadings and fact package in support of claim evaluation | L110 | CSM | .50 | 300.00 | 150.00 |
| 05/23/12 | Draft initial litigation assessment | L190 | CSM | .80 | 300.00 | 240.00 |

                        FEES                        $1,061.90


                AMOUNT DUE THIS BILL                $1,061.90

                ***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
AUGUST 27, 2012

0R0809-301002

FED ID NO. 63-0243316

---

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Cory S. Menees | Associate | 300.00 | 2.00 | 600.00 |
| Melisa P. Palmer | Paralegal | 149.00 | 3.10 | 461.90 |
| Total | | | 5.10 | 1,061.90 |



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          AUGUST 27, 2012
                                                               0R0809-301002
BILL AMOUNT        $1,061.90                                    INVOICE #  800899

To:     ResCap-ECR                     TC Number:          728260
        1100 Virginia Drive            Invoice Date:       08/27/2012
        Fort Washington, PA 19034      Invoice No.         800899
                                       Period ending:      05/31/2012

Case Management Number      LD  0R0809-301002

|  |  | Current Invoice | |
| Code | Task | Hours | Fees |
| L110 | Fact Investigation/Development | 4.10 | $    761.90 |
| L190 | Other Case Assessment, Develop't/Admin | 1.00 | $    300.00 |
| | TOTAL FEES | 5.10 | $  1,061.90 |

                              TOTAL FEES DUE          $  1,061.90
                        TOTAL DISBURSEMENTS DUE       $      0.00
                        TOTAL DUE THIS INVOICE        $  1,061.90

# BRADLEY ARANT BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap-ECR                                          AUGUST 27, 2012
1100 Virginia Drive                                 0R0809-301003
Fort Washington, PA 19034

                                                    INVOICE #  800900

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0809-301003   TC Number: 728882

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/23/12 | Draft and finalize notice of appearance. | L210 | MPE | .40 | 149.00 | 59.60 |
| 05/23/12 | Research docket to determine case status | L110 | MPE | .20 | 149.00 | 29.80 |
| 05/23/12 | Finalize notice of bankruptcy and file with the court. | L210 | MPE | .30 | 149.00 | 44.70 |
| 05/23/12 | Receive and review complaint to determine bankruptcy bucket information and any deadlines. | L110 | MPE | .70 | 149.00 | 104.30 |
| 05/24/12 | Prepare initial draft of timeline of case events based on public records and a review of the complaint. | L110 | MPE | 1.20 | 149.00 | 178.80 |
| 05/24/12 | Research public records for all documentation regarding liens on property and previous cases. | L110 | MPE | .70 | 149.00 | 104.30 |

                        FEES                        $521.50


                   AMOUNT DUE THIS BILL                 $521.50


             ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

0R0809-301003

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Melisa P. Palmer | Paralegal | 149.00 | 3.50 | 521.50 |
| Total | | | 3.50 | 521.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    AUGUST 27, 2012
                                                          0R0809-301003
BILL AMOUNT          $521.50                              INVOICE #  800900

To:    ResCap-ECR                    TC Number:          728882
       1100 Virginia Drive           Invoice Date:       08/27/2012
       Fort Washington, PA 19034     Invoice No.         800900
                                     Period ending:      05/31/2012

Case Management Number      LD  0R0809-301003

| Code Task | Current Invoice Hours | | Fees |
|---|---|---|---|
| L110 Fact Investigation/Development | 2.80 | $ | 417.20 |
| L210 Pleadings | 0.70 | $ | 104.30 |
| =================================== | | | |
| TOTAL FEES | 3.50 | $ | 521.50 |
| TOTAL FEES DUE | | $ | 521.50 |
| TOTAL DISBURSEMENTS DUE | | $ | 0.00 |
| TOTAL DUE THIS INVOICE | | $ | 521.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                      AUGUST 28, 2012
1100 Virginia Drive                                        0G2012-301075
Fort Washington, PA 19034

                                                           INVOICE #  801599

                                                           FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0G2012-301075  TC Number: 703911

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/14/12 | Review preliminary instructions from Morrison Foerster regarding bankruptcy | L120 | MRP | .10 | 424.00 | 42.40 |
| 05/15/12 | Update bankruptcy list for class action | L120 | RJC | .20 | 293.00 | 58.60 |
| 05/16/12 | Prepare, proof, and revise notice of stay | L250 | MRP | .30 | 424.00 | 127.20 |
| 05/16/12 | Draft update on case for latest request for information for pending ResCap bankruptcy proceeding | L120 | RJC | .30 | 293.00 | 87.90 |
| 05/17/12 | Review scheduling order | L250 | MRP | .10 | 424.00 | 42.40 |
| 05/18/12 | Review and file notice of filing bankruptcy | L210 | MCG | .20 | 323.00 | 64.60 |
| 05/18/12 | Review updated instructions from GMAC regarding stay | L120 | MRP | .10 | 424.00 | 42.40 |
| 05/18/12 | Finalize stay notice | L250 | MRP | .10 | 424.00 | 42.40 |
| 05/21/12 | Memo exchanges with client and M. Pennington regarding scope of stay and impact on claims | L120 | RJC | .40 | 293.00 | 117.20 |
| 05/22/12 | Research into history of Residential Funding Corp, reorganization and successor involvement in ResCap bankruptcy for purposes of argument development for response to Court's inquiry on effect of ResCap bankruptcy as well as potential June 4th argument on motion to dismiss claims | L240 | RJC | 1.90 | 293.00 | 556.70 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    2
AUGUST 28, 2012

0G2012-301075

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 05/22/12 | Review Whitlinger affidavit filed in support of ResCap bankruptcy, and provided by client (N. Campbell), for background in preparation for June 4th hearing | L240 | RJC | .70 | 293.00 | 205.10 |
| 05/22/12 | Review Court inquiry to parties asking for submissions on effect of ResCap bankruptcy as to claims asserted against client, and potential impact on necessity and scope of upcoming June 4th hearing on pending motion to dismiss | L120 | RJC | .30 | 293.00 | 87.90 |
| 05/22/12 | Begin drafting response to Court's inquiry for party position statements on effect of ResCap bankruptcy on scope and necessity of dispositive motion hearing | L120 | RJC | .70 | 293.00 | 205.10 |
| 05/22/12 | Review inquiry from Judge as to scope of stay | L250 | MRP | .10 | 424.00 | 42.40 |
| 05/22/12 | Exchange multiple memos with client regarding scope of stay | L250 | MRP | .20 | 424.00 | 84.80 |
| 05/22/12 | Analyzing judge's request | L230 | CE | .30 | 195.00 | 58.50 |
| 05/22/12 | Review e-mail from judge's law clerk regarding notice of filing bankruptcy and effect of stay | C400 | MCG | .10 | 323.00 | 32.30 |
| 05/23/12 | Telephone call to cliemt regarding Judge's inquiry | L120 | MRP | .10 | 424.00 | 42.40 |
| 05/23/12 | Prepare updated litigation analysis | C300 | MCG | .50 | 323.00 | 161.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    3
AUGUST 28, 2012

