

BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    14
SEPTEMBER 14, 2012

0R0802-301220

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 06/12/12 | Organize and analyze non-judicial forms for compliance with the AG requirements | L140 | BC | 2.80 | 225.00 | 630.00 |
| 06/12/12 | Compile and provide J.Battle with numerous government information requests and responses and follow up on same | B190 | DPG | 6.10 | 354.00 | 2,159.40 |
| 06/12/12 | Individual meeting with Monitor on settlement, bankruptcy and compliance issues and follow up on same | L190 | RRM | 1.20 | 345.00 | 414.00 |
| 06/12/12 | Continue work on SCRA issues and follow up on communication with DOJ regarding same | L190 | RRM | .80 | 345.00 | 276.00 |
| 06/12/12 | Meeting with client in preparation for monitor meeting | L190 | RRM | 2.30 | 345.00 | 793.50 |
| 06/12/12 | Attend and represent company at OMSO and monitor meeting in New York | L190 | RRM | 7.60 | 345.00 | 2,622.00 |
| 06/12/12 | Multiple e-mail correspondence to and from Nationstar's counsel on questions related to settlement agreement/consent order | L190 | RRM | .70 | 345.00 | 241.50 |
| 06/12/12 | Multiple e-mail correspondence to and from client with regard to litigations/claims matters and follow up on same | L190 | RRM | .80 | 345.00 | 276.00 |
| 06/12/12 | Review e-mail from Joe Chambers state office inquiring about donations or demolitions under agreement and inquire with client | L190 | RRM | .40 | 345.00 | 138.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    15
SEPTEMBER 14, 2012

0R0802-301220

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/13/12 | Attend and represent company in meetings with Monitor and OMSO in New York and continue to work on multiple matters related to metrics and servicing standards | L190 | RRM | 7.70 | 345.00 | 2,656.50 |
| 06/13/12 | Review e-mail  with regard to work on servicing standards and respond to same | L190 | RRM | .50 | 345.00 | 172.50 |
| 06/13/12 | Review note from State Banking Department and return call and leave message | L190 | RRM | .30 | 345.00 | 103.50 |
| 06/13/12 | Continue work on analysis of documents utilized in foreclosures and updated status of same | L190 | RRM | .90 | 345.00 | 310.50 |
| 06/13/12 | Multiple e-mail correspondence on various loan issues and work through analysis with client | L190 | RRM | 1.20 | 345.00 | 414.00 |
| 06/13/12 | Draft detailed response to client inquiry as to DOJ matters and provide detailed information on same | L190 | RRM | 1.10 | 345.00 | 379.50 |
| 06/13/12 | Organize and analyze non-judicial forms for compliance with the AG requirements | L140 | BC | 2.80 | 225.00 | 630.00 |
| 06/13/12 | Revise and edit the excel spreadsheet listing non-judicial forms | L110 | BC | 1.30 | 225.00 | 292.50 |
| 06/13/12 | Reviewed and analyzed state law regarding the Affidavit of Compliance | L320 | JJE | 1.60 | 197.00 | 315.20 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    16
SEPTEMBER 14, 2012

0R0802-301220

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/13/12 | Email from and to client regarding use of form affidavit of compliance with state law | C300 | JJE | .20 | 197.00 | 39.40 |
| 06/13/12 | Review documents among GMACM's document production for N.Y. Dept of Financial Services | L320 | DCL | 1.30 | 376.00 | 488.80 |
| 06/13/12 | Conference call regarding supplemental production for N.Y. Dept of Financial Services | L320 | DCL | .20 | 376.00 | 75.20 |
| 06/13/12 | Analyze correspondence from client for N.Y. Dept of Financial Services regarding status of investigation | L120 | DCL | .20 | 376.00 | 75.20 |
| 06/13/12 | Review and analyze non-judicial forms gathered from foreclosure counsel and revise and analyze index relating to same | L120 | ASI | 4.60 | 249.00 | 1,145.40 |
| 06/14/12 | Communicate and review report with foreclosure department regarding work stream status on AG metric and progress on same | L110 | ASI | .30 | 249.00 | 74.70 |
| 06/14/12 | Phone call and emails regarding production of documents to conform to government's request | L390 | PDD | .60 | 267.00 | 160.20 |
| 06/14/12 | Review responses to state attorney general subpoena and memo to client regarding same | L320 | JDO | .20 | 293.00 | 58.60 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    17
SEPTEMBER 14, 2012

0R0802-301220

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/14/12 | Review and analyze foreclosure file and additional pleadings to aid in preparation of Motion to Quash Subpoena and Memorandum in Support of Motion to Quash Subpoena | L210 | HHW | 1.60 | 263.00 | 420.80 |
| 06/14/12 | Draft and revise Motion to Quash and Memorandum in Support of Motion to Quash | L210 | HHW | 4.60 | 263.00 | 1,209.80 |
| 06/14/12 | Conduct legal research regarding collateral attack under state law | C200 | HHW | 2.40 | 263.00 | 631.20 |
| 06/14/12 | Research regarding production of documents to N.Y. Dept of Financial Services | L140 | RBB | .80 | 149.00 | 119.20 |
| 06/14/12 | (NY-DFS) Prepare update, for review, of research to determine if the documents sent as Supplemental Production to Volume 3 of the Document production were formatted to Concordance | L140 | RBB | .30 | 149.00 | 44.70 |
| 06/14/12 | Review and analysis of privilege-redaction log letter in order to begin preparation of privilege log to be sent to state | L140 | RBB | .30 | 149.00 | 44.70 |
| 06/14/12 | Continue background work on draft letter to Monitor and extensive research and related e-mail-correspondence to client | L190 | RRM | 3.30 | 345.00 | 1,138.50 |
| 06/14/12 | Review follow up of draft memo to DOJ and then participate in subsequent telephone conferences | L190 | RRM | 1.70 | 345.00 | 586.50 |



# BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

OR0802-301220

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/14/12 | Review e-mail with regard to draft work plans on SPOC, and extensive review of same | L190 | RRM | 2.10 | 345.00 | 724.50 |
| 06/14/12 | Multiple e-mail correspondence with client on matter | L190 | RRM | .90 | 345.00 | 310.50 |
| 06/14/12 | Extensive follow up with Jim Medger on affidavit matters and follow up with other servicers on specifics | L190 | RRM | 3.10 | 345.00 | 1,069.50 |
| 06/14/12 | Multiple e-mails related to and participate in cross-servicer call | L190 | RRM | 1.60 | 345.00 | 552.00 |
| 06/14/12 | Review e-mail from client with attached document and initial review of same and request referenced documentation of same and continue review | L190 | RRM | 1.30 | 345.00 | 448.50 |
| 06/14/12 | Telephone conference with counsel for Balboa Insurance regarding document production for NY State Department of Financial Services | L320 | NSR | .10 | 280.00 | 28.00 |
| 06/14/12 | Reviewing letter from New York Department of Financial Services regarding privilege log | L320 | NSR | .10 | 280.00 | 28.00 |
| 06/15/12 | Work on draft letter to monitor regarding compliance questions | L190 | RRM | 1.80 | 345.00 | 621.00 |
| 06/15/12 | Telephone conference with client regarding responding to New York Attorney General on certain issues | L190 | RRM | .40 | 345.00 | 138.00 |



# BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    19
SEPTEMBER 14, 2012

0R0802-301220

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/15/12 | Multiple e-mail correspondence with regard to revising and drafting letter on credit reporting | L190 | RRM | 1.30 | 345.00 | 448.50 |
| 06/15/12 | Review agenda and participate on consumer relief call | L190 | RRM | .50 | 345.00 | 172.50 |
| 06/15/12 | Multiple e-mails with client with regard to revisions to letter and telephone conference with client regarding same | L190 | RRM | .90 | 345.00 | 310.50 |
| 06/15/12 | Draft e-mail to client with research and request from MMC | L190 | RRM | .60 | 345.00 | 207.00 |
| 06/15/12 | Telephone conference with counsel for Nationstar | L190 | RRM | .70 | 345.00 | 241.50 |
| 06/15/12 | Telephone conference with Brian Hauck with Department of Justice regarding status update on APA | L190 | RRM | .40 | 345.00 | 138.00 |
| 06/15/12 | Voicemail and follow up e-mail on behalf of GMAC to State Banking Department | L190 | RRM | .20 | 345.00 | 69.00 |
| 06/15/12 | Multiple additional comments and edits to draft letter to monitor and review and incorporate same into revised letter | L190 | RRM | 1.80 | 345.00 | 621.00 |
| 06/15/12 | Review and analysis of documents reviewed for privilege to begin preparation of privilege log to be sent to E. Buxbam | L140 | RBB | 3.00 | 149.00 | 447.00 |
| 06/15/12 | Review and analysis of correspondence from E.Buxbam regarding issues with her copy of supplemental production documents | L140 | RBB | .30 | 149.00 | 44.70 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    20
SEPTEMBER 14, 2012

0R0802-301220

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/15/12 | Volume 3 supplemental production documents to be sent to E.Buxbam | L140 | RBB | .70 | 149.00 | 104.30 |
| 06/15/12 | Prepare summary memo of research of privileged documents in the files of production materials for attorney review | L140 | RBB | .30 | 149.00 | 44.70 |
| 06/15/12 | Prepare correspondence to E.Buxbaum regarding CD of Document production - Volume 3 supplemental production documents | L140 | RBB | .30 | 149.00 | 44.70 |
| 06/15/12 | Emails from local counsel and to client discussing review and analysis of statutory interpretation regarding affidavit and execution of same | C300 | JJE | .80 | 197.00 | 157.60 |
| 06/15/12 | Conference call with Ellen Buxbaum of NYDFS regarding GMACM's compliance with subpoenas | L120 | DCL | .20 | 376.00 | 75.20 |
| 06/15/12 | Prepare supplemental document production to N.Y. Dept of Financial Services | L320 | DCL | .40 | 376.00 | 150.40 |
| 06/15/12 | Prepare privilege log for N.Y. Dept of Financial Services | L320 | DCL | .50 | 376.00 | 188.00 |
| 06/16/12 | Review e-mail from client with regard to final position and authorization on letter | L190 | RRM | .10 | 345.00 | 34.50 |
| 06/16/12 | Multiple e-mail correspondence with GMAC implementation group on upcoming meetings in New York | L190 | RRM | .70 | 345.00 | 241.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    21
SEPTEMBER 14, 2012

0R0802-301220

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/16/12 | Telephone call with client regarding plans for meetings | L190 | RRM | .80 | 345.00 | 276.00 |
| 06/17/12 | Review and respond to e-mails with implementation team with regard to metrics and upcoming meeting with monitor | L190 | RRM | 1.70 | 345.00 | 586.50 |
| 06/17/12 | Conduct legal research regarding Pennsylvania case law discussing documentation issues and finalize memorandum | C200 | HHW | .90 | 263.00 | 236.70 |
| 06/17/12 | Review and analyze state non-judicial foreclosure laws and forms to develop form template in order to meet National Servicing Standard | L110 | ASI | 1.20 | 249.00 | 298.80 |
| 06/18/12 | Review applicable law and AG Servicing Standard metric and develop uniform templates for applicable states | L110 | ASI | 2.10 | 249.00 | 522.90 |
| 06/18/12 | Prepare for and attend call with other servicers relating to metric letter and development of same | L110 | ASI | .40 | 249.00 | 99.60 |
| 06/18/12 | Meet with client re: metrics testing protocols | L190 | FWA | .80 | 345.00 | 276.00 |
| 06/18/12 | Analyze various documents in preparation for conference call discussing standard form project | L120 | LG | .50 | 185.00 | 92.50 |
| 06/18/12 | Call discussing standard form project | L120 | LG | .30 | 185.00 | 55.50 |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    22
SEPTEMBER 14, 2012

0R0802-301220

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/18/12 | Exchange messages with Balboa's counsel regarding the NYDFS production of documents reflecting the payment of money to GMACM | L120 | DCL | .40 | 376.00 | 150.40 |
| 06/18/12 | Prepare GMACM's privilege log regarding NYDFS production | L320 | DCL | 1.30 | 376.00 | 488.80 |
| 06/18/12 | (NY-DFS) Review and analysis of Volume 4 of document production on Concordance in order to determine number of privileged documents within that document production set | L140 | RBB | 1.20 | 149.00 | 178.80 |
| 06/18/12 | (NY-DFS) Prepare privilege log template | L140 | RBB | .50 | 149.00 | 74.50 |
| 06/18/12 | (NY-DFS) Review and analysis of privilege log requirements with Litigation Support group in order to prepare status update memo for attorney review | L140 | RBB | .40 | 149.00 | 59.60 |
| 06/18/12 | Prepare status update memo for attorney review regarding NYDFS document production | L140 | RBB | .20 | 149.00 | 29.80 |
| 06/18/12 | Teleconference to strategize states to finalize by deadline | L120 | JW | .40 | 190.00 | 76.00 |
| 06/18/12 | Compare documents requested by GMAC to previously-drafted documents and prepare to send to counsel | L110 | JW | .40 | 190.00 | 76.00 |
| 06/18/12 | Prepare for and review documents for upcoming meetings in New York | L190 | RRM | 4.90 | 345.00 | 1,690.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    23
SEPTEMBER 14, 2012

0R0802-301220

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/18/12 | Attend servicer meeting and discussion around implementation and compliance | L190 | RRM | 5.20 | 345.00 | 1,794.00 |
| 06/18/12 | Multiple e-mail correspondence on | L190 | RRM | 1.20 | 345.00 | 414.00 |
| 06/18/12 | Draft e-mail to Bill Cherry with attached correspondence on request by company | L190 | RRM | .40 | 345.00 | 138.00 |
| 06/18/12 | Review and respond to e-mails regarding privileged documents withheld from production to New York State Department of Financial Services | L320 | NSR | .20 | 280.00 | 56.00 |
| 06/18/12 | Drafting letter to New York State Department of Financial Services regarding extension of time to produce privilege log | L320 | NSR | .50 | 280.00 | 140.00 |
| 06/19/12 | Revising and finalizing letter to New York State Department of Financial Services regarding document production | L320 | NSR | .50 | 280.00 | 140.00 |
| 06/19/12 | Reviewing e-mail correspondence regarding Balboa document production | L320 | NSR | .20 | 280.00 | 56.00 |
| 06/19/12 | Attend servicer-only meeting in New York on enforcement issues | L190 | RRM | 1.40 | 345.00 | 483.00 |
| 06/19/12 | Prepare for and attend OMSO/PPF/Servicer metrics in New York and focus on work plan and metrics and then servicer-only work | L190 | RRM | 9.10 | 345.00 | 3,139.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    24
SEPTEMBER 14, 2012

0R0802-301220

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/19/12 | Review multiple e-mail correspondence related to solicitation and consumer relief | L190 | RRM | .80 | 345.00 | 276.00 |
| 06/19/12 | Meeting with other servicers and discussion of next steps on metrics deliverables | L190 | RRM | .80 | 345.00 | 276.00 |
| 06/19/12 | Review of multiple letters involving consumer relief and review related standards and metrics, make suggested revision to same and e-mail to client | L190 | RRM | 1.40 | 345.00 | 483.00 |
| 06/19/12 | Requesting accounting records related to the payment for conversion costs made to GMAC. | L120 | JJS | .20 | 254.00 | 50.80 |
| 06/19/12 | Review correspondence and spreadsheets related to template standardization implementation | L120 | JW | .60 | 190.00 | 114.00 |
| 06/19/12 | Draft standardized state non-judicial documents | L110 | JW | 1.70 | 190.00 | 323.00 |
| 06/19/12 | Review analysis and summary of correspondence and document production | L140 | RBB | 1.30 | 149.00 | 193.70 |
| 06/19/12 | (NY-DFS) Prepare memorandum, for attorney review, detailing documents produced by volume of document production, or as exhibits for public hearing(s), as well as the total for documents produced to date | L140 | RBB | .30 | 149.00 | 44.70 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    25
SEPTEMBER 14, 2012

0R0802-301220

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/19/12 | (NY-DFS) Review and analysis of letter to E.Buxbaum regarding preparation of privilege log and expected date of its initial production for case status update | L140 | RBB | .20 | 149.00 | 29.80 |
| 06/19/12 | (NY-DFS) Review and analysis of Transcript from Public Hearing | L140 | RBB | 2.60 | 149.00 | 387.40 |
| 06/19/12 | Prepare privilege log for NYDFS | L320 | DCL | .30 | 376.00 | 112.80 |
| 06/19/12 | Analyze insurance issues relating to GMAC | L120 | DCL | .50 | 376.00 | 188.00 |
| 06/19/12 | Review applicable law and AG Servicing Standard metric and develop  uniform templates for applicable states | L110 | ASI | 5.60 | 249.00 | 1,394.40 |
| 06/19/12 | Review applicable law and begin to develop affidavit template for use in state foreclosure actions | L110 | ASI | .40 | 249.00 | 99.60 |
| 06/20/12 | Review applicable law and AG Servicing Standard metric and develop uniform templates for applicable states | L110 | ASI | 3.10 | 249.00 | 771.90 |
| 06/20/12 | [NYDFS] Prepare privilege log | L120 | DCL | .70 | 376.00 | 263.20 |
| 06/20/12 | NYDFS] Analyze documents produced by Balboa Insurance regarding conversion costs | L120 | DCL | .40 | 376.00 | 150.40 |
| 06/20/12 | Review proposed letter related to remediation for approval in response to Consent Order | L190 | FWA | .70 | 345.00 | 241.50 |
| 06/20/12 | (NY-DFS) Prepare privilege log | L140 | RBB | 1.90 | 149.00 | 283.10 |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    26
SEPTEMBER 14, 2012

0R0802-301220

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/20/12 | (NY-DFS) Prepare initial draft of privilege log for attorney review | L140 | RBB | .80 | 149.00 | 119.20 |
| 06/20/12 | (NY-DFS) Document Production(from Concordance into PDF format) documents from  privilege log for attorney review | L140 | RBB | 1.20 | 149.00 | 178.80 |
| 06/20/12 | (NY-DFS) Conference call regarding draft of privilege log and the documents listed as privileged | L140 | RBB | .20 | 149.00 | 29.80 |
| 06/20/12 | Draft state specific non-judicial template documents | L110 | JW | 1.10 | 190.00 | 209.00 |
| 06/20/12 | Draft West Virginia non-judicial template documents | L110 | JW | 2.50 | 190.00 | 475.00 |
| 06/20/12 | Email West Virginia non-judicial template documents to counsel | L110 | JW | .20 | 190.00 | 38.00 |
| 06/20/12 | Meet and work with other servicers at monitor meeting | L190 | RRM | 5.70 | 345.00 | 1,966.50 |
| 06/20/12 | Telephone conference with client with regard to consumer relief, and follow up and review relevant materials and advise of same | L190 | RRM | .90 | 345.00 | 310.50 |
| 06/20/12 | Review of declaration page and related e-mail correspondence and participate in unsecured creditors committee call | L190 | RRM | 1.30 | 345.00 | 448.50 |
| 06/20/12 | Prepare for meeting by reviewing  work plan and make GMAC specific audits and revisions for same in anticipation of company specific work plan | L190 | RRM | 2.10 | 345.00 | 724.50 |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    27
SEPTEMBER 14, 2012

0R0802-301220

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/20/12 | Review e-mail from State Banking official as to their position and respond to same for setting up call | L190 | RRM | .30 | 345.00 | 103.50 |
| 06/20/12 | Review of letters with regard to solicitation requirements and draft e-mail to client and advise of timing issue | L190 | RRM | .70 | 345.00 | 241.50 |
| 06/20/12 | Draft e-mail to OMSO with metrics and send confirmation e-mail to client | L190 | RRM | .30 | 345.00 | 103.50 |
| 06/20/12 | Conference regarding privilege log and status | L320 | NSR | .20 | 280.00 | 56.00 |
| 06/21/12 | Telephone conference with client with regard to multiple issues related to AG/DOJ settlement and begin to follow up on direction for same | L190 | RRM | 1.70 | 345.00 | 586.50 |
| 06/21/12 | Telephone conference with client with regard to loan issues and discussion around same | L190 | RRM | .30 | 345.00 | 103.50 |
| 06/21/12 | Multiple e-mails and telephone conference with J Grissom with Wells Fargo as to third party vendor management | L190 | RRM | .50 | 345.00 | 172.50 |
| 06/21/12 | E-mail correspondence and telephone conference with C Dankwhite with Chase with regard to third party vendor management and discussion | L190 | RRM | .80 | 345.00 | 276.00 |
| 06/21/12 | Reviewing the excel spreadsheet related to conversion costs. | L120 | JJS | .10 | 254.00 | 25.40 |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    28
SEPTEMBER 14, 2012

0R0802-301220

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/21/12 | Review e-mail from Matt Feeney with list of GMAC foreclosure counsel | L190 | RRM | .70 | 345.00 | 241.50 |
| 06/21/12 | E-mail correspondence to and from Stephanie Pizzino with regard to states that Alabama State Banking has decided to withdraw their remote exam | L190 | RRM | .40 | 345.00 | 138.00 |
| 06/21/12 | Revise state template documents to incorporate changes proposed by local counsel | L110 | JW | .70 | 190.00 | 133.00 |
| 06/21/12 | (NY-DFS) Review and analysis of documents related to document production case update | L140 | RBB | 1.20 | 149.00 | 178.80 |
| 06/21/12 | Review and analysis of correspondence to/from E.Buxbaum regarding Volume 4 of document production | L140 | RBB | .30 | 149.00 | 44.70 |
| 06/21/12 | (NY-DFS) Prepare and send new cover letter (for replacement disk) for Volume 4 of document production to E.Buxbaum | L140 | RBB | .40 | 149.00 | 59.60 |
| 06/21/12 | (NY-DFS) Document production to E.Buxbaum | L140 | RBB | 1.40 | 149.00 | 208.60 |
| 06/21/12 | (NY-DFS) Document production- (Volume 4 of document production û formatted to Concordance) copied to J drive for attorney review of documents | L140 | RBB | .70 | 149.00 | 104.30 |
| 06/21/12 | Analyze and review production done by client directly to state investigator | L631 | HLY | 1.50 | 166.00 | 249.00 |



# BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    29
SEPTEMBER 14, 2012

OR0802-301220

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/21/12 | Prepare for and attend call with client to discuss testing metrics and related operational issues | L190 | FWA | 1.70 | 345.00 | 586.50 |
| 06/21/12 | Finalize lists of applicable files for delivery of AG metric letters | L110 | ASI | .40 | 249.00 | 99.60 |
| 06/21/12 | Review FDIC notice regarding extension of reviews | L190 | JPC | .40 | 390.00 | 156.00 |
| 06/21/12 | Notice regarding Servicemembers servicing practices | L110 | JPC | .30 | 390.00 | 117.00 |
| 06/21/12 | Analyze issues with government document production | L320 | PDD | .40 | 267.00 | 106.80 |
| 06/21/12 | Review applicable law and AG Servicing Standard metric and develop uniform templates for applicable states and respond to additional issues raised in implementation of same | L110 | ASI | 5.10 | 249.00 | 1,269.90 |
| 06/21/12 | Review applicable law and continue to develop affidavit templates for use in foreclosure actions in state | L210 | ASI | .70 | 249.00 | 174.30 |
| 06/22/12 | Analyze and resolve issues with document production to government | L390 | PDD | .40 | 267.00 | 106.80 |
| 06/22/12 | Review applicable law and AG Servicing Standard metric and develop uniform templates for applicable states and respond to additional issues raised in implementation of same | L110 | ASI | 3.40 | 249.00 | 846.60 |



## BRADLEY ARANT
## BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    30
SEPTEMBER 14, 2012

0R0802-301220

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/22/12 | Analyze and review government document production done by client | L631 | HLY | 1.00 | 166.00 | 166.00 |
| 06/22/12 | Review final state non-judicial form templates in state, analyze procedure for collecting final forms, and coordinate access on a state-by-state basis | L110 | KK | 1.20 | 91.00 | 109.20 |
| 06/22/12 | [NYDFS] Teleconference with Ellen Buxbaum regarding status of GMACM Production | L120 | DCL | .30 | 376.00 | 112.80 |
| 06/22/12 | (NY-DFS) Prepare new cover letter (for replacement disk) for Volume 5 of document production to E.Buxbaum | L140 | RBB | .20 | 149.00 | 29.80 |
| 06/22/12 | (NY-DFS) Document production for Volume 5 of document production to E.Buxbaum | L140 | RBB | 1.00 | 149.00 | 149.00 |
| 06/22/12 | (NY-DFS) Document production- (Volume 5 of document production û formatted to Concordance) copied to J drive for attorney review of documents | L140 | RBB | .50 | 149.00 | 74.50 |
| 06/22/12 | Preparation for and substantial telephone conference with State Examiner with regard to numerous loan files | L190 | RRM | .90 | 345.00 | 310.50 |
| 06/22/12 | Extensive telephone conference with client with regard to consumer relief provisions and discussion of same | L190 | RRM | .50 | 345.00 | 172.50 |
| 06/22/12 | Additional analysis on AG/DOJ agreement provisions and work on outline for same | L190 | RRM | 2.20 | 345.00 | 759.00 |