0G2012-301075

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/23/12 | Exchange e-mails with plaintiff's counsel regarding law clerk's request for information regarding bankruptcy stay | C400 | MCG | .10 | 323.00 | 32.30 |
| 05/23/12 | Continue research on corporate history of Residential Funding Corporation | L240 | RJC | 1.90 | 293.00 | 556.70 |
| 05/23/12 | Revise and recirculate draft response to Court's inquiry for party position statements on impact of ResCap bankruptcy on all pending claims and parties | L120 | RJC | .50 | 293.00 | 146.50 |
| 05/24/12 | Revise response to Court's inquiry regarding impact of ResCap bankruptcy on proceeding, and incorporate and address comments to initial draft from co-counsel | L120 | RJC | .80 | 293.00 | 234.40 |
| 05/24/12 | Respond to judge's law clerk regarding bankruptcy stay and whether motion to dismiss should go forward | C400 | MCG | .10 | 323.00 | 32.30 |
| 05/24/12 | Draft memo to client rgarding stay issues | L120 | MRP | .20 | 424.00 | 84.80 |
| 05/24/12 | Review memo from client regarding stay issues | L120 | MRP | .10 | 424.00 | 42.40 |
| 05/24/12 | Draft memo to Court regarding stay issues and revise same | L250 | MRP | .20 | 424.00 | 84.80 |
| 05/25/12 | Review update from Court regarding our position statement in response to Court's request for same in light of Rescap bankruptcy | L120 | RJC | .30 | 293.00 | 87.90 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    4
AUGUST 28, 2012

0G2012-301075

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/29/12 | Review response of plaintiff's counsel on stay | L250 | MRP | .10 | 424.00 | 42.40 |
| 05/29/12 | Exchange multiple memos with N.Campbell, T.Dennis and J.Brown regarding stay issues | L120 | MRP | .20 | 424.00 | 84.80 |
| 05/29/12 | Telephone conference with client regarding stay issues | L120 | MRP | .20 | 424.00 | 84.80 |
| 05/29/12 | Prepare for call with T.Dennis | L120 | MRP | .20 | 424.00 | 84.80 |
| 05/29/12 | Conference with J.Brown | L120 | MRP | .60 | 424.00 | 254.40 |
| 05/29/12 | Teleconference with M. Pennington, client, and bankruptcy counsel regarding strategy for responding to plf's request for complete stay of case pending resolution of ResCap bankruptcy | L120 | RJC | .50 | 293.00 | 146.50 |
| 05/29/12 | Review plaintiff's own position statement to the Court in response to Court's request for party positions on impact of ResCap bankruptcy on this class action | L120 | RJC | .40 | 293.00 | 117.20 |
| 05/30/12 | Review correspondence with Court responding to plaintiff's position statement on impact of ResCap bankruptcy | L120 | RJC | .30 | 293.00 | 87.90 |
| 05/30/12 | Prepare e-mail to Judge's law clerk regarding stay of action as to co-defendant | C400 | MCG | .10 | 323.00 | 32.30 |
| 05/30/12 | Draft memo to clerk regarding stay | L240 | MRP | .10 | 424.00 | 42.40 |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE      5
AUGUST 28, 2012

0G2012-301075

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 05/31/12 | Draft consent motion to stay proceeding, and proposed order granting said relief, in response to Court's request for same | L250 | RJC | 1.10 | 293.00 | 322.30 |
| 05/31/12 | Review and revise motion to stay and proposed order addressing comments of co-counsel, client and bankruptcy counsel | L250 | RJC | .30 | 293.00 | 87.90 |
| 05/31/12 | Review Court's response to parties' position statements on impact of ResCap bankruptcy, and Court's request for preparation and submission of joint motion on same | L250 | RJC | .30 | 293.00 | 87.90 |
| 05/31/12 | Review memo from Judge's clerk | L250 | MRP | .10 | 424.00 | 42.40 |
| 05/31/12 | Review and revise motion and proposed order regarding stay | L250 | MRP | .20 | 424.00 | 84.80 |
| 05/31/12 | Exchange memos with client regarding proposed motion and order | L250 | MRP | .10 | 424.00 | 42.40 |
| 05/31/12 | Review revisions to motion and order from J.Brown at Kirkland | L250 | MRP | .10 | 424.00 | 42.40 |

FEES                                                       $5,091.50

AMOUNT DUE THIS BILL                                        $5,091.50

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE      6
Rescap                                                            AUGUST 28, 2012

0G2012-301075

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Michael R. Pennington | Partner | 424.00 | 3.50 | 1,484.00 |
| Robert Campbell | Partner | 293.00 | 10.90 | 3,193.70 |
| Michael C. Griffin | Partner | 323.00 | 1.10 | 355.30 |
| Cameron Ellis | Associate | 195.00 | .30 | 58.50 |
| Total | | | 15.80 | 5,091.50 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap                                                    AUGUST 28, 2012
                                                         0G2012-301075
BILL AMOUNT        $5,091.50                              INVOICE #  801599

To:      ResCap                    TC Number:        703911
         1100 Virginia Drive       Invoice Date:     08/28/2012
         Fort Washington, PA 19034 Invoice No.       801599
                                   Period ending:    05/31/2012

Case Management Number    LD  0G2012-301075

                                        Current Invoice
Code Task                               Hours        $      Fees

C300 Analysis and Advice                0.50    $      161.50
C400 Third Party Communication          0.40    $      129.20
L120 Analysis/Strategy                  6.50    $    2,140.30
L210 Pleadings                          0.20    $       64.60
L230 Court Mandated Conferences         0.30    $       58.50
L240 Dispositive Motions                4.60    $    1,360.90
L250 Other Written Motions/Submissions  3.30    $    1,176.50

                    ===================================
              TOTAL FEES      15.80    $    5,091.50

                TOTAL FEES DUE          $    5,091.50
         TOTAL DISBURSEMENTS DUE        $        0.00
         TOTAL DUE THIS INVOICE         $    5,091.50



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                      AUGUST 28, 2012
1100 Virginia Drive                                        0R0802-301220
Fort Washington, PA 19034