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap


SEPTEMBER 14, 2012

0R0802-301220

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 06/22/12 | Multiple e-mail correspondence with client with regard third party vender management | L190 | RRM | .60 | 345.00 | 207.00 |
| 06/22/12 | Review voice mail from N. Orstein and draft and e-mail correspondence in response regarding implementation and compliance | L190 | RRM | 1.20 | 345.00 | 414.00 |
| 06/22/12 | Telephone conference with T. Goren and draft e-mail to Goren attaching Exhibit i and directing him to relevant portions of document | L190 | RRM | .60 | 345.00 | 207.00 |
| 06/22/12 | Draft e-mail to client with regard to bankruptcy related issues and inquiry as to position of same for upcoming meetings and review responses to same | L190 | RRM | .60 | 345.00 | 207.00 |
| 06/22/12 | Prepare for and telephone conference on servicing standards | L190 | RRM | .90 | 345.00 | 310.50 |
| 06/22/12 | Following up with counsel for Balboa regarding accounting records | L120 | JJS | .20 | 254.00 | 50.80 |
| 06/23/12 | Review e-mail from Megan Jarboe with attachment and review of same | L190 | RRM | .30 | 345.00 | 103.50 |
| 06/24/12 | Review multiple mails with multiple attachments as to detail of work plan on testing metrics | L190 | RRM | 1.60 | 345.00 | 552.00 |
| 06/24/12 | Review servicing standards and metrics in preparations for calls | L190 | FWA | 1.00 | 345.00 | 345.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

0R0802-301220

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/25/12 | Prepare for and attend planning meetings for upcoming monitoring conference call | L190 | FWA | 4.10 | 345.00 | 1,414.50 |
| 06/25/12 | Review and draft comments on inserts from Monitor | L190 | FWA | 2.80 | 345.00 | 966.00 |
| 06/25/12 | Review applicable law and AG Servicing Standard metric and develop uniform templates for applicable states and respond to additional issues raised in implementation of same | C300 | ASI | 4.80 | 249.00 | 1,195.20 |
| 06/25/12 | NYDFS] Conference call with Balboa's counsel regarding document production | L120 | DCL | .20 | 376.00 | 75.20 |
| 06/25/12 | NYDFS] Prepare supplemental document production | L320 | DCL | .40 | 376.00 | 150.40 |
| 06/25/12 | Prepare for and attend call with other servicers relating to implementation of letter required by AG metric | C300 | ASI | .50 | 249.00 | 124.50 |
| 06/25/12 | Prepare index of foreclosure documents BABC has helped create, broken down by state and department. | L110 | MPE | 3.00 | 149.00 | 447.00 |
| 06/25/12 | (NY-DFS) Review and analysis of correspondence regarding production of privilege log to E.Buxbaum for case status update | L140 | RBB | .30 | 149.00 | 44.70 |
| 06/25/12 | Review case law to determine whether uniform templates comply with new state requirements | L110 | JW | .30 | 190.00 | 57.00 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    33
SEPTEMBER 14, 2012

0R0802-301220

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 06/25/12 | Review of underlying documents and participate in cross-servicer call and follow up on same | L190 | RRM | 1.20 | 345.00 | 414.00 |
| 06/25/12 | Draft e-mail to Denzil Dsouza with additional documents and review of same | L190 | RRM | .90 | 345.00 | 310.50 |
| 06/25/12 | Draft e-mail to with updated information and review of attachment | L190 | RRM | .30 | 345.00 | 103.50 |
| 06/25/12 | Review e-mail from AUSA Southern District of New York regarding updated status on APA revisions and respond to same | L190 | RRM | .40 | 345.00 | 138.00 |
| 06/25/12 | Analyzing documents withheld from production on basis of privilege in order to complete privilege log | L320 | NSR | 3.20 | 280.00 | 896.00 |
| 06/26/12 | Continue work on review of work plan draft | L190 | RRM | .90 | 345.00 | 310.50 |
| 06/26/12 | Draft e-mail to client as to clarification of documents to be reviewed in non-judicial states | L190 | RRM | .40 | 345.00 | 138.00 |
| 06/26/12 | Review multiple documents on joint servicer material and comments with regard to same | L190 | RRM | .00 | 345.00 | 0.00 |
| 06/26/12 | Review e-mail from Patrick Madigan, with Iowa Attorney General's office, with regard to request and draft multiple responses to e-mails with regarding to same | L190 | RRM | .90 | 345.00 | 310.50 |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    34
SEPTEMBER 14, 2012

0R0802-301220

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/26/12 | Prepare training for GMAC and employees on DOJ Consent Order | C300 | MCG | 3.10 | 323.00 | 1,001.30 |
| 06/26/12 | Bank of New York/Rosado - review and revise interrogatory responses | L310 | JDV | .50 | 219.00 | 109.50 |
| 06/26/12 | NYDFS] Review privilege log | L320 | DCL | .70 | 376.00 | 263.20 |
| 06/26/12 | [NYDFS] Telephone conference with Ellen Buxbaum of the New York Department of Financial Services regarding sufficiency of GMACMs production | L120 | DCL | .40 | 376.00 | 150.40 |
| 06/26/12 | Review , analyze and respond to issues raised in implementation of AG National Servicing Standards, including attending calls with client and other servicers relating to implementation of metrics, definition of metrics, and responses to the monitor | C300 | ASI | 4.30 | 249.00 | 1,070.70 |
| 06/26/12 | Confer with client re: document revisions | L190 | FWA | 1.70 | 345.00 | 586.50 |
| 06/26/12 | Prepare for and attend servicer metric and document revision conference calls and confer with client | L190 | FWA | 4.10 | 345.00 | 1,414.50 |
| 06/26/12 | Review and provide documents to monitor | L190 | FWA | .40 | 345.00 | 138.00 |
| 06/27/12 | Review, analyze and respond to issues raised in implementation of AG National Servicing Standards, including attending calls with client and other servicers relating to implementation of metrics, definition of metrics, and responses to the monitor | C300 | ASI | 2.80 | 249.00 | 697.20 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    35
SEPTEMBER 14, 2012

0R0802-301220

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/27/12 | Confer with client re: document revisions | L190 | FWA | .80 | 345.00 | 276.00 |
| 06/27/12 | Prepare for and attend servicer metric and document revision conference calls and confer with client re: impact of the same | L190 | FWA | 5.10 | 345.00 | 1,759.50 |
| 06/27/12 | NYDFS] Conferences with Balboa's counsel regarding the Department's request for documents | L120 | DCL | .30 | 376.00 | 112.80 |
| 06/27/12 | [NYDFS] Analyze GMACM's post-hearing document production | L120 | DCL | .80 | 376.00 | 300.80 |
| 06/27/12 | (NY-DFS) Review and analysis of correspondence regarding: GMAC NY Hearings Information for case status update | L140 | RBB | .30 | 149.00 | 44.70 |
| 06/27/12 | Prepare training for GMAC and employees on DOJ Consent Order | C300 | MCG | .90 | 323.00 | 290.70 |
| 06/27/12 | Review multiple e-mails from Denzil Dsouza with regard to filed affidavits | L190 | RRM | .60 | 345.00 | 207.00 |
| 06/27/12 | Review e-mail from client with attachment servicing standards | L190 | RRM | .40 | 345.00 | 138.00 |
| 06/27/12 | Review e-mail from Megan Jarboe with revised work plan attachment and review of same | L190 | RRM | 1.80 | 345.00 | 621.00 |
| 06/27/12 | Reviewing and responding to client e-mail regarding documents withheld from production on basis of privilege | L120 | NSR | .20 | 280.00 | 56.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    36
SEPTEMBER 14, 2012

0R0802-301220

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/27/12 | Reviewing and analyzing follow-up information regarding testimony before New York Department of Financial Services | L120 | NSR | .90 | 280.00 | 252.00 |
| 06/27/12 | Drafting letter to New York Department of Financial Services regarding supplemental responses to follow-up items from public hearings | L120 | NSR | .90 | 280.00 | 252.00 |
| 06/28/12 | Telephone conference with client regarding supplementation of responses to NYDFS | L120 | NSR | .30 | 280.00 | 84.00 |
| 06/28/12 | Draft letter to E.Buxbaum at NYDFS regarding production of privilege log | L120 | NSR | .30 | 280.00 | 84.00 |
| 06/28/12 | Reviewing and revising letter to E.Buxbaum at NYDFS regarding supplementation of responses | L120 | NSR | .30 | 280.00 | 84.00 |
| 06/28/12 | E-mail correspondence with client regarding insurance issues | L120 | NSR | .20 | 280.00 | 56.00 |
| 06/28/12 | Multiple e-mail correspondence with client with regard to implementation and compliance | L190 | RRM | .40 | 345.00 | 138.00 |
| 06/28/12 | Review of draft pre-foreclosure notice and make comments with regard to same | L190 | RRM | .70 | 345.00 | 241.50 |
| 06/28/12 | Review finalized state non-judicial form templates | L110 | KK | .30 | 91.00 | 27.30 |
| 06/28/12 | [NYDFS] Telephone conference with E. Buxbaum regarding sufficiency of GMACM document production | L120 | DCL | .30 | 376.00 | 112.80 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    37
SEPTEMBER 14, 2012

OR0802-301220

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/28/12 | [NYDFS] Review and approve privilege log | L120 | DCL | .40 | 376.00 | 150.40 |
| 06/28/12 | Prepare for and attend conference calls related to servicer metric edits and review documents related to the same | L190 | FWA | 4.50 | 345.00 | 1,552.50 |
| 06/28/12 | Review, analyze and respond to issues raised in implementation of AG National Servicing Standards, including attending calls with client and other servicers relating to implementation of metrics, definition of metrics, and responses to the monitor | C300 | ASI | 2.10 | 249.00 | 522.90 |
| 06/28/12 | Prepare for and attend call with client relating to implementation of AG National Servicing Standards, including review of outstanding items and analysis of steps left to complete action items | C300 | ASI | .60 | 249.00 | 149.40 |
| 06/29/12 | Review applicable law and AG Servicing Standard metric and develop uniform templates for applicable states and respond to additional issues raised in implementation of same | C300 | ASI | 2.80 | 249.00 | 697.20 |
| 06/29/12 | Prepare for and attend conference calls related to servicing standards and metrics for the same | L190 | FWA | 3.40 | 345.00 | 1,173.00 |
| 06/29/12 | Provide analysis of AG servicing standards related to principal reduction and loss mitigation requirements for pending litigation files | C300 | ASI | .70 | 249.00 | 174.30 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    38
SEPTEMBER 14, 2012

0R0802-301220

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/29/12 | Revise and edit state-by-state chart regarding collection rights | L120 | GWG | 1.00 | 263.00 | 263.00 |
| 06/29/12 | Review final state non-judicial forms for GMAC for implementation | L110 | KK | .40 | 91.00 | 36.40 |
| 06/29/12 | (NY-DFS) Review and analysis of documents for production as volume 5 of production, supplemental, to E.Buxbaum | L140 | RBB | .30 | 149.00 | 44.70 |
| 06/29/12 | Telephone conference with client reporting outside counsel firms | L110 | JW | .80 | 190.00 | 152.00 |
| 06/29/12 | Review e-mail and attached correspondence from Department of Justice with regard to SCRA | L190 | RRM | .80 | 345.00 | 276.00 |
| 06/29/12 | Multiple e-mail correspondence with client with regard to background on new proposed SPF and additional information background to follow | L190 | RRM | .40 | 345.00 | 138.00 |
| 06/29/12 | Review and revise privilege log and cover letter to E.Buxbaum at New York Department of Financial Services | L320 | NSR | .30 | 280.00 | 84.00 |

FEES                                                $119,303.30

AMOUNT DUE THIS BILL                     $119,303.30

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

0R0802-301220

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| J. Paul Compton, Jr. | Partner | 390.00 | .70 | 273.00 |
| Paige M. Boshell | Partner | 345.00 | 2.10 | 724.50 |
| Wendell Allen | Partner | 345.00 | 34.50 | 11,902.50 |
| John David Owen | Partner | 293.00 | 3.00 | 879.00 |
| Robert R. Maddox | Partner | 345.00 | 177.60 | 61,272.00 |
| D. Brian O'Dell | Partner | 345.00 | 1.10 | 379.50 |
| Daniel P. Golden | Partner | 354.00 | 6.80 | 2,407.20 |
| Dana C. Lumsden | Partner | 376.00 | 14.50 | 5,452.00 |
| J.Davis Stewart | Gov. Specialist | 340.00 | 1.50 | 510.00 |
| Robert B. Benson | Paralegal | 149.00 | 29.40 | 4,380.60 |
| Michael C. Griffin | Partner | 323.00 | 4.00 | 1,292.00 |
| Joycelyn J. Eason | Associate | 197.00 | 2.60 | 512.20 |
| Avery Simmons | Associate | 249.00 | 55.20 | 13,744.80 |
| Graham W. Gerhardt | Partner | 263.00 | 1.00 | 263.00 |
| P.David Deusner | EDiscovery Dir. | 267.00 | 1.40 | 373.80 |
| Jay Wright | Associate | 190.00 | 8.70 | 1,653.00 |
| Jose D. Vega | Associate | 219.00 | 4.90 | 1,073.10 |
| Jessica J. Sibley | Associate | 254.00 | .50 | 127.00 |
| Heather Wright | Associate | 263.00 | 9.50 | 2,498.50 |
| Lee Gilley | Associate | 185.00 | .80 | 148.00 |
| Nader Raja | Associate | 280.00 | 16.60 | 4,648.00 |
| Melisa P. Palmer | Paralegal | 149.00 | 9.50 | 1,415.50 |
| Harvey L. Yarborough | Lit. Support | 166.00 | 2.50 | 415.00 |
| Catherine Clodfelter | Law Clerk | 225.00 | 3.60 | 810.00 |
| Bethany Corbin | Law Clerk | 225.00 | 8.50 | 1,912.50 |
| Kerry Keane | Paralegal | 91.00 | 2.60 | 236.60 |
| Total | | | 403.10 | 119,303.30 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    SEPTEMBER 14, 2012
                                                          0R0802-301220
BILL AMOUNT        $119,303.30                            INVOICE #  804397

To:    ResCap                          TC Number:         705025
       1100 Virginia Drive             Invoice Date:      09/14/2012
       Fort Washington, PA 19034       Invoice No.        804397
                                       Period ending:     06/30/2012

Case Management Number      LD  0R0802-301220

|  |  | Current Invoice | |
|---|---|---|---|
| Code | Task | Hours | Fees |
| B190 | Other Contested Matters | 6.80 | $ 2,407.20 |
| C200 | Researching Law | 3.30 | $ 867.90 |
| C300 | Analysis and Advice | 23.60 | $ 6,120.40 |
| L110 | Fact Investigation/Development | 52.80 | $ 11,247.20 |
| L120 | Analysis/Strategy | 33.90 | $ 9,631.40 |
| L140 | Document/File Management | 35.80 | $ 5,820.60 |
| L190 | Other Case Assessment, Develop't/Admin | 212.50 | $ 73,330.50 |
| L210 | Pleadings | 6.90 | $ 1,804.90 |
| L240B | All Other | 2.00 | $ 634.50 |
| L310 | Written Discovery | 0.50 | $ 109.50 |
| L320 | Document Production | 21.50 | $ 6,647.20 |
| L390 | Other Discovery | 1.00 | $ 267.00 |
| L631 | ESI Stage, preparation and process | 2.50 | $ 415.00 |

===================================

                 TOTAL FEES      403.10      $119,303.30

                 TOTAL FEES DUE                $119,303.30
         TOTAL DISBURSEMENTS DUE               $      0.00
         TOTAL DUE THIS INVOICE                $119,303.30



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          SEPTEMBER 14, 2012
1100 Virginia Drive                                            0R0802-102836
Fort Washington, PA 19034

INVOICE #   804360

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0802-102836   TC Number: 707079

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/11/12 | Final review of assignment of mortgage to be transmitted to Fidelity in support of pending title claim | L190 | HEA | .50 | 266.00 | 133.00 |
| 06/11/12 | Emails with coverage counsel regarding plan moving forward | L190 | HEA | .50 | 266.00 | 133.00 |
| 06/12/12 | Emails with Fidelity's coverage counsel and P.Cannon at GMAC regarding settlement | L160 | HEA | .80 | 266.00 | 212.80 |
| 06/15/12 | Review motions filed by COA regarding claim of superior lien | L250 | HEA | .30 | 266.00 | 79.80 |

                          FEES                                  $558.60

                    DESCRIPTION OF DISBURSEMENTS

        08       Recording Fees                                    10.00
        35       Express Mail/Fedex                                 0.00

                          COSTS                                 $10.00

                    AMOUNT DUE THIS BILL                        $568.60

                ***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
SEPTEMBER 14, 2012

0R0802-102836

FED ID NO. 63-0243316

---

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Hall Eady | Partner | 266.00 | 2.10 | 558.60 |
| Total | | | 2.10 | 558.60 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    SEPTEMBER 14, 2012
                                                          0R0802-102836
BILL AMOUNT          $568.60                              INVOICE #  804360

To:    ResCap                        TC Number:           707079
       1100 Virginia Drive           Invoice Date:        09/14/2012
       Fort Washington, PA 19034     Invoice No.          804360
                                     Period ending:       06/30/2012

Case Management Number      LD  0R0802-102836

|  |  | Current Invoice | |
| Code | Task | Hours | Fees |
|---|---|---|---|
| L160 | Settlement/Non-Binding ADR | 0.80 | $ 212.80 |
| L190 | Other Case Assessment, Develop't/Admin | 1.00 | $ 266.00 |
| L250 | Other Written Motions/Submissions | 0.30 | $ 79.80 |

```
                                 ==================================
                   TOTAL FEES      2.10     $    558.60

                   TOTAL FEES DUE           $    558.60
           TOTAL DISBURSEMENTS DUE          $     10.00
              TOTAL DUE THIS INVOICE        $    568.60
```



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 14, 2012
0R0802-103582

INVOICE #   804361

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0802-103582   TC Number: 691287

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/01/12 | Draft monthly status report to client | L120 | CSM | .10 | 300.00 | 30.00 |
| 06/18/12 | Email C.Adams and E.DeSilva to advise that we have the funds from the Court and ask how to relay same to GMAC | L110 | CWH | .10 | 330.00 | 33.00 |
| 06/19/12 | Draft and finalize closing file memorandum. | L110 | MPE | .30 | 149.00 | 44.70 |

|  |  |  | FEES |  |  | $107.70 |
|--|--|--|------|--|--|---------|
| 01 | Copy Charges |  |  |  | 0.00 |  |
|  |  |  | AMOUNT DUE THIS BILL |  |  | $107.70 |

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT**
**BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
SEPTEMBER 14, 2012

0R0802-103582

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christian W. Hancock | Partner | 330.00 | .10 | 33.00 |
| Cory S. Menees | Associate | 300.00 | .10 | 30.00 |
| Melisa P. Palmer | Paralegal | 149.00 | .30 | 44.70 |
| Total | | | .50 | 107.70 |



# BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

SEPTEMBER 14, 2012
0R0802-103582

BILL AMOUNT          $107.70

INVOICE #  804361

To:   ResCap
      1100 Virginia Drive
      Fort Washington, PA 19034

TC Number:        691287
Invoice Date:     09/14/2012
Invoice No.       804361
Period ending:    06/30/2012

Case Management Number       LD   0R0802-103582

| Code | Task | Current Invoice Hours | | Fees |
|------|------|------|------|------|
| L110 | Fact Investigation/Development | 0.40 | $ | 77.70 |
| L120 | Analysis/Strategy | 0.10 | $ | 30.00 |
| | ===================================== | | | |
| | TOTAL FEES | 0.50 | $ | 107.70 |

| | | | |
|---|---|---|---|
| TOTAL FEES DUE | | $ | 107.70 |
| TOTAL DISBURSEMENTS DUE | | $ | 0.00 |
| TOTAL DUE THIS INVOICE | | $ | 107.70 |



# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                          SEPTEMBER 14, 2012
1100 Virginia Drive                             0R0802-103633
Fort Washington, PA 19034

INVOICE #  804362

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0802-103633   TC Number: 691284

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/08/12 | Update status report for client | L110 | MPE | .10 | 149.00 | 14.90 |
| 06/20/12 | Telephone conference with Riverside County, California Recorder's Office to determine reason for recording rejection | L110 | MPE | .60 | 149.00 | 89.40 |

                          FEES                        $104.30

## DESCRIPTION OF DISBURSEMENTS

| 28 | Professional Consultant Services | 325.00 |
|----|----------------------------------|--------|
|    | COSTS | $325.00 |
|    | AMOUNT DUE THIS BILL | $429.30 |

***** TOTAL DUE UPON RECEIPT *****



# BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
SEPTEMBER 14, 2012

0R0802-103633

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Melisa P. Palmer | Paralegal | 149.00 | .70 | 104.30 |
| Total | | | .70 | 104.30 |



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    SEPTEMBER 14, 2012
                                                          0R0802-103633
BILL AMOUNT          $429.30                              INVOICE #  804362

```
To:    ResCap                        TC Number:        691284
       1100 Virginia Drive           Invoice Date:     09/14/2012
       Fort Washington, PA 19034     Invoice No.       804362
                                     Period ending:    06/30/2012
```

Case Management Number      LD  0R0802-103633

|   |   | Current Invoice | |
|---|---|---|---|
| Code | Task | Hours | Fees |
| L110 | Fact Investigation/Development | 0.70 | $   104.30 |
| | ============================= | | |
| | TOTAL FEES | 0.70 | $   104.30 |
| | TOTAL FEES DUE | | $   104.30 |
| | TOTAL DISBURSEMENTS DUE | | $   325.00 |
| | TOTAL DUE THIS INVOICE | | $   429.30 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                              SEPTEMBER 14, 2012
1100 Virginia Drive                                 0R0802-107194
Fort Washington, PA 19034

                                                    INVOICE #  804363

                                                    FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0802-107194  TC Number: 698444

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/11/12 | Email correspondence regarding court's decision on motion for summary judgment | L240 | KRS | .20 | 210.00 | 42.00 |

                              FEES                          $42.00

                              AMOUNT DUE THIS BILL          $42.00

                    ***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

0R0802-107194

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Kathleen R. Shields O'Beir | Associate | 210.00 | .20 | 42.00 |
| Total | | | .20 | 42.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                    SEPTEMBER 14, 2012
                                                          0R0802-107194
BILL AMOUNT           $42.00                              INVOICE #  804363

To:    ResCap                          TC Number:         698444
       1100 Virginia Drive             Invoice Date:      09/14/2012
       Fort Washington, PA 19034       Invoice No.        804363
                                       Period ending:     06/30/2012

Case Management Number        LD  0R0802-107194

                                              Current Invoice
Code Task                                Hours           Fees

L240 Dispositive Motions                 0.20      $     42.00

                           ========================================
                   TOTAL FEES            0.20      $     42.00

                        TOTAL FEES DUE             $     42.00
                 TOTAL DISBURSEMENTS DUE           $      0.00
                   TOTAL DUE THIS INVOICE          $     42.00



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 14, 2012
0R0802-107578

INVOICE #  804364

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0802-107578   TC Number: 698385

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/06/12 | Telephone conference with counsel for borrower's estate regarding order on claim | L240B | LADA | .20 | 65.00 | 13.00 |
| 06/06/12 | Telephone conference with judicial assistant regarding order on claim related to borrower's estate | L240B | LADA | .20 | 65.00 | 13.00 |
| 06/07/12 | Follow-up telephone conference with judicial assistant regarding necessity for order related to claim on borrower's estate | L190 | LADA | .20 | 65.00 | 13.00 |
| 06/11/12 | Update monthly status reports to client | L110 | ASI | .10 | 249.00 | 24.90 |
| 06/22/12 | Telephone conference with probate court auditor regarding recently received Order on claim related to borrower's's estate | L240B | LADA | .30 | 65.00 | 19.50 |

FEES                                                    $83.40

AMOUNT DUE THIS BILL                                    $83.40

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
SEPTEMBER 14, 2012

0R0802-107578

**FED ID NO. 63-0243316**

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Avery Simmons | Associate | 249.00 | .10 | 24.90 |
| Lucinda Kish | Paralegal | 65.00 | .90 | 58.50 |
| Total | | | 1.00 | 83.40 |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

BILL AMOUNT          $83.40

SEPTEMBER 14, 2012
0R0802-107578
INVOICE #  804364

To:    ResCap
       1100 Virginia Drive
       Fort Washington, PA 19034

TC Number:        698385
Invoice Date:     09/14/2012
Invoice No.       804364
Period ending:    06/30/2012

Case Management Number      LD  0R0802-107578

| Code Task | Current Invoice Hours | | Fees |
|---|---|---|---|
| L110 Fact Investigation/Development | 0.10 | $ | 24.90 |
| L190 Other Case Assessment, Develop't/Admin | 0.20 | $ | 13.00 |
| L240BAll Other | 0.70 | $ | 45.50 |
| ================================= | | | |
| TOTAL FEES | 1.00 | $ | 83.40 |

|  |  |  |
|---|---|---|
| TOTAL FEES DUE | $ | 83.40 |
| TOTAL DISBURSEMENTS DUE | $ | 0.00 |
| TOTAL DUE THIS INVOICE | $ | 83.40 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    SEPTEMBER 14, 2012
1100 Virginia Drive                                       0R0802-107722
Fort Washington, PA 19034