                                                           INVOICE #  801600

                                                           FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 05/31/12

0R0802-301220  TC Number: 705025

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/14/12 | Reviewed Term Sheet to AG Settlement and Addendum concerning same | B410 | WLN | 2.00 | 420.00 | 840.00 |
| 05/14/12 | Prepare for and attend call with other 5 servicing units to discuss notice of intent to foreclose letter, and analyze issues raised during same | C300 | ASI | .30 | 249.00 | 74.70 |
| 05/14/12 | Prepare supplemental production to governmental regulator | L320 | DCL | 2.10 | 376.00 | 789.60 |
| 05/14/12 | Review documents for responsiveness in connection with governmental regulator investigation | L190 | AKA | 5.40 | 184.00 | 993.60 |
| 05/14/12 | Document review for responsiveness to governmental regulator subpoena | L140 | EP | 1.30 | 220.00 | 286.00 |
| 05/14/12 | Review and analyze documents in preparation for production of documents relating to force placed insurance to the governmental regulator | L653 | AH | 4.30 | 185.00 | 795.50 |
| 05/14/12 | Extended telephone conference with governmental regulator with regard to bankruptcy filing and their request for specific documents and calculations and extensive follow-up on same | L190 | RRM | 1.30 | 345.00 | 448.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
AUGUST 28, 2012

0R0802-301220

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/14/12 | Preparation for and short telephone conference with Elizabeth DeSilva with regard to Exhibit H of Consent Judgment and logistics and strategy for same | L190 | RRM | 1.40 | 345.00 | 483.00 |
| 05/14/12 | Draft multiple e-mails to members of state AGs and state banking departments with press release issuance and follow-up with responding to comments and questions | L190 | RRM | 1.20 | 345.00 | 414.00 |
| 05/14/12 | Prepared for and attended teleconference related to foreclosure status meeting regarding national servicing standards | L120 | DBO | .50 | 345.00 | 172.50 |
| 05/14/12 | Prepared for and attended joint servicer meeting regarding pre-foreclosure referral solicitation letter required by national servicing standards | L120 | DBO | 1.00 | 345.00 | 345.00 |
| 05/14/12 | Begin review and analysis of documents received from various foreclosure counsel in preparation of spreadsheet for use in insuring compliance with National Servicing Standards required by recent Department of Justice settlement | L190 | LADA | 3.10 | 65.00 | 201.50 |
| 05/14/12 | Telephone conference with J.Madsen and others regarding national servicing standards workstream and issues requiring BABC opinion | P270 | CSM | .40 | 300.00 | 120.00 |
| 05/14/12 | Review and code documents for production pursuant to New York State Department of Financial Services subpoenas | L230 | CSM | 1.30 | 300.00 | 390.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    3
AUGUST 28, 2012

ResCap

0R0802-301220

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/15/12 | Reviewing and analyzing documents for responsiveness to government subpoena | L320 | NSR | 1.80 | 280.00 | 504.00 |
| 05/15/12 | Continue work on governmental regulator hearings and outline of strategy issues and review e-mails from Pat Hobbib regarding same | L190 | RRM | 1.40 | 345.00 | 483.00 |
| 05/15/12 | Work on Office of Meeting Settlement Oversight updates and Monitor PPF issues | L190 | RRM | 1.90 | 345.00 | 655.50 |
| 05/15/12 | Review e-mail from Sharon Robinson on multiple forms from AGs and multiple telephone calls to determine questions and status of same and report back | L190 | RRM | 1.20 | 345.00 | 414.00 |
| 05/15/12 | Review and analyze documents in preparation for production of documents relating to governmental regulator | L653 | AH | 9.10 | 185.00 | 1,683.50 |
| 05/15/12 | Document review for responsiveness to governmental regulator subpoena | L140 | EP | 4.20 | 220.00 | 924.00 |
| 05/15/12 | Reviewing documents related to government investigation and addressing issues raised by the team related to the same. | L120 | JJS | 5.10 | 254.00 | 1,295.40 |
| 05/15/12 | Participating in a call with the joint defense group regarding the investigation by the governmental regulator and summarizing the same. | L120 | JJS | .40 | 254.00 | 101.60 |
| 05/15/12 | Review documents for responsiveness in connection with governmental regulator investigation | L190 | AKA | 4.80 | 184.00 | 883.20 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     4
AUGUST 28, 2012

0R0802-301220

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/15/12 | Review and analyze documents for production in response to government investigation | L140 | RBB | .30 | 149.00 | 44.70 |
| 05/15/12 | Review and analysis of correspondence to/from P.Cannon for case status update with governmental regulator | L140 | RBB | .30 | 149.00 | 44.70 |
| 05/15/12 | Review, research and analyze issues raised during weekly AG metrics call regarding implementation within foreclosure department | C300 | ASI | 1.00 | 249.00 | 249.00 |
| 05/15/12 | Prepare for public hearing with governmental regulator | L120 | DCL | 1.20 | 376.00 | 451.20 |
| 05/15/12 | Reviewed and revised memo concerning post-discharge solicitation of borrowers under AG Settlement | B410 | WLN | 1.00 | 420.00 | 420.00 |
| 05/16/12 | Reviewed and revised memo concerning post discharge solicitation of loan modifications; reviewed case law concerning effect of discharge; emailed memo to E. DeSilva | B410 | WLN | 1.00 | 420.00 | 420.00 |
| 05/16/12 | Review and analysis of document production to assist with preparation for the public hearing before government agency | L320 | MPE | 2.50 | 149.00 | 372.50 |
| 05/16/12 | Work on transmission of document production to P.Hobbib for review. | L110 | MPE | .50 | 149.00 | 74.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    5
AUGUST 28, 2012

0R0802-301220

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/16/12 | Telephone conferences with Balboa's counsel regarding status of payments from Balboa to GMAC Mortgage with governmental regulator | L120 | DCL | .70 | 376.00 | 263.20 |
| 05/16/12 | Review documents designated by governmental regulator for questioning at hearing | L120 | DCL | 1.60 | 376.00 | 601.60 |
| 05/16/12 | Telephone conferences with P. Hobbib, et al. regarding strategy for hearing with governmental regulator | L120 | DCL | 1.20 | 376.00 | 451.20 |
| 05/16/12 | Prepare for hearing before government regulator | L120 | DCL | 1.30 | 376.00 | 488.80 |
| 05/16/12 | Document production in response to government investigation | L140 | RBB | 1.50 | 149.00 | 223.50 |
| 05/16/12 | Review and analysis of 13 documents in response to government investigation | L140 | RBB | 1.10 | 149.00 | 163.90 |
| 05/16/12 | Review documents for responsiveness in connection with  government regulator | L120 | AKA | 5.80 | 184.00 | 1,067.20 |
| 05/16/12 | Review and analyze document production to assist with preparation for the upcoming public hearing | L110 | KK | 1.50 | 91.00 | 136.50 |
| 05/16/12 | Document production of Exhibits for government hearing | L140 | RBB | .90 | 149.00 | 134.10 |
| 05/16/12 | Document review for responsiveness to governmental regulator subpoena | L140 | EP | 5.40 | 220.00 | 1,188.00 |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      6
AUGUST 28, 2012