                                                          INVOICE #  804365

                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0802-107722   TC Number: 696810

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/04/12 | Draft monthly status update to client | L120 | JHP | .10 | 245.00 | 24.50 |

                          FEES                                     $24.50


                  AMOUNT DUE THIS BILL                             $24.50


          ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
SEPTEMBER 14, 2012

0R0802-107722

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Jon H. Patterson | Associate | 245.00 | .10 | 24.50 |
| Total | | | .10 | 24.50 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

BILL AMOUNT        $24.50

SEPTEMBER 14, 2012
0R0802-107722
INVOICE #  804365

To:    ResCap                      TC Number:        696810
       1100 Virginia Drive         Invoice Date:     09/14/2012
       Fort Washington, PA 19034   Invoice No.       804365
                                   Period ending:    06/30/2012

Case Management Number      LD  0R0802-107722

|          |                  | Current Invoice | |
|----------|------------------|-------|-----------|
| Code Task |                 | Hours | Fees |
| L120 Analysis/Strategy |    | 0.10 | $   24.50 |
| | TOTAL FEES | 0.10 | $   24.50 |

| | | |
|---|---|---|
| TOTAL FEES DUE | $ | 24.50 |
| TOTAL DISBURSEMENTS DUE | $ | 0.00 |
| TOTAL DUE THIS INVOICE | $ | 24.50 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                    SEPTEMBER 14, 2012
1100 Virginia Drive                                       0R0802-108374
Fort Washington, PA 19034

                                                          INVOICE #  804366

                                                          **FED ID NO. 63-0243316**

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0802-108374  TC Number: 704824

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/01/12 | Telephone conference with C.Hancock regarding judgment collection options | L120 | NCG | .30 | 405.00 | 121.50 |
| 06/01/12 | Draft monthly status report for client | L190 | RLB | .10 | 266.00 | 26.60 |
| 06/04/12 | Review Accurint asset report and summarize collection options for client | L120 | NCG | 1.00 | 405.00 | 405.00 |

|  |  |  |
|--|--|--|
| FEES |  | $553.10 |
| AMOUNT DUE THIS BILL |  | $553.10 |

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
SEPTEMBER 14, 2012

0R0802-108374

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| N. Christian Glenos | Partner | 405.00 | 1.30 | 526.50 |
| Rashad L. Blossom | Associate | 266.00 | .10 | 26.60 |
| Total | | | 1.40 | 553.10 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                              SEPTEMBER 14, 2012
                                                    0R0802-108374
BILL AMOUNT          $553.10                        INVOICE #  804366

To:    ResCap                          TC Number:         704824
       1100 Virginia Drive             Invoice Date:      09/14/2012
       Fort Washington, PA 19034       Invoice No.        804366
                                       Period ending:     06/30/2012

Case Management Number        LD  0R0802-108374

                                           Current Invoice
Code Task                                Hours           Fees

L120 Analysis/Strategy                    1.30     $     526.50
L190 Other Case Assessment, Develop't/Admin 0.10   $      26.60

                        ========================================
                  TOTAL FEES              1.40     $     553.10

                  TOTAL FEES DUE                   $     553.10
             TOTAL DISBURSEMENTS DUE               $       0.00
             TOTAL DUE THIS INVOICE                $     553.10



# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 14, 2012
0R0802-108547

INVOICE #  804367

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0802-108547  TC Number: 698566

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/10/12 | Draft updated monthly status report for client review | L120 | TMB | .10 | 371.00 | 37.10 |

FEES                                          $37.10

AMOUNT DUE THIS BILL                          $37.10

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
SEPTEMBER 14, 2012

0R0802-108547

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| T. Michael Brown | Partner | 371.00 | .10 | 37.10 |
| Total | | | .10 | 37.10 |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                              SEPTEMBER 14, 2012
                                                    0R0802-108547
BILL AMOUNT          $37.10                         INVOICE #  804367

To:   ResCap                      TC Number:        698566
      1100 Virginia Drive         Invoice Date:     09/14/2012
      Fort Washington, PA 19034   Invoice No.       804367
                                  Period ending:    06/30/2012

Case Management Number     LD   0R0802-108547

                                        Current Invoice
Code Task                               Hours          Fees

L120 Analysis/Strategy                   0.10     $    37.10

                         =================================
                  TOTAL FEES             0.10     $    37.10

                    TOTAL FEES DUE                $    37.10
              TOTAL DISBURSEMENTS DUE             $     0.00
                 TOTAL DUE THIS INVOICE           $    37.10



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 14, 2012
0R0802-301007

INVOICE #  804368

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0802-301007  TC Number: 711036

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/04/12 | Review of 51 jurisdiction survey of collection on deficiency claims | L120 | EL | .50 | 337.00 | 168.50 |
| 06/04/12 | Draft memorandum summarizing responses to 51 jurisdiction survey of deficiency claims | L120 | EL | 1.00 | 337.00 | 337.00 |
| 06/06/12 | Research re language required in Notice of Election and Demand for foreclosures | C200 | SAP | .50 | 323.00 | 161.50 |
| 06/06/12 | Review and revise memo to client regarding collection of deficiency claims | L110 | CWH | .30 | 330.00 | 99.00 |
| 06/18/12 | Phone call with client regarding suggestions for vendors and programs | L120 | CWH | .20 | 330.00 | 66.00 |
| 06/29/12 | Exchange e-mails with B.Northrup and E.DeSilva regarding loan servicing issues | L110 | CWH | .20 | 330.00 | 66.00 |

|  | FEES |  | $898.00 |
|--|------|--|---------|
| 01 | Copy Charges | | 0.00 |
| 41 | Computerized Legal Research-Westlaw | | 0.00 |
|  | AMOUNT DUE THIS BILL | | $898.00 |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
SEPTEMBER 14, 2012

0R0802-301007

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christian W. Hancock | Partner | 330.00 | .70 | 231.00 |
| Steven A. Pozefsky | Associate | 323.00 | .50 | 161.50 |
| Elena Lovoy | Senior Attorney | 337.00 | 1.50 | 505.50 |
| Total | | | 2.70 | 898.00 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                            SEPTEMBER 14, 2012
                                                                 0R0802-301007
BILL AMOUNT          $898.00                                     INVOICE #  804368

To:    ResCap                          TC Number:          711036
       1100 Virginia Drive             Invoice Date:       09/14/2012
       Fort Washington, PA 19034       Invoice No.         804368
                                       Period ending:      06/30/2012

Case Management Number      LD  0R0802-301007

|  |  | Current Invoice | |
| Code | Task | Hours | Fees |
|------|------|-------|------|
| C200 | Researching Law | 0.50 | $ 161.50 |
| L110 | Fact Investigation/Development | 0.50 | $ 165.00 |
| L120 | Analysis/Strategy | 1.70 | $ 571.50 |

| | | | |
|---|---|---|---|
| | TOTAL FEES | 2.70 | $ 898.00 |

|  |  |
|---|---|
| TOTAL FEES DUE | $ 898.00 |
| TOTAL DISBURSEMENTS DUE | $ 0.00 |
| TOTAL DUE THIS INVOICE | $ 898.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 14, 2012
0R0802-301008

INVOICE #  804369

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0802-301008   TC Number: 710904

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/05/12 | Legal research regarding waiver of arguments in court pleadings | L120 | EP | .30 | 220.00 | 66.00 |

FEES                                          $66.00

AMOUNT DUE THIS BILL                           $66.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE       2
SEPTEMBER 14, 2012

0R0802-301008

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Ellen Presley | Associate | 220.00 | .30 | 66.00 |
| Total | | | .30 | 66.00 |



### BRADLEY ARANT BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

SEPTEMBER 14, 2012
0R0802-301008

BILL AMOUNT            $66.00

INVOICE #   804369

---

To:    ResCap                      TC Number:        710904
       1100 Virginia Drive         Invoice Date:     09/14/2012
       Fort Washington, PA 19034   Invoice No.       804369
                                   Period ending:    06/30/2012


Case Management Number      LD  0R0802-301008


|            |                         | Current Invoice |         |
|------------|-------------------------|-----------------|---------|
| Code Task  |                         | Hours           | Fees    |
| L120 Analysis/Strategy |             | 0.30            | $   66.00 |
| | ================================== | | |
| | TOTAL FEES | 0.30 | $   66.00 |

```
                      TOTAL FEES DUE          $    66.00
              TOTAL DISBURSEMENTS DUE         $     0.00
              TOTAL DUE THIS INVOICE          $    66.00
```



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 14, 2012
0R0802-301036

INVOICE #  804370

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0802-301036  TC Number: 714875

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/14/12 | Advise GMACM regarding state loss mitigation affidavits | L120 | DCL | .50 | 376.00 | 188.00 |
| 06/20/12 | Advise GMACM Loss Mitigation Department regarding affidavits | L120 | DCL | .30 | 376.00 | 112.80 |
| 06/21/12 | Prepare supplemental document production and privilege log | L320 | DCL | 1.10 | 376.00 | 413.60 |

FEES                                    $714.40

AMOUNT DUE THIS BILL                     $714.40

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
SEPTEMBER 14, 2012

0R0802-301036

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Dana C. Lumsden | Partner | 376.00 | 1.90 | 714.40 |
| Total | | | 1.90 | 714.40 |



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                             SEPTEMBER 14, 2012
                                                   0R0802-301036
BILL AMOUNT          $714.40                        INVOICE #   804370

To:     ResCap                    TC Number:         714875
        1100 Virginia Drive       Invoice Date:      09/14/2012
        Fort Washington, PA 19034 Invoice No.        804370
                                  Period ending:     06/30/2012

Case Management Number      LD   0R0802-301036

|  | | Current Invoice | |
|---|---|---|---|
| Code | Task | Hours | Fees |
| L120 | Analysis/Strategy | 0.80 | $  300.80 |
| L320 | Document Production | 1.10 | $  413.60 |
| | TOTAL FEES | 1.90 | $  714.40 |

TOTAL FEES DUE                    $   714.40
TOTAL DISBURSEMENTS DUE           $     0.00
TOTAL DUE THIS INVOICE           $   714.40



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                           SEPTEMBER 14, 2012
1100 Virginia Drive                                             0R0802-301039
Fort Washington, PA 19034

                                                               INVOICE #   804371

                                                               FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0802-301039   TC Number: 715424

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/05/12 | Review and revise closing memorandum | C300 | MCG | .30 | 323.00 | 96.90 |
| 06/20/12 | Email department of banking regarding second lien issue | L110 | CWH | .20 | 330.00 | 66.00 |
| 06/25/12 | Exchange e-mails with E.DeSilva and C.Adams regarding department's questions on second lien issue | L110 | CWH | .20 | 330.00 | 66.00 |

                         FEES                          $228.90


                         AMOUNT DUE THIS BILL          $228.90


                ***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
SEPTEMBER 14, 2012

0R0802-301039

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christian W. Hancock | Partner | 330.00 | .40 | 132.00 |
| Michael C. Griffin | Partner | 323.00 | .30 | 96.90 |
| Total | | | .70 | 228.90 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

SEPTEMBER 14, 2012
0R0802-301039
BILL AMOUNT        $228.90                                   INVOICE #  804371

To:    ResCap                          TC Number:        715424
       1100 Virginia Drive             Invoice Date:     09/14/2012
       Fort Washington, PA 19034       Invoice No.       804371
                                       Period ending:    06/30/2012


Case Management Number      LD   0R0802-301039


|  | | Current Invoice | |
|---|---|---|---|
| Code | Task | Hours | Fees |
| C300 | Analysis and Advice | 0.30 | $    96.90 |
| L110 | Fact Investigation/Development | 0.40 | $   132.00 |
| | | ================================== | |
| | TOTAL FEES | 0.70 | $   228.90 |
| | TOTAL FEES DUE | | $   228.90 |
| | TOTAL DISBURSEMENTS DUE | | $     0.00 |
| | TOTAL DUE THIS INVOICE | | $   228.90 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                              SEPTEMBER 14, 2012
1100 Virginia Drive                                                0R0802-301051
Fort Washington, PA 19034

                                                                   INVOICE #  804372

                                                                   FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0802-301051  TC Number: 716768

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/01/12 | Research and edit memo regarding SCRA requirements regarding certain mortgage loans | L120 | KSA | 1.40 | 223.00 | 312.20 |
| 06/04/12 | Communications and coordinate schedule for SCRA lookback review | L120 | KSA | .80 | 223.00 | 178.40 |
| 06/04/12 | Review and revise memorandum regarding compliance with SCRA regarding certain mortgage loans | C300 | MCG | 2.90 | 323.00 | 936.70 |
| 06/04/12 | Review and analyze amendments to SCRA submitted by E.Cummings and Financial Services Round Table | C300 | MCG | 2.10 | 323.00 | 678.30 |
| 06/05/12 | Prepare for SCRA lookback review | L120 | KSA | .50 | 223.00 | 111.50 |
| 06/05/12 | Review and edit draft SCRA memorandum for in-house counsel | L120 | KSA | .70 | 223.00 | 156.10 |
| 06/06/12 | Document production /to DOJ/regarding SCRA complaince | L140 | RBB | 1.10 | 149.00 | 163.90 |
| 06/07/12 | Review and analysis of documents to be produced to DOJ regarding SCRA compliance | L140 | RBB | 1.60 | 149.00 | 238.40 |
| 06/07/12 | Meet and conference call to discuss standards of file review for upcoming trip to Dallas | L120 | CTS | .30 | 185.00 | 55.50 |
| 06/20/12 | Analyze SCRA regarding evictions and eviction laws | L120 | KSA | 1.10 | 223.00 | 245.30 |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     2
SEPTEMBER 14, 2012

0R0802-301051

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/25/12 | Review and analysis of documents for production to DOJ regarding SCRA complaince | L140 | RBB | .70 | 149.00 | 104.30 |
| 06/25/12 | Document production for DOJ regarding SCRA compliance | L140 | RBB | .60 | 149.00 | 89.40 |
| 06/25/12 | Prepare correspondence to DOJ regarding enclosed CD-Rom of documents produced for their review | L140 | RBB | .30 | 149.00 | 44.70 |

FEES                                              $3,314.70

| 01 | Copy Charges | 0.00 |
| 35 | Express Mail/Fedex | 0.00 |
| 41 | Computerized Legal Research-Westlaw | 0.00 |

AMOUNT DUE THIS BILL                    $3,314.70

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE       3
SEPTEMBER 14, 2012

0R0802-301051

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Robert B. Benson | Paralegal | 149.00 | 4.30 | 640.70 |
| Keith S. Anderson | Associate | 223.00 | 4.50 | 1,003.50 |
| Michael C. Griffin | Partner | 323.00 | 5.00 | 1,615.00 |
| Clinton T. Speegle | Law Clerk | 185.00 | .30 | 55.50 |
| Total | | | 14.10 | 3,314.70 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                       SEPTEMBER 14, 2012
                                                            0R0802-301051
BILL AMOUNT        $3,314.70                                INVOICE #  804372

_____

To:    ResCap                          TC Number:        716768
       1100 Virginia Drive             Invoice Date:     09/14/2012
       Fort Washington, PA 19034       Invoice No.       804372
                                       Period ending:    06/30/2012

Case Management Number      LD  0R0802-301051

                                            Current Invoice
Code Task                                 Hours           Fees

C300 Analysis and Advice                   5.00    $  1,615.00
L120 Analysis/Strategy                     4.80    $  1,059.00
L140 Document/File Management              4.30    $    640.70

                              ====================================
                   TOTAL FEES   14.10    $  3,314.70

                   TOTAL FEES DUE          $  3,314.70
            TOTAL DISBURSEMENTS DUE        $      0.00
            TOTAL DUE THIS INVOICE         $  3,314.70



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                    SEPTEMBER 14, 2012
1100 Virginia Drive                                       0R0802-301055
Fort Washington, PA 19034

                                                          INVOICE #  804373

                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0802-301055  TC Number: 698487

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/04/12 | Conference call with servicer group regarding property protocol agreement | B250 | CJA | 1.00 | 210.00 | 210.00 |

                                       FEES                        $210.00


                             AMOUNT DUE THIS BILL                  $210.00


                   ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
SEPTEMBER 14, 2012

0R0802-301055

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| C. Jason Avery | Associate | 210.00 | 1.00 | 210.00 |
| Total | | | 1.00 | 210.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                       SEPTEMBER 14, 2012
                                                             0R0802-301055
BILL AMOUNT         $210.00                                  INVOICE #  804373

To:    ResCap                          TC Number:            698487
       1100 Virginia Drive             Invoice Date:         09/14/2012
       Fort Washington, PA 19034       Invoice No.           804373
                                       Period ending:        06/30/2012

Case Management Number       LD  0R0802-301055

                                        Current Invoice
Code Task                               Hours              Fees

B250 Real Estate                        1.00      $      210.00

                             ==================================
                   TOTAL FEES           1.00      $      210.00

                   TOTAL FEES DUE                 $      210.00
          TOTAL DISBURSEMENTS DUE                 $        0.00
          TOTAL DUE THIS INVOICE                  $      210.00



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                          SEPTEMBER 14, 2012
1100 Virginia Drive                                            0R0802-301062
Fort Washington, PA 19034

                                                               INVOICE #  804374

                                                               FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0802-301062  TC Number: 718330

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/16/12 | Draft closing memo | B110 | TRL | .30 | 293.00 | 87.90 |
| 06/16/12 | Draft status report regarding closing case | B110 | TRL | .10 | 293.00 | 29.30 |
| 06/16/12 | Draft email to GMAC regarding case closing and rationale for same and foreclosure analysis | B110 | TRL | .20 | 293.00 | 58.60 |

                              FEES                                $175.80

                        AMOUNT DUE THIS BILL                      $175.80

                  ***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE       2
SEPTEMBER 14, 2012

0R0802-301062

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Thomas Ryan Lynch | Associate | 293.00 | .60 | 175.80 |
| Total | | | .60 | 175.80 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

SEPTEMBER 14, 2012
0R0802-301062

BILL AMOUNT          $175.80

INVOICE #  804374

To:      ResCap                          TC Number:          718330
         1100 Virginia Drive             Invoice Date:       09/14/2012
         Fort Washington, PA 19034       Invoice No.         804374
                                         Period ending:      06/30/2012

Case Management Number        LD  0R0802-301062

|                              | Current Invoice | |
| Code Task                    | Hours | Fees    |
| B110 Case Administration     | 0.60  | $  175.80 |
| ================================================ | | |
| TOTAL FEES                   | 0.60  | $  175.80 |

TOTAL FEES DUE              $   175.80
TOTAL DISBURSEMENTS DUE     $     0.00
TOTAL DUE THIS INVOICE      $   175.80



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          SEPTEMBER 14, 2012
1100 Virginia Drive                                             0R0802-301067
Fort Washington, PA 19034

                                                               INVOICE #  804375

                                                               FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0802-301067  TC Number: 719122

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/20/12 | Check recording status of deed | L120 | DBT | .10 | 206.00 | 20.60 |
| 06/20/12 | Voice mail message left with M.Doladee and follow-up email sent | L120 | DBT | .10 | 206.00 | 20.60 |
| 06/21/12 | Phone call to M.Doladee following up on deed recording | L120 | DBT | .10 | 206.00 | 20.60 |

                              FEES                                    $61.80


                              AMOUNT DUE THIS BILL                    $61.80


                    ***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT
BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
SEPTEMBER 14, 2012

0R0802-301067

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| D. Bryan Thomas | Associate | 206.00 | .30 | 61.80 |
| Total | | | .30 | 61.80 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

SEPTEMBER 14, 2012
0R0802-301067

BILL AMOUNT          $61.80

INVOICE #  804375

To:   ResCap
      1100 Virginia Drive
      Fort Washington, PA 19034

TC Number:        719122
Invoice Date:     09/14/2012
Invoice No.       804375
Period ending:    06/30/2012

Case Management Number    LD  0R0802-301067

|            |                    | Current Invoice |        |
|------------|--------------------|----------------|--------|
| Code       | Task               | Hours          | Fees   |
| L120       | Analysis/Strategy  | 0.30     $     | 61.80  |

============================================

|                      | Hours |   |        |
|----------------------|-------|---|--------|
| TOTAL FEES           | 0.30  | $ | 61.80  |

| TOTAL FEES DUE           | $ | 61.80 |
|--------------------------|---|-------|
| TOTAL DISBURSEMENTS DUE  | $ | 0.00  |
| TOTAL DUE THIS INVOICE   | $ | 61.80 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 14, 2012
0R0802-301068

INVOICE #   804376

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0802-301068   TC Number: 719362

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/03/12 | Review docket and draft monthly status report for client review | L190 | AHC | .10 | 145.00 | 14.50 |

FEES                                    $14.50

AMOUNT DUE THIS BILL                     $14.50

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
SEPTEMBER 14, 2012

0R0802-301068

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Alecia H. Cockrell | Paralegal | 145.00 | .10 | 14.50 |
| Total | | | .10 | 14.50 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    SEPTEMBER 14, 2012
                                                          0R0802-301068
BILL AMOUNT         $14.50                                INVOICE #  804376

_____

To:   ResCap                          TC Number:         719362
      1100 Virginia Drive             Invoice Date:      09/14/2012
      Fort Washington, PA 19034       Invoice No.        804376
                                      Period ending:     06/30/2012


Case Management Number      LD  0R0802-301068


                                        Current Invoice
Code Task                               Hours          Fees

L190 Other Case Assessment, Develop't/Admin   0.10    $    14.50

                                  =============================
                    TOTAL FEES          0.10    $    14.50

                    TOTAL FEES DUE              $    14.50
                 TOTAL DISBURSEMENTS DUE        $     0.00
                  TOTAL DUE THIS INVOICE        $    14.50



### BRADLEY ARANT
### BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 14, 2012
0R0802-301070

INVOICE #   804377

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0802-301070   TC Number: 719359

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/05/12 | Review and revise closing memorandum | C300 | MCG | .30 | 323.00 | 96.90 |
| 06/11/12 | Working on closing the matter. | L120 | JJS | .10 | 254.00 | 25.40 |

FEES                                   $122.30

AMOUNT DUE THIS BILL                   $122.30

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
SEPTEMBER 14, 2012

0R0802-301070

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Michael C. Griffin | Partner | 323.00 | .30 | 96.90 |
| Jessica J. Sibley | Associate | 254.00 | .10 | 25.40 |
| Total | | | .40 | 122.30 |



### BRADLEY ARANT
### BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

SEPTEMBER 14, 2012
0R0802-301070

BILL AMOUNT        $122.30

INVOICE #  804377

To:    ResCap                          TC Number:          719359
       1100 Virginia Drive             Invoice Date:       09/14/2012
       Fort Washington, PA 19034       Invoice No.         804377
                                       Period ending:      06/30/2012

Case Management Number      LD    0R0802-301070

|  |  | Current Invoice | |
|---|---|---|---|
| Code Task | | Hours | Fees |
| C300 Analysis and Advice | | 0.30 | $   96.90 |
| L120 Analysis/Strategy | | 0.10 | $   25.40 |
| | =============================== | | |
| TOTAL FEES | | 0.40 | $  122.30 |
| | TOTAL FEES DUE | $ | 122.30 |
| | TOTAL DISBURSEMENTS DUE | $ | 0.00 |
| | TOTAL DUE THIS INVOICE | $ | 122.30 |



# BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 14, 2012
0R0802-301073

INVOICE #  804378

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0802-301073  TC Number: 720443

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/01/12 | Review recent court docket regarding status of Agreed Order on Defendant's Motion for Fees | L120 | JDV | .20 | 219.00 | 43.80 |
| 06/03/12 | Draft monthly status report for client review | L190 | JDV | .20 | 219.00 | 43.80 |
| 06/05/12 | Review proposed order and access Miami Dade web site to ascertain if its been docketed | L210 | JAM | .30 | 145.00 | 43.50 |
| 06/06/12 | Telephone call to L.Ugaz regarding status of proposed order submitted to court | L210 | JAM | .20 | 145.00 | 29.00 |
| 06/20/12 | Analysis of status of pending litigation | L120 | JDV | .20 | 219.00 | 43.80 |
| 06/20/12 | Telephone call with L.Ugaz regarding status of final order | L190 | JAM | .10 | 145.00 | 14.50 |

FEES                                   $218.40

AMOUNT DUE THIS BILL                   $218.40

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
SEPTEMBER 14, 2012

0R0802-301073

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Jamie Mathews | Paralegal | 145.00 | .60 | 87.00 |
| Jose D. Vega | Associate | 219.00 | .60 | 131.40 |
| Total | | | 1.20 | 218.40 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    SEPTEMBER 14, 2012
                                                          0R0802-301073
BILL AMOUNT          $218.40                              INVOICE #  804378

To:   ResCap                        TC Number:        720443
      1100 Virginia Drive           Invoice Date:     09/14/2012
      Fort Washington, PA 19034      Invoice No.       804378
                                     Period ending:    06/30/2012