0R0802-301220

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/16/12 | Review documents in preparation for production of documents referencing force placed insurance in New York to the governmental regulator | L653 | AH | 3.50 | 185.00 | 647.50 |
| 05/16/12 | Reviewed and analyzed documents in support of governmental request | L320 | JJE | 3.70 | 197.00 | 728.90 |
| 05/16/12 | Preparing for the upcoming hearing before government regulator | L120 | JJS | 1.60 | 254.00 | 406.40 |
| 05/16/12 | Emails regarding applicability of directive regarding filing of suggestion of bankruptcy to multi-state settlement. | B190 | DPG | 1.20 | 354.00 | 424.80 |
| 05/16/12 | Reviewing and analyzing e-mail from governmental regulator with attached letter regarding Freedom of Information Law Request | L110 | NSR | .20 | 280.00 | 56.00 |
| 05/16/12 | Reviewing and analyzing documents beginning for responsiveness to subpoena from government agency | L320 | NSR | 1.40 | 280.00 | 392.00 |
| 05/16/12 | Continue review and analysis of documents received from various foreclosure counsel in preparation of spreadsheet for use in insuring compliance with National Servicing Standards required by recent Department of Justice settlement | L190 | LADA | 3.10 | 65.00 | 201.50 |
| 05/16/12 | Multiple e-mail correspondence to regulators and government providing first day motions and respond to multiple telephone calls with regard to same and scheduling call with 50 state | L190 | RRM | 3.70 | 345.00 | 1,276.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    7
AUGUST 28, 2012

0R0802-301220

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
|  | AGs and state banking regulators |  |  |  |  |  |
| 05/16/12 | Participate in AG requirement - uploading and review of documents and discussion of same | L190 | RRM | .70 | 345.00 | 241.50 |
| 05/16/12 | Review multiple e-mails from Pat Hobbib regarding governmental regulator and short telephone call with Pat Hobbib with regard to documents produced, discussion and strategy around same and begin working through prior document production of same | L190 | RRM | 3.90 | 345.00 | 1,345.50 |
| 05/17/12 | Review and code documents for production pursuant to New York State Department of Financial Services subpoenas | L230 | CSM | 2.30 | 300.00 | 690.00 |
| 05/17/12 | Reviewing and analyzing written statements submitted to governmental regulator regarding lender-placed insurance by expert witnesses and housing advocates | L120 | NSR | 1.20 | 280.00 | 336.00 |
| 05/17/12 | Preparing summary of testimony presented at first day of hearings before the governmental regulator regarding lender-placed insurance | L120 | NSR | 1.30 | 280.00 | 364.00 |
| 05/17/12 | Monitoring testimony presented at first day of hearings before the governmental regulator regarding lender-placed insurance | L120 | NSR | 3.00 | 280.00 | 840.00 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      8
AUGUST 28, 2012

0R0802-301220

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/17/12 | Telephone conference with in-house counsel for Balboa Insurance Agency regarding testimony before NY Department of Financial Services | L120 | NSR | .40 | 280.00 | 112.00 |
| 05/17/12 | Telephone conference with regarding first day of hearings regarding lender-placed insurance and preparation of preliminary statement | L120 | NSR | .30 | 280.00 | 84.00 |
| 05/17/12 | Draft opening statement for use at hearings regarding lender-placed insurance | L120 | NSR | 1.30 | 280.00 | 364.00 |
| 05/17/12 | Draft e-mail to Pat Hobbib regarding next steps in strategy for  preparation of public hearing | L190 | RRM | .40 | 345.00 | 138.00 |
| 05/17/12 | Extensive work on strategy for governmental regulator and complete extensive file review and detailed outline and detailed e-mail to GMAC regarding moving for hearing | L190 | RRM | 5.20 | 345.00 | 1,794.00 |
| 05/17/12 | Review e-mail from Lorenzo Marinazzi with regard to HELOC motions and review of same and then phone calls and draft e-mail to AG leadership with regard to same and follow-up calls and e-mails with regard to same | L190 | RRM | .90 | 345.00 | 310.50 |
| 05/17/12 | Draft potential suggestion of bankruptcy for filing with court in multi-state settlement litigation | B190 | DPG | 3.10 | 354.00 | 1,097.40 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

0R0802-301220

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/17/12 | Reviewed and analyzed documents in support of governmental regulator request | L320 | JJE | 3.70 | 197.00 | 728.90 |
| 05/17/12 | Coordinating supplemental production of electronically-stored information to the governmental regulator. | L120 | JJS | 1.00 | 254.00 | 254.00 |
| 05/17/12 | Document review for responsiveness to governmental regulator subpoena | L140 | EP | 2.20 | 220.00 | 484.00 |
| 05/17/12 | Review and analyze documents for responsiveness to subpoena and privilege | L320 | FS | .90 | 205.00 | 184.50 |
| 05/17/12 | Prepare for and attend call with GMAC regarding testimony on Monday before the governmental regulator regarding lender-placed insurance. | L120 | JJS | 3.50 | 254.00 | 889.00 |
| 05/17/12 | Document production Exhibits for hearing (787 pages): converted documents to different format, stripped off the metadata, and saved to zipped file to further reduce size (in megabytes) of overall production | L140 | RBB | 1.00 | 149.00 | 149.00 |
| 05/17/12 | Review and analysis of correspondence regarding placing hearing exhibits and BABCÆs FTP site, along with instructions for access to BABCÆs FTP site, for case status update | L140 | RBB | .30 | 149.00 | 44.70 |
| 05/17/12 | Review and analysis of hearing exhibits for upcoming public hearing on BABCÆs FTP site (787 pages) | L140 | RBB | 2.70 | 149.00 | 402.30 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    10
AUGUST 28, 2012

0R0802-301220

FED ID NO. 63-0243316

ResCap

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/17/12 | Document production  787 pages in hardcopy for attorney review | L140 | RBB | .50 | 149.00 | 74.50 |
| 05/17/12 | Re-tag ESI documents prior to volume 5 of document production being produced per attorney request | L140 | RBB | 1.30 | 149.00 | 193.70 |
| 05/17/12 | Review documents for responsiveness in connection with New York Financial Services investigation | L190 | AKA | 1.30 | 184.00 | 239.20 |
| 05/17/12 | Conference calls with client, et al. regarding GMACM's testimony at governmental regulator Hearing | L120 | DCL | 3.10 | 376.00 | 1,165.60 |
| 05/17/12 | Prepare Michael Squillante's opening remarks for governmental regulator hearing | L530 | DCL | 1.20 | 376.00 | 451.20 |
| 05/17/12 | Conference call regarding strategy for governmental regulator hearing | L120 | DCL | .80 | 376.00 | 300.80 |
| 05/17/12 | Telephone conference with QBE First/Balboa counsel regarding testimony at governmental regulator hearing | L120 | DCL | .30 | 376.00 | 112.80 |
| 05/17/12 | Review GMAC contracts and testimony of other respondents in preparation for hearing | L120 | DCL | 2.10 | 376.00 | 789.60 |
| 05/17/12 | Prepare witness preparation binder for client contacts | L120 | DCL | 1.30 | 376.00 | 488.80 |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    11
AUGUST 28, 2012