Case Management Number        LD   0R0802-301073

                                          Current Invoice
Code Task                                 Hours          Fees

L120 Analysis/Strategy                     0.40     $      87.60
L190 Other Case Assessment, Develop't/Admin 0.30    $      58.30
L210 Pleadings                             0.50     $      72.50

                           ===================================
                  TOTAL FEES        1.20     $     218.40

                    TOTAL FEES DUE           $     218.40
         TOTAL DISBURSEMENTS DUE             $       0.00
            TOTAL DUE THIS INVOICE           $     218.40



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          SEPTEMBER 14, 2012
1100 Virginia Drive                                             0R0802-301074
Fort Washington, PA 19034

                                                               INVOICE #  804379

                                                               FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0802-301074  TC Number: 719952

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/01/12 | Prepare monthly status update for client review | L240B | ES | .10 | 185.00 | 18.50 |
| 06/18/12 | Review and prepare response to e-mail from borrower's attorney regarding loan modification | L240B | ES | .20 | 185.00 | 37.00 |
| 06/19/12 | Review trust documents regarding  loan modifications | L240B | ES | .90 | 185.00 | 166.50 |
| 06/25/12 | Draft response to borrower regarding the recorded loan modifications | L240B | ES | .20 | 185.00 | 37.00 |

                        FEES                                     $259.00


                 AMOUNT DUE THIS BILL                            $259.00


              ***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
SEPTEMBER 14, 2012

0R0802-301074

**FED ID NO. 63-0243316**

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Erin Saltaformaggio | Associate | 185.00 | 1.40 | 259.00 |
| Total | | | 1.40 | 259.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                              SEPTEMBER 14, 2012
                                                                   0R0802-301074
BILL AMOUNT          $259.00                                       INVOICE #  804379

_____

To:    ResCap                          TC Number:           719952
       1100 Virginia Drive             Invoice Date:        09/14/2012
       Fort Washington, PA 19034       Invoice No.          804379
                                       Period ending:       06/30/2012


Case Management Number      LD  0R0802-301074


                                        Current Invoice
Code Task                              Hours           Fees

L240BAll Other                          1.40      $    259.00

                          ================================
                 TOTAL FEES             1.40      $    259.00

                       TOTAL FEES DUE             $    259.00
                 TOTAL DISBURSEMENTS DUE          $      0.00
                 TOTAL DUE THIS INVOICE           $    259.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 14, 2012
0R0802-301076

INVOICE #   804380

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0802-301076   TC Number: 720639

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/03/12 | Review docket and draft monthly status report for client | L190 | AHC | .10 | 145.00 | 14.50 |

|  | FEES |  | $14.50 |
|--|------|--|--------|

|  | AMOUNT DUE THIS BILL |  | $14.50 |
|--|----------------------|--|--------|

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     2
SEPTEMBER 14, 2012

0R0802-301076

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Alecia H. Cockrell | Paralegal | 145.00 | .10 | 14.50 |
| Total | | | .10 | 14.50 |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

BILL AMOUNT            $14.50

SEPTEMBER 14, 2012
0R0802-301076
INVOICE #  804380

To:    ResCap                              TC Number:          720639
       1100 Virginia Drive                 Invoice Date:       09/14/2012
       Fort Washington, PA 19034           Invoice No.         804380
                                           Period ending:      06/30/2012

Case Management Number      LD  0R0802-301076

|  | | Current Invoice | |
|---|---|---|---|
| Code Task | | Hours | Fees |
| L190 Other Case Assessment, Develop't/Admin | | 0.10 | $    14.50 |
| =================================== | | | |
| TOTAL FEES | | 0.10 | $    14.50 |
| TOTAL FEES DUE | | | $    14.50 |
| TOTAL DISBURSEMENTS DUE | | | $     0.00 |
| TOTAL DUE THIS INVOICE | | | $    14.50 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          SEPTEMBER 14, 2012
1100 Virginia Drive                                            0R0802-301081
Fort Washington, PA 19034

                                                               INVOICE #  804381

                                                               FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0802-301081  TC Number: 719626

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 06/01/12 | Conference call with client regarding review of Delaware and West Virginia foreclosure files | L120 | EL | 2.00 | 337.00 | 674.00 |
| 06/01/12 | Complete Excel spreadsheet responses for foreclosure file (March 2012 Illinois) | L120 | EL | .40 | 337.00 | 134.80 |
| 06/01/12 | Finalize review of foreclosure file (March 2012 Illinois) and forward copy of completed compliance review report for clients | L120 | EL | .10 | 337.00 | 33.70 |
| 06/01/12 | Review of and revise completed compliance review report for foreclosure file (March 2012 West Virginia) | L120 | EL | .50 | 337.00 | 168.50 |
| 06/01/12 | Review of and revise completed compliance review report for foreclosure file (March 2012 Delaware) | L120 | EL | .50 | 337.00 | 168.50 |
| 06/01/12 | Legal research regarding recent revisions, if any, to foreclosure and other laws in Montana | L120 | EL | 1.20 | 337.00 | 404.40 |
| 06/01/12 | Review of foreclosure file (March 2012 Montana) | L120 | EL | 2.00 | 337.00 | 674.00 |
| 06/01/12 | Review foreclosure file and West Virginia template with GMAC employees | P300 | MLM | 1.20 | 190.00 | 228.00 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     2
SEPTEMBER 14, 2012

0R0802-301081

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/01/12 | Follow up regarding GMAC call regarding Kentucky foreclosure review | L190 | EBM | .30 | 219.00 | 65.70 |
| 06/01/12 | Auditing April 2012 foreclosure file for borrower regarding compliance with Ohio law | L120 | NSR | 2.80 | 280.00 | 784.00 |
| 06/01/12 | Work on North Carolina foreclosure review | C300 | CWI | 2.50 | 315.00 | 787.50 |
| 06/03/12 | Begin researching recent Kentucky legislation for changes, if any, to Kentucky foreclosure law | L190 | EBM | 1.20 | 219.00 | 262.80 |
| 06/04/12 | Continue reviewing Kentucky foreclosure checklist template and begin updating same | L190 | EBM | .50 | 219.00 | 109.50 |
| 06/04/12 | Participate in biweekly telephone conference regarding implementation of uniform servicing standards | C300 | CSM | .50 | 300.00 | 150.00 |
| 06/04/12 | Reviewing and analyzing comments regarding Michigan foreclosure compliance template | L120 | NSR | .60 | 280.00 | 168.00 |
| 06/04/12 | Audit of foreclosure file for borrower regarding compliance with Michigan law | L120 | NSR | 3.20 | 280.00 | 896.00 |
| 06/04/12 | Draft file summaries with regard to Georgia foreclosure files | P400 | CST | 2.50 | 200.00 | 500.00 |
| 06/04/12 | Continue review of foreclosure file (March 2012 Montana) | L120 | EL | .50 | 337.00 | 168.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      3
SEPTEMBER 14, 2012

0R0802-301081

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/04/12 | Complete compliance review report and spreadsheet regarding  foreclosure file (March 2012 Montana) | L120 | EL | 2.00 | 337.00 | 674.00 |
| 06/04/12 | Additional legal research and update Montana compliance review template report | L120 | EL | 1.00 | 337.00 | 337.00 |
| 06/04/12 | Telephone conference with C.Menees regarding revisions to Hawaii compliance review report | L120 | EL | .20 | 337.00 | 67.40 |
| 06/04/12 | Manage and coordinate assignments of foreclosure files for April and May 2012 samples | L120 | EL | 1.00 | 337.00 | 337.00 |
| 06/04/12 | Review and analyze loan file for compliance with state regulations; | L120 | MSW | 6.20 | 254.00 | 1,574.80 |
| 06/04/12 | Work on review of foreclosure file | C300 | CWI | 2.30 | 315.00 | 724.50 |
| 06/04/12 | Follow up regarding weekly call and foreclosure review of a North Carolina file | C300 | CWI | 2.70 | 315.00 | 850.50 |
| 06/04/12 | Review and analyze non-judicial forms collected from default firms in preparation for standardization of same | P280 | CSM | .50 | 300.00 | 150.00 |
| 06/05/12 | Work on review of North Carolina foreclosure file and foreclosure review checklist for NC foreclosure | C300 | CWI | 2.00 | 315.00 | 630.00 |
| 06/05/12 | Review case law and state statutes regarding note modification requirments | C200 | MCG | 1.20 | 323.00 | 387.60 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    4
SEPTEMBER 14, 2012

0R0802-301081

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/05/12 | Prepare memorandum regarding case law and state statutes about note modification requirements | C200 | MCG | .60 | 323.00 | 193.80 |
| 06/05/12 | Telephone conference with client regarding check endorsement issues | L120 | EL | .50 | 337.00 | 168.50 |
| 06/05/12 | Revise and finalize compliance template for review of Hawaiian foreclosure files | C300 | CSM | 1.60 | 300.00 | 480.00 |
| 06/05/12 | Review Pennsylvania mediation requirements for compliance audit of loan | L120 | MSW | 1.10 | 254.00 | 279.40 |
| 06/05/12 | Continue review of Kentucky foreclosure law and Kentucky foreclosure checklist template | L190 | EBM | 2.60 | 219.00 | 569.40 |
| 06/05/12 | Legal research regarding Utah foreclosure process and review Utah compliance review template | L120 | EL | 1.50 | 337.00 | 505.50 |
| 06/06/12 | Review of foreclosure file (March 2012 Utah) | L120 | EL | 2.00 | 337.00 | 674.00 |
| 06/06/12 | Complete compliance review report and spreadsheet for F.Castro foreclosure file (March 2012 Utah) | L120 | EL | 2.00 | 337.00 | 674.00 |
| 06/06/12 | Review of e-mail from client regarding Colorado compliance question | L120 | EL | .10 | 337.00 | 33.70 |
| 06/06/12 | Legal research and review of Colorado compliance review template foreclosures | L120 | EL | .50 | 337.00 | 168.50 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      5
SEPTEMBER 14, 2012

0R0802-301081

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/06/12 | Conference call with client regarding Illinois and Vermont compliance review templates | L120 | EL | .50 | 337.00 | 168.50 |
| 06/06/12 | Plan and prepare for next batch of foreclosure file reviews | P300 | MLM | .20 | 190.00 | 38.00 |
| 06/06/12 | Attend conference call with GMAC personnel to discuss Vermont compliance review template | P270 | RKB | .30 | 195.00 | 58.50 |
| 06/06/12 | Review foreclosure file from Vermont | P270 | RKB | 1.00 | 195.00 | 195.00 |
| 06/06/12 | Continue review of Kentucky foreclosure law and Kentucky foreclosure checklist template | L190 | EBM | 2.50 | 219.00 | 547.50 |
| 06/06/12 | Review and analyze loan file and additional mediation requirements for compliance audit | L120 | MSW | 4.40 | 254.00 | 1,117.60 |
| 06/06/12 | File review of foreclosure file | B110 | CST | .50 | 200.00 | 100.00 |
| 06/06/12 | Reviewed and replied to client email regarding Pennsylvania compliance question | L120 | PMD | .40 | 345.00 | 138.00 |
| 06/06/12 | E-mail correspondence with North Carolina default firms regarding compliance questions | C400 | CSM | .40 | 300.00 | 120.00 |
| 06/06/12 | Research regarding North Carolina real property compliance questions | P280 | CSM | 1.90 | 300.00 | 570.00 |
| 06/07/12 | Work on review of North Carolina foreclosure file | C300 | CWI | 1.50 | 315.00 | 472.50 |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    6
SEPTEMBER 14, 2012

0R0802-301081

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/07/12 | Telephone conference regarding national servicing standards workstream and issues requiring review | P280 | CSM | .40 | 300.00 | 120.00 |
| 06/07/12 | File review of foreclosure file number | B110 | CST | 3.40 | 200.00 | 680.00 |
| 06/07/12 | Research new Vermont foreclosure law | P270 | RKB | 2.50 | 195.00 | 487.50 |
| 06/07/12 | Begin reviewing foreclosure loan file in order to complete foreclosure review checklist | L190 | EBM | 2.50 | 219.00 | 547.50 |
| 06/08/12 | Review Minnesota foreclosure laws in connection with foreclosure file review | L120 | MT | 1.80 | 210.00 | 378.00 |
| 06/08/12 | Review foreclosure documents for  file (Minnesota) | L120 | MT | 2.30 | 210.00 | 483.00 |
| 06/08/12 | Preparation for and conference call with clients regarding compliance audits for PA and WI | L120 | MSW | 1.70 | 254.00 | 431.80 |
| 06/08/12 | Review of completed compliance review report for foreclosure file (March 2012 Arizona) and forward copy of same to client | L120 | EL | .50 | 337.00 | 168.50 |
| 06/08/12 | Review of completed compliance review report for foreclosure file (March 2012 Wyoming) and forward copy of same to client | L120 | EL | .50 | 337.00 | 168.50 |
| 06/08/12 | Review of completed compliance review report for client foreclosure file (March 2012 Colorado) and forward copy of same to client | L120 | EL | .50 | 337.00 | 168.50 |



# BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      7
SEPTEMBER 14, 2012

0R0802-301081

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/08/12 | Review of completed compliance review report for foreclosure file (March 2012 South Dakota) and follow-up with regarding reinstatement issue | L120 | EL | .50 | 337.00 | 168.50 |
| 06/08/12 | Review of completed compliance review reports for foreclosure file (April 2012 Georgia) and follow-up  regarding various issues | L120 | EL | .50 | 337.00 | 168.50 |
| 06/08/12 | Review of completed compliance review reports for foreclosure file (April 2012 Georgia) and follow-up  regarding various issues | L120 | EL | .50 | 337.00 | 168.50 |
| 06/09/12 | Begin completing Kentucky foreclosure review template for  loan file | L190 | EBM | 1.90 | 219.00 | 416.10 |
| 06/10/12 | Continue completing Kentucky foreclosure review template for  loan file | L190 | EBM | .60 | 219.00 | 131.40 |
| 06/10/12 | Review and analyze Loan No for compliance audit | L120 | MSW | 3.80 | 254.00 | 965.20 |
| 06/11/12 | Review and revise foreclosure file reviews based on changes in Georgia foreclosure law concerning notices of sale | B110 | CST | 1.00 | 200.00 | 200.00 |
| 06/11/12 | Research regarding new Kentucky legislation impacting Kentucky foreclosures | L190 | EBM | 1.50 | 219.00 | 328.50 |
| 06/11/12 | Review and analyze Minnesota foreclosure file documents | L120 | MT | 1.80 | 210.00 | 378.00 |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    8
SEPTEMBER 14, 2012

0R0802-301081

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/11/12 | Draft foreclosure compliance checklist for Minnesota foreclosure file | L120 | MT | 2.30 | 210.00 | 483.00 |
| 06/11/12 | Continue revising Kentucky foreclosure review template for use by GMAC in continuing review of foreclosure files | L190 | EBM | .80 | 219.00 | 175.20 |
| 06/11/12 | Work on North Carolina foreclosure review files | C300 | CWI | 3.50 | 315.00 | 1,102.50 |
| 06/12/12 | Work on North Carolina foreclosure review files | C300 | CWI | 2.50 | 315.00 | 787.50 |
| 06/12/12 | Complete compliance review template and compliance chart for Minnesota file | L120 | MT | 1.90 | 210.00 | 399.00 |
| 06/12/12 | Revise Vermont foreclosure template based on recent legislation | P270 | RKB | 3.00 | 195.00 | 585.00 |
| 06/12/12 | Continue completing Kentucky foreclosure review template for  loan file | L190 | EBM | .50 | 219.00 | 109.50 |
| 06/13/12 | Complete foreclosure review spreadsheet for file | L190 | EBM | .50 | 219.00 | 109.50 |
| 06/13/12 | Begin reviewing  loan file in order to complete foreclosure review checklist | L190 | EBM | .50 | 219.00 | 109.50 |
| 06/13/12 | Review and analyze Rhode Island foreclosure compliance template | C300 | MMB | .50 | 240.00 | 120.00 |
| 06/13/12 | Review of completed compliance review report for foreclosure file (March 2012 Wisconsin) and forward copy of same to client contacts | L120 | EL | .70 | 337.00 | 235.90 |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE       9
SEPTEMBER 14, 2012

0R0802-301081

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/13/12 | Review of completed compliance review report for foreclosure file (April 2012 Nevada) and forward copy of same to client contacts | L120 | EL | .50 | 337.00 | 168.50 |
| 06/13/12 | Review of completed compliance review report for foreclosure file (April 2012 Nevada) and forward copy of same to client contacts | L120 | EL | .50 | 337.00 | 168.50 |
| 06/13/12 | Review of completed compliance review report for foreclosure file (March 2012 Delaware) and forward copy of same to client contacts | L120 | EL | .50 | 337.00 | 168.50 |
| 06/13/12 | Review of completed compliance review report for foreclosure file (March 2012 Massachusetts) and forward copy of same to client contacts | L120 | EL | .50 | 337.00 | 168.50 |
| 06/13/12 | Review of completed compliance review report for foreclosure file (March 2012 Georgia) and forward copy of same to client contacts | L120 | EL | .50 | 337.00 | 168.50 |
| 06/13/12 | Review of completed compliance review report for foreclosure file (March 2012 South Dakota) and forward copy of same to client contacts | L120 | EL | .50 | 337.00 | 168.50 |
| 06/13/12 | Review of completed compliance review report for foreclosure file (April 2012 Georgia) and forward copy of same to client contacts | L120 | EL | .50 | 337.00 | 168.50 |



# BRADLEY ARANT
# BOULT CUMMINGS
###### LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    10
SEPTEMBER 14, 2012

0R0802-301081

**FED ID NO. 63-0243316**

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/13/12 | Review of completed compliance review report for foreclosure file (April 2012 Georgia) and forward copy of same to client contacts | L120 | EL | .50 | 337.00 | 168.50 |
| 06/13/12 | Review of completed compliance review report for foreclosure file (March 2012 Minnesota) and forward copy of same to client contacts | L120 | EL | .50 | 337.00 | 168.50 |
| 06/13/12 | Review of completed compliance review report for  foreclosure file (March 2012 Rhode Island) and forward copy of same to client contacts | L120 | EL | .50 | 337.00 | 168.50 |
| 06/13/12 | Review of completed compliance review report for foreclosure file (March 2012 South Carolina) and forward copy of same to client contacts | L120 | EL | .50 | 337.00 | 168.50 |
| 06/13/12 | Legal research regarding certain changes to Michigan compliance review template | L120 | EL | .50 | 337.00 | 168.50 |
| 06/13/12 | Review of completed compliance review report for foreclosure file (March 2012 New Hampshire) and forward copy of same to client contacts | L120 | EL | .70 | 337.00 | 235.90 |
| 06/13/12 | Review and respond to e-mail from regarding due dates for reviews of March, April, and May 2012 foreclosure files and transition of reviews to GMACM | L120 | EL | .20 | 337.00 | 67.40 |
| 06/13/12 | Manage and coordinate files reviews for March, April, and May 2012 samples | L120 | EL | .50 | 337.00 | 168.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    11
SEPTEMBER 14, 2012

0R0802-301081

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/13/12 | Review of completed compliance review report for foreclosure file (April 2012 Kentucky) and recent legislative changes in Kentucky impacting foreclosure process | L120 | EL | .50 | 337.00 | 168.50 |
| 06/13/12 | Revise Vermont foreclosure template | P270 | RKB | 3.00 | 195.00 | 585.00 |
| 06/13/12 | Review April batch of Arkansas files | P270 | RKB | 1.50 | 195.00 | 292.50 |
| 06/13/12 | Draft corrected notice of intention to foreclose list template for distribution to foreclosure firms and email instructions regarding same | L210 | JW | 1.40 | 190.00 | 266.00 |
| 06/13/12 | Review Maine state law regarding consumer communications | L110 | JW | .50 | 190.00 | 95.00 |
| 06/13/12 | Review correspondence regarding PA template update | L120 | PMD | .20 | 345.00 | 69.00 |
| 06/13/12 | Research regarding foreclosure law changes in Washington state and review foreclosure template checklist | C300 | CWI | 2.00 | 315.00 | 630.00 |
| 06/14/12 | Review, revise and conference re: work on NC foreclosure review checklist | C300 | CWI | 4.50 | 315.00 | 1,417.50 |
| 06/14/12 | Review revisions to Kentucky foreclosure review template | L190 | EBM | .50 | 219.00 | 109.50 |
| 06/14/12 | Continue to revise Kentucky foreclosure review template | L190 | EBM | .50 | 219.00 | 109.50 |



# BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    12
SEPTEMBER 14, 2012

0R0802-301081

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/14/12 | Prepare for call with GMAC Compliance Department to review Kentucky foreclosure review template to aid in GMAC's review of foreclosure files | L190 | EBM | .50 | 219.00 | 109.50 |
| 06/14/12 | Analyze issues regarding incorporation of recent legislative changes impacting foreclosure process into compliance review report for Kentucky | L120 | EL | .70 | 337.00 | 235.90 |
| 06/14/12 | Review of completed compliance review report for foreclosure file (April 2012 North Carolina) | L120 | EL | .50 | 337.00 | 168.50 |
| 06/14/12 | Review of revised compliance review report for foreclosure file (April 2012 kentucky) and forward copy of same to client contacts | L120 | EL | .30 | 337.00 | 101.10 |
| 06/14/12 | Review of recent legislative changes and revisions to Kentucky compliance review template report to reflect changes regarding foreclosure | L120 | EL | .70 | 337.00 | 235.90 |
| 06/14/12 | Review of revisions to Vermont compliance review template report to incorporate recent legislative changes | L120 | EL | .70 | 337.00 | 235.90 |
| 06/14/12 | Review revisions to Vermont compliance review template to incorporate recent legislative changes | L120 | EL | .70 | 337.00 | 235.90 |
| 06/14/12 | Draft revisions to Illinois compliance review template and addendum to template | L120 | EL | 2.50 | 337.00 | 842.50 |
| 06/14/12 | Review Arkansas file from April batch | P270 | RKB | 1.20 | 195.00 | 234.00 |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    13
SEPTEMBER 14, 2012

0R0802-301081

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/14/12 | Revise Vermont foreclosure template | P270 | RKB | 2.10 | 195.00 | 409.50 |
| 06/15/12 | Review and analyze NV foreclosure file | L120 | MSW | 3.80 | 254.00 | 965.20 |
| 06/15/12 | Prepare for and attend conference call with GMAC personnel to discuss Vermont file and changes to Vermont foreclosure template | P270 | RKB | 1.50 | 195.00 | 292.50 |
| 06/15/12 | Conference call with client contacts regarding review of Kentucky and Vermont foreclosure files | L120 | EL | 2.10 | 337.00 | 707.70 |
| 06/15/12 | Review of foreclosure file (May 2012 Louisiana) | L120 | EL | 2.00 | 337.00 | 674.00 |
| 06/15/12 | Complete compliance review report regarding foreclosure file (May 2012 Louisiana) | L120 | EL | 2.00 | 337.00 | 674.00 |
| 06/15/12 | Review of completed compliance review report for foreclosure file (March 2012 Michigan) and forward copy of same to client contacts | L120 | EL | .50 | 337.00 | 168.50 |
| 06/15/12 | Finalize revisions to Illinois compliance review template report | L120 | EL | .50 | 337.00 | 168.50 |
| 06/15/12 | Coordinate scheduling of attorneys for review of foreclosure files on June 22, 2012 conference call | L120 | EL | .10 | 337.00 | 33.70 |
| 06/15/12 | Participate in conference call with GMAC Compliance Department to review Kentucky foreclosure review template to aid in GMAC's review of foreclosure files | L190 | EBM | 1.20 | 219.00 | 262.80 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    14
SEPTEMBER 14, 2012

0R0802-301081

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 06/15/12 | Updating Michigan foreclosure compliance template | L120 | NSR | 1.40 | 280.00 | 392.00 |
| 06/15/12 | Analyzing Michigan foreclosure law regarding redemption period | L120 | NSR | 1.30 | 280.00 | 364.00 |
| 06/15/12 | Auditing foreclosure file  compliance with Michigan law | L120 | NSR | .70 | 280.00 | 196.00 |
| 06/15/12 | Work on North Carolina foreclosure review checklists | C300 | CWI | 3.00 | 315.00 | 945.00 |
| 06/16/12 | Complete review templates for April batch of Arkansas compliance reviews | P270 | RKB | 1.00 | 195.00 | 195.00 |
| 06/16/12 | Review and analyze PA foreclosure file for compliance audit | L120 | MSW | 4.10 | 254.00 | 1,041.40 |
| 06/17/12 | Conduct audit of Indiana foreclosure file for compliance audit | L120 | MSW | 4.20 | 254.00 | 1,066.80 |
| 06/17/12 | Research regarding evidence of service in Kentucky | L190 | EBM | 1.50 | 219.00 | 328.50 |
| 06/18/12 | Finalize Kentucky blank template for use by GMAC in foreclosure file review | L190 | EBM | .40 | 219.00 | 87.60 |
| 06/18/12 | Finalize checklist for foreclosure file review | L190 | EBM | .40 | 219.00 | 87.60 |
| 06/18/12 | Continue research regarding evidence of service | L190 | EBM | .80 | 219.00 | 175.20 |
| 06/18/12 | Draft email to client regarding evidence of service | L190 | EBM | .30 | 219.00 | 65.70 |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    15
SEPTEMBER 14, 2012