0R0802-301220

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/17/12 | Prepare for and attend call with J.Madsen, S.Bocresion, A.Fleitas, R.Royer, D.Cunningham and S.ShahJani relating to implementation of AG National Servicing Standards, including review and analysis of issues raised regarding same | C300 | ASI | .80 | 249.00 | 199.20 |
| 05/18/12 | Prepare for and attend conference call with client to prepare for call with NJ special master | L190 | FWA | .80 | 345.00 | 276.00 |
| 05/18/12 | Review and analyze question regarding Truth in Lending Act compliance advice | L190 | LSDR | .60 | 350.00 | 210.00 |
| 05/18/12 | Analysis regarding HELOC compliance advice | L120 | PMD | .50 | 345.00 | 172.50 |
| 05/18/12 | Review GMAC document production for government hearing | L320 | DCL | 2.10 | 376.00 | 789.60 |
| 05/18/12 | Re-tag documents being produced per attorney request | L140 | RBB | 1.30 | 149.00 | 193.70 |
| 05/18/12 | Review and analysis of correspondence regarding production of documents in order to produce documents for attorney review | L140 | RBB | .20 | 149.00 | 29.80 |
| 05/18/12 | Production of documents regarding government investigation | L140 | RBB | .50 | 149.00 | 74.50 |
| 05/18/12 | Review and analysis of correspondence regarding documents previously produced as well those not yet produced regarding government investigation | L140 | RBB | .30 | 149.00 | 44.70 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    12
AUGUST 28, 2012

0R0802-301220

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/18/12 | Witness preparation session with client contacts regarding New York Department of Financial Services hearing | L120 | DCL | 6.20 | 376.00 | 2,331.20 |
| 05/18/12 | Coordinating the next round of supplemental production in response to subpoenas served by the governmental regulator. | L120 | JJS | .30 | 254.00 | 76.20 |
| 05/18/12 | Assisting with preparation of client for live testimony before the governmental regulator on May 21. | L120 | JJS | 4.50 | 254.00 | 1,143.00 |
| 05/18/12 | Reviewed and analyzed documents in support of NY Department Financial Services request | L320 | JJE | 3.80 | 197.00 | 748.60 |
| 05/18/12 | Research and emails regarding  filing suggestion of bankruptcy in multi-state settlement litigation. | B190 | DPG | 2.60 | 354.00 | 920.40 |
| 05/18/12 | Participate in DOJ Joint Servicer discussion and short telephone conference with R.Fowlie with regard to same | L190 | RRM | .90 | 345.00 | 310.50 |
| 05/18/12 | Prepare for and short telephone regarding conference with P. Madigan regarding bankruptcy | L190 | RRM | .60 | 345.00 | 207.00 |
| 05/18/12 | Work on coordinating call with CSBS and state AGs for telephone call on Monday May 21 including multiple telephone calls with AGs and client and providing summary updates and logistics on same | L190 | RRM | 4.30 | 345.00 | 1,483.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    13
AUGUST 28, 2012

0R0802-301220

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/18/12 | Review and revise press release regarding bankruptcy filing and review responses to same | L190 | RRM | .40 | 345.00 | 138.00 |
| 05/18/12 | Continue work on notifications to AG group as to HELOC motions and telephone calls to Patrick Madigan in IA AG's office regarding same | L190 | RRM | .70 | 345.00 | 241.50 |
| 05/18/12 | Reviewing and monitoring second day of hearings regarding lender-placed insurance before the governmental regulator | L120 | NSR | 4.00 | 280.00 | 1,120.00 |
| 05/18/12 | Telephone conference with client regarding potential issues and questions for hearing regarding lender-placed insurance | L120 | NSR | .20 | 280.00 | 56.00 |
| 05/18/12 | Review and analysis of foreclosure document templates for use in insuring compliance with recent Department of Justice settlement requirements regarding national servicing standards | L190 | LADA | 5.70 | 65.00 | 370.50 |
| 05/19/12 | Review multiple e-mails from GMAC with regard to upcoming calls with state AGs and CSBS and state banking department and begin work on outline of talking points | L190 | RRM | 1.70 | 345.00 | 586.50 |
| 05/19/12 | Continue work on outline of talking points and outline to review and refine same for AGs and State Banking Regulators | L190 | RRM | .90 | 345.00 | 310.50 |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    14
AUGUST 28, 2012

0R0802-301220

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/19/12 | Continue work on preparation for hearing before New York Departmen of Financial Services | L190 | RRM | .80 | 345.00 | 276.00 |
| 05/20/12 | Prepare for hearing before governmental regulator | L120 | DCL | 2.40 | 376.00 | 902.40 |
| 05/21/12 | Review and analysis of document set for Volume 5 of document for final review prior to production | L140 | RBB | .40 | 149.00 | 59.60 |
| 05/21/12 | Prepare documents productions for final review prior to production | L140 | RBB | .20 | 149.00 | 29.80 |
| 05/21/12 | Meeting with GMACM's client contacts to prepare for governmental regulator hearing | L120 | DCL | 2.10 | 376.00 | 789.60 |
| 05/21/12 | Attend New York State Department of Financial Services hearing | L450 | DCL | 4.80 | 376.00 | 1,804.80 |
| 05/21/12 | Lunch meeting with client contacts regarding governmental regulator Investigation and hearing | L120 | DCL | 2.00 | 376.00 | 752.00 |
| 05/21/12 | Prepare list of follow-up items related to governmental regulator investigation | L120 | DCL | .70 | 376.00 | 263.20 |
| 05/21/12 | Reviewed and analyzed documents in support of NY Department Financial Services request | L320 | JJE | 3.20 | 197.00 | 630.40 |
| 05/21/12 | Analyze issues related to GMAC's testimony at the hearing before the governmental regulator. | L120 | JJS | 1.10 | 254.00 | 279.40 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    15
AUGUST 28, 2012

0R0802-301220

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/21/12 | Document review for responsiveness to governmental regulator subpoena | L140 | EP | .70 | 220.00 | 154.00 |
| 05/21/12 | Prepared for and attended joint servicer meeting relating to  national servicing standards | L120 | DBO | .70 | 345.00 | 241.50 |
| 05/21/12 | Continue work on preparation for New York Department of Financial Services hearing and send correspondence to participants and multiple e-mail correspondence with client regarding same and summarize settlement documents in preparation of potential questions | L190 | RRM | 3.90 | 345.00 | 1,345.50 |
| 05/21/12 | Short telephone conference with S.Bocresion regarding consensus among servicers | L190 | RRM | .50 | 345.00 | 172.50 |
| 05/21/12 | Participate in GMAC/AG updated foreclosure status meeting | L190 | RRM | .70 | 345.00 | 241.50 |
| 05/21/12 | Telephone conference with GMAC and 50 State AGs, State Banking Departments and short telephone conference with T.Marano | L190 | RRM | .80 | 345.00 | 276.00 |
| 05/21/12 | Telephone conference with B.Finlay with regard to status of state banking examinations pre- and post-settlement | L190 | RRM | .50 | 345.00 | 172.50 |
| 05/21/12 | Telephone conference with J. Pensabene regarding preparation for call with state AGs | L190 | RRM | .30 | 345.00 | 103.50 |