0R0802-301081

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/18/12 | Conference call with client regarding compliance with   Consent Order | C300 | MCG | .50 | 323.00 | 161.50 |
| 06/18/12 | Research regarding update of Washington state foreclosure template | C200 | CWI | 5.00 | 315.00 | 1,575.00 |
| 06/18/12 | Reviewed PA notices for client | L120 | PMD | .40 | 345.00 | 138.00 |
| 06/19/12 | Work on research regarding Washington state foreclosure rescue scams and update template regarding same | C300 | CWI | 2.00 | 315.00 | 630.00 |
| 06/19/12 | Complete foreclosure review checklist for file | L190 | EBM | 1.20 | 219.00 | 262.80 |
| 06/19/12 | E-mail correspondence with client regarding follow-up to  foreclosure file review (Kentucky) | L120 | EL | .30 | 337.00 | 101.10 |
| 06/19/12 | Review May batch of files from Mississippi and Vermont | P270 | RKB | 2.10 | 195.00 | 409.50 |
| 06/20/12 | Review of completed compliance review report for foreclosure file (May 2012 North Carolina) and forward copy of same to client contacts | L120 | EL | .50 | 337.00 | 168.50 |
| 06/20/12 | Telephone conference with client regarding notification rules in Minnesota | L120 | EL | .20 | 337.00 | 67.40 |
| 06/20/12 | Legal research and revise compliance review report regarding notification requirements under Minnesota law | L120 | EL | 2.00 | 337.00 | 674.00 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    16
SEPTEMBER 14, 2012

0R0802-301081

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/20/12 | Telephone conference with client regarding revisions to Minnesota Compliance review report | L120 | EL | .20 | 337.00 | 67.40 |
| 06/20/12 | Analyze publication issues in Kentucky foreclosure files | L120 | EL | .50 | 337.00 | 168.50 |
| 06/20/12 | Forward draft compliance review templates for Arkansas, Kansas, Mississippi, and Oklahoma to client | L120 | EL | .10 | 337.00 | 33.70 |
| 06/20/12 | Revise Arkansas foreclosure templates for April batch of files | P270 | RKB | 1.00 | 195.00 | 195.00 |
| 06/20/12 | Complete excel spreadsheet for foreclosure file review | L190 | EBM | .70 | 219.00 | 153.30 |
| 06/20/12 | Research regarding changes in Washington foreclosure statutes | C200 | CWI | 2.50 | 315.00 | 787.50 |
| 06/21/12 | Review blank template for New York foreclosure file review in preparation for updating and revising same | L190 | EBM | .50 | 219.00 | 109.50 |
| 06/21/12 | Begin researching recent New York foreclosure regulation | L190 | EBM | .90 | 219.00 | 197.10 |
| 06/21/12 | Revise Arkansas foreclosure templates for April batch of files | P270 | RKB | .50 | 195.00 | 97.50 |
| 06/21/12 | Research Ohio provisions and statutes regarding consumer commnications | L120 | KSA | .40 | 223.00 | 89.20 |
| 06/22/12 | Legal research regarding default notices and notices of sale | L120 | EL | .50 | 337.00 | 168.50 |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    17
SEPTEMBER 14, 2012

0R0802-301081

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/22/12 | Draft and forward e-mail to client contacts regarding notices of default and/or notices of sale questions | L120 | EL | .20 | 337.00 | 67.40 |
| 06/22/12 | Review of and update North Dakota foreclosure compliance review template report | L120 | EL | 2.50 | 337.00 | 842.50 |
| 06/22/12 | Legal research regarding changes, if any, in North Dakota foreclosure laws | L120 | EL | 1.30 | 337.00 | 438.10 |
| 06/22/12 | Complete May batch Mississippi foreclosure file review | P270 | RKB | .50 | 195.00 | 97.50 |
| 06/22/12 | Research Ohio auto dialer provisions and statutes | L120 | KSA | 1.20 | 223.00 | 267.60 |
| 06/22/12 | Advise client regarding District of Columbia and Maine foreclosure laws | C300 | KMS | .80 | 236.00 | 188.80 |
| 06/22/12 | Review foreclosure filing for compliance with state law requirements | C200 | KMS | 1.60 | 236.00 | 377.60 |
| 06/22/12 | Conference call with client regarding review of Maine, North Carolina, and Utah foreclosure files and status of foreclosures in Washington DC | L120 | EL | 2.00 | 337.00 | 674.00 |
| 06/22/12 | Review state law and foreclosure file compliance review | L120 | MSW | 2.40 | 254.00 | 609.60 |
| 06/22/12 | Review and analyze foreclosure file for compliance audit | L120 | MSW | 3.90 | 254.00 | 990.60 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    18
SEPTEMBER 14, 2012

0R0802-301081

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/22/12 | Prepare for and participate in foreclosure review conference call to discuss North Carolina foreclosure file | C300 | CWI | 1.20 | 315.00 | 378.00 |
| 06/23/12 | Continue to analyze foreclosure file for compliance with state law | C300 | KMS | 1.70 | 236.00 | 401.20 |
| 06/24/12 | Evaluate foreclosure file for compliance with Florida state law | L190 | KMS | 3.80 | 236.00 | 896.80 |
| 06/24/12 | Review and analyze state loan file for compliance audit | L120 | MSW | 3.40 | 254.00 | 863.60 |
| 06/24/12 | Continue reviewing and updating New York foreclosure review template | L190 | EBM | 2.00 | 219.00 | 438.00 |
| 06/25/12 | Continue reviewing and updating New York foreclosure review template | L190 | EBM | .50 | 219.00 | 109.50 |
| 06/25/12 | Provide update regarding pending foreclosure legislation in the District of Columbia | L190 | KMS | .30 | 236.00 | 70.80 |
| 06/25/12 | Review of revisions to Washington foreclosure laws and revise template | C300 | CWI | 1.90 | 315.00 | 598.50 |
| 06/25/12 | Review of Oklahoma foreclosure file; work on Oklahoma foreclosure review checklist | C300 | CWI | 2.30 | 315.00 | 724.50 |
| 06/25/12 | Complete May batch of foreclosure reviews for Vermont and Mississippi | P270 | RKB | 1.50 | 195.00 | 292.50 |
| 06/25/12 | Finalize revisions to North Dakota compliance review template report and forward copy of same to client contacts | L120 | EL | .50 | 337.00 | 168.50 |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    19
SEPTEMBER 14, 2012

0R0802-301081

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/25/12 | Legal research and review of new foreclosure requirements in Oregon and consideration of impact of same on foreclosure compliance review template report | L120 | EL | 1.50 | 337.00 | 505.50 |
| 06/25/12 | E-mail correspondence with client contacts regarding Oregon foreclosure law and regulations | L120 | EL | .20 | 337.00 | 67.40 |
| 06/25/12 | Review of and revise Oregon compliance review template report | L120 | EL | .50 | 337.00 | 168.50 |
| 06/26/12 | Review of completed compliance review report for foreclosure file (May 2012 Rhode Island) and forward copy of same to client contacts | L120 | EL | .60 | 337.00 | 202.20 |
| 06/26/12 | Review of completed compliance review report for  foreclosure file (May 2012 Florida) and forward copy of same to client contacts | L120 | EL | .50 | 337.00 | 168.50 |
| 06/26/12 | Review of completed compliance review report for foreclosure file (May 2012 Wisconsin) and forward copy of same to client contacts | L120 | EL | .50 | 337.00 | 168.50 |
| 06/26/12 | Review of completed compliance review report for foreclosure file (May 2012 South Carolina) and forward copy of same to client contacts | L120 | EL | .60 | 337.00 | 202.20 |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    20
SEPTEMBER 14, 2012

0R0802-301081

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/26/12 | Review of completed compliance review report for foreclosure file (April 2012 Florida) and forward copy of same to client contacts | L120 | EL | .50 | 337.00 | 168.50 |
| 06/26/12 | Legal research and review of changes in Arkansas foreclosure law | L120 | EL | 1.50 | 337.00 | 505.50 |
| 06/26/12 | Update foreclosure compliance review template report to reflect changes in Arkansas law | L120 | EL | 1.50 | 337.00 | 505.50 |
| 06/26/12 | Review of completed compliance review report for foreclosure file (April 2012 Arkansas) | L120 | EL | .50 | 337.00 | 168.50 |
| 06/26/12 | Review of and revise updated foreclosure compliance review template report for New York | L120 | EL | 1.00 | 337.00 | 337.00 |
| 06/26/12 | Review of e-mail inquiry from client regarding Oregon mortgage servicing requirements and e-mail correspondence with W.Allen regarding same | L120 | EL | .20 | 337.00 | 67.40 |
| 06/26/12 | Complete summary spreadsheet for May batch files | P270 | RKB | .40 | 195.00 | 78.00 |
| 06/26/12 | Revise Arkansas compliance review for April batch | P270 | RKB | .20 | 195.00 | 39.00 |
| 06/26/12 | Work on revisions to Washington foreclosure review template and review revisions to Washington foreclosure laws | C300 | CWI | 4.10 | 315.00 | 1,291.50 |



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    21
SEPTEMBER 14, 2012

0R0802-301081

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/26/12 | Review revisions to Washington foreclosure laws and Oklahoma foreclosure review checklist | C300 | CWI | 3.10 | 315.00 | 976.50 |
| 06/26/12 | Update New York foreclosure review template for notice requirements | L190 | EBM | 2.10 | 219.00 | 459.90 |
| 06/26/12 | Finalize updated New York foreclosure review template | L190 | EBM | 1.00 | 219.00 | 219.00 |
| 06/26/12 | Strategize regarding the state template updates | P300 | MLM | .20 | 190.00 | 38.00 |
| 06/27/12 | Work on revisions to Washington foreclosure review template and review of revisions to Washington foreclosure laws | C300 | CWI | 3.80 | 315.00 | 1,197.00 |
| 06/27/12 | Review of foreclosure file (April 2012 California) | L120 | EL | 2.00 | 337.00 | 674.00 |
| 06/27/12 | Complete compliance review report regarding foreclosure file (April 2012 California) | L120 | EL | 2.00 | 337.00 | 674.00 |
| 06/27/12 | Evaluate possible revisions to New York foreclosure compliance review template report | L120 | EL | .30 | 337.00 | 101.10 |
| 06/27/12 | Revise California foreclosure compliance review template report regarding notice requirements | L120 | EL | .50 | 337.00 | 168.50 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    22
SEPTEMBER 14, 2012

0R0802-301081

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/27/12 | Work on additional revisions to North Carolina foreclosure review checklist for Piatt file and on Oklahoma foreclosure review checklist | C300 | CWI | 2.20 | 315.00 | 693.00 |
| 06/27/12 | Review foreclosure files and evaluate compliance with required foreclosure procedures | P280 | CSM | 3.20 | 300.00 | 960.00 |
| 06/27/12 | Review Missouri foreclosure file for compliance with applicable foreclosure laws | L120 | MT | 2.70 | 210.00 | 567.00 |
| 06/27/12 | Research developments in Maine foreclosure law to see if the Maine Foreclosure File Review Template needs to be updated | C200 | MLM | 1.90 | 190.00 | 361.00 |
| 06/27/12 | Begin reviewing documents in the Maine loan foreclosure file | C300 | MLM | 2.10 | 190.00 | 399.00 |
| 06/28/12 | Review Missouri foreclosure and complete foreclosure compliance template for same | L120 | MT | 2.90 | 210.00 | 609.00 |
| 06/28/12 | Research regarding Pennsylvania form of acknowledgment proper for recordation in North Carolina | P280 | CSM | 2.30 | 300.00 | 690.00 |
| 06/28/12 | Telephone conference regarding national servicing standards workstream and issues requiring BABC review | P280 | CSM | .40 | 300.00 | 120.00 |
| 06/28/12 | Audit of loan file for borrower regarding compliance with Michigan foreclosure law using updated Michigan template | L120 | NSR | 2.10 | 280.00 | 588.00 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    23
SEPTEMBER 14, 2012

0R0802-301081

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/28/12 | Audit of loan file for borrower regarding compliance with Michigan foreclosure law using updated Michigan template | L120 | NSR | .80 | 280.00 | 224.00 |
| 06/28/12 | Completing audit of loan file for borrower regarding compliance with Ohio foreclosure law | L120 | NSR | 1.10 | 280.00 | 308.00 |
| 06/28/12 | Review foreclosure files and evaluate compliance with required foreclosure procedures | P280 | CSM | 1.20 | 300.00 | 360.00 |
| 06/28/12 | Work on additional revisions to North Carolina foreclosure review checklist | C300 | CWI | 4.20 | 315.00 | 1,323.00 |
| 06/28/12 | Review of foreclosure file (April 2012 California) | L120 | EL | 2.00 | 337.00 | 674.00 |
| 06/28/12 | Review of foreclosure file (April 2012 Oklahoma) | L120 | EL | 2.00 | 337.00 | 674.00 |
| 06/28/12 | Complete compliance review report for foreclosure file (April 2012 Oklahoma) | L120 | EL | 2.00 | 337.00 | 674.00 |
| 06/28/12 | Review of completed compliance review report for foreclosure file (April 2012 - North Carolina) | L120 | EL | .50 | 337.00 | 168.50 |
| 06/28/12 | Review of and revise updated compliance review template for New Jersey and forward copy of same to client contacts | L120 | EL | .70 | 337.00 | 235.90 |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    24
SEPTEMBER 14, 2012

0R0802-301081

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/28/12 | Review of completed compliance review report for foreclosure file (May 2012 Mississippi) and follow-up on various issues | L120 | EL | .50 | 337.00 | 168.50 |
| 06/28/12 | Review of completed compliance review report for foreclosure file (May 2012 Mississippi) and follow-up on various issues | L120 | EL | .50 | 337.00 | 168.50 |
| 06/28/12 | Review of e-mail correspondence from client contacts regarding Oregon foreclosure activity and e-mail correspondence with W.Allen regarding Oregon foreclosure requirements | L120 | EL | .20 | 337.00 | 67.40 |
| 06/28/12 | Review of and revise updated compliance review template for New York and follow-up regarding various issues | L120 | EL | 1.00 | 337.00 | 337.00 |
| 06/28/12 | Review of completed compliance review report for foreclosure file (April 2012 North Carolina) and forward copy of same to client contacts | L120 | EL | .30 | 337.00 | 101.10 |
| 06/28/12 | Review of completed compliance review report for foreclosure file (May 2012 Oklahoma) and forward copy of same to client contacts | L120 | EL | .50 | 337.00 | 168.50 |
| 06/28/12 | Review of completed compliance review report for foreclosure file (April 2012 Kentucky) and forward copy of same to client contacts | L120 | EL | .30 | 337.00 | 101.10 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    25
SEPTEMBER 14, 2012

0R0802-301081

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/28/12 | Evaluate file for compliance with Florida law | L190 | KMS | 1.50 | 236.00 | 354.00 |
| 06/28/12 | Work on revisions to Washington foreclosure review template and review of revisions to Washington foreclosure laws | C300 | CWI | 3.50 | 315.00 | 1,102.50 |
| 06/28/12 | Continue reviewing the Maine foreclosure file and complete most of the template regarding same. | C300 | MLM | 6.20 | 190.00 | 1,178.00 |
| 06/28/12 | Revise Mississippi and Arkansas foreclosure templates | P270 | RKB | 2.00 | 195.00 | 390.00 |
| 06/29/12 | Preparation and participation in conference call with clientregarding state law requirements and compliance audit procedures | L120 | MSW | .70 | 254.00 | 177.80 |
| 06/29/12 | Finish completing the template for loann file and complete the foreclosure file review spreadsheet review | C300 | MLM | 3.60 | 190.00 | 684.00 |
| 06/29/12 | Research regarding notice requirements | C200 | MLM | 1.50 | 190.00 | 285.00 |
| 06/29/12 | Prepare for and attend weekly template review conference call | P270 | RKB | .70 | 195.00 | 136.50 |
| 06/29/12 | Research Arkansas foreclosure statutes | P270 | RKB | .30 | 195.00 | 58.50 |
| 06/29/12 | E-mail correspondence to client regarding form of Pennsylvania acknowledgment for use out of state | C400 | CSM | .10 | 300.00 | 30.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    26
SEPTEMBER 14, 2012

0R0802-301081

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/29/12 | Research regarding Kansas service requirements in support of foreclosure file review | C200 | CSM | .30 | 300.00 | 90.00 |
| 06/29/12 | Complete analysis of Florida foreclosure file compliance with state law | C200 | KMS | 1.50 | 236.00 | 354.00 |
| 06/29/12 | Work on final revisions to Washington template and review of revisions to Washington foreclosure laws | C300 | CWI | 5.00 | 315.00 | 1,575.00 |
| 06/29/12 | GMAC foreclosure file review nd completion of file review report. | L240B | WJH | 2.90 | 215.00 | 623.50 |
| 06/29/12 | Researched various local Pennsylvania mediation requirements | L120 | PMD | .60 | 345.00 | 207.00 |
| 06/29/12 | Researched regarding PA notices for template | L120 | PMD | .70 | 345.00 | 241.50 |
| 06/29/12 | Review and revise PA foreclosure template | L120 | PMD | 1.30 | 345.00 | 448.50 |
| 06/29/12 | Review and revise PA notices for template | L120 | PMD | .90 | 345.00 | 310.50 |
| 06/29/12 | Revised PA mediation chart for client | L120 | PMD | .80 | 345.00 | 276.00 |
| 06/29/12 | Conference call with client contacts regarding review of foreclosure files in Arkansas, Kansas, Mississippi, Oklahoma, and South Carolina | L120 | EL | 1.50 | 337.00 | 505.50 |
| 06/29/12 | Review of completed compliance review report for foreclosure file (May 2012 Kansas) and forward copy of same to client contacts | L120 | EL | .50 | 337.00 | 168.50 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    27
SEPTEMBER 14, 2012

0R0802-301081

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/29/12 | Forward copy of completed compliance review report for foreclosure file (April 2012 North Carolina) to client contacts | L120 | EL | .10 | 337.00 | 33.70 |
| 06/29/12 | Review of completed compliance review report for Apodaca foreclosure file (May 2012 Kansas) and forward copy of same to P.Karpowicz, T. Gallagher, and S.Zeitz | L120 | EL | .50 | 337.00 | 168.50 |
| 06/29/12 | Review of completed compliance review report for foreclosure file (April 2012 Arkansas) and forward copy of same to client contacts | L120 | EL | .50 | 337.00 | 168.50 |
| 06/29/12 | Review of completed compliance review report for foreclosure file (May 2012 Arkansas) and forward copy of same to client contacts | L120 | EL | .50 | 337.00 | 168.50 |
| 06/29/12 | Review of and forward revised compliance review report template for Washington to client contacts | L120 | EL | .20 | 337.00 | 67.40 |
| 06/29/12 | Revise form of Pennsylvania acknowledgment for use in recording document out of state | P280 | CSM | .40 | 300.00 | 120.00 |
| 06/29/12 | Telephone conference with client contacts and others regarding results of Kansas foreclosure file reviews | P280 | CSM | .30 | 300.00 | 90.00 |
| 06/30/12 | Drafted e-mail to client regarding foreclosure template | L120 | PMD | 1.10 | 345.00 | 379.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     28
SEPTEMBER 14, 2012

0R0802-301081

FED ID NO. 63-0243316

FEES                                    $95,682.10

41    Computerized Legal Research-Westlaw            0.00

AMOUNT DUE THIS BILL            $95,682.10

***** TOTAL DUE UPON RECEIPT *****



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     29
SEPTEMBER 14, 2012

0R0802-301081

**FED ID NO. 63-0243316**

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Paige M. Boshell | Partner | 345.00 | 6.40 | 2,208.00 |
| Christopher Wiginton | Partner | 315.00 | 67.30 | 21,199.50 |
| Katherine M. Suttle Weiner | Associate | 236.00 | 11.20 | 2,643.20 |
| Elizabeth B. Mitchell | Associate | 219.00 | 30.90 | 6,767.10 |
| Keith S. Anderson | Associate | 223.00 | 1.60 | 356.80 |
| Michael C. Griffin | Partner | 323.00 | 2.30 | 742.90 |
| C. Samuel Todd | Associate | 200.00 | 7.40 | 1,480.00 |
| R. Kane Burnette | Associate | 195.00 | 26.30 | 5,128.50 |
| W. Justin Hendrix | Associate | 215.00 | 2.90 | 623.50 |
| Michael Thomason | Associate | 210.00 | 15.70 | 3,297.00 |
| Jay Wright | Associate | 190.00 | 1.90 | 361.00 |
| Molly L. Melius | Associate | 190.00 | 16.90 | 3,211.00 |
| Mark S. Wierman | Associate | 254.00 | 39.70 | 10,083.80 |
| Elena Lovoy | Senior Attorney | 337.00 | 82.90 | 27,937.30 |
| Melissa Burton | Associate | 240.00 | .50 | 120.00 |
| Nader Raja | Associate | 280.00 | 14.00 | 3,920.00 |
| Cory S. Menees | Associate | 300.00 | 13.50 | 4,050.00 |
| Total | | | 341.40 | 94,129.60 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

SEPTEMBER 14, 2012
0R0802-301081

BILL AMOUNT        $95,682.10

INVOICE #  804381

To:   ResCap                          TC Number:        719626
      1100 Virginia Drive             Invoice Date:     09/14/2012
      Fort Washington, PA 19034       Invoice No.       804381
                                      Period ending:    06/30/2012

Case Management Number      LD  0R0802-301081

|  | | Current Invoice | |
|---|---|---|---|
| Code | Task | Hours | Fees |
| B110 | Case Administration | 4.90 | $   980.00 |
| C200 | Researching Law | 16.10 | $ 4,411.50 |
| C300 | Analysis and Advice | 77.30 | $ 22,599.50 |
| C400 | Third Party Communication | 0.50 | $   150.00 |
| L110 | Fact Investigation/Development | 0.50 | $    95.00 |
| L120 | Analysis/Strategy | 160.30 | $ 47,802.90 |
| L190 | Other Case Assessment, Develop't/Admin | 36.50 | $ 8,088.70 |
| L210 | Pleadings | 1.40 | $   266.00 |
| L240B | All Other | 2.90 | $   623.50 |
| P270 | Regulatory Reviews | 26.30 | $ 5,128.50 |
| P280 | Other | 10.60 | $ 3,180.00 |
| P300 | Structure/Strategy/Analysis | 1.60 | $   304.00 |
| P400 | Initial Document Preparation/Filing | 2.50 | $   500.00 |

```
                      ===================================
        TOTAL FEES         341.40    $ 95,682.10

                TOTAL FEES DUE         $ 95,682.10
        TOTAL DISBURSEMENTS DUE        $      0.00
           TOTAL DUE THIS INVOICE      $ 95,682.10
```



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 14, 2012
0R0802-301082

INVOICE #  804383

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0802-301082   TC Number: 721351

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/01/12 | Draft monthly status report for client | L190 | RLB | .10 | 266.00 | 26.60 |
| | FEES | | | | | $26.60 |
| 01 | Copy Charges | | | | 0.00 | |
| | AMOUNT DUE THIS BILL | | | | | $26.60 |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
SEPTEMBER 14, 2012

0R0802-301082

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Rashad L. Blossom | Associate | 266.00 | .10 | 26.60 |
| Total | | | .10 | 26.60 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                      SEPTEMBER 14, 2012
                                                            0R0802-301082
BILL AMOUNT          $26.60                                 INVOICE #  804383

To:    ResCap                      TC Number:        721351
       1100 Virginia Drive         Invoice Date:     09/14/2012
       Fort Washington, PA 19034   Invoice No.       804383
                                   Period ending:    06/30/2012


Case Management Number      LD  0R0802-301082


                                        Current Invoice
Code Task                             Hours           Fees

L190 Other Case Assessment, Develop't/Admin    0.10    $    26.60


                          =================================
                  TOTAL FEES     0.10    $    26.60

                  TOTAL FEES DUE          $    26.60
          TOTAL DISBURSEMENTS DUE         $     0.00
            TOTAL DUE THIS INVOICE        $    26.60



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    SEPTEMBER 14, 2012
1100 Virginia Drive                                       0R0802-301096
Fort Washington, PA 19034

                                                          INVOICE #   804384

                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0802-301096   TC Number: 704821

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/01/12 | Draft monthly status report for client | L190 | RLB | .10 | 266.00 | 26.60 |

FEES                                          $26.60

AMOUNT DUE THIS BILL                          $26.60

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
SEPTEMBER 14, 2012

0R0802-301096

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Rashad L. Blossom | Associate | 266.00 | .10 | 26.60 |
| Total | | | .10 | 26.60 |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    SEPTEMBER 14, 2012
                                                         0R0802-301096
BILL AMOUNT          $26.60                               INVOICE #  804384

To:     ResCap                        TC Number:         704821
        1100 Virginia Drive           Invoice Date:      09/14/2012
        Fort Washington, PA 19034      Invoice No.        804384
                                       Period ending:     06/30/2012