## BRADLEY ARANT
## BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    16
AUGUST 28, 2012

0R0802-301220

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/21/12 | Review and analyze documents received from foreclosure counsel  for use in analysis and compliance with National Servicing Standards required by the Department of Justice recent settlement | L140 | LADA | 6.20 | 65.00 | 403.00 |
| 05/21/12 | Email various contacts for foreclosure counsel regarding status of form documents for use in compliance review for National Servicing Standards as required by the recent Department of Justice settlement | L140 | LADA | .80 | 65.00 | 52.00 |
| 05/21/12 | Telephone conference regarding testimony of GMAC before governmental regulator and items identified for follow-up | L120 | NSR | .20 | 280.00 | 56.00 |
| 05/21/12 | Draft summary of GMAC's testimony before governmental regulator regarding lender-placed insurance | L120 | NSR | .80 | 280.00 | 224.00 |
| 05/21/12 | Monitoring third day of hearings at governmental regulator regarding lender-placed insurance | L120 | NSR | .60 | 280.00 | 168.00 |
| 05/21/12 | Review and code documents for production pursuant to New York State Department of Financial Services subpoenas | L230 | CSM | 1.20 | 300.00 | 360.00 |
| 05/22/12 | Review additional documents received from Kozeny and McCubbin for use in national servicing standards project | L140 | LADA | 1.40 | 65.00 | 91.00 |
| 05/22/12 | Additional work on compliance of Department of Justice settlement and discussion of same with other servicers | L190 | RRM | 2.20 | 345.00 | 759.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    17
AUGUST 28, 2012

0R0802-301220

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/22/12 | Review e-mail from M.Jarboe with regard to documents for cross-servicer call | L190 | RRM | .70 | 345.00 | 241.50 |
| 05/22/12 | Document review for responsiveness to governmental regulator subpoena | L140 | EP | 1.50 | 220.00 | 330.00 |
| 05/22/12 | Perform searches and batching of electronic discovery in support of document review team | L631 | HLY | 4.00 | 166.00 | 664.00 |
| 05/22/12 | Analyze issues related to supplemental document production of electronically-stored information to the governmental regulator. | L120 | JJS | 1.00 | 254.00 | 254.00 |
| 05/22/12 | Reviewed and analyzed documents in support of NY Department Financial Services request | L320 | JJE | 2.60 | 197.00 | 512.20 |
| 05/22/12 | Prepare supplemental document production regarding New York Deparment of Financial Services | L320 | DCL | 1.80 | 376.00 | 676.80 |
| 05/22/12 | Prepared for foreclosure call | L120 | PMD | .40 | 345.00 | 138.00 |
| 05/22/12 | Further research regarding state law foreclosure notices | L120 | PMD | .10 | 345.00 | 34.50 |
| 05/22/12 | Prepare for and attend conference call with special master related to monitoring project | L190 | FWA | 1.30 | 345.00 | 448.50 |
| 05/22/12 | Review and analysis of correspondence regarding tag non-responsive documents | L140 | RBB | 1.00 | 149.00 | 149.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    18
AUGUST 28, 2012

ResCap

0R0802-301220

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/22/12 | Analysis of state law regarding use of powers of attorney | L120 | JDV | 1.00 | 219.00 | 219.00 |
| 05/23/12 | Further analysis regarding client policies regarding fees | L120 | PMD | .40 | 345.00 | 138.00 |
| 05/23/12 | Further analysis regarding county mediation requirements | L120 | PMD | .60 | 345.00 | 207.00 |
| 05/23/12 | Research issues stay exceptions | L110 | CC | 3.40 | 225.00 | 765.00 |
| 05/23/12 | Telephone conference with J.Pensabene and Monitor and meeting in NY and follow-up work related to same on consumer relief and enforcement | L190 | RRM | 2.30 | 345.00 | 793.50 |
| 05/23/12 | Telephone conference with  T. Villani regarding state licensing issues | L190 | RRM | .60 | 345.00 | 207.00 |
| 05/23/12 | Review e-mail from E.DeSilva with regard to scope of servicing standards and enforcement and review settlement and perform analysis related to same | L190 | RRM | 1.80 | 345.00 | 621.00 |
| 05/23/12 | Preparation for and participation on servicer call regarding Department of Justice | L190 | RRM | .90 | 345.00 | 310.50 |
| 05/23/12 | Meeting with T.Hamzehpour regarding update on AG and CSBS | L190 | RRM | .70 | 345.00 | 241.50 |
| 05/23/12 | Telephone conference with P. Muriungi and J.Pensabene regarding | L190 | RRM | .80 | 345.00 | 276.00 |
| 05/24/12 | Review and analysis of documents for use in national servicing standards project | L140 | LADA | 1.80 | 65.00 | 117.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE     19
AUGUST 28, 2012

ResCap

0R0802-301220

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/24/12 | Preparation for GMAC/AG Team discussion and subsequent discussion around same and follow-up e-mails to other counsel | L190 | RRM | 1.60 | 345.00 | 552.00 |
| 05/24/12 | Participate in and follow up on  call | L190 | RRM | .70 | 345.00 | 241.50 |
| 05/24/12 | Review related documents for Work Plan and attend multiple telephone conferences throughout the day | L190 | RRM | 3.90 | 345.00 | 1,345.50 |
| 05/24/12 | Preparation for foreclosure status call by review of extensive documentation requested by GMAC | L190 | RRM | 2.40 | 345.00 | 828.00 |
| 05/24/12 | Participate in GMAC foreclosure status weekly meeting | L190 | RRM | 1.10 | 345.00 | 379.50 |
| 05/24/12 | Extended telephone conference with client with regard to AG Consumer Relief | L190 | RRM | 1.00 | 345.00 | 345.00 |
| 05/24/12 | Telephone conference with T.Baker regarding updated information and subpoena production | L190 | RRM | .50 | 345.00 | 172.50 |
| 05/24/12 | Preparation for and short telephone conference with Monitor | L190 | RRM | 1.40 | 345.00 | 483.00 |
| 05/24/12 | Preparation for and short telephone conference with L.DeSilva regarding SCRA file and subsequent follow-up with regard to same | L190 | RRM | .90 | 345.00 | 310.50 |
| 05/24/12 | Prepared for and attended teleconference related to foreclosure status and national servicing standards | L120 | DBO | .50 | 345.00 | 172.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    20
AUGUST 28, 2012