Case Management Number       LD  0R0802-301096

| Code Task | Current Invoice Hours | Fees |
|---|---|---|
| L190 Other Case Assessment, Develop't/Admin | 0.10 | $ 26.60 |
| ================================= | | |
| TOTAL FEES | 0.10 | $ 26.60 |

| | | |
|---|---|---|
| TOTAL FEES DUE | $ | 26.60 |
| TOTAL DISBURSEMENTS DUE | $ | 0.00 |
| TOTAL DUE THIS INVOICE | $ | 26.60 |



### BRADLEY ARANT BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 14, 2012
0R0802-301099

INVOICE #  804385

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0802-301099   TC Number: 724864

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/07/12 | Review and analysis of correspondence regarding filing of joint motion to vacate judgment of foreclosure for case status update | L140 | RBB | .10 | 149.00 | 14.90 |
| 06/07/12 | Communicating with S.Ceccato at Legal Services of the Southern Piedmont regarding next steps to correct title. | L120 | JJS | .20 | 254.00 | 50.80 |
| 06/13/12 | Review and analysis of correspondence to/from GMACM regarding Borrower's receipt of Declaratory Judgment Complaint for case status update and to prepare Affidavit of Service | L140 | RBB | .10 | 149.00 | 14.90 |
| 06/13/12 | Prepare draft of Affidavit of Service of Complaint and its two (2) exhibits for attorney review | L140 | RBB | .20 | 149.00 | 29.80 |
| 06/14/12 | Review and analysis of correspondence to/from S.Ceccato (and attached documents) regarding joint motion to vacate judgment and re-instate mortgage and deed of trust, and order vacating judgment and re-instating mortgage and deed of trust for case status update | L140 | RBB | .10 | 149.00 | 14.90 |
| 06/14/12 | Completing draft pleadings and sending the same to S.Ceccato, counsel for borrower, to request that the foreclosure judgment be vacated | L120 | JJS | .50 | 254.00 | 127.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
SEPTEMBER 14, 2012

0R0802-301099

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/18/12 | Preparing and filing an affidavit of service. | L120 | JJS | .70 | 254.00 | 177.80 |
| 06/18/12 | Review and analysis of correspondence to/from S.Ceccato regarding signing and filing, with the Court, of the joint motion and order for case status update | L140 | RBB | .10 | 149.00 | 14.90 |
| 06/21/12 | Finalizing the joint motion to vacate the foreclosure judgment and consent order to send to the court. | L120 | JJS | .40 | 254.00 | 101.60 |
| 06/22/12 | Communicating with counsel for borrowe regarding the pleadings and case status | L120 | JJS | .10 | 254.00 | 25.40 |
| 06/22/12 | Review and analysis of correspondence to/from GMAC regarding attached Joint motion to vacate judgment of foreclosure and Order to vacate judgment of foreclosure | L140 | RBB | .70 | 149.00 | 104.30 |
| 06/22/12 | Review and analysis of correspondence to/from S.Ceccato regarding Filing the Joint motion to vacate judgment of foreclosure, and Order to vacate judgment of foreclosure | L140 | RBB | .10 | 149.00 | 14.90 |

FEES                                    $691.20

### DESCRIPTION OF DISBURSEMENTS

07        Filing Fees                                    25.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      3
SEPTEMBER 14, 2012

0R0802-301099

FED ID NO. 63-0243316

COSTS                                    $25.00

AMOUNT DUE THIS BILL              $716.20

***** TOTAL DUE UPON RECEIPT *****



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      4
SEPTEMBER 14, 2012

0R0802-301099

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Robert B. Benson | Paralegal | 149.00 | 1.40 | 208.60 |
| Jessica J. Sibley | Associate | 254.00 | 1.90 | 482.60 |
| Total | | | 3.30 | 691.20 |



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                        SEPTEMBER 14, 2012
                                                             0R0802-301099
BILL AMOUNT          $716.20                                 INVOICE #  804385

To:    ResCap                        TC Number:        724864
       1100 Virginia Drive           Invoice Date:     09/14/2012
       Fort Washington, PA 19034     Invoice No.       804385
                                     Period ending:    06/30/2012

Case Management Number    LD   0R0802-301099

|                              | Current Invoice |            |
| Code Task                    | Hours           | Fees       |
| L120 Analysis/Strategy       | 1.90            | $  482.60  |
| L140 Document/File Management | 1.40            | $  208.60  |

======================================

|                  |      |            |
| TOTAL FEES       | 3.30 | $   691.20 |

| TOTAL FEES DUE            | $  691.20 |
| TOTAL DISBURSEMENTS DUE   | $   25.00 |
| TOTAL DUE THIS INVOICE    | $  716.20 |



# BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                              SEPTEMBER 14, 2012
1100 Virginia Drive                                 0R0802-301104
Fort Washington, PA 19034

                                                    INVOICE #  804386

                                                    FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0802-301104   TC Number: 725319

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/01/12 | Status report regarding response letter and title claim | L120 | KSA | .10 | 223.00 | 22.30 |
| 06/05/12 | Phone discussion with borrower counsel regarding lien question and possible refinance | L120 | KSA | .50 | 223.00 | 111.50 |

                              FEES                              $133.80

                    AMOUNT DUE THIS BILL                        $133.80

             ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
SEPTEMBER 14, 2012

0R0802-301104

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Keith S. Anderson | Associate | 223.00 | .60 | 133.80 |
| Total | | | .60 | 133.80 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

BILL AMOUNT          $133.80

SEPTEMBER 14, 2012
0R0802-301104
INVOICE #  804386

To:    ResCap
       1100 Virginia Drive
       Fort Washington, PA 19034

TC Number:          725319
Invoice Date:       09/14/2012
Invoice No.         804386
Period ending:      06/30/2012

Case Management Number    LD  0R0802-301104

|                              | Current Invoice |           |
| Code Task                    | Hours           | Fees      |
| L120 Analysis/Strategy       | 0.60            | $   133.80 |

========================================

| TOTAL FEES | 0.60 | $   133.80 |

TOTAL FEES DUE              $   133.80
TOTAL DISBURSEMENTS DUE     $     0.00
TOTAL DUE THIS INVOICE      $   133.80



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 14, 2012
0R0802-301110

INVOICE #  804387

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0802-301110   TC Number: 725704

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/04/12 | Review of REO policies and procedures | B250 | CJA | 6.10 | 210.00 | 1,281.00 |
| 06/05/12 | Receipt and review of REO policies and procedures and provided comment to each procedure | B250 | CJA | 5.30 | 210.00 | 1,113.00 |
| 06/06/12 | Update REO department review | L190 | FWA | .80 | 345.00 | 276.00 |
| 06/18/12 | Review of REO policies and procedures ad provide comments thereto to involved parties | B250 | CJA | 5.20 | 210.00 | 1,092.00 |
| 06/20/12 | Review of draft memo on REO policy review | B250 | CJA | .70 | 210.00 | 147.00 |
| 06/20/12 | Drafted memo regarding REO policies and procedures | B250 | CJA | 1.40 | 210.00 | 294.00 |
| 06/21/12 | Drafted portion of memorandum regarding REO procedures | B250 | CJA | 4.40 | 210.00 | 924.00 |
| 06/21/12 | Work on draft of memo on REO policy review | L120 | TMB | 2.20 | 371.00 | 816.20 |
| 06/21/12 | Review of revised REO policies and procedures and NCST and provided comments thereto to involved parties | B250 | CJA | 2.10 | 210.00 | 441.00 |
| 06/22/12 | Conference call with client regarding REO policy and procedure | B250 | CJA | .50 | 210.00 | 105.00 |
| 06/24/12 | Work on memo relating to REO policies and procedures | L120 | TMB | 2.60 | 371.00 | 964.60 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     2
SEPTEMBER 14, 2012

0R0802-301110

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/25/12 | Review of REO policies and procedures and provided comments thereto to involved parties | B250 | CJA | 5.60 | 210.00 | 1,176.00 |
| 06/26/12 | Review of revised REO policies and procedures and provided comments thereto to involved parties | B250 | CJA | .40 | 210.00 | 84.00 |
| 06/27/12 | Review of REO policies and procedures and provided comments thereto to involved parties | B250 | CJA | 6.00 | 210.00 | 1,260.00 |
| 06/27/12 | Drafted lmemo regarding review of REO practices | B250 | CJA | 2.10 | 210.00 | 441.00 |

FEES                                         $10,414.80

DESCRIPTION OF DISBURSEMENTS

| 20 | Airline Tickets | 637.60 |
| 70S | Ready Conference | 5.03 |

COSTS                                         $642.63

AMOUNT DUE THIS BILL                          $11,057.43

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE     3
SEPTEMBER 14, 2012

ResCap

0R0802-301110

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| T. Michael Brown | Partner | 371.00 | 4.80 | 1,780.80 |
| Wendell Allen | Partner | 345.00 | .80 | 276.00 |
| C. Jason Avery | Associate | 210.00 | 39.80 | 8,358.00 |
| Total | | | 45.40 | 10,414.80 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    SEPTEMBER 14, 2012
                                                          0R0802-301110
BILL AMOUNT       $11,057.43                              INVOICE #  804387

_____

To:     ResCap                      TC Number:          725704
        1100 Virginia Drive         Invoice Date:       09/14/2012
        Fort Washington, PA 19034   Invoice No.         804387
                                    Period ending:      06/30/2012


Case Management Number      LD  0R0802-301110


                                         Current Invoice
Code Task                           Hours           Fees

B250 Real Estate                    39.80     $  8,358.00
L120 Analysis/Strategy               4.80     $  1,780.80
L190 Other Case Assessment, Develop't/Admin   0.80     $    276.00

                            ===================================
                  TOTAL FEES    45.40     $ 10,414.80

                  TOTAL FEES DUE              $ 10,414.80
           TOTAL DISBURSEMENTS DUE            $    642.63
           TOTAL DUE THIS INVOICE             $ 11,057.43



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                          SEPTEMBER 14, 2012
1100 Virginia Drive                             0R0802-301113
Fort Washington, PA 19034

                                                INVOICE #  804388

                                                FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0802-301113  TC Number: 725849

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/01/12 | Review and analyze numerous foreclosure files | L120 | ERP | 6.20 | 150.00 | 930.00 |
| 06/01/12 | Conference call and emails with client regarding third party vendor | L120 | CLHA | .70 | 345.00 | 241.50 |
| 06/01/12 | Review and analyze copies of numerous foreclosure files | L629 | AH | 6.10 | 185.00 | 1,128.50 |
| 06/01/12 | Analyze foreclosure files | L120 | LHA | 1.50 | 232.00 | 348.00 |
| 06/01/12 | Prepare for and attend third party vendor conference call with client | L190 | FWA | .80 | 345.00 | 276.00 |
| 06/01/12 | Confer with client re: outside counsel directions | L190 | FWA | .70 | 345.00 | 241.50 |
| 06/04/12 | Analyze numerous foreclosure files | L120 | LHA | 5.50 | 232.00 | 1,276.00 |
| 06/04/12 | Review  numerous foreclosure files | L629 | AH | 4.50 | 185.00 | 832.50 |
| 06/04/12 | Review and analyze numerous foreclosure files | L120 | ERP | 6.20 | 150.00 | 930.00 |
| 06/04/12 | Review of numerous bankruptcy files | L120 | CLHA | 6.80 | 345.00 | 2,346.00 |
| 06/05/12 | Review and analyze numerous foreclosure files | L120 | ERP | 4.80 | 150.00 | 720.00 |
| 06/05/12 | Review foreclosure files to confirm compliance | L629 | AH | 6.60 | 185.00 | 1,221.00 |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
SEPTEMBER 14, 2012

0R0802-301113

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/05/12 | Analyze numerous foreclosure files to confirm third party vendor compliance | L120 | LHA | 4.00 | 232.00 | 928.00 |
| 06/05/12 | Review client information about vendor review | L190 | FWA | .80 | 345.00 | 276.00 |
| 06/05/12 | Continued review of numerous bankruptcy files | L120 | CLHA | 4.90 | 345.00 | 1,690.50 |
| 06/06/12 | Continued work on memorandum related to third party vendor compliance review | L120 | CLHA | 6.90 | 345.00 | 2,380.50 |
| 06/06/12 | Review data from initial review of files and confer with client re: same | L190 | FWA | 1.20 | 345.00 | 414.00 |
| 06/06/12 | Review numerous foreclosure files to confirm compliance | L629 | AH | 3.90 | 185.00 | 721.50 |
| 06/06/12 | Review and analyze numerous foreclosure files | L120 | ERP | 4.10 | 150.00 | 615.00 |
| 06/07/12 | Continued work on memorandum regarding bankruptcy file review regarding compliance assessment | L120 | CLHA | 4.50 | 345.00 | 1,552.50 |
| 06/07/12 | Review and revise memo to client re compliance review of bankruptcy files | L190 | FWA | 1.20 | 345.00 | 414.00 |
| 06/08/12 | Prepare for and attend weekly conference and review memo re: next steps | L190 | FWA | .90 | 345.00 | 310.50 |
| 06/08/12 | Analyze and discussions regarding compliance questions | L120 | JPD | .50 | 420.00 | 210.00 |
| 06/08/12 | Call with client regarding status of research and strategy | L120 | CLHA | .50 | 345.00 | 172.50 |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     3
SEPTEMBER 14, 2012

0R0802-301113

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/08/12 | Confer with co-counsel regarding bankruptcy file review and compliance assessment | L120 | CLHA | .60 | 345.00 | 207.00 |
| 06/08/12 | Confer with client contact regarding bankruptcy file review and compliance assessment | L120 | CLHA | .60 | 345.00 | 207.00 |
| 06/08/12 | Work on revision to memorandum related to bankruptcy file review and compliance assessmet | L120 | CLHA | 4.40 | 345.00 | 1,518.00 |
| 06/08/12 | Analyze compliance questions and discussions regarding same | L120 | GEG | .40 | 335.00 | 134.00 |
| 06/11/12 | Continued work on revisions to memorandum regarding bankruptcy file review | L120 | CLHA | 4.40 | 345.00 | 1,518.00 |
| 06/12/12 | Continued bankruptcy file review for compliance assessment | L120 | CLHA | 4.20 | 345.00 | 1,449.00 |
| 06/12/12 | Reviewed memo concerning bankruptcy file review amd provide compliance advice | B410 | WLN | .70 | 420.00 | 294.00 |
| 06/13/12 | Research regarding third party vendors | L120 | PJC | 1.00 | 358.00 | 358.00 |
| 06/13/12 | Continued review of numerous bankruptcy files and revision to memorandum regarding same | L120 | CLHA | 5.50 | 345.00 | 1,897.50 |
| 06/14/12 | Follow up conference regarding third party vendor review | L120 | PJC | .20 | 358.00 | 71.60 |
| 06/14/12 | Further research regarding third party vendor review | L120 | PJC | 1.90 | 358.00 | 680.20 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    4
SEPTEMBER 14, 2012

0R0802-301113

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 06/14/12 | Analyze consent orders and revise memorandum regarding third party vendor review | L120 | CLHA | 6.10 | 345.00 | 2,104.50 |
| 06/14/12 | Review blast email to third party vendors re documentation procedures | L190 | FWA | .60 | 345.00 | 207.00 |
| 06/15/12 | Prepare for and attend meeting with client re: third party vendors review and review data re same | L190 | FWA | .80 | 345.00 | 276.00 |
| 06/15/12 | Review memo on third party vendors review | L190 | FWA | .60 | 345.00 | 207.00 |
| 06/15/12 | Follow up research regarding third party vendors review and draft memo regarding same | L120 | PJC | 3.60 | 358.00 | 1,288.80 |
| 06/15/12 | Call with client regarding status of review and research | L120 | CLHA | .50 | 345.00 | 172.50 |
| 06/15/12 | Continued work on rrevisions to memorandum regarding bankruptcy file review | L120 | CLHA | 3.10 | 345.00 | 1,069.50 |
| 06/18/12 | Continued work on memorandum regarding bankruptcy file review and compliance advise | L120 | CLHA | 2.80 | 345.00 | 966.00 |
| 06/19/12 | Revise and circulate memorandum regarding bankruptcy file review and compliance advice | L120 | CLHA | .80 | 345.00 | 276.00 |
| 06/20/12 | Work on revision to memorandum regarding bankruptcy file review and compliance advice | L120 | CLHA | .50 | 345.00 | 172.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      5
SEPTEMBER 14, 2012

0R0802-301113

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/20/12 | Compile numerous foreclosure files to confirm compliance | L629 | AH | .60 | 185.00 | 111.00 |
| 06/21/12 | Revise and circulate memorandum regarding bankruptcy file compliance review | L120 | CLHA | 1.10 | 345.00 | 379.50 |
| 06/21/12 | Review file review data and consider conclusions from the same | L190 | FWA | 1.40 | 345.00 | 483.00 |
| 06/22/12 | Prepare for and attend weekly  status conference with client regarding compliance review and review and revise document related to same | L190 | FWA | 1.00 | 345.00 | 345.00 |
| 06/22/12 | Call with client regarding bakruptcy file compliance review | L120 | CLHA | .50 | 345.00 | 172.50 |
| 06/22/12 | Revise spreadsheet regarding foreclosure file compliance review | L629 | AH | .50 | 185.00 | 92.50 |
| 06/25/12 | Review multiple foreclosure files | L629 | AH | 3.20 | 185.00 | 592.00 |
| 06/25/12 | Correspond with client regarding foreclosure file review project | L629 | AH | .40 | 185.00 | 74.00 |
| 06/26/12 | Review additional foreclosure files | L629 | AH | 2.10 | 185.00 | 388.50 |
| 06/26/12 | Review of various foreclosure files to confirm compliance | L120 | ERP | 2.30 | 150.00 | 345.00 |
| 06/27/12 | Review new set of foreclosure files to confirm compliance | L629 | AH | 2.40 | 185.00 | 444.00 |
| 06/27/12 | Summarize findings regarding the review of the numerous foreclosure files | L629 | AH | .40 | 185.00 | 74.00 |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      6
SEPTEMBER 14, 2012

0R0802-301113

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/27/12 | Draft spreadsheet regarding file review summary | L120 | ERP | .30 | 150.00 | 45.00 |
| 06/27/12 | E-mail communication with client attaching spreadsheet regarding loan review | L120 | ERP | .20 | 150.00 | 30.00 |
| 06/27/12 | Review of client files to evaluate compliance | L120 | ERP | .60 | 150.00 | 90.00 |
| 06/28/12 | Review of multiple foreclosure files per file review project | L120 | ERP | 5.10 | 150.00 | 765.00 |
| 06/28/12 | Work on form proof of claim notice for client review | L120 | CLHA | .70 | 345.00 | 241.50 |
| 06/28/12 | Prepare for and attend morning conference call re: file review project and consider results of review to date | L190 | FWA | .80 | 345.00 | 276.00 |
| 06/28/12 | Conference call regarding status of the file review project | L629 | AH | .60 | 185.00 | 111.00 |
| 06/28/12 | Update comprehensive spreadsheet with the recently reviewed client files | L629 | AH | .60 | 185.00 | 111.00 |
| 06/28/12 | Incorporate newly received and reviewed client files into comprehensive comparative spreadsheet | L629 | AH | 1.20 | 185.00 | 222.00 |
| 06/29/12 | Review spreadsheet of loans and assign and prioritize files for review | L629 | AH | 3.10 | 185.00 | 573.50 |
| 06/29/12 | Revise and update spreadsheet regarding file review project | L629 | AH | 1.00 | 185.00 | 185.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      7
SEPTEMBER 14, 2012

0R0802-301113

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/29/12 | Confer with client re: file review project and compliance advice | L190 | FWA | .50 | 345.00 | 172.50 |
| 06/29/12 | Analyze bankruptcy files related to compliance project | L120 | CLHA | .40 | 345.00 | 138.00 |
| 06/29/12 | E-mail communication with client regarding status of request for additional client files for review | L120 | ERP | .20 | 150.00 | 30.00 |

|  |  |  |  |
|--|--|--|--|
|  | FEES |  | $42,669.50 |
| 01 | Copy Charges |  | 0.00 |
|  | AMOUNT DUE THIS BILL |  | $42,669.50 |

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      8
SEPTEMBER 14, 2012

0R0802-301113

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Phillip J. Carroll | Partner | 358.00 | 6.70 | 2,398.60 |
| J. Patrick Darby | Partner | 420.00 | .50 | 210.00 |
| Wendell Allen | Partner | 345.00 | 11.30 | 3,898.50 |
| Christopher L. Hawkins | Partner | 345.00 | 60.50 | 20,872.50 |
| Glenn E. Glover | Partner | 335.00 | .40 | 134.00 |
| William L. Norton | Partner | 420.00 | .70 | 294.00 |
| Emily R. Powell | Paralegal | 150.00 | 30.00 | 4,500.00 |
| Leigh Anne Fleming | Associate | 232.00 | 11.00 | 2,552.00 |
| Ashlee Hightower | Associate | 185.00 | 37.20 | 6,882.00 |
| Total | | | 158.30 | 41,741.60 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

SEPTEMBER 14, 2012
0R0802-301113
INVOICE #  804388

BILL AMOUNT        $42,669.50

To:    ResCap
       1100 Virginia Drive
       Fort Washington, PA 19034

| | |
|---|---|
| TC Number: | 725849 |
| Invoice Date: | 09/14/2012 |
| Invoice No. | 804388 |
| Period ending: | 06/30/2012 |

Case Management Number      LD  0R0802-301113

| Code | Task | Current Invoice Hours | Fees |
|---|---|---|---|
| B410 | General Bankruptcy Advice/Opinions | 0.70 | $    294.00 |
| L120 | Analysis/Strategy | 109.10 | $ 30,667.10 |
| L190 | Other Case Assessment, Develop't/Admin | 11.30 | $  3,898.50 |
| L629 | Quality assurance and control | 37.20 | $  6,882.00 |

==========================================

| | | | |
|---|---|---|---|
| | TOTAL FEES | 158.30 | $ 42,669.50 |

| | |
|---|---|
| TOTAL FEES DUE | $ 42,669.50 |
| TOTAL DISBURSEMENTS DUE | $     0.00 |
| TOTAL DUE THIS INVOICE | $ 42,669.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                              SEPTEMBER 14, 2012
1100 Virginia Drive                                                0R0802-301115
Fort Washington, PA 19034

                                                                   INVOICE #  804389

                                                                   FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0802-301115   TC Number: 726128

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/04/12 | Review and consider recent negotiations with City and next steps | L190 | HEA | .50 | 266.00 | 133.00 |
| 06/07/12 | Conferred with City building officials regarding requirements for demolition and provided comments and updates regarding permit pulling process | B250 | CJA | 2.10 | 210.00 | 441.00 |
| 06/07/12 | Drafted, commented on and revised agreements regarding demolition activities and city's responsibility related thereto | B250 | CJA | 2.70 | 210.00 | 567.00 |
| 06/08/12 | Conferred with property management company regarding documents necessary for demolition permit and advised of city requirements related to same | B250 | CJA | 2.40 | 210.00 | 504.00 |
| 06/13/12 | Conference with property management company and city officials regarding demo checklist and supplemental documentation | B250 | CJA | 1.80 | 210.00 | 378.00 |

                          FEES                              $2,023.00


                          AMOUNT DUE THIS BILL              $2,023.00


                    ***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
SEPTEMBER 14, 2012

0R0802-301115

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Hall Eady | Partner | 266.00 | .50 | 133.00 |
| C. Jason Avery | Associate | 210.00 | 9.00 | 1,890.00 |
| Total | | | 9.50 | 2,023.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                      SEPTEMBER 14, 2012
                                                            0R0802-301115
BILL AMOUNT          $2,023.00                              INVOICE #  804389

To:    ResCap                          TC Number:        726128
       1100 Virginia Drive             Invoice Date:     09/14/2012
       Fort Washington, PA 19034       Invoice No.       804389
                                       Period ending:    06/30/2012

Case Management Number     LD  0R0802-301115

                                           Current Invoice
                                        Hours          Fees
Code Task

B250 Real Estate                         9.00      $  1,890.00
L190 Other Case Assessment, Develop't/Admin  0.50  $    133.00

                              =================================
                 TOTAL FEES    9.50      $  2,023.00

                 TOTAL FEES DUE           $  2,023.00
          TOTAL DISBURSEMENTS DUE         $      0.00
          TOTAL DUE THIS INVOICE          $  2,023.00



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 14, 2012
0R0802-301116

INVOICE #  804390

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0802-301116    TC Number: 726194

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/07/12 | Phone calls with opposing counsel regarding status of bankruptcy and settlement | L160 | CWH | .30 | 330.00 | 99.00 |
| 06/07/12 | Follow-up with third party vendor regarding recordation of document | L160 | CWH | .10 | 330.00 | 33.00 |
| 06/08/12 | Update case status report for client review | L110 | MPE | .10 | 149.00 | 14.90 |
| 06/08/12 | E-mail title searcher regarding updated title search and review recorded documents to determine status of property | L110 | KK | .30 | 91.00 | 27.30 |
| 06/11/12 | Exchange e-mails with third party purchaser's counsel regarding status of bankruptcy and settlement | L160 | CWH | .20 | 330.00 | 66.00 |
| 06/21/12 | Exchange e-mails with client about how to respond to third party purchaser's counsel's demands to complete settlement | L110 | CWH | .10 | 330.00 | 33.00 |
| 06/21/12 | Exchange e-mails with third party purchaser's counsel regarding his demand that GMAC complete settlement | L110 | CWH | .20 | 330.00 | 66.00 |