0R0802-301220

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/24/12 | Continue to review research and start to draft memo of limitations to automatic stay exceptions | L110 | CC | 1.80 | 225.00 | 405.00 |
| 05/24/12 | Review FRB release on servicing review | L190 | JPC | .30 | 390.00 | 117.00 |
| 05/24/12 | Review U.S. Supreme Court RESPA ruling | L190 | JPC | .60 | 390.00 | 234.00 |
| 05/24/12 | Research case documents for documents related to Residential Capital LLC and Residential Funding Company LLC for review | L140 | RBB | .70 | 149.00 | 104.30 |
| 05/24/12 | Production of 4 documents related to Residential Capital LLC and Residential Funding Company LLC for attorney review | L140 | RBB | .30 | 149.00 | 44.70 |
| 05/25/12 | Review and analysis of correspondence, and voice mail, to/from E.Buxbaum regarding documents related to compensation for force-placed insurance in order to prepare those documents for attorney review | L140 | RBB | .20 | 149.00 | 29.80 |
| 05/25/12 | Prepare documents produced as part of the supplemental production to volume 3 of the document production | L140 | RBB | .20 | 149.00 | 29.80 |
| 05/25/12 | Document production responsible to New York Department of Financial Services request | L140 | RBB | 2.00 | 149.00 | 298.00 |
| 05/25/12 | Analyze correspondence from E. Buxbaum regarding governmental regulator concerns about GMAC's production | L120 | DCL | .20 | 376.00 | 75.20 |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    21
AUGUST 28, 2012

0R0802-301220

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/25/12 | Review GMAC Lender Manual and document production to governmental regulator | L120 | DCL | .80 | 376.00 | 300.80 |
| 05/25/12 | Continue to review research and start to draft memo of limitations to automatic stay exceptions | L110 | CC | 3.50 | 225.00 | 787.50 |
| 05/25/12 | Finalize memo of limitations to automatic stay exceptions | L110 | CC | 3.00 | 225.00 | 675.00 |
| 05/25/12 | Addressing inquiry from E.Buxbaum related to a document GMAC produced in response to subpoenas from the governmental regulator. | L120 | JJS | .70 | 254.00 | 177.80 |
| 05/25/12 | Review e-mail from multiple GMAC personnel on settlement compliance question and respond with response to same | L190 | RRM | .70 | 345.00 | 241.50 |
| 05/25/12 | Multiple e-mail correspondence answering questions with regard to AG/DOJ implementation | L190 | RRM | 1.20 | 345.00 | 414.00 |
| 05/25/12 | Respond to e-mail from CSBS with regard to weekly scheduled meetings and draft e-mail to client regarding same | L190 | RRM | .60 | 345.00 | 207.00 |
| 05/25/12 | Review updated work plan and initial analysis and comments for same | L190 | RRM | .80 | 345.00 | 276.00 |
| 05/28/12 | Working on memorandum related to effect of GMAC Mortgage's bankruptcy on subpoenas from the governmental regulator. | L120 | JJS | .60 | 254.00 | 152.40 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    22
AUGUST 28, 2012

0R0802-301220

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/29/12 | Review and respond to multiple e-mail to AG/DOJ inquiries and e-mail correspondence to J. Madsen | L190 | RRM | .90 | 345.00 | 310.50 |
| 05/29/12 | Review of draft work plan and e-mail correspondence with D. Dsouza regarding same | L190 | RRM | 1.60 | 345.00 | 552.00 |
| 05/29/12 | Participate in OMSO, PPF and joint servicer call | L190 | RRM | .50 | 345.00 | 172.50 |
| 05/29/12 | Preparation for and short telephone conference NY AG's Dina Levy, Jane Elam | L190 | RRM | .60 | 345.00 | 207.00 |
| 05/29/12 | Telephone conference with H. Kanofsky regarding bankruptcy and comliance questions | L190 | RRM | .60 | 345.00 | 207.00 |
| 05/29/12 | Continue work on enforcement matters and follow-up on same with regard to information requested by regulators | L190 | RRM | 1.90 | 345.00 | 655.50 |
| 05/29/12 | Telephone conference with L.Nashelsky with regard to inquiry from HUD and DOJ and background issues | L190 | RRM | .40 | 345.00 | 138.00 |
| 05/29/12 | Telephone conference with T. Marano regarding scheduling meeting in DC on negotiations and direction for same | L190 | RRM | .30 | 345.00 | 103.50 |
| 05/29/12 | Telephone conference with Lisa Reilly regarding governmental regulator concerns regarding lender placed-insurance | L120 | DCL | .20 | 376.00 | 75.20 |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    23
AUGUST 28, 2012

0R0802-301220

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/29/12 | Conference call with E. Buxbaum regarding DFS investigation | L120 | DCL | .40 | 376.00 | 150.40 |
| 05/29/12 | Review documents for production to governmental regulator | L120 | DCL | 1.40 | 376.00 | 526.40 |
| 05/29/12 | Draft and revise letter to send out to certain borrowers in conjunction with relevant AG metric and  remediation files | L250 | ASI | 1.30 | 249.00 | 323.70 |
| 05/29/12 | Review and analyze workstream report and outstanding foreclosure issues that need resolution | C300 | ASI | 1.00 | 249.00 | 249.00 |
| 05/30/12 | Conference with Veritext to request copy of transcript from May 21, 2012 | L140 | RBB | .20 | 149.00 | 29.80 |
| 05/30/12 | Prepare correspondence to Veritext to request copy of  transcript from May 21, 2012 | L140 | RBB | .20 | 149.00 | 29.80 |
| 05/30/12 | Prepare correspondence to client regarding cost of  copy of  transcript from May 21, 2012 | L140 | RBB | .10 | 149.00 | 14.90 |
| 05/30/12 | Telephone conference with G. Gillet with DOJ regarding meeting on June 4 and extensive follow up with e-mails and cooperate with the Monitor | L190 | RRM | 2.10 | 345.00 | 724.50 |
| 05/30/12 | Prepare for call on national standards and subsequent call with GMAC group on implementation of same | L190 | RRM | .60 | 345.00 | 207.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    24
AUGUST 28, 2012