FEES                                                      $339.20



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     2
SEPTEMBER 14, 2012

0R0802-301116

FED ID NO. 63-0243316

AMOUNT DUE THIS BILL                    $339.20

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      3
SEPTEMBER 14, 2012

0R0802-301116

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christian W. Hancock | Partner | 330.00 | .90 | 297.00 |
| Melisa P. Palmer | Paralegal | 149.00 | .10 | 14.90 |
| Kerry Keane | Paralegal | 91.00 | .30 | 27.30 |
| Total | | | 1.30 | 339.20 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    SEPTEMBER 14, 2012
                                                          0R0802-301116
BILL AMOUNT          $339.20                              INVOICE #  804390

_____

To:    ResCap                      TC Number:        726194
       1100 Virginia Drive         Invoice Date:     09/14/2012
       Fort Washington, PA 19034   Invoice No.       804390
                                   Period ending:    06/30/2012


Case Management Number      LD  0R0802-301116


                                        Current Invoice
Code Task                               Hours          Fees

L110  Fact Investigation/Development    0.70    $    141.20
L160  Settlement/Non-Binding ADR        0.60    $    198.00

                            ==================================
                   TOTAL FEES    1.30    $    339.20

                   TOTAL FEES DUE         $    339.20
              TOTAL DISBURSEMENTS DUE     $      0.00
              TOTAL DUE THIS INVOICE      $    339.20



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                      SEPTEMBER 14, 2012
1100 Virginia Drive                                        0R0802-301117
Fort Washington, PA 19034

INVOICE #  804391

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0802-301117  TC Number: 726190

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/08/12 | Update monthly status report for client review | L110 | MPE | .10 | 149.00 | 14.90 |
| 06/25/12 | Correspondence with client regarding pre-bankruptcy settlement status | L160 | MCG | .10 | 323.00 | 32.30 |

FEES                              $47.20

AMOUNT DUE THIS BILL              $47.20

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     2
SEPTEMBER 14, 2012

0R0802-301117

**FED ID NO. 63-0243316**

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Michael C. Griffin | Partner | 323.00 | .10 | 32.30 |
| Melisa P. Palmer | Paralegal | 149.00 | .10 | 14.90 |
| Total | | | .20 | 47.20 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          SEPTEMBER 14, 2012
                                                               0R0802-301117
BILL AMOUNT          $47.20                                    INVOICE #  804391

To:    ResCap                        TC Number:          726190
       1100 Virginia Drive           Invoice Date:       09/14/2012
       Fort Washington, PA 19034     Invoice No.         804391
                                     Period ending:      06/30/2012

Case Management Number     LD  0R0802-301117

                                     Current Invoice
Code Task                            Hours          Fees

L110 Fact Investigation/Development   0.10    $     14.90
L160 Settlement/Non-Binding ADR       0.10    $     32.30

                          ====================================
                TOTAL FEES   0.20    $     47.20

                TOTAL FEES DUE         $     47.20
         TOTAL DISBURSEMENTS DUE       $      0.00
         TOTAL DUE THIS INVOICE        $     47.20



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                      SEPTEMBER 14, 2012
1100 Virginia Drive                                        0R0802-301118
Fort Washington, PA 19034

                                                           INVOICE #  804392

                                                           FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0802-301118  TC Number: 726618

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/01/12 | Status report regarding borrower contact regarding rescission | L120 | KSA | .10 | 223.00 | 22.30 |
| 06/14/12 | Phone discussion with third-party purchaser regarding rescission | L120 | KSA | .30 | 223.00 | 66.90 |
| 06/14/12 | Draft and send letter to borrower regarding rescission | L120 | KSA | .50 | 223.00 | 111.50 |
| 06/14/12 | Review deed and mortgage service re rescission | L120 | KSA | .30 | 223.00 | 66.90 |

|  | FEES |  | $267.60 |
|--|------|--|---------|
| 06/14/12 | Copy Charges | 0.00 |  |
| 06/14/12 | Copy Charges | 0.00 |  |
| 06/18/12 | Postage Charges 06/14/2012 | 0.00 |  |

                          AMOUNT DUE THIS BILL              $267.60

                    ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
SEPTEMBER 14, 2012

0R0802-301118

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Keith S. Anderson | Associate | 223.00 | 1.20 | 267.60 |
| Total | | | 1.20 | 267.60 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                        SEPTEMBER 14, 2012
                                                             0R0802-301118
BILL AMOUNT          $267.60                                 INVOICE #  804392

---

To:    ResCap                          TC Number:          726618
       1100 Virginia Drive             Invoice Date:       09/14/2012
       Fort Washington, PA 19034       Invoice No.         804392
                                       Period ending:      06/30/2012


Case Management Number      LD  0R0802-301118


|                          | Current Invoice | |
| Code Task                | Hours | Fees |
|--------------------------|-------|------|
| L120 Analysis/Strategy   | 1.20  | $   267.60 |
| ============================================= | | |
| TOTAL FEES               | 1.20  | $   267.60 |


                    TOTAL FEES DUE              $    267.60
            TOTAL DISBURSEMENTS DUE             $      0.00
            TOTAL DUE THIS INVOICE              $    267.60



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 14, 2012
0R0802-301120

INVOICE #   804393

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0802-301120   TC Number: 726816

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/06/12 | Exchange messages with opposing counsel and client regarding execution of settlement agreement | L120 | MSW | .40 | 254.00 | 101.60 |

| | FEES | | | | | $101.60 |
| | AMOUNT DUE THIS BILL | | | | | $101.60 |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
SEPTEMBER 14, 2012

0R0802-301120

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Mark S. Wierman | Associate | 254.00 | .40 | 101.60 |
| Total | | | .40 | 101.60 |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                    SEPTEMBER 14, 2012
                                                          0R0802-301120
BILL AMOUNT          $101.60                              INVOICE #  804393

To:    ResCap                        TC Number:          726816
       1100 Virginia Drive           Invoice Date:       09/14/2012
       Fort Washington, PA 19034     Invoice No.         804393
                                     Period ending:      06/30/2012

Case Management Number      LD   0R0802-301120

|                          | Current Invoice | |
| Code Task                | Hours | Fees |
| L120 Analysis/Strategy   | 0.40  | $    101.60 |
| ========================================= | | |
| TOTAL FEES               | 0.40  | $    101.60 |

                    TOTAL FEES DUE            $    101.60
              TOTAL DISBURSEMENTS DUE         $      0.00
                TOTAL DUE THIS INVOICE        $    101.60



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                           SEPTEMBER 14, 2012
1100 Virginia Drive                              0R0802-301123
Fort Washington, PA 19034

                                                 INVOICE #  804394

                                                 FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0802-301123   TC Number: 727006

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/15/12 | Review prior demand letter and voicemail/email from opposing counsel regarding demand | L160 | HEA | .20 | 266.00 | 53.20 |
| 06/15/12 | Draft and send email to client regarding possible HUD response | L190 | HEA | .20 | 266.00 | 53.20 |
| 06/18/12 | Telephone call with A.Callahan at Stewart Title regarding pursuit of curative option | L190 | HEA | .70 | 266.00 | 186.20 |
| 06/18/12 | Draft and send email memo to client regarding pursuit of curative option by Stewart Title | L190 | HEA | .30 | 266.00 | 79.80 |

                         FEES                              $372.40

                    AMOUNT DUE THIS BILL                   $372.40

               ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
SEPTEMBER 14, 2012

0R0802-301123

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Hall Eady | Partner | 266.00 | 1.40 | 372.40 |
| Total | | | 1.40 | 372.40 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    SEPTEMBER 14, 2012
                                                         0R0802-301123
BILL AMOUNT          $372.40                             INVOICE #  804394

To:     ResCap                        TC Number:          727006
        1100 Virginia Drive           Invoice Date:       09/14/2012
        Fort Washington, PA 19034     Invoice No.         804394
                                      Period ending:      06/30/2012

Case Management Number      LD  0R0802-301123

                                       Current Invoice
Code Task                             Hours          Fees

L160 Settlement/Non-Binding ADR        0.20    $      53.20
L190 Other Case Assessment, Develop't/Admin  1.20  $  319.20

                         ==================================
              TOTAL FEES    1.40    $     372.40

              TOTAL FEES DUE          $     372.40
         TOTAL DISBURSEMENTS DUE      $       0.00
         TOTAL DUE THIS INVOICE       $     372.40



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 14, 2012
0R0802-301127

INVOICE #  804395

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0802-301127  TC Number: 727199

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/01/12 | Draft monthly status report to client | L120 | CSM | .10 | 300.00 | 30.00 |
| | FEES | | | | | $30.00 |
| | AMOUNT DUE THIS BILL | | | | | $30.00 |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
SEPTEMBER 14, 2012

0R0802-301127

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Cory S. Menees | Associate | 300.00 | .10 | 30.00 |
| Total | | | .10 | 30.00 |



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

SEPTEMBER 14, 2012
0R0802-301127

BILL AMOUNT          $30.00

INVOICE #  804395

To:    ResCap                          TC Number:        727199
       1100 Virginia Drive             Invoice Date:     09/14/2012
       Fort Washington, PA 19034       Invoice No.       804395
                                       Period ending:    06/30/2012

Case Management Number    LD  0R0802-301127

|  |  | Current Invoice | |
|---|---|---|---|
| Code Task |  | Hours | Fees |
| L120 Analysis/Strategy |  | 0.10 | $   30.00 |
| TOTAL FEES |  | 0.10 | $   30.00 |

|  |  |  |
|---|---|---|
| TOTAL FEES DUE | $ | 30.00 |
| TOTAL DISBURSEMENTS DUE | $ | 0.00 |
| TOTAL DUE THIS INVOICE | $ | 30.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                          SEPTEMBER 14, 2012
1100 Virginia Drive                                            0R0802-301128
Fort Washington, PA 19034

                                                               INVOICE #  804396

                                                               FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0802-301128   TC Number: 727195

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/22/12 | Retrieve and review online land records to confirm recording of special warranty deed | L120 | ERP | .30 | 150.00 | 45.00 |

                                FEES                                    $45.00

                        AMOUNT DUE THIS BILL                            $45.00

                    ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
SEPTEMBER 14, 2012

0R0802-301128

FED ID NO. 63-0243316

---

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Emily R. Powell | Paralegal | 150.00 | .30 | 45.00 |
| Total | | | .30 | 45.00 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                      SEPTEMBER 14, 2012
                                                            0R0802-301128
BILL AMOUNT          $45.00                                 INVOICE #  804396
_____

To:    ResCap                          TC Number:        727195
       1100 Virginia Drive             Invoice Date:     09/14/2012
       Fort Washington, PA 19034       Invoice No.       804396
                                       Period ending:    06/30/2012


Case Management Number      LD  0R0802-301128


                                           Current Invoice
Code Task                                Hours        Fees

L120 Analysis/Strategy                    0.30    $    45.00

                       ====================================
                       TOTAL FEES         0.30    $    45.00

                     TOTAL FEES DUE               $    45.00
              TOTAL DISBURSEMENTS DUE             $     0.00
              TOTAL DUE THIS INVOICE              $    45.00



# BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 14, 2012
0R0802-301129

INVOICE #  804398

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0802-301129   TC Number: 727459

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/04/12 | Prepare analysis of state regulations regarding customer communications | L110 | KMS | 7.80 | 236.00 | 1,840.80 |
| 06/05/12 | Continue to examine current GMAC policies for consistency with state laws | L190 | KMS | 3.10 | 236.00 | 731.60 |
| 06/05/12 | Revised state law survey chart for client | L120 | PMD | .70 | 345.00 | 241.50 |
| 06/06/12 | Reviewed Arkansas law for client regarding customer communications | L120 | JHP | 1.50 | 245.00 | 367.50 |
| 06/06/12 | Research and draft report regarding customer communications in Arkansas and potential implications of various statutory constructions | L120 | BG | 2.30 | 190.00 | 437.00 |
| 06/07/12 | Research attorney general opinions interpreting Arkansas's law regarding customer communications | L110 | BG | .20 | 190.00 | 38.00 |
| 06/07/12 | Continued to review and research Arkansas statutory law and regulatory rules regarding customer communications | L190 | JHP | 2.60 | 245.00 | 637.00 |
| 06/07/12 | Further research regarding recent FCC rulings and case law regarding customer communications | L120 | PMD | 2.30 | 345.00 | 793.50 |
| 06/07/12 | Completing follow-up research on New York restrictions regarding customer communications | L120 | JJS | 2.50 | 254.00 | 635.00 |



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
SEPTEMBER 14, 2012

OR0802-301129

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/08/12 | Analysis regarding FCC requirements regarding customer communications | L120 | PMD | 1.10 | 345.00 | 379.50 |
| 06/11/12 | Further analysis regarding customer communications | L120 | PMD | .40 | 345.00 | 138.00 |
| 06/11/12 | Review and research FCC and TCPA rules regarding customer communications compliance | L120 | LSDR | 2.20 | 350.00 | 770.00 |
| 06/11/12 | Research additional issues regarding use of customer communicationss in Florida | L120 | JMH | .70 | 241.00 | 168.70 |
| 06/11/12 | Review of and respond to inquiry regarding applicability of Illinois law to collection activities by lender/servicer | L120 | EL | .50 | 337.00 | 168.50 |
| 06/11/12 | Legal research regarding restrictions, if any, in Illinois regarding customer communications | L120 | EL | .50 | 337.00 | 168.50 |
| 06/11/12 | Legal research regarding restrictions, if any, in Louisiana regarding customer communications | L120 | EL | .50 | 337.00 | 168.50 |
| 06/11/12 | Research and analyze Nebraska statutes regarding customer communications | L120 | MW | .40 | 263.00 | 105.20 |
| 06/11/12 | Email correspondence re additional research regarding customer communications | C300 | JJPH | .10 | 250.00 | 25.00 |
| 06/11/12 | Researching solicitation license and exemptions in Arizona | L120 | phn | .40 | 200.00 | 80.00 |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    3
SEPTEMBER 14, 2012

0R0802-301129

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/11/12 | Conduct additional legal research regarding customer communications | C200 | HHW | .80 | 263.00 | 210.40 |
| 06/11/12 | Analyzing Idaho law regarding communications with borrowers | L120 | NSR | .60 | 280.00 | 168.00 |
| 06/11/12 | Continue to analyze state regulations regarding customer communications compliance | L120 | KMS | 2.80 | 236.00 | 660.80 |
| 06/11/12 | Examine state laws applying to customer communications | L120 | KMS | 2.30 | 236.00 | 542.80 |
| 06/12/12 | Provide advice regarding state laws on mortgagor communications | C200 | KMS | .60 | 236.00 | 141.60 |
| 06/12/12 | Researched regarding customer communications applicable state law and drafted summary for client | B250 | CJA | 5.70 | 210.00 | 1,197.00 |
| 06/12/12 | Research Mississippi and Utah requirements for customer communications | L240B | ES | .70 | 185.00 | 129.50 |
| 06/12/12 | Legal research regarding customer communication regulations and laws under Rhode Island law | C200 | MMB | 1.00 | 240.00 | 240.00 |
| 06/12/12 | Legal research regarding regulations and laws under Missouri law relating to customer communications | C200 | MMB | .90 | 240.00 | 216.00 |
| 06/12/12 | Legal research regarding regulations and laws under Tennessee law relating to customer communications | C200 | MMB | .90 | 240.00 | 216.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    4
SEPTEMBER 14, 2012

0R0802-301129

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/12/12 | Research Tennessee law re communications with borrowers | C300 | JJPH | .30 | 250.00 | 75.00 |
| 06/12/12 | Research Connecticut state law regarding communications with customers | B110 | CST | 1.80 | 200.00 | 360.00 |
| 06/12/12 | Reviewed client request for clarification of Indiana law regarding customer communications | C200 | KW | .10 | 185.00 | 18.50 |
| 06/12/12 | Reviewed client email regarding procedures for communications with borrowers | L120 | PMD | .40 | 345.00 | 138.00 |
| 06/12/12 | Research PA statutes, code, and admin decision on businesses contacting consumers | C200 | RHN | 2.00 | 83.00 | 166.00 |
| 06/12/12 | Researched WA law regarding restrictions on communications with borrowers | C200 | JBU | .60 | 228.00 | 136.80 |
| 06/13/12 | Review and analyze GMACM cell phone policy under TCPA | L120 | LSDR | .80 | 350.00 | 280.00 |
| 06/13/12 | Review and research PA laws regarding customer communications | L120 | LSDR | 1.40 | 350.00 | 490.00 |
| 06/13/12 | Researched law in Indiana and Kentucky on provisions regarding customer communications | C200 | KW | 1.80 | 185.00 | 333.00 |
| 06/13/12 | Research, review, and analyze North Dakota law regarding customer communications | L609 | AH | 1.60 | 185.00 | 296.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     5
SEPTEMBER 14, 2012

0R0802-301129

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/13/12 | Legal research under Rhode Island law regarding customer communications | C200 | MMB | .40 | 240.00 | 96.00 |
| 06/13/12 | Legal research under Missouri law regarding customer communications | C200 | MMB | .30 | 240.00 | 72.00 |
| 06/13/12 | Legal research under Tennessee law regarding customer communications | C200 | MMB | .30 | 240.00 | 72.00 |
| 06/13/12 | Draft and revise summary of legal research under Rhode Island law regarding customer communications | C200 | MMB | .20 | 240.00 | 48.00 |
| 06/13/12 | Draft and revise summary of legal research under Tennessee law regarding customer communications | C200 | MMB | .20 | 240.00 | 48.00 |
| 06/13/12 | Draft and revise summary of legal research under Missouri law regarding customer communications | C200 | MMB | .10 | 240.00 | 24.00 |
| 06/13/12 | Complete additional research regarding customer communications | L120 | JJS | .70 | 254.00 | 177.80 |
| 06/13/12 | Start to review and analyze South Carolina caselaw and statutes regarding customer communications | L120 | NJV | .70 | 258.00 | 180.60 |
| 06/13/12 | Research under Massachusetts and Hawaii law regarding customer communications | P200 | CSM | 1.60 | 300.00 | 480.00 |
| 06/13/12 | Analyze state laws regarding customer communications | C300 | KMS | .50 | 236.00 | 118.00 |
| 06/14/12 | Research Maryland law regarding customer communications | C200 | EAF | 1.50 | 358.00 | 537.00 |



## BRADLEY ARANT
## BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      6
SEPTEMBER 14, 2012

0R0802-301129

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/14/12 | Research South Dakota law regarding customer communications | C200 | EAF | 1.50 | 358.00 | 537.00 |
| 06/14/12 | Compile state laws and regulations regarding customer communications | C100 | KMS | 3.20 | 236.00 | 755.20 |
| 06/14/12 | Continue to review and analyze South Carolina caselaw and statutes pertaining to customer communications | L120 | NJV | .80 | 258.00 | 206.40 |
| 06/14/12 | Analyzing Michigan law regarding customer communications | L120 | NSR | .60 | 280.00 | 168.00 |
| 06/14/12 | Analyzing Idaho law regarding customer communications | L120 | NSR | .60 | 280.00 | 168.00 |
| 06/14/12 | Review and summarize Montana law regarding customer communications | L120 | CM | .70 | 185.00 | 129.50 |
| 06/14/12 | Research on New Jersey law concerning customer communications | L120 | MJA | 1.30 | 297.00 | 386.10 |
| 06/14/12 | Completing follow-up research on customer communications | L120 | JJS | .50 | 254.00 | 127.00 |
| 06/14/12 | Conduct legal research regarding customer communications | C200 | HHW | 1.40 | 263.00 | 368.20 |
| 06/14/12 | Conduct additional legal and research re Colorado and Iowa state restrictions regarding customer communications | C200 | SAP | 1.40 | 323.00 | 452.20 |
| 06/14/12 | Research and analyze Alaska statutory provisions regarding customer communications | C200 | JJE | 1.10 | 197.00 | 216.70 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      7
SEPTEMBER 14, 2012

0R0802-301129

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/14/12 | Research, review, and analyze North Dakota law regarding the use of cell phone numbers to contact borrowers on past due payments | L609 | AH | .80 | 185.00 | 148.00 |
| 06/14/12 | Draft summary of findings related to North Dakota law regarding customer communications | L609 | AH | .20 | 185.00 | 37.00 |
| 06/14/12 | Review Texas law on customer communications | L120 | RK | .80 | 185.00 | 148.00 |
| 06/14/12 | Review Wyoming law on customer communications | L120 | RK | .80 | 185.00 | 148.00 |
| 06/14/12 | Research and analyze Nebraska state-specific statutory regulation of customer communications | L120 | MW | .80 | 263.00 | 210.40 |
| 06/14/12 | Research and draft write up of  Virginia and West Virginia laws regarding customer communications | C200 | TRL | 1.20 | 293.00 | 351.60 |
| 06/14/12 | Research Delaware law regarding customer communications | L120 | CC | .70 | 190.00 | 133.00 |
| 06/14/12 | Research Oregon law regarding customer communications | L120 | CC | .70 | 190.00 | 133.00 |
| 06/14/12 | Analysis of state law regarding restrictions on customer communications | L120 | JDV | 2.50 | 219.00 | 547.50 |
| 06/14/12 | Arizona analysis of customer communications | L120 | phn | 3.50 | 200.00 | 700.00 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    8
SEPTEMBER 14, 2012

0R0802-301129

FED ID NO. 63-0243316

ResCap

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/14/12 | Research restrictions under Oklahoma law regarding customer communications | L120 | GP | 1.00 | 185.00 | 185.00 |
| 06/14/12 | Analyze Wisconsin law regarding customer communications | L120 | LG | 1.80 | 185.00 | 333.00 |
| 06/14/12 | Draft email summarizing results of Wisconsin customer communications regulations | L120 | LG | .30 | 185.00 | 55.50 |
| 06/14/12 | Review and analyze state law restrictions on customer communications | L120 | LSDR | 1.60 | 350.00 | 560.00 |
| 06/14/12 | Continued to review Arkansas law regarding customer communications | L120 | JHP | 1.50 | 245.00 | 367.50 |
| 06/15/12 | Continue to review and analyze state law restrictions on customer communications | L120 | LSDR | .90 | 350.00 | 315.00 |
| 06/15/12 | Research state law regarding restrictions on customer communications | L120 | MSW | 1.20 | 254.00 | 304.80 |
| 06/15/12 | Continue to obtain state level restrictions on customer communications | C200 | KMS | .40 | 236.00 | 94.40 |
| 06/18/12 | Analyze California state law regarding customer communications | C200 | KMS | .70 | 236.00 | 165.20 |
| 06/18/12 | Continue compiling analyses of state law impacting customer communications | C200 | KMS | 4.20 | 236.00 | 991.20 |
| 06/18/12 | Research Alabama statutory law regarding customer communications | C200 | JCCO | .30 | 195.00 | 58.50 |
| 06/18/12 | Research and analyze Nebraska law specific to customer communications | L120 | MW | .60 | 263.00 | 157.80 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     9
SEPTEMBER 14, 2012

0R0802-301129

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/18/12 | Research any applicable California regulations or rules impacting customer communications | L120 | BG | .50 | 190.00 | 95.00 |
| 06/18/12 | Review and analyze state research preparation of response chart | L120 | LSDR | 1.60 | 350.00 | 560.00 |
| 06/18/12 | Research PA law regarding | L120 | PMD | 3.10 | 345.00 | 1,069.50 |
| 06/19/12 | Research regulations on customer communications in Florida | L120 | JMH | .60 | 241.00 | 144.60 |
| 06/19/12 | Research regulations on customer communications in Kansas | L120 | JMH | .60 | 241.00 | 144.60 |
| 06/20/12 | Analysis regarding AR rules regarding customer communications | L120 | PMD | .60 | 345.00 | 207.00 |
| 06/20/12 | Analysis regarding needed follow up research | L120 | PMD | .50 | 345.00 | 172.50 |
| 06/20/12 | Draft legal memorandum under Georgia law regarding Georgia law | C300 | HHW | .40 | 263.00 | 105.20 |
| 06/21/12 | Analysis of state law regarding customer communications | L120 | JDV | 1.90 | 219.00 | 416.10 |
| 06/21/12 | Research law in New York. | L120 | JJS | 1.60 | 254.00 | 406.40 |
| 06/21/12 | Research issues relating to by state laws | C300 | KMS | 4.40 | 236.00 | 1,038.40 |
| 06/21/12 | Reviewed AL customer communications requirements | L120 | PMD | .60 | 345.00 | 207.00 |
| 06/21/12 | Reviewed AK customer communications requirements | L120 | PMD | .60 | 345.00 | 207.00 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    10
SEPTEMBER 14, 2012