0R0802-301220

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/30/12 | Review of documents in preparation for cross-servicer consumer relief work and participation in same | L190 | RRM | 1.30 | 345.00 | 448.50 |
| 05/30/12 | E-mail correspondence to and from D.Dsouza regarding testimony | L190 | RRM | .40 | 345.00 | 138.00 |
| 05/30/12 | E-mail correspondence to and from J.Pensabene with regard to national standards compliance and then draft e-mail to group regarding same | L190 | RRM | .40 | 345.00 | 138.00 |
| 05/30/12 | Review e-mail from J. Madsen with regard to Metric on Foreclosure Dual Track - metric #26 and analysis of same and then draft e-mail outlining analysis and follow-up correspondence of same | L190 | RRM | 1.10 | 345.00 | 379.50 |
| 05/30/12 | Research on administrative action and prelitigation investigations | L110 | CC | .80 | 225.00 | 180.00 |
| 05/30/12 | Researching issues related to GMAC Mortgage's bankruptcy and the investigation by the governmental regulator | L120 | JJS | .60 | 254.00 | 152.40 |
| 05/30/12 | Reviewing/editing a memorandum regarding GMAC Mortgage's bankruptcy the investigation by the governmental regulator. | L120 | JJS | 1.50 | 254.00 | 381.00 |
| 05/30/12 | Review and revise analysis chart requirements of assignments of mortgages across all states | L120 | MW | 4.10 | 263.00 | 1,078.30 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    25
AUGUST 28, 2012

0R0802-301220

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/31/12 | Preparation for telephone conference with Bill Finlay and Stephanie Pizzino and review of correspondence from certain of status in context of analysis of servicing settlement and short telephone conference with Finlay and Pizzino with regard to response | L190 | RRM | 1.10 | 345.00 | 379.50 |
| 05/31/12 | Review e-mail from Lauren Richard regarding upcoming meeting at HUD and respond to same with analysis and perception | L190 | RRM | .60 | 345.00 | 207.00 |
| 05/31/12 | Participate in Foreclosure status update meeting | L190 | RRM | .30 | 345.00 | 103.50 |
| 05/31/12 | Participate for OMSO and go over work plan | L190 | RRM | 1.10 | 345.00 | 379.50 |
| 05/31/12 | Prepare Fee Schedule telephone conference and review multiple Excel spreadsheet | L190 | RRM | .50 | 345.00 | 172.50 |
| 05/31/12 | Work on analysis of SCRA eligibility in context of servicing standards | L190 | RRM | .70 | 345.00 | 241.50 |
| 05/31/12 | Review, analyze, and respond to issues raised in implementation of AG metrics in preparation for weekly call with client | C300 | ASI | 4.80 | 249.00 | 1,195.20 |
| 05/31/12 | Followed up regarding state affidavit list | L120 | PMD | .30 | 345.00 | 103.50 |
| 05/31/12 | Review correspondence from governmental regulator regarding document production | L320 | DCL | .20 | 376.00 | 75.20 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE      26
AUGUST 28, 2012

ResCap

0R0802-301220

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 05/31/12 | Prepare supplemental document production | L320 | DCL | .20 | 376.00 | 75.20 |
| 05/31/12 | Weekly telephone conference with R.Royer and others regarding uniform servicing standards compliance | P270 | CSM | .50 | 300.00 | 150.00 |

FEES                                    $88,935.20


AMOUNT DUE THIS BILL              $88,935.20


***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    27
ResCap                                              AUGUST 28, 2012

0R0802-301220

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| J. Paul Compton, Jr. | Partner | 390.00 | .90 | 351.00 |
| Paige M. Boshell | Partner | 345.00 | 2.30 | 793.50 |
| Lesley Smith DeRamus | Counsel | 350.00 | .60 | 210.00 |
| Wendell Allen | Partner | 345.00 | 2.10 | 724.50 |
| Robert R. Maddox | Partner | 345.00 | 84.00 | 28,980.00 |
| D. Brian O'Dell | Partner | 345.00 | 2.70 | 931.50 |
| Daniel P. Golden | Partner | 354.00 | 6.90 | 2,442.60 |
| William L. Norton | Partner | 420.00 | 4.00 | 1,680.00 |
| Dana C. Lumsden | Partner | 376.00 | 42.40 | 15,942.40 |
| Robert B. Benson | Paralegal | 149.00 | 17.70 | 2,637.30 |
| Joycelyn J. Eason | Associate | 197.00 | 17.00 | 3,349.00 |
| Avery Simmons | Associate | 249.00 | 9.20 | 2,290.80 |
| Jose D. Vega | Associate | 219.00 | 1.00 | 219.00 |
| Jessica J. Sibley | Associate | 254.00 | 21.90 | 5,562.60 |
| Anne Averitt | Associate | 184.00 | 17.30 | 3,183.20 |
| Ellen Presley | Associate | 220.00 | 15.30 | 3,366.00 |
| Fritz Spainhour | Associate | 205.00 | .90 | 184.50 |
| Monica Wilson | Associate | 263.00 | 4.10 | 1,078.30 |
| Ashlee Hightower | Associate | 185.00 | 16.90 | 3,126.50 |
| Nader Raja | Associate | 280.00 | 16.70 | 4,676.00 |
| Cory S. Menees | Associate | 300.00 | 5.70 | 1,710.00 |
| Lucinda Kish | Paralegal | 65.00 | 22.10 | 1,436.50 |
| Melisa P. Palmer | Paralegal | 149.00 | 3.00 | 447.00 |
| Harvey L. Yarborough | Lit. Support | 166.00 | 4.00 | 664.00 |
| Catherine Clodfelter | Law Clerk | 225.00 | 12.50 | 2,812.50 |
| Kerry Keane | Paralegal | 91.00 | 1.50 | 136.50 |
| Total | | | 332.70 | 88,935.20 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    AUGUST 28, 2012
                                                         0R0802-301220
BILL AMOUNT        $88,935.20                            INVOICE #  801600

To:    ResCap                      TC Number:         705025
       1100 Virginia Drive         Invoice Date:      08/28/2012
       Fort Washington, PA 19034   Invoice No.        801600
                                   Period ending:     05/31/2012

Case Management Number      LD  0R0802-301220

                                        Current Invoice
Code Task                              Hours          Fees

B190 Other Contested Matters            6.90    $  2,442.60
B410 General Bankruptcy Advice/Opinions 4.00    $  1,680.00
C300 Analysis and Advice                7.90    $  1,967.10
L110 Fact Investigation/Development    14.70    $  3,079.50
L120 Analysis/Strategy                 81.10    $ 24,656.10
L140 Document/File Management           43.20   $  6,666.30
L190 Other Case Assessment, Develop't/Admin 111.00 $ 33,155.00
L230 Court Mandated Conferences         4.80    $  1,440.00
L250 Other Written Motions/Submissions  1.30    $    323.70
L320 Document Production                30.00   $  7,208.40
L450 Trial and Hearing Attendance       4.80    $  1,804.80
L530 Oral Argument                      1.20    $    451.20
L631 ESI Stage, preparation and process 4.00    $    664.00
L653 First Pass document review        16.90    $  3,126.50
P270 Regulatory Reviews                 0.90    $    270.00

                         ===================================
            TOTAL FEES   332.70         $ 88,935.20

            TOTAL FEES DUE              $ 88,935.20
       TOTAL DISBURSEMENTS DUE          $      0.00
         TOTAL DUE THIS INVOICE         $ 88,935.20