0R0802-301129

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/21/12 | Reviewed AZ customer communications requirements | L120 | PMD | .70 | 345.00 | 241.50 |
| 06/21/12 | Reviewed AR customer communications requirements | L120 | PMD | 1.10 | 345.00 | 379.50 |
| 06/21/12 | Reviewed CA customer communications requirements | L120 | PMD | .70 | 345.00 | 241.50 |
| 06/21/12 | Reviewed CO customer communications requirements | L120 | PMD | .60 | 345.00 | 207.00 |
| 06/21/12 | Reviewed CT customer communications requirements | L120 | PMD | .60 | 345.00 | 207.00 |
| 06/21/12 | Reviewed DE customer communications requirements | L120 | PMD | .30 | 345.00 | 103.50 |
| 06/21/12 | Reviewed FL customer communications requirements | L120 | PMD | .80 | 345.00 | 276.00 |
| 06/21/12 | Continued research in Arkansas regarding customer communications | L190 | JHP | 1.90 | 245.00 | 465.50 |
| 06/21/12 | Email correspondence regarding additional customer communication questions | C300 | JJPH | .10 | 250.00 | 25.00 |
| 06/22/12 | Research state law regarding customer communications | L120 | MSW | 1.40 | 254.00 | 355.60 |
| 06/22/12 | Research applicable law related to customer communications in Nevada | L110 | ASI | 1.20 | 249.00 | 298.80 |
| 06/22/12 | Drafted e-mail to client regarding customer communications | L120 | PMD | .40 | 345.00 | 138.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE   11
SEPTEMBER 14, 2012

0R0802-301129

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/22/12 | Continue to obtain information relating to state laws and regulations regarding customer communications | C100 | KMS | .50 | 236.00 | 118.00 |
| 06/22/12 | Began review and analysis of follow up research regarding customer communications provisions in Alaska | C200 | JJE | .60 | 197.00 | 118.20 |
| 06/23/12 | Legal research regarding Tennessee law | C200 | MMB | .60 | 240.00 | 144.00 |
| 06/23/12 | Draft and revise summary of legal research regarding customer communications underTennessee law | C200 | MMB | .20 | 240.00 | 48.00 |
| 06/23/12 | Legal research regarding customer communications under Missouri law | C200 | MMB | .40 | 240.00 | 96.00 |
| 06/23/12 | Draft and revise summary of legal research regarding Missouri law about customer communications | C200 | MMB | .20 | 240.00 | 48.00 |
| 06/23/12 | Legal research regarding customer communications under Rhode Island law | C200 | MMB | .50 | 240.00 | 120.00 |
| 06/23/12 | Draft and revise summary of legal research regarding customer communications under Rhode Island law | C200 | MMB | .20 | 240.00 | 48.00 |
| 06/24/12 | Draft memorandum regarding restrictions on customer communications in Connecticut | B110 | CST | .80 | 200.00 | 160.00 |
| 06/25/12 | Research Virginia and West Virginia laws regarding customer communications and draft email summarizing results | C200 | TRL | .30 | 293.00 | 87.90 |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    12
SEPTEMBER 14, 2012

0R0802-301129

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/25/12 | Update state law research memorandum to incorporate research related to regulations to customer communications | L110 | JW | .50 | 190.00 | 95.00 |
| 06/25/12 | Review and analyze North Dakota law regarding customer communications | L629 | AH | .70 | 185.00 | 129.50 |
| 06/25/12 | Researched law in Indiana on customer communications follow-up questions | C200 | KW | .80 | 185.00 | 148.00 |
| 06/25/12 | Legal research regarding Illinois law regarding customer communications | L120 | EL | 1.00 | 337.00 | 337.00 |
| 06/25/12 | Draft and analysis regarding Illinois law about customer communications | L120 | EL | .20 | 337.00 | 67.40 |
| 06/25/12 | Legal research regarding Louisiana law about customer communications on business, residence, and cell phone answering services | L120 | EL | 1.00 | 337.00 | 337.00 |
| 06/25/12 | Draft analysis of Louisiana laws regarding customer communications | L120 | EL | .20 | 337.00 | 67.40 |
| 06/25/12 | Legal research regarding Montana law regarding customer communications | L120 | EL | .80 | 337.00 | 269.60 |
| 06/25/12 | Draft and analysis regarding customer communications | L120 | EL | .20 | 337.00 | 67.40 |
| 06/25/12 | Reviewed research regarding MS customer communications requirements | L120 | PMD | .40 | 345.00 | 138.00 |
| 06/25/12 | Research and draft responses to follow-up customer communications questions | L240B | ES | 1.00 | 185.00 | 185.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    13
SEPTEMBER 14, 2012

0R0802-301129

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/25/12 | Draft and revise legal memorandum regarding Georgia law on customer communications | C300 | HHW | .40 | 263.00 | 105.20 |
| 06/25/12 | Conduct legal research on Georgia law regarding customer communications | C200 | HHW | 2.10 | 263.00 | 552.30 |
| 06/26/12 | Completing research regarding New York law about customer communications | L120 | JJS | .20 | 254.00 | 50.80 |
| 06/26/12 | Additional legal research re supplemental customer communications questions | C200 | SAP | .90 | 323.00 | 290.70 |
| 06/26/12 | Completed follow up research status analysis regarding Alaska laws about customer communications | C200 | JJE | .80 | 197.00 | 157.60 |
| 06/26/12 | Continue to evaluate state laws about customer communications | C200 | KMS | 2.50 | 236.00 | 590.00 |
| 06/26/12 | Analyzing Michigan law regarding customer communications | L120 | NSR | .60 | 280.00 | 168.00 |
| 06/26/12 | Analyzing Idaho law regarding customer communications | L120 | NSR | .60 | 280.00 | 168.00 |
| 06/26/12 | Research, review and analyze relevant South Carolina statutes and caselaw regarding customer communications | L120 | NJV | 2.40 | 258.00 | 619.20 |
| 06/26/12 | Review of research in order to address specific additional questions related to customer communications | B250 | CJA | 1.60 | 210.00 | 336.00 |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    14
SEPTEMBER 14, 2012

0R0802-301129

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/26/12 | Research regarding South Carolina, New Hampshire, Hawaii, and Massachusetts law about customer communications | P280 | CSM | 2.80 | 300.00 | 840.00 |
| 06/26/12 | Researched regarding PA laws about customer communications | L120 | PMD | .50 | 345.00 | 172.50 |
| 06/26/12 | Researched DC customer communications requirements | L120 | PMD | .20 | 345.00 | 69.00 |
| 06/26/12 | Researched FL customer communications requirements | L120 | PMD | .90 | 345.00 | 310.50 |
| 06/26/12 | Researched GA customer communications requirements | L120 | PMD | 1.10 | 345.00 | 379.50 |
| 06/26/12 | Researched HI customer communications requirements | L120 | PMD | 1.30 | 345.00 | 448.50 |
| 06/26/12 | Researched ID customer communications requirements | L120 | PMD | .90 | 345.00 | 310.50 |
| 06/26/12 | Researched IL customer communications requirements | L120 | PMD | 1.10 | 345.00 | 379.50 |
| 06/26/12 | Researched IN customer communications requirements | L120 | PMD | 1.00 | 345.00 | 345.00 |
| 06/26/12 | Analysis regarding research of MA customer communications requirements | L120 | PMD | .50 | 345.00 | 172.50 |
| 06/26/12 | Analysis regarding research of SC customer communications requirements | L120 | PMD | .40 | 345.00 | 138.00 |
| 06/26/12 | Analysis regarding research of NH customer communications requirements | L120 | PMD | .50 | 345.00 | 172.50 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    15
SEPTEMBER 14, 2012

0R0802-301129

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/26/12 | Continued to research Arkansas law about customer communications and drafted memo | L190 | JHP | 1.30 | 245.00 | 318.50 |
| 06/26/12 | Researched WA law and prepared memo on customer communications | C300 | JBU | 2.30 | 228.00 | 524.40 |
| 06/26/12 | Drafted research memo on Indiana customer communications laws | C300 | KW | 1.60 | 185.00 | 296.00 |
| 06/26/12 | Research specific questions posed by client regarding customer communications | L120 | BG | 3.20 | 190.00 | 608.00 |
| 06/26/12 | Draft response to follow up questions regarding customer communications | L629 | AH | .70 | 185.00 | 129.50 |
| 06/26/12 | Supplemental research in Florida regarding customer communications | L120 | JMH | .20 | 241.00 | 48.20 |
| 06/26/12 | Supplemental research in Kansas regarding customer communications | L120 | JMH | .20 | 241.00 | 48.20 |
| 06/26/12 | Research Virginia and West Virginia laws regarding customer communications and draft email summarizing results | C200 | TRL | 2.20 | 293.00 | 644.60 |
| 06/26/12 | Update Oregon research regarding customer communications | L120 | CC | .60 | 190.00 | 114.00 |
| 06/26/12 | Update Delaware research regarding customer communications | L120 | CC | .70 | 190.00 | 133.00 |
| 06/26/12 | Analysis of state law regarding customer communications | L120 | JDV | 1.50 | 219.00 | 328.50 |
| 06/26/12 | Research Oklahoma law regarding customer communications | L210 | GP | .50 | 185.00 | 92.50 |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    16
SEPTEMBER 14, 2012

0R0802-301129

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/27/12 | Research and analysis of Arizona customer communication laws | L120 | phn | 2.10 | 200.00 | 420.00 |
| 06/27/12 | Analyze Wisconsin law concerning customer communications in order to answer specific questions posed by GMAC | L120 | LG | 1.40 | 185.00 | 259.00 |
| 06/27/12 | Draft email summarizing results of GMAC customer communications research | L120 | LG | .20 | 185.00 | 37.00 |
| 06/27/12 | Continue to research applicable Nevada law related to customer communications | C300 | ASI | .50 | 249.00 | 124.50 |
| 06/27/12 | E-mail correspondence regarding completing customer communications research for state of Kentucky | C300 | FS | .30 | 210.00 | 63.00 |
| 06/27/12 | Research and analyze Nebraska laws and regulations regarding customer communications | L120 | MW | 1.50 | 263.00 | 394.50 |
| 06/27/12 | Review and analyze established business relationship statutory exception under Nebraska Revised Statutes in relation to time limitations of calls to residential numbers within Nebraska | L120 | MW | .30 | 263.00 | 78.90 |
| 06/27/12 | Review Wyoming law on customer communications | L120 | RK | .90 | 185.00 | 166.50 |
| 06/27/12 | Review Texas law on customer communications | L120 | RK | 1.00 | 185.00 | 185.00 |
| 06/27/12 | KY research regarding customer communications | P300 | KW | .10 | 185.00 | 18.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    17
SEPTEMBER 14, 2012

0R0802-301129

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/27/12 | Researched MD customer communication laws | L120 | PMD | .90 | 345.00 | 310.50 |
| 06/27/12 | Analysis regarding researched MN requirements | L120 | PMD | .30 | 345.00 | 103.50 |
| 06/27/12 | Researched IA customer communication laws | L120 | PMD | .80 | 345.00 | 276.00 |
| 06/27/12 | Researched KS customer communication laws | L120 | PMD | .70 | 345.00 | 241.50 |
| 06/27/12 | Researched KY customer communication laws | L120 | PMD | .90 | 345.00 | 310.50 |
| 06/27/12 | Researched LA customer communication laws | L120 | PMD | .50 | 345.00 | 172.50 |
| 06/27/12 | Researched ME customer communication laws | L120 | PMD | 1.00 | 345.00 | 345.00 |
| 06/27/12 | Prepare 50 state analysis of laws governing customer communication laws | C300 | KMS | 3.50 | 236.00 | 826.00 |
| 06/27/12 | Further review of specific questions raised by client Maryland and South Dakota customer communication laws | C200 | EAF | .70 | 358.00 | 250.60 |
| 06/27/12 | Conduct legal research to confirm that Georgia does not have a fair customer communications practices act. | C200 | HHW | .50 | 263.00 | 131.50 |
| 06/27/12 | Research on numerous additional questions concerning New Jersey customer communication laws | L110 | MJA | 3.30 | 297.00 | 980.10 |
| 06/28/12 | Continued research on New Jersey customer communication laws | L110 | MJA | 1.30 | 297.00 | 386.10 |
| 06/28/12 | Research Alaska customer communication laws | C200 | JJE | .70 | 197.00 | 137.90 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    18
SEPTEMBER 14, 2012

0R0802-301129

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/28/12 | Draft and revise summary regarding research on Missouri customer communication laws | C200 | MMB | .20 | 240.00 | 48.00 |
| 06/28/12 | Draft and revise summary of legal research regarding Rhode Island customer communication laws | C200 | MMB | .20 | 240.00 | 48.00 |
| 06/28/12 | Draft and revise summary of legal research regarding Tennessee customer communication laws | C200 | MMB | .20 | 240.00 | 48.00 |
| 06/28/12 | Review Maryland customer communications laws and email regarding same | C200 | EAF | .50 | 358.00 | 179.00 |
| 06/28/12 | Analyze client's policies regarding customer communication | L190 | KMS | 1.00 | 236.00 | 236.00 |
| 06/28/12 | Research regarding state-level customer communication laws | P280 | CSM | .90 | 300.00 | 270.00 |
| 06/28/12 | Researched MA customer communications laws | L120 | PMD | .60 | 345.00 | 207.00 |
| 06/28/12 | Researched MI customer communications laws | L120 | PMD | .60 | 345.00 | 207.00 |
| 06/28/12 | Researched MN customer communications laws | L120 | PMD | .70 | 345.00 | 241.50 |
| 06/28/12 | Researched MS customer communications laws | L120 | PMD | .80 | 345.00 | 276.00 |
| 06/28/12 | Researched MO customer communications laws | L120 | PMD | .50 | 345.00 | 172.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    19
SEPTEMBER 14, 2012

OR0802-301129

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/28/12 | Review and analyze draft of chart on State customer communications laws | L120 | LSDR | .90 | 350.00 | 315.00 |
| 06/28/12 | Researched NY customer communications laws | L120 | PMD | 1.10 | 345.00 | 379.50 |
| 06/28/12 | Researched MT customer communications laws | L120 | PMD | .50 | 345.00 | 172.50 |
| 06/28/12 | Researched NE customer communications laws | L120 | PMD | .60 | 345.00 | 207.00 |
| 06/28/12 | Researched NV customer communications laws | L120 | PMD | .80 | 345.00 | 276.00 |
| 06/28/12 | Researched NH customer communications laws | L120 | PMD | .60 | 345.00 | 207.00 |
| 06/28/12 | Researched NJ customer communications laws | L120 | PMD | .70 | 345.00 | 241.50 |
| 06/28/12 | Researched NM customer communications laws | L120 | PMD | .70 | 345.00 | 241.50 |
| 06/28/12 | Review KY research regarding customer communication laws | C200 | KW | .70 | 185.00 | 129.50 |
| 06/28/12 | Review Texas customer communication laws | L120 | RK | .40 | 185.00 | 74.00 |
| 06/28/12 | Analyze North Dakota's customer communication laws | L629 | AH | .10 | 185.00 | 18.50 |
| 06/28/12 | Review North Dakota customer communication laws | L629 | AH | .60 | 185.00 | 111.00 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    20
SEPTEMBER 14, 2012

0R0802-301129

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/28/12 | Review and analyze Nebraska customer communication laws | L120 | MW | .70 | 263.00 | 184.10 |
| 06/28/12 | Legal research regarding KY customer communication laws | C300 | FS | 1.10 | 210.00 | 231.00 |
| 06/28/12 | Drafting and revising responses to questions regarding KY customer communications laws | C300 | FS | 1.70 | 210.00 | 357.00 |
| 06/28/12 | E-mail correspondence with P.Boshell and K.Weinert regarding status of KY customer communications research | C300 | FS | .20 | 210.00 | 42.00 |
| 06/28/12 | Review Connecticut statutes regarding debt collection practices | B220 | CST | .50 | 200.00 | 100.00 |
| 06/28/12 | Review and analyze Nevada customer communication laws | C300 | ASI | 1.70 | 249.00 | 423.30 |
| 06/28/12 | Confirm that Wisconsin's customer communication laws are applicable to questions posed by GMAC | L120 | LG | .30 | 185.00 | 55.50 |
| 06/28/12 | Draft email stating that Wisconsin's customer communication laws are applicable to the questions posed by GMAC | L120 | LG | .10 | 185.00 | 18.50 |
| 06/28/12 | Research state customer communication laws and requirements | L120 | MSW | .70 | 254.00 | 177.80 |
| 06/28/12 | Email correspondence regarding customer communications statute | C300 | JJPH | .10 | 250.00 | 25.00 |
| 06/29/12 | Draft memorandum to client regarding review of customer communication laws | L120 | LSDR | 2.40 | 350.00 | 840.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    21
ResCap                                                     SEPTEMBER 14, 2012

OR0802-301129

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/29/12 | Assemble a list of states that have not adopted state customer communications practices statutes | C200 | RHN | 1.20 | 83.00 | 99.60 |
| 06/29/12 | Continue analysis of state customer communication laws | C300 | KMS | 1.70 | 236.00 | 401.20 |
| 06/30/12 | Researched NC customer communication laws | L120 | PMD | .90 | 345.00 | 310.50 |
| 06/30/12 | Researched ND customer communication laws | L120 | PMD | .80 | 345.00 | 276.00 |
| 06/30/12 | Researched OH customer communication laws | L120 | PMD | .90 | 345.00 | 310.50 |
| 06/30/12 | Researched OK customer communication laws | L120 | PMD | .70 | 345.00 | 241.50 |
| 06/30/12 | Researched OR customer communication laws | L120 | PMD | .90 | 345.00 | 310.50 |
| 06/30/12 | Researched WI customer communication laws | L120 | PMD | .40 | 345.00 | 138.00 |
| 06/30/12 | Researched UT customer communication laws | L120 | PMD | .90 | 345.00 | 310.50 |
| 06/30/12 | Research VT customer communication laws | L120 | PMD | .30 | 345.00 | 103.50 |
| 06/30/12 | Research VA customer communication laws | L120 | PMD | .30 | 345.00 | 103.50 |
| 06/30/12 | Research WA customer communication laws | L120 | PMD | .60 | 345.00 | 207.00 |
| 06/30/12 | Research WV customer communication laws | L120 | PMD | .20 | 345.00 | 69.00 |
| 06/30/12 | Research WY customer communication laws | L120 | PMD | .20 | 345.00 | 69.00 |
| 06/30/12 | Researched PA customer communication laws | L120 | PMD | .80 | 345.00 | 276.00 |
| 06/30/12 | Researched RI customer communication laws | L120 | PMD | .70 | 345.00 | 241.50 |
| 06/30/12 | Researched SC customer communication laws | L120 | PMD | .70 | 345.00 | 241.50 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    22
SEPTEMBER 14, 2012

OR0802-301129

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/30/12 | Researched SD customer communication laws | L120 | PMD | .20 | 345.00 | 69.00 |
| 06/30/12 | Researched TN customer communication laws | L120 | PMD | .50 | 345.00 | 172.50 |
| 06/30/12 | Researched TX customer communication laws | L120 | PMD | .90 | 345.00 | 310.50 |

FEES                                              $63,264.20

| 06/26/12 | Computerized Legal Research-Westlaw Westlaw | | | 0.00 | | |
| | User: WADDELL,SPENCER | | | | | |

AMOUNT DUE THIS BILL             $63,264.20

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    23
SEPTEMBER 14, 2012

ResCap

0R0802-301129

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Joshua J. Phillips | Associate | 250.00 | .60 | 150.00 |
| Paige M. Boshell | Partner | 345.00 | 48.50 | 16,732.50 |
| Lesley Smith DeRamus | Counsel | 350.00 | 11.80 | 4,130.00 |
| Eric A. Frechtel | Partner | 358.00 | 4.20 | 1,503.60 |
| Marc J. Ayers | Partner | 297.00 | 5.90 | 1,752.30 |
| Katherine M. Suttle Weiner | Associate | 236.00 | 39.20 | 9,251.20 |
| Thomas Ryan Lynch | Associate | 293.00 | 3.70 | 1,084.10 |
| Nicholas J. Voelker | Associate | 258.00 | 3.90 | 1,006.20 |
| Steven A. Pozefsky | Associate | 323.00 | 2.30 | 742.90 |
| C. Jason Avery | Associate | 210.00 | 7.30 | 1,533.00 |
| Jason R. Bushby | Associate | 228.00 | 2.90 | 661.20 |
| C. Samuel Todd | Associate | 200.00 | 3.10 | 620.00 |
| Joycelyn J. Eason | Associate | 197.00 | 3.20 | 630.40 |
| Jonathan Cobb | Associate | 195.00 | .30 | 58.50 |
| Avery Simmons | Associate | 249.00 | 3.40 | 846.60 |
| Jon H. Patterson | Associate | 245.00 | 8.80 | 2,156.00 |
| Chandler Combest | Associate | 190.00 | 2.70 | 513.00 |
| Jay Wright | Associate | 190.00 | .50 | 95.00 |
| Frankie Spero | Associate | 210.00 | 3.30 | 693.00 |
| Jonathan Hooks | Associate | 241.00 | 2.30 | 554.30 |
| Jose D. Vega | Associate | 219.00 | 5.90 | 1,292.10 |
| Preston H. Neel | Associate | 200.00 | 6.00 | 1,200.00 |
| Mark S. Wierman | Associate | 254.00 | 3.30 | 838.20 |
| Jessica J. Sibley | Associate | 254.00 | 5.50 | 1,397.00 |
| Heather Wright | Associate | 263.00 | 5.60 | 1,472.80 |
| Lee Gilley | Associate | 185.00 | 4.10 | 758.50 |
| Riley Key | Associate | 185.00 | 3.90 | 721.50 |
| Cam Miller | Associate | 185.00 | .70 | 129.50 |
| Grant Premo | Associate | 185.00 | 1.50 | 277.50 |
| Erin Saltaformaggio | Associate | 185.00 | 1.70 | 314.50 |
| Kristi Wilcox | Associate | 185.00 | 5.10 | 943.50 |
| Blake Goodsell | Associate | 190.00 | 6.20 | 1,178.00 |
| Elena Lovoy | Senior Attorney | 337.00 | 4.90 | 1,651.30 |
| Monica Wilson | Associate | 263.00 | 4.30 | 1,130.90 |
| Ashlee Hightower | Associate | 185.00 | 4.70 | 869.50 |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      24
SEPTEMBER 14, 2012
0R0802-301129

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY (CONT.

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Melissa Burton | Associate | 240.00 | 7.00 | 1,680.00 |
| Nader Raja | Associate | 280.00 | 3.00 | 840.00 |
| Cory S. Menees | Associate | 300.00 | 5.30 | 1,590.00 |
| Robert Hudson | Research | 83.00 | 3.20 | 265.60 |
| Total | | | 239.80 | 63,264.20 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                SEPTEMBER 14, 2012
                                                      0R0802-301129
BILL AMOUNT        $63,264.20                         INVOICE #  804398

To:    ResCap                      TC Number:        727459
       1100 Virginia Drive         Invoice Date:     09/14/2012
       Fort Washington, PA 19034   Invoice No.       804398
                                   Period ending:    06/30/2012

Case Management Number       LD  0R0802-301129

|  |  | Current Invoice | |
|---|---|---|---|
| Code | Task | Hours | Fees |
| B110 | Case Administration | 2.60 | $ 520.00 |
| B220 | Employee Benefits/Pensions | 0.50 | $ 100.00 |
| B250 | Real Estate | 7.30 | $ 1,533.00 |
| C100 | Fact Gathering | 3.70 | $ 873.20 |
| C200 | Researching Law | 41.10 | $ 9,975.70 |
| C300 | Analysis and Advice | 20.90 | $ 4,805.20 |
| L110 | Fact Investigation/Development | 14.30 | $ 3,638.80 |
| L120 | Analysis/Strategy | 127.20 | $ 36,544.70 |
| L190 | Other Case Assessment, Develop't/Admin | 9.90 | $ 2,388.60 |
| L210 | Pleadings | 0.50 | $ 92.50 |
| L240B | All Other | 1.70 | $ 314.50 |
| L609 | Quality assurance and control | 2.60 | $ 481.00 |
| L629 | Quality assurance and control | 2.10 | $ 388.50 |
| P200 | Fact Gathering/Due Diligence | 1.60 | $ 480.00 |
| P280 | Other | 3.70 | $ 1,110.00 |
| P300 | Structure/Strategy/Analysis | 0.10 | $ 18.50 |

                             =====================================
              TOTAL FEES     243.50        $ 63,264.20

                   TOTAL FEES DUE          $ 63,264.20
           TOTAL DISBURSEMENTS DUE         $      0.00
           TOTAL DUE THIS INVOICE          $ 63,264.20



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                           SEPTEMBER 14, 2012
1100 Virginia Drive                                             0R0802-301131
Fort Washington, PA 19034

                                                                INVOICE #  804400

                                                                FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0802-301131  TC Number: 727450

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 06/01/12 | Draft monthly status report to client | L120 | CSM | .10 | 300.00 | 30.00 |
| | FEES | | | | | $30.00 |
| | AMOUNT DUE THIS BILL | | | | | $30.00 |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
SEPTEMBER 14, 2012

0R0802-301131

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Cory S. Menees | Associate | 300.00 | .10 | 30.00 |
| Total | | | .10 | 30.00 |